# EXHIBIT 2
# FILED UNDER SEAL

US00D737723S

(12) **United States Design Patent**
Ying et al.

(10) Patent No.: **US D737,723 S**
(45) Date of Patent: ** **Sep. 1, 2015**

(54) **SELF-BALANCING VEHICLE**

(71) Applicant: **Hangzhou Chic Intelligent Technology Co., Ltd**, Hangzhou, Zhejiang Province (CN)

(72) Inventors: **Jiawei Ying**, Hangzhou (CN); **Shaojun Cao**, Hangzhou (CN)

(73) Assignee: **HANGZHOU CHIC INTELLIGENT TECHNOLOGY CO., LTD.**, Hangzhou, Zhejiang Province (CN)

(**) Term: **14 Years**

(21) Appl. No.: **29/511,915**

(22) Filed: **Dec. 15, 2014**

(30) **Foreign Application Priority Data**

Jun. 13, 2014    (CN) .......................... 2014 3 0180556

(51) **LOC (10) Cl.** ............................................. **12-14**
(52) **U.S. Cl.**
USPC ............................................ **D12/1**; D21/765
(58) **Field of Classification Search**
USPC ............ D12/1, 163; D21/419, 421, 423, 426, D21/760, 765, 766, 769, 771, 776, 803; 280/87.042, 87.021, 87.041, 5.23, 280/5.39, 205, 209, 229, 266, 282, 851; 180/181, 5.26, 6.5, 7.1, 8.2, 65.8, 907, 180/218, 65, 13; 475/750
CPC .. A63C 17/0033; A63C 17/01; A63C 17/016; A63C 2203/40; A63C 17/012; A63C 17/12; B62K 2202/00
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D647,991 S * | 11/2011 | Sramek | D21/765 |
| 8,469,376 B2 * | 6/2013 | Kristiansen | 280/87.042 |
| 2007/0273118 A1 * | 11/2007 | Conrad | 280/87.042 |
| 2011/0006497 A1 * | 1/2011 | Chen et al. | 280/87.042 |
| 2012/0007331 A1 * | 1/2012 | Hsieh | 280/221 |
| 2012/0187648 A1 * | 7/2012 | Chen | 280/87.042 |

* cited by examiner

*Primary Examiner* — T. Chase Nelson
*Assistant Examiner* — Ania Aman
(74) *Attorney, Agent, or Firm* — Muncy, Geissler, Olds & Lowe, P.C.

(57) **CLAIM**
The ornamental design for a self-balancing vehicle, as shown and described.

**DESCRIPTION**

FIG. **1** is a top plan view of a self-balancing vehicle showing our new design;
FIG. **2** is a bottom plan view thereof;
FIG. **3** is a rear elevational view thereof;
FIG. **4** is a front elevational view thereof;
FIG. **5** is a left side view thereof, the right side view being a mirror image thereof;
FIG. **6** is a rear, top, right perspective view thereof;
FIG. **7** is a front, top, left perspective view thereof; and,
FIG. **8** is a rear, bottom, left perspective view thereof.
The broken line showing is for the purpose of illustrating portions of the self-balancing vehicle and environment structure which form no part of the claimed design.

**1 Claim, 8 Drawing Sheets**



Case: 1:20-cv-04806 Document #: 3 Filed: 08/17/20 Page 3 of 34 PageID #:657



FIG.1



FIG.2

Case: 1:20-cv-04806 Document #: 3 Filed: 08/17/20 Page 5 of 34 PageID #:659



FIG.3



FIG.4



FIG.5

Case: 1:20-cv-04806 Document #: 3 Filed: 08/17/20 Page 8 of 34 PageID #:662



FIG.6

Case: 1:20-cv-04806 Document #: 3 Filed: 08/17/20 Page 9 of 34 PageID #:663



FIG.7

Case: 1:20-cv-04806 Document #: 3 Filed: 08/17/20 Page 10 of 34 PageID #:664



FIG.8

US00D738256S

(12) **United States Design Patent** (10) Patent No.: **US D738,256 S**

Ying et al. (45) Date of Patent: ** **Sep. 8, 2015**

(54) **SELF-BALANCING VEHICLE**

(71) Applicant: **Hangzhou Chic Intelligent Technology Co., Ltd.**, Hangzhou, Zhejiang Province (CN)

(72) Inventors: **Jiawei Ying**, Hangzhou (CN); **Shaojun Cao**, Hangzhou (CN)

(73) Assignee: **HANGZHOU CHIC INTELLIGENT TECHNOLOGY CO., LTD.**, Hangzhou, Zhejiang Province (CN)

(**) Term: **14 Years**

(21) Appl. No.: **29/511,924**

(22) Filed: **Dec. 15, 2014**

(51) LOC (10) Cl. .............................................. **12-14**

(52) **U.S. Cl.**
USPC ........................................... **D12/1**; D21/765

(58) **Field of Classification Search**
USPC ............ D12/1, 163; D21/419, 421, 423, 426, D21/760, 765, 766, 769, 771, 776, 803; 280/87.042, 87.021, 87.041, 5.23, 280/5.39, 205, 209, 229, 266, 282, 851; 180/181, 5.26, 6.5, 7.1, 8.2, 65.8, 907, 180/218, 65, 13; 475/750

CPC .. A63C 17/0033; A63C 17/01; A63C 17/016; A63C 2203/40; A63C 17/012; A63C 17/12; B62K 2202/00

See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D647,991 S * | 11/2011 | Sramek ........................ D21/765 |
| 8,469,376 B2 * | 6/2013 | Kristiansen .............. 280/87.042 |
| 2007/0273118 A1 * | 11/2007 | Conrad .................. 280/87.042 |
| 2011/0006497 A1 * | 1/2011 | Chen et al. .............. 280/87.042 |
| 2012/0007331 A1 * | 1/2012 | Hsieh ........................ 280/221 |
| 2012/0187648 A1 * | 7/2012 | Chen ........................ 280/87.042 |

* cited by examiner

*Primary Examiner* — T. Chase Nelson
*Assistant Examiner* — Ania Aman
(74) *Attorney, Agent, or Firm* — Muncy, Geissler, Olds & Lowe, P.C.

(57) **CLAIM**

The ornamental design for a self-balancing vehicle, as shown and described.

**DESCRIPTION**

FIG. **1** is a top plan view of a self-balancing vehicle showing our new design;
FIG. **2** is a bottom plan view thereof;
FIG. **3** is a front elevational view thereof;
FIG. **4** is a rear elevational view thereof;
FIG. **5** is a left side view thereof, the right side view being a mirror image thereof;
FIG. **6** is a front, top, right perspective view thereof;
FIG. **7** is a rear, top, left perspective view thereof; and,
FIG. **8** is a rear, bottom, right perspective view thereof.
The broken line showing is for the purpose of illustrating portions of the self-balancing vehicle and environment structure which form no part of the claimed design.

**1 Claim, 8 Drawing Sheets**





FIG.1

Case: 1:20-cv-04806 Document #: 3 Filed: 08/17/20 Page 13 of 34 PageID #:667



FIG.2



FIG.3

Case: 1:20-cv-04806 Document #: 3 Filed: 08/17/20 Page 15 of 34 PageID #:669



FIG.4



FIG.5

Case: 1:20-cv-04806 Document #: 3 Filed: 08/17/20 Page 17 of 34 PageID #:671



FIG.6

Case: 1:20-cv-04806 Document #: 3 Filed: 08/17/20 Page 18 of 34 PageID #:672



FIG.7

Case: 1:20-cv-04806 Document #: 3 Filed: 08/17/20 Page 19 of 34 PageID #:673



FIG.8



US00D784195S

(12) **United States Design Patent** (10) Patent No.: **US D784,195 S**

Ying (45) Date of Patent: ** **Apr. 18, 2017**

(54) **HUMAN MACHINE INTERACTION VEHICLE**

(71) Applicant: **Hangzhou Chic Intelligent Technology Co., Ltd**, Yuhang Dist., Hangzhou, Zhejiang (CN)

(72) Inventor: **Jiawei Ying**, Hangzhou (CN)

(73) Assignee: **Hangzhou Chic Intelligent Technology Co., Ltd.**, Hangzhou, Zhejiang Province (CN)

(**) Term: **15 Years**

(21) Appl. No.: **29/556,275**

(22) Filed: **Feb. 29, 2016**

(30) **Foreign Application Priority Data**

Oct. 9, 2015 (CN) .......................... 2015 3 0389352

(51) **LOC (10) Cl.** .............................................. **12-14**
(52) **U.S. Cl.**
USPC .......................................................... **D12/1**
(58) **Field of Classification Search**
USPC ...... D12/1, 5; D21/419, 421, 423, 426, 662, D21/760, 765, 766, 769, 771, 776, 803; 701/124; 280/87.042, 87.021, 87.041, 280/5.23, 5.39, 205, 209, 229, 266, 282, 280/851; 180/181, 5.26, 6.5, 7.1, 8.2, 180/65.8, 907, 218, 65, 13
CPC .... B62K 3/007; B62K 17/00; B62K 2202/00; B62D 51/001; B62D 51/02; B62D 61/00; A63C 17/0033; A63C 17/01; A63C 17/016; A63C 2203/40; A63C 17/12
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

8,738,278 B2 * 5/2014 Chen .................... B62K 11/007 180/218

D737,723 S 9/2015 Ying et al.

| | | | |
|---|---|---|---|
| D738,256 S | 9/2015 | Ying et al. | |
| D739,906 S | * | 9/2015 | Chen ............................ D21/760 |
| 9,376,155 B2 * | 6/2016 | Ying ................... B62K 3/007 |
| 9,403,573 B1 * | 8/2016 | Mazzei ............. B62D 51/02 |
| 2002/0008361 A1 * | 1/2002 | Smith ................... A63C 5/031 280/14.21 |
| 2005/0242538 A1 * | 11/2005 | Hiramatsu ....... A63C 17/004 280/92 |
| 2013/0238231 A1 * | 9/2013 | Chen ................... B62K 11/007 701/124 |

(Continued)

FOREIGN PATENT DOCUMENTS

CN 302534790 S 8/2013

*Primary Examiner* — T. Chase Nelson
*Assistant Examiner* — Ania Aman
(74) *Attorney, Agent, or Firm* — Muncy, Geissler, Olds & Lowe, P.C.

(57) **CLAIM**

The ornamental design for a human-machine interaction vehicle, as shown and described.

**DESCRIPTION**

FIG. **1** is a top plan view of a human-machine interaction vehicle showing my new design;
FIG. **2** is a bottom plan view thereof;
FIG. **3** is a front elevational view thereof;
FIG. **4** is a rear elevational view thereof;
FIG. **5** is a right side view thereof, the left side view being a mirror image thereof; and,
FIG. **6** is a top, rear, right perspective view thereof.
The broken lines are for the purpose of illustrating portions of the human-machine interaction vehicle and environmental structure which form no part of the claimed design.

**1 Claim, 6 Drawing Sheets**



**US D784,195 S**

Page 2

(56)     **References Cited**

U.S. PATENT DOCUMENTS

2016/0129963 A1 *   5/2016   Ying ..................... B62K 3/007
                                                      180/6.5
2016/0325803 A1 *   11/2016   Waxman ................. B62M 7/12

* cited by examiner



FIG.1

Case: 1:20-cv-04806 Document #: 3 Filed: 08/17/20 Page 23 of 34 PageID #:677



FIG.2

Case: 1:20-cv-04806 Document #: 3 Filed: 08/17/20 Page 24 of 34 PageID #:678



FIG.3



FIG.4

**U.S. Patent**     Apr. 18, 2017     Sheet 5 of 6     **US D784,195 S**



FIG.5



FIG.6



US00D785112S

(12) **United States Design Patent**
Ying

(10) Patent No.: **US D785,112 S**
(45) Date of Patent: ** **Apr. 25, 2017**

(54) **HUMAN-MACHINE INTERACTION VEHICLE**

(71) Applicant: **Hangzhou Chic Intelligent Technology Co., ltd**, Yuhang Dist, Hangzhou, Zhejiang (CN)

(72) Inventor: **Jiawei Ying**, Hangzhou (CN)

(73) Assignee: **Hangzhou Chic Intelligent Technology Co., Ltd.**, Hangzhou, Zhejiang Province (CN)

(**) Term: **15 Years**

(21) Appl. No.: **29/556,300**

(22) Filed: **Feb. 29, 2016**

(30) **Foreign Application Priority Data**

Nov. 26, 2015 (CN) .......................... 2015 3 0481979

(51) **LOC (10) Cl.** ............................................... **21-02**
(52) **U.S. Cl.**
USPC ...................................................... **D21/760**
(58) **Field of Classification Search**
USPC ...... D21/419, 421, 423, 426, 760, 765, 766, D21/769, 771, 776, 803; D12/1
CPC ..... A63C 17/01; A63C 17/12; A63C 2203/00; A63C 2203/011; A63C 2203/012; A63C 2203/013; A63C 2203/40; A63C 2203/52; B62D 51/02; B62K 2202/00; B62K 2207/00; B62K 2207/02; B62K 2207/04
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D535,714 S | * | 1/2007 | Cheng ........................... D21/763 |
| 7,481,291 B2 | * | 1/2009 | Nishikawa ............. B62K 17/00 |
| | | | 180/181 |
| D601,922 S | * | 10/2009 | Imai ................................. D12/1 |

| | | | |
|---|---|---|---|
| 8,738,278 B2 | * | 5/2014 | Chen ...................... B62K 3/007 |
| | | | 180/218 |
| D737,723 S | * | 9/2015 | Ying ................................ D12/1 |
| D738,256 S | * | 9/2015 | Ying ................................ D12/1 |
| D739,906 S | * | 9/2015 | Chen .......................... D21/760 |
| 9,376,155 B2 | * | 6/2016 | Ying ...................... B62K 3/007 |
| 9,403,573 B1 | * | 8/2016 | Mazzei ................. B62D 51/02 |
| 9,499,228 B2 | * | 11/2016 | Chang ................... B62K 3/002 |
| 2007/0131461 A1 | * | 6/2007 | Treadwell .......... B62B 5/005 |
| | | | 180/19.1 |
| 2013/0238231 A1 | * | 9/2013 | Chen ................. B62K 11/007 |
| | | | 701/124 |
| 2015/0096820 A1 | * | 4/2015 | Strack ................. G11C 7/1072 |
| | | | 180/181 |

FOREIGN PATENT DOCUMENTS

CN            302534790 S        8/2013

* cited by examiner

*Primary Examiner* — Cynthia M Chin
(74) *Attorney, Agent, or Firm* — Muncy, Geissler, Olds & Lowe, P.C.

(57) **CLAIM**

The ornamental design for a human-machine interaction vehicle, as shown and described.

**DESCRIPTION**

FIG. **1** is a top plan view of a human-machine interaction vehicle showing my new design;
FIG. **2** is a bottom plan view thereof;
FIG. **3** is a front elevational view thereof;
FIG. **4** is a rear elevational view thereof;
FIG. **5** is a right side view thereof, the left side view being a mirror image thereof; and,
FIG. **6** is a top, front, left perspective view thereof.
The broken lines are for the purpose of illustrating portions of the human-machine interaction vehicle and environmental structure which form no part of the claimed design.

**1 Claim, 6 Drawing Sheets**





FIG.1

Case: 1:20-cv-04806 Document #: 3 Filed: 08/17/20 Page 30 of 34 PageID #:684



FIG.2

Case: 1:20-cv-04806 Document #: 3 Filed: 08/17/20 Page 31 of 34 PageID #:685



FIG.3

Case: 1:20-cv-04806 Document #: 3 Filed: 08/17/20 Page 32 of 34 PageID #:686



FIG.4

Case: 1:20-cv-04806 Document #: 3 Filed: 08/17/20 Page 33 of 34 PageID #:687



FIG.5

Case: 1:20-cv-04806 Document #: 3 Filed: 08/17/20 Page 34 of 34 PageID #:688



FIG.6