# EXHIBIT 1-PART 10

# FILED UNDER SEAL





Compare all 2 sellers

## About This Item

**We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

Hoverboard provides a fun and convenient form of transportation for everyone to enjoy! With it's dual 250 Watt motors, anti-slip pedal grips and 220 pound weight capacity this hoverboard provides safety for all ages. Weather your zooming around the house or traveling to your neighbors, travel in style with multi colored LED lights and Bluetooth speakers. Bluetooth speakers are compatible with all smart device allowing you to enjoy all your favorite tunes.

˚ Ideal for providing extra entertainment on your short distance commuting between your Bluetooth devices.
˚ Feature UL certificated battery; Battery charging requirement: 110-120V, 50-60 Hz; Battery Type: 36V/4.0Ah Lithium Battery, UL certified
˚ Maximum load capacity: 220lbs; Minimum load capacity: 44lbs; Overall dimension: 23" (L) x 7.3" (W) x 7" (H)
˚ Maximum Speed: 6 mph; Maximum riding range: 9 mile, depends on terrain, riding habits and load
˚ Maximum climbing angle: 17 Degree, depends on load; Turning radius: 0 Degree

- Running DistanceHoverboard in Purple Chrome with Bluetooth Speakers

## Specifications

| Brand | AOB |
|---|---|
| Manufacturer Part Number | 925109500M |
| Color | Chrome |

Customer reviews & ratings




Advertisement

## Policies & Plans

**Warranty plan**

Pricing policy

### Walmart Protection Plans

Most items come with a limited manufacturer's warranty. The addition of a Walmart Protection Plan adds extra protection from the date of purchase. Walmart Protection Plans cover the total cost of repair, or replacement, for products, as well as covering delivery charges for the exchange.

Walmart Protection Plan options and pricing can be found on the product page, as well as in your cart. Go to www.walmart.com/protection to see all the coverage offered for each product. You can view your Walmart Protection Plan after your purchase in the Walmart Protection Plan Hub.

**Product warranty:**
See details ⌄

Already purchased your product? A Walmart Protection Plan can be added within 30 days of purchase. Click here to add a Plan.

### Inspired by your browsing history

Clear this list

    





**Related Pages :**

Portable Audio, All Portable Speakers, Computer Speakers, Boomboxes, CD Players, Samsung SmartThings Compatible Devices, Smart Speakers, Portable Wireless & Bluetooth Speakers

Enter email for weekly newsletter.        **Sign up**

Mobile apps

**Walmart Services**

Grocery Pickup & Delivery

MoneyCenter

Walmart Credit Card

Walmart Pay

Weekly Ad

Other Services

**Get to Know Us**

Our Company

Store Directory

Digital Museum

Our Suppliers

Sell on Walmart.com

Advertise With Us

Careers

**Walmart.com**

Walmart Labs

Our Ads

Terms of Use

Privacy & Security

CA Privacy Rights

Do Not Sell My Personal Information

Request My Personal Information

Tax Exempt Program

**Customer Service**

Help Center

Returns

Product Recalls

Accessibility

Contact Us

Store Pickup

**In The Spotlight**

Portable Air Conditioners

PS4

Trampoline

Skateboard

Outdoor Furniture

Nintendo Switch Lite

Feedback

Shop Our Brands        Allswell    Art    BARE NECESSITIES    BONOBOS    ELOQUII    hayneedle    MooseJaw

Walmart eBooks    Walmart Photo    sam's club    SHOES.COM    Walmart

© 2020 Walmart. All Rights Reserved.        To ensure we are able to help you as best we can, please include your reference number: X9WTRKPRV3

Document title: Hoverboard in Purple Chrome with Bluetooth Speakers - Walmart.com - Walmart.com
Capture URL: https://www.walmart.com/ip/Hoverboard-in-Purple-Chrome-with-Bluetooth-Speakers/278547711
Capture timestamp (UTC): Mon, 17 Aug 2020 16:41:36 GMT



Pickup & delivery

NextDay delivery

Delivering to 60654



AT&T prepaid · iPhone* 7–$99 plus tax · Learn more

## Customers also considered









Fluxx FX3 Hoverboard - Self Balancing Scooter 6.5" w/ LED Ligh…
★★★☆☆ 467
**$98.00**

CBD Plating Dazzle Hoverboard Two-Wheel Self Balancing Scooter…
★★★★☆ 15
**$119.99 - $124.99**

CHO Spider Wheels Series Hoverboard UL2272 Certified Hov…
★★★☆☆ 88
**$99.00 - $189.00**

CBD Plating Dazzle Hoverboard Two-Wheel Self Balancing Scooter…
★★★☆☆ 7
**$119.99**

Toys / Toys for Boys / Bikes and Ride Ons for Boys / Hoverboards for Boys



CHO Power Sports

## CHO Electric 6.5 inch Hoverboard Smart Self Balancing Scooter Hoover Board with Built in Speaker LED Light UL2272 Certified

★★★★☆ (4.1) 57 ratings   Write a review

### $105.00 - $119.00

**Actual Color:** Choose an option



-Chrome Blue | -Chrome Gold | -Chrome Pink | -Flat Chrome Gold

-Flat Chrome Purple | -Flat Solid Black | Flat Chrome Blue

---

Document title: CHO Electric 6.5 inch Hoverboard Smart Self Balancing Scooter Hoover Board with Built in Speaker LED Light UL2272 Certified - Walmart.com -…

Capture URL: https://www.walmart.com/ip/CHO-Electric-6-5-inch-Hoverboard-Smart-Self-Balancing-Scooter-Hoover-Board-with-Built-in-Speaker-LED-Light-UL2272-…

Capture timestamp (UTC): Wed, 05 Aug 2020 15:15:34 GMT

Page 1 of 11



Pickup & delivery

Walmart.com

Search Walmart.com

Account

Reorder

0

-Flat Chrome Purple

-Flat Solid Black

Flat Chrome Blue

Qty:
1

Get in-stock alert

Report incorrect product information

Add to list

Add to registry

## Customers also viewed these products



CBD Plating Dazzle Hoverboard Two-Wheel Self Balancing Scooter...

★★★☆☆ 23

**$134.99**

Hover-1 Buggy Attachment for Electric Scooter, Transform Your...

★★★★☆ 98

**$59.00** $59.00 / each

SISIGAD Hoverboard 6.5" Two-Wheel Self Balancing Hoverboard...

★★★★☆ 3

**$119.99 - $134.99**

Razor Power Core 90 Electric Powered Scooter- Black/ Green

★★★★☆ 435

**$97.00**
*NextDay eligible*

● ○ ○ ○

Feedback



They're back, try both
We had you at "back."

Reese's CHOCOLATE LOVERS KING SIZE
Reese's PEANUT BUTTER LOVERS KING SIZE

Advertisement

Document title: CHO Electric 6.5 inch Hoverboard Smart Self Balancing Scooter Hoover Board with Built in Speaker LED Light UL2272 Certified - Walmart.com -...
Capture URL: https://www.walmart.com/ip/CHO-Electric-6-5-inch-Hoverboard-Smart-Self-Balancing-Scooter-Hoover-Board-with-Built-in-Speaker-LED-Light-UL2272-...
Capture timestamp (UTC): Wed, 05 Aug 2020 15:15:34 GMT

 

Walmart

Pickup & delivery     Walmart.com

☰   **Walmart**

🔍 Search Walmart.com

👤 Account   🔁 Reorder   🛒 ⓪

Advertisement

## About This Item

**We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

It is Safety certified so you know it is safe and 100% Brand New and of High Quality. This Hoverboard has buil-in speaker and LED sidelights included so you can take your music anywhere you go, day or night! It uses the technology of self-balancing and electric drive which makes it environmental friendly.

- Safety Certified Hoverboard, The certified hoverboard meets UL2272 standards for quality charging and electrical performance.
- The Self balancing technology of the hoverboard makes it easier and safer for beginners and amateurs. It is easy to learn and maintain balance let you master the art of balancing in minutes.
- Built-in wireless speaker can be easily connected to portable devices in second, just enjoy your favorite music or books without wearing headphones. Make your hoverboard the coolest one with extraordinary sound effect.
- Buy with Confidence, Cho Power Sports Provides Professional Services, Our Goal is your satisfaction.

## Specifications

| Brand | CHO Power Sports |
|-------|------------------|



**Go the social distance**

Stay 6 ft. from others & wear a mask.

ad COUNCIL

Learn more

For more info visit coronavirus.gov

Advertisement

## Sponsored Products





REDUCED PRICE



Monster Jam, Official MEGA Grave Digger All-Terrain Remote Control...
★★★★☆ 271
**$99.00**

Twisty Petz, Series 4 Blingz, Starzie Elephant and Jinglez Unicorn...
★★★☆☆ 4
**$12.97**

KidKraft Railway Express Wooden Train Set & Table with 79 accessorie...
★★★★☆ 5
**$149.99**

DIY 2 Player 2 Car Racing Track Car Kit Set Kids Toys Loops Electric Slo...
**$68.99** List $172.48

● ○ ○ ○ ○

Feedback

Document title: CHO Electric 6.5 inch Hoverboard Smart Self Balancing Scooter Hoover Board with Built in Speaker LED Light UL2272 Certified - Walmart.com -...
Capture URL: https://www.walmart.com/ip/CHO-Electric-6-5-inch-Hoverboard-Smart-Self-Balancing-Scooter-Hoover-Board-with-Built-in-Speaker-LED-Light-UL2272-...
Capture timestamp (UTC): Wed, 05 Aug 2020 15:15:34 GMT     Page 3 of 11

Pickup & delivery    Walmart.com

Walmart

Search Walmart.com

Account    Reorder    0

• • • • •

## Customer reviews & ratings

**4.1** ★★★★☆
57 ratings

[ See all reviews ]    [ Write a review ]

| | | |
|---|---|---|
| 5 stars | | 36 |
| 4 stars | | 8 |
| 3 stars | | 4 |
| 2 stars | | 2 |
| 1 star | | 7 |

**Most helpful positive review**

★★★★☆  **Exactly as described**

Item received on time a day earlier than expected! Exact color as photo(pink) the wheels light up as described. Bluetooth speaker connected to phone and tablet android and iPhone compatible. Nice sound quality. Came already charged. Came with carrying bag, and charger. Perfect size for my 7 yo

See more ∨

VS

**Most helpful negative review**

★☆☆☆☆

This thing went crazy on my son. He was riding then this thing lost control and started spending him around. He had to jump off of it. I have to do a return. Don't buy

### Frequent mentions

[ Usage (1) ]  [ Price (1) ]  [ Lights (1) ]  [ Color (1) ]  [ Birthday present (1) ]

57 reviews    Sort by: most relevant ▾

★★★★★  **Great buy so far! (2 days in)**

So far this was a great purchase. Purchased for my daughters 6th birthday. She has rode it for 2 days so far. She absolutely loves it and got the hang of it extremely quick. It scratches fairly easy which I do not like much but, besides that it was a great purchase!

Tyrell, July 16, 2020

✓ Verified purchaser

👍 1    👎 0    🚩

Feedback



✓ Verified purchaser

👍 1    👎 0    🚩

★★★★★  **hoverboard!**

bought for 15 year old daughter and she loves it. haven't figured out the speaker ability yet though

hoverboard, December 28, 2019

👍 0    👎 0    🚩

★★★★★  **This was a pretty good purchase**

I didnt like how one zipper on the carrying bag broke but I loved everything else

Azaria, July 4, 2020

✓ Verified purchaser

👍 0    👎 0    🚩

★★★★★

She loves it

Tasha, May 17, 2020

👍 0    👎 0    🚩

They're back, try both
We had you at "back."

Reese's
LOVERS
Shop now

Advertisement

Feedback

Document title: CHO Electric 6.5 inch Hoverboard Smart Self Balancing Scooter Hoover Board with Built in Speaker LED Light UL2272 Certified - Walmart.com -...
Capture URL: https://www.walmart.com/ip/CHO-Electric-6-5-inch-Hoverboard-Smart-Self-Balancing-Scooter-Hoover-Board-with-Built-in-Speaker-LED-Light-UL2272-...
Capture timestamp (UTC): Wed, 05 Aug 2020 15:15:34 GMT
Page 5 of 11

Pickup & delivery       Walmart.com

**Walmart**

Search Walmart.com

Account    Reorder    0

👍 0    👎 0    🚩

★★★★☆    **Exactly as described**

Item received on time a day earlier than expected! Exact color as photo(pink) the wheels light up as described. Bluetooth speaker connected to phone and tablet android and iPhone compatible. Nice sound quality. Came already charged. Came with carrying bag, and charger. Perfect size for my 7 yo granddaughter . The only con is the battery drains fast not sure why could be the bluetooth being on while riding. Overall pleased with the purchase! My granddaughter loves it! So it's a keeper just keep the battery charged not a big enough deal to return it.

See more ⌄

 

Lonetta, July 14, 2020

👍 0    👎 0    🚩

★★★★☆    **Nice hoverboard, short battery life**

Shiny and fun! My 8 year old daughter mastered it in one day. The Bluetooth speaker adds more fun. The lights are bright and pretty! My only complaint is the battery does not last more than 30-45 minutes yet takes 3 hours to fully charge.

Nicole, August 3, 2020

✓ Verified purchaser

👍 0    👎 0    🚩

★★★☆☆    **Great looks questionable product**

Bought in Dec. for my daughters bday end of Feb. very pretty color and amazing lights but it scratches very easily and after a month it's having issues . Barely holds charge and isn't running correctly. We re booted it but didn't help. Sadly trying to see if can exchange but we will see since it's after 30 days but she's only had it a month !

Michelle, April 12, 2020

✓ Verified purchaser

Feedback





✓ Verified purchaser

👍 0      👎 0      🚩

See all reviews

## Sponsored Products









White Hoverboard Seat Attachment, Hover Go Kart, Hoverboard Go Car...

★☆☆☆☆ 1

$63.99

White Hoverboard Seat Attachment, Go Kart, Hoverboard Go Cart...

$63.99

Hovsco Hoverboard 6.5" Two-Wheel Intelligent Self Balancing...

★★★★★ 3

$119.99 - $124.99

Blue Hoverboard Seat Attachment, Hover Go Kart, Hoverboard Go Car...

★★★★☆ 6

$63.99

● ○ ○ ○



Reese's — Undisputed #1 — Looks good. Tastes even better. — Reese's LOVERS — Advertisement

Feedback

## Customer Q&A

Get specific details about this product from customers who own it.

**Ask a question**

Number of answers      ⌄






Advertisement

| Pickup & delivery | Walmart.com |

☰ **Walmart** ✳

Search Walmart.com 🔍

👤 Account | Reorder | 🛒 0

## Policies & Plans

**Pricing policy**

### About our prices

We're committed to providing low prices every day, on everything. So if you find a current lower price from an online retailer on an identical, in-stock product, tell us and we'll match it. See more details at <u>Online Price Match</u>.

## Inspired by your browsing history

<u>Clear this list</u>



Item you viewed




LOW IN STOCK


LOW IN STOCK







| Hover-1 Allstar Hoverboard UL... | SWAGTRON Swagboard EVO... | Jetson Rave Bluetooth Hoverboard with... | Hover-1 Eclipse Hoverboard w/ 8"... | SWAGTRON Swagboard HERO... | Hoverboard Two-Wheel Self Balancing... |
|---|---|---|---|---|---|
| ★★★☆☆ 461 | ★★★☆☆ 74 | ★★★★☆ 250 | ★★★★☆ 96 | ★★★☆☆ 267 | ★★★☆☆ 163 |

○ Feedback



Hover-1 Allstar
Hoverboard UL...
★★★☆☆ 461
$148.00

SWAGTRON
Swagboard EVO...
★★★☆☆ 74
$128.00
$128.00 / each

Jetson Rave Bluetooth
Hoverboard with...
★★★★☆ 250
$178.00

Hover-1 Eclipse
Hoverboard w/ 8"...
★★★☆☆ 96
$178.00
NextDay eligible

SWAGTRON
Swagboard HERO...
★★★☆☆ 267
$98.00 $98.00 / each

Hoverboard Two-
Wheel Self Balancing...
★★★☆☆ 163
$119.99

Related Pages :

Hover-1 Ride Ons, Adult Electric Scooters, All Hoverboards, Bluetooth Hoverboards, Electric Transportation, Adult Electric Scooter, All Electric Scooter

Enter email for weekly newsletter.

**Sign up**

Mobile apps

**Walmart Services**

Grocery Pickup & Delivery

MoneyCenter

Walmart Credit Card

Walmart Pay

Weekly Ad

Other Services

**Get to Know Us**

Our Company

Digital Museum

Our Suppliers

Sell on Walmart.com

Advertise With Us

Careers

**Walmart.com**

Walmart Labs

Our Ads

Terms of Use

Privacy & Security

CA Privacy Rights

Do Not Sell My Personal Information

Request My Personal Information

Tax Exempt Program

**Customer Service**

Help Center

Returns

Product Recalls

Accessibility

Contact Us

Store Pickup

**In The Spotlight**

Portable Air Conditioners

PS4

Trampoline

Skateboard

Outdoor Furniture

Nintendo Switch Lite

Feedback

Shop Our Brands

Allswell.    Art    BARE NECESSITIES    BONOBOS    ELOQUII    hayneedle    Moosejaw

Walmart eBooks    Walmart Photo    sam's club    SHOES.COM    Walmart

© 2020 Walmart. All Rights Reserved.

To ensure we are able to help you as best you can, please include your reference number: UMJ9H6SVUF



For Your Oral Care Needs    Shop Now

Toys / Kids' Bikes & Riding Toys / Ride Ons / Hoverboards / All Hoverboards

REDUCED PRICE

Hoverzon

## HOVERZON XLS Hoverboard: Play Music Anywhere w/ Bluetooth® Speakers; Beginner Friendly; Manage w/ Android/iOS App

★ ☆ ☆ ☆ ☆  (1.0)  1 ratings    Write a review    Walmart # 556274601

## $269.99

**Actual Color:** White

**Add-on services** (0 Selected)  Show Less

Add Walmart protection plan powered by Allstate

● None    ○ 3 Years - $34.00    ○ 4 Years - $49.00

Qty:
1

**Add to cart**

○ Report incorrect product information

🚚 **Free delivery**
Arrives by Thu, Aug 20
**Or get it by Tue, Aug 18** with faster delivery

🏠 Pickup not available

More delivery & pickup options

Sold & shipped by **Deal Ninja**  |  **Return policy**

≡ Add to list    🗓 Add to registry

**Top-Rated** Explore the toys kids & parents trust most.



Document title: HOVERZON XLS Hoverboard: Play Music Anywhere w/ Bluetooth® Speakers; Beginner Friendly; Manage w/ Android/iOS App - Walmart.com -...
Capture URL: https://www.walmart.com/ip/HOVERZON-XLS-Hoverboard-Play-Music-Anywhere-w-Bluetooth-Speakers-Beginner-Friendly-Manage-w-Android-iOS-...
Capture timestamp (UTC): Mon, 17 Aug 2020 16:42:48 GMT



Hoverzon Smart Hoverboard S

★★★★★ 1

$229.99 - $349.00

SWAGTRON Swagboard Classic T500 Bluetooth Hoverboard with LED...

★★★☆☆ 22

$148.00

Jetson Rave Bluetooth Hoverboard with Cosmic Light-Up Wheels

★★★★☆ 252

$178.00
*NextDay eligible*

Hoverboard 6.5" Two-Wheel Self Balancing Hoverboard with LED...

★★★☆☆ 172

$119.99 - $129.99

● ○ ○

## Customers also viewed these products







Hover-1 Eclipse Hoverboard w/ 8" Wheels, Ultrabright Customizable...

★★★☆☆ 99

$178.00

SWAGTRON Swagboard HERO Hoverboard, Dual 250W High-Torqu...

★★★☆☆ 294

$98.00 $98.00 / each

Hover-1 Blue Matrix UL Certified Electric Hoverboard w/ 6.5in Wheel...

★★★★☆ 268

$148.00
*NextDay eligible*

Hoverzon Smart Hoverboard S

★★★★★ 1

$229.99 - $349.00

● ○

Feedback

## About This Item

**We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

Pickup & delivery    Walmart.com

Walmart

Search Walmart.com

Account    Reorder    0

**We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

Designed to help you overcome challenges?from college students climbing hills to daydreamers seeking fresh inspiration?the HOVERZON XLS electric scooter is the compact travel you are searching for.

The XLS provides riders with effortless control of where they go and how fast they get there. Simply shift your weight to adjust course with the gyroscopic technology and responsive sensors. The XLS travels up to 11 miles on a single charge, speeds up to 8 MPH, and carries a max weight of 220 lbs.

Unique features allow the XLS to satisfy the needs of every rider, from the modern millennial craving the latest innovation to the young beginner discovering their balance. Grab your phone and jam to your favorite tunes using the built-in 2.0 Bluetooth® speakers. For those needing total control, the XLS offers an Android and iOS app that manages riding modes, shows system information, and more. Meanwhile, a 5 level battery indicator lets you know when a charge is needed. Electric scooter lovers of all levels can even become instant pros by learning proper movement and balance through practice mode, making XLS both a kids scooter and an adult electric scooter.

Take the XLS anywhere, anytime! Front and rear LED movement indicators will shine paths, empowering night owls to venture out and illuminate the night. When needed, riders can carry the lightweight and portable XLS using the carrying strap.

The hover scooter is not only designed to ensure absolute fun and freedom but also security. Its Aegis Armor Technology, a reinforced, fireproof shell and battery management system, ensures that the XLS and you remain safe throughout every adventure. Highly certified, the XLS has also passed stringent electrical and safety tests according to UL2272 standards.

Grasp the freedom you crave with the XLS. With a simple shift of your weight, conquer the world (or at least the streets), while singing to your favorite music. Your HOVERZON XLS awaits you.

- **ENJOY MUSIC ON THE GO**
  - Play music with friends or while going to class with the self-balancing scooter?s Bluetooth® speakers

- **BEGINNER FRIENDLY**
  - From kids to adults, anyone can become a master rider with the motorized scooter practice mode

- **EASY MANAGEMENT W/ APP**
  - Change riding modes, view system information, check battery life, and more with the easy-to-use app

- **DURABLE ARMOR**
  - The XLS balance scooter?s exclusive technology has undergone and passed stringent UL2272 tests with ease

- **SUPERIOR SPEED & DISTANCE**
  - With the hover board, explore for up to 11 miles in a single charge & reach speeds of up to 8 MPH

Specifications

Feedback



## Specifications

| Brand | Hoverzon |
|---|---|
| Manufacturer Part Number | AA-BA624-4 |
| Lifestage | @generated |
| Assembled Product Weight | 30.00 lbs |
| Assembled Product Dimensions (L x W x H) | 23.00 x 4.00 x 7.00 Inches |

## Consider these popular products

Fluxx FX3 Hoverboard - Self
Balancing Scooter 6.5" w/ LED Light...
★★★½☆ 475
$98.00

Hover-1 AllStar & Go-Kart Combo w/
6.5 Tires, Easily Attaches To Most...
★★★☆☆ 310
$198.00 $198.00 / each
2-day delivery

Hover-1 Buggy Attachment for
Electric Scooter, Transform Your...
★★★★☆ 98
$59.00 $59.00 / each
*NextDay eligible*

Hover Kart Go Kart Adjustable
Attachment for 6.5" Hoverboard,...
★★½☆☆ 5
$59.99 $59.99 / each

## Sponsored Products

CLEARANCE

CLEARANCE



Document title: HOVERZON XLS Hoverboard: Play Music Anywhere w/ Bluetooth® Speakers; Beginner Friendly; Manage w/ Android/iOS App - Walmart.com -…
Capture URL: https://www.walmart.com/ip/HOVERZON-XLS-Hoverboard-Play-Music-Anywhere-w-Bluetooth-Speakers-Beginner-Friendly-Manage-w-Android-iOS-…
Capture timestamp (UTC): Mon, 17 Aug 2020 16:42:48 GMT


PageID #:1285


## Sponsored Products

   

REDUCED PRICE

| | | | |
|---|---|---|---|
| Swagtron K6 Toddler Scooter, Convertible 4-in-1 Ride-On Balance... | QF 6 PCS Kids Protective Gear Set Bike Knee Pads and Elbow Pads w/... | Little Tikes Rocking Horse, Magenta | Hollow Design Solid Tire for Xiaomi M365 Electric Scooter 8.5inch Anti-... |
| ★★★½  2 | ★★★★½  29 | ★★★★½  409 | |
| $49.99 | $16.98 - $23.98 | $29.92 NextDay eligible | $6.99 - $24.99 |

● ○ ○ ○

## Customer Q&A

Get specific details about this product from customers who own it.

**Ask a question**



5% cash back at Walmart.com

Learn how

Feedback

Document title: HOVERZON XLS Hoverboard: Play Music Anywhere w/ Bluetooth® Speakers; Beginner Friendly; Manage w/ Android/iOS App - Walmart.com -...
Capture URL: https://www.walmart.com/ip/HOVERZON-XLS-Hoverboard-Play-Music-Anywhere-w-Bluetooth-Speakers-Beginner-Friendly-Manage-w-Android-iOS-...
Capture timestamp (UTC): Mon, 17 Aug 2020 16:42:48 GMT



Advertisement

## Policies & Plans

**Warranty plan**

Pricing policy

### Walmart Protection Plans

Most items come with a limited manufacturer's warranty. The addition of a Walmart Protection Plan adds extra protection from the date of purchase. Walmart Protection Plans cover the total cost of repair, or replacement, for products, as well as covering delivery charges for the exchange.

Walmart Protection Plan options and pricing can be found on the product page, as well as in your cart. Go to www.walmart.com/protection to see all the coverage offered for each product. You can view your Walmart Protection Plan after your purchase in the Walmart Protection Plan Hub.

**Product warranty:** Manufacturer Warranty
See details ⌄

Already purchased your product? A Walmart Protection Plan can be added within 30 days of purchase. Click here to add a Plan.

**Related Pages :**

All Scooters, Hover-1 Ride Ons, Bluetooth Hoverboards, Swagtron Hoverboard, Kid's Hoverboard, Electric Transportation, Adult Electric Scooter, All Electric Scooter

Walmart

Search Walmart.com

Account    Reorder    0

delivery charges for the exchange.

Walmart Protection Plan options and pricing can be found on the product page, as well as in your cart. Go to www.walmart.com/protection to see all the coverage offered for each product. You can view your Walmart Protection Plan after your purchase in the Walmart Protection Plan Hub.

**Product warranty:** Manufacturer Warranty

See details ⌄

Already purchased your product? A Walmart Protection Plan can be added within 30 days of purchase. Click here to add a Plan.

**Related Pages :**

All Scooters, Hover-1 Ride Ons, Bluetooth Hoverboards, Swagtron Hoverboard, Kid's Hoverboard, Electric Transportation, Adult Electric Scooter, All Electric Scooter

Enter email for weekly newsletter.         Sign up

f    t    p    ▶    ◎         📱 Mobile apps

| Walmart Services | Get to Know Us | Walmart.com | Customer Service | In The Spotlight |
| --- | --- | --- | --- | --- |
| Grocery Pickup & Delivery | Our Company | Walmart Labs | Help Center | Portable Air Conditioners |
| MoneyCenter | Store Directory | Our Ads | Returns | PS4 |
| Walmart Credit Card | Digital Museum | Terms of Use | Product Recalls | Trampoline |
| Walmart Pay | Our Suppliers | Privacy & Security | Accessibility | Skateboard |
| Weekly Ad | Sell on Walmart.com | CA Privacy Rights | Contact Us | Outdoor Furniture |
| Other Services | Advertise With Us | Do Not Sell My Personal Information | Store Pickup | Nintendo Switch Lite |
|  | Careers | Request My Personal Information |  |  |
|  |  | Tax Exempt Program |  |  |

Shop Our Brands    Allswell.    Art    SAFE NECESSITIES    BONOBOS    ELOQUII    hayneedle    Moosejaw

Walmart eBooks    Walmart Photo    sam's club    SHOES.COM    Walmart

Feedback

© 2020 Walmart. All Rights Reserved.        To ensure we are able to help you as best we can, please include your reference number: X9WTRKPRV3

Document title: HOVERZON XLS Hoverboard: Play Music Anywhere w/ Bluetooth® Speakers; Beginner Friendly; Manage w/ Android/iOS App - Walmart.com -...
Capture URL: https://www.walmart.com/ip/HOVERZON-XLS-Hoverboard-Play-Music-Anywhere-w-Bluetooth-Speakers-Beginner-Friendly-Manage-w-Android-iOS-…
Capture timestamp (UTC): Mon, 17 Aug 2020 16:42:48 GMT

Page 9 of 9







SISIGAD Hoverboard 6.5" Two-Wheel Self Balancing Hoverboard with LED Lights...

**$124.99**

Hover-1 Allstar Hoverboard UL Certified Self-Balancing Electric Scooter w/ 6.5in...
★★★☆☆ 462
**$148.00**
2-day delivery

Hover-1 Eclipse Hoverboard w/ 8" Wheels, Ultrabright Customizable LED Headlights,...
★★★☆☆ 96
**$178.00**
2-day delivery

Hover-1 Blue Matrix UL Certified Electric Hoverboard w/ 6.5in Wheels, LED Sensor...
★★★★☆ 270
**$148.00**
*NextDay eligible*

● ○ ○

## Consider these popular products

Hover-1 Buggy Attachment for Electric Scooter, Transform Your Hoverboard into...
★★★★☆ 98
**$59.00** ~~$59.00~~ / each
*NextDay eligible*

Hover Kart Go Kart Adjustable Attachment for 6.5" Hoverboard, White
★★★☆☆ 5
**$59.99** ~~$59.99~~ / each

HoverTech 1 All In One Hover Cart Attachment For Hoverboard - Transform...
★★★★☆ 2
**$65.99** ~~$99.99~~

HoverTech 1 All In One Hover Cart Attachment For Hoverboard - Transform...
★★★★☆ 22
**$65.99**

● ○ ○


equate — Get fresh. Feel good. Great value on all your oral care needs. Shop now
Advertisement

## About This Item

**We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not

## About This Item

**We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

New Hoverboard with Front and Back LED Lights and Bluetooth Speaker Smart Self Balance- Assorted Chrome Colors

Details:

New Innovative design to make hoverboard more attractive than ever.

This hoverboard has LED Lights on both sides. You can enjoy music on the got within built Bluetooth Speaker.

Specifications:-

1) Light weight easy to carry anywhere with you.

2) Tire Size: 6.5inches

3) Load Capacity: 44lbs to 165lbs

4) Pedal Height: 115mm

5) Chassis Height: 25mm

6) Max Charger: DC29.4V

7) Max Charging Current: 600mA

8) Battery Voltage: 25.2V/200mAh

9) Max Speed: 14KM/H

10) Charging Time: 2-3Hrs

@generated

## Specifications

| Features | Bluetooth and LED Lights, Smart Self Balancing Hoverboard |
|---|---|
| Brand | Supersale |

## Sponsored Products





ROLLBACK







Get fresh. Feel good.

Great value on all
your oral care needs.

*equate*

Shop now

Advertisement

Case 5:20-cv-04806 Document #: 16-10 Filed: 08/18/20 Page 32 of 71 PageID #:292



**Star Wars the Child Plush Toy, 11-Inch Small Yoda-Like Soft Figure from the...**

★★★★½  272

**$19.86** ~~$24.86~~

**Kindi Kids Kindi Fun Shopping Cart, Pre-School Doll Playset**

★★★★★  6

**$9.84** ~~$12.99~~

**Little Live Pets Scruff-a-Luvs™ Plush Mystery Electronic Real Rescue Pet**

★★★★☆  146

**$26.33** ~~$39.97~~

**Treasure-X Aliens Ultimate Dissection Kit - 26 Level Collectible Figure Set**

★★★★½  14

**$24.86**
*NextDay eligible*

## Customer reviews & ratings

**Write a review**

Be the first to review this item!



equate | Get fresh. Feel good.
Great value on all your oral care needs.
Shop now

Advertisement

## Customer Q&A

Get specific details about this product from customers who own it.

**Ask a question**



5% cash back at Walmart.com

Learn how

Feedback

Document title: New 6.5&quot; Hoverboard with Front and Back LED Lights and Bluetooth Speaker Smart Self Balance Scooter- Assorted Colors - Walmart.com -...
Capture URL: https://www.walmart.com/ip/New-6-5-quot-Hoverboard-with-Front-and-Back-LED-Lights-and-Bluetooth-Speaker-Smart-Self-Balance-Scooter-Assorted-...
Capture timestamp (UTC): Mon, 10 Aug 2020 19:27:00 GMT



Advertisement

## Policies & Plans

**Pricing policy**

### About our prices

We're committed to providing low prices every day, on everything. So if you find a current lower price from an online retailer on an identical, in-stock product, tell us and we'll match it. See more details at Online Price Match.

## Inspired by your browsing history

Clear this list

   

Item you viewed

      

| Jetson Rave Bluetooth Hoverboard with Cosmic... | Hoverboard 6.5' Two-Wheel Self Balancing Hoverboard... | Hover-1 Blue Matrix UL Certified Electric... | Fluxx FX3 Hoverboard - Self Balancing Scooter 6.5" w/... | CHO Spider Wheels Series Hoverboard UL2272... | CHO Electric Hoverboard Two Wheels Smart Self... |
|---|---|---|---|---|---|
| ★★★★☆ 250 | ★★★☆☆ 163 | ★★★☆☆ 270 | ★★★☆☆ 471 | ★★★☆☆ 88 | ★★★☆☆ 36 |
| **$178.00** | **$119.99** | **$148.00** | **$98.00** | **$99.99 - $189.00** | **$99.99** |
| NextDay eligible | | NextDay eligible | | | |

• •

**Related Pages :**

All Scooters, Hover-1 Ride Ons, Adult Electric Scooters, All Hoverboards, Kid's Hoverboard, Electric Transportation, Adult Electric Scooter, All Electric Scooter

Case 1:20-cv-04806 Document #: 16-10 Filed: 08/18/20 Page 34 of 71 PageID #:1294



Document title: New 6.5&quot; Hoverboard with Front and Back LED Lights and Bluetooth Speaker Smart Self Balance Scooter- Assorted Colors - Walmart.com -...
Capture URL: https://www.walmart.com/ip/New-6-5-quot-Hoverboard-with-Front-and-Back-LED-Lights-and-Bluetooth-Speaker-Smart-Self-Balance-Scooter-Assorted-...
Capture timestamp (UTC): Mon, 10 Aug 2020 19:27:00 GMT



Pickup & delivery        Walmart.com

☰  Walmart ✳        Search Walmart.com  🔍        👤 Account    Reorder    🛒 0



Top-Rated **TOYS**    Explore the toys kids & parents trust most.

_Shop now_

Ways to shop



Shop Deals

**$98.00**



Top-rated toys

**$48.99**



Free pickup today

**$39.97**



New toys

**$19.95**



Only at Walmart

**$14.97**



Character shop

**$24.86**



Shop for boys

**$19.97**



Shop for girls

**$36.99**



Top Influencers

**$9.84**

## Customers also considered

⭘ Feedback











Pickup & delivery     Walmart.com

**Walmart**      Search Walmart.com 🔍     👤 Account   ⤶ Reorder   🛒 ⓪

   

| CHO Electric 6.5 inch Hoverboard Smart Self Balancing Scooter Hoover... | Hover-1 Refurbished Ultra UL Certified Electric Hoverboard w/ 6.5" Wheels,... | NHT Safety Certified Electric Hoverboard Self balancing scooter 6.... | SWAGTRON Swagboard HERO Hoverboard, Dual 250W High-Torque... |
|---|---|---|---|
| ★★★★☆ 61 | ★★★☆☆ 80 | ★☆☆☆☆ 1 | ★★★☆☆ 284 |
| **$99.99** | **$99.00** | **$99.99** | **$98.00** $98.00 / each |

• ○

## Customers also viewed these products

   

| CBD Hoverboard Two-Wheel Self Balancing Scooter with Bluetooth... | Hoverboard 6.5" Two-Wheel Self Balancing Hoverboard Without Free... | CHO NEW Generation Electric Hoverboard Two Wheels Smart Self... | CHO Spider Wheels Series Hoverboard UL2272 Certified Hover Board Electri... |
|---|---|---|---|
| ★★★½☆ 6 | ★★★★½ 8 | ★★★☆☆ 11 | ★★★½☆ 88 |
| **$129.99** | **$169.99** | **$99.99** | **$99.99 - $189.00** |

• ○ ○ ○

 Get fresh. Feel good. Great value on all your oral care needs. Shop now

Feedback

Advertisement

## About This Item

**We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we

 Walmart

Search Walmart.com

Account     Reorder

## About This Item

**We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

---

## Consider these popular products

               



Hover-1 Blue Matrix UL Certified Electric Hoverboard w/ 6.5in Wheels,...

★★★★☆  268

**$148.00**
NextDay eligible

Hover-1 AllStar & Go-Kart Combo w/ 6.5 Tires, Easily Attaches To Most...

★★★☆☆  310

**$198.00** $198.00 / each
2-day delivery

Hover-1 Buggy Attachment for Electric Scooter, Transform Your Hoverboard...

★★★★☆  98

**$59.00** $59.00 / each
NextDay eligible

Razor Hovertrax 1.5 Hoverboard Self-Balancing Smart Scooter

★★★★⯪  28

**$178.00**
NextDay eligible

● ○ ○ ○

---

## Shop inspiration

## Sponsored Products

 CLEARANCE

               

Feedback

---

Document title: NHT Safety Certified Electric Hoverboard Self balancing scooter 6.5 inch LED Light Wheels Built-in Bluetooth Speaker - Walmart.com - Walmart.com
Capture URL: https://www.walmart.com/ip/NHT-Safety-Certified-Electric-Hoverboard-Self-balancing-scooter-6-5-inch-LED-Light-Wheels-Built-in-Bluetooth-…
Capture timestamp (UTC): Mon, 17 Aug 2020 19:27:18 GMT



Pickup & delivery    Walmart.com

☰  Walmart ⁂

Search Walmart.com    🔍

👤 Account    ↵ Reorder    🛒 0

HOVERSTAR Hoverboard Certified HS2.0 Flash Wheel with LED Light Sel…

SWAGTRON T8 Swagboard Duro Hoverboard Lithium Free - Self…
★★★★☆ 33

Swagtron K5 3-Wheel Kids Scooter with Light-Up Wheels Height-…
★★★★★ 2

Swagtron K9 Commuter Kick Scooter for Adults, Teens Foldable, Lightweigh…
★★★★⯪ 5

$109.99

$135.00

$34.99

$99.00

● ○ ○ ○

## Customer reviews & ratings

**3.0** ★★★☆☆
2 ratings

| | | |
|---|---|---|
| 5 stars | ▬▬▬▬ | 1 |
| 4 stars | | 0 |
| 3 stars | | 0 |
| 2 stars | | 0 |
| 1 star | ▬▬▬ | 1 |

See all reviews    Write a review

2 reviews    Sort by: most relevant ▾

★☆☆☆☆  **Dissatisfied**

I purchased this for my grandson flr Christmas. When he opened it One of the wheels was broken. Can't return it because the "return window" expired 5 days before Christmas……

Unhappy, December 26, 2019

👍 0    👎 0    ⚑

★★★★★

Chimeka, June 29, 2020

👍 0    👎 0    ⚑

◯ Feedback

Pickup & delivery    Walmart.com

≡  **Walmart** ☀    Search Walmart.com    🔍        Account    Reorder    🛒 ⓪

## Sponsored Products





REDUCED PRICE





❯

Swagtron K6 Toddler Scooter, Convertible 4-in-1 Ride-On Balance...
★★★☆☆ 2
$49.99

QF 6 PCS Kids Protective Gear Set Bike Knee Pads and Elbow Pads w/...
★★★★½ 29
$16.98 - $23.98

Hollow Design Solid Tire for Xiaomi M365 Electric Scooter 8.5inch Anti-...
$6.99 - $24.99

Little Tikes Rocking Horse, Magenta
★★★★½ 409
$29.92
*NextDay eligible*

● ○ ○

## Customer Q&A

Get specific details about this product from customers who own it.

**Ask a question**

Number of answers    ⌄

Sort by

1-1 of 1 questions

What is weight limit

0 Answers ⌄

0

☐ Feedback

Pickup & delivery     Walmart.com

**Walmart** ☰

Search Walmart.com   🔍

⍟ Account     Reorder     🛒 0

## Policies & Plans

**Pricing policy**

### About our prices

We're committed to providing low prices every day, on everything. So if you find a current lower price from an online retailer on an identical, in-stock product, tell us and we'll match it. See more details at Online Price Match.

## Inspired by your browsing history

Clear this list

   

Item you viewed













| Hoverzon Smart Hoverboard S | Jetson Rave Bluetooth Hoverboard with Cosmi... | SWAGTRON Swagboard Classic T500 Bluetooth... | Hover-1 Allstar Hoverboard UL Certifie... | Hover-1 Eclipse Hoverboard w/ 8"... | Hoverboard 6.5" Two-Wheel Self Balancing... |

★★★★★ 1     ★★★★½ 252     ★★★☆☆ 22     ★★★½ 467     ★★★½ 99     ★★★½ 172

$229.99 - $349.00     $178.00     $148.00     $148.00     $178.00     $119.99 - $129.99

NextDay eligible

● ○

🗩 Feedback

**Related Pages :**

All Scooters, Hover-1 Ride Ons, Bluetooth Hoverboards, Swagtron Hoverboard, Kid's Hoverboard, Electric Transportation, Adult Electric Scooter, All Electric Scooter

Pickup & delivery  Walmart.com



≡   Walmart ✳

[Search Walmart.com                    ] 🔍

⧠ Account    ⤺ Reorder    🛒 0

     

| Hoverzon Smart Hoverboard S | Jetson Rave Bluetooth Hoverboard with Cosmi... | SWAGTRON Swagboard Classic T500 Bluetooth... | Hover-1 Allstar Hoverboard UL Certifie... | Hover-1 Eclipse Hoverboard w/ 8"... | Hoverboard 6.5" Two-Wheel Self Balancing... |
|---|---|---|---|---|---|
| ★★★★★ 1 | ★★★★☆ 252 | ★★★☆☆ 22 | ★★★☆☆ 467 | ★★★☆☆ 99 | ★★★☆☆ 172 |
| $229.99 - $349.00 | $178.00 NextDay eligible | $148.00 | $148.00 | $178.00 | $119.99 - $129.99 |

⦿

● ○

**Related Pages :**

All Scooters,  Hover-1 Ride Ons,  Bluetooth Hoverboards,  Swagtron Hoverboard,  Kid's Hoverboard,  Electric Transportation,  Adult Electric Scooter,  All Electric Scooter

[Enter email for weekly newsletter.           ]  **Sign up**

f  🐦  📌  ▶  📷        ▯ Mobile apps

**Walmart Services**

Grocery Pickup & Delivery

MoneyCenter

Walmart Credit Card

Walmart Pay

Weekly Ad

Other Services

**Get to Know Us**

Our Company

Store Directory

Digital Museum

Our Suppliers

Sell on Walmart.com

Advertise With Us

Careers

**Walmart.com**

Walmart Labs

Our Ads

Terms of Use

Privacy & Security

CA Privacy Rights

Do Not Sell My Personal Information

Request My Personal Information

Tax Exempt Program

**Customer Service**

Help Center

Returns

Product Recalls

Accessibility

Contact Us

Store Pickup

**In The Spotlight**

Portable Air Conditioners

PS4

Trampoline

Skateboard

Outdoor Furniture

Nintendo Switch Lite

▢ Feedback

Shop Our Brands    **Allswell**    ⬤ Art    BARE NECESSITIES    **BONOBOS**    E L O Q U I I    hayneedle ✿    Moosejaw ᵐ

Walmart ✳ eBooks    Walmart ✳ Photo    sam's club ◇    SHOES.COM    **Walmart** ✳

© 2020 Walmart. All Rights Reserved.          To ensure we are able to help you as best we can, please include your reference number: BVICJFREON

Document title: NHT Safety Certified Electric Hoverboard Self balancing scooter 6.5 inch LED Light Wheels Built-in Bluetooth Speaker - Walmart.com - Walmart.com
Capture URL: https://www.walmart.com/ip/NHT-Safety-Certified-Electric-Hoverboard-Self-balancing-scooter-6-5-inch-LED-Light-Wheels-Built-in-Bluetooth-...
Capture timestamp (UTC): Mon, 17 Aug 2020 19:27:18 GMT          Page 8 of 8

Pickup & delivery    Walmart.com

**Walmart** ☀

⌄ Search Walmart.com 🔍

Account    Reorder    🛒 0

⚪ ⟿ **NextDay** delivery    📍 Delivering to 60654

## Customers also considered



Hoverboard 6.5" Two-Wheel Self Balancing Hoverboard with LED Lights Electric...
★★★☆ 163
**$119.99**

Hover-1 Blue Matrix UL Certified Electric Hoverboard w/ 6.5in Wheels, LED Sensor...
★★★★ 270
**$148.00**
*NextDay eligible*

CHO Electric Hoverboard Two Wheels Smart Self Balancing Scooter Hoover...
★★★☆ 36
**$99.99**

Fluxx FX3 Hoverboard - Self Balancing Scooter 6.5" w/ LED Lights - UL2272...
★★★☆ 471
**$98.00**

● ○ ○

Toys / Kids' Bikes & Riding Toys / Ride Ons / Hoverboards / All Hoverboards

f 𝕡 𝕥



🔍

○ Report incorrect product information

**Supersale**

## New 6.5" Hoverboard with Front and Back LED Lights and Bluetooth Speaker Smart Self Balance Scooter- Assorted Colors

☆☆☆☆☆ (0.0)    Write a review

### $129.99 - $149.99

**Actual Color:** Choose an option

| Chrome Blue | Chrome Black | Chrome Gold | Chrome Green | Chrome Pink |

| Chrome Purple | Chrome Rose Gold |

Qty:
1 ⌄    **Get in-stock alert**

▤ Add to list    ⎕ Add to registry


Top-Rated    Explore the toys kids

☐ Feedback

○ Report incorrect product information          ≣ Add to list          🎁 Add to registry


Top-Rated TOYS
Explore the toys kids & parents trust most.
Shop now

Ways to shop






Shop Deals

$98.00

Top-rated toys

$48.99

Free pickup today

$39.97

New toys

$19.95







Only at Walmart

$14.97

Character shop

$24.86

Shop for boys

$19.97

Shop for girls

$34.55

Top Influencers

$9.84

## Customers also viewed these products


LOW IN STOCK








Feedback

Pickup & delivery    Walmart.com

Walmart

Search Walmart.com

Account    Reorder    🛒 0






| SISIGAD Hoverboard 6.5" Two-Wheel Self Balancing Hoverboard with LED Lights... | Hover-1 Allstar Hoverboard UL Certified Self-Balancing Electric Scooter w/ 6.5in... | Hover-1 Eclipse Hoverboard w/ 8" Wheels, Ultrabright Customizable LED Headlights,... | Hover-1 Blue Matrix UL Certified Electric Hoverboard w/ 6.5in Wheels, LED Sensor... |
|---|---|---|---|
| $124.99 | ★★★☆☆ 462 | ★★★☆☆ 96 | ★★★★☆ 270 |
| | $148.00 | $178.00 | $148.00 |
| | 2-day delivery | 2-day delivery | NextDay eligible |

● ○ ○

## Consider these popular products




| Hover-1 Buggy Attachment for Electric Scooter, Transform Your Hoverboard into... | Hover Kart Go Kart Adjustable Attachment for 6.5" Hoverboard, White | HoverTech 1 All In One Hover Cart Attachment For Hoverboard - Transform... | HoverTech 1 All In One Hover Cart Attachment For Hoverboard - Transform... |
|---|---|---|---|
| ★★★★☆ 98 | ★★☆☆☆ 5 | ★★★★☆ 2 | ★★★★☆ 22 |
| $59.00 $59.00 / each | $59.99 $59.99 / each | $65.99 $99.99 | $65.99 |
| NextDay eligible | | | |

● ○ ○



ALLFORTH  Allforth
Outdoor apparel for every budget &
every body.

Advertisement

Feedback

## About This Item

**We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

New Hoverboard with Front and Back LED Lights and Bluetooth Speaker Smart Self Balance- Assorted Chrome Colors

Details:

Document title: New 6.5&quot; Hoverboard with Front and Back LED Lights and Bluetooth Speaker Smart Self Balance Scooter- Assorted Colors - Walmart.com - ...
Capture URL: https://www.walmart.com/ip/New-6-5-quot-Hoverboard-with-Front-and-Back-LED-Lights-and-Bluetooth-Speaker-Smart-Self-Balance-Scooter-Assorted-...
Capture timestamp (UTC): Mon, 10 Aug 2020 19:30:04 GMT

Pickup & delivery    Walmart.com

Walmart

Search Walmart.com

Account    Reorder

New Hoverboard with Front and Back LED Lights and Bluetooth Speaker Smart Self Balance- Assorted Chrome Colors

Details:

New Innovative design to make hoverboard more attractive than ever.

This hoverboard has LED Lights on both sides. You can enjoy music on the got within built Bluetooth Speaker.

Specifications:-

1) Light weight easy to carry anywhere with you.

2) Tire Size: 6.5inches

3) Load Capacity: 44lbs to 165lbs

4) Pedal Height: 115mm

5) Chassis Height: 25mm

6) Max Charger: DC29.4V

7) Max Charging Current: 600mA

8) Battery Voltage: 25.2V/200mAh

9) Max Speed: 14KM/H

10) Charging Time: 2-3Hrs

@generated

Get fresh. Feel good.

Great value on all
your oral care needs.

equate

Shop now

Advertisement

## Specifications

| Features | Bluetooth and LED Lights, Smart Self Balancing Hoverboard |
| --- | --- |
| Brand | Supersale |

## Customer reviews & ratings



Be the first to review this item!

## Sponsored Products









---

Document title: New 6.5&quot; Hoverboard with Front and Back LED Lights and Bluetooth Speaker Smart Self Balance Scooter- Assorted Colors - Walmart.com -...
Capture URL: https://www.walmart.com/ip/New-6-5-quot-Hoverboard-with-Front-and-Back-LED-Lights-and-Bluetooth-Speaker-Smart-Self-Balance-Scooter-Assorted-...
Capture timestamp (UTC): Mon, 10 Aug 2020 19:30:04 GMT

Page 4 of 6



QUANFENG QF Kids Skateboard Helmet
CPSC ASTM Certified Bike Skate Multi-...

**$19.98**

Little Tikes Rocking Horse, Magenta

★★★★½  409

**$29.92**

QUANFENG QF Knee Pads 6 PCS Kids
Knee and Elbow Pads Wrist Guards for...

★★★★★  1

**$13.98**

Twisty Petz, Series 4 Blingz, Starzie
Elephant and Jinglez Unicorn Customizabl...

★★★½  4

**$12.97**

## Customer Q&A

Get specific details about this product from customers who own it.

**Ask a question**

## Policies & Plans

**Pricing policy**

### About our prices

We're committed to providing low prices every day, on everything. So if you find a current lower price
from an online retailer on an identical, in-stock product, tell us and we'll match it. See more details
at Online Price Match.

**Related Pages :**

All Scooters, Hover-1 Ride Ons, Adult Electric Scooters, All Hoverboards, Kid's Hoverboard, Electric Transportation, Adult Electric Scooter, All Electric Scooter

Enter email for weekly newsletter.  **Sign up**          f  t  p  ▶  ☷  Mobile apps

**Walmart Services**        **Get to Know Us**        **Walmart.com**              **Customer Service**        **In The Spotlight**



Pickup & delivery    Walmart.com

Walmart

Search Walmart.com

Account    Reorder    🛒 0

## Customer Q&A

Get specific details about this product from customers who own it.

**Ask a question**

## Policies & Plans

**Pricing policy**

### About our prices

We're committed to providing low prices every day, on everything. So if you find a current lower price from an online retailer on an identical, in-stock product, tell us and we'll match it. See more details at Online Price Match.

**Related Pages :**

All Scooters, Hover-1 Ride Ons, Adult Electric Scooters, All Hoverboards, Kid's Hoverboard, Electric Transportation, Adult Electric Scooter, All Electric Scooter

Enter email for weekly newsletter.    **Sign up**

f  t  p  ▶  ◎    📱 Mobile apps

**Walmart Services**
Grocery Pickup & Delivery
MoneyCenter
Walmart Credit Card
Walmart Pay
Weekly Ad
Other Services

**Get to Know Us**
Our Company
Store Directory
Digital Museum
Our Suppliers
Sell on Walmart.com
Advertise With Us
Careers

**Walmart.com**
Walmart Labs
Our Ads
Terms of Use
Privacy & Security
CA Privacy Rights
Do Not Sell My Personal Information
Request My Personal Information
Tax Exempt Program

**Customer Service**
Help Center
Returns
Product Recalls
Accessibility
Contact Us
Store Pickup

**In The Spotlight**
Portable Air Conditioners
PS4
Trampoline
Skateboard
Outdoor Furniture
Nintendo Switch Lite

Shop Our Brands    Allswell    Art    SAFE NECESSITIES    BONOBOS    ELOQUII    hayneedle    Moosejaw    Walmart eBooks

Walmart Photo    sam's club    SHOES.COM    Walmart

○ Feedback

© 2020 Walmart. All Rights Reserved.

To ensure we are able to help you as best you can, please include your reference number: FGIVU3UAXP

Document title: New 6.5&quot; Hoverboard with Front and Back LED Lights and Bluetooth Speaker Smart Self Balance Scooter- Assorted Colors - Walmart.com -...
Capture URL: https://www.walmart.com/ip/New-6-5-quot-Hoverboard-with-Front-and-Back-LED-Lights-and-Bluetooth-Speaker-Smart-Self-Balance-Scooter-Assorted-...
Capture timestamp (UTC): Mon, 10 Aug 2020 19:30:04 GMT

Page 6 of 6

Case: 1:18-cv-04806 Document #: 16-19 Filed: 08/18/20 Page 49 of 71 PageID #:1309







## About This Item

**We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

The High Roller C is the first portable transportation solution ideal for getting around campus, the park and even the office — the perfect gift for the mobile, always-moving person in your life. Easy to use, fast to charge and able to reach top speeds of up to six miles per hour, the High Roller is safe for the whole family. There is a built-in temperature sensor to prevent overcharging, and the Lithium Ion battery is certified safe.

**High Roller Hoverboard C:**

- Travels at up to 6 mph
- Easy to use
- Fast to charge
- Built-in temperature sensor prevents overcharging
- Usage time: 4-6 hours
- Charging time: 2-3 hours
- Maximum weight capacity: 200 lbs
- Requires 1 Lithium Ion battery (included)



⚠️ **WARNING:**

safety:UL2272 Certified, Built-in termpature Sensor, no overcharging

## Specifications

| Brand | V.I.P. |
|---|---|
| Manufacturer Part Number | 191944 |
| Lifestage | @generated |
| Assembled Product Weight | 27 lbs |
| Assembled Product Dimensions (L x W x H) | 10.00 x 10.00 x 26.00 Inches |

Case ... Document #: 16-19 Filed: 08/18/20 Page 52 of 71 PageID #:1312



| Assembled Product Weight | 27 lbs |
| Assembled Product Dimensions (L x W x H) | 10.00 x 10.00 x 26.00 Inches |

## Sponsored Products

**Hoverboard Two-Wheel Self Balancing Scooter 6.5 "with Bluetooth Speaker...**
★★★½ 7
**$169.99**

**Star Wars the Child Plush Toy, 11-Inch Small Yoda-Like Soft Figure from the...**
★★★★½ 266
**$19.86** ~~$24.86~~
*NextDay eligible*

**Treasure-X Fire Vs Ice, Hunter Pack, Dig and Discover Collectible Figure**
★★★★☆ 6
**$8.46**

**Kindi Kids Kindi Fun Shopping Cart, Pre-School Doll Playset**
★★★★★ 6
**$9.84** ~~$12.99~~

● ○

## Customer reviews & ratings

**3.4** ★★★☆☆
5 ratings

[See all reviews]   [Write a review]

| 5 stars | ████████ | 3 |
| 4 stars | | 0 |
| 3 stars | | 0 |
| 2 stars | | 0 |
| 1 star | ████ | 2 |

Feedback

5 reviews    Sort by: most relevant ▾

★★★★★  **grate item to buy**

I bought this hoverboard 3 weeks ago and it was the best buy ever it was a gift for my 11 year old but now



★★★★★ **grate item to buy**

I bought this hoverboard 3 weeks ago and it was the best buy ever it was a gift for my 11 year old but now my 6 year old n 8 year old won't one it's super easy to ride I also love ridding it and my husband really loves it so much that he hovers to work on it just to see how long the batteries last and so far !charging last us all day it was at my door with in 3 days !! I think it was a grate buy I'm even going to buy 3 more !!

March 5, 2017

✓ Verified purchaser

Written by a customer while visiting **walmart.ca**

👍 4    👎 0    🚩

★★★★★

I bought this for my daughters birthday and she loves it . Great and affordable product !

Lorna30, April 7, 2017

✓ Verified purchaser

Written by a customer while visiting **walmart.ca**

👍 4    👎 0    🚩

★★★★★ **Awesome :)....amazing**

I am so happy that I got this best hovverboard

Connello23, January 9, 2017

Written by a customer while visiting **walmart.ca**

👍 4    👎 1    🚩

★ ☆ ☆ ☆ ☆ **Lasted 4 months**

First broke rather quickly, returned for another. It also stopped at the 4 month mark.

Rachel The Great, August 17, 2018

✓ Verified purchaser

Document title: High Roller Hoverboard C - Walmart.com - Walmart.com
Capture URL: https://www.walmart.ca/ip/High-Roller-Hoverboard-C/54053505
Capture timestamp (UTC): Wed, 12 Aug 2020 19:32:43 GMT



Rachel The Great, August 17, 2018

✓ Verified purchaser

**Jet** Written by a customer while visiting **jet.com**

👍 0        👎 0        🏳

★ ☆ ☆ ☆ ☆    **JUNK Dont waste your money!**

Waste of money! Bought for my son for Christmas he rode it twice, inside our home for a total of about 5 mins and now it will not work! Thought maybe it was dead so we plugged it in and let it charge and it still wont work! So disappointing ti pay this kind of money for something and it work for 5 mins! Dont waste your money! Called manufacturer they said motherboard was prob bad, new one is $89! Not putting another dime into something that only worked for 5 mins. My son is very upset that his fav present is already broke and he never even really got to use it.

See more ⌄

M, December 29, 2018

👍 0        👎 0        🏳

## Sponsored Products

| REDUCED PRICE | REDUCED PRICE | | |

QUANFENG QF Knee Pads 6 PCS Kids Knee and Elbow Pads Wrist...

QUANFENG QF Kids Skateboard Helmet CPSC ASTM Certified Bike...

Little Tikes Rocking Horse, Magenta

★★★★½ 409

Hoverboard Two-Wheel Self Balancing Scooter 6.5" with Bluetooth Speaker...

★★★★½ 4

$12.98 - $13.98

$19.98

$29.92

$169.99

● ● ●



$12.98 - $13.98          $19.98              $29.92              $169.99

● ● ●

## Customer Q&A

Get specific details about this product from customers who own it.

**Ask a question**



Advertisement

Feedback

## Policies & Plans

**Pricing policy**          **About our prices**

Returns                     We're committed to providing low prices every day, on everything. So if you find a current
                            lower price from an online retailer on an identical, in-stock product, tell us and we'll match
                            it. See more details at Online Price Match.





Document title: WORMHOLE Off Road Hoverboard Dual Motors Electric Self Balancing Scooter 6.5&quot; Two Wheel Self Balancing Hoverboard - Walmart.com - …
Capture URL: https://www.walmart.com/ip/WORMHOLE-Off-Road-Hoverboard-Dual-Motors-Electric-Self-Balancing-Scooter-6-5-Two-Wheel-Self-Balancing-…
Capture timestamp (UTC): Wed, 12 Aug 2020 19:36:57 GMT

Pickup & delivery    Walmart.com

**Walmart** 

Search Walmart.com

Account    Reorder    🛒 0

## Ways to shop






Shop Deals

Top-rated toys

Free pickup today

New toys

$98.00

$48.99

$39.97

$19.95







Only at Walmart

Character shop

Shop for boys

Shop for girls

Top Influencers

$14.97

$24.86

$19.97

$37.89

$9.84

## Consider these popular products



 ROLLBACK







Feedback

❯

Hover-1 Blue Matrix UL Certified Electric Hoverboard w/ 6.5in Wheels...

★★★★☆ 268

Razor Hovertrax 2.0 Self-Balancing, Foot-Controlled Hoverboard

★★★★✦ 156

Fluxx FX3 Hoverboard - Self Balancing Scooter 6.5" w/ LED Lights - UL2272...

★★★✦☆ 468

Hover-1 Buggy Attachment for Electric Scooter, Transform Your...

★★★★☆ 98

Document title: WORMHOLE Off Road Hoverboard Dual Motors Electric Self Balancing Scooter 6.5&quot; Two Wheel Self Balancing Hoverboard - Walmart.com -...
Capture URL: https://www.walmart.com/ip/WORMHOLE-Off-Road-Hoverboard-Dual-Motors-Electric-Self-Balancing-Scooter-6-5-Two-Wheel-Self-Balancing-...
Capture timestamp (UTC): Wed, 12 Aug 2020 19:36:57 GMT

Pickup & delivery    Walmart.com

Walmart :::

Search Walmart.com 🔍

Account    Reorder    🛒 0

Hover-1 Blue Matrix UL Certified Electric Hoverboard w/ 6.5in Wheels...

★★★★☆ 268

**$148.00**
*NextDay eligible*

Razor Hovertrax 2.0 Self-Balancing, Foot-Controlled Hoverboard

★★★★½ 156

**$198.00**
*NextDay eligible*

Fluxx FX3 Hoverboard - Self Balancing Scooter 6.5" w/ LED Lights - UL2272...

★★★☆☆ 468

**$98.00**
2-day delivery

Hover-1 Buggy Attachment for Electric Scooter, Transform Your...

★★★★☆ 98

**$59.00** $59.00 / each
*NextDay eligible*

● ● ● ●

## About This Item

**We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

ALL TERRAIN wormhole LED WHEELS: The all terrain wheels hoverboard with 3D wormhole motor.To ensure ease of use and portability, we have designed the 6.5" hoverboard with compact All Terrain wheels. A super light- weight design equipped with rugged All Terrain wheels makes it easy for you to carry it on your adventures.You can drive on grass, wetlands and snow.With a wide range of the color spectrum you'll feel like riding in space.SAFETY:Gain increased visibility from all directions so you and your loved ones are safer in low light conditions.Rated IP54 for solidness and water resistance.Comprehensive Safety and Security:Every hover board is designed and built to provide world-class levels of safety and security, a top priority for WORMHOLE. UL 2272 tested and certified self balancing board with UL2271 Certified Smart Battery. Strictest Production Process,hundreds of thousands of tests regarding to safety regulations.BLUETOOTH SPEAKER: Rock out to your favorite songs with the integrated Bluetooth speaker in the 8FINITI hover board. Play music straight from your phone or any blue tooth compatible device while you go exploring!AUTO BALANCE: In order to improve the safety and ride quality for our customers, the WORMHOLE All Terrain hover board is now equipped with No Fall Technology. With enhanced and sophisticated gyro sensors, the INFINIT hoverboard automatically aligns evenly so that the rider's balance is never compromised and a stable equilibrium is maintained.DREAM GIFT:These 3D wormhole wheel and frame lights are the hottest new thing. Your hoverboard will be the coolest in the street, you will be focus!The hoverboard is only need 3 minutes for everyone to learn. This hoverboard should be a awesome choice as a birthday or Christmas gift for everyone. Especially for outside sporting enthusiasts.WORMHOLE Off Road Hoverboard Dual Motors Electric Self Balancing Scooter 6.5" Two Wheel Self Balancing Hoverboard

## Specifications

| Brand | WORMHOLE |
|-------|----------|

## Sponsored Products



REDUCED PRICE



REDUCED PRICE



ROLLBACK




□ Feedback

Pickup & delivery   Walmart.com

Walmart

Search Walmart.com

Account | Reorder | 0









Razor MX650 Steel Electric Dirt Rocket Kids Motorcross Motorcycle...

★★★★½ 20

**$899.99 - $974.99**
2-day delivery

Razor MX500 Kids Dirt Rocket Supercross 15 MPH Electric Bike...

★★★★½ 17

**$679.99** List $1,169.99
2-day delivery

Nerf UTV Ride-On Toy by Kid Trax, 12-Volt

★★★½ 17

**$249.00** ~~$399.00~~

NOGIS Kids Skateboard Protective Gear Set, Knee Pads Elbow Pads Wris...

**$16.77** ~~$33.54~~

● ○ ○ ○

## Customer reviews & ratings

**Write a review**

Be the first to review this item!

## Sponsored Products











LOW IN STOCK

NOGIS Kids Skateboard Protective Gear Set, Knee Pads Elbow Pads Wris...

**$16.77** ~~$33.54~~

NOGIS Kids/Youth 6 in 1 Kit Protective Gear Knee Elbow Pads,...

**$17.23** ~~$34.46~~

NOGIS Kids/Youth Knee Pad Elbow Wrist Pads Guards Protective Gear...

**$17.23** ~~$34.46~~

NOGIS Child's Pad Set with Knee Elbow and Wrist, 6 In 1 Protective...

**$16.77** ~~$33.54~~

● ○ ○ ○

Feedback

Document title: WORMHOLE Off Road Hoverboard Dual Motors Electric Self Balancing Scooter 6.5&quot; Two Wheel Self Balancing Hoverboard - Walmart.com -...
Capture URL: https://www.walmart.com/ip/WORMHOLE-Off-Road-Hoverboard-Dual-Motors-Electric-Self-Balancing-Scooter-6-5-Two-Wheel-Self-Balancing-...
Capture timestamp (UTC): Wed, 12 Aug 2020 19:36:57 GMT
Page 4 of 6

Pickup & delivery    Walmart.com

**Walmart** 

Search Walmart.com

Account    Reorder    🛒 0

## Customer Q&A

Get specific details about this product from customers who own it.

**Ask a question**

## Policies & Plans

**Pricing policy**

### About our prices

We're committed to providing low prices every day, on everything. So if you find a current lower price from an online retailer on an identical, in-stock product, tell us and we'll match it. See more details at Online Price Match.

## Inspired by your browsing history

Clear this list

     

Item you viewed

     

| Spadger HY-A06 Off Road Hoverboard Dual... | Jetson Rave Bluetooth Hoverboard with Cosm... | Hover-1 Allstar Hoverboard UL Certifi... | Hover-1 Eclipse Hoverboard w/ 8"... | Hoverboard 6.5" Two-Wheel Self Balancing... | Hover-1 Blue Matrix UL Certified Electric... |
|---|---|---|---|---|---|
| | ★★★★½ 250 | ★★★½ 463 | ★★★½ 98 | ★★★½ 169 | ★★★★ 268 |
| **$159.99** | **$178.00** | **$148.00** | **$178.00** 2-day delivery | **$119.99** | **$148.00** NextDay eligible |

Pickup & delivery          Walmart.com

 Walmart

Search Walmart.com 🔍

👤 Account    ↩ Reorder    🛒 0

─────────

Item you viewed

    

| | | | | | |
|---|---|---|---|---|---|

Spadger HY-A06 Off Road Hoverboard Dual...

$159.99

Jetson Rave Bluetooth Hoverboard with Cosm...
★★★★★ 250

$178.00

Hover-1 Allstar Hoverboard UL Certifi...
★★★★☆ 463

$148.00

Hover-1 Eclipse Hoverboard w/ 8"...
★★★☆☆ 98

$178.00
2-day delivery

Hoverboard 6.5" Two-Wheel Self Balancing...
★★★☆☆ 169

$119.99

Hover-1 Blue Matrix UL Certified Electric...
★★★★☆ 268

$148.00
*NextDay eligible*

● ○

---

Enter email for weekly newsletter.    **Sign up**

f 🐦 📌 ▶ 📷          📱 Mobile apps

| Walmart Services | Get to Know Us | Walmart.com | Customer Service | In The Spotlight |
|---|---|---|---|---|
| Grocery Pickup & Delivery | Our Company | Walmart Labs | Help Center | Portable Air Conditioners |
| MoneyCenter | Store Directory | Our Ads | Returns | PS4 |
| Walmart Credit Card | Digital Museum | Terms of Use | Product Recalls | Trampoline |
| Walmart Pay | Our Suppliers | Privacy & Security | Accessibility | Skateboard |
| Weekly Ad | Sell on Walmart.com | CA Privacy Rights | Contact Us | Outdoor Furniture |
| Other Services | Advertise With Us | Do Not Sell My Personal Information | Store Pickup | Nintendo Switch Lite |
| | Careers | Request My Personal Information | | |
| | | Tax Exempt Program | | |

Shop Our Brands    Allswell    Art    BARE NECESSITIES    BONOBOS    ELOQUII    hayneedle    Moosejaw

Walmart eBooks    Walmart Photo    sam's club    SHOES.COM    Walmart

Feedback

─────────

© 2020 Walmart. All Rights Reserved.          To ensure we are able to help you as best we can, please include your reference number: VDTEWAQFER

Document title: WORMHOLE Off Road Hoverboard Dual Motors Electric Self Balancing Scooter 6.5&quot; Two Wheel Self Balancing Hoverboard - Walmart.com -...
Capture URL: https://www.walmart.com/ip/WORMHOLE-Off-Road-Hoverboard-Dual-Motors-Electric-Self-Balancing-Scooter-6-5-Two-Wheel-Self-Balancing-...
Capture timestamp (UTC): Wed, 12 Aug 2020 19:36:57 GMT          Page 6 of 6





**Ways to shop**

| | | | |
|---|---|---|---|
| Shop Deals | Top-rated toys | Free pickup today | New toys |
| $98.00 | $48.99 | $39.97 | $19.95 |

| | | | | |
|---|---|---|---|---|
| Only at Walmart | Character shop | Shop for boys | Shop for girls | Top Influencers |
| $14.97 | $24.86 | $19.97 | $37.89 | $9.84 |

## Consider these popular products

Hover-1 Blue Matrix UL Certified     Fluxx FX3 Hoverboard - Self Balancing     Hover-1 Buggy Attachment for     Razor Hovertrax 1.5 Hoverboard Self-

Feedback





Document title: Hoverboard in Rose Gold Chrome with Bluetooth Speakers - Walmart.com - Walmart.com
Capture URL: https://www.walmart.com/ip/Hoverboard-in-Rose-Gold-Chrome-with-Bluetooth-Speakers/788142339
Capture timestamp (UTC): Wed, 12 Aug 2020 19:38:09 GMT

Case 1:18-cv-04806 Document #: 16-19 Filed: 08/18/20 Page 67 of 71 PageID #:1327

Walmart ☀

Search Walmart.com 🔍

Account   Reorder   🛒 0

Ask a question



Advertisement

## Policies & Plans

**Pricing policy**

### About our prices

We're committed to providing low prices every day, on everything. So if you find a current lower price from an online retailer on an identical, in-stock product, tell us and we'll match it. See more details at Online Price Match.

○ Feedback

Enter email for weekly newsletter.   **Sign up**

f   t   p   ▶   ⊙    📱 Mobile apps

**Walmart Services**    **Get to Know Us**    **Walmart.com**    **Customer Service**    **In The Spotlight**





Document title: Hoverzon - Walmart.com
Capture URL: https://www.walmart.com/search?cat_id=0&amp;facet=brand%3AHoverzon&amp;query=hoverzon&amp;redirect=false
Capture timestamp (UTC): Mon, 17 Aug 2020 16:44:38 GMT



Document title: Hoverzon - Walmart.com
Capture URL: https://www.walmart.com/search?cat_id=0&amp;facet=brand%3AHoverzon&amp;query=hoverzon&amp;redirect=false
Capture timestamp (UTC): Mon, 17 Aug 2020 16:44:38 GMT



Document title: Hoverzon - Walmart.com
Capture URL: https://www.walmart.com/search?cat_id=0&amp;facet=brand%3AHoverzon&amp;query=hoverzon&amp;redirect=false
Capture timestamp (UTC): Mon, 17 Aug 2020 16:44:38 GMT