# EXHIBIT 2
# FILED UNDER SEAL

US00D737723S

(12) **United States Design Patent**  (10) Patent No.: **US D737,723 S**
Ying et al.                          (45) Date of Patent: ** **Sep. 1, 2015**

(54) **SELF-BALANCING VEHICLE**

(71) Applicant: **Hangzhou Chic Intelligent Technology Co., Ltd**, Hangzhou, Zhejiang Province (CN)

(72) Inventors: **Jiawei Ying**, Hangzhou (CN); **Shaojun Cao**, Hangzhou (CN)

(73) Assignee: **HANGZHOU CHIC INTELLIGENT TECHNOLOGY CO., LTD.**, Hangzhou, Zhejiang Province (CN)

(**) Term: **14 Years**

(21) Appl. No.: **29/511,915**

(22) Filed: **Dec. 15, 2014**

(30) **Foreign Application Priority Data**

Jun. 13, 2014 (CN) .......................... 2014 3 0180556

(51) **LOC (10) Cl.** .............................................. **12-14**
(52) **U.S. Cl.**
USPC ............................................ **D12/1**; D21/765
(58) **Field of Classification Search**
USPC ............ D12/1, 163; D21/419, 421, 423, 426,
D21/760, 765, 766, 769, 771, 776, 803;
280/87.042, 87.021, 87.041, 5.23,
280/5.39, 205, 209, 229, 266, 282, 851;
180/181, 5.26, 6.5, 7.1, 8.2, 65.8, 907,
180/218, 65, 13; 475/750
CPC .. A63C 17/0033; A63C 17/01; A63C 17/016;
A63C 2203/40; A63C 17/012; A63C 17/12;
B62K 2202/00
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D647,991 S | * | 11/2011 | Sramek ........................ D21/765 |
| 8,469,376 B2 | * | 6/2013 | Kristiansen .............. 280/87.042 |
| 2007/0273118 A1 | * | 11/2007 | Conrad ................... 280/87.042 |
| 2011/0006497 A1 | * | 1/2011 | Chen et al. .............. 280/87.042 |
| 2012/0007331 A1 | * | 1/2012 | Hsieh ........................ 280/221 |
| 2012/0187648 A1 | * | 7/2012 | Chen ...................... 280/87.042 |

* cited by examiner

*Primary Examiner* — T. Chase Nelson
*Assistant Examiner* — Ania Aman
(74) *Attorney, Agent, or Firm* — Muncy, Geissler, Olds & Lowe, P.C.

(57) **CLAIM**
The ornamental design for a self-balancing vehicle, as shown and described.

**DESCRIPTION**

FIG. **1** is a top plan view of a self-balancing vehicle showing our new design;
FIG. **2** is a bottom plan view thereof;
FIG. **3** is a rear elevational view thereof;
FIG. **4** is a front elevational view thereof;
FIG. **5** is a left side view thereof, the right side view being a mirror image thereof;
FIG. **6** is a rear, top, right perspective view thereof;
FIG. **7** is a front, top, left perspective view thereof; and,
FIG. **8** is a rear, bottom, left perspective view thereof.
The broken line showing is for the purpose of illustrating portions of the self-balancing vehicle and environment structure which form no part of the claimed design.

**1 Claim, 8 Drawing Sheets**



**U.S. Patent** Sep. 1, 2015 Sheet 1 of 8 US D737,723 S



FIG.1

Case: 1:20-cv-04806 Document #: 16-11 Filed: 08/18/20 Page 4 of 34 PageID #:1335



FIG.2

Case: 1:20-cv-04806 Document #: 16-11 Filed: 08/18/20 Page 5 of 34 PageID #:1336



FIG.3



FIG.4

Case: 1:20-cv-04806 Document #: 16-11 Filed: 08/18/20 Page 7 of 34 PageID #:1338



FIG.5

Case: 1:20-cv-04806 Document #: 16-11 Filed: 08/18/20 Page 8 of 34 PageID #:1339



FIG.6

Case: 1:20-cv-04806 Document #: 16-11 Filed: 08/18/20 Page 9 of 34 PageID #:1340



FIG.7

Case: 1:20-cv-04806 Document #: 16-11 Filed: 08/18/20 Page 10 of 34 PageID #:1341



FIG.8



US00D738256S

(12) **United States Design Patent**
Ying et al.

(10) Patent No.: **US D738,256 S**
(45) Date of Patent: ** **Sep. 8, 2015**

(54) **SELF-BALANCING VEHICLE**

(71) Applicant: **Hangzhou Chic Intelligent Technology Co., Ltd.**, Hangzhou, Zhejiang Province (CN)

(72) Inventors: **Jiawei Ying**, Hangzhou (CN); **Shaojun Cao**, Hangzhou (CN)

(73) Assignee: **HANGZHOU CHIC INTELLIGENT TECHNOLOGY CO., LTD.**, Hangzhou, Zhejiang Province (CN)

(**) Term: **14 Years**

(21) Appl. No.: **29/511,924**

(22) Filed: **Dec. 15, 2014**

(51) LOC (10) Cl. ................................................ **12-14**

(52) **U.S. Cl.**
USPC ........................................... **D12/1**; D21/765

(58) **Field of Classification Search**
USPC ............ D12/1, 163; D21/419, 421, 423, 426, D21/760, 765, 766, 769, 771, 776, 803; 280/87.042, 87.021, 87.041, 5.23, 280/5.39, 205, 209, 229, 266, 282, 851; 180/181, 5.26, 6.5, 7.1, 8.2, 65.8, 907, 180/218, 65, 13; 475/750
CPC .. A63C 17/0033; A63C 17/01; A63C 17/016; A63C 2203/40; A63C 17/012; A63C 17/12; B62K 2202/00
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D647,991 S | * | 11/2011 | Sramek ........................ D21/765 |
| 8,469,376 B2 | * | 6/2013 | Kristiansen .............. 280/87.042 |
| 2007/0273118 A1 | * | 11/2007 | Conrad .................. 280/87.042 |
| 2011/0006497 A1 | * | 1/2011 | Chen et al. .............. 280/87.042 |
| 2012/0007331 A1 | * | 1/2012 | Hsieh ......................... 280/221 |
| 2012/0187648 A1 | * | 7/2012 | Chen ...................... 280/87.042 |

* cited by examiner

*Primary Examiner* — T. Chase Nelson
*Assistant Examiner* — Ania Aman
(74) *Attorney, Agent, or Firm* — Muncy, Geissler, Olds & Lowe, P.C.

(57) **CLAIM**
The ornamental design for a self-balancing vehicle, as shown and described.

**DESCRIPTION**

FIG. **1** is a top plan view of a self-balancing vehicle showing our new design;
FIG. **2** is a bottom plan view thereof;
FIG. **3** is a front elevational view thereof;
FIG. **4** is a rear elevational view thereof;
FIG. **5** is a left side view thereof, the right side view being a mirror image thereof;
FIG. **6** is a front, top, right perspective view thereof;
FIG. **7** is a rear, top, left perspective view thereof; and,
FIG. **8** is a rear, bottom, right perspective view thereof.
The broken line showing is for the purpose of illustrating portions of the self-balancing vehicle and environment structure which form no part of the claimed design.

**1 Claim, 8 Drawing Sheets**



Case: 1:20-cv-04806 Document #: 16-11 Filed: 08/18/20 Page 12 of 34 PageID #:1343



FIG.1

Case: 1:20-cv-04806 Document #: 16-11 Filed: 08/18/20 Page 13 of 34 PageID #:1344



FIG.2

**U.S. Patent**     Sep. 8, 2015     Sheet 3 of 8     **US D738,256 S**



FIG.3



FIG.4

Case: 1:20-cv-04806 Document #: 16-11 Filed: 08/18/20 Page 16 of 34 PageID #:1347



FIG.5

Case: 1:20-cv-04806 Document #: 16-11 Filed: 08/18/20 Page 17 of 34 PageID #:1348



FIG.6

Case: 1:20-cv-04806 Document #: 16-11 Filed: 08/18/20 Page 18 of 34 PageID #:1349



FIG.7



FIG.8



US00D784195S

(12) **United States Design Patent** (10) Patent No.: **US D784,195 S**

Ying

(45) Date of Patent: ** **Apr. 18, 2017**

(54) **HUMAN MACHINE INTERACTION VEHICLE**

(71) Applicant: **Hangzhou Chic Intelligent Technology Co., Ltd**, Yuhang Dist., Hangzhou, Zhejiang (CN)

(72) Inventor: **Jiawei Ying**, Hangzhou (CN)

(73) Assignee: **Hangzhou Chic Intelligent Technology Co., Ltd.**, Hangzhou, Zhejiang Province (CN)

(**) Term: **15 Years**

(21) Appl. No.: **29/556,275**

(22) Filed: **Feb. 29, 2016**

(30) **Foreign Application Priority Data**

Oct. 9, 2015 (CN) .......................... 2015 3 0389352

(51) **LOC (10) Cl.** ............................................. **12-14**

(52) **U.S. Cl.**

USPC .......................................... **D12/1**

(58) **Field of Classification Search**

USPC ...... D12/1, 5; D21/419, 421, 423, 426, 662, D21/760, 765, 766, 769, 771, 776, 803; 701/124; 280/87.042, 87.021, 87.041, 280/5.23, 5.39, 205, 209, 229, 266, 282, 280/851; 180/181, 5.26, 6.5, 7.1, 8.2, 180/65.8, 907, 218, 65, 13

CPC .... B62K 3/007; B62K 17/00; B62K 2202/00; B62D 51/001; B62D 51/02; B62D 61/00; A63C 17/0033; A63C 17/01; A63C 17/016; A63C 2203/40; A63C 17/12

See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

8,738,278 B2 * 5/2014 Chen .................... B62K 11/007
                                                      180/218

D737,723 S       9/2015 Ying et al.

D738,256 S       9/2015 Ying et al.
D739,906 S  *    9/2015 Chen ............................ D21/760
9,376,155 B2 *   6/2016 Ying .................... B62K 3/007
9,403,573 B1 *   8/2016 Mazzei .................. B62D 51/02
2002/0008361 A1* 1/2002 Smith .................... A63C 5/031
                                                      280/14.21
2005/0242538 A1* 11/2005 Hiramatsu ......... A63C 17/004
                                                      280/92
2013/0238231 A1*  9/2013 Chen ................... B62K 11/007
                                                      701/124

(Continued)

FOREIGN PATENT DOCUMENTS

CN          302534790 S      8/2013

*Primary Examiner* — T. Chase Nelson

*Assistant Examiner* — Ania Aman

(74) *Attorney, Agent, or Firm* — Muncy, Geissler, Olds & Lowe, P.C.

(57) **CLAIM**

The ornamental design for a human-machine interaction vehicle, as shown and described.

**DESCRIPTION**

FIG. **1** is a top plan view of a human-machine interaction vehicle showing my new design;

FIG. **2** is a bottom plan view thereof;

FIG. **3** is a front elevational view thereof;

FIG. **4** is a rear elevational view thereof;

FIG. **5** is a right side view thereof, the left side view being a mirror image thereof; and,

FIG. **6** is a top, rear, right perspective view thereof.

The broken lines are for the purpose of illustrating portions of the human-machine interaction vehicle and environmental structure which form no part of the claimed design.

**1 Claim, 6 Drawing Sheets**



**US D784,195 S**

Page 2

(56)      **References Cited**

U.S. PATENT DOCUMENTS

2016/0129963 A1 *  5/2016  Ying ...................... B62K 3/007
                              180/6.5
2016/0325803 A1 *  11/2016  Waxman ................. B62M 7/12

* cited by examiner

Case: 1:20-cv-04806 Document #: 16-11 Filed: 08/18/20 Page 22 of 34 PageID #:1353



FIG.1



FIG.2

Case: 1:20-cv-04806 Document #: 16-11 Filed: 08/18/20 Page 24 of 34 PageID #:1355



FIG.3

Case: 1:20-cv-04806 Document #: 16-11 Filed: 08/18/20 Page 25 of 34 PageID #:1356



FIG.4



FIG.5

Case: 1:20-cv-04806 Document #: 16-11 Filed: 08/18/20 Page 27 of 34 PageID #:1358



FIG.6



US00D785112S

(12) **United States Design Patent** (10) Patent No.: **US D785,112 S**

Ying (45) Date of Patent: ** Apr. 25, 2017

(54) **HUMAN-MACHINE INTERACTION VEHICLE**

(71) Applicant: **Hangzhou Chic Intelligent Technology Co., ltd**, Yuhang Dist, Hangzhou, Zhejiang (CN)

(72) Inventor: **Jiawei Ying**, Hangzhou (CN)

(73) Assignee: **Hangzhou Chic Intelligent Technology Co., Ltd.**, Hangzhou, Zhejiang Province (CN)

(**) Term: **15 Years**

(21) Appl. No.: **29/556,300**

(22) Filed: **Feb. 29, 2016**

(30) **Foreign Application Priority Data**

Nov. 26, 2015 (CN) .......................... 2015 3 0481979

(51) **LOC (10) Cl.** ............................................... **21-02**
(52) **U.S. Cl.**
USPC ...................................................... **D21/760**
(58) **Field of Classification Search**
USPC ...... D21/419, 421, 423, 426, 760, 765, 766,
D21/769, 771, 776, 803; D12/1
CPC ..... A63C 17/01; A63C 17/12; A63C 2203/00;
A63C 2203/011; A63C 2203/012; A63C
2203/013; A63C 2203/40; A63C 2203/52;
B62D 51/02; B62K 2202/00; B62K
2207/00; B62K 2207/02; B62K 2207/04
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D535,714 | S | * | 1/2007 | Cheng .......................... D21/763 |
| 7,481,291 | B2 | * | 1/2009 | Nishikawa ............. B62K 17/00 |
| | | | | 180/181 |
| D601,922 | S | * | 10/2009 | Imai ................................. D12/1 |
| 8,738,278 | B2 | * | 5/2014 | Chen ...................... B62K 3/007 |
| | | | | 180/218 |
| D737,723 | S | * | 9/2015 | Ying ................................. D12/1 |
| D738,256 | S | * | 9/2015 | Ying ................................. D12/1 |
| D739,906 | S | * | 9/2015 | Chen .......................... D21/760 |
| 9,376,155 | B2 | * | 6/2016 | Ying ...................... B62K 3/007 |
| 9,403,573 | B1 | * | 8/2016 | Mazzei ................. B62D 51/02 |
| 9,499,228 | B2 | * | 11/2016 | Chang ................... B62K 3/002 |
| 2007/0131461 | A1 | * | 6/2007 | Treadwell ............. B62B 5/005 |
| | | | | 180/19.1 |
| 2013/0238231 | A1 | * | 9/2013 | Chen ................... B62K 11/007 |
| | | | | 701/124 |
| 2015/0096820 | A1 | * | 4/2015 | Strack ................. G11C 7/1072 |
| | | | | 180/181 |

FOREIGN PATENT DOCUMENTS

CN 302534790 S 8/2013

* cited by examiner

*Primary Examiner* — Cynthia M Chin
(74) *Attorney, Agent, or Firm* — Muncy, Geissler, Olds & Lowe, P.C.

(57) **CLAIM**

The ornamental design for a human-machine interaction vehicle, as shown and described.

**DESCRIPTION**

FIG. **1** is a top plan view of a human-machine interaction vehicle showing my new design;
FIG. **2** is a bottom plan view thereof;
FIG. **3** is a front elevational view thereof;
FIG. **4** is a rear elevational view thereof;
FIG. **5** is a right side view thereof, the left side view being a mirror image thereof; and,
FIG. **6** is a top, front, left perspective view thereof.
The broken lines are for the purpose of illustrating portions of the human-machine interaction vehicle and environmental structure which form no part of the claimed design.

**1 Claim, 6 Drawing Sheets**



Case: 1:20-cv-04806 Document #: 16-11 Filed: 08/18/20 Page 29 of 34 PageID #:1360



FIG.1



FIG.2

Case: 1:20-cv-04806 Document #: 16-11 Filed: 08/18/20 Page 31 of 34 PageID #:1362



FIG.3



FIG.4

Case: 1:20-cv-04806 Document #: 16-11 Filed: 08/18/20 Page 33 of 34 PageID #:1364



FIG.5



FIG.6