# SCHEDULE A
# FILED UNDER SEAL

## SCHEDULE A

## EBAY

| No. | MERCHANT NAME | MERCHANT URL |
|---|---|---|
| 1. | cheapaanzee | https://www.ebay.com/usr/cheapaanzee |
| 2. | dam.store | https://www.ebay.com/str/mttechnologie |
| 3. | electrojungle | https://www.ebay.com/str/electrojungle |
| 4. | ell_jas | https://www.ebay.com/str/smretail83 |
| 5. | philadelphiabestdeals | https://www.ebay.com/usr/philadelphiabestdeals?_trksid=p2047675.l2559 |
| 6. | shop7pc | https://www.ebay.com/str/shop7pc |
| 7. | triplesemstore | https://www.ebay.com/str/triplesemstore |
| 8. | claimthis | http://www.ebaystores.com/claimthiscomputerwarehouse |
| 9. | dingedanddented | https://www.ebay.com/str/dingedanddented |
| 10. | heartofdixi06 | https://www.ebay.com/str/tarheelfindz |
| 11. | orkmastermcgee | http://www.ebaystores.com/orksgaming |
| 12. | sdc4465 | https://www.ebay.com/usr/sdc4465?_trksid=p2047675.l2559 |
| 13. | adther42 | https://www.ebay.com/itm/Liegate-hoverboard-black-used-w-charger/383627294517?epid=6030522228&hash=item5951f7f735:g:ZToAAOSwygte5OV3 |
| 14. | andrew.a20 | https://www.ebay.com/usr/andrew.a20?_trksid=p2047675.l2559 |
| 15. | aprilrainfashions | http://www.ebaystores.com/aprilrainfashions |
| 16. | ariasupply | https://www.ebay.com/usr/ariasupply?_trksid=p2047675.l2559 |
| 17. | authenticbrandshop | https://www.ebay.com/usr/authenticbrandshop?_trksid=p2047675.l2559 |
| 18. | authorized_reseller | https://www.ebay.com/str/authorizedresellergadgets |
| 19. | ayalaida | https://www.ebay.com/usr/ayalaida?_trksid=p2047675.l2559 |
| 20. | barg-n-binz | https://www.ebay.com/str/bargnbinz |
| 21. | beston-inc | https://www.ebay.com/str/bestoninc |
| 22. | bitsho_datk5o | https://www.ebay.com/str/bitshodatk5o |
| 23. | bleachfeet | https://www.ebay.com/str/bleachfeet |
| 24. | brandsmartusa | https://www.ebay.com/str/brandsmartusa |
| 25. | bubbleshaspower | https://www.ebay.com/usr/bubbleshaspower?_trksid=p2047675.l2559 |
| 26. | cartstack | https://www.ebay.com/usr/cartstack?_trksid=p2047675.l2559 |
| 27. | christp12 | https://www.ebay.com/usr/christp12?_trksid=p2047675.l2559 |
| 28. | computerswithoutboundaries | https://www.ebay.com/str/computerswithoutboundaries |
| 29. | creativisionlisa | https://www.ebay.com/usr/creativisionlisa?_trksid=p2047675.l2559 |
| 30. | diden_wu | https://www.ebay.com/str/didenwu |
| 31. | easwhole_0 | https://www.ebay.com/usr/easwhole_0?_trksid=p2047675.l2559 |

| No. | MERCHANT NAME | MERCHANT URL |
|---|---|---|
| 32. | ecom-dcombiz | https://www.ebay.com/usr/ecom-dcombiz?_trksid=p2047675.l2559 |
| 33. | emaxusa2019 | https://www.ebay.com/usr/emaxusa2019?_trksid=p2047675.l2559 |
| 34. | finishlineindustriesinc | https://www.ebay.com/str/finishlineindustriesinc |
| 35. | gear_teck_store | https://www.ebay.com/usr/gear_teck_store?_trksid=p2047675.l2559 |
| 36. | geeks | https://www.ebay.com/str/geeks |
| 37. | gr-8412 | https://www.ebay.com/usr/gr-8412?_trksid=p2047675.l2559 |
| 38. | thegetti56 | https://www.ebay.com/usr/thegetti56?_trksid=p2047675.l2559 |
| 39. | hoverboardworldinc-9 | https://www.ebay.com/usr/hoverboardworldinc-9?_trksid=p2047675.l2559 |
| 40. | husnal-collections | https://www.ebay.com/usr/husnal-collections?_trksid=p2047675.l2559 |
| 41. | li696269 | https://www.ebay.com/usr/li696269?_trksid=p2047675.l2559 |
| 42. | jeanpaulinamerica | https://www.ebay.com/usr/jeanpaulinamerica?_trksid=p2047675.l2559 |
| 43. | jnecmm2 | https://www.ebay.com/usr/jnecmm2?_trksid=p2047675.l2559 |
| 44. | jonathacot-8 | https://www.ebay.com/str/jcx |
| 45. | kashikija | https://www.ebay.com/usr/kashikija?_trksid=p2047675.l2559 |
| 46. | kimbojackson444 | https://www.ebay.com/usr/kimbojackson444?_trksid=p2047675.l2559 |
| 47. | kodebowe_0 | https://www.ebay.com/usr/kodebowe_0?_trksid=p2047675.l2559 |
| 48. | liketobuyit911 | https://www.ebay.com/usr/liketobuyit911?_trksid=p2047675.l2559 |
| 49. | litchfieldcountypickersllc | https://www.ebay.com/usr/litchfieldcountypickersllc?_trksid=p2047675.l2559    旧货销售 |
| 50. | mhestore2009 | https://www.ebay.com/usr/mhestore2009?_trksid=p2047675.l2559 |
| 51. | microseldropship | https://www.ebay.com/str/mnwholesaleoutlet |
| 52. | motor99motor | https://www.ebay.com/str/motor99motor |
| 53. | napple-corp | https://www.ebay.com/usr/napple-corp?_trksid=p2047675.l2559 |
| 54. | olanwoka_0 | https://www.ebay.com/usr/olanwoka_0?_trksid=p2047675.l2559 |
| 55. | plothamer | https://www.ebay.com/usr/plothamer?_trksid=p2047675.l2559 |
| 56. | ridemall | https://www.ebay.com/usr/ridemall?_trksid=p2047675.l2559 |
| 57. | scottfisher136 | https://www.ebay.com/usr/scottfisher136?_trksid=p2047675.l2559 |
| 58. | secondarymarket | https://www.ebay.com/str/secondarymarket |

| No. | MERCHANT NAME | MERCHANT URL |
|---|---|---|
| 59. | sendeday | https://www.ebay.com/usr/sendeday?_trksid=p2047675.l2559 |
| 60. | stay_style | https://www.ebay.com/usr/stay_style?_trksid=p2047675.l2559 |
| 61. | stylehangar | https://www.ebay.com/usr/stylehangar?_trksid=p2047675.l2559 |
| 62. | tinesheart | https://www.ebay.com/str/tinesheartdeals |
| 63. | toykrazela | https://www.ebay.com/str/toykraze |
| 64. | vitcom2015 | https://www.ebay.com/str/vitcomelectronics |
| 65. | wholesaleshop666 | https://www.ebay.com/str/wholesaleshop666 |

## AMAZON

| No. | MERCHANT NAME | ASIN | MERCHANT URL |
|---|---|---|---|
| 1. | CHO Power Sports | B07995W2RX | https://www.amazon.com/stores/CHO/page/FB543C95-5FC6-4F8D-B32D-B50F2ABF8864?ref_=ast_bln |
| 2. | GYROOR US | B07PHFP8GB | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=1&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A57BIIPQ5F3FT&sshmPath= |
| 3. | purer | B07KV88BQ2; B07ZHL53W9; B07GFK49QR | https://www.amazon.com/s?me=AB5X8XRAD61MA&marketplaceID=ATVPDKIKX0DER |
| 4. | SYLUS | B08BTQBWHL | https://www.amazon.com/s?me=A3PQKZFT24KVGP&marketplaceID=ATVPDKIKX0DER |
| 5. | TOMOLOO Franchise | B08CJZ5JS2 | https://www.amazon.com/stores/TOMOLOO/page/3B148613-D476-4B36-9E9A-99B72E4556E5?ref_=ast_bln |
| 6. | TOMOLOO INE | B089NL5FSQ; B07GKYTX78; B07CCGZXD7; B07GP51PLN; B07C5NYRH7; B07CZGSDX3; B07C7V5BH4; B07GWC2QQL; B07GWV54ZB | https://www.amazon.com/stores/TOMOLOO/page/3B148613-D476-4B36-9E9A-99B72E4556E5?ref_=ast_bln |
| 7. | TOMOLOO-US | B089KF7VC4; B078H1YQPG; B0769G4NMQ; B0798NC7VJ; B07FFRSYCX | https://www.amazon.com/stores/TOMOLOO/page/3B148613-D476-4B36-9E9A-99B72E4556E5?ref_=ast_bln |
| 8. | Tomoloo Flagship | B08721GQ3W; B07JM6FT3H; B08545YSM1 | https://www.amazon.com/stores/TOMOLOO/page/3B148613-D476-4B36-9E9A-99B72E4556E5?ref_=ast_bln |
| 9. | Tomoloo TC | B07RY1PG3V; | https://www.amazon.com/stores/TOMOLOO/page/3B148613-D476-4B36-9E9A-99B72E4556E5?ref_=ast_bln |
| 10. | Tomoloo DX | B082VY7SRM | https://www.amazon.com/stores/TOMOLOO/page/3B148613-D476-4B36-9E9A-99B72E4556E5?ref_=ast_bln |
| 11. | Tomoloo INT | B078JVPSP1 | https://www.amazon.com/sp?_encoding=UTF8&asin=B078JVPSP1&isAmazonFulfilled=1&ref_=olp_merch_name_1&seller=A35351AV5611LB |

| | | | |
|---|---|---|---|
| 12. | XPRITINC | B07DLL1NTF; B07HLFSF8Z; B07HLC5V2T | https://www.amazon.com/stores/XPRIT/page/260BCDC8-5574-4289-9017-B8D02F4379D9?ref_=ast_bln |
| 13. | XGN | B08C5FXCM3 B08C53TC1Q | https://www.amazon.com/s?me=A3CP6OPTH2WY9K&marketplaceID=ATVPDKIKX0DER |
| 14. | shamoluotuo | B08B8W9B4C | https://www.amazon.com/s?me=A10KEO42F1HYQ0&marketplaceID=ATVPDKIKX0DER |
| 15. | xueweiweifuzhuangdian | B08B4R7RTP | https://www.amazon.com/s?me=A2X923KT25UQPJ&marketplaceID=ATVPDKIKX0DER |
| 16. | EverCross | B089KDRFCM | https://www.amazon.com/s?me=A32JV4GDVSTDD6&marketplaceID=ATVPDKIKX0DER |
| 17. | GCM Wholesale INC. (we record serial number) | B07NPYWW6K | https://www.amazon.com/sp?_encoding=UTF8&asin=B07NPYWW6K&isAmazonFulfilled=0&ref_=olp_merch_name_1&seller=A3TFW9R3OCAGUI |
| 18. | Xie Shi | B08CSPC4F8; B08CSN8K87; B08CSP8STB; B08CSPD61N; B08CSNYT8J; B08CSQ7TGH | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A3HW3MKRZZDV1N&sshmPath= |
| 19. | Red-Tag Pricing | B07RGXWHZM | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=AMY67CA41I3AI&sshmPath= |

## WALMART

| No. | MERCHANT NAME | MERCHANT URL |
|---|---|---|
| 1. | Entrotek | https://www.walmart.com/reviews/seller/1425?offerId=3BAED14FE8BC44A88F966EC24B05CAE2 |
| 2. | CHO International Inc | https://www.walmart.com/reviews/seller/12692 |
| 3. | Deal Ninja | https://www.walmart.com/reviews/seller/2305?offerId=2A8120C4F49C4FDAAB71BD5CAD3E1216 |
| 4. | NHT | https://www.walmart.com/search?cat_id=0&facet=brand%3ANHT&query=nht&redirect=false |
| 5. | Supersale | https://www.walmart.com/search?cat_id=0&facet=retailer%3ASupersale&query=supersale&redirect=false |
| 6. | TPS Power Sports or Texas Power Sports | https://www.walmart.com/reviews/seller/101017621?offerId=7FC47383B4F845B3BDDDB8D189EDCE64 |
| 7. | CMP Products | https://www.walmart.com/reviews/seller/101019293 |
| 8. | MaxStrata LLC | https://www.walmart.com/reviews/seller/101001624 |
| 9. | UnbeatableSale | https://www.walmart.com/reviews/seller/1148 |
| 10. | Wholesale Connection | https://www.walmart.com/search?cat_id=0&facet=brand%3AHoverzon&query=hoverzon&redirect=false |