# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| HANGZHOU CHIC INTELLIGENT TECHNOLOGY CO. and UNICORN GLOBAL, INC., ) ) ) ) | |
| Plaintiffs, ) ) | Case No. 20-cv-4806 |
| v. ) ) ) | Judge Steven C. Seeger Magistrate Judge Jeffrey Cole |
| CHEAPAANZEE, et al., ) ) ) | **FILED UNDER SEAL** |
| Defendants. ) ) | |

**PLAINTIFFS' *EX PARTE* MOTION FOR ENTRY OF A TEMPORARY RESTRAINING ORDER, INCLUDING A TEMPORARY INJUNCTION, A TEMPORARY ASSET RESTRAINT, AND EXPEDITED DISCOVERY**

Plaintiffs Hangzhou Chic Intelligent Technology Co., and Unicorn Global, Inc. ("Plaintiffs") seek entry of an *ex parte* temporary restraining order, including a temporary injunction against Defendants enjoining the manufacture, importation, distribution, offering for sale, and sale of infringing products, a temporary asset restraint, and expedited discovery in this action arising under 35 U.S.C. § 271. A Memorandum of Law in Support of this Motion is filed concurrently.

Date: August 18, 2020

Respectfully Submitted,

LOEB & LOEB LLP

By:    /s/ *Adam Kelly*
        Adam Kelly
        Doug Masters
        Arthur Yuan

321 North Clark Street, Suite 2300
Chicago, Illinois 60654
Tel.: (312) 464-3100
Fax: (312) 464-3111
Email: akelly@loeb.com
Email: dmasters@loeb.com
Email: ayaun@loeb.com

Christopher Binns (admitted *pro hac vice*)
LOEB & LOEB LLP
345 Park Avenue
New York, New York 10154
Tel.: (212) 407-4000
Fax: (212) 407-4990
Email: cbinns@loeb.com

*Attorneys for Plaintiffs*