# EXHIBIT 1
# FILED UNDER SEAL

| | |
|---|---|
| **From:** | eBay <ebay@ebay.com> |
| **Sent:** | Thursday, August 13, 2020 9:10 AM |
| **To:** | |
| **Subject:** | ✅ ORDER CONFIRMED: Hoverboard w/ 6.5in … |



# Thanks for another purchase, ▇▇▇! Your order is confirmed.

We'll let you know when it's on the way. In the meantime, we have more things you'll love at unbeatable prices!

| View order details | Browse deals |
|---|---|

## Order summary



**Hoverboard w/ 6.5in Wheels, LED Sensor Ligh UL Certified Electric**

**SKU**: Color: Blue
**Total**: $276.24
**Order number**: ▇▇▇
**Item ID**: 303618085655
♥ Save this seller

## Sponsored items to complement your purchase







1

Hover-1 ULTRA Hoverboard Elec…
Hover-1 ALL-STAR Hoverboard E…




$99.99
Free Shipping

$89.99
Free Shipping

Hover-1 LIBERTY Hoverboard El…
Hover-1 ECLIPSE Hoverboard El…

$84.99
Free Shipping

$199.99
Free Shipping

## Order details



**Estimated delivery:**
Thu, Aug 20 - Fri, Aug 28



**Your order will ship to:**

Chicago, IL 60605-2359
United States



**Seller: philadelphiabestdeals (15)**
100% positive feedback

**More from this seller** →



**eBay Bucks earnings:**
You earned $2.60 in eBay Bucks with this purchase!

**Keep shopping to earn more** →



**Order total:**

| | |
|---|---:|
| Price | $259.99 |
| Shipping | Free |
| Sales tax | $16.25 |
| Total charged to  | $276.24 |

## Sponsored items based on your recent views

  



| 4400mAh 6.5" High Speed Off R… | Hover-1 HELIX Hoverboard Elec… | Hover-1 ALL-STAR Hoverboard E… | 6.5" Bluetooth Hoverboard Sel… |
|---|---|---|---|
| $213.62 | $94.99 | $89.99 | $104.99 |
| Free Shipping | Free Shipping | Free Shipping | Free Shipping |
| New | **Seller 100% positive** | **Seller 100% positive** | New |

**Shop anywhere with the eBay app**

 

   

We don't check this mailbox, so please don't reply to this message. If you have a question, go to Help & Contact.

eBay sent this message to Arthur Yuan (yuangongan). Learn more about account protection. eBay is committed to your privacy. Learn more about our privacy notice and user agreement.

©1995-2020 eBay Inc., 2025 Hamilton Avenue, San Jose, CA 95125