# EXHIBIT 3
# FILED UNDER SEAL

| | |
|---|---|
| From: | Walmart.com &lt;help@walmart.com&gt; |
| Sent: | Saturday, August 15, 2020 1:07 PM |
| To: | |
| Subject: | Order received. Arrives 08/26. CHO Electric 6.5 inch Hoverboard... |

Help Center   Your Account

# Thanks for your order!

### Hello ▮,

Thanks for shopping with us. We're processing your order now and we'll email you again when there are status updates. You can also track the status via **your account**.

*Sincerely,*
*-Your Walmart Customer Care Team*

**Order #:** ▮

## Ships from cho international Inc

**Arrives between**

**Shipping to**

**Fri, Aug 21** and **Wed, Aug 26**
We'll send an email with tracking info when your order ships.

Arthur Yuan

Chicago, IL 60605

| Item | Qty | Total |
|---|---|---|
| **CHO Electric 6.5 inch Hoverboard Smart Self Balancing Scooter Hoover Board with Built in Speaker LED Light UL2272 Certified** $99.99 | 1 | $99.99 |

## Order summary

| | |
|---|---|
| Order subtotal: | $99.99 |
| cho international Inc shipping | FREE |
| Total tax | $6.25 |
| **Order total** | **$106.24** |

## Billing information

**Billing address**

Chicago, IL 60605

**Payment method(s)**

PayPal

2

## Helpful information

- Need to cancel? Click the **Request Cancellation** button in <u>your account</u>. Please act quickly — you can only cancel until your order starts processing.

- Need to return? Start a return for any Walmart or Marketplace item in <u>Your Account</u>. For more information visit our <u>returns help page</u>.

- Credit cards aren't charged until your order ships or your pickup order is ready at the store. If you see a pending charge on your account prior to this, it's an authorization hold to ensure the funds are available.

- Contact <u>cho international Inc</u> if you have any questions. Please do not reply to this email. This mailbox is unmonitored.




Razor Glitter MultiSport Child's Helmet, Magenta
GPX Laser Tag Blasters Christmas Gift Idea Black



Hover Kart Go Kart Adjustable Attachment for 6.5" Hoverboard, White



Razor V17 Youth Bike Helmet, Satin Pink



Fluxx FX3 Hoverboard - Self Balancing Scooter 6.5" w/ LED Lights - UL2272 Certified



Razor Jr 3-Wheel Lil' Kick Scooter - For Ages 3 and up



Nick Jr. PAW Patrol 6V 3-Wheel Electric Ride-On Kids' Bubble Scooter

Walmart apps

    

Walmart protects your security and privacy. We will never ask for personal information (such as passwords or credit card numbers) in an email. If you receive such a request, please do not respond. Learn more about online safety and see our Privacy Policy.

Visit our Help Center if you have questions. Please do not reply to this email. This mailbox is unmonitored.

© 2020 Walmart