# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

ABC Corporation I, et al.

                                                    Plaintiff,

v.

Case No.: 1:20−cv−04806

Honorable Steven C. Seeger

The Partnership and Unincorporated Associations Identified on Schedule "A"

                                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 22, 2020:

      MINUTE entry before the Honorable Steven C. Seeger: Plaintiffs' ex parte motion for entry of a temporary restraining order (Dckt. No. [17]) is granted in part. Order to follow. Plaintiffs' motion for electronic service under Rule 4(f)(3) (Dckt. No. [22]) is granted. Plaintiffs' motion to seal (Dckt. No. [33]) is granted. Plaintiffs' other motion to seal (Dckt. No. [39]) is hereby granted. Plaintiffs make a rather weak showing of the need to file documents under seal. The notion is that Defendants could undercut a temporary restraining order by creating a new Amazon Standard Identification Number ("ASIN") and selling the same infringing products under the new ASIN. Plaintiffs never explain why filing the complaint and related documents would prevent that outcome. Isn't there a risk that Defendants could do that anyway? Plaintiffs do not address the point, even though this Court raised it several weeks ago. (Dckt. No. [36]) Still, given the risk of harm, the Court reluctantly will allow Plaintiffs to file the documents under seal for the time being. Plaintiffs' third motion to seal (Dckt. No. [40]) is hereby granted. Again, the Court does so reluctantly. Plaintiffs repeated the generic justification for filing under seal (Dckt. No. [40]), even though this Court expressly found that justification lacking last month. (Dckt. No. [28]) By October 6, 2020, Plaintiffs shall file a statement that explains, with specificity, exactly how filing the documents under seal protected harm to Plaintiffs in this particular case. Mailed notice(jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.