**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISON**

| | |
|---|---|
| ABC CORPORATION I, ABC CORPORATION II, | |
| Plaintiffs, | Case No. 20-cv-4806 |
| v. | Hon. Steven C. Seeger |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | |
| Defendants. | |

**MOTION TO SEAL**

Pursuant to Federal Rule of Civil Procedure 26(c), Local Rule 26.2, and the Court's September 22, 2020 Order (Dkt. 41), eBay Inc. ("eBay") respectfully moves to file the following documents under seal: (1) eBay's Motion to Dissolve the *Ex Parte* Temporary Restraining Order as to eBay; (2) the Declaration of Rebekah Long and exhibit attached thereto; and (3) the Declaration of Paul J. Rogerson and exhibits attached thereto.

Federal Rule of Civil Procedure 26(c) provides that "[t]he court may, for good cause" issue an order forbidding or restricting the disclosure of information. Fed. R. Civ. P. 26(c)(1). Local Rule 26.2 provides that "[t]he court may for good cause shown enter an order directing that one or more documents be filed under seal." L.R. 26.2(b). On September 22, 2020, the Court entered an Order granting Plaintiffs ABC Corporation I and ABS Corporation II's ("Plaintiffs") motion to file or maintain certain documents under seal, including Plaintiffs' Second Amended Complaint, Plaintiffs' *Ex Parte* Motion for a Temporary Restraining Order,

and materials supporting these filings. (Dkt. 41.) On the same day, the Court entered a sealed Temporary Restraining Order. (Dkt. 42.)

The documents that eBay seeks to file under seal disclose materials that the Court has ordered be sealed or has filed under seal, including Plaintiffs' Second Amended Complaint (Dkt. 37) and the operative Temporary Restraining Order (Dkt. 42). Accordingly, eBay respectfully moves to file these documents under seal.

Dated: October 16, 2020                  Respectfully submitted,

                                          /s/   Richard A. Cederoth
                                         Richard A. Cederoth
                                         Paul J. Rogerson
                                         **SIDLEY AUSTIN LLP**
                                         One South Dearborn
                                         Chicago, Illinois 60603
                                         Telephone: (312) 853-7000
                                         rcederoth@sidley.com
                                         progerson@sidley.com

                                         *Counsel for eBay Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that I filed the foregoing with the Clerk of the United States District Court for the Northern District of Illinois using the CM/ECF system this 16th of October, 2020, and that a Notice of Electronic Filing was served on all counsel of record by the CM/ECF system.

Dated: October 16, 2020

      /s/   *Richard A. Cederoth*
Richard A. Cederoth
**SIDLEY AUSTIN LLP**
One South Dearborn
Chicago, Illinois 60603
Telephone: (312) 853-7000
rcederoth@sidley.com

*Counsel for eBay Inc.*