

# United States District Court
# Northern District of Illinois

In the Matter of

ABC Corporation I, et al.             District Judge Thomas M. Durkin

v.             Case No. 20-CV-04806

The Partnership and Unincorporated Associations Identified on Schedule "A"    Designated Magistrate Judge Jeffrey Cole

### TRANSFER OF CASE TO THE EXECUTIVE COMMITTEE
### FOR A REASSIGNMENT

I recommend to the Executive Committee that the above captioned case be reassigned by lot to another judge of this Court. The reasons for my recommendation are indicated on the reverse of this form.

_____

**Judge Steven C. Seeger**

Date: Monday, October 19, 2020

---

### ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be reassigned by lot to the calendar of an individual judge of this Court in accordance with the Rules.

**ENTER**

**FOR THE EXECUTIVE COMMITTEE**

_____

**Chief Judge Rebecca R. Pallmeyer**

Dated: Monday, October 19, 2020

District Reassignment - By Lot

- The reason for recusal having been provided for in IOP Rule 13F2; it is requested that in lieu of a replacement case this matter be made part of the equalization of cases provided for in that rule.

........................................................................................................................................................................................................................................
EXCEPTIONS OR ADDITIONS: