# EXHIBIT 1-PART 1

# FILED UNDER SEAL



Similar sponsored items 1/2

Feedback on our suggestions








| 6.5" Electric Hoverboard LED... | 6.5" LED Hoverboard Electric Self Balancin... | 6.5" Electric Hoverboard Self-... | 6.5" Hoverboard LED UL Self Balancing... | Hoverboard Self Balancing LED... | 6.5" LED Hoverboard Electric Self Balancin... |
|---|---|---|---|---|---|
| $119.99 | $129.99 | $129.99 | $119.99 | $119.99 | $129.99 |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping | Free shipping |

## Description

Seller assumes all responsibility for this listing.

eBay item number: 1142984806

### Item specifics

| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is ... Read more | Model: | Horizon |
|---|---|---|---|
| Featured Refinements: | Electric Self Balancing Scooter | Modified Item: | No |
| Type: | Hoverboard | Country/Region of Manufacture: | China |
| Features: | App Enabled, Multiple Rider Modes, Bluetooth Speaker, LED Headlights, UL Certified, 7.5 MPH, 8.5 Mile Range, 8" Tires, Overcharge Protection | Custom Bundle: | No |
| Color: | Black | Wattage: | 400 Watt Motor |
| MPN: | RFB-H2L-BLK | UL Certification: | https://iq2.ulprospector.com/session/new |
| Brand: | Hover-1 | UPC: | Does not apply |

Brand New. Holographic Edition. UL 2272 Certified.

**See the Link to official UL Certification - https://iq.ulprospector.com/en/profile?e=34769**

**https://iq2.ulprospector.com/session/new**

Related sponsored items 1/2

Feedback on our suggestions









Related sponsored items 1/2                                    Feedback on our suggestions

    

Hover-1 LIBERTY Hoverboard Electric...
$84.99
Free shipping
Popular

Hover-1 HELIX Hoverboard Electric...
$99.99
Free shipping
Popular

Hover-1 HORIZON Hoverboard Electric...
$149.99
Free shipping

2A 42V Charger Adapter for Electric...
$12.59
Free shipping

FC CE Certified 2 Wheels Self Balancin...
$9.99
Free shipping

1Pc Battery Charger for Scooter Hover Board...
$9.99
Free shipping

## Explore more sponsored options:

     

Hover-1 ULTRA Hoverboard Electric...
$99.99
+ shipping
Popular

Hover-1 HELIX Hoverboard Electric...
$99.99
+ shipping
Popular

Hover-1 LIBERTY Hoverboard Electric...
$84.99
+ shipping
Popular

Hover-1 HORIZON Hoverboard Electric...
$149.99
+ shipping

Hover-1 ECLIPSE Hoverboard Electric...
$199.99
+ shipping

Hover-1 ALL-STAR Hoverboard Electric...
$119.99
+ shipping

People who viewed this item also viewed 1/2                   Feedback on our suggestions

     

Hover-1 ULTRA Hoverboard Electric...
$99.99
Free shipping
Popular

6.5" Electric Hoverboard LED...
$119.99
Free shipping

6.5" Electric Hoverboard Self-...
$129.99
Free shipping

6.5" LED Hoverboard Electric Self Balancin...
$129.99
Free shipping

Hover-1 LIBERTY Hoverboard Electric...
$84.99
Free shipping
Popular

6.5" Hoverboard LED UL Self Balancing...
$119.99
Free shipping

| Hover-1 ULTRA Hoverboard Electric... | 6.5" Electric Hoverboard LED... | 6.5" Electric Hoverboard Self-... | 6.5" LED Hoverboard Electric Self Balancing... | Hover-1 LIBERTY Hoverboard Electric... | 6.5" Hoverboard LED UL Self Balancing... |
|---|---|---|---|---|---|
| $99.99 | $119.99 | $129.99 | $129.99 | $84.99 | $119.99 |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping | Free shipping |
| Popular | | | | Popular | |

Ad hoverboards.com ▾

**$145 Sale | ®Hoverboards.com - Best Value—Avoid the Knockoffs**

#1 **Hoverboard** Shop. 15+ Colors. Bluetooth. Free Shipping. LED Fenders. UL Certified. **Hoverboards** for both Kids & Adults. Unbeatable Quality. Free 90-Day Warranty. 100% Satisfaction. Free Sameday USA Shipping. For Beginners to Pros. Online Since 2014. Best **Hoverboard** for Kids. Free 90-Day Warranty. Over 15+ Unique Colors. 5 Star Reviews. Durable Aluminum Wheels.

X6 Bluetooth Hoverboard - $149.99 Best-Selling Hoverboard
  2020 Spring Deal — $149  Avoid LED Wheels. Why?
  Choose from 20+ Colors

**Visit Website**

---

Ad haloboard.com ▾

**Top 5 Hoverboards of 2020 - Buy The Top Ranked Hoverboard**

Official Top 5 **Hoverboard** of 2020. See the Best Reviewed **Hoverboard** Online. Ranked 2020's Top **Hoverboard**. Buy Top Ranked **Hoverboard** of 2020. Open 7 Days A Week: Shop Online. Features: High-Grade Aluminum Frame, Wheel Guards, UL 2272 And UL 2271 Safety Certified, Powerful LED Lights.

**Visit Website**

---

Ad fatbearscooters.com ▾

**Electric Motorized Scooter - Fast, Fun, & Eco-Friendly - Free Shipping**

Whether Commuting Across Town Or Crusing Down The Street, There's A **Scooter** For You! Combining The Latest In Battery & **Electric** Motor Technology, Large LED Display, Loud Alarm & Horn. Front & Rear Signals. Front And Rear Shocks. 3 Speed Control. Removable Battery. Remote Start. Models: Fat Scout, Fat Chopper, Fat Grizzly, Fat Road, Fat City, Fat Cub.

  Contact Us   About Us

**Visit Website**

---

Ad craftandride.com ▾

**2,411+ Verified Reviews - Accessories for Onewheel+ XR™ - craftandride.com**

Choose from over 75+ of the best aftermarket parts for the Onewheel+ XR and Onewheel Pint.

★★★★★ (4.9)

Spectrum Magnetic Fender - $99.99 Block Water & Debris
(909) 609-5719
  Shop Now   4,157+ Verified Reviews   FAQ   Contact Our CEO

**Visit Website**

---

Ad runnersworld.com ▾

**5 Best Electric Scooters 2020 - Reviews of Electric Scooters - RunnersWorld.com**

Find the right **electric scooters** that fits your budget and needs. See Our Top Picks!

**Visit Website**

---

Back to home page                                                                                     Return to t

More to explore :  Hoverboard,  Hoverboard Case,  Hoverboard Charger,  Scooter Electrical & Ignition Parts for Yamaha,  Scooter Electrical Switches & Relays for Suzuki, Onewheel Electric Scooters,  Smart Balance Scooter,  Smart Electric Scooters,  Scooter Electrical & Ignition Parts for BMW,  Hoverboard Cover

About eBay   Announcements   Community   Security Center   Resolution Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ

✓ Norton

Free shipping

**Popular**

---

Ad hoverboards.com▼

**Visit Website**

## $145 Sale | ®Hoverboards.com - Best Value—Avoid the Knockoffs

#1 **Hoverboard** Shop. 15+ Colors. Bluetooth. Free Shipping. LED Fenders. UL Certified. **Hoverboards** for both Kids & Adults. Unbeatable Quality. Free 90-Day Warranty. 100% Satisfaction. Free Sameday USA Shipping. For Beginners to Pros. Online Since 2014. Best **Hoverboard** for Kids. Free 90-Day Warranty. Over 15+ Unique Colors. 5 Star Reviews. Durable Aluminum Wheels.

X6 Bluetooth Hoverboard - $149.99 Best-Selling Hoverboard
2020 Spring Deal — $149 Avoid LED Wheels. Why?
Choose from 20+ Colors

---

Ad haloboard.com▼

**Visit Website**

## Top 5 **Hoverboards** of 2020 - Buy The Top Ranked **Hoverboard**

Official Top 5 **Hoverboard** of 2020. See the Best Reviewed **Hoverboard** Online. Ranked 2020's Top **Hoverboard**. Buy Top Ranked **Hoverboard** of 2020. Open 7 Days A Week. Shop Online. Features: High-Grade Aluminum Frame, Wheel Guards, UL 2272 And UL 2271 Safety Certified, Powerful LED Lights.

---

Ad fatbearscooters.com▼

**Visit Website**

## **Electric** Motorized **Scooter** - Fast, Fun, & Eco-Friendly - Free Shipping

Whether Commuting Across Town Or Crusing Down The Street, There's A **Scooter** For You! Combining The Latest In Battery & **Electric** Motor Technology, Large LED Display. Loud Alarm & Horn. Front & Rear Signals. Front And Rear Shocks. 3 Speed Control. Removable Battery. Remote Start. Models: Fat Scout, Fat Chopper, Fat Grizzly, Fat Road, Fat City, Fat Cub.

Contact Us    About Us

---

Ad craftandride.com▼

**Visit Website**

## 2,411+ Verified Reviews - Accessories for Onewheel+ XR™ - craftandride.com

Choose from over 75+ of the best aftermarket parts for the Onewheel+ XR and Onewheel Pint.

★★★★★ (4.9)

Spectrum Magnetic Fender - $99.99 Block Water & Debris
(909) 609-5719
Shop Now    4,157+ Verified Reviews    FAQ    Contact Our CEO

---

Ad runnersworld.com▼

**Visit Website**

## 5 Best **Electric Scooters** 2020 - Reviews of **Electric Scooters** - RunnersWorld.com

Find the right electric scooters that fits your budget and needs. See Our Top Picks!

---

Back to home page                                                                                                    Return to t

**More to explore :**   Hoverboard,  Hoverboard Case,  Hoverboard Charger,  Scooter Electrical & Ignition Parts for Yamaha,  Scooter Electrical Switches & Relays for Suzuki, Onewheel Electric Scooters,  Smart Balance Scooter,  Smart Electric Scooters,  Scooter Electrical & Ignition Parts for BMW,  Hoverboard Cover

About eBay    Announcements    Community    Security Center    Resolution Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ

Norton SECURED

---





## About this product

**Product Identifiers**

GTIN                          0888255228628
BRAND                         Hover-1
UPC                           0888255228628
eBay Product ID (ePID)        20038259155

**Product Key Features**

Model                         Helix

Show More ⌄

Help
?

**Frequently bought together**

Hover-1 Helix Hoverboard Electric Self Balancing…

$99.00 Pre-owned

Free Shipping

☑ Add to Cart

+

Jetson V12 Electra-Light Hoverboard

$104.99 Used

Free Shipping

☑ Add to Cart

+

US SELLER

8x CST Replacement Tire 8.5 X2" for XIAO…

$8.99 New

Free Shipping

☑ Add to Cart

**Total Price**

**$212.98**

Free Shipping

**Add All to Cart**

## All listings for this product

Buy It Now ⌄          Pre-owned ⌄

SPONSORED          Hover-1 HELIX Electric          Hover-1 HELIX

Document title: Hover-1 Helix Hoverboard Electric Self Balancing Scooter UI2272 Certified for sale online | eBay
Capture URL: https://www.ebay.com/p/20038259155?iid=143658288090
Capture timestamp (UTC): Fri, 07 Aug 2020 15:08:58 GMT

Hover-1 Helix Hoverboard Electric Self Balancing Scooter UI2272 Certified

★★★★★ 3 product ratings | About this product

Pre-Owned · Powered ...

$99.00 Free Shipping

Add to cart

SPONSORED

Hover-1 HELIX Hoverboard Electric Se...

$99.99
Free shipping

Hover-1 HELIX Electric Balancing Scooter...

$99.00
Free shipping

Hover-1 HELIX Hoverboard Electric Se...

$99.99
Free shipping

## Ratings and Reviews

Write a review

Help

?

5.0
★★★★★
3 product ratings

| ★ 5 | 3 |
| ★ 4 | 0 |
| ★ 3 | 0 |
| ★ 2 | 0 |
| ★ 1 | 0 |

### Most relevant reviews

★★★★★
by dining-depot
Jul 02, 2020

**Great value**

Works very well and the customer support is excellent

Verified purchase: Yes | Condition: Pre-Owned

## Best Selling in Self-Balancing Scooters

Segway Ninebot Drift W1 E-skates Smart Self-...

★★★★★

$399.95 New

---- Used

## You may also like

Hover-1 Helix Hoverboard Electric Self Balancing Scooter UI2272 Certified

★★★★★  3 product ratings  |  About this product

Pre-owned | Bensenville...

**$99.00**  Free Shipping

Add to cart

## Most relevant reviews

★★★★★

by dining-depot

Jul 02, 2020

### Great value

Works very well and the customer support is excellent

Verified purchase: Yes | Condition: Pre-Owned

## Best Selling in Self-Balancing Scooters




Segway Ninebot Drift W1
E-skates Smart Self-...

★★★★★

$399.95 New

---- Used

## You may also like



Hoverboard



Hoverboard Case



Hoverboard Charger



Smart Balance Scooter

Help

?

✎

About eBay   Announcements   Community   Security Center   Resolution Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ

 Norton SECURED

Document title: Hover-1 Helix Hoverboard Electric Self Balancing Scooter Ul2272 Certified for sale online | eBay
Capture URL: https://www.ebay.com/p/20038259155?iid=143658288090
Capture timestamp (UTC): Fri, 07 Aug 2020 15:08:58 GMT



**Description** | **Shipping and payments** | Report i

eBay item number: 323570340286

Seller assumes all responsibility for this listing.

Last updated on Aug 04, 2020 18:19:33 PDT View all revisions

## Item specifics

| | | | |
|---|---|---|---|
| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is ... Read more | Brand: | Hover-1 |
| MPN: | HY-LBTY-BLK | UPC: | 888255199379 |

### Hover-1 Liberty Hoverboard, Black | UL Listed | Brand New



Feedback

🔍



## PRODUCT DESCRIPTION

The Hover-1 Liberty Hoverboard provides a convenient, stylish, and exciting form of transportation. The two driver motors can be controlled independently or with both feet for easy turns and smooth braking. The Hover-1 Liberty Hoverboard includes an ultra safe and reliable UL-Certified battery and an easy to use charger with Safety Shielded battery enclosure with an IPX4 water resistance rating to keep your Hover-1 Liberty Hoverboard clean and safe. Cruise around on the most stylish Hoverboard on the market, with LED Lights your Hoverboard will provide endless fun for you and your friends and family. With a top speed of 7.4 and a lasting battery life, you can ride your Hover-1 Liberty anytime, anywhere. The Hoverboard can go up to 6 hours on just one charge, and with a speedy full charge time, you can get back to riding faster than ever. **Hover-1 Liberty Black:**

- IPX4 Water Resistance
- Built-In Rechargeable Battery
- Lightweight Protectivve Housing
- Battery Life Indicator
- Safety Shield Enclosure
- LED Lights
- Charge Time: Up to 6 hours
- Max Speed: Up to 7.4 mph

UL 2272 certified
http://database.ul.com/cgi-bin/XYV/template/LISEXT/1FRAME/showpage.html?
name=FKIS.E485669&ccnshorttitle=Electrical+Systems+for+Personal+E-
Mobility+Devices&objid=1085912757&cfgid=1073741824&version=versionless&parent_id=1085530313&sequence=1

? Copyright . All rights reserved.

</



Feedback



Sponsored items based on your recent views

Feedback on our suggest








Fluxx FX3 LED
Hoverboard - UL227...

$105.99
+ shipping
New

Bluetooth
Hoverboard UL2272...

$104.99
Free shipping
New

SWAGTRON
Swagboard T882...

$98.00
Free shipping
New

LAMBORGHINI 6.5"
2-Wheels Bluetooth...

$188.99
Free shipping
New

Open Box Swagtron
T1 UL2272...

$159.99
Free shipping
Pre-owned

6.5Inch Smart
Electric Scooter...

$188.99
+ $9.99 shipping
Seller 99.5% positive

## Ratings and Reviews

Write a review



# 5.0

★★★★★

1 product rating

| | | |
|---|---|---|
| ★ 5 | ▬▬▬▬▬ | 1 |
| ★ 4 | | 0 |
| ★ 3 | | 0 |
| ★ 2 | | 0 |
| ★ 1 | | 0 |

100%

Would recommend

100%

Good value

100%

Good quality

### Most relevant reviews

★★★★★
by mariz_17
Aug 03, 2019

**Great hoverboard**

Great hoverboard buy now

Verified purchase: No

 (0)   (0)  

Feedback


Back to home page | See More Details about "Hover-1 Liberty Electric Hoverboard 6.5" Wheels - Black"     Return

More to explore : Hoverboard, Hoverboard Case, Hoverboard Charger, OE Brand Parts for Jeep Liberty, Hoverboard Cover, Mobil 1 Parts for Jeep Liberty, Mobil 1 Filters for Jeep Liberty, Hoverboard Shell, New Generation Parts for Jeep Liberty, Liberty Black Boots for Women

Document title: Hover-1 Liberty Hoverboard, Black | UL Listed | Brand New 888255199379 | eBay
Capture URL: https://www.ebay.com/itm/Hover-1-Liberty-Hoverboard-Black-UL-Listed-Brand-New/323570340286?…
Capture timestamp (UTC): Fri, 07 Aug 2020 15:11:19 GMT
Page 4 of 5

Sponsored items based on your recent views

Feedback on our suggest








Fluxx FX3 LED
Hoverboard - UL227...

$105.99
+ shipping
New

Bluetooth
Hoverboard UL2272...

$104.99
Free shipping
New

SWAGTRON
Swagboard T882...

$98.00
Free shipping
New

LAMBORGHINI 6.5"
2-Wheels Bluetooth...

$188.99
Free shipping
New

Open Box Swagtron
T1 UL2272...

$159.99
Free shipping
Pre-owned

6.5Inch Smart
Electric Scooter...

$188.99
+ $9.99 shipping
Seller 99.5% positive

## Ratings and Reviews

Write a review

**5.0**
★★★★★
1 product rating

★ 5  ▬▬▬▬▬  1
★ 4  ▬▬▬▬▬  0
★ 3  ▬▬▬▬▬  0
★ 2  ▬▬▬▬▬  0
★ 1  ▬▬▬▬▬  0

 100%
Would recommend

 100%
Good value

 100%
Good quality

### Most relevant reviews

★★★★★
by mariz_17
Aug 03, 2019

**Great hoverboard**

Great hoverboard buy now

Verified purchase: No

👍(0)  👎(0)  ❗

Back to home page | See More Details about "Hover-1 Liberty Electric Hoverboard 6.5" Wheels - Black"          Return

More to explore : Hoverboard,  Hoverboard Case,  Hoverboard Charger,  OE Brand Parts for Jeep Liberty,  Hoverboard Cover,
Mobil 1 Parts for Jeep Liberty,  Mobil 1 Filters for Jeep Liberty,  Hoverboard Shell,  New Generation Parts for Jeep Liberty,  Liberty Black Boots for Women

About eBay    Announcements    Community    Security Center    Resolution Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ

Feedback





---



Document title: Hover-1 HELIX Electric Balancing Scooter UL2272 Certified 888255228628 | eBay
Capture URL: https://www.ebay.com/itm/114336087688?ViewItem=&amp;item=114336087688
Capture timestamp (UTC): Fri, 07 Aug 2020 15:14:33 GMT

Free shipping | 30-day returns | Ships from United States

| | |
|---|---|
| Shipping: | **FREE** Standard Shipping | See details |
| | Item location: Columbus, Ohio, United States |
| | Ships to: United States  See exclusions |
| Delivery: | Estimated by **Mon. Aug. 24** ⊙ |
| Payments: | PayPal  VISA  🄫  🄫  DISCOVER |

**PayPal CREDIT**

*No Interest if paid in full in 6 months on $99+.
| See terms and apply now

Earn up to 5x points when you use your eBay Mastercard. Learn more

| | |
|---|---|
| Returns: | 30 day returns. Buyer pays for return shipping |
| | | See details |

love has no labels — ad council

## Related sponsored items 1/2

Feedback on our suggest...

     

| Hover-1 HELIX Hoverboard Electri... | Hover-1 LIBERTY Hoverboard Electri... | Hover-1 HORIZON Hoverboard Electri... | Jetson Rave Extreme Terrain Hover... | REPLACEMENT Main Screen Power Butto... | REPLACEMENT Steering Column fo... |
|---|---|---|---|---|---|
| $99.99 | $84.99 | $149.99 | $109.97 | $69.95 | $27.95 |
| Free shipping | Free shipping | Free shipping | + shipping | Free shipping | Free shipping |
| Popular | Popular | | | | |

**Description**  |  **Shipping and payments**

Report i...

Seller assumes all responsibility for this listing.

eBay item number: 114336087688

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | Used: An item that has been used previously. The item may have some signs of cosmetic wear, but is fully ... Read more | Brand: | Hover-1 |
| Featured Refinements: | Electric Self Balancing Scooter | UPC: | 888255228628 |

Hover-1 HELIX Electric Balancing Scooter UL2272 Certified

Condition info: This Scooter has been used before a few times and does have some minor scuffs and scrapes due to normal use. It is in good working condition and comes with original charger.

Check the pics for further condition info or feel free to ask any questions you may have.



Condition info: This Scooter has been used before a few times and does have some minor scuffs and scrapes due to normal use. It is in good working condition and comes with original charger.

Check the pics for further condition info or feel free to ask any questions you may have.

Free shipping to the Continental US

Terms and Conditions

Domestic (US) Orders

* Domestic orders are shipped within 2 business days from receipt of payment.

* Please be aware that your order may be processed on the following business day after you check out.

* Domestic ya are sent via standard USPS or Fedex service.

* Standard shipping service may not be available to some addresses. Additional charges may apply.

* Orders to PO boxes, Alaska, Hawaii, Puerto Rico, US protectorates, and military addresses require an additional shipping charge. Please inquire about this charge BEFORE you purchase.

Returns, Refunds, and Cancellations

* We stand by the items we sell and will issue a full refund including freight charges on any defective or ship damaged item.

* Please inspect your item as soon as it arrives, we only accept reports of shipping damage within 14 days from delivery.

* We understand that our customers may change their mind after purchasing a product. We will accept returns on these orders, although the shipping charges and a restocking fee will be withheld from your refund.

* All returns must be shipped to the appropriate facility for processing. Before returning a product, please contact us to receive return instructions.

* Items must be returned within 30 days from purchase.

* Refunds may take up to 21 days to be issued after your return is received.

* When you submit your payment, your order will be automatically processed. We may no longer be able to change or cancel your order.

* After the order is received, we cannot update your shipping address address. The order will be shipped to the address you submit with your payment.

* Please contact us with any special requests before ordering.



Feedback

---

Sponsored items based on your recent views

Feedback on our suggest



Sponsored items based on your recent views

Feedback on our suggest

**Jetson V12 Electra-Light Electric Self...**
$104.99
$299.99
Free shipping
Seller 99.1% positive

**Hover-1 LIBERTY Hoverboard Electri...**
$84.99
Free shipping
Seller 100.0% positive

**Hover-1 HELIX Hoverboard Electri...**
$99.99
Free shipping
Seller 100.0% positive

**Fluxx FX3 LED Hoverboard - UL227...**
$105.99
+ shipping
New

**Bluetooth Hoverboard UL2272...**
$104.99
Free shipping
New

**LAMBORGHINI 6.5" 2-Wheels Bluetooth**
$188.99
Free shipping
New

## Ratings and Reviews

Write a review

**5.0**
★★★★★
3 product ratings

★ 5  ▬▬▬▬▬▬  3
★ 4  ▬▬▬▬▬▬  0
★ 3  ▬▬▬▬▬▬  0
★ 2  ▬▬▬▬▬▬  0
★ 1  ▬▬▬▬▬▬  0

### Most relevant reviews

★★★★★
by dining-depot
Jul 02, 2020

**Great value**

Works very well and the customer support is excellent

Verified purchase: Yes | Condition: Pre-Owned | Sold by: hover-1

👍(2)  👎(0)  !

Feedback

## Explore more sponsored options: Brand

SwagTron

## Explore more sponsored options: Brand

### SwagTron

      

| | | | | | |
|---|---|---|---|---|---|
| Open Box Swagtron T580 Hoverboard... | Open Box Swagtron T5 Kid Hoverboard... | Open Box Swagtron T1 UL2272... | SWAGTRON T8 Lithium-Free Batter... | SWAGTRON Swagboard T882... | Swagtron Lithium-Free Hoverboard fo... |
| ~~$129.99~~ | $119.99 | $159.99 | + shipping | ~~$98.00~~ | ~~$109.99~~ |
| + shipping | + shipping | + shipping | Popular | + shipping | + shipping |
| Popular | | | | Popular | |

### People who viewed this item also viewed 1/2

Feedback on our sugges...

       

| | | | | | |
|---|---|---|---|---|---|
| Hover-1 LIBERTY Hoverboard Electri... | Hover-1 HELIX Hoverboard Electri... | Hover-1 ULTRA Hoverboard Electri... | Hover-1 FREEDOM Hoverboard Electri... | Jetson V12 Electra-Light Electric Self... | 6.5" Electric Hoverboard... |
| $84.99 | $99.99 | $99.99 | $74.99 | $104.99 | $104.99 |
| Free shipping | Free shipping | Free shipping | Free shipping | ~~$299.99~~ | Free shipping |
| Popular | Popular | Popular | | Free shipping | |
| | | | | Popular | |

### More from this seller

Feedback on our sugges...





  

| | | |
|---|---|---|
| Jetson Phantom Electric Jetkart Go-... | Shinmax Bike Helmet, CPSC/CE... | Jomst Electric Heated Socks... |
| $199.93 | $44.93 | $24.49 |

Document title: Hover-1 HELIX Electric Balancing Scooter UL2272 Certified 888255228628 | eBay
Capture URL: https://www.ebay.com/itm/114336087688?ViewItem=&amp;item=114336087688
Capture timestamp (UTC): Fri, 07 Aug 2020 15:14:33 GMT

## People who viewed this item also viewed 1/2

Feedback on our suggest

     

| Hover-1 LIBERTY Hoverboard Electri... | Hover-1 HELIX Hoverboard Electri... | Hover-1 ULTRA Hoverboard Electri... | Hover-1 FREEDOM Hoverboard Electri... | Jetson V12 Electra-Light Electric Self... | 6.5" Electric Hoverboard... |
|---|---|---|---|---|---|
| $84.99 | $99.99 | $99.99 | $74.99 | $104.99 | $104.99 |
| Free shipping | Free shipping | Free shipping | Free shipping | ~~$299.99~~ | Free shipping |
| Popular | Popular | Popular | | Free shipping | |
| | | | | Popular | |

## More from this seller

Feedback on our suggest

 

| Jetson Phantom Electric Jetkart Go-... | Shinmax Bike Helmet, CPSC/CE... | Jomst Electric Heated Socks... |
|---|---|---|
| $129.83 | $44.83 | $26.40 |
| + shipping | Free shipping | Free shipping |

---

Back to home page  |  See More Details about "Hover-1 Helix Hoverboard Electric Self Balancing Scoot..."    Return

More to explore :  Scooter Electrical & Ignition Parts for Yamaha,   Helix Racing Products Electrical & Ignition Parts for Yamaha,
Scooter Electrical Switches & Relays for Suzuki,  Onewheel Electric Scooters,  Smart Balance Scooter,  Smart Electric Scooters,
Scooter Electrical & Ignition Parts for BMW,  Electric Scooters,  Electric Mobility Scooters,  Electric Scooter Motor

---

Feedback 

About eBay    Announcements    Community    Security Center    Resolution Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ



---

Document title: Hover-1 HELIX Electric Balancing Scooter UL2272 Certified 888255228628 | eBay
Capture URL: https://www.ebay.com/itm/114336087688?ViewItem=&amp;item=114336087688
Capture timestamp (UTC): Fri, 07 Aug 2020 15:14:33 GMT



Payments: 

**PayPal CREDIT**

*No Interest if paid in full in 6 months on $99+. |
See terms and apply now

Earn up to 5x points when you use your
eBay Mastercard. Learn more

Returns: 30 day returns. Buyer pays for return shipping |
See details

---

## Sponsored items from this seller

Feedback on our suggestions





Kayak wave with
Paddle for Youth 6 ft
$419.99
Free shipping

Kayak Lifetime 8ft
(w/Paddle),90610 m...
$499.99
Free shipping

---

**Description**    **Shipping and payments**                          Report item

eBay item number:  303618085655

Seller assumes all responsibility for this listing.
Last updated on Jul 08, 2020 12:59:56 PDT View all revisions

### Item specifics

Condition:  New: A brand-new, unused, unopened, undamaged item      Brand:  Hover-1
in its original packaging (where packaging is
... Read more

This stellar hoverboard is lightweight and supports a weight ranging from 45 to 220lbs making it perfect for all levels of riders. Riding the hoverboard is simple, fun and easy. Step onto our non-slip foot pedals to activate the dual 200W motors and control how you move with just a little shift in your weight. You will be able to move all directions, spin, turn and glide on your brand-new Hover-1 All-Star. You can take your Hover-1 All-Star on all types of adventure. Zip through a park, take it across a college campus to get to class on time, or simply just take a leisure stroll through the neighborhood. All of these are possible when you cruise around at a comfortable max speed of up to 7 mph. The possibilities are endless on this incredible Hoverboard. The Hover-1 All-Star also comes with an IPX4 Water Resistance rating to protect against minor splashes. Before you ride your new Hoverboard, please make sure to charge the board for a few hours to ensure the battery is full.

**Hover-1 Allstar  UL Certified Electric Hoverboard w/ 6.5in LED Wheels, LED Sensor Lights; Lithium-ion 14 Cell Battery; Ideal for Boys and Girls 8+ and Less Than 220 lbs:**

- 14 Cell Lithium ion Battery (UN38.3 Certified Battery

- Included Battery

- 6.5" Light-Up LED Wheel

- Front LED Sensor Lights 150W x 2 Brushless Motor

- IPX4 Water Resistance

- UL2272 Certified

- Max Weight: 220lbs

- Max Speed: 7 mph

- Max Distance: 6 miles

- Max Charge Time: 5 hours


Feedback

- Front LED Sensor Lights 150W x 2 Brushless Motor
- IPX4 Water Resistance
- UL2272 Certified
- Max Weight: 220lbs
- Max Speed: 7 mph
- Max Distance: 6 miles
- Max Charge Time: 5 hours
- Max Incline Climb: 10°
- Battery Capacity: 25.2V, 4.0Ah
- Dimension: 8"L x 24"W x 7.5"H

## Specifications

| Brand | Hover-1 |
|---|---|
| Manufacturer Part Number | H1-STAR-PNK |
| Assembled Product Weight | 22.5 lb |
| Assembled Product Dimensions (L x W x H) | 22.50 x 7.00 x 6.50 Inches |



Sponsored items based on your recent views 1/2

Feedback on our suggestions

| Hoverboard Bluetooth Hover Board Self... | Open Box Swagtron T580 Hoverboard... | Hoverboard For Kids 6.5" Two-Wheel Self... | Hover-1 HELIX Hoverboard Electric... | Hover-1 ULTRA Hoverboard Electric... | Hover-1 LIBERTY Hoverboard Electric... |
|---|---|---|---|---|---|
| $134.99 $149.99 Free shipping New | $129.99 Free shipping Pre-owned | $129.99 Free shipping New | $99.99 Free shipping Seller 100.0% positive | $99.99 Free shipping Seller 100.0% positive | $84.99 Free shipping Seller 100.0% positive |

Feedback

## Explore more sponsored options: Brand

SwagTron



$134.99
~~$149.99~~
Free shipping
New

~~$129.99~~
Pre-owned

$129.99
Free shipping
New

$99.99
Free shipping
Seller 100.0% positive

$99.99
Free shipping
Seller 100.0% positive

$84.99
Free shipping
Seller 100.0% positive

## Explore more sponsored options: Brand

### SwagTron



Open Box Swagtron
T580 Hoverboard...
~~$129.99~~
+ shipping
Popular



Swagtron Lithium-
Free Hoverboard for...
~~$109.99~~
+ shipping



SWAGTRON
Swagboard T882 Ki...
~~$98.00~~
+ shipping
Popular

---

### People who viewed this item also viewed 1/2

Feedback on our suggestions



Hoverboard Self
Balancing LED...
$119.99
Free shipping



6.5" Electric
Hoverboard Self-...
$129.99
Free shipping



6.5" Electric
Hoverboard Bluetoo...
$104.99
Free shipping
Popular



6.5" Hoverboard
Bluetooth LED Self...
$134.99
Free shipping



6.5" Bluetooth Electric
Hoverboard Self...
$119.99
Free shipping



6.5" Bluetooth
Hoverboard Self-...
$144.99
Free shipping

---

Back to home page

Return to top

About eBay    Announcements    Community    Security Center    Resolution Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ

Feedback

Norton
SECURED



Last updated on Jan 30, 2020 14:17:54 PST View all revisions

## Item specifics

| | | | |
|---|---|---|---|
| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is … Read more | Model: | Chrome |
| MPN: | HY-CHR-GMT | Country/Region of Manufacture: | United States |
| Brand: | Xhover-1 | Color: | Black |
| UPC: | 888255202017 | | |



### Shop7PC

shop7pc (286 ★) 100%

📧 Sign up for newsletter

Items On Sale

Search within store

Visit Store: Shop7PC

---

Brand new in Box Hover-1 - Chrome 1.0 Self-Balancing Scooter - Gunmetal Model:HY-CHR-GMT

Drift around the neighborhood with this Hover-1 Chrome 1.0 self-balancing scooter. Its 150W motor lets you travel up to 6.21 mph, and it has a built-in Bluetooth speaker for wireless music streaming with a mobile device. Monitor the battery life and adjust the settings of this Hover-1 Chrome 1.0 self-balancing scooter via the companion app.

Ride Responsibly:

The purchaser and rider of this product are responsible for knowing and obeying all state and local regulations regarding the use of this product. It is highly encouraged that you read and follow the product instructions, including all safety precautions and use protective gear. Protective gear can be found at .

150W motor power
Reaches speeds up to 6.21 mph.

24V, 4Ah lithium-ion rechargeable battery
Provides up to 6.07-mile range and has a battery indicator right at your feet.

Ultra bright LED headlights
Provides a modern design and helps to navigate in the dark.

Weight capacity of up to 220 lbs.
Suitable for a wide variety of riders.

Built-in Bluetooth speaker
Pairs with your mobile device to play music while you ride.

---

Sponsored items based on your recent views 1/3

Feedback on our suggestions

Feedback



Hoverboard w/ 6.5in

Hoverboard Bluetooth

Open Box Swagtron

Hoverboard For Kids

Hover-1 HELIX

Hover-1 ULTRA

---

Document title: New XHover-1 CHROME Electric Scooter Black w/Wireless Speaker UL 2272 Certified | eBay
Capture URL: https://www.ebay.com/itm/New-XHover-1-CHROME-Electric-Scooter-Black-w-Wireless-Speaker-UL-2272-Certified/192876295435?_trkparms=ispr…
Capture timestamp (UTC): Fri, 07 Aug 2020 15:20:09 GMT
Page 2 of 3

Sponsored items based on your recent views 1/3                    Feedback on our suggestions








Hoverboard w/ 6.5in Wheels, LED Sensor...

$259.99
Free shipping
Seller 100.0% positive

Hoverboard Bluetooth Hover Board Self...

$134.99
$149.99
Free shipping
New

Open Box Swagtron T580 Hoverboard...

$129.99
Free shipping
Pre-owned

Hoverboard For Kids 6.5" Two-Wheel Self...

$129.99
Free shipping
New

Hover-1 HELIX Hoverboard Electric...

$99.99
Free shipping
Seller 100.0% positive

Hover-1 ULTRA Hoverboard Electric...

$99.99
Free shipping
Seller 100.0% positive

## Ratings and Reviews

Write a review

# 5.0

★★★★★
1 product rating

| ★ 5 | ▬▬▬▬▬ | 1 |
| ★ 4 | ▬▬▬▬▬ | 0 |
| ★ 3 | ▬▬▬▬▬ | 0 |
| ★ 2 | ▬▬▬▬▬ | 0 |
| ★ 1 | ▬▬▬▬▬ | 0 |

### Most relevant reviews

★★★★★
by blki_59
Jul 29, 2020

**Good**

Came exactly as order stated

Verified purchase: Yes | Condition: Pre-Owned | Sold by: wintersindustrial

 (0)    (0)   

---

Back to home page | See More Details about "Hover-1 Chrome Hoverboard Electric Self Balancing Scoo..."                    Return to top

More to explore : Scooter Electrical Switches & Relays for Suzuki,  Onewheel Electric Scooters,  Smart Electric Scooters,
Scooter Electrical & Ignition Parts for BMW,  Electric Scooters,  Electric Mobility Scooters,  Electric Scooter Motor,  B&W Vintage Speakers,
B&W 805 Speakers & Subwoofers,  Folding Electric Scooters

About eBay    Announcements    Community    Security Center    Resolution Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ

Feedback

Norton SECURED

Document title: New XHover-1 CHROME Electric Scooter Black w/Wireless Speaker UL 2272 Certified | eBay
Capture URL: https://www.ebay.com/itm/New-XHover-1-CHROME-Electric-Scooter-Black-w-Wireless-Speaker-UL-2272-Certified/192876295435?_trkparms=ispr…
Capture timestamp (UTC): Fri, 07 Aug 2020 15:20:09 GMT                                                                         Page 3 of 3









| | | | | | |
|---|---|---|---|---|---|
| Hover-1 Matrix 6.5in Wheels LED Sensor... | Used hover board Horizon-1 Working W... | Hoverboard Scooter Self Balancing Motor... | Hover-1 Journey Original Electric Scoo... | Smart Balance Wheel Black w/ Charger. Ho... | Smart Balance Wheel Blue w/ Charger. Hov... |
| $189.99 | $125.00 | $268.01 | $459.97 | $149.99 | $149.99 |
| Free shipping | + shipping | + $14.99 shipping | Free shipping | + $3.99 shipping | + $3.99 shipping |
| | | | | Popular | |

## Description

Seller assumes all responsibility for this listing.

eBay item number: 283949624547

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | Used : ⓘ | | |
| Seller Notes: | "Fully Operational. Scooter Has Signs Of Use. See Photos. MISSING POWER ADAPTER. Power adapter cost around 10-15" | | |
| Modified Item: | No | | |
| Custom Bundle: | No | Brand: | Hover-1 |
| MPN: | Does Not Apply | Featured Refinements: | Self Balancing Scooter |
| | | UPC: | Does not apply |



**Triple Sem Store**
triplesemstore (3854 ⭐) 99.6%

🏬 Sign up for newsletter

Visit Store: **Triple Sem Store**

### Categories



Car Electronics, Audio & More  >

Consumer Electronic  >

Computers and Networking  >

Home Improvement  >

Vacuum Parts  >

Tools  >

SALE  >

Other  >



# Welcome to Triple Sem Store!

Shop here for the BEST deals, before they're gone!

## Description

**Hover-1 Titan Self-Balancing Black/Patinium - USED, MISSING POWER ADAPTER !!!**

Fully Operational. Scooter Has Signs Of Use. See Photos. Power



## Description

**Hover-1 Titan Self-Balancing Black/Patinium - USED, MISSING POWER ADAPTER !!!**

**Fully Operational. Scooter Has Signs Of Use. See Photos. Power adapter cost around 10-15**

**All Serial Numbers Are Recorded**

## Payment Policy

We gladly accept payment through PayPal.

All payments made using PayPal are subject to their terms and conditions.

**PayPal**™

VISA · MasterCard · AMERICAN EXPRESS

## Return Policy

We pride ourselves in selling quality products and stand behind everything we sell.

Your satisfaction is our top priority!

Please contact us before leaving negative feedback if you have any issues with your order.

If you're not 100% satisfied with your order, we will gladly accept your return, exchange or replace the item for you.

All returns are accepted within the first 30 days. Restocking Fee may apply.

## Shipping Policy

All of our orders are shipped the same day or next business day.

We are a dependable company located in the United States.

Most of our items are shipped via USPS or UPS, it just depends on the weight of the package.

Normally the delivery time within the USA is 2-7 business days.

We update the tracking number on eBay as soon as your item is shipped.

## Feedback

Most of our items are shipped via USPS or UPS, it just depends on the weight of the package.

Normally the delivery time within the USA is 2-7 business days.

We update the tracking number on eBay as soon as your item is shipped.

## Feedback

Your feedback is extremely important to us!

If you are satisfied with our service please take the time to give us positive feedback.

We tremendously appreciate it! We strive for your complete satisfaction.

Likewise, if you have any issues, please contact us first, and we promise we will do our best to satisfy your needs and solve the problem.

If we resolve your problem, we kindly ask you to still leave us positive feedback. Your kindness will be extremely appreciated!



Copyright © Triple Sem Inc

---

## Related sponsored items 1/2

Feedback on our suggestions


2Pcs 10 Inch Tyre Wheel Tubes Outer...


Hover-1 LIBERTY Hoverboard Electric S...


Balancing Scooter Hoverboard Adapter...


REPLACEMENT Main Screen Power Button...


350W Motor Wheel Tire Replacement For...


FC CE Certified 2 Wheels Self Balancin...

---



2Pcs 10 Inch Tyre Wheel Tubes Outer...

$22.99
Free shipping



Hover-1 LIBERTY Hoverboard Electric S...

$84.99
Free shipping
Popular

Balancing Scooter Hoverboard Adapter...

$10.75
Free shipping
Popular



REPLACEMENT Main Screen Power Button...

$69.95
Free shipping



350W Motor Wheel Tire Replacement For...

$66.49
~~$69.99~~
+ $6.99 shipping



FC CE Certified 2 Wheels Self Balancin...

$9.99
Free shipping

## Explore more sponsored options: Brand

### SwagTron



Open Box Swagtron T580 Hoverboard...

~~$129.99~~
+ shipping
Popular





SWAGTRON Swagboard T882 Kids...

~~$98.00~~
+ shipping
Popular



Open Box Swagtron T1 UL2272 Hoverboard...

$159.99
+ shipping



SWAGTRON T8 Lithium-Free Battery...

+ shipping
Popular

### People who viewed this item also viewed 1/2

Feedback on our suggestions



1"Battery Power Adapter Charger For...

$11.99
Free shipping



Hover-1 ULTRA Hoverboard Electric S...

$99.99
Free shipping
Popular



6.5" LED Hoverboard Electric Self Balancin...

$129.99
Free shipping



Hover-1 FREEDOM Hoverboard Electric S...

$74.99
Free shipping

Hover-1 HELIX Electric Balancing Scooter...

$99.00
Free shipping




6.5" Electric Hoverboard Self-Balancing LED...

$129.99
Free shipping

### Sponsored items based on your recent views 1/3

Feedback on our suggestions








Sponsored items based on your recent views  1/3

Feedback on our suggestions







Hoverboard w/ 6.5in
Wheels, LED Sensor...

**$259.99**
Free shipping

Hoverboard Bluetooth
Hover Board Self...

**$134.99**
~~$149.99~~
Free shipping

Open Box Swagtron
T580 Hoverboard...

~~$129.99~~
Free shipping
Popular

Hoverboard For Kids
6.5" Two-Wheel Self...

**$129.99**
Free shipping

Hover-1 HELIX
Hoverboard Electric S...

**$99.99**
Free shipping
Popular

Hover-1 ULTRA
Hoverboard Electric S...

**$99.99**
Free shipping
Popular

---

[Ad] hoverboards.com ▾

Visit Website

**Hoverboards.com® Official Site - Spring Sale—New Models $149**

"Awesome Hoverboard. Easy to Learn & Use. Battery Lasts 2X Longer than other Hoverboards" Includes
Everything You Need. Over 100,000+ Sold! Free Sameday Shipping. Free Bluetooth. Free Built-In Bluetooth.
Avoid the Knock-offs. #1 Rated Brand in USA. Proudly Based in USA. Free 90-Day Warranty. 100% Satisfaction.
Online Since 2014. Top Customer Service. Free Sameday Shipping.

X6 Bluetooth Hoverboard - $149.99 Best-Selling Hoverboard

---

[Ad] nation.com ▾

Visit Website

**Titan Scooters - Find Titan Scooters**

Search Titan Scooters on Nation.com. Visit & Lookup Immediate Results Now.

---

[Ad] gopher.com ▾

Visit Website

**Hover 1 - Hover 1**

Search Hover 1. Visit & Lookup Immediate Results Now.

---

[Ad] smartbalanceshops.com ▾

Visit Website

**Smart Balance Online - Plus de 200 modeles en stock**

Soit Smart, commande en ligne et tu auras le produit tant desire dans le meilleur delai!

Hoverboards            Electric Scooters
Regarde les offres     Velos Electriques

---

[Ad] info.com ▾

Visit Website

**Used Electric Scooters For Sale - Find Used Electric Scooters For Sale**

Search Used Electric Scooters For Sale. Visit & Lookup Immediate Results Now. Info Health Can...

Health Insurance Quotes    Care Medical Credit Card
Individual Health Plans

---

Back to home page                                                                                    Return to top

More to explore :  Sealed Power Parts for Nissan Titan,  Self Balancing Unicycle,  Generic Laptop Power Adapter,  Uk To Us Adapter,  Gas Hover Push Lawn Mowers,
Laptop Power Adapters & Chargers,  Laptop Power Adapters for HP,  5v power adapter,  Universal Laptop Power Adapters,  Laptop Power Adapters for Dell

Document title: Hover-1 Titan Self-Balancing Black/Patinium - USED, MISSING POWER ADAPTER !!! | eBay
Capture URL: https://www.ebay.com/itm/Hover-1-Titan-Self-Balancing-Black-Patinium-USED-MISSING-POWER-ADAPTER/283949624547?...
Capture timestamp (UTC): Fri, 07 Aug 2020 15:22:10 GMT                                          Page 6 of 7



| | | | | | |
|---|---|---|---|---|---|
| Hoverboard w/ 6.5in Wheels, LED Sensor... | Hoverboard Bluetooth Hover Board Self... | Open Box Swagtron T580 Hoverboard... | Hoverboard For Kids 6.5" Two-Wheel Self... | Hover-1 HELIX Hoverboard Electric S... | Hover-1 ULTRA Hoverboard Electric S... |
| **$259.99** | **$134.99** | ~~$129.99~~ | **$129.99** | **$99.99** | **$99.99** |
| Free shipping | ~~$149.99~~ | Free shipping | Free shipping | Free shipping | Free shipping |
| | Free shipping | Popular | | Popular | Popular |

---

[Ad] hoverboards.com▾

**Hoverboards.com® Official Site - Spring Sale—New Models $149**

"Awesome Hoverboard. Easy to Learn & Use. Battery Lasts 2X Longer than other Hoverboards" Includes Everything You Need. Over 100,000+ Sold! Free Sameday Shipping. Free Bluetooth. Free Built-In Bluetooth. Avoid the Knock-offs. #1 Rated Brand in USA. Proudly Based in USA. Free 90-Day Warranty. 100% Satisfaction. Online Since 2014. Top Customer Service. Free Sameday Shipping.

X6 Bluetooth Hoverboard · $149.99 Best-Selling Hoverboard

**Visit Website**

---

[Ad] nation.com▾

**Titan Scooters - Find Titan Scooters**

Search **Titan** Scooters on Nation.com. Visit & Lookup Immediate Results Now.

**Visit Website**

---

[Ad] gopher.com▾

**Hover 1 - Hover 1**

Search **Hover 1**. Visit & Lookup Immediate Results Now.

**Visit Website**

---

[Ad] smartbalanceshops.com▾

**Smart Balance Online - Plus de 200 modeles en stock**

Soit Smart, commande en ligne et tu auras le produit tant desire dans le meilleur delai!

Hoverboards          Electric Scooters
Regarde les offres   Velos Electriques

**Visit Website**

---

[Ad] info.com▾

**Used Electric Scooters For Sale - Find Used Electric Scooters For Sale**

Search **Used** Electric Scooters For Sale. Visit & Lookup Immediate Results Now. Info Health Can...

Health Insurance Quotes   Care Medical Credit Card
Individual Health Plans

**Visit Website**

---

Back to home page                                                                                           Return to top

More to explore :   Sealed Power Parts for Nissan Titan,   Self Balancing Unicycle,   Generic Laptop Power Adapter,   Uk To Us Adapter,   Gas Hover Push Lawn Mowers,
Laptop Power Adapters & Chargers,   Laptop Power Adapters for HP,   5v power adapter,   Universal Laptop Power Adapters,   Laptop Power Adapters for Dell

---

About eBay    Announcements    Community    Security Center    Resolution Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ





This listing was ended by the seller because the item is no longer available.

## Related sponsored items 1/2

Feedback on our suggestions



**Qili Power**
Lithium Battery Charger Razor Scooter Hovertrax 2...
$12.99
~~$26.00~~
Free shipping

2Pcs 10 Inch Tyre Wheel Tubes Outer Tires for Xiao-...
$22.99
Free shipping

New Scooter Bike Battery Charger for Razor MX350...
$15.39
Free shipping

FC CE Certified 2 Wheels Self Balancing Electric...
$9.99
Free shipping

Balancing Scooter Hoverboard Adapter Charg...
$10.75
Free shipping
Popular

48v 1000w Electric Motor Speed Controller Throttle...
$108.99
Free shipping

## Similar sponsored items 1/2

Feedback on our suggestions



6.5" Electric Hoverboard Bluetooth Speaker LED Self...
$104.99
Free shipping
Popular

Smart Balance Wheel Blue w/ Charger. Hover Board...
$149.99
+ $3.99 shipping

SISIGAD - Wheel Self-balancing wheel 6.5...
$249.99
Free shipping

Electric Bluetooth Hoverboard Self Balance...
$119.99
Free shipping

White Mini Smart Electric Scooter 2 Wheels Unicycle...
$99.95
Free shipping
Popular

6.5" Bluetooth Electric Hoverboard Self Balancing...
$119.99
Free shipping



### Red - Swagtron Pro T1 UL 2272 Certified Hoverboard (charger Included!) FBC

Condition: Used
"Used: An item that has been used previously. The item may have some signs of cosmetic wear, but is " ... Read more

Price: US $82.99

Shipping: Calculate
Item location: Temecula, California, United States
Ships to: United States See exclusions

Delivery: Varies

Payments:

**Shop with confidence**

eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

**Seller information**
dingedanddented (119 ★)
94.4% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

Feedback



Have one to sell? **Sell now**

Description | Shipping and payments

Report item

Seller assumes all responsibility for this listing.

eBay item number: 133462041150

### Item specifics

| Condition: | Used : ⓘ | | |
|---|---|---|---|
| Seller Notes: | "Used: An item that has been used previously. The item may have some signs of cosmetic wear, but is fully operational and functions as intended. This item may be a floor model or store return that has been used. See the seller's listing for full details and description" | | |
| Model: | T580 | Color: | Red |
| Modified Item: | No | MPN: | T580-RED |
| Custom Bundle: | No | Brand: | SwagTron |
| UPC: | 858212006606 | | |

# <u>Red - Swagtron Pro T1 UL 2272 Certified Hoverboard (charger Included!) FBC</u>
### (MEDIUM SCRATCHES AND BLEMISHES)

- **Red - Swagtron Pro T1 UL 2272 Certified Hoverboard (charger Included!) FBC**

- **General Features:**
- Color: Black
- Self-Balancing Hoverboard
- Built-in Dynamic Bluetooth Speaker: Roll up. Rock out. Connect your smartphone via Bluetooth and jam with your favorite tunes
- iOS/Android Companion App: Download the SWAGTRON app and unlock your hoverboard's full potential, including Advanced riding mode
- SentryShield technology and Smart Battery Management for multi-layered protection
- Ultra-durable ABS casing and 6.5" hard rubber tires with aluminum rimmed wheels
- Non-slip foot pedals for a comfortable, more stable ride
- Solid motor and gear stabilization for tighter control at high speeds and downhill traction
- Learning mode and standard mode allow for all riding experience levels
- Bright LED lights
- LED battery indicator
- Eco friendly zero emission
- Lead-free components (RoHS compliant)

- **Specifications:**
- Safety Standards: UL 2272 certified
- Bluetooth Version: 2.1+EDR
- Speaker Specifications: 4Ω  3W / 2Ω  5W
- Maximum Speed: 7.5 MPH / 12.07 km/h
- Maximum Range: 8 miles
- Maximum Incline: 30°
- Turning Radius: 0 °
- Charge time: Less than 2 hours
- Maximum Rider Weight: 220 lbs / 100kg
- Minimum Rider Weight: 44 lbs / 20kg
- Chassis Height: 1.18-inches
- Pedal Height: 4.3-inches
- Terrain Type:  Flat



- Maximum Incline: 30°
- Turning Radius:
- Charge time: Less than 2 hours
- Maximum Rider Weight: 220 lbs / 100kg
- Minimum Rider Weight: 44 lbs / 20kg
- Chassis Height: 1.18-inches
- Pedal Height: 4.3-inches
- Terrain Type:  Flat

- **Battery Specifications:**
- Type: Lithium-ion
- Charging Time: 90- 100 minutes
- Voltage: 25.9Vdc, 2.6A
- Capacity: 67.34Wh
- Battery Shielding: Fire-Retardant plastic casing

- **Power Adapter Specifications:**
- Input: 100-240V ~ 50/60Hz
- Output: 29.4V===2A

- **Dimensions:**
- 7 x 23 x 4-inches (H x W x D, approximate)

## Package Includes:

- SWAGTRON Swagboard Vibe T580 Bluetooth Hoverboard
- Charging adapter

## Requirements/Disclosures:

- Notes:
- **Model: T580**
- **UPC: 8 58212 00655 2**
-
- **Product Requirements:**
- Bluetooth smartphone device
- SWAGTRON app
- Power outlet

Step on the Swagboard Vibe T580 and bring your soundtrack on your next neighborhood adventure. Cruise up to 7.5 miles per hour for a range up to 8 miles on a single battery charge. Or climb those 30-degree hills on campus and get to your next class with time to spare.

Unlock advanced features with the SWAGTRON companion app, compatible with iOS and Android. Check battery life, monitor system stats, track your route and more. Use the app to play music on the Vibe T580's built-in dynamic Bluetooth speaker, or switch riding modes between "Learning" and "Standard." Ready for a challenge? Activate "Advance mode" via the app and unleash the beast.

We've packed the Vibe T580 with loads of in-demand features. But doesn't mean we forgot the basics. Riding is as simple as start, steer and stop. Hop on the slip-safe foot pads and navigate with your feet. Intelligent gyroscopic sensors know where you want to go and powerful dual motors take you there. Just shift your weight to control the ride.

Like all SWAGTRON Swagboards, the Vibe T580 has passed rigorous safety tests for UL2272 certification. Our patented SentryShield® and Smart Battery Management technology offer additional multi-layered protection against over-voltage and extreme spikes in battery temperature.

Other features include bright LED headlights, on-board battery and system indicators and non-slip foot pads.

The Vibe T580 is sturdy enough to support riders between 44 and 220 pounds. It's also lightweight enough at just 20 pounds to be easily carried when you're on the go. Pair it with one of our Swagbags for the perfect complement to your Vibe.

**Related sponsored items** 1/2

Feedback on our suggestions



Document title: Red - Swagtron Pro T1 UL 2272 Certified Hoverboard (charger Included!) FBC | eBay
Capture URL: https://www.ebay.com/itm/Red-Swagtron-Pro-T1-UL-2272-Certified-Hoverboard-charger-Included-FBC-/133462041150?hash=item1f12f5223e%3Ag…
Capture timestamp (UTC): Fri, 07 Aug 2020 16:08:57 GMT
Page 3 of 5



**Qili Power**

Lithium Battery Charger Razor Scooter Hovertrax 2...

$12.99
~~$26.00~~
Free shipping



2Pcs 10 Inch Tyre Wheel Tubes Outer Tires for Xiao-...

$22.99
Free shipping

Universal Hoverboard Charger - for 36V - 42V Self...

$12.99
~~$18.99~~
Free shipping



**9mm Aviation head**

Replacement Charger For Swagtron T5 and T580...

$11.99
Free shipping

FC CE Certified 2 Wheels Self Balancing Electric...

$9.99
Free shipping

Balancing Scooter Hoverboard Adapter Charg...

$10.75
Free shipping
Popular

## Explore more sponsored options:



Open Box Swagtron T580 Hoverboard Scooter 6In...

~~$129.99~~
+ shipping
Popular



6.5" Electric Hoverboard Self-Balancing LED Bluetooth...

$129.99
+ shipping



6.5" Hoverboard Bluetooth LED Self Balancing Electric...

$134.99
+ shipping



Hoverboard Self Balancing LED Bluetooth Scooter 6.5"...

$119.99
+ shipping



Jetson V12 Electra-Light Electric Self Balancing 500...

$104.99
~~$299.00~~
+ shipping
Popular



White Mini Smart Electric Scooter 2 Wheels Unicycle...

$99.95
+ shipping
Popular

## People who viewed this item also viewed 1/2

Feedback on our suggestions



6.5" Hoverboard Self-Balancing LED Bluetooth...

$129.99
Free shipping



Hover-1 ULTRA Hoverboard Electric Self Balancing...

$99.99
Free shipping
Popular



Balancing Scooter 6.5" Wheel Electric Motorized (( FREE...

$159.00
Free shipping



6.5" Electric Hoverboard Self-Balancing LED Bluetooth...

$129.99
Free shipping



Swagtron Swagboard Pro T1 UL 2272 Certified with...

$94.00
+ shipping    0 bids

6.5" Hoverboard Bluetooth Self Balancing LED Electric...

$119.99
Free shipping

## Sponsored items based on your recent views 1/4

Feedback on our suggestions



US STOCK Lamborghini E-Scooter Skateboard 2 Whe...



Lamborghini 8.5"Electric Balance Scooter Wireless...



LAMBORGHINI 8.5 inch EL-ES05 Portable E-Scooter...

8.5" Lamborghini EL-ES05 Two Wheels Smart Self...



SWAGTRON Swagboard T882 Kids Hoverboard Dual 250...



Open Box Swagtron T1 UL2272 Hoverboard Electri...

Feedback

Document title: Red - Swagtron Pro T1 UL 2272 Certified Hoverboard (charger Included!) FBC | eBay
Capture URL: https://www.ebay.com/itm/Red-Swagtron-Pro-T1-UL-2272-Certified-Hoverboard-charger-Included-FBC-/133462041150?hash=item1f12f5223e%3Ag...
Capture timestamp (UTC): Fri, 07 Aug 2020 16:08:57 GMT

Sponsored items based on your recent views 1/4

Feedback on our suggestions








US STOCK Lamborghini E-Scooter Skateboard 2-Whe...
$199.99
$240.00
Free shipping

Lamborghini 8.5"Electric Balance Scooter Wireless...
$284.94
$306.39
Free shipping

LAMBORGHINI 8.5 inch EL-ES05 Portable E-Scooter...
$274.49
Free shipping

8.5" Lamborghini EL-ES05 Two Wheels Smart Self-...
$269.00
+ $5.49 shipping
Popular

SWAGTRON Swagboard T882 Kids Hoverboard Dual 250...
$98.00
Free shipping
Popular

Open Box Swagtron T1 UL2272 Hoverboard Electri...
$159.99
Free shipping

[Ad] hoverboards.com ▾

**Hoverboards.com® Official Site - Trusted by 100,000+ Customers**

"Awesome Hoverboard. Easy to Learn & Ride. Battery Lasts 2X Longer than other Hoverboards" Includes Everything You Need! Bluetooth, LED Lights, and Free Sameday Shipping — $145 Sale. Avoid the Knock-offs. Free Sameday USA Shipping. 2X the Battery Life. Over 15+ Unique Colors. Online Since 2014. For Beginners to Pros. Free Sameday Shipping. Durable Aluminum Wheels.

2020 Spring Deal — $149    Avoid LED Wheels. Why?
Choose from 20+ Colors

Visit Website

[Ad] sharperimage.com ▾

**UL Certified Hover Board** - In Stock Now At Sharper Image

Features New Learning And Advanced Modes. Shop Online Now At Sharper Image! Satisfaction Guaranteed. Gifts For Him. Expert Help By Phone/Chat. Gifts For Her. 1000's of Unique Products. Types: Hover Boards, Scooters, Electric Unicycles.

Save Up To 60%    All Boards & Scooters
Electric Scooters    The Electric Ripstik

Visit Website

[Ad] chargingchargers.com ▾

Chargingchargers.com Marine - Great Quality Battery **Chargers**

Marine battery **chargers**. Live Tech Help. Contact us today. Dual Pro, NOCO, iOTA. Live Tech Help 8 - 4 PST. Custom **charger** builds. 2 Year Warranty. Types: EV Battery **Chargers**, Golf Cart **Chargers**, Marine Battery **Chargers**, Multibank **Chargers**, Wheelchair **Chargers**.

(877) 405-0978

Visit Website

[Ad] save48.com ▾

**Swagtron Hoverboard** - August 2020 Price Drops

August Sale Now On - **Swagtron Hoverboard**. Up To 48% Off Now. Exclusive Offers While Stock Lasts. Don't Miss Out Top Deals. Daily Price Drops. Sale Now On. Final Clearance. Best Reviews. Biggest Sales Here Now. Exclusive Offers. Summer 2020 Sale. August Deals. Types: Games Console, Dolls, Board Games, Collectables, Playhouses, Toy Cars.

Outdoors Playsets    Toys For Kids
Baby Toys    Trampolines

Visit Website

[Ad] findsimilar.com ▾

The **Swagtron** Outlet - Up to 70% Off

Wow, I Can't Believe How Much I Saved On **Swagtron** - CJ

Visit Website

Back to home page

Return to top

More to explore : Hoverboard,  Hoverboard Charger,  Hoverboard Case,  SwagTron,  Hoverboard Cover,  Xenon Light Bulbs for Dodge Charger Ballast Included,  Hoverboard Shell,  Pro Source Parts for Dodge Charger,  Fel-Pro Parts for Dodge Charger,  Service Pro Parts for Dodge Charger

About eBay    Announcements    Community    Security Center    Resolution Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ



Feedback



This listing has ended.

## Related sponsored items 1/2

Feedback on our suggestions



| | | | | | |
|---|---|---|---|---|---|
| Razor Adjustable Jetts Heel Wheels Skates Se... | 36V 4.4AH Lithium-Ion Battery For Smart Self-... | Foldable 3 Wheel Golf Pull Push Cart Trolley... | 7460957 Control Cable fits MTD Murray Troy Bi... | Dyson V7 Trigger Handheld Vacuum I... | Philips SPT6354 Wireless Keyboard an... |
| $24.99 | $33.99 | $95.99 | $6.99 | $199.99 | $18.99 |
| Free shipping | ~~$39.99~~ | Free shipping | Free shipping | Free shipping | Free shipping |
| | Free shipping | | | Popular | |
| | Popular | | | | |

## Similar sponsored items 1/2

Feedback on our suggestions



| | | | | | |
|---|---|---|---|---|---|
| Lamborghini 8.5"Electric Balance Scooter... | Hoverboard w/ 6.5in Wheels, LED Sensor Li... | US 8.5Inch Lamborghini EL-ES05 Two Wheels... | 6.5/8.5" Lamborghini Electric Balance... | 6.5" Hoverboard Self-Balancing LED Bluetoo... | 6.5" Lamborghini E-Scooter Skateboard... |
| $274.94 | $259.99 | $274.49 | $199.00 | $129.99 | $198.88 |
| ~~$306.39~~ | Free shipping | Free shipping | Free shipping | Free shipping | Free shipping |
| Free shipping | | | | | |

Feedback

**Swagtron Metro Hover with LED Wheels Brand New**

★★★★☆ 16 product ratings

Condition: New

Sold for: US $249.99

**Shop with confidence**

Top Rated Plus
Trusted seller, fast shipping, and easy returns. Learn more

eBay Money Back Guarantee



## Swagtron Metro Hover with LED Wheels Brand New

★★★★☆ 16 product ratings

Condition: **New**

Sold for: US $249.99

No Interest if paid in full in 6 mo on $99+*

Shipping: **FREE** Standard Shipping | See details
Item location: Fayetteville, North Carolina, United States
Ships to: United States  See exclusions

Delivery: Estimated within 4-5 business days ⓘ

Payments: *PayPal* *G Pay* *VISA* *MasterCard* *American Express* *Discover*

**PayPal CREDIT**
*No Interest if paid in full in 6 months on $99+.
| See terms and apply now

Earn up to 5x points when you use your eBay Mastercard. Learn more

Returns: Free 30 day returns | See details

$ Have one to sell? **Sell now**

### Shop with confidence

**Top Rated Plus**
Trusted seller, fast shipping, and easy returns. Learn more

**eBay Money Back Guarantee**
Get the item you ordered or get your money back. Learn more

---

**Seller information**
heartofdixi06 (1132 ★)
99.6% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

---

| Description | Shipping and payments | | Report item |

Seller assumes all responsibility for this listing.

eBay item number: 183758572881

Last updated on  Jun 29, 2019 04:51:27 PDT  View all revisions

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is ... Read more | Brand: | SwagTron |
| MPN: | 9999 | Wattage: | 250 |
| Color: | Black | UPC: | 854094008301 |

**Tarheel Findz**
heartofdixi06 (1132 ★)  99.6%
📧 Sign up for newsletter

Search within store

🔍

Visit Store:  Tarheel Findz

## Categories

| |
|---|
| Baby Furniture  › |
| Baby Supplies  › |
| Electronics  › |
| Household  › |
| Toys & Games  › |

## Highlights

- Max speed: 7 mph
- Stylish light-up wheels
- Able to support up to 200lbs
- UL2272-certified
- SentryShield multilayer battery protection

Hop on deck and ride with style. The Swagboard Metro Hover Plus self-balancing hoverboard is crafted to perfection, built with ultra-durable materials. With powerful high-torque dual motors, riders can race up to 7 mph, conquer 30° inclines, and coast up to 4.8 miles on a single charge. Perfect for hoverboarders of all skill levels, the Metro Hover Plus sports an auto-balancing startup feature. And LED wheels let riders show off their passion for adventure, all while protected by a limited 1-year warranty. Ready to ride? Step up and level up with the Swagboard Metro Hover Plus.

Feedback
✍

- UL2272-certified
- Sentry Shield multilayer battery protection

Hop on deck and ride with style. The Swagboard Metro Hover Plus self-balancing hoverboard is crafted to perfection, built with ultra-durable materials. With powerful high-torque dual motors, riders can race up to 7 mph, conquer 30° inclines, and coast up to 4.8 miles on a single charge. Perfect for hoverboarders of all skill levels, the Metro Hover Plus sports an auto-balancing startup feature. And LED wheels let riders show off their passion for adventure, all while protected by a limited 1-year warranty. Ready to ride? Step up and level up with the Swagboard Metro Hover Plus.

**Dimensions (Overall):** 24 inches (L) x 7.5 inches (W) x 7.5 inches (H)
**Holds up to:** 250 pounds
**Includes:** Rechargeable battery
**Material:** Plastic (Frame)
**Features:** LED lights
**Suggested Age:** 8 Years and Up
**Weight:** 23.5 pounds
**Motor Wattage:** 250 watts
**Wheel Material:** Rubber, Aluminum
**Assembly Details:** No assembly required
**Battery Charge Life:** Up to 75 minutes
**Estimated Charge Time:** 5.5 hours
**Certifications:** UL 2272 certified
**Cruising range:** 4.8 miles
**Number of Wheels:** 2
**Maximum Speed:** 7 miles per hour
**Wheel Diameter:** 6.5 inches
**Battery:** 1 Non-universal Lead acid, Required, included

PLEASE READ BELOW FOR TERMS AND CONDITIONS NO EXCEPTIONS!

- FREE SHIPPING
- BRAND NEW CONDITION
- UL 2272
  **UL certification - http://www.ul.com/hoverboards/**
- WHAT YOU SEE IN THE PHOTOS IS WHAT YOU WILL GET. IF YOU HAVE ANY QUESTIONS PLEASE EMAIL BE BEFORE YOU PURCHASE
- 30 DAY RETURNS, BUYER PAYS RETURN SHIPPING ALL RETURNS MUST BE IN SAME CONDITION AS WHEN ITEM WAS SENT TO BE ELIGIBLE FOR A RETURN. YOUR ITEM MUST BE UNUSED AND IN THE SAME CONDITION AS YOU RECEIVED IT. IT MUST ALSO BE IN ORIGINAL PACKAGING UNOPENED
- ALL RETURNS SUBJECT TO A 10% RESTOCKING FEE ALL SERIAL NUMBERS WILL BE RECORDED

## Electronics

## Household

## Toys & Games

## Video Games

## Computer

## Adult

## Baby Toys

## Sports Equipment

## Kids Clothes

## Mens Clothes

## Womens Clothes

## Watches

## Perfume/Cologne

## Printer Ink

## Health/Beauty

## Other

## Ratings and Reviews

Write a review

# 3.8

★★★★☆

16 product ratings

| | |
|---|---|
| ★ 5 | 10 |
| ★ 4 | 1 |
| ★ 3 | 0 |
| ★ 2 | 1 |
| ★ 1 | 4 |

Feedback

**Most relevant reviews**
See all 16 reviews

★☆☆☆☆   Disappointing

   
---

## Most relevant reviews

See all 16 reviews


by lin-722818
Jun 26, 2020

### Disappointing

We have only had our hoverboard for a couple of months. The battery no longer holds a charge. The hoverboard constantly beeps and the right and left will not line up. Really sad because my son loved this toy when it worked.

Verified purchase: Yes | Condition: New | Sold by: claimthis

  


by icesp-3
Apr 29, 2020

### Great

Terrain navigation is good up hill is a battle but power and endurance is okay . I'm happy with my product

    

Verified purchase: Yes | Condition: New | Sold by: claimthis

  


by heathermunoz_7
Mar 02, 2020

### He loved it!

Stays charged good quality

Verified purchase: Yes | Condition: New | Sold by: claimthis

  !

★★★★★
by turbo-3807
Apr 15, 2020

### Good

This product is good for price.

Verified purchase: Yes | Condition: New | Sold by: claimthis

 !

★★★★★
by raylarc
May 21, 2020

### Kid loves it

Kid never had one first day he had trouble but now 5 year old rides like a pro

Verified purchase: Yes | Condition: New | Sold by: claimthis

  

---

### Related sponsored items 1/2

Feedback on our suggestions



Foldable 3 Wheel Golf Pull Push Cart Trolley...

36V 4.4AH Lithium-Ion Battery For Smart Self-...

Razor Adjustable Jetts Heel Wheels Skates Se...

7460957 Control Cable fits MTD Murray Troy Bi...

Dyson V7 Trigger Handheld Vacuum |...

Philips SPT6354 Wireless Keyboard and...

Document title: Swagtron Metro Hover with LED Wheels Brand New 854094008301 | eBay
Capture URL: https://www.ebay.com/itm/Swagtron-Metro-Hover-with-LED-Wheels-Brand-New-/183758572881?…
Capture timestamp (UTC): Fri, 14 Aug 2020 17:39:54 GMT



Foldable 3 Wheel Golf Pull Push Cart Trolley...
**$95.99**
Free shipping

36V 4.4AH Lithium-Ion Battery For Smart Self-...
**$33.99**
~~$39.99~~
Free shipping
Popular

Razor Adjustable Jetts Heel Wheels Skates Se...
**$24.99**
Free shipping

7460957 Control Cable fits MTD Murray Troy Bi...
**$6.99**
Free shipping

Dyson V7 Trigger Handheld Vacuum |...
**$199.99**
Free shipping
Popular

Philips SPT6354 Wireless Keyboard and...
**$18.99**
Free shipping

## Explore more sponsored options: Brand

### Hover-1





Hoverboard w/ 6.5in Wheels, LED Sensor Li...
**$259.99**
+ shipping

Hover-1 Helix Balance Board Fully Working...
**$79.00**
+ shipping

## Explore more sponsored options: Color

### Blue                                                          More

### White





Jetson V12 Electra-Light Electric Self...
**$104.99**
~~$299.99~~
+ shipping
Popular

6.5" Bluetooth Hoverboards Scooter...
**$134.99**
+ shipping

Blue Mini Smart Electric Scooter 2...
**$99.95**
+ shipping
Popular

6.5" Wheels Bluetooth Hoverboard Electric...
**$129.99**
+ shipping
Almost gone

## People who viewed this item also viewed 1/2

Feedback on our sugg



---

Document title: Swagtron Metro Hover with LED Wheels Brand New 854094008301 | eBay
Capture URL: https://www.ebay.com/itm/Swagtron-Metro-Hover-with-LED-Wheels-Brand-New-/183758572881?…
Capture timestamp (UTC): Fri, 14 Aug 2020 17:39:54 GMT

People who viewed this item also viewed 1/2

Feedback on our suggestions









SWAGTRON Swagboard T882 Kids Hoverboard...

~~$98.00~~

Free shipping

Popular

Hoverboard w/ 6.5in Wheels, LED Sensor Li...

$259.99

Free shipping

US 8.5Inch Lamborghini EL-ES05 Two Wheels...

$274.49

Free shipping

Lamborghini 8.5"Electric Balance Scooter...

$274.94

~~$306.39~~

Free shipping

FOR PARTS SWAGTRON T1 UL 2272 Certified...

$81.93

Free shipping

Swagtron Swagboard w/ Charger | Black, Model...

$140.00

+ shipping

---

Sponsored items based on your recent views 1/3

Feedback on our suggestions







Hover-1 ALL-STAR Hoverboard Electric S...

$89.99

Free shipping

Hover-1 HELIX Hoverboard Electric S...

$94.99

Free shipping

Popular

Bluetooth Hoverboard UL Certified 6.5" Self...

$104.99

Free shipping

Hover-1 LIBERTY Hoverboard Electric S...

$84.99

Free shipping

Popular

Hover-1 ULTRA Hoverboard Electric S...

$109.99

Free shipping

Popular

6.5" Bluetooth Hoverboard Self...

$119.99

Free shipping

---

[Ad] findsimilar.com ▾

**The Swagtron Scooter Outlet - Up to 70% Off**

Wow, I Can't Believe How Much I Saved On Swagtron Scooter - CJ

Visit Website

Shop For Electronics    Getting Ready for Baby

Kids & Baby Fashion    Shop for Home & Garden

---

[Ad] joyor.us ▾

**27.9 MPH 48V 500W Motors - 27.9 MPH 48V Motor 500W Output**

This all-new electric scooter is so much more than Next Generation – it's next level. 47.8 Miles Travel Distance. 24000mAh Mega Capacity Battery. 27.9 MPH 48V 500W Motors. Joyor US Official Website.

Visit Website

LR8 Series - $799.99   47.8 Miles Long-Range

(207) 203-5288

XR9 Series | 50.9 Miles    ER6 Series | 36.9 Miles

LR8 Series | 47.8 Miles    ER8 Series | 43.5 Miles

---

[Ad] fatbearscooters.com ▾

**Electric Motorized Scooter** - Fast, Fun, & Eco-Friendly - Free Shipping

Whether Commuting Across Town Or Crusing Down The Street, There's A **Scooter** For You! Combining The Latest In Battery & **Electric** Motor Technology, Front & Rear Signals. Front And Rear Shocks. Loud Alarm & Horn. Remote Start. 3 Speed Control. Removable Battery. Large LED Display. Types: Fat Tire **Scooters**, Fat Tire **Mopeds**, Fat Tire Trikes, Fat Tire Mini Bikes.

Visit Website

Contact Us   About Us

---

[Ad] healthinfo.care ▾

**Find Best Electric Scooter To Buy** - Search Best **Electric Scooter** To Buy

Find Best Electric Scooter To Buy

Visit Website

---

[Ad] info.com ▾

**Brand New Scooters - Brand New Scooters**

Feedback





---

Document title: Swagtron Metro Hover with LED Wheels Brand New 854094008301 | eBay

Capture URL: https://www.ebay.com/itm/Swagtron-Metro-Hover-with-LED-Wheels-Brand-New-/183758572881?…

Capture timestamp (UTC): Fri, 14 Aug 2020 17:39:54 GMT

Page 6 of 7







Hover-1 ALL-STAR
Hoverboard Electric S...
$89.99
Free shipping

Hover-1 HELIX
Hoverboard Electric S...
$94.99
Free shipping
Popular

Bluetooth Hoverboard
UL Certified 6.5" Self...
$104.99
Free shipping

Hover-1 LIBERTY
Hoverboard Electric S...
$84.99
Free shipping
Popular

Hover-1 ULTRA
Hoverboard Electric S...
$109.99
Free shipping
Popular

6.5" Bluetooth
Hoverboard Self...
$119.99
Free shipping

Ad findsimilar.com ▾

The **Swagtron Scooter** Outlet - Up to 70% Off

Wow, I Can't Believe How Much I Saved On **Swagtron Scooter** - C.J.

Shop For Electronics    Getting Ready for Baby
Kids & Baby Fashion    Shop for Home & Garden

Visit Website

Ad joyor.us ▾

27.9 MPH 48V 500W Motors - 27.9 MPH 48V Motor 500W Output

This all-new electric scooter is so much more than Next Generation – it's next level. 47.8 Miles Travel Distance. 24000mAh Mega Capacity Battery. 27.9 MPH 48V
500W Motors. Joyor US Official Website.

LR8 Series - $799.99  47.8 Miles Long-Range
(207) 203-5288

XR9 Series | 50.9 Miles    ER6 Series | 36.9 Miles
LR8 Series | 47.8 Miles    ER8 Series | 43.5 Miles

Visit Website

Ad fatbearscooters.com ▾

Electric Motorized Scooter - Fast, Fun, & Eco-Friendly - Free Shipping

Whether Commuting Across Town Or Cruising Down The Street, There's A **Scooter** For You! Combining The Latest In Battery & **Electric** Motor Technology, Front & Rear
Signals. Front And Rear Shocks. Loud Alarm & Horn. Remote Start. 3 Speed Control. Removable Battery. Large LED Display. Types: Fat Tire **Scooters**, Fat Tire
**Mopeds**, Fat Tire Trikes, Fat Tire Mini Bikes.

Contact Us    About Us

Visit Website

Ad healthinfo.care ▾

Find Best **Electric Scooter** To Buy - Search Best **Electric Scooter** To Buy

Find Best **Electric Scooter** To Buy

Visit Website

Ad info.com ▾

Brand New Scooters - Brand New Scooters

Find Brand New Scooters. Examine Now.

Visit Website

---

Back to home page  |  See More Details about "SwagTron T882 Metro Hoverboard with LED Wheels - Black"    Return to top

More to explore : SwagTron,  LED Lights for Chevrolet Metro,  Front LED Light Bulbs for Geo Metro,  Unbranded LED Light Bulbs for Geo Metro,
Rear LED Light Bulbs for Geo Metro,  SwagTron Red Electric Scooters,  OE Brand Parts for Chrysler New Yorker,  Quality Brand LED Light Bulbs for Volkswagen Beetle,
Quality Brand LED Light Bulbs for Infiniti G37,  Front LED Light Bulbs for Chevrolet Metro

About eBay    Announcements    Community    Security Center    Resolution Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ





**ebay**  Shop by category ⌄   🔍 Search for anything   | All Categories ⌄ | Search | Advanced

‹ Back to home page | Listed in category: Sporting Goods › Outdoor Sports › Scooters › Electric Scooters › See more SwagTron T1 Garnet UI2272 Certified Hands Smar...     ✉ f 𝕏 P | Add to Watchlist



### People who viewed this item also viewed

| Hover-1 ULTRA Hoverboard Electric Self Balancing... $99.99 Free shipping | Hoverboard Self Balancing LED Bluetooth Scooter 6.5"... $119.99 Free shipping | 6.5" Hoverboard Bluetooth Self Balancing LED Electric... $119.99 Free shipping | 6.5" Electric Hoverboard Self-Balancing LED Bluetooth... $129.99 Free shipping |



**Swagtron T1 UL2272 listed Motorized Self Balancing Electric Scooter - White**

★★★☆☆ 4 product ratings

**Condition:** Used

*"Good condition--Shell crack (cosmetic) over left wheel (see photo) but still fully functional! Will "* Read more

**Quantity:** 1   Last one / 3 sold

**Price:** US $179.99
No Interest if paid in full in 6 mo on $99+*

[ Buy It Now ]
[ Add to cart ]
[ ♡ Add to Watchlist ]

☐ 3-year protection plan from SquareTrade - $26.99

**More than 74% sold** | Last item available | Free shipping

**Shipping:** FREE Standard Shipping | See details
Item location: Port Chester, New York, United States
Ships to: United States See exclusions

**Delivery:** Estimated between **Mon. Aug. 17 and Tue. Aug. 18** ⓘ

**Payments:** PayPal VISA MASTERCARD AMEX DISCOVER

**PayPal** CREDIT
*No Interest if paid in full in 6 months on $99+. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard. Learn more

**Returns:** 30 day returns. Buyer pays for return shipping | See details

**Shop with confidence**

🛡 **eBay Money Back Guarantee**
Get the item you ordered or get your money back. Learn more

**Seller information**
orkmastermcgee (43117 ⭐)
98.1% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

**Pay over time with PayPal Credit** ✕

Get 5.99% APR with 12 or 24 Easy Payments on eBay.

[ See terms → ]

Ends 8/17, 11:59pm PT. Minimum purchase required.

$ Have one to sell?  [ Sell now ]

### Related sponsored items 1/2

Feedback on our suggestions



| Hover-1 HORIZON Hoverboard Electric Self... $149.99 Free shipping | Lithium Battery Charger Razor Scooter Hovertrax 2... $12.99 ~~$26.00~~ Free shipping | Hover-1 HELIX Hoverboard Electric Self Balancing... $99.99 Free shipping Popular | FC CE Certified 2 Wheels Self Balancing Electric... $9.99 Free shipping | City Cruiser 8.5" Electric Scooter All Terrain Tires... $199.99 Free shipping | Hover-1 LIBERTY Hoverboard Electric Self Balancing... $84.99 Free shipping Popular |

Feedback ✎

| Hover-1 HORIZON Hoverboard Electric Self... | Lithium Battery Charger Razor Scooter Hovertrax 2.... | Hover-1 HELIX Hoverboard Electric Self Balancing... | FC CE Certified 2 Wheels Self Balancing Electric... | City Cruiser 8.5" Electric Scooter All Terrain Tires... | Hover-1 LIBERTY Hoverboard Electric Self Balancing... |
|---|---|---|---|---|---|
| $149.99 | $12.99 | $99.99 | $9.99 | $199.99 | $84.99 |
| Free shipping | ~~$26.00~~ | Free shipping | Free shipping | Free shipping | Free shipping |
| | Free shipping | Popular | | | Popular |

---

**Description** | **Shipping and payments**           Report item

Seller assumes all responsibility for this listing.     eBay item number: 202119229109

Last updated on Jun 03, 2019 11:02:59 PDT View all revisions

| Item specifics | | | |
|---|---|---|---|
| Condition: | Used : ⓘ | | |
| Seller Notes: | "Good condition--Shell crack (cosmetic) over left wheel (see photo) but still fully functional! Will have scratches, scuffs and normal wear from use. Packaging, if included, may show signs of wear from transport between warehouses. This includes creases, dents, tears and sticker/tape residue." | | |
| Color: | White | Custom Bundle: | No |
| Model: | Swagtron T1 | Wattage: | 600 Watts |
| Modified Item: | No | Brand: | SwagTron |
| MPN: | T1 | Non-Domestic Product: | No |
| UPC: | 855901006305 | | |

## Swagtron T1 UL2272 listed Motorized Self Balancing Electric Scooter - White

### Product Details:

- Cruise with swag on your hoverboard boasting an 8 mph top speed and 11 mile range - weight up to 220 lbs
- UL 2272 certified - the SWAGTRON 2-wheel self-balancing scooter excelled in all electrical safety tests
- This swag motorized scooter's new features include: LED headlights, battery indicators, rubber bumpers, and two riding modes
- Patented SWAGTRON SentryShield smart battery management system provides multi layered hover skate-board protection
- This balance scooter features an upgraded 250 Watt motor and gear stabilization for tighter control and downhill traction

UL2272 Certification Number: **E485124**

UL2272 Certification Link: http://database.ul.com/cgi-bin/XYV/template/LISEXT/1FRAME/index.html

database.ul.com/cgi-bin/XYV/template/LISEXT/1FRAME/showpage.html?name=FKIS.E485124&ccnshorttitle=Electrical+Systems+for+Self-balancing+Scooters&objid=1085853453&cfgid=1073741824&version=versionless&parent_id=1085530313&sequence=1

## About UL

UL is an international science safety company whose goal is to insure safety to consumer's products. UL was founded in 1894 and in 1903 developed the first standard for safety. In 1913 changed building construction by improving construction of walls. In 1921 UL Certified First Refrigerator. Tests range from shock hazard to the ability of small kids being able to open it from the inside. In 1923 UL certified the first Burglary-resistant Safe. 1930 UL certified the first Automatic Dish Washer. 1937 UL certifies the first washing machine. 1939 UL certified the first black and white TV. 1940 UL certifies the first vending machine. 1966 UL certified the first seat belt. In 1975 UL developed the Federal Television Standard in response to 10,000 reports of TV Tube fires. 1978 UL certified the first personal computer. In 1988 UL certified the first bullet resistant vest for police.

To read more, visit http://www.ul.com/aboutul/history/

**Package may show one or more of the following signs of slight distress that occurred from transportation between warehouses: Creasing, indents, slight tearing, sticker residue.**

**Please contact us with any questions you may have.**

**Thank you for looking!**

**(Stock ID:984076)**

**Protect Your Product With a Consumer Priority Service Warranty**


Feedback

Sponsored items based on your recent views 1/4








**US STOCK Lamborghini E-Scooter Skateboard 2-Whe...**
$199.99
$249.99
Free shipping
New

**Lamborghini 8.5"Electric Balance Scooter Wireless...**
$284.94
$306.39
Free shipping
New

**LAMBORGHINI 8.5 inch EL-ES05 Portable E-Scooter...**
$274.49
Free shipping
New

**6.5" Electric Hoverboard Bluetooth Speaker LED Self...**
$104.99
Free shipping
New

**Jetson V12 Electra-Light Electric Self Balancing 500...**
$104.99
$209.99
Free shipping
Seller 99.1% positive

**6.5" Bluetooth Hoverboard LED Self Balancing Scooter...**
$134.99
Free shipping
New

Feedback on our suggestions

## Ratings and Reviews

Write a review

### 3.0
★★★☆☆
4 product ratings

| | | |
|---|---|---|
| ★ 5 | | 2 |
| ★ 4 | | 0 |
| ★ 3 | | 0 |
| ★ 2 | | 0 |
| ★ 1 | | 2 |

50% Would recommend

50% Good value

33% Good quality

### Most relevant reviews

★☆☆☆☆
by hazardt
Jan 03, 2018

**Junk battery or something**

It worked for about 20 minutes of ride time, needed to be charged and then would not charge. We now need a new one.
Verified purchase: Yes | Condition: Pre-Owned | Sold by: mobintech

👍 (0)  👎 (0)  !

## Explore more sponsored options:







**Open Box Swagtron T1 UL2272 Hoverboard Electri...**
$159.99
+ shipping

**6.5" Electric Hoverboard Self-Balancing LED Bluetooth...**
$129.99
+ shipping

**6.5" Hoover board Hoverboard Electric...**
$129.99
+ shipping

**Balancing Scooter 6.5" Wheel Electric Motorized (( FREE...**
$159.00
+ shipping

**Hover-1 HORIZON Hoverboard Electric Self...**
$149.99
+ shipping

**Open Box Swagtron T5 Kid Hoverboard Self Balancing...**
$119.99
+ shipping

Feedback

Explore more sponsored options:

     

Open Box Swagtron T1 UL2272 Hoverboard Electri...

$159.99

+ shipping

6.5" Electric Hoverboard Self-Balancing LED Bluetooth...

$129.99

+ shipping

6.5" Hoover board Hoverboard Electric...

$129.99

+ shipping

Balancing Scooter 6.5' Wheel Electric Motorized (( FREE...

$159.00

+ shipping

Hover-1 HORIZON Hoverboard Electric Self...

$149.99

+ shipping

Open Box Swagtron T5 Kid Hoverboard Self Balancing...

$119.99

+ shipping

---

People who viewed this item also viewed 1/2

Feedback on our suggestions

     

Hover-1 ULTRA Hoverboard Electric Self Balancing...

$99.99

Free shipping

Popular

Hoverboard Self Balancing LED Bluetooth Scooter 6.5"...

$119.99

Free shipping

6.5" Hoverboard Bluetooth Self Balancing LED Electric...

$119.99

Free shipping

6.5" Electric Hoverboard Self-Balancing LED Bluetooth...

$129.99

Free shipping

Open Box Swagtron T1 UL2272 Hoverboard Electri...

$159.99

Free shipping

6.5" Electric Hoverboard Bluetooth Speaker LED Self...

$104.99

Free shipping

Popular

---

More from this seller 1/2

Feedback on our suggestions

     

Fitbit - 3' Replacement Charging Cable - Black -...

$19.45

Free shipping

Fitbit Alta Band Activity Wristband Replacement...

$14.99

Free shipping

Funko Mystery Mini: Warcraft Movie - Mystery Action...

$7.49

Free shipping

(Black) - 1.6cm Foosball Man Table Guys Man Soccer...

$9.99

Free shipping

YogaAccessories 1/8 Lightweight Classic Yoga M...

$24.99

Free shipping

Smart Buddie by Voguestrap Fitbit Charge HR - Silver...

$19.99

Free shipping

---

Back to home page | See More Details about "SwagTron T1 Garnet Ul2272 Certified Hands Smart Board ..."

Return to top

About eBay    Announcements    Community    Security Center    Resolution Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ

 

Norton SECURED



Hover-1 HORIZON Hoverboard Electric Self...

$149.99
Free shipping

Razor Scooter Hovertrax 2...

$12.99
$26.00
Free shipping

Hoover Board with UL2272...

$259.00
Free shipping
Last one

Charger for Razor Hovertrax...

$17.99
Free shipping

Self Balancing Electric...

$9.99
Free shipping

Electric Self Balancing...

$99.99
Free shipping
Popular

---

**Description** | Shipping and payments

Report item

Seller assumes all responsibility for this listing.
Last updated on Dec 12, 2018 18:25:02 PST   View all revisions

eBay item number: 283301751505

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | Used: An item that has been used previously. The item may have some signs of cosmetic wear, but is fully ... Read more | Brand: | SwagTron |
| Bundle Listing: | No | Wheel Size: | 6.5in. |
| Wattage: | 600 Watts | UL Certification #: | FKIS.E485124 |
| MPN: | T3 | Model: | T3 |
| Color: | Pink | | |

**Bluetooth** speakers and lightly USED, NOT refurbished. GREAT Condition. UL Certified.

Retail sells for $349.99if you can find this color.

Save money this Christmas.

I have the original box and packaging. Includes plug in adapter and cord for charging.

Any questions, please ask.

http://www.ul.com/hoverboards/

---

Sponsored items based on your recent views  1/4

Feedback on our suggestions

     

| US STOCK Lamborghini E-Scooter Skateboard 2-Whe... | Lamborghini 8.5"Electric Balance Scooter Wireless... | NEW Bluetooth Hoverboard Electric Self Balancing E... | 6.5" LED Hoverboard Electric Self Balancing Bluetooth... | 6.5" Electric Hoverboard Self-Balancing LED Bluetooth... | 6.5" Electric Hoverboard Bluetooth Speaker LED Self... |
|---|---|---|---|---|---|
| $199.99 | $284.94 | $129.99 | $129.99 | $129.99 | $104.99 |
| $249.99 | $306.39 | $139.99 | | | |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping | Free shipping |
| New | New | New | Seller 100.0% positive | Seller 100.0% positive | New |

Explore more sponsored options:

Feedback

     

---







US STOCK Lamborghini E-Scooter Skateboard 2-Whe...
$199.99
~~$249.09~~
Free shipping
New

Lamborghini 8.5"Electric Balance Scooter Wireless...
$284.94
~~$306.39~~
Free shipping
New

NEW Bluetooth Hoverboard Electric Self Balancing E...
$129.99
~~$139.99~~
Free shipping
New

6.5" LED Hoverboard Electric Self Balancing Bluetooth...
$129.99
Free shipping
Seller 100.0% positive

6.5" Electric Hoverboard Self-Balancing LED Bluetooth...
$129.99
Free shipping
Seller 100.0% positive

6.5" Electric Hoverboard Bluetooth Speaker LED Self...
$104.99
Free shipping
New

## Explore more sponsored options:







8.5inch Lamborghini EL-ES05 Two Wheels Smart Self-...
$274.49
+ shipping

Open Box Swagtron T580 Hoverboard Scooter 6in...
$129.99
+ shipping
Popular

Open Box Swagtron T1 UL2272 Hoverboard Electri...
$159.99
+ shipping

6.5" Electric Hoverboard Self-Balancing LED Bluetooth...
$129.99
+ shipping

6.5" LED Hoverboard Electric Self Balancing Bluetooth...
$129.99
+ shipping

Hover-1 HORIZON Hoverboard Electric Self...
$149.99
+ shipping

### People who viewed this item also viewed 1/2

Feedback on our suggestions








6.5" LED Hoverboard Electric Self Balancing Bluetooth...
$129.99
Free shipping

6.5" Hoverboard Bluetooth Self Balancing LED Electric...
$119.99
Free shipping

6.5" Electric Hoverboard Self-Balancing LED Bluetooth...
$129.99
Free shipping

Swagtron T3 UL2272 Self Balancing Smartboard Built-...
$299.99
Free shipping

Hover-1 ULTRA Hoverboard Electric Self Balancing...
$99.99
Free shipping
Popular

Hoverboard Self Balancing LED Bluetooth Scooter 6.5"...
$119.99
Free shipping

---

Back to home page
Return to top

More to explore: Swagtron, Contax T3, Self Balancing Unicycle, Self-Drill Fenders for Kawasaki, Daiwa T3, SwagTron Red Electric Scooters, T3 LED Bulbs, Self Heating Cat Beds, Tikka T3 Magazines, Self-Healing Cutting Mats

About eBay    Announcements    Community    Security Center    Resolution Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ

Norton SECURED

Feedback


---

Document title: Swagtron T3 UL2272 Self Balancing Smartboard. | eBay
Capture URL: https://www.ebay.com/itm/Swagtron-T3-UL2272-Self-Balancing-Smartboard/283301751505?hash=item41f619aad1:g:5F0AAOSwW~JcDxTb
Capture timestamp (UTC): Fri, 07 Aug 2020 16:59:49 GMT



Hi! Sign in or register     Daily Deals     Brand Outlet     Help & Contact          Sell     Watchlist ∨     My eBay ∨

ebay     Shop by category ∨     Search for anything     All Categories ∨     Search

‹ Back to home page | Listed in category:     Sporting Goods > Outdoor Sports > Scooters > Electric Scooters > See more GOTRAX Hoverfly ECO Hover board - GT-HE-BLA

ebaymotors
Take the new App for a spin
Install Now →

Bidding has ended on this item. The seller has relisted this item or one like this.

## Related sponsored items 1/2

Feedback on ou

      

36V 4.4AH Lithium-Ion Battery For Smart Self...
$33.99
$39.99
Free shipping
Popular

Hover-1 HELIX Hoverboard Electric...
$94.99
Free shipping
Popular

For Xiaomi Mijia M365 Scooter/ Ninebot ES2...
$6.32
$6.65
Free shipping

Hover-1 LIBERTY Hoverboard Electric...
$84.99
Free shipping
Popular

Authentic Segway Ninebot External...
$129.00
Free shipping

42V 2A Batter For Electric Sc...
$9.99
Free shipping

## Similar sponsored items 1/2

Feedback on ou

      

Hoverboard w/ 6.5in Wheels, LED Sensor...
$259.99
Free shipping

8.5inch Wheels Hummer Hoverboard...
$209.99
Free shipping

8.5inch Portable E-Scooter Smart Electri...
$272.99
+ $3.99 shipping

6.5/8.5" Lamborghini Electric Balance...
$199.00
Free shipping

Hoverboard Electric Scooter Bluetooth GP...
$255.97
Free shipping

6.5" Balan...
$129.99
Free shipping

Feedback



Hoverboard w/ Wheels, LED Sensor...
$259.99
Free shipping

Hummer Hoverboard...
$209.99
Free shipping

Scooter Smart Electri...
$272.99
+ $3.99 shipping

Electric Balance...
$199.00
Free shipping

Scooter Bluetooth GP...
$255.97
Free shipping

Balancing LED
$129.99
Free shipping

## Liegate hoverboard black used w/ charger

★★★★★ 1 product rating | Write a review

Condition: **Used**

Ended: Jul 18, 2020 , 3:41PM

Starting bid: **US $80.00**  [ 0 bids ]

Price: **US $200.00**

Shipping: Free Local Pickup | See details
Item location: Barnet, Vermont, United States
Ships to: Local pick-up only

Delivery: Varies

Payments: PayPal VISA ● ● DISCOVER

**PayPal CREDIT**
Special financing available. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard. Learn more

Returns: Seller does not accept returns | See details

### Shop with confidence

eBay Money Back Guara
Get the item you ordered o
money back. Learn more

### Seller information
adther42 (1)

100% Positive feedback

♡ Save this Seller
Contact seller
See other items

$ Have one to sell?  **Sell now**

| Description | Shipping and payments |

eBay item number: 3836

Seller assumes all responsibility for this listing.

Last updated on Jul 11, 2020 08:41:39 PDT  View all revisions

### Item specifics

Condition: Used: An item that has been used previously. The item may have some signs of cosmetic wear, but is fully
… Read more

MPN: GT-HE-BLA

Brand: Unbranded

UPC: 0857754007331

Color: Black

Wattage: 500 Watts

Suitable For: Everyone

Feedback ✓

### About this product

**Product Identifiers**

Brand                              Gotrax

Brand:        Unbranded                                    Suitable For:    Everyone
UPC:        0857754007331

## About this product

### Product Identifiers

| | |
|---|---|
| Brand | Gotrax |
| MPN | GT-HE-BLA |
| GTIN | 0857754007331 |
| UPC | 0857754007331 |
| Model | Eco Hoverfly |
| eBay Product ID (ePID) | 6030522228 |

### Product Key Features

| | |
|---|---|
| Color | Black |
| Wattage | 500 Watts |

### Additional Product Features

| | |
|---|---|
| Featured Refinements | Self Balancing Scooter |

Liegate hoverboard black used w/ charger. Condition is Used. Lightly used. Very fun. I'm am selling this because it isn't great for the area I live in. I live i
very rural place and it doesn't do great with the obstacles that come on the roads and ground.

---

**5.0**
★★★★★
1 product rating

| ★ 5 | ▬▬▬▬ | 1 |
|---|---|---|
| ★ 4 | | 0 |
| ★ 3 | | 0 |
| ★ 2 | | 0 |
| ★ 1 | | 0 |

100%
Would recommend

100%
Good value

100%
Good quality

We have ratings, but no writte
reviews for this, yet.
Be the first to **write a review.**

---

### Related sponsored items 1/2

Feedback on o


OEM Segway Ninebot


Hover-1 HELIX


For Xiaomi Mijia M365


Hover-1 LIBERTY


Authentic Segway


42V 2A Batter










| OEM Segway Ninebot External Battery for... | Hover-1 HELIX Hoverboard Electric... | For Xiaomi Mijia M365 Scooter/ Ninebot ES2... | Hover-1 LIBERTY Hoverboard Electric... | Authentic Segway Ninebot External... | 42V 2A Batter For Electric Sc... |
|---|---|---|---|---|---|
| $110.00 | $94.99 | $6.32 | $84.99 | $129.00 | $9.99 |
| + $10.00 shipping | Free shipping | $6.65 | Free shipping | Free shipping | Free shipping |
| | Popular | Free shipping | Popular | | |

## Explore more sponsored options: Brand

### Hover-1






| Hover-1 Helix Balance Board Fully Working... | Hoverboard w/ 6.5in Wheels, LED Sensor... | Used hover board Horizon-1 Working... |
|---|---|---|
| $79.00 | $259.99 | $125.00 |
| + shipping | + shipping | + shipping |

### SwagTron





| Open Box Swagtron T580 Hoverboard... | SWAGTRON Swagboard T882 Kid... | Used blue s T1 hoverboa... |
|---|---|---|
| $129.99 | $98.00 | $100.00 |
| + shipping | + shipping | + shipping |
| Popular | Popular | |

## People who viewed this item also viewed 1/2

Feedback on o










| Hoverboard, it's in great condition with little... | Jetson V12 Electra-Light Electric Self Balancing... | 6.5 Balance Scooter with Bluetooth Speake... | Veeko 110 Electric Scooter - Black | SWAGTRON Swagboard T882 Kids Hoverboard... | Hoverboard w Whe... LED... |
|---|---|---|---|---|---|
| $100.00 | $104.99 | $215.00 | $109.99 | $98.00 | $25 |
| + $5.00 shipping | $299.99 | Free shipping | Free shipping | Free shipping | Free |
| | Free shipping | | | Popular | |
| | Popular | | | | |

$100.00
+ $5.00 shipping

$104.99

$215.00
Free shipping

$109.99
Free shipping

$98.00
Free shipping
Popular

$259.00
Free shipping

Free shipping
Popular



## Sponsored items based on your recent views 1/4

Feedback on o

Hover-1 ALL-STAR
Hoverboard Electric...
**$89.99**
Free shipping
Popular

Hover-1 HELIX
Hoverboard Electric...
**$94.99**
Free shipping
Popular

Bluetooth Hoverboard
UL Certified 6.5" Self...
**$104.99**
Free shipping

Hover-1 LIBERTY
Hoverboard Electric...
**$84.99**
Free shipping
Popular

Hover-1 ULTRA
Hoverboard Electric...
**$109.99**
Free shipping
Popular

6.5' LED Blueto
Hoverboard E
**$119.99**
Free shipping

Ad fatbearscooters.com ▾

**Electric Motorized Scooter** - Fast, Fun, & Eco-Friendly - Free Shipping

Whether Commuting Across Town Or Crusing Down The Street, There's A **Scooter** For You! Combining The Latest In Battery & **Electric** Motor Tech
Start. 3 Speed Control, Front And Rear Shocks, Removable Battery. Large LED Display, Front & Rear Signals, Loud Alarm & Horn. Types: Fat Tire
Tire **Mopeds**, Fat Tire Trikes, Fat Tire Mini Bikes.

Contact Us   About Us

Visit Website

Ad findsimilar.com ▾

The **Electric Scooter** Outlet - Up to 70% Off **Electric Scooter**

Wow, I Can't Believe I Ever Shopped For **Electric Scooter** Elsewhere. CJ. 10,000+ Products.

Replacement Parts Deals   Interior Car Accessories
Car Accessories Deals   Can't Miss Clearance

Visit Website

Ad gopher.com ▾

**Black Hoverboard** - **Black Hoverboard**

Find **Black Hoverboard**. Examine Now.

Visit Website

Ad healthinfo.care ▾

Find **Used Electric Scooters** For **Sale** - **Used Electric Scooters** For **Sale**

Healthinfo Provides Results For Questions Regarding Health Conditions. Explore Today

Individual Health Plans   Long Term Care Insurance
Health Insurance Quotes   Care Medical Credit Card

Visit Website

Ad bizlinktech.com ▾

BizLink 67.5W car **charger** - Provides QC for multi-devices - bizlinktech.com

Extending USB A+C hub capable to support total of 67.5W power. Inquire now!

Visit Website

Feedback

Back to home page  |  See More Details about "GOTRAX Hoverfly ECO Hover board - GT-HE-BLA"

More to explore :  Hoverboard,  Hoverboard Charger,  Hoverboard Case,  Hoverboard Cover,  Hoverboard Shell,  Hoverboard Skin,  10" Hoverboard,  Chrome H



Hover-1 ALL-STAR
Hoverboard Electric...
$89.99
Free shipping
Popular

Hover-1 HELIX
Hoverboard Electric...
$94.99
Free shipping
Popular

Bluetooth Hoverboard
UL Certified 6.5" Self...
$104.99
Free shipping
Popular

Hover-1 LIBERTY
Hoverboard Electric...
$84.99
Free shipping
Popular

Hover-1 ULTRA
Hoverboard Electric...
$109.99
Free shipping
Popular

6.5' LED Blueto...
Hoverboard E...
$119.99
Free shipping

[Ad] fatbearscooters.com▾

**Electric Motorized Scooter** - Fast, Fun, & Eco-Friendly - Free Shipping

Whether Commuting Across Town Or Crusing Down The Street, There's A **Scooter** For You! Combining The Latest In Battery & **Electric** Motor Tech... Start. 3 Speed Control. Front And Rear Shocks. Removable Battery. Large LED Display. Front & Rear Signals. Loud Alarm & Horn. Types: Fat Tire Tire Mopeds, Fat Tire Trikes, Fat Tire Mini Bikes.

Contact Us    About Us

Visit Website

[Ad] findsimilar.com▾

The **Electric Scooter** Outlet - Up to 70% Off **Electric Scooter**

Wow, I Can't Believe I Ever Shopped For **Electric Scooter** Elsewhere, CJ. 10,000+ Products.

Replacement Parts Deals    Interior Car Accessories
Car Accessories Deals    Can't Miss Clearance

Visit Website

[Ad] gopher.com▾

**Black Hoverboard** - Black Hoverboard

Find **Black Hoverboard**. Examine Now.

Visit Website

[Ad] healthinfo.care▾

Find **Used Electric Scooters For Sale** - Used Electric Scooters For **Sale**

HealthInfo Provides Results For Questions Regarding Health Conditions. Explore Today

Individual Health Plans    Long Term Care Insurance
Health Insurance Quotes    Care Medical Credit Card

Visit Website

[Ad] bizlinktech.com▾

BizLink 67.5W car **charger** - Provides QC for multi-devices - bizlinktech.com

Extending USB A+C hub capable to support total of 67.5W power. Inquire now!

Visit Website

Back to home page  |  See More Details about "GOTRAX Hoverfly ECO Hover board - GT-HE-BLA"

More to explore :  Hoverboard,  Hoverboard Charger,  Hoverboard Case,  Hoverboard Cover,  Hoverboard Shell,  Hoverboard Skin,  10" Hoverboard,  Chrome H... Hoverboard Battery,  8" Hoverboard

About eBay    Announcements    Community    Security Center    Resolution Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ

Feedback

Norton
SECURED

Document title: Liegate hoverboard black used w/ charger 857754007331 | eBay
Capture URL: https://www.ebay.com/itm/Liegate-hoverboard-black-used-w-charger-/383627294517?...
Capture timestamp (UTC): Mon, 17 Aug 2020 16:34:27 GMT

Page 6 of 6

Hi! Sign in or register

Daily Deals    Brand Outlet    Help & Contact

Sell    Watchlist ⌄    My eBay ⌄

ebay

Shop by category ⌄

Search for anything

All Categories ⌄

Search    Advanced

‹ Back to home page | Listed in category: Sporting Goods > Outdoor Sports > Scooters > Electric Scooters


ebaymotors
Take the new App for a spin
Install Now →

**This listing has ended.**

## Related sponsored items 1/2

Feedback on our suggestions



36V 4.4AH Lithium-Ion Battery For Smart Self-...
$33.99
$39.99
Free shipping
Popular



42V 2A Power Adapter Charger For 2 Wheel...
$10.89
Free shipping



CE FCC AC/DC 42V 2A Power Adapter Battery...
$14.36
Free shipping



For GotWay Kingsong Inmotion electric...
$101.59
$110.42
Free shipping



Hover-1 LIBERTY Hoverboard Electric S...
$84.99
Free shipping
Popular

2Pcs 10 Inch Tyre Wheel Tubes Outer Tires for...
$22.99
Free shipping

## Similar sponsored items 1/2

Feedback on our suggestions



Hoverboard w/ 6.5in Wheels, LED Sensor Li...
$259.99
Free shipping



6.5/8.5" Lamborghini Electric Balance...
$199.00
Free shipping



6.5" Hoverboard LED Self Balancing Electric...
$43.99
Free shipping



Hoverboard Electric Self Balancing E Scooters...
$129.99
Free shipping



6.5" Hoverboard Self-Balancing LED Bluetoo...
$129.99
Free shipping



8.5inch Portable E-Scooter Smart Electric...
$272.99
+ $3.99 shipping



Hoverboard LED Electric Self Balance Smart Balance Wheel With Charger And Case

Condition: **Used**

Sold for: **US $79.99**

Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

Seller information

Feedback ✓



Hoverboard LED Electric Self Balance Smart
Balance Wheel With Charger And Case

| | |
|---|---|
| Condition: | **Used** |
| Sold for: | US $79.99 |
| Shipping: | Free Local Pickup | See details |
| | Item location: Mason, Ohio, United States |
| | Ships to: Local pick-up only |
| Delivery: | Varies |
| Payments: | PayPal VISA MasterCard American Express Discover |
| | **PayPal CREDIT** |
| | Special financing available. | See terms and apply now |
| | Earn up to 5x points when you use your eBay Mastercard. Learn more |
| Returns: | Seller does not accept returns | See details |

**Shop with confidence**

eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

**Seller information**
andrew.a20 (29 ⭐)
100% Positive feedback

♡ Save this Seller
Contact seller
See other items

$ Have one to sell?  **Sell now**

---

**Description**  |  **Shipping and payments**

Report item

eBay item number: 224070640273

Seller assumes all responsibility for this listing.

Last updated on  Jul 19, 2020 10:17:54 PDT  View all revisions

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | Used: An item that has been used previously. The item may have some signs of cosmetic wear, but is fully … Read more | Brand: | Smart Balance Wheel |
| Type: | Hoverboard | Suitable For: | Kids |
| Bundle Description: | With Case | Custom Bundle: | Yes |
| Modification Description: | Added Protective Trim - Silver | Modified Item: | No |
| MPN: | Does Not Apply | Featured Refinements: | Smart Balance Scooter |
| Color: | White | | |

Hoverboard LED Electric Self Balance Smart Balance Wheel With Charger And Case. Condition is Used. There are multiple scrapes and scratches visible on the scooter from use. The scooter is 100% functional and charges properly.

---

Related sponsored items 1/2

Feedback on our sugg



---

Document title: Hoverboard LED Electric Self Balance Smart Balance Wheel With Charger And Case | eBay
Capture URL: https://www.ebay.com/itm/Hoverboard-LED-Electric-Self-Balance-Smart-Balance-Wheel-With-Charger-And-Case-/224070640273?…
Capture timestamp (UTC): Fri, 14 Aug 2020 17:42:54 GMT

Related sponsored items 1/2

Feedback on our suggestions

     

**36V 4.4AH Lithium-Ion Battery For Smart Self-...**
$33.99
$39.99
Free shipping
Popular

**42V 2A Power Adapter Charger For 2 Wheel...**
$10.89
Free shipping

**CE FCC AC/DC 42V 2A Power Adapter Battery...**
$14.36
Free shipping

**For GotWay Kingsong Inmotion electric...**
$101.59
$110.42
Free shipping

**Hover-1 LIBERTY Hoverboard Electric S...**
$84.99
Free shipping
Popular

**2Pcs 10 Inch Tyre Wheel Tubes Outer Tires for...**
$22.99
Free shipping

## Explore more sponsored options: Brand

### Hover-1                                   More



**Hover-1 eclipse electric scooter...**
$249.95
+ shipping

**Hoverboard w/ 6.5in Wheels, LED Sensor...**
$259.99
+ shipping

### SwagTron                                   More



**Open Box Swagtron T580 Hoverboard...**
$129.99
+ shipping
Popular

**SWAGTRON Swagboard T882 Ki...**
$98.00
+ shipping
Popular

### Lamborghini                                   More



**Lamborghini 6.5" Smart Electric...**
$220.15
+ shipping

**Lamborghini 8.5" Bluetooth Electric...**
$274.55
$343.19
+ shipping

## Explore more sponsored options: Color

### Blue                                   More



**6.5" Bluetooth Hoverboards Scoot...**
$134.99
+ shipping

**Jetson V12 Electra-Light Electric Self...**
$104.99
$299.99
+ shipping
Popular

### Black                                   More



**US 8.5Inch Lamborghini EL-ES0...**
$274.49
+ shipping

**Lamborghini 8.5"Electric Balance...**
$274.94
$306.39
+ shipping

### Gray                                   More



**Classic 8.5" Wheels Off Road Hoverboar...**
$189.99
+ shipping

**8.5" Hummer Hoverboard Electric...**
$189.99
+ shipping


Feedback

People who viewed this item also viewed 1/2

Feedback on our suggestions

People who viewed this item also viewed 1/2

Feedback on our suggestions








6.5" Hoverboard LED
Self Balancing Electric...
$43.99
Free shipping

6.5 Balance Scooter
with Bluetooth Speake...
$215.00
Free shipping

Hoverboard w/ 6.5in
Wheels, LED Sensor Li...
$259.99
Free shipping

Jetson V12 Electra-Light
Electric Self Balancing...
$104.99
$299.99
Free shipping
Popular

Hoverboard, it's in great
condition with little...
$100.00
+ $5.00 shipping

Hoverboard Electric Self
Balancing E Scooters...
$129.99
Free shipping

Sponsored items based on your recent views 1/3

Feedback on our suggestions








Hover-1 ALL-STAR
Hoverboard Electric S...
$89.99
Free shipping

Hover-1 HELIX
Hoverboard Electric S...
$94.99
Free shipping
Popular

Bluetooth Hoverboard
UL Certified 6.5" Self...
$104.99
Free shipping

Hover-1 LIBERTY
Hoverboard Electric S...
$84.99
Free shipping
Popular

Hover-1 ULTRA
Hoverboard Electric S...
$109.99
Free shipping
Popular

6.5" Bluetooth
Hoverboard Self...
$119.99
Free shipping

Ad hoverboards.com▾

**Hoverboards.com® — $149 Sale - Official USA Hoverboard Shop**

Professional Grade (Aluminum Wheels) · Free Sameday Shipping · 20+ Colors · Bluetooth. 2X the Battery Life · New 2020 Models · UL2272 Certified · Free Bluetooth
Based in USA! Durable Aluminum Wheels. Avoid the Knock-offs, Top Customer Service. 2X the Battery Life, Free Sameday USA Shipping, 100% Satisfaction. Proudly
Based in USA. 5 Star Reviews, Never Buy Plastic Wheels.

X6 Bluetooth Hoverboard - $149.99 Best-Selling Hoverboard
2020 Spring Deal — $149   Avoid LED Wheels. Why?
Choose from 20+ Colors

Visit Website

Ad bargainsmania.com▾

**-55% Cheap Electric Scooter - Enjoy The Latest Deals**

Find great offers on Electric Scooter!

Visit Website

Ad joyor.us▾

**27.9 MPH 48V 500W Motors - 27.9 MPH 48V Motor 500W Output**

This all-new electric scooter is so much more than Next Generation – it's next level. 47.8 Miles Travel Distance. 24000mAh Mega Capacity Battery. 27.9 MPH
500W Motors. Secure Payment Options. 24/7 Customer Support. Joyor US Official Website.

(207) 203-5288
XR9 Series | 50.9 Miles   ER6 Series | 36.9 Miles
LR8 Series | 47.8 Miles   ER8 Series | 43.5 Miles

Visit Website

Ad chicagotribune.com▾

**Smart Balance Wheel** Scooter - Don't Buy Until You Read This


Feedback



Hover-1 ALL-STAR
Hoverboard Electric S...
$89.99
Free shipping

Hover-1 HELIX
Hoverboard Electric S...
$94.99
Free shipping
Popular

Bluetooth Hoverboard
UL Certified 6.5" Self...
$104.99
Free shipping

Hover-1 LIBERTY
Hoverboard Electric S...
$84.99
Free shipping
Popular

Hover-1 ULTRA
Hoverboard Electric S...
$109.99
Free shipping
Popular

6.5" Bluetooth
Hoverboard Self...
$119.99
Free shipping

---

Ad hoverboards.com▾

**Hoverboards**.com® — $149 Sale - Official USA **Hoverboard** Shop

Professional Grade (Aluminum **Wheels**) · Free Sameday Shipping · 20+ Colors · Bluetooth · 2X the Battery Life · New 2020 Models · UL2272 Certified · Free Bluetooth · Based in USA! Durable Aluminum **Wheels**. Avoid the Knock-offs. Top Customer Service. 2X the Battery Life. Free Sameday USA Shipping. 100% Satisfaction. Proudly Based in USA. 5 Star Reviews. Never Buy Plastic **Wheels**.

X6 Bluetooth Hoverboard - $149.99  Best-Selling Hoverboard
2020 Spring Deal — $149  Avoid LED Wheels. Why?
Choose from 20+ Colors

Visit Website

---

Ad bargainsmania.com▾

-55% Cheap **Electric** Scooter - Enjoy The Latest Deals

Find great offers on **Electric** Scooter!

Visit Website

---

Ad joyor.us▾

27.9 MPH 48V 500W Motors - 27.9 MPH 48V Motor 500W Output

This all-new **electric** scooter is so much more than Next Generation – it's next level. 47.8 Miles Travel Distance. 24000mAh Mega Capacity Battery. 27.9 MPH 48V 500W Motors. Secure Payment Options. 24/7 Customer Support. Joyor US Official Website.

(207) 203-5288
XR9 Series | 50.9 Miles    ER6 Series | 36.9 Miles
LR8 Series | 47.8 Miles    ER8 Series | 43.5 Miles

Visit Website

---

Ad chicagotribune.com▾

**Smart Balance Wheel** Scooter - Don't Buy Until You Read This

What Do We Do? We Buy, Test, and Write Reviews. We Make Shopping Quick and Easy. Our Research Has Helped Over 200 Million People To Find The Best Products. We Do the Testing For You. The Best Rated Products. Save Time and Money. Highlights: Subject Matter Experts Available, Providing Expert Advice.

★★★★★ (5)

View Our Shopping Guide    About Us
How Does It Work?          Our Promise
What Do We Do?

Visit Website

---

Ad kohls.com▾

**Electric** Scooter - Save on Bikes & Riding Toys - kohls.com

Shop Kohl's® Bikes & Riding Toys. Find the Right Style at the Right Price Today!

★★★★★ (4.6)

Visit Website

---

Back to home page                                                          Return to top

**More to explore :**  Hoverboard,  Hoverboard Case,  Hoverboard Charger,  New Balance,  Smart Balance Scooter,  Automotive Tire Wheel Balancers,  Self Balancing Unicycle,  Smart Balance Wheel Black Electric Scooters,  Heavy Duty/Commercial Automotive Tire Wheel Balancers Balancers,  New Balance Minimus

About eBay    Announcements    Community    Security Center    Resolution Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ



---



AUDIO    BLUETOOTH PRODUCTS    TELEVISIONS    HOME DECOR    HEATERS & FANS

## FEATURED PRODUCTS



12" 2000W Tailgate Bluetooth RECHARGEABLE PA Speaker w/ APP/USB/SD REMOTE & MIC

**$109.95**

FIXEDPRICEITEM



beFree 800W 15" Subwoofer PORTABLE Rechargeable BLUETOOTH Party PA DJ Speaker

**$109.95**

FIXEDPRICEITEM



Trexonic 12" LED PORTABLE Rechargeable WIDESCREEN TV w/ HDMI USB SD MMC VGA

**$89.95**

FIXEDPRICEITEM

## DUAL 250W MOTORS SELF-BALANCING HOVERBOARD - PINK CHROME W/ BLUETOOTH SPEAKERS



    

## DESCRIPTION

**Hoverboard in Pink Chrome with Bluetooth Speakers**

**Model: Z1-PNK-BT-2**

**Condition: New**

**Description:**

**Fun and easy for everyone to learn, especially children. It is sleek and smooth due to its 2 x 250 watt powerful motors. With its anti-slip pedals, offers you a safer trip. Whether you want to zoom around your house or cruise to your neighbor's. With 6.5" mega wheels, enjoy yourself!**

**Features and Specifications:**

**- Ideal for providing extra entertainment on your short distance commuting between your BT devices.**

**- Features UL-2272 certificated smart battery**

**- Battery charging requirement: 110-120V, 50-60 Hz**





Document title: DUAL 250W Motors SELF-BALANCING HOVERBOARD - PINK CHROME w/ BLUETOOTH SPEAKERS | eBay
Capture URL: https://www.ebay.com/itm/DUAL-250W-Motors-SELF-BALANCING-HOVERBOARD-PINK-CHROME-w-BLUETOOTH-SPEAKERS/184249850485?…
Capture timestamp (UTC): Fri, 07 Aug 2020 17:06:44 GMT

- Ideal for providing extra entertainment on your short distance commuting between your BT devices.

- Features UL-2272 certificated smart battery

- Battery charging requirement: 110-120V, 50-60 Hz

- Battery Type: 36V/4.0Ah Lithium Battery

- Maximum load capacity: 220lbs

- Minimum load capacity: 44lbs

- Overall dimension: 23" (L) x 7.3" (W) x 7" (H)

- Maximum Speed: 6 mph

- Maximum riding range: 9 mile, depending on terrain, riding habits and load

- Maximum climbing angle: 17 Degree, depends on load

- Turning radius: 0 Degree

- Running Distance: You can ride about 9 miles when it's fully charged (takes about two hours for full charge)

- Climbing gradient: 6.5 inch dual tires, dual motors, 25 degree climbing gradient is suitable for most terrains

-Load capacity: Max loading of 220 LBS, fun for the entire family!

-Charge Time - 2 Hours

-Weight - Max 220 Lbs

-Distance - 9 Miles

-Top Speed - 6 mph

- Batteries and charger are protective from overcharging and over-discharging, fire-resistant and explosion-resistant

- Splashing-resistant and anti-impact case

- Non slip pedals and tyres

- Tire size: 6.5 inches

- Built-in 5 Watt BT Speaker

- LED lights on wheels and rims

Item weight about 13 lbs

This item is UL 2272 certified please click this link to view UL certification

https://iq2.ulprospector.com/

Terms of Sale:

Payment:

We accept PayPal (Visa, MasterCard, Discover, American Express) at this time. Please have the same and correct address in PayPal and eBay. Sales Tax may be added based on eBay's policy and where applicable. eBay collects the sales tax, I do not get any of it. eBay collects it and handles it with the each state.

Shipping:

Most orders are shipped out via UPS ground or USPS Priority Mail within 1-2 business days of receiving cleared payment. We currently do not offer international shipping, unless specified in a listing. Shipping to PR, HI, AK, VI, MP, APOs and PO Boxes carries a surcharge (please make sure to contact me before purchase).

As mentioned above, please ensure that your address on PayPal and eBay match and are correct, this protects buyers and sellers should anything happen during shipment.

Returns/Exchanges:

We guarantee against manufacturers' defects for 30 days from the date of the delivery. All returns/exchanges must be made within 30 days of delivery. Products with Manufacturer Warranties which exceed 30 days, may be returned directly to the manufacturer according to their instructions


Feedback

**Returns/Exchanges:**

We guarantee against manufacturers' defects for 30 days from the date of the delivery. All returns/exchanges must be made within 30 days of delivery. Products with Manufacturer Warranties which exceed 30 days, may be returned directly to the manufacturer according to their instructions

MUST be in original factory condition, and must include all original packaging materials, warranty cards, manuals and accessories, no exception can be made with this. Buyers are responsible for the return shipping cost. All returns MUST have a Return Merchandise Authorization number (RMA#) obtained via e-mail from myself or the return will not be accepted by the warehouse.

Unwanted product returns (for example: you simply changed your mind and no longer want the product, etc.) will be subject to a 20% restocking fee.

Some items in particular, such as reconditioned items and televisions, are final sale (unless received damaged or is grossly misrepresented).

## POLICIES

| Payment | Shipping | Returns |

We accept PayPal, Apple Pay, Google Pay and all major credit cards. Sales Tax may be added based on eBay's policy and where applicable. eBay collects the sales tax, I do not get any of it. eBay collects it and handles it with the each state.

## FEATURED PRODUCTS

  

Sponsored items based on your recent views 1/3

Feedback on our suggestions

    

**8.5inch Portable E-Scooter Smart Electric Balance...**
$272.99
+ $3.99 shipping
Seller 99.5% positive

**US STOCK Lamborghini E-Scooter Skateboard 2-Whe...**
$199.99
$249.99
Free shipping
New

**6.5" All Terrain Hoverboard Bluetooth Electric Self...**
$134.99
Free shipping
New

**6.5" Bluetooth Hoverboard Self Balancing Electric...**
$134.99
Free shipping
New

**Dual 300W Power Hoverboard Self Balancing...**
$119.99
Free shipping
New

**8.5inch Lamborghini EL-ES05 Portable E-Scooter Smart...**
$274.99
$324.99
Free shipping
New



Return to

More to explore : Hoverboard, Hoverboard Case, Hoverboard Charger, Dual Electronics Car Speakers and Speaker Systems, Hoverboard Cover, Hoverboard Shell, Bluetooth Tower Speaker, B&W Vintage Speakers, Pink Bluetooth Audio Docks & Mini Speakers, Philips Docks & Mini Speakers with Bluetooth

---

Document title: DUAL 250W Motors SELF-BALANCING HOVERBOARD - PINK CHROME w/ BLUETOOTH SPEAKERS | eBay
Capture URL: https://www.ebay.com/itm/DUAL-250W-Motors-SELF-BALANCING-HOVERBOARD-PINK-CHROME-w-BLUETOOTH-SPEAKERS/184249850485?...
Capture timestamp (UTC): Fri, 07 Aug 2020 17:06:44 GMT

**Authorization number (RMA#) obtained via e-mail from myself or the return will not be**

Unwanted product returns (for example: you simply changed your mind and no longer want the product, etc.) will be subject to a 20% restocking fee.

Some items in particular, such as reconditioned items and televisions, are final sale (unless received damaged or is grossly misrepresented).

## POLICIES

| Payment | Shipping | Returns |

We accept PayPal, Apple Pay, Google Pay and all major credit cards. Sales Tax may be added based on eBay's policy and where applicable. eBay collects the sales tax, I do not get any of it. eBay collects it and handles it with the each state.

## FEATURED PRODUCTS

  

---

Sponsored items based on your recent views 1/3

Feedback on our suggestions

     

8.5inch Portable E-Scooter Smart Electric Balance...
$272.99
+ $3.99 shipping
Seller 99.5% positive

US STOCK Lamborghini E-Scooter Skateboard 2-Whe...
$199.99
$249.99
Free shipping
New

6.5" All Terrain Hoverboard Bluetooth Electric Self...
$134.99
Free shipping
New

6.5" Bluetooth Hoverboard Self Balancing Electric...
$134.99
Free shipping
New

Dual 300W Power Hoverboard Self Balancing...
$119.99
Free shipping
New

8.5inch Lamborghini EL-ES05 Portable E-Scooter Smart...
$274.99
$324.99
Free shipping
New

---

Back to home page

Return to top

More to explore : Hoverboard, Hoverboard Case, Hoverboard Charger, Dual Electronics Car Speakers and Speaker Systems, Hoverboard Cover, Hoverboard Shell, Bluetooth Tower Speaker, B&W Vintage Speakers, Pink Bluetooth Audio Docks & Mini Speakers, Philips Docks & Mini Speakers with Bluetooth

About eBay    Announcements    Community    Security Center    Resolution Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ

 Norton SECURED

 Feedback