# EXHIBIT 1-PART 2

# FILED UNDER SEAL













| 8.5inch Portable E-Scooter Smart Electric Balance... | 6.5" Wheels Bluetooth Hoverboard Electric Self... | Electric Hoverboard Self-Balance Bluetooth E Scoote... | 6.5" Chrome Hoverboard Bluetooth Smart Self... | 6.5" Bluetooth Hoverboard Self Balancing Electric... | Dual 300W Power Hoverboard Self Balancing... |
|---|---|---|---|---|---|
| $272.99 | $129.99 | $119.99 | $119.99 | $134.99 | $119.99 |
| + $3.99 shipping | Free shipping | Free shipping | Free shipping | Free shipping | Free shipping |
| Seller 99.5% positive | Last one | New | New | New | New |

## Explore more sponsored options: Brand

### Lamborghini





| 6.5inch Smart Electric Scooter Bluetooth... | US STOCK Lamborghini E-Scooter Skateboard 2-... | 6.5" Lamborghini E-Scooter Skateboard Smart Electric... |
|---|---|---|
| $188.99 | $199.99 | $199.00 |
| + shipping | $249.99 | + shipping |
| | + shipping | |

### SwagTron




Open Box Swagtron T580 Hoverboard Scooter 6in...

$129.99
$129.99
+ shipping
Popular

## People who viewed this item also viewed  1/2

Feedback on our suggestions








| Bluetooth Hoverboard Smart Self Balancing Electric... | 6.5" Bluetooth Electric Hoverboard Self Balancing... | Electric Hoverboard Self-Balance Bluetooth E Scoote... | 6.5" LED Hoverboard Electric Self Balancing Bluetooth... | 6.5" Electric Hoverboard Self-Balancing LED Bluetooth... | 6.5" Wheels Bluetooth Hoverboard Electric Self... |
|---|---|---|---|---|---|
| $134.99 | $119.99 | $119.99 | $129.99 | $129.99 | $129.99 |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping | Free shipping |
| | | | | | Almost gone |

---

Back to home page

Return to top

More to explore : Smart Balance Scooter, Smart Electric Scooters, New Balance, Smart Balance Wheel Black Electric Scooters, Automotive Tire Wheel Balancers, Self Balancing Unicycle, Heavy Duty/Commercial Automotive Tire Wheel Balancers Balancers, New Balance Minimus, Balancing Bird, Passenger Vehicle Automotive Tire Wheel Balancers Balancers

About eBay   Announcements   Community   Security Center   Resolution Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice

Norton SECURED



Feedback



**LEARN, ACT, AND DONATE TO FIGHT AGAINST RACIAL INJUSTICE.** ad

## People who viewed this item also viewed

6.5" Hoverboard Bluetooth Self Balancing LED Electric...
$119.99
Free shipping

6.5" Hoverboard Bluetooth LED Self Balancing Electric...
$134.99
Free shipping

Hover-1 ULTRA Hoverboard Electric Self Balancing...
$99.99
Free shipping

Hover-1 FREEDOM Hoverboard Electric Self...
$74.99
Free shipping



### New UL 2272 Certified Smart Self Balancing Scooter Board 6.5" Electric Hover

| | |
|---|---|
| Condition: | New |
| Color: | Black |
| Quantity: | 1    Last one / 3 sold |

Price: US $500.00
$44 for 12 months with PayPal Credit*

**Buy It Now**
**Add to cart**
♡ Add to Watchlist

☐ 3-year protection plan from SquareTrade - $29.99

More than 74% sold    Last item available    Free shipping

| | |
|---|---|
| Shipping: | FREE Standard Shipping | See details |
| | Item location: Houston, Texas, United States |
| | Ships to: United States   See exclusions |
| Delivery: | Estimated between **Wed. Aug. 12** and **Fri. Aug. 14** to |
| Payments: | PayPal VISA MasterCard Discover |

PayPal CREDIT
*$44 for 12 months. Minimum purchase required. |
See terms and apply now

Earn up to 5x points when you use your eBay Mastercard. Learn more

Returns: 30 day returns. Buyer pays for return shipping | See details

**Shop with confidence**

eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

**Seller information**
authenticbrandshop (492 ★)
100% Positive feedback

♡ Save this Seller
Contact seller
See other items

**Jackery Explorer 1000**
1002Wh lithium battery capacity, 1000W Rated Power and 2000W Surge Power.
Jackery   Shop Now ›

$ Have one to sell?   Sell now

## Related sponsored items 1/2

Feedback on our suggestions

Hover-1 HORIZON Hoverboard Electric Self...
$149.99
Free shipping

FC CE Certified 2 Wheels Self Balancing Electric...
$9.99
Free shipping

Hover-1 HELIX Hoverboard Electric Self Balancing...
$99.99
Free shipping
Popular

Jetson Z5 Electric Hover Scooter 400W UL 2272...
$130.99
$249.99
Free shipping
Popular

Hover-1 LIBERTY Hoverboard Electric Self Balancing...
$84.99
Free shipping
Popular

1Pc Battery Charger for Scooter Hover Board...
$9.99
Free shipping



| Hover-1 HORIZON Hoverboard Electric Self... | Self Balancing Electric... | Electric Self Balancing... | Scooter 400W UL 2272... | Electric Self Balancing... | Scooter Hover Board... |
|---|---|---|---|---|---|
| $149.99 | $9.99 | $99.99 | $130.99 | $84.99 | $9.99 |
| Free shipping | Free shipping | Free shipping | $249.99 | Free shipping | Free shipping |
| | | Popular | Free shipping | Popular | |
| | | | Popular | | |

| Description | Shipping and payments | | | Report item |
|---|---|---|---|---|

Seller assumes all responsibility for this listing.

eBay item number: 302255603945

Last updated on  Jul 30, 2018 00:18:09 PDT  View all revisions

**Item specifics**

| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is ... Read more | MPN: | Does Not Apply |
|---|---|---|---|
| Featured Refinements: | Hoverboard | Brand: | Unbranded |



## Smart Self Balancing Scooter Board 6.5" Electric Hover

## UL 2272 Listed and Certified

Brand New

# Item Overview:

- Hard ABS Very Durable Outer Body Casing
- Easy and safe to Use- Designed for children 8 years old and up
- Aluminum Wheels with Rubber Street Tires-Non Inflatable-No flat tires
- Bright LED Lights In the front side
- Maximum Weight Limit: 265 lbs (120kg)
- Top Speed: 6.2 mph (10 kmh)
- Battery Time: 12.4 miles (12km)
- Charging Time: 2-3 Hours

- Power : 100 – 240 Volts
- Size: 23W x 7H x 7D (Inches) 585W x 185H x178D (cm)
- Product Weight: 25 lbs (11 kg)

Please Bear in Mind That Photo May Slightly Different From Actual Item in Terms of Color Due to the Lighting During Photo Shooting or the Monitor's Display

# UL Compliance:

This UL Listed Self balancing Scooter Meets the UL's requirements and supports electrical and fire-safety testing and certification under UL 2272, Electrical Systems for Self-Balancing Scooters. This standard evaluates the safety of the electrical drive train system and battery and charger system combinations are all UL listed for fireproof safety.

Simply look for the UL holographic certification label with the Enhanced Mark on the bottom of the product, and on the product's charger. These labels are your indication that you have a genuine UL Certified product.

You can also go to UL online certification directory by visiting the following link:





This UL Listed Self balancing Scooter Meets the UL's requirements and supports electrical and fire-safety testing and certification under UL 2272, Electrical Systems for Self-Balancing Scooters. This standard evaluates the safety of the electrical drive train system and battery and charger system combinations are all UL listed for fireproof safety.

Simply look for the UL holographic certification label with the Enhanced Mark on the bottom of the product, and on the product's charger. These labels are your indication that you have a genuine UL Certified product.

You can also go to UL online certification directory by visiting the following link:

http://database.ul.com/cgi-bin/XYV/template/LISEXT/1FRAME/index.htm

Insert the UL File Number that located the holographic certification label (A letter and 6 digits number, For Instance E483759)

## Payment:

- Only PayPal is accepted
- Immediate payment is required
- Payment is 100% secured

## Shipping:

Item will be shipped domestically and internationally within **1 business day** of receiving full payment

United States  -  **FedEx Ground** (1-4 Business days) - **FREE**

## Returns:

We accept returns within 30 days from receiving date, please contact us for return merchandise.
Product must be in the original new and reselling condition. 15% Restocking fee will apply.
Please Note: Item that has been used will not be accepted!
Buyer pays for return shipping.

## Feedbacks:

If you have any problem with your purchase, please contact us immediately and we will do our best to make you satisfied as fast as we can.
As long as you are happy with your purchase, please leave us a positive feedback.
We will leave a positive feedback for you in return automatically.
Please do not leave a negative feedback before contacting us.



Sponsored items based on your recent views 1/4                                          Feedback on our suggestions

8.5inch Portable E-Scooter Smart Electric Balance...
$272.99
+ $3.99 shipping
Seller 99.5% positive

Ninebot Segway S Smart Self Balancing Personal Electric...
$489.99
$650.37
Free shipping
Seller 99.3% positive

6.5" Wheels Bluetooth Hoverboard Electric Self...
$129.99
Free shipping
Last one

6.5" LED Wheels Self Balancing Electric Scooter...
$119.99
Free shipping
New

Electric Hoverboard Self-Balance Bluetooth E Scooter...
$119.99
Free shipping
New

6.5" Chrome Hoverboard Bluetooth Smart Self...
$119.99
Free shipping
New



**8.5inch Portable E-Scooter Smart Electric Balance...**

$272.99
+ $3.99 shipping
Seller 99.5% positive



**Ninebot Segway S Smart Self Balancing Personal Electric...**

$489.99
~~$650.37~~
Free shipping
Seller 99.3% positive



**6.5" Wheels Bluetooth Hoverboard Electric Self...**

$129.99
Free shipping
Last one



**6.5" LED Wheels Self Balancing Electric Scooter...**

$119.99
Free shipping
New

**Electric Hoverboard Self-Balance Bluetooth E Scoote...**

$119.99
Free shipping
New

**6.5" Chrome Hoverboard Bluetooth Smart Self...**

$119.99
Free shipping
New

## Explore more sponsored options: Brand

SwagTron



**Open Box Swagtron T580 Hoverboard Scooter 6in...**

~~$129.99~~
$119.99
+ shipping
Popular

**Open Box Swagtron T5 Kid Hoverboard Self Balancing...**

$119.99
+ shipping
Popular

Segway



**Ninebot S by Segway | Smart Self Balancing...**

$489.00
+ shipping
Popular

**Electric Segway Ninebot S Smart Self Balancing...**

$489.99
~~$699.98~~
+ shipping
Popular

## People who viewed this item also viewed 1/2

Feedback on our suggestions



**6.5" Hoverboard Bluetooth Self Balancing LED Electric...**

$119.99
Free shipping

**6.5" Hoverboard Bluetooth LED Self Balancing Electric...**

$134.99
Free shipping

**Hover-1 ULTRA Hoverboard Electric Self Balancing...**

$99.99
Free shipping
Popular

**6.5" LED Hoverboard Electric Self Balancing Bluetooth...**

$129.99
Free shipping

**Hover-1 FREEDOM Hoverboard Electric Self...**

$74.99
Free shipping

**Hover-1 LIBERTY Hoverboard Electric Self Balancing...**

$84.99
Free shipping
Popular

Back to home page

Return to top

About eBay    Announcements    Community    Security Center    Resolution Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ




Norton SECURED

Document title: New UL 2272 Certified Smart Self Balancing Scooter Board 6.5&quot; Electric Hover | eBay
Capture URL: https://www.ebay.com/itm/New-UL-2272-Certified-Smart-Self-Balancing-Scooter-Board-6-5-Electric-Hover/302255603945?…
Capture timestamp (UTC): Fri, 07 Aug 2020 17:08:42 GMT



QUICK CHARGE

off road 8.5 wheels
Hooverboard dual Motors...

$279.00
Free shipping

Foldable Electric Scooter...

$225.56
+ shipping

---

**Description** | Shipping and payments

Report Item

Seller assumes all responsibility for this listing.

eBay item number: 401992460187

Last updated on Jun 21, 2020 14:12:48 PDT View all revisions

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is ... Read more | Model: | led wheel hoverboard |
| Battery Life (Top Range): | 7 miles | Weight Capacity: | 200 lbs |
| Brand: | hoooverboard | Type: | Self Balancing Scooter |
| Charge Time: | 2 - 3 hrs | Features: | Battery Armor, Bluetooth Connectivity, Cooler, Element Resistant |
| Top Speed: | 7.4 mph | MPN: | Does Not Apply |

## Get ready to experience a fun, cool, and safe ride! It is the best gift for anyone who likes excitement, especially for kids!

SAFETY

- This 6.5 Inch hoverboard rubber tires deliver increased durability and ensure smooth rides. All hoverboards have passed strict electrical test and meet UL2272 standards to ensure safety. Consumer's safety is our top priority

BLUETOOTH LINK

- High quality Bluetooth music speaker,this hoverboard has a built in branded high quality speaker that allows you to enjoy music while you ride

SELF BALANCING

- The Self balancing technology of the hoverboard makes it easier and safer for beginners and amateurs. It is easy to learn and maintain balance let you master the art of balancing in minutes

SPECIAL DESIGN:

- High intensity RGB LED illuminate your night and evening travels with bright and energy efficient headlights on the front so that you can journey, explore and adventure even after the sun sets

SPECS:

- Motor: Dual Two Motor with Dual Independent Gyros
- Charging time: 2 to 3 hours
- Input: DC 29.4V 1.5A
- Max Speed: 12 km /h: 7.4mPH
- Max Loading: 90KGs /198 LBS
- Max Climbing Limit: 10 degree
- Frame Material: Aluminum with Plastic Components
- Wheel size: 220mm / 8.5 inch
- Product Dimensions: 700*220*230 mm / 27.5*8.7 *9.1 inch
- Net Weight: 14.5kgs / 32LBS

UL 2272 safety standards approved, UL database link [link removed by eBay]

---

### Sponsored items based on your recent views 1/4

Feedback on our suggestions



8.5Inch Portable E-Scooter Smart Electric Balance...

$272.99
+ $3.99 shipping



Jetson Rave Extreme Terrain Hover Scooter Cosmic Light...

$109.97
+ shipping



City Cruiser, 8.5" Scooter Hoover Board with UL2272...

$199.00
Free shipping



Jetson Z5 Electric Hover Scooter 400W UL 2272...

$130.99
$249.99



6.5" Power Board Hoverboards UL2272 Electri...

$129.99
Free shipping



6.5" LED Wheels Self Balancing Electric Scooter...

$119.99
Free shipping

Feedback

---



8.5inch Portable E-Scooter Smart Electric Balance...
$272.99
+ $3.99 shipping
Seller 99.5% positive

Jetson Rave Extreme Terrain Hover Scooter Cosmic Ligh...
$109.97
+ shipping
Pre-owned

City Cruiser, 8.5" Scooter Hoover Board with UL2272...
$199.00
Free shipping
Almost gone

Jetson Z5 Electric Hover Scooter 400W UL 2272...
$130.99
$249.99
Free shipping
Almost gone

6.5" Power Board Hoverboards UL2272 Electri...
$129.99
Free shipping
New

6.5" LED Wheels Self Balancing Electric Scooter...
$119.99
Free shipping
New

## Explore more sponsored options:








Hover-1 ULTRA Hoverboard Electric Self Balancing...
$99.99
+ shipping
Popular

Hover-1 FREEDOM Hoverboard Electric Self...
$74.99
+ shipping

Hover-1 LIBERTY Hoverboard Electric Self Balancing...
$84.99
+ shipping
Popular

Lamborghini 6.5 " Electric Scooter Smart with Bluetoo...
$219.99
+ shipping
Last one

Jetson Z5 Electric Hover Scooter 400W UL 2272...
$130.99
$249.99
+ shipping
Popular

Hover-1 HELIX Hoverboard Electric Self Balancing...
$99.99
+ shipping
Popular

## People who viewed this item also viewed 1/2

Feedback on our suggestions









Jetson Z5 Electric Hover Scooter 400W UL 2272...
$130.99
$249.99
Free shipping
Popular

Hover-1 ULTRA Hoverboard Electric Self Balancing...
$99.99
Free shipping
Popular

Hover-1 LIBERTY Hoverboard Electric Self Balancing...
$84.99
Free shipping
Popular

Hover-1 FREEDOM Hoverboard Electric Self...
$74.99
Free shipping

City Cruiser, 8.5" Scooter Hoover Board with UL2272...
$199.00
Free shipping

Hover-1 HELIX Hoverboard Electric Self Balancing...
$99.99
Free shipping

## More from this seller

Feedback on our suggestions







For 6.5"/8"/10" hooverboard Bluetooth Motherboard...
$18.79
+ $11.28 shipping

Gyrocopters Zoom 2 Foldable Electric Scooter...
$225.56
+ shipping

HoverKart HoverCart Adjustable Kart Holder for...
$67.66
+ shipping

Detachable Adjustable Seat For Xiaomi Electric Scooter...
$52.62
+ shipping

For Xiaomi M365 Electric Scooter Power Cord Cable...
$22.55
+ $15.04 shipping


Feedback

Document title: 6.5 inch Bluetooth Scooter Hooverboard with UL2272 Certified off road LED Wheels | eBay
Capture URL: https://www.ebay.com/itm/6-5-inch-Bluetooth-Scooter-Hooverboard-with-UL2272-Certified-off-road-LED-Wheels/401992460187?...
Capture timestamp (UTC): Fri, 07 Aug 2020 17:09:34 GMT








Hover-1 ULTRA Hoverboard Electric Self Balancing...
$99.99
+ shipping
Popular

Hover-1 FREEDOM Hoverboard Electric Self...
$74.99
+ shipping

Hover-1 LIBERTY Hoverboard Electric Self Balancing...
$84.99
+ shipping
Popular

Lamborghini 6.5 " Electric Scooter Smart with Bluetoo...
$219.99
+ shipping
Last one

Jetson Z5 Electric Hover Scooter 400W UL 2272...
$130.99
$249.99
+ shipping
Popular

Hover-1 HELIX Hoverboard Electric Self Balancing...
$99.99
+ shipping
Popular

---

**People who viewed this item also viewed** 1/2

Feedback on our suggestions








Jetson Z5 Electric Hover Scooter 400W UL 2272...
$130.99
$249.99
Free shipping
Popular

Hover-1 ULTRA Hoverboard Electric Self Balancing...
$99.99
Free shipping
Popular

Hover-1 LIBERTY Hoverboard Electric Self Balancing...
$84.99
Free shipping
Popular

Hover-1 FREEDOM Hoverboard Electric Self...
$74.99
Free shipping

City Cruiser, 8.5" Scooter Hoover Board with UL2272...
$199.00
Free shipping

Hover-1 HELIX Hoverboard Electric Self Balancing...
$99.99
Free shipping

---

**More from this seller**

Feedback on our suggestions







For 6.5"/8"/10" hooverboard Bluetooth Motherboard...
$18.79
+ $11.28 shipping

Gyrocopters Zoom 2 Foldable Electric Scooter...
$225.56
+ shipping

HoverKart HoverCart Adjustable Kart Holder for...
$67.66
+ shipping

Detachable Adjustable Seat For Xiaomi Electric Scooter...
$52.62
+ shipping

For Xiaomi M365 Electric Scooter Power Cord Cable...
$22.55
+ $15.04 shipping

---

Back to home page

Return to top

About eBay    Announcements    Community    Security Center    Resolution Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ

  Norton SECURED

Feedback ✎
^

---

Document title: 6.5 inch Bluetooth Scooter Hooverboard with UL2272 Certified off road LED Wheels | eBay
Capture URL: https://www.ebay.com/itm/6-5-inch-Bluetooth-Scooter-Hooverboard-with-UL2272-Certified-off-road-LED-Wheels/401992460187?...
Capture timestamp (UTC): Fri, 07 Aug 2020 17:09:34 GMT



 Shop by category

Search for anything | All Categories | Search

Advanced

Back to home page | Listed in category: Sporting Goods > Outdoor Sports > Scooters > Electric Scooters

Add to Watchlist



LEARN, ACT, AND DONATE TO FIGHT AGAINST RACIAL INJUSTICE.

## People who viewed this item also viewed

Used blue swagtron T1 hoverboard + silicone ...
$100.00
+ shipping

Black Swagtron Pro T1 UL 2272 Certified Hoverboard...
$99.99
+ shipping

6.5" LED Hoverboard Electric Self Balancing Bluetooth...
$129.99
Free shipping

Blue Swagtron Pro T1 UL 2272 Certified Hoverboard...
$89.99
+ shipping



### Used blue swagtron T1 hoverboard + silicone guards and charger cables

| Condition: | Used |
| --- | --- |
| Price: | US $120.00 |

No Interest if paid in full in 6 mo on $99+*

**Buy It Now**

**Add to cart**

Best Offer: **Make Offer**

♡ Add to Watchlist

☐ 3-year protection plan from SquareTrade - $26.99

**Ships from United States**          6 watchers

| Shipping: | Calculate |
| --- | --- |
| | Item location: Phoenix, Arizona, United States |
| | Ships to: United States See exclusions |
| Delivery: | Varies |
| Payments: | PayPal VISA ▮ ▮ DISCOVER |
| | PayPal CREDIT |
| | *No Interest if paid in full in 6 months on $99+. See terms and apply now |
| | Earn up to 5x points when you use your eBay Mastercard. Learn more |
| Returns: | Seller does not accept returns | See details |

### Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

### Seller information
ayalaida (9 )
100% Positive feedback

♡ Save this Seller
Contact seller
See other items

ebay motors
Take the new App for a spin
Install Now

$ Have one to sell? **Sell now**

## Related sponsored items 1/2



Feedback on our suggestions

9mm Aviation head
Replacement Charger For Swagtron T5 and T580...
$11.99
Free shipping

Qili Power
Lithium Battery Charger Razor Scooter Hovertrax 2...
$12.99
$26.00
Free shipping

Replacement Charger For Swagtron T5 and T580 2...
$11.99
Free shipping

A Faster Charger for Your Electric Scooter
36V Battery Charger For Razor Scooter Hovertrax 2...
$10.99
Free shipping

42V 2A Adapter Charger For Balancing Electric Scooter...
$13.59
Free shipping
Popular

36V Lithium Battery Char... for 2 Wheel Hoverboard...
$13.99
Free shipping

| 9mm Aviation head | Qiji Power | Replacement Battery Charge... | Replacement Charger For | 3 Years | TPH | 48V Charger Charger for | Swagtron Battery Charger |
|---|---|---|---|---|---|---|---|
| Replacement Charger... | Razor Scooter Hovertrax 2... | Swagtron T5 and T580 2... | Razor Scooter Hovertrax 2... | Balancing Electric Scooter... | for 2 Wheel Hoverboard... |
| Swagtron T5 and T580... | | | | | |
| $11.99 | $12.99 | $11.99 | $10.99 | $13.59 | $13.99 |
| Free shipping | $26.00 | Free shipping | Free shipping | Free shipping | Free shipping |
| | Free shipping | | | Popular | |

---

| **Description** | **Shipping and payments** | | Report item |
|---|---|---|---|

Seller assumes all responsibility for this listing.

eBay item number: 114005833597

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | Used: An item that has been used previously. The item may have some signs of cosmetic wear, but is fully … Read more | Wheel Size: | 6 inches |
| Wattage: | 300 Watts | Featured Refinements: | Self Balancing Scooter |
| Color: | Blue | Warranty: | 90 Days |
| MPN: | T1 | Maximum Weight: | 220lbs (100kg) |
| Brand: | SwagTron | Model: | SwagTron T1 |
| Suitable For: | Kids | | |

Used blue swagtron T1 hoverboard + silicone guards and charger cables . Condition is Used.

---

Sponsored items based on your recent views 1/4

Feedback on our suggestions

     

| 8.5inch Portable E-Scooter Smart Electric Balance... | SWAGTRON T8 Lithium-Free Battery Hoverboard Self-... | Used blue swagtron T1 hoverboard + silicone ... | Open Box Swagtron T580 Hoverboard Scooter 6in... | Jetson Rave Extreme Terrain Hover Scooter Cosmic Ligh... | City Cruiser, 8.5" Scooter Hoover Board with UL2272... |
|---|---|---|---|---|---|
| $272.99 | Free shipping | $100.00 | $129.99 | $109.97 | $199.00 |
| + $3.99 shipping | New | + shipping | Free shipping | + shipping | Free shipping |
| Seller 99.5% positive | | Seller 99.4% positive | Pre-owned | Pre-owned | Almost gone |

---

Explore more sponsored options: Color

| Black | More | White | More | Multi-Color | |
|---|---|---|---|---|---|

  

| Open Box Swagtron T580 Hoverboard Scooter 6in... | Open Box Swagtron T1 UL2272 Hoverboard... | Smart Balance Wheel Blue w/ Charger. Hover Board... | White Mini Smart Electric Scooter 2 Wheels Unicyc... | Balancing Scooter 6.5" Wheel Electric Motorized... |
|---|---|---|---|---|
| $129.99 | $159.99 | $149.99 | $99.95 | $159.00 |
| + shipping | + shipping | + shipping | + shipping | + shipping |
| Popular | | | Popular | |

Feedback

---

Document title: Used blue swagtron T1 hoverboard + silicone guards and charger cables | eBay
Capture URL: https://www.ebay.com/itm/Used-blue-swagtron-T1-hoverboard-silicone-guards-and-charger-cables/114005833597?…
Capture timestamp (UTC): Fri, 07 Aug 2020 17:10:28 GMT







8.5inch Portable E-Scooter Smart Electric Balance...
**$272.99**
+ $3.99 shipping
Seller 99.5% positive

SWAGTRON T8 Lithium-Free Battery Hoverboard Self-...
Free shipping
New

Used blue swagtron T1 hoverboard + silicone ...
**$100.00**
+ shipping
Seller 99.4% positive

Open Box Swagtron T580 Hoverboard Scooter 6in...
~~$129.99~~
Free shipping
Pre-owned

Jetson Rave Extreme Terrain Hover Scooter Cosmic Ligh...
**$109.97**
+ shipping
Pre-owned

City Cruiser, 8.5" Scooter Hoover Board with UL2272...
**$199.00**
Free shipping
Almost gone

## Explore more sponsored options: Color

### Black     More



Open Box Swagtron T580 Hoverboard Scooter 6in...
~~$129.99~~
+ shipping
Popular

Open Box Swagtron T1 UL2272 Hoverboard...
**$159.99**
+ shipping

### White     More



Smart Balance Wheel Blue w/ Charger. Hover Board...
**$149.99**
+ shipping

White Mini Smart Electric Scooter 2 Wheels Unicyc...
**$99.95**
+ shipping
Popular

### Multi-Color



Balancing Scooter 6.5" Wheel Electric Motorized...
**$159.00**
+ shipping

## People who viewed this item also viewed   1/2

Feedback on our suggestions



Used blue swagtron T1 hoverboard + silicone ...
**$100.00**
+ shipping

Black Swagtron Pro T1 UL 2272 Certified Hoverboard...
**$99.99**
+ shipping
Last one

6.5" LED Hoverboard Electric Self Balancing Bluetooth...
**$129.99**
Free shipping

Blue Swagtron Pro T1 UL 2272 Certified Hoverboard...
**$89.99**
+ shipping

Open Box Swagtron T580 Hoverboard Scooter 6in...
~~$129.99~~
Free shipping
Popular

Open Box Swagtron T1 UL2272 Hoverboard Electri...
**$159.99**
Free shipping

---

Back to home page               Return to top

More to explore :   Hoverboard,   Hoverboard Charger,   Hoverboard Case,   SwagTron,   Hoverboard Cover,   Mopar Splash Guards & Mud Flaps for Dodge Charger,
Chrysler Splash Guards & Mud Flaps for Dodge Charger,   Hoverboard Shell,   Prime Guard Filters Oil Filters for Dodge Charger,   Plasticolor Splash Guards & Mud Flaps for Dodge Charger

About eBay    Announcements    Community    Security Center    Resolution Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ

  
Norton SECURED

Feedback

Document title: Used blue swagtron T1 hoverboard + silicone guards and charger cables | eBay
Capture URL: https://www.ebay.com/itm/Used-blue-swagtron-T1-hoverboard-silicone-guards-and-charger-cables/114005833597?...
Capture timestamp (UTC): Fri, 07 Aug 2020 17:10:28 GMT



This listing was ended by the seller because the item is no longer available.

## Related sponsored items 1/2

Feedback on our suggestions



Hover-1 LIBERTY Hoverboard Electric Self Balancing...
**$84.99**
Free shipping
Popular

Hyper gogo 8.5" Scooter Hoover Board with UL2272...
**$259.00**
Free shipping
Last one

Hover-1 HELIX Hoverboard Electric Self Balancing...
**$99.99**
Free shipping
Popular

Hover-1 HORIZON Hoverboard Electric Self...
**$149.99**
Free shipping

Balancing Scooter Hoverboard Adapter Charg...
**$10.75**
Free shipping
Popular

2Pcs 10 Inch Tyre Wheel Tubes Outer Tires for Xiao...
**$22.99**
Free shipping

## Similar sponsored items 1/2

Feedback on our suggestions



6.5" Electric Hoverboard Bluetooth Speaker LED Self...
**$104.99**
Free shipping
Popular

6.5" Bluetooth Hoverboard Electric Self Balancing...
**$104.99**
Free shipping

NHT Electric Lightweight Foldable Outdoor...
**$259.00**
Free shipping
Popular

6.5" Bluetooth Hoverboard LED Self Balancing Electric...
**$104.99**
Free shipping

6.5" LED Bluetooth Hoverboard Self Balance...
**$104.99**
Free shipping

H7 Electric Lightweight Foldable Outdoor Scooter f...
**$284.05**
~~$299.00~~
Free shipping
Popular



### Newest Electric Self Balancing Speaker LED Lights UL2272 Certified

Condition: New

Model: - Select -

Quantity: 1    More than 10 available
65 sold / See feedback

Price: US $109.00

No Interest if paid in full
in 6 mo on $99+*

**Shop with confidence**

eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

**Seller information**
beston-inc (44 ★)
92% Positive feedback

♡ Save this Seller
Contact seller
Visit store

Document title: Newest Electric Self Balancing Speaker LED Lights UL2272 Certified | eBay
Capture URL: https://www.ebay.com/itm/Newest-Electric-Self-Balancing-Speaker-LED-Lights-UL2272-Certified/183940767179?_trkparms=ispr...
Capture timestamp (UTC): Fri, 07 Aug 2020 17:21:29 GMT







Electric Self Balancing...
$84.99
Free shipping
Popular

Hoover Board with UL2272...
~~$209.91~~
Free shipping
Last one

Electric Self Balancing...
~~$119.91~~
Free shipping
Popular

Hoverboard Electric Self...
~~$149.91~~
Free shipping
Popular

Hoverboard Adapter Charg...
~~$16.99~~
Free shipping

Tubes Outer Tires for Xiao...
$32.99
Free shipping

## Explore more sponsored options:

     

6.5" Electric Hoverboard Self-Balancing LED Bluetooth...
$129.99
+ shipping

Open Box Swagtron T580 Hoverboard Scooter 6in...
~~$129.99~~
+ shipping
Popular

6.5" Electric Hoverboard Bluetooth Speaker LED Self...
$104.99
+ shipping
Popular

New Gyrocopters Zoom 2.0 Electric rechargeable batte...
$225.56
+ shipping
Popular

6.5" LED Hoverboard Electric Self Balancing Bluetooth...
$129.99
+ shipping

6.5" Hoverboard Bluetooth Self Balancing LED Electric...
$119.99
+ shipping

## People who viewed this item also viewed 1/2

Feedback on our suggestions

      

6.5" Electric Hoverboard Bluetooth Speaker LED Self...
$104.99
Free shipping
Popular

6.5" Electric Hoverboard Self-Balancing LED Bluetooth...
$129.99
Free shipping

Hoverboard Self Balancing LED Bluetooth Scooter 6.5"...
$119.99
Free shipping

SWAGTRON Swagboard T882 Kids Hoverboard Dual 250...
~~$98.00~~
Free shipping
Popular

6.5" Hoverboard Bluetooth Self Balancing LED Electric...
$119.99
Free shipping

Jetson V12 Electra-Light Electric Self Balancing 500...
$104.99
~~$299.99~~
Free shipping
Popular

## Sponsored items based on your recent views 1/4

Feedback on our suggestions

      

8.5inch Portable E-Scooter Smart Electric Balance...
$272.99
+ $3.99 shipping

SWAGTRON T8 Lithium-Free Battery Hoverboard Self-...
Free shipping
Popular

Used blue swagtron T1 hoverboard + silicone ...
$100.00
+ shipping

Open Box Swagtron T580 Hoverboard Scooter 6in...
~~$129.99~~
Free shipping
Popular

Jetson Rave Extreme Terrain Hover Scooter Cosmic Ligh...
$109.97
+ shipping

City Cruiser, 8.5" Scooter Hoover Board with UL2272...
$199.00
Free shipping
Popular

Feedback

Ad grainger.com
Shop JW Speaker - Get What You Need Fast
Browse JW Speaker Products at Grainger®. 24/7 Customer Service. Shop Now!
★★★★☆ (4.9)
Visit Website

**6.5" Electric Hoverboard Bluetooth Speaker...**
$104.99
Free shipping
Popular

**6.5" Electric ... Self Balancing LED Bluetooth...**
$129.99
Free shipping

**Hoverboard Self Balancing Bluetooth 6.5" ...**
$119.99
Free shipping

**SWAGTRON Swagboard T882 Blue Hoverboard Dual 250...**
$98.00
Free shipping
Popular

**6.5" Hoverboard Bluetooth Self-balancing LED Balancin...**
$119.99
Free shipping

**Jetson V6 Electra-Light Electric Self Balancing 500...**
$104.99
$299.99
Free shipping
Popular

---

### Sponsored items based on your recent views 1/4

Feedback on our suggestions



**8.5inch Portable E-Scooter Smart Electric Balance...**
$272.99
+ $3.99 shipping



**SWAGTRON T8 Lithium-Free Battery Hoverboard Self-...**
Free shipping
Popular



**Used blue swagtron T1 hoverboard + silicone ...**
$100.00
+ shipping



**Open Box Swagtron T580 Hoverboard Scooter 6in...**
$129.99
Free shipping
Popular



**Jetson Rave Extreme Terrain Hover Scooter Cosmic Ligh...**
$109.97
+ shipping



**City Cruiser, 8.5" Scooter Hoover Board with UL2272...**
$199.00
Free shipping
Popular

---

Ad grainger.com ▾

**Shop JW Speaker - Get What You Need Fast**

Browse JW Speaker Products at Grainger®. 24/7 Customer Service. Shop Now!

★★★★★ (4.9)

Find A Branch Near You    New To Grainger®?
Free Email Offers         Find Replacement Parts
Order By Item Number

Visit Website

---

Ad healthinfo.care ▾

**Find Handicap Electric Scooter - Find and Compare Prices - Compare Prices & More**

Healthinfo Provides Results for Questions Regarding Health Product. Explore Today

Home Health Store Near Me    Health Insurance Quotes
Long Term Care Insurance     Individual Health Plans

Visit Website

---

Ad hoverboards.com ▾

**Most Powerful Electric Scooter - Shop Official ®Hoverboards.com**

Best-selling Electric Scooter for Kids & Adults! 19 MPH • 17 miles per charge • 350-Watts. Portable Folding Design • Long Range Battery • LED Lights • Dual Brakes • Wide Platform. For Beginners to Pros. Durable Aluminum Wheels. Avoid the Knock-offs. 2X the Battery Life. Top Customer Service. Online Since 2014. 100% Satisfaction. #1 Rated Brand in USA. Proudly Based in USA.

Visit Website

---

Ad info.com ▾

**Electric Scooter Shop - Electric Scooter Shop**

Search Electric Scooter Shop. Look Up Results on Info.com

Visit Website

---

Ad unboxshoppingnetwork.com ▾

**Electric Scooters for Adults - Top Scooter Brands**

Online shopping for top scooter brands for adults & kids. Shop our scooter collection.

Visit Website

---

Back to home page                                                                                    Return to top

More to explore : Self Balancing Unicycle, commercial electric led light, Led Speaker Rings, Electric/Wall Plug - in LED Wall Lighting Fixtures, Feit Electric LED Garden String Lights, Feit Electric LED Outdoor Lighting, Self Help, Western Electric Vintage Speakers, Plug In Electric RGB LED Landscape & Walkway Lights, Commercial Electric Black LED Wall Lighting Fixtures

---

About eBay    Announcements    Community    Security Center    Resolution Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ



Feedback





Document title: 6.5&quot; Electric Self-Balancing Smart Scooter UL2272 Certified Black USED | eBay
Capture URL: https://www.ebay.com/itm/6-5-Electric-Self-Balancing-Smart-Scooter-UL2272-Certified-Black-USED/153807829481?…
Capture timestamp (UTC): Fri, 07 Aug 2020 17:22:49 GMT

Page 1 of 7

| Hover-1 HELIX Hoverboard Electric Self Balancing... | Hover-1 HORIZON Hoverboard Electric Self... | FC CE Certified 2 Wheels Self Balancing Electric... | Hover-1 LIBERTY Hoverboard Electric Self Balancing... | NEW Original Segway Ninebot Motor ES1 ES2 ES3... | 1Pc Battery Charger for Scooter Hover Board... |
|---|---|---|---|---|---|
| $99.99 | $149.99 | $9.99 | $84.99 | $89.99 | $9.99 |
| Free shipping | Free shipping | Free shipping | Free shipping | $99.99 | Free shipping |
| Popular | | | Popular | Free shipping | |
| | | | | Last one | |

---

**Description**   **Shipping and payments**

Report item

eBay item number:  153807829481

Seller assumes all responsibility for this listing.
Last updated on  Jul 29, 2020 19:50:02 PDT  View all revisions

### Item specifics

| Condition: | Used : ⓘ | | |
|---|---|---|---|
| Seller Notes: | "Item has various scratches, includes charger, no other kind of parts or accessories included, you may not receive the exact item listed, in original box" | | |
| Brand: | smart | Country/Region of Manufacture: | China |
| Model: | MPN | MPN: | Does not apply |
| Modified Item: | No | Color: | Black |
| Featured Refinements: | Smart Balance Scooter | UPC: | Does not apply |

**bitsho_datk5o**
bitsho_datk5o (12523 ⭐)  99.9%
🔖 Sign up for newsletter

Visit Store:  bitsho_datk5o

Joysticks  |  Screens  |  Memory  |  VTech  |  AT&T

## Categories

| IBM | › |
|---|---|
| Other | › |



bitsho_datk5o

OTHER

6.5" Electric Self-Balancing Smart Scooter UL2272 Certified Black USED

Feedback
📝



# 6.5" Electric Self-Balancing Smart Drifting UL2272 Certified BLACK

## Includes Charger only
## New in original box

| Charging Voltage | AC110-240V 50-60HZ |
|---|---|
| Charging time | Around 80-120 Mins |
| Max. Speed | Max Speed 15km/h-20km/h (Depends on rider's weight, road conditions etc |
| Max. Load | 120KG |
| Max. Mileage | Around 15-20 km (Depends on riders weight, road conditions, average speed etc) |
| Max climb capability | around 15° -30° (depends on rider's weight) |
| | |
| Product Height | 190mm |
| N.W | 11KG |
| Tire size | 6.5Inch |

https://iq2.ulprospector.com/session/new?
redirect=http%3a%2f%2fiq.ulprospector.com%2fen%2fsearch%2flegacy%3furl%3dshowpage.html%25253Fname%25253D
FKIS.E484387%252526ccnshorttitle%25253DElectrical%2bSystems%2bfor%2bSelf-
balancing%2bScooters%252526objid%25253D1085918707%252526cfgid%25253D1073741824%252526version%25253Dv
ersionless%252526parent_id%25253D1085530313%252526sequence%25253D1

This Product has been UL2272 Certified

Item is UL 2272 certified. Only US domestic shipping is allowed for these approved posting.

**Click** http://database.ul.com/cgi-bin/XYV/template/LISEXT/1FRAME/showpage.html?name=FKIS.E485510&ccnshorttitle=Electrical+Systems+for+Personal+E-Mobility+Devices&objid=1085894037&cfgid=1073741824&version=versionless&parent_id=1085530313&sequence=1 **for certification link**

### ANYTHING NOT PICTURED WILL NOT BE INCLUDED

- ORDERS WILL SHIP VIA USPS OR FEDEX

-ORDERS WILL SHIP WITHIN 1 BUSINESS DAY

-BUSINESS HOURS **M-F 9-5PM CST** MESSAGES WILL BE ANSWERED FOLLOWING BUSINESS DAY





**ANYTHING NOT PICTURED WILL NOT BE INCLUDED**

- ORDERS WILL SHIP VIA USPS OR FEDEX

-ORDERS WILL SHIP WITHIN 1 BUSINESS DAY

-BUSINESS HOURS **M-F 9-5PM CST** MESSAGES WILL BE ANSWERED FOLLOWING BUSINESS DAY

---

- COMBINED SHIPPING AVAILABLE ON SOME ITEMS

---

-SEND ANY QUESTIONS/CONCERNS THROUGH EBAY MESSAGES **NOT** EMAIL

## POLICIES

| PAYMENT | SHIPPING | RETURNS |

PayPal is the preferred payment method.

**MEMORY**

**OTHER**

**3D** Sellers

Powerful eBay listing templates by 3Dsellers

## 🛒 SAVE UP TO 25%  See all eligible items ▸

**LEE-EM**

Marked down item price reflects all savings. Items provided by bitsho_datk5o

All promotional offers from bitsho_datk5o


Balance scooter Wheel 7 Inch Tire & Rim For BT-TW01 Model Scooter


scooter spare parts circuit board


Leray 6.5" Electric Self-Balancing Smart Scooter UL2272 Certified White

➕ See all

| | Was: | Now: |
|---|---|---|
| | US $39.00 | US $29.25 |
| | US $59.99 | US $44.99 |
| | US $129.99 | US $97.49 |

\* Savings are reflected in item price. Prices are subject to change without notice, while supplies last.
Offer conditions/Learn about pricing

You can change quantities in your cart.

---

### Sponsored items based on your recent views 1/3

Feedback on your suggestions


6.5" Electric Hoverboard Bluetooth Speaker LED Self...
$104.99
Free shipping
New


6.5" Hoverboard Bluetooth LED Light Electric Self...
$104.99
Free shipping
New


6.5" Bluetooth Hoverboard LED Self Balancing Electric...
$104.99
Free shipping
New


Used blue swagtron T1 hoverboard + silicone ...
$100.00
+ shipping
Seller 99.4% positive


Self Balance Scooter Hoverboard UL w/ Bluetoot...
$129.99
Free shipping
New


Balancing Scooter 6.5" Wheel Electric Motorized (( FREE...
$159.00
Free shipping
New

---

### Explore more sponsored options: Brand

**SwagTron**


Open Box Swagtron T580 Hoverboard Scooter 6in...
$129.99
+ shipping
Popular


Open Box Swagtron T5 Kid Hoverboard Self Balancing...
$119.99
+ shipping


Open Box Swagtron T1 UL2272 Hoverboard Electric...
$159.99
+ shipping


SWAGTRON T8 Lithium-Free Battery Hoverboard Self-...
+ shipping
Popular


SWAGTRON Swagboard T882 Kids Hoverboard Dual 250...
$98.00
+ shipping
Popular


Swagtron Lithium-Free Hoverboard for Kids & Teen...
$109.99
+ shipping



Open Box Swagtron T580 Hoverboard Scooter 6in...
~~$129.99~~
+ shipping
Popular

Open Box Swagtron T5 Kid Hoverboard Self Balancing...
$119.99
+ shipping

Open Box Swagtron T1 UL2272 Hoverboard Electric...
$159.99
+ shipping

SWAGTRON T8 Lithium-Free Battery Hoverboard Self-...
+ shipping
Popular

SWAGTRON Swagboard T882 Kids Hoverboard Dual 250...
~~$98.00~~
+ shipping
Popular

Swagtron Lithium-Free Hoverboard for Kids & Teen...
~~$109.99~~
+ shipping

## Explore more sponsored options: Color

### White
More



6.5" Hoverboard Bluetooth LED Light Electric Self...
$104.99
+ shipping



White Mini Smart Electric Scooter 2 Wheels Unicyci...
$99.95
+ shipping
Popular



Smart Balance Wheel Blue w/ Charger. Hover Board...
$149.99
+ shipping

### Blue



Jetson V12 Electra-Light Electric Self Balancing...
$104.99
~~$299.99~~
+ shipping
Popular

6.5" Bluetooth Hoverboard LED Self Balancing Electric...
$104.99
+ shipping



Bluetooth Hoverboard Electric Self Balancing...
$134.99
+ shipping

## People who viewed this item also viewed 1/2
Feedback on our suggestions



6.5" Electric Hoverboard Bluetooth Speaker LED Self...
$104.99
Free shipping
Popular



6.5" Hoverboard Bluetooth Self Balancing LED Electric...
$119.99
Free shipping



6.5" Electric Hoverboard Self-Balancing LED Bluetooth...
$129.99
Free shipping



Jetson V12 Electra-Light Electric Self Balancing 500...
$104.99
~~$299.99~~
Free shipping
Popular

6.5" Bluetooth Hoverboard LED Self Balancing Electric...
$104.99
Free shipping



Hover-1 LIBERTY Hoverboard Electric Self Balancing...
$84.99
Free shipping
Popular

## More from this seller
Feedback on our suggestions

Leray 6.5" Electric Self-Balancing Smart Scooter...
$97.49
~~$129.99~~
+ $34.99 shipping

scooter spare parts circuit board
$44.99
~~$59.99~~
Free shipping

Lowrance Elite 5 HDI Chartplotter GPS SPOT ON...
$133.49
~~$177.99~~
+ $9.99 shipping

Lowrance LMS-520C 5" GPS Sonar Fish Finder Head Unit...
$89.99
~~$119.99~~
+ $12.99 shipping

Balance scooter Wheel 7 Inch Tire & Rim For BT-TW01...
$29.25
~~$39.00~~
+ $12.00 shipping

Feedback

Back to home page

Return to top








6.5" Hoverboard Bluetooth LED Light Electric Self...
$104.99
+ shipping

White Mini Smart Electric Scooter 2 Wheels Unicycl...
$99.95
+ shipping
Popular

Smart Balance Wheel Blue w/ Charger. Hover Board...
$149.99
+ shipping

Jetson V12 Electra-Light Electric Self Balancing...
$104.99
$299.99
+ shipping
Popular

6.5" Bluetooth Hoverboard LED Self Balancing Electric...
$104.99
+ shipping

Bluetooth Hoverboard Electric Self Balancing...
$134.99
+ shipping



People who viewed this item also viewed 1/2

Feedback on our suggestions








6.5" Electric Hoverboard Bluetooth Speaker LED Self...
$104.99
Free shipping
Popular

6.5" Hoverboard Bluetooth Self Balancing LED Electric...
$119.99
Free shipping

6.5" Electric Hoverboard Self-Balancing LED Bluetooth...
$129.99
Free shipping

Jetson V12 Electra-Light Electric Self Balancing 500...
$104.99
$299.99
Free shipping
Popular

6.5" Bluetooth Hoverboard LED Self Balancing Electric...
$104.99
Free shipping

Hover-1 LIBERTY Hoverboard Electric Self Balancing...
$84.99
Free shipping
Popular

More from this seller

Feedback on our suggestions







Leray 6.5" Electric Self-Balancing Smart Scooter...
$97.49
$129.99
+ $34.99 shipping

scooter spare parts circuit board
$44.99
$59.99
Free shipping

Lowrance Elite 5 HDI Chartplotter GPS SPOT ON...
$133.49
$177.99
+ $9.99 shipping

Lowrance LMS-520C 5" GPS Sonar Fish Finder Head Unit...
$89.99
$119.99
+ $12.99 shipping

Balance scooter Wheel 7 Inch Tire & Rim For BT-TW01...
$29.25
$39.00
+ $12.00 shipping

Back to home page

Return to top

More to explore : Smart Electric Scooters, Smart Balance Scooter, Smart Balance Wheel Black Electric Scooters, Onewheel Electric Scooters, Electric Scooters, Electric Mobility Scooters, Electric Scooter Motor, Self Balancing Unicycle, Folding Electric Scooters, Segway Black Electric Scooters

About eBay    Announcements    Community    Security Center    Resolution Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ





Norton SECURED

Document title: 6.5&quot; Electric Self-Balancing Smart Scooter UL2272 Certified Black USED | eBay
Capture URL: https://www.ebay.com/itm/6-5-Electric-Self-Balancing-Smart-Scooter-UL2272-Certified-Black-USED/153807829481?…
Capture timestamp (UTC): Fri, 07 Aug 2020 17:22:49 GMT





Document title: White Mini Smart Electric Scooter 2 Wheels Unicycle Self balancing Balance board | eBay

Capture URL: https://www.ebay.com/itm/White-Mini-Smart-Electric-Scooter-2-Wheels-Unicycle-Self-balancing-Balance-board/274422117852?_trkparms=ispr...

Capture timestamp (UTC): Fri, 07 Aug 2020 17:27:26 GMT

2 person Driving Golf Cart Cover, Burgundy, fit Yamaha...

$67.99
Free shipping

2 person Driving Golf Cart Cover, Beige, fit Yamaha, EZ...

$67.99
Free shipping

**Description**    **Shipping and payments**                                        Report item

eBay item number:  274422117852

Seller assumes all responsibility for this listing.
Last updated on  Aug 06, 2020 20:24:56 PDT  View all revisions

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is ... Read more | Featured Refinements: | Smart Electric Scooter |
| Brand: | Unbranded | MPN: | 3003WH |
| UPC: | Does not apply | | |

The new Mini smart scooter uses smart balancing technology for a low cost and the safest learning riding experience. This latest model runs at twice the average walking speed of 7 miles/h. Includes embedded li-ion battery, high power charger and user's manual.

16 degree climbing capability
7.5 miles/h - 12k/hour speed
12.5 mile range on a single charge
Tilt and Speed limit protection
Learn to ride it under 2 minutes
Supports up to 220lb
FCC, CE and RoHS Compliant

Color: White

### Package:

- Electric Scooter x1
- Charger x1
- User's Manual x1
- Gig Bag x1



Sponsored items based on your recent views 1/3                    Feedback on our suggestions

6.5" Electric Hoverboard
Bluetooth Speaker LED Self

SWAGTRON T8 Lithium-Free
Battery Hoverboard Self

Jetson V12 Electra-Light
Electric Self Balancing EGO

6.5" Hoverboard Electric Self
Balancing Scooter UL 2272

6.5" Bluetooth Hoverboard
Self Balance Electric Scoot

6.5" 2-Wheel LED Self
Balancing Electric Scooter

Document title: White Mini Smart Electric Scooter 2 Wheels Unicycle Self balancing Balance board | eBay
Capture URL: https://www.ebay.com/itm/White-Mini-Smart-Electric-Scooter-2-Wheels-Unicycle-Self-balancing-Balance-board/274422117852?_trkparms=ispr...
Capture timestamp (UTC): Fri, 07 Aug 2020 17:27:26 GMT

Page 2 of 4



6.5" Electric Hoverboard Bluetooth Speaker LED Self...
**$104.99**
Free shipping
New

SWAGTRON T8 Lithium-Free Battery Hoverboard Self-...
Free shipping
New

Jetson V12 Electra-Light Electric Self Balancing 500...
**$104.99**
~~$299.99~~
Free shipping
Seller 99.1% positive

6.5" Hoverboard Electric Self Balancing Scooter UL2272 ...
**$129.99**
Free shipping
New

6.5" Bluetooth Hoverboard Self Balance Electric Scoot...
**$104.99**
Free shipping
New

6.5" 2-Wheel LED Self Balancing Electric Scooter ...
**$119.99**
Free shipping
New

## Explore more sponsored options: Brand

SwagTron









Open Box Swagtron T580 Hoverboard Scooter 6in...
~~$129.99~~
+ shipping
Popular

Open Box Swagtron T5 Kid Hoverboard Self Balancing...
**$119.99**
+ shipping

SWAGTRON T8 Lithium-Free Battery Hoverboard Self-...
+ shipping
Popular

Swagtron Lithium-Free Hoverboard for Kids & Teen...
~~$109.99~~
+ shipping

SWAGTRON Swagboard T882 Kids Hoverboard Dual 250...
~~$98.00~~
+ shipping
Popular

Open Box Swagtron T1 UL2272 Hoverboard Electri...
**$159.99**
+ shipping

### People who viewed this item also viewed 1/2

Feedback on our suggestions









6.5" Electric Hoverboard Bluetooth Speaker LED Self...
**$104.99**
Free shipping
Popular

6.5" Electric Hoverboard Self-Balancing LED Bluetooth...
**$129.99**
Free shipping

6.5" Hoverboard Bluetooth Self Balancing LED Electric...
**$119.99**
Free shipping

Electric Bluetooth Hoverboard Self Balance...
**$119.99**
Free shipping

Jetson V12 Electra-Light Electric Self Balancing 500...
**$104.99**
~~$299.99~~
Free shipping
Popular

Electric Hoverboard Self-Balance Bluetooth E Scoote...
**$119.99**
Free shipping

This is a private listing and your identity will not be disclosed to anyone except the seller.

Back to home page
Return to top

More to explore : Smart Balance Scooter, Self Balancing Unicycle, Smart Electric Scooters, New Balance, Smart Balance Wheel Black Electric Scooters, Indo Board Balance Trainers, Automotive Tire Wheel Balancers, Board Balance Trainers, Heavy Duty/Commercial Automotive Tire Wheel Balancers Balancers, New Balance White Shoes for Men

About eBay    Announcements    Community    Security Center    Resolution Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice


Norton SECURED

Feedback

Document title: White Mini Smart Electric Scooter 2 Wheels Unicycle Self balancing Balance board | eBay
Capture URL: https://www.ebay.com/itm/White-Mini-Smart-Electric-Scooter-2-Wheels-Unicycle-Self-balancing-Balance-board/274422117852?_trkparms=ispr...
Capture timestamp (UTC): Fri, 07 Aug 2020 17:27:26 GMT



6.5" Electric Hoverboard
Bluetooth Speaker LED Self...
**$104.99**
Free shipping
New

SWAGTRON T8 Lithium-Free
Battery Hoverboard Self-...
**$104.99**
Free shipping
New

Jetson V12 Electra-Light
Electric Self Balancing 500...
**$104.99**
~~$299.99~~
Free shipping
Seller 99.1% positive

6.5" Hoverboard Electric Self
Balancing Scooter UL2272 ...
**$129.99**
Free shipping
New

6.5" Bluetooth Hoverboard
Self Balance Electric Scoot...
**$104.99**
Free shipping
New

6.5" 2-Wheel LED Self
Balancing Electric Scooter...
**$119.99**
Free shipping
New

## Explore more sponsored options: Brand

SwagTron








Open Box Swagtron T580
Hoverboard Scooter 6In...
~~$129.99~~
+ shipping
Popular

Open Box Swagtron T5 Kid
Hoverboard Self Balancing...
**$119.99**
+ shipping

SWAGTRON T8 Lithium-Free
Battery Hoverboard Self-...
+ shipping
Popular

Swagtron Lithium-Free
Hoverboard for Kids & Teen...
~~$109.99~~
+ shipping

SWAGTRON Swagboard T882
Kids Hoverboard Dual 250...
~~$98.00~~
+ shipping
Popular

Open Box Swagtron T1
UL2272 Hoverboard Electri...
**$159.99**
+ shipping

## People who viewed this item also viewed  1/2

Feedback on our suggestions







6.5" Electric Hoverboard
Bluetooth Speaker LED Self...
**$104.99**
Free shipping
Popular

6.5" Electric Hoverboard Self-
Balancing LED Bluetooth...
**$129.99**
Free shipping

6.5" Hoverboard Bluetooth
Self Balancing LED Electric...
**$119.99**
Free shipping

Electric Bluetooth
Hoverboard Self Balance...
**$119.99**
Free shipping

Jetson V12 Electra-Light
Electric Self Balancing 500...
**$104.99**
~~$299.99~~
Free shipping
Popular

Electric Hoverboard Self-
Balance Bluetooth E Scoote...
**$119.99**
Free shipping

This is a private listing and your identity will not be disclosed to anyone except the seller.

Back to home page

More to explore : Smart Balance Scooter, Self Balancing Unicycle, Smart Electric Scooters, New Balance, Smart Balance Wheel Black Electric Scooters, Indo Board Balance Trainers, Automotive Tire Wheel Balancers, Board Balance Trainers, Heavy Duty/Commercial Automotive Tire Wheel Balancers Balancers, New Balance White Shoes for Men

Return to top

About eBay    Announcements    Community    Security Center    Resolution Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice





Document title: White Mini Smart Electric Scooter 2 Wheels Unicycle Self balancing Balance board | eBay
Capture URL: https://www.ebay.com/itm/White-Mini-Smart-Electric-Scooter-2-Wheels-Unicycle-Self-balancing-Balance-board/274422117852?_trkparms=ispr...
Capture timestamp (UTC): Fri, 07 Aug 2020 17:27:26 GMT





Document title: Self Balancing Scooter with Authentic Samsung Battery, Bluetooth &amp; LED Lights UL | eBay
Capture URL: https://www.ebay.com/itm/Self-Balancing-Scooter-with-Authentic-Samsung-Battery-Bluetooth-LED-Lights-UL/112257992653?…
Capture timestamp (UTC): Fri, 07 Aug 2020 17:29:12 GMT



| City Cruiser 8.5" Electric Scooter All Terrain Tires... | Universal Hoverboard Charger - for 36V - 42V Self... | Hyper gogo 8.5" Scooter Hoover Board with UL2272... | Hover-1 HORIZON Hoverboard Electric Self... | Pro Two-Wheeled Balancing Scooter Universal Control... | 1Pc Battery Charger for Scooter Hover Board... |
|---|---|---|---|---|---|
| $199.99 | $12.99 ~~$18.99~~ | $259.00 | $149.99 | $30.96 | $9.99 |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping | Free shipping |
|  |  | Last one |  |  |  |

---

**Description** | Shipping and payments | Report item

Seller assumes all responsibility for this listing.
Last updated on Jul 13, 2020 12:01:32 PDT View all revisions

eBay item number: 112257992653

### Item specifics

| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is ... Read more | Model: | JJE-BT |
|---|---|---|---|
| Wattage: | 500 Watts | Country/Region of Manufacture: | China |
| Brand: | Superride | MPN: | Does Not Apply |

Specifications: Brand Name: SupperrideWheel Size: 6.5 inch aluminum alloy with high grade rubber tires Maximum Load: 230 LBS Maximum Speed: 7-9 MPH (depending on weight and terrain) Maximum Climbing Limit: 15 degree incline / Turning Radius: 0 degree Battery: Authentic Samsung Lithium Ion UN 38.3 Certified 4400 mAh Charger: UL CertifiedVoltage: 36 V Riding Range: 9-15 miles (depending on weight and terrain) Charge Time : 2-3 Hours Power: AC / 500 W Dimensions: 22" x 7.30" x 7" Weight: 22 LBS

---

### Sponsored items based on your recent views 1/4

Feedback on our suggestions

     

| White Mini Smart Electric Scooter 2 Wheels Unicycle... | 6.5" Electric Hoverboard Bluetooth Speaker LED Self... | Smart Bluetooth Hoverboard Self Balance Scooter With... | Lamborghini 6.5" Smart Electric Scooter 2-Wheels... | 6.5" Hoverboard Electric Self Balancing Scooter with... | 6.5" Bluetooth Hoverboard LED Electric Self Balancing... |
|---|---|---|---|---|---|
| $99.95 | $104.99 | $129.99 | $220.15 | $104.99 | $104.99 |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping | Free shipping |
| New | New | New | New | Seller 99.4% positive | New |

---

### Explore more sponsored options:

     



**White Mini Smart Electric Scooter 2 Wheels Unicycle...**

$99.95

Free shipping
New



**6.5" Electric Hoverboard Bluetooth Speaker LED Self...**

$104.99

Free shipping
New



**Smart Bluetooth Hoverboard Self Balance Scooter With...**

$129.99

Free shipping
New



**Lamborghini 6.5" Smart Electric Scooter 2-Wheels...**

$220.15

Free shipping
New



**6.5" Hoverboard Electric Self Balancing Scooter with...**

$104.99

Free shipping
Seller 99.4% positive



**6.5" Bluetooth Hoverboard LED Electric Self Balancing...**

$104.99

Free shipping
New

## Explore more sponsored options:



**6.5" Electric Hoverboard Self-Balancing LED Bluetooth...**

$129.99

+ shipping



**Open Box Swagtron T580 Hoverboard Scooter 6in...**

$129.99
+ shipping
Popular



**6.5" Electric Hoverboard Bluetooth Speaker LED Self...**

$104.99

+ shipping
Popular



**6.5" Hoverboard Bluetooth LED Self Balancing Electric...**

$134.99

+ shipping



**6.5" LED Hoverboard Electric Self Balancing Bluetooth...**

$129.99

+ shipping



**Lamborghini 6.5" Smart Electric Scooter 2-Wheels...**

$220.15

+ shipping

## People who viewed this item also viewed  1/2

Feedback on our suggestions



**Self Balancing Scooter with Authentic Samsung Battery,...**

$140.00

+ shipping



**BlueTooth, Self Balancing Scooter authentic Samsung...**

$169.99

Free shipping



**6.5" Electric Hoverboard Bluetooth Speaker LED Self...**

$104.99

Free shipping
Popular



**6.5" Electric Hoverboard Self-Balancing LED Bluetooth...**

$129.99

Free shipping



**6.5" Bluetooth Electric Hoverboard Self Balancing...**

$119.99

Free shipping



**6.5 Balance Scooter with Bluetooth Speaker LED Light...**

$215.00

Free shipping

---

Back to home page

Return to top

More to explore :  Scooter Batteries for Honda,  Smart Balance Scooter,  Samsung Laptop Batteries for Samsung,  Scooter Batteries for KYMCO,  Battery Operated Led String Lights,  Samsung Battery,
Lighting & Indicators for Harley-Davidson UL,  Battery Operated Mini Led Lights,  Samsung Bluetooth MP3 Players,  Samsung Electric Scooters

About eBay    Announcements    Community    Security Center    Resolution Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ

Norton SECURED

Feedback







36V 4.4AH Lithium-Ion
Battery For Smart Self-...
$33.99
~~$39.99~~
Free shipping
Popular

FC CE Certified 2 Wheels
Self Balancing Electric...
$9.99
Free shipping

Hover-1 LIBERTY Hoverboard
Electric Self Balancing...
$84.99
Free shipping
Popular

Gold Shell Outer Kit Cover
For 6.5" 2 Wheels Self...
$30.85
Free shipping

Hiboy HC-02 Go Kart with
Rear Suspension Seat for 6....
$99.00
Free shipping

1Pc Battery Charger for
Scooter Hover Board...
$9.99
Free shipping

| Description | Shipping and payments | | Report item |
|---|---|---|---|

eBay item number: 153359212245

Seller assumes all responsibility for this listing.

## Item specifics

| | | | |
|---|---|---|---|
| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is ... Read more | Brand: | Radboards |
| Wattage: | 300 Watts | Model: | Classic 6.5" |
| Modified Item: | No | Color: | Red |
| Non-Domestic Product: | No | MPN: | Does Not Apply |
| Country/Region of Manufacture: | India | UPC: | 689272327581 |

**Dual 300 Watt Hub Motors** – Max speed of 15kmph, Range 10-15Kms & 15 Deg Gradability.
**Bluetooth Speaker** – Sync easily to your phone or music device to the speakers built directly into the hoverboard.
**Make** – LED turn signals, Solid rubber tires with aluminum wheels, non-slip foot pads, and a built in batter level Indicator.
**Auto Sensors** - Hoverboard finds its centre balance as soon as you power on making it easier to step on and off for beginners.
UL CERTIFIED

**What You Get In the Box:**

- UL Certified Charger
- User Manual
- Paper Work & Warranty Card.
- Carry Bag

**Specifications:**

| | |
|---|---|
| Additional Features | Bluetooth Remote and Inbuilt Speakers |
| Battery | Rechargeable LG Li-ion (36V 4400mAh) |
| Charging Time | 120 Mins from 0-100% |
| Charging Voltage | AC 100V~240V 50-60 Hz |
| Gradability | 20 Degrees |
| Motors | 300*2 Watts Hub Motor |
| Range | 12kms Per Charge |
| Tires | Solid Tire Pure Hub Motor |
| Top Speed | 15Kmph |
| Weight Capacity | 120Kgs |
| Wheel Size | 6.5 Inch |

Sponsored items based on your recent views 1/4

Feedback on our suggestions

     

Sponsored items based on your recent views 1/4                    Feedback on our suggestions

     

Hoverboard LED Bluetooth Chrome Electric Self...
$104.99
Free shipping
Seller 99.4% positive

White Mini Smart Electric Scooter 2 Wheels Unicycle...
$99.95
Free shipping
New

6.5" Hoverboard Bluetooth LED Light Electric Self...
$104.99
Free shipping
New

6.5" Bluetooth Electric Hoverboard Self Balancing...
$119.99
Free shipping
New

SISIGAD - Wheel Self-balancing wheel 6.5...
$249.99
Free shipping
Seller 100.0% positive

6.5" Electric Hoverboard Bluetooth Speaker LED Self...
$104.99
Free shipping
New

★ ★ ★ ★ ★
No ratings or reviews yet

Be the first to **write a review.**

## Explore more sponsored options:

    

6.5" Electric Hoverboard Self-Balancing LED Bluetooth...
$129.99
+ shipping

6.5" Hoverboard Bluetooth LED Self Balancing Electric...
$134.99
+ shipping

6.5" Hoverboard Bluetooth Self Balancing LED Electric...
$119.99
+ shipping

6.5" LED Hoverboard Electric Self Balancing Bluetooth...
$129.99
+ shipping

6.5" Electric Hoverboard Bluetooth Speaker LED Self...
$104.99
+ shipping
Popular

SISIGAD - Wheel Self-balancing wheel 6.5...
$249.99
+ shipping

People who viewed this item also viewed 1/2                    Feedback on our suggestions

     

SISIGAD - Wheel Self-balancing wheel 6.5...
$249.99
Free shipping

6.5 Balance Scooter with Bluetooth Speaker LED Ligh...
$215.00
Free shipping

6.5" Electric Hoverboard Self-Balancing LED Bluetooth...
$129.99
Free shipping

6.5" Hoverboard Bluetooth Self Balancing LED Electric...
$119.99
Free shipping

6.5" Electric Hoverboard Bluetooth Speaker LED Self...
$104.99
Free shipping
Popular

6.5" Bluetooth Electric Hoverboard Self Balancing...
$119.99
Free shipping

Feedback

| | | | | | |
|---|---|---|---|---|---|
| Hoverboard LED Bl... Chrome Electric Self-... | ... Scooter 2 Wheels Unicycle... | ... LED Light Electric Self-... | ... Hoverboard Self Balancing... | ... balancing wheel 6.5... | ... Hoverboard Bluetooth Speaker LED Self... |
| $104.99 | $99.95 | $104.99 | $119.99 | $249.99 | $104.99 |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping | Free shipping |
| Seller 99.4% positive | New | New | New | Seller 100.0% positive | New |

☆ ☆ ☆ ☆ ☆
No ratings or reviews yet

Be the first to **write a review.**

## Explore more sponsored options:

     

| 6.5" Electric Hoverboard Self-Balancing LED Bluetooth... | 6.5" Hoverboard Bluetooth LED Self Balancing Electric... | 6.5" Hoverboard Bluetooth Self Balancing LED Electric... | 6.5" LED Hoverboard Electric Self Balancing Bluetooth... | 6.5" Electric Hoverboard Bluetooth Speaker LED Self... | SISIGAD - Wheel Self-balancing wheel 6.5... |
|---|---|---|---|---|---|
| $129.99 | $134.99 | $119.99 | $129.99 | $104.99 | $249.99 |
| + shipping | + shipping | + shipping | + shipping | + shipping<br>Popular | + shipping |

## People who viewed this item also viewed  1/2

Feedback on our suggestions

     

| SISIGAD - Wheel Self-balancing wheel 6.5... | 6.5 Balance Scooter with Bluetooth Speaker LED Light... | 6.5" Electric Hoverboard Self-Balancing LED Bluetooth... | 6.5" Hoverboard Bluetooth Self Balancing LED Electric... | 6.5" Electric Hoverboard Bluetooth Speaker LED Self... | 6.5" Bluetooth Electric Hoverboard Self Balancing... |
|---|---|---|---|---|---|
| $249.99 | $215.00 | $129.99 | $119.99 | $104.99 | $119.99 |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping<br>Popular | Free shipping |

Back to home page

Return to top

More to explore :  Fitbit Blaze Activity Trackers,   Self Balancing Unicycle,   New Balance Red Athletic Shoes for Men,   stihl 034 av chainsaw,   norton blaze,   Video Games Blazing Lazers,   Self Help,   Jordan 5 Red Sneakers for Men,   blazing saddles shirt,   New Balance Suede Red Athletic Shoes for Men

About eBay   Announcements   Community   Security Center   Resolution Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ

  Norton SECURED

Feedback 📝

Document title: Radboard Self Balancing Classic 6.5&quot; Blazing Red 689272327581 | eBay
Capture URL: https://www.ebay.com/itm/Radboard-Self-Balancing-Classic-6-5-Blazing-Red/153359212245?hash=item23b4ebded5:g:w3oAAOSwQXIcUvwi
Capture timestamp (UTC): Fri, 07 Aug 2020 17:45:34 GMT






ebay

Shop by category

Search for anything          All Categories          Search          Advanced

Back to home page | Listed in category:   Sporting Goods   >   Outdoor Sports   >   Scooters   >   Electric Scooters

ebay motors
Take the new App for a spin
Install Now →

This listing has ended.

## Related sponsored items 1/2

Feedback on our suggestions



Hover-1 LIBERTY Hoverboard Electric Self Balancing...
$84.99
Free shipping
Popular

8" Self Balancing Smart HoverBoard Case Carrying...
$13.32
$14.17
Free shipping

2Pcs 10 Inch Tyre Wheel Tubes Outer Tires for Xiao-...
$22.99
Free shipping

Power Adapter Charger For 2 Wheel Self Balancing Scoot...
$13.99
Free shipping
Popular

Hyper gogo 8.5" Scooter Hoover Board with UL2272...
$259.00
Free shipping
Last one

Hover-1 HELIX Hoverboard Electric Self Balancing...
$99.99
Free shipping
Popular

## Similar sponsored items 1/2

Feedback on our suggestions



6.5" Bluetooth Hoverboard Electric Self Balancing...
$104.99
Free shipping

6.5" Electric Hoverboard Bluetooth Speaker LED Self...
$104.99
Free shipping
Popular

6.5" All Terrain Hoverboard Bluetooth Electric Self...
$134.99
Free shipping

Electric Bluetooth Hoverboard Self Balance...
$119.99
Free shipping

HoverboaXtrrd UL2272 Certified w/Bluetooth...
$169.99
Free shipping

6.5" Hoverboard Electric Self Balancing Scooter UL2272...
$124.99
Free shipping
Almost gone



### Hoverboard for Kids 6.5" Two-Wheel Self Balancing Scooter Board - UL2272 no bag

| | |
|---|---|
| Condition: | New |
| Sold for: | US $169.97 |
| | No Interest if paid in full in 6 mo on $99+* |
| Shipping: | Calculate |
| | Item location: Rocky Mount, North Carolina, United States |
| | Ships to: United States   See exclusions |
| Delivery: | Varies |
| Payments: | PayPal VISA MasterCard AMERICAN EXPRESS Discover |
| | PayPal CREDIT |

**Shop with confidence**

eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

**Seller information**
christp12 (5)
100% Positive feedback

Save this Seller
Contact seller
See other items

Feedback



| Item specifics | | | |
|---|---|---|---|
| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is ... Read more | Brand: | Unbranded |
| Charging Time: | approx 4 hours | Featured Refinements: | Electric Self Balancing Scooter |
| Running distance: | Approx 10-15KM | Max Speed: | 12Km/h |
| Battery: | UL Certified 36V/2AH Lithium Battery | Type: | Hoverboard |
| Wattage: | 2*300 Watts | Certificate Standard: | CE、RoHS、FCC、UL2272 |
| MPN: | Does Not Apply | Color: | Purple |
| UPC: | Does not apply | Max. Load: | 60kg/132lbs |

Hoverboard for Kids 6.5" Two-Wheel Self Balancing Scooter Board - UL2272 no bag. Condition is New. Shipped with USPS Parcel Select Ground.





Explore more sponsored options: Brand



### SwagTron

Open Box Swagtron T580
Hoverboard Scooter 6In...
$129.99
+ shipping
Popular

SWAGTRON Swagboard T882
Kids Hoverboard Dual 250...
$98.00
+ shipping
Popular

Swagtron Lithium-Free
Hoverboard for Kids & Teen...
$109.99
+ shipping
Almost gone



People who viewed this item also viewed 1/2

Feedback on our suggestions

Hoverboard Self Balancing
LED Bluetooth Scooter 6.5"...
$119.99
Free shipping

6.5" Electric Hoverboard Self-
Balancing LED Bluetooth...
$129.99
Free shipping

6.5" Hoverboard Bluetooth
Self Balancing LED Electric...
$119.99
Free shipping

6.5" Hoverboard Self-
Balancing LED Bluetooth...
$129.99
Free shipping

6.5" Hoverboard Self-
Balancing LED Bluetooth...
$129.99
Free shipping

6.5" LED Hoverboard Electric
Self Balancing Bluetooth...
$129.99
Free shipping



Sponsored items based on your recent views 1/4

Feedback on our suggestions

Hoverboard LED Bluetooth
Chrome Electric Self...
$104.99
Free shipping

White Mini Smart Electric
Scooter 2 Wheels Unicycle...
$99.95
Free shipping
Popular

6.5" Hoverboard Bluetooth
LED Light Electric Self...
$104.99
Free shipping

6.5" Bluetooth Electric
Hoverboard Self Balancing...
$119.99
Free shipping

SISIGAD - Wheel Self-
balancing wheel 6.5...
$249.99
Free shipping

6.5" Electric Hoverboard
Bluetooth Speaker LED Self...
$104.99
Free shipping
Popular

Ad hoverboards.com ▾
**Hoverboards**.com® — $149 Sale - Official USA **Hoverboard** Shop
Professional Grade (Aluminum **Wheels**) · Free Sameday Shipping · 20+ Colors · Bluetooth, 2X the Battery Life
New 2020 Models · UL2272 Certified · Free Bluetooth · Based in USA! Avoid the Knock-offs. 2X the Battery Life.
For Beginners to Pros. 100% Satisfaction. Top Customer Service. Over 15+ Unique Colors. Trusted by 100,000
Riders. 5 Star Reviews. Free Built-in Bluetooth.

2020 Spring Deal — $149     Avoid LED Wheels. Why?
Choose from 20+ Colors

[ Visit Website ]

Ad gopher.com ▾
**Hoverboard** Store - **Hoverboard** Store

[ Visit Website ]

Document title: Hoverboard for Kids 6.5&quot;Two-Wheel Self Balancing Scooter Board - UL2272 no bag | eBay
Capture URL: https://www.ebay.com/itm/Hoverboard-for-Kids-6-5-034-Two-Wheel-Self-Balancing-Scooter-Board-UL2272-no-bag-/124226872856?...
Capture timestamp (UTC): Fri, 07 Aug 2020 17:46:53 GMT

Free shipping   Free shipping   Free shipping   Free shipping   Free shipping   Free shipping

Sponsored items based on your recent views 1/4     Feedback on our suggestions








| | | | | | |
|---|---|---|---|---|---|
| Hoverboard LED Bluetooth Chrome Electric Self... | White Mini Smart Electric Scooter 2 Wheels Unicycle... | 6.5" Hoverboard Bluetooth LED Light Electric Self... | 6.5" Bluetooth Electric Hoverboard Self Balancing... | SISIGAD - Wheel Self-balancing wheel 6.5... | 6.5" Electric Hoverboard Bluetooth Speaker LED Self... |
| $104.99 | $99.95 | $104.99 | $119.99 | $249.99 | $104.99 |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping | Free shipping |
| | Popular | | | | Popular |

[Ad] hoverboards.com ▾

**Hoverboards.com® — $149 Sale - Official USA Hoverboard Shop**

Professional Grade (Aluminum Wheels) · Free Sameday Shipping · 20+ Colors · Bluetooth. 2X the Battery Life · New 2020 Models · UL2272 Certified · Free Bluetooth · Based in USA! Avoid the Knock-offs. 2X the Battery Life. For Beginners to Pros. 100% Satisfaction. Top Customer Service. Over 15+ Unique Colors. Trusted by 100,000 Riders. 5 Star Reviews. Free Built-in Bluetooth.

2020 Spring Deal — $149    Avoid LED Wheels. Why?
Choose from 20+ Colors

[Visit Website]

[Ad] gopher.com ▾

**Hoverboard Store - Hoverboard Store**

Search Hoverboard Store. Visit & Lookup Immediate Results Now.

[Visit Website]

[Ad] kohls.com ▾

**Electric Scooter - Save on Powered Riding Toys - Fast & Free Store Pickup - kohls.com**

Shop Kohl's® Powered Riding Toys. Find the Right Style at the Right Price Today!

★★★★★ (4.6)

Kohl's Cares for Kids    Classic & Retro Toys
Melissa & Doug    Building Block Sets

[Visit Website]

[Ad] ezvid.com ▾

**10 Best Hoverboards For Kids - See August 2020's Top Picks**

We've Compiled 7,200+ Free Reviews to Find You The Best Hoverboards For Kids. 1-2 day shipping. The Only Guide You Need. Ultimate Shopping Guide. Done in a flash. Get The Best. Quality. Up To 70% Off. 100 Million Users Served. Price Matching. World's First Video Wiki. Types: Tools, Sports, Outdoors, Mobile, Electronics, Fitness, Computers.

[Visit Website]

[Ad] healthinfo.care ▾

**Find Two Wheel Mobility Scooter - Find and Compare Prices - healthinfo.care**

HealthInfo Provides Results for Questions Regarding Health Product. Explore Today. Explore Sources on Health Products. HealthInfo.Care Can Help You Search. Explore Health Topics. Great Health Resources. Search HealthInfo.Care. Find More Information. Types: Search HealthInfo.Care, Find Health Information, Great Sources Online.

Health Insurance Quotes    Individual Health Plans
Long Term Care Insurance    Home Health Store Near Me

[Visit Website]

---

Back to home page        Return to top

More to explore : Hoverboard, Hoverboard Case, Hoverboard Charger, Scooter Wheels & Tires for Honda, Smart Balance Scooter, Hoverboard Cover, Indo Board Balance Trainers, Hoverboard Shell, Self Balancing Unicycle, 3-Wheeled Mobility Scooters

About eBay   Announcements   Community   Security Center   Resolution Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ

  Norton SECURED



Document title: Hoverboard for Kids 6.5&quot; Two-Wheel Self Balancing Scooter Board - UL2272 no bag | eBay
Capture URL: https://www.ebay.com/itm/Hoverboard-for-Kids-6-5-034-Two-Wheel-Self-Balancing-Scooter-Board-UL2272-no-bag-/124226872856?…
Capture timestamp (UTC): Fri, 07 Aug 2020 17:46:53 GMT        Page 4 of 4