# EXHIBIT 1-PART 3

# FILED UNDER SEAL



00247

## Related sponsored items 1/2

Feedback on our suggestions

     

| | | | | | |
|---|---|---|---|---|---|
| 36V 4.4AH Lithium-Ion Battery For Smart Self-... | Hover-1 LIBERTY Hoverboard Electric Self Balancing... | 2Pcs 10 Inch Tyre Wheel Tubes Outer Tires for Xiao-... | Balancing Scooter Hoverboard Adapter Charg... | 48v 1000w Electric Motor Speed Controller Throttle... | Gold Shell Outer Kit Cover For 6.5" 2 Wheels Self... |
| $33.99 ~~$39.99~~ | $84.99 | $22.99 | $10.75 | $108.99 | $30.85 |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping | Free shipping |
| Popular | Popular | | Popular | | |

## People who viewed this item also viewed 1/2

Feedback on our suggestions

     

| | | | | | |
|---|---|---|---|---|---|
| 6.5" Hoverboard Self-Balancing LED Bluetooth... | 6.5" Electric Hoverboard Bluetooth Speaker LED Self... | 6.5" Electric Hoverboard Self-Balancing LED Bluetooth... | Hover-1 LIBERTY Hoverboard Electric Self Balancing... | 6.5" Hoverboard Bluetooth Self Balancing LED Electric... | 8.5" Electric Hoverboard Self Balancing Scooter UL2272... |
| $129.99 | $104.99 | $129.99 | $84.99 | $119.99 | $209.99 |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping | Free shipping |
| | Popular | | Popular | | |

## Sponsored items based on your recent views 1/4

Feedback on our suggestions

    

| | | | | | |
|---|---|---|---|---|---|
| Hoverboard LED Bluetooth Chrome Electric Self... | White Mini Smart Electric Scooter 2 Wheels Unicycle... | 6.5" Hoverboard Bluetooth LED Light Electric Self... | 6.5" Bluetooth Electric Hoverboard Self Balancing... | SISIGAD - Wheel Self-balancing wheel 6.5... | 6.5" Electric Hoverboard Bluetooth Speaker LED Self... |
| $104.99 | $99.95 | $104.99 | $119.99 | $249.99 | $104.99 |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping | Free shipping |
| | Popular | | | | Popular |








36V 4.4AH Lithium-Ion
Battery For Smart Self-...
$33.99
~~$39.99~~
Free shipping
Popular

Hover-1 LIBERTY Hoverboard
Electric Self Balancing...
$84.99
Free shipping
Popular

2Pcs 10 Inch Tyre Wheel
Tubes Outer Tires for Xiao-...
$22.99
Free shipping

Balancing Scooter
Hoverboard Adapter Charg...
$10.75
Free shipping
Popular

48v 1000w Electric Motor
Speed Controller Throttle...
$108.99
Free shipping

Gold Shell Outer Kit Cover
For 6.5" 2 Wheels Self...
$30.85
Free shipping

## People who viewed this item also viewed 1/2

Feedback on our suggestions








6.5" Hoverboard Self-
Balancing LED Bluetooth...
$129.99
Free shipping

6.5" Electric Hoverboard
Bluetooth Speaker LED Self...
$104.99
Free shipping
Popular

6.5" Electric Hoverboard Self-
Balancing LED Bluetooth...
$129.99
Free shipping
Popular

Hover-1 LIBERTY Hoverboard
Electric Self Balancing...
$84.99
Free shipping
Popular

6.5" Hoverboard Bluetooth
Self Balancing LED Electric...
$119.99
Free shipping

8.5" Electric Hoverboard Self
Balancing Scooter UL2272...
$209.99
Free shipping

## Sponsored items based on your recent views 1/4

Feedback on our suggestions








Hoverboard LED Bluetooth
Chrome Electric Self...
$104.99
Free shipping

White Mini Smart Electric
Scooter 2 Wheels Unicycle...
$99.95
Free shipping
Popular

6.5" Hoverboard Bluetooth
LED Light Electric Self...
$104.99
Free shipping

6.5" Bluetooth Electric
Hoverboard Self Balancing...
$119.99
Free shipping

SISIGAD - Wheel Self-
balancing wheel 6.5...
$249.99
Free shipping

6.5" Electric Hoverboard
Bluetooth Speaker LED Self...
$104.99
Free shipping
Popular

Back to home page

Return to top

About eBay   Announcements   Community   Security Center   Resolution Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ






Electric Hoverboard UL Certified Scooter Wheels LED Sensor Dual Motors #1

This stellar hoverboard is lightweight and supports a weight ranging from 45 to 180lbs making it perfect for all levels of riders. Riding the hoverboard is simple, fun and easy. Step onto our non-slip foot pedals to activate the dual 150W motors and control how you move with just a little shift in your weight. You will be able to move all directions, spin, turn and glide on your brand-new Hoverboard. You can take your Hoverboard on all types of adventure. Zip through a park, take it across a college campus to get to class on time, or simply just take a leisure stroll through the neighborhood. All of these are possible when you cruise around at a comfortable max speed of up to 6mph. The possibilities are endless on this incredible Hoverboard. Feeling like you need some jams on your adventure? The Hoverboard is Bluetooth® enabled allowing you to listen to all of your favorite artists while you ride in style. You will leave others green with envy as you ride past them with all the best tunes. The Hoverboard also comes with an IPX4 Water Resistance rating to protect against minor splashes. Before you ride your new Hoverboard, please make sure to charge the board for a few hours to ensure the battery is full. Get ready for boundless funUL Certified Electric Hoverboard w/ 6.5in Wheels, LED Sensor Lights, LED Wheel Well Lights, Bluetooth Speaker; Lithium-ion 10 Cell Battery; Ideal for Boys and Girls 8+ and Less Than 180 lbs - Silver (Gun Metal)

- 10 Cell Lithium-ion Battery (UN38.3 Certified Battery)

- 6.5" Wheels

- Front LED Sensor Lights

- LED Wheel Cover Lights

- 150W x 2 Brushless Motor

- IPX4 Water Resistence

- Max Weight: 180lbs UA-142102463-1

- Max Speed: 6 mph

- Max Distance: 3 miles

- Max Charge Time: 5 hours

- Max Incline Climb: 5°

- Battery Capacity: 36V, 2.0Ah

## Sponsored items based on your recent views 1/4

Feedback on our suggestions



Hoverboard LED Bluetooth Chrome Electric Self...
$104.99
Free shipping
Seller 99.4% positive

White Mini Smart Electric Scooter 2 Wheels Unicycle...
$99.95
Free shipping
New

Hover-1 Matrix 6.5in Wheels LED Sensor Bluetooth...
$189.99
Free shipping
Seller 99.8% positive

6.5" LED Wheels Bluetooth Hoverboard Electric Self...
$129.99
Free shipping
New

Refurbished UL Certified Electric Hoverboard W/ 6.5i...
$153.83
Free shipping
New

6.5" Hoverboard Bluetooth LED Light Electric Self...
$104.99
Free shipping
New

Back to home page

Return to top

More to explore : Hoverboard, Electric Scooter Motor, Hoverboard Case, Hoverboard Charger, Scooter Electrical & Ignition Parts for Yamaha, Scooter Electrical Switches & Relays for Suzuki, Onewheel Electric Scooters, Smart Electric Scooters, Scooter Electrical & Ignition Parts for BMW, Hoverboard Cover

About eBay  Announcements  Community  Security Center  Resolution Center  Seller Center  Policies  Affiliates  Help & Contact  Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ





Feedback

Document title: Electric Hoverboard UL Certified Scooter Wheels LED Sensor Dual Motors Bluetooth | eBay
Capture URL: https://www.ebay.com/itm/Electric-Hoverboard-UL-Certified-Scooter-Wheels-LED-Sensor-Dual-Motors-Bluetooth/202914637536?…
Capture timestamp (UTC): Fri, 07 Aug 2020 17:48:39 GMT

Page 2 of 2



- Non-slip material to increase friction

**Package Included:**

- 1PC self-balancing 2 wheel mini hover board electric scooter skateboard
- 1 power adapter
- 1 set of protective gear
- 

---

Related sponsored items 1/2     Feedback on our suggestions

     

| FC CE Certified 2 Wheels Self Balancing Electric Scooter... | Carrying Bag Handbag For 2 Wheels Self Balancing Smart... | Battery Charger for Scooter Hover Board Unicycle Self... | 2Pcs 10 Inch Tyre Wheel Tubes Outer Tires for Xiao-mi M365... | 42V Scooter Universal Charger For 2 Wheels Smart Self... | 1Pc Battery Charger for Scooter Hover Board Unicycle Self... |
| $9.99 | $14.95 | $9.99 | $22.99 | $13.49 | $9.99 |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping | Free shipping |

---

People who viewed this item also viewed 1/2     Feedback on our suggestions

     

| Electric Hoverboard Self-Balance Bluetooth E Scooter... | 8.5" Hummer Electric Hoverboard Self Balance... | Smart Bluetooth Hoverboard Self Balance Scooter With LE... | 8.5" Electric Hoverboard Self Balancing Scooter UL2272... | 6.5" Electric Hoverboard LED UL2272 Self Balancing Scoot... | 8.5" Hummer Hoverboard Electric Self Balance Scooter... |
| $119.99 | $209.99 | $129.99 | $209.99 | $119.99 | $209.99 |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping | Free shipping |

---

Sponsored items based on your recent views 1/4     Feedback on our suggestions

     

| 6.5" Kid Bluetooth Hoverboard Self Balancing Electric Scoote... | Hoverboard LED Bluetooth Chrome Electric Self Balancin... | 6.5" Electric Hoverboard Bluetooth Speaker LED Self... | 6.5" Bluetooth Hoverboard Electric Self Balancing Scoote... | 6.5" Bluetooth Hoverboard Self Balancing Scooter UL Without... | Hover-1 Matrix 6.5in Wheels LED Sensor Bluetooth Speak... |
| $104.99 | $104.99 | $104.99 | $104.99 | $110.94 | $189.99 |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping | Free shipping |

---

Related sponsored items 1/2

<span style="float:right">Feedback on our suggestions</span>

    

| FC CE Certified 2 Wheels Self Balancing Electric Scooter... | Carrying Bag Handbag For 2 Wheels Self Balancing Smart... | Battery Charger for Scooter Hover Board Unicycle Self... | 2Pcs 10 Inch Tyre Wheel Tubes Outer Tires for Xiao-mi M365... | 42V Scooter Universal Charger For 2 Wheels Smart Self... | 1Pc Battery Charger for Scooter Hover Board Unicycle Self... |
|---|---|---|---|---|---|
| $9.99 | $14.95 | $9.99 | $22.99 | $13.49 | $9.99 |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping | Free shipping |

People who viewed this item also viewed 1/2

<span style="float:right">Feedback on our suggestions</span>

     

| Electric Hoverboard Self-Balance Bluetooth E Scooter... | 8.5" Hummer Electric Hoverboard Self Balance... | Smart Bluetooth Hoverboard Self Balance Scooter With LE... | 8.5" Electric Hoverboard Self Balancing Scooter UL2272... | 6.5" Electric Hoverboard LED UL2272 Self Balancing Scoot... | 8.5" Hummer Hoverboard Electric Self Balance Scooter... |
|---|---|---|---|---|---|
| $119.99 | $209.99 | $129.99 | $209.99 | $119.99 | $209.99 |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping | Free shipping |

Sponsored items based on your recent views 1/4

<span style="float:right">Feedback on our suggestions</span>

   

| 6.5" Kid Bluetooth Hoverboard Self Balancing Electric Scoote... | Hoverboard LED Bluetooth Chrome Electric Self Balancin... | 6.5" Electric Hoverboard Bluetooth Speaker LED Self... | 6.5" Bluetooth Hoverboard Electric Self Balancing Scoote... | 6.5" Bluetooth Hoverboard Self Balancing Scooter UL Without... | Hover-1 Matrix 6.5in Wheels LED Sensor Bluetooth Speak... |
|---|---|---|---|---|---|
| $104.99 | $104.99 | $104.99 | $104.99 | $110.94 | $189.99 |
| Free shipping | Free shipping | Free shipping Popular | Free shipping | Free shipping | Free shipping |

Back to home page <span style="float:right">Return to top</span>

About eBay   Announcements   Community   Security Center   Resolution Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ

 Norton SECURED





| Used SwagTron Vibe... Black Works Great HB8... | SwagTron Vibe T580... Parts/Salvage only | ...Board for Parts Amazon-i... Working Well Damaged... | Used Hover Hunk Balance... Board for Parts Broken AS-I... | Used HoverMetrix Balance... Board for Parts Broken AS-I... |
|---|---|---|---|---|
| $150.00 | $100.00 | $125.00 | $125.00 | $100.00 |
| + shipping | + shipping | + shipping | + shipping | + shipping |

| Description | Shipping and payments | | Report item |
|---|---|---|---|

Seller assumes all responsibility for this listing.

Last updated on  Feb 21, 2020 07:18:56 PST  View all revisions

eBay item number:  392662365719

### Item specifics

| Condition: | Used : ⓘ | | |
|---|---|---|---|
| Seller Notes: | "used, scuffed, torn pad" | | |
| Wheel Size: | 6 Inches | Wattage: | 300 Watts |
| Featured Refinements: | Self Balancing Scooter | Color: | Blue |
| Warranty: | 90 Days | MPN: | T1 |
| Maximum Weight: | 220lbs (100kg) | Brand: | SwagTron |
| Model: | SwagTron T1 | Suitable For: | Kids |

Used  blue  swagtron  T1  hoverboard  +  power cable Condition is Used. Bluetooth not tested. HB11

———————————————————————

-

**About Us**

We are a small business located in Maryland on the Eastern Shore that sells overstock products varying from electronics to clothing.

**About Our Items**

Our items come in varying conditions — from brand new overstock merchandise, to used goods (i.e: store displays). We do not know the history of our products beyond what is described in our item descriptions. Specifications of the items are taken from the manufacturer's website or other sources online. It is the responsibility of the buyer to confirm compatibility of the product before purchasing.

**Warranty**

Some of our products come to us with warranty information; however, it should be noted that, for used or open box items, we do not know whether these warranties are valid. If available, we include this information with the item, but it is not guaranteed by us to be valid with the manufacturer. We do recommend purchasing warranty through square trade!

**Payment**

Under no circumstances will we ask you to wire money—please beware of scams. If you have sent payment and have not received a tracking number by the end of the next business day (Monday – Friday), please contact us and we will be able to provide more information in regard to your order. If payment or shipping information is incomplete or invalid, your shipment will be delayed. We will make attempts to contact the buyer to obtain the necessary information in order to continue the shipping process. If we are unable to make contact within two business days, the order will be canceled and a full refund for the order will be issued.

**Shipping/Pickup**

We only ship to the continental US.  Sorry no shipping out of the United States or to APO/FPO, Hawaii, Alaska or Puerto Rico.

Please provide a complete address and fill each line of the shipping address as intended (i.e.: do not put the City & Zip code in Address Line 1). Avoid using abbreviations and acronyms whenever possible.
An incomplete, or invalid address may delay your order!

Nearly all our items for sale come with free shipping. Items with an associated shipping cost will be shown in the listing.  Once payment has been received, we try to have orders packed and shipped the same or next business day. If a problem arises, we will contact you with additional information regarding the order.

If an item is returned to our warehouse as a result of an incorrect or incomplete shipping address, the buyer will be responsible for the reshipment charges for the item.

**Returns**

Please contact us immediately if there are any problems upon receiving your item. If there is an issue with the item, or there was damage that occurred during shipment, we must be informed within 7 days of the delivery date for us to assist you. If a problem does occur, please retain all shipping material including the box in order to return the item for a refund/replacement    minus a 10% restocking fee.

PLEASE DO NOT RETURN AN ITEM WITHOUT NOTIFYING US.

If a return is due to our error, we pay the return shipping, and a FULL refund for the order is issued.

If the item is returned in a condition other than when it left our warehouse, the cosmetic/functional damages are paid for by the buyer.

**Feedback**

Please understand that we are susceptible to making human errors. If you encounter any problems with your eBay transaction, please contact us before leaving a negative

Feedback 📝

If a return is due to our error, we pay the return shipping, and a FULL refund for the order is issued.
If the item is returned in a condition other than when it left our warehouse, the cosmetic/functional damages are paid for by the buyer.

## **Feedback**

Please understand that we are susceptible to making human errors. If you encounter any problems with your eBay transaction, please contact us before leaving a negative feedback. Our main goal is to create and maintain good customer relations and will do whatever it may take to leave you satisfied with your purchase!

## **Contact Us**

Our business hours are 8:00 AM to 4:00 PM EST Monday to Saturday.
All inquiries will be handled same, or next business day.







Document title: Used blue swagtron T1 hoverboard + silicone guards and charger cables | eBay
Capture URL: https://www.ebay.com/itm/Used-blue-swagtron-T1-hoverboard-silicone-guards-and-charger-cables/392662365719?…
Capture timestamp (UTC): Fri, 07 Aug 2020 17:52:34 GMT

**Black** More | **White** More | **Multi-Color**








Open Box Swagtron T580 Hoverboard Scooter 6In...
~~$129.99~~
+ shipping
Popular

SWAGTRON Swagboard T882 Kids Hoverboard...
~~$98.00~~
+ shipping
Popular

Smart Balance Wheel Blue w/ Charger. Hover Board...
$149.99
+ shipping

6.5" Hoverboard Bluetooth LED Light Electric Self...
$104.99
+ shipping

Balancing Scooter 6.5' Wheel Electric Motorized...
$159.00
+ shipping

SISIGAD - Wheel Self-balancing wheel 6.5...
$249.99
+ shipping

### People who viewed this item also viewed 1/2

Feedback on our suggestions







6.5" Electric Hoverboard Bluetooth Speaker LED Self...
$104.99
Free shipping
Popular

6.5" Electric Hoverboard Self-Balancing LED Bluetooth...
$129.99
Free shipping

6.5" Hoverboard Bluetooth Self Balancing LED Electric...
$119.99
Free shipping

Jetson V12 Electra-Light Electric Self Balancing 500...
$104.99
~~$299.00~~
Free shipping
Popular

Used blue swagtron T1 hoverboard + silicone ...
$120.00
+ shipping

Open Box Swagtron T580 Hoverboard Scooter 6In...
~~$129.99~~
Free shipping
Popular

### More from this seller 1/2

Feedback on our suggestions








Used Works Hover-1 H1 Iridescent Self Balancing...
$100.00
+ shipping

Used SwagTron Vibe T580 - Black Works Great HB8...
$150.00
+ shipping

SwagTron Vibe T580 Parts/Salvage only
$100.00
+ shipping

Used hover board Horizon-1 Working Well Damaged...
$125.00
+ shipping

SWAGTRON Swagger High Speed Adult Electric...
$300.00
+ shipping

Used Hover-1 Helix Balance Board for Parts Broken AS-I...
$125.00
+ shipping

Back to home page | Return to top

More to explore : Hoverboard, Hoverboard Charger, Hoverboard Case, SwagTron, Hoverboard Cover, Mopar Splash Guards & Mud Flaps for Dodge Charger, Chrysler Splash Guards & Mud Flaps for Dodge Charger, Hoverboard Shell, Prime Guard Filters Oil Filters for Dodge Charger, Blue Car Covers for Dodge Charger

About eBay   Announcements   Community   Security Center   Resolution Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ

Norton SECURED





Document title: Used blue swagtron T1 hoverboard + silicone guards and charger cables | eBay
Capture URL: https://www.ebay.com/itm/Used-blue-swagtron-T1-hoverboard-silicone-guards-and-charger-cables/392662365719?...
Capture timestamp (UTC): Fri, 07 Aug 2020 17:52:34 GMT





Document title: Hoverboard Electric Scooter Bluetooth GPS LED Balance Self Balancing UI Bag | eBay
Capture URL: https://www.ebay.com/itm/Hoverboard-Electric-Scooter-Bluetooth-GPS-LED-Balance-Self-Balancing-UI-Bag/193367092135?_trkparms=ispr…
Capture timestamp (UTC): Fri, 07 Aug 2020 17:54:36 GMT

Hover-1 HORIZON
Hoverboard Electric Self...

$149.99
Free shipping

Universal Hoverboard
Charger - for 36V - 42V Self...

$12.99
$18.99
Free shipping

Hover HERO Hoverboard
Electric Self Balancing...

$99.99
Free shipping
Popular

Hover-1 Ultra Hoverboard
Electric Self Balancing...

$84.99
Free shipping
Popular

Electric SUV Hoverboard
Adjustable Go Cart...

$229.00
Free shipping

Self Balance Car Electric
Scooter Hoverboard Carry...

$9.99
Free shipping

---

| Description | Shipping and payments | | Report item |
|---|---|---|---|

Seller assumes all responsibility for this listing.

Last updated on  Jul 18, 2020 16:34:57 PDT  View all revisions

eBay item number:  193367092135

### Item specifics

| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is ... Read more | Color: | navy Blue |
|---|---|---|---|
| Brand: | Unbranded | MPN: | Does Not Apply |
| Featured Refinements: | Self Balancing Scooter Bag | UPC: | Does not apply |

### Hoverboard Electric Scooter  Bluetooth GPS LED Balance Self Balancing UI  Bag

**When you want minimalist, but like to party.**

With Hover board starts out all about that classy look. With a matte rubber-coated finished and smooth body lines, its like a nice new pair of shoes. Once you're ready to turn up the volume, the multi-color wheel lights are a blast and the LED light of the front and top of the board can change to the color of your choice. A built-in Bluetooth speaker pumping out tunes means your favorite songs go where you go. And thanks to the ultrabright LED headlights, people will see you coming, keeping you safe while you're riding in style. But that's not all. Download the app, pair it with your smartphone, and access learning modes, GPS, color changing lights, diagnostics and more. Good looks, street smarts, and music: what else could you need?

### Highlights

- App connectivity with learning modes
- Built-in Bluetooth V 4.0 2R5W speaker
- Built-in rechargeable Lithium-ion battery
- 5-hour max charge time
- Battery life indicator
- Customizable LED headlights
- Multi-Color LED wheels
- 2 x 200W motors
- 6 miles max range
- 7 mph max speed
- 10 degrees max incline climb
- 220 lbs max load
- 6.5" Wheels
- UN 38.3-certified / UL-certified battery
- UL-certified power cord
- Battery capacity: 25.2V, 4.0 Ah, with overcharge and discharge protection

---

Sponsored items based on your recent views  1/4

Feedback on our suggestions


Used hover board Horizon-1
Working Well Damaged...
$125.00
+ shipping
Seller 99.4% positive


Used blue swagtron T1
hoverboard + silicone ...
$100.00
+ shipping
Seller 99.4% positive


6.5" Kid Bluetooth
Hoverboard Self Balancing...
$104.99
Free shipping
New


Self Balancing Scooter LED
Off-Road Electric...
$129.99
$138.99
Free shipping
New




Hoverboard Bluetooth Hover
Board Self Balancing Electri...
$134.99
$149.99
Free shipping
New

6.5" Hoverboard Electric Self
Balancing Scooter UL W/...
$129.99
Free shipping
New



Explore more sponsored options: Color

---

$125.00
+ shipping
Seller 99.4% positive

$100.00
Seller 99.4% positive

$104.99
New

$129.99
Free shipping
New

$134.99
Free shipping
New

$129.99
Free shipping
New

## Explore more sponsored options: Color

### Multi-Color

More



Balancing Scooter 6.5"
Wheel Electric Motorized...
**$159.00**
+ shipping

SISIGAD - Wheel Self-
balancing wheel 6.5...
**$249.99**
+ shipping

### Black

More



Lamborghini 8.5"Electric
Balance Scooter Wireless...
**$284.94**
~~$306.39~~
+ shipping

Open Box Swagtron T580
Hoverboard Scooter 6in...
**$129.99**
~~$129.99~~
+ shipping
Popular

### White

More



White Mini Smart Electric
Scooter 2 Wheels Unicyc...
**$99.95**
+ shipping
Popular

Smart Balance Wheel Blue
w/ Charger, Hover Board...
**$149.99**
+ shipping

## Explore more sponsored options: Brand

### Lamborghini



Lamborghini 8.5" Bluetooth
Electric Balancing Scooter...
**$274.55**
~~$343.10~~
+ shipping

6.5inch Smart Electric
Scooter Bluetooth...
**$188.99**
+ shipping

US STOCK Lamborghini E-
Scooter Skateboard 2-Whe...
**$199.99**
~~$249.99~~
+ shipping

### People who viewed this item also viewed 1/2

Feedback on our suggestions



6.5" Electric Hoverboard Self-
Balancing LED Bluetooth...
**$129.99**
Free shipping

6.5" Hoverboard Bluetooth
Self Balancing LED Electric...
**$119.99**
Free shipping

Electric Hoverboard Self-
Balance Bluetooth E Scoote...
**$119.99**
Free shipping

6.5" Bluetooth Electric
Hoverboard Self-Balancing...
**$134.95**
Free shipping

6.5" Bluetooth Hoverboard
Electric Self Balancing...
**$134.99**
Free shipping

6.5" Bluetooth Hoverboard
LED Electric Self Balancing...
**$104.99**
Free shipping

Feedback

Back to home page

Return to

More to explore : Hoverboard, Smart Balance Scooter, New Balance, Self Balancing Unicycle, Hoverboard Case, Hoverboard Charger, Smart Balance Wheel Black Electric Scooters, New Balance Minimus, Balancing Bird, Hoverboard Cover

Document title: Hoverboard Electric Scooter Bluetooth GPS LED Balance Self Balancing Ul Bag | eBay
Capture URL: https://www.ebay.com/itm/Hoverboard-Electric-Scooter-Bluetooth-GPS-LED-Balance-Self-Balancing-Ul-Bag/193367092135?_trkparms=ispr...
Capture timestamp (UTC): Fri, 07 Aug 2020 17:54:36 GMT
Page 3 of 4






Balancing Scooter 6.5"
Wheel Electric Motorized...
**$159.00**
+ shipping

SISIGAD - Wheel Self-
balancing wheel 6.5...
**$249.99**
+ shipping

Lamborghini 8.5"Electric
Balance Scooter Wireles...
**$284.94**
~~$306.39~~
+ shipping
Popular

Open Box Swagtron T580
Hoverboard Scooter 6in...
~~$129.99~~
**$**
+ shipping
Popular

White Mini Smart Electric
Scooter 2 Wheels Unicyc...
**$99.95**
+ shipping
Popular

Smart Balance Wheel Blue
w/ Charger. Hover Board...
**$149.99**
+ shipping

## Explore more sponsored options: Brand



### Lamborghini




Lamborghini 8.5" Bluetooth
Electric Balancing Scooter...
**$274.55**
~~$343.19~~
+ shipping

6.5Inch Smart Electric
Scooter Bluetooth...
**$188.99**
+ shipping

US STOCK Lamborghini E-
Scooter Skateboard 2-Whe...
**$199.99**
~~$249.99~~
+ shipping

### People who viewed this item also viewed 1/2

Feedback on our suggestions









6.5" Electric Hoverboard Self-
Balancing LED Bluetooth...
**$129.99**
Free shipping

6.5" Hoverboard Bluetooth
Self Balancing LED Electric...
**$119.99**
Free shipping

Electric Hoverboard Self-
Balance Bluetooth E Scooter...
**$119.99**
Free shipping

6.5" Bluetooth Electric
Hoverboard Self-Balancing...
**$134.95**
Free shipping

6.5" Bluetooth Hoverboard
Electric Self Balancing...
**$134.99**
Free shipping

6.5" Bluetooth Hoverboard
LED Electric Self Balancing...
**$104.99**
Free shipping

Back to home page

More to explore : Hoverboard, Smart Balance Scooter, New Balance, Self Balancing Unicycle, Hoverboard Case, Hoverboard Charger, Smart Balance Wheel Black Electric Scooters, New Balance Minimus, Balancing Bird, Hoverboard Cover

Return to top

About eBay   Announcements   Community   Security Center   Resolution Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ

Norton SECURED





| Charge Time: | 5 - 6 hrs | | Weight Capacity: | 200 lbs |
| Features: | Battery Life Indicator | | | |
| Top Speed: | 7 mph | | | |

- **SAFETY UL 2272 CERTIFICATIONS** - Emaxusa hoverboards have passed strict electrical test and meet UL2272 standards to ensure safety. Any issue just feel free to contact us.
- **SELF BALANCING CONTROL SYSTEM** - Full of technology and easy to learn for beginners and amateurs. Li-ion batteries, dual hub motors, quick charging and longer using time.
- **EXCELLENT PERFORMANCE** - Equipped with a high-end battery to maintain up to 4-5 km, Dual 300W engines that gives the power of the overboard that you can reach the max speed of 15 km / h, climb the slopes angle of 15 degrees. (varied depending on the weight of the load, the terrain and the speed and condition of the road).
- **BLUETOOTH SPEAKER&LED LIGHTS** - Built-in music speaker, connecting with your smart phone to enjoy favorite music. Fantastic LED lights flickering in the front of the pedal which makes you super cool when riding!
- **PERFECT GIFTS** - 6.5" wheels with high quality rubber tires and comfortable foot pedals, provide smooth riding experience. Specially designed for beginners, free your feet - new way for transportation!

Our self-balancing scooter are UL2272 certified for safe operation. You can download a cpy of the certification by visit the following link and search for: https://iq.ulprospector.com/en/_?p=10005,10048,10006,10047&qm=q:E350715

the item is UL 2272 certified and include a link to the UL Online Certifications Directory showing the certification. Only US domestic shipping is allowed for these approved items.

https://iq.ulprospector.com/en/_?p=10005,10048,10006,10047&qm=q:E350715

Sponsored items based on your recent views 1/4

Feedback on our suggestions

     

| Hoverboard Electric Scooter Bluetooth GPS LED Balance... | Used hover board Horizon-1 Working Well Damaged... | Used blue swagtron T1 hoverboard + silicone ... | 6.5" Kid Bluetooth Hoverboard Self Balancing... | 6.5" Lamborghini Smart Electric Scooter 2-Wheels... | Hover-1 HELIX Hoverboard Electric Self Balancing... |
| **$255.97** | **$125.00** | **$100.00** | **$104.99** | **$238.99** | **$99.99** |
| Free shipping | + shipping | + shipping | Free shipping | Free shipping | Free shipping |
| Seller 100.0% positive | Seller 99.4% positive | Seller 99.4% positive | New | New | Seller 100.0% positive |



Back to home page

Return to top

About eBay    Announcements    Community    Security Center    Resolution Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ

Norton SECURED  

Feedback



Visit Store: Finishline Industries Inc

Sign up for newsletter

MX Apparel | Hammer Nutrition | Azonic Bike Parts/Accessories

## Categories

Other  >

# Smart Electric 2 Wheel Balancing Scooter LED Lights Black 6.21MPH 220lbs

## 2 Wheel Lighted Electric Scooter

## Max Speed: 6.21MPH

## Max Weight: 220lbs - Min Weight: 44lbs

## Battery Type: Built-in Rechargeable Lithium Battery

## Voltage: 36V

## Weight: 26lbs/12kg

## Included in Box:  1 Scooter, 1 Manual
## 1 Wall Charger

## Used Item - In Beautiful Pre-Owned Condition - Showing Minimal Wear

### *YOUR FEEDBACK IS VERY IMPORTANT TO US*

*WE WILL DO EVERYTHING IN OUR POWER TO ASSIST & AID YOU INTO LEAVING US A ALL 5 STARS POSITIVE FEEDBACK RATING. IF YOU FEEL YOU CANNOT LEAVE ALL 5 STARS, PLEASE CONTACT US WITH YOUR CONCERN, & WILL TRY OUR ABSOLUTE BEST TO RESOLVE YOUR ISSUE PROMPTLY & EFFICIENTLY!!*

### >>>>> ALL ORDERS WILL RECEIVE A TRACKING NUMBER <<<<<

### SHIPPING POLICY

#### Domestic (USA) Shipping Policy:

Domestic orders have the following shipping options: (we use USPS & Fedex)

1. First-Class Mail: This is the cheapest option, available for items that are 13 ounces or less. The delivery time is within 3 days or less. This method does not offer step by step tracking, but will offer an acceptance notification & a delivery confirmation.

2. Priority Mail: The delivery time for this method is: within 2 days in most cases. This method does provide step by step tracking however it is not guaranteed all the time. They will provide a acceptance notification & a delivery confirmation.

3. Fedex Ground or Home Delivery: The delivery time for this method is: 5-7 business days, This method does indeed provide step by step tracking.

Sponsored items based on your recent views 1/3

Feedback on our suggestions








eBay Shopping

**Domestic (USA) Shipping Policy:**

Domestic orders have the following shipping options: (we use USPS & Fedex)

1. **First-Class Mail:** This is the cheapest option, available for items that are 13 ounces or less. The delivery time is within 3 days or less. This method does not offer step by step tracking, but will offer an acceptance notification & a delivery confirmation.

2. **Priority Mail:** The delivery time for this method is: within 2 days in most cases. This method does provide step by step tracking however it is not guaranteed all the time. They will provide a acceptance notification & a delivery confirmation.

3. **Fedex Ground or Home Delivery:** The delivery time for this method is: 5-7 business days, This method does indeed provide step by step tracking.

---

Sponsored items based on your recent views 1/3                        Feedback on our suggestions

     

| Hoverboard Electric Scooter Bluetooth GPS LED Balance... | Used hover board Horizon-1 Working Well Damaged... | Hover-1 HELIX Hoverboard Electric Self Balancing... | Hover-1 LIBERTY Hoverboard Electric Self Balancing... | Hover-1 ULTRA Hoverboard Electric Self Balancing... | Hover-1 HORIZON Hoverboard Electric Self... |
|---|---|---|---|---|---|
| $255.97 | $125.00 | $99.99 | $84.99 | $99.99 | $149.99 |
| Free shipping | + shipping | Free shipping | Free shipping | Free shipping | Free shipping |
| Seller 100.0% positive | Seller 99.4% positive | Seller 100.0% positive | Seller 100.0% positive | Seller 100.0% positive | Seller 100.0% positive |

---

More from this seller 1/2                        Feedback on our suggestions

     

| HOVER-1 HORIZON HY-H2L-BLK Electric Scooter Black... | AVIA AV-WRN1018B High Visiblty LED Runners... | SPRI 02-71654 75cm Anti-Burst Weighted Performance... | EVOLVE GAIAM No-Slip Blue Yoga Mat Towel Yoga Block ... | EVOLVE By GAIAM Black 6ft Yoga Strap 100% Polyester... | Black Leather Padded Fingerless Weight Lifting... |
|---|---|---|---|---|---|
| $229.99 | $9.99 | $39.99 | $42.99 | $8.99 | $8.99 |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping | Free shipping |

---

Back to home page                                                                 Return to top

About eBay   Announcements   Community   Security Center   Resolution Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ

 Norton SECURED

Feedback

Document title: Smart 2 Wheel Electric Balancing Scooter LED Lights Black 6.21MPH 220lbs | eBay
Capture URL: https://www.ebay.com/itm/Smart-2-Wheel-Electric-Balancing-Scooter-LED-Lights-Black-6-21MPH-220lbs/293640066305?…
Capture timestamp (UTC): Fri, 07 Aug 2020 18:01:24 GMT                                    Page 3 of 3







| | | | | | |
|---|---|---|---|---|---|
| 6.5" Tire Balance Scooter 3 Modes Transparent LED... | Xiaomi Ninebot Electric Balance Scooter APP... | Xiaomi N4M340 11 inch Electric Balance Scooter 2x... | Convoy L6 Cree XHP70 N4 1C 3800LM Rugged... | CREE XML T6 LED Flashlight torch 4000 lumens 3 Mode... | Nitecore MH20 Cree XM L2 U2 6000K 1000L IPX8 7Mod... |
| $399.99 | $749.99 | $1,199.99 | $89.99 | $9.99 | $87.99 |
| $449.99 | | | | | |
| + $1,000.00 shipping | + $180.00 shipping | + $170.00 shipping | Free shipping | Free shipping | Free shipping |

---

**Description** | **Shipping and payments**                                         **Report item**

Seller assumes all responsibility for this listing.

Last updated on Aug 03, 2020 05:50:08 PDT  View all revisions

eBay item number: 293140550669

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is ... Read more | Non-Domestic Product: | No |
| Type: | Hoverboard | Modified Item: | No |
| Features: | UL 2272 certified | Custom Bundle: | No |
| Color: | Multi (optional) | Certification:: | UL 2272 Certified |
| MPN: | Does Not Apply | Max Payload: | 120kg |
| Brand: | Mega Motion | | |

**\*Ship from EU warehouse in France/Germany Tax free 3-7 business days delivery!**

**Main Features**

[GO SAFER] UL 2272 Certified balance board with UL 2272 Certified Smart Battery. Underwent and passed 159 tests regarding safety regulations, meaning no potential fire hazards. Recommend at the weight over 20 kg.

[YOUR PLUS ADVANTAGE] Enjoy your favorite music even while driving via Bluetooth through the built-in wireless speaker. LED headlights for the cool look while driving.

[POWERFUL PERFORMANCE] 2 powerful engines take you safely and quickly to your destination with a top speed of 12 km/h, full non-inflatable tires and a range of up to 15 km with just one battery charge.

[Safe at the wheel] The integrated gyro sensor ensures fast learning in just a few minutes and will certainly get you to your destination quickly.

[WARRANTY] Each Mega Motion self balance scooter with a 1-Year manufacturer warranty against mechanical defects. If you receive a defective item, any technical support or customer service support needed for return or replacement, please contact us.

\*Note:

Please wear protective equipment well before riding.

Please do not overcharge the hover board.

Please use the charger that we provided

**Specification**

| | |
|---|---|
| Folding Type | Non-folding |
| Max Payload | 120kg |
| Mileage (depends on road and driver weight) | 15-20km |
| Transmission Distance | 5m without obstacles |
| Charging Time | 2-3 hours |
| Wheel Number | 2 Wheel |
| Package Contents | MM Hover board*1; EU Plug or UK plug*1; User Manual*1 |
| For | Office Workers,Teenagers,Adults,Kids,Children |
| Tire Diameter | 6.5 inches |
| Package size (L x W x H) | 69.5 x 24 x 23.5 cm |
| Maximum Mileage | 20km |

| | |
|---|---|
| For | Office Workers,Teenagers,Adults,Kids,Children |
| Tire Diameter | 6.5 inches |
| Package size (L x W x H) | 69.5 x 24 x 23.5 cm |
| Maximum Mileage | 20km |
| Version | V2.0 |
| Maximum Speed (km/h) | 15km/h |
| Model Number | ES09 |
| Type | Self Balancing Scooter |
| Seat Type | without Seat |
| Permissible Gradient (depends on your weight) | 15-30 degree |
| Package weight | 10.5 kg |
| Maximum Grade Ability | 30 degrees |
| Bluetooth | yes |



Safety First:



Feedback





## Sponsored items based on your recent views 1/3

Feedback on our suggestions








| 6.5/8.5" Lamborghini Electric Balance Scooter Kids Adult... | 6.5" Off Road Hooverboard Electric Balancing Scooter... | 6.5" Hoverboard Self Balance Electric Scooter Bluetooth... | 6.5" Wheels Bluetooth Hoverboard Electric Self... | Jetson Rave Extreme Terrain Hover Scooter Cosmic Ligh... | Jetson Rave Extreme Terrain Hover Scooter Cosmic Ligh... |
|---|---|---|---|---|---|
| $199.00 | $134.99 | $127.99 | $129.99 | $109.97 | $158.86 |
| Free shipping | $142.99 | Free shipping | Free shipping | + shipping | $169.00 |
| Seller 99.1% positive | Free shipping | New | Last one | Pre-owned | + shipping |
|  | New |  |  |  | New |

## Explore more sponsored options: Type

Scooters



SELF BALANCING SCOOTER
ELECTRIC BLUETOOTH...

$190.56
+ shipping

## People who viewed this item also viewed 1/2

Feedback on our suggestions
















6.5/8.5" Lamborghini Electric Balance Scooter Kids Adult...

$199.00
Free shipping
Seller 99.1% positive

6.5" Off Road Hooverboard Electric Balancing Scooter...

$134.99
$142.99
Free shipping
New

6.5" Hoverboard Self Balance Electric Scooter Bluetooth...

$127.99
Free shipping
New

6.5" Wheels Bluetooth Hoverboard Electric Self...

$129.99
Free shipping
Last one

Jetson Rave Extreme Terrain Hover Scooter Cosmic Ligh...

$109.97
+ shipping
Pre-owned

Jetson Rave Extreme Terrain Hover Scooter Cosmic Ligh...

$158.86
$169.00
+ shipping
New

## Explore more sponsored options: Type

### Scooters




SELF BALANCING SCOOTER
ELECTRIC BLUETOOTH...

$190.56
+ shipping

---

### People who viewed this item also viewed  1/2

Feedback on our suggestions








6.5" Hoverboard Bluetooth Self Balancing LED Electric...

$119.99
Free shipping

6.5 Balance Scooter with Bluetooth Speaker LED Light...

$219.00
Free shipping

6.5" Wheels Hoverboard Electric Self Balance Scoot...

$134.99
Free shipping

6.5" Electric Hoverboard Self-Balancing LED Bluetooth...

$129.99
Free shipping

6.5" LED Bluetooth Hoverboard Self Balance...

$104.99
Free shipping

6.5" Wheels Bluetooth Hoverboard Electric Self...

$129.99
Free shipping
Almost gone

---

Back to home page

Return to top

More to explore : LED Lights with 1-5 Bulbs for Mazda 6,  LED Light Bulbs for Mazda 6,  Smart Balance Scooter,  LED LED Light Bulbs for Mazda 5,  Oracle Lighting LED Light Bulbs for Mazda 6,
LED Lights for Saab 9-5,  Electric Scooter Motor,  Automotive Tire Wheel Balancers,  Scooter Starter Motors for Aprilia,  LED Light Bulbs for Mazda 6

About eBay    Announcements    Community    Security Center    Resolution Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ

Feedback

Norton SECURED

Document title: 6.5&quot; Tire Balance Scooter Dual Motor Bluetooth LED Lights 20km Range CE RoHS FC | eBay
Capture URL: https://www.ebay.com/itm/6-5-Tire-Balance-Scooter-Dual-Motor-Bluetooth-LED-Lights-20km-Range-CE-RoHS-FC/293140550669?…
Capture timestamp (UTC): Fri, 07 Aug 2020 18:04:38 GMT





| | | | | | |
|---|---|---|---|---|---|
| Qili Power | | | | | |
| Lithium Battery Charger Razor Scooter Hovertrax 2... | Swagtron X1 Air Terrain Bi... Kick Scooter ASTM-Certifie... | Custom Electric Hover Scooter 400W UL 2272... | Universal Hoverboard Charger - for 36V - 42V Self... | 6.5 inch Smart Two Wheel Self Balancing Electric... | Replacement Charger For Swagtron T5 and T580 2... |
| $12.99 | $99.99 | $130.99 | $12.99 | $9.99 | $11.99 |
| $26.00 | $129.99 | $249.99 | $18.99 | | |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping | Free shipping |
| | Popular | Popular | | | |

---

**Description** | Shipping and payments

Report item

Seller assumes all responsibility for this listing.

eBay item number: 363044701211

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | Used : ⓘ | | |
| Seller Notes: | "Used: An item that has been used previously. The item may have some signs of cosmetic wear, but is fully operational and functions as intended. This item may be a floor model or store return that has been used. See the seller's listing for full details and description for any information." | | |
| Model: | T580 | Color: | Black |
| Modified Item: | No | MPN: | Does Not Apply |
| Custom Bundle: | No | Brand: | SwagTron |
| UPC: | 858212006606 | | |

---

geeks.com

**Geeks**
geeks (109631 ★) 97.9%
📰 Sign up for newsletter

Search within store

🔍

Visit Store: Geeks

### Categories

Computers/Tablets & Networking ›

Consumer Electronics ›

Cell Phones & Accessories ›

## Blue Swagtron Pro T1 UL 2272 Certified Hoverboard (charger Included!)
### (MEDIUM SCRATCHES AND BLEMISHES)

- **Blue Swagtron Pro T1 UL 2272 Certified Hoverboard (charger Included!) C**

- **General Features:**
- Color: Black
- Self-Balancing Hoverboard
- Built-in Dynamic Bluetooth Speaker: Roll up. Rock out. Connect your smartphone via Bluetooth and jam with your favorite tunes
- iOS/Android Companion App: Download the SWAGTRON app and unlock your hoverboard's full potential, including Advanced riding mode
- SentryShield technology and Smart Battery Management for multi-layered protection
- Ultra-durable ABS casing and 6.5" hard rubber tires with aluminum rimmed wheels
- Non-slip foot pedals for a comfortable, more stable ride
- Solid motor and gear stabilization for tighter control at high speeds and downhill traction
- Learning mode and standard mode allow for all riding experience levels
- Bright LED lights
- LED battery indicator
- Eco friendly zero emission
- Lead-free components (RoHS compliant)

- **Specifications:**
- Safety Standards: UL 2272 certified
- Bluetooth Version: 2.1+EDR
- Speaker Specifications: 4Ω  3W / 2Ω  5W
- Maximum Speed: 7.5 MPH / 12.07 km/h
- Maximum Range: 8 miles
- Maximum Incline: 30°
- Turning Radius: 0 °
- Charge time: Less than 2 hours
- Maximum Rider Weight: 220 lbs / 100kg
- Minimum Rider Weight: 44 lbs / 20kg
- Chassis Height: 1.18-inches
- Pedal Height: 4.3-inches
- Terrain Type: Flat

- **Battery Specifications:**
- Type: Lithium-ion
- Charging Time: 90- 100 minutes
- Voltage: 25.9Vdc, 2.6A
- Capacity: 67.34Wh


Feedback

- Pedal Height: 4.3-inches

- **Battery Specifications:**
- Type: Lithium-ion
- Charging Time: 90- 100 minutes
- Voltage: 25.9Vdc, 2.6A
- Capacity: 67.34Wh
- Battery Shielding: Fire-Retardant plastic casing

- **Power Adapter Specifications:**
- Input: 100-240V ~ 50/60Hz
- Output: 29.4V===2A

- **Dimensions:**
- 7 x 23 x 4-inches (H x W x D, approximate)

## Package Includes:

- SWAGTRON Swagboard Vibe T580 Bluetooth Hoverboard
- Charging adapter

## Requirements/Disclosures:

- **Notes:**
- **Model: T580**
- **UPC: 8 58212 00655 2**
-
- **Product Requirements:**
- Bluetooth smartphone device
- SWAGTRON app
- Power outlet

**(MEDIUM SCRATCHES AND BLEMISHES)**

Step on the Swagboard Vibe T580 and bring your soundtrack on your next neighborhood adventure. Cruise up to 7.5 miles per hour for a range up to 8 miles on a single battery charge. Or climb those 30-degree hills on campus and get to your next class with time to spare.

Unlock advanced features with the SWAGTRON companion app, compatible with iOS and Android. Check battery life, monitor system stats, track your route and more. Use the app to play music on the Vibe T580's built-in dynamic Bluetooth speaker, or switch riding modes between "Learning" and "Standard." Ready for a challenge? Activate "Advance mode" via the app and unleash the beast.

We've packed the Vibe T580 with loads of in-demand features. But doesn't mean we forgot the basics. Riding is as simple as start, steer and stop. Hop on the slip-safe foot pads and navigate with your feet. Intelligent gyroscopic sensors know where you want to go and powerful dual motors take you there. Just shift your weight to control the ride.

Like all SWAGTRON Swagboards, the Vibe T580 has passed rigorous safety tests for UL2272 certification. Our patented SentryShield® and Smart Battery Management technology offer additional multi-layered protection against over-voltage and extreme spikes in battery temperature.

Other features include bright LED headlights, on-board battery and system indicators and non-slip foot pads.

The Vibe T580 is sturdy enough to support riders between 44 and 220 pounds. It's also lightweight enough at just 20 pounds to be easily carried when you're on the go. Pair it with one of our Swagbags for the perfect complement to your Vibe.



Sponsored items based on your recent views 1/3                                              Feedback on our suggestions

6.5" Tire Balance Scooter    6.5/8.5" Lamborghini Electric    Jetson V12 Electra Light    SWAGTRON T8 Lithium-Free    6.5" Electric Hoverboard    6.5" Off Road Hoverboard



6.5" Tire Balance Scooter Dual Motor Bluetooth LED...
**$319.99**
+ $1,000.00 shipping
New

6.5/8.5" Lamborghini Electric Balance Scooter Kids Adult...
**$199.00**
Free shipping
Seller 99.1% positive

Jetson V12 Electra-Light Electric Self Balancing 500...
**$104.99**
~~$299.99~~
Free shipping
Seller 99.1% positive



SWAGTRON T8 Lithium-Free Battery Hoverboard Self-...
Free shipping
New

6.5" Electric Hoverboard Bluetooth Speaker LED Self...
**$104.99**
Free shipping
New




6.5" Off Road Hooverboard Electric Balancing Scooter...
**$134.99**
~~$142.99~~
Free shipping
New

## Explore more sponsored options: Brand

### Lamborghini



US STOCK Lamborghini E-Scooter Skateboard 2-Whe...
**$199.99**
~~$249.99~~
+ shipping

6.5" Lamborghini E-Scooter Skateboard Smart Electric...
**$199.00**
+ shipping

Lamborghini 8.5" Bluetooth Electric Balancing Scooter...
**$274.55**
~~$343.19~~
+ shipping

## Explore more sponsored options: Color



**Blue**                          More

6.5" Bluetooth Hoverboard LED Self Balancing Electri...
**$104.99**
+ shipping

Jetson V12 Electra-Light Electric Self Balancing...
**$104.99**
~~$299.99~~
+ shipping
Popular



**White**                         More

White Mini Smart Electric Scooter 2 Wheels Unicyc...
**$99.95**
+ shipping
Popular

Smart Balance Wheel Blue w/ Charger. Hover Board...
**$149.99**
+ shipping



**Gray**                          More

8.5" Off Road Hoverboard Electric Balance Scooter...
**$189.99**
+ shipping

8.5" Hummer Hoverboard Electric Balance Self...
**$189.99**
+ shipping

## People who viewed this item also viewed  1/2

Feedback on our suggestions



Hover-1 ULTRA Hoverboard Electric Self Balancing...

Swagtron Swagboard Pro T1 UL 2272 Certified w/...

Jetson V12 Electra-Light Electric Self Balancing 500...

Black Swagtron Pro T1 UL 2272 Certified Hoverboard...

6.5" Electric Hoverboard Bluetooth Speaker LED Self...

Open Box Swagtron T5 Kid Hoverboard Self Balancing...

Document title: Blue Swagtron Pro T1 UL 2272 Certified Hoverboard (charger Included!) | eBay
Capture URL: https://www.ebay.com/itm/Blue-Swagtron-Pro-T1-UL-2272-Certified-Hoverboard-charger-Included/363044701211?…
Capture timestamp (UTC): Fri, 07 Aug 2020 18:05:36 GMT




**6.5" Bluetooth Hoverboard LED Self Balancing Electri...**
$104.99
+ shipping

**Jetson V12 Electra-Light Electric Self Balancing...**
$104.99
~~$299.99~~
+ shipping
Popular

**White Mini Smart Electric Scooter 2 Wheels Unicyc...**
$99.95
+ shipping
Popular

**Smart Balance Wheel Blue w/ Charger. Hover Board...**
$149.99
+ shipping

**8.5" Off Road Hoverboard Electric Balance Scooter...**
$189.99
+ shipping

**8.5" Hummer Hoverboard Electric Balance Scooter...**
$189.99
+ shipping

---

People who viewed this item also viewed  1/2

Feedback on our suggestions









**Hover-1 ULTRA Hoverboard Electric Self Balancing...**
$99.99
Free shipping
Popular

**Swagtron Swagboard Pro T1 UL 2272 Certified with...**
$94.00
+ shipping  0 bids

**Jetson V12 Electra-Light Electric Self Balancing 500...**
$104.99
~~$299.99~~
Free shipping
Popular

**Black Swagtron Pro T1 UL 2272 Certified Hoverboard...**
$99.99
+ shipping
Last one

**6.5" Electric Hoverboard Bluetooth Speaker LED Self...**
$104.99
Free shipping
Popular

**Open Box Swagtron T5 Kid Hoverboard Self Balancing...**
$119.99
Free shipping

---

More from this seller

Feedback on our suggestions






**Black Swagtron Pro T1 UL 2272 Certified Hoverboard...**
$99.99
+ shipping
Last one

**Large Blue Fitbit FB407SBKS Charge 2 Heart Rate**
$22.99
+ shipping

**Large FB407SBKS Fitbit Charge 2 Heart Rate w/ Extr...**
$31.99
+ shipping

**Small FB407SBKS Fitbit Charge 2 Heart Rate w/...**
$26.99
+ shipping

---

Back to home page

Return to top

More to explore : Hoverboard,  Hoverboard Charger,  Hoverboard Case,  SwagTron,  Hoverboard Cover,  Xenon Light Bulbs for Dodge Charger Ballast Included,  Hoverboard Shell,  Pro Source Parts for Dodge Charger,  Fel-Pro Parts for Dodge Charger,  Service Pro Parts for Dodge Charger

About eBay   Announcements   Community   Security Center   Resolution Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ

Feedback


Norton SECURED


---

Document title: Blue Swagtron Pro T1 UL 2272 Certified Hoverboard (charger Included!) | eBay
Capture URL: https://www.ebay.com/itm/Blue-Swagtron-Pro-T1-UL-2272-Certified-Hoverboard-charger-Included/363044701211?…
Capture timestamp (UTC): Fri, 07 Aug 2020 18:05:36 GMT









42V 2A Charger Ad... | Power Cord For Hoverboard... | Power Cord For Hoverboard... | Scooter Hover Board... | Balance Scooter Wheel... | Scooter Hover Board...
Power Cord For Hoverboard...

$10.99 | $9.99 | $9.99 | $9.99 | $10.99 | $9.99
Free shipping | Free shipping | Free shipping | Free shipping | Free shipping | Free shipping
| Popular

**Description** | Shipping and payments

Report item

Seller assumes all responsibility for this listing.

eBay item number: 153999712077

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | Used: An item that has been used previously. The item may have some signs of cosmetic wear, but is fully ... Read more | Brand: | Smart Balance Wheel |
| Featured Refinements: | Smart Balance Scooter | Model: | smart |
| Color: | Red | | |

Used Red Smart Balance Wheel Hover Board with Charger and instructions . Condition is Used. Shipped with USPS Priority Mail.

Sponsored items based on your recent views 1/3

Feedback on our suggestions



6.5" Tire Balance Scooter Dual Motor Bluetooth LED... | 6.5/8.5" Lamborghini Electric Balance Scooter Kids Adult... | Electric Bluetooth Hoverboard Self Balance... | Electric Hoverboard Self-Balance Bluetooth E Scoote... | Bluetooth Hoverboard Self Balance Electric Scooter... | Jetson V12 Electra-Light Electric Self Balancing 500...

$319.99 | $199.00 | $119.99 | $119.99 | $119.99 | $104.99
+ $1,000.00 shipping | Free shipping | Free shipping | Free shipping | Free shipping | $299.99
New | Seller 99.1% positive | New | New | New | Free shipping
| | | | | Seller 99.1% positive

### Explore more sponsored options: Brand

SwagTron                                     More | Lamborghini

 

Open Box Swagtron T580 Hoverboard Scooter 6in... | Swagtron Lithium-Free Hoverboard for Kids &... | SWAGTRON Swagboard T882 Kids Hoverboard Du... | 6.5Inch Smart Electric Scooter Bluetooth...

$129.99 | $109.99 | $98.00 | $188.99
+ shipping | + shipping | + shipping | + shipping
Popular | Almost gone | Popular

Feedback

Document title: Used Smart Balance Wheel Hover Board with Charger | eBay
Capture URL: https://www.ebay.com/itm/Used-Smart-Balance-Wheel-Hover-Board-with-Charger/153999712077?hash=item23db191f4d:g:84YAAOSwADZerGdu
Capture timestamp (UTC): Fri, 07 Aug 2020 18:43:14 GMT

Page 2 of 3



**6.5" Tire Balance Scooter Dual Motor Bluetooth LED...**
$319.99
+ $1,000.00 shipping
New

**6.5/8.5" Lamborghini Electric Balance Scooter Kids Adult...**
$199.00
Free shipping
Seller 99.1% positive

**Electric Bluetooth Hoverboard Self Balance...**
$119.99
Free shipping
New

**Electric Hoverboard Self-Balance Bluetooth E Scoote...**
$119.99
Free shipping
New

**Bluetooth Hoverboard Self Balance Electric Scooter...**
$119.99
Free shipping
New

**Jetson V12 Electra-Light Electric Self Balancing 500...**
$104.99
$299.99
Free shipping
Seller 99.1% positive

## Explore more sponsored options: Brand

### SwagTron                                          More



**Open Box Swagtron T580 Hoverboard Scooter 6In...**
$129.99
+ shipping
Popular

**Swagtron Lithium-Free Hoverboard for Kids &...**
$109.99
+ shipping
Almost gone

**SWAGTRON Swagboard T882 Kids Hoverboard Du...**
$98.00
+ shipping
Popular

### Lamborghini



**6.5Inch Smart Electric Scooter Bluetooth...**
$188.99
+ shipping

## People who viewed this item also viewed 1/2                    Feedback on our suggestions



**Smart Balance Wheel Black w/ Charger. Hover Board...**
$149.99
+ $3.99 shipping
Popular

**Smart Balance Wheel Blue w/ Charger. Hover Board Electr...**
$149.99
+ $3.99 shipping

**6.5" Electric Hoverboard Self-Balancing LED Bluetooth...**
$129.99
Free shipping

**Electric Bluetooth Hoverboard Self Balance...**
$119.99
Free shipping

**Hoverboard Self Balancing LED Bluetooth Scooter 6.5"...**
$119.99
Free shipping

**Aob Red Smart Balance Wheel Hoverboard Charger...**
$89.99
+ shipping
0 bids

---

Back to home page                                                                Return to top
**More to explore :**  Smart Balance Scooter,  Indo Board Balance Trainers,  Automotive Tire Wheel Balancers,  New Balance Sneakers US Size 8.5 for Women,  Smart Computer Graphics Tablets, Boards & Pens,
Board Balance Trainers,  Smart Balance Wheel Black Electric Scooters,  Nerf Bars & Running Boards for Dodge Charger,  Heavy Duty/Commercial Automotive Tire Wheel Balancers Balancers,
Apple Smart Watch Chargers & Docking Stations

About eBay      Announcements      Community      Security Center      Resolution Center      Seller Center      Policies      Affiliates      Help & Contact      Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ

 

---

Document title: Used Smart Balance Wheel Hover Board with Charger | eBay
Capture URL: https://www.ebay.com/itm/Used-Smart-Balance-Wheel-Hover-Board-with-Charger/153999712077?hash=item23db191f4d:g:84YAAOSwADZerGdu
Capture timestamp (UTC): Fri, 07 Aug 2020 18:43:14 GMT

 Shop by category

Search for anything | All Categories | **Search** | Advanced

‹ Back to previous page | Listed in category: Sporting Goods › Outdoor Sports › Scooters › Self-Balancing Scooters › See more Jetson X10 Extreme Terrain Hover Scooter With ...


®Hoverboards.com | Shop Deals
Avoid the Knock-Offs! We only use the latest Hoverboard Technology & Aluminum Wheels.

This listing has ended.

**Related sponsored items** 1/2

Feedback on our suggestions








| Jetson Rave Extreme Terrain Hover Scooter Cosmic Ligh... | All terrain Hover board Chrome Electric Balancing... | Jetson Element Folding Electric Scooter with LED... | Hover-1 LIBERTY Hoverboard Electric Self Balancing... | 6.5" Hoverboard Electric Self Balance Scooter LED Lights... | JETSON PROTONBLK SCOOTER,ELECTRIC SPHERE |
| $109.97 | $134.99 | $272.00 | $84.99 | $129.99 | $264.76 |
| + shipping | $169.99 | $340.00 | Free shipping | Free shipping | $496.99 |
|  | Free shipping | + $28.00 shipping | Popular |  | Free shipping |

**Similar sponsored items** 1/2

Feedback on our suggestions







| City Cruiser 8.5" Electric Scooter All Terrain Tires... | Jetson Rave Extreme Terrain Hover Scooter Cosmic Light... | HOVER-1 All-Star 7MPH Electric Scooter w/6.5" Tire... | Jetson Rave Extreme Terrain Hover Scooter Cosmic Light... | Hover-1 ULTRA Hoverboard Electric Self Balancing... | Hover-1 FREEDOM Hoverboard Electric Self... |
| $199.99 | $158.86 | $125.00 | $109.97 | $99.99 | $74.99 |
| Free shipping | $169.00 | + shipping | + shipping | Free shipping | Free shipping |
|  | + shipping |  |  | Popular |  |



**Jetson X10 Extreme Terrain Hover Scooter with Led Lights JX10-GM. BRAND NEW**

★★★☆☆ 3 product ratings

| Condition: | New |
| Sold for: | US $199.00 |
|  | No Interest if paid in full in 6 mo on $99+* |
| Shipping: | Free Local Pickup | See details Item location: Dearborn, Michigan, United States Ships to: Local pickup only |
| Delivery: | Varies |
| Payments: | PayPal VISA MasterCard AMEX DISCOVER |

**Shop with confidence**



eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more

**Seller information**
thegetti56 (40 ★)
100% Positive feedback

Save this Seller
Contact seller
See other items


Feedback





★★★★★
by 5410richards
Mar 30, 2020

### Ride around

This is so much better than the Hover-1 that was the prior one we had. Built better, holds charge better.

Verified purchase: Yes | Condition: Pre-Owned | Sold by: hypermicrosystems

👍 (0)   👎 (0)   !

★☆☆☆☆
by xoxon.us.6qcuhjz
Apr 11, 2020

### Doesn't work

Does not work and will not charge.. bought it my daughter and she is very disappointed

Verified purchase: Yes | Condition: Pre-Owned | Sold by: lokady

👍 (0)   👎 (0)   !

---

Related sponsored items 1/2                                      Feedback on our suggestions

     

| | | | | | |
|---|---|---|---|---|---|
| Jetson Rave Extreme Terrain Hover Scooter Cosmic Ligh... | All terrain Hover board Chrome Electric Balancing... | Jetson Element Folding Electric Scooter with LED... | Hover-1 LIBERTY Hoverboard Electric Self Balancing... | 6.5" Hoverboard Electric Self Balance Scooter LED Lights... | JETSON PROTONBLK SCOOTER,ELECTRIC SPHERE |
| $109.97 | $134.99 | $272.00 | $84.99 | $129.99 | $264.76 |
| + shipping | $159.99 | $340.00 | Free shipping | Free shipping | $496.99 |
| | Free shipping | + $28.00 shipping | Popular | | Free shipping |

---

Explore more sponsored options:

     

| | | | | | |
|---|---|---|---|---|---|
| Jetson Rave Extreme Terrain Hover Scooter Cosmic Ligh... | Genuine OEM Husqvarna 532106147 Tiller Chain | WYZworks 3D Printer PLA SOFT FLEXIBLE Filament... | SASI BY SRICHAND MAGIC MATTE OIL CONTROL... | Bosch R2 Titanium Square Drive Screwdriving Bits... | Kokubun, Kantsuma, Premium, Grilled Chicken... |
| $109.97 | $43.79 | $31.99 | $13.53 | $4.70 | $9.99 |
| + shipping | + shipping | + shipping | + shipping | + shipping | + shipping |

---

People who viewed this item also viewed 1/2                      Feedback on our suggestions

     

---

Document title: Jetson X10 Extreme Terrain Hover Scooter with Led Lights JX10-GM. BRAND NEW 858410007757 | eBay

Capture URL: https://www.ebay.com/itm/Jetson-X10-Extreme-Terrain-Hover-Scooter-with-Led-Lights-JX10-GM-BRAND-NEW-/283936426698?...





Jetson X10 Extreme Hover Scooter All Terrian LED Ligh...
$99.99
~~$229.99~~
Free shipping

Jetson X10 Extreme Terrain - Black
$149.99
Free shipping

Jetson X10 Extreme Terrain Hover Scooter with Led...
$129.99
~~$229.99~~
Free shipping
Almost gone

Jetson X10 Extreme Terrain Hover Scooter w/ Bluetooth...
$123.99
~~$229.99~~
Free shipping

Jetson Nitro Electric Scooter Bluetooth speaker 12 mph...
$94.99
~~$249.99~~
Free shipping

Hover-1 ULTRA Hoverboard Electric Self Balancing...
$99.99
Free shipping
Popular

---

Sponsored items based on your recent views 1/4                              Feedback on our suggestions



6.5" Bluetooth Hoverboard LED Self Balancing Electric...
$104.99
Free shipping

6.5" Tire Balance Scooter Dual Motor Bluetooth LED...
$319.99
+ $1,000.00 shipping

6.5/8.5" Lamborghini Electric Balance Scooter Kids Adult...
$199.00
Free shipping

6.5" Electric Hoverboard Bluetooth Speaker LED Self...
$104.99
Free shipping
Popular

6.5" Hoverboard Bluetooth LED Light Electric Self...
$104.99
Free shipping

6.5" Bluetooth Hoverboard Electric Self Balancing...
$104.99
Free shipping

---

Ad hoverboards.com ▾
**2020 Best Off-Road Hoverboards - Shop Official ®Hoverboards.com**
Ultra Rugged Design · UL2272 Certified · Sameday Shipping · Bluetooth · Tackle Any Terrain. Ride Further and Faster than any other Hoverboard! Fun for all Ages & Supports 260 Lbs. Free Sameday Shipping. #1 Rated Brand in USA. Top Customer Service. Top Rated 16-Cell Battery. For Beginners to Pros. Never Buy Plastic Wheels. Free Built-In Bluetooth. Durable Aluminum Wheels.

X6 Bluetooth Hoverboard - $149.99 Best-Selling Hoverboard

[Visit Website]

Ad gotrax.com ▾
**Starting at $89.99 - Home of the Hoverboard - Affordable Hoverboards for All**
Check out the latest hoverboards from GOTRAX® Free Shipping and 30 Day Returns. Free Shipping and 30 Day Returns on all hoverboards. UL2272 Certified safe! Certified Hoverboards. Store Locator. Shop Online. Track An Order. Highlights: Order Tracking Option Available, 90 Day Warranty Available, Providing Outstanding Customer Service.

SRX Bluetooth Hoverboard    Hoverfly ECO Hoverboard
Hoverboards

[Visit Website]

Ad spyderwheel.com ▾
**Spyderwheel Official Website - Electric Onewheel Motorcycle**
Reinvent Outdoor Experiences into Endless Adventures. Get the Seated Onewheel that Feels like Nothing But Power. Ready For a New Hobby? Brushless Motor. Smart Technology. Conquer Hills. Highlights: Multiple Payment Options Available, Free Shipping Available, Newsletter Available.

About Us              Support Spyderwheel
Specs Spyderwheel       FAQs Spyderwheel
Black Widow Spyderwheel

[Visit Website]

Ad ridejetson.com ▾
**www.ridejetson.com - Jetson**
Usually ships out in 2 to 3 business days

Electric Bikes       Jetson JetKart Hoverboard
E-Scooter Parts      Special Offers
E-Bike Parts         Product Registration

[Visit Website]

Ad info.com ▾
**Extreme LED Lights - Find Extreme LED Lights**
Search Extreme LED Lights. Visit & Lookup Immediate Results Now.

[Visit Website]

Feedback

---

Back to previous page  |  See More Details about "Jetson X10 Extreme Terrain Hover Scooter With LED Ligh..."        Return to

More to explore :  Scooter Lighting & Indicators for Honda,  Putco LED Light Bulbs for GMC Terrain,  Scooter Lighting & Indicators for Yamaha,  Right LED Light Bulbs for GMC Terrain,  SYLVANIA LED Light Bulbs for GMC Terrain,  Corner Lights for GMC Terrain,  ACDelco GM Original Equipment Parts for GMC Terrain,  Quality Brand LED Light Bulbs for Volkswagen Beetle,  LED Light Bulbs for GMC Terrain 3000K Color Temperature,  Quality Brand LED Light Bulbs for infiniti G37

---

Sponsored items based on your recent views 1/4                    Feedback on our suggestions








6.5" Bluetooth Hoverboard
LED Self Balancing Electric...

$104.99
Free shipping

6.5" Tire Balance Scooter
Dual Motor Bluetooth LED...

$319.99
+ $1,000.00 shipping

6.5/8.5" Lamborghini Electric
Balance Scooter Kids Adult...

$199.00
Free shipping

6.5" Electric Hoverboard
Bluetooth Speaker LED Self...

$104.99
Free shipping
Popular

6.5" Hoverboard Bluetooth
LED Light Electric Self...

$104.99
Free shipping

6.5" Bluetooth Hoverboard
Electric Self Balancing...

$104.99
Free shipping

**Visit Website**

Ad hoverboards.com ▾
2020 Best Off-Road Hoverboards - Shop Official ®Hoverboards.com
Ultra Rugged Design · UL2272 Certified · Sameday Shipping · Bluetooth · Tackle Any Terrain. Ride Further and
Faster than any other Hoverboard Fun for All Ages & Supports 260 Lbs. Free Sameday Shipping. #1 Rated
Brand in USA. Top Customer Service. Top Rated 16-Cell Battery. For Beginners to Pros. Never Buy Plastic
Wheels. Free Built-In Bluetooth. Durable Aluminum Wheels.

X6 Bluetooth Hoverboard  - $149.99 Best-Selling Hoverboard

**Visit Website**

Ad gotrax.com ▾
Starting at $89.99 - Home of the Hoverboard - Affordable Hoverboards for All
Check out the latest hoverboards from GOTRAX® Free Shipping and 30 Day Returns. Free Shipping and 30
Day Returns on all hoverboards. UL2272 Certified safe! Certified Hoverboards. Store Locator. Shop Online.
Track An Order. Highlights: Order Tracking Option Available, 90 Day Warranty Available, Providing Outstanding
Customer Service.

SRX Bluetooth Hoverboard   Hoverfly ECO Hoverboard
Hoverboards

**Visit Website**

Ad spyderwheel.com ▾
Spyderwheel Official Website - Electric Onewheel Motorcycle
Reinvent Outdoor Experiences into Endless Adventures. Get the Sealed Onewheel that Feels like Nothing But
Power. Ready For a New Hobby? Brushless Motor. Smart Technology. Conquer Hills. Highlights: Multiple
Payment Options Available, Free Shipping Available, Newsletter Available.

About Us                Support Spyderwheel
Specs Spyderwheel       FAQs Spyderwheel
Black Widow Spyderwheel

**Visit Website**

Ad ridejetson.com ▾
www.ridejetson.com - Jetson
Usually ships out in 2 to 3 business days

Electric Bikes      Jetson Jetkart Hoverboard
E-Scooter Parts     Special Offers
E-Bike Parts        Product Registration

**Visit Website**

Ad info.com ▾
Extreme LED Lights - Find Extreme LED Lights
Search Extreme LED Lights. Visit & Lookup Immediate Results Now.

Back to previous page  |  See More Details about "Jetson X10 Extreme Terrain Hover Scooter With LED Ligh..."                    Return to top
More to explore :  Scooter Lighting & Indicators for Honda,  Putco LED Light Bulbs for GMC Terrain,  Scooter Lighting & Indicators for Yamaha,  Right LED Light Bulbs for GMC Terrain,
SYLVANIA LED Light Bulbs for GMC Terrain,  Corner Lights for GMC Terrain,  ACDelco GM Original Equipment Parts for GMC Terrain,  Quality Brand LED Light Bulbs for Volkswagen Beetle,
LED Light Bulbs for GMC Terrain 3000K Color Temperature,  Quality Brand LED Light Bulbs for Infiniti G37

About eBay   Announcements   Community   Security Center   Resolution Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ

Feedback



Norton
SECURED

Document title: Jetson X10 Extreme Terrain Hover Scooter with Led Lights JX10-GM. BRAND NEW 858410007757 | eBay
Capture URL: https://www.ebay.com/itm/Jetson-X10-Extreme-Terrain-Hover-Scooter-with-Led-Lights-JX10-GM-BRAND-NEW-/283936426698?…
Capture timestamp (UTC): Fri, 07 Aug 2020 19:06:07 GMT                                                                                    Page 5 of 5



Document title: 2 Wheel Electric Motorized Scooter Bluetooth GOLD Lamborghini hoover board | eBay
Capture URL: https://www.ebay.com/itm/2-Wheel-Electric-Motorized-Scooter-Bluetooth-GOLD-Lamborghini-hoover-board/182423321287?…
Capture timestamp (UTC): Fri, 07 Aug 2020 19:06:53 GMT

| Gold Shell Outer Kit Case For 6.5" 2 Wheels Self... | New Reverse 2 Guide L3... WARNING SIGN, 2 SIGN SET... | Replace Item Inner Tube 1/2"×2" For Xiaomi M365 &... | Motorized Wheel Motor Assembly scooter for 6.5" UL | Motorized Wheel Motor Assembly scooter for 8" UL | Alloy Full Start Starters 2 Cycle 49cc 60cc 66cc 70c... |
|---|---|---|---|---|---|
| $30.85 | $16.18 | $4.28 | $34.95 | $34.95 | $18.99 |
| | | ~~$4.50~~ | | | |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping | Free shipping |
| | | | | Popular | |

---

## Description | Shipping and payments

Report item

Seller assumes all responsibility for this listing.

eBay item number: 182423321287

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is … Read more | Brand: | Uwheels |
| Country/Region of Manufacture: | Canada | Model: | Gold lamborghini 2 wheel |
| UL certified: | Yes | MPN: | Uwheels Lambo Hoverboard |
| Bluetooth: | Yes | Color: | Gold Chrome finish |
| Speaker: | Yes | Wattage: | 700 |

Guaranteed safe, won't overheat! the U.S. Government has approved UI2722 Certification as assurance that this product does not overheat, spark, smoke, catch fire, etc.
USA company - fast shipping - get it right away - Hoverboard World Inc. is based in the USA
BETTER and faster than the others - top speed of 10 mpH - smooth & simple acceleration, drift corners with ease! just lean forward or back to go forward or reverse
Smooth & simple acceleration, drift corners with ease! just lean forward or back to go forward or reverse. Lean side to side to master cornering at high speeds
One year limited warranty with US based customer support - if at any point you're having issues with your power board contact our customer service Department

The world's smartest self-balancing electric scooter, made by Razor, the trusted global leader in electric recreational products
UL 2272 certified, ensuring that the patented technology meets the industry's highest electrical safety standards
Cruising speed of 8+ mph with silent powerful motors and a run-time of up to 60 minutes of continuous use for riders up to 220 lbs
Easy, quick-change 36V lithium ion battery pack made with authentic LG cells, so you can always extend your ride
Built with Razor's exclusive EverBalance technology, which automatically levels the hoverboard for an easier mount and extremely smooth ride
New features include cool-blue LED light bar display, fender bumpers, LED battery power indicator, and two riding modes for training & normal use

Our skateboards are UL2272 certified for safe operation.

---

Sponsored items based on your recent views 1/3

Feedback on our suggestions








| 6.5" Bluetooth Hoverboard LED Self Balancing Electric... | 6.5" Tire Balance Scooter Dual Motor Bluetooth LED... | 6.5" Wheels Bluetooth Hoverboard Electric Self... | 6.5" Wheel Electric Motorized Scooter Hoverboard Hoove... | Balancing Scooter 6.5" Wheel Electric Motorized 1 (( FREE... | 6.5" Electric Hoverboard Bluetooth Speaker LED Self... |
|---|---|---|---|---|---|
| $104.99 | $319.99 | $129.99 | $119.99 | $159.00 | $104.99 |
| Free shipping | + $1,000.00 shipping | Free shipping | Free shipping | Free shipping | Free shipping |
| New | New | Last one | New | New | New |

---

Explore more sponsored options: Brand

| SwagTron | Lamborghini | Hover-1 |
|---|---|---|
|  |  |  |

Feedback

---



Open Box Swagtron T580
Hoverboard Scooter 6In...
$129.99
+ shipping
Popular



Lamborghini 8.5" Bluetooth
Electric Balancing Scoot...
$274.55
$343.19
+ shipping

6.5Inch Smart Electric
Scooter Bluetooth...
$188.99
+ shipping



Hover-1 HORIZON
Hoverboard Electric Self...
$149.99
+ shipping

## Explore more sponsored options: Color


### Multi-Color



Balancing Scooter 6.5"
Wheel Electric Motorized...
$159.00
+ shipping

### Blue    More




Balancing Scooter 6.5"
Wheel Electric Motorized...
$159.00
+ shipping



Bluetooth Hoverboard
Electric Self Balancing...
$134.99
+ shipping

### Black    More

New Gyrocopters Zoom
2.0 Electric rechargeable...
$225.56
+ shipping
Popular



Lamborghini 8.5"Electric
Balance Scooter Wireles...
$284.94
$306.39
+ shipping

## People who viewed this item also viewed  1/2

Feedback on our suggestions



6.5" Electric Hoverboard Self-
Balancing LED Bluetooth...
$129.99
Free shipping



6.5" LED Hoverboard Electric
Self Balancing Bluetooth...
$129.99
Free shipping



Hoverboard Self Balancing
LED Bluetooth Scooter 6.5"...
$119.99
Free shipping



6.5" Hoverboard Bluetooth
Self Balancing LED Electric...
$119.99
Free shipping



6.5" Bluetooth Electric
Hoverboard Self Balancing...
$119.99
Free shipping



Lamborghini 8.5" Bluetooth
Electric Balancing Scooter...
$274.55
$343.19
Free shipping

---

Back to previous page                                                                                    Return to top
More to explore :  Electric Scooter Motor,   Scooter Electrical & Ignition Parts for Yamaha,   Lamborghini Electric Scooters,   Scooter Electrical Switches & Relays for Suzuki,   Onewheel Electric Scooters,
Smart Electric Scooters,   Scooter Electrical & Ignition Parts for BMW,   Electric Scooters,   Electric Mobility Scooters,   Hoover

About eBay    Announcements    Community    Security Center    Resolution Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ

Norton SECURED

Feedback



Open Box Swagtron T580
Hoverboard Scooter 6in...
~~$129.99~~
+ shipping
Popular

Lamborghini 8.5" Bluetooth
Electric Balancing Scoot...
$274.55
~~$343.19~~
+ shipping

6.5Inch Smart Electric
Scooter Bluetooth...
$188.99
+ shipping

Hover-1 HORIZON
Hoverboard Electric Self...
$149.99
+ shipping

## Explore more sponsored options: Color





### Multi-Color

Balancing Scooter 6.5"
Wheel Electric Motorized...
$159.00
+ shipping

### Blue | More

Balancing Scooter 6.5"
Wheel Electric Motorized...
$159.00
+ shipping

Bluetooth Hoverboard
Electric Self Balancing...
$134.99
+ shipping

### Black | More

New Gyrocopters Zoom
2.0 Electric rechargeable...
$225.56
+ shipping
Popular

Lamborghini 8.5"Electric
Balance Scooter Wireles...
$284.94
~~$306.39~~
+ shipping

## People who viewed this item also viewed  1/2

Feedback on our suggestions



6.5" Electric Hoverboard Self-
Balancing LED Bluetooth...
$129.99
Free shipping

6.5" LED Hoverboard Electric
Self Balancing Bluetooth...
$129.99
Free shipping

Hoverboard Self Balancing
LED Bluetooth Scooter 6.5"...
$119.99
Free shipping

6.5" Hoverboard Bluetooth
Self Balancing LED Electric...
$119.99
Free shipping

6.5" Bluetooth Electric
Hoverboard Self Balancing...
$119.99
Free shipping

Lamborghini 8.5" Bluetooth
Electric Balancing Scooter...
$274.55
~~$343.19~~
Free shipping

---

Back to previous page

Return to top

**More to explore :** Electric Scooter Motor, Scooter Electrical & Ignition Parts for Yamaha, Lamborghini Electric Scooters, Scooter Electrical Switches & Relays for Suzuki, Onewheel Electric Scooters, Smart Electric Scooters, Scooter Electrical & Ignition Parts for BMW, Electric Scooters, Electric Mobility Scooters, Hoover

About eBay   Announcements   Community   Security Center   Resolution Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ



Norton SECURED

Feedback

Document title: 2 Wheel Electric Motorized Scooter Bluetooth GOLD Lamborghini hoover board | eBay
Capture URL: https://www.ebay.com/itm/2-Wheel-Electric-Motorized-Scooter-Bluetooth-GOLD-Lamborghini-hoover-board/182423321287?...