# EXHIBIT 1-PART 4

# FILED UNDER SEAL









Document title: Electric Child 2-wheel mini LED board electric scooter skateboard Parallel CaR | eBay
Capture URL: https://www.ebay.com/itm/Electric-Child-2-wheel-mini-LED-board-electric-scooter-skateboard-Parallel-CaR/353112244175?…
Capture timestamp (UTC): Fri, 07 Aug 2020 19:07:55 GMT

Page 1 of 5

| Description | Shipping and payments |
|---|---|

Report item

Seller assumes all responsibility for this listing.

Last updated on  Jul 18, 2020 06:07:06 PDT  View all revisions

eBay item number:   353112244175

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is … Read more | Modified Item: | No |
| Brand: | Unbranded | Country/Region of Manufacture: | China |
| Suitable For: | ALL AGE | Custom Bundle: | No |
| Featured Refinements: | Electric Scooter Wheel | MPN: | 951 |
| UPC: | Does not apply | | |

Operating temperature -10°C-40°C (10°C-30°C recommended)
Maximum load 110kg
Engineering 350W
Charging voltage AC110-240V 50-60HZ
Charging time is about 60-120 minutes (30 minutes to 80%)
Speed protection 10km/h (inclusive)-15km/h (not included)
Low battery protection When the battery is below 10%, it will slow down and eventually stop working.
Size 584x186x178 (mm)
Tire size 170mm
Lights when the power switch LED indicator is on and keeps flashing under protection. A beep sounds when the voice alert is turned on, and the battery is low
Material: alloy metal
Color: black

**Package Included:**

1PC self-balancing 2 wheel mini hover board electric scooter skateboard
1 power adapter







# LED
# HEADLIGHTS

high intensity headlights make
travel safer and more fun







Document title: Electric Child 2-wheel mini LED board electric scooter skateboard Parallel CaR | eBay
Capture URL: https://www.ebay.com/itm/Electric-Child-2-wheel-mini-LED-board-electric-scooter-skateboard-Parallel-CaR/353112244175?…
Capture timestamp (UTC): Fri, 07 Aug 2020 19:07:55 GMT



Feedback



Sponsored items based on your recent views 1/3

Feedback on our suggestions








| 6.5" Bluetooth Hoverboard LED Self Balancing Electric... | 6.5" Tire Balance Scooter Dual Motor Bluetooth LED... | 6.5" Wheel Electric Motorized Scooter Hoverboard Hoove... | Balancing Scooter 6.5" Wheel Electric Motorized (( FREE... | Balancing Scooter 6.5" Wheel Electric Motorized 1 (( FREE... | 6.5" Electric Hoverboard Bluetooth Speaker LED Self... |
|---|---|---|---|---|---|
| $104.99 | $319.99 | $119.99 | $159.00 | $159.00 | $104.99 |
| Free shipping | + $1,000.00 shipping | Free shipping | Free shipping | Free shipping | Free shipping |
| New | New | New | New | New | New |

People who viewed this item also viewed 1/2

Feedback on our suggestions








| 6.5" Electric Hoverboard Self-Balancing LED Bluetooth... | New Electric scooter Re-chargeable Folding Mini... | 6.5" Hoverboard LED UL Self Balancing Electric Scooter... | 6.5" Electric Hooverboard Balancing LED Scooter 2-... | 6.5" 2-Wheel LED Self Balance Electric Scooter UL... | 2 x 10" Replacement Wheel Rim Tire Electric Motor... |
|---|---|---|---|---|---|
| $119.99 | $276.50 | $119.99 | $124.99 ~~$129.99~~ | $119.99 | $56.50 ~~$64.94~~ |
| Free shipping | + $69.00 shipping | Free shipping | Free shipping | Free shipping | + $64.98 shipping |

Back to previous page

Return to top

More to explore : Electric Skateboard, Scooter Electrical & Ignition Parts for Yamaha, Scooter Electrical Switches & Relays for Suzuki, Onewheel Electric Scooters, Smart Electric Scooters, Scooter Electrical & Ignition Parts for BMW, Electric Scooters, Electric Mobility Scooters, Electric Scooter Motor, Folding Electric Scooters

About eBay   Announcements   Community   Security Center   Resolution Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ





Document title: Electric Child 2-wheel mini LED board electric scooter skateboard Parallel CaR | eBay
Capture URL: https://www.ebay.com/itm/Electric-Child-2-wheel-mini-LED-board-electric-scooter-skateboard-Parallel-CaR/353112244175?…
Capture timestamp (UTC): Fri, 07 Aug 2020 19:07:55 GMT







Document title: Hoverboard Coolreall used without charger | eBay
Capture URL: https://www.ebay.com/itm/Hoverboard-Coolreall-used-without-charger/164245013378?hash=item263dc40382:g:fw4AAOSwAsRe5o2D
Capture timestamp (UTC): Fri, 07 Aug 2020 19:14:02 GMT

Universal Hoverboard
Charger - for 36V - 42V Self...
$12.99
$18.99
Free shipping

Qili Power
Charger for the Powerboard...
$12.99
$27.98
Free shipping

Self Balancing Electric...
$9.99
Free shipping

Charger Supply For the...
$16.40
Free shipping

New Original Segway
Ninebot Motor ES1 ES2 ES3...
$89.99
$99.99
Free shipping
Last one

Charger Power
Adapter Charger For Self...
$11.38
$11.98
Free shipping

| Description | Shipping and payments | | Report item |
|---|---|---|---|

Seller assumes all responsibility for this listing.

Last updated on  Aug 01, 2020 13:43:24 PDT  View all revisions

eBay item number:  164245013378

### Item specifics

| Condition: | Used: An item that has been used previously. The item may have some signs of cosmetic wear, but is fully ... Read more | Brand: | Unbranded |
|---|---|---|---|
| Color: | Red | Suitable For: | Kids |

Hoverboard Coolreall used without charger. Condition is Used. Local pickup only.

## Sponsored items based on your recent views 1/3

Feedback on our suggestions








City Cruiser, 8.5" Scooter
Hoover Board with UL2272...
$199.00
Free shipping
Almost gone

Jetson V12 Electra-Light
Electric Self Balancing 500...
$104.99
$299.99
Free shipping
Seller 99.1% positive

6.5" Bluetooth Hoverboard
LED Self Balancing Electric...
$104.99
Free shipping
New

6.5" Bluetooth Hoverboard
Self Balancing Scooter UL +...
$119.99
Free shipping
New

6.5" Bluetooth Hoverboard
LED Self Balancing Scooter...
$129.99
Free shipping
Seller 100.0% positive

6.5" Bluetooth Hoverboard
Self Balancing Scooter UL...
$119.99
Free shipping
New

## Explore more sponsored options: Brand



SwagTron                                    More

Open Box Swagtron T580
Hoverboard Scooter 6in...
$129.99
+ shipping
Popular

Used blue swagtron T1
hoverboard + silicone ...
$100.00
+ shipping

SWAGTRON Swagboard
T882 Kids Hoverboard Du...
$98.00
+ shipping
Popular



Hover-1

Hover-1 Matrix 6.5in Wheels
LED Sensor Bluetooth...
$189.99
+ shipping

Used hover board Horizon-1
Working Well Damaged...
$125.00
+ shipping

Explore more sponsored options: Color

Document title: Hoverboard Coolreall used without charger | eBay
Capture URL: https://www.ebay.com/itm/Hoverboard-Coolreall-used-without-charger/164245013378?hash=item263dc40382:g:fw4AAOSwAsRe5o2D
Capture timestamp (UTC): Fri, 07 Aug 2020 19:14:02 GMT



**Open Box Swagtron T580 Hoverboard Scooter 6In...**
~~$129.99~~
+ shipping
Popular

**Used blue swagtron T1 hoverboard + silicone ...**
$100.00
+ shipping

**SWAGTRON Swagboard T882 Kids Hoverboard Du...**
~~$98.00~~
+ shipping
Popular



**Hover-1 Matrix 6.5in Wheels LED Sensor Bluetooth...**
$189.99
+ shipping

**Used hover board Horizon-1 Working Well Damaged...**
$125.00
+ shipping

## Explore more sponsored options: Color

### Blue                                                    More

**Jetson V12 Electra-Light Electric Self Balancing...**
$104.99
~~$299.99~~
+ shipping
Popular

**6.5" Bluetooth Hoverboard LED Self Balancing Electri...**
$104.99
+ shipping

### White                                                   More

**White Mini Smart Electric Scooter 2 Wheels Unicyc...**
$99.95
+ shipping
Popular

**Smart Balance Wheel Blue w/ Charger. Hover Board...**
$149.99
+ shipping

### Black                                                   More

**6.5" Wheels Bluetooth Hoverboard Electric Self...**
$129.99
+ shipping
Almost gone

**Fluxx FX3 LED Hoverboard - UL2272 Hover Board wit...**
$105.99
+ shipping

---

### People who viewed this item also viewed 1/2                    Feedback on our suggestions



**6.5" Bluetooth Hoverboard LED Self Balancing Scooter...**
$129.99
Free shipping

**Hover-1 Matrix 6.5in Wheels LED Sensor Bluetooth...**
$189.99
Free shipping

**Used blue swagtron T1 hoverboard + silicone ...**
$100.00
+ shipping

**Llegate hoverboard black used w/ charger**
$66.00
+ shipping     2 bids

**hoverboard (charger Not Included)**
$75.00
+ shipping     0 bids

**Swagtron T881 Hoverboard Charger Included**
$60.00
+ shipping

---

Back to previous page                                                      Return to top

More to explore : Hoverboard, Hoverboard Charger, Hoverboard Case, Hoverboard Cover, Hoverboard Shell, US Motor Works Water Pumps for Dodge Charger, US Motor Works Parts for Dodge Charger, San Diego Chargers Game Used NFL Jerseys, Kirk Antique US Sterling Silver Plates & Chargers, Without Stone Rings without Metal for Men

About eBay    Announcements    Community    Security Center    Resolution Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ

Norton SECURED

Feedback

Document title: Hoverboard Coolreall used without charger | eBay
Capture URL: https://www.ebay.com/itm/Hoverboard-Coolreall-used-without-charger/164245013378?hash=item263dc40382:g:fw4AAOSwAsRe5o2D
Capture timestamp (UTC): Fri, 07 Aug 2020 19:14:02 GMT                          Page 3 of 3



Jetson Rave Extreme Terrain Hover Scooter...
$121.26
$129.00
+ shipping

City Cruiser 8.5" Electric Scooter All Terrain Tires...
$199.99
Free shipping

8.5" LAMBORGHINI Smart Electric Scooter LED...
$312.99
Free shipping

EPIKGO Premier Series Electrical Self Balance...
$725.00
+ shipping

Lamborghini 6.5 " Electric Scooter Smart with...
$219.99
Free shipping

SMART BALANCE Premium Brand -Reflecti...
$59.90
+ $129.00 shipping

## Description

Seller assumes all responsibility for this listing.

eBay item number:  124271115423

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | Used: An item that has been used previously. The item may have some signs of cosmetic wear, but is fully … Read more | Vehicle Weight: | 44 Lbs |
| Color: | Blue | Top Speed: | 6 mph |
| Custom Bundle: | No | Brand: | Smart Balance |
| Charge Time: | 2 - 3 hrs | Model: | Regular 6.5 inch |
| Battery Life (Top Range): | 9 miles | Type: | Self Balancing Scooter |
| MPN: | Does Not Apply | Bundle Description: | Carry Bad as a gift |
| Weight Capacity: | 220 lbs | Country/Region of Manufacture: | China |
| UPC: | 6426601000463 | | |

SMART BALANCE Premium Brand- Blue - 6.5 inch wheels. Condition is Used. Shipped with USPS Priority Mail. Lightly used - Confirmed working. Like new condition - Includes power cable

### Related sponsored items 1/2

Feedback on our suggestions











Hover-1 LIBERTY Hoverboard Electric Self...
$84.99
Free shipping
Popular

LAMBORGHINI 6.5" 2-Wheels Bluetooth App...
$188.99
Free shipping

Bluetooth Ultra Hoverboard Electric Self...
$144.99
Free shipping

6.5" Self Balance Scooter Hover Board W/ Bluetoo...
$134.99
$143.00
Free shipping

6.5" Bluetooth Electric Hoverboard Self Balanc...
$144.99
Free shipping

Hoverboard Bluetooth Smart Self Balance...
$129.99
Free shipping

### Explore more sponsored options:

Document title: SMART BALANCE Premium Brand-Regular Camouflage Blue - 6.5 inch wheels- Bluetooth 6426601000463 | eBay
Capture URL: https://www.ebay.com/itm/124271115423?ViewItem=&amp;item=124271115423
Capture timestamp (UTC): Fri, 14 Aug 2020 17:48:17 GMT

## Explore more sponsored options:


Hover-1 ULTRA Hoverboard Electric Self...
$109.99
+ shipping
Popular


City Cruiser, 8.5" Scooter Hoover Board with...
$199.00
+ shipping


Jetson Rave Extreme Terrain Hover Scooter...
$121.26
$129.00
+ shipping


Hover-1 LIBERTY Hoverboard Electric Self...
$84.99
+ shipping
Popular


Mars Walker Hover Shoes 2x250w Drift Hoverboar...
$169.57
+ shipping
Popular

Hover-1 ALL-STAR Hoverboard Electric Self...
$89.99
+ shipping

---

### People who viewed this item also viewed 1/2

Feedback on our suggestions


Jetson Strike All Terrain-Black [ Please Read...
$74.99
+ shipping
Popular


Jetson X10 Extreme Hover Scooter All Terrian LED...
$99.99
$229.99
Free shipping
Almost gone


Jetson V12 Electra-Light Balance Scooter with...
$89.99
Free shipping


City Cruiser, 8.5" Scooter Hoover Board with...
$199.00
Free shipping


Jetson JRAVE-BLK Rave Scooter Board with...
$129.29
$145.45
Free shipping




Hover-1 LIBERTY Hoverboard Electric Self...
$84.99
Free shipping
Popular



---

### Sponsored items based on your recent views 1/3

Feedback on our suggestions



Hover-1 ALL-STAR Hoverboard Electric Self...
$89.99
Free shipping


Hover-1 HELIX Hoverboard Electric Self...
$94.99
Free shipping
Popular


Bluetooth Hoverboard UL Certified 6.5" Self...
$104.99
Free shipping


Hover-1 LIBERTY Hoverboard Electric Self...
$84.99
Free shipping
Popular


Hover-1 ULTRA Hoverboard Electric Self...
$109.99
Free shipping
Popular


6.5" Bluetooth Hoverboard Self Balancing Electric...
$119.99
Free shipping

Ad hoverboards.com ▾

---



| Hover-1 ALL-STAR Hoverboard Electric Self... | Hover-1 HELIX Hoverboard Electric Self... | Bluetooth Hoverboard UL Certified 6.5" Self... | Hover-1 LIBERTY Hoverboard Electric Self... | Hover-1 ULTRA Hoverboard Electric Self... | 6.5" Bluetooth Hoverboard Self Balancing Electric... |
|---|---|---|---|---|---|
| $89.99 | $94.99 | $104.99 | $84.99 | $109.99 | $119.99 |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping | Free shipping |
|  | Popular |  | Popular | Popular |  |

---

Visit Website

Ad hoverboards.com ▾

**$149 Self-Balancing Scooters - Shop Official ®Hoverboards.com**

"Awesome Hoverboard. Easy to Learn & Use. Battery Lasts 2X Longer than other Hoverboards" Free Same Day Shipping. Aluminum **Wheels**. Free Bluetooth. LED Lights. 90-Day Warranty. 100% Satisfaction. Free Built-In Bluetooth. Free 90-Day Warranty. Avoid the Knock-offs. #1 Rated **Brand** in USA. Top Rated 16-Cell Battery. Over 15+ Unique Colors. Best Hoverboard for Kids.

X6 Bluetooth Hoverboard - $149.99 Best-Selling Hoverboard

Top Quality Hoverboards   2020 Spring Deal — $149
Choose from 20+ Colors

---

Visit Website

Ad kohls.com ▾

**Blue Kick Scooter – Shop Scooters at Kohl's® - kohls.com**

**Brands** You Love. Shopping That's Easy. Savings That Add Up. Every. Single. Day.

★★★★★ (4.6)

Outdoor Play          Classic & Retro Toys
Building Block Sets   Riding Toys
Video Games & Consoles   Kohl's Cares for Kids

---

Visit Website

Ad chicagotribune.com ▾

**Smart Balance Wheel** Scooter - Don't Buy Until You Read This

What Do We Do? We Buy, Test, and Write Reviews. We Make Shopping Quick and Easy. Our Research Has Helped Over 200 Million People To Find The Best Products. We Do the Testing For You. Save Time and Money. The Best Rated Products. Highlights: Subject Matter Experts Available, Providing Expert Advice.

★★★★★ (5)

View Our Shopping Guide   About Us
How Does It Work?        Our Promise

---

Visit Website

Ad spyderwheel.com ▾

**Spyderwheel Official Website - Electric Onewheel Motorcycle - Free Shipping**

Get the Seated Onewheel that Feels like Nothing But Power. Ready For a New Hobby? Reinvent Outdoor Experiences into Endless Adventures. Brushless Motor. **Smart** Technology. Conquer Hills. Highlights: Multiple Payment Options Available, Free Shipping Available, Newsletter Available.

---

Visit Website

Ad gopher.com ▾

**Hoverboard USA - Hoverboard USA**

Search Hoverboard USA.

---

Back to home page                                                                                          Return to top

**More to explore** :  Smart Watches with Bluetooth Enabled,   Smart Balance Scooter,   Humminbird 5 Inch Fishfinders,   6 inch wire wheel,   Garmin 5 Inch Fishfinders,
Smart Balance Wheel Black Electric Scooters,   Bluetooth Enabled Android Smart Watches,   Stainless Steel Case Smart Watches with Bluetooth Enabled,   6 inch Splash Cymbals,
5 inch knife sheath

About eBay    Announcements    Community    Security Center    Resolution Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ



---

Document title: SMART BALANCE Premium Brand-Regular Camouflage Blue - 6.5 inch wheels- Bluetooth 6426601000463 | eBay
Capture URL: https://www.ebay.com/itm/124271115423?ViewItem=&amp;item=124271115423
Capture timestamp (UTC): Fri, 14 Aug 2020 17:48:17 GMT



ebay | Shop by category ▾    Search for anything    | All Categories ▾ | Search | Advanced



ebay motors
Take the new App for a spin    Install Now →

Bidding has ended on this item.

## hoverboard with charger   See original listing



Sell one like this

| | |
|---|---|
| Condition: | **Used** |
| Ended: | Jul 24, 2020 , 7:53PM |
| Winning bid: | **US $4,550.00** [ 8 bids ] |
| Shipping: | Calculate Varies based on location and shipping method |
| Item location: | Miami, Florida, United States |
| Seller: | jonathacot-8 (5 ) | Seller's other items |

**Pay over time with PayPal Credit**

Get 5.99% APR with 12 or 24 Easy Payments on eBay.

See terms →

Ends 8/17, 11:59pm PT. Minimum purchase required.

---

### Related sponsored items 1/2                    Feedback on our suggestions

    

| EBIKE BATTERY Lithium 52V48V10AH Li-ion 3A Charg... | 29.4V 2A Electric Battery Charger For Jazzy 614HD... | 24V/29.4V 2A Electric Scooter Battery Charger For Hoverou... | 24V Battery Charger For Razor E300 E100 E125 E150 E175... | 24V Scooter Battery Charger For Mongoose M150 M200... | 24Volt / 29.4V 2A 60W XLR Mobility Battery Charger For... |
|---|---|---|---|---|---|
| $208.89 | $11.99 | $11.99 | $11.49 | $11.99 | $11.99 |
| $219.88 | Free shipping | Free shipping | Free shipping | Free shipping | Free shipping |
| Free shipping | | | | | |

---

### Similar sponsored items 1/2                    Feedback on our suggestions

     

| Balancing Scooter Hoverboard Adapter Charger Power Suppl... | Balancing Scooter Hoverboard Adapter Charger Power Suppl... | 48V Output Lithium Battery Charger 54.6V 2A For Electric... | US Plug CE Approved Charger For... | For Hoverboard Smart Balance Scooter Wheel Universal... | 42V 2A Power Adapter Charger For 2 Wheel Self Balancing... |
|---|---|---|---|---|---|
| $10.75 | $9.99 | $15.24 | $9.99 | $13.75 | $16.91 |
| Free shipping | Free shipping | $16.39 | Free shipping | $15.98 | $20.88 |
| Popular | Popular | Free shipping | Popular | Free shipping | Free shipping |

---

## Description

eBay item number: 373118538608

---

Document title: hoverboard with charger | eBay
Capture URL: https://www.ebay.com/itm/hoverboard-with-charger/373118538608?hash=item56df991370:g:tBoAAOSwtwxfEgEz
Capture timestamp (UTC): Fri, 07 Aug 2020 19:15:55 GMT

Page 1 of 4

Popular    Free shipping    Popular    Free shipping    Free shipping

## Description

Seller assumes all responsibility for this listing.

eBay item number: 373118538608

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | Used: An item that has been used previously. The item may have some signs of cosmetic wear, but is fully ... Read more | Brand: | Unbranded |
| Type: | Wheels | Featured Refinements: | Hoverboard Charger |
| MPN: | Does Not Apply | | |

Used hoverboard with charger. Condition is Used. Shipped with USPS Parcel Select Ground. In great condition, hardly used, open to offers.

Related sponsored items 1/2

Feedback on our suggestions







| EBIKE BATTERY Lithium 52V48V10AH Li-ion 3A Charg... | 24V Battery Charger For Razor E300 E100 E125 E150 E175... | 24V/29.4V 2A Electric Scooter Battery Charger For Hoverou... | 24V Scooter Battery Charger For Mongoose M150 M200... | 24Volt / 29.4V 2A 60W XLR Mobility Battery Charger For... | 29.4V 2A Electric Battery Charger For Jazzy 614HD... |
|---|---|---|---|---|---|
| $208.89 | $11.49 | $11.99 | $11.99 | $11.99 | $11.99 |
| $219.88 | | | | | |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping | Free shipping |

People were also interested in








| Razor Crazy Cart V5 & V6 + DLX & CCXL V1-2 Rear Whe... | 76 mm x 30 mm Caster Wheels for the Razor Crazy Cart (Whi... | White Wheel Blue Hub 76 mm Wheels for the Razor RipRide... | Razor Crazy Cart Rear Wheels V1-V4 (set of 2 - Genuine Raz... | Razor Ground Force & Drifter Front Wheels with bearings (s... | Goped Wheels and Tires Bigfoot Rim GSR GTR Set Go ped |
|---|---|---|---|---|---|
| $24.99 | $27.99 | $19.99 | $48.95 | $39.54 | $135.00 |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping | Free shipping |
| Almost gone | | | | | |

People who viewed this item also viewed 1/2

Feedback on our suggestions








People who viewed this item also viewed 1/3

Feedback on our suggestions

     

Balancing Scooter Hoverboard Adapter Charger Power Suppli...
$9.99
Free shipping

Balancing Scooter Hoverboard Adapter Charger Power Suppli...
$10.75
Free shipping
Popular

Lot Of 6 ~ Bird Lime Electric Scooter Charger Power Suppli...
$55.00
+ $8.00 shipping

3 Pin Prong 4 Wire Charging / Charger Port for Self Balancin...
$7.99
Free shipping
Almost gone

Charger 42.0v electric scooter bird/lime/lyft
$8.00
+ shipping

CE FC 54.6V 2A Lithium Battery Power Charger for 48V Scoot...
$13.95
Free shipping

Sponsored items based on your recent views 1/3

Feedback on our suggestions

     

City Cruiser, 8.5" Scooter Hoover Board with UL2272...
$199.00
Free shipping
Popular

Jetson V12 Electra-Light Electric Self Balancing 500W...
$104.99
$299.99
Free shipping
Popular

6.5" Bluetooth Hoverboard LED Self Balancing Electric Scoote...
$104.99
Free shipping

6.5" Bluetooth Hoverboard Self Balancing Scooter UL +...
$119.99
Free shipping

6.5" Bluetooth Hoverboard LED Self Balancing Scooter Charg...
$129.99
Free shipping

6.5" Bluetooth Hoverboard Self Balancing Scooter UL Without...
$119.99
Free shipping

Ad carsgenius.com ▼
**Browse Hoverboards For Sale - Find Battery Charger For Hoverboard**
Get Questions about Pricing, Information, News, Deals and More Answered on CarsGenius.com.

One Wheel Hoverboard    Hoverboards For Kids
Auto Insurance          Magnetic Hoverboard

Visit Website

Ad chargers.com ▼
**Los Angeles Chargers Gear - 25% Off For 2 days - chargers.com**
Buy Los Angeles Chargers Accessories at Shop Chargers.com!

LA Chargers Hats      Women's Apparel
Chargers Jerseys      Chargers Outlet Items

Visit Website

Ad info.com ▼
**Hoverboard Cheap Price**
Get Hoverboard Cheap Price Info. Your Search & Social Results Now.

Visit Website

Ad internetcorkboard.com ▼
**Hoverboard Cheap Price - Hoverboard Cheap Price**
Did you Check internetcorkboard.com? Find Hoverboard Cheap Price Now!

More Relevant      Find it Now
Relevant Information   Save Time Now
Info Here           Look for More

Visit Website

Ad gophar.com ▼
**Hoverboard - Hoverboard**
Search Hoverboard. Visit & Lookup Immediate Results Now.

Visit Website

More to explore : Hoverboard, Hoverboard Charger, Hoverboard Case, Hoverboard Cover, Hoverboard Shell, Turbo Charger s & Parts for Dodge Charger, Lithium Battery Chargers Multipurpose Battery Chargers, Mains Charger Battery Charger Multipurpose Battery Chargers, Tenergy Battery Chargers Multipurpose Battery Chargers, turnigy charger

Document title: hoverboard with charger | eBay
Capture URL: https://www.ebay.com/itm/hoverboard-with-charger/373118538608?hash=item56df991370:g:tBoAAOSwtwxfEgEz
Capture timestamp (UTC): Fri, 07 Aug 2020 19:15:55 GMT



Balancing Scooter Hoverboard Adapter Charger Power Suppl...

$9.99

Free shipping



Balancing Scooter Hoverboard Adapter Charger Power Suppl...

$10.75

Free shipping
Popular



Lot of 6 ~ Bird Lime Electric Scooter Charger Power Suppl...

$55.00

+ $8.00 shipping



3 Pin Prong 4 Wire Charging / Charger Port for Self Balancin...

$7.99

Free shipping
Almost gone



Charger 42.0v electric scooter bird/lime/lyft

$8.00

+ shipping



CE FC 54.6V 2A Lithium Battery Power Charger for 48V Scoot...

$13.95

Free shipping

## Sponsored items based on your recent views 1/3

Feedback on our suggestions

City Cruiser, 8.5" Scooter Hoover Board with UL2272...

$199.00

Free shipping
Popular

Jetson V12 Electra-Light Electric Self Balancing 500W...

$104.99
~~$299.99~~

Free shipping
Popular

6.5" Bluetooth Hoverboard LED Self Balancing Electric Scoote...

$104.99

Free shipping

6.5" Bluetooth Hoverboard Self Balancing Scooter UL +...

$119.99

Free shipping

6.5" Bluetooth Hoverboard LED Self Balancing Scooter Charg...

$129.99

Free shipping

6.5" Bluetooth Hoverboard UL Without...

$119.99

Free shipping

[Visit Website]

Ad carsgenius.com ▼

**Browse Hoverboards For Sale - Find Battery Charger For Hoverboard**

Get Questions about Pricing, Information, News, Deals and More Answered on CarsGenius.com.

One Wheel Hoverboard        Hoverboards For Kids
Auto Insurance                      Magnetic Hoverboard

[Visit Website]

Ad chargers.com ▼

**Los Angeles Chargers Gear - 25% Off For 2 days - chargers.com**

Buy Los Angeles Chargers Accessories at Shop.Chargers.com!

LA Chargers Hats        Women's Apparel
Chargers Jerseys        Chargers Outlet Items

[Visit Website]

Ad info.com ▼

**Hoverboard Cheap Price**

Get Hoverboard Cheap Price Info. Your Search & Social Results Now.

[Visit Website]

Ad internetcorkboard.com ▼

**Hoverboard Cheap Price - Hoverboard Cheap Price**

Did you Check internetcorkboard.com? Find Hoverboard Cheap Price Now!

More Relevant              Find it Now
Relevant Information    Save Time Now
Info Here                       Look for More

[Visit Website]

Ad gopher.com ▼

**Hoverboard - Hoverboard**

Search Hoverboard. Visit & Lookup Immediate Results Now.

Back to previous page                                                                                                                                Return to top

More to explore :   Hoverboard,   Hoverboard Charger,   Hoverboard Case,   Hoverboard Cover,   Hoverboard Shell,   Turbo Charger s & Parts for Dodge Charger,   Lithium Battery Chargers Multipurpose Battery Chargers,   Mains Charger Battery Charger Multipurpose Battery Chargers,   Tenergy Battery Chargers Multipurpose Battery Chargers,   turnigy charger

About eBay    Announcements    Community    Security Center    Resolution Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ



Document title: hoverboard with charger | eBay
Capture URL: https://www.ebay.com/itm/hoverboard-with-charger/373118538608?hash=item56df991370:g:tBoAAOSwtwxfEgEz
Capture timestamp (UTC): Fri, 07 Aug 2020 19:15:55 GMT

Page 4 of 4





**Qili Power**

| | | | | | |
|---|---|---|---|---|---|
| Lithium Battery Char... Razor Scooter Hovertrax 2... | 9mm Aviation head Swagtron T5 and T580... | Replacement Charger For Swagtron T5 and T580 2... | Balancing Scooter Hoverboard Adapter Charg... | ...ard Electric Scooter Li-Self Balancing Electric... | ...ard Electric Scooter Li-Ion Battery Charger For... |
| $12.99 | $11.99 | $11.99 | $10.75 | $9.99 | $11.99 |
| $26.00 | Free shipping | Free shipping | Free shipping | Free shipping | Free shipping |
| Free shipping | | | Popular | | |

---

| Description | Shipping and payments | | Report item |
|---|---|---|---|

Seller assumes all responsibility for this listing.

eBay item number: 154034527525

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | Used: An item that has been used previously. The item may have some signs of cosmetic wear, but is fully ... Read more | Brand: | SwagTron |
| Modified Item: | No | Suitable For: | Kids |
| Color: | Blue | | |

SwagTron Hoverboard - Blue, Includes Charger. Condition is Lightly Used In Great Condition. Shipped with USPS Priority Mail.

---

### Sponsored items based on your recent views 1/3

Feedback on our suggestions

    

| City Cruiser, 8.5" Scooter Hoover Board with UL2272... | Jetson V12 Electra-Light Electric Self Balancing 500... | 6.5" Off Road Hooverboard Electric Balancing Scooter... | 6.5" Bluetooth Hoverboard Electric Balance Scooter LE... | Used blue swagtron T1 hoverboard + silicone ... | 6.5" Electric Hoverboard Bluetooth Speaker LED Self... |
|---|---|---|---|---|---|
| $199.00 | $104.99 | $134.99 | $134.99 | $100.00 | $104.99 |
| Free shipping | $299.99 | $142.99 | $143.99 | + shipping | Free shipping |
| Almost gone | Free shipping | Free shipping | Free shipping | Seller 99.4% positive | New |
| | Seller 99.1% positive | New | New | | |

### Explore more sponsored options:

      

| Open Box Swagtron T580 Hoverboard Scooter 6In... | SWAGTRON T8 Lithium-Free Battery Hoverboard Self-... | SWAGTRON Swagboard T882 Kids Hoverboard Dual 250... | Swagtron Lithium-Free Hoverboard for Kids & Teen... | Used blue swagtron T1 hoverboard + silicone ... | Swagtron Folding Electric Scooter for Teens... |
|---|---|---|---|---|---|
| $129.99 | + shipping | $98.00 | $109.99 | $100.00 | $179.99 |
| + shipping | Popular | + shipping | + shipping | + shipping | + shipping |
| Popular | | Popular | Almost gone | | Popular |

Feedback








**City Cruiser, 8.5" Scooter Hoover Board with UL2272...**
$199.00
Free shipping
Almost gone

**Jetson V12 Electra-Light Electric Self Balancing 500...**
$104.99
$299.99
Free shipping
Seller 99.1% positive

**6.5" Off Road Hooverboard Electric Balancing Scooter...**
$134.99
$142.00
Free shipping
New

**6.5" Bluetooth Hoverboard Electric Balance Scooter LE...**
$134.99
$143.00
Free shipping
New

**Used blue swagtron T1 hoverboard + silicone ...**
$100.00
+ shipping
Seller 99.4% positive

**6.5" Electric Hoverboard Bluetooth Speaker LED Self...**
$104.99
Free shipping
New

## Explore more sponsored options:








**Open Box Swagtron T580 Hoverboard Scooter 6in...**
$129.99
+ shipping
Popular

**SWAGTRON T8 Lithium-Free Battery Hoverboard Self-...**
+ shipping
Popular

**SWAGTRON Swagboard T882 Kids Hoverboard Dual 250...**
$98.00
+ shipping
Popular

**Swagtron Lithium-Free Hoverboard for Kids & Teen...**
$100.99
+ shipping
Almost gone

**Used blue swagtron T1 hoverboard + silicone ...**
$100.00
+ shipping

**Swagtron Folding Electric Scooter for Teens...**
$179.99
+ shipping
Popular

## People who viewed this item also viewed 1/2

Feedback on our suggestions







**Blue Swagtron Pro T1 UL 2272 Certified Hoverboard...**
$89.99
+ shipping

**Swagtron T881 Hoverboard Charger Included**
$60.00
+ shipping

**Blue hoverboard with LED lights great condition few...**
$85.00
+ shipping          0 bids

**SWAGTRON Swagboard T882 Kids Hoverboard Dual 250...**
$98.00
Free shipping
Popular

**Swagtron T380 hover scooter / Blue / Immaculate...**
$100.00
+ shipping          0 bids

**Open Box Swagtron T580 Hoverboard Scooter 6in...**
$129.99
Free shipping
Popular

Back to previous page                                                                    Return to top

More to explore :   Hoverboard,   Hoverboard Charger,   Hoverboard Case,   SwagTron,   Hoverboard Cover,   Xenon Light Bulbs for Dodge Charger Ballast Included,   Hoverboard Shell,
Blue Streak Parts for Dodge Charger,   Blue Car Covers for Dodge Charger,   Routers & Joiners not Battery Included

About eBay     Announcements     Community     Security Center     Resolution Center     Seller Center     Policies     Affiliates     Help & Contact     Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ

Norton SECURED

Feedback

Document title: SwagTron Hoverboard - Blue, Includes Charger | eBay
Capture URL: https://www.ebay.com/itm/154034527525?ViewItem=&amp;item=154034527525
Capture timestamp (UTC): Fri, 07 Aug 2020 19:18:01 GMT



Document title: Hoverboard, it's in great condition with little wear. It comes with a charger. 857754007331 | eBay
Capture URL: https://www.ebay.com/itm/Hoverboard-it-s-in-great-condition-with-little-wear-It-comes-with-a-charger/363047355720?...
Capture timestamp (UTC): Fri, 07 Aug 2020 19:26:47 GMT

Page 1 of 4

| Impala Quad Roller Skates Marawa Rose Gold... | 3 Pin 3 pole connector 2 Wire Hoverboard Charging Port... | 3 Pin 2 Prong 2 Wire Hoverboard Charging Port... | NEW Original Segway Ninebot Motor ES1 ES2 ES3... | 3 Pin 2 Male Plug 2 Wire Hoverboard Charging Port... | Nike Women's Quest SE Running Shoes... |
|---|---|---|---|---|---|
| $229.99 | $9.99 | $9.99 | $89.99 | $8.99 | $75.00 |
| + $29.99 shipping | Free shipping | Free shipping | ~~$99.99~~ | Free shipping | Free shipping |
| | | | Free shipping | | |
| | | | Last one | | |

---

**Description** | **Shipping and payments**          Report item

Seller assumes all responsibility for this listing.                      eBay item number:  363047355720
Last updated on  Jul 13, 2020 10:28:40 PDT  View all revisions

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | Used: An item that has been used previously. The item may have some signs of cosmetic wear, but is fully ... Read more | Color: | Black |
| MPN: | GT-HE-BLA | Wattage: | 500 Watts |
| Brand: | ScooterX | UPC: | 0857754007331 |

### About this product

**Product Identifiers**

| | |
|---|---|
| Brand | Gotrax |
| MPN | GT-HE-BLA |
| GTIN | 0857754007331 |
| UPC | 0857754007331 |
| Model | Eco Hoverfly |
| eBay Product ID (ePID) | 6030522228 |

**Product Key Features**

| | |
|---|---|
| Color | Black |
| Wattage | 500 Watts |

**Additional Product Features**

| | |
|---|---|
| Featured Refinements | Self Balancing Scooter |

GOTRAX Hoverfly ECO Hover board - GT-HE-BLA. Condition is Used. Comes with charger and fully works!

---

Sponsored items based on your recent views 1/4                      Feedback on our suggestions

    

| City Cruiser, 8.5" Scooter Hoover Board with UL2272... | Jetson V12 Electra-Light Electric Self Balancing 500... | 6.5" Electric Hoverboard Bluetooth Speaker LED Self... | Lamborghini 8.5" Bluetooth Electric Balancing Scooter... | Hover-1 Matrix 6.5in Wheels LED Sensor Bluetooth... | 6.5" Off Road Hooverboard Electric Balancing Scoote... |
|---|---|---|---|---|---|
| $199.00 | $104.99 | $104.99 | $274.55 | $189.99 | $134.99 |
| Free shipping | ~~$299.99~~ | Free shipping | ~~$343.19~~ | Free shipping | ~~$142.99~~ |
| Almost gone | Free shipping | Seller 99.1% positive | Free shipping | Seller 99.8% positive | Free shipping |
| | Seller 99.1% positive | | New | | New |

Document title: Hoverboard, it's in great condition with little wear. It comes with a charger. 857754007331 | eBay
Capture URL: https://www.ebay.com/itm/Hoverboard-it-s-in-great-condition-with-little-wear-It-comes-with-a-charger/363047355720?...
Capture timestamp (UTC): Fri, 07 Aug 2020 19:26:47 GMT















































$199.00
Free shipping
Almost gone

$104.99
Free shipping
Seller 99.1% positive

$224.55
Free shipping
Seller 99.1% positive

$199.99
Free shipping
New

$199.99
Free shipping
New

**5.0**
★★★★★
1 product rating

| ★ 5 | | 1 |
| ★ 4 | | 0 |
| ★ 3 | | 0 |
| ★ 2 | | 0 |
| ★ 1 | | 0 |

100% Would recommend
100% Good value
100% Good quality

We have ratings, but no written reviews for this, yet.
Be the first to write a review.

## Explore more sponsored options: Brand

### SwagTron    More



Open Box Swagtron T580 Hoverboard Scooter 6in...
~~$129.99~~
+ shipping
Popular

SWAGTRON Swagboard T882 Kids Hoverboard...
$98.00
+ shipping
Popular

### Lamborghini    More



Lamborghini 6.5" Smart Electric Scooter 2-Wheel...
$220.15
+ shipping

Lamborghini 6.5" Electric Balance Scooter UL2272...
$202.93
~~$285.79~~
+ shipping

### Hover-1



Hover-1 Matrix 6.5in Wheels LED Sensor...
$189.99
+ shipping

## Explore more sponsored options: Color

### Blue



Jetson V12 Electra-Light Electric Self Balancing...
$104.99
~~$299.99~~
+ shipping
Popular

Balancing Scooter 6.5" Wheel Electric Motorized (...
$159.00
+ shipping

6.5 inch Dash Wheels Blue Scooter - UL 2272 Certified
$65.00
+ shipping

### White    More



White Mini Smart Electric Scooter 2 Wheels Unicycl...
$99.95
+ shipping
Popular

MODEL :HY-A01 ELECTRIC SCOOTER WHITE
$89.99
+ shipping

Smart Balance Wheel Blue w/ Charger. Hover Board...
$149.99
+ shipping

## People who viewed this item also viewed 1/2

Feedback on our suggestions





Open Box Swagtron T580 Hoverboard Scooter 6in...
~~$129.99~~
$98.00
+ shipping
**Popular**

SWAGTRON Swagboard T882 Kids Hoverboard...
$98.00
+ shipping
**Popular**

Lamborghini 6.5" Smart Electric Scooter 2-Wheel...
$220.15
+ shipping

Lamborghini 6.5" Electric Balance Scooter UL2272...
$202.93
~~$286.79~~
+ shipping

Hover-1 Matrix 6.5in Wheels LED Sensor...
$189.99
+ shipping

## Explore more sponsored options: Color

### Blue



Jetson V12 Electra-Light Electric Self Balancing...
$104.99
~~$299.99~~
+ shipping
**Popular**

Balancing Scooter 6.5' Wheel Electric Motorized (...
$159.00
+ shipping

6.5 inch Dash Wheels Blue Scooter - UL 2272 Certified
$65.00
+ shipping

### White                                         More



White Mini Smart Electric Scooter 2 Wheels Unicycl...
$99.95
+ shipping
**Popular**

MODEL :HY-A01 ELECTRIC SCOOTER WHITE
$89.99
+ shipping

Smart Balance Wheel Blue w/ Charger. Hover Board...
$149.99
+ shipping

---

### People who viewed this item also viewed 1/2

Feedback on our suggestions



Blue hoverboard with LED lights great condition few...
$85.00
+ shipping

Razor Hovertrax 2.0, used and fully functional - Black,...
$52.00
+ shipping          0 bids

Hover-1 Matrix 6.5in Wheels LED Sensor Bluetooth...
$189.99
Free shipping          4 bids

hoverboard (charger Not Included)
$75.00
+ shipping          0 bids

Swagtron T881 Hoverboard Charger Included
$60.00
+ shipping

SWAGTRON Swagboard T882 Kids Hoverboard Dual 250...
$98.00
Free shipping
**Popular**

---

Back to previous page  |  See More Details about "GOTRAX Hoverfly ECO Hover board - GT-HE-BLA"          Return to top
More to explore :    Hoverboard,    Hoverboard Charger,    Hoverboard Case,    Hoverboard Cover,    Hoverboard Shell,    Turbo Charger s & Parts for Dodge Charger,    Come Along In Industrial Hand Winches,
art to wear,    something wicked this way comes,    kingdom come comic

About eBay    Announcements    Community    Security Center    Resolution Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ



Document title: Hoverboard, it's in great condition with little wear. It comes with a charger. 857754007331 | eBay
Capture URL: https://www.ebay.com/itm/Hoverboard-it-s-in-great-condition-with-little-wear-It-comes-with-a-charger/363047355720?...
Capture timestamp (UTC): Fri, 07 Aug 2020 19:26:47 GMT



UL Balancing Wheel...
Self balance skateboard...

$39.99
+ $79.98 shipping

Skateboard De Balancing
Wheel Electric Fly Huver...

$13.99
+ $79.98 shipping

| Description | Shipping and payments | | Report item |
|---|---|---|---|

Seller assumes all responsibility for this listing.                                    eBay item number:  273812660587

Last updated on  Jun 10, 2019 12:30:32 PDT  View all revisions

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | Used: An item that has been used previously. The item may have some signs of cosmetic wear, but is fully … Read more | Model: | hoverboard s |
| MPN: | hovers | Modified Item: | No |
| Brand: | hoverboard | Custom Bundle: | No |
| Type: | Hoverboard | | |

This is the safe version  not recalled. Not ever exploding models

- *Not on the CPSC recall list*
- It is UL 2272 certified
- ## LED lights, SMART ROLL
- Lightweight

**TOTAL LISTS OF CERTIFIED INSPECTIONS FULL 100%  BELOW.**
**LOOK BELOW ENTIRELEY SAFE INSPECTED AND GUARANTEED.**
**ALL CERTIFICATES BELOW  GENUINE AND AUTHENTIC**

Yes Buy with confidence! L2B offers Authentic Genuine UL electrical and fire-safety tested and certification under UL 2272, Electrical Systems for Self-Balancing Scooters. This standard evaluates the safety of the electrical drive train system and charger system combinations are all uL listed for fireproof safety. Beware of fake UL sticker and UL only on charger.

We truly strive to make identifying a UL Certified product as easy as possible. Simply look for the UL Mark for self-balancing scooters on the front of the packaging and the UL holographic certification label with the Enhanced Mark on the bottom of the product. This label is your indication that you have a genuine UL Certified product.
A full charge of this machine will give you 2-3 hours of riding fun which translates to roughly around 15 miles. Be sure to have your helmet and knee pads ready if this is your first time riding the self balancing Hoverboard as this is like learning to ride the bike all over again, though learning this takes less time. You will have more fun, fall less, and not stumble around.

INCLUDES CHARGER  **Battery is included**

Don't be fooled by other hoverboards listed at much lower prices, often they list a fake UL certificate or they do not have the full board certified which is not safe.  **Quality is everything!**

We make sure our complete hoverboard is UL2772 certified to make sure you and your loved ones stay safe and to prevent the risk of fire!

**Hoverboard**   **Electric Smart Self-Balancing Scooter 2Wheel Skateboard**
You will love this hoverboard. **! Best Model** found on ebay .Battery is included

- **Safest Model,**  **Easy to use,**  **Strong build,  Fast yet safe,**  **Stylish**

**Not like other lower-end market** Hoverboards selling on ebay  this is **Top quality**

**SAFEST AND BEST QUALITY**  Exclusive protection design, allowing board to sense movements

**The absolute most amazing Hoverboard ever built!**

**If you care about your kids and yourself- know you are buying the SAFEST hoverboard on the market!**  **Battery is included**

Exclusive protection design, allowing board to sense movements   Exclusively sold here!

Exclusive protection design, allowing board to sense movements. Color may Vary All items are verified & tested before shipment  Exclusively sold here!   Sale is for 1.Random color will be sent to buyer Color may Vary All items are verified & tested before shipment. Photo is stock actual style may vary differ due to marketing and manufacture changes at times .Battery is not included .All items are verified & tested before shipment. Only shipping to use connected states unless we discuss additional charges Alaska, Hawaii Puerto rico  and all disconnected states extra charges . Puerto Rico additional 89.50 charge etc Used items may or may not have wear, scratches cracks etc as they are used Photo is stock actual style may vary differ due to marketing and manufacture changes at times No combines shipping

*Not very heavy, easy to carry
* Extremely Long Lasting charge
*Safest Brand on the market!
*High Quality Best Material used in our Hoverboards
*Low-Carbon and Eco friendly transportation
*Overcharge protection, low battery protection (if battery is lower than 10%)
*extremely easy to control, flexibly move and even turn 360 degree in a spot.
*Cool and fashionable LED front lights
*Mini, electric, smart and intelligent, 2 wheels, self balancing

Feedback 

---

Document title: Scooter UL Hoverboard Balancing Wheel Electric Self balance skateboard Rider | eBay
Capture URL: https://www.ebay.com/itm/Scooter-UL-Hoverboard-Balancing-Wheel-Electric-Self-balance-skateboard-Rider/273812660587?…
Capture timestamp (UTC): Fri, 07 Aug 2020 19:27:40 GMT

*Extremely Long Lasting charge

*Safest Brand on the market!

*High Quality Best Material used in our Hoverboards

*Low-Carbon and Eco friendly transportation

*Overcharge protection, low battery protection (if battery is lower than 10%)

*extremely easy to control, flexibly move and even turn 360 degree in a spot.

*Cool and fashionable LED front lights

*Mini, electric, smart and intelligent, 2 wheels, self balancing

*A best gift for family or friends, bring more enjoyment for them.

- UL2272 Certified   Our hoverboards are UL2272 certified for safe operation.

  

You Can See UL Certificate Here at UL.com **Built tough Built to last!**

http://database.ul.com/cgi-bin/XYV/template/LISEXT/1FRAME/showpage.html?name=FKIS.E486614&ccnshorttitle=Electrical+Systems+for+Self-balancing+Scooters&objid=1086104537&cfgid=1073741824&version=versionless&parent_id=1085530313&sequence=1

**Exceptionally HIGH Quality     Only shipping to usa connected states unless we discuss additional charges Alaska, Hawaii Puerto rico  and all disconnected states extra charges . Puerto Rico additional 89.50 charge etc.**

Exclusive protection design, allowing board to sense movements. Color may Vary All items are verified & tested before shipment <u>Exclusively sold here!</u>   Sale is for 1.Random color will be sent to buyer Color may Vary All items are verified & tested before shipment. Photo is stock actual style may vary differ due to marketing and manufacture changes at times .Battery is not included .All items are verified & tested before shipment. Used items may or may not have wear, scratches cracks etc as they are used.Photo is stock actual style may vary differ due to marketing and manufacture changes at times No combines shipping  Only shipping to usa connected states unless we discuss additional charges Alaska, Hawaii Puerto rico  and all disconnected states extra charges . Puerto Rico additional 89.50 charge etc.

No international shipping unless discussed before bidding. Only shipping to  usa Connected states unless we discuss before purchasing, no Puerto rico Alaska Hawaii unless you email us before buying to confirm extra charges.   Some of this description in shipping and costs is general basic policies and does not apply to every item, if it doesn't sound like it applies it may not, etc.No international shipping. Shipment will be within  business days monday-friday from time of cleared payment. will not be held liable for the rare occasion of damage of item(s) by shippers. any damage to item(s) from shippers claims must be made by receiver. No shipping for large items. Pickup is the sole responsibility of buyer ,not liable for any occurrences. No combined shipping. May be placed in more suitable shipping packaging Color may Vary All items are verified & tested before shipment May be shipped in double box or may not. items are sold as is, where is with no warranty, expressed written or implied. seller shall not be responsible for the correct description, authenticity, genuineness, or defects herein, and makes no warranty in connection therewith. No allowance or setaside will be made on account of any incorrectness, imperfection, defect or damage.No returns, This is a no return sale Any descriptions or representations are for identification purposes only and are not to be construed as a warranty of any type. Please understand it's the responsibility of the buyer to have thoroughly inspected the item(s) and to have satisfied himself or herself, as to the condition and value; to bid based upon that judgment solely. Buyer makes and takes all responsibilities & liabilities in picking up, moving this, packing , and any and all type of shipping and all occurrences associated with this sale. It is the sole responsibility of the buyer to make  and or initiate or request any insurance if wanted or desired. Some of this description is general basic policies and does not apply to every item, if it doesn't sound like it applies it may not, etc



   

City Cruiser, 8.5" Scooter
Hoover Board with UL2272...
**$199.00**
Free shipping
Almost gone

6.5" Electric Hoverboard
Bluetooth Speaker LED Self...
**$104.99**
Free shipping
New

SWAGTRON T8 Lithium-Free
Battery Hoverboard Self-...
**$**
Free shipping
New

Adjustable Self Balance
Electric Scooter for 6.5" 8" 1...
**$89.99**
Free shipping
New

6.5" Electric Hoverboard
Bluetooth Speaker LED Self...
**$104.99**
Free shipping
Seller 99.1% positive

Lamborghini 8.5" Bluetooth
Electric Balancing Scooter...
~~$274.55~~
~~$343.19~~
Free shipping
New

## People were also interested in

    

Skateboard UL Balancing
Wheel Electric Fly Huver...
**$13.99**
+ $79.98 shipping

UL Balancing Wheel Electric
Self balance skateboard...
**$39.99**
+ $79.98 shipping

LED Two Wheels Hoverboard
Electric Self Balancing...
**$44.00**
Free shipping

Balancing Scooter 6.5" Wheel
Electric Motorized (( FREE...
**$159.00**
Free shipping

Hoverboard Self Balancing
LED Bluetooth Scooter 6.5"...
**$119.99**
Free shipping

6.5" Electric Hoverboard
Bluetooth Speaker LED Self...
**$104.99**
Free shipping
Popular

## People who viewed this item also viewed 1/2
Feedback on our suggestions

   

6.5" Electric Hoverboard
Bluetooth Speaker LED Self...
**$104.99**
Free shipping
Popular

LED Two Wheels Hoverboard
Electric Self Balancing...
**$44.00**
Free shipping

6.5" Electric Hoverboard Self-
Balancing LED Bluetooth...
**$129.99**
Free shipping

White Mini Smart Electric
Scooter 2 Wheels Unicycle...
**$99.95**
Free shipping
Popular

Bluetooth Hoverboard
Electric Self Balancing...
**$44.00**
Free shipping

Bluetooth Hoverboard Self
Balancing Electric Scooter...
**$44.00**
Free shipping

This is a private listing and your identity will not be disclosed to anyone except the seller.

Back to previous page                                                                                 Return to top
More to explore : Hoverboard, New Balance, Smart Balance Scooter, Electric Skateboard, Automotive Tire Wheel Balancers, Self Balancing Unicycle, Smart Balance Wheel Black Electric Scooters, Hoverboard Charger, Heavy Duty/Commercial Automotive Tire Wheel Balancers Balancers, New Balance Minimus

About eBay   Announcements   Community   Security Center   Resolution Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice

 

Document title: Scooter UL Hoverboard Balancing Wheel Electric Self balance skateboard Rider | eBay
Capture URL: https://www.ebay.com/itm/Scooter-UL-Hoverboard-Balancing-Wheel-Electric-Self-balance-skateboard-Rider/273812660587?…
Capture timestamp (UTC): Fri, 07 Aug 2020 19:27:40 GMT











| | | | | | |
|---|---|---|---|---|---|
| 4400mAh 6.5" High Speed Off Road Electric Self... | N5065 5065 270KV Brushless Motor For DIY... | 6"/8" Portable Waterpfoof Carrying Bag Handbag... | For Xiaomi M365 Electric Scooter Battery Protection... | Motor Sprocket Chain Wheel Scooter For 8044 Electric... | 6"/8" Durable Waterpfoof Carrying Bag Handbag... |
| $230.60 | $53.22 | $9.02 | $32.72 | $16.79 | $9.02 |
| $242.74 | Free shipping | $9.49 | $65.44 | + $1.99 shipping | $9.49 |
| Free shipping | Last one | Free shipping | + $1.59 shipping | Popular | Free shipping |

---

**Description**   **Shipping and payments**                                           Report item

Seller assumes all responsibility for this listing.

Last updated on  Aug 07, 2020 03:08:15 PDT  View all revisions

eBay item number:  373113687504

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is ... Read more | Brand: | Unbranded/Generic |
| Wattage: | 500 Watts - 1000 Watts | MPN: | UvO1949761 |
| Type: | Motor Trike | Color: | Red |

### mhestore2009

Visit my eBay store

[ Search Store ]

Christmas Decor | Glider Model | RC Toys | Industrial Equipment | LED Flashlight

**Store Categories**

Store home
Auto Parts
• Door Handle Cover
• Key
Car Accessories
Motorcycle Parts
• Brake pads
Video Games & Consoles
Headlamp
DASHOUJI
ZKY-Sporting goods
Other



#### Description

**Features:**
- Fashionable appearance, low-carbon and environmental protection.
- Max speed in 15km~20km
- Easy to handle,easy to go forwards, backwards, steering and stop controlled by Dynamic equilibrium.
- Self balancing control
- Low Battery Protection when battery is lower than 10%, it will slow down and finally stopped working.
- Standard Charger, Giftbox, User Manual
- Power switch LED works when turned on and keeps twinkling under protection circumstances. Voice Alert Beeps when turned on and has a low battery capacity.
- Best sutable for travel tools, shopping, commuting, ente rtainment and sports.

**Specification:**
Max Speed:15km/h(contain)-20km/h(no contain)
Distance around 15-20km(depends on rider's weight, road conditions etc )
Max tilt around 15°-30°(depends on rider's weight)
Battery:36V*4.4AH(158WH) lithium battery
Highest power:500W(contain)-1000W(no contain)
Using temperature: · 15°C-50°C
Max load:100kg
Charging Voltage:AC110-240V 50-60HZ
Charging Time Around 60-120 Mins (30 Mins to 80%)
Speed Protection 10km/h(contain)-15km/h(no contain)

Feedback

Battery:36V4.4AH(158WH) lithium battery
Highest power:500W(contain)-1000W(no contain)
Using temperature: - 15℃-50℃
Max load:100kg
Charging Voltage:AC110-240V 50-60HZ
Charging Time Around 60-120 Mins (30 Mins to 80%)
Speed Protection 10km/h(contain)-15km/h(no contain)
Size:584*186*178(mm)
Tyre size:170mm
weight:12.5kg
Color: Red
Plug: EU Plug(Other places we will be equipped with adaptor plug that fits you)

**How to use it:**
Step 1: Press the power switch to turn on Self-balancing electric scooter.
Step 2: The preparations for driving. Firstly step on one foot trigger the foot-switch, the system will come into self-balancing condition. Then step on the other foot to operation it.
Step 3: Take control of the scooter foewards or backwards, do remember magnitude or your body shouldn't be violently.

**NOTE:**
If the scooter doesn't at balancing condition when you trigger the foot-switch, the buzzer will alarm, and the warming LED will light, the system cannot come into self-balancing condition. At this moment you shouldn't operate.

**WARNING!**
Overloaded you may fell down.

**Package included:**
1x Self-balancing electric scooter
1x AC 110V-240V power charger
1x manual

| Detail Image |
| --- |







high-technical materials

Voice Alert

Speed Limitation Protection

the right foot forward
to turn left

the left foot forward
to turn right

Document title: 4400mAh 6.5&quot; High Speed Off Road Electric Balancing Scooter LED Sidelights | eBay
Capture URL: https://www.ebay.com/itm/4400mAh-6-5-High-Speed-Off-Road-Electric-Balancing-Scooter-LED-Sidelights/373113687504?…
Capture timestamp (UTC): Fri, 07 Aug 2020 19:31:48 GMT



Sponsored items based on your recent views 1/3

Feedback on our suggestions



6.5" Electric Hoverboard Bluetooth Speaker LED Self...
$104.99
Free shipping
New

8.5" Off Road Hoverboard Electric Balance Scooter Tw...
$189.99
Free shipping
New

Lamborghini 8.5" Smart Electric Scooter 2-Wheels...
$313.65
Free shipping
New

Bluetooth Hoverboard Electric Self Balancing...
$134.99
Free shipping
New

6.5" Bluetooth Hoverboard Self Balancing Scooter UL...
$110.94
Free shipping
New

6.5" Electric Hoverboard Self-Balancing LED Bluetooth...
$129.99
Free shipping
Seller 100.0% positive

Explore more sponsored options: Brand



SwagTron                                    More

Open Box Swagtron T580 Hoverboard Scooter 6In...
$129.99
+ shipping
Popular

Open Box Swagtron T5 Kid Hoverboard Self Balancin...
$119.99
+ shipping

MotoTec

MotoTec Mad Air 36v 10ah 350w Lithium Electric...
$459.00
+ shipping
Popular

Hover-1

Folding Electric Scooter Adult Kids Built In...
$155.52
+ shipping

Feedback

Explore more sponsored options: Color

Gray                                        More

Black

White

Explore more sponsored options: Color

### Gray                                    More



8.5" Off Road Hoverboard
Electric Balance Scooter...
$189.99
+ shipping

Classic 8.5" Wheels Off
Road Hoverboard Electri...
$189.99
+ shipping

### Black



Hiboy MAX High-Speed E-
Scooter 350W Folding...
$399.00
+ shipping
Popular

### White



White Mini Smart Electric
Scooter 2 Wheels Unicyc...
$99.95
+ shipping
Popular

NHT Electric Lightweight
Foldable Outdoor 300W...
$274.00
$299.00
+ shipping

---

People who viewed this item also viewed 1/2                    Feedback on our suggestions



6.5" Electric Hoverboard
Bluetooth Speaker LED Self...
$104.99
Free shipping
Popular

6.5" Hoverboard Bluetooth
Self Balancing LED Electric...
$119.99
Free shipping

6.5" Electric Hoverboard Self-
Balancing LED Bluetooth...
$129.99
Free shipping

4400mAh 6.5" High Speed
Off Road Electric Self...
$230.60
$242.74
Free shipping

Classic 8.5" Wheels Off Road
Hoverboard Electric Balanc...
$189.99
Free shipping

6.5 Balance Scooter with
Bluetooth Speaker LED Light...
$215.00
Free shipping

---

More from this seller 1/2                                        Feedback on our suggestions



N5065 5065 270KV
Brushless Motor For DIY...
$53.22
Free shipping
Last one

For Xiaomi M365 Electric
Scooter Battery Protection...
$32.72
$65.44
+ $1.59 shipping

Motor Sprocket Chain Wheel
Scooter For 8044 Electric...
$16.79
+ $1.99 shipping
Popular

2 Wheel Electric Scooter Bag
Handbag Carry Bag Travel...
$15.48
$16.30
Free shipping

4 Pcs Mini Plastic Sleeve For
Xiaomi Mijia Electric Scoot...
$8.93
$9.40
Free shipping

Rechargeable 90000LM
XHP70 LED Headlight...
$25.74
Free shipping

---



Back to previous page                                           Return to top
                                                                Feedback

About eBay    Announcements    Community    Security Center    Resolution Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ

Norton SECURED

Document title: 4400mAh 6.5&quot; High Speed Off Road Electric Balancing Scooter LED Sidelights | eBay
Capture URL: https://www.ebay.com/itm/4400mAh-6-5-High-Speed-Off-Road-Electric-Balancing-Scooter-LED-Sidelights/373113687504?...
Capture timestamp (UTC): Fri, 07 Aug 2020 19:31:48 GMT



**Gray**

8.5" Off Road Hoverboard
Electric Balance Scooter...
$189.99
+ shipping

Classic 8.5" Wheels Off
Road Hoverboard Electri...
$189.99
+ shipping

**Black**

Hiboy MAX High-Speed E-
Scooter 350W Folding...
$399.00
+ shipping
Popular

**White**

White Mini Smart Electric
Scooter 2 Wheels Unicyc...
$99.95
+ shipping
Popular

NHT Electric Lightweight
Foldable Outdoor 300W...
$274.00
$299.00
+ shipping

More

---



People who viewed this item also viewed 1/2

Feedback on our suggestions

6.5" Electric Hoverboard
Bluetooth Speaker LED Self...
$104.99
Free shipping
Popular

6.5" Hoverboard Bluetooth
Self Balancing LED Electric...
$119.99
Free shipping

6.5" Electric Hoverboard Self-
Balancing LED Bluetooth...
$129.99
Free shipping

4400mAh 6.5" High Speed
Off Road Electric Self...
$230.60
$242.74
Free shipping

Classic 8.5" Wheels Off Road
Hoverboard Electric Balanc...
$189.99
Free shipping

6.5 Balance Scooter with
Bluetooth Speaker LED Ligh...
$215.00
Free shipping

---



More from this seller 1/2

Feedback on our suggestions

N5065 5065 270KV
Brushless Motor For DIY...
$53.22
Free shipping
Last one

For Xiaomi M365 Electric
Scooter Battery Protection...
$32.72
$65.44
+ $1.59 shipping

Motor Sprocket Chain Wheel
Scooter For 8044 Electric...
$16.79
+ $1.99 shipping
Popular

2 Wheel Electric Scooter Bag
Handbag Carry Bag Travel...
$15.48
$16.30
Free shipping

4 Pcs Mini Plastic Sleeve For
Xiaomi Mijia Electric Scoot...
$8.93
$9.40
Free shipping

Rechargeable 90000LM
XHP70 LED Headlight...
$25.74
Free shipping

---

Back to previous page

Return to top

About eBay    Announcements    Community    Security Center    Resolution Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ

Norton SECURED



Feedback

Document title: 4400mAh 6.5&quot; High Speed Off Road Electric Balancing Scooter LED Sidelights | eBay
Capture URL: https://www.ebay.com/itm/4400mAh-6-5-High-Speed-Off-Road-Electric-Balancing-Scooter-LED-Sidelights/373113687504?...
Capture timestamp (UTC): Fri, 07 Aug 2020 19:31:48 GMT