# EXHIBIT 1-PART 5

# FILED UNDER SEAL



Jetson Rave Extreme Terrain Hover Scooter Cosmic Light...
**$109.97**
+ shipping

Scooter Brake Handle Brake Lever For Xiaomi Mijia M365...
**$7.06**
+ $1.90 shipping

OEM Original Segway Ninebot Motor ES1 ES2 ES3...
**$89.99**
~~$99.99~~
Free shipping
Last one

New 36V Electric Motor Speed Controller Throttle...
**$108.99**
Free shipping

36V Motor Wheel Tire Replacement For Xiaomi...
**$66.49**
~~$69.99~~
+ $6.99 shipping

Jetson V5 Electric Hover Scooter 400W UL 2272...
**$130.99**
~~$249.99~~
Free shipping
Popular

---

| Description | Shipping and payments | | Report item |
|---|---|---|---|

Seller assumes all responsibility for this listing.
Last updated on  Jul 22, 2020 14:08:12 PDT  View all revisions

eBay item number: 264798656163

## Item specifics

| | | | |
|---|---|---|---|
| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is ... Read more | Model: | 110 |
| MPN: | Does Not Apply | Country/Region of Manufacture: | China |
| Brand: | Veeko | Type: | Self Balancing Scooter |
| Suitable For: | Anyone | Color: | Black |
| UPC: | Does not apply | | |

### MN Wholesale Outlet
microseldropship (2044 ★)  92.3%

📧 Sign up for newsletter

Visit Store:  MN Wholesale Outlet

Special Sale Prices!  |  Featured Items!

## Categories

Other   ›

The Veeko 110 is a great entry-level hoverboard with features like oversized foot pads for improved control and cool blue LED headlights for visibility in the dark. Like all Veeko hoverboards, the Veeko 110 is UL2272 certified for electrical safety and peace of mind. Cruise around at speeds up to 6 miles per hour – great for riding at the park or around the neighborhood!

**Dual 250W motors**

- Reach speeds up to 6 mph.

**Battery level indicator**

- Shows how much power is left.

**Built-in 36V rechargeable battery**

- Provides a range up to 7 miles.

**Self-balancing scooter**

- Perfect for beginner riders.

**LED headlights**

- Ensure visibility in the dark.

**Anti-slip foot pads**

- Offer improved control and added versatility.

**Natural rubber tires**

- Feature tread for better road grip.

---

Sponsored items based on your recent views 1/3

Feedback on our suggestions



Document title: Veeko 110 Electric Scooter - Black | eBay
Capture URL: https://www.ebay.com/itm/Veeko-110-Electric-Scooter-Black/264798656163?hash=item3da73ad6a3:g:Ff8AAOSwF~9fEM88
Capture timestamp (UTC): Fri, 07 Aug 2020 19:32:54 GMT













**4400mAh 6.5" High Speed Off Road Electric Balancing...**
$213.62
~~$224.86~~
Free shipping
New

**6.5" Electric Hoverboard Bluetooth Speaker LED Self...**
$104.99
Free shipping
New

**SWAGTRON T8 Lithium-Free Battery Hoverboard Self-...**
Free shipping
New

**Volt XT Kids Electric Scooter Chain Drive 6mph BLACK...**
$68.99
Free shipping
Almost gone

**8.5" Off Road Hoverboard Electric Balance Scooter Tw...**
$189.99
Free shipping
New

**Lamborghini 8.5" Smart Electric Scooter 2-Wheels...**
$313.65
Free shipping
New

## Explore more sponsored options: Color



**Blue**          More

**Jetson V12 Electra-Light Electric Self Balancing...**
$104.99
~~$299.00~~
+ shipping
Popular

**6.5" Bluetooth Hoverboard LED Self Balancing Electri...**
$104.99
+ shipping



**Gray**          More

**8.5" Off Road Hoverboard Electric Balance Scooter...**
$189.99
+ shipping

**8.5" Wheels Hummer Hoverboard Electric...**
$189.99
~~$239.99~~
+ shipping



**White**          More

**6.5 Hoverboard Electric Self Balancing Scooter LE...**
$119.99
~~$129.99~~
+ shipping

**White Mini Smart Electric Scooter 2 Wheels Unicyc...**
$99.95
+ shipping
Popular

## People who viewed this item also viewed 1/2

Feedback on our suggestions



**Veeko 110 Electric Scooter - Blue**
$109.99
Free shipping

**6.5" Electric Hoverboard Bluetooth Speaker LED Self...**
$104.99
Free shipping
Popular

**Veeko 110 Electric Scooter - White**
$109.99
Free shipping

**6.5" Electric Hoverboard Self-Balancing LED Bluetooth...**
$129.99
Free shipping

**FOLDING ELECTRIC SCOOTER 5.8AH LG BATT...**
$237.02
~~$249.60~~
Free shipping
Popular

**6.5" Bluetooth Hoverboard LED Self Balancing Electric...**
$104.99
Free shipping

## More from this seller 1/2

Feedback on our suggestions



Feedback



**Blue**                                    More      **Gray**                              More      **White**                          More

Jetson V12 Electra-Light          6.5" Bluetooth Hoverboard      8.5" Off Road Hoverboard      8.5" Wheels Hummer        6.5 Hoverboard Electric      White Mini Smart Electric
Electric Self Balancing...        LED Self Balancing Electric... Electric Balance Scooter...   Hoverboard Electric...    Self Balancing Scooter LE...  Scooter 2 Wheels Unicyc...
$104.99                           $104.99                        $189.99                       $189.99                   $119.99                       $99.95
~~$299.99~~                                                                                    ~~$230.99~~               ~~$129.99~~                   + shipping
+ shipping                        + shipping                     + shipping                    + shipping                + shipping                    Popular
Popular                                                                                                                  Popular



People who viewed this item also viewed 1/2                                                                                          Feedback on our suggestions

Veeko 110 Electric Scooter -     6.5" Electric Hoverboard       Veeko 110 Electric Scooter -  6.5" Electric Hoverboard Self-  FOLDING ELECTRIC           6.5" Bluetooth Hoverboard
Blue                             Bluetooth Speaker LED Self...  White                         Balancing LED Bluetooth...     SCOOTER 5.8AH LG BATT...   LED Self Balancing Electric...
$109.99                          $104.99                        $109.99                       $129.99                        $237.02                    $104.99
Free shipping                    Free shipping                  Free shipping                 Free shipping                  ~~$249.50~~                Free shipping
                                 Popular                                                                                     Free shipping
                                                                                                                             Popular




More from this seller 1/2                                                                                                            Feedback on our suggestions

Veeko 110 Electric Scooter -     Veeko 110 Electric Scooter -   Swagtron T5 Electric Scooter  Veeko 107 Ruggedized           Flying Ant Electric Scooter -  4WRD USA International LLC
Blue                             White                          - Black                       Electric Scooter With...       Black (UL 2272 Certified)      Electric Scooter - Black (UL...
$109.99                          $109.99                        $109.99                       $199.99                        $109.99                        $109.99
Free shipping                    Free shipping                  Free shipping                 Free shipping                  Free shipping                  Free shipping

Back to previous page                                                                                                                                    Return to top

About eBay    Announcements    Community    Security Center    Resolution Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ

Feedback

Norton
SECURED



**2PCS RUBBER STRIPS FOR SELF BALANCE WHEEL...**
$5.99
Free shipping

**SENSOR SET FOR SELF BALANCE BOARD WHEEL...**
$7.41
Free shipping

**GYROSCOPE BOARD FOR SELF BALANCE BOARD...**
$12.99
Free shipping

**FOR SELF BALANCE BOARD POWER BATTERY...**
$6.50
Free shipping

**CARRYING BAG FOR ELECTRIC SMART SCOOTE...**
$11.90
Free shipping

**CARRYING BAG FOR ELECTRIC SMART SCOOTE...**
$10.95
Free shipping

| Description | Shipping and payments | | Report item |
| --- | --- | --- | --- |

Seller assumes all responsibility for this listing.
Last updated on  Aug 07, 2019 10:49:30 PDT  View all revisions

eBay item number:  232152245298

### Item specifics

| | | | |
| --- | --- | --- | --- |
| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is ... Read more | Brand: | PCC |
| MPN: | Does Not Apply | Model: | BW05 |
| Country/Region of Manufacture: | China | | |

### Item description

Convenient and portable transportation, powerful electric motor. UL 2272 Certified!

See full item description

Sponsored items based on your recent views  1/3

Feedback on our suggestions




**4400mAh 6.5" High Speed Off Road Electric Balancing...**
$213.62
~~$224.86~~
Free shipping
New

**Hoverboard Bluetooth Hover Board Self Balancing Electri...**
$134.99
~~$149.99~~
Free shipping
New

**Hover-1 ULTRA Hoverboard Electric Self Balancing...**
$99.99
Free shipping
57m left

**Hoverboard Electric Self-Balancing Scooter For Kids...**
$124.99
Free shipping
New

**SWAGTRON T8 Lithium-Free Battery Hoverboard Self-...**
Free shipping
New

**6.5" Hoverboard UL2272 2-Wheels Self Balance Electri...**
$119.99
Free shipping
New

### Explore more sponsored options:








Feedback

     

6.5" Electric Hoverboard Self-Balancing LED Bluetooth...
$129.99
+ shipping

Hover-1 HORIZON Hoverboard Electric Self...
$149.99
+ shipping

6.5" LED Hoverboard Electric Self Balancing Bluetooth...
$129.99
+ shipping

Electric Hoverboard Self-Balance Bluetooth E Scoote...
$119.99
+ shipping

6.5" Hoverboard Bluetooth LED Self Balancing Electric...
$134.99
+ shipping

6.5" Chrome Hoverboard Bluetooth Smart Self...
$119.99
+ shipping

## People who viewed this item also viewed 1/2

Feedback on our suggestions

     

Hover-1 ULTRA Hoverboard Electric Self Balancing...
$99.99
Free shipping
Popular

6.5" Electric Hoverboard Bluetooth Speaker LED Self...
$104.99
Free shipping
Popular

Hover-1 FREEDOM Hoverboard Electric Self...
$74.99
Free shipping

6.5" LED Hoverboard Electric Self Balancing Bluetooth...
$129.99
Free shipping

6.5" Hoverboard Bluetooth Self Balancing LED Electric...
$119.99
Free shipping

Hover-1 HELIX Hoverboard Electric Self Balancing...
$99.99
Free shipping
Popular

## More from this seller 1/2

Feedback on our suggestions

     

2PCS RUBBER STRIPS FOR SELF BALANCE WHEEL...
$5.99
Free shipping

GYROSCOPE BOARD FOR SELF BALANCE BOARD...
$12.99
Free shipping

FOR SELF BALANCE BOARD POWER BATTERY...
$6.50
Free shipping

Volt XT1 Teenage Electric Scooter Chain Drive 10mph...
$99.95
Free shipping
Popular

BRAND NEW 200WATT 200 24V ELECTRIC SCOOTER...
$409.95
Free shipping

Volt XT Kids Electric Scooter Chain Drive 6mph BLACK...
$69.99
Free shipping
Popular

Back to previous page

Return to top

More to explore : Hoverboard, Hoverboard Case, Hoverboard Charger, Scooter Electrical & Ignition Parts for Yamaha, Scooter Electrical Switches & Relays for Suzuki, Onewheel Electric Scooters, Smart Balance Scooter, Smart Electric Scooters, Scooter Electrical & Ignition Parts for BMW, Hoverboard Cover

About eBay   Announcements   Community   Security Center   Resolution Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ

 Norton SECURED

Feedback 





Document title: 6.5 Balance Scooter with Bluetooth Speaker LED Lights Balancing Scooter Red | eBay
Capture URL: https://www.ebay.com/itm/6-5-Balance-Scooter-with-Bluetooth-Speaker-LED-Lights-Balancing-Scooter-Red/174293529367?...
Capture timestamp (UTC): Fri, 07 Aug 2020 19:34:46 GMT

     

City Cruiser 8.5" Electric Scooter All Terrain Tires...
$199.99
Free shipping

Go Kart Car Seat Adjustable Holder for Most Self Balanc...
$36.45
Free shipping

FC CE Certified 2 Wheels Self Balancing Electric...
$9.99
Free shipping

Pro Two-Wheeled Balancing Scooter Universal Control...
$30.96
Free shipping

Two Wheels Kart Seat Car Holder for Balance Balancin...
$35.00
+ $9.00 shipping

Go Kart Car Seat Adjustable Holder for Most Self Balanc...
$36.45
Free shipping

---



| Description | Shipping and payments | | Report item |
|---|---|---|---|

Seller assumes all responsibility for this listing.
Last updated on Jul 20, 2020 20:02:19 PDT  View all revisions

eBay item number:  174293529367

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is ... Read more | Color: | Red |
| Brand: | Unbranded | Model: | 6.5 inch |
| Type: | Balance wheel scooters | MPN: | Does Not Apply |
| Featured Refinements: | Electric Balancing Scooter | UPC: | Does not apply |

6.5 Balance Scooter with Bluetooth Speaker LED Lights Balancing Scooter Red color . Condition is New. Shipped with USPS

---

Sponsored items based on your recent views  1/4

Feedback on our suggestions

     

4400mAh 6.5" High Speed Off Road Electric Balancing...
$213.62
$224.84
Free shipping
New

6.5" Electric Hoverboard Bluetooth Speaker LED Self...
$104.99
Free shipping
New

6.5" Hoverboard Electric Self Balancing LED Lights Scoot...
$134.99
Free shipping
New

Smart Bluetooth Hoverboard Self Balance Scooter With...
$129.99
Free shipping
New

Hover-1 ULTRA Hoverboard Electric Self Balancing...
$99.99
Free shipping
55m left

Hoverboard Electric Self-Balancing Scooter For Kids...
$124.99
Free shipping
New

---

Explore more sponsored options: Brand

### SwagTron

     

Open Box Swagtron T580

Open Box Swagtron T5 Kid

SWAGTRON T8 Lithium-Free

Open Box Swagtron T1

SWAGTRON Swagboard T882

Used blue swagtron T1

     

| | | | | | |
|---|---|---|---|---|---|
| Open Box Swagtron T580 Hoverboard Scooter 6In... | Open Box Swagtron T5 Kid Hoverboard Self Balancing... | SWAGTRON T8 Lithium-Free Battery Hoverboard Self-... | Open Box Swagtron T1 UL2272 Hoverboard Electric... | SWAGTRON Swagboard T882 Kids Hoverboard Dual 250... | Used blue swagtron T1 hoverboard + silicone ... |
| ~~$129.99~~ | $119.99 | + shipping | $159.99 | ~~$98.00~~ | $100.00 |
| + shipping | + shipping | Popular | + shipping | + shipping | + shipping |
| Popular | | | | Popular | |

## Explore more sponsored options: Color

### White                More



| | |
|---|---|
| 6.5" Hoover board Hoverboard Electric... | White Mini Smart Electric Scooter 2 Wheels Unicyc... |
| $129.99 | $99.95 |
| + shipping | + shipping |
| | Popular |

### Blue                More



| | |
|---|---|
| 6.5" Bluetooth Hoverboard LED Self Balancing Electri... | Bluetooth Hoverboard Electric Self Balancing... |
| $104.99 | $134.99 |
| + shipping | + shipping |

### Black                More



| | |
|---|---|
| 6.5" Wheels Bluetooth Hoverboard Electric Self... | 6.5" Electric Hoverboard LED Self Balancing Scoot... |
| $129.99 | $119.99 |
| + shipping | + shipping |
| Almost gone | |



### People who viewed this item also viewed 1/2                Feedback on our suggestions

     

| | | | | | |
|---|---|---|---|---|---|
| 6.5 Balance Scooter with Bluetooth Speaker LED Light... | 6.5" Electric Hoverboard Bluetooth Speaker LED Self... | 6.5" Electric Hoverboard Self Balancing LED Bluetooth... | 6.5" LED Hoverboard Electric Self Balancing Bluetooth... | 6.5" Hoverboard Bluetooth Self Balancing LED Electric... | Self Balancing Scooter with Authentic Samsung Battery,... |
| $215.00 | $104.99 | $129.99 | $129.99 | $119.99 | $189.99 |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping | Free shipping |
| | Popular | | | | |

### More from this seller 1/2                Feedback on our suggestions

     

| | | | | | |
|---|---|---|---|---|---|
| 6.5 Balance Scooter with Bluetooth Speaker LED Light... | 6.5 Balance Scooter with Bluetooth Speaker LED Light... | 6.5" Hoverboar Electric Balancing Scooter Bluetooth... | 6.5" Bluetooth Hoverboard Self Balance Electric Scoot... | 6.5" Bluetooth Hoverboard Self Balancing Electric Scoot... | Lembo Hoverboar Electric Balancing Wheel Scooter ... |
| $215.00 | $219.00 | $215.00 | $219.00 | $195.00 | $199.00 |
| Free shipping | Free shipping | Free shipping | Free shipping | + shipping | + shipping |





**White**    More

6.5" Hoover board Hoverboard Electric...
$129.99
+ shipping

White Mini Smart Electric Scooter 2 Wheels Unicyc...
$99.95
+ shipping
**Popular**

**Blue**    More

6.5" Bluetooth Hoverboard LED Self Balancing Electri...
$104.99
+ shipping

Bluetooth Hoverboard Electric Self Balancing...
$134.99
+ shipping

**Black**    More

6.5" Wheels Bluetooth Hoverboard Electric Self...
$129.99
**Almost gone**

6.5" Electric Hoverboard LED Self Balancing Scoot...
$119.99
+ shipping

### People who viewed this item also viewed 1/2

Feedback on our suggestions



6.5 Balance Scooter with Bluetooth Speaker LED Light...
$215.00
Free shipping

6.5" Electric Hoverboard Bluetooth Speaker LED Self...
$104.99
Free shipping
**Popular**

6.5" Electric Hoverboard Self-Balancing LED Bluetooth...
$129.99
Free shipping

6.5" LED Hoverboard Electric Self Balancing Bluetooth...
$129.99
Free shipping

6.5" Hoverboard Bluetooth Self Balancing LED Electric...
$119.99
Free shipping

Self Balancing Scooter with Authentic Samsung Battery,...
$189.99
Free shipping

### More from this seller 1/2

Feedback on our suggestions



6.5 Balance Scooter with Bluetooth Speaker LED Light...
$215.00
Free shipping

6.5 Balance Scooter with Bluetooth Speaker LED Light...
$219.00
Free shipping

6.5" Hoverboar Balancing Scooter Bluetoot...
$215.00
Free shipping

6.5" Bluetooth Hoverboard Self Balance Electric Scoot...
$219.00
Free shipping

6.5" Bluetooth Hoverboard Self Balance Electric Scoot...
$195.00
+ shipping

Lambo Hoverboar Electric Balancing Wheel Scooter...
$199.00
+ shipping

Back to previous page       Return to top

More to explore :   Smart Balance Scooter,   Scooter Lighting & Indicators for Honda,   Scooter Lighting & Indicators for Yamaha,   New Balance,   Scooters,   Scooters & Mopeds,   Travel/Portable Scooter Mobility Scooters,   Electric Scooters,   Smart Balance Wheel Black Electric Scooters,   Scooter Collectibles

About eBay    Announcements    Community    Security Center    Resolution Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ





Norton SECURED

Document title: 6.5 Balance Scooter with Bluetooth Speaker LED Lights Balancing Scooter Red | eBay
Capture URL: https://www.ebay.com/itm/6-5-Balance-Scooter-with-Bluetooth-Speaker-LED-Lights-Balancing-Scooter-Red/174293529367?...
Capture timestamp (UTC): Fri, 07 Aug 2020 19:34:46 GMT





Document title: 6.5&quot; Bluetooth Speaker Hoverboard Hover Boards Self Scooter UL2272LED No Charger | eBay
Capture URL: https://www.ebay.com/itm/363066656771?ViewItem=&amp;item=363066656771
Capture timestamp (UTC): Fri, 07 Aug 2020 19:37:06 GMT

| | | | | | |
|---|---|---|---|---|---|
| Hover-1 HORIZON Hoverboard Electric Self... | Jetson Rave Extreme Terrain Hover Scooter Cosmic Light... | FC CE Certified 2 Wheels Self Balancing Electric... | 1Pc Battery Charger for Scooter Hover Board... | 1Pc Battery Charger for Scooter Hover Board... | Hover-1 HELIX Hoverboard Electric Self Balancing... |
| $149.99 | $109.97 | $9.99 | $9.99 | $9.99 | $99.99 |
| Free shipping | + shipping | Free shipping | Free shipping | Free shipping | Free shipping |
| | | | | | Popular |

---

| Description | Shipping and payments | | Report item |
|---|---|---|---|

Seller assumes all responsibility for this listing.

eBay item number: 363066656771

### Item specifics

| Condition: | Used: An item that has been used previously. The item may have some signs of cosmetic wear, but is fully ... Read more | Brand: | Unbranded |
|---|---|---|---|
| MPN: | Does Not Apply | Wattage: | 300 Watts |

6.5" Bluetooth Speaker Hoverboard Hover Boards Self Scooter UL2272LED No Charger. Condition is Used. Shipped with USPS Parcel Select Ground.model: TLC1 control nurber:5GP7.

---

### Sponsored items based on your recent views  1/4

Feedback on our suggestions

   

| | | | | | |
|---|---|---|---|---|---|
| 4400mAh 6.5" High Speed Off Road Electric Balancing... | 6.5" Electric Hoverboard Bluetooth Speaker LED Self... | 6.5" LED Hoverboard Electric Self Balancing Bluetooth... | 6.5" Bluetooth Hoverboard LED Self Balancing Scooter... | 6.5" Hoverboard Electric Self Balancing LED Lights Scoot... | 6.5" Wheels Bluetooth Hoverboard Electric Self... |
| $213.62 | $104.99 | $129.99 | $134.99 | $134.99 | $129.99 |
| $224.86 | Free shipping | Free shipping | Free shipping | Free shipping | Free shipping |
| Free shipping | New | Seller 100.0% positive | New | New | Last one |
| New | | | | | |

---

### Explore more sponsored options: Brand

| SwagTron | More | | | Lamborghini | |
|---|---|---|---|---|---|





| Open Box Swagtron T580 Hoverboard Scooter 6in... | SWAGTRON T8 Lithium-Free Battery Hoverboard Self-... | SWAGTRON Swagboard T882 Kids Hoverboard Du... | | 6.5Inch Smart Electric Scooter Bluetooth... | Lamborghini 8.5" Bluetooth Electric Balancing Scooter... |
|---|---|---|---|---|---|
| $129.99 | $98.00 | | | $188.99 | $274.55 |
| + shipping | + shipping | + shipping | | + shipping | $343.19 |
| Popular | Popular | Popular | | | + shipping |

Feedback

---

Document title: 6.5&quot; Bluetooth Speaker Hoverboard Hover Boards Self Scooter UL2272LED No Charger | eBay
Capture URL: https://www.ebay.com/itm/363066656771?ViewItem=&amp;item=363066656771
Capture timestamp (UTC): Fri, 07 Aug 2020 19:37:06 GMT







4400mAh 6.5" High Speed
Off Road Electric Balancing...
$213.62
$224.86
Free shipping
New

6.5" Electric Hoverboard
Bluetooth Speaker LED Self...
$104.99
Free shipping
New

6.5 LED Hoverboard Electric
Self Balancing Bluetooth...
$129.99
Free shipping
Seller 100.0% positive

6.5 Bluetooth Hoverboard
LED Self Balancing Scooter...
$134.99
Free shipping
New

6.5" Hoverboard Electric Self
Balancing LED Lights Scoot...
$134.99
Free shipping
New

6.5" Wheels Bluetooth
Hoverboard Electric Self...
$129.99
Free shipping
Last one

## Explore more sponsored options: Brand

### SwagTron          More



Open Box Swagtron T580
Hoverboard Scooter 6In...
$129.99
+ shipping
Popular

SWAGTRON T8 Lithium-Free
Battery Hoverboard Self-...
+ shipping
Popular

SWAGTRON Swagboard
T882 Kids Hoverboard Du...
$98.00
+ shipping
Popular

### Lamborghini



6.5Inch Smart Electric
Scooter Bluetooth...
$188.99
+ shipping

Lamborghini 8.5" Bluetooth
Electric Balancing Scooter...
$274.55
$343.19
+ shipping

## People who viewed this item also viewed 1/2                      Feedback on our suggestions



6.5" Electric Hoverboard
Bluetooth Speaker LED Self...
$104.99
Free shipping
Popular

6.5" Hoverboard Bluetooth
Self Balancing LED Electric...
$119.99
Free shipping

Hoverboard Self Balancing
LED Bluetooth Scooter 6.5"...
$119.99
Free shipping

6.5" LED Hoverboard Electric
Self Balancing Bluetooth...
$129.99
Free shipping

6.5" Electric Hoverboard Self-
Balancing LED Bluetooth...
$129.99
Free shipping

6.5" Bluetooth Hoverboard
LED Self Balancing Electric...
$104.99
Free shipping

Back to previous page                                                                                    Return to top
More to explore :   Hoverboard,   Hoverboard Charger,   Hoverboard Case,   Hoverboard Cover,   Hoverboard Shell,   Bluetooth Tower Speaker,   Philips Docks & Mini Speakers with Bluetooth,
Monster Audio Player Docks & Mini Speakers with Bluetooth,   Bluetooth Bike Speaker,   USB Bluetooth Audio Docks & Mini Speakers

About eBay    Announcements    Community    Security Center    Resolution Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ



Norton
SECURED

Document title: 6.5&quot; Bluetooth Speaker Hoverboard Hover Boards Self Scooter UL2272LED No Charger | eBay
Capture URL: https://www.ebay.com/itm/363066656771?ViewItem=&amp;item=363066656771
Capture timestamp (UTC): Fri, 07 Aug 2020 19:37:06 GMT



36V 4.4AH Lithium
Battery For Smart Self-...
$33.99
~~$39.99~~
Free shipping
Popular

Holder for Most Self Balancing...
$36.45
Free shipping

Charger For Smart Self-...
$10.99
Free shipping

Holder for Most Self Balanc...
$36.45
Free shipping

Self Balancing Electric...
$9.99
Free shipping

Two Wheels Smart Self-...
$99.99
Free shipping

---

**Description** | Shipping and payments

Report item

Seller assumes all responsibility for this listing.

Last updated on Sep 30, 2019 15:38:55 PDT  View all revisions

eBay item number: 401895301877

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | Used: An item that has been used previously. The item may have some signs of cosmetic wear, but is fully ... Read more | Brand: | Gotrax |
| Featured Refinements: | Self Balancing Scooter | | |

Gotrax Hoverfly Ion self balancing hoverboard. Condition is Used. Hardly ridden. Like new condition! Charger included

---

Sponsored items based on your recent views 1/3

Feedback on our suggestions



6.5" Electric Hoverboard
Bluetooth Speaker LED Self...
$104.99
Free shipping
New

6.5" Kid Bluetooth
Hoverboard Self Balancing...
$104.99
Free shipping
New

6.5" Bluetooth Hoverboard
Self Balancing Scooter UL...
$110.94
Free shipping
New

6.5" LED Hoverboard Electric
Self Balancing Bluetooth...
$129.99
Free shipping
Seller 100.0% positive

6.5" Bluetooth Hoverboard
LED Self Balancing Scooter...
$134.99
Free shipping
New

6.5" Self-Balancing LED
Hoverboard Bluetooth...
$134.99
Free shipping
New

---

Explore more sponsored options: Brand



Segway                    More

Ninebot S by Segway |
Smart Self Balancing...
$489.00
+ shipping
Popular

Electric Segway Ninebot S
Smart Self Balancing...
$489.99
~~$699.98~~
+ shipping
Popular

Ninebot S-PLUS by Segway
Smart Self-Balancing...
$779.99
+ shipping

SwagTron                  More

Open Box Swagtron T580
Hoverboard Scooter 6in...
$129.99
+ shipping
Popular

SWAGTRON T8 Lithium-Free
Battery Hoverboard Self-...
+ shipping
Popular

SWAGTRON Swagboard
T882 Kids Hoverboard D...
$98.00
+ shipping
Popular

Feedback

---








Ninebot S by Segway | Smart Self Balancing...
$489.00
+ shipping
Popular

Electric Segway Ninebot S Smart Self Balancing...
$489.99
$699.98
+ shipping
Popular

Ninebot S-PLUS by Segway Smart Self-Balancing...
$779.99
+ shipping

Open Box Swagtron T580 Hoverboard Scooter 6in...
$129.99
+ shipping
Popular

SWAGTRON T8 Lithium-Free Battery Hoverboard Self-...
+ shipping
Popular

SWAGTRON Swagboard T882 Kids Hoverboard Du...
$98.00
+ shipping
Popular

## Explore more sponsored options: Color

### White




White Mini Smart Electric Scooter 2 Wheels Unicycle...
$99.95
+ shipping
Popular

Ninebot Segway S Smart Self Balancing Personal Electric...
$489.99
$650.37
+ shipping

JETSON PROTONWHI SCOOTER,ELECTRIC SPHERE
$264.76
$496.99
+ shipping

---

People who viewed this item also viewed 1/2

Feedback on our suggestions







Hover-1 ULTRA Hoverboard Electric Self Balancing...
$99.99
Free shipping
Popular

Segway/Ninebot S 1600W Self Balancing Electric...
$210.50
+ shipping
8 bids

Hover-1 LIBERTY Hoverboard Electric Self Balancing...
$84.99
Free shipping
Popular

FOLDING ELECTRIC SCOOTER 5.8AH LG BATT...
$237.02
$249.50
Free shipping
Popular

Segway Ninebot miniPRO miniPRO320 Personal...
$199.99
Free shipping

Ninebot By Segway miniPro Self Balancing Transporter -...
$217.00
+ shipping
0 bids

---

Back to previous page

Return to top

More to explore : Self Balancing Unicycle, Self-Drill Fenders for Kawasaki, New Balance, Self Heating Cat Beds, Self-Drill Fenders for Honda CRF250R, Self-Drill Fenders for Honda CRF450X, Self-Healing Cutting Mats, Self Defense Knuckles, Self-Drill Fenders for Honda XR250R, self defense cane

About eBay    Announcements    Community    Security Center    Resolution Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice

Norton SECURED




Document title: Gotrax Hoverfly Ion Self Balancing | eBay
Capture URL: https://www.ebay.com/itm/Gotrax-Hoverfly-Ion-Self-Balancing/401895301877?hash=item5d92d3a2f5:g:GCYAAOSwtEIdh7Jr
Capture timestamp (UTC): Fri, 07 Aug 2020 19:39:33 GMT

Page 3 of 3



| Hover-1 HORIZON Hoverboard Electric Self... | Hover-1 ULTRA Hoverboard Electric Self Balancing... | Hover-1 LIBERTY Hoverboard Electric Self Balancing... | Razson-24 Electric Hover Scooter 400W UL 2272... | New Original Segway Ninebot Motor ES1 ES2 ES3... | 48V 1000W Electric Motor Speed Controller Throttle... |
|---|---|---|---|---|---|
| $149.99 | $99.99 | $84.99 | $130.99 | $89.99 | $108.99 |
| Free shipping | Free shipping | Free shipping | $249.99 | $99.99 | Free shipping |
| | Popular | Popular | Free shipping | Free shipping | |
| | | | Popular | Last one | |

| Description | Shipping and payments |                                                                 Report item |
|---|---|---|

Seller assumes all responsibility for this listing.                                                                              eBay item number:  113743436464

Last updated on  Jul 22, 2020 16:05:07 PDT  View all revisions

### Item specifics

| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is ... Read more | MPN: | Does Not Apply |
|---|---|---|---|
| Featured Refinements: | Bluetooth Balancing Scooter | Brand: | Unbranded |

**Product Description**

**Features:**

UL2272 CERTIFIED: UL 2272 Certified and Passed a 159-Point Safety Tests.

100% Brand New and High Quality

High Technology Balancing

Electric Drive and Environment Friendly Design

Convenient and Portable Transportation

Bluetooth Speaker

LED LIGHTS

**Specifications:**

Motor: Dual Motor with Dual Independent Gyros

Certificates: UL 2272 Certified

Tire size: 6.5 inch

Battery: Lithium 36V,2.0Ah

Bluetooth Speakers: so you can take your music anywhere you go!

Charging Time:6 hour

Max Climb:5 degrees

Max speed:6mph

Weight:16.65 lbs

Carton Size:25"*9"*9"

Gross Weight:26.5 lbs

Minimum Load: 44lbs

Maximum Load:180 lbs

Range:Up to 3.5 miles per full charge(Range also depended on rider's weights and the condition of the road)

**Package includes:**

1x Balancing Scooter

1x Charger

1x User Manual

UL 2272 Certified Link:

http://database.ul.com/cgi-bin/XYV/template/LISEXT/1FRAME/showpage.html?name=FKIS.E489745&ccnshorttitle=Electrical+Systems+for+Personal+E-Mobility+Devices&objid=1086447712&cfgid=1073741824&version=versionless&parent_id=1085530313&sequence=1

**Seller Guarantee**

1. 100% Brand-new and Good Quality

2. Item Located: California, United States

UL 2272 Certified Link:
http://database.ul.com......
Mobility+Devices&objid=1086447712&cfgid=1073741824&version=versionless&parent_id=1086530313&sequence=1

**Seller Guarantee**

1. 100% Brand-new and Good Quality

2. Item Located: California, United States

3. Fast shipping: US Fast shipping(1 to 5 Business days)

## Payment

We accept payment via PayPal. Use PayPal at checkout to pay with credit or debit.

Immediate payment is required. Shipping will be arranged within 1 business day once payment is cleared.

## Return & Refund policy

1.All items are in new and working condition unless specified otherwise elsewhere in the description.

2.All Returns - defective or otherwise - MUST BE PREAUTHORIZED to guarantee refund or exchange. Please contact us to get an authorization and return address.

3.Buyer agrees to pay for the cost of re-shipment for undeliverable or wrong addresses.

4.Buyer is responsible for Return Postage as well as a 20% restocking fee if return/replacement is not a result of our mistake such as wrong item.

5.Replacement or Refund will be made upon receipt of the returned item. Please include tracking number so we can process ASAP. If you do not wish to wait for a replacement, please repurchase the item.

6.ALL REFUNDS will be processed via PayPal. Please double check via PayPal history and transaction for confirmation. PayPal will send it back to whatever you used to pay within 3-5 days.

## Feedback

We strive to provide the best products and services. Your positive feedback 5 stars DSR help us do better. If anything about your transaction did not meet expectations, please CONTACT US and give us the opportunity to make things right. We are always here to help.

## Customer Support - Contact

If you have any questions or concerns about your eBay order, please feel free to contact us. We will try our best to reply all messages within 24 hours. However, during weekends or holidays may delay.

---

Sponsored items based on your recent views 1/3                                   Feedback on our suggestions


     

6.5" Electric Hoverboard Bluetooth Speaker LED Self...
**$104.99**
Free shipping
New

6.5" Bluetooth Hoverboard Flash LED Balancing Scoote...
**$104.99**
Free shipping
New

6.5" Hoverboard Bluetooth LED Light Electric Self...
**$104.99**
Free shipping
New

Jetson Rave Extreme Terrain Hover Scooter Cosmic Ligh...
**$109.97**
+ shipping
Pre-owned

Jetson Rave Extreme Terrain Hover Scooter Cosmic Ligh...
**$158.86**
~~$169.00~~
+ shipping
New

6.5" Kid Bluetooth Hoverboard Self Balancing...
**$104.99**
Free shipping
New

---

## Explore more sponsored options: Brand

SwagTron 

Lamborghini                                                                           Mor


   6.5 inch    

---

Explore more sponsored options: Brand



**SwagTron**

Open Box Swagtron T580 Hoverboard Scooter 6in...
~~$129.99~~
$129.99
+ shipping
Popular

Open Box Swagtron T5 Kid Hoverboard Self Balancing...
$119.99
+ shipping

Open Box Swagtron T1 UL2272 Hoverboard Electri...
$159.99
+ shipping



**Lamborghini**                                                                 More

Lamborghini 8.5" Bluetooth Electric Balancing Scooter...
$274.55
~~$343.19~~
+ shipping

6.5Inch Smart Electric Scooter Bluetooth...
$188.99
+ shipping

6.5" Lamborghini E-Scooter Skateboard Smart Electric...
$199.00
+ shipping



People who viewed this item also viewed  1/2                                    Feedback on our suggestions

6.5" Hoverboard Bluetooth Self Balancing LED Electric...
$119.99
Free shipping

6.5" LED Hoverboard Electric Self Balancing Bluetooth...
$129.99
Free shipping

6.5" Electric Hoverboard Bluetooth Speaker LED Self...
$104.99
Free shipping
Popular

Hoverboard Self Balancing LED Bluetooth Scooter 6.5"...
$119.99
Free shipping

6.5" Bluetooth Hoverboard LED Self Balancing Electric...
$104.99
Free shipping

6.5" Electric Hoverboard Self-Balancing LED Bluetooth...
$129.99
Free shipping



More from this seller                                                           Feedback on our suggestions

Circuit Board Assembly for balancing Electric Scooter
$39.95
Free shipping

UL Certified Adapter Power Charger For Two-Wheel...
$25.95
Free shipping

Remote Control Keys for 2 Wheel Balance Scooter
$10.95
Free shipping

5 Pin AC-CDI Box for 50cc 90cc 110cc 125cc Kids ATV...
$10.95
Free shipping

Back to previous page                                                           Return to top

Feedback

About eBay   Announcements   Community   Security Center   Resolution Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ

Norton SECURED

Explore more sponsored options: Brand

### SwagTron



**Open Box Swagtron T580 Hoverboard Scooter 6in...**
~~$129.99~~
$119.99
+ shipping
Popular



**Open Box Swagtron T5 Kid Hoverboard Self Balancing...**
$119.99
+ shipping

**Open Box Swagtron T1 UL2272 Hoverboard Electri...**
$159.99
+ shipping

### Lamborghini                                                                                         More



**Lamborghini 8.5" Bluetooth Electric Balancing Scooter...**
$274.55
~~$343.19~~
+ shipping



**6.5Inch Smart Electric Scooter Bluetooth...**
$188.99
+ shipping



**6.5" Lamborghini E-Scooter Skateboard Smart Electric...**
$199.00
+ shipping

---

### People who viewed this item also viewed 1/2

Feedback on our suggestions



**6.5" Hoverboard Bluetooth Self Balancing LED Electric...**
$119.99
Free shipping



**6.5" LED Hoverboard Electric Self Balancing Bluetooth...**
$129.99
Free shipping



**6.5" Electric Hoverboard Bluetooth Speaker LED Self...**
$104.99
Free shipping
Popular



**Hoverboard Self Balancing LED Bluetooth Scooter 6.5"...**
$119.99
Free shipping



**6.5" Bluetooth Hoverboard LED Self Balancing Electric...**
$104.99
Free shipping



**6.5" Electric Hoverboard Self-Balancing LED Bluetooth...**
$129.99
Free shipping

---

### More from this seller

Feedback on our suggestions



**Circuit Board Assembly for balancing Electric Scooter**
$39.95
Free shipping



**UL Certified Adapter Power Charger For Two-Wheel...**
$25.95
Free shipping



**Remote Control Keys for 2 Wheel Balance Scooter**
$10.95
Free shipping

**5 Pin AC-CDI Box for 50cc 90cc 110cc 125cc Kids ATV...**
$10.95
Free shipping

---

Back to previous page                                                                           Return to top

About eBay   Announcements   Community   Security Center   Resolution Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ

Norton SECURED

Feedback



---



Document title: Hoverboard X2 | eBay
Capture URL: https://www.ebay.com/itm/Hoverboard-X2/332476838401?hash=item4d6929f201:g:H68AAOSwmudaKZwr
Capture timestamp (UTC): Fri, 07 Aug 2020 19:49:00 GMT

balancing hoverboard is safe and reliable. This board is very user-friendly and has smart Bluetooth technology and top of the line speakers, so you can listen to your favorite music anywhere you go. Includes: board, charger, instruction manual, and carrying bag. Gift of Wings is selling this Hoverboard for only **$199.00**.

Current available colors are: blue, black, white, and red. Please message us with what color you would like.

UL 2272 certified

http://database.ul.com/cgi-bin/XYV/template/LISEXT/1FRAME/showpage.html?name=FKIS.E485683&ccnshorttitle=Electrical+Systems+for+Self-balancing+Scooters&objid=1085941747&cfgid=1073741824&version=versionless&parent_id=1085530313&sequence=1

Available in store from Gift of Wings in Franklin or Greendale. Shipping also available.

Gift of Wings is located at:

9955 West St. Martins Rd. Franklin, WI 53132

5608 Broad Street Greendale, WI 53129



Sponsored items based on your recent views 1/3                                                                         Feedback on our suggestions

6.5inch UL Listed 2 Wheel Hoverboard Electric...
$158.00
Free shipping
Seller 99.1% positive

Inner Tube 200 x 50 (8 X 2") Gas Razor Electric Scooter
$6.50
+ $2.99 shipping
Seller 99.0% positive

EVERCROSS Adjustable Hoverboard Go Cart...
$74.99
Free shipping
New

(2) 10 X 2.0/2.125 INNER TUBES HOVERBOARD BABY...
$18.95
Free shipping
Seller 99.2% positive

7inch Black Simple Fashion Two Wheels Smart Self-...
$99.99
Free shipping
New

3-in-1 3-Wheel Scooter LED Wheels Kids Kick Scooter...
$48.99
Free shipping
New

Explore more sponsored options:



EVERCROSS Adjustable Hoverboard Go Cart...
$74.99
+ shipping

Adjustable Hoverboard Go Cart Hoverkart Electric Go-...
$39.99
+ shipping
Popular

Adjustable Hoverboard Air Cart Hoverkart Electric...
$44.00
+ shipping

Adjustable HoverKart Go Cart HoverCart Hover Cart...
$54.95
+ shipping

2 Hoverboard Gyroscope Intelligent Attitude Board...
$20.27
+ shipping
Popular

36V 4.4AH Lithium-Ion Battery For Smart Self-...
$33.99
$39.99
+ shipping
Popular



**6.5inch UL Listed 2 Wheel Hoverboard Electric...**
$158.00
Free shipping
Seller 99.1% positive



**Inner Tube 200 x 50 (8 X 2") Gas Razor Electric Scooter**
$6.50
+ $2.99 shipping
Seller 99.0% positive



**EVERCROSS Adjustable Hoverboard Go Cart...**
$74.99
New

**(2) 10 X 2.0/2.125 INNER TUBES HOVERBOARD BABY...**
$18.95
Free shipping
Seller 99.2% positive

**7inch Black Simple Fashion Two Wheels Smart Self-...**
$99.99
New

**3-in-1 3-Wheel Scooter LED Wheels Kids Kick Scooter...**
$48.99
New

## Explore more sponsored options:

     

**EVERCROSS Adjustable Hoverboard Go Cart...**
$74.99
+ shipping

**Adjustable Hoverboard Go Cart Hoverkart Electric Go-...**
$39.99
+ shipping
Popular

**Adjustable Hoverboard Air Cart Hoverkart Electric...**
$44.00
+ shipping
Popular

**Adjustable HoverKart Go Cart HoverCart Hover Cart...**
$54.95
+ shipping
Popular

**2 Hoverboard Gyroscope Intelligent Attitude Board...**
$20.27
+ shipping
Popular

**36V 4.4AH Lithium-Ion Battery For Smart Self-...**
$33.99
$39.99
+ shipping
Popular

## People who viewed this item also viewed 1/2

Feedback on our suggestions

    

**24V Balance Scooter Replacement 2 Main...**
$26.99
+ $11.00 shipping
Almost gone

**2 Hoverboard Gyroscope Intelligent Attitude Board...**
$20.27
Free shipping
Popular

**EVERCROSS Adjustable Hoverboard Go Cart...**
$74.99
Free shipping

**Balance Scooter Repair Parts 2 Main Circuit Board Taotao...**
$35.00
Free shipping

**Self Balance Scooter Hoverboard Gyroscope...**
$14.99
Free shipping

**Adjustable Go Kart Seat Holder Stand For 6.5" 8" 10"...**
$87.99
Free shipping

Back to previous page

Return to top

More to explore : Hoverboard, Hoverboard Case, Hoverboard Charger, Hoverboard Cover, Hoverboard Shell, nike show x2, Athlon 64 X2 Computer Processors (CPUs), Amd Athlon 64 X2 6000, Filters for BMW X2, Interior Parts for BMW X2

About eBay  Announcements  Community  Security Center  Resolution Center  Seller Center  Policies  Affiliates  Help & Contact  Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice

Document title: Hoverboard X2 | eBay
Capture URL: https://www.ebay.com/itm/Hoverboard-X2/332476838401?hash=item4d6929f201:g:H68AAOSwmudaKZwr
Capture timestamp (UTC): Fri, 07 Aug 2020 19:49:00 GMT



## Description

Seller assumes all responsibility for this listing.

eBay item number: 353123471971

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | Used: An item that has been used previously. The item may have some signs of cosmetic wear, but is fully … Read more | Brand: | No name |
| Color: | Pink | MPN: | LBW01 |
| Model: | LBW01 | UPC: | Does not apply |

**secondarymarket**
secondarymarket (19113 ⭐) 100%
✉ Sign up for newsletter

Visit Store: secondarymarket

## Categories

- Art Supplies
- Cameras
- Cell Phone Cases
- Clothing
- Coins
- Collectibles
- Comic Books
- Computer Accessories
- Designer Items
- DVD
- Ebay Motors
- Electronics
- Fitness Equipment
- For the Home
- Golf Clubs
- Headphones/Earbuds
- Health & Beauty
- Jewelry
- Laptops
- Mens Jackets
- Motorcycle Jackets

Check out these other items that I have on eBay right now!

| | | | | |
|---|---|---|---|---|
| NEW Ashton Drake Welcome Home,Baby Emily So Truly Real Doll US $139.99 | Vintage E. S. Ritchie And Sons Navigational Instrument USA Made US $349.99 | Midtronics Celltron Ultra Universal Stationary Battery Analyzer w US $2499.99 | Franklin Mint Ray Beers American Proud Bald Eagle Collectors Knife US $59.99 | Vintage 1981 Cairns & Bros Inc. Model 660C Metro Fire Fighter US $99.99 |
| Vintage 1959 USMC Marine Corps Uniform-Jacket,Belt & Trousers US $149.99 | NEW Xbox One EA Sports NHL 19 Game US $19.99 | Fowler 52-370-012 4 Pc. 12" Blade 4R Graduation Combination Square Set | 3 New Dewalt Rock Carbide Hammer Drill Bits DW5225/DW5228/DW5230 US $29.99 | Snap-On 5 Piece RXFMS Series Metric Flare Nut Line Wrench Set US $164.99 |

Click here to browse all my eBay items!

Auctiva's FREE Scrolling Gallery
Mobile Responsive and Active Content Free

## XtremepowerUS Self Balance Electric Hoverboard Bluetooth Speaker

















Click image for larger

## Description

You are looking at a Previously Owned XtremepowerUS LBW01-PB Hoverboard With Charger And Bag. The stickers are all scratched off due to previous use. This machine has blue tooth and the wheel covers light up different colors. Also comes with a bag. Fully functional!!!!  Dont let the condition of this thing distract you from the potential this has!

UL 2272 Certified and meets all safty standards. For more information:
http://database.ul.com/cgi-bin/XYV/template/LISEXT/1FRAME/index.html?_ga=2.45880548.1537112930.1518020809-1549713267.1518020809

Bid with confidence, check our feedback and know that we guarantee customer satisfaction by offering a full refund if you are not happy with your purchase.





## Payment

We accept Paypal for payment of our auctions and ask for payment within 3 days of the end of each auction. After that time we will open an unpaid item case through eBay.

For Buy It Now items we require immediate payment.



Laptops
Mens Jackets
Motorcycle Jackets
Musical Instruments
Nascar
Office Equipment
Security Cameras
Shoes
Smartphones
Speakers
Sports Equipment
Tools



## Shipping

We promise to ship your item within 1 business day. We actually strive to ship your item the same day as your payment is received and often are able to do this.  If not we will ship your item the very next business day. We use the United States Postal Service for most of our shipping but often will give you the option of choosing UPS or FEDEX for continental United States delivery for larger items.

We do offer combined shipping for multiple items purchased.  Please, if you purchase more than one item from us wait for an invoice so we can combine shipping costs.

We will use the option (FEDEX, USPS or UPS) that is the most economical to your location. When we charge shipping to our customers we only pass on to our buyers exact shipping costs - there are no added fees.

We require signature confirmation and insurance on all items that sell for $250.00 or more.  This allows buyer and seller protection through Paypal and eBay.

PLEASE NOTE: WE DO NOT SHIP ON HOLIDAYS OR WEEKENDS!

_**International Buyers Please Note**_:

**Import duties, taxes, and charges are not included in the item price or shipping cost. These charges are the buyer's responsibility. Please check with your country's customs office to determine what these additional costs will be prior to bidding or buying. Customs fees are normally charged by the shipping company or collected when you pick the item up. These fees are not additional shipping charges. We won't under-value merchandise or mark the item as a gift on customs forms. Doing that is against U.S. and international laws.**

**We use the eBay Global Shipping program for international shipping.**

## About Us

Customer service is our #1 priority! We want you to be a satisfied and returning customer.

If for any reason you are dissatisfied with your purchase we offer a 30 day money back guarantee on our products unless otherwise noted in the listing (AS-IS/For Parts Repair - No returns.)   We will only accept items back in the condition that they were sent to you.

WE ARE NOT AUTHORIZED RESELLERS FOR ANY MANUFACTURER.

A restocking fee may apply on returned items.

WE ARE NOT AUTHORIZED RESELLERS FOR ANY MANUFACTURER.

A restocking fee may apply on returned items.

We DO NOT accept returns on any personal items,

---

Related sponsored items 1/2    Feedback on our suggestions

      

| Electric Hoverboard Self Balance Scooter With Bluetoo... | 8.5" Hummer Electric Hoverboard Self Balance... | Hover-1 LIBERTY Hoverboard Electric Self Balancing Scoote... | All Terrain Hoverboard Electric Self Balancing Scooter Wirele... | Hover-1 HELIX Hoverboard Electric Self Balancing Scoote... | EVERCROSS Hoverboard + Adjustable Go Cart Hoverkart... |
|---|---|---|---|---|---|
| $134.99 | $209.99 | $84.99 | $134.99 | $99.99 | $229.00 |
| Free shipping | Free shipping | Free shipping / Popular | Free shipping | Free shipping / Popular | Free shipping |

---

People who viewed this item also viewed 1/2    Feedback on our suggestions

     

| Jetson Nitro Electric Scooter Bluetooth speaker 12 mph... | Hover-1 ULTRA Hoverboard Electric Self Balancing Scoote... | Hover-1 FREEDOM Hoverboard Electric Self Balancing Scoote... | City Cruiser 8.5" Electric Scooter All Terrain Tires... | Hover-1 LIBERTY Hoverboard Electric Self Balancing Scoote... | Hover-1 Max Hoverboard Electric Rideable Self Balanci... |
|---|---|---|---|---|---|
| $94.99 | $99.99 | $74.99 | $199.99 | $84.99 | $66.00 |
| $249.99 | Free shipping / Popular | Free shipping | Free shipping | Free shipping / Popular | + shipping   8 bids |
| Free shipping | | | | | |

---

Sponsored items based on your recent views 1/3    Feedback on our suggestions

     

| 6.5inch UL Listed 2 Wheel Hoverboard Electric Balancin... | Inner Tube 200 x 50 (8 X 2") Gas Razor Electric Scooter | EVERCROSS Adjustable Hoverboard Go Cart Hoverkar... | (2) 10 X 2.0/2.125 INNER TUBES HOVERBOARD BAB... | 7inch Black Simple Fashion Two Wheels Smart Self-Balancing... | 3-in-1 3-Wheel Scooter LED Wheels Kids Kick Scooter... |
|---|---|---|---|---|---|
| $158.00 | $6.50 | $74.99 | $18.95 | $99.99 | $48.99 |
| Free shipping | + $2.99 shipping | Free shipping | Free shipping | Free shipping | Free shipping |

---

Document title: XtremepowerUS Self Balance Electric Hoverboard Bluetooth Speaker | eBay

Capture URL: https://www.ebay.com/itm/XtremepowerUS-Self-Balance-Electric-Hoverboard-Bluetooth-Speaker/353123471971?hash=item5237cc9263:g:6-IAAOSwXspe...

Capture timestamp (UTC): Fri, 07 Aug 2020 19:50:00 GMT

## Sponsored items based on your recent views 1/3

Feedback on our suggestions











| | | | | | |
|---|---|---|---|---|---|
| 6.5inch UL Listed 2 Wheel Hoverboard Electric Balancin... | Inner Tube 200 x 50 (8 X 2") Gas Razor Electric Scooter | EVERCROSS Adjustable Hoverboard Go Cart Hoverkar... | (2) 10 X 2.0/2.125 INNER TUBES HOVERBOARD BAB... | 7inch Black Simple Fashion Two Wheels Smart Self-Balancing... | 3-in-1 3-Wheel Scooter LED Wheels Kids Kick Scooter... |
| $158.00 | $6.50 | $74.99 | $18.95 | $99.99 | $48.99 |
| Free shipping | + $2.99 shipping | Free shipping | Free shipping | Free shipping | Free shipping |

Ad gotrax.com ▾

**Bluetooth Hoverboards** $109.99 - GOTRAX® Bluetooth Hoverboards
Free Shipping and 30 Day Returns on all hoverboards. UL2272 Certified safe!

Hoverboards          Hoverfly ECO Hoverboard
SRX Bluetooth Hoverboard

Visit Website

Ad hoverboards.com ▾

**Hoverboards**.com® Official Site - $145 Sale | Free UPS Shipping
#1 Selling Hoverboard · Self-Balancing · 12 Colors · Free Shipping · LED Lights. Durable Aluminum Wheels.
Online Since 2014. For Beginners to Pros. 100% Satisfaction. Over 15+ Unique Colors. 2X the Battery Life.
Proudly Based in USA. Avoid the Knock-offs. Free 90-Day Warranty. Top Customer Service. Models: Kids & Adult
Hoverboards, Off-Road Hoverboards, Bluetooth Hoverboards.

2020 Spring Deal — $149   Avoid LED Wheels. Why?
Choose from 20+ Colors

Visit Website

Ad haloboard.com ▾

**Top 5 Hoverboards** of 2020 - Buy The Top Ranked **Hoverboard**
Official Top 5 Hoverboard of 2020. See the Best Reviewed Hoverboard Online. Ranked 2020's Top
Hoverboard. Buy Top Ranked Hoverboard of 2020. Shop Online. Open 7 Days A Week. Features: High-Grade
Aluminum Frame, Wheel Guards, UL 2272 And UL 2271 Safety Certified, Powerful LED Lights.

Visit Website

Ad chicagotribune.com ▾

**Top 5 Hoverboards** of 2020 - Don't Buy Until You Read This
What Do We Do? We Buy, Test, and Write Reviews. We Make Shopping Quick and Easy. Our Research Has
Helped Over 200 Million People To Find The Best Products. The Best Rated Products. We Do the Testing For
You. From the Experts. Save Time and Money. Highlights: Independent Testing Process, Subject Matter Experts
Available, Offering Reliable Purchasing Advice.

★★★★★ (5)

How Does It Work?   What Do We Do?
Our Promise          View Our Shopping Guide
About Us

Visit Website

Ad joinhoney.com ▾

**Honey Coupons & Savings** - Free Browser Extension - joinhoney.com
Shop Smarter With Honey – Automatically Find And Apply The Best Promo Codes At Checkout

★★★★★ (4.6)

Visit Website

Back to previous page                                                Return to top

More to explore :  Hoverboard,  Hoverboard Case,  Hoverboard Charger,  Hoverboard Cover,  Self Balancing Unicycle,  Hoverboard Shell,  Bluetooth Tower Speaker,  Philips Docks & Mini Speakers with Bluetooth,
Monster Audio Player Docks & Mini Speakers with Bluetooth,  Bluetooth Bike Speaker

About eBay   Announcements   Community   Security Center   Resolution Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ











## Item specifics

| | | | |
|---|---|---|---|
| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is … Read more | Brand: | HOVERS |
| Wheels diameter: | 6.5inch | MPN: | Does not apply |
| Plug: | US Plug | UPC: | Does not apply |
| Charging Time: | About 2-3 hours | Material: | ABS, Metal |
| Input: | 100-240V, 2.2A(Max.), 50/60Hz | Chassis Height: | 33mm/1.2inch |
| Voltage: | 36V | Pedal Height: | 110mm/4.3inch |
| Max. Speed: | 10km/h | | |

THIS ITEM WILL SHIP FROM NEW YORK WAREHOUSE

Our Electric Scooter gives a much more stable ride and a faster response, making it safer and easier to control. Users can control the board to go forward, accelerate, and decelerate simply by leaning forward or leaning backwards. The double balancing technology allows for easy turns, rotation, acceleration and smooth drifting around corners with ease! You can also stand still on it and even turn 360 degrees in a spot. Just step on, you will be able to ride it in minutes, the typical learning curve is only 3-5 minutes.

Features

- Safety UL Certified Battery
- Adopting top-notch technology
- Super quiet electric engine offers long-lasting high power
- High speed, stable performance
- High strength ABS material is tough and durable
- Impact-resistant mudguard over two wheels, non-slip rubber pedal mat
- Waterproof, dustproof cap on the charging port
- Inbuilt 4400mAh battery lasts for hours of ride at one full charge
- Sleek design, lightweight, easy to carry

Colors: Chrome Metallic Silver

UL 2272 Certified Link:
http://database.ul.com/cgi-bin/XYV/template/LISEXT/1FRAME/showpage.html?name=QQGQ2.E475923&consshorttitle=Power+Supplies,+Information+Technology+Equipment+Including+Electrical+Business+Equipment+-+Component&objid=1085155795&cfgid=1073741824&version=versionless&parent_id=1073787374&sequence=1

**UL 2272 Certified Link**

**Condition:** Brand new.

**Payment:** We only accept Paypal payments. No trades or offers will be accepted. Payments must be made immediately. Shipments are made only to the address on file with Paypal you use. Please make any corrections to your address prior to payment. Address corrections will not be made under any circumstances.

**Condition:** Brand new.

**Payment:** We only accept Paypal payments. No trades or offers will be accepted. Payments must be made immediately. Shipments are made only to the address on file with Paypal you use. Please make any corrections to your address prior to payment. Address corrections will not be made under any circumstances.

**Shipping for Domestic U.S Buyers:** All orders will be shipped for FREE with FEDex or UPS w/ a delivery confirmation. Shipping only to the lower 48 states. Shipments occur Monday - Saturday within 24 hours of payment received from a confirmed Paypal address. Purchases made on a weekend or holiday will ship out on the next business day.

Related sponsored items 1/2

Feedback on our suggestions


FC CE Certified 2 Wheels Self Balancing Electric...
$9.99
Free shipping


36V 4.4AH Lithium-Ion Battery For Smart Self-...
$33.99
$39.99
Free shipping
Popular


1Pc Battery Charger for Scooter Hover Board...
$9.99
Free shipping


Battery Charger for Scooter Hover Board Unicycle Self...
$9.99
Free shipping


Charger 42V 2A for Electric Scooter Self Balancing Hov...
$9.99
Free shipping


Hover-1 LIBERTY Hoverboard Electric Self Balancing...
$84.99
Free shipping
Popular

Explore more sponsored options:


6.5" Hoover board Hoverboard Electric...
$129.99
+ shipping


6.5" Electric Hoverboard Self-Balancing LED Bluetooth...
$129.99
+ shipping


Open Box Swagtron T580 Hoverboard Scooter 6In...
$129.99
+ shipping
Popular

White Mini Smart Electric Scooter 2 Wheels Unicycle...
$99.95
+ shipping
Popular


6.5" LED Hoverboard Electric Self Balancing Bluetooth...
$129.99
+ shipping


2 Wheels Bluetooth Hoverboad Electric LED Self...
$129.99
+ shipping

People who viewed this item also viewed 1/2

Feedback on our sug...















Hoverboard Self Balancing LED Bluetooth Scooter 6.5"...
$119.99
Free shipping

6.5" LED Hoverboard Electric Self Balancing Bluetooth...
$129.99
Free shipping

6.5" Electric Hoverboard Self-Balancing LED Bluetooth...
$129.99
Free shipping

6.5" Hoverboard Bluetooth Self Balancing LED Electric...
$119.99
Free shipping

6.5" Hoverboard LED UL Self Balancing Electric Scooter...
$119.99
Free shipping

6.5" Hoverboard Self-Balancing LED Bluetooth...
$129.99
Free shipping

Sponsored items based on your recent views 1/3                    Feedback on our suggestions








6.5inch UL Listed 2 Wheel Hoverboard Electric...
$158.00
Free shipping

6.5" Self-Balancing LED Hoverboard Bluetooth...
$134.99
Free shipping

6.5" Bluetooth Hoverboard LED Kid Self Balancing...
$134.99
Free shipping

Jetson V12 Electra-Light Electric Self Balancing 500...
$104.99
$299.99
Free shipping
Popular

Inner Tube 200 x 50 (8 X 2") Gas Razor Electric Scooter
$6.50
+ $2.99 shipping

EVERCROSS Adjustable Hoverboard Go Cart...
$74.99
Free shipping

Ad hoverboards.com
**Hoverboards**.com® Official Site - $145 Sale | Free UPS Shipping
#1 Selling Hoverboard · Self-Balancing · 12 Colors · Free LED Lights. Free Built-In Bluetooth.
Durable Aluminum Wheels. Over 15+ Unique Colors. Avoid the Knock-offs. Online Since 2014. Top Customer
Service. Trusted by 100,000 Riders. Never Buy Plastic Wheels. Free Sameday Shipping. Free 90-Day Warranty.
Models: Kids & Adult Hoverboards, Off-Road Hoverboards

2020 Spring Deal — $149   Avoid LED Wheels. Why?
Choose from 20+ Colors

Visit Website

Ad craftandride.com
**Mods for Onewheel™** - Accessories for Onewheel+ XR™ - craftandride.com
Choose from over 75+ of the best aftermarket parts for the Onewheel+ XR and Onewheel Pint.
★★★★★ (4.9)
Spectrum Magnetic Fender - $99.99 Block Water & Debris
(909) 609-5719
Shop Now   4,157+ Verified Reviews
FAQ       Contact Our CEO

Visit Website

Ad spyderwheel.com
**Electric Onewheel Motorcycle** - Spyderwheel Official Website
Get the Seated Onewheel that Feels like Nothing But Power. Ready For a New Hobby?
Support Spyderwheel    About Us
Specs Spyderwheel     FAQs Spyderwheel
Black Widow Spyderwheel

Visit Website

Ad fatbearscooters.com
**Electric Motorized Scooter** - Try A New Way To Travel - An Eco-Friendly Option
FatBear Scooters Combine The Latest in Battery & Electric Motor Technology. They're Fast, Fun, & Eco-
Friendly, Too! Whether You're Commuting To Work Or Riding For Fun. 3 Speed Control. Front & Rear Signals.
Front And Rear Shocks. Loud Alarm & Horn. Remote Start. Removable Battery. Large LED Display. Types: Fat
Tire Scooters, Fat Tire Mopeds, Fat Tire Trikes, Fat Tire Bikes

Visit Website

Ad urbandriftscooter.com
**Urban Drift**® Official Site - K1 Best E-Scooter For Kids
Check out the electric scooter specifically designed for kids!
E-Scooter For Adults - $439.97 Urban Drift S006

Visit Website

Feedback

Document title: 2 Wheels Electric Unicycle Scooter Self-Balancing Hover Board Drifting US Sale | eBay
Capture URL: https://www.ebay.com/itm/2-Wheels-Electric-Unicycle-Scooter-Self-Balancing-Hover-Board-Drifting-US-Sale/182318151994?...
Capture timestamp (UTC): Fri, 07 Aug 2020 19:59:31 GMT

Sponsored items based on your recent views 1/3

Feedback on our suggestions









6.5inch UL Listed 2 Wheel Hoverboard Electric...

$158.00
Free shipping

6.5" Self-Balancing LED Hoverboard Bluetooth...

$134.99
Free shipping

6.5" Bluetooth Hoverboard LED Kid Self Balancing...

$134.99
Free shipping

Jetson V12 Electra-Light Electric Self Balancing 500...

$104.99
$299.99
Free shipping
Popular

Inner Tube 200 x 50 (8 X 2") Gas Razor Electric Scooter

$6.50
+ $2.99 shipping

EVERCROSS Adjustable Hoverboard Go Cart...

$74.99
Free shipping

Ad hoverboards.com▾
**Hoverboards.com® Official Site - $145 Sale | Free UPS Shipping**
#1 Selling Hoverboard · Self-Balancing · 12 Colors · Free Bluetooth · LED Lights. Free Built-In Bluetooth. Durable Aluminum Wheels. Over 15+ Unique Colors. Avoid the Knock-offs. Online Since 2014. Top Customer Service. Trusted by 100,000 Riders. Never Buy Plastic Wheels. Free Sameday Shipping. Free 90-Day Warranty. Models: Kids & Adult Hoverboards, Off-Road Hoverboards.
2020 Spring Deal — $149   Avoid LED Wheels. Why?
Choose from 20+ Colors

Visit Website

Ad craftandride.com▾
**Mods for Onewheel™ - Accessories for Onewheel+ XR™ - craftandride.com**
Choose from over 75+ of the best aftermarket parts for the Onewheel+ XR and Onewheel Pint.
★★★★★ (4.9)
Spectrum Magnetic Fender - $99.99 Block Water & Debris
(909) 609-5719
Shop Now   4,157+ Verified Reviews
FAQ       Contact Our CEO

Visit Website

Ad spyderwheel.com▾
**Electric Onewheel Motorcycle - Spyderwheel Official Website**
Get the Seated Onewheel that Feels like Nothing But Power. Ready For a New Hobby?
Support Spyderwheel      About Us
Specs Spyderwheel        FAQs Spyderwheel
Black Widow Spyderwheel

Visit Website

Ad fatbearscooters.com▾
**Electric Motorized Scooter - Try A New Way To Travel - An Eco-Friendly Option**
FatBear Scooters Combine The Latest in Battery & Electric Motor Technology. They're Fast, Fun, & Eco-Friendly, Too! Whether You're Commuting To Work Or Riding For Fun. 3 Speed Control. Front & Rear Signals. Front And Rear Shocks. Loud Alarm & Horn. Remote Start. Removable Battery. Large LED Display. Types: Fat Tire Scooters, Fat Tire Mopeds, Fat Tire Trikes, Fat Tire Mini Bikes.

Visit Website

Ad urbandriftscooter.com▾
**Urban Drift® Official Site - K1 Best E-Scooter For Kids**
Check out the electric scooter specifically designed for kids!
E-Scooter For Adults - $439.97 Urban Drift S006

Visit Website

Back to previous page                                                                 Return to top
More to explore : Self Balancing Unicycle,  Scooter Electrical & Ignition Parts for Yamaha,  Scooter Electrical Switches & Relays for Suzuki,  Onewheel Electric Scooters,  Smart Balance Scooter,  Smart Electric Scooters,  Scooter Electrical & Ignition Parts for BMW,  Electric Scooters,  Electric Mobility Scooters,  Electric Scooter Motor

About eBay   Announcements   Community   Security Center   Resolution Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice

Document title: 2 Wheels Electric Unicycle Scooter Self-Balancing Hover Board Drifting US Sale | eBay
Capture URL: https://www.ebay.com/itm/2-Wheels-Electric-Unicycle-Scooter-Self-Balancing-Hover-Board-Drifting-US-Sale/182318151994?…
Capture timestamp (UTC): Fri, 07 Aug 2020 19:59:31 GMT                               Page 5 of 5





| Hover-1 HORIZON Hoverboard Electric Self... | ... Scooter All Terrain Tires... | ... Self Balancing Electric... | ... Scooter 400W UL 2272... | Hover-1 METRO Hoverboard Electric Self Balancing... | Hover-1 LIBERTY Hoverboard Electric Self Balancing... |
|---|---|---|---|---|---|
| $149.99 | $199.99 | $9.99 | $130.99 | $99.99 | $84.99 |
| Free shipping | Free shipping | Free shipping | ~~$249.99~~ | Free shipping | Free shipping |
| | | | Free shipping | Popular | Popular |
| | | | Popular | | |

---

**Description** | Shipping and payments

Report item

Seller assumes all responsibility for this listing.

eBay item number: 323327674487

Last updated on Feb 28, 2019 10:22:37 PST  View all revisions

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is ... Read more | Maximal Load: | 220 lbs |
| Color: | Pink | Type: | Scooter |
| MPN: | Does Not Apply | Tire Size: | 6.5" |
| Brand: | Unbranded | Model: | A1-5 |
| Dimensions: | 23.23" x 7.32" x 7.01" | UPC: | 752993891577 |

### Certified Self-Balancing Bluetooth LED Light Scooter / Hoverboard (6.5")

Get into next-generation sports with this high quality Self-balancing Bluetooth emobility. Hands-free operation lets you slide, glide and roll like a pro, while nonslip foo Bluetooth and LED sidelights included that you can have music on anywhere you go. Multilayer protection on the battery protects it from damage, and improved tech gear and motor system, providing a smooth ride on this hoverboard. Are you ready? Let's ride...

#### Product Features:

- This scooter is Certified to meet UL2272 safety standards.
- Brand New and High Quality.
- High Technology Self Balancing.
- Electric Drive and Environment Friendly Design.
- Convenient and Portable Transportation.
- Bluetooth Speaker.
- Led Lights at front and on side.
- Nonslip footpads.
- Click here for UL online Certifications

http://database.ul.com/cgi-bin/XYV/template/LISEXT/1FRAME/showpage.html?name=FKIS.E485511&ccnshorttitle=Electrical+Systems+for+Personal+E-Mobility+Devices&objid=1085896766&cfgid=1073741824&version=versionless&parent_id=1085530313&sequence=1

#### Product Specifications:

- Range per charge: up to 12km
- Max speed: 10km /hour
- Tire size: 6.5 inch
- Charge time: 3-5 hours
- Weight: 9.2kg

#### Package contains:

- 1x Scooter/Hoverboard
- 1x Charger
- 1x User Manual


Feedback



Feedback



Thank you for watching! Please text me if you have any questions.



Sponsored items based on your recent views 1/3

Feedback on our suggestions




6.5inch UL Listed 2 Wheel
Hoverboard Electric...
$158.00
Free shipping
Seller 99.1% positive



6.5" Self-Balancing LED
Hoverboard Bluetooth...
$134.99
New

6.5" Bluetooth Hoverboard
LED Kid Self Balancing...
$134.99
New



Jetson V12 Electra-Light
Electric Self Balancing 500...
$104.99
$299.99
Free shipping
Seller 99.1% positive



Inner Tube 200 x 50 (8 X 2")
Gas Razor Electric Scooter
$6.50
+ $2.99 shipping
Seller 99.0% positive



EVERCROSS Adjustable
Hoverboard Go Cart...
$74.99
Free shipping
New

## Explore more sponsored options: Brand

SwagTron



Open Box Swagtron T580
Hoverboard Scooter 6In...
$129.99
+ shipping
Popular

Hover-1



Hover-1 HORIZON
Hoverboard Electric Self...
$149.99
+ shipping

## Explore more sponsored options: Color

Purple                                   More



6.5" Hoverboard Bluetooth
LED Self Balancing Electri...
$134.99
+ shipping

6.5" Kid Bluetooth
Hoverboard Self Balancin...
$104.99
+ shipping

Blue                                    More



6.5" Bluetooth Hoverboard
Self-Balancing Electric...
$144.99
+ shipping

Bluetooth Hoverboard
Electric Self Balancing...
$134.99
+ shipping

Black                                   More



6.5" Wheels Bluetooth
Hoverboard Electric Self...
$129.99
+ shipping
Almost gone

6.5" All-Terrain Off Road
Hoverboard Bluetooth Se...
$119.99
+ shipping
Almost gone

People who viewed this item also viewed 1/2

Feedback on our suggestions








**Purple**                   **Blue**                   **Black**                                More

          

6.5" Hoverboard Bluetooth   6.5" Kid Bluetooth          6.5" Bluetooth Hoverboard   Bluetooth Hoverboard        6.5" Wheels Bluetooth      6.5" All-Terrain Off Road
LED Hoverboard Self Balancing Electri... Hoverboard Self Balancin... Self-Balancing Electric ... Electric Self Balancing... Hoverboard Electric Self... Hoverboard Bluetooth Se...
$134.99                     $104.99                     $144.99                     $134.99                     $129.99                     $119.99
+ shipping                  + shipping                  + shipping                  + shipping                  + shipping                 + shipping
                                                                                                               Almost gone                Almost gone

People who viewed this item also viewed 1/2                                                                                    Feedback on our suggestions

                    

6.5" LED Hoverboard Electric   6.5" Hoverboard Bluetooth   6.5" Electric Hoverboard Self-   6.5" Hoverboard Bluetooth   Hoverboard Self Balancing   6.5" Hoverboard Self-
Self Balancing Bluetooth...    Self Balancing LED Electric... Balancing LED Bluetooth...   LED Self Balancing Electric... LED Bluetooth Scooter 6.5"... Balancing LED Bluetooth...
$129.99                        $119.99                     $129.99                     $134.99                     $119.99                     $129.99
Free shipping                 Free shipping               Free shipping               Free shipping               Free shipping              Free shipping

More from this seller                                                                                                          Feedback on our suggestions

            [blue hoverboard image]

6.5" Self-Balancing Bluetooth   6.5" Self-Balancing Bluetooth   New in Box 6.5" Self-        New in Box 6.5" Self-
Chrome Scooter, Blue, UL...     Chrome Scooter, Yellow, UL...   Balancing Bluetooth Scoote... Balancing Bluetooth Scoote...
$159.00                        $159.00                     $159.00                     $159.00
+ $10.00 shipping             + $10.00 shipping           + $10.00 shipping           + $10.00 shipping

Back to previous page                                                                                                          Return to top
More to explore :   Smart Balance Scooter,   Self Balancing Unicycle,   Pink Scooters,   6 Person Hot Tub,   pink razor scooter,   Smart Balance Wheel Black Electric Scooters,
Pink Bluetooth Audio Docks & Mini Speakers,   hot wheels old number 5,   Seats for Harley-Davidson UL,   Odyssey White Hot 6 Putter

About eBay    Announcements    Community    Security Center    Resolution Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map


Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ


Norton SECURED

Document title: 6.5&quot; Self-Balancing Bluetooth Chrome Scooter, Hot Pink, UL 2272 Certified | eBay
Capture URL: https://www.ebay.com/itm/6-5-Self-Balancing-Bluetooth-Chrome-Scooter-Hot-Pink-UL-2272-Certified/323327674487?…
Capture timestamp (UTC): Fri, 07 Aug 2020 19:52:07 GMT