# EXHIBIT 1-PART 6

# FILED UNDER SEAL



Related sponsored items 1/2



36V 4.4AH Lithium-Ion Battery For Smart Self-...
$33.99
$39.99
Free shipping
Popular



70/65-6.5 Tyre Upgrade Tubeless Tires Vacuum Tir...
$29.58
$31.47
Free shipping



24V Balance Scooter Replacement 2 Main...
$26.99
+ $11.00 shipping
Almost gone



70 / 65-6.5 Tire For Ninebot Electric Scooter Tyre Tube...
$38.15
$41.52
Free shipping



2Pcs 10 Inch Tyre Wheel Tubes Outer Tires for Xiao...
$22.99
Free shipping

People who viewed this item also viewed 1/2



6.5" Bluetooth Hoverboard Electric Self Balancing...
$129.99
Free shipping



Electric Bluetooth Hoverboard Hoverkart Self...
$44.00
Free shipping



6.5" Hoverboard Self-Balancing LED Bluetooth...
$129.99
Free shipping



6.5" Hoverboard Self Balancing LED Bluetooth...
$129.99
Free shipping



6.5" Hoverboard Electric Self Balancing Scooter UL2272...
$129.99
Free shipping

Sponsored items based on your recent views 1/3











People who viewed this item also viewed 1/2

6.5" Bluetooth Hoverboard Electric Self Balancing…
$129.99
Free shipping

Electric Bluetooth Hoverboard Hoverkart Self…
$44.00
Free shipping

6.5" Hoverboard Self-Balancing LED Bluetooth…
$129.99
Free shipping

6.5" Hoverboard Self Balancing LED Bluetooth…
$129.99
Free shipping

6.5" Hoverboard Electric Self Balancing Scooter UL2272…
$129.99
Free shipping

Sponsored items based on your recent views 1/3

6.5inch UL Listed 2 Wheel Hoverboard Electric…
$158.00
Free shipping

6.5" Chrome Hoverboard Electric Self Balancing…
$134.99
Free shipping
Almost gone

Jetson V12 Electra-Light Electric Self Balancing 500…
$104.99
$299.99
Free shipping
Popular

6.5" Self-Balancing LED Hoverboard Bluetooth…
$134.99
Free shipping

(2) 10 X 2.0/2.125 INNER TUBES HOVERBOARD…
$18.95
Free shipping

Back to home page

About eBay    Announcements    Community    Security Center    Resolution Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ



Similar sponsored items 1/2

Feedback on our suggestion

     

| US STOCK Lamborghini E-Scoot... | Hover-1 Matrix 6.5in Wheels LED Sensor... | AOB in Purple Chrome Electric Scooter... | Hover-1 Firefly with Multi colored LED... | HoverboaXtrrd UL2272 Certified w/Bluetooth... | 6.5" Hoverboard Bluetooth Self... |
|---|---|---|---|---|---|
| **$199.99** | **$189.99** | **$172.00** | **$180.00** | **$169.99** | **$119.99** |
| ~~$249.99~~ | Free shipping | Free shipping | Free shipping | Free shipping | Free shipping |
| Free shipping | | | | | |

## Description

eBay item number: 30361608

Seller assumes all responsibility for this listing.

Last updated on  Jul 08, 2020 13:40:12 PDT  View all revisions

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is ... Read more | Model: | DSA-COL-BLK |
| MPN: | DSA-COL-BLK | Color: | Multi-Color |
| Brand: | Hover-1 | UPC: | 888255225917 |

Brand New
THD#2056


Note:

If your location is excluded on shipping list, please message me first and i will figure out how much we can ship to your location.
Thank you for understanding.


Hover-1 Hoverboard ChargerHover1 Charger

- Max weight 265 lbs
- Max speed 9mph
- Wireless Speaker
- App Enabled App store or Google Play
- LED multi-color Lights



Document title: Hover-1 Hoverboard Charger with Multi colored LED lights- New. | eBay
Capture URL: https://www.ebay.com/itm/Hover-1-Hoverboard-Charger-with-Multi-colored-LED-lights-New/303616081291?hash=item46b0edbd8b:g:VzUAAOSwDd5fA3eO
Capture timestamp (UTC): Mon, 10 Aug 2020 17:46:43 GMT
Page 2 of 5

- Max speed 9mph
- Wireless Speaker
- App Enabled App store or Google Play
- LED multi-color Lights

## Related sponsored items 1/2

Feedback on our suggestio

     

**36V 4.4AH Lithium-Ion Battery For Smart Se...**
$33.99
$39.99
Free shipping
Popular

**Hover-1 LIBERTY Hoverboard Electric...**
$84.99
Free shipping
Popular

**Balancing Scooter Hoverboard Adapter...**
$9.99
Free shipping

**2Pcs 10 Inch Tyre Wheel Tubes Outer...**
$22.99
Free shipping

**Balancing Scooter Hoverboard Adapter...**
$9.99
Free shipping

**36V 1A Power Adapter Charger For 2 Wheel...**
$11.99
Free shipping

## Explore more sponsored options: Color

### White    More



**White Mini Smart Electric Scooter 2...**
$99.95
+ shipping
Popular

**Smart Balance Wheel Blue w/...**
$149.99
+ shipping

### Black    More



**HoverboaXtrrd UL2272 Certified...**
$169.99
+ shipping

**SWAGTRON Swagboard T882...**
$98.00
+ shipping
Popular

### Multi-Color



**Balancing Scooter 6.5" Wheel Electri...**
$159.00
+ shipping

**MADDGEAR UL Certified Electric...**
$67.99
+ shipping
Last one

## People who viewed this item also viewed 1/2

Feedback on our sug

  

## People who viewed this item also viewed 1/2

Feedback on our suggestio








| Hover-1 ULTRA Hoverboard Electric... | Hover-1 Matrix 6.5in Wheels LED Sensor... | US STOCK Lamborghini E-Scoot... | Hover-1 Charger 9 MPH Electric Scooter... | AOB in Purple Chrome Electric Scooter... | Swagtron Handsfree Smart Board 80668-... |
|---|---|---|---|---|---|
| $99.99 | $189.99 | $199.99 ~~$249.99~~ | $245.00 | $172.00 | $89.95 |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping | + shipping |
| Popular | | | | | |

## Sponsored items based on your recent views 1/3

Feedback on our suggestio








| Smart Balance Wheel Black w/ Charger.... | 6.5inch UL Listed 2 Wheel Hoverboard... | 6.5" Electric Hoverboard Bluetoot... | Jetson V12 Electra-Light Electric Self... | SWAGTRON T8 Lithium-Free Battery... | Bluetooth Hoverboard Electric Self Balancin... |
|---|---|---|---|---|---|
| $149.99 | $158.00 | $104.99 | $104.99 ~~$299.99~~ | Free shipping | $134.99 |
| + $3.99 shipping | Free shipping | Free shipping | Free shipping | Popular | Free shipping |
| Popular | | Popular | Popular | | |

Back to home page

Return t

About eBay    Announcements    Community    Security Center    Resolution Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ



## People who viewed this item also viewed 1/2

Feedback on our suggestio








Hover-1 ULTRA Hoverboard Electric...
**$99.99**
Free shipping
Popular

Hover-1 Matrix 6.5in Wheels LED Sensor...
**$189.99**
Free shipping

US STOCK Lamborghini E-Scoot...
**$199.99**
~~$249.99~~
Free shipping

Hover-1 Charger 9 MPH Electric Scooter...
**$245.00**
Free shipping

AOB in Purple Chrome Electric Scooter...
**$172.00**
Free shipping

Swagtron Handsfree Smart Board 80668-...
**$89.95**
+ shipping

## Sponsored items based on your recent views 1/3

Feedback on our suggestio









Smart Balance Wheel Black w/ Charger....
**$149.99**
+ $3.99 shipping
Popular

6.5inch UL Listed 2 Wheel Hoverboard...
**$158.00**
Free shipping

6.5" Electric Hoverboard Bluetoot...
**$104.99**
Free shipping
Popular

Jetson V12 Electra-Light Electric Self...
**$104.99**
~~$299.99~~
Free shipping
Popular

SWAGTRON T8 Lithium-Free Battery...
Free shipping
Popular

Bluetooth Hoverboard Electric Self Balancin...
**$134.99**
Free shipping

Back to home page

Return t

About eBay   Announcements   Community   Security Center   Resolution Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ

Norton SECURED





### Related sponsored items 1/2

Hover-1 LIBERTY Hoverboard Electric Se...
$84.99
Free shipping
Popular

EVERCROSS Adjustable Hoverboard Go Cart...
$74.99
Free shipping

EVERCROSS Hoverboard + Adjustable Go Cart...
$229.00
Free shipping

36V 4.4AH Lithium-Ion Battery For Smart Self-...
$33.99
$39.99
Free shipping
Popular

2A 42V Charger Adapter for Electric Smart Self...
$11.59
Free shipping

EVERCROSS Adjustable Hoverboard Go Cart...
$74.99
Free shipping

---

**Description** | Shipping and payments

Report item

Seller assumes all responsibility for this listing.

eBay item number: 264248290397

## Item specifics

| | | | |
|---|---|---|---|
| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is … Read more | MPN: | Does Not Apply |
| Type: | Hoverboard | Brand: | Unbranded |

**toykraze**

toykrazela (33525 ⭐) 99.7%

Sign up for newsletter

Search within store

🔍

Visit Store: toykraze

## Categories

JanSport Backpacks ›

Funko ›

Dolls/Figurines ›

Action Figures & Toys ›

BB Guns & Accessories ›

Rolling Backpack/Lunchbox Sets ›

Backpack & Lunchbox Sets ›

Backpacks & Rolling Backpacks ›

Lunch Boxes ›

Purses & Handbags ›



# HOVERBOARD 6.5" SELF BALANCE ELECTRIC SCOOTER

*Color may vary due to the adjustment of your monitor's display.

Please be sure to contact us before returning any items so that we can resolve any issues you are having with your purchase.

To be eligible for a return, your item must be unused and in the same condition that you received it. It must also be in the original packaging with all tags/boxes intact.

Please be sure to have your invoice and item number available upon request. Buyer will have to pay for shipping, unless otherwise noted (i.e. defective item, incorrect item received, etc.).

Invalid shipping addresses will result in additional shipping charges to resend the item(s). If you choose to obtain a refund for said item(s), deduction of shipping cost(s) will be taken from original transaction of purchase.

Restocking fee may apply (10-50%) depending on condition of returned item. Percentage will be based on

---

Backpacks & Rolling
Backpacks

Lunch Boxes

Purses & Handbags

Hoverboard /
Accessories

Misc.

Plushes & Stuffed
Animals

Plush Backpacks

Key Chains

Minecraft

Costumes / Accessories

Other

Please be sure to have your invoice and item number available upon request. Buyer will have to pay for shipping, unless otherwise noted (i.e. defective item, incorrect item received, etc.).

Invalid shipping addresses will result in additional shipping charges to resend the item(s). If you choose to obtain a refund for said item(s), deduction of shipping cost(s) will be taken from original transaction of purchase.

Restocking fee may apply (10-50%) depending on condition of returned item. Percentage will be based on our discretion.

UL 2272 certified, CLICK HERE FOR UL CERTIFICATION

- Factory Refurbished
- 100% Authentic
- Maximum load 100 kg
- Minimum load 35 kg
- Maximum speed depends on weight of user
- Wheels measure approximately 6.5 inches in diameter
- Includes authentic Samsung lithium ion battery
- Comes with charger and user manual
- Meets all safety requirements

*Please refer to photo for more details. If you have any questions, just message us!

**When charging your hoverboard, please _UNPLUG_ charger once light has turned from red to green. We will not be responsible for overcharged batteries. Thank you for your understanding.

# SHIPPING POLICY:

Domestic: All orders placed and with payments received before 4 PM PST/7 PM EST (Monday-Friday) are shipped _same day_ through USPS! Your item will arrive to you within 2-5 business days (Monday-Friday) depending on your location.

http://database.ul.com/cgi-bin/XYV/template/LISEXT/1FRAME/showpage.html?name=FKIS.E485242&ccnshorttitle=Electrical+Systems+for+Self-

balancing+Scooters&objid=1085869622&cfgid=1073741824&version=versionless&parent_id=1085530313&sequence=1



Feedback


Sponsored items based on your recent views 1/3                                                    Feedback on our suggestions

        

## Sponsored items based on your recent views 1/3

Feedback on our suggestions








Smart Balance Wheel Black w/ Charger. Hove...
**$149.99**
+ $3.99 shipping
Last one

6.5inch UL Listed 2 Wheel Hoverboard...
**$158.00**
Free shipping
Seller 99.1% positive

6.5' Self Balancing Scooter Electric...
**$134.99**
Free shipping
New

Electric Bluetooth Hoverboard Self Balanc...
**$119.99**
Free shipping
New

Electric Hoverboard Self-Balance Bluetooth...
**$119.99**
Free shipping
New

6.5" Electric Hoverboard Bluetooth Speaker LED...
**$104.99**
Free shipping
New

## Explore more sponsored options: Brand

### SwagTron



Open Box Swagtron T580 Hoverboard...
~~$129.99~~
+ shipping
Popular

Open Box Swagtron T1 UL2272 Hoverboard...
**$159.99**
+ shipping

### Hover-1



Hover-1 HORIZON Hoverboard Electric...
**$149.99**
+ shipping

## People who viewed this item also viewed 1/2

Feedback on our suggestions









6.5" Electric Hoverboard Self-Balancing LED...
**$129.99**
Free shipping

6.5" Hoverboard Bluetooth Self Balancin...
**$119.99**
Free shipping

6.5" / 8.5" Wheels Hoverboard Electric Se...
**$119.99**
Free shipping

6.5" Bluetooth LED Electric Scooter New...
**$119.99**
Free shipping

IO HAWK HOVER BOARD UL LISTED 6.5" SELF...
**$199.99**
Free shipping
Almost gone

Hoverboard Self Balancing LED Blueto...
**$119.99**
Free shipping


Feedback

## More from this seller 1/2

Feedback on our suggestions

**Open Box Swagtron T580 Hoverboard...**
~~$129.99~~
+ shipping
Popular

**Open Box Swagtron T1 UL2272 Hoverboard...**
$159.99
+ shipping

**Hover-1 HORIZON Hoverboard Electric...**
$149.99
+ shipping

## People who viewed this item also viewed 1/2

Feedback on our suggestions

    

| | | | | |
|---|---|---|---|---|
| 6.5" Electric Hoverboard Self-Balancing LED... | 6.5" Hoverboard Bluetooth Self Balancin... | 6.5" / 8.5" Wheels Hoverboard Electric Se... | 6.5" Bluetooth LED Electric Scooter New... | IO HAWK HOVER BOARD UL LISTED 6.5" SELF... | Hoverboard Self Balancing LED Bluetoot... |

6.5" Electric Hoverboard Self-Balancing LED...
$129.99
Free shipping

6.5" Hoverboard Bluetooth Self Balancin...
$119.99
Free shipping

6.5" / 8.5" Wheels Hoverboard Electric Se...
$119.99
Free shipping

6.5" Bluetooth LED Electric Scooter New...
$119.99
Free shipping

IO HAWK HOVER BOARD UL LISTED 6.5" SELF...
$199.99
Free shipping
Almost gone

Hoverboard Self Balancing LED Bluetoot...
$119.99
Free shipping

## More from this seller 1/2

Feedback on our suggestions

     

HOVERBOARD 6.5" SELF BALANCE ELECTRIC...
$249.99
Free shipping

HOVERBOARD RUBBER FOOT STEP PADS...
$7.99
Free shipping

INTERIOR METAL FRAME PLATE! HOVER...
$19.99
Free shipping

HOVERBOAD REPLACEMENT PART...
$43.99
Free shipping

HOVERBOARD REPLACEMENT PART S...
$15.95
Free shipping

2X RUBBER NIPPLE SENSOR SET RING...
$7.75
Free shipping

This is a private listing and your identity will not be disclosed to anyone except the seller.

Back to home page

Return to top

More to explore : Hoverboard, Hoverboard Case, Hoverboard Charger, Scooter Electrical & Ignition Parts for Yamaha, Scooter Electrical Switches & Relays for Suzuki, Onewheel Electric Scooters, Smart Balance Scooter, Smart Electric Scooters, Scooter Electrical & Ignition Parts for BMW, Hoverboard Cover

About eBay   Announcements   Community   Security Center   Resolution Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ



Norton SECURED

Document title: HOVERBOARD 6.5&quot; SELF BALANCE ELECTRIC SCOOTER REFURBISHED | eBay
Capture URL: https://www.ebay.com/itm/HOVERBOARD-6-5-SELF-BALANCE-ELECTRIC-SCOOTER-REFURBISHED/264248290397?...
Capture timestamp (UTC): Mon, 10 Aug 2020 17:47:47 GMT



# SPADGER HY-A02 SELF BALANCING HOVERBOARDS 6.5 IN TWO WHEELS KIDS ADULTS #NO6782 (ID)



☑ **Cosmetic Condition:**
Open Box item. Never used.

☑ **Functional Condition:**
Fully funchonal

UL 2272
certified: https://iq2.ulprospector.com/session/new

☑ **Included:**
Full set

☑ **Not Included:**

other accessories

 **Payment:**
- PAYPAL with confirmed addresses only.
- Payment is due within 3 days of the close of the sale.
- Ohio residence may be subject to 7.5% tax.

 **Shipping:**
- Orders are shipped Monday through Saturday.
- If you live in Alaska, Hawaii, Puerto Rico or any US Territory, please email us for shipping quote. Shipping is not always free to these locations.
- We are offering international shipping via eBay's Global Shipping Program
- The buyer can eBay message us for an international shipping quote.

 **Returns:**
- Returns are accepted for "ITEMS NOT AS DESCRIBED" Within 30 days of receipt. Customer Satisfaction is very important as well as "Positive Feedback". If you receive an item that is not "As Described" please contact me immediately so that I may address the situation ASAP.
- 30 day money back guarantee if the product is received not as described

 **Feedback:**
- Please let us know if you have a problem with your order/item before leaving negative feedback. 100% Customer satisfaction is our #1 Goal.
- If you are satisfied with your purchase, please leave positive feedback.

 Feedback

 **Customer Service:**
- PLEASE use eBay messages for communication, do not send emails. eBay messages are checked frequently and a

 The buyer can eBay message us for an
Customer satisfaction is our #1 Goal.
leave positive feedback.

**Customer Service:**

- PLEASE use eBay messages for communication, do not send emails. eBay messages are checked frequently and a response will be given ASAP.

Sponsored items based on your recent views 1/3

Feedback on our suggestions








Bluetooth Hoverboard UL Certified 6.5" Self...
$104.99
Free shipping
New

6.5" Bluetooth Hoverboard LED Self...
$104.99
Free shipping
Seller 99.4% positive

Smart Balance Wheel Black w/ Charger. Hove...
$149.99
+ $3.99 shipping
Last one

6.5" Electric Hoverboard Bluetooth Speaker LED...
$104.99
Free shipping
New

6.5" Hoverboard Bluetooth LED Light...
$104.99
Free shipping
New

6.5" Bluetooth Hoverboard Electric Se...
$104.99
Free shipping
New

More from this seller 1/2

Feedback on our suggestions








Peck of Two Wilson Tennis Wristbands...
$4.99
$6.59
Free shipping

Rawlings Sporting Goods PIAA LOGO 28....
$24.87
$39.99
Free shipping

Top Flite Deluxe Two Passenger Golf Cart...
$67.98
Free shipping

SpiderWire Fishing BagSPA021DI-SMBA Re...
$18.87
$26.65
Free shipping

NEW! Mizuno GXC105D2 FR Youth 32.5" GXC...
$18.89
$25.56
Free shipping

New River2Sea Double Plopper COLOR 08 Blu...
$7.48
Free shipping


Feedback

Back to home page
Return to t

More to explore : Hoverboard, Hoverboard Case, Hoverboard Charger, Hoverboard Cover, Hoverboard Shell, Self Balancing Unicycle, Automotive Tire Wheel Balancers, NGC Certified US Two Cents, Heavy Duty/Commercial Automotive Tire Wheel Balancers Balancers, Motorcycle Wheels and Rims for Harley-Davidson UL

## Sponsored items based on your recent views 1/3

Feedback on our suggestions








Bluetooth Hoverboard UL Certified 6.5" Self...
$104.99
Free shipping
New

6.5" Bluetooth Hoverboard LED Self...
$104.99
Free shipping
New

Smart Balance Wheel Black w/ Charger. Hove...
$149.99
+ $3.99 shipping
Seller 99.4% positive
Last one

6.5" Electric Hoverboard Bluetooth Speaker LED...
$104.99
Free shipping
New

6.5" Hoverboard Bluetooth LED Light...
$104.99
Free shipping
New

6.5" Bluetooth Hoverboard Electric Se...
$104.99
Free shipping
New

## More from this seller 1/2

Feedback on our suggestions








Pack of Two Wilson Tennis Wristbands...
$4.99
$6.59
Free shipping

Rawlings Sporting Goods PIAA LOGO 28...
$24.87
$39.99
Free shipping

Top Flite Deluxe Two Passenger Golf Cart...
$67.98
Free shipping

SpiderWire Fishing BagSPA021DI-SMBA Re...
$18.87
$26.55
Free shipping

NEW! Mizuno GXC105D2 FR Youth 32.5" GXC...
$18.89
$25.56
Free shipping

New River2Sea Double Plopper COLOR 08 Blu...
$7.48
Free shipping

Back to home page

Return to top

More to explore : Hoverboard, Hoverboard Case, Hoverboard Charger, Hoverboard Cover, Hoverboard Shell, Self Balancing Unicycle, Automotive Tire Wheel Balancers, NGC Certified US Two Cents, Heavy Duty/Commercial Automotive Tire Wheel Balancers Balancers, Motorcycle Wheels and Rims for Harley-Davidson UL

About eBay    Announcements    Community    Security Center    Resolution Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ

Norton SECURED





| | | | | | |
|---|---|---|---|---|---|
| 8.5 Lamborghini EL-ES05 Two Wheels Smart Self-... | 6.5" Hoverboard Self-Balancing LED Bluetooth... | Electric Self-Balancing Smart Scooter 6.5" Whe... | 8.5Inch Lamborghini EL-ES05 Two Wheels Smart... | White Mini Smart Electric Scooter 2 Wheels Unicyc... | UL 6.5" Bluetooth Self Balancing Electric Scoot... |
| $275.99 | $129.99 | $124.99 | $268.00 | $99.95 | $104.99 |
| Free shipping | Free shipping | Free shipping | + $6.49 shipping | Free shipping<br>Popular | Free shipping |

## Description

Seller assumes all responsibility for this listing.

Last updated on  Jul 27, 2020 02:43:35 PDT  View all revisions

eBay item number:  184183922331

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is ... Read more | Model: | 260079 |
| Max Speed: | 15km/h | Color: | Blue |
| Max load: | 100kg | Country/Region of Manufacture: | China |
| Charging Time Around: | 2-3 hours | UPC: | Does not apply |
| Speed Protection: | 10km/h(contain)-15km/h(no contain) | EAN: | Does not apply |
| Tyre size: | 170mm | Battery: | 36V*4.0AH |
| Brand: | unbranded | Charging voltage: | AC100-240V 50-60Hz |
| MPN: | Does Not Apply | | |

### You may like

     

| | | | | | |
|---|---|---|---|---|---|
| Ozone Generator Machine Commercial Industrial Air... | 10,000 mg/h Ozone Generator Ozone Machine Air Purifie... | Stainless 10,000mg/h Ozone Generator Commercial Air... | Fiber Optic FTTH Tool Kit W/ FC-6S Fiber... | Durable Fiber Optic FTTH Tool Kit W/FC-6S Fiber... | Sale Digital Handheld Body Mass Index BMI Health Fat... |
| $90 | $92 | $99 | $50 | $48 | $21.99 |

    

| | | | | |
|---|---|---|---|---|
| Durable Handheld Body Mass Index BMI Health Fat... | 2020 Digital Handheld Body Mass Index BMI Health Fat... | Tape to MP3 iPod CD USB Cassette Converter Capture... | 5X Mini USB Cassette Tape to MP3 iPod CD Converter... | 3pcs Tape to iPod USB Cassette CD MP3... |
| $20.99 | $24.99 | $18.99 | $70.99 | $42.99 |

## Smart Self Balancing Electric Unicycle Scooter 2 Wheels Drifting Blue

Model: 260079

Features:

Max Speed: 15km/h

Distance around: 15km(depends on rider's weight, road conditions etc)

Max tilt around 15-20° (depends on rider's weight)

Features:

Max Speed: 15km/h

Distance around: 15km(depends on rider's weight, road conditions etc）

Max tilt around 15-20˚(depends on rider's weight)

Battery :36V*4.0AH

Using temperature ﹣40℃-70℃

Max load :100kg

Charging Voltage :AC100-240V 50-60Hz

Charging Time Around 2-3 hours

Speed Protection 10km/h(contain)-15km/h(no contain)

Size: 58.4cm*17.8cm*18.6cm

Tyre size: 170mm

Low Battery Protection when battery is lower than 10%, it will slow down and finally stopped working.

power switch, 2 LED lights blue when turned on and keeps twinkling under protection circumstances.

The power is displayed on the lateral of pedals. Voice Alert Beeps when turned on and has a low

battery capacity.

Package include:

1x Self Balancing Scooter

1x Charger

1x Instruction

1x box

【PAYMENT】
We accept PayPal only. We will ship out the item after receiving cleared payment.

【SHIPPING】
A complete and correct shipping address is essential.
Customers with shipping addresses outside of the U.S. are responsible for all duties and import taxes. Please contact your customs for information

【RETURN POLICY】
All items are in brand new condition unless specified.

【FDA DECLARATION】
    The sale of this item may be subject to regulation by the U.S. Food and Drug Administration and state and local regulatory agencies .If the item is subject to FDA regulation, we will verify your status as an authorized purchaser of this item before shipping of the item. All of our products are CE approved. Please kindly check the copy of the certificate in the listing below.

**Hot Sales**

       

【FDA DECLARATION】

The sale of this item may be subject to regulation by the U.S. Food and Drug Administration and state and local regulatory agencies. If this item is subject to FDA regulation, we will verify your status as an authorized purchaser of this item before shipping of the item. All of our products are CE approved. Please kindly check the copy of the certificate in the listing below.

## Hot Sales



NEW SALE ALLEN BRADLEY 25B-D6P0N10...
$256



Best Saled Allen-Bradley PowerFlex 40- 2.2 kW 3 H...
$451



Durable 10Pcs Potentiometer Knob 16mm Top Rotary...
$2.37  $2.49



PROFESSIONAL ALLEN BRADLEY 25B-D2P3N10...
$200



Best Hand Use Dental Dentist Endo Root Canal NITI...
$3.79  $3.99



High Quality Allen-Bradley CompactLogix 16Pt D/O...
$227



USEFUL ALLEN BRADLEY POWERFLEX...
$222



ALLEN BRADLEY 1734-IB8 Sink Input Module Log...
$37



Orthodontic Mouth Guard Denture Retainer Box Dent...
$2



GREAT ALLEN-BRADLEY 1762-IQ16 MICROLOGIX...
$99



Good Double-Side Poster Sign Sidewalk PVC Board...
$38.94  $40.99



Portable Allen-Bradley 22A-D1P4N104 AC Drive,0.4 k...
$228



USA 150X Plastic Oral Dental Picks Hygiene Brus...
$4.74  $4.99



2 in1 Hot Air Gun Unit Soldering Rework Station...
$72.99



2019 US Stock Allen-Bradley POINT I/O Ethernet Netwo...
$226.3



Omron CJ1W-OD211 Output Unit Programmable Logic...
$80



Best Siemens 6ED1052-1FB08-0BA0 BEST SELL...
$115



Allen-Bradley 1762-IA8 MicroLogix 1200 8 Point...
$95

Related sponsored items  1/2                                    Feedback on our suggestions



36V 4.4AH Lithium-Ion Battery For Smart Self-...
$33.99



Durable Two Wheels Self Balancing Drifting Electri...
$12.23



FC CE Certified 2 Wheels Self Balancing Electric...
$9.99




Two Wheels Self Balancing Smart Drifting Electric...
$12.49



42V Scooter Universal Charger For 2 Wheels...
$13.49



2Pcs 10 Inch Tyre Wheel Tubes Outer Tires for Xia...
$22.99





36V 4.4AH Lithium-Ion Battery For Smart Self-...
$33.99
~~$39.99~~
Free shipping
**Popular**

Durable Two Wheels Self Balancing Drifting Electri...
$12.23
Free shipping

FC CE Certified 2 Wheels Self Balancing Electric...
$9.99
Free shipping

Two Wheels Self Balancing Smart Drifting Electric...
$12.49
Free shipping

42V Scooter Universal Charger For 2 Wheels...
$13.49
Free shipping

2Pcs 10 Inch Tyre Wheel Tubes Outer Tires for Xia...
$22.99
Free shipping

---

People who viewed this item also viewed 1/2

Feedback on our suggestions








42V 2A Two Wheels Smart Self Balancing Electric...
$12.99
Free shipping

White Mini Smart Electric Scooter 2 Wheels Unicyc...
$99.95
Free shipping
**Popular**

Electric Self-Balancing Smart Scooter 6.5" Whe...
$124.99
Free shipping

6.5" Hoverboard Self-Balancing LED Bluetooth...
$129.99
Free shipping

8.5 Lamborghini EL-ES05 Two Wheels Smart Self-...
$275.99
Free shipping

LED Two Wheels Hoverboard Electric Self...
$44.00
Free shipping

---

Sponsored items based on your recent views 1/3

Feedback on our suggestions








Bluetooth Hoverboard UL Certified 6.5" Self...
$104.99
Free shipping

6.5" Bluetooth Hoverboard LED Self Balancing Elect...
$104.99
Free shipping

8.5" Wheel All-Terrain Bluetooth Hoverboard Se...
$209.99
Free shipping

8.5inch Wheels Off Road Hoverboard Electric Self...
$189.99
Free shipping

6.5" Electric Hoverboard Bluetooth Speaker LED...
$104.99
Free shipping
**Popular**

6.5" Hoverboard Bluetooth LED Light Electric Self...
$104.99
Free shipping

---

[Ad] spyderwheel.com ▾
**Spyderwheel** Official Website - **Electric** Onewheel Motorcycle - Free Shipping
Reinvent Outdoor Experiences into Endless Adventures. Get the Seated Onewheel that Feels like Nothing But Power. Ready For A New Hobby? Brushless Motor. **Smart** Technology. Conquer Hills. Highlights: Multiple Payment Options Available, Free Shipping Available, Newsletter Available.

Visit Website

About Us                FAQs Spyderwheel
Black Widow Spyderwheel  Support Spyderwheel
Specs Spyderwheel

[Ad] joyor.us ▾
**47.8 Miles** Travel Distance - 27.9 MPH 48V 500W Motors - joyor.us
This all-new **electric scooter** is so much more than Next Generation – it's next level. 47.8 Miles Travel Distance. 24000mAh Mega Capacity Battery. 27.9 MPH 48V 500W Motors. 24/7 Customer Support. Secure Payment Options. Joyor US Official Website.

Visit Website

(207) 203-5288

---



**Bluetooth Hoverboard UL Certified 6.5" Self...**
$104.99
Free shipping

**6.5" Bluetooth Hoverboard LED Self Balancing Elect...**
$104.99
Free shipping

**8.5" Wheel All-Terrain Bluetooth Hoverboard Se...**
$209.99
$239.99
Free shipping

**8.5inch Wheels Off Road Hoverboard Electric Self...**
$189.99
Free shipping

**6.5" Electric Hoverboard Bluetooth Speaker LED...**
$104.99
Free shipping
Popular

**6.5" Hoverboard Bluetooth LED Light Electric Self...**
$104.99
Free shipping

---

[Ad] spyderwheel.com ▾

Visit Website

**Spyderwheel Official Website - Electric Onewheel Motorcycle - Free Shipping**
Reinvent Outdoor Experiences into Endless Adventures. Get the Seated Onewheel that Feels like Nothing But Power. Ready For a New Hobby? Brushless Motor. **Smart** Technology. Conquer Hills. Highlights: Multiple Payment Options Available, Free Shipping Available, Newsletter Available.

About Us
Black Widow Spyderwheel
Specs Spyderwheel

FAQs Spyderwheel
Support Spyderwheel

---

[Ad] joyor.us ▾

Visit Website

**47.8 Miles Travel Distance - 27.9 MPH 48V 500W Motors - joyor.us**
This all-new **electric scooter** is so much more than Next Generation – it's next level. 47.8 Miles Travel Distance. 24000mAh Mega Capacity Battery. 27.9 MPH 48V 500W Motors. 24/7 Customer Support. Secure Payment Options. Joyor US Official Website.
(207) 203-5288

XR9 Series | 50.9 Miles
ER6 Series | 36.9 Miles

LR8 Series | 47.8 Miles
ER8 Series | 43.5 Miles

---

[Ad] goodyear.com ▾

Visit Website

**Goodyear Online Tire Shop - Buy Tires In 3 Easy Steps - goodyear.com**
Select Your **Tires**, Schedule Installation at a Location of Your Choice, and Check Out. Search For Tires By Your Vehicle Type, License Plate, Or By Tire Size. Free Delivery. Online Purchase Guarantee. Tire Buying, Simplified. 4,000+ Expert Installers.
★★★★★ (4.9)

Goodyear Tire Deals
Price Match

Tire Finder Tool

---

[Ad] buyersguide.org ▾

Visit Website

**10 Best Unicycles** (2020) - 2020 Buyer's Guide Top Picks
See Our #1 Pick for **Unicycles** & Compare Best Prices, Expert Reviews, & Customer Ratings. Stop Wasting Time Compiling Reviews & Use Our List to Make an Informed Purchase. Up to 330lb capacity. Adjustable height. Quick release seat. 16"-26" **wheels**. Brands: Sun Bicycles, Topleads, AW, Fun, Basic.

---

[Ad] healthinfo.care ▾

Visit Website

**Find Mobility Scooter Tires Wheels - Find and Compare Prices - healthinfo.care**
HealthInfo Provides Results for Questions Regarding Health Product. Explore Today

---

Back to home page

Return to top

**More to explore :** Smart Electric Scooters, Smart Balance Scooter, Electric Mobility Scooters, Scooter Wheels & Tires for Honda, Self Balancing Unicycle, 3-Wheeled Mobility Scooters, Travel/Portable Scooter Mobility Scooters, Smart Balance Wheel Black Electric Scooters, Automotive Tire Wheel Balancers, Pride Mobility Products Corp. 4-Wheeled Scooter Mobility Scooters

---

About eBay   Announcements   Community   Security Center   Resolution Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ


Norton SECURED

---

Document title: Smart Self Balancing Electric Unicycle Scooter Wheels Drifting BMX Tire Mobile A | eBay
Capture URL: https://www.ebay.com/itm/Smart-Self-Balancing-Electric-Unicycle-Scooter-Wheels-Drifting-BMX-Tire-Mobile-A/184183922331?…
Capture timestamp (UTC): Mon, 10 Aug 2020 18:01:10 GMT