# EXHIBIT 1-PART 7

# FILED UNDER SEAL





# amazon

Hello, Sign in
Account & Lists ▾

Returns
& Orders

Try Prime ▾

Cart 0

Hello
Select your address

Best Sellers     Customer Service     Today's Deals     New Releases     Find a Gift     Whole Foods          School Supplies Guide

Sports & Outdoors     Sports & Fitness     Outdoor Recreation     Sports Fan Shop     Sports Deals     Outdoor Deals

**Announcement: More icons added** The Celebrity Store  Explore now ▸

Sports & Outdoors › Outdoor Recreation › Skates, Skateboards & Scooters › Scooters & Equipment › Scooters › Self Balancing Scooters

## Consider these available items

LIEAGLE Hoverboard, 6.5"
Self Balancing Scooter
Hover Board with
Bluetooth, UL2272 Certifi…
★★★★☆ 253
$134⁹⁹ - $139⁹⁹

SISIGAD Hoverboard Self
Balancing Scooter 6.5" Two-
Wheel Self Balancing
Hoverboard with Bluetoot…
★★★★☆ 435
$139⁹⁹

cho Electric Hoverboard
Smart Self Balancing
Scooter Hover Board Built-in
Speaker LED Wheels Side…
★★★★☆ 89
$109⁰⁰ - $116⁰⁰



Roll over image to zoom in

## cho 6.5" inch Hoverboard Electric Smart Self Balancing Scooter with Built-in Wireless Speaker LED Wheels and Side Lights Safety Certified

by cho

★★★★½ ⌄     | 121 ratings

| 37 answered questions

**Currently unavailable.**
We don't know when or if this item will be back in stock.

- The safty certified hoverboard meets safty standards for quality charging and electrical performance. Charger included.
- High intensity LED headlights provide you safer ride at night, now you can ride it to anywhere at any time.
- The Self balancing technology of the hoverboard makes it easier and safer for beginners and amateurs. It is easy to learn and maintain balance let you master the art of balancing in minutes.
- Built-in wireless speaker can be easily connected to portable devices in second, just enjoy your favorite music or books without wearing headphones. Make your hoverboard the coolest one with extraordinary sound effect.
- Buy with Confidence, Cho Power Sports Provides Professional Services, Our Goal is your satisfaction.



**Currently unavailable.**
We don't know when or if this item will be back in stock.

◉ Select delivery location

Add to List

Share ✉ f 🐦 𝕡

Have one to sell?

Sell on Amazon



JOLEGE Hoverboard, 6.5" Two-
Wheel Self Balancing…
$139.99

Sponsored ⓘ



FLYING-ANT
Hoverboard 6.5" Two-
Wheel Self Balancing
Hoverboard with…

Sponsored ⓘ






FLYING-ANT Hoverboard 6.5" Two-Wheel Self Balancing Hoverboard with...

Roll over image to zoom in

Sponsored ⓘ

## Inspired by your recent shopping trends

Page 1 of 16







UNI-SUN Hoverboard for Kids, 6.5" Two Wheel Electric Scooter, Self Balancing Hoverboard...
★★★★☆ 396
$124.99

VOYAGER Hoverboard Air Wheel Offroad Electric Hoverboard, Rugged 8.5 Inch All Terrain Wheels,...
★★★★★ 2
$399.99

LIEAGLE Hoverboard, 6.5" Self Balancing Scooter Hover Board with UL2272 Certified Wheels LED...
★★★★☆ 500
$124.99

Gyroor Hoverboard Warrior 8.5 inch All Terrain Off Road Hoverboard with Music Speakers and LED...
★★★★☆ 747
$299.00

TOMOLOO Hoverboard Bluetooth with Led Light Flashing Wheels, Hover Board for Kids, Self...
★★★★☆ 27
$229.99

## Customers who bought this item also bought

Page 1 of 8







UNI-SUN Hoverboard for Kids, Self Balancing Scooter 6.5" Two-Wheel Self Balancing...
★★★★☆ 282
$124.99 - $139.99

Felimoda Self Balancing Hoverboards with LED Light, 6.5 Inch Two Wheel Smart Hoverboards for...
★★★★☆ 323
$124.99

YHR 6.5 Inch Hoverboard with Bluetooth W/Speaker, LED Wheels and LED Lights for Kids and Adult...
★★★★☆ 96
$124.99 - $169.99

Hishine Hover Kart Hoverboard Seat Attachment for Self Balancing Scooter...
★★★★☆ 97
$61.99 - $96.00

HOVERSTAR Hoverboard HS 2.0v Chrome Color Flash Wheel with LED Light Self Balancing...
★★★☆☆ 79
$119.00

## Sponsored products related to this item

Page 1 of 27







Hoverboard Off Road All Terrain Warrior Hoverboards with 8.5 inch Tires, self balan...
★★★★☆ 166
$299.00 ✓prime

HYPER GOGO Hoverboard 6.5inch 3D Wormhole Hoverboards,UL2272 Certified Self Balanci...
★★★★☆ 116
$229.99 ✓prime

City Cruiser Hoverboard,Electric Racing Tires Smart Self Balancing Scooter Hoverboa...
★★★☆☆ 78
$199.00 ✓prime

HYPER GOGO Off Road, Electric Self Balancing All Terrain Hoverboard with Built-in S...
★★★★☆ 226
$279.99 ✓prime

JOLEGE Hoverboard, 6.5" Two-Wheel Self Balancing Hoverboards - LED Light Wheel Scoo...
★★★★☆ 940
$139.99

Ad feedback ☐



Document title: Amazon.com: cho 6.5&quot; inch Hoverboard Electric Smart Self Balancing Scooter with Built-in Wireless Speaker LED Wheels and Side Lights Safety…
Capture URL: https://www.amazon.com/Cho-Original-Balancing-Hoverboard-Certified/dp/B07995W2RX/ref=pd_di_sccai_1/142-2682338-2469302?…
Capture timestamp (UTC): Mon, 17 Aug 2020 19:33:49 GMT
Page 2 of 9

**OFF-ROAD MODELS**

| Hoverboard Off Road All Terrain Warrior Hoverboards with 8.5 inch Tires, self Balan... | HYPER GOGO Hoverboard 6.5inch 3D Wormhole Hoverboards,UL2272 Certified Self Balanci... | City Cruiser Hoverboard,Electric Racing Tires Smart Self Balancing Scooter Hoverboa... | HYPER GOGO Off Road, Electric Self Balancing All Terrain Hoverboard with Built-in S... | JOLEGE Hoverboard, 6.5" Two-Wheel Self Balancing Hoverboards - LED Light Wheel Scoo... |
|---|---|---|---|---|
| ⭐⭐⭐⭐½ 166 | ⭐⭐⭐⭐ 116 | ⭐⭐⭐½ 78 | ⭐⭐⭐⭐ 226 | ⭐⭐⭐⭐½ 940 |
| $299.00 ✓prime | $229.99 ✓prime | $199.00 ✓prime | $279.99 ✓prime | $139.99 |

Ad feedback ▢

## Special offers and product promotions

- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. **Register a free business account**

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

## Product details

**Item Weight:** 26.9 pounds

**Shipping Weight:** 22.6 pounds

**ASIN:** B07995W2RX

**Batteries** 14 Lithium ion batteries required. (included)

**Customer Reviews:** ⭐⭐⭐⭐½ ⌄ 121 customer ratings

**Amazon Best Sellers Rank:** #91,667 in Sports & Outdoors (See Top 100 in Sports & Outdoors)
    #77 in Self Balancing Scooters

Would you like to **tell us about a lower price?** ⌄

## Videos

Page 1 of 4

### Videos for this product

### Videos for related products

<



**Customer Review:** 9yr old loved his birthday gift

M Tanoa

0:27



Top 10 Best Hoverboard & Self Balancing Scooters

Top 10 Zone

12:12



Gyroor Warrior G2 Self Balancing Scooter Review

Top 10 Zone

9:26



Top 10 Latest Hoverl Balancing Scooters

Top 10 Zone

>

Upload your video

## Sponsored products related to this item

Page 1 of 6

<

   

>

Document title: Amazon.com: cho 6.5&quot; inch Hoverboard Electric Smart Self Balancing Scooter with Built-in Wireless Speaker LED Wheels and Side Lights Safety…
Capture URL: https://www.amazon.com/Cho-Original-Balancing-Hoverboard-Certified/dp/B07995W2RX/ref=pd_di_sccai_1/142-2682338-2469302?…
Capture timestamp (UTC): Mon, 17 Aug 2020 19:33:49 GMT
Page 3 of 9



**KKA Hoverboard Accessories, Hoverboard Seat Attachment Fits Self Balancing Scooter ...**
★★★★☆ 313
$65.99 ✓prime

**Hoverboard Self Balancing Scooter 6.5" Two-Wheel Self Balancing Hoverboard with Blu...**
★★★★☆ 159
$139.99

**SISIGAD Hoverboard 6.5" Self Balancing Scooter with Colorful LED Wheels Lights Two-...**
★★★★☆ 621
$134.99

**EVAPLUS Power Adapter DC Port Inline Connector for 36V Electric Bike Lithium Batter...**
★★★☆☆ 34
$19.90 ✓prime

**Hoverboard Seat Attachment, Go Kart Conversion Kit for Self Balancing Scooter, Adju...**
★★★★☆ 17
$62.99

Ad feedback



kindleunlimited
Enjoy over a million books available with a membership

Learn more ▶

Sponsored

## Customer questions & answers

🔍 Have a question? Search for answers

▲ 2 votes ▼

**Question:** What is the max weight limit

**Answer:** I'd estimate it to be about 200 pounds. I'm about 175 and I tested both of my daughter's extensively with little issue.
By Jake A. on June 10, 2018

▲ 1 vote ▼

**Question:** Can you ride it on carpet and/or outside? How much does it weigh?

**Answer:** Not sure how much it weighs. The boys ride theirs on low pile carpet and outside without difficulties
By Lisao on April 21, 2018

˅ See more answers (4)

▲ 1 vote ▼

**Question:** Can you ride it in the rain or snow (wet conditions)?

**Answer:** We don't get snow here but haven't had any problems riding it in the rain.
By Rev Lovekill on December 16, 2018

˅ See more answers (1)

▲ 0 votes ▼

**Question:** How fast dose it go?

**Answer:** 12km per hour
By Valéria on July 15, 2018

See more answered questions (33)

## Customer reviews

★★★★☆ 4.3 out of 5

## Customer images



Document title: Amazon.com: cho 6.5&quot; inch Hoverboard Electric Smart Self Balancing Scooter with Built-in Wireless Speaker LED Wheels and Side Lights Safety…
Capture URL: https://www.amazon.com/Cho-Original-Balancing-Hoverboard-Certified/dp/B07995W2RX/ref=pd_di_sccai_1/142-2682338-2469302?…
Capture timestamp (UTC): Mon, 17 Aug 2020 19:33:49 GMT
Page 4 of 9

See more answered questions (33)

## Customer reviews



★★★★½ **4.3 out of 5**

121 customer ratings

| | |
|---|---|
| 5 star | 69% |
| 4 star | 11% |
| 3 star | 7% |
| 2 star | 3% |
| 1 star | 9% |

⌄ How are ratings calculated?

### By feature

| | | |
|---|---|---|
| Value for money | ★★★★½ | 4.2 |
| Battery life | ★★★★☆ | 3.8 |

### Review this product

Share your thoughts with other customers

Write a customer review



fashion

New arrivals
Find our latest looks in
clothing, footwear, and more

SHOP NOW

Sponsored ⓘ

### Customer images



See all customer images

### Read reviews that mention

| year old | bluetooth speaker | kids love | great quality |
|---|---|---|---|



| great hoverboard | board | broke | lights | loud |
|---|---|---|---|---|

Top reviews ⌄

Gerard Ashmore

★☆☆☆☆ **Broke after 45 days**
Reviewed in the United States on August 5, 2018
Verified Purchase

The unit I purchased worked fine for the first 45 days or so, then just stopped recharging and now is inoperable, the return was limited to 30 days so thats $140 down the drain. My advice would be avoid this product.

34 people found this helpful

Helpful | Comment | Report abuse

cormden

★☆☆☆☆ **Faulty battery**
Reviewed in the United States on December 24, 2018
Verified Purchase

Could not get battery to charge
Returned item
Very disappointing to young man

28 people found this helpful

Helpful | Comment | Report abuse

 M Tanoa

★★★★★ **9yr old loved his birthday gift**
Reviewed in the United States on May 15, 2018
Verified Purchase



My son loves his hover board, got it for his 9th birthday, it was the only gift we got him and he was so happy, got the sweetest reaction out of him. This is awesome, he loves that he can connect his ipod to the board and play music while he rides around, the lights are awesome when riding it at

Document title: Amazon.com: cho 6.5&quot; inch Hoverboard Electric Smart Self Balancing Scooter with Built-in Wireless Speaker LED Wheels and Side Lights Safety…
Capture URL: https://www.amazon.com/Cho-Original-Balancing-Hoverboard-Certified/dp/B07995W2RX/ref=pd_di_sccai_1/142-2682338-2469302?…
Capture timestamp (UTC): Mon, 17 Aug 2020 19:33:49 GMT

Page 5 of 9

Reviewed in the United States on May 15, 2018



My son loves his hover board, got it for his 9th birthday, it was the only gift we got him and he was so happy, got the sweetest reaction out of him. This is awesome, he loves that he can connect his ipod to the board and play music while he rides around, the lights are awesome when riding it at night, the speakers are loud and instructions were real easy to follow. Not bad for the price, we are very happy with our purchase, especially the 9yr old😊



38 people found this helpful

Helpful | Comment | Report abuse

 Sonja Ponath

★★★★☆ **Good quality at this price with a few minor inconveniences**
Reviewed in the United States on July 29, 2018
**Verified Purchase**

Great quality for the price point, built in Bluetooth speaker isn't the best, gets very quiet on carpet but loud on any hard surface (hard wood, tiles, concrete, etc...) more sensitive compared to others as well faster spinning than others I have tried takes a bit of getting used to due to the sensitivity level

5 people found this helpful

Helpful | Comment | Report abuse

 caley byrne

★☆☆☆☆ **Do not buy! Worked for first charge only.**
Reviewed in the United States on May 10, 2020
**Verified Purchase**

I bought this for my daughter for a Christmas present. She charged it up on Christmas and used it that day and the next day. We live in the midwest so we had an unusually warm Christmas and then it got cold for a few months. We took it back out and charged it up a few weeks ago, only to find that it doesn't even charge. The lights don't even turn on to indicate that it is plugged in. It does not work and of course the return window has closed. From other reviews it sounds like it is a defect with this hoverboard. I would not recommend this particular hoverboard.

Helpful | Comment | Report abuse

 Brandon

★★★★★ **Works great**
Reviewed in the United States on March 14, 2020
**Verified Purchase**

As a hoverboard it's great. Bluetooth feature is just okay. Don't expect great sound quality if that is why you are buying this.

One person found this helpful

Helpful | Comment | Report abuse



Reviewed in the United States on March 14, 2020

As a hoverboard it's great. Bluetooth feature is just okay. Don't expect great sound quality if that is why you are buying this.

One person found this helpful

| Helpful | Comment | Report abuse |

 Kimberly

★☆☆☆☆ **Broke quickly**

Reviewed in the United States on January 8, 2020

Verified Purchase

Even after seeing some reviews saying these broke quickly, I bought one as a Christmas gift. It broke (motor burned up) after very little, indoor only use. I wouldn't recommend this product and will be buying a different brand as a replacement.

| Helpful | Comment | Report abuse |

alejandra guisell tarula

★★★★★ **Sturdy and fun**

Reviewed in the United States on February 29, 2020

Verified Purchase

I liked that it was worth the money, the battery life sucks but I guess it's because of all the light features that it has. My eight year old son loves it. It's so heavy to carry though! I like that it brought a case to carry it with!!!

One person found this helpful

| Helpful | Comment | Report abuse |

**See all reviews from the United States ›**

## Customers who viewed this item also viewed

Page 1 of 10

    

**Felimoda Self Balancing Hoverboards with LED Light, 6.5 Inch Two Wheel Smart Hoverboards for…** ★★★★☆ 323 $124.99

**UNI-SUN Hoverboard for Kids, 6.5" Two Wheel Electric Scooter, Self Balancing Hoverboard…** ★★★★☆ 396 $124.99

**JOLEGE Hoverboard, 6.5" Two-Wheel Self Balancing Hoverboards – LED Light Wheel Scooter for Kids…** ★★★★☆ 941 #1 Best Seller in Self Balancing Scooters $124.99

**LIEAGLE Hoverboard, 6.5" Self Balancing Scooter Hover Board with UL2272 Certified Wheels LED…** ★★★★☆ 151 $124.99

**VEVELINE Hoverboard for Kids 6.5" Two-Wheel Self Balancing Hoverboard – UL 2272 Certified** ★★★★☆ 223 $124.99

 Men's 4+ star shoes — Discover our bestselling footwear styles for him — SHOP NOW 

Sponsored ⓘ

**Pages with related products.** See and discover other items: fast hoverboard

Document title: Amazon.com: cho 6.5&quot; inch Hoverboard Electric Smart Self Balancing Scooter with Built-in Wireless Speaker LED Wheels and Side Lights Safety…
Capture URL: https://www.amazon.com/Cho-Original-Balancing-Hoverboard-Certified/dp/B07995W2RX/ref=pd_di_sccai_1/142-2682338-2469302?…
Capture timestamp (UTC): Mon, 17 Aug 2020 19:33:49 GMT



Men's 4+ star shoes

Discover our bestselling footwear styles for him

SHOP NOW

fashion

Sponsored

Pages with related products. See and discover other items: fast hoverboard



## Inspired by your browsing history

Page 1 of 9

**Hover-1 Buggy Attachment for Transforming Hoverboard Scooter into Go-Kart**
★★★★☆ 1,385
$79.99

**Hiboy HC-02 Hoverboard Go Kart with Rear Suspension Seat Attachment Accessory…**
★★★★☆ 247
$109.00

**TOMOLOO Self-Balancing Scooter Carrying Handbag Backpack Bag for 6.5" Two-Wheel Hover…**
★★★★☆ 16
$10.99

**EverCross Hoverboard Seat Attachment, New Gen Hoverboard Seat with Safety Brake System,…**
★★★★☆ 133
$70.99 - $77.97

**Hover-1 Falcon 1 Hoverboard Seat Attachment Turbo Light, Transform Your…**
★★★★☆ 224
$79.99

## Deals in magazine subscriptions

Page 1 of 10

**National Geographic Kids**
★★★★☆ 4,117
Print Magazine
$15.00

**EatingWell**
★★★★☆ 2,410
Print Magazine
$5.00

**Good Housekeeping**
★★★★☆ 2,155
Print Magazine
$5.00

**Diabetic Living**
★★★★☆ 724
Print Magazine
$5.00

**Ranger Rick Cub**
★★★★★ 3
Print Magazine
$19.95

## Your Browsing History    View or edit your browsing history  ›

Page 1 of 3

See personalized recommendations

**Sign in**

New customer? Start here.

**Back to top**

**Get to Know Us**
Careers
Blog
About Amazon
Press Center

**Make Money with Us**
Sell on Amazon
Sell Under Amazon Accelerator
Sell on Amazon Handmade

**Amazon Payment Products**
Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon Business Card

**Let Us Help You**
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates &



New customer? Start here.

Back to top

## Get to Know Us

Careers

Blog

About Amazon

Press Center

Investor Relations

Amazon Devices

Amazon Tours

## Make Money with Us

Sell on Amazon

Sell Under Amazon Accelerator

Sell on Amazon Handmade

Sell on Amazon Business

Sell Your Apps on Amazon

Become an Affiliate

Advertise Your Products

Self-Publish with Us

Host an Amazon Hub

› See More Make Money with Us

## Amazon Payment Products

Amazon Rewards Visa Signature Cards

Amazon.com Store Card

Amazon Business Card

Amazon.com Corporate Credit Line

Shop with Points

Credit Card Marketplace

Reload Your Balance

Amazon Currency Converter

## Let Us Help You

Amazon and COVID-19

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Amazon Assistant

Help



🌐 English ⏶  🇺🇸 United States



**Amazon Music**
Stream millions of songs

**Amazon Advertising**
Find, attract, and engage customers

**Amazon Drive**
Cloud storage from Amazon

**6pm**
Score deals on fashion brands

**AbeBooks**
Books, art & collectibles

**ACX**
Audiobook Publishing Made Easy

**Alexa**
Actionable Analytics for the Web

**Sell on Amazon**
Start a Selling Account

**Amazon Business**
Everything For Your Business

**Amazon Fresh**
Groceries & More Right To Your Door

**AmazonGlobal**
Ship Orders Internationally

**Home Services**
Experienced Pros Happiness Guarantee

**Amazon Ignite**
Sell your original Digital Educational Resources

**Amazon Rapids**
Fun stories for kids on the go

**Amazon Web Services**
Scalable Cloud Computing Services

**Audible**
Listen to Books & Original Audio Performances

**Book Depository**
Books With Free Delivery Worldwide

**Box Office Mojo**
Find Movie Box Office Data

**ComiXology**
Thousands of Digital Comics

**CreateSpace**
Indie Print Publishing Made Easy

**DPReview**
Digital Photography

**East Dane**
Designer Men's Fashion

**Fabric**
Sewing, Quilting & Knitting

**Goodreads**
Book reviews & recommendations

**IMDb**
Movies, TV & Celebrities

**IMDbPro**
Get Info Entertainment Professionals Need

**Kindle Direct Publishing**
Indie Digital Publishing Made Easy

**Prime Now**
FREE 2-hour Delivery on Everyday Items

**Amazon Photos**
Unlimited Photo Storage Free With Prime

**Prime Video Direct**
Video Distribution Made Easy

**Shopbop**
Designer Fashion Brands

**Amazon Warehouse**
Great Deals on Quality Used Products

**Whole Foods Market**
America's Healthiest Grocery Store

**Woot!**
Deals and Shenanigans

**Zappos**
Shoes & Clothing

**Ring**
Smart Home Security Systems

**eero WiFi**
Stream 4K Video in Every Room

**Neighbors App**
Real-Time Crime & Safety Alerts

**Amazon Subscription Boxes**
Top subscription boxes – right to your door

**PillPack**
Pharmacy Simplified

**Amazon Renewed**
Like-new products you can trust

**Amazon Second Chance**
Pass it on, trade it in, give it a second life

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2020, Amazon.com, Inc. or its affiliates



# amazon

Hello, Sign in
Account & Lists

Returns
& Orders

Try Prime

0 Cart

Hello
Select your address

Best Sellers    Customer Service    Today's Deals    New Releases    Find a Gift

Low prices on school supplies

Sports & Outdoors    Sports & Fitness    Outdoor Recreation    Sports Fan Shop    Sports Deals    Outdoor Deals

Fall Outdoors Event  Learn more ›

Sports & Outdoors › Outdoor Recreation › Skates, Skateboards & Scooters › Scooters & Equipment › Scooters › Self Balancing Scooters





Roll over image to zoom in

## Gyroor T581 Hoverboard 6.5" Off Road All Terrain Hoverboards with Bluetooth Speaker&LED Lights Two-Wheel Self Balancing Hoverboard with Kart Seat Attachment UL2272 Certified for Kids & Adults(Blue)

by Gyroor

★★★★½ ▾    244 ratings
| 90 answered questions

Price: **$279.00** & **FREE Shipping**.
Details & FREE Returns

Get $10 off instantly: Pay $279.00 $269.00 upon approval for the Amazon Store Card. No annual fee.

Color: **blue with Kart-T581**

- 6.5" ALL TERRAIN HOVERBOARD: Powered by 600 watt motors,this self balancing hoverboard use off road tire which has strong adaptablity of all terrains,can master all pavements.You'll feel safe no matter what sort of road you're in.
- HOVER BOARDS WITH APP - This self balancing scooter comes with an efficient app that helps you stay in control, giving you the ability to change modes, check batteries,see the real speed,changing led light colors and adjust speed with ease.
- MATCH WITH COMFORTABLE HOVERBOARD KART SEAT: Safe and comfortable driving with great fun

**$279.00**
& **FREE Shipping**. Details
& FREE Returns ▾

Arrives: **Aug 29 - 31** Details

Fastest delivery: **Aug 29 - 30**

**In stock on August 21, 2020.**
Order it now.

Add to Cart

Buy Now

🔒 Secure transaction

Ships from    Amazon
Sold by    GYROOR US

**Add a Protection Plan:**
☐ 2-Year Protection for $24.99

☐ Add gift options

◎ Select delivery location

Add to List

Share ✉ 📘 🐦 📌

Have one to sell?

Sell on Amazon



EPIKGO

Go anywhere -
Upgrade to the
EPIKGO Sport to...

**EPIKGO Sport Balance Board Self Balance Scooter Hover Balancing...**
★★★★☆ 81
$499.99 ✓prime



**SO EASY**

**Forward:** Push both handles down.

**Backwards:** Lift up both handles.

**Turn right:** Put down the left handle. Do not move your right handle.

**Turn left:** Put down the right handle. Do not move your left handle.

Roll over image to zoom in

self balancing scooter comes with an efficient app that helps you stay in control, giving you the ability to change modes, check batteries,see the real speed,changing led light colors and adjust speed with ease.

- MATCH WITH COMFORTABLE HOVERBOARD KART SEAT: Safe and comfortable driving with great fun factor. Seat expansion makes the self balancing scooter very mobile and fast. Adjustable length from 72cm to 85cm, a hoverkart very suitable for children and adults.

- BLUETOOTH SPEAKER&LED LIGHTS: Built-in high ended speaker,outstanding sound quality,connecting with your smart phone easily with much fun. Colorful LED lights switch freely to present you an amazing lighting when riding.

- SAFEST SELF BALANCING SCOOTER: With UL2272 tested and certified self balancing board & UL2271 battery certified,100% riding testing,all GYROOR hover boards are designed and built to meet the top levels of safety testing,passed CE,RoHS and FCC certifications.



LERUJIFL Kids Adjustable Helmet, Suitable for Toddler Kids Age 3-8...

Sponsored

*Go anywhere -
Upgrade to the
EPIKGO Sport to...*

**EPIKGO Sport Balance Board Self Balance Scooter Hover Balancing...**
★★★★☆ 81
$499.99 ✓prime

Sponsored

## Frequently bought together



Total price: **$397.99**

[ Add all three to Cart ]

[ Add all three to List ]

ℹ One of these items ships sooner than the other. Show details

☑ **This item:** Gyroor T581 Hoverboard 6.5" Off Road All Terrain Hoverboards with Bluetooth Speaker&LED Lights Two...  $279.00

☑ Hiboy HC-02 Hoverboard Go Kart with Rear Suspension Seat Attachment Accessory for 6.5" 8" 10" Hover...  $109.00

☑ Hiboy Hoverboard Kart Accessories Adjustable Straps $9.99

**Inspired by your recent shopping trends**                                                    Page 1 of 17

☑ **This item:** Gyroor T581 Hoverboard 6.5" Off Road All Terrain Hoverboards with Bluetooth Speaker&LED Lights Two… $279.00

☑ Hiboy HC-02 Hoverboard Go Kart with Rear Suspension Seat Attachment Accessory for 6.5" 8" 10" Hover… $109.00

☑ Hiboy Hoverboard Kart Accessories Adjustable Straps $9.99

## Inspired by your recent shopping trends

Page 1 of 13

    

| EPIKGO Sport Balance Board Self Balance Scooter Hover Balancing Board -UL2272… | EPIKGO Self Balancing Scooter Hover Self-Balance Board - UL2272 Certified, All-Terrain… | EPIKGO Self Balancing Scooter Hover Self-Balance Board - UL2272 Certified, All-Terrain… | SISIGAD Hoverboard, Self Balancing Hoverboard, 6.5" Two-Wheel Self Balancing… | SISIGAD 6.5" Two-Wheel Self Balancing Hoverboard - Classic Series (No Bluetooth) |
|---|---|---|---|---|
| ★★★★☆ 81 | ★★★★★ 2 | ★★★☆½ 8 | ★★★★½ 186 | ★★★★☆ 1 |
| $499.99 ✓prime | $796.19 ✓prime | $799.99 ✓prime | $124.99 | $124.99 |

## Sponsored products related to this item

Page 1 of 16

    

| JOLEGE Hoverboard, 6.5" Two-Wheel Self Balancing Hoverboards - LED Light Wheel Scoo… | Hover-1 Titan Electric Self-Balancing Hoverboard Scooter with 10" Tires, Gun Metal | Hishine Hover Kart Hoverboard Seat Attachment for Self Balancing Scooter… | Gyroshoes Hoverboard - Warrior 8.5 inch Off Road All Terrain Hoverboard with… | Swagtron Swagboard Pro T1 UL 2272 Certified Hoverboard Electric Self-Balancing Scoo… |
|---|---|---|---|---|
| ★★★★½ 793 | ★★★★☆ 363 | ★★★★☆ 82 | ★★★★½ 79 | ★★★☆½ 240 |
| $134.99 | $249.99 ✓prime | $62.79 | $299.00 ✓prime | $246.80 ✓prime |

Ad feedback 💬

## Special offers and product promotions

Color: blue with Kart-T581

- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. **Register a free business account**
- **Your cost could be $229.00 instead of $279.00**! Get a **$50 Amazon Gift Card** instantly upon approval for the **Amazon Rewards Visa Card** Apply now

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

Document title: Amazon.com : Gyroor T581 Hoverboard 6.5&quot; Off Road All Terrain Hoverboards with Bluetooth Speaker&amp;LED Lights Two-Wheel Self Balancing…
Capture URL: https://www.amazon.com/Gyroor-Hoverboard-Hoverboards-Bluetooth-Attachment/dp/B07PHFP8GB/ref=zg_bs_13130176011_60?…
Capture timestamp (UTC): Wed, 05 Aug 2020 19:24:29 GMT

Page 3 of 14

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

---

### Product Description



GYROOR T581 Hoverboard With Kart.

GYROOR Have Fun !

Gyroor T581 Hoverboard 6.5" Off Road All Terrain Hoverboards with Bluetooth Speaker&LED Lights Two-Wheel Self Balancing Hoverboard with Kart Seat Attachment.Not only bring you a unique driving experience, but also offer riders far more control and less injury risk than riding a hoverboard, which is much safer for kids.

Adjustable leg pedals lengths can suit rider from kid to adult. Lightly built but robust, they are agile and fast, Accelerate, brake and turn with full confidence.





### EASY TO OPERATION

No professional skills required, control the turn, forward, backward, brake by the left and right hand. Quick Learning in 5 Mins.

---



## EASY TO OPERATION

No professional skills required, control the turn, forward, backward, brake by the left and right hand. Quick Learning in 5 Mins.

## SAFE HOVERBOARD SEAT

Do not worry kids falling from hover board, sitting and riding will be safer.









### Powerful Motor

Powered by 300 watts powerful dual motors with solid shock absorber tires you can easily ride faster with more stability.

### Bluetooth Speakers

Built-in Bluetooth speaker makes it easy to connect to a smartphone, allowing you to enjoy the music while riding and play your favorite tunes.

### UL2272 Certified

The UL certified hoverboard meets UL2272 standards for quality charging and electrical performance.



Document title: Amazon.com : Gyroor T581 Hoverboard 6.5&quot; Off Road All Terrain Hoverboards with Bluetooth Speaker&amp;LED Lights Two-Wheel Self Balancing…
Capture URL: https://www.amazon.com/Gyroor-Hoverboard-Hoverboards-Bluetooth-Attachment/dp/B07PHFP8GB/ref=zg_bs_13130176011_60?…
Capture timestamp (UTC): Wed, 05 Aug 2020 19:24:29 GMT

Powered by 300 watts powerful dual motors with solid shock... ride faster with more stability.

Built-in Bluetooth speaker makes it easy to ... enjoy the music while riding and play your favorite tunes.

The UL certified hoverboard meets UL2272 ... and electrical performance.



## Product details

Color: blue with Kart-T581

**Shipping Weight:** 38.1 pounds (View shipping rates and policies)

**ASIN:** B07PHFP8GB

**Batteries** 1 Lithium ion batteries required. (included)

**Customer Reviews:** ★★★★☆ ˅ 244 customer ratings

**Amazon Best Sellers Rank:** #70,713 in Sports & Outdoors (See Top 100 in Sports & Outdoors)
    #69 in Self Balancing Scooters

Would you like to **tell us about a lower price?** ˅

# Videos

Page 1 of 4

### Videos for this product






Document title: Amazon.com : Gyroor T581 Hoverboard 6.5&quot; Off Road All Terrain Hoverboards with Bluetooth Speaker&amp;LED Lights Two-Wheel Self Balancing...
Capture URL: https://www.amazon.com/Gyroor-Hoverboard-Hoverboards-Bluetooth-Attachment/dp/B07PHFP8GB/ref=zg_bs_13130176011_60?...
Capture timestamp (UTC): Wed, 05 Aug 2020 19:24:29 GMT
Page 6 of 14

# Videos

**Videos for this product**









The 5 Best Off-Road Hoverboards

BestReviews

Gyroor T581 Hoverboard 6.5" Off Road All Terrain Hoverboards wit…

Aaron Bowman

Gyroor T581 Hoverboard 6.5" Off Road All Terrain Hoverboards wit…

slo-lane

GYROOR T58 kart

Gyroor

Upload your video

---

## Sponsored products related to this item

Page 1 of 14









Swagtron Swagboard Twist Lithium-Free UL2272 Certified Hoverboard with…
★★★☆☆ 2
$109.00

Swagtron Swagboard Pro T1 UL 2272 Certified Hoverboard Electric Self-Balancing Scoo…
★★★☆☆ 240
$246.80 ✓prime

Hover-1 Helix Electric Hoverboard Scooter, Camo
★★★★☆ 96
$179.99 ✓prime

Hover-1 Aviator Electric Folding Scooter
★★★☆☆ 61
$249.99 ✓prime

Segway Ninebot ES4 Electric Kick Scooter with External Battery, Lightweight and Fol…
★★★★☆ 336
$769.99 ✓prime

Ad feedback ▢

**amazon** essentials

Colorful, lightweight comfort for him from $25

**Shop now**

Sponsored ⓘ

---

## Customer questions & answers

🔍 Have a question? Search for answers

---

Sponsored ⓘ

# Customer questions & answers

🔍 Have a question? Search for answers

▲
1
vote
▼

**Question:** There was no paperwork at all in our box. We were able to get it together and run it but we don't know how to get the music hooked up nor know about c

**Answer:** Download gyroor app. I'm pretty sure you have to have that. Also, I vaguely remember maybe holding down the power button when syncing to your phone or tablet or whatever you're playing music on. Then go into your Bluetooth settings and sync to the gyroor.
By Aubree Gabriel on January 5, 2020

⌄ See more answers (2)

▲
1
vote
▼

**Question:** Is it made in the usa and shipped from the usa?

**Answer:** Gyroor is a usa brand and ship from usa by FBA.Thanks.
By Gyroor **SELLER** on June 9, 2019

▲
0
votes
▼

**Question:** how fast is it in mph?

**Answer:** Dear Jack,
Maximum speed: 10 mph.Thanks.
Best regards, … see more
By Gyroor **SELLER** on June 14, 2019

▲
0
votes
▼

**Question:** Can this hoverboard ride on the beach?

**Answer:** tis a hard question tae answer becos fir me this duncan scottih single dad of 2 wee lads hiv taken me wee lads tae virginia beach wi their gyroor hovers an they di ok there but not so guid at myrtle beach me woul hiv tae say the thickness an kinda sand makes a ig difference jis like kinds of snow does fir our cars . al… see more
By Sir Lord Randall Paul Haffle… on October 19, 2019

⌄ See more answers (1)

See more answered questions (86)

---

# Customer reviews

⭐⭐⭐⭐½ 4.3 out of 5

244 customer ratings

| | | |
|---|---|---|
| 5 star | ▓▓▓▓▓▓ | 75% |
| 4 star | ▓ | 7% |
| 3 star | ▓ | 5% |
| 2 star | ▓ | 4% |
| 1 star | ▓ | 10% |

⌄ How does Amazon calculate star ratings?

## By feature

# Customer images



See all customer images

## Read reviews that mention



| hoverboard | battery life | highly recommend | put together |



stopped working    absolutely loves    easy to learn    son loves

Document title: Amazon.com : Gyroor T581 Hoverboard 6.5&quot; Off Road All Terrain Hoverboards with Bluetooth Speaker&amp;LED Lights Two-Wheel Self Balancing…
Capture URL: https://www.amazon.com/Gyroor-Hoverboard-Hoverboards-Bluetooth-Attachment/dp/B07PHFP8GB/ref=zg_bs_13130176011_60?…
Capture timestamp (UTC): Wed, 05 Aug 2020 19:24:29 GMT

Page 8 of 14



4 star ▮ 7%
3 star ▮
2 star ▮ 4%
1 star ▮ 10%

⌄ How does Amazon calculate star ratings?

## By feature

Giftable ★★★★★ 4.7
Easy to learn ★★★★☆ 4.6
Stability ★★★★☆ 4.3

⌄ See more

## Review this product

Share your thoughts with other customers

[ Write a customer review ]

**amazon essentials**

Colorful, lightweight comfort for him from $25

Shop now

Sponsored ⓘ

See all customer images

## Read reviews that mention

[ hoverboard ]  [ battery life ]  [ highly recommend ]  [ put together ]

[ stopped working ]  [ absolutely loves ]  [ easy to learn ]  [ son loves ]

[ great customer service ]  [ easy to use ]  [ much fun ]  [ birthday gift ]

[ Top Reviews ⌄ ]

**slo-lane**

★★★★★ **Will make any kid very happy!! Everyone will want to ride the scooter!**
Reviewed in the United States on August 10, 2019
Color: blue with Kart-T581 | Verified Purchase

Son and father loveeeee this hover board and scooter. After 30 seconds of understanding how the scooter controls work, my son was hooked. His father made him get off it so he can try it. Lol. They spent the entire weekend riding it. They rode through grass, a neighbors flower bed, and a little in the street. We can confirm the all-terrain. ;)

The scooter sits very very low to ground - we live outside the city and don't have a lot of sidewalks so I only allow my son to use it our driveway or through the yard.

The speaker is loud and clear - if I see my son riding, sometimes I pair it to my phone and put on some old school jams - drives my son crazy, lol.

33 people found this helpful

[ Helpful ]  |  Comment  |  Report abuse

**gbwilliams**

★★★★★ **Very nice hoover bosrd**
Reviewed in the United States on October 16, 2019
Verified Purchase

Can't address battery life because we have not had it long. There is a definite learning curve to riding but after mom reading directions several times and a few concentrated riding sessions my granddaughter did get comfortable on it. She does love the look of it with the lights etc.

26 people found this helpful

[ Helpful ]  |  Comment  |  Report abuse

**lesley**

★★★★★ **Great hover board!!!!!!**
Reviewed in the United States on June 25, 2019
Verified Purchase | Early Reviewer Rewards (What's this?)

Bought this as a gift! Daughter loves it! It is a very nice board and has a good bluetooth speaker. She rides in the grass and on the street, as both surfaces allow great movement and speed. The lights in the wheels are really cool, too! Very happy with this product. User is 10 years old, first hover board purchase, easy to use! Customer Service is A++++++

27 people found this helpful



⭐⭐⭐⭐⭐ **Great hover board!!!!!!**
Reviewed in the United States on June 29, 2019
**Verified Purchase** | **Early Reviewer Rewards** (What's this?)

Bought this as a gift. Daughter loves it! It is a very nice board and has a good bluetooth speaker. She rides in the grass and on the street, as both surfaces allow great movement and speed. The lights in the wheels are really cool, too! Very happy with this product. User is 10 years old, first hover board purchase, easy to use! Customer Service is A++++++

27 people found this helpful

| Helpful | | Comment | Report abuse |

 Tabitha

⭐⭐⭐⭐⭐ **PERFECT 10th Birthday Present! :)**
Reviewed in the United States on September 19, 2019
**Verified Purchase**

Our daughter LOVED receiving this for her 10th birthday! She had been begging for a hoverboard and we researched tons of boards and are so glad we bought this one! The lights and the music are really cool! She had no trouble using this either. Although she has used friends before so she did have some experience. She has ridden it inside on our hardwood floors, outside on our paved driveway and even in the grass and it has worked great everywhere! Did I mention the lights and music are really cool? :)

26 people found this helpful

| Helpful | | Comment | Report abuse |

 cab

⭐⭐⭐⭐⭐ **Great hoverboard**
Reviewed in the United States on August 1, 2019
**Verified Purchase** | **Early Reviewer Rewards** (What's this?)

I purchased this hoverboard for my 10 year old granddaughter because all of the girls her age in the neighborhood have one. She is thrilled with it and rides it constantly when she is visiting me. It only took her about 45 minutes to learn to ride it well. It seems very stable and she absolutely loves the colorful lights and bluetooth. The battery lasts a reasonable length of timealso. She took it to her friend's house the other day and the mother messaged me wanting to know which one it is. Of course I sent her the link!

24 people found this helpful

| Helpful | | Comment | Report abuse |

 Holly

⭐⭐⭐⭐⭐ **Great Hoovboard!!**
Reviewed in the United States on May 29, 2019
**Verified Purchase** | **Early Reviewer Rewards** (What's this?)

I got this for my 14 year old daughter she absolutely loves it!! I like how I can control the settings threw a app to help her learn how to use it! Seems like the battery is also lasting a while!

28 people found this helpful

| Helpful | | Comment | Report abuse |

 Steven

settings threw a app to help her learn how to use it! Seems like the battery is also lasting a

28 people found this helpful

| Helpful | | Comment | Report abuse |



**Steven**

⭐⭐⭐⭐⭐ **Very professional group to work with, thank you GYROOR**
Reviewed in the United States on August 11, 2019
**Verified Purchase**

This is a great product, any young adult will have endless hours of enjoyment! Perfect hover board for my 11 year old boys, very well put together. Durable & nice speakers also. The lights are cool too.

27 people found this helpful

| Helpful | | Comment | Report abuse |

**Jessica Gottschalk**

⭐⭐⭐⭐⭐ **Good product**
Reviewed in the United States on September 9, 2019
**Verified Purchase**

Good on all terrains. Very neat looking esp. at night. Syncs easily with apple devices. Holding up well so far and have had since mid August. Kids love it. Good quality and worth price.

25 people found this helpful

| Helpful | | Comment | Report abuse |

**See all reviews from the United States ›**



## Customers who bought this item also bought

Page 1 of 6

**Hiboy Hoverboard Kart Accessories Adjustable Straps**
⭐⭐⭐⭐½ 73
$9.99

**yabbay Strap and Strap Protector for Hover go Kart**
⭐⭐⭐⭐☆ 182
$12.80

**Hiboy HC-02 Hoverboard Go Kart with Rear Suspension Seat Attachment Accessory…**
⭐⭐⭐⭐☆ 230
$109.00 ✓prime

**Hiboy HC-01 Hoverboard Kart Seat Attachment Accessory for 6.5" 8" 10" Two Wheel Self…**
⭐⭐⭐⭐☆ 333
$78.00 ✓prime

**Hover-1 Buggy Attachment for Transforming Hoverboard Scooter…**
⭐⭐⭐⭐½ 1,198
$76.99 - $112.98

Men's 4+ star shoes
Discover our bestselling footwear styles for him
SHOP NOW
fashion
Sponsored ⓘ

Document title: Amazon.com : Gyroor T581 Hoverboard 6.5&quot; Off Road All Terrain Hoverboards with Bluetooth Speaker&amp;LED Lights Two-Wheel Self Balancing…
Capture URL: https://www.amazon.com/Gyroor-Hoverboard-Hoverboards-Bluetooth-Attachment/dp/B07PHFP8GB/ref=zg_bs_13130176011_60?…
Capture timestamp (UTC): Wed, 05 Aug 2020 19:24:29 GMT
Page 11 of 14



Men's 4+ star shoes
Discover our bestselling footwear styles for him
SHOP NOW

fashion

Sponsored 

**Pages with related products.** See and discover other items: Explore hover carts for hoverboards, Explore hoverboards for kids, Explore go karts for hoverboards, Explore seats for hoverboards, Explore carrying cases for hoverboards

## Inspired by your browsing history

Page 1 of 12






OFF ROAD
*New*



Hiboy HC-02 Hoverboard Go Kart with Rear Suspension Seat Attachment Accessory...
★★★★☆ 230
$109.00  prime

FLYING-ANT Hoverboard, 6.5 Inch Self Balancing Hoverboards, Hover...
★★★★½ 20
$124.99

Gyroor T581 Hoverboard 6.5" Off Road All Terrain Hoverboard with Bluetooth Speaker and...
★★★★½ 260
$229.00 prime

Waterproof Backpack to Carry and Store Your Drifting Board (Two Wheels Smart Balance...
★★★★☆ 880
$18.99



## Deals in magazine subscriptions

Page 1 of 12











Better Homes & Gardens
★★★★½ 3,389
Print Magazine
$5.00

People en Espanol
★★★★☆ 218
Print Magazine
$5.00

Real Simple
★★★★½ 4,132
Print Magazine
$5.00

Stereophile
★★★★½ 81
Print Magazine
$5.00



**Your Browsing History**   View or edit your browsing history  ›

See personalized recommendations

Sign in

New customer? Start here.







**Back to top**

## Get to Know Us

Careers

Blog

About Amazon

Press Center

Investor Relations

Amazon Devices

Amazon Tours

## Make Money with Us

Sell on Amazon

Sell Under Amazon Accelerator

Sell on Amazon Handmade

Sell on Amazon Business

Sell Your Apps on Amazon

Become an Affiliate

Advertise Your Products

Self-Publish with Us

Host an Amazon Hub

› See More Make Money with Us

## Amazon Payment Products

Amazon Rewards Visa Signature Cards

Amazon.com Store Card

Amazon Business Card

Amazon.com Corporate Credit Line

Shop with Points

Credit Card Marketplace

Reload Your Balance

Amazon Currency Converter

## Let Us Help You

Amazon and COVID-19

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Amazon Assistant

Help

   English   United States

| | | | | | | |
|---|---|---|---|---|---|---|
| **Amazon Music** Stream millions of songs | **Amazon Advertising** Find, attract, and engage customers | **Amazon Drive** Cloud storage from Amazon | **6pm** Score deals on fashion brands | **AbeBooks** Books, art & collectibles | **ACX** Audiobook Publishing Made Easy | **Alexa** Actionable Analytics for the Web |
| **Sell on Amazon** Start a Selling Account | **Amazon Business** Everything For Your Business | **Amazon Fresh** Groceries & More Right To Your Door | **AmazonGlobal** Ship Orders Internationally | **Home Services** Experienced Pros Happiness Guarantee | **Amazon Ignite** Sell your original Digital Educational Resources | **Amazon Rapids** Fun stories for kids on the go |
| **Amazon Web Services** Scalable Cloud Computing Services | **Audible** Listen to Books & Original Audio Performances | **Book Depository** Books With Free Delivery Worldwide | **Box Office Mojo** Find Movie Box Office Data | **ComiXology** Thousands of Digital Comics | **CreateSpace** Indie Print Publishing Made Easy | **DPReview** Digital Photography |
| **East Dane** Designer Men's Fashion | **Fabric** Sewing, Quilting & Knitting | **Goodreads** Book reviews & recommendations | **IMDb** Movies, TV & Celebrities | **IMDbPro** Get Info Entertainment Professionals Need | **Kindle Direct Publishing** Indie Digital Publishing Made Easy | **Prime Now** FREE 2-hour Delivery on Everyday Items |
| **Amazon Photos** Unlimited Photo Storage Free With Prime | **Prime Video Direct** Video Distribution Made Easy | **Shopbop** Designer Fashion Brands | **Amazon Warehouse** Great Deals on Quality Used Products | **Whole Foods Market** America's Healthiest Grocery Store | **Woot!** Deals and Shenanigans | **Zappos** Shoes & Clothing |
| **Ring** Smart Home Security Systems | **eero WiFi** Stream 4K Video in Every Room | **Neighbors App** Real-Time Crime & Safety Alerts | **Amazon Subscription Boxes** Top subscription boxes – right to your door | **PillPack** Pharmacy Simplified | **Amazon Renewed** Like-new products you can trust | **Amazon Second Chance** Pass it on, trade it |

Document title: Amazon.com : Gyroor T581 Hoverboard 6.5&quot; Off Road All Terrain Hoverboards with Bluetooth Speaker&amp;LED Lights Two-Wheel Self Balancing…
Capture URL: https://www.amazon.com/Gyroor-Hoverboard-Hoverboards-Bluetooth-Attachment/dp/B07PHFP8GB/ref=zg_bs_13130176011_60?…
Capture timestamp (UTC): Wed, 05 Aug 2020 19:24:29 GMT

Back to top

## Get to Know Us

Careers

Blog

About Amazon

Press Center

Investor Relations

Amazon Devices

Amazon Tours

## Make Money with Us

Sell on Amazon

Sell Under Amazon Accelerator

Sell on Amazon Handmade

Sell on Amazon Business

Sell Your Apps on Amazon

Become an Affiliate

Advertise Your Products

Self-Publish with Us

Host an Amazon Hub

› See More Make Money with Us

## Amazon Payment Products

Amazon Rewards Visa Signature Cards

Amazon.com Store Card

Amazon Business Card

Amazon.com Corporate Credit Line

Shop with Points

Credit Card Marketplace

Reload Your Balance

Amazon Currency Converter

## Let Us Help You

Amazon and COVID-19

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Amazon Assistant

Help

amazon

⊕ English ▾     🇺🇸 United States

**Amazon Music**
Stream millions
of songs

**Amazon Advertising**
Find, attract, and
engage customers

**Amazon Drive**
Cloud storage
from Amazon

**6pm**
Score deals
on fashion brands

**AbeBooks**
Books, art
& collectibles

**ACX**
Audiobook
Publishing
Made Easy

**Alexa**
Actionable
Analytics
for the Web

**Sell on Amazon**
Start a Selling
Account

**Amazon Business**
Everything For
Your Business

**Amazon Fresh**
Groceries & More
Right To Your
Door

**AmazonGlobal**
Ship Orders
Internationally

**Home Services**
Experienced
Pros
Happiness
Guarantee

**Amazon Ignite**
Sell your original
Digital Educational
Resources

**Amazon Rapids**
Fun stories for
kids on the go

**Amazon Web Services**
Scalable Cloud
Computing
Services

**Audible**
Listen to Books &
Original
Audio
Performances

**Book Depository**
Books With Free
Delivery
Worldwide

**Box Office Mojo**
Find Movie
Box Office Data

**ComiXology**
Thousands of
Digital Comics

**CreateSpace**
Indie Print
Publishing
Made Easy

**DPReview**
Digital
Photography

**East Dane**
Designer Men's
Fashion

**Fabric**
Sewing, Quilting
& Knitting

**Goodreads**
Book reviews
&
recommendations

**IMDb**
Movies, TV
& Celebrities

**IMDbPro**
Get Info
Entertainment
Professionals
Need

**Kindle Direct Publishing**
Indie Digital
Publishing
Made Easy

**Prime Now**
FREE 2-hour
Delivery
on Everyday Items

**Amazon Photos**
Unlimited Photo
Storage
Free With Prime

**Prime Video Direct**
Video Distribution
Made Easy

**Shopbop**
Designer
Fashion Brands

**Amazon Warehouse**
Great Deals on
Quality Used Products

**Whole Foods Market**
America's
Healthiest
Grocery Store

**Woot!**
Deals and
Shenanigans

**Zappos**
Shoes &
Clothing

**Ring**
Smart Home
Security Systems

**eero WiFi**
Stream 4K Video
in Every Room

**Neighbors App**
Real-Time Crime
& Safety Alerts

**Amazon Subscription Boxes**
Top subscription boxes – right
to your door

**PillPack**
Pharmacy
Simplified

**Amazon Renewed**
Like-new products
you can trust

**Amazon Second Chance**
Pass it on, trade it
in,
give it a second
life

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2020, Amazon.com, Inc. or its affiliates

Document title: Amazon.com : Gyroor T581 Hoverboard 6.5&quot; Off Road All Terrain Hoverboards with Bluetooth Speaker&amp;LED Lights Two-Wheel Self Balancing…
Capture URL: https://www.amazon.com/Gyroor-Hoverboard-Hoverboards-Bluetooth-Attachment/dp/B07PHFP8GB/ref=zg_bs_13130176011_60?…
Capture timestamp (UTC): Wed, 05 Aug 2020 19:24:29 GMT



# amazon

Best Sellers | Customer Service | Today's Deals | New Releases | Find a Gift | Whole Foods | Shop School Essentials

Sports & Outdoors | Sports & Fitness | Outdoor Recreation | Sports Fan Shop | Sports Deals | Outdoor Deals

Just launched: Flawless by Gabrielle Union  Learn more ›

Sports & Outdoors › Outdoor Recreation › Skates, Skateboards & Scooters › Scooters & Equipment › Scooters › Self Balancing Scooters



Click image to open expanded view

## GC Hovers Hoverboard Black Safe Smart Two Wheel Alien Self Balancing Electric Scooter Rider Hover Board Skateboard Fly Glider Roller UL2272 Certified

by GC Hovers

### Available from these sellers.

- UL 2272 CERTIFIED-2-wheel self-balancing scooter excelled in all electrical safety tests-Built with High Quality Components Material which lasts for a long time Lasts longer and stronger.Tougher Wheels and grip
- Limited UFO SERIES.SPECIAL EDITION SUPER FAST ACCELERATION AND SPEED.STRONG SENSORS-EXTRA RUGGED STRONG TIRES.Safest intelligent sensor on the market! GENUINE AND AUTHENTIC.HIGHEST SAFETY STANDARDS, HIGHEST QUALITY,SAFEST BUILD ON THE MARKET! Overcharge protection Safe Yet Can speed fast if desired.Low-Carbon and Eco friendly transportation
- HI-OUTPUT PUSH.SMART STOP.INTELIGO For kids&adults.This balance scooter features an upgraded Double Watt motor and gear stabilization for tighter control and downhill traction.SUPER FAST SHIPPING FROM USA
- TWIN MOTORS. STRONGER IMPROVED MOTHERBOARD.Trimmings TOP Quality manufacturing, BEST BUILD ON THE MARKET! Built tough Built to last!
- 5 STAR SAFETY CERTIFIED.Excellent Handling Exclusive protection design, allowing board to sense movements Excellent street traction and Highly User friendly-Exotic Aerodynamic Curving's on Body

Select delivery location

**See All Buying Options**

**Add to List**

Share

Have one to sell?

**Sell on Amazon**





FLYING-ANT Hoverboard Self Balancing Scooters 6.5" Flash…
★★★★½ 23
$139.99

Sponsored ⓘ



FLYING-ANT Hoverboard 6.5" Two-Wheel Self Balancing…






FLYING-ANT
Hoverboard 6.5"
Two-Wheel Self
Balancing…

Click image to open expanded view

Sponsored

## Inspired by your recent shopping trends

Page 1 of 14








Felimoda Self Balancing Hoverboards with LED Light, 6.5 Inch Two Wheel Smart Hoverboards for…
★★★★☆ 143
2 offers from $124.99

TOMOLOO Music-Rhythmed Hoverboard for Kids and Adult Two-Wheel Self-Balancing Scooter…
★★★★☆ 1,185
1 offer from $399.99

VOYAGER Hoverboard Air Wheel Offroad Electric Hoverboard, Rugged 8.5 Inch All Terrain Wheels,…
★★★★★ 1
$399.99 ✓prime

YHR 6.5 Inch Hoverboard with Bluetooth W/Speaker, LED Wheels and LED Lights for Kids and Adult…
★★★★☆ 91
$124.99

Gyroor Swift Hoverboard Self Balancing Hoverboard with Music Speaker LED Lights, 6.5 inch Two…
★★★★☆ 196
1 offer from $299.88

## Sponsored products related to this item

Page 1 of 4







SISIGAD Hoverboard 6.5" Self Balancing Scooter with Colorful LED Wheels Lights Two-…
★★★★☆ 1,567
$139.99

HYPER GOGO Off Road, Electric Self Balancing All Terrain Hoverboard with Built-in S…
★★★★☆ 223
$237.99 ✓prime

Swagtron Swagboard Pro T1 UL 2272 Certified Hoverboard Electric Self-Balancing Scoo…
★★★☆☆ 250
$246.83 ✓prime

TPS Hoverboard Self Balancing Scooter with Speaker LED Lights Flashing Wheels for K…
★★★★☆ 31
$109.00

Gyroshoes Hoverboard - Warrior 8.5 inch Off Road All Terrain Hoverboard with Blueto…
★★★★☆ 88
$299.00 ✓prime

Ad feedback

## Customers also shopped for

Page 1 of 5







SISIGAD Hoverboard Self Balancing Scooter 6.5" Two-Wheel Self Balancing Hoverboard with…

GC Hovers Hoverboard Black Safe Smart Two Wheel Alien Self Balancing Electric Scooter Rider

GC Hovers Hoverboard Fast Safe Smart Two Wheel Alien Self Balancing Electric Scooter Rider

Hoverboard Safe Smart INTELIGO Scooter Two Wheel Self Balancing Mover Slide Electric

Hoverboard Safe Smart Blue Scooter Two-Wheel Self Balancing Mover Slide Electric Scooter Rider Ride

Document title: Amazon.com: GC Hovers Hoverboard Black Safe Smart Two Wheel Alien Self Balancing Electric Scooter Rider Hover Board Skateboard Fly Glider Roller…
Capture URL: https://www.amazon.com/GC-Hovers-Hoverboard-Balancing-Skateboard/dp/B07KV88BQ2/ref=sr_1_199?…
Capture timestamp (UTC): Wed, 12 Aug 2020 19:15:48 GMT

Page 2 of 7



SISIGAD Hoverboard Self Balancing Scooter 6.5" Two-Wheel Self Balancing Hoverboard with…
★★★★☆ 63
$134.99 - $154.99

GC Hovers Hoverboard Black Safe Smart Two Wheel Alien Self Balancing Electric Scooter Rider Hover Board Skateboard…
1 offer from $399.99

GC Hovers Hoverboard Fast Safe Smart Two Wheel Alien Self Balancing Electric Scooter Rider Hover Board Skateboard…
1 offer from $399.99

Hoverboard Safe Smart INTELIGO Scooter Two Wheel Self Balancing Mover Slide Electric Scooter Rider Ride Hover…
1 offer from $199.99

Hoverboard Safe Smart Blue Scooter Two-Wheel Self Balancing Mover Slide Electric Scooter Rider Ride Hover Board Skateboard…
1 offer from $369.99

---

## Special offers and product promotions

- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. **Register a free business account**

---

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

---

## Product description

Limited UFO Alienware SERIES.+INTELIGO Safety. The absolute most amazing Hoverboard ever built! If you care about your kids & yourself know you are buying the SAFEST hoverboard! Excellent High Quality.All items are tested & verified before hand several times for safety & assurance for you.This is the safe version not recalled.Not ever exploding models Not on the CPSC recall list Buy with confidence! Hovers offers Authentic Genuine UL electrical & fire-safety tested & certification under UL 2272, Electrical Systems for Self-Balancing Scooters.This standard evaluates the safety of the electrical drive train system & charger system combinations are all uL listed for fireproof safety. Includes Hoverboard, Charger & battery. Model & style may vary at times due to manufacturer changes at times.Color may vary.Rim style,model may vary.Don't be fooled by other hoverboards listed at much lower prices, often they list a fake UL or they do not have the full board certified which is not safe.Quality is everything!This hover is top quality & will last much longer than any other hoverboard. We make sure our complete hoverboard is UL2772 certified to make sure you & your loved ones stay safe & to prevent the risk of fire!Top quality Exclusive protection design, allowing board to sense movements!Sale is for 1.All items are verified & tested before shipment.Photo is stock actual style may vary differ due to marketing & manufacture changes at times.All items are tested & verified before hand several times for safety & assurance for you.Photo is stock actual style may vary differ due to marketing & manufacture changes at times. SAFEST Brand on the market!High Quality Best Material used in our Hoverboards Low-Carbon & Eco friendly transportation Overcharge protection, low battery protection.Only shipping to usa connected states Alaska, Hawaii,Puertorico and all disconnected states have extra charges.

---

## Product details

**ASIN:** B07KV88BQ2

**Customer Reviews:** Be the first to write a review

Would you like to **tell us about a lower price?** ⌄

## Videos

Page 1 of 4

### Videos for related products



Top 10 Best Hoverboard & Self Balancing Scooters
Top 10 Zone

Gyroor Warrior G2 Self Balancing Scooter Review
Top 10 Zone

Top 10 Latest Hoverboard & Self Balancing Scooters
Top 10 Zone

The 10 Best Self Ba… Scooters
Ezvid Wiki

Upload your video

---

Document title: Amazon.com: GC Hovers Hoverboard Black Safe Smart Two Wheel Alien Self Balancing Electric Scooter Rider Hover Board Skateboard Fly Glider Roller…
Capture URL: https://www.amazon.com/GC-Hovers-Hoverboard-Balancing-Skateboard/dp/B07KV88BQ2/ref=sr_1_199?…
Capture timestamp (UTC): Wed, 12 Aug 2020 19:15:48 GMT

Top 10 Best Hoverboard & Self
Balancing Scooters

Gyroor Warrior G2 Self Balancing
Scooter Review

Top 10 Latest Hoverboard & Self
Balancing Scooters

The 10 Best Self Ba
Scooters

Top 10 Zone

Top 10 Zone

Top 10 Zone

Ezvid Wiki

Upload your video

## Sponsored products related to this item







| SISIGAD Hoverboard 6.5"  | Swagtron Swagboard Pro | Gyroshoes Hoverboard - | HYPER GOGO Off Road, | TPS Hoverboard Self |
| Self Balancing Scooter | T1 UL 2272 Certified | Warrior 8.5 inch Off Road | Electric Self Balancing All | Balancing Scooter with |
| with Colorful LED Wheels | Hoverboard Electric Self- | All Terrain Hoverboard | Terrain Hoverboard with | Speaker LED Lights |
| Lights Two-... | Balancing Scoo... | with Blueto... | Built-in S... | Flashing Wheels for K... |

★★★★☆ 1,567    ★★★☆☆ 250    ★★★★☆ 88    ★★★★☆ 223    ★★★★☆ 31

$139.99    $246.83 ✓prime    $299.00 ✓prime    $237.99 ✓prime    $109.00

Ad feedback 💬

## Customer questions & answers

🔍 Have a question? Search for answers

Typical questions asked about products:

– Is the item durable?

– Is this item easy to use?

– What are the dimensions of this item?

## Customer reviews

**No customer reviews**

| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

⌄ How does Amazon calculate star ratings?

## Review this product

Share your thoughts with other customers

Write a customer review

---

### Review this product

Share your thoughts with other customers

    Write a customer review



**handmade**

Exquisite. Original. Handcrafted.

Discover Handmade ›

Sponsored ⓘ



Grant a few birthday wishes
Shop gift cards ›

Pages with related products. See and discover other items: Hover Bikes

Sponsored ⓘ



### Deals in magazine subscriptions

Page 1 of 10

**Reader's Digest**
★★★★½ 5,749
Print Magazine
$3.75

**National Geographic Kids**
★★★★½ 3,854
Print Magazine
$7.00

**National Geographic Magazine**
★★★★½ 3,406
Print Magazine
$29.00

**Stereophile**
★★★★½ 88
Print Magazine
$5.00

**Good Housekeeping**
★★★★½ 2,073
Print Magazine
$5.00

### Inspired by your browsing history

Page 1 of 10

**Hover-1 Buggy Attachment for Transforming Hoverboard**

**Hiboy HC-02 Hoverboard Go Kart with Rear Suspension Seat**

**Beston Sports Newest Generation Electric Hoverboard Dual Motors**

**TOMOLOO Self-Balancing Scooter Carrying Handbag Backpack Bag for 6.5"**

**TOMOLOO Music-Rhythmed Hoverboard for Kids and Adult Two-Wheel**



**Hover-1 Buggy Attachment for Transforming Hoverboard Scooter into Go-Kart**
★★★★½ 1,294
$79.64 ✓prime

**Hiboy HC-02 Hoverboard Go Kart with Rear Suspension Seat Attachment Accessory...**
★★★★☆ 239
$109.00 ✓prime

**Beston Sports Newest Generation Electric Hoverboard Dual Motors Two Wheels Hoover...**
★★★★☆ 828
3 offers from $109.00

**TOMOLOO Self-Balancing Scooter Carrying Handbag Backpack Bag for 6.5" Two-Wheel Hover...**
★★★★½ 16
$9.99

**TOMOLOO Music-Rhythmed Hoverboard for Kids and Adult Two-Wheel Self-Balancing Scooter...**
★★★★½ 1,185
1 offer from $399.99

**Your Browsing History** **View or edit your browsing history** ›      Page 1 of 4

See personalized recommendations

**Sign in**

New customer? Start here.



Back to top

## Get to Know Us

Careers

Blog

About Amazon

Press Center

Investor Relations

Amazon Devices

Amazon Tours

## Make Money with Us

Sell on Amazon

Sell Under Amazon Accelerator

Sell on Amazon Handmade

Sell on Amazon Business

Sell Your Apps on Amazon

Become an Affiliate

Advertise Your Products

Self-Publish with Us

Host an Amazon Hub

› See More Make Money with Us

## Amazon Payment Products

Amazon Rewards Visa Signature Cards

Amazon.com Store Card

Amazon Business Card

Amazon.com Corporate Credit Line

Shop with Points

Credit Card Marketplace

Reload Your Balance

Amazon Currency Converter

## Let Us Help You

Amazon and COVID-19

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Amazon Assistant

Help

amazon

🌐 English     🇺🇸 United States

**Amazon Music**
Stream millions of songs

**Amazon Advertising**
Find, attract, and engage customers

**Amazon Drive**
Cloud storage from Amazon

**6pm**
Score deals on fashion brands

**AbeBooks**
Books, art & collectibles

**ACX**
Audiobook Publishing Made Easy

**Alexa**
Actionable Analytics for the Web

**Sell on Amazon**
Start a Selling Account

**Amazon Business**
Everything For Your Business

**Amazon Fresh**
Groceries & More Right To Your Door

**AmazonGlobal**
Ship Orders Internationally

**Home Services**
Experienced Pros Happiness Guarantee

**Amazon Ignite**
Sell your original Digital Educational Resources

**Amazon Rapids**
Fun stories for kids on the go

**Amazon Web Services**
Scalable Cloud Computing

**Audible**
Listen to Books & Original Audio

**Book Depository**
Books With Free Delivery

**Box Office Mojo**
Find Movie Box Office Data

**ComiXology**
Thousands of Digital Comics

**CreateSpace**
Indie Print Publishing Made Easy

**DPReview**
Digital Photography




••••••

Back to top

## Get to Know Us

Careers

Blog

About Amazon

Press Center

Investor Relations

Amazon Devices

Amazon Tours

## Make Money with Us

Sell on Amazon

Sell Under Amazon Accelerator

Sell on Amazon Handmade

Sell on Amazon Business

Sell Your Apps on Amazon

Become an Affiliate

Advertise Your Products

Self-Publish with Us

Host an Amazon Hub

› See More Make Money with Us

## Amazon Payment Products

Amazon Rewards Visa Signature Cards

Amazon.com Store Card

Amazon Business Card

Amazon.com Corporate Credit Line

Shop with Points

Credit Card Marketplace

Reload Your Balance

Amazon Currency Converter

## Let Us Help You

Amazon and COVID-19

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Amazon Assistant

Help

 English     United States

| | | | | | | |
|---|---|---|---|---|---|---|
| **Amazon Music** Stream millions of songs | **Amazon Advertising** Find, attract, and engage customers | **Amazon Drive** Cloud storage from Amazon | **6pm** Score deals on fashion brands | **AbeBooks** Books, art & collectibles | **ACX** Audiobook Publishing Made Easy | **Alexa** Actionable Analytics for the Web |
| **Sell on Amazon** Start a Selling Account | **Amazon Business** Everything For Your Business | **Amazon Fresh** Groceries & More Right To Your Door | **AmazonGlobal** Ship Orders Internationally | **Home Services** Experienced Pros Happiness Guarantee | **Amazon Ignite** Sell your original Digital Educational Resources | **Amazon Rapids** Fun stories for kids on the go |
| **Amazon Web Services** Scalable Cloud Computing Services | **Audible** Listen to Books & Original Audio Performances | **Book Depository** Books With Free Delivery Worldwide | **Box Office Mojo** Find Movie Box Office Data | **ComiXology** Thousands of Digital Comics | **CreateSpace** Indie Print Publishing Made Easy | **DPReview** Digital Photography |
| **East Dane** Designer Men's Fashion | **Fabric** Sewing, Quilting & Knitting | **Goodreads** Book reviews & recommendations | **IMDb** Movies, TV & Celebrities | **IMDbPro** Get Info Entertainment Professionals Need | **Kindle Direct Publishing** Indie Digital Publishing Made Easy | **Prime Now** FREE 2-hour Delivery on Everyday Items |
| **Amazon Photos** Unlimited Photo Storage Free With Prime | **Prime Video Direct** Video Distribution Made Easy | **Shopbop** Designer Fashion Brands | **Amazon Warehouse** Great Deals on Quality Used Products | **Whole Foods Market** America's Healthiest Grocery Store | **Woot!** Deals and Shenanigans | **Zappos** Shoes & Clothing |
| **Ring** Smart Home Security Systems | **eero WiFi** Stream 4K Video in Every Room | **Neighbors App** Real-Time Crime & Safety Alerts | **Amazon Subscription Boxes** Top subscription boxes – right to your door | **PillPack** Pharmacy Simplified | **Amazon Renewed** Like-new products you can trust | **Amazon Second Chance** Pass it on, trade it in, give it a second life |

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2020, Amazon.com, Inc. or its affiliates

Document title: Amazon.com: GC Hovers Hoverboard Black Safe Smart Two Wheel Alien Self Balancing Electric Scooter Rider Hover Board Skateboard Fly Glider Roller…
Capture URL: https://www.amazon.com/GC-Hovers-Hoverboard-Balancing-Skateboard/dp/B07KV88BQ2/ref=sr_1_199?…
Capture timestamp (UTC): Wed, 12 Aug 2020 19:15:48 GMT



≡ amazon

Hello, Sign in
Account & Lists

Returns
& Orders

Try Prime

0
Cart

Hello
Select your address

Best Sellers    Customer Service    Today's Deals    New Releases    Find a Gift                Low prices on school supplies

All Electronics    Deals    Best Sellers    TV & Video    Audio & Home Theater    Computers    Camera & Photo    Wearable Technology    Car Electronics & GPS

Psst... Your influencer inspiration is here  The Celebrity Store  Discover now ›

Toys & Games › Tricycles, Scooters & Wagons



Roll over image to zoom in

## WCNMD Electric self-Balancing Scooter, 6.5-inch Portable Smart Electric Scooter/Built-in Sensor-Bluetooth LED Lights and Electric Gifts for Children and Adults-C1

by WCNMD

Price: **$376.99** & **FREE Shipping**

Get 3% back on this item with the Amazon Rewards Visa Card.

**Color: C1**

    

- 🔊Bluetooth function: Using the built-in Bluetooth speaker, you can connect the scooter to mobile phones or other devices via Bluetooth to play your favorite music.
- 🔊Quality assurance: Balance scooters have passed all necessary certifications, and each component is strictly controlled. It is completely safe to use.
- 🔊Multiple protection system: professional safety self-balancing scooter with integrated safety system, intelligent gyro sensor, low battery alarm, fault self-detection, each part is strictly controlled according to European standards
- 🔊Super battery life: Built-in 36V/44000 mAh rechargeable battery, continuous battery life 25KM. The maximum slope is 15 degrees. The minimum load is 20 kg, suitable for children and adults, regardless of the driver's age.
- 🔊Wheel: use natural rubber tires, the surface has a special anti-skid texture, strong grip, effective anti-skid, and long wear life.

### Inspire a love of reading with Prime Book Box for Kids

Discover delightful children's books with Prime Book Box, a subscription that delivers new books every 1, 2, or 3 months — new customers receive 15% off your first box. Learn more.

**$376.99**
& **FREE Shipping**

Arrives: Sep 8 - 29

**In Stock.**

Qty: 1 ▾

Add to Cart

Buy Now

🔒 Secure transaction

Ships from    SYLUS
Sold by       SYLUS

◎ Select delivery location

Add to List

Add to Wedding Registry

Share ✉ f 🐦 📌

Have one to sell?

Sell on Amazon

## Customers who viewed this item also viewed





HYPER GOGO Off Road, Electric Self Balancing All Terrain Hoverboard with Built-in Speaker and LED…
★★★★☆ 223
$237.99 - $279.99

## Customers also shopped for

Page 1 of 5











| | | | | |
|---|---|---|---|---|
| Blue Sea Systems 300 Amp m-Series Battery Switches | CHO POWER SPORTS 6.5" Electric Self Balancing Scooter Wheel with Built in Bluetooth Speaker… | Newest Design Generation Electric Hoverboard Self-Balancing Dual Motors Two Wheels Hoover Board Smart Self Balancing… | Jakko 6.5 inch Electric Scooter Foldable 250 W Electric Scooter Adult, Super Light 7.7Kg Kick… | Blue Sea Systems 350 Amp E-Series Battery Switches |

★★★★☆ 9
**#1 Best Seller** in Boat Battery Switches
$3.21 - $74.22

★★★★★ 2
Currently unavailable.

Currently unavailable.

★★★☆☆ 7
$249.00 - $329.00

★★★★★ 635
$38.33 - $89.03

## Sponsored products related to this item











SISIGAD Hoverboard Self Balancing Scooter 6.5" Two-Wheel Self Balancing Hoverboard …
★★★★☆ 63
$154.99

EPCTEK Hoverboard, Self Balancing Hoverboards with Bluetooth Speaker - UL2272 Certi…
★★★★☆ 306
$134.99

EVAPLUS 42V 1.5A Charger PowerFast 3-Prong Inline Connector for 36V Pocket Mod, Spo…
★★★★☆ 628
$15.90 ✓prime

Wyness 42V 2A Battery Charger 3-Prong Inline Connector Power Supply for Pocket Mod,…
★★★★☆ 674
$15.99 ✓prime

WolVolk WV-Mini-Dolls Gifts for Girls
★★★★☆ 618
$38.94 ✓prime

Ad feedback

## Special offers and product promotions

Color: C1

- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. **Register a free business account**
- **Your cost could be $326.99 instead of $376.99!** Get a **$50 Amazon Gift Card** instantly upon approval for the **Amazon Rewards Visa Card** Apply now

## Have a question?

Find answers in product info, Q&As, reviews

Document title: Amazon.com: WCNMD Electric self-Balancing Scooter, 6.5-inch Portable Smart Electric Scooter/Built-in Sensor-Bluetooth LED Lights and Electric Gifts f…
Capture URL: https://www.amazon.com/WCNMD-Electric-self-Balancing-Sensor-Bluetooth-Adults-C1/dp/B08BTQWHL/ref=sr_1_82?dchild=1&amp;keywords=DOC…
Capture timestamp (UTC): Wed, 12 Aug 2020 19:07:05 GMT
Page 2 of 6

Color: C1

- **Amazon** — buy Used from $311.17 — FREE Shipping. Details —
- **Your cost could be $326.99 instead of $376.99!** Get a **$50 Amazon Gift Card** instantly upon approval for the **Amazon Rewards Visa Card**
  Apply now

---

## Have a question?

Find answers in product info, Q&As, reviews

Q Type your question or keyword

---

## Product description

Color: **C1**

·Product description
Product size: 590*210MM
Climbing angle: about 20°
Endurance range: 15-20KM
Ground clearance: 6 cm
Travel speed: about 12km / h
Rotation angle: can be rotated into place
Tire size : 6.5 inches
Load range: 20KG-100KG
Tire type: Inflatable solid tire
Voltage: 36V
Charging time: 2-3 hours
Battery type: Rechargeable lithium battery
Battery capacity: 4.0AH / 4.4AH

◆ Please wear protective equipment when using. Adjust the wheels before use to make them run freely.
◆Beginners should slide on the inclined road with the help of relatives and friends. As the skill level increases, another path is gradually changed.
◆Before use, be sure to check whether the screws are loose.
◆When children play, please wear safety protection equipment, such as helmets and knee pads.
◆Do not use on roads or surrounding areas with dense traffic, please pay attention to surrounding vehicles when using

---

## Product information

Color: **C1**

| ASIN | B08BTQBWHL |
| --- | --- |
| Date First Available | June 25, 2020 |
| Manufacturer | WCNMD |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Related video shorts (0)  Upload your video



**Be the first video**
Your name here

---

## Customer questions & answers

Q Have a question? Search for answers

---

Document title: Amazon.com: WCNMD Electric self-Balancing Scooter, 6.5-inch Portable Smart Electric Scooter/Built-in Sensor-Bluetooth LED Lights and Electric Gifts f…
Capture URL: https://www.amazon.com/WCNMD-Electric-self-Balancing-Sensor-Bluetooth-Adults-C1/dp/B08BTQBWHL/ref=sr_1_82?dchild=1&amp;keywords=DOC…
Capture timestamp (UTC): Wed, 12 Aug 2020 19:07:05 GMT
Page 3 of 6

**Be the first video**
Your name here

## Customer questions & answers

Q  Have a question? Search for answers

Typical questions asked about products:

- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

## Customer reviews

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

**No customer reviews**

˅ How does Amazon calculate star ratings?

### Review this product

Share your thoughts with other customers

Write a customer review



amazon music
LISTEN TO ANY SONG, ANYWHERE
LEARN MORE

Sponsored ⓘ

Belei Retinol Vitamin A Refining Moisturiz...          Save 5%
★★★★☆ 402
$33.25  $35.00  ✓prime
Subscribe & Save                                       Shop now

Sponsored ⓘ

## Deals in magazine subscriptions

Page 1 of 10


Subscribe & Save

Shop now

Sponsored

## Deals in magazine subscriptions

Page 1 of 10








| Essence | National Geographic Kids | Real Simple | Better Homes & Gardens | Reader's Digest |
|---|---|---|---|---|
| ★★★★☆ 852 | ★★★★☆ 3,854 | ★★★★☆ 4,377 | ★★★★☆ 3,608 | ★★★★☆ 5,749 |
| Print Magazine | Print Magazine | Print Magazine | Print Magazine | Print Magazine |
| $3.75 | $7.00 | $3.75 | $3.75 | $3.75 |

## Inspired by your browsing history

Page 1 of 10







| Hover-1 Buggy Attachment for Transforming Hoverboard Scooter into Go-Kart | Hiboy HC-02 Hoverboard Go Kart with Rear Suspension Seat Attachment Accessory... | Beston Sports Newest Generation Electric Hoverboard Dual Motors Two Wheels Hoover... | TOMOLOO Self-Balancing Scooter Carrying Handbag Backpack Bag for 6.5" Two-Wheel Hover... | TOMOLOO Music-Rhythmed Hoverboard for Kids and Adult Two-Wheel Self-Balancing Scooter... |
|---|---|---|---|---|
| ★★★★☆ 1,294 | ★★★★☆ 239 | ★★★★☆ 828 | ★★★★☆ 16 | ★★★★☆ 1,185 |
| $79.64 ✓prime | $109.00 ✓prime | 3 offers from $109.00 | $9.99 | 1 offer from $399.99 |

### Your Browsing History    View or edit your browsing history ›

Page 1 of 4









See personalized recommendations

**Sign in**

New customer? Start here.

---

**Back to top**

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help Us |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon Rewards Visa Signature Cards | Amazon and COVID-19 |
| Blog | Sell Under Amazon Accelerator | Amazon.com Store Card | Your Account |
| About Amazon | Sell on Amazon Handmade | Amazon Business Card | Your Orders |
| Press Center | Sell on Amazon Business | Amazon.com Corporate Credit Line | Shipping Rates & Policies |
| Investor Relations | Sell Your Apps on Amazon | Shop with Points | Amazon Prime |
| Amazon Devices | | | Returns & Replacements |

Document title: Amazon.com: WCNMD Electric self-Balancing Scooter, 6.5-inch Portable Smart Electric Scooter/Built-in Sensor-Bluetooth LED Lights and Electric Gifts f...
Capture URL: https://www.amazon.com/WCNMD-Electric-self-Balancing-Sensor-Bluetooth-Adults-C1/dp/B08BTQBWHL/ref=sr_1_82?dchild=1&amp;keywords=DOC...
Capture timestamp (UTC): Wed, 12 Aug 2020 19:07:05 GMT

Page 5 of 6



Back to top

## Get to Know Us

Careers

Blog

About Amazon

Press Center

Investor Relations

Amazon Devices

Amazon Tours

## Make Money with Us

Sell on Amazon

Sell Under Amazon Accelerator

Sell on Amazon Handmade

Sell on Amazon Business

Sell Your Apps on Amazon

Become an Affiliate

Advertise Your Products

Self-Publish with Us

Host an Amazon Hub

› See More Make Money with Us

## Amazon Payment Products

Amazon Rewards Visa Signature Cards

Amazon.com Store Card

Amazon Business Card

Amazon.com Corporate Credit Line

Shop with Points

Credit Card Marketplace

Reload Your Balance

Amazon Currency Converter

## Let Us Help You

Amazon and COVID-19

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Amazon Assistant

Help

 amazon

⊕ English

 United States

| | | | | | | |
|---|---|---|---|---|---|---|
| **Amazon Music** Stream millions of songs | **Amazon Advertising** Find, attract, and engage customers | **Amazon Drive** Cloud storage from Amazon | **6pm** Score deals on fashion brands | **AbeBooks** Books, art & collectibles | **ACX** Audiobook Publishing Made Easy | **Alexa** Actionable Analytics for the Web |
| **Sell on Amazon** Start a Selling Account | **Amazon Business** Everything For Your Business | **Amazon Fresh** Groceries & More Right To Your Door | **AmazonGlobal** Ship Orders Internationally | **Home Services** Experienced Pros Happiness Guarantee | **Amazon Ignite** Sell your original Digital Educational Resources | **Amazon Rapids** Fun stories for kids on the go |
| **Amazon Web Services** Scalable Cloud Computing Services | **Audible** Listen to Books & Original Audio Performances | **Book Depository** Books With Free Delivery Worldwide | **Box Office Mojo** Find Movie Box Office Data | **ComiXology** Thousands of Digital Comics | **CreateSpace** Indie Print Publishing Made Easy | **DPReview** Digital Photography |
| **East Dane** Designer Men's Fashion | **Fabric** Sewing, Quilting & Knitting | **Goodreads** Book reviews & recommendations | **IMDb** Movies, TV & Celebrities | **IMDbPro** Get Info Entertainment Professionals Need | **Kindle Direct Publishing** Indie Digital Publishing Made Easy | **Prime Now** FREE 2-hour Delivery on Everyday Items |
| **Amazon Photos** Unlimited Photo Storage Free With Prime | **Prime Video Direct** Video Distribution Made Easy | **Shopbop** Designer Fashion Brands | **Amazon Warehouse** Great Deals on Quality Used Products | **Whole Foods Market** America's Healthiest Grocery Store | **Woot!** Deals and Shenanigans | **Zappos** Shoes & Clothing |
| **Ring** Smart Home Security Systems | **eero WiFi** Stream 4K Video in Every Room | **Neighbors App** Real-Time Crime & Safety Alerts | **Amazon Subscription Boxes** Top subscription boxes – right to your door | **PillPack** Pharmacy Simplified | **Amazon Renewed** Like-new products you can trust | **Amazon Second Chance** Pass it on, trade it in, give it a second life |

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2020, Amazon.com, Inc. or its affiliates

Document title: Amazon.com: WCNMD Electric self-Balancing Scooter, 6.5-inch Portable Smart Electric Scooter/Built-in Sensor-Bluetooth LED Lights and Electric Gifts f...
Capture URL: https://www.amazon.com/WCNMD-Electric-self-Balancing-Sensor-Bluetooth-Adults-C1/dp/B08BTQWHL/ref=sr_1_82?dchild=1&amp;keywords=DOC...
Capture timestamp (UTC): Wed, 12 Aug 2020 19:07:05 GMT



≡ **amazon**

Hello, Sign in
**Account & Lists** ▾

Returns
**& Orders** ▾

Try Prime ▾

🛒 **0** Cart

Hello
**Select your address**

Best Sellers | Customer Service | Today's Deals | New Releases | Find a Gift | **Small businesses doing good**

Sports & Outdoors | Sports & Fitness | Outdoor Recreation | Sports Fan Shop | Sports Deals | Outdoor Deals

**Fall Outdoors Event** Learn more ›

Sports & Outdoors › Outdoor Recreation › Skates, Skateboards & Scooters › Scooters & Equipment › Scooters › Self Balancing Scooters



Roll over image to zoom in

## TOMOLOO Hoverboard with Bluetooth Speaker UL2272 Certified Self Balancing Electric Scooter 6.5" Two-Wheel Hover Boards with LED Lights for Kids and Adult

by TOMOLOO

★★★★☆ ▾ | 176 ratings
| 22 answered questions

Price: **$249.99** & FREE Shipping.
Details & FREE Returns

Get $10 off instantly: Pay $249.99
$239.99 upon approval for the
Amazon Store Card. No annual fee.

| | |
|---|---|
| **Brand** | TOMOLOO |
| **Color** | Matte Black |
| **Power Source** | Battery Powered |

### About this item

- ▶▶Self-balancing Technology:The first Mechanical Self-Balancing Electric on the Market which is safe for both beginners and amateurs. With or without a rider on it,it will stay level with the ground which makes it easier to ride.
- ▶▶Verified Safety: UL2272 Certified of hoverboard and UL2271 Certified of the battery, comply with all U.S safety regulations, which is with the features of high-temperature resistance and fire resistance.
- ▶▶Bluetooth 4.2 Speaker & RGB LED: 6.5 inches large wheels, awesome RGB LED design with color lights and music. LED lights will

**$249.99**

& **FREE Shipping**. Details
& **FREE Returns** ▾

Arrives: **Aug 13 - 14** Details

Fastest delivery: **Thursday, Aug 13**

**In Stock.**

Qty: 1 ▾

**Add to Cart**

**Buy Now**

🔒 Secure transaction

Ships from | Amazon
Sold by | TOMOLOO Franchise
Packaging | Item arrives in packag…

Details

**Add a Protection Plan:**

☐ 2-Year Protection for $24.99

☐ Add gift options

📍 Select delivery location

**Add to List**

Share ✉ 📘 🐦 📌

Have one to sell?

**Sell on Amazon**





Roll over image to zoom in

2 VIDEOS

- ▶▶Bluetooth 4.2 Speaker & RGB LED: 6.5 inches large wheels, awesome RGB LED design with color lights and music. LED lights will change the color as the volume change of the music, give you a colorful and freely experience. It has NO APP FUNCTION.

- ▶▶High-standard Quality: Professional gyroscopes, acceleration sensors and motherboard, give you a smooth and stable riding experience and help you to go wherever you want to go.

- ♥You can contact the Seller to get a Free Hoverboad Bag when you receive the hoverboard. Any issue just don't hesitate to contact us.



LERUJIFL Kids Adjustable Helmet, Suitable for Toddler Kids Age…

★★★★½ 77

$23.99

Sponsored ⓘ



Gyroor Hoverboard Warrior 8.5 inch All Terrain Off Road Hoverboard with…

✔prime

Sponsored ⓘ

## Sponsored products related to this item

Page 1 of 11

    

Hoverboard Off Road All Terrain Warrior Hoverboards with 8.5 inch Tires, self Balan...
★★★★½ 158
$299.00 ✔prime

Hover-1 Helix Electric Hoverboard Scooter, Purple
★★★★½ 44
$179.99 ✔prime

Swagtron Swagboard Pro T1 UL 2272 Certified Hoverboard Electric Self-Balancing Scoo...
★★★★½ 240
$246.80 ✔prime

TOMOLOO Music-Rhythmed Hoverboard 6.5 inch Electric Scooter - UL2272 Certificated...
★★★★☆ 3
$199.99

Gyroshoes Hoverboard - Warrior 8.5 inch Off Road All Terrain Hoverboard with…
★★★★½ 79
$299.00 ✔prime

Ad feedback ▭

## 4 stars and above Sponsored

Page 1 of 2

    


## 4 stars and above  Sponsored

Page 1 of 2







**Off-Road All Terrain Warrior Hoverboards with 8.5 inch Tires, self Balan...**
★★★★☆ 158
$299.00 ✓prime

**Hover-1 Helix Electric Hoverboard Scooter, Camo**
★★★★☆ 96
$179.99 ✓prime

**Gyroshoes Hoverboard - Warrior 8.5 inch Off Road All Terrain Hoverboard with...**
★★★★☆ 79
$299.00 ✓prime

**Hover-1 Falcon 1 Hoverboard Seat Attachment Turbo Light, Transform Your...**
★★★★☆ 183
$79.99 ✓prime

**FLYING-ANT Self Balancing Hoverboard 6.5" UL2272 Certified with Speaker and LED...**
★★★★☆ 135
$134.99

Ad feedback

## Customers who viewed this item also viewed

Page 1 of 7







**Hover Hoverboard Electric Scooter**
★★★★☆ 35
$249.99 - $453.98

**TOMOLOO Hoverboard Bluetooth with Led Light Flashing Wheels, Hover Board for Kids, Self...**
★★★★☆ 22
$229.99 - $230.99

**TOMOLOO Hoverboard with Bluetooth Speaker and LED Lights Self-Balancing Scooter...**
★★★★☆ 885
$259.99 ✓prime

**TOMOLOO Music-Rhythmed Hoverboard for Kids and Adult Two-Wheel Self-Balancing...**
★★★★☆ 1,170
1 offer from $399.99

**TOMOLOO Hover Boards for Kids, Hoverboards Bluetooth and LED Lights with...**
★★★☆☆ 19
$229.99 ✓prime

---

## Special offers and product promotions

- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. **Register a free business account**
- **Your cost could be $199.99 instead of $249.99!** Get a **$50 Amazon Gift Card** instantly upon approval for the **Amazon Rewards Visa Card** Apply now

## Have a question?

Find answers in product info, Q&As, reviews

Q Type your question or keyword

---

## Product Description



Document title: Amazon.com: TOMOLOO Hoverboard with Bluetooth Speaker UL2272 Certified Self Balancing Electric Scooter 6.5&quot; Two-Wheel Hover Boards with…
Capture URL: https://www.amazon.com/TOMOLOO-Hoverboard-Bluetooth-Speaker-Q2C-Black/dp/B07GKWJP5S/ref=zg_bs_13130176011_32?…
Capture timestamp (UTC): Wed, 05 Aug 2020 19:26:49 GMT

Page 3 of 13

**Product Description**



**Who is TOMOLOO ?** Founded in 2013, TOMOLOO is one of the earliest enterprises producing intelligent self balance scooters. Since establishment, TOMOLOO as adhering to the tenet of "Enterprise Vitality Lies in Product Quality", take a craftsman spirit to provide best products to meet different demands from customers around the world. All of our products have passed all regulations related to safety.

**What Are We Doing?** We focus on the quality of every single product to ensure all customers enjoy without worry. We insist on provide best products and services to our buyers. We have our own Develop & Research department, and we are providing latest series and satisfy different customers' needs.

**Tomorrow, Start from TOMOLOO!** We keep developing and improving our products to bring our customers a better tomorrow!



⌄ Read more



Document title: Amazon.com: TOMOLOO Hoverboard with Bluetooth Speaker UL2272 Certified Self Balancing Electric Scooter 6.5&quot; Two-Wheel Hover Boards with…
Capture URL: https://www.amazon.com/TOMOLOO-Hoverboard-Bluetooth-Speaker-Q2C-Black/dp/B07GKWJP5S/ref=zg_bs_13130176011_32?…
Capture timestamp (UTC): Wed, 05 Aug 2020 19:26:49 GMT



the shell are similar to those of iPhone shell, which is with featuers of high-temperature resistance and fire retardance, as well as high strength and toughness.

**Your Personal Transport** *6.5" size motor, suitable for kids and...

˅ Read more



**ELECTRICAL SAFETY CERTIFIED**

ELECTRICAL, BATTERY, AND CHARGING SYSTEMS ARE UL 2272 TESTED AND CERTIFIED.

**Special High Performance** Using the high technology, coupled with the high quality materials, give you a safty experience!

Agile rotation,Thickened tires. Fully integrated the power device and the electric brake device,more flexible. The most advanced mainboard system. High quality

˅ Read more



**TOP-RANKING TORQUE**

ENJOY BALANCED SCOOTER SPEEDS UP TO 7.4 MPH WITH POWERFUL DUAL 250W MOTORS.

**Batteries** We have the leading batteries sources, a smart battery management system is assurance of your endless fun!

Battery Capacity: 4000 mAh Over-current protection Short-circuit Protection Overcharger Protection Balanced Protection Temperature Protection

˅ Read more

---

## Product details

**Shipping Weight:** 19 pounds (View shipping rates and policies)

**ASIN:** B07GKWJP5S

**Batteries** 1 Lithium ion batteries required. (included)

**Customer Reviews:** ★★★★⯪ ˅ 176 customer ratings

**Amazon Best Sellers Rank:** #40,819 in Sports & Outdoors (See Top 100 in Sports & Outdoors)
     #44 in Self Balancing Scooters

---

## Product details

**Shipping Weight:** 19 pounds (View shipping rates and policies)

**ASIN:** B07GKWJP5S

**Batteries** 1 Lithium ion batteries required. (included)

**Customer Reviews:** ⭐⭐⭐⭐⭒ ⌄ 176 customer ratings

**Amazon Best Sellers Rank:** #40,819 in Sports & Outdoors (See Top 100 in Sports & Outdoors)

    #44 in Self Balancing Scooters

Would you like to **tell us about a lower price?** ⌄

## Videos

### Videos for this product

   

| | | | |
|---|---|---|---|
| 1:38 | 0:26 | 0:31 | |
| TOMOLOO Hoverboard Best Gift | Happiest Grandson Alive | **Customer Review: Excellent Quality** | Customer Re happy. |
| Better TOMOLOO | Yolanda | CappuccinoTraveler | Ann Schultz |

Upload your video

## Sponsored products related to this item

    

| Hover-1 Helix Electric Hoverboard Scooter, Purple | Swagtron Swagboard Twist Lithium-Free UL2272 Certified Hoverboard with… | Swagtron Swagboard Pro T1 UL 2272 Certified Hoverboard Electric Self-Balancing Scoo… | TOMOLOO Hoverboards with Bluetooth and LED Lights, 7.5 Miles Range Hover Boards, UL… | TOMOLOO Hoverboards with Bluetooth Speakers and Led Lights, Two Wheels Electric Sel… |
|---|---|---|---|---|
| ⭐⭐⭐⭐⭒ 44 | ⭐⭐⭐⭒⭒ 2 | ⭐⭐⭐⭒⭒ 240 | ⭐⭐⭐⭐⭒ 15 | ⭐⭐⭐⭒⭒ 5 |
| $179.99 ✓prime | $109.00 | $246.80 ✓prime | $235.99 ✓prime | $229.99 |

Ad feedback 💬



# Upgrade Your Patio This Summer

Shop now ▸



# Upgrade Your Patio This Summer

Shop now ▸

amazonbasics

Sponsored ⓘ

## Customer questions & answers

🔍 Have a question? Search for answers

▲
0
votes
▼

**Question:** How big is the box it comes in?

**Answer:** A little bigger than the hoverboard board itself. Maybe up to 4 inches on additions to its detentions
By cipo3a on November 24, 2019

▲
0
votes
▼

**Question:** I purchased this hover board, (delivered on 12-23- 19.) I did not originally order the warranty but want to purchase it now? Is that possible?

**Answer:** I would order the warranty as it is handled by a third party vendor that I have used before and they were great to work with. My kid is hard on things and w just needed the peace of mind!
By Amazon Customer on December 25, 2019

ˇ See more answers (1)

▲
0
votes
▼

**Question:** Whats the difference between the Q3 and the Q2?

**Answer:** I'm really sorry! I'm not sure about this...
By AW on March 19, 2020

▲
0
votes
▼

**Question:** How to re-calibrate this tomoloo Hoverboard.?

**Answer:** There are bunch of videos on that on YouTube. Usually you have put the board on a flat surface, level it, and hold the power botton for couples of secs (around 5 secs). Make sure the board is not moving while you doing this.
By cipo3a on November 24, 2019

ˇ See more answers (1)

See more answered questions (18)

## Customer reviews

★★★★⯪ 4.4 out of 5

176 customer ratings

### Customer images



See all customer images

| | | |
|---|---|---|
| 5 star |  | 76% |
| 4 star | | 10% |
| 3 star | | 5% |
| 2 star | | 3% |

## Customer reviews

★★★★☆ 4.4 out of 5

176 customer ratings

| | | |
|---|---|---|
| 5 star | | 76% |
| 4 star | | 10% |
| 3 star | | 5% |
| 2 star | | 3% |
| 1 star | | 7% |

⌄ How does Amazon calculate star ratings?

### By feature

| | | |
|---|---|---|
| Giftable | ★★★★★ | 5.0 |
| Easy to learn | ★★★★☆ | 4.7 |
| Sturdiness | ★★★★☆ | 4.6 |

⌄ See more

### Review this product

Share your thoughts with other customers

[ Write a customer review ]



amazonbasics

**Upgrade Your Patio This Summer**

Shop now ›

Sponsored ⓘ

### Customer images



See all customer images

### Read reviews that mention

| year old | hoverboard | easy to learn | battery life | get the hang |
|---|---|---|---|---|

| son loves | works great | highly recommend | easy to use | far so good |
|---|---|---|---|---|

| birthday gift | absolutely loves | play music | well made | old son |
|---|---|---|---|---|

[ Top Reviews ⌄ ]

Ann Schultz

★★★★★ **Birthday boy is happy.**
Reviewed in the United States on January 26, 2019
Verified Purchase



We bought this for our 9 year old son. He was incredibly excited when he opened it. It took him about 5 minutes to get the hang of it and was zooming around our living room. The video was taken after he had been riding for about 15 minutes. His seven year old brother took a turn and was also able to master it in about five minutes. I tried it and it took me a little longer to start to figure it out. The boys love the lights and we hooked up the speaker to our iPhone without a problem.

⌄ Read more

36 people found this helpful

[ Helpful ] | Comment | Report abuse

 The Black Wolf  Top Contributor: Pets

★★★☆☆ **Customer Service Awesome!**
Reviewed in the United States on August 13, 2019
Verified Purchase

Update: So the customer service team contacted me on their own initiative and offered me several choices. They went so far out if their way to help solve the problem, I am willing to believe this was a faulty one off problem and ordered another one. I will update again in few months.

While my nephew (who is about 80 lbs) was riding it, he went over a very mild bump and the plastic on the bottom cracked down the middle, causing the unit to stop suddenly, throwing my nephew off at speed. He fractured his arm. Not impressed though it could have been a 1 off.

Update: So the customer service team contacted me on their own initiative and offered me a refund or a new one with a better warranty. Though this is 4 months old. But I am willing to believe this was a faulty one off problem and ordered another one. I will update again in few months.

While my nephew (who is about 80 lbs) was riding it, he went over a very mild bump and the plastic on the bottom cracked down the middle, causing the unit to stop suddenly, throwing my nephew off at speed. He fractured his arm. Not impressed though it could have been a 1 off.

6 people found this helpful

| Helpful | | Comment | Report abuse |

 Neil K.

★★★★★ **Good product and great customer service.**
Reviewed in the United States on March 23, 2020
**Verified Purchase**

We've had two of these for the last several months (Christmas presents for both kids) and they have been great so far. We did run into an issue with my son's recently which prompted this review. He said it was acting funny and he could not ride it because of that. I dropped an email to their support team and writhing 2 days I got a response with instructions on how to re-calibrate the hoverboard, as well as a video showing how to perform the process. Upon re-calibration, the hoverboard is back to working as expected. So big kuddos to their support team for responding quickly and providing detailed information.

If anyone needs it, the calibration process is simply setting the hoverboard flat, then holding down the power button for about 8 seconds or so, till it starts beeping rapidly. Then turn it off and back on and should be ready to go. Make sure when doing this that both pedals are flat and not leaning forward or back, otherwise it will throw things off. I'm guessing someone must have held down the power button at some point, which is how it got messed up.

Again, product seems great, and customer service was great as well. Highly recommend.

3 people found this helpful

| Helpful | | Comment | Report abuse |

 G. Wright

★★★★★ **Great for the older kiddos!**
Reviewed in the United States on February 12, 2020
**Verified Purchase**

I purchased this hoverboard for my son for his 10th Birthday. After scouring the reviews I went with this one due to the price and the fact that so many reviews mentioned their kids were able to get the hang of it really fast. My son has taken a few spills and it's gotten scuffed up after only one use but he seems happy with it! I love the bright lights which are also good for safety purposes! I kind of wish it had a matte texture to help hide the scuffing and we haven't had any battery issues yet so I can't really comment on the battery life since it's lasted a few rides so far! We have not yet tried the Bluetooth either so again...I'm not sure just yet but this thing is heavy duty and works on our driveway. My son is happy so I am happy!

I was told to leave a positive review to receive a free carrier bag and they never sent it to me. I'm disappointed with how quick this has gotten scratched up and still can't figure out the Bluetooth but the kid loves it.

2 people found this helpful

| Helpful | | Comment | Report abuse |

just yet but this thing is heavy duty and works on our driveway. My son is happy so I am happy!

I was told to leave a positive review to receive a free carrier bag and they never sent it to me. I'm disappointed with how quick this has gotten scratched up and still can't figure out the Bluetooth but the kid loves it.

2 people found this helpful

| Helpful | Comment | Report abuse |

 Murad Hizlan

★★★★★ **Fun for the kids**
Reviewed in the United States on June 9, 2020
**Verified Purchase**

Our kids love this hoverboard. It took no more than 5 minutes for either of them to start comfortably moving around the house. They can't wait to try it outside. The only problem is they won't want to give each other turns. The lights are definitely bright and pleasant. Bluetooth audio worked on first try. Battery charges relatively quick, usually faster than the stated time. I have not been able to get a decent understanding of battery life as of yet since the kids are using it on and off all day, with numerous start-stop and turn sequences.

One person found this helpful

| Helpful | Comment | Report abuse |

 Larry B.

★★★★★ **Loves it!**
Reviewed in the United States on January 4, 2020
**Verified Purchase**

A Christmas present for my granddaughter is a huge hit. She picked it up very quickly and rides it like a pro. Perhaps a couple of years of gymnastics has made her pretty agile. Lots of lights and a Bluetooth speaker makes it quite an experience. Did some research before making the purchase and found the Tomoloo brand to be among the top rated.

2 people found this helpful

| Helpful | Comment | Report abuse |

 Fabian Torres

★★★★★ **Great deal and awesome buy**
Reviewed in the United States on December 30, 2019
**Verified Purchase**

I got this HoverBoard for my son who is 13. He loves the Bluetooth option and the lights he says are cool. The speaker is really loud and plays good while he is on the board. I do have to say I am impressed with the quality of the board. It is kind of heavy but that is due to the strong material that is used. I have handled several brands and they seem to be very light and made of plastic. That wont work well for my son. He is rough on his toys. This one seems to be very well made and good strong material. I see this lasting for some time which is important to me.
I would recommend this to anyone.

| Helpful | Comment | Report abuse |

 Alan Trostle

★★★★★ **My 9 year old boy loves it**
Reviewed in the United States on January 17, 2020;

Document title: Amazon.com: TOMOLOO Hoverboard with Bluetooth Speaker UL2272 Certified Self Balancing Electric Scooter 6.5&quot; Two-Wheel Hover Boards with…
Capture URL: https://www.amazon.com/TOMOLOO-Hoverboard-Bluetooth-Speaker-Q2C-Black/dp/B07GKWJP5S/ref=zg_bs_13130176011_32?…
Capture timestamp (UTC): Wed, 05 Aug 2020 19:26:49 GMT

important to me.
would recommend this to anyone. 

[Helpful]  |  Comment  |  Report abuse

**Alan Trostle**

⭐⭐⭐⭐⭐  **My 9 year old boy loves it**

Reviewed in the United States on January 17, 2020

Verified Purchase

My 9 year old boy loves his hover board, him and his older sister each got one for Christmas and have been riding them every day since then. It took him a few days to get the hang of it, but now he loves it. These seem to be built better than some of the other ones that some of the neighborhood kids have. The lights and music via Bluetooth connection are fun feature as well. The only issue we had was that after a couple of days of use, the lights on the front and back stopped working, Amazon took care of us and now he is back cruising around.

[Helpful]  |  Comment  |  Report abuse

**See all reviews from the United States ›**

---

**Customers who bought this item also bought**                                        Page 1 of 5

        

| TOMOLOO Music-Rhythmed Hoverboard for Kids and Adult Two-Wheel Self-Balancing... | TOMOLOO Hoverboard with Bluetooth Speaker and LED Lights Self-Balancing Scooter... | Hover-1 Buggy Attachment for Transforming Hoverboard Scooter... | Qoovi Cool Mini Hoverboard Kart Accessories Adjustable for -All Heights- All... | yabbay Hoverboards Seat Attachment Go Karts Carts,Transforms Your Hoverboards into... |
|---|---|---|---|---|
| ⭐⭐⭐⭐½ 1,170 | ⭐⭐⭐⭐½ 885 | ⭐⭐⭐⭐½ 1,198 | ⭐⭐⭐⭐☆ 138 | ⭐⭐⭐⭐☆ 566 |
| 1 offer from $399.99 | $259.99 ✓prime | $76.99 - $112.98 | $65.99 ✓prime | $63.00 ✓prime |



Grant a few birthday wishes
Shop gift cards ›

Sponsored ⓘ

**Pages with related products.** See and discover other items: Quality Bluetooth Speakers, board accessories, Wheels Scooters, Christmas Lights Controllers, Explore seats for hoverboards

---

# Deals in magazine subscriptions                                        Page 1 of 11

      

---

Document title: Amazon.com: TOMOLOO Hoverboard with Bluetooth Speaker UL2272 Certified Self Balancing Electric Scooter 6.5&quot; Two-Wheel Hover Boards with...
Capture URL: https://www.amazon.com/TOMOLOO-Hoverboard-Bluetooth-Speaker-Q2C-Black/dp/B07GKWJP5S/ref=zg_bs_13130176011_32?...
Capture timestamp (UTC): Wed, 05 Aug 2020 19:26:49 GMT

## Deals in magazine subscriptions

Page 1 of 11













**The New Yorker**
⭐⭐⭐⭐½ 1,717
Print Magazine
$5.00

**National Geographic Magazine**
⭐⭐⭐⭐½ 3,314
Print Magazine
$9.00

**Reader's Digest**
⭐⭐⭐⭐½ 5,484
Print Magazine
$5.00

**Farm & Ranch Living**
⭐⭐⭐⭐ 261
Print Magazine
$5.00

## Best sellers in Kindle eBooks

Page 1 of 11













**Midnight Sun**
› Stephenie Meyer
⭐⭐⭐⭐½ 65
Kindle Edition
$14.99

**Interference**
› Brad Parks
⭐⭐⭐⭐½ 24
Kindle Edition
$4.99

**The Woman in the Moonlight: A Novel**
› Patricia Morrisroe
⭐⭐⭐⭐½ 17
Kindle Edition
$4.99

**Girl Gone Mad: A Novel**
› Avery Bishop
⭐⭐⭐⭐ 27
Kindle Edition
$4.99

**Your Browsing History**   View or edit your browsing history  ›









See personalized recommendations



**Sign in**

New customer? Start here.

---

**Back to top**

### Get to Know Us

Careers

Blog

About Amazon

Press Center

Investor Relations

Amazon Devices

Amazon Tours

### Make Money with Us

Sell on Amazon

Sell Under Amazon Accelerator

Sell on Amazon Handmade

Sell on Amazon Business

Sell Your Apps on A...

### Amazon Payment Products

Amazon Rewards Visa Signature Cards

Amazon.com Store Card

Amazon Business Card

Amazon.com Corporate Credit Line

Shop with Points

Credit Card Marketplace

### Let Us Help You

Amazon and COVID-19

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns &

Back to top

## Get to Know Us

Careers

Blog

About Amazon

Press Center

Investor Relations

Amazon Devices

Amazon Tours

## Make Money with Us

Sell on Amazon

Sell Under Amazon Accelerator

Sell on Amazon Handmade

Sell on Amazon Business

Sell Your Apps on Amazon

Become an Affiliate

Advertise Your Products

Self-Publish with Us

Host an Amazon Hub

› See More Make Money with Us

## Amazon Payment Products

Amazon Rewards Visa Signature Cards

Amazon.com Store Card

Amazon Business Card

Amazon.com Corporate Credit Line

Shop with Points

Credit Card Marketplace

Reload Your Balance

Amazon Currency Converter

## Let Us Help You

Amazon and COVID-19

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Amazon Assistant

Help

amazon

🌐 English ⏷    🇺🇸 United States

| | | | | | | |
|---|---|---|---|---|---|---|
| **Amazon Music** Stream millions of songs | **Amazon Advertising** Find, attract, and engage customers | **Amazon Drive** Cloud storage from Amazon | **6pm** Score deals on fashion brands | **AbeBooks** Books, art & collectibles | **ACX** Audiobook Publishing Made Easy | **Alexa** Actionable Analytics for the Web |
| **Sell on Amazon** Start a Selling Account | **Amazon Business** Everything For Your Business | **Amazon Fresh** Groceries & More Right To Your Door | **AmazonGlobal** Ship Orders Internationally | **Home Services** Experienced Pros Happiness Guarantee | **Amazon Ignite** Sell your original Digital Educational Resources | **Amazon Rapids** Fun stories for kids on the go |
| **Amazon Web Services** Scalable Cloud Computing Services | **Audible** Listen to Books & Original Audio Performances | **Book Depository** Books With Free Delivery Worldwide | **Box Office Mojo** Find Movie Box Office Data | **ComiXology** Thousands of Digital Comics | **CreateSpace** Indie Print Publishing Made Easy | **DPReview** Digital Photography |
| **East Dane** Designer Men's Fashion | **Fabric** Sewing, Quilting & Knitting | **Goodreads** Book reviews & recommendations | **IMDb** Movies, TV & Celebrities | **IMDbPro** Get Info Entertainment Professionals Need | **Kindle Direct Publishing** Indie Digital Publishing Made Easy | **Prime Now** FREE 2-hour Delivery on Everyday Items |
| **Amazon Photos** Unlimited Photo Storage Free With Prime | **Prime Video Direct** Video Distribution Made Easy | **Shopbop** Designer Fashion Brands | **Amazon Warehouse** Great Deals on Quality Used Products | **Whole Foods Market** America's Healthiest Grocery Store | **Woot!** Deals and Shenanigans | **Zappos** Shoes & Clothing |
| **Ring** Smart Home Security Systems | **eero WiFi** Stream 4K Video in Every Room | **Neighbors App** Real-Time Crime & Safety Alerts | **Amazon Subscription Boxes** Top subscription boxes – right to your door | **PillPack** Pharmacy Simplified | **Amazon Renewed** Like-new products you can trust | **Amazon Second Chance** Pass it on, trade it in, give it a second life |

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2020, Amazon.com, Inc. or its affiliates



≡ **amazon**  Hello Sign in

amazon.com

🇺🇸  Account & Lists | Returns & Orders | Try Prime ▾  🛒 0 Cart

⊙ Hello
Select your address

Best Sellers    Customer Service    Today's Deals    New Releases    Find a Gift        **Low prices on school supplies**

**Sports & Outdoors**    Sports & Fitness    Outdoor Recreation    Sports Fan Shop    Sports Deals    Outdoor Deals

**Discover Fall Outdoors**  Learn more ›

Sports & Outdoors › Outdoor Recreation › Skates, Skateboards & Scooters › Skateboarding



Roll over image to zoom in

# TOMOLOO Music-Rhythmed Hoverboard for Kids and Adult Two-Wheel Self-Balancing Scooter- UL2272 Certificated with Music Speaker- Colorful RGB LED Light

by TOMOLOO

★★★★☆ ▾  107 ratings

| 7 answered questions

Price: **$259.99** & **FREE Shipping**.
Details & FREE Returns

Get $50 off instantly: Pay $209.99 upon approval for the Amazon Rewards Visa Card.

**Color: Blue**

   

- ✦✦INTERNATIONAL HIGHEST SAFETY STANDARDS: UL2272 Certified of hoverboard and MSDS/UN38.3 and UL2271 safety of battery. We provide international highest safety standards reports.
- ✦✦HIGH-TEMPERATURE RESISTANCE AND FIRE RETARDANCE: The material and manufacturing process of the shell is similar to those of iPhone shell, which is with the features of high-temperature resistance and fire retardance, as well as high strength and toughness.
- ✦✦THE NEW MUSIC STEREO SPEAKER & RGB LED LIGHT DESIGN: Bluetaath 4.0 technology and seamless integrated cavity design, provide stereo surround sound.

**$259.99**
& **FREE Shipping**. Details
& **FREE Returns** ▾

Arrives: **Aug 13 - 14** Details

Fastest delivery: **Wednesday, Aug 12**
Order within 21 hrs and 42 mins
Details

**Only 8 left in stock - order soon.**

Qty: 1 ▾

**Add to Cart**

**Buy Now**

🔒 Secure transaction

Ships from    Amazon
Sold by       TOMOLOO INE

**Add a Protection Plan:**
☐ 2-Year Protection for $24.99

☐ Add gift options

⊙ Select delivery location

**Add to List**

Share ✉ 📘 🐦 📌

Have one to sell?

Sell on Amazon





Roll over image to zoom in

which is with the features of high-temperature resistance, flame retardance, as well as high strength and toughness.

- ➤➤THE NEW MUSIC STEREO SPEAKER & RGB LED LIGHT DESIGN: Bluetaath 4.0 technology and seamless integrated cavity design, provide stereo surround sound. Awesome RGB LED design to present you a colorful lighting when riding.

- ➤➤UNIQUE MUSIC-RHYTHMED HOVERBOARD: LED lights synchronously change color and twinkle as the Music's Rhythm changes. Cruising speed of 12 km/h with long distance for riders up to 165lbs. Super Storage Capacity last for 10 km after per charge. 17.6lbs easy to carry with to everywhere!

- ➤➤12 MONTHS WARRANTY, 100% SATISFYING GUARANTEED: one year warranty for wheel hub motor, controller and battery, half a year warranty for charger from the date of purchase.Any issue just don't hesitate to contact us.



2 Pack 9" x 33" Skateboard Grip Tape Sheets, ZUEXT Bubble…
$13.88

Sponsored ⓘ

S SKIDEE Scooter for Kids with…
$69.95 ✓prime

Sponsored ⓘ

## Frequently bought together



Total price: **$349.59**

[ Add all three to Cart ]

[ Add all three to List ]

ⓘ These items are shipped from and sold by different sellers. Show details

☑ **This item:** TOMOLOO Music-Rhythmed Hoverboard for Kids and Adult Two-Wheel Self-Balancing Scooter- UL2272… $259.99

☑ Hover-1 Buggy Attachment for Transforming Hoverboard Scooter into Go-Kart $79.61

☑ TOMOLOO Self-Balancing Scooter Carrying Handbag Backpack Bag for 6.5" Two-Wheel Hover Electric Skate… $9.99

## 4 stars and above Sponsored

Page 1 of 7

☑ **This item:** TOMOLOO Music-Rhythmed Hoverboard for Kids and Adult Two-Wheel Self-Balancing Scooter- UL2272… $259.99
☑ Hover-1 Buggy Attachment for Transforming Hoverboard Scooter into Go-Kart $79.61
☑ TOMOLOO Self-Balancing Scooter Carrying Handbag Backpack Bag for 6.5" Two-Wheel Hover Electric Skate… $9.99

---

**4 stars and above** Sponsored · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · Page 1 of 7

    

| Kids Protective Gear,Knee Pads Elbow Pads Wrist Guards 3 in 1 Set for Inline Roller… | G-Fiend Kids Knee Pads Elbow Pads Wrist Pads Protective Gear for Inline Skating Cyc… | MONATA Skateboard Helmet with CPSC Certified for Skate Helmet Youth or… | Wemfg Kids Protective Gear Set Knee Pads for Kids 3-8 Years Toddler Knee and Elbow … | Flybar Dual Certified CPSC Multi Sport Kids & Adult Bike And Skateboard Adjustable … |
|---|---|---|---|---|
| ★★★★½ 134 | ★★★★½ 116 | ★★★★½ 602 | ★★★★½ 775 | ★★★★½ 672 |
| $19.99 ✓prime | $21.99 ✓prime | $30.96 ✓prime | $25.99 Click for details ✓prime | $29.99 ✓prime |

Ad feedback ⊡

---

**Sponsored products related to this item** · · · · · · · · · · · · · · · · · · · · · · · · · · · Page 1 of 17

    

| Hurtle 3-Wheeled Scooter for Kids - Wheel LED Lights, Adjustable Lean-to-Steer Hand… | TOMOLOO Music-Rhythmed Hoverboard 6.5 inch Electric Scooter- UL2272 Certificated wi… | Hishine Hoverboard Seat Attachment for Self Balancing Scooter Go Kart Hover Board A… | YILITEI Kids Helmet Knee Elbow Pads Wrist Guard Sport Protective Gear Adjustable Sc… | TOURNOW Kids Bike and Skateboard Helmet, 11 Air Vents Adjustable Dial Helmet for Ro… |
|---|---|---|---|---|
| ★★★★½ 1,352 | ★★★★★ 2 | ★★★★☆ 38 | ★★★★☆ 112 | ★★★★★ 3 |
| $48.99 ✓prime | $219.99 ✓prime | $89.95 ✓prime | $30.99 ✓prime | $19.99 ✓prime |

Ad feedback ⊡

---

## Special offers and product promotions

Color: **Blue**

- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. **Register a free business account**
- **Your cost could be $209.99 instead of $259.99**! Get a **$50 Amazon Gift Card** instantly upon approval for the **Amazon Rewards Visa Card** Apply now

---

# Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

---

**Product Description**

---

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

**Product Description**





# UL2271 SAFETY OF BATTERY

FIRE-RETARDANCE: ANTI-FIRE MATERIAL
BRING YOU MORE SAFE



# DUAL 5 WATT MUSIC HIFI

Riding With Your Favorite Music.

**TOMOLOO** choose most advanced motherboard
in the industry for our scooters

only to make sure our product can run smoothly







## Product details

Color: **Blue**

**Shipping Weight:** 20 pounds (View shipping rates and policies)

**ASIN:** B07CZGSDX3

**Batteries** 1 Lithium ion batteries required. (included)

**Customer Reviews:** ⭐⭐⭐⭐½ ⌄ 107 customer ratings

**Amazon Best Sellers Rank:** #28,699 in Sports & Outdoors (See Top 100 in Sports & Outdoors)
#36 in Self Balancing Scooters
#349 in Skateboarding Equipment

Would you like to **tell us about a lower price?** ⌄

# Videos

Page 1 of 2

### Videos for this product



The 5 Best Off-Road Hoverboards

BestReviews



My Son Enjoying His New Hoverboard

Jackie M.



**Customer Review:** Love it! Quality is Great! And it stays charged!

Ashlynn Arrington



**Customer Re...** Present Ever!

JBeans

Upload your video

## Sponsored products related to this item

Page 1 of 15








     

Swagtron Swagboard Pro T1 UL 2272 Certified Hoverboard Electric Self-Balancing Scoo...
★★★½☆ 240
$246.80 prime

Swagtron Swagboard Twist Lithium-Free UL2272 Certified Hoverboard with…
★★★☆☆ 2
$109.00

Segway Ninebot ES4 Electric Kick Scooter with External Battery, Lightweight and Fol...
★★★★☆ 336
$769.99 prime

TOMOLOO Hoverboards with Bluetooth and LED Lights, 7.5 Miles Range Hover Boards, UL...
★★★★☆ 15
$235.99 prime

Traxxas TRX-6 Scale and Trail Crawler with Mercedes-Benz G 63 AMG Body: 6X6 Electri...
★★★★☆ 15
$599.95

Ad feedback



Sponsored ⓘ

## Customer questions & answers

🔍 Have a question? Search for answers

▲ 0 votes ▼

**Question:** Does it works on concrete

**Answer:** yes it does work on concrete my son rides it on the sidewalks.
By Kris on September 5, 2018

˅ See more answers (4)

▲ 0 votes ▼

**Question:** Is the only difference between the blue Q1c and black Q1c the lighting. Everything else the same?

**Answer:** Yes
By TOMOLOO Offical SELLER on November 20, 2018

▲ 0 votes ▼

**Question:** what are the wheels made of?

**Answer:** They seem to be plastic, but they are very durable. My boys love their hoverboards and they use them often. So far, so good on being able to ride them on pavement and in the grass. I do recommend this brand.
By William on September 9, 2018

˅ See more answers (1)

▲ 0 votes ▼

**Question:** Is the app easy to use?

**Answer:** Yes, both my wife and 12 year old son had no problem setting it up. It is very user-friendly. We have had these hoverboards for a few months now and we are very happy with our purchase. All three boards are going strong.

Document title: Amazon.com: TOMOLOO Music-Rhythmed Hoverboard for Kids and Adult Two-Wheel Self-Balancing Scooter- UL2272 Certificated with Music Speaker-…
Capture URL: https://www.amazon.com/dp/B07CZGSDX3/ref=twister_B089NL5FSQ?_encoding=UTF8&amp;psc=1
Capture timestamp (UTC): Wed, 05 Aug 2020 19:33:58 GMT
Page 8 of 14

recommend this brand.

 See more answers (1)



**Question:** Is the app easy to use?

**Answer:** Yes, both my wife and 12 year old son had no problem setting it up. It is very user-friendly. We have had these hoverboards for a few months now and we are very happy with our purchase. All three boards are going strong.

By William on October 16, 2018

See more answered questions (11)

## Customer reviews

★★★★☆ 4.3 out of 5

107 customer ratings

| | | |
|---|---|---|
| 5 star | | 69% |
| 4 star | | 14% |
| 3 star | | 5% |
| 2 star | | 0% |
| 1 star | | 11% |

⌄ How does Amazon calculate star ratings?

### By feature

| | | |
|---|---|---|
| Sheerness | ★★★☆☆ | 3.6 |
| Warmth | ★★★☆☆ | 3.5 |
| Thickness | ★★★☆☆ | 3.3 |

### Review this product

Share your thoughts with other customers

Write a customer review


BUDGET + AMAZON ROAD TRIP!
UP TO 30% OFF your rental
+ 10% BACK in an Amazon.com Gift Card*
Learn More
*Restrictions apply, see amazon.com/gc-legal
Budget®

### Customer images

 

See all customer images

### Read reviews that mention



| year old | definitely recommend | well made | hoverboard |
| christmas gift | great buy | old daughter | able to ride |
| happy with our purchase | lot of fun | daughter loves | son for his birthday |

 Top Reviews ⌄

 Jackie M.

★★★★★ **Awesome Hoverboard!**

Reviewed in the United States on September 8, 2018

Color: Blue **Verified Purchase**

My son just got this hoverboard yesterday and he's been playing with it non stop since! He's 7 years old and has no problem controlling it... even his little 4 year old sister rides it! The lights are an extra cool effect (especially in the dark). It has nice large rubber wheels with multi color lights, and it even arrived charged so my son could play right away. It charges fully within 2-3 hours and lasts for about 3 hours of play. This is fun for the whole family. Now his sister wants one for Christmas. I would purchase it again!



17 people found this helpful

Helpful | Comment | Report abuse

 Colby Ward



17 people found this helpful

| Helpful | Comment | Report abuse |

 Colby Ward

⭐☆☆☆☆ **First one broken on arrival, replacement broke within an hour.**
Reviewed in the United States on July 31, 2020
Color: Blue | Verified Purchase

So we originally ordered this for my son's 9th birthday. We opened it up the night before so it would be charged when he got up. When we lifted it out of the box the bottom literally fell off. We were sent a replacement, which took 2 weeks to arrive. We received it last night, charged it overnight (in the styrofoam). After less than 1 hour of use (inside), no bumps or bangs or anything, the bottom of the new one fell to the ground, right in front of me. This is a complete piece of junk. I never write reviews (however I always read them and researched these things for awhile before settling on this one), I like to give products the benefit of the doubt when there are negative reviews. However, this is actual garbage. I have a little boy who has been waiting so patiently, and has had gotten to use it less than 60 minutes. So now we either Epoxy it together (seems insane for a $300 BRAND NEW hoverboard doesn't it). Or send it back yet again. The bottom is held together with a tiny sliver of plastic, about as thick as a pinkie nail. It looks cool, I'll give them that. The lights look pretty, but it's really not supposed to be a work of art. Find another brand, this is a complete waste of money. 🙁



| Helpful | Comment | Report abuse |

 JBeans

⭐⭐⭐⭐⭐ **Best Christmas Present Ever!!!**
Reviewed in the United States on January 3, 2020
Color: Blue | Verified Purchase



When our twin daughter's begged for Hover boards for Christmas, we were very skeptical on how to proceed. After an abundance of research and reviews, we chose the Tomoloo Hoverboards. We could not be more please with our purchase. The boards are incredibly well made, strong, durable, and very sophisticated with their use of bluetooth and LED lighting effects. The kids have been using

them non-stop since Xmas morning and we will likely be purchasing two more for our older

⌄ Read more

| Helpful | Comment | Report abuse |

 Darlena



sophisticated with their use of lighting effects. The kids have been using them non-stop since Xmas morning and we will likely be purchasing two more for our older

⌄ Read more

| Helpful | | Comment | Report abuse |

**Darlena**

⭐☆☆☆☆ **Do not buy**

Reviewed in the United States on April 2, 2019

Color: Blue | Verified Purchase

I purchased this for my son for his birthday he had it for a couple months before it quit working one tire stopped spinning and lights would flash and it would just make a beeping noise we contacted the company which by the way is only through email and after months of them giving us the run around with the order number and then needing pictures they finally messaged us today and said it was only covered for 3 months and that they would issue is. 20 dollar refund this thing cost me almost 200 and they want to refund me $20 you've got to be kidding me this company does not stand behind its product finally called amazon and they issued a refund. So save yourself the headache and do t purchase from this company.

2 people found this helpful

| Helpful | | Comment | Report abuse |

**Christina**

⭐⭐⭐⭐⭐ **Great quality!**

Reviewed in the United States on January 6, 2020

Color: Blue | Verified Purchase

I bought this hoverboard in black for my daughter (12), she loved it so much that I ended up getting a blue one for my son (7). They are self balancing so it's easy for my 7 yr to catch on pretty quickly. The lights are really fun and it's really cool that they can play their music from their boards as they ride around. The sound doesn't get too loud but I wouldn't want it to be any louder. Definitely would recommend this brand.

| Helpful | | Comment | Report abuse |

**DENA BARBER**

⭐⭐⭐⭐☆ **Super cool**

Reviewed in the United States on July 23, 2018

Color: Blue | Verified Purchase

My daughters love it. They are 6 and 7 and do great in it. I love the safety features. Wish it came with a bag to carry because they are quite heavy. And if you attach your phone to it once every time you are around it it wants to play and will say connecting even if you don't want it too. Wish there was something to press to connect instead of automatically

2 people found this helpful

| Helpful | | Comment | Report abuse |

**Bubby Blankman**

⭐⭐⭐⭐⭐ **Kids' favorite Holiday gift**

Reviewed in the United States on December 30, 2019

Color: Blue | Verified Purchase

The boards came already fully charged which was nice. The first day there was some hints of



Bubby Blankman

★★★★★ **Kids' favorite Holiday gift**
Reviewed in the United States on December 30, 2019
Color: Blue    Verified Purchase

The boards came already fully charged which was nice. The first day there was some hints of issues such a boards shaking or taking off when one foot was placed on. But all problems have dissipated after re-calibrations, which is as simple as having the board on a flat surface and holding the 'on' button. I purchased 3 of these hover boards and the three kids (ages 9, 12 and 15) won't stop riding them. They love them!

One person found this helpful

| Helpful |    Comment    Report abuse

jennifer

★☆☆☆☆ **Great hoverboard**
Reviewed in the United States on November 14, 2018
Color: Blue    Verified Purchase

Son loves it but on line says holds up to 265 but on the Hoover board clearly says 165!

4 people found this helpful

| Helpful |    Comment    Report abuse

**See all reviews from the United States ›**

---

**Customers who bought this item also bought**                          Page 1 of 8







TOMOLOO Hoverboard
Self Balance Scooter 2
Wheels UL2272 Certified
★★★★★ 4
$6.63

Hover-1 Buggy
Attachment for
Transforming
Hoverboard Scooter...
★★★★☆ 1,198
$76.99 - $112.98

TOMOLOO Self-
Balancing Scooter
Carrying Handbag
Backpack Bag for 6.5"...
★★★★☆ 16
$9.99

TOMOLOO Hoverboard
with Bluetooth Speaker
and LED Lights Self-
Balancing Scooter...
★★★★☆ 885
$259.99 ✓prime

Hiboy HC-01 Hoverboard
Kart Seat Attachment
Accessory for 6.5" 8" 10"
Two Wheel Self...
★★★★☆ 333
$65.99 - $78.00



kindle unlimited | Enjoy over a million books available with a membership
Learn more ▶

Sponsored ⓘ

**Pages with related products.** See and discover other items: advanced scooter

Document title: Amazon.com: TOMOLOO Music-Rhythmed Hoverboard for Kids and Adult Two-Wheel Self-Balancing Scooter- UL2272 Certificated with Music Speaker-...
Capture URL: https://www.amazon.com/dp/B07CZGSDX3/ref=twister_B089NL5FSQ?_encoding=UTF8&amp;psc=1
Capture timestamp (UTC): Wed, 05 Aug 2020 19:33:58 GMT                                                    Page 12 of 14

kindle unlimited | Enjoy over a million books available with a membership
Learn more ►

Sponsored ⓘ

**Pages with related products.** See and discover other items: advanced scooter

## Inspired by your browsing history

Page 1 of 12




Hover-1 Buggy Attachment for Transforming Hoverboard Scooter...
★★★★½ 1,198
$76.99 - $112.98


TOMOLOO Hoverboard with Bluetooth Speaker and LED Lights Self-Balancing Scooter...
★★★★½ 885
$259.99 ✓prime


Hiboy HC-02 Hoverboard Go Kart with Rear Suspension Seat Attachment Accessory...
★★★★ 230
$109.00 ✓prime


TOMOLOO Self-Balancing Scooter Carrying Handbag Backpack Bag for 6.5"...
★★★★½ 16
$9.99

## Newer and similar items

Page 1 of 9






SISIGAD Hoverboard Self Balancing Scooter 6.5" Two-Wheel Self Balancing Hoverboard...
★★★★ 57
$134.99 - $139.99



JOLEGE Hoverboard, 6.5" Two-Wheel Self Balancing Hoverboards - LED Light Wheel...
★★★★½ 793
$124.99 - $139.99


Hover-1 Helix Electric Hoverboard Scooter
★★★★ 96
$179.99


TOMOLOO Hoverboard Bluetooth with Led Light Flashing Wheels, Hover Board for Kids, Self...
★★★★½ 22
$229.99 - $230.99

**Your Browsing History** View or edit your browsing history ›

Page 1 of 2

See personalized recommendations

**Sign in**

New customer? Start here.











Back to top

Document title: Amazon.com: TOMOLOO Music-Rhythmed Hoverboard for Kids and Adult Two-Wheel Self-Balancing Scooter- UL2272 Certificated with Music Speaker-…
Capture URL: https://www.amazon.com/dp/B07CZGSDX3/ref=twister_B089NL5FSQ?_encoding=UTF8&amp;psc=1
Capture timestamp (UTC): Wed, 05 Aug 2020 19:33:58 GMT

**Back to top**

## Get to Know Us

Careers

Blog

About Amazon

Press Center

Investor Relations

Amazon Devices

Amazon Tours

## Make Money with Us

Sell on Amazon

Sell Under Amazon Accelerator

Sell on Amazon Handmade

Sell on Amazon Business

Sell Your Apps on Amazon

Become an Affiliate

Advertise Your Products

Self-Publish with Us

Host an Amazon Hub

› See More Make Money with Us

## Amazon Payment Products

Amazon Rewards Visa Signature Cards

Amazon.com Store Card

Amazon Business Card

Amazon.com Corporate Credit Line

Shop with Points

Credit Card Marketplace

Reload Your Balance

Amazon Currency Converter

## Let Us Help You

Amazon and COVID-19

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Amazon Assistant

Help

**amazon**

English | United States

| | | | | | | |
|---|---|---|---|---|---|---|
| **Amazon Music** Stream millions of songs | **Amazon Advertising** Find, attract, and engage customers | **Amazon Drive** Cloud storage from Amazon | **6pm** Score deals on fashion brands | **AbeBooks** Books, art & collectibles | **ACX** Audiobook Publishing Made Easy | **Alexa** Actionable Analytics for the Web |
| **Sell on Amazon** Start a Selling Account | **Amazon Business** Everything For Your Business | **Amazon Fresh** Groceries & More Right To Your Door | **AmazonGlobal** Ship Orders Internationally | **Home Services** Experienced Pros Happiness Guarantee | **Amazon Ignite** Sell your original Digital Educational Resources | **Amazon Rapids** Fun stories for kids on the go |
| **Amazon Web Services** Scalable Cloud Computing Services | **Audible** Listen to Books & Original Audio Performances | **Book Depository** Books With Free Delivery Worldwide | **Box Office Mojo** Find Movie Box Office Data | **ComiXology** Thousands of Digital Comics | **CreateSpace** Indie Print Publishing Made Easy | **DPReview** Digital Photography |
| **East Dane** Designer Men's Fashion | **Fabric** Sewing, Quilting & Knitting | **Goodreads** Book reviews & recommendations | **IMDb** Movies, TV & Celebrities | **IMDbPro** Get Info Entertainment Professionals Need | **Kindle Direct Publishing** Indie Digital Publishing Made Easy | **Prime Now** FREE 2-hour Delivery on Everyday Items |
| **Amazon Photos** Unlimited Photo Storage Free With Prime | **Prime Video Direct** Video Distribution Made Easy | **Shopbop** Designer Fashion Brands | **Amazon Warehouse** Great Deals on Quality Used Products | **Whole Foods Market** America's Healthiest Grocery Store | **Woot!** Deals and Shenanigans | **Zappos** Shoes & Clothing |
| **Ring** Smart Home Security Systems | **eero WiFi** Stream 4K Video in Every Room | **Neighbors App** Real-Time Crime & Safety Alerts | **Amazon Subscription Boxes** Top subscription boxes – right to your door | **PillPack** Pharmacy Simplified | **Amazon Renewed** Like-new products you can trust | **Amazon Second Chance** Pass it on, trade it in, give it a second life |

Document title: Amazon.com: TOMOLOO Music-Rhythmed Hoverboard for Kids and Adult Two-Wheel Self-Balancing Scooter- UL2272 Certificated with Music Speaker-…
Capture URL: https://www.amazon.com/dp/B07CZGSDX3/ref=twister_B089NL5FSQ?_encoding=UTF8&amp;psc=1
Capture timestamp (UTC): Wed, 05 Aug 2020 19:33:58 GMT