# EXHIBIT 1-PART 8

# FILED UNDER SEAL


amazon

Search

Hello, Sign in
Account & Lists

Returns
& Orders

Try Prime

0
Cart

Hello
Select your address

Best Sellers   Customer Service   Today's Deals   New Releases   Find a Gift   Whole Foods

Shop School Essentials

Sports & Outdoors   Sports & Fitness   Outdoor Recreation   Sports Fan Shop   Sports Deals   Outdoor Deals

**Fall Outdoors Event** Learn more ›

Sports & Outdoors › Outdoor Recreation › Skates, Skateboards & Scooters › Scooters & Equipment › Scooters › Self Balancing Scooters



Roll over image to zoom in

VIDEO

# TOMOLOO Hoverboard with Bluetooth Speaker and LED Lights Self-Balancing Scooter UL2272 Certified 6.5" Wheel Electric Scooter for Kids and Adults ...

by TOMOLOO

★★★★☆ ˅   885 ratings

Price: **$259.99** & **FREE Shipping.**
Details & FREE Returns

Get $50 off instantly: Pay $209.99 upon approval for the Amazon Rewards Visa Card.

Color: **Black**

 

- ※Get Free Hoverboad Bag---Just contact seller when you received the hoverboard.
- √UL2272 Certified & Approved by CPSC --- Guaranteed quality and safety.
- √Unique Tires—The updated tires have 4 different lights which can switch randomly.
- √Colorful Lights--- 5 different LED lights switching according to the music played via Bluetooth.
- √The Most Advanced Mainboard Program---Ensures stability of users' riding experience.

JOLEGE Hoverboard , 6.5" Two-Wheel Self Balancing Hoverboards...

**$259.99**
& FREE Shipping. Details
& FREE Returns ˅

Arrives: Aug 13 - 14 Details

In Stock.

Qty: 1 ˅

Add to Cart

Buy Now

🔒 Secure transaction

Ships from   Amazon
Sold by   TOMOLOO-US

**Add a Protection Plan:**
☐ 2-Year Protection for $24.99

☐ Add gift options

◎ Select delivery location

Add to List

Share ✉ 🅵 🆃 🅿

Have one to sell?
Sell on Amazon



Gyroor Warrior 8.5 inch All Terrain Off Road Hoverboard...
★★★★☆ 707
$299.00 ✓prime

Document title: Amazon.com: TOMOLOO Hoverboard with Bluetooth Speaker and LED Lights Self-Balancing Scooter UL2272 Certified 6.5&quot; Wheel Electric Scooter...
Capture URL: https://www.amazon.com/TOMOLOO-Hoverboard-Bluetooth-Self-Balancing-Certified/dp/B078H1YQPG/ref=zg_bs_13130176011_27?...
Capture timestamp (UTC): Wed, 05 Aug 2020 19:39:51 GMT
Page 1 of 14



Roll over image to zoom in



JOLEGE Hoverboard , 6.5" Two-Wheel Self Balancing Hoverboards…

*Sponsored* ⓘ

Gyroor Warrior 8.5 inch All Terrain Off Road Hoverboard…
★★★★½ 707
$299.00 ✔prime

*Sponsored* ⓘ

## Frequently bought together

 +  + 

Total price: **$349.59**

[ Add all three to Cart ]

[ Add all three to List ]

ⓘ These items are shipped from and sold by different sellers. Show details

☑ **This item:** TOMOLOO Hoverboard with Bluetooth Speaker and LED Lights Self-Balancing Scooter UL2272 Certified 6.5… $259.99

☑ Hover-1 Buggy Attachment for Transforming Hoverboard Scooter into Go-Kart $79.61

☑ TOMOLOO Self-Balancing Scooter Carrying Handbag Backpack Bag for 6.5" Two-Wheel Hover Electric Skate… $9.99

## Sponsored products related to this item

Page 1 of 13



Gyroshoes Hoverboard - Warrior 8.5 inch Off Road All Terrain Hoverboard with…
★★★★½ 79
$299.00 ✔prime



Swagtron Swagboard Pro T1 UL 2272 Certified Hoverboard Electric Self-Balancing Scoo…
★★★½☆ 240
$246.80 ✔prime



Segway Ninebot S Smart Self-Balancing Electric Transporter
★★★★½ 638
$489.99 ✔prime



BSFHQS Self Balancing Scooter 10" Self Balancing Scooter Hover Board with Wheels LE…
$369.99



Segway Ninebot Drift W1, Electric Roller Skates Hovershoes, Two Wheels self Balanci…
★★★½☆ 61
$368.41 ✔prime

Ad feedback 💬

## Inspired by your recent shopping trends

Page 1 of 14

IOCHIC SMART-K2 Self

Gyroor 6.5 Inch Swift

Gift Ideas

SISIGAD Hoverboard,

TOMOLOO Hoverboard

TOMOLOO Hover Boards

Document title: Amazon.com: TOMOLOO Hoverboard with Bluetooth Speaker and LED Lights Self-Balancing Scooter UL2272 Certified 6.5&quot; Wheel Electric Scooter…
Capture URL: https://www.amazon.com/TOMOLOO-Hoverboard-Bluetooth-Self-Balancing-Certified/dp/B078H1YQPG/ref=zg_bs_13130176011_27?…
Capture timestamp (UTC): Wed, 05 Aug 2020 19:39:51 GMT
Page 2 of 14




**IOCHIC SMART-K2 Self Balancing Hoverboard Skins UL2272 Certificate Two-Wheel Self...**
★★☆☆☆ 3
$149.99 ✓prime

**Gyroor 6.5 Inch Swift with Flashed Wheel Smart Self Balanceing Scooter with Music Speaker App-Enabled...**
★★★★☆ 85

**SISIGAD Hoverboard, Self Balancing Hoverboard, 6.5" Two-Wheel Self Balancing...**
★★★★☆ 157
$124.99 - $129.99

**TOMOLOO Hoverboard Bluetooth with Led Light Flashing Wheels, Hover Board for Kids, Self...**
★★★★☆ 22
$229.99 - $230.99

**TOMOLOO Hover Boards for Kids, Hoverboards Bluetooth and LED Lights with...**
★★★☆☆ 19
$199.99 - $229.99

---

## Special offers and product promotions

Color: **Black**

- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. **Register a free business account**
- **Your cost could be $209.99 instead of $259.99**! Get a **$50 Amazon Gift Card** instantly upon approval for the **Amazon Rewards Visa Card** Apply now

---

## Have a question?

Find answers in product info, Q&As, reviews

Q Type your question or keyword

---

## Product Description







## TOMOLOO Fire Kylin Q2-C--- The Unique Hover Board in Amazon

**Product Specification**

Net Weight: 17.64lbs

Load: 44-165lbs

Max Speed:12km/h

Max Climbing Angle: 15°

Minimum Turning Radius: 10°

Battery Voltage :25.2 V

Battery Capacity :4Ah

Wheel Size: 6.5 inches

Bluetooth Range：Up to 33ft

Bluetooth Speaker: V4.2 with stereo sound quality

---

## Product details

Color: Black

**Shipping Weight:** 19 pounds (View shipping rates and policies)

**ASIN:** B078H1YQPG

**Batteries** 1 Lithium ion batteries required. (included)

**Customer Reviews:** ★★★★☆ ˅ 885 customer ratings

**Amazon Best Sellers Rank:** #21,434 in Sports & Outdoors (See Top 100 in Sports & Outdoors)
   #30 in Self Balancing Scooters

Would you like to **tell us about a lower price?** ˅

**Shipping Weight:** 19 pounds (View shipping rates and policies)

**ASIN:** B078H1YQPG

**Batteries** 1 Lithium ion batteries required. (included)

**Customer Reviews:** ★★★★½ ⌄ 885 customer ratings

**Amazon Best Sellers Rank:** #21,434 in Sports & Outdoors (See Top 100 in Sports & Outdoors)
#30 in Self Balancing Scooters

Would you like to **tell us about a lower price?** ⌄

# Videos

### Videos for this product



**Best Chrismas Gift**

Lison ET



**Customer Review: Excellent Product....kids love this**

Babu Raj



**Customer Review: Long battery Life and VERY Safe!**

karen ruj



**Customer Re** more specific

Amazon Custo

Upload your video

## Sponsored products related to this item




TOMOLOO Hoverboard with Bluetooth Speaker UL2272 Certified Self Balancing Electric ...
★★★★½ 176
$249.99 ✓prime



Gyroshoes Hoverboard - Warrior 8.5 inch Off Road All Terrain Hoverboard with...
★★★★½ 79
$299.00 ✓prime



Swagtron Swagboard Pro T1 UL 2272 Certified Hoverboard Electric Self-Balancing Scoo...
★★★½☆ 240
$246.80 ✓prime



Swagtron Swagboard Twist Lithium-Free UL2272 Certified Hoverboard with...
★★★☆☆ 2
$109.00



Hover-1 Aviator Electric Folding Scooter
★★★½☆ 61
$249.99 ✓prime

Ad feedback ▭




kindle**unlimited**

Enjoy over a million books
available with a membership

Learn more ▶

Sponsored ⓘ

## Customer questions & answers

🔍 Have a question? Search for answers

| | | |
|---|---|---|
| ▲ 0 votes ▼ | **Question:** | I cannot find where to contact seller to get my hoverboard bag... Please forward me a contact link |
| | **Answer:** | http://www.tomoloo.com/index.php?m=content&c=index&a=lists&catid=27&page=2 |
| | | By e143slime8 on January 25, 2020 |

| | | |
|---|---|---|
| ▲ 0 votes ▼ | **Question:** | Why is the status indicator light blinking red ? |
| | **Answer:** | The book indicates if it is blinking red do not use it. Reference to owners manual. My grandson just opened his on Christmas and no red light. |
| | | By Donna L. Nott on December 26, 2018 |
| | | ⌄ See more answers (1) |

| | | |
|---|---|---|
| ▲ 0 votes ▼ | **Question:** | We purchased K1-2 hoverboard in 2019 but have misplaced the charger. How can we purchase another one? |
| | **Answer:** | Amazon search Tomoloo charger. 100-240v~50/60hz |
| | | By Kevin U on May 13, 2020 |

| | | |
|---|---|---|
| ▲ 0 votes ▼ | **Question:** | I am trying to locate the carrying bag formy device... It should have been in the box... Correct? |
| | **Answer:** | I too, am trying to find out how to receive the carrying bag promised (I left a review). Other than here, I can find no way to contact anyone on how to receive this. |
| | | By e143slime8 on December 16, 2019 |
| | | ⌄ See more answers (4) |

> See more answered questions (128)

## Customer reviews

★★★★½ 4.4 out of 5

885 customer ratings



| | | |
|---|---|---|
| 5 star | | 77% |
| 4 star | | 9% |
| 3 star | | 2% |
| 2 star | | 2% |
| 1 star | | 9% |

⌄ How does Amazon calculate star ratings?

## Customer images



See all customer images

### Read reviews that mention

Document title: Amazon.com: TOMOLOO Hoverboard with Bluetooth Speaker and LED Lights Self-Balancing Scooter UL2272 Certified 6.5&quot; Wheel Electric Scooter…
Capture URL: https://www.amazon.com/TOMOLOO-Hoverboard-Bluetooth-Self-Balancing-Certified/dp/B078H1YQPG/ref=zg_bs_13130176011_27?…
Capture timestamp (UTC): Wed, 05 Aug 2020 19:39:51 GMT

Page 7 of 14

885 customer ratings

| | | |
|---|---|---|
| 5 star | | 77% |
| 4 star | | 9% |
| 3 star | | 2% |
| 2 star | | 2% |
| 1 star | | 9% |

˅ How does Amazon calculate star ratings?

## By feature

| | | |
|---|---|---|
| Giftable | ★★★★★ | 4.8 |
| For beginners | ★★★★★ | 4.7 |
| Bluetooth connectivity | ★★★★⯪ | 4.6 |

˅ See more

## Review this product

Share your thoughts with other customers

[ Write a customer review ]



THE DARK BONES
LORETH ANNE WHITE

Enjoy over a million books available with a membership

[ Learn more ]

kindle unlimited

Sponsored ⓘ

See all customer images

## Read reviews that mention

[ hoverboard ]  [ battery life ]  [ highly recommend ]  [ easy to use ]  [ old son ]

[ old daughter ]  [ son loves ]  [ stopped working ]  [ bluetooth ]

[ absolutely loves ]  [ worth the money ]  [ definitely recommend ]  [ led lights ]

[ Top Reviews ▾ ]

**karen ruj**

★★★★★ **Long battery Life and VERY Safe!**
Reviewed in the United States on December 26, 2018
Color: Black | **Verified Purchase**

My son loves the hover board. He says that it's easy to get on and to use. The Bluetooth is very loud and easy to connect. The battery charges quicksand lasts for several hours. According to him.... it's perfect and much better than other hover boards that we considered before purchasing this one.

139 people found this helpful

[ Helpful ]  |  Comment  |  Report abuse

**Ness**

★★★★★ **Buy with confidence**
Reviewed in the United States on October 14, 2019
Color: Black | **Verified Purchase**

My 7 year old son loves this thing. We've had it almost a year now and he rides it regularly. Great quality.

Document title: Amazon.com: TOMOLOO Hoverboard with Bluetooth Speaker and LED Lights Self-Balancing Scooter UL2272 Certified 6.5" Wheel Electric Scooter…
Capture URL: https://www.amazon.com/TOMOLOO-Hoverboard-Bluetooth-Self-Balancing-Certified/dp/B078H1YQPG/ref=zg_bs_13130176011_27?…
Capture timestamp (UTC): Wed, 05 Aug 2020 19:39:51 GMT
Page 8 of 14



87 people found this helpful

| Helpful | | Comment | Report abuse |

 Karen M

★★★★★ **Don't get the wheels wet!**
Reviewed in the United States on September 6, 2018
Color: Black | **Verified Purchase**

Now that we have had this product a few weeks I feel I can give a honest review. The good-self balancing is awesome. It's easy to ride. The music sounds really good even from 100 ft away from my cell phone. It's very sturdy and durable. The lights are a pretty fun touch. Speed is fast. It charges in less then 3 hrs.
The Bad- the amazon description said it holds up to 220lbs the box it comes in says 165lbs. It scratch very easy. It says it's water resistant but anytime water gets on the wheels it stops working. We've had to reset it 2 times and calibrate the self balancing just because there was a trace of water on the side walk. It gets pretty annoying! Other then that it's been great!



97 people found this helpful

| Helpful | | Comment | Report abuse |

 Jen

★★★★★ **Amazing product!**
Reviewed in the United States on December 26, 2018
Color: Black



Sent in timely manner, easy to use, came fully assembled and charged. Was bought for my 9 year old but the entire family is enjoying!! My neighbor recommended and we have been extremely pleased!

120 people found this helpful

| Helpful | | Comment | Report abuse |



120 people found this helpful

| Helpful | Comment | Report abuse |

DM

★★★★★ **Hoverboard**
Reviewed in the United States on December 31, 2018
Color: Black | Verified Purchase



My son has been asking for one of these and he loves it. Seems well made and works great.

75 people found this helpful

| Helpful | Comment | Report abuse |

Bookkeeper

★★★★★ **Good!**
Reviewed in the United States on December 29, 2018
Color: Black | Verified Purchase



I bought this for my 11 year old daughter in Christmas and so far she loves it, so do I. I even try it myself though I'm 202 lb and the spec says up to 165 lb so I stoped.

The sound is really good and easy to set up, the self balance feature works like a charm we are very happy wit it.



74 people found this helpful



74 people found this helpful

| Helpful | | Comment | Report abuse |

 V Allen

⭐⭐⭐⭐⭐ **Best hover board I could find... doesn't disappoint!**
Reviewed in the United States on September 1, 2018
Color: Black | **Verified Purchase**

My daughter (9) LOVES her new hover board! It is much easier to "drive" than other hover boards she has tried. Was able to balance and center her gravity easily within the first few minutes of trying it out. It moves in any direction with ease. The directions were very clear and easy to understand. It only took a couple hours to initially charge the hover board and then it was ready to go! I easily paired it with my daughter's iPhone so she could play music through the hoverboard's speakers. The sound is better than I would have expected for a hoverboard, and it is all controlled from her iPhone. The lights on the hover board are very bright, which I love since people should be able to easily see her coming. The only thing I'm not crazy about is how heavy the hover board is, only because my 9 year old can't carry it very easily to a friend's house. But the weight is probably a good thing for security, balance, and safety. I did a lot of research before purchasing a hover board and this was the best one I could find without spending $300+. It was well worth the money! My daughter loves it!



43 people found this helpful

| Helpful | | Comment | Report abuse |

 L&M S

⭐⭐⭐⭐⭐ **Our 11-year daughter ABSOLUTELY LOVES this!!**
Reviewed in the United States on August 16, 2018
Color: Black | **Verified Purchase**



Our 11-year old loves this hoverboard so much! She was able to learn how to ride it fairly quickly. The next day, she had her [hand-me-down] iPhone connected to it via bluetooth. She was playing Pandora music through the hoverboard speakers and was dancing around on the driveway with it. After almost 2 months of a lot of use, it's still going strong. It seems to be made of good quality material and strong construction, because she's riding it all over outside, even at the park, and it still looks great.



through the hoverboard speakers
and was dancing around on the
driveway with it. After almost 2
months of a lot of use, it's still
going strong. It seems to be made
of good quality material and

strong construction, because she's riding it all over outside, even at the park, and it still looks
great.

36 people found this helpful

| Helpful | Comment | Report abuse |

**See all reviews from the United States ›**

## Customers who bought this item also bought

Page 1 of 8



     



TOMOLOO Self-
Balancing Scooter
Carrying Handbag
Backpack Bag for 6.5"…
★★★★½ 16
$9.99

Hover-1 Buggy
Attachment for
Transforming
Hoverboard Scooter…
★★★★½ 1,198
$76.99 - $112.98

TOMOLOO Music-
Rhythmed Hoverboard
for Kids and Adult Two-
Wheel Self-Balancing…
★★★★½ 1,170
1 offer from $399.99

HoovyKart - Go Kart
Conversion Kit for
Hoverboards - Safer For
Kids - All Heights - All…
★★★★☆ 399
$79.95 ✓prime

EverCross Hoverboard
Seat Attachment, New
Gen Hoverboard Seat
with Safety Brake…
★★★★½ 118
$77.97 ✓prime



Discover and fall in
love with a new series
Learn more ►

kindleunlimited

Sponsored ⓘ

**Pages with related products.** See and discover other items: Best led scooters for kids, voyager air wheel hoverboard, Explore hoverboards for kids

## Inspired by your browsing history

Page 1 of 12

   

Hover-1 Buggy
Attachment for
Transforming
Hoverboard Scooter…

TOMOLOO Self-
Balancing Scooter
Carrying Handbag
Backpack Bag for 6.5"…

TOMOLOO Music-
Rhythmed Hoverboard
for Kids and Adult Two-
Wheel Self-Balancing…

Hiboy HC-02 Hoverboard
Go Kart with Rear
Suspension Seat
Attachment Accessory…











**Hover-1 Buggy Attachment for Transforming Hoverboard Scooter...**
★★★★☆ 1,198
$76.99 - $112.98

**TOMOLOO Self-Balancing Scooter Carrying Handbag Backpack Bag for 6.5"...**
★★★★☆ 16
$9.99

**TOMOLOO Music-Rhythmed Hoverboard for Kids and Adult Two-Wheel Self-Balancing...**
★★★★☆ 1,170
1 offer from $399.99

**Hiboy HC-02 Hoverboard Go Kart with Rear Suspension Seat Attachment Accessory...**
★★★★☆ 230
$109.00 ✓prime

## Newer and similar items

Page 1 of 6







**TOMOLOO Music-Rhythmed Hoverboard for Kids and Adult Two-Wheel Self-Balancing...**
★★★★☆ 1,170
$249.99 - $399.99

**Hover-1 Helix Electric Hoverboard Scooter**
★★★★☆ 96
$179.99

**City Cruiser, 6.5" Scooter Hover Board with UL2272 Certified Wheels LED Lights**
★★★★☆ 88
$169.99 - $179.00

**TOMOLOO Hoverboard with Bluetooth Speaker UL2272 Certified Self Balancing Electric...**
★★★★☆ 176
$249.99 ✓prime

**Your Browsing History**    View or edit your browsing history ›

Page 1 of 2

See personalized recommendations

**Sign in**

New customer? Start here.

---

Back to top

---

**Get to Know Us**
Careers
Blog
About Amazon
Press Center
Investor Relations
Amazon Devices
Amazon Tours

**Make Money with Us**
Sell on Amazon
Sell Under Amazon Accelerator
Sell on Amazon Handmade
Sell on Amazon Business
Sell Your Apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us

**Amazon Payment Products**
Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon Business Card
Amazon.com Corporate Credit Line
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

**Let Us Help You**
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant

Document title: Amazon.com: TOMOLOO Hoverboard with Bluetooth Speaker and LED Lights Self-Balancing Scooter UL2272 Certified 6.5&quot; Wheel Electric Scooter...
Capture URL: https://www.amazon.com/TOMOLOO-Hoverboard-Bluetooth-Self-Balancing-Certified/dp/B078H1YQPG/ref=zg_bs_13130176011_27?...
Capture timestamp (UTC): Wed, 05 Aug 2020 19:39:51 GMT

Page 13 of 14

Back to top

## Get to Know Us

Careers

Blog

About Amazon

Press Center

Investor Relations

Amazon Devices

Amazon Tours

## Make Money with Us

Sell on Amazon

Sell Under Amazon Accelerator

Sell on Amazon Handmade

Sell on Amazon Business

Sell Your Apps on Amazon

Become an Affiliate

Advertise Your Products

Self-Publish with Us

Host an Amazon Hub

› See More Make Money with Us

## Amazon Payment Products

Amazon Rewards Visa Signature Cards

Amazon.com Store Card

Amazon Business Card

Amazon.com Corporate Credit Line

Shop with Points

Credit Card Marketplace

Reload Your Balance

Amazon Currency Converter

## Let Us Help You

Amazon and COVID-19

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Amazon Assistant

Help

amazon

English

United States

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Amazon Music** Stream millions of songs | **Amazon Advertising** Find, attract, and engage customers | **Amazon Drive** Cloud storage from Amazon | **6pm** Score deals on fashion brands | **AbeBooks** Books, art & collectibles | **ACX** Audiobook Publishing Made Easy | **Alexa** Actionable Analytics for the Web |
| **Sell on Amazon** Start a Selling Account | **Amazon Business** Everything For Your Business | **Amazon Fresh** Groceries & More Right To Your Door | **AmazonGlobal** Ship Orders Internationally | **Home Services** Experienced Pros Happiness Guarantee | **Amazon Ignite** Sell your original Digital Educational Resources | **Amazon Rapids** Fun stories for kids on the go |
| **Amazon Web Services** Scalable Cloud Computing Services | **Audible** Listen to Books & Original Audio Performances | **Book Depository** Books With Free Delivery Worldwide | **Box Office Mojo** Find Movie Box Office Data | **ComiXology** Thousands of Digital Comics | **CreateSpace** Indie Print Publishing Made Easy | **DPReview** Digital Photography |
| **East Dane** Designer Men's Fashion | **Fabric** Sewing, Quilting & Knitting | **Goodreads** Book reviews & recommendations | **IMDb** Movies, TV & Celebrities | **IMDbPro** Get Info Entertainment Professionals Need | **Kindle Direct Publishing** Indie Digital Publishing Made Easy | **Prime Now** FREE 2-hour Delivery on Everyday Items |
| **Amazon Photos** Unlimited Photo Storage Free With Prime | **Prime Video Direct** Video Distribution Made Easy | **Shopbop** Designer Fashion Brands | **Amazon Warehouse** Great Deals on Quality Used Products | **Whole Foods Market** America's Healthiest Grocery Store | **Woot!** Deals and Shenanigans | **Zappos** Shoes & Clothing |
| **Ring** Smart Home Security Systems | **eero WiFi** Stream 4K Video in Every Room | **Neighbors App** Real-Time Crime & Safety Alerts | **Amazon Subscription Boxes** Top subscription boxes – right to your door | **PillPack** Pharmacy Simplified | **Amazon Renewed** Like-new products you can trust | **Amazon Second Chance** Pass it on, trade it in, give it a second life |

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2020, Amazon.com, Inc. or its affiliates


Hello, Sign in
Account & Lists
Returns
& Orders
Try Prime
0 Cart

# amazon

Search

Hello
Select your address

Best Sellers | Customer Service | Today's Deals | New Releases | Find a Gift | Whole Foods | Shop School Essentials

**Sports & Outdoors** | Sports & Fitness | Outdoor Recreation | Sports Fan Shop | Sports Deals | Outdoor Deals

## Fall Outdoors Event  Learn more ›

Sports & Outdoors › Outdoor Recreation › Skates, Skateboards & Scooters › Scooters & Equipment › Scooters › Self Balancing Scooters



Roll over image to zoom in

## TOMOLOO Hoverboard Bluetooth with Led Light Flashing Wheels, Hover Board for Kids, Self Balancing Hoverboards Adult

by TOMOLOO

★★★★☆ ˅ | 22 ratings

| 16 answered questions

Price: **$229.99** & **FREE Shipping**.
Details & FREE Returns

Get $50 off instantly: Pay $179.99 upon approval for the Amazon Rewards Visa Card.

Color: **Black**

 

- 【Fast Delivery】Hoover board arrives within 5-7 working days under normal circumstances. Hoverboard electric scooter's hands-free operation has inspired freedom and fun for friends, customers, viewers, and kids at heart of all ages.
- 【UL2272 Certified Safe！】- The kids hoverboard has passed through 100% quality inspection. It also has pedals which are anti-skidding.
- 【Built-in Colorful Flash LED Lights Wheels】- Tomoloo hoverboards' signature colorful LED lights make for a bright and freely cruising experience, which will switch to red, green, yellow, and blue etc randomly and twinkle as the music's rhythm changes.
- 【Bluetooth Speakers】 - Now you can safely listen to music as you ride your Tomoloo Q3-X1 hoverboard



**$229.99**
& **FREE Shipping**. Details
& **FREE Returns** ˅

Arrives: Aug 13 - 14 Details

Fastest delivery: **Wednesday, Aug 12**
Order within 19 hrs and 33 mins
Details

**In Stock.**

Qty: 1 ˅

Add to Cart

Buy Now

🔒 Secure transaction

Ships from Amazon
Sold by Tomoloo Flagship

**Add a Protection Plan:**
☐ 2-Year Protection for $24.99

☐ Add gift options

◎ Select delivery location

Add to List

Share ✉ 📘 🐦 📌

Have one to sell?

Sell on Amazon

SKIDEE

**Kick Scooter for Kids with Folding Seat**



signature colorful LED lights make
experience, which will switch to red,
green, yellow, and blue etc
randomly and twinkle as the music's
rhythm changes.

- 【Bluetooth Speakers】 - Now you
  can safely listen to music as you ride
  your Tomoloo Q3-X1 hoverboard
  black with bluetooth.
- 【Dual 200W Electric Engine】 4.3
  miles on a single battery charge you
  can spend more time riding and less
  time plugged-in. Secured
  42V/4300MAH lithium hoover
  board battery pack up to 7.5 mph
  speed, supports riders 44 to 165 lbs.



SKIDEE

*Kick Scooter
for Kids with
Folding Seat*

**S SKIDEE Scooter for Kids with Foldable
and Removable Seat – Adjustable...**
★★★★☆ 3,167
**$69.95** ✓prime

Sponsored ⓘ

Roll over image to zoom in



Gyroor Hoverboard
Warrior 8.5 inch All
Terrain Off Road
Hoverboard with...
✓prime

Sponsored ⓘ

## Frequently bought together



Total price: **$310.86**

Add all three to Cart

Add all three to List

ⓘ These items are shipped from and sold by different sellers. Show details

☑ **This item:** TOMOLOO Hoverboard Bluetooth with Led Light Flashing Wheels, Hover Board for Kids, Self Balancing... $229.99

☑ MacBook Air Charger,Replacement 45W Magsafe 2 Power Adapter T-Tip Magnetic Connector Charger for Mac... $20.88

☑ MaxiTPMS TS508 TPMS Reset Tool Program $59.99

## Inspired by your recent shopping trends

Page 1 of 14







<

TOMOLOO Hoverboard
with Bluetooth Speaker
and LED Lights Self-
Balancing Scooter...

VOYAGER Hoverboard
Air Wheel Offroad
Electric Hoverboard,
Rugged 8.5 Inch All...

LIEAGLE Hoverboard,
6.5" Self Balancing
Scooter Hover Board
with UL2272 Certified...

City Cruiser Hoverboard
Off Road All Terrain 8.5"
Wheels Electric Self
Balancing Scooter with...

LIEAGLE Hoverboard,
6.5" Self Balancing
Scooter Hover Board
with Bluetooth...

>



Document title: Amazon.com : TOMOLOO Hoverboards Bluetooth with Led Light Flashing Wheels, Hover Boards for Kids, Self Balancing Hoverboard Adult : Sports &am...
Capture URL: https://www.amazon.com/TOMOLOO-Hoverboards-Bluetooth-Balancing-Hoverboard/dp/B08545YSM1/ref=zg_bs_13130176011_65?...
Capture timestamp (UTC): Wed, 05 Aug 2020 19:42:25 GMT

Page 2 of 14







TOMOLOO Hoverboard with Bluetooth Speaker and LED Lights Self-Balancing Scooter…
★★★★☆ 885
$259.99 ✓prime

VOYAGER Hoverboard Air Wheel Offroad Electric Hoverboard, Rugged 8.5 Inch All…
★★★★★ 1
$399.99 ✓prime

LIEAGLE Hoverboard, 6.5" Self Balancing Scooter Hover Board with UL2272 Certified…
★★★★☆ 443
$124.99

City Cruiser Hoverboard Off Road All Terrain 8.5" Wheels Electric Self Balancing Scooter with…
★★★★☆ 4
$199.00

LIEAGLE Hoverboard, 6.5" Self Balancing Scooter Hover Board with Bluetooth,…
★★★★☆ 235
$124.99 - $139.99

## Sponsored products related to this item

Page 1 of 10







TOMOLOO Music-Rhythmed Hoverboard 6.5 inch Electric Scooter - UL2272 Certificated…
★★★★☆ 3
$199.99

BSFHQS Self Balancing Scooter 10" Self Balancing Scooter Hover Board with Wheels LE…
$369.99

TOMOLOO Hoverboards with Bluetooth and LED Lights, 7.5 Miles Range Hover Boards, UL…
★★★★☆ 15
$235.99 ✓prime

TOMOLOO Hoverboards with Bluetooth Speakers and Led Lights, Two Wheels Electric Sel…
★★★☆☆ 5
$229.99

Hover-1 Chrome 2.0 Electric Hoverboard and Adjustable Go-Kart Attachment - Converts…
★★★★☆ 3
$249.99 ✓prime

Ad feedback 💬

## Special offers and product promotions

Color: **Black**

- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. **Register a free business account**
- **Your cost could be $179.99 instead of $229.99**! Get a **$50 Amazon Gift Card** instantly upon approval for the **Amazon Rewards Visa Card** Apply now

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

## Product Description



# CAUTION!!!

On Facebook or any forums, Tomoloo never has any activities in exchange for reviews. Those people who claim that Tomoloo hoverboards can be free as long as you write positive review are cheaters!!

Please note that all our email addresses are ended with tomoloo.com, don't trust any other email address which is not official!

Please note that we are the factory, brand owner and official store of the Tomoloo brand. We reserve the right to take legal action for any infringement.

On Facebook or any forums, Tomoloo never has any activities in exchange for reviews. Those people who claim that they did have bought it or if they ask you write positive review are cheaters!!

Please note that all our email addresses are ended with tomoloo.com, don't trust any other email address which is not official!

Please note that we are the factory, brand owner and official store of the Tomoloo brand.We reserve the right to take legal action for any infringement.

If you got any doubts, please contact service@tomoloo.com.

Ever thought about gifting your kids something that will make their day unforgettable?

How about an cheap bluetooth hoverboard with led lights?

Kids love those!

Owning fast hoverboards for kids is pretty much every kids dream right now.

But for those parents who are not geeky techies, it might seem a hard task to buy a hover board which is right for their kids.

If you are one of them,

DON'T WORRY!

We are at the rescue!

Tomoloo is a very famous brand when it comes to hoverboard indoor and outdoor and one of the first hoverboards manufacturer that has taken the lead to pass American UL 2272 safety certification. Ranked among the top five manufacturers in the global self balancing scooter sector.



Document title: Amazon.com : TOMOLOO Hoverboards Bluetooth with Led Light Flashing Wheels, Hover Boards for Kids, Self Balancing Hoverboard Adult : Sports &am…
Capture URL: https://www.amazon.com/TOMOLOO-Hoverboards-Bluetooth-Balancing-Hoverboard/dp/B08545YSM1/ref=zg_bs_13130176011_65?…
Capture timestamp (UTC): Wed, 05 Aug 2020 19:42:25 GMT



The first priority as a parent for you would be overseeing the safety of your kids. This hoverboard UL2272 certified are completely safe for you or your kids. Safety problem solved! The black hoverboard includes an ultra safe and reliable UL-Certified battery and an easy to use charger with hoverboard waterproof hidden charging port with an IPX4 water resistance rating to keep your huver board safe.



Not every hoverboard is appropriate for kids; some hover boards are large, heavy, difficult to operate and are capable of traveling quite fast. Luckily, we are making smaller, lighter, and slower hoverboard for boys and for girls in mind. 6.5" wheel sizes, are lighter, making them easier for your children to carry and the small wheel sizes make them easier to maneuver by smaller riders.





If you're looking for a hoverboard for kids bluetooth with more fun, check this out. Tomoloo makes a "Flash Wheel" model that is made to be seen. It features LED lights on the wheels and along the front of the hoverboard. These lights are super fun and also help your child stay visible when they're riding. In addition to the fun lights, the hoverboard music also has built-in Bluetooth speakers, so your child can enjoy their favorite tunes while they ride.





The hoverboard heavy duty accelerates by simply applying pressure with the front your feet. The hoverboard will make the corresponding movements such as forward, backward, and steering according to the direction of the center of gravity, enjoy the feeling of driving. There is anti-slip foot pad to ensure that you don't need to worry about your kids will lose balance while riding.



## Product details

Color: Black

**Shipping Weight:** 19.2 pounds (View shipping rates and policies)

**ASIN:** B08545YSM1

**Batteries** 1 Lithium ion batteries required. (included)

**Customer Reviews:** ⭐⭐⭐⭐½ ˅ 22 customer ratings

**Amazon Best Sellers Rank:** #42,720 in Sports & Outdoors (See Top 100 in Sports & Outdoors)
#47 in Self Balancing Scooters

Would you like to **tell us about a lower price?** ˅

## Videos

Page 1 of 4

**Videos for this product**      **Videos for related products**

   

Document title: Amazon.com : TOMOLOO Hoverboards Bluetooth with Led Light Flashing Wheels, Hover Boards for Kids, Self Balancing Hoverboard Adult : Sports &am…
Capture URL: https://www.amazon.com/TOMOLOO-Hoverboards-Bluetooth-Balancing-Hoverboard/dp/B08545YSM1/ref=zg_bs_13130176011_65?…
Capture timestamp (UTC): Wed, 05 Aug 2020 19:42:25 GMT
Page 7 of 14

# Videos

**Videos for this product**     **Videos for related products**









| | |
|---|---|
| TOMOLOO Hoverboards Bluetooth | Top 10 Best Hoverboard & Self Balancing Scooters |
| Tomoloo TC | Top 10 Zone |

Top 10 Latest Hoverboard & Self Balancing Scooters

Top 10 Zone

Gyroor Warri...
Scooter Revie...

Top 10 Zone

[ Upload your video ]

---

## Sponsored products related to this item









| Swagtron Swagboard Twist Lithium-Free UL2272 Certified Hoverboard with... | TOMOLOO Hoverboard with Bluetooth Speaker UL2272 Certified Self Balancing Electric ... | Swagtron Swagboard Pro T1 UL 2272 Certified Hoverboard Electric Self-Balancing Scoo... | Hover-1 Chrome 2.0 Electric Hoverboard and Adjustable Go-Kart Attachment - Converts... | TOMOLOO Hoverboards with Bluetooth and LED Lights, 7.5 Miles Range Hover Boards, UL... |
|---|---|---|---|---|
| ★★★☆☆ 2 | ★★★★½ 176 | ★★★½☆ 240 | ★★★★☆ 3 | ★★★★☆ 15 |
| $109.00 | $249.99 ✓prime | $246.80 ✓prime | $249.99 ✓prime | $235.99 ✓prime |

Ad feedback 💬



**amazon** essentials

Colorful, lightweight comfort for him from $25

**Shop now**

Sponsored ⓘ

---

## Customer questions & answers

🔍 Have a question? Search for answers

---

Sponsored ⓘ



# Customer questions & answers

🔍 Have a question? Search for answers

▲
3
votes
▼

**Question:** What age group for kids is this recommended for?

**Answer:** Hi. The Q3C hoverboard support riders 44-165 lbs, which make it recommended for all ages of kids. - Tomoloo-official customer support team
By Tomoloo Flagship **SELLER** on April 14, 2020

⌄ See more answers (3)

▲
3
votes
▼

**Question:** Is there a warranty on the hoverboard?

**Answer:** Yes，it has a one-year warranty. - Tomoloo-official customer support team
By Tomoloo Flagship **SELLER** on April 18, 2020

⌄ See more answers (1)

▲
2
votes
▼

**Question:** Is it easy to learning for kids who have never rode a hoverboard?

**Answer:** No worry about it. Generally, it's much easier to learn how to ride hoverboards for kids, as they have better balance ability than adults.
By Daniel on February 17, 2019

▲
2
votes
▼

**Question:** Is this a self-balancing board?

**Answer:** All our hoverboards are mechanical self-balancing instead of electrical self-balancing. It may not be stopped by yourself when you go downhill with an electrical self-balancing hoverboard. Most of our users are kids, so we think safety is the most important priority. - Tomoloo-official customer support team
By Tomoloo Flagship **SELLER** on April 14, 2020

⌄ See more answers (1)

See more answered questions (12)



# Customer reviews

★★★★☆ 4.3 out of 5

22 customer ratings

| | | |
|---|---|---|
| 5 star | | 79% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 11% |
| 1 star | | 10% |

⌄ How does Amazon calculate star ratings?

## By feature

Value for money ★★★★☆ 4.3

## Customer images

See all customer images

## Read reviews that mention

hoverboard    year old    hoverboard    ride    bluetooth    decided

lights    wheels

Document title: Amazon.com : TOMOLOO Hoverboards Bluetooth with Led Light Flashing Wheels, Hover Boards for Kids, Self Balancing Hoverboard Adult : Sports &am…
Capture URL: https://www.amazon.com/TOMOLOO-Hoverboards-Bluetooth-Balancing-Hoverboard/dp/B08545YSM1/ref=zg_bs_13130176011_65?…
Capture timestamp (UTC): Wed, 05 Aug 2020 19:42:25 GMT



1 star ▮ 10%

ⅴ How does Amazon calculate star ratings?

## By feature

| Value for money | ★★★★½ 4.3 |
| Sheerness | ★★☆☆☆ 1.6 |

## Review this product

Share your thoughts with other customers

Write a customer review

amazon essentials

Colorful, lightweight comfort for him from $25

Shop now

Sponsored ⓘ

### Read reviews that mention

hoverboard | year old | hoverboard | ride | bluetooth | decided

lights | wheels

Top Reviews ⌄

**robeeee**

★★★★★ **I REALLY THINK YOU SHOULD BUY**
Reviewed in the United States on May 6, 2020
Color: Q3C-Blue | Verified Purchase

So you should buy this its THE BEST HOVER BOARD EVER!!!! Its really easy to learn like the BEST!!!! I named it Max im really good at it START HOVER BOARDS SOON!!

11 people found this helpful

Helpful | Comment | Report abuse

**Ryan A Eiseman**

★★★★★ **The kids love the hover board.**
Reviewed in the United States on January 28, 2019
Color: Q3C-Blue | Verified Purchase | Early Reviewer Rewards (What's this?)

The kids love the hover board. They can listen to music and change the colors and speed with the app. The bigger wheels help with going over bumps and small rocks. Great purchase!

13 people found this helpful

Helpful | Comment | Report abuse

**Amber04**

★★★★★ **Great scooter, well made!**
Reviewed in the United States on April 29, 2019
Color: Q3C-Blue | Verified Purchase

I bought this Tomoloo scooter for my daughter after returning one from another company that disappointed us. She loves it! It was very easy for her to learn on(she's 9). The battery life is good. It has been on grass, carpet and pavement and did well. All around good product.

12 people found this helpful

Helpful | Comment | Report abuse

**Marco**

★★★★★ **Great price, with solid construction**
Reviewed in the United States on December 27, 2018
Color: Q3C-Blue | Verified Purchase

Awesome buy! Very good product. Came on time and well boxed. Gave this to my son for Christmas. This is his second one and I believe this one is far better. The larger wheels and higher clearance is definitely a plus. Interestingly the vehicle alarms when going to fast!

13 people found this helpful

Helpful | Comment | Report abuse

Reviewed in the United States on December 27, 2018

Awesome buy! Very good product. Came on time and well boxed. Gave this to my son for Christmas. This is his second one and I believe this one is far better. The larger wheels and higher clearance is definitely a plus. Interestingly the vehicle alarms when going to fast!

13 people found this helpful

| Helpful | | Comment | Report abuse |

 Market 1982

★★★★★ **Amazing hoverboard!**
Reviewed in the United States on December 20, 2018
Color: Q3C-Blue | Verified Purchase

Extremely happy with this hoverboard, I am enjoying every moment with it. It is so comfortable and feels very safe, love it!!!! Would definitely recommend to family and friends!! I will probably be back to purchase another one for my nephews birthday! Amazing product!



11 people found this helpful

| Helpful | | Comment | Report abuse |

 Asaf

★★★★★ **Great present for myself!**
Reviewed in the United States on December 3, 2018
Color: Q3C-Blue | Verified Purchase

Wanted one of those for a long time but wasn't sure which one to pick from all the options out there, eventually after making extensive research I decided to go with this one - since I got it, I don't leave my house without it. Loved everything from the box, quality of the materials and the experience of riding it - took me about 30 minutes to get the hang of it and I fee like I'm improving every time I'm getting on it.
The design is beautiful, and the feature of listening to my music while riding through the Bluetooth speakers is really awesome. Another thing I like about it is the fact that it's chargind pretty fast (couple of hours) and last for a long time.
Excited to continue explore this thing

7 people found this helpful

| Helpful | | Comment | Report abuse |

 Russel

★★★★★ **Great quality and price**
Reviewed in the United States on December 8, 2018
Color: Q3C-Blue | Verified Purchase

My son love it. And i love the quality of product for this price. To make it short, really happy :)))

12 people found this helpful

| Helpful | | Comment | Report abuse |

---

Reviewed in the United States on December 8, 2018

My son love it. And i love the quality of product for this price. To make it short, really happy :)))

12 people found this helpful

| Helpful | Comment | Report abuse |

 McCarthy

★★★★★ **Big hit**

Reviewed in the United States on January 3, 2019

Color: Q3C-Blue | Verified Purchase | Early Reviewer Rewards (What's this?)

My 12 year old son asked for a hover board for two years. I was initially concerned with safety--both his and the fire hazards that came with the first round of the boards. I am very pleased with this purchase--my son is over the moon. The speakers were a great added bonus.

10 people found this helpful

| Helpful | Comment | Report abuse |

**See all reviews from the United States ›**

## Customers who bought this item also bought

Page 1 of 2

       

**MaxiTPMS TS508 TPMS Reset Tool Program**
★★★★★ 35
$59.99
Only 4 left in stock - order...

**obd2 Bluetooth Scanner for car Health Checking**
★★★★★ 39
$59.95
Only 3 left in stock - order

**TOMOLOO Hoverboard Pink for Girls and Boys, Hoverboard Bluetooth and Led Lights with...**
★★★★★ 2
$229.99 ✓prime

**MacBook Air Charger,Replacement 45W Magsafe 2 Power Adapter T-Tip...**
★★★★★ 41
$20.88

**TOMOLOO Hoverboard with Bluetooth Speaker and LED Lights Self-Balancing Scooter...**
★★★★½ 885
$259.99

  Men's 4+ star shoes
Discover our bestselling footwear styles for him
SHOP NOW
 

Sponsored

## Inspired by your browsing history

Page 1 of 12

Document title: Amazon.com : TOMOLOO Hoverboards Bluetooth with Led Light Flashing Wheels, Hover Boards for Kids, Self Balancing Hoverboard Adult : Sports &am...
Capture URL: https://www.amazon.com/TOMOLOO-Hoverboards-Bluetooth-Balancing-Hoverboard/dp/B08545YSM1/ref=zg_bs_13130176011_65?...
Capture timestamp (UTC): Wed, 05 Aug 2020 19:42:25 GMT
Page 12 of 14

## Inspired by your browsing history

Page 1 of 12




**Hover-1 Buggy Attachment for Transforming Hoverboard Scooter…**
★★★★☆ 1,198
$76.99 - $112.98

**TOMOLOO Music-Rhythmed Hoverboard for Kids and Adult Two-Wheel Self-Balancing…**
★★★★☆ 1,170
1 offer from $399.99

**TOMOLOO Self-Balancing Scooter Carrying Handbag Backpack Bag for 6.5"…**
★★★★☆ 16
$9.99

**TOMOLOO Hoverboard Pink for Girls and Boys, Hoverboard Bluetooth and Led Lights with…**
★★★★★ 2
$229.99 ✓prime

## Deals in magazine subscriptions

Page 1 of 11








**National Geographic Kids**
★★★★☆ 3,610
Print Magazine
$7.00

**Real Simple**
★★★★☆ 4,132
Print Magazine
$5.00

**Reader's Digest**
★★★★☆ 5,485
Print Magazine
$5.00

**Men's Health**
★★★★☆ 1,786
Print Magazine
$5.00

**Your Browsing History**    View or edit your browsing history  ›

Page 1 of 2

See personalized recommendations








**Sign in**

New customer? Start here.

**Back to top**

**Get to Know Us**
Careers
Blog
About Amazon
Press Center
Investor Relations

**Make Money with Us**
Sell on Amazon
Sell Under Amazon Accelerator
Sell on Amazon Handmade
Sell on Amazon

**Amazon Payment Products**
Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon Business Card
Amazon.com Corporate Credit Line

**Let Us Help You**
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies

Back to top

## Get to Know Us

Careers

Blog

About Amazon

Press Center

Investor Relations

Amazon Devices

Amazon Tours

## Make Money with Us

Sell on Amazon

Sell Under Amazon Accelerator

Sell on Amazon Handmade

Sell on Amazon Business

Sell Your Apps on Amazon

Become an Affiliate

Advertise Your Products

Self-Publish with Us

Host an Amazon Hub

› See More Make Money with Us

## Amazon Payment Products

Amazon Rewards Visa Signature Cards

Amazon.com Store Card

Amazon Business Card

Amazon.com Corporate Credit Line

Shop with Points

Credit Card Marketplace

Reload Your Balance

Amazon Currency Converter

## Let Us Help You

Amazon and COVID-19

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Amazon Assistant

Help

amazon

English

United States

**Amazon Music**
Stream millions
of songs

**Amazon Advertising**
Find, attract, and
engage customers

**Amazon Drive**
Cloud storage
from Amazon

**6pm**
Score deals
on fashion brands

**AbeBooks**
Books, art
& collectibles

**ACX**
Audiobook
Publishing
Made Easy

**Alexa**
Actionable
Analytics
for the Web

**Sell on Amazon**
Start a Selling
Account

**Amazon Business**
Everything For
Your Business

**Amazon Fresh**
Groceries & More
Right To Your
Door

**AmazonGlobal**
Ship Orders
Internationally

**Home Services**
Experienced
Pros
Happiness
Guarantee

**Amazon Ignite**
Sell your original
Digital Educational
Resources

**Amazon Rapids**
Fun stories for
kids on the go

**Amazon Web Services**
Scalable Cloud
Computing
Services

**Audible**
Listen to Books &
Original
Audio
Performances

**Book Depository**
Books With Free
Delivery
Worldwide

**Box Office Mojo**
Find Movie
Box Office Data

**ComiXology**
Thousands of
Digital Comics

**CreateSpace**
Indie Print
Publishing
Made Easy

**DPReview**
Digital
Photography

**East Dane**
Designer Men's
Fashion

**Fabric**
Sewing, Quilting
& Knitting

**Goodreads**
Book reviews
&
recommendations

**IMDb**
Movies, TV
& Celebrities

**IMDbPro**
Get Info
Entertainment
Professionals
Need

**Kindle Direct Publishing**
Indie Digital
Publishing
Made Easy

**Prime Now**
FREE 2-hour
Delivery
on Everyday Items

**Amazon Photos**
Unlimited Photo
Storage
Free With Prime

**Prime Video Direct**
Video Distribution
Made Easy

**Shopbop**
Designer
Fashion Brands

**Amazon Warehouse**
Great Deals on
Quality Used Products

**Whole Foods Market**
America's
Healthiest
Grocery Store

**Woot!**
Deals and
Shenanigans

**Zappos**
Shoes &
Clothing

**Ring**
Smart Home
Security Systems

**eero WiFi**
Stream 4K Video
in Every Room

**Neighbors App**
Real-Time Crime
& Safety Alerts

**Amazon Subscription Boxes**
Top subscription boxes – right
to your door

**PillPack**
Pharmacy
Simplified

**Amazon Renewed**
Like-new products
you can trust

**Amazon Second Chance**
Pass it on, trade it
in,
give it a second
life

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2020, Amazon.com, Inc. or its affiliates



# amazon

Hello, Sign in
Accounts & Lists

Returns
& Orders

Try Prime

0
Cart

Hello
Select your address

Best Sellers    Customer Service    Today's Deals    New Releases    Find a Gift    Whole Foods    **School Supplies Guide**

**Sports & Outdoors**    Sports & Fitness    Outdoor Recreation    Sports Fan Shop    Sports Deals    Outdoor Deals

Fall Outdoors Event   Learn more ›

Sports & Outdoors › Outdoor Recreation › Skates, Skateboards & Scooters › Scooters & Equipment › Scooters › Self Balancing Scooters

## Lower Priced Items to Consider



TOMOLOO Music-Rhythmed Hoverboard 6.5 inch Electric Scooter - UL2272 Certificated…

 3

$199⁹⁹



Gyroor T581 Hoverboard 6.5" Off Road All Terrain Hoverboard with Blue…

★★★★☆ 260

$229⁰⁰ ✓prime



TOMOLOO Hover Boards for Kids, Hoverboards Bluetooth and LED Lights with S…

★★★☆☆ 19

$229⁹⁹ ✓prime

Is this feature helpful?  Yes   No



Roll over image to zoom in

# TOMOLOO V1 8.5" Off Road Hover Board All Terrain Tires, Heavy Duty Hoverboard for Adults with UL2272 Certification, App-Enabled Bluetooth Hoverboard Self Balancing Scooter w/LED Wheels and Lights

by TOMOLOO

★★★★☆ ▼    2 ratings

**Currently unavailable.**
We don't know when or if this item will be back in stock.

- 【Hoverboard with Carrying Bag】Contact seller when you received the amazon hoverboard, a free hoverboard handbag will help you carry it easily.
- 【All-terrain hoverboards】Such as V1 work seamlessly outdoors, Tomoloo V1 hoverboard with off-road tires are among the toughest in this class. The 8.5-inch rubber tires will perform great in all terrains.
- 【Hoverboard with Bluetooth and

**Currently unavailable.**
We don't know when or if this item will be back in stock.



Select delivery location

Add to List

Share ✉ f 🐦 📌

Have one to sell?

Sell on Amazon



LERUJIFL Kids Adjustable Helmet, Suitable for Toddler Kids Age…

★★★★☆ 77

$23.99

Sponsored ⓘ

---

Document title: Amazon.com: TOMOLOO V1 8.5&quot; Off Road Hover Board All Terrain Tires, Heavy Duty Hoverboard for Adults with UL2272 Certification, App-Enable…
Capture URL: https://www.amazon.com/TOMOLOO-Hoverboard-Certification-App-Enabled-Bluetooth/dp/B07RY1PG3V/ref=zg_bs_13130176011_88?…
Capture timestamp (UTC): Wed, 05 Aug 2020 19:46:00 GMT

Page 1 of 12

Sponsored ⓘ



Roll over image to zoom in

V1 work seamlessly outdoors, Tomoloo V1 hoverboard with off-road tires are among the toughest in this class. The 8.5-inch rubber tires will perform great in all terrains.

- 【Hoverboard with Bluetooth and Lights】 To keep you entertained,black bluetooth hoverboard has built-in speakers whereas the LED lights illuminate the paths ahead.

- 【Hoverboard with App Control】 - It includes 3 speed modes and self-test function. The app even accurately displays the driving speed, and power left. The app can set the maximum speed limit, which controls the hoverboard will not exceed the max speed and issues an alarm when the max speed is exceeded.

- 【Off Road Hoverboard】 700-watt motors can power it over 15-20 degree inclines at a top speed of over 9.3 MPH. Tomoloo V1 has a light shell and a UL-certified battery pack for 8.7 miles range.



Gyroor Warrior 8.5 inch All Terrain Off Road Hoverboard with Bluetooth…
✓prime

Sponsored ⓘ

## Inspired by your recent shopping trends

Page 1 of 14



**TOMOLOO Hoverboard with Bluetooth Speaker and LED Lights Self-Balancing Scooter…**
★★★★☆ 885
$259.99 ✓prime



**VOYAGER Hoverboard Air Wheel Offroad Electric Hoverboard, Rugged 8.5 Inch All…**
★★★★★ 1
$399.99 ✓prime

**LIEAGLE Hoverboard, 6.5" Self Balancing Scooter Hover Board with UL2272 Certified…**
★★★★☆ 443
$124.99



**TOMOLOO Hoverboards with Bluetooth and LED Lights, 7.5 Miles Range Hover Boards, UL…**
★★★★☆ 15
$235.99 ✓prime



**TOMOLOO Music-Rhythmed Hoverboard for Kids and Adult Two-Wheel Self-Balancing…**
★★★★☆ 1,170
1 offer from $399.99

Sponsored products related to this item

Document title: Amazon.com: TOMOLOO V1 8.5&quot; Off Road Hover Board All Terrain Tires, Heavy Duty Hoverboard for Adults with UL2272 Certification, App-Enable…
Capture URL: https://www.amazon.com/TOMOLOO-Hoverboard-Certification-App-Enabled-Bluetooth/dp/B07RY1PG3V/ref=zg_bs_13130176011_88?…
Capture timestamp (UTC): Wed, 05 Aug 2020 19:46:00 GMT
Page 2 of 12

TOMOLOO... with Bluetooth Speaker and LED Lights Self-Balancing Scooter...
★★★★☆ 885
$259.99 ✓prime

Air Wheel Offroad Electric Hoverboard, Rugged 8.5 Inch All...
★★★★★ 1
$399.99 ✓prime

6.5" Self Balancing Scooter Hover Board with UL2272 Certified...
★★★★☆ 443
$124.99

...with Bluetooth and LED Lights, 7.5 Miles Range Hover Boards, UL...
★★★★☆ 15
$235.99 ✓prime

Rhythmed Hoverboard for Kids and Adult Two-Wheel Self-Balancing...
★★★★☆ 1,170
1 offer from $399.99

## Sponsored products related to this item

Page 1 of 14

    

Swagtron Swagboard Pro T1 UL 2272 Certified Hoverboard Electric Self-Balancing Scoo...
★★★☆☆ 240
$246.80 ✓prime

Segway Ninebot ES1 Gen2 Electric Kick Scooter, Lightweight and Foldable, Upgraded M...
★★★☆☆ 244
$439.00 ✓prime

Segway Ninebot ES4 Electric Kick Scooter with External Battery, Lightweight and Fol...
★★★★☆ 336
$769.99 ✓prime

Gyroshoes Hoverboard - Warrior 8.5 inch Off Road All Terrain Hoverboard with...
★★★★☆ 79
$299.00 ✓prime

TOMOLOO Hoverboards with Bluetooth and LED Lights, 7.5 Miles Range Hover Boards, UL...
★★★★☆ 15
$235.99 ✓prime

Ad feedback

## Customers who viewed this item also viewed

Page 1 of 8

    

Hover-1 Titan Electric Self-Balancing Hoverboard Scooter with 10" Tires
★★★★☆ 365
$249.99

HYPER GOGO Off Road, Electric Self Balancing All Terrain Hoverboard with Built-in Speaker...
★★★★☆ 213
$279.99 - $299.99

WORMHOLE Off Road Hoverboard Dual Motors Electric Self Balancing Scooter 6.5" Two...
★★★★☆ 73
$199.00

Gyroor Hoverboard Warrior 8.5 inch All Terrain Off Road Hoverboard with Music...
★★★★☆ 707
$299.00

EPIKGO Self Balancing Scooter Hover Self-Balance Board - UL2272 Certified, All-Terrain...
★★★★☆ 173
$464.39 ✓prime

## Special offers and product promotions

- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. **Register a free business account**

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

## Product Description

# CAUTION!!!

## Product Description



# CAUTION!!!

On Facebook or any forums, Tomoloo never has any activities in exchange for reviews. Those people who claim that Tomoloo hoverboards can be free as long as you write positive review are cheaters!!

Please note that all our email addresses are ended with tomoloo.com, don't trust any other email address which is not official!

Please note that we are the factory, brand owner and official store of the Tomoloo brand.We reserve the right to take legal action for any infringement.

If you got any doubts, please contact service@tomoloo.com.



ULTIMATE
OFF-ROAD
HOVERBOARD



### Tomoloo V1 Hoverboard

*The Best hoverboard to buy— New hoverboard off road V1*

Hoverboards on amazon have become some of the most popular new motorized toys on the market. This inventory of all terrains hover boards includes top of the line models from trusted brand names Tomoloo, precisely tested by UL certification and inspected for safety and reliable operation.

- Easy to Ride
- 8.7 Miles Range| 9.3 Mph Speed
- Built-in Colorful Flash LED lights
- Bluetooth Music Speaker
- 8.5" All terrain tires
- Supports up to 265 lbs
- Fast charging system (120-140 minutes)

## TOMOLOO

As a responsible company, TOMOLOO sets its main priority to customer safety, that is we choose reinforced alloy bearing, the flame-retardant shell, and short circuit protection battery. They also love keeping things fun. 8.5 inch All Terrain Off Road Hoverboard is a fantastic way to introduce kids and adults to the joy of riding.

Document title: Amazon.com: TOMOLOO V1 8.5&quot; Off Road Hover Board All Terrain Tires, Heavy Duty Hoverboard for Adults with UL2272 Certification, App-Enable…
Capture URL: https://www.amazon.com/TOMOLOO-Hoverboard-Certification-App-Enabled-Bluetooth/dp/B07RY1PG3V/ref=zg_bs_13130176011_88?…
Capture timestamp (UTC): Wed, 05 Aug 2020 19:46:00 GMT
Page 4 of 12

- 8.7 Miles Range| 9.3 Mph Speed
- Built-in Colorful LED lights
- Bluetooth Music Speaker
- 8.5" All terrain tires
- Supports up to 265 lbs
- Fast charging system (120-140 minutes)

fantastic way to introduce kids and

of riding.



## Take your off-road trip with the V1 hoverboard dirt road from Tomoloo!

This is a UL 2272 certified huverboard whose performance goes as far as the others go! It features one of the toughest designs which give it unmatched durability and unsurpassed performance. The wheel size of 8.5 inches makes this electric hoverboard for adults ideal for all terrains including over the grass, sand, and gravel.



Document title: Amazon.com: TOMOLOO V1 8.5&quot; Off Road Hover Board All Terrain Tires, Heavy Duty Hoverboard for Adults with UL2272 Certification, App-Enable…
Capture URL: https://www.amazon.com/TOMOLOO-Hoverboard-Certification-App-Enabled-Bluetooth/dp/B07RY1PG3V/ref=zg_bs_13130176011_88?…
Capture timestamp (UTC): Wed, 05 Aug 2020 19:46:00 GMT
Page 5 of 12



## All terrain hoverboards with bluetooth 8.5 wheel and app

APP Controlled— Offroad hoverboard with mobile app, LED Lights color-change, Speed/ Mileage, Self-test, Contest with friends, Setting

Hoverboard with speakers- Wireless speakers for music listening when traveling,much fun for you!

Hoverboard led- Another feature of the adult hoverboard is the LED light that can show you the way at night and randomly flash with the rhyme of the music.







| Hoover Board for Kids, Hoverboards W/Bluetooth Speaking and Led Lights | Hoverboards with Bluetooth, LED Lights Flash Two Wheel Hover Boards for Kids | Hoverboard with Bluetooth Speaker, 6.5" Off-Road All Terrain Hover Boards | Hoverboard for Kids and Adult, 6.5" Two Wheels App Controlled Electric Scooter | Hoverboard with Bluetooth Speaker and LED Lights, 8.5'' Off Road Hoverboard |
|---|---|---|---|---|
| | Q3-X1 | Q3 | Q2-X1 | K1 | V1 |
| Max Speed | 7.5 Mph | 7.5 Mph | 7.5 Mph | 9.3 Mph | 9.3 Mph |
| Max Range | 4.3 Miles | 7.5 Miles | 6.2 Miles | 8.7 Miles | 8.7 Miles |
| Max Load | 165 lbs | 220 lbs | 220 lbs | 265 lbs | 265 lbs |

Document title: Amazon.com: TOMOLOO V1 8.5&quot; Off Road Hover Board All Terrain Tires, Heavy Duty Hoverboard for Adults with UL2272 Certification, App-Enable…
Capture URL: https://www.amazon.com/TOMOLOO-Hoverboard-Certification-App-Enabled-Bluetooth/dp/B07RY1PG3V/ref=zg_bs_13130176011_88?…
Capture timestamp (UTC): Wed, 05 Aug 2020 19:46:00 GMT

|  | Q3-X1 | Q3 | Q2-X1 | K1 | V1 |
|---|---|---|---|---|---|
| Max Speed | 7.5 Mph | 7.5 Mph | 7.5 Mph | 9.3 Mph | 9.3 Mph |
| Max Range | 4.3 Miles | 7.5 Miles | 6.2 Miles | 8.7 Miles | 8.7 Miles |
| Max Load | 165 lbs | 220 lbs | 220 lbs | 265 lbs | 265 lbs |
| Bluetooth Music | ✓ | ✓ | ✓ | ✓ | ✓ |
| LED Lights | ✓ | ✓ | ✓ | ✓ | ✓ |
| Tire Size | 6.5" | 6.5" | 6.5" | 6.5" | 8.5" |
| Off road Tire |  |  | ✓ |  | ✓ |
| APP Connection |  |  |  | ✓ | ✓ |
| Value | 169.99 | 159.99 | 299.99 | 229.99 | 399.99 |

## Product details

**Shipping Weight:** 31.4 pounds

**ASIN:** B07RY1PG3V

**Batteries** 1 Lithium ion batteries required. (included)

**Customer Reviews:** ⭐⭐⭐⭐☆ ⌄ 2 customer ratings

**Amazon Best Sellers Rank:** #392,617 in Sports & Outdoors (See Top 100 in Sports & Outdoors)
    #237 in Self Balancing Scooters

Would you like to **tell us about a lower price?** ⌄

# Videos

Page 1 of 4

### Videos for related products


Top 10 Best Hoverboard & Self Balancing Scooters

Top 10 Zone


Top 10 Latest Hoverboard & Self Balancing Scooters

Top 10 Zone


Gyroor Warrior G2 Self Balancing Scooter Review

Top 10 Zone


The 10 Best S... Scooters

Ezvid Wiki

Upload your video

## Important information

### Legal Disclaimer

All Tomoloo hoverboard balance scooter ul certified for adults comply with Amazon platform sales requirements for personal electronic transfer

## Important information

### Legal Disclaimer

All Tomoloo hoverboard balance scooter ul cetified for adults comply with Amazon platform sales requirements for personal electronic transfer devices and US import regulations for fast hoverboard for adult, our off road hoverboard for adults are UL2272 certified, and batteries are UL2271 certified.

## Sponsored products related to this item

Page 1 of 4

<











>

**Hiboy A5 Football Hoverboard Electric Unicycle**
★★★★★ 1
$279.99 ✓prime

**Swagtron Glide SK3 Foldable Electric Scooter w/LED Wheels & Kick-Start Boost & Crui...**
★★★☆☆ 61
$84.99 ✓prime

**Swagtron Swagger SK3 Kick-and-Go Electric Scooter for Kids Ages 6 and Up Featuring ...**
★★★★☆ 93
$99.00 ✓prime

**VillaCool MX350 E100 E175 Electric Scooter Battery Charger for Razor E150 E200 E200...**
★★★★☆ 23
$23.97 ✓prime

**Dart Board Games for Kids, Kids Dart Board Set with 8 Balls, Kids Classic Dartboard...**
★★★★★ 2
$12.99 ✓prime

Ad feedback



Sponsored ⓘ

## Customer questions & answers

🔍 Have a question? Search for answers

▲
1
vote
▼

**Question:** What is the maximum weight

**Answer:** 200lbs I am pretty sure
By Margaret on December 29, 2019

▲
0
votes
▼

**Question:** Is it waterproof or resistant?

**Answer:** Dear customer, TOMOLOO's products can prevent water splashes. We cannot guarantee full waterproofing. There will be joint gaps on the side of the balance car and sound holes on the bottom. It is not recommended to ride in the water. But there is a waterproof plug in the position

1 vote

Answer:

By Margaret on December 29, 2019

0 votes

**Question:** Is it waterproof or resistant?

**Answer:** Dear customer, TOMOLOO's products can prevent water splashes. We cannot guarantee full waterproofing. There will be joint gaps on the side of the balance car and sound holes on the bottom. It is not recommended to ride in the water. But there is a waterproof plug in the position of the charging port, which can effectiv... see more
By Tomoloo TC SELLER on April 15, 2020

˅ See more answers (1)

## Customer reviews

★★★★☆ 3.9 out of 5

2 customer ratings

| | | |
|---|---|---|
| 5 star | | 43% |
| 4 star | | 0% |
| 3 star | | 57% |
| 2 star | | 0% |
| 1 star | | 0% |

˅ How does Amazon calculate star ratings?

### Review this product

Share your thoughts with other customers

Write a customer review

Top Reviews ˅

Yelena

★★★★★ **Good**
Reviewed in the United States on April 23, 2020

Good

Helpful | Comment | Report abuse

**See all reviews from the United States ›**

## What other items do customers buy after viewing this item?

Page 1 of 3



Hover-1 Titan Electric Self-Balancing Hoverboard Scooter with 10" Tires
★★★★☆ 365
$249.99

Hover Hoverboard Electric Scooter
★★★★☆ 35
$249.99 - $386.01

TOMOLOO Music-Rhythmed Hoverboard for Kids and Adult Two-Wheel Self-Balancing...
★★★★☆ 1,170
$249.99 - $399.99

HYPER GOGO Off Road, Electric Self Balancing All Terrain Hoverboard with Built-in Speaker...
★★★★☆ 213
$279.99 - $299.99

SISIGAD Hoverboard Self Balancing Scooter 6.5" Two-Wheel Self Balancing Hoverboard...
★★★★☆ 57
$134.99 - $139.99

kindleunlimited | Discover and fall in love with a new series THE FELLOWSHIP OF THE RING

Document title: Amazon.com: TOMOLOO V1 8.5" Off Road Hover Board All Terrain Tires, Heavy Duty Hoverboard for Adults with UL2272 Certification, App-Enable...
Capture URL: https://www.amazon.com/TOMOLOO-Hoverboard-Certification-App-Enabled-Bluetooth/dp/B07RY1PG3V/ref=zg_bs_13130176011_88?...
Capture timestamp (UTC): Wed, 05 Aug 2020 19:46:00 GMT
Page 9 of 12



 
Back to top

## Get to Know Us

Careers

Blog

About Amazon

Press Center

Investor Relations

Amazon Devices

Amazon Tours

## Make Money with Us

Sell on Amazon

Sell Under Amazon Accelerator

Sell on Amazon Handmade

Sell on Amazon Business

Sell Your Apps on Amazon

Become an Affiliate

Advertise Your Products

Self-Publish with Us

Host an Amazon Hub

› See More Make Money with Us

## Amazon Payment Products

Amazon Rewards Visa Signature Cards

Amazon.com Store Card

Amazon Business Card

Amazon.com Corporate Credit Line

Shop with Points

Credit Card Marketplace

Reload Your Balance

Amazon Currency Converter

## Let Us Help You

Amazon and COVID-19

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Amazon Assistant

Help

  English     United States

| | | | |
|---|---|---|---|
| **Amazon Music** Stream millions of songs | **Amazon Advertising** Find, attract, and engage customers | **Amazon Drive** Cloud storage from Amazon | **6pm** Score deals on fashion brands |
| | | | |
| **Sell on Amazon** Start a Selling Account | **Amazon Business** Everything For Your Business | **Amazon Fresh** Groceries & More Right To Your Door | **AmazonGlobal** Ship Orders Internationally |
| | | | |
| **Amazon Web Services** Scalable Cloud Computing Services | **Audible** Listen to Books & Original Audio Performances | **Book Depository** Books With Free Delivery Worldwide | **Box Office Mojo** Find Movie Box Office Data |
| | | | |
| **East Dane** Designer Men's Fashion | **Fabric** Sewing, Quilting & Knitting | **Goodreads** Book reviews & recommendations | **IMDb** Movies, TV & Celebrities |
| | | | |
| **Amazon Photos** Unlimited Photo Storage Free With Prime | **Prime Video Direct** Video Distribution Made Easy | **Shopbop** Designer Fashion Brands | **Amazon Warehouse** Great Deals on Quality Used Products |
| | | | |
| **Ring** Smart Home Security Systems | **eero WiFi** Stream 4K Video in Every Room | **Neighbors App** Real-Time Crime & Safety Alerts | **Amazon Subscription Boxes** Top subscription boxes – right to your door |

| | | | |
|---|---|---|---|
| **AbeBooks** Books, art & collectibles | **ACX** Audiobook Publishing Made Easy | **Alexa** Actionable Analytics for the Web |
| **Home Services** Experienced Pros Happiness Guarantee | **Amazon Ignite** Sell your original Digital Educational Resources | **Amazon Rapids** Fun stories for kids on the go |
| **ComiXology** Thousands of Digital Comics | **CreateSpace** Indie Print Publishing Made Easy | **DPReview** Digital Photography |
| **IMDbPro** Get Info Entertainment Professionals Need | **Kindle Direct Publishing** Indie Digital Publishing Made Easy | **Prime Now** FREE 2-hour Delivery on Everyday Items |
| **Whole Foods Market** America's Healthiest Grocery Store | **Woot!** Deals and Shenanigans | **Zappos** Shoes & Clothing |
| **PillPack** Pharmacy Simplified | **Amazon Renewed** Like-new products you can trust | **Amazon Second Chance** Pass it on, trade it in, give it a second life |

Document title: Amazon.com: TOMOLOO V1 8.5&quot; Off Road Hover Board All Terrain Tires, Heavy Duty Hoverboard for Adults with UL2272 Certification, App-Enable…

Capture URL: https://www.amazon.com/TOMOLOO-Hoverboard-Certification-App-Enabled-Bluetooth/dp/B07RY1PG3V/ref=zg_bs_13130176011_88?…

Capture timestamp (UTC): Wed, 05 Aug 2020 19:46:00 GMT

Page 11 of 12

Back to top

## Get to Know Us

Careers

Blog

About Amazon

Press Center

Investor Relations

Amazon Devices

Amazon Tours

## Make Money with Us

Sell on Amazon

Sell Under Amazon Accelerator

Sell on Amazon Handmade

Sell on Amazon Business

Sell Your Apps on Amazon

Become an Affiliate

Advertise Your Products

Self-Publish with Us

Host an Amazon Hub

› See More Make Money with Us

## Amazon Payment Products

Amazon Rewards Visa Signature Cards

Amazon.com Store Card

Amazon Business Card

Amazon.com Corporate Credit Line

Shop with Points

Credit Card Marketplace

Reload Your Balance

Amazon Currency Converter

## Let Us Help You

Amazon and COVID-19

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Amazon Assistant

Help

amazon

🌐 English    ⚏

🇺🇸 United States

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Amazon Music** Stream millions of songs | **Amazon Advertising** Find, attract, and engage customers | **Amazon Drive** Cloud storage from Amazon | **6pm** Score deals on fashion brands | **AbeBooks** Books, art & collectibles | **ACX** Audiobook Publishing Made Easy | **Alexa** Actionable Analytics for the Web |
| **Sell on Amazon** Start a Selling Account | **Amazon Business** Everything For Your Business | **Amazon Fresh** Groceries & More Right To Your Door | **AmazonGlobal** Ship Orders Internationally | **Home Services** Experienced Pros Happiness Guarantee | **Amazon Ignite** Sell your original Digital Educational Resources | **Amazon Rapids** Fun stories for kids on the go |
| **Amazon Web Services** Scalable Cloud Computing Services | **Audible** Listen to Books & Original Audio Performances | **Book Depository** Books With Free Delivery Worldwide | **Box Office Mojo** Find Movie Box Office Data | **ComiXology** Thousands of Digital Comics | **CreateSpace** Indie Print Publishing Made Easy | **DPReview** Digital Photography |
| **East Dane** Designer Men's Fashion | **Fabric** Sewing, Quilting & Knitting | **Goodreads** Book reviews & recommendations | **IMDb** Movies, TV & Celebrities | **IMDbPro** Get Info Entertainment Professionals Need | **Kindle Direct Publishing** Indie Digital Publishing Made Easy | **Prime Now** FREE 2-hour Delivery on Everyday Items |
| **Amazon Photos** Unlimited Photo Storage Free With Prime | **Prime Video Direct** Video Distribution Made Easy | **Shopbop** Designer Fashion Brands | **Amazon Warehouse** Great Deals on Quality Used Products | **Whole Foods Market** America's Healthiest Grocery Store | **Woot!** Deals and Shenanigans | **Zappos** Shoes & Clothing |
| **Ring** Smart Home Security Systems | **eero WiFi** Stream 4K Video in Every Room | **Neighbors App** Real-Time Crime & Safety Alerts | **Amazon Subscription Boxes** Top subscription boxes – right to your door | **PillPack** Pharmacy Simplified | **Amazon Renewed** Like-new products you can trust | **Amazon Second Chance** Pass it on, trade it in, give it a second life |

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2020, Amazon.com, Inc. or its affiliates

Document title: Amazon.com: TOMOLOO V1 8.5&quot; Off Road Hover Board All Terrain Tires, Heavy Duty Hoverboard for Adults with UL2272 Certification, App-Enable...
Capture URL: https://www.amazon.com/TOMOLOO-Hoverboard-Certification-App-Enabled-Bluetooth/dp/B07RY1PG3V/ref=zg_bs_13130176011_88?...
Capture timestamp (UTC): Wed, 05 Aug 2020 19:46:00 GMT
Page 12 of 12



# amazon

Hello, Sign in
Account & Lists

Returns
& Orders

Try Prime

Cart

Hello
Select your address

Best Sellers | Customer Service | Today's Deals | New Releases | Find a Gift | **Low prices on school supplies**

**Sports & Outdoors** | Sports & Fitness | Outdoor Recreation | Sports Fan Shop | Sports Deals | Outdoor Deals

Fall Outdoors Event *Learn more ›*

Sports & Outdoors › Outdoor Recreation › Skates, Skateboards & Scooters › Scooters & Equipment › Scooters › Self Balancing Scooters



Roll over image to zoom in

## TOMOLOO Music-Rhythmed Hoverboard 6.5 inch Electric Scooter- UL2272 Certificated with Bluetooth Speaker LED Lights Kids and Adult Two-Wheel Self-Balancing Scooter

by **TOMOLOO**

★★★★★ ⌄    1 rating

Price: **$229.99** & **FREE Shipping.**
Details & FREE Returns

**Get $50 off instantly:** Pay $179.99 upon approval for the Amazon Rewards Visa Card.

Color: **Blue**

 

- 【Safety】UL2272 Certified hoverboard and UL2271 Certified Lithium battery,battery tested up to 1,000 charges comply with all U.S safety regulations. Owning invention patent, give quality and safe riding experience--Guaranteed quality and safety.
- 【Bluetooth & RGB LED】 The newest 4.2 Bluetooth Technology brings you a stereo surround sound music experience, awesome RGB LED design with color lights and music. Led lights will change the color as the volume change of the music, give you a colorful and freely experience.
- 【High-standard quality】 professional hoverboard, acceleration sensors and motherboard. The Most Advanced Mainboard Program Ensures



**$229.99**
& **FREE Shipping**. Details
& FREE Returns ⌄

Arrives: **Aug 13 - 14** Details

Fastest delivery: **Wednesday, Aug 12**
Order within 21 hrs and 26 mins
Details

**In Stock.**

Qty: 1 ⌄

**Add to Cart**

**Buy Now**

🔒 **Secure transaction**

Ships from    Amazon
Sold by      Tomoloo DX

**Add a Protection Plan:**
☐ 2-Year Protection for $24.99

☐ Add gift options

⊙ Select delivery location

**Add to List**

Share ✉ 📘 🐦 📌

Have one to sell?

Sell on Amazon



LERUJIFL Kids Adiustable Helmet.



Roll over image to zoom in

music. Led lights will change the color as the volume change of the music, give you a colorful and freely experience.

- 【High-standard quality】 professional hoverboard, acceleration sensors and motherboard. The Most Advanced Mainboard Program Ensures stability of users' riding experience and help you to go wherever you want to go.

- 【Self-balancing 】 self-balancing electric which is safe for beginners and amateurs. With or without a rider on it, It will stay level with the ground which makes it easier to ride.

- 【Warranty】 TOMOLOO hoverboard meets all safety requirements. Any issue just doesn't hesitate to contact us. We have a special staff to answer for you. You can contact the Seller to get a Free Hoverboad Bag when you receive the hoverboard.



EPIKGO Sport Balance Board...
$499.99
✔prime

Sponsored ⓘ

LERUJIFL Kids Adjustable Helmet, Suitable for Toddler Kids Age...
★★★★½ 77
$23.99

Sponsored ⓘ

## Inspired by your recent shopping trends

Page 1 of 14







VOYAGER Hoverboard Air Wheel Offroad Electric Hoverboard, Rugged 8.5 Inch All...
★★★★★ 1
$399.99 ✔prime

City Cruiser Hoverboard 8.5" Self Balancing Scooter UL2272 Certified Hoverboard...
★★★★★ 3
$199.99

LIEAGLE Hoverboard, 6.5" Self Balancing Scooter Hover Board with UL2272 Certified...
★★★★½ 443
$124.99

TOMOLOO Hoverboard with Bluetooth Speaker and LED Lights Self-Balancing Scooter...
★★★★½ 885
$259.99 ✔prime

TOMOLOO Hoverboards with Bluetooth and LED Lights, 7.5 Miles Range Hover Boards, UL...
★★★★☆ 15
$235.99 ✔prime

## Sponsored products related to this item

Page 1 of 25





Document title: Amazon.com : TOMOLOO Music-Rhythmed Hoverboard 6.5 inch Electric Scooter- UL2272 Certificated with Bluetooth Speaker LED Lights Kids and Adul...
Capture URL: https://www.amazon.com/TOMOLOO-Music-Rhythmed-Hoverboard-Electric-Scooter/dp/B082VY7SRM/ref=zg_bs_13130176011_99?...
Capture timestamp (UTC): Wed, 05 Aug 2020 19:49:58 GMT
Page 2 of 8

Rugged 8.5 Inch All...
⭐⭐⭐
$399.99 ✓prime

Certified Hoverboard...
$199.99

with UL2272 Certified...
⭐⭐⭐⭐
$124.99

Balancing Scooter...
$259.99 ✓prime

Hover Boards, UL...
$235.99 ✓prime

## Sponsored products related to this item

Page 1 of 25







Swagtron Swagboard
Pro T1 UL 2272 Certified
Hoverboard Electric Self-
Balancing Scoo...
⭐⭐⭐ 240
$246.80 ✓prime

TOMOLOO Music-
Rhythmed Hoverboard
6.5 inch Electric Scooter
- UL2272 Certificated...
⭐⭐⭐⭐ 3
$199.99

TOMOLOO Hoverboards
with Bluetooth and LED
Lights, 7.5 Miles Range
Hover Boards, UL...
⭐⭐⭐⭐ 15
$235.99 ✓prime

TOMOLOO Hoverboards
with Bluetooth Speakers
and Led Lights, Two
Wheels Electric Sel...
⭐⭐⭐ 5
$229.99

JOLEGE Hoverboard,
6.5" Two-Wheel Self
Balancing Hoverboards -
LED Light Wheel Scoo...
⭐⭐⭐⭐ 793
$134.99

Ad feedback ▭

## Customers who viewed this item also viewed

Page 1 of 9








Hover-1 Helix Electric
Hoverboard Scooter
⭐⭐⭐⭐ 96
$179.99

JOLEGE Hoverboard,
6.5" Two-Wheel Self
Balancing Hoverboards -
LED Light Wheel...
⭐⭐⭐⭐ 793
**#1 Best Seller** in Self
Balancing Scooters
$124.99 - $139.99

TOMOLOO Hoverboard
Bluetooth with Led Light
Flashing Wheels, Hover
Board for Kids, Self...
⭐⭐⭐⭐ 22
$229.99 - $230.99

TOMOLOO Music-
Rhythmed Hoverboard
for Kids and Adult Two-
Wheel Self-Balancing...
⭐⭐⭐⭐ 1,170
$249.99 - $399.99

TOMOLOO Hoverboard
with Bluetooth Speaker
and LED Lights Self-
Balancing Scooter...
⭐⭐⭐⭐ 885
$259.99

## Special offers and product promotions

Color: Blue

- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. **Register a free business account**
- **Your cost could be $179.99 instead of $229.99**! Get a **$50 Amazon Gift Card** instantly upon approval for the **Amazon Rewards Visa Card** Apply now

# Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

## Product details

---

Document title: Amazon.com : TOMOLOO Music-Rhythmed Hoverboard 6.5 inch Electric Scooter- UL2272 Certificated with Bluetooth Speaker LED Lights Kids and Adul...
Capture URL: https://www.amazon.com/TOMOLOO-Music-Rhythmed-Hoverboard-Electric-Scooter/dp/B082VY7SRM/ref=zg_bs_13130176011_99?...
Capture timestamp (UTC): Wed, 05 Aug 2020 19:49:58 GMT
Page 3 of 8

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

---

## Product details

Color: **Blue**

**Shipping Weight:** 19.6 pounds (View shipping rates and policies)

**ASIN:** B07H4GSSQG

**Item model number:** Q3

**Batteries** 1 Lithium ion batteries required. (included)

**Customer Reviews:** ⭐⭐⭐⭐⭐ ⌄ 1 customer rating

**Amazon Best Sellers Rank:** #132,660 in Sports & Outdoors (See Top 100 in Sports & Outdoors)
#105 in Self Balancing Scooters

Would you like to **tell us about a lower price?** ⌄

---

## Videos

Page 1 of 4

### Videos for related products



Top 10 Best Hoverboard & Self Balancing Scooters

Top 10 Zone



Top 10 Latest Hoverboard & Self Balancing Scooters

Top 10 Zone



Gyroor Warrior G2 Self Balancing Scooter Review

Top 10 Zone



The 10 Best S... Scooters

Ezvid Wiki

Upload your video

---

## Sponsored products related to this item

Page 1 of 5



Swagtron Swagboard Twist Lithium-Free UL2272 Certified Hoverboard with...
⭐⭐⭐☆☆ 2
$109.00



TOMOLOO Hoverboard with Bluetooth Speaker UL2272 Certified Self Balancing Electric ...
⭐⭐⭐⭐½ 176
$249.99 ✓prime



EPCTEK Hoverboard, Self Balancing Hoverboards with Bluetooth Speaker - UL2272 Certi...
⭐⭐⭐⭐☆ 296
$134.99



Glion Dolly Foldable Lightweight Adult Electric Scooter w/ Premium Li-Ion Battery
⭐⭐⭐⭐☆ 656
$429.99 ✓prime



Swagtron Swagboard Pro T1 UL 2272 Certified Hoverboard Electric Self-Balancing Scoo...
⭐⭐⭐½☆ 240
$246.80 ✓prime

Ad feedback

---

Document title: Amazon.com : TOMOLOO Music-Rhythmed Hoverboard 6.5 inch Electric Scooter- UL2272 Certificated with Bluetooth Speaker LED Lights Kids and Adul…
Capture URL: https://www.amazon.com/TOMOLOO-Music-Rhythmed-Hoverboard-Electric-Scooter/dp/B082VY7SRM/ref=zg_bs_13130176011_99?…
Capture timestamp (UTC): Wed, 05 Aug 2020 19:49:58 GMT
Page 4 of 8

Swagtron Swagboard Twist Lithium-Free UL2272 Certified Hoverboard with...
★★★☆☆ 2
$109.00

TOMOLOO Hoverboard with Bluetooth Speaker UL2272 Certified Self Balancing Electric ...
★★★★½ 176
$249.99 ✓prime

EPCTEK Hoverboard, Self Balancing Hoverboards with Bluetooth Speaker - UL2272 Certi...
★★★★☆ 296
$134.99

Glion Dolly Foldable Lightweight Adult Electric Scooter w/ Premium Li-Ion Battery
★★★★☆ 656
$429.99 ✓prime

Swagtron Swagboard Pro T1 UL 2272 Certified Hoverboard Electric Self-Balancing Scoo...
★★★☆☆ 240
$246.80 ✓prime

Ad feedback ▢

## Customer questions & answers

🔍 Have a question? Search for answers

Typical questions asked about products:

- Is the item durable?

- Is this item easy to use?

- What are the dimensions of this item?

## Customer reviews

★★★★★ 5 out of 5

1 customer rating

| | | |
|---|---|---|
| 5 star | | 100% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

⌄ How does Amazon calculate star ratings?

## Review this product

Share your thoughts with other customers

Write a customer review

**No customer reviews**

There are 0 customer reviews and 1 customer rating.

amazon essentials

Colorful, lightweight comfort for him from $25
Shop now

Sponsored ❶



Colorful, lightweight
comfort for him from $25

Shop now

Sponsored ⓘ

## What other items do customers buy after viewing this item?

Page 1 of 3

    

**Hover-1 Helix Electric Hoverboard Scooter**
★★★★☆ 96
$179.99

**JOLEGE Hoverboard, 6.5" Two-Wheel Self Balancing Hoverboards - LED Light Wheel...**
★★★★☆ 793
**#1 Best Seller** in Self Balancing Scooters
$124.99 - $139.99

**SISIGAD Hoverboard Self Balancing Scooter 6.5" Two-Wheel Self Balancing Hoverboard...**
★★★★☆ 57
$134.99 - $139.99

**Hover Hoverboard Electric Scooter**
★★★★☆ 35
$249.99 - $386.01

**TOMOLOO Hoverboard Bluetooth with Led Light Flashing Wheels, Hover Board for Kids, Self...**
★★★★☆ 22
$229.99 - $230.99



Men's 4+ star shoes
Discover our bestselling footwear styles for him
SHOP NOW

fashion

Sponsored ⓘ

## Inspired by your browsing history

Page 1 of 12

     

**Hover-1 Buggy Attachment for Transforming Hoverboard Scooter...**
★★★★☆ 1,198
$76.99 - $112.98

**TOMOLOO Music-Rhythmed Hoverboard for Kids and Adult Two-Wheel Self-Balancing...**
★★★★☆ 1,170
1 offer from $399.99

**TOMOLOO Self-Balancing Scooter Carrying Handbag Backpack Bag for 6.5"...**
★★★★☆ 16
$9.99

**TOMOLOO Hoverboard Pink for Girls and Boys, Hoverboard Bluetooth and Led Lights with...**
★★★★★ 2
$229.99 ✓prime

## Deals in magazine subscriptions

Page 1 of 11

   

Document title: Amazon.com : TOMOLOO Music-Rhythmed Hoverboard 6.5 inch Electric Scooter- UL2272 Certificated with Bluetooth Speaker LED Lights Kids and Adul...
Capture URL: https://www.amazon.com/TOMOLOO-Music-Rhythmed-Hoverboard-Electric-Scooter/dp/B082VY7SRM/ref=zg_bs_13130176011_99?...
Capture timestamp (UTC): Wed, 05 Aug 2020 19:49:58 GMT
Page 6 of 8



Transforming
Hoverboard Scooter...
★★★★☆ 1,198
$76.99 - $112.98

for Kids and Adult Two-
Wheel Self-Balancing...
★★★★☆ 1,170
1 offer from $399.99

Carrying Handbag
Backpack Bag for 6.5"...
★★★★☆ 16
$9.99

Hoverboard Bluetooth
and Led Lights with...
★★★★★ 2
$229.99 ✓prime

## Deals in magazine subscriptions

Page 1 of 11

**Real Simple**
★★★★☆ 4,132
Print Magazine
$5.00

**National Geographic Kids**
★★★★☆ 3,610
Print Magazine
$15.00

**Poets & Writers**
★★★★☆ 200
Print Magazine
$5.00

**Birds & Blooms**
★★★★☆ 1,724
Print Magazine
$5.00

## Your Browsing History

View or edit your browsing history ›

Page 1 of 3

See personalized recommendations

**Sign in**

New customer? Start here.



**Back to top**

### Get to Know Us
Careers
Blog
About Amazon
Press Center
Investor Relations
Amazon Devices
Amazon Tours

### Make Money with Us
Sell on Amazon
Sell Under Amazon Accelerator
Sell on Amazon Handmade
Sell on Amazon Business
Sell Your Apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Make Money with Us

### Amazon Payment Products
Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon Business Card
Amazon.com Corporate Credit Line
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

### Let Us Help You
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help

**amazon**

⊕ English ⌄

🇺🇸 United States ⌄

**Back to top**

## Get to Know Us

Careers

Blog

About Amazon

Press Center

Investor Relations

Amazon Devices

Amazon Tours

## Make Money with Us

Sell on Amazon

Sell Under Amazon Accelerator

Sell on Amazon Handmade

Sell on Amazon Business

Sell Your Apps on Amazon

Become an Affiliate

Advertise Your Products

Self-Publish with Us

Host an Amazon Hub

› See More Make Money with Us

## Amazon Payment Products

Amazon Rewards Visa Signature Cards

Amazon.com Store Card

Amazon Business Card

Amazon.com Corporate Credit Line

Shop with Points

Credit Card Marketplace

Reload Your Balance

Amazon Currency Converter

## Let Us Help You

Amazon and COVID-19

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Amazon Assistant

Help

amazon

⊕ English ⇕      🇺🇸 United States

**Amazon Music**
Stream millions
of songs

**Amazon Advertising**
Find, attract, and
engage customers

**Amazon Drive**
Cloud storage
from Amazon

**6pm**
Score deals
on fashion brands

**AbeBooks**
Books, art
& collectibles

**ACX**
Audiobook
Publishing
Made Easy

**Alexa**
Actionable
Analytics
for the Web

**Sell on Amazon**
Start a Selling
Account

**Amazon Business**
Everything For
Your Business

**Amazon Fresh**
Groceries & More
Right To Your
Door

**AmazonGlobal**
Ship Orders
Internationally

**Home Services**
Experienced
Pros
Happiness
Guarantee

**Amazon Ignite**
Sell your original
Digital Educational
Resources

**Amazon Rapids**
Fun stories for
kids on the go

**Amazon Web Services**
Scalable Cloud
Computing
Services

**Audible**
Listen to Books &
Original
Audio
Performances

**Book Depository**
Books With Free
Delivery
Worldwide

**Box Office Mojo**
Find Movie
Box Office Data

**ComiXology**
Thousands of
Digital Comics

**CreateSpace**
Indie Print
Publishing
Made Easy

**DPReview**
Digital
Photography

**East Dane**
Designer Men's
Fashion

**Fabric**
Sewing, Quilting
& Knitting

**Goodreads**
Book reviews
&
recommendations

**IMDb**
Movies, TV
& Celebrities

**IMDbPro**
Get Info
Entertainment
Professionals
Need

**Kindle Direct Publishing**
Indie Digital
Publishing
Made Easy

**Prime Now**
FREE 2-hour
Delivery
on Everyday Items

**Amazon Photos**
Unlimited Photo
Storage
Free With Prime

**Prime Video Direct**
Video Distribution
Made Easy

**Shopbop**
Designer
Fashion Brands

**Amazon Warehouse**
Great Deals on
Quality Used Products

**Whole Foods Market**
America's
Healthiest
Grocery Store

**Woot!**
Deals and
Shenanigans

**Zappos**
Shoes &
Clothing

**Ring**
Smart Home
Security Systems

**eero WiFi**
Stream 4K Video
in Every Room

**Neighbors App**
Real-Time Crime
& Safety Alerts

**Amazon Subscription Boxes**
Top subscription boxes – right
to your door

**PillPack**
Pharmacy
Simplified

**Amazon Renewed**
Like-new products
you can trust

**Amazon Second Chance**
Pass it on, trade it
in,
give it a second
life

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2020, Amazon.com, Inc. or its affiliates

Document title: Amazon.com : TOMOLOO Music-Rhythmed Hoverboard 6.5 inch Electric Scooter- UL2272 Certificated with Bluetooth Speaker LED Lights Kids and Adul…
Capture URL: https://www.amazon.com/TOMOLOO-Music-Rhythmed-Hoverboard-Electric-Scooter/dp/B082VY7SRM/ref=zg_bs_13130176011_99?…
Capture timestamp (UTC): Wed, 05 Aug 2020 19:49:58 GMT


Case: 1:20-cv-04806 Document #: 101-8 Filed: 11/19/20 Page 50 of 75 PageID #:2583




Hello
Select your address

Best Sellers    Customer Service    Today's Deals    New Releases    Find a Gift    Whole Foods      Shop All for School

PillPack by amazon pharmacy    **Your medication, delivered**     Learn more >

Sports & Outdoors › Outdoor Recreation › Skates, Skateboards & Scooters › Scooters & Equipment › Scooters › Self Balancing Scooters

## Lower Priced Item to Consider

TOMOLOO Music-Rhythmed Hoverboard 6.5 inch Electric Scooter - UL2272 Certificated with Bluetooth Speaker LED Lights Kids and Adult Two-Wheel Self-Balancing Scooter (Black)
★★★★★ 4
$229⁹⁹

Is this feature helpful?   Yes   No





Roll over image to zoom in

## TOMOLOO Music-Rhythmed Hoverboard for Kids and Adult Two-Wheel Self-Balancing Scooter- UL2272 Certificated with Music Speaker- Colorful RGB LED Light

by TOMOLOO

★★★★½ ∨   1,193 ratings

| 7 answered questions

Price: **$399.99** & FREE Shipping. Details
& FREE Returns

Get $50 off instantly: Pay $349.99 upon approval for the Amazon Rewards Visa Card.

Color: **Black**

- ✦✦ INTERNATIONAL HIGHEST SAFETY STANDARDS: UL2272 Certified of hoverboard and MSDS/UN38.3 and UL2271 safety of battery. We provide international highest safety standards reports.
- ✦✦ HIGH-TEMPERATURE RESISTANCE AND FIRE RETARDANCE: The material and manufacturing process of the shell is similar to those of iPhone shell, which is with the features of high-temperature resistance and fire retardance, as well as high strength and toughness.
- ✦✦ THE NEW MUSIC STEREO SPEAKER & RGB LED LIGHT DESIGN: Bluetaath 4.0 technology and seamless integrated cavity design, provide stereo surround sound. Awesome RGB LED design to present you a colorful lighting when riding.
- ✦✦ UNIQUE MUSIC-RHYTHMED



$399.99
& FREE Shipping. Details
& FREE Returns ∨

Arrives: **Tuesday, Aug 25** Details

Fastest delivery: **Friday, Aug 21**
Order within 37 mins Details

**Only 5 left in stock - order soon.**

Qty: 1 ∨

Add to Cart

Buy Now

🔒 Secure transaction

Ships from    Amazon
Sold by      TOMOLOO INT

**prime**

**Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime**

Try Prime and start saving today with **Fast, FREE Delivery**

☐ Add gift options

◎ Select delivery location

Add to List

Share ✉ 📘 🐦 📌



Roll over image to zoom in

high strength and roughness.

& RGB LED LIGHT DESIGN: Bluetooth 4.0 technology and seamless integrated cavity design, provide stereo surround sound. Awesome RGB LED design to present you a colorful lighting when riding.

- ➤➤ UNIQUE MUSIC-RHYTHMED HOVERBOARD: LED lights synchronously change color and twinkle as the Music's Rhythm changes. Cruising speed of 12 km/h with long distance for riders up to 165lbs. Super Storage Capacity last for 10 km after per charge. 17.6lbs easy to carry with to everywhere!

- ➤➤ 12 MONTHS WARRANTY, 100% SATISFYING GUARANTEED: one year warranty for wheel hub motor, controller and battery, half a year warranty for charger from the date of purchase.Any issue just don't hesitate to contact us.

**Delivery**

☐ Add gift options

⦿ Select delivery location

Add to List

Share ✉ 📘 🐦 📌

Have one to sell?

Sell on Amazon



JOLEGE Self Balancing Hoverboard, 6.5" Hoverboards…
★★★★☆ 212
$134.99

Sponsored ⓘ

JOLEGE Self Balancing Hoverboard, 6.5" Hoverboards Self…

Sponsored ⓘ

## Inspired by your recent shopping trends

Page 1 of 15









Swagtron 82082-2 Swagboard Duro T8 Lithium-Free Hoverboard Startup Self Balancing…
★★★☆☆ 104
2 offers from $139.00

EPIKGO Self Balancing Scooter Hover Self-Balance Board - UL2272 Certified, All-Terrain 8.5"…
★★★★☆ 175
$468.85

Swagtron Swagboard Pro T1 UL 2272 Certified Hoverboard Electric Self-Balancing Scooter
★★★★☆ 322

VOYAGER Hoverboard Air Wheel Offroad Electric Hoverboard, Rugged 8.5 Inch All Terrain Wheels,…
★★★★★ 2
$399.99

Hover-1 Hoverboard Bluetooth Speaker Self Balancing Hover Board Electric Scooter for Kids…
★★★★☆ 13
$199.99

## Sponsored products related to this item

Page 1 of 26











Document title: Amazon.com: TOMOLOO Hoverboard, Electric Self-Balancing Smart Scooter, UL 2272 Certified Hover Board 6.5 Two-Wheel with Music Speaker and LE…
Capture URL: https://www.amazon.com/TOMOLOO-Hoverboard-Self-Balancing-Certified-Two-Wheel/dp/B078JVPSP1/ref=sr_1_1?…
Capture timestamp (UTC): Mon, 17 Aug 2020 16:38:07 GMT

    

**TOMOLOO Hover Boards for Kids, Hoverboards Bluetooth and LED Lights with Speaker,Se...**
⭐⭐⭐⭐☆ 26
$229.99 ✓prime

**Longtime Kids 2020 Edition Hoverboard Self Balancing Scooter with LED Lights Flashi...**
⭐⭐⭐⭐☆ 51
$116.00

**TOMOLOO Wide Wheels Hoverboard with Wireless Bluetooth Speaker and Blue LED Lights ...**
$239.99 ✓prime

**Hoverboard Off Road All Terrain Warrior Hoverboards with 8.5 inch Tires, self Balan...**
⭐⭐⭐⭐½ 166
$299.00 ✓prime

**TOMOLOO Music-Rhythmed Hoverboard 6.5 inch Electric Scooter-UL2272 Certificated wi...**
⭐⭐⭐⭐⭐ 4
$219.99 ✓prime

Ad feedback ▢

## Customers who bought this item also bought

Page 1 of 10

    

**Hover-1 Buggy Attachment for Transforming Hoverboard Scooter into Go-Kart**
⭐⭐⭐⭐½ 1,383
$79.99

**TOMOLOO Self-Balancing Scooter Carrying Handbag Backpack Bag for 6.5" Two-Wheel Hover...**
⭐⭐⭐⭐½ 16
$10.99

**TOMOLOO Hoverboard Self Balance Scooter 2 Wheels UL2272 Certified**
⭐⭐⭐⭐⭐ 5
$9.99

**ULIKEIT Hoverboard Seat Attachment Go Kart Hover Kart Accessories for Adults Kids Fits Hover Board...**
⭐⭐⭐⭐☆ 185
$59.99

**yabbay Hoverboards Seat Attachment Go Karts Carts,Transforms Your Hoverboards into Go-Kart**
⭐⭐⭐⭐½ 592
$62.00

## Special offers and product promotions

Color: Black

- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. **Register a free business account**

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

## Product details

Color: Black

**Item Weight:** 17.6 pounds

**Shipping Weight:** 20.3 pounds (View shipping rates and policies)

**ASIN:** B078JVPSP1

**Batteries** 1 Lithium ion batteries required.

**Customer Reviews:** ⭐⭐⭐⭐½ ⌄ 1,193 customer ratings

**Amazon Best Sellers Rank:** #47,734 in Sports & Outdoors (See Top 100 in Sports & Outdoors)
    #46 in Self Balancing Scooters
    #548 in Skateboarding Equipment

Would you like to **tell us about a lower price?** ⌄

**Batteries** 1 Lithium ion batteries required.

**Customer Reviews:** ★★★★☆ 2,702 customer ratings

**Amazon Best Sellers Rank:** #47,734 in Sports & Outdoors (See Top 100 in Sports & Outdoors)
   #46 in Self Balancing Scooters
  #548 in Skateboarding Equipment

Would you like to **tell us about a lower price?** ⌄

## Videos

Page 1 of 4

### Videos for this product



The 5 Best Hoverboards

BestReviews



The 5 Best Off-Road Hoverboards

BestReviews



TOMOLOO Music-Rhythmed Hoverboard for Kids

TOMOLOO Offical



CXMScooter Sel
Hoverboard 6.5

Leanna

Upload your video

---

### Sponsored products related to this item

Page 1 of 16





TOMOLOO Hover Boards for Kids, Hoverboards Bluetooth and LED Lights with Speaker,Se...
★★★★☆ 26
$229.99 ✓prime



TOMOLOO 6.5" Off Road Hover Board All Terrain Tires, Heavy Duty Hoverboard for Adul...
$239.99 ✓prime



SISIGAD Hoverboard 6.5" Self Balancing Scooter with Colorful LED Wheels Lights Two-...
★★★★☆ 621
$134.99



TOMOLOO Wide Wheels Hoverboard with Wireless Bluetooth Speaker and Blue LED Lights ...
$239.99 ✓prime



TOMOLOO Music-Rhythmed Hoverboard 6.5 inch Electric Scooter-UL2272 Certificated wi...
★★★★★ 4
$219.99 ✓prime

Ad feedback 💬





kindleunlimited
Discover and fall in love with a new series

Learn more ▶

Sponsored ⓘ



Sponsored ⓘ

## Customer questions & answers

🔍 Have a question? Search for answers

| | | |
|---|---|---|
| ▲ 7 votes ▼ | **Question:** | How long does the battery last? |
| | **Answer:** | 15 minutes- horrible battery life |
| | | By Chance Engel on November 25, 2019 |
| | | ⌄ See more answers (2) |

| | | |
|---|---|---|
| ▲ 3 votes ▼ | **Question:** | Are the tires rubber or plastic? |
| | **Answer:** | Tires are solid rubber. |
| | | By TOMOLOO Offical SELLER on June 3, 2018 |

| | | |
|---|---|---|
| ▲ 2 votes ▼ | **Question:** | Do the lights still work when music isnt playing? |
| | **Answer:** | Yes, they work the whole time the hoverboard is on and in use. Very cool feature!! |
| | | By Jackie M. on October 5, 2018 |
| | | ⌄ See more answers (3) |

| | | |
|---|---|---|
| ▲ 1 vote ▼ | **Question:** | what is recommended age? |
| | **Answer:** | I'm not sure of the recommended age, but my 4 year old niece rides it like a pro. |
| | | By Stacy S on November 20, 2018 |
| | | ⌄ See more answers (4) |

See more answered questions (141)

## Customer reviews

⭐⭐⭐⭐½ 4.4 out of 5

1,193 customer ratings

| | |
|---|---|
| 5 star | 75% |
| 4 star | 12% |
| 3 star | 3% |
| 2 star | 2% |
| 1 star | 9% |

⌄ How does Amazon calculate star ratings?

### By feature

| | | |
|---|---|---|
| Easy to learn | ⭐⭐⭐⭐½ | 4.6 |
| Stability | ⭐⭐⭐⭐½ | 4.5 |
| Sturdiness | ⭐⭐⭐⭐½ | 4.4 |

### Customer images

   

See all customer images

### Read reviews that mention

hoverboard · battery life · easy to learn · old son · around the house · easy to use · christmas gift · highly recommend · weight limit · absolutely loves · stopped working · self balancing · well made

Top reviews ⌄

Document title: Amazon.com: TOMOLOO Hoverboard, Electric Self-Balancing Smart Scooter, UL 2272 Certified Hover Board 6.5 Two-Wheel with Music Speaker and LE…
Capture URL: https://www.amazon.com/TOMOLOO-Hoverboard-Self-Balancing-Certified-Two-Wheel/dp/B078JVPSP1/ref=sr_1_1?…
Capture timestamp (UTC): Mon, 17 Aug 2020 16:38:07 GMT

## By feature

| | | |
|---|---|---|
| Easy to learn | ★★★★☆ | 4.6 |
| Stability | ★★★★☆ | 4.5 |
| Sturdiness | ★★★★☆ | 4.4 |

⌄ See more

## Review this product

Share your thoughts with other customers

[ Write a customer review ]



*fashion*

**New arrivals**

Find our latest looks in clothing, footwear, and more

SHOP NOW

Sponsored ⓘ



| | | | |
|---|---|---|---|
| easy to use | christmas gift | highly recommend | weight limit |
| absolutely loves | stopped working | self balancing | well made |

[ Top reviews ▾ ]

**catherine hughes**

★★★★★ **Best Hover Board Ever.**
Reviewed in the United States on December 29, 2018
Color: Black | Verified Purchase



I can wholeheartedly say this Hover Board is the BEST. I brought 3 for my grandkids for Christmas and came charged easy to operate and easy to understand the book. I'm very impressed as well as extra Happy. My grandkids have been riding them none stop. Off of them to charge or bed time. They love this Santa gift 🎁 and so do I Thank you for the very best experience We could ask for. We also got the seats for on them but until the weather clears we won't know about them. But I'm sure my grandkids will love them just as much. So if your looking for a hover board for your kiddos This one is by far the

⌄ Read more

565 people found this helpful

[ Helpful ] | Comment | Report abuse

**anthony mclelland**

★★★★★ **TOMOLOO THE ONE AND ONLY HOOVERBORAD OUT THERE FOR ANY AGE**
Reviewed in the United States on December 25, 2018
Color: Black | Verified Purchase

I havent found one bad thing about this hooverboard.this is a amazing product I got it for my daughter for Christmas and she was as nervous as me when she first started riding but u will tell you what she was able to ride it with no problem what's so ever and this was the first one she has ever put her feet on.WAY TO GO TOMOLOO.I have had a lot of buddy's buy them for there kids and they had nothing but problems so all I have to say is dont waste your time on all the other hooverboard just skip the junk and go straight to number 1 it is amazing product and the speaker are awesome and are do cool with lights I couldn't say enough good things about this product so all I can say is TOMOLOO IS THE ONE AND ONLY HOOVERBORAD FOR ANY AGE GREAT JOB THANK YOU SO MUCH



548 people found this helpful

[ Helpful ] | Comment | Report abuse

**Deanna Reyn**

★★★★★ **Best Hover board since sliced bread!** 😊
Reviewed in the United States on January 13, 2019



Helpful    |    Comment    Report abuse

**Deanna Reyn**

⭐⭐⭐⭐⭐ **Best Hover board since sliced bread!** 😊
Reviewed in the United States on January 13, 2019
Color: Black  |  Verified Purchase



This was my daughters Xmas wish come true. She is on it as much as possible. My house is rearranged so she can go wherever she wants. Its funny and quite entertaining. It's very durable. I have had no problems. The sound is actually way better then I thought would come from a hover board and the lights well they are just a huge bonus. It came on time exactly as I was promised. I would recommend this hover board. The company Tomoloo seems to really value their customers satisfaction. What a nice little treat Tomoloo. Thank you.

525 people found this helpful


Helpful    |    Comment    Report abuse

**Sonja Flemming**

⭐⭐⭐⭐⭐ **Highly recommend**
Reviewed in the United States on June 6, 2018
Color: Black  |  Verified Purchase

I was in search for a hoverboard for my daughter's birthday. I looked up online good ones to buy and they say Tomoloo is the best to buy. All the ones that I was reading about they would be shipped to you broken, have to pay for shipping, problems with Bluetooth, Etc... Tomoloo never had any bad reviews, or complaints! We got ours and it was completely perfect! If I am ever in search of a new hoverboard I will definitely order from here! I highly recommend! The shipping was super fast, love the price, love the color, love the Bluetooth capability and lights! My daughter cannot stay off of it! She loves her hoverboard!

597 people found this helpful


Helpful    |    Comment    Report abuse

**LAAJ**

⭐⭐⭐☆☆ **unsure**
Reviewed in the United States on July 28, 2018
Color: Black  |  Verified Purchase

I purchased this for our son's 10th birthday. The 1st use was good. It was Fun & he absolutely loved to ride while playing music! We charged it overnight, and the very 2nd use he couldn't get on it. Kept beeping & spinning off, very fast. He wasn't able to step on it, it was dangerous. I called amazon customer service & they gave us a credit so we can re-order a new one. Hoping the new one works like it should! I will update my review after we try the new hoverboard.

457 people found this helpful


Helpful    |    Comment    Report abuse

**I love glitter**

beeping & spinning off, very fast. He wasn't able to step on it, it was dangerous. I called amazon up & returned it, they paid for shipping as this is so dangerous & not worth the trouble. I hope my new one works like it should! I will update my review after we try the new hoverboard.

457 people found this helpful

Helpful | Comment | Report abuse

 I love glitter

⭐⭐⭐⭐⭐ **GREAT hover board!**
Reviewed in the United States on January 10, 2019
Color: Black | Verified Purchase



I was very skeptical about purchasing this hover board but my daughter wanted it so bad so I decided to buy it for Christmas. She hasnt gotten off it since! Took her a few times with me holding her hand until she was able to catch on. We also watched a utube video on how to get on and off. That was the best thing we did! She's a little pro now. I recommend a helmet, knee and elbow pads. We just LOVE the blue tooth. She connects it to her phone and rides all over the house, basement and garage right now because it's cold

out. The lights on the board and wheels are awesome as well!! The build is very sturdy and not cheaply

⌄ Read more



145 people found this helpful

Helpful | Comment | Report abuse

 Adrienne

⭐☆☆☆☆ **Quick Fun**
Reviewed in the United States on August 10, 2018
Color: Black | Verified Purchase

We've had for a few days. Bought for a 11 year old, as birthday present & she absolutely loved it. Once she got the hang of it, there was been no turning back. We we're concerned with all the bad talk about them being dangerous. Our only Ouse use it's not running after a week of having & I've sent multiple emails to Tomoloo with no response on resolution on fixing, exchange or refund. I just bought on Aug 2 the LED Status Indicator turns on light when she turns on or steps on & the scooter has a more than 10 degree forward or backwards tilt. What do I need to do to fix, get a replacement for the issue malfunction or return?

83 people found this helpful

Helpful | Comment | Report abuse

 Praveenrajeshr

⭐⭐⭐⭐⭐ **Tomoloo X-Men... musical and safe hoverboard**
Reviewed in the United States on January 28, 2019
Color: Black | Verified Purchase



I recently brought this as a new year present for my daughter and she really

Praveenrajeshr

⭐⭐⭐⭐⭐ **Tomoloo X-Men... musical and safe hoverboard**
Reviewed in the United States on January 28, 2019
Color: Black | Verified Purchase



I recently brought this as a new year present for my daughter and she really loves it. She is using a hover board for the first time and with Tomoloo she could immediately learn it. Tomoloo has a fantastic self balancing technology and also the blue tooth music play is fun. One of the important things which made me comfortable to buy Tomoloo is its safety certifications. I also liked the phone app wherein you can change the light colors, check battery status and distance covered. One thing you need to importantly know is to not press the ON button too long because it changes the self balancing mode a bit and it

˅ Read more

73 people found this helpful

| Helpful | Comment | Report abuse

**See all reviews from the United States ›**

---

**4 stars and above** Sponsored                                              Page 1 of 3







| Hoverboard Off Road All Terrain Warrior Hoverboards with 8.5 inch Tires, self Balan... | UNI-SUN 6.5" Hoverboard for Kids, Self Balancing Hoverboard with Bluetooth and LED... | JOLEGE Self Balancing Hoverboard, 6.5" Hoverboards Self Balancing Scooter for... | UNI-SUN 6.5" Bluetooth Hoverboard for Kids, Self Balancing Hoverboard with Bluetoot... | JOLEGE Hoverboard 6.5" Self Balancing Hoverboards for Kids with LED Light - UI2272 ... |
|---|---|---|---|---|
| ⭐⭐⭐⭐½ 166 | ⭐⭐⭐⭐½ 196 | ⭐⭐⭐⭐☆ 209 | ⭐⭐⭐⭐☆ 208 | ⭐⭐⭐⭐½ 937 |
| $299.00 ✓prime | $134.99 | $124.99 | $134.99 | $124.99 |

Ad feedback 💬

Men's 4+ star shoes
Discover our bestselling footwear styles for him    SHOP NOW    *fashion*

Sponsored ⓘ

**Pages with related products.** See and discover other items: riding light, balance play equipment, fast hoverboard, Best battery scooters for kids, Best segway for kids, Explore electric skateboards for kids

---

## Inspired by your browsing history                                      Page 1 of 10

---



## Inspired by your browsing history

Page 1 of 10

**Hover-1 Buggy Attachment for Transforming Hoverboard Scooter into Go-Kart**
★★★★½ 1,383
$79.99

**Hiboy HC-02 Hoverboard Go Kart with Rear Suspension Seat Attachment Accessory...**
★★★★☆ 247
$109.00

**TOMOLOO Self-Balancing Scooter Carrying Handbag Backpack Bag for 6.5" Two-Wheel Hover...**
★★★★½ 16
$10.99

**EverCross Hoverboard Seat Attachment, New Gen Hoverboard Seat with Safety Brake System,...**
★★★★½ 133
$70.99 - $77.97

**Hover-1 Falcon 1 Hoverboard Seat Attachment Turbo Light, Transform Your...**
★★★★☆ 224
$79.99

## Deals in magazine subscriptions

Page 1 of 10

**National Geographic Kids**
★★★★½ 4,113
Print Magazine
$7.00

**Ranger Rick Jr.**
★★★★½ 298
Print Magazine
$15.00

**Real Simple**
★★★★½ 4,594
Print Magazine
$5.00

**Better Homes & Gardens**
★★★★½ 3,814
Print Magazine
$5.00

**Family Handyman**
★★★★½ 7,242
Print Magazine
$5.00

**Your Browsing History**   View or edit your browsing history ›

Page 1 of 4

See personalized recommendations

**Sign in**

New customer? Start here.



Back to top

**Get to Know Us**
Careers
Blog
About Amazon
Press Center
Investor Relations

**Make Money with Us**
Sell on Amazon
Sell Under Amazon Accelerator
Sell on Amazon Handmade
Sell on Amazon Business

**Amazon Payment Products**
Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon Business Card
Amazon.com Corporate Credit Line

**Let Us Help You**
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies

**Back to top**

## Get to Know Us

Careers

Blog

About Amazon

Press Center

Investor Relations

Amazon Devices

Amazon Tours

## Make Money with Us

Sell on Amazon

Sell Under Amazon Accelerator

Sell on Amazon Handmade

Sell on Amazon Business

Sell Your Apps on Amazon

Become an Affiliate

Advertise Your Products

Self-Publish with Us

Host an Amazon Hub

› See More Make Money with Us

## Amazon Payment Products

Amazon Rewards Visa Signature Cards

Amazon.com Store Card

Amazon Business Card

Amazon.com Corporate Credit Line

Shop with Points

Credit Card Marketplace

Reload Your Balance

Amazon Currency Converter

## Let Us Help You

Amazon and COVID-19

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Amazon Assistant

Help

amazon

| 🌐 English | ▾ | | 🇺🇸 United States |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Amazon Music** Stream millions of songs | **Amazon Advertising** Find, attract, and engage customers | **Amazon Drive** Cloud storage from Amazon | **6pm** Score deals on fashion brands | **AbeBooks** Books, art & collectibles | **ACX** Audiobook Publishing Made Easy | **Alexa** Actionable Analytics for the Web |
| **Sell on Amazon** Start a Selling Account | **Amazon Business** Everything For Your Business | **Amazon Fresh** Groceries & More Right To Your Door | **AmazonGlobal** Ship Orders Internationally | **Home Services** Experienced Pros Happiness Guarantee | **Amazon Ignite** Sell your original Digital Educational Resources | **Amazon Rapids** Fun stories for kids on the go |
| **Amazon Web Services** Scalable Cloud Computing Services | **Audible** Listen to Books & Original Audio Performances | **Book Depository** Books With Free Delivery Worldwide | **Box Office Mojo** Find Movie Box Office Data | **ComiXology** Thousands of Digital Comics | **CreateSpace** Indie Print Publishing Made Easy | **DPReview** Digital Photography |
| **East Dane** Designer Men's Fashion | **Fabric** Sewing, Quilting & Knitting | **Goodreads** Book reviews & recommendations | **IMDb** Movies, TV & Celebrities | **IMDbPro** Get Info Entertainment Professionals Need | **Kindle Direct Publishing** Indie Digital Publishing Made Easy | **Prime Now** FREE 2-hour Delivery on Everyday Items |
| **Amazon Photos** Unlimited Photo Storage Free With Prime | **Prime Video Direct** Video Distribution Made Easy | **Shopbop** Designer Fashion Brands | **Amazon Warehouse** Great Deals on Quality Used Products | **Whole Foods Market** America's Healthiest Grocery Store | **Woot!** Deals and Shenanigans | **Zappos** Shoes & Clothing |
| **Ring** Smart Home Security Systems | **eero WiFi** Stream 4K Video in Every Room | **Neighbors App** Real-Time Crime & Safety Alerts | **Amazon Subscription Boxes** Top subscription boxes – right to your door | **PillPack** Pharmacy Simplified | **Amazon Renewed** Like-new products you can trust | **Amazon Second Chance** Pass it on, trade it in, give it a second life |

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2020, Amazon.com, Inc. or its affiliates



## Frequently bought together



Total price: **$227.89**

[ Add all three to Cart ]
[ Add all three to List ]

☑ **This item:** XPRIT Hoverboard w/Bluetooth Speaker $149.95
☑ KKA Hoverboard Accessories, Hoverboard Seat Attachment Fits Self Balancing Scooter Go Cart Frame $63.95
☑ Cosmos Portable Waterproof Carrying Bag Handbag for 6.5 inches Two Wheels Self Balancing Smart... $13.99

**$173.05**

[ Add to Cart ]

+ $6.99 shipping
Sold by: B & Z Co.

Have one to sell?

[ Sell on Amazon ]



LERUJIFL Kids Adjustable Helmet, Suitable for Toddler Kids Age...
★★★★½ 77
$22.99

Sponsored ⓘ

## Inspired by your recent shopping trends

Page 1 of 23





**VOYAGER Hoverboard Air Wheel Offroad Electric Hoverboard, Rugged 8.5 Inch All...**
★★★★★ 1
$399.99 ✓prime

**TOMOLOO Hoverboard with Bluetooth Speaker and LED Lights Self-Balancing Scooter...**
★★★★½ 885
$259.99 ✓prime

**LIEAGLE Hoverboard, 6.5" Self Balancing Scooter Hover Board with UL2272 Certified...**
★★★★½ 443
$124.99

## Sponsored products related to this item

Page 1 of 10








**TOMOLOO Music-Rhythmed Hoverboard 6.5 inch Electric Scooter-UL2272 Certificated wi...**
★★★★★ 2
$219.99 ✓prime

**Hishine Hoverboard Seat Attachment for Self Balancing Scooter Go Kart Hover Board A...**
★★★★☆ 38
$89.95 ✓prime

**TOMOLOO Hoverboard for Kids and Adult, Hover Board Self Balancing Scooter 6.5" Two-...**
$239.99 ✓prime

**Hiboy A5 Football Hoverboard Electric Unicycle**
★★★★★ 1
$279.99 ✓prime

**Giveyo Bluetooth Self Balancing Scooter Flash Wheels 2 Wheels Self Balancing Scoote...**
$137.46

Ad feedback ▢

## Special offers and product promotions

Color: **Black**

- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. **Register a free business account**

Document title: Amazon.com: XPRIT Hoverboard w/Bluetooth Speaker (Black): Sports &amp; Outdoors
Capture URL: https://www.amazon.com/XPRIT-Hoverboard-Bluetooth-Speaker-Black/dp/B07DLLKS7T/ref=zg_bs_13130176011_12?…
Capture timestamp (UTC): Wed, 05 Aug 2020 20:02:59 GMT

UL2272 Certificated wi...
★★★★★ 5
$219.99 ✓prime

Kart Hover Board A...
★★★★☆ 38
$89.95 ✓prime

Scooter 6.5" Two-...
$239.99 ✓prime

...1
★★★★★ 1
$279.99 ✓prime

Balancing Scoote...
$137.46

Ad feedback ⧉

## Special offers and product promotions

Color: **Black**

- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. **Register a free business account**
- **Your cost could be $99.95 instead of $149.95**! Get a **$50 Amazon Gift Card** instantly upon approval for the **Amazon Rewards Visa Card** Apply now

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

## Product Description



Head out to a family adventure with the SBW-666 Hoverboard. It is the perfect self balancing scooter for anyone in the family. The SBW-666 model has a minimum weight requirement of 45lbs, which is ideal for kids age 7 and up and can support an adult up to a capacity of 165lbs. Anyone can easily learn to master the hoverboard and ride like a pro within just minutes of practice!

Pair up your phone and blast your favorite tunes through the built-in wireless Bluetooth Speaker.

Safety Tip: To ensure a more joyful and safe ride we recommend to wear safety gear at all times when riding.



Document title: Amazon.com: XPRIT Hoverboard w/Bluetooth Speaker (Black): Sports &amp; Outdoors
Capture URL: https://www.amazon.com/XPRIT-Hoverboard-Bluetooth-Speaker-Black/dp/B07DLLKS7T/ref=zg_bs_13130176011_12?…
Capture timestamp (UTC): Wed, 05 Aug 2020 20:02:59 GMT



| | |
|---|---|
| Min Load | 44 lb |
| Max Speed | 6.2 mi |
| Weight | 19 lb |
| Charge time | 2–3 hr |



# Pick your favorite color
## Multiple Colors Choices

## Pick your favorite color

Classic Style: Pick your favorite color. The classic sharp design is available in 5 different matte color finishes and a glossy multicolor camouflage finish.



**Vibrant LED Lights**
more fun and safe ride



## Vibrant LED Lights
*more fun and safe ride*

**Vibrant LED Lights**

Long lasting bright LED colorful flashing lights are equipped on the wheels and fenders for a more fun and safe ride.



**The Best Gift**

The Best Gift: The SBW666 Hoverboard model is the perfect gift in the market for any occasion and anyone in the family. Enjoy your free time riding outdoors with friends and family!



UL2272-CERTIFIED



Anti Slip Rubber



Solid Rubber Wheels



### UL2272-CERTIFIED

All of our electric scooters are made of top quality materials that have passed stringent testing to validate authenticity and secure operation.

### Anti Slip Rubber

Easier to control and maneuver. Swiftly responds to angle and speed.

### Solid Rubber Wheels

6.5" non-slip sturdy rubber tires ensure lasting smooth rides in your home or outdoor adventures.

---

## Product details

Color: **Black**

**Shipping Weight:** 16.8 pounds (View shipping rates and policies)

**ASIN:** B07DLLKS7T

**Batteries** 1 Lithium ion batteries required.

**Customer Reviews:** ⭐⭐⭐⭐½ ˅ 649 customer ratings

**Amazon Best Sellers Rank:** #2,104 in Sports & Outdoors (See Top 100 in Sports & Outdoors)
    #3 in Self Balancing Scooters

Would you like to **tell us about a lower price?** ˅

## Videos

Page 1 of 4

### Videos for this product

<


0:33

XPRIT Hoverboard w/Bluetooth Speaker (Black)

HOVER-1


0:22

How can I fix this

Charles R Ovando


0:06

**Customer Review:** Great buy

Jennifer C.

XPRIT Hoverb
Speaker (Blac

Ilona Nest

>

[ Upload your video ]

---

## Sponsored products related to this item

Page 1 of 4

<







>

Document title: Amazon.com: XPRIT Hoverboard w/Bluetooth Speaker (Black): Sports &amp; Outdoors
Capture URL: https://www.amazon.com/XPRIT-Hoverboard-Bluetooth-Speaker-Black/dp/B07DLLKS7T/ref=zg_bs_13130176011_12?…
Capture timestamp (UTC): Wed, 05 Aug 2020 20:02:59 GMT
Page 6 of 15

**Sponsored** products related to this item



    

| Swagtron Swagboard Pro T1 UL 2272 Certified Hoverboard Electric Self-Balancing Scoo... | Jetson Jupiter Kick Scooter, Black - LED Light-Up, Adjustable Handle Bar, for Kids ... | TOMOLOO Hoverboard for Kids and Adult, Hover Board Self Balancing Scooter 6.5" Two-... | Hiboy A5 Football Hoverboard Electric Unicycle | Giveyo Bluetooth Self Balancing Scooter Flash Wheels 2 Wheels Self Balancing Scoote... |
|---|---|---|---|---|
| ★★★☆☆ 240 | ★★★★½ 1,758 | | ★★★★★ 1 | |
| $246.80 ✓prime | $29.99 ✓prime | $239.99 ✓prime | $279.99 ✓prime | $137.46 |

Ad feedback ⬚

## Customer questions & answers

🔍 Have a question? Search for answers

▲
**6 votes**
▼

**Question:** What's the weight limit?

**Answer:** 165lbs
By Charmaine Miles on August 4, 2018

▲
**1 vote**
▼

**Question:** Does it set on fire when it charges too long?

**Answer:** Sorry I bought this as a birthday gift. So I have no idea. I just warned my nephew to not leave it charging while away.
By Vanessa Roque on August 6, 2018

▲
**0 votes**
▼

**Question:** Where can i buy an extra charger?

**Answer:** On xpritinc website.
By Zack on July 6, 2020

▲
**0 votes**
▼

**Question:** I've had this about a month. Grandkids were listening to the music. Went to recharge and it will not charge. Anyone have any ideas how to fix this?

**Answer:** Although I have not had that problem, I have had the issue of it not staying charged very long at all. It usually takes 6 Plus hours to charge for approximately a 30-minute ride. I was disappointed and so is my son.
By lilsicilian on September 3, 2018

See more answered questions (97)

## Customer reviews

★★★★½ 4.3 out of 5

649 customer ratings

| 5 star | ▐▐▐▐▐▐▐ | 71% |
| 4 star | ▐ | 10% |

## Customer images

   

Document title: Amazon.com: XPRIT Hoverboard w/Bluetooth Speaker (Black): Sports &amp; Outdoors
Capture URL: https://www.amazon.com/XPRIT-Hoverboard-Bluetooth-Speaker-Black/dp/B07DLLKS7T/ref=zg_bs_13130176011_12?…
Capture timestamp (UTC): Wed, 05 Aug 2020 20:02:59 GMT      Page 7 of 15

# Customer reviews



★★★★☆ 4.3 out of 5

649 customer ratings

| | |
|---|---|
| 5 star | 71% |
| 4 star | 10% |
| 3 star | 4% |
| 2 star | 2% |
| 1 star | 12% |

⌄ How does Amazon calculate star ratings?

## By feature

| | |
|---|---|
| Easy to learn | ★★★★☆ 4.4 |
| Easy to use | ★★★★☆ 4.4 |
| Sturdiness | ★★★★☆ 4.2 |

⌄ See more

## Review this product

Share your thoughts with other customers

Write a customer review



amazon essentials

Colorful, lightweight comfort for him from $25

Shop now

Sponsored ⓘ

## Customer images

   

See all customer images

## Read reviews that mention



| | | | | |
|---|---|---|---|---|
| year old | hoverboard | stopped working | battery life | easy to use |
| bluetooth | play music | old son | worth the money | son loves |
| waste your money | fully charged | long time | easy to learn | |

 Top Reviews ⌄

👤 M. Kalinowski

★★★★★ **Great hoverboard, great looking, ruggedly built.**
Reviewed in the United States on May 7, 2019
Color: Black | Verified Purchase

Bought this for my 11 year old for Xmas. 6 mos in, the thing still works perfectly. Battery takes a long time to recharge (a day or so), but holds a charge for 6-9 hours of active use, which is amazing. The lights on this board make it nice looking. We don't use the music, so I can't comment on that. The board is very responsive, handling is great. It is pretty speedy too. Weight max of 150 appears to be about right, as stepmom rides the thing occasionally too. All around a great purchase. Very happy with it.

126 people found this helpful

Helpful | Comment | Report abuse

👤 Jim

★★★★★ **Easy to order, got right away, simple to unpack and go - Great for my preteen!!!**
Reviewed in the United States on April 25, 2019
Color: Black | Verified Purchase

No fuss and no muss. I like things to be as they are promised and work as expected. I got this six months ago. Gave it to my preteen and he was "off to the races!!". He plugs it in every couple of days and still uses it to go to the mall, his friends house a couple of blocks away, and getting simple things for his mom from the corner store...
It was a big deal for him. Not quite like getting a car - but for a preteen, Ya!! This was my atta boy. I'm still getting smiles and Mom's threat to take it away has gotten his room clean more than once... This product and purchase was TOTALLY WORTH IT!!!

127 people found this helpful

Helpful | Comment | Report abuse

👤 CherokeeQueen

boy. I'm still getting smiles and Mom's threat to take it away has gotten his room clean more

127 people found this helpful

[ Helpful ]   |   Comment   |   Report abuse

 CherokeeQueen

★★★★★ **Great choice**
Reviewed in the United States on November 23, 2019
Color: Black   |   **Verified Purchase**

Arrived in excellent condition and enough juice in the battery for a quick ride. My daughter Picked it up quickly, as did my six year old. Solid choice, great lights, not any dxtras

109 people found this helpful

[ Helpful ]   |   Comment   |   Report abuse

 Diana Trevino

★★★★★ **He loves it!**
Reviewed in the United States on November 22, 2019
Color: Black   |   **Verified Purchase**

Perfect for the price. Came charged when he opened it. He loves it!

107 people found this helpful

[ Helpful ]   |   Comment   |   Report abuse

April E. Gap

★★★★★ **My son loves this**
Reviewed in the United States on April 5, 2019
Color: Black   |   **Verified Purchase**

We got this for xmas 3.5 months ago. My son has used it probably weekly since. So it has held up. My youngest child was able to learn to use it. It is a lot of fun and easy to learn. I weigh 135lbs and have no problems using it too. The battery will last a few hours which equates to maybe 3-4x of playing with it before it needs to be recharged again. Great buy and would def. buy it again.

121 people found this helpful

[ Helpful ]   |   Comment   |   Report abuse

Duncan

★★★★★ **HELLO SPEED!!!! IT'S FAST... VERY FAST... BUT EXTREMELY FUN!**
Reviewed in the United States on April 20, 2019
Color: Black   |   **Verified Purchase**

I got this and the go cart hook up and OMG is this thing extremely fast! I will NOT let my 6 year old daughter ride this without supervision or a helmet. It's so fast it scares me but it's EXTREMELY fun! The battery lasts a long time, I would recommend it for age 11 and up just because of the speed. A kid needs to be responsible enough to look for cars because cars will have a hard time seeing it. I got this instead of one of those jeep cars, It's worth the money for this and the go-cart hook up. https://www.amazon.com/Hiboy-HC-02-Hoverboard-Suspension-Attachment/dp/B07GB88247/ref=sr_1_1_sspa?
crid=2MJ4TB9I1ULRZ&keywords=go+cart+hoverboard+attachment&qid=1555785715&s=gateway&sprefix=go+cart+hoover%2Caps%2C125&sr=8-1-spons&psc=1 Get them both. They are soooo fun! Even adults can ride on it

year old daughter ride this without supervision or a helmet. It's so fast it scares me but it's EXTREMELY fun. The battery lasts a long time, I would recommend it for age 11 and up just because of the speed. A kid needs to be responsible enough to look for cars because cars will have a hard time seeing it. I got this instead of one of those jeep cars, It's worth the money for this and the go-cart hook up. https://www.amazon.com/Hiboy-HC-02-Hoverboard-Suspension-Attachment/dp/B07GB88247/ref=sr_1_1_sspa?crid=2MJ4TB9I1ULRZ&keywords=go+cart+hoverboard+attachment&qid=1555785715&s=gateway&sprefix=go+cart+hoover%2Caps%2C125&sr=8-1-spons&psc=1 Get them both. They are soooo fun! Even adults can ride on it.

115 people found this helpful

Helpful | Comment | Report abuse


Jamie B.

⭐⭐⭐⭐⭐ **Best Gift Ever!!**
Reviewed in the United States on September 17, 2019
Color: Black | **Verified Purchase**

My 14 yr old daughter LOVES her hoverboard. She learned how to ride it instantly! The lights are bright and the ride is smooth. She enjoys riding around listening to music and even takes out dog for rides as well. She has learned tricks on it and it's comical to watch her ride around the house. She even does chores and sweeps the floor while riding it! Best purchase ever!

106 people found this helpful

Helpful | Comment | Report abuse

Stephanie Ramborger

⭐⭐⭐⭐⭐ **Fun toy**
Reviewed in the United States on September 23, 2019
Color: Black | **Verified Purchase**

Kids fed ran into a few walls and over things and it held up. Good battery life

104 people found this helpful

Helpful | Comment | Report abuse

**See all reviews from the United States ›**

## Top international reviews


Demelza Tucker

⭐⭐⭐⭐⭐ **Great hooverboard for great price**
Reviewed in Canada on April 25, 2019
Color: Black | **Verified Purchase**

Bought this for my son who has wanted one for a while now but didnt want to spend to much, the price was great starting point. Love the lights on the wheels and the bluetooth speakers my son liked as an added bonus to this hooverboard. The board it self is a little heavy but not owning one before have nothing to compare it to. It has a smooth ride and was easy to use by my 9 year old.

19 people found this helpful

Reviewed in Canada on April 25, 2019

Bought this for my son who has wanted one for a while now but didnt want to spend to much, the price was great starting point. Love the lights on the wheels and the bluetooth speakers my son liked as an added bonus to this hooverboard. The board it self is a little heavy but not owning one before have nothing to compare it to. It has a smooth ride and was easy to use by my 9 year old.

19 people found this helpful

| Helpful | | Report abuse |

 SL

★★★★★ **Son loves it!**
Reviewed in Canada on December 28, 2018
Color: Black | Verified Purchase

My 9 yo son loves this! No complaints so far, he's still just getting the hang of it. Speakers are very loud!

11 people found this helpful

| Helpful | | Report abuse |

 Lawrence

★☆☆☆☆ **Great product; but smells terrible**
Reviewed in Canada on March 25, 2020
Color: Black | Verified Purchase

I would normally assign 5 stars, but assinged 1 due to issue of odor and off-gassing.

The item smells terrible, and the rubber is clearly leeching some sort of probably toxic odor due to cheap materials. I beleive that the odor is due to cheap vulcanized recycled rubber emmiting VOCs (volatile organic compounds).

I will try some strategies to reduce the odor such as cleaning the rubber.

Apart from that it is a great product. Hours of fun. My son loves it.

| Helpful | | Report abuse |

 Amazon Customer

★★★★★ **Exactly as Described. My son loves it!**
Reviewed in Canada on May 5, 2020
Color: Black | Verified Purchase

Hoverboard came on time, as described and my son loves it! We've used it inside and outside. He caught on to it very quickly and the battery lasted about 3 hrs and then we just plugged it in to the wall. It came with the charger. It was also easy to hook up to Bluetooth music!



One person found this helpful

| Helpful | | Report abuse |



One person found this helpful

| Helpful | Report abuse |

Frankie T

★★☆☆☆  **Read the instruction manual**
Reviewed in Canada on April 6, 2020
Color: Black | **Verified Purchase**

My daughter loves it. The battery has great lifespan between charges. But the instruction manual says not for children to use and not to listen to music while on it even though it has built in speakers.

One person found this helpful

| Helpful | Report abuse |

| Load more international reviews |

---

## Customers who bought this item also bought

Page 1 of 7











**KKA Hoverboard Accessories, Hoverboard Seat Attachment Fits Self Balancing Scooter...**
★★★★☆ 286
$63.95 ✓prime

**SISIGAD Hoverboard Self Balancing Scooter 6.5" Two-Wheel Self Balancing Hoverboard...**
★★★★☆ 1,493
1 offer from $125.92

**Hiboy HC-01 Hoverboard Kart Seat Attachment Accessory for 6.5" 8" 10" Two Wheel Self...**
★★★★☆ 333
$65.99 ✓prime

**JOLEGE Hoverboard, 6.5" Two-Wheel Self Balancing Hoverboards - LED Light Wheel...**
★★★★☆ 793
**#1 Best Seller** in Self Balancing Scooters
$124.99

**HOVERSTAR All-New HS2.0 Hoverboard All-Terrain Two-Wheel Self Balancing Flash Wheel...**
★★★☆☆ 118
$129.99



**Men's 4+ star shoes**
Discover our bestselling footwear styles for him
SHOP NOW

fashion

Sponsored ⓘ

**Pages with related products.** See and discover other items: electric board, Best hoverboards for adults

---

Sponsored

**Pages with related products.** See and discover other items: electric board, Best hoverboards for adults



## Inspired by your browsing history

Page 1 of 12

Hover-1 Buggy Attachment for Transforming Hoverboard Scooter…
★★★★½ 1,198
$76.99 - $112.98

TOMOLOO Music-Rhythmed Hoverboard for Kids and Adult Two-Wheel Self-Balancing…
★★★★½ 1,170
1 offer from $399.99

TOMOLOO Self-Balancing Scooter Carrying Handbag Backpack Bag for 6.5"…
★★★★½ 16
$9.99

TOMOLOO Hoverboard Pink for Girls and Boys, Hoverboard Bluetooth and Led Lights with…
★★★★★ 2
$229.99 ✓prime

## Newer and similar items

Page 1 of 8

Hover-1 Helix Electric Hoverboard Scooter
★★★★☆ 96
$179.99

JOLEGE Hoverboard, 6.5" Two-Wheel Self Balancing Hoverboards - LED Light Wheel…
★★★★½ 793
$124.99 - $139.99

YHR 6.5 Inch Hoverboard with Bluetooth W/Speaker, LED Wheels and LED Lights for…
★★★★☆ 76
$124.99 - $139.99

FLYING-ANT Hoverboard, 6.5 Inch Self Balancing Hoverboards, Hover…
★★★★½ 73
$124.99



**Your Browsing History**   View or edit your browsing history  ›

Page 1 of 3

See personalized recommendations

**Sign in**

New customer? Start here.

Back to top

Get to Know Us

Make Money with Us

Amazon Payment Products

Let Us Help You

Document title: Amazon.com: XPRIT Hoverboard w/Bluetooth Speaker (Black): Sports &amp; Outdoors
Capture URL: https://www.amazon.com/XPRIT-Hoverboard-Bluetooth-Speaker-Black/dp/B07DLLKS7T/ref=zg_bs_13130176011_12?…
Capture timestamp (UTC): Wed, 05 Aug 2020 20:02:59 GMT

**Back to top**

## Get to Know Us

Careers

Blog

About Amazon

Press Center

Investor Relations

Amazon Devices

Amazon Tours

## Make Money with Us

Sell on Amazon

Sell Under Amazon Accelerator

Sell on Amazon Handmade

Sell on Amazon Business

Sell Your Apps on Amazon

Become an Affiliate

Advertise Your Products

Self-Publish with Us

Host an Amazon Hub

› See More Make Money with Us

## Amazon Payment Products

Amazon Rewards Visa Signature Cards

Amazon.com Store Card

Amazon Business Card

Amazon.com Corporate Credit Line

Shop with Points

Credit Card Marketplace

Reload Your Balance

Amazon Currency Converter

## Let Us Help You

Amazon and COVID-19

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Amazon Assistant

Help

**amazon**

English

United States

| | | | | | | |
|---|---|---|---|---|---|---|
| **Amazon Music**<br>Stream millions of songs | **Amazon Advertising**<br>Find, attract, and engage customers | **Amazon Drive**<br>Cloud storage from Amazon | **6pm**<br>Score deals on fashion brands | **AbeBooks**<br>Books, art & collectibles | **ACX**<br>Audiobook Publishing Made Easy | **Alexa**<br>Actionable Analytics for the Web |
| **Sell on Amazon**<br>Start a Selling Account | **Amazon Business**<br>Everything For Your Business | **Amazon Fresh**<br>Groceries & More Right To Your Door | **AmazonGlobal**<br>Ship Orders Internationally | **Home Services**<br>Experienced Pros Happiness Guarantee | **Amazon Ignite**<br>Sell your original Digital Educational Resources | **Amazon Rapids**<br>Fun stories for kids on the go |
| **Amazon Web Services**<br>Scalable Cloud Computing Services | **Audible**<br>Listen to Books & Original Audio Performances | **Book Depository**<br>Books With Free Delivery Worldwide | **Box Office Mojo**<br>Find Movie Box Office Data | **ComiXology**<br>Thousands of Digital Comics | **CreateSpace**<br>Indie Print Publishing Made Easy | **DPReview**<br>Digital Photography |
| **East Dane**<br>Designer Men's Fashion | **Fabric**<br>Sewing, Quilting & Knitting | **Goodreads**<br>Book reviews & recommendations | **IMDb**<br>Movies, TV & Celebrities | **IMDbPro**<br>Get Info Entertainment Professionals Need | **Kindle Direct Publishing**<br>Indie Digital Publishing Made Easy | **Prime Now**<br>FREE 2-hour Delivery on Everyday Items |
| **Amazon Photos**<br>Unlimited Photo Storage Free With Prime | **Prime Video Direct**<br>Video Distribution Made Easy | **Shopbop**<br>Designer Fashion Brands | **Amazon Warehouse**<br>Great Deals on Quality Used Products | **Whole Foods Market**<br>America's Healthiest Grocery Store | **Woot!**<br>Deals and Shenanigans | **Zappos**<br>Shoes & Clothing |
| **Ring**<br>Smart Home Security Systems | **eero WiFi**<br>Stream 4K Video in Every Room | **Neighbors App**<br>Real-Time Crime & Safety Alerts | **Amazon Subscription Boxes**<br>Top subscription boxes – right to your door | **PillPack**<br>Pharmacy Simplified | **Amazon Renewed**<br>Like-new products you can trust | **Amazon Second Chance**<br>Pass it on, trade it in, give it a second life |

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2020, Amazon.com, Inc. or its affiliates

Back to top

## Get to Know Us

Careers

Blog

About Amazon

Press Center

Investor Relations

Amazon Devices

Amazon Tours

## Make Money with Us

Sell on Amazon

Sell Under Amazon Accelerator

Sell on Amazon Handmade

Sell on Amazon Business

Sell Your Apps on Amazon

Become an Affiliate

Advertise Your Products

Self-Publish with Us

Host an Amazon Hub

› See More Make Money with Us

## Amazon Payment Products

Amazon Rewards Visa Signature Cards

Amazon.com Store Card

Amazon Business Card

Amazon.com Corporate Credit Line

Shop with Points

Credit Card Marketplace

Reload Your Balance

Amazon Currency Converter

## Let Us Help You

Amazon and COVID-19

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Amazon Assistant

Help

amazon

English

United States

**Amazon Music**
Stream millions
of songs

**Amazon Advertising**
Find, attract, and
engage customers

**Amazon Drive**
Cloud storage
from Amazon

**6pm**
Score deals
on fashion brands

**AbeBooks**
Books, art
& collectibles

**ACX**
Audiobook
Publishing
Made Easy

**Alexa**
Actionable
Analytics
for the Web

**Sell on Amazon**
Start a Selling
Account

**Amazon Business**
Everything For
Your Business

**Amazon Fresh**
Groceries & More
Right To Your
Door

**AmazonGlobal**
Ship Orders
Internationally

**Home Services**
Experienced
Pros
Happiness
Guarantee

**Amazon Ignite**
Sell your original
Digital Educational
Resources

**Amazon Rapids**
Fun stories for
kids on the go

**Amazon Web Services**
Scalable Cloud
Computing
Services

**Audible**
Listen to Books &
Original
Audio
Performances

**Book Depository**
Books With Free
Delivery
Worldwide

**Box Office Mojo**
Find Movie
Box Office Data

**ComiXology**
Thousands of
Digital Comics

**CreateSpace**
Indie Print
Publishing
Made Easy

**DPReview**
Digital
Photography

**East Dane**
Designer Men's
Fashion

**Fabric**
Sewing, Quilting
& Knitting

**Goodreads**
Book reviews
&
recommendations

**IMDb**
Movies, TV
& Celebrities

**IMDbPro**
Get Info
Entertainment
Professionals
Need

**Kindle Direct Publishing**
Indie Digital
Publishing
Made Easy

**Prime Now**
FREE 2-hour
Delivery
on Everyday Items

**Amazon Photos**
Unlimited Photo
Storage
Free With Prime

**Prime Video Direct**
Video Distribution
Made Easy

**Shopbop**
Designer
Fashion Brands

**Amazon Warehouse**
Great Deals on
Quality Used Products

**Whole Foods Market**
America's
Healthiest
Grocery Store

**Woot!**
Deals and
Shenanigans

**Zappos**
Shoes &
Clothing

**Ring**
Smart Home
Security Systems

**eero WiFi**
Stream 4K Video
in Every Room

**Neighbors App**
Real-Time Crime
& Safety Alerts

**Amazon Subscription Boxes**
Top subscription boxes – right
to your door

**PillPack**
Pharmacy
Simplified

**Amazon Renewed**
Like-new products
you can trust

**Amazon Second Chance**
Pass it on, trade it
in,
give it a second
life

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2020, Amazon.com, Inc. or its affiliates

Document title: Amazon.com: XPRIT Hoverboard w/Bluetooth Speaker (Black): Sports &amp; Outdoors

Capture URL: https://www.amazon.com/XPRIT-Hoverboard-Bluetooth-Speaker-Black/dp/B07DLLKS7T/ref=zg_bs_13130176011_12?…