# EXHIBIT 1-PART 9

# FILED UNDER SEAL

amazon







Sports & Outdoors › Outdoor Recreation › Skates, Skateboards & Scooters › Scooters & Equipment › Scooters › Self Balancing Scooters



Roll over image to zoom in

## CNLG Hoverboard, Self-Balancing Flatbed, 40° Climbing, 18Km Endurance, 130Kg Load, Gift for Adults/Children

by CNLG

Price: **$189.00** & FREE Shipping

Get $50 off instantly: Pay $139.00 upon approval for the Amazon Rewards Visa Card.

**Color: Pink**



- **SAFE SELF-BALANCING:** The balancing car itself has a balancing system, which is not easy to drop when used
- **SUITABLE FOR A VARIETY OF SCENARIOS:** Children can play in the yard and open spaces, adults can work on the road, use it when shopping or playing, please be careful not to drive on the highway.
- **HEADLIGHTS:** There are LED lights on both sides of the car, so you can drive in the dark
- **SPEED LIMIT PROTECTION:** The maximum speed of the balanced scooter is 12km/h to ensure safety during driving
- **AUTOMATIC SLEEP:** When the balance car is not rotating, it will automatically sleep for about 2 minutes to save power and provide you with a longer battery life



FLYING-ANT Hoverboard 6.5" Two-Wheel Self Balancing…

Sponsored ⓘ



$189.00

& FREE Shipping

Arrives: Sep 8 - 29

**In Stock.**

Qty: 1 ▾

Add to Cart

Buy Now

🔒 Secure transaction

Ships from     XGN
Sold by        XGN

◎ Select delivery location

Add to List

Share ✉ f 🐦 📌

Have one to sell?

Sell on Amazon



FLYING-ANT Hoverboard Self Balancing Scooters 6.5" Flash…

★★★★½ 23

$139.99

Sponsored ⓘ

## Inspired by your recent shopping trends

Page 1 of 13

Sponsored ⓘ
Sponsored ⓘ

## Inspired by your recent shopping trends

Page 1 of 13








VOYAGER Hoverboard Air Wheel Offroad Electric Hoverboard, Rugged 8.5 Inch All Terrain Wheels,...
★★★★★ 1
$399.99 ✓prime

LIEAGLE Hoverboard, 6.5" Self Balancing Scooter Hover Board with UL2272 Certified Wheels LED...
★★★★☆ 470
$124.99

Hover-1 Chrome 2.0 Electric Hoverboard and Adjustable Go-Kart Attachment - Converts...
★★★☆☆ 7
$249.99 ✓prime

Felimoda Self Balancing Hoverboards with LED Light, 6.5 Inch Two Wheel Smart Hoverboards for...
★★★★☆ 143
2 offers from $124.99

Gyroor Hoverboard Warrior 8.5 inch All Terrain Off Road Hoverboard with Music Speakers and LED...
★★★★☆ 727
$299.00 ✓prime

## Sponsored products related to this item

Page 1 of 5







HYPER GOGO Off Road, Electric Self Balancing All Terrain Hoverboard with Built-in S...
★★★★☆ 223
$237.99 ✓prime

SISIGAD Hoverboard 6.5" Self Balancing Scooter with Colorful LED Wheels Lights Two-...
★★★★☆ 1,567
$139.99

Swagtron Swagboard Pro T1 UL 2272 Certified Hoverboard Electric Self-Balancing Scoo...
★★★☆☆ 250
$246.83 ✓prime

Gyroshoes Hoverboard - Warrior 8.5 inch Off Road All Terrain Hoverboard with Blueto...
★★★★☆ 88
$299.00 ✓prime

TPS Hoverboard Self Balancing Scooter with Speaker LED Lights Flashing Wheels for K...
★★★★☆ 31
$109.00

Ad feedback ▢

## Customers who viewed this item also viewed

Page 1 of 10






Hoverboard Gold Lamborgini Lambo Super Fast Safe Smart Two Wheel Self Balancing Electric Scooter Rider...
1 offer from $559.98

JOLEGE Hoverboard, 6.5" Two-Wheel Self Balancing Hoverboards - LED Light Wheel Scooter for Kids...
★★★★☆ 845
**#1 Best Seller** in Self Balancing Scooters
$124.99 - $139.99

FLYING-ANT Hoverboard 6.5" Two-Wheel Self Balancing Hoverboard with LED Light Flash Lights...
★★★★☆ 54
$124.99 - $139.99

YHR Hoverboards UL2272 Certified with Wireless Bluetooth Speaker LED Wheel 6.5inch Self Balancing Hoverboard...
$124.99 - $154.99

Hover-1 Ultra Electric Self-Balancing Hoverboard Scooter
★★★☆☆ 63
$149.99 - $179.00

## Special offers and product promotions

Color: Pink

- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. **Register a free business account**
- **Your cost could be $139.00 instead of $189.00**! Get a **$50 Amazon Gift Card** instantly upon approval for the **Amazon Rewards Visa Card**

Balancing Scooters
$124.99 - $139.99

## Special offers and product promotions

Color: Pink

- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. **Register a free business account**
- **Your cost could be $139.00 instead of $189.00**! Get a **$50 Amazon Gift Card** instantly upon approval for the **Amazon Rewards Visa Card**
  Apply now

## Have a question?

Find answers in product info, Q&As, reviews

Q Type your question or keyword

## Product description

Product size: length 590*width 186*178mm
Maximum load: 130kg
Maximum speed: 18km/h
Climbing ability: 40°
Speed limit protection: 12km/h
Cruising range: 15-18km (depending on the user's weight, road conditions and other factors)
Motor power: 350W*2
Battery power: 2.2-4.4AH
Voltage: 36V
Charging time: 2 -2.5 hours
Speed limit protection: When the speed is greater than 12KM, the front end of the pedal is gradually raised to prevent further acceleration
Low battery protection: when the battery is about 10% and the beep sound alarm is less than 3%, the front end of the pedal starts to sink and gradually decelerates
automatically until it stops
Body attitude sensing: automatic induction by foot pedal, motor drive starts to run
If you have any questions please contact us

## Product details

Color: Pink

**Shipping Information:** View shipping rates and policies

**ASIN:** B08C5FXCM3

**Customer Reviews:** Be the first to write a review

Would you like to **tell us about a lower price?** ˅

# Videos

Page 1 of 4

### Videos for related products



Top 10 Best Hoverboard & Self Balancing Scooters

Top 10 Zone



Top 10 Latest Hoverboard & Self Balancing Scooters

Top 10 Zone



Gyroor Warrior G2 Self Balancing Scooter Review

Top 10 Zone



The 10 Best Self Ba Scooters

Ezvid Wiki

Upload your video

---

Document title: Amazon.com: CNLG Hoverboard, Self-Balancing Flatbed, 40° Climbing, 18Km Endurance, 130Kg Load, Gift for Adults/Children,Pink: Sports &amp;…
Capture URL: https://www.amazon.com/CNLG-Hoverboard-Self-Balancing-Climbing-Endurance/dp/B08C5FXCM3/ref=sr_1_153?…
Capture timestamp (UTC): Wed, 12 Aug 2020 19:12:56 GMT

Page 3 of 7



| Top 10 Best Hoverboard & Self Balancing Scooters | Top 10 Latest Hoverboard & Self Balancing Scooters | Gyroor Warrior G2 Self Balancing Scooter Review | The 10 Best Self Balancing Scooters |
|---|---|---|---|
| Top 10 Zone | Top 10 Zone | Top 10 Zone | Ezvid Wiki |

Upload your video

## Sponsored products related to this item

Page 1 of 5

    

| SISIGAD Hoverboard 6.5" Self Balancing Scooter with Colorful LED Wheels Lights Two-... | Swagtron Swagboard Pro T1 UL 2272 Certified Hoverboard Electric Self-Balancing Scoo... | Gyroshoes Hoverboard - Warrior 8.5 inch Off Road All Terrain Hoverboard with Blueto... | HYPER GOGO Off Road, Electric Self Balancing All Terrain Hoverboard with Built-in S... | TPS Hoverboard Self Balancing Scooter with Speaker LED Lights Flashing Wheels for K... |
|---|---|---|---|---|
| ★★★★☆ 1,567 | ★★★☆☆ 250 | ★★★★½ 88 | ★★★★☆ 223 | ★★★★☆ 31 |
| $139.99 | $246.83 ✓prime | $299.00 ✓prime | $237.99 ✓prime | $109.00 |

Ad feedback

 

kindle unlimited
Discover and fall in love with a new series

Learn more ▶

THE FELLOWSHIP OF THE RING
J·R·R·TOLKIEN

Sponsored ⓘ

## Customer questions & answers

🔍 Have a question? Search for answers

Typical questions asked about products:

– Is the item durable?

– Is this item easy to use?

– What are the dimensions of this item?

## Customer reviews

No customer reviews

| 5 star | | 0% |
|---|---|---|
| 4 star | | 0% |
| 3 star | | 0% |

## Customer reviews

**No customer reviews**

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

˅ How does Amazon calculate star ratings?

### Review this product

Share your thoughts with other customers

Write a customer review



Discover and fall in love with a new series

Learn more   kindleunlimited

Sponsored ⓘ



kindleunlimited | Discover and fall in love with a new series
Learn more ►

Sponsored ⓘ

## Inspired by your browsing history

Page 1 of 10



Hover-1 Buggy Attachment for Transforming Hoverboard Scooter into Go-Kart
★★★★☆ 1,294
$79.64 ✓prime

Hiboy HC-02 Hoverboard Go Kart with Rear Suspension Seat Attachment Accessory...
★★★★☆ 239
$109.00 ✓prime

Beston Sports Newest Generation Electric Hoverboard Dual Motors Two Wheels Hoover...
★★★★☆ 828
3 offers from $109.00

TOMOLOO Self-Balancing Scooter Carrying Handbag Backpack Bag for 6.5" Two-Wheel Hover...
★★★★☆ 16
$9.99

TOMOLOO Music-Rhythmed Hoverboard for Kids and Adult Two-Wheel Self-Balancing Scooter...
★★★★☆ 1,185
1 offer from $399.99

Document title: Amazon.com: CNLG Hoverboard, Self-Balancing Flatbed, 40° Climbing, 18Km Endurance, 130Kg Load, Gift for Adults/Children,Pink: Sports &amp;…
Capture URL: https://www.amazon.com/CNLG-Hoverboard-Self-Balancing-Climbing-Endurance/dp/B08C5FXCM3/ref=sr_1_153?…
Capture timestamp (UTC): Wed, 12 Aug 2020 19:12:56 GMT



Hover-1 Buggy Attachment for Transforming Hoverboard Scooter into Go-Kart
★★★★☆ 1,294
$79.64 ✓prime

Hiboy HC-02 Hoverboard Go Kart with Rear Suspension Seat Attachment Accessory...
★★★★☆ 239
$109.00 ✓prime

Beston Sports Newest Generation Electric Hoverboard Dual Motors Two Wheels Hoover...
★★★★☆ 828
3 offers from $109.00

TOMOLOO Self-Balancing Scooter Carrying Handbag Backpack Bag for 6.5" Two-Wheel Hover...
★★★★☆ 16
$9.99

TOMOLOO Music-Rhythmed Hoverboard for Kids and Adult Two-Wheel Self-Balancing Scooter...
★★★★☆ 1,185
1 offer from $399.99

## Deals in magazine subscriptions

Page 1 of 10

Family Handyman
★★★★☆ 6,870
Print Magazine
$3.75

Real Simple
★★★★☆ 4,377
Print Magazine
$3.75

Good Housekeeping
★★★★☆ 2,073
Print Magazine
$5.00

Wired
★★★★☆ 1,370
Print Magazine
$5.00

National Geographic Kids
★★★★☆ 3,854
Print Magazine
$15.00

**Your Browsing History**   View or edit your browsing history ›

Page 1 of 4

See personalized recommendations

**Sign in**

New customer? Start here.



**Back to top**

**Get to Know Us**
Careers
Blog
About Amazon
Press Center
Investor Relations
Amazon Devices
Amazon Tours

**Make Money with Us**
Sell on Amazon
Sell Under Amazon Accelerator
Sell on Amazon Handmade
Sell on Amazon Business
Sell Your Apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Make Money with Us

**Amazon Payment Products**
Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon Business Card
Amazon.com Corporate Credit Line
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

**Let Us Help You**
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help

amazon

🌐 English      🇺🇸 United States

Document title: Amazon.com: CNLG Hoverboard, Self-Balancing Flatbed, 40° Climbing, 18Km Endurance, 130Kg Load, Gift for Adults/Children,Pink: Sports &…
Capture URL: https://www.amazon.com/CNLG-Hoverboard-Self-Balancing-Climbing-Endurance/dp/B08C5FXCM3/ref=sr_1_153?…
Capture timestamp (UTC): Wed, 12 Aug 2020 19:12:56 GMT



Back to top

**Get to Know Us**

Careers

Blog

About Amazon

Press Center

Investor Relations

Amazon Devices

Amazon Tours

**Make Money with Us**

Sell on Amazon

Sell Under Amazon Accelerator

Sell on Amazon Handmade

Sell on Amazon Business

Sell Your Apps on Amazon

Become an Affiliate

Advertise Your Products

Self-Publish with Us

Host an Amazon Hub

› See More Make Money with Us

**Amazon Payment Products**

Amazon Rewards Visa Signature Cards

Amazon.com Store Card

Amazon Business Card

Amazon.com Corporate Credit Line

Shop with Points

Credit Card Marketplace

Reload Your Balance

Amazon Currency Converter

**Let Us Help You**

Amazon and COVID-19

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Amazon Assistant

Help



⊕ English ▾      🇺🇸 United States

| Amazon Music Stream millions of songs | Amazon Advertising Find, attract, and engage customers | Amazon Drive Cloud storage from Amazon | 6pm Score deals on fashion brands | AbeBooks Books, art & collectibles | ACX Audiobook Publishing Made Easy | Alexa Actionable Analytics for the Web |
| Sell on Amazon Start a Selling Account | Amazon Business Everything For Your Business | Amazon Fresh Groceries & More Right To Your Door | AmazonGlobal Ship Orders Internationally | Home Services Experienced Pros Happiness Guarantee | Amazon Ignite Sell your original Digital Educational Resources | Amazon Rapids Fun stories for kids on the go |
| Amazon Web Services Scalable Cloud Computing Services | Audible Listen to Books & Original Audio Performances | Book Depository Books With Free Delivery Worldwide | Box Office Mojo Find Movie Box Office Data | ComiXology Thousands of Digital Comics | CreateSpace Indie Print Publishing Made Easy | DPReview Digital Photography |
| East Dane Designer Men's Fashion | Fabric Sewing, Quilting & Knitting | Goodreads Book reviews & recommendations | IMDb Movies, TV & Celebrities | IMDbPro Get Info Entertainment Professionals Need | Kindle Direct Publishing Indie Digital Publishing Made Easy | Prime Now FREE 2-hour Delivery on Everyday Items |
| Amazon Photos Unlimited Photo Storage Free With Prime | Prime Video Direct Video Distribution Made Easy | Shopbop Designer Fashion Brands | Amazon Warehouse Great Deals on Quality Used Products | Whole Foods Market America's Healthiest Grocery Store | Woot! Deals and Shenanigans | Zappos Shoes & Clothing |
| Ring Smart Home Security Systems | eero WiFi Stream 4K Video in Every Room | Neighbors App Real-Time Crime & Safety Alerts | Amazon Subscription Boxes Top subscription boxes – right to your door | PillPack Pharmacy Simplified | Amazon Renewed Like-new products you can trust | Amazon Second Chance Pass it on, trade it in, give it a second life |

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2020, Amazon.com, Inc. or its affiliates

CE, UL, SAA, and other certified chargers





FLYING-ANT
Hoverboard Self
Balancing Scooters
6.5" Flash…

Sponsored ⓘ

... 6.5" Two-
Wheel Self Balancing…
$124.99

Sponsored ⓘ

Roll over image to zoom in

## Inspired by your recent shopping trends

Page 1 of 13

<



City Cruiser Hoverboard
Dual Motors Electric Self
Balancing Scooter with
Built-in Speaker and LED…
★★★☆☆ 76
$199.00



EPIKGO Self Balancing
Scooter Hover Self-
Balance Board - UL2272
Certified, All-Terrain 8.5"…
★★★★☆ 175
$469.21 ✓prime



WORMHOLE Off Road
Hoverboard Dual Motors
Electric Self Balancing
Scooter 6.5" Two Wheel…
★★★★☆ 82
$199.00



EPIKGO Sport Balance
Board Self Balance Scooter
Hover Balancing Board -
UL2272 Certified, All…
★★★★☆ 82
$499.99 ✓prime



Swagtron 82082-2
Swagboard Duro T8
Lithium-Free Hoverboard
Startup Self Balancing…
★★★☆☆ 102
3 offers from $139.00

>

## Sponsored products related to this item

Page 1 of 5

<



SISIGAD Hoverboard 6.5"
Self Balancing Scooter
with Colorful LED Wheels
Lights Two-…
★★★★☆ 1,567
$139.99



Swagtron Swagboard Pro
T1 UL 2272 Certified
Hoverboard Electric Self-
Balancing Scoo…
★★★☆☆ 250
$246.83 ✓prime



TPS Hoverboard Self
Balancing Scooter with
Speaker LED Lights
Flashing Wheels for K…
★★★★☆ 31
$109.00



Gyroshoes Hoverboard -
Warrior 8.5 inch Off Road
All Terrain Hoverboard
with Blueto…
★★★★☆ 88
$299.00 ✓prime



SISIGAD Hoverboard Self
Balancing Scooter 6.5"
Two-Wheel Self Balancing
Hoverboard …
★★★★☆ 421
$139.99

>

Ad feedback 🖃

## Customers who viewed this item also viewed

Page 1 of 3

<



SISIGAD Hoverboard Self
Balancing Scooter 6.5"
Two-Wheel Self Balancing
Hoverboard with…
★★★★☆ 63



OMOLOO Hover Boards
for Kids, Hoverboards
Bluetooth and LED Lights
with Speaker,Self…
★★★★☆ 25



Jetson Self Balancing
Hoverboard with Active
Balance Technology Ages
13+ Black
★★★★★ 1



Hover-1 Helix Electric
Hoverboard Scooter
★★★★☆ 103
$179.99



HOVERSTAR All-New
HS2.0 Hoverboard All-
Terrain Two-Wheel Self
Balancing Flash Wheel…
★★★★☆ 84

>

 
SISIGAD Hoverboard Self Balancing Scooter 6.5" Two-Wheel Self Balancing Hoverboard with...
★★★★☆ 63
$134.99 - $154.99

OMOLOO Hover Boards for Kids, Hoverboards Bluetooth and LED Lights with Speaker,Self...
★★★☆☆ 25
$219.99 - $229.99

Jetson Self Balancing Hoverboard with Active Balance Technology Ages 13+ Black
★★★★★ 1
$149.99 - $229.99

Hover-1 Helix Electric Hoverboard Scooter
★★★★☆ 103
$179.99

HOVERSTAR All-New HS2.0 Hoverboard All-Terrain Two-Wheel Self Balancing Flash Wheel...
★★★☆☆ 84
$139.00

## Special offers and product promotions

Color: Black

- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. **Register a free business account**
- **Your cost could be $229.99 instead of $279.99**! Get a **$50 Amazon Gift Card** instantly upon approval for the **Amazon Rewards Visa Card**
  Apply now

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

## Product description

✿ Welcome to shamoluotuo ✿

☞☞If you have any questions, please feel free to email us in any time. We will reply you within 24 hours.

✓ About Shipping:

The item will be shipped by DHL, which items usually delivered in 5-10 days.

✓ About Product:

We optimize product design based on children's and adult preferences.With its fashionable shape ad cool colored lights,our self balancing scooters has become one of the most desire gifts of people.

The intelligent chip brings gigh quality stability.The gyroscope drives 100% accurately control.

Branded bluethooth speaker with loud and quality sound support all bluetooth capable music devices.Enjoy your music at any time any where.

Motor power: 300W×2

Maximum speed: 15km/h

Limit climbing grade: 15-40 degrees

Limit load: 150kg

Battery capacity: 1.8A

Cruising range: 7-10kM

Charging time: 2-3 hours

Product size: 59CM×19CM×19CM

Outer box length/height/width: 66.5CM×25CM×23CM

Body weight with packaging: 7kg

Pedal distance from the ground: 11CM

Charger voltage: AC110-AC220V 50-60HZ

The charger has CE, UL, SAA, and other certified chargers

Equipped with Bluetooth, remote control, handbag.

Outer box length/height/width: 66.5CM×25CM×23CM

Body weight with packaging: 7kg

Pedal distance from the ground: 11CM

Charger voltage: AC110-AC220V 50-60HZ

The charger has CE, UL, SAA, and other certified chargers

Equipped with Bluetooth, remote control, handbag.

Package Included:

1 x Self Balancing Scooter+6Xprotective gear+1×charger

---

## Product details

Color: Black

**Product Dimensions:** 23.2 x 7.5 x 7.5 inches

**Shipping Weight:** 15.4 pounds (View shipping rates and policies)

**ASIN:** B08B8W9B4C

**Customer Reviews:** Be the first to write a review

Would you like to **tell us about a lower price?** ˅

## Videos

Page 1 of 4

### Videos for related products


Top 10 Best Hoverboard & Self Balancing Scooters

Top 10 Zone


Gyroor Warrior G2 Self Balancing Scooter Review

Top 10 Zone


Top 10 Latest Hoverboard & Self Balancing Scooters

Top 10 Zone


The 10 Best Self Balancing Scooters

Ezvid Wiki

Upload your video

---

## Sponsored products related to this item


TOMOLOO Hoverboards with Bluetooth Speakers and Led Lights, Two Wheels Electric Sel...
★★★☆☆ 25
$229.99


TOMOLOO Hoverboard Pink for Girls and Boys, Hoverboard Bluetooth and Led Lights wit...
★★★★★ 4
$229.99 ✓prime


LERUJIFL Kids Adjustable Bike Helmet, Suitable for Toddler Kids Age 3-8 Boys Girls,...
★★★★☆ 94
$24.99 ✓prime


MightySkins Skin Compatible with Razor Hovertrax 2.0 Hover Board - Trippy Ocean | P...
★☆☆☆☆ 1
$14.99 ✓prime


yabbay Hoverboards Seat Attachment Go Karts,Transforms Your Hoverboards into ...
★★★★☆ 589
$62.00 ✓prime

Ad feedback

---

Document title: Amazon.com: shamoluotuo Hoverboard for Kids, Self Balancing Scooter with Protective Gear 7&quot; Two-Wheel Adults Self Balancing Hoverboard with…
Capture URL: https://www.amazon.com/dp/B08B8W9B4C
Capture timestamp (UTC): Wed, 12 Aug 2020 19:05:52 GMT

Page 4 of 7

TOMOLOO Hoverboards with Bluetooth Speakers and Led Lights, Two Wheels Electric Sel...
★★★☆☆ 25
$229.99

TOMOLOO Hoverboard Pink for Girls and Boys, Hoverboard Bluetooth and Led Lights wit...
★★★★★ 4
$229.99 ✓prime

LENDIFL Kids Adjustable Bike Helmet, Suitable for Toddler Kids Age 3-8 Boys Girls,...
★★★★☆ 94
$24.99 ✓prime

MightySuns Skin Compatible with Razor Hovertrax 2.0 Hover Board - Trippy Ocean | P...
★☆☆☆☆ 1
$14.99 ✓prime

9BUUBY Hoverboards Seat Attachment Go Karts Carts,Transforms Your Hoverboards into ...
★★★★☆ 589
$62.00 ✓prime

Ad feedback ☐

## Customer questions & answers

🔍 Have a question? Search for answers

Typical questions asked about products:

– Is the item durable?

– Is this item easy to use?

– What are the dimensions of this item?

## Customer reviews

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

**No customer reviews**

˅ How does Amazon calculate star ratings?

## Review this product

Share your thoughts with other customers

Write a customer review



Hiboy S2 Electric Scooter
★★★★☆ 131
$419.99    Add to Cart

Sponsored ⓘ



kindleunlimited | Enjoy over a million books available with a membership
Learn more ►

Sponsored ⓘ

Sponsored



**kindle**unlimited | Enjoy over a million books available with a membership
Learn more ▶

Sponsored



## Inspired by your browsing history

Page 1 of 10

**Hover-1 Buggy Attachment for Transforming Hoverboard Scooter into Go-Kart**
★★★★★ 1,294
$79.64 ✓prime

**Hiboy HC-02 Hoverboard Go Kart with Rear Suspension Seat Attachment Accessory...**
★★★★☆ 239
$109.00 ✓prime

**Beston Sports Newest Generation Electric Hoverboard Dual Motors Two Wheels Hoover...**
★★★★☆ 828
3 offers from $109.00

**TOMOLOO Self-Balancing Scooter Carrying Handbag Backpack Bag for 6.5" Two-Wheel Hover...**
★★★★☆ 16
$9.99

**TOMOLOO Music-Rhythmed Hoverboard for Kids and Adult Two-Wheel Self-Balancing Scooter...**
★★★★★ 1,185
1 offer from $399.99

## Deals in magazine subscriptions

Page 1 of 10

**Real Simple**
★★★★★ 4,377
Print Magazine
$3.75

**Southern Living**
★★★★★ 2,152
Print Magazine
$3.75

**Better Homes & Gardens**
★★★★☆ 3,608
Print Magazine
$3.75

**National Geographic Kids**
★★★★★ 3,854
Print Magazine
$7.00

**Bon Appetit**
★★★★★ 1,582
Print Magazine
$5.00

**Your Browsing History**   View or edit your browsing history  ›

Page 1 of 4

See personalized recommendations

**Sign in**

New customer? Start here.



Back to top

**Get to Know Us**
Careers
Blog
About Amazon

**Make Money with Us**
Sell on Amazon
Sell Under Amazon Accelerator

**Amazon Payment Products**
Amazon Rewards Visa Signature Cards
Amazon.com Store Card

**Let Us Help You**
Amazon and COVID-19
Your Account
Your Orders





Back to top

## Get to Know Us

Careers

Blog

About Amazon

Press Center

Investor Relations

Amazon Devices

Amazon Tours

## Make Money with Us

Sell on Amazon

Sell Under Amazon Accelerator

Sell on Amazon Handmade

Sell on Amazon Business

Sell Your Apps on Amazon

Become an Affiliate

Advertise Your Products

Self-Publish with Us

Host an Amazon Hub

› See More Make Money with Us

## Amazon Payment Products

Amazon Rewards Visa Signature Cards

Amazon.com Store Card

Amazon Business Card

Amazon.com Corporate Credit Line

Shop with Points

Credit Card Marketplace

Reload Your Balance

Amazon Currency Converter

## Let Us Help You

Amazon and COVID-19

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Amazon Assistant

Help

amazon

 English

 United States

| | | | | | | |
|---|---|---|---|---|---|---|
| **Amazon Music** Stream millions of songs | **Amazon Advertising** Find, attract, and engage customers | **Amazon Drive** Cloud storage from Amazon | **6pm** Score deals on fashion brands | **AbeBooks** Books, art & collectibles | **ACX** Audiobook Publishing Made Easy | **Alexa** Actionable Analytics for the Web |
| **Sell on Amazon** Start a Selling Account | **Amazon Business** Everything For Your Business | **Amazon Fresh** Groceries & More Right To Your Door | **AmazonGlobal** Ship Orders Internationally | **Home Services** Experienced Pros Happiness Guarantee | **Amazon Ignite** Sell your original Digital Educational Resources | **Amazon Rapids** Fun stories for kids on the go |
| **Amazon Web Services** Scalable Cloud Computing Services | **Audible** Listen to Books & Original Audio Performances | **Book Depository** Books With Free Delivery Worldwide | **Box Office Mojo** Find Movie Box Office Data | **ComiXology** Thousands of Digital Comics | **CreateSpace** Indie Print Publishing Made Easy | **DPReview** Digital Photography |
| **East Dane** Designer Men's Fashion | **Fabric** Sewing, Quilting & Knitting | **Goodreads** Book reviews & recommendations | **IMDb** Movies, TV & Celebrities | **IMDbPro** Get Info Entertainment Professionals Need | **Kindle Direct Publishing** Indie Digital Publishing Made Easy | **Prime Now** FREE 2-hour Delivery on Everyday Items |
| **Amazon Photos** Unlimited Photo Storage Free With Prime | **Prime Video Direct** Video Distribution Made Easy | **Shopbop** Designer Fashion Brands | **Amazon Warehouse** Great Deals on Quality Used Products | **Whole Foods Market** America's Healthiest Grocery Store | **Woot!** Deals and Shenanigans | **Zappos** Shoes & Clothing |
| **Ring** Smart Home Security Systems | **eero WiFi** Stream 4K Video in Every Room | **Neighbors App** Real-Time Crime & Safety Alerts | **Amazon Subscription Boxes** Top subscription boxes – right to your door | **PillPack** Pharmacy Simplified | **Amazon Renewed** Like-new products you can trust | **Amazon Second Chance** Pass it on, trade it in, give it a second life |

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2020, Amazon.com, Inc. or its affiliates

Document title: Amazon.com: shamoluotuo Hoverboard for Kids, Self Balancing Scooter with Protective Gear 7&quot; Two-Wheel Adults Self Balancing Hoverboard with…
Capture URL: https://www.amazon.com/dp/B08B8W9B4C
Capture timestamp (UTC): Wed, 12 Aug 2020 19:05:52 GMT



# amazon

☰ | Hello, Sign in Account & Lists | Returns & Orders | Try Prime | 🛒 0 Cart

Hello Select your address | Best Sellers | Customer Service | Today's Deals | New Releases | Find a Gift | Whole Foods | Explore Camp Handmade

Amazon Home | Shop by Room | Discover | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Improvement

**Just launched: Flawless by Gabrielle Union** Learn more ›

Sports & Outdoors › Outdoor Recreation › Skates, Skateboards & Scooters › Scooters & Equipment › Scooters › Kick Scooters



    **New**

Roll over image to zoom in

  

## 6.5" Hoverboard Self-Balancing Scooter Safe UL2272 Certified with Bluetooth Music Speaker and Smart Colorful Flashes Wheel 4000mah Battery 700W Dual Motor for Kids and Adult Great Gifts

by Nologo

Price: **$499.99** + $1.99 shipping

Get $50 off instantly: Pay $449.99 upon approval for the Amazon Rewards Visa Card.

- [MAGNIFICENT PERFORMANCE]: With the two powerful 2x350W motors, the Self balance Scooter equipped with a super durable battery will give you the opportunity to reach a maximum speed of up to 15KM / H in ideal driving conditions. The 4 new generation sensors provide you with a good balance function, ideal for learning to ride quickly and keep your child safe
- [MULTI-PROTECTION SECURITY]: The Self-balance Scooter meets the strictest security standards in Europe to allow you to have fun without worry. User safety is the priority of our service: overload protection system integrated battery; engine safety control system. A super resistant certified battery that guarantees safety while driving
- [BLUETOOTH (IOS AND ANDROID) COMPATIBLE]: Compatible with all IOS and Android systems, you can take advantage of the sound quality and volume of the speakers built into the self balance scooter to listen to your favorite music while driving
- [STRONG POWER&SOLID MATERIAL]: with 6.5 inch no inflatable solid rubber tire for all terrain. Such as Beach Grass and gravel road. Aircraft grade aluminum alloy frame make this segway almost indestructibly
- [IMPECCABLE AFTER-SALES SERVICE]: 24h customer service. For all your questions and concerns, please contact our after-sales service directly, we will provide you with a satisfactory solution within 24h

**$499.99**
+ $1.99 shipping

Arrives: Sep 8 - 29

**Only 2 left in stock - order soon.**

Qty: 1 ˅

[ Add to Cart ]

[ Buy Now ]

🔒 Secure transaction

Ships from  xueweiweifuzhuangdian
Sold by  xueweiweifuzhuangdian

◉ Select delivery location

[ Add to List ]

[ Add to Wedding Registry ]

Share ✉ 📘 🐦 📌

Have one to sell?

[ Sell on Amazon ]



5 SKIDEE

*Scooter for Girls & Boys.*

5 SKIDEE Scooter for Kids...
$69.95 ✓prime

Sponsored ⓘ





Hikole Scooter for Kids, Kick Scooter for Toddlers Girls &...
★★★★☆ 439
$56.99 ✓prime

Sponsored ⓘ

Roll over image to zoom in



S SKIDEE
*Scooter for Girls & Boys.*
S SKIDEE Scooter for Kids…
$69.95 ✓prime



Hikole Scooter for Kids, Kick
Scooter... Girls &…
★★★★☆ 439
$56.99 ✓prime

Sponsored ⓘ

Sponsored ⓘ

## Sponsored products related to this item

<



XJD Scooters for Kids
Toddler Scooter with
Removable Seat 3 Wheel
Scooter for Boys …
★★★★☆ 270
$52.99 ✓prime



SISIGAD Hoverboard Self
Balancing Scooter 6.5"
Two-Wheel Self Balancing
Hoverboard …
★★★★☆ 63
$154.99



Mongoose Expo Scooter,
Featuring Front and Rear
Caliper Brakes and Rear
Axle Pegs w…
★★★★☆ 2,618
$99.00 ✓prime



EPCTEK Hoverboard, Self
Balancing Hoverboards
with Bluetooth Speaker -
UL2272 Certi…
★★★★☆ 306
$134.99



67i Scooters for Kids
Scooters 3 Wheel for
Toddler Scooter for Girls
Boys 4 Adjusta…
★★★★☆ 283
$49.99 ✓prime

>

Ad feedback ⬜

## Customers who viewed this item also viewed



Jetson Self Balancing
Hoverboard with Active
Balance Technology Ages
13+ Black
★★★★★ 1
$149.99 - $229.99



Gyroor Swift Hoverboard
Self Balancing Hoverboard
with Music Speaker LED
Lights, 6.5 inch Two…
★★★★☆ 196
1 offer from $299.88



Gyroor Hoverboard Off
Road All Terrain Warrior
Hoverboards with 8.5 inch
Tires, self Balance Hover…
★★★★☆ 163
$299.00



Swagtron Swagboard Pro
T1 UL 2272 Certified
Hoverboard Electric Self-
Balancing Scooter
★★★☆☆ 250
$246.83



Hoverboard 6.5" inch All
Terrain Off Road T581
Hoverboards,with
Bluetooth Speaker and…
★★★★☆ 192
1 offer from $399.00

## Customers also shopped for

<



TWO DOTS Hoverboard
6.5" UL2272 Certified Self
Balancing Scooter Solid
Rubber Two Wheels Hover
Board with APP…
$229.99



FLYING-ANT Hoverboard
Self Balancing Scooters
6.5" Flash Two-Wheel Self
Balancing Hoverboard…
★★★★☆ 23
$139.99 - $175.99



CHO POWER SPORTS
Electric Hoverboard Safety
Certified Hover Board
Electric Self Balancing…
★★★★☆ 10
1 offer from $299.99



TWO DOTS Hoverboard
8.5" Off Road Hover Board
All Terrain with App LED
Lights Two-Wheel
Bluetooth Speaker…
$339.99



TWO DOTS Hoverboard
8.5" Off Road Hover Board
All Terrain with App LED
Lights Two-Wheel…
★★★★★ 1
$339.99

>

| TWO DOTS Hoverboard | FLYING-ANT Hoverboard | CHO POWER SPORTS | TWO DOTS Hoverboard | TWO DOTS Hoverboard |
|---|---|---|---|---|
| 6.5" UL2272 Certified Self Balancing Scooter Solid Rubber Two Wheels Hover Board with APP… | Self Balancing Scooters 6.5" Flash Two-Wheel Self Balancing Hoverboard… | Electric Hoverboard Safety Certified Hover Board Electric Self Balancing… | 8.5" Off Road Hover Board All Terrain with App LED Lights Two-Wheel Bluetooth Speaker… | 8.5" Off Road Hover Board All Terrain with App LED Lights Two-Wheel… |
| | ★★★★½ 23 | ★★★★☆ 10 | | ★★★★★ 1 |
| $229.99 | $139.99 - $175.99 | 1 offer from $299.99 | $339.99 | $339.99 |

---

## Special offers and product promotions

- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. **Register a free business account**
- **Your cost could be $449.99 instead of $499.99!** Get a **$50 Amazon Gift Card** instantly upon approval for the **Amazon Rewards Visa Card**
  Apply now

---

# Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

---

## Product description

The hoverboard has a robust, high-quality body, which ensures a long service life. Best value for money and commercial quality.

This is an interesting toy for you and your children, at the same time, it is a new type of travel tool-the city slide, which is very suitable for short trips.

Features:

This product is a classic model, we offer different colors with its stylish designs. In addition you have the colored LED lamps on the . Take your favorite color and show your personality!

The built-in Bluetooth speaker allows you to connect your laptop to listen to your favorite songs while driving.

Two powerful 350W motors give a maximum speed varying from 12 to 15km / h (depending on the terrain).

specification:

Material: ABS
Frame structure: integrated car
Whether to fold: No
Propulsion method: no chain
Load capacity: 120kg
Brake system: electric

---

## Product information

| Item Weight | 0.035 ounces |
|---|---|
| Department | Unisex-Child |
| Manufacturer | xueweiweifuzhuangdian |
| ASIN | B08B4R7RTP |
| Item Weight | 1 Grams |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

---

# Videos

Page 1 of 3

### Videos for related products

   

---

Item Weight | 1 Grams

## Videos

### Videos for related products

   

The 10 Best Dirt Scooters

Ezvid Wiki

The 10 Best Adult Scooters

Ezvid Wiki

Xootr Kick Scooters - "First Class"

Xootr Urban Transport

Scooters for Kids T
Deluxe Aluminum

Won Lane

Upload your video

## Sponsored products related to this item

     

SISIGAD Hoverboard 6.5"
Self Balancing Scooter
with Colorful LED Wheels
Lights Two-...
★★★★☆ 1,567
$139.99

Mongoose Expo Scooter,
Featuring Front and Rear
Caliper Brakes and Rear
Axle Pegs w...
★★★★☆ 2,618
$99.99 ✓prime

Swagtron Swagboard Pro
T1 UL 2272 Certified
Hoverboard Electric Self-
Balancing Scoo...
★★★☆☆ 250
$246.83 ✓prime

TPS Hoverboard Self
Balancing Scooter with
Speaker LED Lights
Flashing Wheels for K...
★★★★☆ 31
$109.00

XJD Scooters for Kids
Toddler Scooter with
Removable Seat 3 Wheel
Scooter for Boys ...
★★★★☆ 270
$52.99 ✓prime

Ad feedback 💬



Upgrade Your Patio
This Summer

Shop now ▸

amazonbasics

Sponsored ⓘ

## Customer questions & answers

🔍 Have a question? Search for answers

Typical questions asked about products:

Sponsored ⓘ

## Customer questions & answers

🔍 Have a question? Search for answers

Typical questions asked about products:

– Is the item durable?

– Is this item easy to use?

– What are the dimensions of this item?

## Customer reviews

**No customer reviews**

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

˅ How does Amazon calculate star ratings?

## Review this product

Share your thoughts with other customers

Write a customer review



Sponsored ⓘ

## Related products from Our Brands















Pinzon 4 Piece Egyptian Cotton Bath Towels Set - Driftwood
⭐⭐⭐⭐⭐ 12249
$38.99

Pinzon Signature Cotton Heavyweight Velvet Flannel Sheet Set - Queen, Cream
⭐⭐⭐⭐⭐ 5852
$75.37

Pinzon Velvet Plush Blanket - Twin, Chocolate
⭐⭐⭐⭐⭐ 4974
$24.99

Pinzon Organic Cotton Bath Towel, Set of 4, White
⭐⭐⭐⭐⭐ 4337
$39.45

Pinzon Faux Fur Throw Blanket - 50 x 60 Inch, Ivory
⭐⭐⭐⭐⭐ 2889
$29.99


eGift cards for every occasion
Send now ▸

Sponsored ⓘ

## Inspired by your browsing history











Hover-1 Buggy Attachment for Transforming Hoverboard Scooter into Go-Kart
⭐⭐⭐⭐⭐ 1,294
$79.64 ✓prime

Hiboy HC-02 Hoverboard Go Kart with Rear Suspension Seat Attachment Accessory...
⭐⭐⭐⭐☆ 239
$109.00 ✓prime

Beston Sports Newest Generation Electric Hoverboard Dual Motors Two Wheels Hoover...
⭐⭐⭐⭐☆ 828
3 offers from $109.00

TOMOLOO Self-Balancing Scooter Carrying Handbag Backpack Bag for 6.5" Two-Wheel Hover...
⭐⭐⭐⭐⭐ 16
$9.99

TOMOLOO Music-Rhythmed Hoverboard for Kids and Adult Two-Wheel Self-Balancing Scooter...
⭐⭐⭐⭐⭐ 1,185
1 offer from $399.99

## Deals in magazine subscriptions









People
⭐⭐⭐⭐☆ 1,213

Essence
⭐⭐⭐⭐☆ 852

Good Housekeeping
⭐⭐⭐⭐☆ 2,073

National Geographic Kids
⭐⭐⭐⭐☆ 3,854

Better Homes & Gardens
⭐⭐⭐⭐⭐ 3,608



**People**
⭐⭐⭐⭐⭐ 1,213
Print Magazine
$35.72

**Essence**
⭐⭐⭐⭐⭐ 852
Print Magazine
$3.75

**Good Housekeeping**
⭐⭐⭐⭐⭐ 2,073
Print Magazine
$5.00

**National Geographic Kids**
⭐⭐⭐⭐⭐ 3,854
Print Magazine
$15.00

**Better Homes & Gardens**
⭐⭐⭐⭐⭐ 3,608
Print Magazine
$3.75

**Your Browsing History**    View or edit your browsing history ›

Page 1 of 4

See personalized recommendations

**Sign in**

New customer? Start here.



Back to top

**Get to Know Us**
Careers
Blog
About Amazon
Press Center
Investor Relations
Amazon Devices
Amazon Tours

**Make Money with Us**
Sell on Amazon
Sell Under Amazon Accelerator
Sell on Amazon Handmade
Sell on Amazon Business
Sell Your Apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Make Money with Us

**Amazon Payment Products**
Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon Business Card
Amazon.com Corporate Credit Line
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

**Let Us Help You**
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help

**amazon**

🌐 English        🇺🇸 United States

**Amazon Music**
Stream millions of songs

**Amazon Advertising**
Find, attract, and engage customers

**Amazon Drive**
Cloud storage from Amazon

**6pm**
Score deals on fashion brands

**AbeBooks**
Books, art & collectibles

**ACX**
Audiobook Publishing Made Easy

**Alexa**
Actionable Analytics for the Web

**Sell on Amazon**
Start a Selling Account

**Amazon Business**
Everything For Your Business

**Amazon Fresh**
Groceries & More Right To Your Door

**AmazonGlobal**
Ship Orders Internationally

**Home Services**
Experienced Pros Happiness Guarantee

**Amazon Ignite**
Sell your original Digital Educational Resources

**Amazon Rapids**
Fun stories for kids on the go

**Amazon Web Services**
Scalable Cloud Computing

**Audible**
Listen to Books & Original Audio

**Book Depository**
Books With Free Delivery

**Box Office Mojo**
Find Movie Box Office Data

**ComiXology**
Thousands of Digital Comics

**CreateSpace**
Indie Print Publishing Made Easy

**DPReview**
Digital Photography

Document title: Amazon.com: 6.5&quot; Hoverboard Self-Balancing Scooter Safe UL2272 Certified with Bluetooth Music Speaker and Smart Colorful Flashes Wheel…
Capture URL: https://www.amazon.com/Hoverboard-Self-Balancing-Certified-Bluetooth-Colorful/dp/B08B4R7RTP/ref=sr_1_87?dchild=1&amp;keywords=DOC…
Capture timestamp (UTC): Wed, 12 Aug 2020 18:57:21 GMT



Back to top

## Get to Know Us

Careers

Blog

About Amazon

Press Center

Investor Relations

Amazon Devices

Amazon Tours

## Make Money with Us

Sell on Amazon

Sell Under Amazon Accelerator

Sell on Amazon Handmade

Sell on Amazon Business

Sell Your Apps on Amazon

Become an Affiliate

Advertise Your Products

Self-Publish with Us

Host an Amazon Hub

› See More Make Money with Us

## Amazon Payment Products

Amazon Rewards Visa Signature Cards

Amazon.com Store Card

Amazon Business Card

Amazon.com Corporate Credit Line

Shop with Points

Credit Card Marketplace

Reload Your Balance

Amazon Currency Converter

## Let Us Help You

Amazon and COVID-19

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Amazon Assistant

Help

 amazon

 🌐 English

🇺🇸 United States

| | | | | | | |
|---|---|---|---|---|---|---|
| **Amazon Music** Stream millions of songs | **Amazon Advertising** Find, attract, and engage customers | **Amazon Drive** Cloud storage from Amazon | **6pm** Score deals on fashion brands | **AbeBooks** Books, art & collectibles | **ACX** Audiobook Publishing Made Easy | **Alexa** Actionable Analytics for the Web |
| **Sell on Amazon** Start a Selling Account | **Amazon Business** Everything For Your Business | **Amazon Fresh** Groceries & More Right To Your Door | **AmazonGlobal** Ship Orders Internationally | **Home Services** Experienced Pros Happiness Guarantee | **Amazon Ignite** Sell your original Digital Educational Resources | **Amazon Rapids** Fun stories for kids on the go |
| **Amazon Web Services** Scalable Cloud Computing Services | **Audible** Listen to Books & Original Audio Performances | **Book Depository** Books With Free Delivery Worldwide | **Box Office Mojo** Find Movie Box Office Data | **ComiXology** Thousands of Digital Comics | **CreateSpace** Indie Print Publishing Made Easy | **DPReview** Digital Photography |
| **East Dane** Designer Men's Fashion | **Fabric** Sewing, Quilting & Knitting | **Goodreads** Book reviews & recommendations | **IMDb** Movies, TV & Celebrities | **IMDbPro** Get Info Entertainment Professionals Need | **Kindle Direct Publishing** Indie Digital Publishing Made Easy | **Prime Now** FREE 2-hour Delivery on Everyday Items |
| **Amazon Photos** Unlimited Photo Storage Free With Prime | **Prime Video Direct** Video Distribution Made Easy | **Shopbop** Designer Fashion Brands | **Amazon Warehouse** Great Deals on Quality Used Products | **Whole Foods Market** America's Healthiest Grocery Store | **Woot!** Deals and Shenanigans | **Zappos** Shoes & Clothing |
| **Ring** Smart Home Security Systems | **eero WiFi** Stream 4K Video in Every Room | **Neighbors App** Real-Time Crime & Safety Alerts | **Amazon Subscription Boxes** Top subscription boxes – right to your door | **PillPack** Pharmacy Simplified | **Amazon Renewed** Like-new products you can trust | **Amazon Second Chance** Pass it on, trade it in, give it a second life |

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2020, Amazon.com, Inc. or its affiliates



# amazon

EN

Hello, Sign in
Account & Lists

Returns
& Orders

Try Prime

0
Cart

Hello
Select your address

Best Sellers    Customer Service    Today's Deals    New Releases    Find a Gift    Whole Foods    Shop College Essentials

Sports & Outdoors    Sports & Fitness    Outdoor Recreation    Sports Fan Shop    Sports Deals    Outdoor Deals

Just launched: Flawless by Gabrielle Union    Learn more ›

Sports & Outdoors › Outdoor Recreation › Skates, Skateboards & Scooters › Scooters & Equipment › Scooters › Self Balancing Scooters



Roll over image to zoom in

## EverCross Hoverboard, 6.5" Two-Wheel Self Balancing Scooter, Electric Hoverboard Scooter - Dual Motors Hoverboards with Bluetooth Speaker & Colorful LED Light, Suitable for Kids and Adults

by EverCross

★★★★☆    12 ratings
| 24 answered questions

**#1 New Release** in Self Balancing Scooters

Price: **$229.00** & FREE Shipping

Get $50 off instantly: Pay $179.00 upon approval for the Amazon Rewards Visa Card.

Color: **Hip hop+Kart Hip hop**

  

- Advanced Self Balancing Scooter - The built-in gyroscope stabilization system and powerful self-balancing feature make it easier and safer for amateurs and beginners. It is easy to go straight, make a turn, rotate for 360°and maintain balance let you master the art of balancing in minutes.
- Flashing Wheels & Bluetooth Speaker & LED Lights - Equipped with the newest design, featuring dynamic and attractive lights on the engine and the shell is solid. Two dreamy blue LED lights can illuminate the road ahead at night. Connect to your on-board speaker via bluetooth and enjoy your favorite music through your stereo speaker with premium sound quality while riding.
- 6.5" All Terrain Hoverboard - Equipped with a high-end battery to maintain up to 4-5 km, powerful 2×300W engines that is able to propel you to a speed above 15KM/H under normal driving conditions with a load of 20-100kg.
- Multi-safety Protection & Durable Design - Integrated battery overload protection system and tested engine safety control system will guarantee safety while driving. Our hoverboard is crafted with ABS

**$229.00**
& **FREE Shipping**

Arrives: Aug 21 - 26

Only 11 left in stock - order soon.

Qty: 1

Add to Cart

Buy Now

🔒 Secure transaction

Ships from    EverCross
Sold by    EverCross

Add a Protection Plan:
☐ 2-Year Protection for $24.99

Select delivery location

Add to List

Share ✉ f 🐦 📌

Have one to sell?

Sell on Amazon



FLYING-ANT Hoverboard 6.5"
Two-Wheel Self Balancing...
★★★★☆ 348
$139.99

Sponsored ⓘ







Roll over image to zoom in

with a high-end battery to maintain up to

able to propel you to a speed above 15KM/H under normal driving conditions with a load of 20-100kg.

- Multi-safety Protection & Durable Design - Integrated battery overload protection system and tested engine safety control system will guarantee safety while driving. Our hoverboard is crafted with ABS polymer, 6.5" non-skid solid tires and non-slip pedals for maximum safety and duration to ensure that you are receiving the highest quality of products.

- Hoverboard + Hoverkart - Equipped with four 4th generation gyro sensors, the EVERCROSS hoverboard provides you with safe and comfortable driving with great fun factor. The hoverkart is well designed and developed for self-balancing electric scooter, this combination is ideal for children and adults.



FLYING-ANT Hoverboard Self Balancing Scooters 6.5" Flash…

Sponsored ⓘ

FLYING-ANT Hoverboard 6.5"
Two Wheel Self Balancing…
⭐⭐⭐⭐½ 348
$139.99

Sponsored ⓘ

## Inspired by your recent shopping trends

Page 1 of 14







VOYAGER Hoverboard Air Wheel Offroad Electric Hoverboard, Rugged 8.5 Inch All Terrain Wheels,…
⭐⭐⭐⭐⭐ 1
$399.99 ✓prime

Hover-1 Chrome 2.0 Electric Hoverboard and Adjustable Go-Kart Attachment - Converts…
⭐⭐⭐½ 7
$249.99 ✓prime

Hover-1 Falcon 1 Hoverboard Seat Attachment Turbo Light, Transform Your…
⭐⭐⭐⭐ 202
$79.99 ✓prime

Segway Ninebot S Smart Self-Balancing Electric Transporter
⭐⭐⭐⭐½ 666
$489.99 ✓prime

HYPER GOGO Off Road, Electric Self Balancing All Terrain Hoverboard with Built-in Speaker and LED…
⭐⭐⭐⭐ 223
$237.99 ✓prime

## Sponsored products related to this item

Page 1 of 19







EverCross Hoverboard Seat Attachment, New Gen Hoverboard Seat with

mingto Hoverboard Seat Attachment with Four Straps Hoverboard

Spadger G-F1 Racing Hoverboard, BLE Speaker, LED Lights & 700W Dual

Longtime Universal Hoverboard Hovercart Seat Attachment with

Hishine Hoverboard Seat Attachment for Transforming Hoverboard



EverCross Hoverboard Seat Attachment, New Gen Hoverboard Seat with Safety Brake Sys...

★★★★☆ 126

$72.97

mingto Hoverboard Seat Attachment with Four Straps,Hoverboard Accessories-Adjustabl...

★★★★☆ 251

$65.99 ✓prime



Spadger G-F1 Racing Hoverboard, BLE Speaker, LED Lights & 700W Dual Motors with 8.5...

★★★★☆ 43

$349.99 ✓prime



Longtime Universal Hoverboard Hovercart Seat Attachment with Adjustable Straps for ...

★★★★★ 1

$49.00



Hishine Hoverboard Seat Attachment for Transforming Hoverboard Scooter Into Go-Kart...

★★★★☆ 12

$62.99

Ad feedback

## Customers who viewed this item also viewed

Page 1 of 10

Hover-1 Helix Electric Hoverboard Scooter

★★★★☆ 103

$179.99

FLYING-ANT Hoverboard 6.5" Two-Wheel Self Balancing Hoverboard with LED Light Flash Lights...

★★★★☆ 54

$124.99 - $139.99

JOLEGE Hoverboard, 6.5" Two-Wheel Self Balancing Hoverboards - LED Light Wheel Scooter for Kids...

★★★★☆ 845

**#1 Best Seller** in Self Balancing Scooters

$124.99 - $139.99

Hover-1 Chrome 2.0 Electric Hoverboard and Adjustable Go-Kart Attachment - Converts...

★★★☆☆ 7

$249.99

Only 3 left in stock (more on...

Jetson Self Balancing Hoverboard with Active Balance Technology Ages 13+ Black

★★★★★ 1

$149.99 - $229.99

---

## Special offers and product promotions

Color: Hip hop+Kart Hip hop

- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. **Register a free business account**
- **Your cost could be $179.00 instead of $229.00**! Get a $50 Amazon Gift Card instantly upon approval for the **Amazon Rewards Visa Card** Apply now

---

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

---

## From the manufacturer





## EVERCROSS Hoverboard

EVERCROSS is a local and well-known brand in Europe, which is committed to create more diversified and efficient short-distance trip mode, let more people enjoy the fun of technology.



### Combination of Hoverboard and Hoverkart

*Transform your hoverboard into an all new hoverkart*

Our hoverboard is made from durable aluminum and certain ABS parts to ensure a pretty strong body that is sure to stand the test of time. This means that you can use the hoverboard for a long time without having to bother about the longevity of the casing, which is a great creative and cool gift.

Now, let's explore the world in a different way. In EVERCROSS's way.

- Compatibility: 6.5-10 inch
- Adjustable length: 31-44.5 inch
- Net weight: 5.48KG
- Max. Load capacity: 100kg
- Suitable for 6.5, 8, 8.5, 10" hoverboard



**Technical specifications:**

Wheel Size: 6.5 inches

Loading Time: 2-3 hours

Min/Max Load: 20kgs-100 kgs

Max Speed: <15km / h

Water Resistance: IP54

Max Climbing Limit: 15 °

Motor: Dual 350W Motors

Colorful LED Lights

Lithium-Ion Battery

Bluetooth Compatibility









## Vibrant LED Lights

Equipped with unique built-in bright LED light and colorful flashing luminous wheels, makes travel safer and brings more fun while riding in the darkness. With its fashionable design, our hoverboard has become one of the desired gift in the market.

## Powerful Dual Motor & Gyroscope Foot Sensors

Powered by 350W powerful brushless dual motors with solid shock absorber tires. Dual independent gyros hoverboard can accelerate to a max speed of 15km/h and gives you durability along with smooth ride.

## Solid Rubber Tire & Non-slip Pedal

6.5"non-slip sturdy rubber tires and pedals ensure lasting smooth rides in your home or outdoor adventures. The electric scooter also comes with IP54 waterproof standard, gives you more foot space and stability.







## Battery Protection System & Low Battery Warning

Due to electrical circuit protection, your scooter won't get overheated or overcharging. Also, smart battery system monitoring the real battery use to remind you that the battery is in low.

## Built-in Bluetooth Speaker

The hoverboard can be easily connected to your phone or any portable bluetooth devices. Pair up and blast your favorite tunes through the built-in wireless bluetooth speaker while driving the hoverboard.

## Advanced Motherboard

The advanced motherboard ensures the stability of balance system, which ensures your board swiftly respond to angle and speed, easier to control and keep balance, certainly get you to your destination safely and quickly.





## Product description

**Specification:**
Charging Time: 2-4 Hours
Using Time: 60-90 Mins
Riding Range: 6-9 Miles
Weight-bearing: 44lb to 200 lb
Gross Weight: 30 lb/13.6 Kg
Maximum Speed: <15 Km/H
Climbing Capacity: <15°
Turning Radius: 360°
Wheel size: 6.5" Tire
Chassis Height: 1.18" /3Cm
Pedal Height: 4.33" /11Cm
Dimension: 23×7.3×7 in/ 58×18.6×18 Cm
Motor: Dual Hub Motors
Battery Type: Lithium high-rate battery

**Package Contains:**
1 x Two-Wheels Hoverboard
1 x Hoverboard Seat Attachment
6 x Straps
1 x Power Supply Charger
1 x Manual
Assembly tools

**Warranty(from the date of purchase):**
3 Months Warranty & 1 Year Technical Support & Lifetime After-sales Consulting Service
If you have any questions, please feel free to contact us. We'll reply you within 24 hrs and provide a satisfied solutions for you.

**NOTES:**
▶Please fully charge before using for the first time.
▶Remember that the range of motion should not be too large, as far as possible to avoid excessive tilt.
▶Children should be accompanied under the guardianship of an adult, and the speed should not be too fast.
▶DO NOT swerve at high speed.
▶DO NOT start or stop operation on a slope, as to avoid damaging the self-balacning system or causing function errors.

**NOTES:**
▶ Please fully charge before using for the first time.
▶ Remember that the range of motion should not be too large, as far as possible to avoid excessive tilt.
▶ Children should be accompanied under the guardianship of an adult, and the speed should not be too fast.
▶ DO NOT swerve at high speed.
▶ DO NOT start or stop operation on a slope, as to avoid damaging the self-balancing system or causing function errors.
▶ DO NOT operate the hoverboard when the "BATTERY LOW" indicator on.

**HOW TO RESET:**
1. Make sure the hoverboard is fully charged, turn off your hoverboard.
2. Place the hoverboard pedal parellel to the ground. Make sure your hoverboard is not tilting in any direction and calibrate balance in a horizontal level.
3. Hold down the power button for at least 10-20 seconds. (You will see the LEDs flash 5 to 6 times and light up continuously after 6 flashes.)
4. Power off the hoverboard once more to finalize the recalibration and turn it back on.

## Product details

Color: Hip hop+Kart Hip hop

**Item Weight:** 17 pounds

**Shipping Weight:** 17.6 pounds (View shipping rates and policies)

**ASIN:** B089KDRFCM

**Customer Reviews:** ★★★★½ ∨ 12 customer ratings

**Amazon Best Sellers Rank:** #35,754 in Sports & Outdoors (See Top 100 in Sports & Outdoors)
   #45 in Self Balancing Scooters

Would you like to **tell us about a lower price?** ∨

## Videos

Page 1 of 4

### Videos for this product



**Customer Review:** Durable, brightly colored LEDs, sturdy...

Huy Le

### Videos for related products



Top 10 Best Hoverboard & Self Balancing Scooters

Top 10 Zone



Gyroor Warrior G2 Self Balancing Scooter Review

Top 10 Zone



Top 10 Latest Hove Balancing Scooters

Top 10 Zone

Upload your video

## Sponsored products related to this item

Page 1 of 12



SISIGAD Hoverboard 6.5"



Traxxas TRX-6 Scale and



Gyroshoes Hoverboard -



XPRIT 8" Electric Scooter



Swagtron Swagboard Pro











SISIGAD Hoverboard 6.5" Self Balancing Scooter with Colorful LED Wheels Lights Two-...
★★★★☆ 1,567
$139.99

Traxxas TRX-6 Scale and Trail Crawler with Mercedes-Benz G 63 AMG Body: 6X6 Electri...
★★★★☆ 15
$599.95

Gyroshoes Hoverboard - Warrior 8.5 inch Off Road All Terrain Hoverboard with Blueto...
★★★★☆ 88
$299.00 ✓prime

XPRIT 8" Electric Scooter with Shock Absorbers, Up to 13 Miles Range, Commuting Sco...
★★★☆☆ 158
$269.95 ✓prime

Swagtron Swagboard Pro T1 UL 2272 Certified Hoverboard Electric Self-Balancing Scoo...
★★★☆☆ 250
$246.83 ✓prime

Ad feedback 💬



**Upgrade Your Patio This Summer**

Shop now ▸

amazonbasics

Sponsored ⓘ

## Customer questions & answers

🔍 Have a question? Search for answers

▲
0 votes
▼

**Question:** Does the hoverboard beep when it goes to fast or runs into something?

**Answer:** Yes, it beeps when going to fast.
By EverCross **SELLER** on July 20, 2020

▲
0 votes
▼

**Question:** Is there a way to replace the straps?

**Answer:** Yes, there are 6 straps included in the package.
By EverCross **SELLER** on July 16, 2020

▲
0 votes
▼

**Question:** How much weight will it really support

**Answer:** Hello, the weight of this EVERCROSS hoverboard can support 20kg to 100kg.
By EverCross **SELLER** on July 11, 2020

▲
0 votes
▼

**Question:** Is it capable in grass or sand or only for concrete?

**Answer:** It is capable in short grass. This hoverboard should be used on solid surfaces, nothing that is slippery or too soft. Sand is not recommended for this hoverboard.
By EverCross **SELLER** on July 27, 2020

See more answered questions (20)

## Customer reviews

 4.5 out of 5

12 customer ratings

## Customer images






See more answered questions (20)

## Customer reviews

⭐⭐⭐⭐⭐ 4.5 out of 5

12 customer ratings

| | | |
|---|---|---|
| 5 star | ▬▬▬▬ | 88% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | ▬ | 12% |

˅ How does Amazon calculate star ratings?

## Review this product

Share your thoughts with other customers

Write a customer review



handmade
Exquisite. Original. Handcrafted.
Discover Handmade ›
Sponsored ⓘ

### Customer images



See all customer images

### Read reviews that mention

bluetooth speaker    hoverboard    control    lights    assemble

videoid    bright    led    video

Top reviews ˅

lakersfan

⭐⭐⭐⭐⭐ **A Ton of Fun, Especially with the Hoverkart Attachment**

Reviewed in the United States on August 1, 2020

Color: Blue+Kart Blue    Verified Purchase



Okay, so hopefully this review covers pretty much everything you need to know about this item. I got the blue hoverboard (with bluetooth) with the hoverkart accessory.

Originally, I had this item at a 4 star, but that was with just the hoverboard itself. But the hoverkart, man that really made it a lot more fun. So in reality, I'd call this a 4.5 star item (rounded naturally to 5 stars, of course).

TLDR: The product works as advertised but has a few quirks associated with it. The kart accessory really makes it even more fun to use for the…

˅ Read more



Helpful    Comment | Report abuse

Brent    TOP 1000 REVIEWER

⭐⭐⭐⭐⭐ **I got this for my nephew who is 15 he loves it.**

Reviewed in the United States on August 9, 2020



| Helpful | Comment | Report abuse

**Brent** TOP 1000 REVIEWER

⭐⭐⭐⭐⭐ **I got this for my nephew who is 15 he loves it.**
Reviewed in the United States on August 9, 2020
Color: Blue+Kart Blue | Verified Purchase



I set it up so that it was together and working when I gave it to my nephew. When I got it all set up I could not resist taking it for a test drive. During my test drives it worked great with me driving it. I am 5 foot 10 inches and 160lbs. I am not positive what the weight limit is, but I am much larger then my teenage nephew.

One tip I give to new riders is to keep both hands on the handles while driving or you will loose control and crash like I did in the video.
After I gave this to my nephew he drove around a few times with the scooter thing attached, then he took it off and rides the hover board

∨ Read more



| Helpful | Comment | Report abuse

**CATHERINE** TOP 500 REVIEWER

⭐⭐⭐⭐⭐ **Good quality**
Reviewed in the United States on August 10, 2020
Color: Blue+Kart Blue | Verified Purchase

My teenage son was the official tester. He has ridden a few Hoverboard's in his days as a teen and he thought this was one of the better ones he has ridden. Right out of the box it went for a test drive around the house much to the cat's amusement. Great maneuverability, quick response and ease of use. It comes with a built-in Bluetooth speaker which works fine it just not a great sound. The ultra bright LED wheels are really cool and add a nice feature. We got a good couple of hours on the charge right out of the box. Charges easy enough just do not let it over charge - we have had no problems but I would still be cautious charging these batteries. Overall we think it is a fun and very good Hoverboard.

 | Helpful | Comment | Report abuse

**Huy Le** TOP 100 REVIEWER

⭐⭐⭐⭐⭐ **Durable, brightly colored LEDs, sturdy casing.**
Reviewed in the United States on July 28, 2020
Color: Hip hop+Kart Hip hop | Verified Purchase



Equipped with a unique new design with LED lights and smooth engine, the casing is very sturdy. Integrated battery overload protection system and safety control system when driving. The gyroscope stabilization system makes balancing easier and safer. Suitable for all ages, from small to large and this is a special gift when sending to friends and relatives.



Equipped with a unique new design with LED lights and smooth engine, the casing is very sturdy. Integrated battery overload protection system and safety control system when driving. The gyroscope stabilization system makes balancing easier and safer. Suitable for all ages, from small to large and this is a special gift when sending to friends and relatives.

| Helpful | Comment | Report abuse |

 Maria Carmichael

★★★★★ **So much fun!!!**
Reviewed in the United States on August 3, 2020
Color: Purple+Kart Black | **Verified Purchase**

This hoverboard is cool!! I got the purple color. It's so bright and rich. I love it!! Combined with flashing lights, you won't be unnoticed! The Bluetooth speaker is a great too! It took me a while to pair it with my phone, because I was looking for a strange coded name like these speakers usually have, but it popped as Bluetooth on my phone. You can control the volume via your phone and blast it as loud as you wish! I couldn't believe how easy it was to set everything up!

I'm new to hoverboarding, so I had to watch some video tutorials to figure how to balance it right and not fall! It took some practice in my hallway, holding on to walls on both sides. It's actually not that difficult.

The cart part makes it even more fun! Since it sits very low, it's not scary for the adults to use it. Assembly instructions were pretty clear to me. It comes with all the parts you need.

Overall, amazing find and totally worth it!!



| Helpful | Comment | Report abuse |

 Subrat

★☆☆☆☆ **Looks Great. Came with major flaws. Returned.**
Reviewed in the United States on August 5, 2020
Color: Blue+Kart Blue | **Verified Purchase**

My son was able to navigate inside house in 10 min. Lights and design all look great. But ended up in disappointment when batteries did not recharge. The kart was even bigger disappointment. Kart on hoverboard is a very poor design. Very difficult to control sitting in the kart. It goes in circular motion. So, I had to return this item. waiting refund. It's a lovely item to gift someone. But this product has some serious flaws.

| Helpful | Comment | Report abuse |

 GOHARD **TOP 100 REVIEWER**

★★★★★ **We all love this**
Reviewed in the United States on July 26, 2020
Color: Purple+Kart Black | **Verified Purchase**

We all loved this new toy of ours. It was



**GOHARD** TOP 100 REVIEWER

★★★★★ **We all love this**

Reviewed in the United States on July 26, 2020

Color: Purple+Kart Black | **Verified Purchase**



We all loved this new toy of ours. It was super easy to assemble and it works very well as well. I love how simple it was to use and how fast it is as well. The battery life on this thing is incredible as wel.



| Helpful | | Comment | Report abuse |

 Shuaichen Man

★★★★★ **Hoverboard**

Reviewed in the United States on August 10, 2020

Color: Purple+Kart Black | **Verified Purchase**

It is so much fun to play with. Me and my brother love playing it around. It lasted longer than I expected. The lights was really cool too.

| Helpful | | Comment | Report abuse |

**See all reviews from the United States ›**

---

## What other items do customers buy after viewing this item?

Page 1 of 3



‹

Hover-1 Buggy Attachment for Transforming Hoverboard Scooter into Go-Kart

★★★★☆ 1,294

$75.00 - $112.98



Hover-1 Helix Electric Hoverboard Scooter

★★★★☆ 103

$179.99



SISIGAD Hoverboard Self Balancing Scooter 6.5" Two-Wheel Self Balancing Hoverboard with…

★★★★☆ 63

$134.99 - $154.99



JOLEGE Hoverboard, 6.5" Two-Wheel Self Balancing Hoverboards - LED Light Wheel Scooter for Kids…

★★★★☆ 845

**#1 Best Seller** in Self Balancing Scooters

$124.99 - $139.99

FLYING-ANT Hoverboard, 6.5 Inch Self Balancing Hoverboards, Hover Board for Kids Adults

★★★★☆ 81

$124.99

›

Document title: Amazon.com: EverCross Hoverboard, 6.5&quot;Two-Wheel Self Balancing Scooter, Electric Hoverboard Scooter - Dual Motors Hoverboards with…

Capture URL: https://www.amazon.com/dp/B089KDRFCM?th=1

Capture timestamp (UTC): Wed, 12 Aug 2020 18:45:37 GMT

Page 12 of 14





Back to top

## Get to Know Us

Careers

Blog

About Amazon

Press Center

Investor Relations

Amazon Devices

Amazon Tours

## Make Money with Us

Sell on Amazon

Sell Under Amazon Accelerator

Sell on Amazon Handmade

Sell on Amazon Business

Sell Your Apps on Amazon

Become an Affiliate

Advertise Your Products

Self-Publish with Us

Host an Amazon Hub

› See More Make Money with Us

## Amazon Payment Products

Amazon Rewards Visa Signature Cards

Amazon.com Store Card

Amazon Business Card

Amazon.com Corporate Credit Line

Shop with Points

Credit Card Marketplace

Reload Your Balance

Amazon Currency Converter

## Let Us Help You

Amazon and COVID-19

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Amazon Assistant

Help

 English    United States

| Amazon Music
Stream millions of songs | Amazon Advertising
Find, attract, and engage customers | Amazon Drive
Cloud storage from Amazon | 6pm
Score deals on fashion brands | AbeBooks
Books, art & collectibles | ACX
Audiobook Publishing Made Easy | Alexa
Actionable Analytics for the Web |
| Sell on Amazon
Start a Selling Account | Amazon Business
Everything For Your Business | Amazon Fresh
Groceries & More Right To Your Door | AmazonGlobal
Ship Orders Internationally | Home Services
Experienced Pros Happiness Guarantee | Amazon Ignite
Sell your original Digital Educational Resources | Amazon Rapids
Fun stories for kids on the go |
| Amazon Web Services
Scalable Cloud Computing Services | Audible
Listen to Books & Original Audio Performances | Book Depository
Books With Free Delivery Worldwide | Box Office Mojo
Find Movie Box Office Data | ComiXology
Thousands of Digital Comics | CreateSpace
Indie Print Publishing Made Easy | DPReview
Digital Photography |
| East Dane
Designer Men's Fashion | Fabric
Sewing, Quilting & Knitting | Goodreads
Book reviews & recommendations | IMDb
Movies, TV & Celebrities | IMDbPro
Get Info Entertainment Professionals Need | Kindle Direct Publishing
Indie Digital Publishing Made Easy | Prime Now
FREE 2-hour Delivery on Everyday Items |
| Amazon Photos
Unlimited Photo Storage Free With Prime | Prime Video Direct
Video Distribution Made Easy | Shopbop
Designer Fashion Brands | Amazon Warehouse
Great Deals on Quality Used Products | Whole Foods Market
America's Healthiest Grocery Store | Woot!
Deals and Shenanigans | Zappos
Shoes & Clothing |
| Ring
Smart Home Security Systems | eero WiFi
Stream 4K Video in Every Room | Neighbors App
Real-Time Crime & Safety Alerts | Amazon Subscription Boxes
Top subscription boxes – right to your door | PillPack
Pharmacy Simplified | Amazon Renewed
Like-new products you can trust | Amazon Second Chance
Pass it on, trade it in, give it a second life |

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2020, Amazon.com, Inc. or its affiliates

Document title: Amazon.com: EverCross Hoverboard, 6.5" Two-Wheel Self Balancing Scooter, Electric Hoverboard Scooter - Dual Motors Hoverboards with…
Capture URL: https://www.amazon.com/dp/B089KDRFCM?th=1
Capture timestamp (UTC): Wed, 12 Aug 2020 18:45:37 GMT



Document title: Amazon.com: XPRIT Hoverboard w/Bluetooth Speaker (Black): Sports &amp; Outdoors
Capture URL: https://www.amazon.com/XPRIT-Hoverboard-Bluetooth-Speaker-Black/dp/B07DLLKS7T/ref=zg_bs_13130176011_12?…
Capture timestamp (UTC): Wed, 05 Aug 2020 20:02:59 GMT

**Frequently bought together**



Total price: **$227.89**

[ Add all three to Cart ]

[ Add all three to List ]

amazon

**$173.05**
+ $6.99 shipping
Sold by: B & Z Co.

[ Add to Cart ]

☑ **This item:** XPRIT Hoverboard w/Bluetooth Speaker $149.95
☑ KKA Hoverboard Accessories, Hoverboard Seat Attachment Fits Self Balancing Scooter Go Cart Frame $63.95
☑ Cosmos Portable Waterproof Carrying Bag Handbag for 6.5 inches Two Wheels Self Balancing Smart… $13.99

Have one to sell?

[ Sell on Amazon ]



LERUJIFL Kids Adjustable Helmet, Suitable for Toddler Kids Age…
★★★★½ 77
$22.99

Sponsored ⓘ

## Inspired by your recent shopping trends

Page 1 of 23





⟨ ⟩

VOYAGER Hoverboard Air Wheel Offroad Electric Hoverboard, Rugged 8.5 Inch All…
★★★★★ 1
$399.99 ✓prime

TOMOLOO Hoverboard with Bluetooth Speaker and LED Lights Self-Balancing Scooter…
★★★★½ 885
$259.99 ✓prime

LIEAGLE Hoverboard, 6.5" Self Balancing Scooter Hover Board with UL2272 Certified…
★★★★½ 443
$124.99

## Sponsored products related to this item

Page 1 of 10







⟨ ⟩

TOMOLOO Music-Rhythmed Hoverboard 6.5 inch Electric Scooter-UL2272 Certificated wi…
★★★★★ 2
$219.99 ✓prime

Hishine Hoverboard Seat Attachment for Self Balancing Scooter Go Kart Hover Board A…
★★★★☆ 38
$89.95 ✓prime

TOMOLOO Hoverboard for Kids and Adult, Hover Board Self Balancing Scooter 6.5" Two-…
$239.99 ✓prime

Hiboy A5 Football Hoverboard Electric Unicycle
★★★★★ 1
$279.99 ✓prime

Giveyo Bluetooth Self Balancing Scooter Flash Wheels 2 Wheels Self Balancing Scoote…
$137.46

Ad feedback 

## Special offers and product promotions

Color: **Black**

- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. **Register a free business account**

UL2272 Certificated wi...
★★★★★ 18
$219.99 ✓prime

Kart Hover Board A...
★★★★☆ 58
$89.95 ✓prime

Scooter 6.5" Two-...
$239.99 ✓prime

★★★★★ 1
$279.99 ✓prime

Balancing Scoote...
$437.46

Ad feedback 💬

## Special offers and product promotions

Color: **Black**

- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. **Register a free business account**
- **Your cost could be $99.95 instead of $149.95**! Get a **$50 Amazon Gift Card** instantly upon approval for the **Amazon Rewards Visa Card** Apply now

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

## Product Description



Head out to a family adventure with the SBW-666 Hoverboard. It is the perfect self balancing scooter for anyone in the family. The SBW-666 model has a minimum weight requirement of 45lbs, which is ideal for kids age 7 and up and can support an adult up to a capacity of 165lbs. Anyone can easily learn to master the hoverboard and ride like a pro within just minutes of practice!

Pair up your phone and blast your favorite tunes through the built-in wireless Bluetooth Speaker.

Safety Tip: To ensure a more joyful and safe ride we recommend to wear safety gear at all times when riding.







## Pick your favorite color

Classic Style: Pick your favorite color. The classic sharp design is available in 5 different matte color finishes and a glossy multicolor camouflage finish.





## Vibrant LED Lights

Long lasting bright LED colorful flashing lights are equipped on the wheels and fenders for a more fun and safe ride.



### The Best Gift

The Best Gift: The SBW666 Hoverboard model is the perfect gift in the market for any occasion and anyone in the family. Enjoy your free time riding outdoors with friends and family!



UL2272-CERTIFIED



Anti Slip Rubber



Solid Rubber Wheels



### UL2272-CERTIFIED

All of our electric scooters are made of top quality materials that have passed stringent testing to validate authenticity and secure operation.

### Anti Slip Rubber

Easier to control and maneuver. Swiftly responds to angle and speed.

### Solid Rubber Wheels

6.5" non-slip sturdy rubber tires ensure lasting smooth rides in your home or outdoor adventures.

## Product details

Color: Black

**Shipping Weight:** 16.8 pounds (View shipping rates and policies)

**ASIN:** B07DLLKS7T

**Batteries** 1 Lithium ion batteries required.

**Customer Reviews:** ★★★★½ ˅ 649 customer ratings

**Amazon Best Sellers Rank:** #2,104 in Sports & Outdoors (See Top 100 in Sports & Outdoors)
#3 in Self Balancing Scooters

Would you like to **tell us about a lower price?** ˅

## Videos

Page 1 of 4

### Videos for this product

 0:33
XPRIT Hoverboard w/Bluetooth Speaker (Black)
HOVER-1

 0:22
How can I fix this
Charles R Ovando

 0:06
**Customer Review:** Great buy
Jennifer C.


XPRIT Hoverb
Speaker (Blac
Ilona Nest

Upload your video

## Sponsored products related to this item

Page 1 of 4

    

**Sponsored products related to this item**







**Swagtron Swagboard Pro T1 UL 2272 Certified Hoverboard Electric Self-Balancing Scoo...**
★★★☆☆ 240
$246.80 ✓prime

**Jetson Jupiter Kick Scooter, Black - LED Light-Up, Adjustable Handle Bar, for Kids ...**
★★★★½ 1,758
$29.99 ✓prime

**TOMOLOO Hoverboard for Kids and Adult, Hover Board Self Balancing Scooter 6.5" Two-...**
$239.99 ✓prime

**Hiboy A5 Football Hoverboard Electric Unicycle**
★★★★★ 1
$279.99 ✓prime

**Giveyo Bluetooth Self Balancing Scooter Flash Wheels 2 Wheels Self Balancing Scoote...**
$137.46

Ad feedback ⬚

## Customer questions & answers

🔍 Have a question? Search for answers

---

6 votes ▲▼

**Question:** What's the weight limit?

**Answer:** 165lbs
By Charmaine Miles on August 4, 2018

---

1 vote ▲▼

**Question:** Does it set on fire when it charges too long?

**Answer:** Sorry I bought this as a birthday gift. So I have no idea. I just warned my nephew to not leave it charging while away.
By Vanessa Roque on August 6, 2018

---

0 votes ▲▼

**Question:** Where can i buy an extra charger?

**Answer:** On xpritinc website.
By Zack on July 6, 2020

---

0 votes ▲▼

**Question:** I've had this about a month. Grandkids were listening to the music. Went to recharge and it will not charge. Anyone have any ideas how to fix this?

**Answer:** Although I have not had that problem, I have had the issue of it not staying charged very long at all. It usually takes 6 Plus hours to charge for approximately a 30-minute ride. I was disappointed and so is my son.
By lilsicilian on September 3, 2018

---

[ See more answered questions (97) ]

## Customer reviews

★★★★½ 4.3 out of 5

649 customer ratings

| | | |
|---|---|---|
| 5 star | ████ | 71% |
| 4 star | █ | 10% |

## Customer images






# Customer reviews

★★★★☆ 4.3 out of 5

649 customer ratings

| | |
|---|---|
| 5 star | 71% |
| 4 star | 10% |
| 3 star | 4% |
| 2 star | 2% |
| 1 star | 12% |

˅ How does Amazon calculate star ratings?

## By feature

| | | |
|---|---|---|
| Easy to learn | ★★★★☆ | 4.4 |
| Easy to use | ★★★★☆ | 4.4 |
| Sturdiness | ★★★★☆ | 4.2 |

˅ See more

## Review this product

Share your thoughts with other customers

[ Write a customer review ]



amazon essentials

Colorful, lightweight comfort for him from $25

Shop now

Sponsored ⓘ

## Customer images

   

See all customer images

## Read reviews that mention

| year old | hoverboard | stopped working | battery life | easy to use |
|---|---|---|---|---|
| bluetooth | play music | old son | worth the money | son loves |
| waste your money | fully charged | long time | easy to learn | |

[ Top Reviews ⌄ ]

---

👤 M. Kalinowski

★★★★★ **Great hoverboard, great looking, ruggedly built.**
Reviewed in the United States on May 7, 2019
Color: Black | Verified Purchase

Bought this for my 11 year old for Xmas. 6 mos in, the thing still works perfectly. Battery takes a long time to recharge (a day or so), but holds a charge for 6-9 hours of active use, which is amazing. The lights on this board make it nice looking. We don't use the music, so I can't comment on that. The board is very responsive, handling is great. It is pretty speedy too. Weight max of 150 appears to be about right, as stepmom rides the thing occasionally too. All around a great purchase. Very happy with it.

126 people found this helpful

[ Helpful ] | Comment | Report abuse

---

👤 Jim

★★★★★ **Easy to order, got right away, simple to unpack and go - Great for my preteen!!!**
Reviewed in the United States on April 25, 2019
Color: Black | Verified Purchase

No fuss and no muss. I like things to be as they are promised and work as expected. I got this six months ago. Gave it to my preteen and he was "off to the races!!". He plugs it in every couple of days and still uses it to go to the mall, his friends house a couple of blocks away, and getting simple things for his mom from the corner store...
It was a big deal for him. Not quite like getting a car - but for a preteen, Ya!! This was my atta boy. I'm still getting smiles and Mom's threat to take it away has gotten his room clean more than once... This product and purchase was TOTALLY WORTH IT!!!

127 people found this helpful

[ Helpful ] | Comment | Report abuse

---

👤 CherokeeQueen

★★★★★

boy. I'm still getting smiles and Mom's threat to take it away has gotten his room clean more

127 people found this helpful

Helpful | Comment | Report abuse

CherokeeQueen

⭐⭐⭐⭐⭐ **Great choice**
Reviewed in the United States on November 23, 2019
Color: Black | **Verified Purchase**

Arrived in excellent condition and enough juice in the battery for a quick ride. My daughter Picked it up quickly, as did my six year old. Solid choice, great lights, not any dxtras

109 people found this helpful

Helpful | Comment | Report abuse

Diana Trevino

⭐⭐⭐⭐⭐ **He loves it!**
Reviewed in the United States on November 22, 2019
Color: Black | **Verified Purchase**

Perfect for the price. Came charged when he opened it. He loves it!

107 people found this helpful

Helpful | Comment | Report abuse

April E. Gap

⭐⭐⭐⭐⭐ **My son loves this**
Reviewed in the United States on April 5, 2019
Color: Black | **Verified Purchase**

We got this for xmas 3.5 months ago. My son has used it probably weekly since. So it has held up. My youngest child was able to learn to use it. It is a lot of fun and easy to learn. I weigh 135lbs and have no problems using it too. The battery will last a few hours which equates to maybe 3-4x of playing with it before it needs to be recharged again. Great buy and would def. buy it again.

121 people found this helpful

Helpful | Comment | Report abuse

Duncan

⭐⭐⭐⭐⭐ **HELLO SPEED!!!! IT'S FAST... VERY FAST... BUT EXTREMELY FUN!**
Reviewed in the United States on April 20, 2019
Color: Black | **Verified Purchase**

I got this and the go cart hook up and OMG is this thing extremely fast! I will NOT let my 6 year old daughter ride this without supervision or a helmet. It's so fast it scares me but it's EXTREMELY fun! The battery lasts a long time, I would recommend it for age 11 and up just because of the speed. A kid needs to be responsible enough to look for cars because cars will have a hard time seeing it. I got this instead of one of those jeep cars, It's worth the money for this and the go-cart hook up. https://www.amazon.com/Hiboy-HC-02-Hoverboard-Suspension-Attachment/dp/B07GB88247/ref=sr_1_1_sspa?
crid=2MJ4TB9I1ULRZ&keywords=go+cart+hoverboard+attachment&qid=1555785715&s=gateway&sprefix=go+cart+hoover%2Caps%2C125&sr=8-1-spons&psc=1 Get them both. They are soooo fun! Even adults can ride on it.

year old daughter ride this without supervision or a helmet. It's so fast it scares me but it's EXTREMELY fun! The battery lasts a long time. I would recommend it for age 11 and up just because of the speed. A kid needs to be responsible enough to look for cars because cars will have a hard time seeing it. I got this instead of one of those jeep cars, It's worth the money for this and the go-cart hook up. https://www.amazon.com/Hiboy-HC-02-Hoverboard-Suspension-Attachment/dp/B07GB88247/ref=sr_1_1_sspa?crid=2MJ4TB9I1ULRZ&keywords=go+cart+hoverboard+attachment&qid=1555785715&s=gateway&sprefix=go+cart+hoover%2Caps%2C125&sr=8-1-spons&psc=1 Get them both. They are soooo fun! Even adults can ride on it.

115 people found this helpful

| Helpful | | Comment | Report abuse |

 Jamie B.

⭐⭐⭐⭐⭐ **Best Gift Ever!!**
Reviewed in the United States on September 17, 2019
Color: Black | **Verified Purchase**

My 14 yr old daughter LOVES her hoverboard. She learned how to ride it instantly! The lights are bright and the ride is smooth. She enjoys riding around listening to music and even takes out dog for rides as well. She has learned tricks on it and it's comical to watch her ride around the house. She even does chores and sweeps the floor while riding it! Best purchase ever!

106 people found this helpful

| Helpful | | Comment | Report abuse |

 Stephanie Ramborger

⭐⭐⭐⭐⭐ **Fun toy**
Reviewed in the United States on September 23, 2019
Color: Black | **Verified Purchase**

Kids fed ran into a few walls and over things and it held up. Good battery life

104 people found this helpful

| Helpful | | Comment | Report abuse |

**See all reviews from the United States ›**

## Top international reviews

 Demelza Tucker

⭐⭐⭐⭐⭐ **Great hooverboard for great price**
Reviewed in Canada on April 25, 2019
Color: Black | **Verified Purchase**

Bought this for my son who has wanted one for a while now but didnt want to spend to much, the price was great starting point. Love the lights on the wheels and the bluetooth speakers my son liked as an added bonus to this hooverboard. The board it self is a little heavy but not owning one before have nothing to compare it to. It has a smooth ride and was easy to use by my 9 year old.

19 people found this helpful

Reviewed in Canada on April 25, 2019

Bought this for my son who has wanted one for a while now but didnt want to spend to much, the price was great starting point. Love the lights on the wheels and the bluetooth speakers my son liked as an added bonus to this hooverboard. The board it self is a little heavy but not owning one before have nothing to compare it to. It has a smooth ride and was easy to use by my 9 year old.

19 people found this helpful

Helpful | Report abuse

 SL

⭐⭐⭐⭐⭐ **Son loves it!**
Reviewed in Canada on December 28, 2018
Color: Black | Verified Purchase

My 9 yo son loves this! No complaints so far, he's still just getting the hang of it. Speakers are very loud!

11 people found this helpful

Helpful | Report abuse

Lawrence

⭐☆☆☆☆ **Great product; but smells terrible**
Reviewed in Canada on March 25, 2020
Color: Black | Verified Purchase

I would normally assign 5 stars, but assinged 1 due to issue of odor and off-gassing.

The item smells terrible, and the rubber is clearly leeching some sort of probably toxic odor due to cheap materials. I beleive that the odor is due to cheap vulcanized recycled rubber emmiting VOCs (volatile organic compounds).

I will try some strategies to reduce the odor such as cleaning the rubber.

Apart from that it is a great product. Hours of fun. My son loves it.

Helpful | Report abuse

Amazon Customer

⭐⭐⭐⭐⭐ **Exactly as Described. My son loves it!**
Reviewed in Canada on May 5, 2020
Color: Black | Verified Purchase

Hoverboard came on time, as described and my son loves it! We've used it inside and outside. He caught on to it very quickly and the battery lasted about 3 hrs and then we just plugged it in to the wall. It came with the charger. It was also easy to hook up to Bluetooth music!



One person found this helpful

Helpful | Report abuse



One person found this helpful

Helpful    |    Report abuse

Frankie T

★★☆☆☆  **Read the instruction manual**
Reviewed in Canada on April 6, 2020
Color: Black    |    **Verified Purchase**

My daughter loves it. The battery has great lifespan between charges. But the instruction manual says not for children to use and not to listen to music while on it even though it has built in speakers.

One person found this helpful

Helpful    |    Report abuse

Load more international reviews



## Customers who bought this item also bought

Page 1 of 7











KKA Hoverboard Accessories, Hoverboard Seat Attachment Fits Self Balancing Scooter...
★★★★☆ 286
$63.95 ✓prime

SISIGAD Hoverboard Self Balancing Scooter 6.5" Two-Wheel Self Balancing Hoverboard...
★★★★☆ 1,493
1 offer from $125.92

Hiboy HC-01 Hoverboard Kart Seat Attachment Accessory for 6.5" 8" 10" Two Wheel Self...
★★★★☆ 333
$65.99 ✓prime

JOLEGE Hoverboard, 6.5" Two-Wheel Self Balancing Hoverboards - LED Light Wheel...
★★★★☆ 793
**#1 Best Seller** in Self Balancing Scooters
$124.99

HOVERSTAR All-New HS2.0 Hoverboard All-Terrain Two-Wheel Self Balancing Flash Wheel...
★★★☆☆ 118
$129.99



Men's 4+ star shoes
Discover our bestselling footwear styles for him
SHOP NOW

fashion

Sponsored ⓘ

**Pages with related products.** See and discover other items: electric board, Best hoverboards for adults

**Pages with related products.** See and discover other items: electric board, Best hoverboards for adults

Sponsored ⓘ



## Inspired by your browsing history

Page 1 of 12

**Hover-1 Buggy Attachment for Transforming Hoverboard Scooter...**
⭐⭐⭐⭐½ 1,198
$76.99 - $112.98

**TOMOLOO Music-Rhythmed Hoverboard for Kids and Adult Two-Wheel Self-Balancing...**
⭐⭐⭐⭐½ 1,170
1 offer from $399.99

**TOMOLOO Self-Balancing Scooter Carrying Handbag Backpack Bag for 6.5"...**
⭐⭐⭐⭐½ 16
$9.99

**TOMOLOO Hoverboard Pink for Girls and Boys, Hoverboard Bluetooth and Led Lights with...**
⭐⭐⭐⭐⭐ 2
$229.99 ✓prime

## Newer and similar items

Page 1 of 8

**Hover-1 Helix Electric Hoverboard Scooter**
⭐⭐⭐⭐ 96
$179.99

**JOLEGE Hoverboard, 6.5" Two-Wheel Self Balancing Hoverboards - LED Light Wheel...**
⭐⭐⭐⭐½ 793
$124.99 - $139.99

**YHR 6.5 Inch Hoverboard with Bluetooth W/Speaker, LED Wheels and LED Lights for...**
⭐⭐⭐⭐ 76
$124.99 - $139.99

**FLYING-ANT Hoverboard, 6.5 Inch Self Balancing Hoverboards, Hover...**
⭐⭐⭐⭐½ 73
$124.99

**Your Browsing History** View or edit your browsing history ›

Page 1 of 3

See personalized recommendations

**Sign in**

New customer? Start here.



Back to top

Get to Know Us · Make Money with Us · Amazon Payment Products · Let Us Help You

Document title: Amazon.com: XPRIT Hoverboard w/Bluetooth Speaker (Black): Sports &amp; Outdoors
Capture URL: https://www.amazon.com/XPRIT-Hoverboard-Bluetooth-Speaker-Black/dp/B07DLLKS7T/ref=zg_bs_13130176011_12?…
Capture timestamp (UTC): Wed, 05 Aug 2020 20:02:59 GMT

Page 13 of 15

Back to top

## Get to Know Us

Careers

Blog

About Amazon

Press Center

Investor Relations

Amazon Devices

Amazon Tours

## Make Money with Us

Sell on Amazon

Sell Under Amazon Accelerator

Sell on Amazon Handmade

Sell on Amazon Business

Sell Your Apps on Amazon

Become an Affiliate

Advertise Your Products

Self-Publish with Us

Host an Amazon Hub

› See More Make Money with Us

## Amazon Payment Products

Amazon Rewards Visa Signature Cards

Amazon.com Store Card

Amazon Business Card

Amazon.com Corporate Credit Line

Shop with Points

Credit Card Marketplace

Reload Your Balance

Amazon Currency Converter

## Let Us Help You

Amazon and COVID-19

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Amazon Assistant

Help

amazon

⊕ English ⬍     🇺🇸 United States

| | | | | | | |
|---|---|---|---|---|---|---|
| **Amazon Music** Stream millions of songs | **Amazon Advertising** Find, attract, and engage customers | **Amazon Drive** Cloud storage from Amazon | **6pm** Score deals on fashion brands | **AbeBooks** Books, art & collectibles | **ACX** Audiobook Publishing Made Easy | **Alexa** Actionable Analytics for the Web |
| **Sell on Amazon** Start a Selling Account | **Amazon Business** Everything For Your Business | **Amazon Fresh** Groceries & More Right To Your Door | **AmazonGlobal** Ship Orders Internationally | **Home Services** Experienced Pros Happiness Guarantee | **Amazon Ignite** Sell your original Digital Educational Resources | **Amazon Rapids** Fun stories for kids on the go |
| **Amazon Web Services** Scalable Cloud Computing Services | **Audible** Listen to Books & Original Audio Performances | **Book Depository** Books With Free Delivery Worldwide | **Box Office Mojo** Find Movie Box Office Data | **ComiXology** Thousands of Digital Comics | **CreateSpace** Indie Print Publishing Made Easy | **DPReview** Digital Photography |
| **East Dane** Designer Men's Fashion | **Fabric** Sewing, Quilting & Knitting | **Goodreads** Book reviews & recommendations | **IMDb** Movies, TV & Celebrities | **IMDbPro** Get Info Entertainment Professionals Need | **Kindle Direct Publishing** Indie Digital Publishing Made Easy | **Prime Now** FREE 2-hour Delivery on Everyday Items |
| **Amazon Photos** Unlimited Photo Storage Free With Prime | **Prime Video Direct** Video Distribution Made Easy | **Shopbop** Designer Fashion Brands | **Amazon Warehouse** Great Deals on Quality Used Products | **Whole Foods Market** America's Healthiest Grocery Store | **Woot!** Deals and Shenanigans | **Zappos** Shoes & Clothing |
| **Ring** Smart Home Security Systems | **eero WiFi** Stream 4K Video in Every Room | **Neighbors App** Real-Time Crime & Safety Alerts | **Amazon Subscription Boxes** Top subscription boxes – right to your door | **PillPack** Pharmacy Simplified | **Amazon Renewed** Like-new products you can trust | **Amazon Second Chance** Pass it on, trade it in, give it a second life |

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2020, Amazon.com, Inc. or its affiliates

Back to top

## Get to Know Us

Careers

Blog

About Amazon

Press Center

Investor Relations

Amazon Devices

Amazon Tours

## Make Money with Us

Sell on Amazon

Sell Under Amazon Accelerator

Sell on Amazon Handmade

Sell on Amazon Business

Sell Your Apps on Amazon

Become an Affiliate

Advertise Your Products

Self-Publish with Us

Host an Amazon Hub

› See More Make Money with Us

## Amazon Payment Products

Amazon Rewards Visa Signature Cards

Amazon.com Store Card

Amazon Business Card

Amazon.com Corporate Credit Line

Shop with Points

Credit Card Marketplace

Reload Your Balance

Amazon Currency Converter

## Let Us Help You

Amazon and COVID-19

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Amazon Assistant

Help

amazon

| ⊕ English ⌄ | | 🇺🇸 United States |

| Amazon Music | Amazon | Amazon Drive | 6pm | AbeBooks | ACX | Alexa |
|---|---|---|---|---|---|---|
| Stream millions of songs | Advertising Find, attract, and engage customers | Cloud storage from Amazon | Score deals on fashion brands | Books, art & collectibles | Audiobook Publishing Made Easy | Actionable Analytics for the Web |
| Sell on Amazon Start a Selling Account | Amazon Business Everything For Your Business | Amazon Fresh Groceries & More Right To Your Door | AmazonGlobal Ship Orders Internationally | Home Services Experienced Pros Happiness Guarantee | Amazon Ignite Sell your original Digital Educational Resources | Amazon Rapids Fun stories for kids on the go |
| Amazon Web Services Scalable Cloud Computing Services | Audible Listen to Books & Original Audio Performances | Book Depository Books With Free Delivery Worldwide | Box Office Mojo Find Movie Box Office Data | ComiXology Thousands of Digital Comics | CreateSpace Indie Print Publishing Made Easy | DPReview Digital Photography |
| East Dane Designer Men's Fashion | Fabric Sewing, Quilting & Knitting | Goodreads Book reviews & recommendations | IMDb Movies, TV & Celebrities | IMDbPro Get Info Entertainment Professionals Need | Kindle Direct Publishing Indie Digital Publishing Made Easy | Prime Now FREE 2-hour Delivery on Everyday Items |
| Amazon Photos Unlimited Photo Storage Free With Prime | Prime Video Direct Video Distribution Made Easy | Shopbop Designer Fashion Brands | Amazon Warehouse Great Deals on Quality Used Products | Whole Foods Market America's Healthiest Grocery Store | Woot! Deals and Shenanigans | Zappos Shoes & Clothing |
| Ring Smart Home Security Systems | eero WiFi Stream 4K Video in Every Room | Neighbors App Real-Time Crime & Safety Alerts | Amazon Subscription Boxes Top subscription boxes – right to your door | PillPack Pharmacy Simplified | Amazon Renewed Like-new products you can trust | Amazon Second Chance Pass it on, trade it in, give it a second life |

Conditions of Use    Privacy Notice    Interest-Based Ads   © 1996-2020, Amazon.com, Inc. or its affiliates