# EXHIBIT 1-PART 10

# FILED UNDER SEAL





Pickup & delivery     Walmart.com

☰  Walmart ☀

Search Walmart.com     🔍

👤 Account    ↩ Reorder    🛒 0

⊶ NextDay delivery     📍 Delivering to 60654

AT&T **prepaid**     iPhone* 7–$99 plus tax     Learn more

## Customers also considered







Fluxx FX3 Hoverboard - Self Balancing Scooter 6.5" w/ LED Ligh...
★★★☆  467
**$98.00**

CBD Plating Dazzle Hoverboard Two-Wheel Self Balancing Scooter...
★★★★  15
**$119.99 - $124.99**

CHO Spider Wheels Series Hoverboard UL2272 Certified Hov...
★★★☆  88
**$99.00 - $189.00**

CBD Plating Dazzle Hoverboard Two-Wheel Self Balancing Scooter...
★★★  7
**$119.99**

● ○ ○

Toys / Toys for Boys / Bikes and Ride Ons for Boys / Hoverboards for Boys

f  P  y



CHO Power Sports

## CHO Electric 6.5 inch Hoverboard Smart Self Balancing Scooter Hoover Board with Built in Speaker LED Light UL2272 Certified

★★★★  (4.1)  57 ratings   Write a review

## $105.00 - $119.00

**Actual Color:** Choose an option

| -Chrome Blue | -Chrome Gold | -Chrome Pink | -Flat Chrome Gold |
| -Flat Chrome Purple | -Flat Solid Black | Flat Chrome Blue | |

🗩 Feedback

Document title: CHO Electric 6.5 inch Hoverboard Smart Self Balancing Scooter Hoover Board with Built in Speaker LED Light UL2272 Certified - Walmart.com -...
Capture URL: https://www.walmart.com/ip/CHO-Electric-6-5-inch-Hoverboard-Smart-Self-Balancing-Scooter-Hoover-Board-with-Built-in-Speaker-LED-Light-UL2272-...
Capture timestamp (UTC): Wed, 05 Aug 2020 15:15:34 GMT



Qty:

1

**Get in-stock alert**

○ Report incorrect product information

☰ Add to list          🎁 Add to registry

## Customers also viewed these products



CBD Plating Dazzle Hoverboard Two-Wheel Self Balancing Scooter...

★★★★☆  23

**$134.99**

Hover-1 Buggy Attachment for Electric Scooter, Transform Your...

★★★★★  98

**$59.00** $59.00 / each

SISIGAD Hoverboard 6.5" Two-Wheel Self Balancing Hoverboard...

★★★★☆  3

**$119.99 - $134.99**

Razor Power Core 90 Electric Powered Scooter- Black/ Green

★★★★☆  435

**$97.00**
*NextDay eligible*

● ○ ○ ○

They're back, try both
We had you at "back."

Reeses
CHOCOLATE LOVERS
KING SIZE

Reeses
PEANUT BUTTER LOVERS
KING SIZE

Advertisement

☐ Feedback

Pickup & delivery

Walmart.com

## Walmart ☀️

Search Walmart.com 🔍

Account | Reorder | 🛒 0

## About This Item

**We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

It is Safety certified so you know it is safe and 100% Brand New and of High Quality. This Hoverboard has buil-in speaker and LED sidelights included so you can take your music anywhere you go, day or night! It uses the technology of self-balancing and electric drive which makes it environmental friendly.

- Safety Certified Hoverboard, The certified hoverboard meets UL2272 standards for quality charging and electrical performance.
- The Self balancing technology of the hoverboard makes it easier and safer for beginners and amateurs. It is easy to learn and maintain balance let you master the art of balancing in minutes.
- Built-in wireless speaker can be easily connected to portable devices in second, just enjoy your favorite music or books without wearing headphones. Make your hoverboard the coolest one with extraordinary sound effect.
- Buy with Confidence, Cho Power Sports Provides Professional Services, Our Goal is your satisfaction.

## Specifications

| Brand | CHO Power Sports |
|-------|------------------|


Advertisement

Go the social distance
Stay 6 ft. from others & wear a mask.

ad COUNCIL

Learn more

Advertisement

## Sponsored Products



REDUCED PRICE





Monster Jam, Official MEGA Grave Digger All-Terrain Remote Control...
★★★★☆ 271
**$99.00**

Twisty Petz, Series 4 Blingz, Starzie Elephant and Jinglez Unicorn...
★★★★☆ 4
**$12.97**

KidKraft Railway Express Wooden Train Set & Table with 79 accessorie...
★★★★☆ 5
**$149.99**

DIY 2 Player 2 Car Racing Track Car Kit Set Kids Toys Loops Electric Slo...
**$68.99** List $172.48

● ○ ○ ○ ○

💬 Feedback

Document title: CHO Electric 6.5 inch Hoverboard Smart Self Balancing Scooter Hoover Board with Built in Speaker LED Light UL2272 Certified - Walmart.com -…
Capture URL: https://www.walmart.com/ip/CHO-Electric-6-5-inch-Hoverboard-Smart-Self-Balancing-Scooter-Hoover-Board-with-Built-in-Speaker-LED-Light-UL2272-…
Capture timestamp (UTC): Wed, 05 Aug 2020 15:15:34 GMT
Page 3 of 11

☰ Walmart ☀️

Pickup & delivery

[ ▾ | Search Walmart.com | 🔍 ]

👤 Account    ⤴ Reorder    🛒 ⁰

● ● ● ● ●

## Customer reviews & ratings

# 4.1
★★★★
57 ratings

| | |
|---|---|
| 5 stars | 36 |
| 4 stars | 8 |
| 3 stars | 4 |
| 2 stars | 2 |
| 1 star | 7 |

[ See all reviews ]    [ **Write a review** ]

**Most helpful positive review**

★★★★   **Exactly as described**

Item received on time a day earlier than expected! Exact color as photo(pink) the wheels light up as described. Bluetooth speaker connected to phone and tablet android and iPhone compatible. Nice sound quality. Came already charged. Came

See more ⌄

VS

**Most helpful negative review**

★

This thing went crazy on my son. He was riding then this thing lost control and started spending him around. He had to jump off of it. I have to do a return. Don't buy

**Frequent mentions**

( Usage (1) )   ( Price (1) )   ( Lights (1) )   ( Color (1) )   ( Birthday present (1) )

57 reviews    Sort by: most relevant ▾

★★★★★   **Great buy so far! (2 days in)**

So far this was a great purchase. Purchased for my daughters 6th birthday. She has rode it for 2 days so far. She absolutely loves it and got the hang of it extremely quick. It scratches fairly easy which I do not like much but, besides that it was a great purchase!

Tyrell, July 16, 2020

✓ Verified purchaser

👍 1    👎 0    🚩

○ Feedback

Pickup & delivery     Walmart.com

☰  Walmart ⁂        ▾  Search Walmart.com          🔍       👤 Account    ↩ Reorder    🛒⁰

✓ Verified purchaser



👍 1    👎 0    🏳

★★★★★  **hoverboard!**

bought for 15 year old daughter and she loves it. haven't figured out the speaker ability yet though

hoverboard, December 28, 2019

👍 0    👎 0    🏳

★★★★★  **This was a pretty good purchase**

I didnt like how one zipper on the carrying bag broke but I loved everything else

Azaria, July 4, 2020

✓ Verified purchaser

👍 0    👎 0    🏳

★★★★★

She loves it

Tasha, May 17, 2020

👍 0    👎 0    🏳

They're back, try both

We had you at "back."

Reese's
LOVERS

Shop now

Advertisement

○ Feedback



👍 0    👎 0    🚩

★★★★  **Exactly as described**

Item received on time a day earlier than expected! Exact color as photo(pink) the wheels light up as described. Bluetooth speaker connected to phone and tablet android and iPhone compatible. Nice sound quality. Came already charged. Came with carrying bag, and charger. Perfect size for my 7 yo granddaughter . The only con is the battery drains fast not sure why could be the bluetooth being on while riding. Overall pleased with the purchase! My granddaughter loves it! So it's a keeper just keep the battery

See more ⌄

Lonetta, July 14, 2020

👍 0    👎 0    🚩

★★★★  **Nice hoverboard, short battery life**

Shiny and fun! My 8 year old daughter mastered it in one day. The Bluetooth speaker adds more fun. The lights are bright and pretty! My only complaint is the battery does not last more than 30-45 minutes yet takes 3 hours to fully charge.

Nicole, August 3, 2020

✓ Verified purchaser

👍 0    👎 0    🚩

★★★  **Great looks questionable product**

Bought in Dec. for my daughters bday end of Feb. very pretty color and amazing lights but it scratches very easily and after a month it's having issues . Barely holds charge and isn't running correctly. We re booted it but didn't help. Sadly trying to see if can exchange but we will see since it's after 30 days but she's only had it a month !

Michelle, April 12, 2020

✓ Verified purchaser



Michelle, April 12, 2020

✓ Verified purchaser

👍 0    👎 0    🏳

★ ★ ★    **Works fine I guess**

Decent, but battery life is terrible. From a full charge, it lasts maybe an hour. Speakers are plenty loud and lights are pretty cool too.

Ash, July 24, 2020

✓ Verified purchaser

👍 0    👎 0    🏳

★

This thing went crazy on my son.He was riding then this thing lost control and started spending him around. He had to jump off of it. I have to do a return. Don't buy

Tasha, May 15, 2020

👍 0    👎 0    🏳

★

I got this for my sons birthday. He rode it one day and it broke. Will not turn off and will not go anywhere. Now I'm on here and there's no way to return it or contact the seller.

Krystal, July 23, 2020

✓ Verified purchaser

👍 0    👎 0    🏳



✓ Verified purchaser

👍 0     👎 0     🚩

See all reviews

## Sponsored Products









White Hoverboard Seat Attachment, Hover Go Kart, Hoverboard Go Car...

★☆☆☆☆ 1

$63.99

White Hoverboard Seat Attachment, Go Kart, Hoverboard Go Cart...

$63.99

Hovsco Hoverboard 6.5" Two-Wheel Intelligent Self Balancing...

★★★★★ 3

$119.99 - $124.99

Blue Hoverboard Seat Attachment, Hover Go Kart, Hoverboard Go Car...

★★★★☆ 6

$63.99

• ○ ○ ○



Advertisement

Feedback

## Customer Q&A

Get specific details about this product from customers who own it.

**Ask a question**

Number of answers     ⌄

---







Advertisement

## Policies & Plans

**Pricing policy**

### About our prices

We're committed to providing low prices every day, on everything. So if you find a current lower price from an online retailer on an identical, in-stock product, tell us and we'll match it. See more details at <u>Online Price Match.</u>

## Inspired by your browsing history

<u>Clear this list</u>

 

Item you viewed

     

| | LOW IN STOCK | LOW IN STOCK | | | |
|---|---|---|---|---|---|
| Hover-1 Allstar Hoverboard UL... | SWAGTRON Swagboard EVO... | Jetson Rave Bluetooth Hoverboard with... | Hover-1 Eclipse Hoverboard w/ 8"... | SWAGTRON Swagboard HERO... | Hoverboard Two-Wheel Self Balancing... |
| ★★★⯪ 461 | ★★★ 74 | ★★★★⯪ 250 | ★★★⯪ 96 | ★★★ 267 | ★★★⯪ 163 |



| Hover-1 Allstar Hoverboard UL... | SWAGTRON Swagboard EVO... | Jetson Rave Bluetooth Hoverboard with... | Hover-1 Eclipse Hoverboard w/ 8"... | SWAGTRON Swagboard HERO... | Hoverboard Two-Wheel Self Balancing... |
|---|---|---|---|---|---|
| ★★★☆☆ 461 | ★★★☆☆ 74 | ★★★★☆ 250 | ★★★☆☆ 96 | ★★★☆☆ 267 | ★★★☆☆ 163 |
| $148.00 | $128.00 $128.00 / each | $178.00 | $178.00 NextDay eligible | $98.00 $98.00 / each | $119.99 |

**Related Pages :**

Hover-1 Ride Ons, Adult Electric Scooters, All Hoverboards, Bluetooth Hoverboards, Electric Transportation, Adult Electric Scooter, All Electric Scooter

Enter email for weekly newsletter.    **Sign up**

Mobile apps

**Walmart Services**
Grocery Pickup & Delivery
MoneyCenter
Walmart Credit Card
Walmart Pay
Weekly Ad
Other Services

**Get to Know Us**
Our Company
Digital Museum
Our Suppliers
Sell on Walmart.com
Advertise With Us
Careers

**Walmart.com**
Walmart Labs
Our Ads
Terms of Use
Privacy & Security
CA Privacy Rights
Do Not Sell My Personal Information
Request My Personal Information
Tax Exempt Program

**Customer Service**
Help Center
Returns
Product Recalls
Accessibility
Contact Us
Store Pickup

**In The Spotlight**
Portable Air Conditioners
PS4
Trampoline
Skateboard
Outdoor Furniture
Nintendo Switch Lite

Feedback

Shop Our Brands    **Allswell.**    Art    BARE NECESSITIES    **BONOBOS**    E L O Q U I I    hayneedle    Moosejaw

Walmart eBooks    Walmart Photo    sam's club    SHOES.COM    Walmart

© 2020 Walmart. All Rights Reserved.    To ensure we are able to help you as best we can, please include your reference number: UMJ9H6SVUF

Document title: CHO Electric 6.5 inch Hoverboard Smart Self Balancing Scooter Hoover Board with Built in Speaker LED Light UL2272 Certified - Walmart.com -...
Capture URL: https://www.walmart.com/ip/CHO-Electric-6-5-inch-Hoverboard-Smart-Self-Balancing-Scooter-Hoover-Board-with-Built-in-Speaker-LED-Light-UL2272-...
Capture timestamp (UTC): Wed, 05 Aug 2020 15:15:34 GMT    Page 11 of 11



    



## Ways to shop



| Shop Deals | Top-rated toys | Free pickup today | New toys |
|---|---|---|---|
| $98.00 | $48.99 | $39.97 | $19.95 |

| Only at Walmart | Character shop | Shop for boys | Shop for girls | Top Influencers |
|---|---|---|---|---|
| $14.97 | $24.86 | $19.97 | $36.99 | $9.84 |

## Customers also considered

   

Feedback

Document title: NHT Safety Certified Electric Hoverboard Self balancing scooter 6.5 inch LED Light Wheels Built-in Bluetooth Speaker - Walmart.com - Walmart.com
Capture URL: https://www.walmart.com/ip/NHT-Safety-Certified-Electric-Hoverboard-Self-balancing-scooter-6-5-inch-LED-Light-Wheels-Built-in-Bluetooth-…
Capture timestamp (UTC): Mon, 17 Aug 2020 19:27:18 GMT



Walmart

Search Walmart.com

Account

Reorder

0

**CHO Electric 6.5 inch Hoverboard Smart Self Balancing Scooter Hoover...**

★★★★ 61

**$99.99**

**Hover-1 Refurbished Ultra UL Certified Electric Hoverboard w/ 6.5" Wheels,...**

★★★ 80

**$99.00**

**NHT Safety Certified Electric Hoverboard Self balancing scooter 6....**

★ 1

**$99.99**

**SWAGTRON Swagboard HERO Hoverboard, Dual 250W High-Torque...**

★★★ 284

**$98.00** $98.00 / each

● ○

## Customers also viewed these products









**CBD Hoverboard Two-Wheel Self Balancing Scooter with Bluetooth...**

★★★★ 6

**$129.99**

**Hoverboard 6.5" Two-Wheel Self Balancing Hoverboard Without Free...**

★★★★ 8

**$169.99**

**CHO NEW Generation Electric Hoverboard Two Wheels Smart Self...**

★★★ 11

**$99.99**

**CHO Spider Wheels Series Hoverboard UL2272 Certified Hover Board Electri...**

★★★★ 88

**$99.99 - $189.00**

● ○ ○ ○



equate

Get fresh. Feel good.

Great value on all your oral care needs.

Shop now



Feedback

Advertisement

## About This Item

**We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we

  
## About This Item

**We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

## Consider these popular products











Hover-1 Blue Matrix UL Certified Electric Hoverboard w/ 6.5in Wheels,...

★★★★ 268

**$148.00**
*NextDay eligible*

Hover-1 AllStar & Go-Kart Combo w/ 6.5 Tires, Easily Attaches To Most...

★★★ 310

**$198.00** $198.00 / each
2-day delivery

Hover-1 Buggy Attachment for Electric Scooter, Transform Your Hoverboard...

★★★★ 98

**$59.00** $59.00 / each
*NextDay eligible*

Razor Hovertrax 1.5 Hoverboard Self-Balancing Smart Scooter

★★★★★ 28

**$178.00**
*NextDay eligible*

● ● ● ●

# Shop inspiration

## Sponsored Products

CLEARANCE









○ Feedback



HOVERSTAR Hoverboard Certified HS2.0 Flash Wheel with LED Light Sel...

$109.99

SWAGTRON T8 Swagboard Duro Hoverboard Lithium Free - Self...

★★★★   33

$135.00

Swagtron K5 3-Wheel Kids Scooter with Light-Up Wheels Height-...

★★★★★   2

$34.99

Swagtron K9 Commuter Kick Scooter for Adults, Teens Foldable, Lightweigh...

★★★★⯪   5

$99.00

## Customer reviews & ratings

**3.0** ★★★
2 ratings

| See all reviews | Write a review |

5 stars    1

1 star    1

2 reviews    Sort by: most relevant

★    **Dissatisfied**

I purchased this for my grandson flr Christmas. When he opened it One of the wheels was broken. Can't return it because the "return window" expired 5 days before Christmas.....

Unhappy, December 26, 2019

👍 0    👎 0    ⚐

★★★★★

Chimeka, June 29, 2020

👍 0    👎 0    ⚐

○ Feedback

Pickup & delivery     Walmart.com

☰   Walmart ☀️    ▼   Search Walmart.com    🔍    👤 Account   ↩ Reorder   🛒 ⁰

## Sponsored Products



Swagtron K6 Toddler Scooter, Convertible 4-in-1 Ride-On Balance...

★★★✦   2

$49.99



REDUCED PRICE

QF 6 PCS Kids Protective Gear Set Bike Knee Pads and Elbow Pads w/...

★★★★✦   29

$16.98 - $23.98



Hollow Design Solid Tire for Xiaomi M365 Electric Scooter 8.5inch Anti-...

$6.99 - $24.99



Little Tikes Rocking Horse, Magenta

★★★★✦   409

$29.92
**NextDay eligible**

● ○ ○

## Customer Q&A

Get specific details about this product from customers who own it.

**Ask a question**

Number of answers   ⌄
_____

Sort by

1-1 of 1 questions

What is weight limit

0 Answers ⌄

0

⊘ Feedback

**Walmart** ☰

Pickup & delivery   Walmart.com

[ Search Walmart.com                    🔍 ]

👤 Account    ↩ Reorder    🛒 0

## Policies & Plans

**Pricing policy**

### About our prices

We're committed to providing low prices every day, on everything. So if you find a current lower price from an online retailer on an identical, in-stock product, tell us and we'll match it. See more details at Online Price Match.

## Inspired by your browsing history

Clear this list

   

Item you viewed

     

| Hoverzon Smart Hoverboard S | Jetson Rave Bluetooth Hoverboard with Cosmi... | SWAGTRON Swagboard Classic T500 Bluetooth... | Hover-1 Allstar Hoverboard UL Certifie... | Hover-1 Eclipse Hoverboard w/ 8"... | Hoverboard 6.5" Two-Wheel Self Balancing... |
|---|---|---|---|---|---|
| ★★★★★ 1 | ★★★★✦ 252 | ★★★ 22 | ★★★✦ 467 | ★★★✦ 99 | ★★★✦ 172 |
| $229.99 - $349.00 | $178.00 NextDay eligible | $148.00 | $148.00 | $178.00 | $119.99 - $129.99 |

● ○

**Related Pages :**

All Scooters, Hover-1 Ride Ons, Bluetooth Hoverboards, Swagtron Hoverboard, Kid's Hoverboard, Electric Transportation, Adult Electric Scooter, All Electric Scooter

○ Feedback



Hoverzon Smart Hoverboard S
★★★★★ 1
**$229.99 - $349.00**

Jetson Rave Bluetooth Hoverboard with Cosmi...
★★★★✦ 252
**$178.00**
*NextDay eligible*

SWAGTRON Swagboard Classic T500 Bluetooth...
★★★ 22
**$148.00**

Hover-1 Allstar Hoverboard UL Certifie...
★★★★✦ 467
**$148.00**

Hover-1 Eclipse Hoverboard w/ 8"...
★★★★✦ 99
**$178.00**

Hoverboard 6.5" Two-Wheel Self Balancing...
★★★★✦ 172
**$119.99 - $129.99**

● ○

**Related Pages :**

All Scooters, Hover-1 Ride Ons, Bluetooth Hoverboards, Swagtron Hoverboard, Kid's Hoverboard, Electric Transportation, Adult Electric Scooter, All Electric Scooter









## About This Item

**We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

The High Roller C is the first portable transportation solution ideal for getting around campus, the park and even the office — the perfect gift for the mobile, always-moving person in your life. Easy to use, fast to charge and able to reach top speeds of up to six miles per hour, the High Roller is safe for the whole family. There is a built-in temperature sensor to prevent overcharging, and the Lithium Ion battery is certified safe.

**High Roller Hoverboard C:**

- Travels at up to 6 mph
- Easy to use
- Fast to charge
- Built-in temperature sensor prevents overcharging
- Usage time: 4-6 hours
- Charging time: 2-3 hours
- Maximum weight capacity: 200 lbs
- Requires 1 Lithium Ion battery (included)

⚠ **WARNING:**

safety:UL2272 Certified, Built-in termpature Sensor, no overcharging

## Specifications

| Brand | V.I.P. |
|---|---|
| Manufacturer Part Number | 191944 |
| Lifestage | @generated |
| Assembled Product Weight | 27 lbs |
| Assembled Product Dimensions (L x W x H) | 10.00 x 10.00 x 26.00 Inches |





★★★★★ **grate item to buy**

I bought this hoverboard 3 weeks ago and it was the best buy ever it was a gift for my 11 year old but now my 6 year old n 8 year old won't one it's super easy to ride I also love ridding it and my husband really loves it so much that he hovers to work on it just to see how long the batteries last and so far !charging last us all day it was at my door with in 3 days !! I think it was a grate buy I'm even going to buy 3 more !!

March 5, 2017

✓ Verified purchaser

Written by a customer while visiting **walmart.ca**

👍 4    👎 0    🏳

★★★★★

I bought this for my daughters birthday and she loves it . Great and affordable product !

Lorna30, April 7, 2017

✓ Verified purchaser

Written by a customer while visiting **walmart.ca**

👍 4    👎 0    🏳

★★★★★ **Awesome :)....amazing**

I am so happy that I got this best hovverboard

Connello23, January 9, 2017

Written by a customer while visiting **walmart.ca**

👍 4    👎 1    🏳

★☆☆☆☆ **Lasted 4 months**

First broke rather quickly, returned for another. It also stopped at the 4 month mark.

Rachel The Great, August 17, 2018

✓ Verified purchaser

Feedback



$12.98 - $13.98    $19.98         $29.92         $169.99

● ● ●

## Customer Q&A

Get specific details about this product from customers who own it.

**Ask a question**



Advertisement

○ Feedback

## Policies & Plans

**Pricing policy**

Returns

### About our prices

We're committed to providing low prices every day, on everything. So if you find a current lower price from an online retailer on an identical, in-stock product, tell us and we'll match it. See more details at Online Price Match.











$69.99 | $149.00 | $16.77 $33.54 | $29.92
2-day delivery

## Customer reviews & ratings

**Write a review**

Be the first to review this item!

## Sponsored Products

REDUCED PRICE | LOW IN STOCK

3 in 1

Color Options

Costway 3 in 1 Licensed Volvo Kids Ride On Push Car Stroller for Toddle...

$69.99

NOGIS Child's Pad Set with Knee Elbow and Wrist, 6 in 1 Protective...

$16.77 $33.54

Tigger 6 Volt Plush Ride-On with Tigger's Treehouse Included!

★★★★★ 4

$149.00
2-day delivery

Boys' Realtree RideOn by Dynacraft with Working Light Bar!

★★★★ 4

$29.92

Feedback

## Customer Q&A

Get specific details about this product from customers who own it.

**Ask a question**



## Policies & Plans

**Pricing policy**

### About our prices

We're committed to providing low prices every day, on everything. So if you find a current lower price from an online retailer on an identical, in-stock product, tell us and we'll match it. See more details at Online Price Match.

Enter email for weekly newsletter.    **Sign up**

Mobile apps

**Walmart Services**    **Get to Know Us**    **Walmart.com**    **Customer Service**    **In The Spotlight**

Grocery Pickup & Delivery    Our Company    Walmart Labs    Help Center    Portable Air Conditioners

Document title: Hoverboard in Rose Gold Chrome with Bluetooth Speakers - Walmart.com - Walmart.com
Capture URL: https://www.walmart.com/ip/Hoverboard-in-Rose-Gold-Chrome-with-Bluetooth-Speakers/788142339
Capture timestamp (UTC): Wed, 12 Aug 2020 19:38:09 GMT

