# EXHIBIT 1-PART 11

# FILED UNDER SEAL



# CORRECTED EXHIBIT 1-PART 11

# FILED UNDER SEAL



Document title: T580 Off Road Scooter Music Speaker LED Lights 6.5 inch UL2272 CERTIFICATED | eBay
Capture URL: https://www.ebay.com/itm/T580-Off-Road-Scooter-Music-Speaker-LED-Lights-6-5-inch-UL2272-CERTIFICATED/164382602692?…
Capture timestamp (UTC): Fri, 13 Nov 2020 16:02:48 GMT

| | |
|---|---|
| Wattage: | As Description |
| Brand: | Unbranded |
| Type: | 2wheel scooter |

Suitable For: adults



### e-Scooter store
2013tankstrong001 (467 ⭐) 99.4%

📧 Sign up for newsletter

Search within store

🔍

Visit Store: e-Scooter store

Benchwheel | Benchwheel Accessories | Airwheel | Gotway | Ninebot

## Categories

Airwheel >

Ninebot >

Benchwheel Accessories >

scooter >

Gosky Overseas warehouse US

Other >

ANS Mini Holographic Reflex Micro 3 MOA Red Dot Sight with battery
**25.34 USD**
Free shipping

Gosky Waterproof 20-60x Bird watching Porro Prism Spotting Scope 80mm
**142.11 USD**
Free shipping

5% off

High Profile QD 20mm Picatinny Rail Riser Mount for Rifle Scope Sight Aluminum
**7.99 USD**
Free shipping

Gosky Titan 12X50 Prism Monocular High Power Waterproof with Smartphone Adapter
**66.0 USD**
~~69.47 USD~~
Free shipping

5% off

Document title: T580 Off Road Scooter Music Speaker LED Lights 6.5 inch UL2272 CERTIFICATED | eBay
Capture URL: https://www.ebay.com/itm/T580-Off-Road-Scooter-Music-Speaker-LED-Lights-6-5-inch-UL2272-CERTIFICATED/164382602692?…
Capture timestamp (UTC): Fri, 13 Nov 2020 16:02:48 GMT



Sight Aluminum

Smartphone Adapter

Free shipping

Free shipping



Airwheel C5 - wifi high-defition cam, music, headset, bluetooth Smart helmet

**189.05 USD**

~~199.0 USD~~

Free shipping



ANS 20mm Rail Quick Detach Mount Red Green Dot Sight Reflex Sight with battery

**39.8 USD**

Free shipping

### *GYROOR T580 HOVERBOARD SELF BALANCING SCOOTER WITH MUSIC SPEAKER LED LIGHTS. 6.5 INCH TWO-WHEEL ELECTRIC SCOOTER FOR KIDS ADULT - UL2272 CERTIFICATED*

### *Feature:*

**SMART APP CONTROLLED** - This self balancing scooter comes with an efficient app that helps you stay in control, giving you the ability to change modes, check batteries, see the real speed, Changing led light colors and adjust speed with ease.

**. FOR ALL RIDERS** – Coming with 2 modes, the children mode makes this hover board easy to control for a first-timer or a kid rider. While its adult mode allows expert riders easily perform hoverboard tricks.

**. MUSIC SPEAKER INCLUDED** - For the music lovers, the Gyroor Swift spots a built-in branded high quality music speaker that allows you play music when riding the hoverboard.

**. SELF BALANCING BOARD** - We have adopted the self balancing technology to make this hoverboard easier and safer for new riders. Perfect your balancing with a full rest of mind!

**. SAFETY CERTIFIED** – This UL2272 certified hover board has passed strict electrical and safety test to protect charging and rides. If you feel this hoverboard is not performing to standard, feel free to contact us.

### *Specifications:*

.**Safety** : UL 2272 Certified Hoverboards

Click here to view the UL2272

certified  https://img1.tongtool.com/v/qoqswrxvosqsqnqzouuuzxwrqtwsxustxuupPNGK.png

**. Lithium-Ion Battery**: 2.0Ah/36V (Chinese Cells)

Document title: T580 Off Road Scooter Music Speaker LED Lights 6.5 inch UL2272 CERTIFICATED | eBay
Capture URL: https://www.ebay.com/itm/T580-Off-Road-Scooter-Music-Speaker-LED-Lights-6-5-inch-UL2272-CERTIFICATED/164382602692?…
Capture timestamp (UTC): Fri, 13 Nov 2020 16:02:48 GMT
Page 4 of 7

*Specifications:*

**Safety** : UL2272 Certified Hoverboards

Click here to view the UL2272

certified  https://img1.tongtool.com/v/qoqswrxvosqsqnqzouuuzxwrqtwsxustxuupPNGK.png

. **Lithium-Ion Battery**: 2.0Ah/36V (Chinese Cells)

. **Motor:** 250W*2 Motors

. **LED:** Colors Adjustable by APP

. **Bluetooth Speaker:** Pro Bluetooth Speaker

. **Distance on Full Charge:** 5~7.5 Miles

. **Max Speed:** 8 Miles/Hour

. **Charging Time:** 1.5 to 2 Hours

. **Charging Voltage:** AC100 to 240V/50-60Hz

. **Driving Mode:** Adjustable Speeds by App

. **Max Load:** 265 Pounds

. **Max Climbing Angle:** 15~30 °

. **Water Resistant:** IP54

. **Frame Material:** Aluminum

. **Tires:** 6.5 inch Rubber Tires

. **Product Dimensions:** 26 Inch x 9 Inch X 8.86 Inch

. **Net Weight:** 15.8 Pounds.

. **Color: Black/Pink**

**SAVE UP TO 5%** See all eligible items ▸

Save up to 5.0%

Marked down item price reflects all savings. Items provided by 2013tankstrong001                    All promotional of

**SAVE UP TO 5%** See all eligible items ▸

Save up to 5.0%
Marked down item price reflects all savings. Items provided by 2013tankstrong001

All promotional of









Mini with - personal transporter App remote control Pro self-balanced Ninebot

6.5"T581 Off Road Scooter Bluetooth LED Lights UL2272 CERTIFIED

Gotway Nikola Plus Electric Unicycle 100V Up to 34mph

Warrior the Toughest, Hardest and Smartest Off Road Scooter UL2272 Certified

Airwhe defiti heads helme

Was: US $599.00
Now: US $550.00

Was: US $359.00
Now: US $341.05

Was: US $1,756.34
Now: US $1,668.52

Was: US $460.00
Now: US $437.00

Was:
Now:

\* Savings are reflected in item price. Prices are subject to change without notice, while supplies last.
Offer conditions|Learn about pricing

---

Sponsored items based on your recent views 1/2

Feedback on our suggestions








Hovercart Seat Attachment Holder...
$49.00
Free shipping
New

DOC Hooverboard Scooter Speaker LE...
$99.99
Free shipping
New

Adjustable Hover Kart Go Kart Hoverkart f...
$37.99
Free shipping
Seller 99.3% positive

Adjustable Scooter Cart Go Kart for 6.5"...
$43.99
Free shipping
New

Go Kart Car Stand for Self Balancing...
$42.00
Free shipping
Seller 99.2% positive

DOC Flat electric Scooter Bluetooth...
$119.00
Free shipping
New

---

People who viewed this item also viewed 1/2

Feedback on our suggestions









People who viewed this item also viewed 1/2

Feedback on our suggestions

     

| T580 Off Road Scooter Music... | Flash Wheel Certified UL 2272 Bluetooth... | 6.5" Bluetooth Hoverboard Self... | Off Road 8.5" New DesignHoverboard... | 6.5"T581 Off Road Scooter Bluetooth... | 6.5" Bluetooth Hoverboad Electric... |
| --- | --- | --- | --- | --- | --- |
| $246.05 | $149.55 | $45.99 | $179.00 | $344.00 | $129.99 |
| $269.00 | Free shipping | Free shipping | Free shipping | Free shipping | Free shipping |
| Free shipping | | | | | Popular |

More from this seller 1/2

Feedback on our suggestions

     

| 6.5"T581 Off Road Scooter Bluetooth... | Ninebot MAX G30P Electric... | Airwheel S5 Electric Scooter Bike 680WH | RichFire Aluminum White Hunting Light... | Scooter Electric Bike Airwheel Battery S3... | Ninebot Segway minipro Balanced... |
| --- | --- | --- | --- | --- | --- |
| $341.05 | $800.11 | $1,580.96 | $36.49 | $1,147.63 | $66.39 |
| $369.00 | $899.00 | $1,756.62 | Free shipping | $1,275.15 | Free shipping |
| Free shipping | Free shipping | Free shipping | | Free shipping | |

Back to home page

Return to top

More to explore : Off Road Scooter In Electric Scooters, Razor Off Road Kick Scooters, 1.50 Inch Stroke 6.5 Inch Bicycle Rear Shocks, Scooters, Road 6.5 Cycling Shoes for Men, Electric Scooters, Bike LED Lights, Kids Scooter, Onewheel Electric Scooters, Segway Electric Scooters

About eBay    Announcements    Community    Security Center    Resolution Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ

Norton SECURED





≡ **amazon**

Hello, Sign in
Account & Lists

Returns
& Orders

Try Prime

0
Cart

Hello
Select your address

Holiday Deals    Gift Cards    Best Sellers    Customer Service    Find a Gift    New Releases    **Shop today's epic deals now**

amazon business    Reshape buying    |    REGISTER FOR YOUR FREE ACCOUNT

Sports & Outdoors › Outdoor Recreation › Skates, Skateboards & Scooters › Scooters & Equipment › Scooters › Self Balancing Scooters



Roll over image to zoom in

# TOMOLOO Kids Hover Boards, Adult Hoverboard with Lights Music-Rhythmed LED and Bluetooth, 6.5 inch Flashing Two Wheels Hoover Board with Speaker, UL2272 Hoverboard Self-Balancing Scooter

Visit the TOMOLOO Store
8 answered questions

Price: **$199.99** & **FREE Shipping**.
Details & FREE Returns

Pay **$33.33/month for 6 months**, interest-free upon approval for the Amazon Rewards Visa Card

Color: **Night Black**

  

- 【Bluetooth V4.2 Speaker & RGB LED】☞ The front and rear lights of the hoover board can flash with the rhythm of the HIFI music you want.The wheels are equipped with colorful LED lights, which can flash various colors when riding,and provide visibility when driving at night.
- 【Powerful Performance】☞ This hover boards electric with dual 250W brushless motor increases your max speed to 7.5 mph, range up to 4.3 miles and climb slopes as steep as 10 degrees with carrying capacity 44 to 165 lbs.This two wheel self balancing scooter is more powerful than one wheel hoverboard.
- 【UL Certified】☞ The high-quality fast hoverboard has passed through 100% quality inspection. It has non-slip pedals, fireproof shell, durable mudguard, reliable circuit, and strong internal metal structure.This is a

**$199.99**

& **FREE Shipping**. Details

& FREE Returns ⌄

Arrives: **Thursday, Nov 19**
Details

Fastest delivery: **Wednesday, Nov 18** Details

**In Stock.**

Qty: 1 ⌄

**Add to Cart**

**Buy Now**

🔒 Secure transaction

Ships from    Amazon
Sold by       Aoxtech

**prime**

**Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime**

Try Prime and start saving today with Fast, FREE Delivery

☐ Add gift options

◎ Select delivery location

Add to List

New (2) from
$199.99 + FREE Shipping    ›

Share ✉ 📘 🐦 📌

Have one to sell?

Sell on Amazon












Roll over image to zoom in

Share ✉ f 🐦 📌

Have one to sell?

[Sell on Amazon]

165 lbs.This two wheel self balancing wheel hoverboard.

- 【UL Certified】☞ The high-quality fast hoverboard has passed through 100% quality inspection. It has non-slip pedals, fireproof shell, durable mudguard, reliable circuit, and strong internal metal structure.This is a hooverboard worth buying with confidence.

- 【Self-balancing Technology】☞ Unique mechanical self-balancing technology of hoverboard for kids and adults. With or without a rider on it, it will maintain the level of both pedals which makes it easier to ride.This is safe for kids, beginners and amateurs.

- 【Excellent Gift】☞ This is a nice-looking hoverboards for girls and boys. It can be driven on indoor wooden floors or soft carpets, and it can also be ridden on outdoor sidewalks or park. The self-balancing scooter is suitable to be given as a surprise to people of any age.

New (2) from $199.99 + FREE Shipping



## Products related to this item

Sponsored ⓘ

Page 1 of 17










| Gyroor Warrior 8.5 inch All Terrain Off Road Hoverboard with Bluetooth Speakers... | TOMOLOO Hoverboard with Bluetooth Speaker and LED Lights Self-Balancing Scooter UL2... | UNI-SUN Chrome Hoverboard for Kids, 6.5" Two Wheel Electric Scooter, Self Balancing... | Beston Sports Newest Generation Electric Hoverboard Dual Motors Two Wheels Hoover B... | FLYING-ANT Hoverboards UL Certified 6.5 Smart Scooter Two-Wheel... |
|---|---|---|---|---|
| ★★★★½ 1,211 | ★★★★½ 1,075 | ★★★★½ 742 | ★★★★½ 1,483 | ★★★★½ 185 |
| $299.00 ✓prime | $199.99 ✓prime | $109.99 | $128.00 ✓prime | $121.99 ✓prime |

## Brands related to this category on Amazon

Sponsored ⓘ



New way, fun way - SISIGAD Hoverboard

Shop SISIGAD ›



Hover-1 Setting the Bar for Electric Commuting



Document title: Amazon.com: TOMOLOO Hoverboard, Bluetooth and LED Music Rhythmed Lights Hover Board with 6.5 Inch Solid 2 Wheel, UL2272 Certified Hoverboar…
Capture URL: https://www.amazon.com/TOMOLOO-Hoverboard-Bluetooth-Rhythmed-Certified/dp/B08L94C87N/ref=sr_1_1?…
Capture timestamp (UTC): Fri, 13 Nov 2020 16:20:24 GMT
Page 2 of 10

**Brands related to this category on Amazon**

Sponsored



New way, fun way - SISIGAD Hoverboard

Shop SISIGAD ›



Hover-1 Setting the Bar for Electric Commuting

Shop Hover-1 ›

## 4 stars and above

Page 1 of 4

Sponsored



| TOMOLOO Hoverboard with Bluetooth Speaker UL2272 Certified Self Balancing Electric ... | Gyroor Warrior 8.5 inch All Terrain Off Road Hoverboard with Bluetooth Speakers... | Gyroor T580 Hoverboard Self Balancing Scooter with Music Speaker LED Lights, 6.5 in... | TOMOLOO Hoverboard Bluetooth and Flash Led Lights Wheels, Kids Hover Board with UL ... | UNI-SUN Bluetooth Hoverboard for Kids, 6.5" Two-Wheel Self Balancing Hoverboard... |
|---|---|---|---|---|
| ★★★★⯪ 335 | ★★★★⯪ 1,211 | ★★★★⯪ 326 | ★★★★⯪ 50 | ★★★★☆ 442 |
| $199.99 | $299.00 ✓prime | $167.00 ✓prime | $199.99 ✓prime | $154.99 |

## Special offers and product promotions

- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. **Register a free business account**
- Your cost could be **$189.99** instead of $199.99! Get **$10.00 off instantly** as a gift card upon approval for the **Amazon.com Store Card.** Learn more.

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

## Product Description



TOMOLOO
EXPLORING THE DREAM



Document title: Amazon.com: TOMOLOO Hoverboard, Bluetooth and LED Music Rhythmed Lights Hover Board with 6.5 Inch Solid 2 Wheel, UL2272 Certified Hoverboar...
Capture URL: https://www.amazon.com/TOMOLOO-Hoverboard-Bluetooth-Rhythmed-Certified/dp/B08L94C87N/ref=sr_1_1?...
Capture timestamp (UTC): Fri, 13 Nov 2020 16:20:24 GMT

## EXPLORING THE DREAM



### TOMOLOO Q3C
*The Light Follows the Music Rhythm*

- Every kids should own a kids hoverboard after school.
- **TOMOLOO** Hoverboards features a powerful motor that delivers decent power to easily move the board over different surfaces.
- It works on gravel, dirt, concrete, asphalt and other places.



**VIBRANT LIGHTS**
More Happiness and Safe Riding



- Hoverboard Bluetooth：V4.2 Stereo Sound HiFi Music
- Lights：Cool Wheel Lights & Music-Rhythmed Colorful LED
- Loading Capacity：44-165 LBS（20-75 KG）
- Max Speed：7.5 MPH（12 KM/H）
- Max Range：4.3 MILE（7 KM）
- Wheel：6.5 IN（16.51 CM）Shock Absorbent Tires
- Motor：Powerful Bushless 500 W
- UL2272&UL2271:20180629-E484995

**Create Happiness and Safe Riding**

- **TOMOLOO** is a very famous brand when it comes to Bluetooth hoverboard and one of the first kid and adult hoverboard manufacturer that has taken the lead to pass US UL2272 safety certification.

- Ranked among the top five manufacturers in the global self balancing scooter hoverboard sector
- The creator of mechanical self



- Max Range：4.3 MILE. (7 KM)
- Wheel：6.5 IN ×16.5 CM. Shock Absorbent Tires
- Motor：Powerful Bushless 500 W
- UL2272&UL2271:20180629-E484995

- Ranked among the top five manufacturers in the global self balancing scooter hoverboard sector
- The creator of mechanical self balancing technology of hoverboard for girls and boys



**SAFE CERTIFIED**

### UL2272 Certified(20180629-E484995)

- Reduce advertising and sponsorship costs, focus on improving the quality of electric hoverboard, so that you can get hoverboard cheap.
- The fast hoverboard supports the electrical and fire safety testing and certification under UL2272.






**UL2272 Certified**

**Strong Shell**

**Thick Rubber**

**IPX4 Waterproof**



**COLORFUL COOL NON-INFLATABLE RUBBER**



**MUSIC RHYTHM LIGHTING**



**SELF-BALANCING TECHNOLOGY**

Patent no.ZL 2016 20053558.0

### 6.5 Inch LED Solid Wheels

- The kids hoverboards for girls and boys has LED wheels.
- It emits dazzling colorful light when riding.
- Non-inflatable natural rubber wheels can give long service life and excellent cushioning.

### The Light Follows the Music Rhythm

- The Bluetooth hoverboard with LED lights, allowing your music rhythm to be expressed by RGB lights, and the dynamic rhythm is visualized.

### The First Mechanical Balancing Technology

- The unique design keeps the left and right pedals in the same plane at all times.
- Eliminates manual correction steps, making the kids hoverboards for boys and girls easy to learn and simple to control.

- The kids hoverboards for girls and boys has LED wheels.
- It emits dazzling colorful light when riding.
- Non-inflatable natural rubber wheels can give long service life and excellent cushioning.

- The Bluetooth hoverboard with LED lights, allowing your music rhythm to be expressed by RGB lights, and the dynamic rhythm is visualized.

- The unique design keeps the left and right pedals in the same plane at all times.
- Eliminates manual correction steps, making the kids hoverboards for boys and girls easy to learn and simple to control.





| | TOMOLOO Hoverboard - K1 | TOMOLOO Hoverboard - K1 | TOMOLOO Hoverboard - K1 | TOMOLOO Hoverboard - Q3C | TOMOLOO Hoverboard - Q3C | TOMOLOO Hoverboard - Q3C |
|---|---|---|---|---|---|---|
| APP | ✓ | ✓ | ✓ | ✗ | ✗ | ✗ |
| Bluetooth V4.2 Speaker | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Music-Rhythmed RGB Headlight | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Max Load(lbs) | 265 | 265 | 265 | 165 | 165 | 165 |
| Max Speed(mph) | 9.5 | 9.5 | 9.5 | 7.5 | 7.5 | 7.5 |
| Max Range(mile) | 9.5 | 9.5 | 9.5 | 4.3 | 4.3 | 4.3 |
| Max Climbing | 20° | 20° | 20° | 10° | 10° | 10° |
| Solid Wheel | 6.5 inch | 6.5 inch | 6.5 inch | 6.5 inch with LED | 6.5 inch with LED | 6.5 in with LED |
| Battery | 36 V 4000 mAh | 36 V 4000 mAh | 36 V 4000 mAh | 36 V 2000 mAh | 36 V 2000 mAh | 36 V 2000 mAh |
| 500W Motor | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

| Max Range(mile) | 9.5 | 9.5 | 9.5 | 4.3 | 4.3 | 4.3 |
| Max Climbing | 20° | 20° | 20° | 10° | 10° | 10° |
| Solid Wheel | 6.5 inch | 6.5 inch | 6.5 inch | 6.5 inch with LED | 6.5 inch with LED | 6.5 in with LED |
| Battery | 36 V 4000 mAh | 36 V 4000 mAh | 36 V 4000 mAh | 36 V 2000 mAh | 36 V 2000 mAh | 36 V 2000 mAh |
| 500W Motor | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

## Product details

Color: **Night Black**

**Batteries :** 1 Lithium ion batteries required. (included)

**Date First Available :** November 6, 2020

**Manufacturer :** Shenzhen Tomoloo Technology Industrial Co Ltd

**ASIN :** B08MW9B2YX

**Best Sellers Rank:** #104,709 in Sports & Outdoors (See Top 100 in Sports & Outdoors)
#140 in Self Balancing Scooters

## Related video shorts (0)   Upload your video



**Be the first video**

Your name here

## Products related to this item

Sponsored ⓘ

Page 1 of 12






| TOMOLOO Hoverboards 6.5" Solid Tires Wheel, Self Balancing Scooter Hoverboard with ... | TOMOLOO Hoverboard, Hoverboards with Bluetooth and LED Lights, 4.3 Miles Range... | YHR 6.5" Hoverboard LED Lights with Bluetooth Speaker and Smart Self Balancing... | TOMOLOO Hoverboard for Kids and Adult, Hover Board Self Balancing Scooter 6.5" Two-... | TOMOLOO Hoverboard Bluetooth and Flash Led Lights Wheels, Kids Hover Board with UL ... |
|---|---|---|---|---|
| ★★★★★ 1 | ★★★★☆ 1 | ★★★★☆ 17 | ★★★★☆ 5 | ★★★★⯪ 50 |
| $199.99 ✓prime | $199.99 | $169.99 ✓prime | $239.99 ✓prime | $199.99 ✓prime |

## Customer questions & answers

🔍 Have a question? Search for answers

▲
0
votes
▼

**Question:**   What is wheel size? Material???

**Answer:**   This electric hoverboard is equipped with 6.5-inch solid wheels. It is made of natural rubber and has a good shock absorption effect. It can be driven on golf course and sidewalks.
By Aoxtech **SELLER** on November 5, 2020

Document title: Amazon.com: TOMOLOO Hoverboard, Bluetooth and LED Music Rhythmed Lights Hover Board with 6.5 Inch Solid 2 Wheel, UL2272 Certified Hoverboar...
Capture URL: https://www.amazon.com/TOMOLOO-Hoverboard-Bluetooth-Rhythmed-Certified/dp/B08L94C87N/ref=sr_1_1?...
Capture timestamp (UTC): Fri, 13 Nov 2020 16:20:24 GMT

Page 7 of 10

🔍 Have a question? Search for answers

**Question:** What is wheel size? Material???

0 votes

**Answer:** This electric hoverboard is equipped with 6.5-inch solid wheels. It is made of natural rubber and has a good shock absorption effect. It can be driven on golf course and sidewalks.
By Aoxtech SELLER on November 5, 2020

⌄ See more answers (1)

**Question:** Can you use it outside usa? including night?

0 votes

**Answer:** Yes. It has passed the highest safety standards(UL2271) for hoverboards in the United States. The colorful wheel lights and bright headlights ensure the fun and safety of night riding.
By Aoxtech SELLER on November 7, 2020

⌄ See more answers (1)

**Question:** Self-balancing or not?

0 votes

**Answer:** The hoverboard you consulted is equipped with TOMOLOO's original mechanical self-balancing technology, which can keep the two pedals in the same plane.
By Aoxtech SELLER on November 4, 2020

⌄ See more answers (1)

**Question:** What is the lightest weight a rider can be to use this?

0 votes

**Answer:** Our recommendation is that the minimum weight is not less than 44 pounds, which is conducive to safe riding.
By Aoxtech SELLER on November 11, 2020

⌄ See more answers (1)

See more answered questions (4)

## Customer reviews

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

⌄ How are ratings calculated?

**No customer reviews**

## Review this product

Share your thoughts with other customers

Write a customer review

## Customers who viewed this item also viewed

Page 1 of 4

     

**TOMOLOO Hoverboard with Bluetooth Speaker and LED Lights Self-Balancing Scooter...**
★★★★½ 1,076
$199.99 - $239.99

**TOMOLOO Music-Rhythmed Hoverboard for Kids and Adult Two-Wheel Self-Balancing...**
★★★★½ 2,021
$199.99 - $259.99

**UNI-SUN Hoverboard for Kids, 6.5" Two Wheel Electric Scooter, Self Balancing Hoverboard...**
★★★★½ 746
$103.99 - $179.99

**Hover-1 Titan Electric Self-Balancing Hoverboard Scooter**
★★★★½ 845
$249.99 - $386.44

**Hover Hoverboard Electric Scooter**
★★★★½ 1,003
$162.99 - $439.98

## Inspired by your browsing history

Page 1 of 10

     

**TOMOLOO Hoverboard Bluetooth and Flash Led Lights Wheels, Kids Hover Board with UL...**
★★★★½ 22
$199.99

**TOMOLOO Hoverboard with Bluetooth Speaker UL2272 Certified Self Balancing Electric...**
★★★★½ 241
$199.99

**TOMOLOO Hoverboard with Bluetooth Speaker and LED Lights Self-Balancing Scooter...**
★★★★½ 1,076
$199.99

**Hiboy HC-01 Hoverboard Kart Seat Attachment Accessory for 6.5" 8" 10" Two Wheel Self...**
★★★★½ 706
$77.99

**Hover Soccer Ball Boy Toys Rechargeable, Toddlers Kids Indoor Air Soccer Ball Floating...**
★★★★½ 288
$13.99

## Deals in magazine subscriptions

Page 1 of 10

     

**This Old House**
★★★★½ 1,155
Print Magazine

**Real Simple**
★★★★½ 7,701
Print Magazine

**Martha Stewart Living**
★★★★½ 4,881
Print Magazine

**Family Handyman**
★★★★½ 12,329
Print Magazine

**HGTV Magazine**
★★★★½ 26
Print Magazine










| This Old House | Real Simple | Martha Stewart Living | Family Handyman | HGTV Magazine |
|---|---|---|---|---|
| ★★★★☆ 1,155 | ★★★★☆ 7,701 | ★★★★☆ 4,881 | ★★★★☆ 12,329 | ★★★★☆ 26 |
| Print Magazine | Print Magazine | Print Magazine | Print Magazine | Print Magazine |
| $8.00 | $5.00 | $5.00 | $5.00 | $10.00 |

**Your Browsing History**   View or edit your browsing history  ›





See personalized recommendations

**Sign in**

New customer? Start here.

---

**Back to top**

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell products on Amazon | Amazon Rewards Visa Signature Cards | Amazon and COVID-19 |
| Blog | Sell apps on Amazon | Amazon.com Store Card | Your Account |
| About Amazon | Become an Affiliate | Amazon Business Card | Your Orders |
| Sustainability | Advertise Your Products | Amazon Business Line of Credit | Shipping Rates & Policies |
| Press Center | Self-Publish with Us | Shop with Points | Amazon Prime |
| Investor Relations | Host an Amazon Hub | Credit Card Marketplace | Returns & Replacements |
| Amazon Devices | › See More Make Money with Us | Reload Your Balance | Manage Your Content and Devices |
| Amazon Tours | | Amazon Currency Converter | Amazon Assistant |
| | | | Help |




amazon

🌐 English ⌄      🇺🇸 United States ⌄

| Amazon Music Stream millions of songs | Amazon Advertising Find, attract, and engage customers | Amazon Drive Cloud storage from Amazon | 6pm Score deals on fashion brands | AbeBooks Books, art & collectibles | ACX Audiobook Publishing Made Easy | Alexa Actionable Analytics for the Web |
|---|---|---|---|---|---|---|
| Sell on Amazon Start a Selling Account | Amazon Business Everything For Your Business | Amazon Fresh Groceries & More Right To Your Door | AmazonGlobal Ship Orders Internationally | Home Services Experienced Pros Happiness Guarantee | Amazon Ignite Sell your original Digital Educational Resources | Amazon Rapids Fun stories for kids on the go |
| Amazon Web Services Scalable Cloud Computing Services | Audible Listen to Books & Original Audio Performances | Book Depository Books With Free Delivery Worldwide | Box Office Mojo Find Movie Box Office Data | ComiXology Thousands of Digital Comics | DPReview Digital Photography | East Dane Designer Men's Fashion |

Document title: Amazon.com: TOMOLOO Hoverboard, Bluetooth and LED Music Rhythmed Lights Hover Board with 6.5 Inch Solid 2 Wheel, UL2272 Certified Hoverboar…

Capture URL: https://www.amazon.com/TOMOLOO-Hoverboard-Bluetooth-Rhythmed-Certified/dp/B08L94C87N/ref=sr_1_1?…

Capture timestamp (UTC): Fri, 13 Nov 2020 16:20:24 GMT

Page 10 of 10



Sports & Outdoors › Outdoor Recreation › Skates, Skateboards & Scooters › Scooters & Equipment › Scooters › Self Balancing Scooters



Roll over image to zoom in

# TOMOLOO Hoverboard with Bluetooth Speaker UL2272 Certified Self Balancing Electric Scooter 6.5" Two-Wheel Hover Boards with LED Lights for Kids and Adult

Visit the TOMOLOO Store

★★★★½ ∨      336 ratings

Price: **$199.99** & **FREE Shipping**

Get $10 off instantly: Pay $189.99 upon approval for the Amazon Prime Store Card.

Color: **Blue**

  

- **Self-balancing technology:** The first mechanical self-balancing electric on the market which is safe for beginners and amateurs. With or without a rider on it, It will stay level with the ground which makes it easier to ride.
- **Verified safety:** Ul2272 Certified of hoverboard and Ul2271 Certified of the battery, comply with all U. S safety regulations, which is with the features of high-temperature resistance and fire resistance.
- **Bluetooth 4. 2 speaker & RGB LED:** 6. 5 inches large wheels, awesome RGB LED design with color lights and music. Led lights will change the color as the volume change of the music, give you a colorful and freely experience. It has no app function.
- **High-standard quality:** professional gyroscopes, acceleration sensors and motherboard, give you a smooth and stable riding experience and help you to go wherever you want to go.
- You can contact the Seller to get a Free Hoverboad Bag when you receive the

$199.99

& FREE Shipping

Arrives: **Nov 20 - 30**

Only 13 left in stock - order soon.

Qty: 1 ∨

**Add to Cart**

**Buy Now**

🔒 Secure transaction

Ships from   Better TOMOLOO
Sold by      Better TOMOLOO

**Add a Protection Plan:**
☐ 2-Year Protection for $15.99

⊚ Select delivery location

**Add to List**

Share ✉ 📘 🐦 📌

Document title: Amazon.com: TOMOLOO Hoverboard with Bluetooth Speaker UL2272 Certified Self Balancing Electric Scooter 6.5&quot; Two-Wheel Hover Boards with…
Capture URL: https://www.amazon.com/TOMOLOO-Hoverboards-Two-Wheel-Balancing-Electric/dp/B079N86FZW/ref=pd_rhf_se_s_pd_crcd_1_2/142-5753160-561496…
Capture timestamp (UTC): Fri, 13 Nov 2020 16:11:52 GMT
Page 1 of 12



are function.

- High-standard quality: professional gyroscopes, acceleration sensors and motherboard, give you a smooth and stable riding experience and help you to go wherever you want to go.
- You can contact the Seller to get a Free Hoverboad Bag when you receive the hoverboard. Any issue just don't hesitate to contact us.

New & Used (3) from $149.99 + FREE Shipping



GAINZBOX PERSONALIZED FUNCTIONAL FITNESS
Quality NEEDS, DELIVERED TO YOUR DOOR.

Roll over image to zoom in

---

## Frequently bought together



Total price: $599.97

[ Add all three to Cart ]

[ Add all three to List ]

ⓘ These items are shipped from and sold by different sellers. Show details

☑ **This item:** TOMOLOO Hoverboard with Bluetooth Speaker UL2272 Certified Self Balancing Electric Scooter 6.5" Two… $199.99

☑ TOMOLOO Hoverboard with Bluetooth Speaker UL2272 Certified Self Balancing Electric Scooter 6.5" Two… $199.99

☑ TOMOLOO Music-Rhythmed Hoverboard for Kids and Adult Two-Wheel Self-Balancing Scooter- UL2272… $199.99

---

## Products related to this item

Sponsored ⓘ

Page 1 of 20

<







>

TOMOLOO Hoverboard, Electric Self-Balancing Smart Scooter, UL 2272 Certified Hover …
★★★★½ 2,021
$199.99

TOMOLOO Hoverboard Bluetooth Speaker UL2273 Certified Self Balancing Electric…
★★★★½ 27
$199.99 ✓prime

TOMOLOO Hoverboard with Bluetooth Speaker and LED Lights Self-Balancing Scooter UL2…
★★★★½ 1,075
$199.99 ✓prime

Beston Sports Newest Generation Electric Hoverboard Dual Motors Two Wheels Hoover B…
★★★★½ 1,483
$128.00 ✓prime

TOMOLOO Hoverboard with Bluetooth Speaker UL2272 Certified Self Balancing Electric …
★★★★½ 241
$199.99 ✓prime

---

## 4 stars and above

Sponsored ⓘ

Page 1 of 12







Document title: Amazon.com: TOMOLOO Hoverboard with Bluetooth Speaker UL2272 Certified Self Balancing Electric Scooter 6.5&quot; Two-Wheel Hover Boards with…
Capture URL: https://www.amazon.com/TOMOLOO-Hoverboards-Two-Wheel-Balancing-Electric/dp/B079N86FZW/ref=pd_rhf_se_s_pd_crcd_1_2/142-5753160-561496…
Capture timestamp (UTC): Fri, 13 Nov 2020 16:11:52 GMT
Page 2 of 12

**4 stars and above**

Sponsored









| TOMOLOO Hoverboard, Electric Self-Balancing Smart Scooter, UL 2272 Certified Hover ... | Beston Sports Newest Generation Electric Hoverboard Dual Motors Two Wheels Hoover B... | TOMOLOO Hoverboard with Bluetooth Speaker and LED Lights Self-Balancing Scooter UL2... | TOMOLOO Hoverboard with Bluetooth Speaker UL2272 Certified Self Balancing Electric ... | Gyroor Warrior 8.5 inch All Terrain Off Road Hoverboard with Bluetooth Speakers... |
|---|---|---|---|---|
| ★★★★½ 2,021 | ★★★★½ 1,483 | ★★★★½ 1,075 | ★★★★½ 71 | ★★★★½ 1,211 |
| $199.99 | $128.00 ✓prime | $199.99 ✓prime | $259.99 ✓prime | $299.00 ✓prime |

---

## Special offers and product promotions

- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. **Register a free business account**
- Your cost could be **$189.99 instead of $199.99**! Get **$10.00** off instantly as a gift card upon approval for the **Amazon.com Store Card.** Learn more.

---

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

---

## Product Description



**Who is TOMOLOO ?** Founded in 2013, TOMOLOO is one of the earliest enterprises producing intelligent self balance scooters. Since establishment, TOMOLOO as adhering to the tenet of "Enterprise Vitality Lies in Product Quality", take a craftsman spirit to provide best products to meet different demands from customers around the world. All of our products have passed all regulations related to safety.

**What Are We Doing?** We focus on the quality of every single product to ensure all customers enjoy without worry. We insist on provide best products and services to our buyers. We have our own Develop & Research department, and we are providing latest series and satisfy different customers' needs.

**Tomorrow, Start from TOMOLOO!** We keep developing and improving our products to bring our customers a better tomorrow!



Document title: Amazon.com: TOMOLOO Hoverboard with Bluetooth Speaker UL2272 Certified Self Balancing Electric Scooter 6.5&quot; Two-Wheel Hover Boards with…
Capture URL: https://www.amazon.com/TOMOLOO-Hoverboards-Two-Wheel-Balancing-Electric/dp/B079N86FZW/ref=pd_rhf_se_s_pd_crcd_1_2/142-5753160-561496…
Capture timestamp (UTC): Fri, 13 Nov 2020 16:11:52 GMT
Page 3 of 12

**What Are We Doing?** We focus on the quality of every single product to ensure all customers enjoy without worry. We insist on provide best products and services to our buyers. We have our own developing & research department, and we are providing sweet smile and satisfy all our customers' needs.

**Tomorrow, Start from TOMOLOO!** We keep developing and improving our products to bring our customers a better tomorrow!



Intelligent Chipset    Gravity Sensor    Long Life Battery    Safety Protection



### Comply with all U.S safety certified

UL-approved materials & 6.5" hard rubber tires deliver increased durability and ensure smooth rides.

### For all kinds of people

TOMOLOO Q2-C hoverboards are easy for everyone to learn, especially to children. With its anti-slip pedals, it offers you a safer trip. Whether you want to zoom around your house or cruise to your neighbour's. With TOMOLOO, enjoy yourself!

### New champion!

Based on Q2, Q2-C are upgrading comprehensive, will give you the unique experience.

### Quality Control

The material and whole manufacturing process are meet with the industry requirements, which is with featuers of high-temperature resistance and fire retardance, as well as high strength and toughness.

### Your Personal Transport

*6.5" size motor, suitable for kids and adults



**Quality Control**

The material and whole manufacturing process are meet with the industry requirements, which is with featuers of high-temperature resistance and fire retardance, as well as high strength and toughness.

**Your Personal Transport**

"6.5" size motor, suitable for kids and adults

**Enjoy balance scooter**

Quick and easy hoverboard learning with simple one-touch operation.











**Top LED Flashing Lights**

With LED lights,it will keeps you safe in dark place, and the shining light let you have more enjoyable feeling.

- Unique colorful LED lights.
- Special High Performance.
- High quality wires to ensure the safety.
- The most advanced mainboard system.
- IPX4 Water Resistant Compliance.

**Stereo Sound Bluetooth Music**

Make your hover board the coolest one with extrordinary sound effect!

- Easily connect with your portable devices
- Dual 5 Watt HIFI bluetooth speaker
- Riding with your favorite music
- You and your hoverboard would be the most attracting one!

**Batteries**

We have the leading batteries sources, a smart battery management system is your endless fun!

- Battery Capacity: 4000 mAh
- Over-current protection
- Short-circuit Protection
- Overcharger Protection
- Balanced Protection
- Temperature Protection

**Best Gift**

Load Capacity: 40-165 lbs It's a great choice as a gift for your loved one or yourselves！！！

- Range Per Charge: Up to 7.5 miles .
- Charge the Li-ion batteries for just 2 hours.
- Built-in Learning Mode.
- Made of high-quality hover skate board materials.



**Product details**

Document title: Amazon.com: TOMOLOO Hoverboard with Bluetooth Speaker UL2272 Certified Self Balancing Electric Scooter 6.5&quot; Two-Wheel Hover Boards with…
Capture URL: https://www.amazon.com/TOMOLOO-Hoverboards-Two-Wheel-Balancing-Electric/dp/B079N86FZW/ref=pd_rhf_se_s_pd_crcd_1_2/142-5753160-561496…
Capture timestamp (UTC): Fri, 13 Nov 2020 16:11:52 GMT

## Product details

Color: **Blue**

**Date First Available :** September 28, 2020

**Manufacturer :** TOMOLOO

**ASIN :** B08K8JQ5NN

**Best Sellers Rank:** #14,448 in Sports & Outdoors (See Top 100 in Sports & Outdoors)
#47 in Self Balancing Scooters

**Customer Reviews:**
★★★★⯪ ⌄    336 ratings

# Videos

Page 1 of 4

### Videos for this product


Top 10 Best Hoverboard & Self Balancing Scooters

Top 10 Zone


TOMOLOO Hoverboard Best Gift

Better TOMOLOO


Birthday Gift for Parvati..Nice Product and she is enjoying it

Hari


CXMScooter Hover... Self Balancing Scoo...

Leanna

Upload your video

## Products related to this item

Sponsored ⓘ

Page 1 of 22


Hover-1 Ultra Electric Self-Balancing Hoverboard Scooter, Pink
★★★★☆ 613
$149.00 ✓prime


TOMOLOO Hoverboard with Bluetooth Speaker UL2272 Certified Self Balancing Electric ...
★★★★⯪ 241
$199.99 ✓prime


FLYING-ANT Hoverboards UL Certified 6.5 Smart Scooter Two-Wheel...
★★★★⯪ 185
$121.99 ✓prime


TOMOLOO Hover Boards for Kids, Hoverboard Adult with Bluetooth Speaker and LED Ligh...
★★★★⯪ 34
$239.99 ✓prime


TOMOLOO Hoverboard for Kids and Adults, 6.5"All Terrain Wheels Off-Road Hover Boar...
★★★★⯪ 2
$229.99 ✓prime

## Customer questions & answers

🔍 Have a question? Search for answers

Document title: Amazon.com: TOMOLOO Hoverboard with Bluetooth Speaker UL2272 Certified Self Balancing Electric Scooter 6.5&quot; Two-Wheel Hover Boards with...
Capture URL: https://www.amazon.com/TOMOLOO-Hoverboards-Two-Wheel-Balancing-Electric/dp/B079N86FZW/ref=pd_rhf_se_s_pd_crcd_1_2/142-5753160-561496...
Capture timestamp (UTC): Fri, 13 Nov 2020 16:11:52 GMT



| Hoverboard Scooter, Pink | UL2272 Certified Self… | Certified 6.5 Smart… | Adult with Bluetooth | 6.5"All Terrain Wheels… |
|---|---|---|---|---|
| ★★★★☆ 613 | ★★★★☆ 241 | ★★★★☆ 185 | ★★★★☆ 34 | ★★★★☆ 2 |
| $149.00 ✓prime | $199.99 ✓prime | $121.99 ✓prime | $239.99 ✓prime | $229.99 ✓prime |

## Customer questions & answers

🔍 Have a question? Search for answers

▲ 0 votes ▼
**Question:** is there a difference between pink and QC-2 pink option?
**Answer:** Look the same
By Mary Johnson on August 14, 2019

▲ 0 votes ▼
**Question:** After riding for a couple minutes, the red light flashes and the alarm alerts. We have gone through all the trouble shooting info. Help???
**Answer:** Ours has only done that when it needs to be charged. We made sure it was fully charged before using it for the first time. Hopefully a quick charge will solve your problem.
By slpgiles on December 26, 2019
⌄ See more answers (1)

▲ 0 votes ▼
**Question:** How long can you leave it on charger safely?
**Answer:** It has built in protection from over charging; it took about 2 hours to fully charge the first time.
By Larry B. on January 11, 2020

▲ 0 votes ▼
**Question:** Im confused on weight limit and speed? Title say "17.5mph and 265 weight limit but description say 7mph and 165 weight limit? Can someone help?
**Answer:** Hi,dear customer ,
The Q2C is 7mph and 165 weight limit,thank you!
… see more
By Better TOMOLOO SELLER on January 25, 2019

See more answered questions (33)



## Customer reviews

★★★★☆ 4.6 out of 5
336 global ratings

| | | |
|---|---|---|
| 5 star | | 81% |
| 4 star | | 9% |
| 3 star | | 2% |
| 2 star | | 3% |
| 1 star | | 6% |

⌄ How are ratings calculated?

## By feature

Easy to learn ★★★★☆ 4.7
Sturdiness ★★★★☆ 4.6

### Customer images

See all customer images

### Read reviews that mention

easy to learn | battery life | hoverboard | old daughter | easy to use
highly recommend | bought this for 11 year | gift for our 9 year
around the house | right away | years old | daughter loves | son loves

Top reviews ⌄

Document title: Amazon.com: TOMOLOO Hoverboard with Bluetooth Speaker UL2272 Certified Self Balancing Electric Scooter 6.5" Two-Wheel Hover Boards with…
Capture URL: https://www.amazon.com/TOMOLOO-Hoverboards-Two-Wheel-Balancing-Electric/dp/B079N86FZW/ref=pd_rhf_se_s_pd_crcd_1_2/142-5753160-561496…
Capture timestamp (UTC): Fri, 13 Nov 2020 16:11:52 GMT



| around the house | right away | years old | daughter loves | son loves |

## By feature

| Easy to learn | ★★★★½ 4.7 |
| Sturdiness | ★★★★½ 4.6 |
| Giftable | ★★★★½ 4.5 |

⌄ See more

Top reviews ⌄

### Review this product

Share your thoughts with other customers

Write a customer review

## Top reviews from the United States

BoyMom 💙

★★★★★ **Best Hoverboard! 10 ⭐'s**

Reviewed in the United States on December 26, 2019

Color: Blue   **Verified Purchase**



▶ 0:00

Good evening TOMOLOO! We recently purchased two hoverboards for both our boys. We were contacted by you about leaving a review for two free bags for each hoverboard we bought. I left a 5 star review along with a video. These were honestly the best Christmas presents we could have ever bought. Both our boys said it was the best present ever. Not only did they love them our 4 nephews tried them and had a blast. They are going to be purchasing them for their kids birthdays this year. I have sent them the link for your brand as I can attest they are the best.

⌄ Read more

One person found this helpful

| Helpful | | Comment | Report abuse |

Susan

★★★★★ **Amazing!!**

Reviewed in the United States on April 29, 2020

Color: Blue   **Verified Purchase**

This was the MOST favorite gift that my granddaughter (10 years old) was given for Christmas this year! She just LOVES it, and is on it all the time, even in the house (works extremely well on hardwood floors). The sound system is amazing! Blue tooth is able to transfer any of the songs that she wants onto her hoverboard. So . . . if you can take all of the loud music, and the singing as she drives this thing around the house, go for it!! My son (42 years old) gets on it every chance he can too!

One person found this helpful

| Helpful | | Comment | Report abuse |

KT

★★★★★ **Works well for kids**

Reviewed in the United States on May 27, 2020

Color: Blue   **Verified Purchase**

Bought this for my 8 year old as a birthday present. She figured it out relatively quickly and so did mom and dad. It has a weight limit and we've followed that. The speaker works great although we didn't buy it for that feature at all-it seemed unnecessary, but most of the hoverboards we were looking to purchase had them. My daughter really likes playing music on it while she rides, so it worked out. It's difficult to ride over bumps outdoors and works a lot better indoors on smooth



Reviewed in the United States on May 27, 2020

Color: Blue    **Verified Purchase**

Bought this for my 8 year old as a birthday present. She figured it out relatively quickly and so did mom and dad. It has a weight limit and we've followed that. The speaker works great although we didn't buy it for that feature at all-it seemed unnecessary, but most of the hoverboards we were looking to purchase had them. My daughter really likes playing music on it while she rides, so it worked out. It's difficult to ride over bumps outdoors and works a lot better indoors on smooth surfaces vs sidewalks, streets, etc. If you're looking for a kids hoverboard I don't have any complaints. I researched for what was a reputable kids option and frequently saw this one mentioned so that's why we went with it.

One person found this helpful

Helpful    |    Comment    |    Report abuse

---

Drew

★★★★☆  **Not i if you have any kind of handicap! I AND YOU HAVE TO PAY to return it…**

Reviewed in the United States on March 30, 2020

Color: Blue    **Verified Purchase**

This seems like a good, high quality product. However, I wouldn't know because I have somewhat of a club foot so all I did was spin in circles. I am used to riding a segway, so I am familiar with the concept. I sure wish there had been some specification to handicapped persons "do not order if you have any kind of handicap". Now I am returning the hoverboard I paid (used-like new) $155 for & had for only 4 hrs of (attempted) use...but at MY OWN EXPENSE which at UPS is $46.10. So basically I have lost over $55 to try a product that I did not know would not adjust in anyway for my handicap. I felt debilitated since I tried to step on the product, now I feel broke for having lost $60 in this whole process. If the company is fair & will reimburse me due to lack of notation for handicapped persons...along with the fact that I contacted them immediately about not being able to use it because of a (very slightly) clubbed foot/handicapped….i will gladly post update & be most pleased with customer service…

One person found this helpful

Helpful    |    Comment    |    Report abuse

---

Alyssa Tormala

★★★★★  **Excellent hoverboard choice for 13-year-old!**

Reviewed in the United States on January 4, 2020

Color: Blue    **Verified Purchase**



We purchased this Tomoloo hoverboard for our 13-year-old daughter for Christmas and are THRILLED. It is sturdy, steady, and reliable. It charged easily out of the box and the charge generally lasts more than an hour with constant use. She already knew how to ride a hoverboard, so there was no learning curve, but I've noticed that this one has more speed and maneuverability than the hoverboard she learned on. She has been using the hoverboard both inside and outside (one sidewalks at a park) constantly every day during her winter break

˅ Read more

One person found this helpful

Helpful    |    Comment    |    Report abuse

than the hoverboard she learned on. [...] hoverboard both inside and outside (one sidewalks at a park) constantly every day during her winter break

˅ Read more

One person found this helpful

| Helpful | Comment | Report abuse

 Dana Mcnurlin

★★★★★ **Great quality & battery life; Kids love it!**

Reviewed in the United States on May 1, 2020

Color: Blue | **Verified Purchase**

We purchased this hoverboard for our daughter's 8th birthday, after reading great reviews online, and we're super happy with the device! We have tile & hard wood floors with transitions between the two, and this hoverboard navigates them like a champ. The battery life is almost TOO good, as the kids are constantly on it. My daughter has actually been using it while crafting at our table, and it's pretty much a part of her body now. XD My son (12) is now begging for one for HIS birthday, and this has been such a great activity being sheltered in place for the quarantine, we may just cave!

One person found this helpful

| Helpful | Comment | Report abuse

 Fenny

★★★★★ **8 year old LOVES it but plug is tricky to connect**

Reviewed in the United States on January 3, 2020

Color: Blue | **Verified Purchase**

Santa brought this to our 8 year old and she LOVES it. She practiced on the carpet a few times before riding on the tile. Battery is sufficient but connecting the charging cable to the board is tricky and I have to help. The plug into the board fits very specifically with a hard-to-see notch that must be perfectly aligned in a very small space with no room for light to guide it. Hence, 4 stars since I'd rather not need to be involved. We haven't tried the Bluetooth speaker. Lights are awesome. All of her friends want to ride it.

One person found this helpful

| Helpful | Comment | Report abuse

 Genny

★★★★☆ **Great purchase!**

Reviewed in the United States on December 5, 2019

Color: Blue | **Verified Purchase**



My daughter absolutely loves this hoverboard. She rides it all day everyday. I've had it for about two weeks now with no issues. Sound of the speakers is great and Bluetooth is easy to connect. The lights are very bright! My husband was able to ride it and he's over 200 lbs. The customer service was great! I would definitely recommend.

2 people found this helpful

| Helpful | Comment | Report abuse



service was great! I would definitely

▶ 0:00

2 people found this helpful

| Helpful | Comment | Report abuse |

See all reviews ›

## Brands related to this category on Amazon

Sponsored ⓘ



New way, fun way - SISIGAD Hoverboard

Shop SISIGAD ›

Hover-1 Setting the Bar for Electric Commuting

Shop Hover-1 ›

**Pages with related products.** See and discover other items: Explore hoverboards for kids, Explore balancing boards for kids

See personalized recommendations

**Sign in**

New customer? Start here.



Back to top

**Get to Know Us**

Careers

Blog

About Amazon

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Tours

**Make Money with Us**

Sell products on Amazon

Sell apps on Amazon

Become an Affiliate

Advertise Your Products

Self-Publish with Us

Host an Amazon Hub

› See More Make Money with Us

**Amazon Payment Products**

Amazon Rewards Visa Signature Cards

Amazon.com Store Card

Amazon Business Card

Amazon Business Line of Credit

Shop with Points

Credit Card Marketplace

Reload Your Balance

Amazon Currency Converter

**Let Us Help You**

Amazon and COVID-19

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Amazon Assistant

Help

See personalized recommendations

Sign in

New customer? Start here.

**Back to top**

## Get to Know Us
Careers
Blog
About Amazon
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Tours

## Make Money with Us
Sell products on Amazon
Sell apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Make Money with Us

## Amazon Payment Products
Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon Business Card
Amazon Business Line of Credit
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

## Let Us Help You
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help

amazon

English     United States

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Amazon Music** Stream millions of songs | **Amazon Advertising** Find, attract, and engage customers | **Amazon Drive** Cloud storage from Amazon | **6pm** Score deals on fashion brands | **AbeBooks** Books, art & collectibles | **ACX** Audiobook Publishing Made Easy | **Alexa** Actionable Analytics for the Web |
| **Sell on Amazon** Start a Selling Account | **Amazon Business** Everything For Your Business | **Amazon Fresh** Groceries & More Right To Your Door | **AmazonGlobal** Ship Orders Internationally | **Home Services** Experienced Pros Happiness Guarantee | **Amazon Ignite** Sell your original Digital Educational Resources | **Amazon Rapids** Fun stories for kids on the go |
| **Amazon Web Services** Scalable Cloud Computing Services | **Audible** Listen to Books & Original Audio Performances | **Book Depository** Books With Free Delivery Worldwide | **Box Office Mojo** Find Movie Box Office Data | **ComiXology** Thousands of Digital Comics | **DPReview** Digital Photography | **East Dane** Designer Men's Fashion |
| **Fabric** Sewing, Quilting & Knitting | **Goodreads** Book reviews & recommendations | **IMDb** Movies, TV & Celebrities | **IMDbPro** Get Info Entertainment Professionals Need | **Kindle Direct Publishing** Indie Digital & Print Publishing Made Easy | **Prime Now** FREE 2-hour Delivery on Everyday Items | **Amazon Photos** Unlimited Photo Storage Free With Prime |
| **Prime Video Direct** Video Distribution Made Easy | **Shopbop** Designer Fashion Brands | **Amazon Warehouse** Great Deals on Quality Used Products | **Whole Foods Market** America's Healthiest Grocery Store | **Woot!** Deals and Shenanigans | **Zappos** Shoes & Clothing | **Ring** Smart Home Security Systems |
| **eero WiFi** Stream 4K Video in Every Room | **Neighbors App** Real-Time Crime & Safety Alerts | **Amazon Subscription Boxes** Top subscription boxes – right to your door | **PillPack** Pharmacy Simplified | **Amazon Renewed** Like-new products you can trust | **Amazon Second Chance** Pass it on, trade it in, give it a second life | |

Conditions of Use     Privacy Notice     Interest-Based Ads     © 1996-2020, Amazon.com, Inc. or its affiliates





Shipping: FREE Standard Shipping | See details
Ships to: United States See exclusions

Delivery: Estimated on or before **Mon. Nov. 23** to 60629

Payments: PayPal VISA MasterCard American Express DISCOVER

**PayPal CREDIT**
*No Interest if paid in full in 6 months on $99+. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Returns: Free 30 day returns | See details

Ends 11/22, 11:59pm PT. Min. purchase req...

---

Related sponsored items 1/2                                                Feedback on our s...

| Hyper gogo 6.5" Scooter Hoover Board... | Hover-1 TITAN Hoverboard Electric... | Off Road 8.5" Electric Hoverboard Smart Sel... | Hyper gogo 6.5" Scooter Hoover Board... | Hover-1 HORIZON Hoverboard Electric... | Hover-1 CHROM... Hoverboard Elec... |
| --- | --- | --- | --- | --- | --- |
| **$189.00** | **$249.99** | **$199.00** | **$189.00** | **$139.99** | **$189.99** |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping Popular | Free shipping |

---

**Description** | **Shipping and payments**                                          Re...

eBay item number: 114407ᵃ...

Seller assumes all responsibility for this listing.

Last updated on  Nov 07, 2020 09:00:17 PST  View all revisions

### Item specifics

| | | | |
| --- | --- | --- | --- |
| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is ... Read more | Brand: | Unbranded |
| MPN: | Does Not Apply | Model: | T580 |
| Type: | 2wheel scooter | | |

| The Digital Night Vision Monocular | Gosky Kids Microscope Set with Metal Arm and Base 300x | For Xiaomi Mi Sweeping Robot Accessories Side | Ninebot G30/G30P Bar Handle Max Pipe Spare Parts | Ninebot Segway minipro Balanced Scooter Power AC | Aomeke 1200X Biological Beginner Microscope Kit with |
| --- | --- | --- | --- | --- | --- |
| 131.58 USD | 55.0 USD | 8.3 USD | 39.12 USD | 69.88 USD | 39.99 USD |



| | | | | | |
|---|---|---|---|---|---|
| The Digital Night Vision Monocular | Gosky Kids Microscope Set with Metal Arm and Base 300x | For Xiaomi Mi Sweeping Robot Accessories Side | Ninebot G30/G30P Bar Handle Max Pipe Spare Parts | Ninebot Segway minipro Balanced Scooter Power AC | Aomekie 1200X Biological Beginner Microscope Kit with |
| 131.58 USD | 55.0 USD | 8.3 USD | 39.12 USD | 69.88 USD | 39.99 USD |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping | Free shipping |

## GYROOR T580 HOVERBOARD SELF BALANCING SCOOTER WITH MUSIC SPEAKER LED LIGHTS. 6.5 INCH TWO-WHEEL ELECTRIC SCOOTER FOR KIDS ADULT - UL2272 CERTIFICATED

### Feature:

**SMART APP CONTROLLED** - This self balancing scooter comes with an efficient app that helps you stay in control, giving you the ability to change modes, check batteries, see the real speed, Changing led light colors and adjust speed with ease.

**. FOR ALL RIDERS** – Coming with 2 modes, the children mode makes this hover board easy to control for a first-timer or a kid rider. While its adult mode allows expert riders easily perform hoverboard tricks.

**. MUSIC SPEAKER INCLUDED** - For the music lovers, the Gyroor Swift spots a built-in branded high quality music speaker that allows you play music when riding the hoverboard.

**. SELF BALANCING BOARD** - We have adopted the self balancing technology to make this hoverboard easier and safer for new riders. Perfect your balancing with a full rest of mind!

**. SAFETY CERTIFIED** – This UL2272 certified hover board has passed strict electrical and safety test to protect charging and rides. If you feel this hoverboard is not performing to standard, feel free to contact us.

### Specifications:

.**Safety** : UL 2272 Certified Hoverboards

Click here to view the UL2272 certified  https://img1.tongtool.com/v/qoqswrxvosqsqnqzouuuzxwrqtwsxustxuupPNGK.png

**. Lithium-Ion Battery**: 2.0Ah/36V (Chinese Cells)

**. Motor:** 250W*2 Motors

**. LED:** Colors Adjustable by APP

**. Bluetooth Speaker:** Pro Bluetooth Speaker

**. Distance on Full Charge:** 5~7.5 Miles

**. Max Speed:** 8 Miles/Hour

**. Charging Time:** 1.5 to 2 Hours

**. Charging Voltage:** AC100 to 240V/50-60Hz

**. Driving Mode:** Adjustable Speeds by App

. **Max Speed:** 8 Miles/Hour

. **Charging Time:** 1.5 to 2 Hours

. **Charging Voltage:** AC100 to 240V/50-60Hz

. **Driving Mode:** Adjustable Speeds by App

. **Max Load:** 265 Pounds

. **Max Climbing Angle:** 15~30 °

. **Water Resistant:** IP54

. **Frame Material:** Aluminum

. **Tires:** 6.5 inch Rubber Tires

. **Product Dimensions:** 26 Inch x 9 Inch X 8.86 Inch

. **Net Weight:** 15.8 Pounds.

. **Color: Black/Pink**

Sponsored items based on your recent views 1/3

Feedback on our s



Hovercart Seat
Attachment Holder for...
**$49.00**
Free shipping
New




DOC Hooverboard
Scooter Speaker LED...
**$99.99**
Free shipping
New

Electric 8.5" Off Road
Balancing Scooter...
**$199.00**
Free shipping
New



T580 Off Road Scooter
Music Speaker LED...
**$246.05**
~~$259.00~~
Free shipping
Seller 99.2% positive



Adjustable Hover Kart
Go Kart Hoverkart for...
**$37.99**
Free shipping
Seller 99.3% positive



Adjustable Scoo
Cart Go Kart for...
**$43.99**
Free shipping
New

$49.00
Free shipping
New

$99.99
New

$199.00
New

$246.05
Free shipping
Seller 99.2% positive

$37.99
Seller 99.3% positive

$43.99
New

## Explore more sponsored options: Brand

### Lamborghini

  

Lamborghini 6.5" Smart Electric Scooter 2-...
$220.15
Free shipping

Lamborghini 8.5" Smart Electric Scooter 2-...
$313.65
Free shipping

Lamborghini 8.5" Two-Wheel Scooter...
$329.00
Free shipping

---

### People who viewed this item also viewed 1/2

Feedback on our s

     

T580 Off Road Scooter Music Speaker LED...
$246.05
$259.00
Free shipping

6.5" Bluetooth Hoverboard Self...
$45.99
Free shipping

Flash Wheel Certified UL 2272 Bluetooth...
$149.55
Free shipping

Off Road 8.5" New DesignHoverboard...
$179.00
Free shipping

6.5"T581 Off Road Scooter Bluetooth LE...
$344.00
Free shipping

6.5" Bluetooth Hoverboad Elect
$129.99
Free shipping
Popular

---

### More from this seller 1/2

Feedback on our s

     

People who viewed this item also viewed 1/2

Feedback on our s








T580 Off Road Scooter Music Speaker LED...

$246.05
$259.00
Free shipping

6.5" Bluetooth Hoverboard Self...

$45.99
Free shipping

Flash Wheel Certified UL 2272 Bluetooth...

$149.55
Free shipping

Off Road 8.5" New DesignHoverboard...

$179.00
Free shipping

6.5"T581 Off Road Scooter Bluetooth LE...

$344.00
Free shipping

6.5" Bluetooth Hoverboad Elect...

$129.99
Free shipping
Popular

More from this seller 1/2

Feedback on our s








6.5"T581 Off Road Scooter Bluetooth LE...

$359.00
Free shipping

Airwheel S5 Electric Scooter Bike 680WH

$1,756.62
Free shipping

Battery suitable for Airwheel S8 Electric...

$339.00
Free shipping

Ninebot ES2 Electric Foldable Scooter...

$39.50
Free shipping

Scooter Airwheel Bike 520wh Motor Battery ...

$1,275.15
Free shipping

Airwheel A3 Elec Scooter innovati...

$1,499.00
Free shipping

Back to home page

More to explore : Off Road Scooter In Electric Scooters,   Off Road Scooter In Gas Scooters,   Off Road Scooter In Kick Scooters,   Razor Off Road Kick Scooters,
1.50 Inch Stroke 6.5 Inch Bicycle Rear Shocks,   Scooters,   Electric Scooters,   Bike LED Lights,   Kick Scooters,   Onewheel Electric Scooters

About eBay    Announcements    Community    Security Center    Resolution Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ







☐ 2-year protection plan from SquareTrade - $21.99

Free shipping and returns    Ships from United States

Shipping:    FREE Standard Shipping | See details
             Item location: Rowland Heights, California, United States
             Ships to: United States  See exclusions

Delivery:    Estimated on or before Mon. Nov. 23 to 60629
             ⓘ

Payments:    PayPal  VISA  MasterCard  American Express  Discover

             PayPal CREDIT
             *$30 for 12 months. Minimum purchase required. |
             See terms and apply now

             Earn up to 5x points when you use your
             eBay Mastercard®.  Learn more

Returns:     Free 30 day returns | See details

**Related sponsored items** 1/2                              Feedback on our suggestions

| Off Road 8.5" Electric Hoverboard Smart... | Hyper gogo 6.5" Scooter Hoover... | Hover-1 TITAN Hoverboard Electric... | Hover-1 HORIZON Hoverboard Electric... | Kiwano K01+ One-Wheeled Electric... | Hyper gogo 6.5" Scooter Hoover... |
|---|---|---|---|---|---|
| $199.00 | $189.00 | $249.99 | $139.99 | $444.99 | $189.00 |
| Free shipping | Free shipping | Free shipping | Free shipping Popular | ~~$594.99~~ Free shipping | Free shipping |

**Description**    Shipping and payments                              Report item

Seller assumes all responsibility for this listing.          eBay item number: 184447063955

Last updated on Nov 07, 2020 08:53:27 PST  View all revisions

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is ... Read more | MPN: | Does Not Apply |
| Brand: | Unbranded | Suitable For: | Kids |
| Color: | Blue | Model: | T581 |
| Type: | off road scooter | Wattage: | 300W * 2 |
| UPC: | Does not apply | | |

| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is ... Read more | MPN: | T581 |
| Brand: | Unbranded | Suitable For: | Kids |
| Color: | Blue | Model: | T581 |
| Type: | off road scooter | Wattage: | 300W * 2 |
| UPC: | Does not apply | | |



**5% off**

For Xiaomi Mi Sweeping Robot Accessories Side Brush 2pcs

**6.69 USD**

Free shipping

Original Ninebot MINI PRO Cabin New

**45.02 USD**
~~47.39 USD~~

Free shipping

**5% off**

ANS LED Aluminum Alloy Flashlight Outdoor Tactical Light Red Green Laser

**60.19 USD**
~~63.36 USD~~

High Profile QD 20mm Picatinny Rail Riser Mount for Rifle Scope Sight Aluminum

**8.88 USD**

Document title: 6.5&quot;T581 Off Road Scooter Bluetooth LED Lights UL2272 CERTIFIED | eBay
Capture URL: https://www.ebay.com/itm/6-5-T581-Off-Road-Scooter-Bluetooth-LED-Lights-UL2272-CERTIFIED/184447063955?…
Capture timestamp (UTC): Fri, 13 Nov 2020 16:04:39 GMT

ANS LED Aluminum Alloy Flashlight Outdoor Tactical Light Red Green Laser

**60.19 USD**
~~63.36 USD~~
Free shipping

High Profile QD 20mm Picatinny Rail Riser Mount for Rifle Scope Sight Aluminum

**8.88 USD**
Free shipping



Holographic Tactical Red / Green 4 Reticles Reflex Dot Scope + laser sight combo

**34.67 USD**
Free shipping



Red Laser Brass Bore Sight CAL Cartridge For Gun Rifle Scope 223 REM

**11.91 USD**
Free shipping

6.5" INCH T581 HOVERBOARD, ALL TERRAIN OFF ROAD ,WITH BLUETOOTH SPEAKER AND APP-ENABLED, SMART SELF BALANCING SCOOTER AND LED FLASHING LIGHTS  WITH UL2272 CERTIFIED

## Features:

**. International Highest Safety Standards**- Every hover board is designed and built to provide world-class levels of safety and security, UL2272 Certified of hoverboard and UL2271 safety of battery. We provide international highest safety standards reports.

**. Hoverboard Designed for the Ultimate Drive** – -Gyroor  Hoverboard have enough power 300 dual motors and 20 cells batteries to take a long-distance travel and non-slip foot slap to ride steadily. More stable ride and more fun, plus the truly stunning led design,the best in its

Document title: 6.5&quot;T581 Off Road Scooter Bluetooth LED Lights UL2272 CERTIFIED | eBay
Capture URL: https://www.ebay.com/itm/6-5-T581-Off-Road-Scooter-Bluetooth-LED-Lights-UL2272-CERTIFIED/184447063955?…
Capture timestamp (UTC): Fri, 13 Nov 2020 16:04:39 GMT

. **International Highest Safety Standards**- Every hover board is designed and built to provide world-class levels of safety and security, UL2272 Certified of hoverboard and UL2271 safety of battery. We provide international highest safety standards reports.

. **Hoverboard Designed for the Ultimate Drive** – -Gyroor  Hoverboard have enough power 300 dual motors and 20 cells batteries to take a long-distance travel and non-slip foot slap to ride steadily. More stable ride and more fun, plus the truly stunning led design,the best in its class.Together we are extraordinary.

. **6.5" hoverboard SUV Tire** - UNRIVALLED ROAD PRESENCE, the self balancing hoverboard use off road tire which is more power to all terrain.You'll feel safe no matter what sort of road you're in..

. **Music Speaker and Smart System**- Connect to the music speaker with bluetooth and APP, enjoy favorite music with high quality speaker. The conversion of child mode and adult mode to suit user's weight, self balance system help beginner learn it quickly, makes it easier and safer for beginners and amateurs..


## Specifications：

. **Safety** : UL 2272 Certified Hoverboards

Click here to view   https://img1.tongtool.com/u/a8acgbhf8caca7aj8eeejhgcdjjghgaehdg9zxqE.png

. **Lithium-Ion Battery**: Removable 4.4Ah/36V (LG/SAMSUNG Cells)

. **Motor:** 350W*2 Motors

. **LED:** Colors Adjustable by APP

. **Bluetooth Speaker:** Pro Bluetooth Speaker

. **Motor: :** 300W * 2

. **Max Speed:** 9.95 Miles/Hour

. **Charging Time:** 1.5 to 2 Hours

. **Charging Voltage:** AC100 to 240V/50-60Hz

. **Driving Mode:** Adjustable Speeds by App

. **Max Load:** 265 Pounds

. **Max Climbing Angle:** 30 °

. **Water Resistant:** IP54

. **Frame Material:** Aluminum

. **Tires:** 6.5 inch Rubber Tires

. **Product Dimensions:** 26.1 Inch x 8.4 Inch X 9.5 Inch

. Water Resistant: IP54

. Frame Material: Aluminum

. Tires: 6.5 inch Rubber Tires

. Product Dimensions: 26.1 Inch x 8.4 Inch X 9.5 Inch

. Net Weight: 24 Pounds.

. Colort: Blue

---

**8 SAVE UP TO 5%** See all eligible items ▸

5%
Marked down item price reflects all savings. Items provided by mijia_store

All promo

   

G30/G30P Ninebot Tire
Max Front Spare Parts

Front Max G30/G30P
Ninebot Tire Assembly
Spare Parts

G30/G30P Max Charger
Ninebot Built-In Spare Parts

Airwheel Q5 ship from US

Warrio
Harde
Road
Certifi

| | | | | |
|---|---|---|---|---|
| Was: US $67.93 | Was: US $97.90 | Was: US $69.11 | Was: US $599.00 | Was: |
| Now: US $64.53 | Now: US $93.00 | Now: US $65.65 | Now: US $569.05 | Now: |

* Savings are reflected in item price. Prices are subject to change without notice, while supplies last.
Offer conditions|Learn about pricing

---

Sponsored items based on your recent views 1/2

Feedback on our suggestions

     

T580 Off Road
Scooter Music...
$246.05

Hovercart Seat
Attachment Holder...
$49.00

DOC Hooverboard
Scooter Speaker LE...
$99.99

6.5"T581 Off Road
Scooter Bluetooth...
$341.05

Adjustable Hover Kart
Go Kart Hoverkart f...
$37.99

Adjustable Scooter
Cart Go Kart for 6.5"...
$43.99

Document title: 6.5&quot;T581 Off Road Scooter Bluetooth LED Lights UL2272 CERTIFIED | eBay
Capture URL: https://www.ebay.com/itm/6-5-T581-Off-Road-Scooter-Bluetooth-LED-Lights-UL2272-CERTIFIED/184447063955?…
Capture timestamp (UTC): Fri, 13 Nov 2020 16:04:39 GMT

Sponsored items based on your recent views 1/2

Feedback on our suggestions



T580 Off Road
Scooter Music...
$246.05
~~$259.00~~
Free shipping
New

Hovercart Seat
Attachment Holder...
$49.00
Free shipping
New

DOC Hooverboard
Scooter Speaker LE...
$99.99
Free shipping
New

6.5"T581 Off Road
Scooter Bluetooth...
$341.05
~~$359.00~~
Free shipping
New

Adjustable Hover Kart
Go Kart Hoverkart f...
$37.99
Free shipping
Seller 99.3% positive

Adjustable Scooter
Cart Go Kart for 6.5"...
$43.99
Free shipping
New

People who viewed this item also viewed 1/2

Feedback on our suggestions



6.5"T581 Off Road
Scooter Bluetooth...
$344.00
Free shipping

6.5" Bluetooth
Hoverboard Self...
$45.99
Free shipping

Flash Wheel Certified
UL 2272 Bluetooth...
$149.55
Free shipping

6.5" Bluetooth
Hoverboard Self...
$98.99
Free shipping
Popular

6.5" Bluetooth
Electric Hoverboard...
$98.99
Free shipping

6.5"T581 Off Road
Scooter Bluetooth...
$341.05
~~$359.00~~
Free shipping

Back to home page

Return to top

More to explore : Off Road Scooter In Electric Scooters, Off Road Scooter In Gas Scooters, Off Road Scooter In Kick Scooters, Razor Off Road Kick Scooters, Scooters, Bike LED Lights, Kids Scooter, Kick Scooters, Razor Scooters, Electric Scooter Wheel

About eBay    Announcements    Community    Security Center    Resolution Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ

Norton
SECURED



Item location: Rowland Heights, California, United States

Delivery: Estimated on or before **Mon. Nov. 23** to 60629



Payments:   

**PayPal CREDIT**
*No Interest if paid in full in 6 months on $99+. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Returns: Free 30 day returns | See details

See terms →
Ends 11/22, 11:59pm PT. Min. purchase required.

---

## Sponsored items from this seller 1/2

Feedback on our suggestions



Warrior the Toughest, Hardest and Smarte...
**$460.00**
Free shipping



Ninebot_A1/S2_Solo Wheel Scooter Inner...
**$18.48**
Free shipping



Gotway Tesla v2 2019 edition dual blue-...
**$1,329.05**
$1,399.00
Free shipping



Ninebot MAX G30P Electric Scooter,...
**$799.99**
Free shipping



Airwheel A3 Electric Scooter innovation...
**$1,424.05**
$1,499.00
Free shipping
**Popular**



Ninebot Segway ES2 Foldable Electric...
**$18.32**
$19.28
Free shipping

---

**Description** | **Shipping and payments**

Report item

Seller assumes all responsibility for this listing.

Last updated on Nov 07, 2020 08:58:11 PST View all revisions

eBay item number: **333721106467**

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is ... Read more | MPN: | Does Not Apply |
| Wattage: | 250W*2 | Suitable For: | adults |
| Brand: | Unbranded | Model: | T580 |
| Type: | 2wheel scooter | | |










Gosky Deluxe Telescope Camera Adapter Kit for Canon EOS

**48.0 USD**
~~50.53 USD~~
Free shipping



Microscope With Stand 4.3" LCD Electron LED Screen 1-600X USB For PCB Soldering

**57.49 USD**
~~60.51 USD~~
Free shipping



Gosky Pioneer Birding Watching 10X 42mm Monocular Smartphone Mount Kit

**48.0 USD**
~~50.53 USD~~
Free shipping



Discovery HD 5-30X56SFIR Long Range FFP Riflescope 34mm Tube Collimator Scope

**469.25 USD**
~~493.95 USD~~
Free shipping





Document title: T580 Off Road Scooter Music Speaker LED Lights 6.5 inch UL2272 CERTIFICATED | eBay
Capture URL: https://www.ebay.com/itm/T580-Off-Road-Scooter-Music-Speaker-LED-Lights-6-5-inch-UL2272-CERTIFICATED/333721106467
Capture timestamp (UTC): Fri, 13 Nov 2020 16:05:40 GMT





Gosky 12.5mm 1.25inch Plossl Telescope Eyepiece 4-element Plossl Design

**23.0 USD**
~~24.21 USD~~
Free shipping

Kamlan 50mm F1.1-F16 II APS-C Large Aperture Manual Focus Lens for NEX for Canon

**276.24 USD**
~~290.78 USD~~
Free shipping

## *GYROOR T580 HOVERBOARD SELF BALANCING SCOOTER WITH MUSIC SPEAKER LED LIGHTS. 6.5 INCH TWO-WHEEL ELECTRIC SCOOTER FOR KIDS ADULT - UL2272 CERTIFICATED*

### Feature:

**SMART APP CONTROLLED** - This self balancing scooter comes with an efficient app that helps you stay in control, giving you the ability to change modes, check batteries, see the real speed, Changing led light colors and adjust speed with ease.

. **FOR ALL RIDERS** – Coming with 2 modes, the children mode makes this hover board easy to control for a first-timer or a kid rider. While its adult mode allows expert riders easily perform hoverboard tricks.

. **MUSIC SPEAKER INCLUDED** - For the music lovers, the Gyroor Swift spots a built-in branded high quality music speaker that allows you play music when riding the hoverboard.

. **SELF BALANCING BOARD** - We have adopted the self balancing technology to make this hoverboard easier and safer for new riders. Perfect your balancing with a full rest of mind!

. **SAFETY CERTIFIED** – This UL2272 certified hover board has passed strict electrical and safety test to protect charging and rides. If you feel this hoverboard is not performing to standard, feel free to contact us.

### Specifications:

.**Safety** : UL 2272 Certified Hoverboards

Click here to view the UL2272 certified  https://img1.tongtool.com/v/qoqswrxvosqsqnqzouuuzxwrqtwsxustxuupPNGK.png

. **Lithium-Ion Battery**: 2.0Ah/36V (Chinese Cells)

. **Motor:** 250W*2 Motors

. **LED:** Colors Adjustable by APP

Click here to view the UL2272 certified https://img1.longtool.com/v/qoqswfxvosqsqnqzoutuzxwrqwsxusfxuupr.NGK.png

. **Lithium-Ion Battery**: 2.0Ah/36V (Chinese Cells)

. **Motor:** 250W*2 Motors

. **LED:** Colors Adjustable by APP

. **Bluetooth Speaker:** Pro Bluetooth Speaker

. **Distance on Full Charge:** 5~7.5 Miles

. **Max Speed:** 8 Miles/Hour

. **Charging Time:** 1.5 to 2 Hours

. **Charging Voltage:** AC100 to 240V/50-60Hz

. **Driving Mode:** Adjustable Speeds by App

. **Max Load:** 265 Pounds

. **Max Climbing Angle:** 15~30 °

. **Water Resistant:** IP54

. **Frame Material:** Aluminum

. **Tires:** 6.5 inch Rubber Tires

. **Product Dimensions:** 26 Inch x 9 Inch X 8.86 Inch

. **Net Weight:** 15.8 Pounds.

. **Color: Black/Pink**

Sponsored items based on your recent views 1/2          Feedback on our suggestions









Sponsored items based on your recent views 1/2

Feedback on our suggestions








6.5"T581 Off Road Scooter Bluetooth...
$341.05
$359.00
Free shipping
Seller 100% positive

Hovercart Seat Attachment Holder...
$49.00
Free shipping
New

DOC Hooverboard Scooter Speaker LE...
$99.99
Free shipping
New

6.5"T581 Off Road Scooter Bluetooth...
$341.05
$359.00
Free shipping
New

Adjustable Hover Kart Go Kart Hoverkart f...
$37.99
Free shipping
Seller 99.3% positive

Go Kart Car Stand for Self Balancing...
$42.00
Free shipping
Seller 99.2% positive

People who viewed this item also viewed 1/2

Feedback on our suggestions








T580 Off Road Scooter Music...
$246.05
$269.00
Free shipping

Flash Wheel Certified UL 2272 Bluetooth...
$149.55
Free shipping

6.5" Bluetooth Hoverboard Self...
$45.99
Free shipping

Off Road 8.5" New DesignHoverboard...
$179.00
Free shipping

6.5"T581 Off Road Scooter Bluetooth...
$344.00
Free shipping

6.5" Bluetooth Hooverboad Electric...
$129.99
Free shipping
Popular

More from this seller 1/2

Feedback on our suggestions









Airwheel S5 Electric Scooter Bike 680WH
$1,756.62
Free shipping

Ninebot MAX G30P Electric Scooter,...
$799.99
Free shipping

Airwheel A3 Electric Scooter innovation...
$1,424.05
$1,499.00
Free shipping
Popular

Ninebot Segway ES2 Foldable Electric...
$18.32
$19.28
Free shipping

Xiaomi Mijia M365 Electric Scooter...
$30.52
$32.13
Free shipping

Airwheel A3 Electric Scooter innovation...
$1,424.05
$1,499.00
Free shipping

People who viewed this item also viewed 1/2

Feedback on our suggestions

     

T580 Off Road Scooter Music...
$246.05
$259.00
Free shipping

Flash Wheel Certified UL 2272 Bluetooth...
$149.55
Free shipping

6.5" Bluetooth Hoverboard Self...
$45.99
Free shipping

Off Road 8.5" New DesignHoverboard...
$179.00
Free shipping

6.5"T581 Off Road Scooter Bluetooth...
$344.00
Free shipping

6.5" Bluetooth Hoverboad Electric...
$129.99
Free shipping
Popular

More from this seller 1/2

Feedback on our suggestions

     

Airwheel S5 Electric Scooter Bike 680WH
$1,756.62
Free shipping

Ninebot MAX G30P Electric Scooter,...
$799.99
Free shipping

Airwheel A3 Electric Scooter innovation...
$1,424.05
$1,499.00
Free shipping
Popular

Ninebot Segway ES2 Foldable Electric...
$18.32
$19.28
Free shipping

Xiaomi Mijia M365 Electric Scooter...
$30.52
$32.13
Free shipping

Airwheel A3 Electric Scooter innovation...
$1,424.05
$1,499.00
Free shipping

Back to home page

Return to top

More to explore : Off Road Scooter In Electric Scooters, Off Road Scooter In Gas Scooters, Off Road Scooter In Kick Scooters, Razor Off Road Kick Scooters, 1.50 Inch Stroke 6.5 Inch Bicycle Rear Shocks, Scooters, Electric Scooters, Bike LED Lights, Kick Scooters, Onewheel Electric Scooters

About eBay   Announcements   Community   Security Center   Resolution Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ

