# EXHIBIT 1-PART 12

# FILED UNDER SEAL





| | Item location: | Rowland Heights, California, United States |
|---|---|---|
| Delivery: | Estimated on or before **Mon. Nov. 23** to 60629 | |

Payments:    

**PayPal CREDIT**

*No Interest if paid in full in 6 months on $99+. | See terms and apply now*

 Earn up to 5x points when you use your eBay Mastercard®. Learn more

Returns: Free 30 day returns | See details

---

### Sponsored items from this seller 1/2

Feedback on our suggestions













| 6.5"T581 Off Road Scooter Bluetooth... | Warrior the Toughest, Hardest and Smarte... | Ninebot MAX G30P Electric... | Airwheel S5 Electric Scooter Bike 680WH | Gotway Tesla v2 2019 edition dual blue-... | Battery 1000W Bike Airwheel Electric... |
|---|---|---|---|---|---|
| $359.00 | $460.00 | $799.99 | $1,580.96 | $1,259.10 | $1,147.63 |
| Free shipping | Free shipping | ~~$1,756.62~~ | | ~~$1,399.00~~ | ~~$1,276.15~~ |
| | | Free shipping | | Free shipping | Free shipping |
| | | Last one | Free shipping | | Last one |
| | | | Last one | | |

---

**Description** | **Shipping and payments**                              **Report item**

eBay item number: 264868050554

Seller assumes all responsibility for this listing.

Last updated on Nov 09, 2020 21:34:33 PST  View all revisions

#### Item specifics

| | | | |
|---|---|---|---|
| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is ... Read more | MPN: | Does Not Apply |
| Wattage: | N/A | Suitable For: | Kids |
| Brand: | Unbranded | Model: | T580 |
| Type: | 2wheel scooter | | |

#### Skateboardstore2012
skateboardstore2012 (183 ⭐)  97.9%          Visit Store: Skateboardstore2012

🔖 Sign up for newsletter

## Categories

 Sign up for newsletter

## Categories

Gosky Accessories >

Segway >

Other >



Front Max Ninebot Fender G30/G30P Spare Parts

**17.32 USD**

Free shipping

HD 551 Red Green Dot Tactical Airsoft Scope Illumination Riflescope HoloSight

**49.8 USD**

Free shipping

10% off

Gosky EagleView 8x42 Binoculars ED Glass Waterproof with Phone Adapter

**170.52 USD**
189.47 USD

Free shipping

Discovery VT-3 FFP4-16X44SF Compact Riflescope Sniper Tactical Airgun .308win

**256.07 USD**

Free shipping

5% off





High Power Tactical Green Laser Sight Rifle Dot Scope incl Rail Mounts Battery

**23.12 USD**

Free shipping

ANS Aluminum White Hunting Light LED Flashlight Zoom Flashlight IR LED

**34.67 USD**
~~36.49 USD~~

Free shipping

## GYROOR T580 HOVERBOARD SELF BALANCING SCOOTER WITH MUSIC SPEAKER LED LIGHTS. 6.5 INCH TWO-WHEEL ELECTRIC SCOOTER FOR KIDS ADULT - UL2272 CERTIFICATED

### Feature:

**SMART APP CONTROLLED** - This self balancing scooter comes with an efficient app that helps you stay in control, giving you the ability to change modes, check batteries, see the real speed, Changing led light colors and adjust speed with ease.

**. FOR ALL RIDERS** – Coming with 2 modes, the children mode makes this hover board easy to control for a first-timer or a kid rider. While its adult mode allows expert riders easily perform hoverboard tricks.

**. MUSIC SPEAKER INCLUDED** - For the music lovers, the Gyroor Swift spots a built-in branded high quality music speaker that allows you play music when riding the hoverboard.

**. SELF BALANCING BOARD** - We have adopted the self balancing technology to make this hoverboard easier and safer for new riders. Perfect your balancing with a full rest of mind!

**. SAFETY CERTIFIED** – This UL2272 certified hover board has passed strict electrical and safety test to protect charging and rides. If you feel this hoverboard is not performing to standard, feel free to contact us.

### Specifications:

**.Safety** : UL 2272 Certified Hoverboards

Click here to view the UL2272

certified  https://img1.tongtool.com/v/qoqswrxvosqsqnqzouuuzxwrqtwsxustxuupPNGK.png

**. Lithium-Ion Battery**: 2.0Ah/36V (Chinese Cells)

**. Motor:** 250W*2 Motors

**. LED:** Colors Adjustable by APP

**. Bluetooth Speaker:** Pro Bluetooth Speaker

**. Distance on Full Charge:** 5~7.5 Miles

. **LED:** Colors Adjustable by APP

. **Bluetooth Speaker:** Pro Bluetooth Speaker

. **Distance on Full Charge:** 5~7.5 Miles

. **Max Speed:** 8 Miles/Hour

. **Charging Time:** 1.5 to 2 Hours

. **Charging Voltage:** AC100 to 240V/50-60Hz

. **Driving Mode:** Adjustable Speeds by App

. **Max Load:** 265 Pounds

. **Max Climbing Angle:** 15~30 °

. **Water Resistant:** IP54

. **Frame Material:** Aluminum

. **Tires:** 6.5 inch Rubber Tires

. **Product Dimensions:** 26 Inch x 9 Inch X 8.86 Inch

. **Net Weight:** 15.8 Pounds.

. **Color: Black/Pink**

## Sponsored items based on your recent views

Feedback on our suggestions













| 6.5"T581 Off Road Scooter Bluetooth... | Hovercart Seat Attachment Holder... | 6.5"T581 Off Road Scooter Bluetooth... | Adjustable Hover Kart Go Kart Hoverkart f... | Go Kart Car Stand for Self Balancing... | Adjustable Scooter Cart Go Kart for 6.5"... |
| --- | --- | --- | --- | --- | --- |
| $361.05 | $49.00 | $361.05 | $37.99 | $42.00 | $43.99 |

    

6.5"T581 Off Road Scooter Bluetooth...
**$341.05**
~~$359.00~~
Free shipping
Seller 100% positive

Hovercart Seat Attachment Holder...
**$49.00**
Free shipping
New

6.5"T581 Off Road Scooter Bluetooth...
**$341.05**
~~$359.00~~
Free shipping
New

Adjustable Hover Kart Go Kart Hoverkart f...
**$37.99**
Free shipping
Seller 99.3% positive

Go Kart Car Stand for Self Balancing...
**$42.00**
Free shipping
Seller 99.2% positive

Adjustable Scooter Cart Go Kart for 6.5"...
**$43.99**
Free shipping
New

---

## People who viewed this item also viewed 1/2

Feedback on our suggestions

     

T580 Off Road Scooter Music...
**$246.05**
~~$259.00~~
Free shipping

Flash Wheel Certified UL 2272 Bluetooth...
**$149.55**
Free shipping

6.5" Bluetooth Hoverboard Self...
**$45.99**
Free shipping

Off Road 8.5" New DesignHoverboard...
**$179.00**
Free shipping

6.5"T581 Off Road Scooter Bluetooth...
**$344.00**
Free shipping

6.5" Bluetooth Hoverboad Electric...
**$129.99**
Free shipping
Popular

---

## More from this seller 1/2

Feedback on our suggestions

      

6.5"T581 Off Road Scooter Bluetooth...
**$359.00**
Free shipping

Ninebot MAX G30P Electric...
**$799.99**
Free shipping
Last one

Airwheel S5 Electric Scooter Bike 680WH
**$1,580.96**
~~$1,766.62~~
Free shipping
Last one

Battery 1000W Bike Airwheel Electric...
**$1,147.63**
~~$1,275.16~~
Free shipping
Last one

Airwheel A3 Electric Scooter innovation...
**$1,424.00**
Free shipping
Last one

Xiaomi M365 Pro Electric Kick Scoote...
**$699.00**
~~$789.00~~
Free shipping
Almost gone

---

Back to home page

Return to top

People who viewed this item also viewed 1/2

Feedback on our suggestions

     

| T580 Off Road Scooter Music... | Flash Wheel Certified UL 2272 Bluetooth... | 6.5" Bluetooth Hoverboard Self... | Off Road 8.5" New DesignHoverboard... | 6.5"T581 Off Road Scooter Bluetooth... | 6.5" Bluetooth Hoverboad Electric... |
|---|---|---|---|---|---|
| $246.05 | $149.55 | $45.99 | $179.00 | $344.00 | $129.99 |
| ~~$259.00~~ | Free shipping | Free shipping | Free shipping | Free shipping | Free shipping |
| Free shipping | | | | | Popular |

More from this seller 1/2

Feedback on our suggestions

     

| 6.5"T581 Off Road Scooter Bluetooth... | Ninebot MAX G30P Electric... | Airwheel S5 Electric Scooter Bike 680WH | Battery 1000W Bike Airwheel Electric... | Airwheel A3 Electric Scooter innovation... | Xiaomi M365 Pro Electric Kick Scoote... |
|---|---|---|---|---|---|
| $359.00 | $799.99 | $1,580.96 | $1,147.63 | $1,424.00 | $699.00 |
| Free shipping | Free shipping | ~~$1,766.62~~ | ~~$1,275.15~~ | Free shipping | ~~$789.00~~ |
| | Last one | Free shipping | Free shipping | Last one | Free shipping |
| | | Last one | Last one | | Almost gone |

Back to home page

Return to top

More to explore : Off Road Scooter In Electric Scooters, Off Road Scooter In Gas Scooters, Off Road Scooter In Kick Scooters, Razor Off Road Kick Scooters, 1.50 Inch Stroke 6.5 Inch Bicycle Rear Shocks, Scooters, Electric Scooters, Bike LED Lights, Kick Scooters, Onewheel Electric Scooters

About eBay    Announcements    Community    Security Center    Resolution Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ



ebay

Shop by category ⌄    | Search for anything | All Categories ⌄ | **Search** |    Advanced

‹ Back to home page | Listed in category:  Sporting Goods › Outdoor Sports › Scooters › Electric Scooters        ✉ f 🐦 📌 | Add to Watchlist

**COUPON CODES AVAILABLE**    GET CODES    Capital Shopping

**People who viewed this item also viewed**

| | | | |
|---|---|---|---|
| Flash Wheel Certified UL 227... | 6.5" Electric Hoverboard... | 6.5" Bluetooth Hoverboard Self... | 6.5"LED Bluetooth Hoover Board Se... |
| $149.55 | $109.99 | $45.99 | $199.95 |
| Free shipping | Free shipping | Free shipping | Free shipping |

🅢 SAVE UP TO 5%  See all eligible items ▸

### T580 Off Road Scooter Music Speaker LED Lights 6.5 inch UL2272 CERTIFICATED

| | |
|---|---|
| **Condition:** | New |
| **Sale ends in:** | 14h 44m 34s |
| **Color:** | - Select - ▼ |
| **Quantity:** | 1    2 available |
| **Price:** | US $246.05 |

No Interest if paid in full in 6 mo on $99+*

US $259.00 (5% off) ⊘

**Buy It Now**

**Add to cart**

♡ Add to Watchlist

☐ 2-year protection plan from SquareTrade - $15.99

**Free shipping and returns**    Ships from United States

| | |
|---|---|
| **Shipping:** | FREE Standard Shipping | See details |
| | Item location: Rowland Heights, California, United States |
| | Ships to: United States  See exclusions |
| **Delivery:** | Estimated on or before Mon. Nov. 23 to 60629 ⊘ |

**Shop with confidence**

⭐ **Top Rated Plus**
Trusted seller, fast shipping, and easy returns. Learn more

💲 **eBay Money Back Guarantee**
Get the item you ordered or get your money back. Learn more

**Seller information**
smg-store (259 ★)
99.2% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

**Honor Our Vets, the Real VIPs**
Support Homes For Our Troops by bidding on Celebrity Exclusives →
ebay FOR CHARITY

$ Have one to sell?    Sell now

Free shipping and returns    Ships from United States

Shipping: **FREE** Standard Shipping | See details
Item location: Rowland Heights, California, United States
Ships to: United States  See exclusions

Delivery: Estimated on or before **Mon. Nov. 23** to 60629
ⓘ

Payments:    

**PayPal CREDIT**

*No Interest if paid in full in 6 months on $99+. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®.  Learn more

Returns: Free 30 day returns | See details

---

## Sponsored items from this seller 1/2

Feedback on our suggestions













| 6.5"T581 Off Road Scooter Bluetooth... | Warrior the Toughest, Hardest and Smarte... | Airwheel S5 Electric Scooter Bike 680WH | Gotway Tesla v2 2019 edition dual blue-... | Ninebot MAX G30P Electric Scooter,... | RichFire LED Hunting Rifle Green Laser... |
|---|---|---|---|---|---|
| $341.05 | $437.00 | $1,580.96 | $1,259.10 | $800.11 | $47.12 |
| $359.00 | $460.00 | $1,756.62 | $1,399.00 | $899.00 | $49.60 |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping | Free shipping |

---

**Description** | **Shipping and payments**      Report item

eBay item number: 254718479171

Seller assumes all responsibility for this listing.

Last updated on Nov 07, 2020 08:10:38 PST  View all revisions

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is ... Read more | Brand: | Unbranded |
| MPN: | Does Not Apply | Model: | T580 |
| Type: | 2wheel scooter | | |

**smg-store**
smg-store (259 ⭐) 99.2%
Sign up for newsletter

Visit Store: smg-store

---

Document title: T580 Off Road Scooter Music Speaker LED Lights 6.5 inch UL2272 CERTIFICATED | eBay
Capture URL: https://www.ebay.com/itm/T580-Off-Road-Scooter-Music-Speaker-LED-Lights-6-5-inch-UL2272-CERTIFICATED/254718479171
Capture timestamp (UTC): Fri, 13 Nov 2020 16:42:46 GMT

**smg-store**
smg-store (259 ⭐) 99.2%

Visit Store: smg-store

📧 Sign up for newsletter

## Categories

Other ›



**5% off**

ANS Outdoor White LED Tactical Flashlight Aluminum Flash Light No Battery
**57.78 USD**
60.82 USD
Free shipping

**5% off**

ANS M600DF Dual Fuel Scout LED WML Weapon Mounted Light Z68 Switch 500lm
**48.06 USD**
50.59 USD
Free shipping

**5% off**

ANS Aluminum White Hunting Light LED Flashlight Zoom Flashlight IR LED
**34.67 USD**
36.49 USD
Free shipping

**5% off**

ANS SF M600B MINI Scout Light Weapon Torch Tactical Flashlight For Airsoft
**43.1 USD**
45.37 USD
Free shipping

**5% off**

**5% off**





ANS Compact Tactical LED Flashlight Weapon Light for Pistol 1000
Lumens

**46.87 USD**
~~49.34 USD~~

Free shipping

ANS 1000lm High Power Led Flashlight Tactical Flashlight With
Remote Switch

**50.66 USD**
~~53.33 USD~~

Free shipping

## *GYROOR T580 HOVERBOARD SELF BALANCING SCOOTER WITH MUSIC SPEAKER LED LIGHTS. 6.5 INCH TWO-WHEEL ELECTRIC SCOOTER FOR KIDS ADULT - UL2272 CERTIFICATED*

### *Feature:*

**SMART APP CONTROLLED** - This self balancing scooter comes with an efficient app that helps you stay in control, giving you the ability to change modes, check batteries, see the real speed, Changing led light colors and adjust speed with ease.

**. FOR ALL RIDERS** – Coming with 2 modes, the children mode makes this hover board easy to control for a first-timer or a kid rider. While its adult mode allows expert riders easily perform hoverboard tricks.

**. MUSIC SPEAKER INCLUDED** - For the music lovers, the Gyroor Swift spots a built-in branded high quality music speaker that allows you play music when riding the hoverboard.

**. SELF BALANCING BOARD** - We have adopted the self balancing technology to make this hoverboard easier and safer for new riders. Perfect your balancing with a full rest of mind!

**. SAFETY CERTIFIED** – This UL2272 certified hover board has passed strict electrical and safety test to protect charging and rides. If you feel this hoverboard is not performing to standard, feel free to contact us.

### *Specifications:*

.**Safety** : UL 2272 Certified Hoverboards

Click here to view the UL2272

certified  https://img1.tongtool.com/v/qoqswrxvosqsqnqzouuuzxwrqtwsxustxuupPNGK.png

**. Lithium-Ion Battery**: 2.0Ah/36V (Chinese Cells)

**. Motor:** 250W*2 Motors

**. LED:** Colors Adjustable by APP

**. Bluetooth Speaker:** Pro Bluetooth Speaker

. Lithium-Ion Battery: 2.0Ah 36V (Chinese Cells)

. **Motor:** 250W*2 Motors

. **LED:** Colors Adjustable by APP

. **Bluetooth Speaker:** Pro Bluetooth Speaker

. **Distance on Full Charge:** 5~7.5 Miles

. **Max Speed:** 8 Miles/Hour

. **Charging Time:** 1.5 to 2 Hours

. **Charging Voltage:** AC100 to 240V/50-60Hz

. **Driving Mode:** Adjustable Speeds by App

. **Max Load:** 265 Pounds

. **Max Climbing Angle:** 15~30 °

. **Water Resistant:** IP54

. **Frame Material:** Aluminum

. **Tires:** 6.5 inch Rubber Tires

. **Product Dimensions:** 26 Inch x 9 Inch X 8.86 Inch

. **Net Weight:** 15.8 Pounds.

. **Color: Black/Pink**

🅱 **SAVE UP TO 5%** **See all eligible items ▸**

**Save up to 5.0%**

Marked down item price reflects all savings. Items provided by smg-store

**All promotional offers from smg-store**





Document title: T580 Off Road Scooter Music Speaker LED Lights 6.5 inch UL2272 CERTIFICATED | eBay
Capture URL: https://www.ebay.com/itm/T580-Off-Road-Scooter-Music-Speaker-LED-Lights-6-5-inch-UL2272-CERTIFICATED/254718479171
Capture timestamp (UTC): Fri, 13 Nov 2020 16:42:46 GMT

**Save up to 5.0%**

Marked down from smg-store



**New**

OFF ROAD

6.5"T581 Off Road Scooter
Bluetooth LED Lights UL2272
CERTIFIED

Was: ~~US $359.00~~
**Now:** US $341.05



Warrior the Toughest, Hardest and
Smartest Off Road Scooter
UL2272 Certified

Was: ~~US $460.00~~
**Now:** US $437.00


See all

\* Savings are reflected in item price. Prices are subject to change without notice, while supplies last.
Offer conditions|Learn about pricing

You can change quantities in your cart.

---

## Sponsored items based on your recent views

Feedback on our suggestions



New

OFF ROAD

6.5"T581 Off Road
Scooter Bluetooth...
$341.05
~~$359.00~~
Free shipping
Seller 100% positive



8.5" Hummer
Hoverboard All...
$209.98
Free shipping
Seller 99.1% positive



6.5"LED Bluetooth
Hoover Board Self...
$199.95
Free shipping
Seller 99.3% positive



New

OFF ROAD

6.5"T581 Off Road
Scooter Bluetooth...
$341.05
~~$359.00~~
Free shipping
New

---

## Explore more sponsored options: Brand

### Lamborghini



Lamborghini 6.5"
Smart Electric...
$220.15
Free shipping



Lamborghini 8.5"
Smart Electric...
$313.65
Free shipping



Lamborghini 8.5"
Two-Wheel Scooter...
$329.00
Free shipping

---



Lamborghini 6.5"
Smart Electric...
$220.15
Free shipping

Lamborghini 8.5"
Smart Electric...
$313.65
Free shipping

Lamborghini 8.5"
Two-Wheel Scooter...
$329.00
Free shipping

## People who viewed this item also viewed 1/2

Feedback on our suggestions








Flash Wheel Certified
UL 2272 Bluetooth...
$149.55
Free shipping

6.5" Electric
Hoverboard...
$109.99
Free shipping
Popular

6.5" Bluetooth
Hoverboard Self...
$45.99
Free shipping

6.5"LED Bluetooth
Hoover Board Self...
$199.95
Free shipping

Off Road 8.5" New
DesignHoverboard...
$179.00
Free shipping

T580 Off Road
Scooter Music...
$238.28
$259.00
Free shipping

## More from this seller 1/2

Feedback on our suggestions








6.5"T581 Off Road
Scooter Bluetooth...
$341.05
$359.00
Free shipping

Airwheel S5 Electric
Scooter Bike 680WH
$1,580.96
$1,756.62
Free shipping

Ninebot MAX G30P
Electric Scooter,...
$800.11
$899.00
Free shipping

RichFire LED Hunting
Rifle Green Laser...
$47.12
$49.60
Free shipping

Pistol Accessories
For Led Flashlight...
$33.48
$35.24
Free shipping

Airwheel 520wh
Motor Scooter Bike...
$1,147.63
$1,275.15
Free shipping

Back to home page

Return to top

More to explore : Off Road Scooter In Electric Scooters, Off Road Scooter In Gas Scooters, Off Road Scooter In Kick Scooters, Razor Off Road Kick Scooters, 1.50 Inch Stroke 6.5 Inch Bicycle Rear Shocks, Scooters, Electric Scooters, Bike LED Lights, Kick Scooters, Onewheel Electric Scooters



## People who viewed this item also viewed 1/2

Feedback on our suggestions

    

| Flash Wheel Certified UL 2272 Bluetooth... | 6.5" Electric Hoverboard... | 6.5" Bluetooth Hoverboard Self... | 6.5"LED Bluetooth Hoover Board Self... | Off Road 8.5" New DesignHoverboard... | T580 Off Road Scooter Music... |
|---|---|---|---|---|---|
| $149.55 | $109.99 | $45.99 | $199.95 | $179.00 | $238.28 |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping | $259.00 |
| | Popular | | | | Free shipping |

## More from this seller 1/2

Feedback on our suggestions

      

| 6.5"T581 Off Road Scooter Bluetooth... | Airwheel S5 Electric Scooter Bike 680WH | Ninebot MAX G30P Electric Scooter,... | RichFire LED Hunting Rifle Green Laser... | Pistol Accessories For Led Flashlight... | Airwheel 520wh Motor Scooter Bike... |
|---|---|---|---|---|---|
| $341.05 | $1,580.96 | $800.11 | $47.12 | $33.48 | $1,147.63 |
| $359.00 | $1,756.62 | $899.00 | $49.60 | $35.24 | $1,276.15 |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping | Free shipping |

Back to home page      Return to top

More to explore :   Off Road Scooter In Electric Scooters,   Off Road Scooter In Gas Scooters,   Off Road Scooter In Kick Scooters, Razor Off Road Kick Scooters,   1.50 Inch Stroke 6.5 Inch Bicycle Rear Shocks,   Scooters,   Electric Scooters,   Bike LED Lights,   Kick Scooters, Onewheel Electric Scooters

About eBay    Announcements    Community    Security Center    Resolution Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice







2-year protection plan from SquareTrade - $15.99

Free shipping and returns    Ships from United States

Shipping:    FREE Standard Shipping | See details
             Item location: Rowland Heights, California, United States
             Ships to: United States  See exclusions

Delivery:    Estimated on or before **Mon. Nov. 23** to 60629

Payments:    PayPal  VISA  Mastercard  American Express  Discover

**PayPal CREDIT**
*No Interest if paid in full in 6 months on $99+. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Returns:     Free 30 day returns | See details

## Related sponsored items 1/2

Feedback on our suggestions

| Hyper gogo 6.5" Scooter Hoover... | Off Road 8.5" Electric Hoverboard Smart... | Hover-1 TITAN Hoverboard Electric... | Hyper gogo 6.5" Scooter Hoover... | Hover-1 HORIZON Hoverboard Electric... | Hover-1 ALL-STAR Hoverboard Electric... |
|---|---|---|---|---|---|
| $189.00 | $199.00 | $249.99 | $189.00 | $139.99 | $89.99 |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping | Free shipping |
| | | | | Popular | Popular |

| **Description** | Shipping and payments | | Report item |

Seller assumes all responsibility for this listing.

Last updated on  Nov 08, 2020 22:21:47 PST  View all revisions

eBay item number: 254718479206

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is ... Read more | MPN: | Does Not Apply |
| Wattage: | 300 Watts | Suitable For: | Kids |
| Brand: | Unbranded | Model: | T580 |
| Type: | 2wheel scooter | | |

**Unicycle Wheels**
strongjennie (866 ★)  98.2%
Sign up for newsletter

Search within store





18.51 USD

643.08 USD

Free shipping

Free shipping

8% off

Ninebot MAX G30P Electric Scooter, Portable Folding, newest Generation!

Ninebot One A1/S2 Electric Unicycle 310 Wh battery

799.99 USD

459.08 USD
499.0 USD

Free shipping

Free shipping

## *GYROOR T580 HOVERBOARD SELF BALANCING SCOOTER WITH MUSIC SPEAKER LED LIGHTS. 6.5 INCH TWO-WHEEL ELECTRIC SCOOTER FOR KIDS ADULT - UL2272 CERTIFICATED*

### Feature:

**SMART APP CONTROLLED -** This self balancing scooter comes with an efficient app that helps you stay in control, giving you the ability to change modes, check batteries, see the real speed, Changing led light colors and adjust speed with ease.

**. FOR ALL RIDERS –** Coming with 2 modes, the children mode makes this hover board easy to control for a first-timer or a kid rider. While its adult mode allows expert riders easily perform hoverboard tricks.

**. MUSIC SPEAKER INCLUDED -** For the music lovers, the Gyroor Swift spots a built-in branded high quality music speaker that allows you play music when riding the hoverboard.

**. SELF BALANCING BOARD -** We have adopted the self balancing technology to make this hoverboard easier and safer for new riders. Perfect your balancing with a full rest of mind!

**. SAFETY CERTIFIED –** This UL2272 certified hover board has passed strict electrical and safety test to protect charging and rides. If you feel this hoverboard is not performing to standard, feel free to contact us.

### Specifications:

.**Safety** : UL 2272 Certified Hoverboards

Click here to view the UL2272

certified  https://img1.tongtool.com/v/qoqswrxvosqsqnqzouuuzxwrqtwsxustxuupPNGK.png

**. Lithium-Ion Battery**: 2.0Ah/36V (Chinese Cells)

Safety UL2272 Certified Hoverboards

Click here to view the UL2272

certified  https://img1.tongtool.com/v/qoqswrxvosqsqnqzouuuzxwrqtwsxustxuupPNGK.png

. **Lithium-Ion Battery**: 2.0Ah/36V (Chinese Cells)

. **Motor:** 250W*2 Motors

. **LED:** Colors Adjustable by APP

. **Bluetooth Speaker:** Pro Bluetooth Speaker

. **Distance on Full Charge:** 5~7.5 Miles

. **Max Speed:** 8 Miles/Hour

. **Charging Time:** 1.5 to 2 Hours

. **Charging Voltage:** AC100 to 240V/50-60Hz

. **Driving Mode:** Adjustable Speeds by App

. **Max Load:** 265 Pounds

. **Max Climbing Angle:** 15~30 °

. **Water Resistant:** IP54

. **Frame Material:** Aluminum

. **Tires:** 6.5 inch Rubber Tires

. **Product Dimensions:** 26 Inch x 9 Inch X 8.86 Inch

. **Net Weight:** 15.8 Pounds.

. **Color: Black/Pink**

🔒 SAVE UP TO **8%**   **See all eligible items ▶**

**Save up to 8.0%**
Marked down item price reflects all savings. Items provided by strongjennie

**All promoti**



## People who viewed this item also viewed 1/2

Feedback on our suggestions

      

| | | | | | |
|---|---|---|---|---|---|
| Flash Wheel Certified UL 2272 Bluetooth... | 6.5" Bluetooth Hoverboard Self... | T580 Off Road Scooter Music... | Off Road 8.5" New DesignHoverboard... | 6.5"T581 Off Road Scooter Bluetooth... | 6.5" Bluetooth Hoverboad Electric... |
| $149.55 | $45.99 | $246.05 | $179.00 | $344.00 | $129.99 |
| Free shipping | Free shipping | $269.00 | Free shipping | Free shipping | Free shipping |
| | | Free shipping | | | Popular |

## More from this seller 1/2

Feedback on our suggestions

      

| | | | | | |
|---|---|---|---|---|---|
| 6.5"T581 Off Road Scooter Bluetooth... | Airwheel S5 Electric Scooter Bike 680WH | Ninebot MAX G30P Electric Scooter,... | Motor 520wh Scooter Battery 1000W Bike... | Electric Skateboard Longboard Remote... | Hover Go Kart Fully Adjustable fit Kid to... |
| $330.28 | $1,756.62 | $799.99 | $1,275.15 | $219.88 | $54.28 |
| $369.00 | Free shipping | Free shipping | Free shipping | $239.00 | $59.00 |
| Free shipping | | Popular | | Free shipping | Free shipping |

Back to home page

Return to top

More to explore : Off Road Scooter In Electric Scooters, Razor Off Road Kick Scooters, 1.50 Inch Stroke 6.5 Inch Bicycle Rear Shocks, Scooters, Road 6.5 Cycling Shoes for Men, Electric Scooters, Bike LED Lights, Kick Scooters, Onewheel Electric Scooters, Segway Electric Scooters

About eBay    Announcements    Community    Security Center    Resolution Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ

Norton SECURED

amazon
☰

Hello, Sign in
Account & Lists

Returns
& Orders

Try Prime

0
Cart

Hello
Select your address

Holiday Deals    Gift Cards    Best Sellers    Customer Service    Find a Gift

Shop deals before they're gone

amazon business    Reshape buying    REGISTER FOR YOUR FREE ACCOUNT

Sports & Outdoors › Outdoor Recreation › Skates, Skateboards & Scooters › Scooters & Equipment › Scooters › Self Balancing Scooters



Roll over image to zoom in

## TOMOLOO Music-Rhythmed Hoverboard for Kids and Adult Two-Wheel Self-Balancing Scooter- UL2272 Certificated with Music Speaker- Colorful RGB LED Light

Visit the TOMOLOO Store

★★★★☆   2,021 ratings

| 225 answered questions

Price: **$259.99** & **FREE Shipping**.
Details & FREE Returns

**Pay $21.67/month for 12 months,**
**interest-free upon approval for the**
**Amazon Rewards Visa Card**

Color: **Dark Black**

 

- 🏁🏁 THE 6.5-INCH RACING-LEVEL WIDENED TIRES : Allow you to run Smoothly on the road even in difficult conditions. Whether it is up and down steep slopes, left and right corners, undulating roads, gravel roads, forest roads, muddy roads can be easily crossed.
- 🏁🏁 THE TOMOLOO Q2X IS JUST LIKE A SUIT MOB: Its appearance looks very stylish and elegant whicn can be said full of gentlemanly manner. However, under its streamlined appearance, it also owns racing-grade widened tires and strong power of 500~600W. Therefore It can easily handle various road conditions. 500~600W Motor that help it climb slopes as steep as 20~30 degree and max speed up to 12 km/h and over 12 km range on a single charge. Max load up to 220 pounds.
- 🏁🏁 MULTI-SECURITY ASSURANCE: Battery pack imported fully from Samsung Battery Core authorized

$259.99

& **FREE Shipping**. Details
& FREE Returns

Arrives: **Thursday, Nov 19**
Details

Fastest delivery: **Monday, Nov 16**
Order within 3 hrs  Details

**In Stock.**

Qty: 1 ▾

Add to Cart

Buy Now

🔒 Secure transaction

Ships from   Amazon
Sold by      TOMOLOO INE



prime

**Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime**

Try Prime and start saving today with **Fast, FREE Delivery**

☐ Add gift options

◎ Select delivery location

Add to List

Share ✉ f 🐦 📌

Have one to sell?

Sell on Amazon

Document title: Amazon.com: TOMOLOO Music-Rhythmed Hoverboard for Kids and Adult Two-Wheel Self-Balancing Scooter- UL2272 Certificated with Music Speaker-…
Capture URL: https://www.amazon.com/TOMOLOO-Music-Rhythmed-LED-Hoverboard-2/dp/B07D8DN19L/ref=sr_1_1?…
Capture timestamp (UTC): Fri, 13 Nov 2020 16:15:41 GMT



Roll over image to zoom in

handle various road conditions. ... slopes as steep as 20~30 degree and max speed up to 12 km/h and over 12 km range on a single charge. Max load up to 220 pounds.

- ✖✖ MULTI-SECURITY ASSURANCE: Battery pack imported fully from Samsung Battery Core authorized suppliers, full-obturated flame retardant outer shell encapsulation. To make sure the quality, we obey the strict production process, quality management system and fully-inspection system.

- ✖✖ MUSIC SPEAKER& LED LIGHTS : Hi-Fi music rock you! Along with you go everywhere! Awesome RGB LED, red, green, yellow, and blue etc. Colorful lighting switch freely to present you a amazing lighting when riding.

- ✖✖ 12 MONTHS WARRANTY, 100% SATISFYING GUARANTEED: one year warranty for wheel hub motor, controller and battery, half a year warranty for charger from the date of purchase.Any issue just don't hesitate to contact us.



## Frequently bought together



Total price: **$284.98**

[ Add both to Cart ]
[ Add both to List ]

ℹ These items are shipped from and sold by different sellers. Show details

☑ **This item:** TOMOLOO Music-Rhythmed Hoverboard for Kids and Adult Two-Wheel Self-Balancing Scooter- UL2272… $259.99
☑ Amazon Smart Plug, works with Alexa – A Certified for Humans Device $24.99

## Products related to this item

Sponsored ℹ

Page 1 of 20

     








**UNI-SUN Chrome Hoverboard for Kids, 6.5" Two Wheel Electric Scooter, Self Balancing...**
★★★★☆ 742
$109.99

**FLYING-ANT Hoverboards UL Certified 6.5 Smart Scooter Two-Wheel...**
★★★★☆ 185
$121.99 ✓prime

**TOMOLOO Hoverboard with Bluetooth Speaker and LED Lights Self-Balancing Scooter UL2...**
★★★★☆ 1,075
$199.99 ✓prime

**Beston Sports Newest Generation Electric Hoverboard Dual Motors Two Wheels Hoover B...**
★★★★☆ 1,483
$128.00 ✓prime

**Gyroor Warrior 8.5 inch All Terrain Off Road Hoverboard with Bluetooth Speakers...**
★★★★☆ 1,211
$299.00 ✓prime

## Brands related to this category on Amazon

Sponsored ⓘ

 

**Hover-1 Setting the Bar for Electric Commuting**
Shop Hover-1 ›



Segway-Ninebot
**Home With Segway**
Shop Segway ›

## Special offers and product promotions

- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. **Register a free business account**
- Your cost could be **$249.99** instead of **$259.99**! Get **$10.00** off instantly as a gift card upon approval for the **Amazon.com Store Card.** Learn more.

## Have a question?

Find answers in product info, Q&As, reviews

Q Type your question or keyword

## Product details

Color: **Dark Black**

**Date First Available :** June 4, 2020

**Manufacturer :** TOMOLOO

**ASIN :** B089NL5FSQ

**Best Sellers Rank:** #4,699 in Sports & Outdoors (See Top 100 in Sports & Outdoors)
#24 in Self Balancing Scooters

**Customer Reviews:**
★★★★☆ ˅    2,021 ratings

## Related video shorts (0) Upload your video



#24 in Self Balancing Scooters

**Customer Reviews:**

★★★★½ ⌄   2,021 ratings

## Related video shorts (0)   Upload your video



**Be the first video**

Your name here

---

## Products related to this item

Page 1 of 20

Sponsored ⓘ

    

‹                                                                                                  ›

**FLYING-ANT Hoverboards UL Certified 6.5 Smart Scooter Two-Wheel…**
★★★★½ 185
$121.99 ✓prime

**Hover-1 Ultra Electric Self-Balancing Hoverboard Scooter, Pink**
★★★★☆ 613
$149.00 ✓prime

**SISIGAD Hoverboard, 6.5" Two-Wheel Self Balancing Hoverboard - Green Gray**
★★★★½ 13
$124.99

**Gyroor Warrior 8.5 inch All Terrain Off Road Hoverboard with Bluetooth Speakers…**
★★★★½ 1,211
$299.00 ✓prime

**UNI-SUN 6.5" Hoverboard for Kids, Two Wheel Electric Scooter, Self Balancing…**
★★★★½ 80
$154.99

---

# Customer questions & answers

🔍 Have a question? Search for answers

▲
**6 votes**
▼

**Question:**   How long does the battery last?

**Answer:**   15 minutes- horrible battery life
By Chance Engel on November 25, 2019
⌄ See more answers (2)

▲
**3 votes**
▼

**Question:**   Are the tires rubber or plastic?

**Answer:**   Tires are solid rubber.
By TOMOLOO Offical SELLER on June 3, 2018

▲
**2 votes**
▼

**Question:**   Do the lights still work when music isnt playing?

**Answer:**   Yes, they work the whole time the hoverboard is on and in use. Very cool feature!!
By Jackie M. on October 5, 2018
⌄ See more answers (3)

▲
**1 vote**
▼

**Question:**   what is recommended age?

**Answer:**   I'm not sure of the recommended age, but my 4 year old niece rides it like a pro.
By Stacy S on November 20, 2018
⌄ See more answers (4)

---

⌄ See more answers (2)

**Question:** what is recommended age?

**Answer:** I'm not sure of the recommended age, but my 4 year old niece rides it like a pro.
By Stacy S on November 20, 2018

⌄ See more answers (4)

See more answered questions (221)

## Customer reviews



★★★★½ 4.4 out of 5

2,021 global ratings

| | | |
|---|---|---|
| 5 star | | 75% |
| 4 star | | 12% |
| 3 star | | 3% |
| 2 star | | 2% |
| 1 star | | 8% |

⌄ How are ratings calculated?

## Review this product

Share your thoughts with other customers

Write a customer review

## Customer images



See all customer images

Top reviews ▾

## Top reviews from the United States

catherine hughes

★★★★★ **Best Hover Board Ever.**

Reviewed in the United States on December 29, 2018

Color: Black | **Verified Purchase**



I can wholeheartedly say this Hover Board is the BEST. I brought 3 for my grandkids for Christmas and came charged easy to operate and easy to understand the book. I'm very impressed as well as extra Happy. My grandkids have been riding them none stop. Off of them to charge or bed time. They love this Santa gift 🎁 and so do I Thank you for the very best experience We could ask for. We also got the seats for on them but until the weather clears we won't know about them. But I'm sure my grandkids will love them just as much. So if your looking for a hover board

⌄ Read more

567 people found this helpful

Helpful | Comment | Report abuse

anthony mclelland

★★★★★ **TOMOLOO THE ONE AND ONLY HOOVERBORAD OUT THERE FOR ANY AGE**

Reviewed in the United States on December 25, 2018

Color: Black | **Verified Purchase**

I havent found one bad thing about this hooverboard.this is a amazing product I got it for my daughter for Christmas and she was as nervous as me when she first started riding but u will tell you what she was able to ride it with no problem what's so ever and this was the first one she has ever put her feet on.WAY TO GO TOMOLOO.I have had a lot of buddy's buy them for there kids

anthony mclelland



★★★★★ TOMOLOO THE ONE AND ONLY HOOVERBORAD OUT THERE FOR ANY AGE

Reviewed in the United States on December 25, 2018

Color: Black | Verified Purchase

I havent found one bad thing about this hooverboard.this is a amazing product I got it for my daughter for Christmas and she was as nervous as me when she first started riding but u will tell you what she was able to ride it with no problem what's so ever and this was the first one she has ever put her feet on.WAY TO GO TOMOLOO.I have had a lot of buddy's buy them for there kids and they had nothing but problems so all I have to say is dont waste your time on all the other hooverboard just skip the junk and go straight to number 1 it is amazing product and the speaker are awesome and are do cool with lights I couldn't say enough good things about this product so all I can say is TOMOLOO IS THE ONE AND ONLY HOOVERBORAD FOR ANY AGE GREAT JOB THANK YOU SO MUCH

547 people found this helpful

Helpful | Comment | Report abuse

Deanna Reyn

★★★★★ Best Hover board since sliced bread! 😊

Reviewed in the United States on January 13, 2019

Color: Black | Verified Purchase



 0:00

This was my daughters Xmas wish come true. She is on it as much as possible. My house is rearranged so she can go wherever she wants. Its funny and quite entertaining. It's very durable. I have had no problems. The sound is actually way better then I thought would come from a hover board and the lights well they are just a huge bonus. It came on time exactly as I was promised. I would recommend this hover board. The company Tomoloo seems to really value their

customers satisfaction. What a nice little treat Tomoloo. Thank you.

547 people found this helpful

Helpful | Comment | Report abuse

Sonja Flemming

★★★★★ Highly recommend

Reviewed in the United States on June 6, 2018

Color: Black | Verified Purchase

I was in search for a hoverboard for my daughter's birthday. I looked up online good ones to buy and they say Tomolo is the best to buy. All the ones that I was reading about they would be shipped to you broken, have to pay for shipping, problems with Bluetooth, Etc... Tomoloo never had any bad reviews, or complaints! We got ours and it was completely perfect! If I am ever in search of a new hoverboard I will definitely order from here! I highly recommend! The shipping was super fast, love the price, love the color, love the Bluetooth capability and lights! My daughter cannot stay off of it! She loves her hoverboard!

592 people found this helpful

Helpful | Comment | Report abuse

and they say Tomoloo is the best to buy. All the ones that I was reading about they would be shipped to you from the manufacturer in China. But mine with Bluetooth by Tomoloo never had any bad reviews, or complaints! We got ours and it was completely perfect! If I am ever in search of a new hoverboard I will definitely order from here! I highly recommend! The shipping was super fast, love the price, love the color, love the Bluetooth capability and lights! My daughter cannot stay off of it! She loves her hoverboard!

592 people found this helpful

| Helpful | Comment | Report abuse |

 joann lucci

★★★★★ **HAPPY MOM & BOYS! Safety without sacrificing features and function**
Reviewed in the United States on December 28, 2018
Color: Q2C-B | **Verified Purchase**



Wow!! I've been hesitant and waiting to purchase any hover board as I feared the stability and safety for a 7 & 8 year old boys. I did tons of research and ended up selecting Tomoloo Q2-X for a Christmas present. Today they used it for the first time and within 20minutes they are doing great. They've already mastered turning which I credit to the self stabilizing feature. It has some great features in addition to self stabilizer, Bluetooth music, adjust level for beginner, intermediate & advanced. It goes over rough terrain and the child won't fly off the

⌄ Read more

519 people found this helpful

| Helpful | Comment | Report abuse |

 LAAJ

★★★☆☆ **unsure**
Reviewed in the United States on July 28, 2018
Color: Black | **Verified Purchase**

I purchased this for our son's 10th birthday. The 1st use was good. It was Fun & he absolutely loved to ride while playing music! We charged it overnight, and the very 2nd use he couldn't get on it. Kept beeping & spinning off, very fast. He wasn't able to step on it, it was dangerous. I called amazon customer service & they gave us a credit so we can re-order a new one. Hoping the new one works like it should! I will update my review after we try the new hoverboard.

454 people found this helpful

| Helpful | Comment | Report abuse |

 I love glitter

★★★★★ **GREAT hover board!**
Reviewed in the United States on January 10, 2019
Color: Black | **Verified Purchase**



I was very skeptical about purchasing this hover board but my daughter wanted it so bad so I decided to buy it for Christmas. She hasnt gotten off it since! Took her a few times with me holding her hand until she was able to catch on. We also watched a utube video on how to get on and off. That



...about purchasing this hover board but my daughter wanted it so bad so I decided to buy it for Christmas. She hasnt gotten off it since! Took her a few times with me holding her hand until she was able to catch on. We also watched a utube video on how to get on and off. That was the best thing we did! She's a little pro now. I recommend a helmet, knee and elbow pads. We just LOVE the blue tooth. She connects it to her phone and rides all over the house, basement and garage right now because it's cold out. The lights on the board and wheels are

⌄ Read more



147 people found this helpful

| Helpful | Comment | Report abuse |

---

Amazon Customer

★★★★★ He Hopped right on and rides great. Indoor use only right now
Reviewed in the United States on May 18, 2018
Color: Black | Verified Purchase

I brought this for my 4 year old. He Hopped right on and rides great. Indoor use only right now. We have an outside one too..not this brand We like this one cause it lights up. Really neat! Make sure you follow the instructions before you power it on.



27 people found this helpful

| Helpful | Comment | Report abuse |

See all reviews ›

---

## Customers who bought this item also bought

Page 1 of 9



TOMOLOO Hoverboard with Bluetooth Speaker



Hiboy HC-01 Hoverboard Kart Seat Attachment



EverCross Hoverboard Seat Attachment,



Hover-1 Buggy Attachment for



TOMOLOO Hoverboard Self Balance Scooter 2








TOMOLOO Hoverboard with Bluetooth Speaker UL2272 Certified Self Balancing Electric…
★★★★½ 44
$199.99

Hiboy HC-01 Hoverboard Kart Seat Attachment Accessory for 6.5" 8" 10" Two Wheel Self…
★★★★½ 706
$77.99 - $79.99

EverCross Hoverboard Seat Attachment, Hoverboard Attachments,…
★★★★½ 113
$70.99

Hover-1 Buggy Attachment for Transforming Hoverboard Scooter…
★★★★½ 2,591
$56.20 - $79.99

TOMOLOO Hoverboard Self Balance Scooter 2 Wheels UL2272 Certified
★★★★★ 24
$9.99

## Inspired by your browsing history
Page 1 of 10









TOMOLOO Hoverboard with Bluetooth Speaker UL2272 Certified Self Balancing Electric…
★★★★½ 241
$199.99

TOMOLOO Hoverboard with Bluetooth Speaker UL2272 Certified Self Balancing Electric…
★★★★½ 44
$199.99

Hover Soccer Ball Boy Toys Rechargeable, Toddlers Kids Indoor Air Soccer Ball Floating…
★★★★½ 288
$13.99

TOMOLOO Hoverboard with Bluetooth Speaker and LED Lights Self-Balancing Scooter…
★★★★½ 1,076
$199.99

Hiboy HC-01 Hoverboard Kart Seat Attachment Accessory for 6.5" 8" 10" Two Wheel Self…
★★★★½ 706
$77.99

## Deals in magazine subscriptions
Page 1 of 10








National Geographic Little Kids
★★★★½ 2,399
Print Magazine
$20.00

HGTV Magazine
★★★★½ 26
Print Magazine
$10.00

Entertainment Weekly
★★★★☆ 1,934
Print Magazine
$5.00

Real Simple
★★★★½ 7,697
Print Magazine
$5.00

Time
★★★½☆ 16
Print Magazine
$10.00

## Your Browsing History   View or edit your browsing history ›



See personalized recommendations

**Sign in**

New customer? Start here.

Back to top

Document title: Amazon.com: TOMOLOO Music-Rhythmed Hoverboard for Kids and Adult Two-Wheel Self-Balancing Scooter- UL2272 Certificated with Music Speaker-…
Capture URL: https://www.amazon.com/TOMOLOO-Music-Rhythmed-LED-Hoverboard-2/dp/B07D8DN19L/ref=sr_1_1?…
Capture timestamp (UTC): Fri, 13 Nov 2020 16:15:41 GMT
Page 9 of 11

Back to top

## Get to Know Us
Careers
Blog
About Amazon
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Tours

## Make Money with Us
Sell products on Amazon
Sell apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Make Money with Us

## Amazon Payment Products
Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon Business Card
Amazon Business Line of Credit
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

## Let Us Help You
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help

amazon

🌐 English ⌄     🇺🇸 United States

| Amazon Music | Amazon Advertising | Amazon Drive | 6pm | AbeBooks | ACX | Alexa |
| Stream millions of songs | Find, attract, and engage customers | Cloud storage from Amazon | Score deals on fashion brands | Books, art & collectibles | Audiobook Publishing Made Easy | Actionable Analytics for the Web |

| Sell on Amazon | Amazon Business | Amazon Fresh | AmazonGlobal | Home Services | Amazon Ignite | Amazon Rapids |
| Start a Selling Account | Everything For Your Business | Groceries & More Right To Your Door | Ship Orders Internationally | Experienced Pros Happiness Guarantee | Sell your original Digital Educational Resources | Fun stories for kids on the go |

| Amazon Web Services | Audible | Book Depository | Box Office Mojo | ComiXology | DPReview | East Dane |
| Scalable Cloud Computing Services | Listen to Books & Original Audio Performances | Books With Free Delivery Worldwide | Find Movie Box Office Data | Thousands of Digital Comics | Digital Photography | Designer Men's Fashion |

| Fabric | Goodreads | IMDb | IMDbPro | Kindle Direct Publishing | Prime Now | Amazon Photos |
| Sewing, Quilting & Knitting | Book reviews & recommendations | Movies, TV & Celebrities | Get Info Entertainment Professionals Need | Indie Digital & Print Publishing Made Easy | FREE 2-hour Delivery on Everyday Items | Unlimited Photo Storage Free With Prime |

| Prime Video Direct | Shopbop | Amazon Warehouse | Whole Foods Market | Woot! | Zappos | Ring |
| Video Distribution Made Easy | Designer Fashion Brands | Great Deals on Quality Used Products | America's Healthiest Grocery Store | Deals and Shenanigans | Shoes & Clothing | Smart Home Security Systems |

| eero WiFi | Neighbors App | Amazon Subscription Boxes | PillPack | Amazon Renewed | Amazon Second Chance | |
| Stream 4K Video in Every Room | Real-Time Crime & Safety Alerts | Top subscription boxes – right to your door | Pharmacy Simplified | Like-new products you can trust | Pass it on, trade it in, give it a second life | |

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2020, Amazon.com, Inc. or its affiliates

Back to top

## Get to Know Us
Careers

Blog

About Amazon

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Tours

## Make Money with Us
Sell products on Amazon

Sell apps on Amazon

Become an Affiliate

Advertise Your Products

Self-Publish with Us

Host an Amazon Hub

› See More Make Money with Us

## Amazon Payment Products
Amazon Rewards Visa Signature Cards

Amazon.com Store Card

Amazon Business Card

Amazon Business Line of Credit

Shop with Points

Credit Card Marketplace

Reload Your Balance

Amazon Currency Converter

## Let Us Help You
Amazon and COVID-19

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Amazon Assistant

Help

amazon

English

United States

| Amazon Music | Amazon Advertising | Amazon Drive | 6pm | AbeBooks | ACX | Alexa |
|---|---|---|---|---|---|---|
| Stream millions of songs | Find, attract, and engage customers | Cloud storage from Amazon | Score deals on fashion brands | Books, art & collectibles | Audiobook Publishing Made Easy | Actionable Analytics for the Web |
| Sell on Amazon | Amazon Business | Amazon Fresh | AmazonGlobal | Home Services | Amazon Ignite | Amazon Rapids |
| Start a Selling Account | Everything For Your Business | Groceries & More Right To Your Door | Ship Orders Internationally | Experienced Pros Happiness Guarantee | Sell your original Digital Educational Resources | Fun stories for kids on the go |
| Amazon Web Services | Audible | Book Depository | Box Office Mojo | ComiXology | DPReview | East Dane |
| Scalable Cloud Computing Services | Listen to Books & Original Audio Performances | Books With Free Delivery Worldwide | Find Movie Box Office Data | Thousands of Digital Comics | Digital Photography | Designer Men's Fashion |
| Fabric | Goodreads | IMDb | IMDbPro | Kindle Direct Publishing | Prime Now | Amazon Photos |
| Sewing, Quilting & Knitting | Book reviews & recommendations | Movies, TV & Celebrities | Get Info Entertainment Professionals Need | Indie Digital & Print Publishing Made Easy | FREE 2-hour Delivery on Everyday Items | Unlimited Photo Storage Free With Prime |
| Prime Video Direct | Shopbop | Amazon Warehouse | Whole Foods Market | Woot! | Zappos | Ring |
| Video Distribution Made Easy | Designer Fashion Brands | Great Deals on Quality Used Products | America's Healthiest Grocery Store | Deals and Shenanigans | Shoes & Clothing | Smart Home Security Systems |
| eero WiFi | Neighbors App | Amazon Subscription Boxes | PillPack | Amazon Renewed | Amazon Second Chance | |
| Stream 4K Video in Every Room | Real-Time Crime & Safety Alerts | Top subscription boxes – right to your door | Pharmacy Simplified | Like-new products you can trust | Pass it on, trade it in, give it a second life | |

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2020, Amazon.com, Inc. or its affiliates



≡   amazon                Hello, Sign in          Returns
                          Account & Lists ∨      & Orders    Try Prime ∨      ⁰ Cart

Hello
Select your address    Holiday Deals    Gift Cards    Best Sellers    Customer Service    Find a Gift    New Releases    Shop the Beauty Gift Guide

amazon business    Reshape buying    |    REGISTER FOR YOUR FREE ACCOUNT

Sports & Outdoors › Outdoor Recreation › Skates, Skateboards & Scooters › Scooters & Equipment › Scooters › Self Balancing Scooters



Roll over image to zoom in

# TOMOLOO Hoverboards Bluetooth with Led Light Flashing Wheels, Hover Boards for Kids, Self Balancing Hoverboard Adult...

Visit the TOMOLOO Store

★★★★☆ ∨    51 ratings

| 19 answered questions

Price: **$199.99** & FREE Shipping

**Pay $33.33/month for 6 months, interest-free upon approval for the Amazon Rewards Visa Card**

Color: **Black**

  

- 【Fast Delivery】Hoover board arrives within 5-7 working days under normal circumstances. Hoverboard electric scooter's hands-free operation has inspired freedom and fun for friends, customers, viewers, and kids at heart of all ages.
- 【UL2272 Certified Safe！】- The kids hoverboard has passed through 100% quality inspection. It also has pedals which are anti-skidding.
- 【Built-in Colorful Flash LED Lights Wheels】- Tomoloo hoverboards' signature colorful LED lights make for a bright and freely cruising experience, which will switch to red, green, yellow, and blue etc randomly and twinkle as the music's rhythm changes.
- 【Bluetooth Speakers】- Now you can safely listen to music as you ride your Tomoloo Q3-X1 hoverboard black with bluetooth.
- 【Dual 200W Electric Engine】4.3 miles on a single battery charge you can spend more time riding and less time plugged-in. Secured 42V/4300MAH lithium hoover board battery pack up to 7.5 mph speed, supports riders 44 to 165 lbs.

$199.99
& FREE Shipping

Arrives: Nov 20 - 30

**In Stock.**

Qty: 1 ∨

[ Add to Cart ]

[ Buy Now ]

🔒 Secure transaction

Ships from    TOMOLOO-NX
Sold by       TOMOLOO-NX

◎ Select delivery location

[ Add to List ]

Share  ✉ 📘 🐦 📌

Have one to sell?

[ Sell on Amazon ]





- [Dual 200W Electric Engine]14.3 miles on a single battery charge you can spend more time riding and less time plugged-in. Secured 42V/4300MAH lithium hoover board battery pack up to 7.5 mph speed, supports riders 44 to 165 lbs.

GAINZBOX PERSONALIZED FUNCTIONAL FITNESS NEEDS, DELIVERED TO YOUR DOOR.

Roll over image to zoom in

## Frequently bought together



Total price: **$477.97**

[Add all three to Cart]

[Add all three to List]

ℹ These items are shipped from and sold by different sellers. Show details

☑ **This item:** TOMOLOO Hoverboards Bluetooth with Led Light Flashing Wheels, Hover Boards for Kids, Self Balancing… $199.99

☑ TOMOLOO Hoverboard Bluetooth and Flash Led Lights Wheels, Kids Hover Board with UL Certified, Self… $199.99

☑ Hiboy HC-01 Hoverboard Kart Seat Attachment Accessory for 6.5" 8" 10" Two Wheel Self Balancing… $77.99

## Products related to this item

Sponsored ℹ

Page 1 of 38












TOMOLOO Hoverboard, Electric Self-Balancing Smart Scooter, UL 2272 Certified Hover …
★★★★½ 2,021
$199.99

TOMOLOO Hoverboard Bluetooth and Flash Led Lights Wheels, Kids Hover Board with UL …
★★★★★ 5
$199.99 ✓prime

TOMOLOO Hoverboard with Bluetooth Speaker UL2272 Certified Self Balancing Electric …
★★★★½ 108
$199.99 ✓prime

TOMOLOO Hoverboard with Bluetooth and Lights of Music Rhythmed, Solid…
$199.99 ✓prime

Beston Sports Newest Generation Electric Hoverboard Dual Motors Two Wheels Hoover B…
★★★★½ 1,488
$111.00 ✓prime

## Inspired by your recent shopping trends

Page 1 of 11











TOMOLOO Music-

TOMOLOO Hoverboard

TOMOLOO Hover Boards

Gyroor T581 Hoverboard

SISIGAD Hoverboard









**TOMOLOO Music-Rhythmed Hoverboard 6.5 inch Electric Scooter-UL2272 Certificated...**
★★★★☆ 20
$199.99

**TOMOLOO Hoverboard UL2272 Certified 6.5" All Terrain Wheels App Controlled Electric Self...**
★★★★☆ 15
$239.00

**TOMOLOO Hover Boards for Kids, Hoverboards Bluetooth and LED Lights with...**
★★★★☆ 38
$199.99

**Gyroor T581 Hoverboard 6.5" Off Road All Terrain Hoverboard with Bluetooth Speaker and...**
★★★★☆ 454
$229.00

**SISIGAD Hoverboard, 6.5" Two-Wheel Self Balancing Hoverboard, Smart Hover Board for...**
★★★★☆ 137
$115.99

---

## Special offers and product promotions

- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. **Register a free business account**
- Your cost could be **$189.99 instead of $199.99!** Get **$10.00 off instantly** as a gift card upon approval for the **Amazon.com Store Card.** Learn more.

---

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

---

## Product Description



# CAUTION!!!

On Facebook or any forums, Tomoloo never has any activities in exchange for reviews. Those people who claim that Tomoloo hoverboards can be free as long as you write positive review are cheaters!!

Please note that all our email addresses are ended with tomoloo.com, don't trust any other email address which is not official!

Please note that we are the factory, brand owner and official store of the Tomoloo brand.We reserve the right to take legal action for any infringement.

If you got any doubts, please contact service@tomoloo.com.

Ever thought about gifting your kids something that will make their day unforgettable?

How about an cheap bluetooth hoverboard with led lights?

Kids love those!

Owning fast hoverboards for kids is pretty much every kids dream right now.

But for those parents who are not geeky techies, it might seem a hard task to buy a hover board which is right for their kids.

If you are one of them,

DON'T WORRY!

Kids love those

Owning fast hoverboards for kids is pretty much every kids dream right now.

But for those parents who are not geeky techies, it might seem a hard task to buy a hover board which is right for their kids.

If you are one of them,

DON'T WORRY!

We are at the rescue!

Tomoloo is a very famous brand when it comes to hoverboard indoor and outdoor and one of the first hoverboards manufacturer that has taken the lead to pass American UL 2272 safety certification. Ranked among the top five manufacturers in the global self balancing scooter sector.



The first priority as a parent for you would be overseeing the safety of your kids. This hoverboard UL2272 certified are completely safe for you or your kids. Safety problem solved! The black hoverboard includes an ultra safe and reliable UL-Certified battery and an easy to use charger with hoverboard waterproof hidden charging port with an IPX4 water resistance rating to keep your huver board safe.

Not every hoverboard is appropriate for kids; some hover boards are large, heavy, difficult to operate and are capable of traveling quite fast. Luckily, we are making smaller, lighter, and slower hoverboard for boys and for girls in mind. 6.5" wheel sizes, are lighter, making them easier for your children to carry and the small wheel sizes make them easier to maneuver by smaller riders.

If you're looking for a hoverboard for kids bluetooth with more fun, check this out. Tomoloo makes a "Flash Wheel" model that is made to be seen. It

**STEREO**

If you're looking for a hoverboard for kids bluetooth with more fun, check this out. Tomoloo makes a "Flash Wheel" model that is made to be seen. It features LED lights on the wheels and along the front of the hoverboard. These lights are super fun and also help your child stay visible when they're riding. In addition to the fun lights, the hoverboard music also has built-in Bluetooth speakers, so your child can enjoy their favorite tunes while they ride.



The hoverboard heavy duty accelerates by simply applying pressure with the front your feet. The hoverboard will make the corresponding movements such as forward, backward, and steering according to the direction of the center of gravity, enjoy the feeling of driving. There is anti-slip foot pad to ensure that you don't need to worry about your kids will lose balance while riding.

Document title: Amazon.com : TOMOLOO Hoverboards Bluetooth with Led Light Flashing Wheels, Hover Boards for Kids, Self Balancing Hoverboard Adult
Capture URL: https://www.amazon.com/TOMOLOO-Hoverboards-Bluetooth-Balancing-Hoverboard/dp/B08545YSM1/ref=sr_1_3?…
Capture timestamp (UTC): Fri, 13 Nov 2020 16:19:20 GMT

for All

---

## Product details

Color: **Black**

**Date First Available :** November 3, 2020

**ASIN :** B08MHWNVT1

**Best Sellers Rank:** #151,617 in Sports & Outdoors (See Top 100 in Sports & Outdoors)
#177 in Self Balancing Scooters

**Customer Reviews:**
★★★★⯨ ˅    51 ratings

## Videos

Page 1 of 4

### Videos for this product          ### Videos for related products



0:44

TOMOLOO Hoverboards Bluetooth

Tomoloo TC



12:12

Top 10 Best Hoverboard & Self
Balancing Scooters

Top 10 Zone



9:26

Gyroor Warrior G2 Self Balancing
Scooter Review

Top 10 Zone



5 Best Electric Scoo

Top 10 Zone

Upload your video

---

## Products related to this item

Sponsored ⓘ

Page 1 of 18



Hover-1 Ultra Electric
Self-Balancing
Hoverboard Scooter,
Pink
★★★★☆ 613
$149.00 ✓prime



FLYING-ANT
Hoverboards UL
Certified 6.5 Smart
Scooter Two-Wheel...
★★★★⯨ 185
$121.99 ✓prime



TOMOLOO Hoverboard
with Bluetooth Speaker
UL2272 Certified Self
Balancing Electric ...
★★★★⯨ 241
$199.99 ✓prime



TOMOLOO Hoverboard
Bluetooth and Flash Led
Lights Wheels, Kids
Hover Board with UL ...
★★★★★ 5
$199.99 ✓prime



TOMOLOO Hoverboard
with Bluetooth Speaker
UL2272 Certified Self
Balancing Electric ...
★★★★⯨ 335
$199.99

---

Document title: Amazon.com : TOMOLOO Hoverboards Bluetooth with Led Light Flashing Wheels, Hover Boards for Kids, Self Balancing Hoverboard Adult
Capture URL: https://www.amazon.com/TOMOLOO-Hoverboards-Bluetooth-Balancing-Hoverboard/dp/B08545YSM1/ref=sr_1_3?…
Capture timestamp (UTC): Fri, 13 Nov 2020 16:19:20 GMT
Page 7 of 12

Hoverboard Self-Balancing Hoverboard Scooter, Pink
★★★★☆ 613
$149.00 prime

Hoverboards UL Certified 6.5 Smart Hoverboards UL Certified 6.5 Smart Scooter Two-Wheel…
★★★★☆ 185
$121.99 prime

with Bluetooth Speaker UL2272 Certified Self Balancing Electric …
★★★★☆ 241
$199.99 prime

Bluetooth and Flash Led Lights Wheels, Kids Hover Board with UL …
★★★★★ 5
$199.99 prime

with Bluetooth Speaker UL2272 Certified Self Balancing Electric …
★★★★☆ 335
$199.99

## Customer questions & answers

🔍 Have a question? Search for answers

▲
3 votes
▼

**Question:** What age group for kids this recommended for?

**Answer:** Hi. The Q3C hoverboard support riders 44-165 lbs, which make it recommended for all ages of kids. - Tomoloo-official customer support team
By Tomoloo Flagship SELLER on April 14, 2020

⌄ See more answers (3)

▲
3 votes
▼

**Question:** Is there a warranty on the hoverboard?

**Answer:** Yes,  it has a one-year warranty. - Tomoloo-official customer support team
By Tomoloo Flagship SELLER on April 18, 2020

⌄ See more answers (1)

▲
2 votes
▼

**Question:** Is it easy to learning for kids who have never rode a hoverboard?

**Answer:** No worry about it. Generally, it's much easier to learn how to ride hoverboards for kids, as they have better balance ability than adults.
By Daniel on February 17, 2019

▲
2 votes
▼

**Question:** Is this a self-balancing board?

**Answer:** All our hoverboards are mechanical self-balancing instead of electrical self-balancing. It may not be stopped by yourself when you go downhill with an electrical self-balancing hoverboard. Most of our users are kids, so we think safety is the most important priority. - Tomoloo-official customer support team
By Tomoloo Flagship SELLER on April 14, 2020

⌄ See more answers (1)

See more answered questions (15)

## Customer reviews

★★★★☆ 4.4 out of 5

51 global ratings

| | | |
|---|---|---|
| 5 star | ███████ | 76% |
| 4 star | █ | 8% |
| 3 star | █ | 6% |
| 2 star | █ | 3% |
| 1 star | █ | 8% |

⌄ How are ratings calculated?

### Customer images



See all customer images

### Read reviews that mention

year old    hoverboard    great purchase    bluetooth    hoverboard

ride    lights





3 star █ 8%

2 star ██████████ 3%

1 star ███ 8%

∨ How are ratings calculated?

## Review this product

Share your thoughts with other customers

[ Write a customer review ]

## Read reviews that mention

[ year old ]  [ hoverboard ]  [ great purchase ]  [ bluetooth ]  [ hoverboard ]

[ ride ]  [ lights ]

[ Top reviews ▾ ]

## Top reviews from the United States

**Asaf**

★★★★★ **Great present for myself!**

Reviewed in the United States on December 3, 2018

Color: Blue   **Verified Purchase**

Wanted one of those for a long time but wasn't sure which one to pick from all the options out there, eventually after making extensive research I decided to go with this one - since I got it, I don't leave my house without it. Loved everything from the box, quality of the materials and the experience of riding it - took me about 30 minutes to get the hang of it and I feel like I'm improving every time I'm getting on it.

The design is beautiful, and the feature of listening to my music while riding through the Bluetooth speakers is really awesome. Another thing I like about it is the fact that it's charging pretty fast (couple of hours) and last for a long time.

Excited to continue explore this thing

8 people found this helpful

[ Helpful ]   | Comment  | Report abuse

**Market 1982**

★★★★★ **Amazing hoverboard!**

Reviewed in the United States on December 20, 2018

Color: Blue   **Verified Purchase**

Extremely happy with this hoverboard, I am enjoying every moment with it. It is so comfortable and feels very safe, love it!!!! Would definitely recommend to family and friends!! I will probably be back to purchase another one for my nephews birthday! Amazing product!

12 people found this helpful

[ Helpful ]   | Comment  | Report abuse

**Marco**

★★★★★ **Great price, with solid construction**

Reviewed in the United States on December 27, 2018

Color: Blue   **Verified Purchase**

Awesome buy! Very good product. Came on time and well boxed. Gave this to my son for Christmas. This is his second one and I believe this one is far better. The larger wheels and higher clearance is definitely a plus. Interestingly the vehicle alarms when going to fast!

15 people found this helpful

Marco

★★★★★ **Great price, with solid construction**

Reviewed in the United States on December 27, 2018

Color: Blue | **Verified Purchase**

Awesome buy! Very good product. Came on time and well boxed. Gave this to my son for Christmas. This is his second one and I believe this one is far better. The larger wheels and higher clearance is definitely a plus. Interestingly the vehicle alarms when going to fast!

15 people found this helpful

Helpful | Comment | Report abuse

---

Amber04

★★★★★ **Great scooter, well made!**

Reviewed in the United States on April 29, 2019

Color: Blue | **Verified Purchase**

I bought this Tomoloo scooter for my daughter after returning one from another company that disappointed us. She loves it! It was very easy for her to learn on(she's 9). The battery life is good. It has been on grass, carpet and pavement and did well. All around good product.

14 people found this helpful

Helpful | Comment | Report abuse

---

Ryan A Eiseman

★★★★★ **The kids love the hover board.**

Reviewed in the United States on January 28, 2019

Color: Blue | **Verified Purchase** | **Early Reviewer Rewards** (What's this?)

The kids love the hover board. They can listen to music and change the colors and speed with the app. The bigger wheels help with going over bumps and small rocks. Great purchase!

15 people found this helpful

Helpful | Comment | Report abuse

---

McCarthy

★★★★★ **Big hit**

Reviewed in the United States on January 3, 2019

Color: Blue | **Verified Purchase** | **Early Reviewer Rewards** (What's this?)

My 12 year old son asked for a hover board for two years. I was initially concerned with safety-- both his and the fire hazards that came with the first round of the boards. I am very pleased with this purchase--my son is over the moon. The speakers were a great added bonus.

11 people found this helpful

Helpful | Comment | Report abuse

---

Sharz B

★★★★★ **Amazing Product**

Reviewed in the United States on June 16, 2020

Color: Black | **Verified Purchase**

Great Hoverboard for all ages! I'm 12 It was easy to ride. I feel stable on it and the lights make it fun. I was able to help my sister ride as well. Being able to stream music as I ride via Bluetooth is absolutely the best. A definite recommendation. Yes you need to get one.

Helpful | Comment | Report abuse

---

robeeee

★★★★★

Great introduction the all aspect. My comfortable ride. Adjustable it and the lights make it fun. I was able to help my sister ride it as well. Being able to stream music as I ride via Bluetooth is absolutely the best. A definite recommendation. Yes you need to get one.

Helpful | Comment | Report abuse

 robeeee

★★★★★ **I REALLY THINK YOU SHOULD BUY**
Reviewed in the United States on May 6, 2020
Color: Blue | **Verified Purchase**

So you should buy this its THE BEST HOVER BOARD EVER!!!! Its really easy to learn like the BEST!!!!
I named it Max im really good at it START HOVER BOARDS SOON!!

12 people found this helpful

Helpful | Comment | Report abuse

See all reviews ›

---

## Brands related to this category on Amazon

Sponsored ⓘ

 New way, fun way - SISIGAD
Hoverboard

Shop SISIGAD ›

   Hover-1 Setting the Bar for
Electric Commuting

Shop Hover-1 ›



---

## Inspired by your browsing history

Page 1 of 10

    

| TOMOLOO Hoverboard Bluetooth and Flash Led Lights Wheels, Kids Hover Board with UL… | TOMOLOO Hoverboard with Bluetooth Speaker UL2272 Certified Self Balancing Electric… | TOMOLOO Hoverboard with Bluetooth Speaker and LED Lights Self-Balancing Scooter… | Hiboy HC-01 Hoverboard Kart Seat Attachment Accessory for 6.5" 8" 10" Two Wheel Self… | Hover Soccer Ball Boy Toys Rechargeable, Toddlers Kids Indoor Air Soccer Ball Floating… |
|---|---|---|---|---|
| ★★★★½ 22 | ★★★★½ 241 | ★★★★½ 1,076 | ★★★★½ 706 | ★★★★½ 288 |
| $199.99 | $199.99 | $199.99 | $77.99 | $13.99 |

## Deals in magazine subscriptions

    

$199.99    $199.99    $199.99    $77.99    $19.99

## Deals in magazine subscriptions

Page 1 of 10



**Better Homes and Gardens**
★★★★½ 57
Print Magazine
$3.00

**Midwest Living**
★★★★★ 21
Print Magazine
$3.00

**Reader's Digest**
★★★★½ 9,427
Print Magazine
$5.00

**Ranger Rick**
★★★★½ 589
Print Magazine
$10.00

**Family Handyman**
★★★★½ 12,329
Print Magazine
$5.00

---

**Your Browsing History**   View or edit your browsing history   ›

See personalized recommendations

**Sign in**

New customer? Start here.

---

Back to top

## Get to Know Us

Careers
Blog
About Amazon
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Tours

## Make Money with Us

Sell products on Amazon
Sell apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Make Money with Us

## Amazon Payment Products

Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon Business Card
Amazon Business Line of Credit
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

## Let Us Help You

Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help

**amazon**

⊕ English ⬍    🇺🇸 United States

| Amazon Music | Amazon | Amazon Drive | 6pm | AbeBooks | ACX | Alexa |
|---|---|---|---|---|---|---|
| Stream millions of songs | **Advertising** Find, attract, and engage customers | Cloud storage from Amazon | Score deals on fashion brands | Books, art & collectibles | Audiobook Publishing Made Easy | Actionable Analytics for the Web |

---

Document title: Amazon.com : TOMOLOO Hoverboards Bluetooth with Led Light Flashing Wheels, Hover Boards for Kids, Self Balancing Hoverboard Adult
Capture URL: https://www.amazon.com/TOMOLOO-Hoverboards-Bluetooth-Balancing-Hoverboard/dp/B08545YSM1/ref=sr_1_3?…
Capture timestamp (UTC): Fri, 13 Nov 2020 16:19:20 GMT

Page 12 of 12