# EXHIBIT 2
# FILED UNDER SEAL

US00D737723S

US D737,723 S

(12) **United States Design Patent**
Ying et al.

(10) Patent No.: **US D737,723 S**
(45) Date of Patent: ** **Sep. 1, 2015**

(54) **SELF-BALANCING VEHICLE**

(71) Applicant: **Hangzhou Chic Intelligent Technology Co., Ltd**, Hangzhou, Zhejiang Province (CN)

(72) Inventors: **Jiawei Ying**, Hangzhou (CN); **Shaojun Cao**, Hangzhou (CN)

(73) Assignee: **HANGZHOU CHIC INTELLIGENT TECHNOLOGY CO., LTD.**, Hangzhou, Zhejiang Province (CN)

(**) Term: **14 Years**

(21) Appl. No.: **29/511,915**

(22) Filed: **Dec. 15, 2014**

(30) **Foreign Application Priority Data**

Jun. 13, 2014 (CN) .......................... 2014 3 0180556

(51) **LOC (10) Cl.** ............................................... **12-14**
(52) **U.S. Cl.**
USPC ............................................. **D12/1**; D21/765
(58) **Field of Classification Search**
USPC ............ D12/1, 163; D21/419, 421, 423, 426, D21/760, 765, 766, 769, 771, 776, 803; 280/87.042, 87.021, 87.041, 5.23, 280/5.39, 205, 209, 229, 266, 282, 851; 180/181, 5.26, 6.5, 7.1, 8.2, 65.8, 907, 180/218, 65, 13; 475/750
CPC .. A63C 17/0033; A63C 17/01; A63C 17/016; A63C 2203/40; A63C 17/012; A63C 17/12; B62K 2202/00
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| D647,991 S | * | 11/2011 | Sramek | ........................ | D21/765 |
| 8,469,376 B2 | * | 6/2013 | Kristiansen | .............. | 280/87.042 |
| 2007/0273118 A1 | * | 11/2007 | Conrad | .................. | 280/87.042 |
| 2011/0006497 A1 | * | 1/2011 | Chen et al. | .............. | 280/87.042 |
| 2012/0007331 A1 | * | 1/2012 | Hsieh | ......................... | 280/221 |
| 2012/0187648 A1 | * | 7/2012 | Chen | ........................ | 280/87.042 |

* cited by examiner

*Primary Examiner* — T. Chase Nelson
*Assistant Examiner* — Ania Aman
(74) *Attorney, Agent, or Firm* — Muncy, Geissler, Olds & Lowe, P.C.

(57) **CLAIM**
The ornamental design for a self-balancing vehicle, as shown and described.

**DESCRIPTION**

FIG. **1** is a top plan view of a self-balancing vehicle showing our new design;
FIG. **2** is a bottom plan view thereof;
FIG. **3** is a rear elevational view thereof;
FIG. **4** is a front elevational view thereof;
FIG. **5** is a left side view thereof, the right side view being a mirror image thereof;
FIG. **6** is a rear, top, right perspective view thereof;
FIG. **7** is a front, top, left perspective view thereof; and,
FIG. **8** is a rear, bottom, left perspective view thereof.
The broken line showing is for the purpose of illustrating portions of the self-balancing vehicle and environment structure which form no part of the claimed design.

**1 Claim, 8 Drawing Sheets**



Case: 1:20-cv-04806 Document #: 101-13 Filed: 11/19/20 Page 3 of 34 PageID #:3794



FIG.1



FIG.2



FIG.3



FIG.4

Case: 1:20-cv-04806 Document #: 101-13 Filed: 11/19/20 Page 7 of 34 PageID #:3798



FIG.5

Case: 1:20-cv-04806 Document #: 101-13 Filed: 11/19/20 Page 8 of 34 PageID #:3799



FIG.6



FIG.7



FIG.8

US00D738256S

(12) **United States Design Patent** (10) Patent No.: **US D738,256 S**
Ying et al. (45) Date of Patent: ** **Sep. 8, 2015**

(54) **SELF-BALANCING VEHICLE**

(71) Applicant: **Hangzhou Chic Intelligent Technology Co., Ltd.**, Hangzhou, Zhejiang Province (CN)

(72) Inventors: **Jiawei Ying**, Hangzhou (CN); **Shaojun Cao**, Hangzhou (CN)

(73) Assignee: **HANGZHOU CHIC INTELLIGENT TECHNOLOGY CO., LTD.**, Hangzhou, Zhejiang Province (CN)

(**) Term: **14 Years**

(21) Appl. No.: **29/511,924**

(22) Filed: **Dec. 15, 2014**

(51) **LOC (10) Cl.** ............................................... **12-14**

(52) **U.S. Cl.**
USPC ........................................... **D12/1**; D21/765

(58) **Field of Classification Search**
USPC ............ D12/1, 163; D21/419, 421, 423, 426, D21/760, 765, 766, 769, 771, 776, 803; 280/87.042, 87.021, 87.041, 5.23, 280/5.39, 205, 209, 229, 266, 282, 851; 180/181, 5.26, 6.5, 7.1, 8.2, 65.8, 907, 180/218, 65, 13; 475/750
CPC .. A63C 17/0033; A63C 17/01; A63C 17/016; A63C 2203/40; A63C 17/012; A63C 17/12; B62K 2202/00
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D647,991 S | * | 11/2011 | Sramek | ........................ D21/765 |
| 8,469,376 | B2 * | 6/2013 | Kristiansen | .............. 280/87.042 |
| 2007/0273118 | A1 * | 11/2007 | Conrad | .................. 280/87.042 |
| 2011/0006497 | A1 * | 1/2011 | Chen et al. | .............. 280/87.042 |
| 2012/0007331 | A1 * | 1/2012 | Hsieh | ........................ 280/221 |
| 2012/0187648 | A1 * | 7/2012 | Chen | ...................... 280/87.042 |

* cited by examiner

*Primary Examiner* — T. Chase Nelson
*Assistant Examiner* — Ania Aman
(74) *Attorney, Agent, or Firm* — Muncy, Geissler, Olds & Lowe, P.C.

(57) **CLAIM**
The ornamental design for a self-balancing vehicle, as shown and described.

**DESCRIPTION**

FIG. **1** is a top plan view of a self-balancing vehicle showing our new design;
FIG. **2** is a bottom plan view thereof;
FIG. **3** is a front elevational view thereof;
FIG. **4** is a rear elevational view thereof;
FIG. **5** is a left side view thereof, the right side view being a mirror image thereof;
FIG. **6** is a front, top, right perspective view thereof;
FIG. **7** is a rear, top, left perspective view thereof; and,
FIG. **8** is a rear, bottom, right perspective view thereof.
The broken line showing is for the purpose of illustrating portions of the self-balancing vehicle and environment structure which form no part of the claimed design.

**1 Claim, 8 Drawing Sheets**





FIG.1

Case: 1:20-cv-04806 Document #: 101-13 Filed: 11/19/20 Page 13 of 34 PageID #:3804



FIG.2



FIG.3



FIG.4



FIG.5



FIG.6



FIG.7

Case: 1:20-cv-04806 Document #: 101-13 Filed: 11/19/20 Page 19 of 34 PageID #:3810



FIG.8

US00D784195S

(12) **United States Design Patent**       (10) Patent No.:       **US D784,195 S**
Ying                                         (45) Date of Patent:     ** **Apr. 18, 2017**

(54) **HUMAN MACHINE INTERACTION VEHICLE**

(71) Applicant: **Hangzhou Chic Intelligent Technology Co., Ltd**, Yuhang Dist., Hangzhou, Zhejiang (CN)

(72) Inventor: **Jiawei Ying**, Hangzhou (CN)

(73) Assignee: **Hangzhou Chic Intelligent Technology Co., Ltd.**, Hangzhou, Zhejiang Province (CN)

(**) Term: **15 Years**

(21) Appl. No.: **29/556,275**

(22) Filed: **Feb. 29, 2016**

(30)        **Foreign Application Priority Data**

Oct. 9, 2015    (CN) .......................... 2015 3 0389352

(51) **LOC (10) Cl.** ............................................. **12-14**
(52) **U.S. Cl.**
USPC ......................................................... **D12/1**
(58) **Field of Classification Search**
USPC ...... D12/1, 5; D21/419, 421, 423, 426, 662, D21/760, 765, 766, 769, 771, 776, 803; 701/124; 280/87.042, 87.021, 87.041, 280/5.23, 5.39, 205, 209, 229, 266, 282, 280/851; 180/181, 5.26, 6.5, 7.1, 8.2, 180/65.8, 907, 218, 65, 13
CPC .... B62K 3/007; B62K 17/00; B62K 2202/00; B62D 51/001; B62D 51/02; B62D 61/00; A63C 17/0033; A63C 17/01; A63C 17/016; A63C 2203/40; A63C 17/12
See application file for complete search history.

(56)                **References Cited**

U.S. PATENT DOCUMENTS

8,738,278 B2 * 5/2014 Chen ................... B62K 11/007
                                                180/218
D737,723 S      9/2015 Ying et al.

D738,256 S      9/2015 Ying et al.
D739,906 S  *   9/2015 Chen ............................ D21/760
9,376,155 B2 *  6/2016 Ying ...................... B62K 3/007
9,403,573 B1 *  8/2016 Mazzei ............... B62D 51/02
2002/0008361 A1 * 1/2002 Smith ................... A63C 5/031
                                                280/14.21
2005/0242538 A1 * 11/2005 Hiramatsu ...... A63C 17/004
                                                280/92
2013/0238231 A1 *  9/2013 Chen ................... B62K 11/007
                                                701/124

(Continued)

FOREIGN PATENT DOCUMENTS

CN           302534790 S    8/2013

Primary Examiner — T. Chase Nelson
Assistant Examiner — Ania Aman
(74) Attorney, Agent, or Firm — Muncy, Geissler, Olds & Lowe, P.C.

(57)            **CLAIM**

The ornamental design for a human-machine interaction vehicle, as shown and described.

**DESCRIPTION**

FIG. **1** is a top plan view of a human-machine interaction vehicle showing my new design;
FIG. **2** is a bottom plan view thereof;
FIG. **3** is a front elevational view thereof;
FIG. **4** is a rear elevational view thereof;
FIG. **5** is a right side view thereof, the left side view being a mirror image thereof; and,
FIG. **6** is a top, rear, right perspective view thereof.
The broken lines are for the purpose of illustrating portions of the human-machine interaction vehicle and environmental structure which form no part of the claimed design.

**1 Claim, 6 Drawing Sheets**



**US D784,195 S**

Page 2

(56)     **References Cited**

U.S. PATENT DOCUMENTS

2016/0129963 A1 *   5/2016   Ying  ...................... B62K 3/007
                                                   180/6.5
2016/0325803 A1 *  11/2016   Waxman  ................. B62M 7/12

\* cited by examiner



FIG.1

Case: 1:20-cv-04806 Document #: 101-13 Filed: 11/19/20 Page 23 of 34 PageID #:3814



FIG.2



FIG.3



FIG.4



FIG.5



FIG.6

US00D785112S

(12) **United States Design Patent**      (10) Patent No.:      **US D785,112 S**
Ying                                      (45) Date of Patent:      ** **Apr. 25, 2017**

(54) **HUMAN-MACHINE INTERACTION VEHICLE**

(71) Applicant: **Hangzhou Chic Intelligent Technology Co., ltd**, Yuhang Dist, Hangzhou, Zhejiang (CN)

(72) Inventor: **Jiawei Ying**, Hangzhou (CN)

(73) Assignee: **Hangzhou Chic Intelligent Technology Co., Ltd.**, Hangzhou, Zhejiang Province (CN)

(**) Term: **15 Years**

(21) Appl. No.: **29/556,300**

(22) Filed: **Feb. 29, 2016**

(30)      **Foreign Application Priority Data**

Nov. 26, 2015      (CN) .......................... 2015 3 0481979

(51) **LOC (10) Cl.** ............................................. **21-02**
(52) **U.S. Cl.**
      USPC ...................................................... **D21/760**
(58) **Field of Classification Search**
      USPC ...... D21/419, 421, 423, 426, 760, 765, 766,
            D21/769, 771, 776, 803; D12/1
      CPC ..... A63C 17/01; A63C 17/12; A63C 2203/00;
            A63C 2203/011; A63C 2203/012; A63C
            2203/013; A63C 2203/40; A63C 2203/52;
            B62D 51/02; B62K 2202/00; B62K
            2207/00; B62K 2207/02; B62K 2207/04
      See application file for complete search history.

(56)      **References Cited**

U.S. PATENT DOCUMENTS

D535,714 S    *  1/2007  Cheng ........................ D21/763
7,481,291 B2 *  1/2009  Nishikawa ............. B62K 17/00
                                                    180/181
D601,922 S   * 10/2009  Imai ................................ D12/1

8,738,278 B2 *  5/2014  Chen ...................... B62K 3/007
                                                    180/218
D737,723 S   *  9/2015  Ying ................................ D12/1
D738,256 S   *  9/2015  Ying ................................ D12/1
D739,906 S   *  9/2015  Chen ........................... D21/760
9,376,155 B2 *  6/2016  Ying ..................... B62K 3/007
9,403,573 B1 *  8/2016  Mazzei ................. B62D 51/02
9,499,228 B2 * 11/2016  Chang .................. B62K 3/002
                                                    180/19.1
2007/0131461 A1 *  6/2007  Treadwell ........... B62B 5/005
2013/0238231 A1 *  9/2013  Chen ................... B62K 11/007
                                                    701/124
2015/0096820 A1 *  4/2015  Strack ................. G11C 7/1072
                                                    180/181

FOREIGN PATENT DOCUMENTS

CN          302534790 S      8/2013

* cited by examiner

*Primary Examiner* — Cynthia M Chin
(74) *Attorney, Agent, or Firm* — Muncy, Geissler, Olds & Lowe, P.C.

(57)      **CLAIM**

The ornamental design for a human-machine interaction vehicle, as shown and described.

**DESCRIPTION**

FIG. **1** is a top plan view of a human-machine interaction vehicle showing my new design;
FIG. **2** is a bottom plan view thereof;
FIG. **3** is a front elevational view thereof;
FIG. **4** is a rear elevational view thereof;
FIG. **5** is a right side view thereof, the left side view being a mirror image thereof; and,
FIG. **6** is a top, front, left perspective view thereof.
The broken lines are for the purpose of illustrating portions of the human-machine interaction vehicle and environmental structure which form no part of the claimed design.

**1 Claim, 6 Drawing Sheets**



Case: 1:20-cv-04806 Document #: 101-13 Filed: 11/19/20 Page 29 of 34 PageID #:3820



FIG.1



FIG.2

Case: 1:20-cv-04806 Document #: 101-13 Filed: 11/19/20 Page 31 of 34 PageID #:3822



FIG.3

Case: 1:20-cv-04806 Document #: 101-13 Filed: 11/19/20 Page 32 of 34 PageID #:3823



FIG.4



FIG.5



FIG.6