# SCHEDULE B

## EBAY

| No. | MERCHANT NAME | MERCHANT URL |
|---|---|---|
| 1. | cheapaanzee | https://www.ebay.com/usr/cheapaanzee |
| 2. | dam.store | https://www.ebay.com/str/mttechnologie |
| 3. | electrojungle | https://www.ebay.com/str/electrojungle |
| 4. | ell_jas | https://www.ebay.com/str/smretail83 |
| 5. | philadelphiabestdeals | https://www.ebay.com/usr/philadelphiabestdeals?_trksid=p2047675.l2559 |
| 6. | shop7pc | https://www.ebay.com/str/shop7pc |
| 7. | triplesemstore | https://www.ebay.com/str/triplesemstore |
| 8. | dingedanddented | https://www.ebay.com/str/dingedanddented |
| 9. | heartofdixi06 | https://www.ebay.com/str/tarheelfindz |
| 10. | orkmastermcgee | http://www.ebaystores.com/orksgaming |
| 11. | sdc4465 | https://www.ebay.com/usr/sdc4465?_trksid=p2047675.l2559 |
| 12. | adther42 | https://www.ebay.com/itm/Liegate-hoverboard-black-used-w-charger/383627294517?epid=6030522228&hash=item5951f7f735:g:ZToAAOSwygte5OV3 |
| 13. | andrew.a20 | https://www.ebay.com/usr/andrew.a20?_trksid=p2047675.l2559 |
| 14. | aprilrainfashions | http://www.ebaystores.com/aprilrainfashions |
| 15. | ariasupply | https://www.ebay.com/usr/ariasupply?_trksid=p2047675.l2559 |
| 16. | authenticbrandshop | https://www.ebay.com/usr/authenticbrandshop?_trksid=p2047675.l2559 |
| 17. | authorized_reseller | https://www.ebay.com/str/authorizedresellergadgets |
| 18. | ayalaida | https://www.ebay.com/usr/ayalaida?_trksid=p2047675.l2559 |
| 19. | beston-inc | https://www.ebay.com/str/bestoninc |
| 20. | bitsho_datk5o | https://www.ebay.com/str/bitshodatk5o |
| 21. | bleachfeet | https://www.ebay.com/str/bleachfeet |
| 22. | bubbleshaspower | https://www.ebay.com/usr/bubbleshaspower?_trksid=p2047675.l2559 |
| 23. | christp12 | https://www.ebay.com/usr/christp12?_trksid=p2047675.l2559 |
| 24. | computerswithoutboundaries | https://www.ebay.com/str/computerswithoutboundaries |
| 25. | creativisionlisa | https://www.ebay.com/usr/creativisionlisa?_trksid=p2047675.l2559 |
| 26. | easwhole_0 | https://www.ebay.com/usr/easwhole_0?_trksid=p2047675.l2559 |
| 27. | ecom-dcombiz | https://www.ebay.com/usr/ecom-dcombiz?_trksid=p2047675.l2559 |
| 28. | emaxusa2019 | https://www.ebay.com/usr/emaxusa2019?_trksid=p2047675.l2559 |
| 29. | finishlineindustriesinc | https://www.ebay.com/str/finishlineindustriesinc |

**SCHEDULE B**

| No. | MERCHANT NAME | MERCHANT URL |
|---|---|---|
| 30. | gear_teck_store | https://www.ebay.com/usr/gear_teck_store?_trksid=p2047675.l2559 |
| 31. | geeks | https://www.ebay.com/str/geeks |
| 32. | gr-8412 | https://www.ebay.com/usr/gr-8412?_trksid=p2047675.l2559 |
| 33. | thegetti56 | https://www.ebay.com/usr/thegetti56?_trksid=p2047675.l2559 |
| 34. | hoverboardworldinc-9 | https://www.ebay.com/usr/hoverboardworldinc-9?_trksid=p2047675.l2559 |
| 35. | li696269 | https://www.ebay.com/usr/li696269?_trksid=p2047675.l2559 |
| 36. | jeanpaulinamerica | https://www.ebay.com/usr/jeanpaulinamerica?_trksid=p2047675.l2559 |
| 37. | jnecmm2 | https://www.ebay.com/usr/jnecmm2?_trksid=p2047675.l2559 |
| 38. | jonathacot-8 | https://www.ebay.com/str/jcx |
| 39. | kimbojackson444 | https://www.ebay.com/usr/kimbojackson444?_trksid=p2047675.l2559 |
| 40. | kodebowe_0 | https://www.ebay.com/usr/kodebowe_0?_trksid=p2047675.l2559 |
| 41. | liketobuyit911 | https://www.ebay.com/usr/liketobuyit911?_trksid=p2047675.l2559 |
| 42. | microseldropship | https://www.ebay.com/str/mnwholesaleoutlet |
| 43. | motor99motor | https://www.ebay.com/str/motor99motor |
| 44. | napple-corp | https://www.ebay.com/usr/napple-corp?_trksid=p2047675.l2559 |
| 45. | olanwoka_0 | https://www.ebay.com/usr/olanwoka_0?_trksid=p2047675.l2559 |
| 46. | plothamer | https://www.ebay.com/usr/plothamer?_trksid=p2047675.l2559 |
| 47. | ridemall | https://www.ebay.com/usr/ridemall?_trksid=p2047675.l2559 |
| 48. | scottfisher136 | https://www.ebay.com/usr/scottfisher136?_trksid=p2047675.l2559 |
| 49. | secondarymarket | https://www.ebay.com/str/secondarymarket |
| 50. | sendeday | https://www.ebay.com/usr/sendeday?_trksid=p2047675.l2559 |
| 51. | stay_style | https://www.ebay.com/usr/stay_style?_trksid=p2047675.l2559 |
| 52. | stylehangar | https://www.ebay.com/usr/stylehangar?_trksid=p2047675.l2559 |
| 53. | tinesheart | https://www.ebay.com/str/tinesheartdeals |
| 54. | toykrazela | https://www.ebay.com/str/toykraze |
| 55. | vitcom2015 | https://www.ebay.com/str/vitcomelectronics |
| 56. | gaberra0 | https://www.ebay.com/usr/gabterra0?_trksid=p2047675.l2559 |
| 57. | digitaplus2018 | https://www.ebay.com/usr/digitalplus2018 |

**SCHEDULE B**

| No. | MERCHANT NAME | MERCHANT URL |
|---|---|---|
| 58. | liquidationdepotla | https://www.ebay.com/usr/liquidationdepotla?trksid=p204767 5.l2559 |
| 59. | therealbeerguy | https://www.ebay.com/usr/therealbeerguy?_trksid=p2047675.l2559 |
| 60. | gra2es2ocia2c | https://www.ebay.com/usr/gra2es2ocia2c?_trksid=p2047675.l2559 |