## SCHEDULE C

## AMAZON

| No. | MERCHANT NAME | MERCHANT SELLER ID | ASIN |
|---|---|---|---|
| 1. | XPRITINC | A1EZRL31KYDY | B07DLL1NTF; B07HLFSF8Z; B07HLC5V2T |

1

## SCHEDULE C

## WALMART

| No. | MERCHANT NAME | MERCHANT URL |
|---|---|---|
| 1. | CHO International Inc | https://www.walmart.com/reviews/seller/12692 |
| 2. | NHT | https://www.walmart.com/search?cat_id=0&facet=brand%3ANHT&query=nht&redirect=false |
| 3. | TPS Power Sports or Texas Power Sports | https://www.walmart.com/reviews/seller/101017621?offerId=7FC47383B4F845B3BDDDB8D189EDCE64 |