UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

ABC Corporation I, et al.

                                Plaintiff,

v.                                                       Case No.:
                                                            1:20−cv−04806

                                                            Honorable Thomas M. Durkin

The Partnership and Unincorporated Associations
Identified on Schedule "A", et al.

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, December 23, 2020:

      MINUTE entry before the Honorable Thomas M. Durkin: Telephone conference held on 12/23/2020. For the reasons stated on the record, Third Party Plaintiff eBay, Inc.'s Motion for Relief from the Preliminary Injunction Order [128], [129] is granted in part and denied in part. A revised proposed preliminary injunction order is to be submitted today with the changes outlined during the telephone conference. eBay is to comply with the new order by 12/28/2020, or within five days of the date of entry of the order. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.