HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| HANGZHOU CHIC INTELLIGENT TECHNOLOGY CO., LTD. and UNICORN GLOBAL, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | Case No.: 20-cv-4806 |
| v. | ) ) | Judge Thomas M. Durkin Magistrate Judge Jeffrey Cole |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A, | ) ) ) ) | **FILED UNDER SEAL** |
| Defendants. | ) ) | |

## <u>DECLARATION OF ARTHUR TAN-CHI YUAN</u>

I, Arthur Tan-Chi Yuan, declare as follows:

1.      I am one of the attorneys for Plaintiffs Hangzhou Chic Intelligent Technology Co. and Unicorn Global, Inc. I am an attorney licensed in Illinois and a native speaker of Chinese.

2.      I have personally reviewed all materials provided in the attached Exhibits.  If called as a witness, I could and would testify to the statements made herein.

3.      On September 22, 2020, Judge Seeger entered a temporary restraining order ("TRO") against Defendants on Schedule A and ordered Defendants to restrain from "offering for sale, selling, and importing any products not authorized by Plaintiffs and that include any reproduction, copy or colorable imitation of the design claimed in the Patents-in-Suit," and "aiding, abetting, contributing anymore in infringing upon the Patents-in-Suit."  Dkt. No. 42 ¶¶ 1-5.

4.      On October 6, 2020, Judge Seeger granted the motion to extend the TRO to October 20, 2020.  Dkt. No. 50.

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

5.      On October 24, 2020, Plaintiffs filed a motion for preliminary injunction against Defendants on Schedule A, with the scope of the Preliminary Injunction being substantially identical to the TRO entered September 22, 2020, while requesting to extending the TRO when the preliminary injunction motion is pending.

6.      However, upon investigation, during the effective period of the TRO, after the following Defendants' assets were frozen in one platform (i.e., Walmart), Plaintiffs identified instances where the Defendants moved at least one infringing product' listing in another platform (i.e., eBay):

| Platform in Schedule A | Store Name in Schedule A | New Platform | Store name in new platform | Product |
|---|---|---|---|---|
| Walmart | NHT (#4) | eBay | nhtusa | Exhibit 1 |
| Walmart | TPS (#6) | eBay | tbbinc | Exhibit 2 |
| Walmart | UNKNOWN | eBay | techclic | Exhibit 3 |

7.      Additionally, the following online stores that previously operated on Amazon are now selling infringing products on eBay that carry the same branded products as previously listed online stores on Amazon:

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

| eBay Platform | | | |
|---|---|---|---|
| **Store Name** | **Brand** | **Store URL** | **Product Web Capture** |
| carrie_yux-5 | **GYROOR** | https://www.ebay.com/usr/carrie_yux-5?_trksid=p2047675.l2559 | Exhibit 4 |
| gabterra0 | **GYROOR** | https://www.ebay.com/usr/gabterra0?_trksid=p2047675.l2559 | Exhibit 5 |
| mijia_store | **GYROOR** | https://www.ebay.com/usr/mijia_store?_trksid=p2047675.l2559 | Exhibit 6 |
| pauta60 | **GYROOR** | https://www.ebay.com/usr/pauta60?_trksid=p2047675.l2559 | Exhibit 7 |
| skateboardstore2012 | **GYROOR** | https://www.ebay.com/usr/skateboardstore2012?_trksid=p2047675.l2559 | Exhibit 8 |
| smg-store | **GYROOR** | https://www.ebay.com/usr/smg-store?_trksid=p2047675.l2559 | Exhibit 9 |
| strongjennie | **GYROOR** | https://www.ebay.com/usr/strongjennie?_trksid=p2047675.l2559 | Exhibit 10 |
| digitalplus2018 | **TOMOLOO** | https://www.ebay.com/usr/digitalplus2018 | Exhibit 11 |
| liquidationdepotla | **TOMOLOO** | https://www.ebay.com/usr/liquidationdepotla?_trksid=p2047675.l2559 | Exhibit 12 |
| therealbeerguy | **GYROOR** | https://www.ebay.com/usr/therealbeerguy?_trksid=p2047675.l2559 | Exhibit 13 |
| 2013tankstrong001 | **GYROOR** | https://www.ebay.com/usr/2013tankstrong001?_trksid=p2047675.l2559 | Exhibit 14 |

8. In addition, while Amazon.com complied with the TRO on October 6, 2020 by providing information of the Defendants and an accounting of the monetary assets that were frozen by Amazon.com on its payment system, Amazon.com has yet to provide an accounting of the inventory of the online stores or remove the product listings. As a result, the following Defendants created or moved their inventories to new or different online store names as listed in the Schedule A to further their infringing activities:

A: GYROOR US

| Amazon | | | |
|---|---|---|---|
| **Store Name on Schedule A** | **Brand** | **ASIN** | **Seller ID** |
| GYROOR US (#2) | GYROOR | B07PHFP8GB | A57BIIPQ5F3FT |

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

| Amazon | | | |
|---|---|---|---|
| **New Store Name** | **Brand** | **ASIN** | **Seller ID** |
| JIANGYOU-US | GYROOR | B07PHFP8GB | A2WDDE8MIQH0TE |
| RUNCHENYUN | GYROOR | B07PHFP8GB | AW9IVF0R92969 |

*See also* Exhibit 15 for the web product capture showing the new store names that offer selling of the infringing product.

B. TOMOLOO INT

| Amazon | | | |
|---|---|---|---|
| **Store Name on Schedule A** | **Brand** | **ASIN** | **Seller ID** |
| TOMOLLO INT (#11) | TOMOLOO | B078JVPSP1 | A35351AV5611LB |

| Amazon | | | |
|---|---|---|---|
| **New Store Name** | **Brand** | **ASIN** | **Seller ID** |
| TOMOLOO Official | TOMOLOO | B078JVPSP1 | A22EGLUS9AQ3WA |

*See also* Exhibit 16 for the web product capture showing the new store names that offer selling of the infringing product.

C. TOMOLOO-US

| Amazon | | | |
|---|---|---|---|
| **Store Name on Schedule A** | **Brand** | **ASIN** | **Seller ID** |
| TOMOLLO-US (#7) | TOMOLOO | B078H1YQPG | A2FO3ELK9A4COF |

| Amazon | | | |
|---|---|---|---|
| **New Store Name** | **Brand** | **ASIN** | **Seller ID** |
| TOMOLOO | TOMOLOO | B078H1YQPG | AID3SH3YPRL1E |

*See also* Exhibit 17 for the web product capture showing the new store names that offer selling of the infringing product.

D. GCM Wholesale INC. (we record serial number).

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

| Amazon | | | |
|---|---|---|---|
| **Store Name on Schedule A** | **Brand** | **ASIN** | **Seller ID** |
| GCM Wholesale INC. (we record serial number) (#17) | VOYAGER | B07NPYWW6K | A2FO3ELK9A4COF |

| Amazon | | | |
|---|---|---|---|
| **New Store Name** | **Brand** | **ASIN** | **Seller ID** |
| EastCoastLiquidation | VOYAGER | B07NPYWW6K | A1KQ96CPK1QA8N |
| THE E-COM STORE | VOYAGER | B07NPYWW6K | A2ZWS25YG0P5DE |

*See also* Exhibit 18 for the web product capture showing the new store names that offer selling of the infringing product.

9.      Lastly, Plaintiffs' attorneys do not have contact information for many of the Defendants, who, on information and belief, are based outside of the United States.  Plaintiffs' attorneys have served discovery on online marketplaces to obtain contact information for Defendants utilizing those marketplaces.   Regardless, as has been seen in similar matters Plaintiffs are pursuing, notifying Defendants of the litigation when no protections against asset transfer are in place invites Defendants to transfer their assets, thereby evading the Court's jurisdiction.


I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 24, 2020 in Hong Kong, S.A.R..

/s/ Arthur Tan-Chi Yuan
Arthur T. Yuan.

# EXHIBIT 1

# FILED UNDER SEAL

# HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



Payments:

**PayPal CREDIT**

*No Interest if paid in full in 6 months on $99+. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. | Learn more

Returns: 30 day returns. Buyer pays for return shipping | See details

---

Sponsored items from this seller 1/2                                    Feedback on our suggestions

     

| NHT Rechargable Electric 6.5" Kids... | Electric 6.5" Kids Balancing Scooter... | 2020 Electric 6.5" Balancing Scooter... | Spider Series Electric 6.5" Balancing Scoote... | Electric 8.5" Off Road Balancing Scooter... | NHT Electric Lightweight Foldable... |
|---|---|---|---|---|---|
| $99.00 | $99.00 | $98.00 | $148.00 | $199.00 | $259.00 |
| ~~$149.00~~ | | | | | |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping | Free shipping |
| | | | | | Popular |

---

**Description**   **Shipping and payments**                                        Report item

Seller assumes all responsibility for this listing.                    eBay item number: 254713518036

Last updated on Sep 23, 2020 13:41:55 PDT View all revisions

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is ... Read more | MPN: | Does Not Apply |
| Suitable For: | Kids & Adults | Brand: | NHT |

- **Built-In Bluetooth Speaker** connects to all mobile devices so you can ride and play tunes in style.
- **SAFETY** - Our Hoverboards are Safety Certified
- **ADVANCED SELF BALANCING** - Our advanced self balancing system makes it easier than ever for beginners to learn to ride.
- **PERFORMANCE** - 36V/2.0Ah Li-ion rechargable batteries, Includes Charger, Dual 300 Watt Motors. Up to 6 MPH, Weight Min/Max 44lbs-200lbs.
- **DESIGN & STYLE** - Built with our 6.5" never flat rubber tires and high intensity LED head lights provide a safer and cooler ride.

   Specifications

   Wheel size: 6.5" Vacuum Never Flat Tire

   Product Weight: 22lbs

   Battery: 36v/2.0Ah

   Range: Up to 7 Miles (Full Charge) (Range will vary depending on rider weight)

   Max 200 lbs

   Max climbing angle: 17 degrees

   Charging time: 3-4 Hours

   Motor: 2 x 300 Watt

   UL Certified



Feedback

Max 200 lbs

Max climbing angle: 17 degrees

Charging time: 3-4 Hours

Motor: 2 x 300 Watt

UL Certified

**Package Includes**

1x Hoverboard

1 x Manual

1 x Charger

**Click Here** to **view UL Certification**

---

Sponsored items based on your recent views 1/3

Feedback on our suggestions

     

| DOC Hoverboard Self Balancing Scooter... | TBB Hoverboard Electric Smart Self-... | Hover-1 ALL-STAR Hoverboard Electric... | NHT Rechargable Electric 6.5" Kids... | Electric 6.5" Kids Balancing Scooter... | 6.5" Electric Hoverboard Bluetooth... |
|---|---|---|---|---|---|
| $98.00 | $99.19 ~~$109.00~~ | $89.99 | $99.00 ~~$149.00~~ | $99.00 | $109.99 |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping | Free shipping |
| New | Seller 100% positive | Seller 100% positive | New | New | New |

---

Explore more sponsored options:

     

| Electric 6.5" Kids Balancing Scooter... | 6.5" Hoover board Hoverboard Electric... | 6.5" Electric Hoverboard Self-... | NHT Rechargable Electric 6.5" Kids... | Open Box Swagtron T580 Hoverboard... | 6.5" Electric Hoverboard Bluetooth... |
|---|---|---|---|---|---|
| $99.00 | $129.99 | $129.99 | $99.00 ~~$149.00~~ | $129.99 | $109.99 |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping | Free shipping |

Feedback

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Explore more sponsored options:

     

| Electric 6.5" Kids Balancing Scooter... | 6.5" Hoover board Hoverboard Electric... | 6.5" Electric Hoverboard Self-... | NHT Rechargable Electric 6.5" Kids... | Open Box Swagtron T580 Hoverboard... | 6.5" Electric Hoverboard Bluetooth... |
|---|---|---|---|---|---|
| $99.00 | $129.99 | $129.99 | $99.00 | $129.99 | $109.99 |
| Free shipping | Free shipping | Free shipping | ~~$149.00~~ | Free shipping | Free shipping |
| | | Popular | Free shipping | Popular | |

People who viewed this item also viewed 1/2

Feedback on our suggestions

     

| Electric 6.5" Kids Balancing Scooter... | NHT Rechargable Electric 6.5" Kids... | 6.5" Electric Hoverboard Bluetooth... | Electric Balancing Scooter 6.5" with... | 2020 Electric 6.5" Balancing Scooter... | 6.5" Electric Balancing Scooter with LED Light... |
|---|---|---|---|---|---|
| $99.00 | $99.00 | $109.99 | $99.95 | $98.00 | $89.95 |
| Free shipping | ~~$149.00~~ | Free shipping | Free shipping | Free shipping | Free shipping |
| | Free shipping | | | | |

This is a private listing and your identity will not be disclosed to anyone except the seller.

Back to home page                                                                                           Return to top

More to explore : Self-Balancing Scooters, Smart Balance Scooter, Kids Scooter, Electric Self Balancing Scooters, Smart Balance Wheel Electric Scooters, Rechargeable LED Camping & Hiking Flashlights, Rechargeable LED Camping & Hiking Headlamps, USB Rechargeable LED Camping & Hiking Flashlights, Orange Rechargeable LED Camping & Hiking Headlamps, LED Bicycle Lights & Reflectors with Rechargeable Batteries

About eBay   Announcements   Community   Security Center   Resolution Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ

Feedback



# EXHIBIT 2

# FILED UNDER SEAL

# HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY







HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Payments:

**PayPal CREDIT**

*No Interest if paid in full in 6 months on $99+. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Returns: 30 day returns. Buyer pays for return shipping | See details

---

**Related sponsored items** 1/2

Feedback on our suggestions

    

| Hover-1 HELIX Hoverboard Electric... | Hover-1 LIBERTY Hoverboard Electric... | Hover-1 HORIZON Hoverboard Electric... | 6.5" Bluetooth Hoverboard Self... | 6.5" Hoverboard Bluetooth Self Balanc... | 36V 4.4AH Lithium-Ion Battery For Smart Self... |
|---|---|---|---|---|---|
| $94.99 | $84.99 | $139.99 | $109.99 | $109.99 | $34.39 |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping | ~~$39.99~~ |
| Popular | Popular | | | | Free shipping |
| | | | | | Popular |

---

**Description** | Shipping and payments

Report item

eBay item number: 333599619086

Seller assumes all responsibility for this listing.

Last updated on Sep 08, 2020 11:21:15 PDT View all revisions

**Item specifics**

| | | | |
|---|---|---|---|
| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is ... Read more | Model: | TBB |
| Suitable For: | Kids | MPN: | Does not apply |
| Type: | Hoverboard | Brand: | TBB |

Hoverboards are the next generation solution to simply walking. Travel in style with our self-balance technology learning has never been easier. Fast enough to take you where ever in no time, silent enough to be used in an office environment without bothering others. Join us in the revolution of the hoverboard, let nothing stand in your way. This is an excellent product for beginners, UL-Certified means it is a safe choice. Easy to learn and perfect for inner city travel that requires portability and speed.

- **UL-2272 Certified:** This product has undergone electrical and fire-safety testing and has received UL Certification.
- **Eco-friendly:** It uses the technology of self-balancing and electric drive which makes it environmentally friendly.
- **Max. Speed:** It is convenient and portable going up to 6.5 mph/hour.
- **Mileage:** Depending on the rider's weight and the road conditions, you can travel 10-15miles.
- **Fast Charge Time:** The Charging Voltage is AC100-240V or 50-60HZ. Average charging time is 2-3 hours.
- **Three Month Warranty:** All of our hoverboards come with a three month warranty.
- **Size:** The size of the hoverboard is 584x186x178 mm while the tire size is 170 mm.
- **What's inside:** The packaging includes one hoverboard, a charging adapter, and a user manual.

**What you get out of the box?**

- One(1) Hoverboard
- One(1) Charger
- One(1) User Manual

Feedback 

**Safety Certified Hoverboard self balancing scooter**

100% Brand New and High Quality

---

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**What you get out of the box?**

- One(1) Hoverboard
- One(1) Charger
- One(1) User Manual

**Safety Certified Hoverboard self balancing scooter**

100% Brand New and High Quality

It uses the technology of self-balancing and electric drive which makes it environmental friendly.

**Features:**

Safety CERTIFIED

100% Brand New and High Quality

High Technology Self Balancing

Electric Drive and Environment Friendly Design

Convenient and Portable Transportation

**Package included:**

Hoverboard x1

Charger x1

User Manual x1

Click Here For UL CERTIFICATE

http://database.ul.com/cgi-bin/XYV/template/LISEXT/1FRAME/index.htm
[link removed by eBay]

## Payment

We accept PayPal only!

## Shipping

Free Standard Shipping (UPS / FEDEX Ground or UPS / FEDEX Home Delivery®)
We only ship the item to the Paypal Verified address that is sent to us at the time of checkout. Please verify the correct shipping address in your PayPal account before making your payment. If we ship your item to an old or invalid address and you are not able to locate the item, we are not responsible for shipping a replacement.

## Return

30 days money back or replacement, buyer pays return shipping.

Item must be in original condition, all parts and packing material must be included.




HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Sponsored items based on your recent views 1/2                    Feedback on our suggestions

     

| Hover-1 ALL-STAR Hoverboard Electric... | Hover-1 HELIX Hoverboard Electric... | Rechargable 6.5" Kids Balancing Scooter... | 6.5" Chrome Hoverboard Bluetooth... | 6.5" Bluetooth Electric Hoverboard Self... | 6.5" Electric Hoverboard Bluetooth... |
|---|---|---|---|---|---|
| $89.99 | $94.99 | $99.00 | $119.99 | $109.99 | $109.99 |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping | Free shipping |
| Seller 100% positive | Seller 100% positive | New | New | New | New |

### Explore more sponsored options:

     

| 6.5" Hoover board Hoverboard Electric... | 6.5" Electric Hoverboard Self-... | 6.5" Bluetooth Electric Hoverboard Self... | Hover-1 HORIZON Hoverboard Electric... | 6.5" Bluetooth Hoverboard LED... | 6.5" Electric Hoverboard Bluetooth... |
|---|---|---|---|---|---|
| $129.99 | $129.99 | $109.99 | $139.99 | $109.99 | $109.99 |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping | Free shipping |
| | Popular | Popular | | | |

People who viewed this item also viewed 1/2                    Feedback on our suggestions

    

| 6.5" Electric | Hoverboard Electric | Flat Design Hoverboard | 6.5" Bluetooth Electric | Rechargable 6.5" Kids | Electric 6.5" Kids |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| $129.99 | $129.99 | $109.99 | $139.99 | $109.99 | $109.99 |
|---|---|---|---|---|---|
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping | Free shipping |
| | Popular | Popular | | | |

### People who viewed this item also viewed 1/2

Feedback on our suggestions

     

| 6.5" Electric Hoverboard Bluetooth... | Hoverboard Electric Self Balancing Scoote... | Flat Design Hoverboard Electric Self Balancing... | 6.5" Bluetooth Electric Hoverboard Self... | Rechargable 6.5" Kids Balancing Scooter... | Electric 6.5" Kids Balancing Scooter... |
|---|---|---|---|---|---|
| $109.99 | $50.00 | $109.00 | $109.99 | $99.00 | $99.00 |
| Free shipping | + shipping        1 bid | Free shipping | Free shipping Popular | Free shipping | Free shipping |

### More from this seller

Feedback on our suggestions

  

| Electric Portable Rechargeable Folding... | 10" Wheels Electric Portable Rechargeabl... | 2-Level Speed Sea Scooter Orange |
|---|---|---|
| $259.00 | $349.00 | $319.00 |
| Free shipping | Free shipping | Free shipping |

Back to home page                                                                            Return to top

More to explore : Electric Self Balancing Scooters, Mini Smart Self Balancing Scooter, Self-Balancing Scooters, Smart Balance Wheel Electric Scooters, Smart Balance Board Electric Scooters, Smart Electric Scooters, Hoverboard, Hoverboard Charger, Electric Scooters, Onewheel Electric Scooters

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ

Feedback



Norton SECURED

---

# EXHIBIT 3

# FILED UNDER SEAL

# HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



Document title: DOC Hoverboard Self Balancing Scooter Speaker LED Light UL 2272 certified | eBay
Capture URL: https://www.ebay.com/itm/DOC-Hoverboard-Self-Balancing-Scooter-Speaker-LED-Light-UL-2272-certified/164323746912?_trkparms=ispr…
Capture timestamp (UTC): Wed, 30 Sep 2020 21:07:34 GMT

Returns: 30 day returns. Buyer pays for return shipping | See details

---

Sponsored items from this seller 1/2                                    Feedback on our suggestions

   

| DOC Flat Hoverboard Self Balancing Scoote... | DOC Spider Hoverboard Self... | Adjustable Hovercart Seat hover cart For Sel... | Hovercart Seat Attachment Holder for... | Electric Scooter Fold- able Lightweight Digit... | Seascooter Electric Underwater Scooter... |
|---|---|---|---|---|---|
| $98.00 | $148.00 | $49.00 | $49.00 | $259.00 | $298.00 |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping | Free shipping |
| | | | | Popular | Popular |

---

| Description | Shipping and payments | | Report item |
|---|---|---|---|

eBay item number: 164323746912

Seller assumes all responsibility for this listing.

Last updated on Sep 29, 2020 10:10:37 PDT  View all revisions

| Item specifics | | | |
|---|---|---|---|
| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is ... Read more | MPN: | Does Not Apply |
| Brand: | TechClic | | |

### Feature

- Safety Certified The certified hoverboard meets UL 2272 standards for quality charging and electrical performance. Charger included.
- Built in wireless speaker is for you to enjoy your favorite music or books without wearing headphones.
- The wheels flash randomly make you the eye-catcher in crowds and the travel more fun, they are also can be signals at night to protect your safety.
- LED FRONT LIGHT: Is designed for maximum performance and durability to ensure that you are receiving only the highest quality of products
- Buy with Confidence, We provides professional and fast customer services. Any Problem just don't hesitate to contact us.
- Item is UL 2272 certified  Clik Here  to view UL Certification https://iq2.ulprospector.com

### Payment

We only accept PayPal.

### Shipping

All packaged are signature required. Buyers are responsible to sign for the packages. Free Standard Shipping (UPS / FEDEX Ground or UPS / FEDEX Home Delivery®)
We only ship the item to the Paypal Verified address that is sent to us at the time of checkout. Please verify the correct shipping address in your PayPal account before making your payment. If we ship your item to an old or invalid address and you are not able to locate the item, we are not responsible for shipping a replacement.

### Return

If you are not entirely satisfied with your purchase, we're here to help. You have 30 calendar days to return an item from the date you received it. To be eligible for a return, your item must be unused and in the same condition that you receive it. Your item must be in the original packaging. Please contact us in 5 days after you receive an unsatisfied item.




---

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

responsible for shipping a replacement.

**Return**

If you are not entirely satisfied with your purchase, we're here to help. You have 30 calendar days to return an item from the date you received it. To be eligible for a return, your item must be unused and in the same condition that you receive it. Your item must be in the original packaging. Please contact us in 5 days after you receive an unsatisfied item.

---

Sponsored items based on your recent views 1/3                    Feedback on our suggestions

     

| TBB Hoverboard Electric Smart Self... | Hover-1 ALL-STAR Hoverboard Electric... | Hover-1 HELIX Hoverboard Electric... | Hover-1 LIBERTY Hoverboard Electric... | Hover-1 ULTRA Hoverboard Electric... | DOC Flat Hoverboard Self Balancing Scoote... |
|---|---|---|---|---|---|
| $99.19 | $89.99 | $94.99 | $84.99 | $109.99 | $98.00 |
| $109.00 | Free shipping | Free shipping | Free shipping | Free shipping | Free shipping |
| Free shipping | Seller 100% positive | Seller 100% positive | Seller 100% positive | Seller 100% positive | New |
| Seller 100% positive | | | | | |

---

Explore more sponsored options:

       

| Hover-1 LIBERTY Hoverboard Electric... | DOC Flat Hoverboard Self Balancing Scoote... | Hover-1 ULTRA Hoverboard Electric... | Hover-1 HELIX Hoverboard Electric... | Jetson Rave Extreme Terrain Scooter Board... | Hover-1 ALL-STAR Hoverboard Electric... |
|---|---|---|---|---|---|
| $84.99 | $98.00 | $109.99 | $94.99 | $108.89 | $89.99 |
| Free shipping | Free shipping | Free shipping | Free shipping | + shipping | Free shipping |
| Popular | Popular | Popular | Popular | Last one | Popular |



Feedback

---

People who viewed this item also viewed 1/2                    Feedback on our suggestions

   

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| $84.77 | $78.00 | $109.77 | $74.77 | $108.87 | $87.77 |
|---|---|---|---|---|---|
| Free shipping | Free shipping | Free shipping | Free shipping | + shipping | Free shipping |
| Popular | | Popular | Popular | Last one | Popular |

---

### People who viewed this item also viewed 1/2

Feedback on our suggestions

      

| Hover-1 LIBERTY Hoverboard Electric... | Hover-1 ALL-STAR Hoverboard Electric... | Hover-1 HELIX Hoverboard Electric... | DOC Flat Hoverboard Self Balancing Scoote... | Hover-1 ULTRA Hoverboard Electric... | 6.5" Bluetooth Hoverboard Self... |
|---|---|---|---|---|---|
| $84.99 | $89.99 | $94.99 | $98.00 | $109.99 | $119.97 |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping | Free shipping |
| Popular | Popular | Popular | | Popular | |

---

### More from this seller

Feedback on our suggestions

 

| Electric Scooter Fold-able Lightweight Digit... | Twist to Power 350Watt eBike Motor Electric... | Electric Bike eBike Light Style 250W Shimano... |
|---|---|---|
| $259.00 | $399.00 | $1,856.00 |
| Free shipping | Free shipping | Free shipping |
| Popular | Popular | |

---

Back to home page                                                        Return to top

More to explore : Self-Balancing Scooters, Electric Self Balancing Scooters, Two Wheel Self Balancing Scooter, Mini Smart Self Balancing Scooter, Hoverboard, Hoverboard with Bluetooth, Scooters, Electric Scooters, Bike LED Lights, Kids Scooter

About eBay   Announcements   Community   Security Center   Resolution Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ



# EXHIBIT 4

# FILED UNDER SEAL

# HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Hi Arthur! Sell Watchlist My eBay

Search for anything | All Categories

Back to home page | Listed in category: Sporting Goods > Outdoor Sports > Scooters > Electric Scooters

Have one to sell? Sell now

## T580 Off Road Scooter Music Speaker LED Lights 6.5 inch UL2272 CERTIFICATED

Condition: New

Color: Black

Quantity: 1 2 available

Price: US $259.00

No Interest if paid in full in 6 mo on $99+*

Buy It Now

Add to cart

Add to Watchlist

2-year protection plan from SquareTrade - $20.99

Free shipping and returns | Ships from United States

You'll earn $2.59 in eBay Bucks. See conditions

Shipping: FREE Standard Shipping | See details
Item location: Rowland Heights, California, United States
Ships to: United States See exclusions

Delivery: Estimated between **Mon. Oct. 26** and **Wed. Oct. 28** to 60605

Payments: PayPal VISA

PayPal CREDIT
*No Interest if paid in full in 6 months on $99+. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Returns: Free 30 day returns | See details

Shop with confidence

Top Rated Plus
Trusted seller, fast ship
easy returns. Learn mo

eBay Money Back Gu
Get the item you order
your money back. Lear

**Seller information**
carrie_yux-5 (247 ★)
100% Positive feedback

Save this Seller
Contact seller
Visit store
See other items

## Related sponsored items

8.5" Electric Bluetooth Speaker Scooter...
$199.99
Free shipping

Hyper gogo 6.5" Scooter Hoover Board with UL227...
$189.00
Free shipping

Ninebot by Segway ES1/ES2 External Optional...
$239.95
~~$239.99~~
Free shipping

Hyper gogo 6.5" Scooter Hoover Board with UL227...
$189.00
Free shipping

Hover-1 HELIX Hoverboard Electric Self Balancing...
$94.99
Free shipping
Popular

Hover-1 HOF Hoverboard
$139.99
Free shippin
Popular

Description | Shipping and payments

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

10/22/2020                         T580 Off Road Scooter Music Speaker LED Lights 6.5 inch UL2272 CERTIFICATED | eBay

eBay item number:  1144

Seller assumes all responsibility for this listing.

Last updated on  Oct 21, 2020 09:54:08 PDT  View all revisions

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is … Read more | Brand: | Unbranded |
| MPN: | Does Not Apply | Model: | T580 |
| Type: | 2wheel scooter | | |

| | | | | |
|---|---|---|---|---|
| Ninebot by Segway ES2 Foldable Electric Scooter-Left Rear fork LED | Ninebot by Segway ES2 Foldable Electric Scooter-Charger Assembly | Solomark 1.25 Inch 4pcs Color Filter Set for Telescope Eyepiece - No.12 Yellow, | Ninebot GoKart Kit convert your Ninebot Mini Pro into a Go Kart for kids & adult | Gosky Deluxe Adjustable Laser Bracket/Finder Scope Bracket 5m |
| 13.39 USD | 51.58 USD | 23.16 USD | 799.0 USD | 21.05 USD |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping |

*GYROOR T580 HOVERBOARD SELF BALANCING SCOOTER WITH MUSIC SPEAKER LED LIGH WHEEL ELECTRIC SCOOTER FOR KIDS ADULT - UL2272 CERTIFICATED*

### Feature:

**SMART APP CONTROLLED** - This self balancing scooter comes with an efficient app that helps you stay in control, giving you the ability to change modes, check b light colors and adjust speed with ease.

. **FOR ALL RIDERS** – Coming with 2 modes, the children mode makes this hover board easy to control for a first-timer or a kid rider. While its adult mode allows exp

. **MUSIC SPEAKER INCLUDED** - For the music lovers, the Gyroor Swift spots a built-in branded high quality music speaker that allows you play music when riding

. **SELF BALANCING BOARD** - We have adopted the self balancing technology to make this hoverboard easier and safer for new riders. Perfect your balancing with a

. **SAFETY CERTIFIED** – This UL2272 certified hover board has passed strict electrical and safety test to protect charging and rides. If you feel this hoverboard is not us.

### Specifications:

. **Safety** : UL 2272 Certified Hoverboards

Click here to view the UL2272 certified  https://img1.tongtool.com/v/qoqswrxvosqsqnqzouuuzxwrqtwsxustxuupPNGK.png

. **Lithium-Ion Battery**: 2.0Ah/36V (Chinese Cells)

. **Motor**: 250W*2 Motors

. **LED**: Colors Adjustable by APP

. **Bluetooth Speaker:** Pro Bluetooth Speaker

. **Distance on Full Charge:** 5~7.5 Miles

. **Max Speed:** 8 Miles/Hour

. **Charging Time:** 1.5 to 2 Hours

. **Charging Voltage:** AC100 to 240V/50-60Hz

. **Driving Mode:** Adjustable Speeds by App

. **Max Load:** 265 Pounds

T580 Off Road Scooter Music Speaker LED Lights 6.5 inch UL2272 CERTIFICATED | eBay

. **Max Climbing Angle:** 15~30 °

. **Water Resistant:** IP54

. **Frame Material:** Aluminum

. **Tires:** 6.5 inch Rubber Tires

. **Product Dimensions:** 26 Inch x 9 Inch X 8.86 Inch

. **Net Weight:** 15.8 Pounds.

. **Color: Black/Pink**

Back to home page

More to explore :  Off Road Scooter In Electric Scooters,  Off Road Scooter In Gas Scooters,  Off Road Scooter In Kick Scooters,  Razor Off Road Kick Scooters,
1.50 Inch Stroke 6.5 Inch Bicycle Rear Shocks,  Scooters,  Electric Scooters,  Bike LED Lights,  Kids Scooter,  Onewheel Electric Scooters

About eBay   Announcements   Community   Security Center   Resolution Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ



# EXHIBIT 5

# FILED UNDER SEAL

# HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Hi Arthur! Sell Watchlist My eBay

Search for anything | All Categories

Back to home page | Listed in category: Sporting Goods > Outdoor Sports > Scooters > Electric Scooters

$ Have one to sell? Sell now

# scooter, with Music Speaker LED Lights, 6.5 inch

Condition: New

Suitable For: - Select -

Quantity: 1 5 available

Price: US $219.00

No Interest if paid in full in 6 mo on $99+*

Buy It Now

Add to cart

Add to Watchlist

2-year protection plan from SquareTrade - $15.99

New condition

Bucks You'll earn $2.19 in eBay Bucks. See conditions

Shipping: FAST 'N FREE
Guaranteed by Tue. Oct. 27 | See details
Item location: Lincolnton, North Carolina, United States
Ships to: United States See exclusions

Payments: PayPal VISA Pay on pickup

PayPal CREDIT
*No Interest if paid in full in 6 months on $99+. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Returns: Seller does not accept returns | See details

Shop with confidence

eBay Money Back Gu
Get the item you order
your money back. Lear

**Seller information**
gabterra0 (105 ★)
97.2% Positive feedback

Save this Seller
Contact seller
See other items

## Related sponsored items

Hyper gogo 6.5" Scooter Hoover Board with...
$189.00
Free shipping

TWO DOTS 6.5" Electric Scooter w/ Bluetooth...
$229.99
Free shipping

8.5" Electric Bluetooth Speaker Scooter Offroad...
$199.99
Free shipping

Hyper gogo 6.5" Scooter Hoover Board with UL227...
$189.00
Free shipping

TWO DOTS 6.5" Electric Scooter w/ Bluetooth...
$229.99
Free shipping

10-Inch Elec
Solid Tire 10
$43.32
~~$45.60~~
+ $2.99 ship

Description | Shipping and payments



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

10/22/2020        scooter, with Music Speaker LED Lights, 6.5 inch | eBay

eBay item number: **3837**

Seller assumes all responsibility for this listing.

Last updated on   Oct 16, 2020 01:25:43 PDT   <u>View all revisions</u>

## Item specifics

| | | | |
|---|---|---|---|
| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is … <u>Read more</u> | Model: | FLAT |
| Battery reminder: | LED Light | Country/Region of Manufacture: | United States |
| Features: | Single Body Design, B07C3C861F | Wattage: | 2*300 Watts |
| Battery: | UL Certified 36V/2AH Lithium Battery | Max Speed: | 12Km/h |
| Max. Load: | 200 lbs | Certificate Standard: | CE、RoHS、FCC、UL2272 |
| Color: | Multi-Color | Featured Refinements: | UL2272 |
| MPN: | B07C3C861F | Type: | Hoverboard |
| Brand: | Gyroor | Investigation On Outline: | UL 2272 |

- SMART APP CONTROLLED - This self balancing scooter comes with an efficient app that helps you stay in control, giving you the ability to change modes, check batteries, see the real speed, Changing led light colors and adjust speed with ease.
- FOR ALL RIDERS - Coming with 2 modes, the children mode makes this hover board easy to control for a first-timer or a kid rider. While its adult mode allows expert riders easily perform hoverboard tricks.
- MUSIC SPEAKER INCLUDED - For the music lovers, the Gyroor Swift spots a built-in branded high quality music speaker that allows you play music when riding the hoverboard.
- SELF BALANCING BOARD - We have adopted the self balancing technology to make this hoverboard easier and safer for new riders. Perfect your balancing with a full rest of mind!
- SAFETY CERTIFIED - This UL2272 certified hover board has passed strict electrical and safety test to protect charging and rides. If you feel this hoverboard is not performing to standard, feel free to contact us

## Product Description

 

Are you looking for the safest hoverboard to get around the world? This GYROOR Swift T580 Hoverboard is exactly what you are looking for!

GYROOR focuses on providing high quality, high safety product and best service to riders, all products are strictly related to the safety tests. With high-tech electric,anti-fire shell protection, and UL certified that make T580 absolutely safe and harmless for all riders.



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

10/22/2020        scooter, with Music Speaker LED Lights, 6.5 inch | eBay

**GYROOR's committed to make rider's life more comfortable and convenient.**

Dual shinny wheels design, easy to control your balance, move forward or backward by your body posture. Ride on premium self balancing GYROOR Swift T580 hoverboard, Ride with your Dream!



### Colorful LED Lights

Bright LED headlights and flashing wheels are super fun, is also a signal of protecting yourself that makes you feel safe in dark, illuminate your evening journeys.For the hoverboard enthusiasts,the LED flashing lights would make the hoverboard be cool device.

- Water Resistant: IP54
- Max Load: 220 Pounds
- Motor: 250W*2 Motors
- Frame Material: Aluminum
- Charging Time: 1.5 to 2 Hours
- LED Lights: Colors Adjustable by APP
- Distance on Full Charge: 5~7.5 Miles
- Safety : UL 2272 Certified Hoverboard

### Powerful Battery

Using the certified lithium-ion Battery, provides T580 more powerful. The smart battery system provides battery long life time and more reliable quality for the rider.With UL certified charger, it's safe and fast charging on the hoverboard.



- Net Weight: 15.8 Pounds.
- Max Speed: 8 Miles/Hour
- Max Climbing Angle: 15-30°
- Tires: 6.5 inch Rubber Tires
- Driving Mode: Adjustable Speeds by App
- Music Speaker: Pro Music Speaker
- Charging Voltage: AC100 to 240V/50-60Hz
- Lithium-Ion Battery: Removable 2.0Ah/36V
- Product Dimensions: 26 Inch x 9 Inch X 8.86 Inch







**App Enable**

With GYROOR App, you can change different led lights, adjust riding speed, check battery life, set adults or children mode, switch self balancing mode, analyses fault and on/off setting, anywhere and anytime.

**Music Speaker**

Built-in powerful speaker, easily connect your smart phone or any bluetooth devices. As a music lover, riding with your favorite music, you and your hoverboard will be the most focus one!

**Sturdy & Durable**

Adopting advanced motherboard system and nature rubber tires, ensure T580 can run smoothly and steadily. With powerful self-balancing feature, you can easily control and happily ride on it. Enjoy the most stable riding and balancing experience!



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

10/22/2020                                                    scooter, with Music Speaker LED Lights, 6.5 inch | eBay



**Fantastic and Best Gift Choice for Every Family!**

GYROOR Swift T580, is the most perfect gift for every occasion and the best gift choice to your kids and family. Enjoying outdoor life with your family and friends!

## Product details

Color:pink

**Is Discontinued By Manufacturer :** No
**Item Weight :** 26.5 Pounds
**Batteries :** 20 Lithium ion batteries required.
**Date First Available :** April 10, 2018
**Manufacturer :** Gyroor
**ASIN :** B07C3C861F

Back to home page

More to explore : 1.50 Inch Stroke 6.5 Inch Bicycle Rear Shocks, Scooters, Electric Scooters, Bike LED Lights, 6.5 Inch Eye to Eye Measurement Bicycle Rear Shocks, Kick S Onewheel Electric Scooters, Segway Electric Scooters, Black Scooters, Smart Electric Scooters

About eBay      Announcements      Community      Security Center      Resolution Center      Seller Center      Policies      Affiliates      Help & Contact      Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ



# EXHIBIT 6

# FILED UNDER SEAL

# HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

10/22/2020       6.5"T581 Off Road Scooter Bluetooth LED Lights UL2272 CERTIFIED | eBay

Hi Arthur! ⌄           Sell    Watchlist ⌄    My eBay ⌄

**ebay**

| Search for anything | All Categories ⌄ |

‹ Back to home page | Listed in category:   Sporting Goods › Outdoor Sports › Scooters › Electric Scooters

### 6.5"T581 Off Road Scooter Bluetooth LED Lights UL2272 CERTIFIED

🔴 SAVE UP TO **5%**   See all eligible items ▸

Condition:   New

Quantity: [ 1 ]   2 available

Price:   **US $341.05**

$29 for 12 months with PayPal Credit*

US $359.00 (5% off)

[ Buy It Now ]

[ Add to cart ]

Best Offer:   [ Make Offer ]

[ Add to Watchlist ⌄ ]

☐ 2-year protection plan from SquareTrade - $21.99

**Free shipping and returns**    Ships from United States

Bucks You'll earn $3.41 in eBay Bucks. See conditions

Shipping:   **FREE** Standard Shipping | See details
Item location: Rowland Heights, California, United States
Ships to: United States   See exclusions

Delivery:   Estimated between **Mon. Oct. 26** and **Wed. Oct. 28** to 60605 ⓘ

Payments:   PayPal VISA ●● ●● ●●

**PayPal CREDIT**
*$29 for 12 months. Minimum purchase required. |
See terms and apply now

Earn up to 5x points when you use your
eBay Mastercard®. Learn more

Returns:   Free 30 day returns | See details

**Shop with confidence**

💲 eBay Money Back Gu
Get the item you order
your money back. Lear

**Seller information**
mijia_store (412 ★ )
100% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

---

### Related sponsored items



8.5" Electric Bluetooth Speaker Scooter...
$199.99
Free shipping



Ninebot by Segway ES1/ES2 External Optional...
$239.95
$239.99
Free shipping



Hyper gogo 6.5" Scooter Hoover Board with UL227...
$189.00
Free shipping



36V 4.4AH Lithium-Ion Battery For Smart Self-...
$34.39
$39.99
Free shipping
Popular



Hyper gogo 6.5" Scooter Hoover Board with UL227...
$189.00
Free shipping



6.5" Blueto Self Balanc...
$109.99
Free shippin

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

10/22/2020                         6.5"T581 Off Road Scooter Bluetooth LED Lights UL2272 CERTIFIED | eBay

● ○

| Description | Shipping and payments |

Seller assumes all responsibility for this listing.                                   eBay item number:  1844

Last updated on  Oct 21, 2020 09:48:22 PDT  View all revisions

**Item specifics**

| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is … Read more | Brand: | Unbranded |
| MPN: | Does Not Apply | UPC: | Does not apply |

| 5% off | | | | |
|---|---|---|---|---|
| Gotway MTen3 LED front Light 10 inches performance unicycle 22 mph max speed | Xiaomi Mijia M365 Electric Scooter Segway Ninebot Anti-Explosion Solid Tire | Ninebot G30/G30P Hanger Max Assembly Spare Parts | Gotway Tesla v2 2019 edition dual blue-tooth speaker | Xiaomi M365 Electric Scooter Re Hub Repair Spare Parts |
| **499.0 USD** | **36.87 USD** ~~38.81 USD~~ | **17.02 USD** | **1494.12 USD** | **61.32 USD** |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping |

# 6.5" INCH T581 HOVERBOARD, ALL TERRAIN OFF ROAD ,WITH BLUETOO APP-ENABLED, SMART SELF BALANCING SCOOTER AND LED FLASHING I UL2272 CERTIFIED

## Features:

. **International Highest Safety Standards**- Every hover board is designed and built to provide world-class levels of safety and security, UL2272 Certified of hoverboar international highest safety standards reports.

. **Hoverboard Designed for the Ultimate Drive** – -Gyroor  Hoverboard have enough power 300 dual motors and 20 cells batteries to take a long-distance travel and no ride and more fun, plus the truly stunning led design,the best in its class.Together we are extraordinary.

. **6.5" hoverboard SUV Tire** - UNRIVALLED ROAD PRESENCE, the self balancing hoverboard use off road tire which is more power to all terrain.You'll feel safe no

. **Music Speaker and Smart System**- Connect to the music speaker with bluetooth and APP, enjoy favorite music with high quality speaker. The conversion of child mo self balance system help beginner learn it quickly, makes it easier and safer for beginners and amateurs..

## Specifications :

. **Safety** : UL 2272 Certified Hoverboards

Click here to view   https://img1.tongtool.com/u/a8acgbhf8caca7aj8eeejhgcdjjghgaehdg9zxqE.png

. **Lithium-Ion Battery**: Removable 4.4Ah/36V (LG/SAMSUNG Cells)

. **Motor**: 350W*2 Motors

. **LED:** Colors Adjustable by APP

10/22/2020 6.5"T581 Off Road Scooter Bluetooth LED Lights UL2272 CERTIFIED | eBay

. **Bluetooth Speaker:** Pro Bluetooth Speaker

. **Motor: :** 300W * 2

. **Max Speed:** 9.95 Miles/Hour

. **Charging Time:** 1.5 to 2 Hours

. **Charging Voltage:** AC100 to 240V/50-60Hz

. **Driving Mode:** Adjustable Speeds by App

. **Max Load:** 265 Pounds

. **Max Climbing Angle:** 30 °

. **Water Resistant:** IP54

. **Frame Material:** Aluminum

. **Tires:** 6.5 inch Rubber Tires

. **Product Dimensions:** 26.1 Inch x 8.4 Inch X 9.5 Inch

. **Net Weight:** 24 Pounds.

. **Colort:** Blue

**SAVE UP TO 5%** See all eligible items ▶

5%
Marked down item price reflects all savings. Items provided by mijia_store

All promotional offe

    

G30/G30P Ninebot Tire Max Front Spare Parts

Front Max G30/G30P Ninebot Tire Assembly Spare Parts

G30/G30P Max Charger Ninebot Built-In Spare Parts

Patinete Elétrico Segway Ninebot Es2 Navio de São Paulo

Airwheel Q5 ship f

Was: US $67.93
Now: US $64.53

Was: US $97.90
Now: US $93.00

Was: US $69.11
Now: US $65.65

Was: US $699.00
Now: US $664.05

Was: US
Now: US

* Savings are reflected in item price. Prices are subject to change without notice, while supplies last.

Offer conditionsLearn about pricing

You can change

Back to home page

More to explore : Off Road Scooter In Electric Scooters, Off Road Scooter In Gas Scooters, Off Road Scooter In Kick Scooters, Razor Off Road Kick Scooters, Scooters, Bike LED Lights, Kids Scooter, Sea Scooters, Razor Scooters, Electric Scooter Wheel

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

10/22/2020                    6.5"T581 Off Road Scooter Bluetooth LED Lights UL2272 CERTIFIED | eBay

About eBay    Announcements    Community    Security Center    Resolution Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ



# EXHIBIT 7

# FILED UNDER SEAL

# HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

10/22/2020                     T580 Off Road Scooter Music Speaker LED Lights 6.5 inch UL2272 CERTIFICATED | eBay

Hi Arthur! ⌄                                                                    Sell    Watchlist ⌄    My eBay ⌄

**ebay**          🔍 Search for anything                                  All Categories ⌄

‹ Back to home page | Listed in category:   Sporting Goods  ›  Outdoor Sports  ›  Scooters  ›  Electric Scooters        ✉ f 🐦 🅿

🏷 SAVE UP TO **5%**  See all eligible items ›





$ Have one to sell?   **Sell now**

### T580 Off Road Scooter Music Speaker LED Lights 6.5 inch UL2272 CERTIFICATED

Condition:  New

Color:   - Select - ⌄

Quantity:  [ 1 ]    2 available

Price:  **US $246.05**
No Interest if paid in full in 6 mo on $99+*
~~US $259.00~~ (5% off)

[ **Buy It Now** ]
[ **Add to cart** ]
[ Add to Watchlist ⌄ ]

☐ 2-year protection plan from SquareTrade - $15.99

**Free shipping and returns**   Ships from United States

Bucks You'll earn $2.46 in eBay Bucks. See conditions

Shipping:  **FREE** Standard Shipping | See details
Item location: Rowland Heights, California, United States
Ships to: United States  See exclusions

Delivery:  Estimated on or before **Thu. Oct. 29** to 60605

Payments:  PayPal VISA 💳 AMEX Discover

**PayPal** CREDIT
*No Interest if paid in full in 6 months on $99+. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Returns:  Free 30 day returns | See details



**Shop with confidence**

🏅 **Top Rated Plus**
Trusted seller, fast ship easy returns. Learn mo

💲 eBay Money Back Gu
Get the item you order your money back. Lear

**Seller information**
pauta60 (716 ★)
97.9% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

---

Sponsored items from this seller


Warrior the Toughest, Hardest and Smartest...
$437.00
~~$460.00~~
Free shipping


Ninebot MAX G30P Electric Scooter, Portable...
$799.99
Free shipping


RichFire LED Hunting Rifle Green Laser Flashlight...
$47.12
~~$49.60~~
Free shipping


Airwheel A3 Electric Scooter innovation bike...
$1,424.05
~~$1,499.00~~
Free shipping
Popular


RichFire 1000lm High Power Led Flashlight...
$50.66
~~$53.33~~
Free shipping


Airwheel A3 Scooter inno...
$1,424.05
~~$1,499.00~~
Free shippin

● ○ ○

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

10/22/2020      T580 Off Road Scooter Music Speaker LED Lights 6.5 inch UL2272 CERTIFICATED | eBay

**Description**    **Shipping and payments**

eBay item number: **333**

Seller assumes all responsibility for this listing.

Last updated on   Oct 21, 2020 09:52:46 PDT   View all revisions

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is … Read more | Brand: | Unbranded |
| MPN: | Does Not Apply | Model: | T580 |
| Type: | 2wheel scooter | | |

| | | | | |
|---|---|---|---|---|
| Gosky 12.5mm 1.25inch Plossl Telescope Eyepiece 4-element Plossl Design | Solomark 1.25 Inch Telescope Camera Adapter | 2inch UltraWide Telescope Camera Adapter for Canon EOS Rebel SLR/DSLR | Solomark Webcam Adapter for Telescope 1.25inch Thread with Good Paint | Gosky Telescope 1.25° Super Plo Eyepiece 32mm 52 Degree FOV |
| **24.21 USD** | **22.95 USD** | **31.58 USD** | **15.58 USD** | **40.53 USD** |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping |

## *GYROOR T580 HOVERBOARD SELF BALANCING SCOOTER WITH MUSIC SPEAKER LED LIGH WHEEL ELECTRIC SCOOTER FOR KIDS ADULT - UL2272 CERTIFICATED*

### *Feature:*

**SMART APP CONTROLLED** – This self balancing scooter comes with an efficient app that helps you stay in control, giving you the ability to change modes, check b light colors and adjust speed with ease.

**. FOR ALL RIDERS** – Coming with 2 modes, the children mode makes this hover board easy to control for a first-timer or a kid rider. While its adult mode allows exp

**. MUSIC SPEAKER INCLUDED** - For the music lovers, the Gyroor Swift spots a built-in branded high quality music speaker that allows you play music when riding

**. SELF BALANCING BOARD** - We have adopted the self balancing technology to make this hoverboard easier and safer for new riders. Perfect your balancing with a

**. SAFETY CERTIFIED** – This UL2272 certified hover board has passed strict electrical and safety test to protect charging and rides. If you feel this hoverboard is not us.

### *Specifications:*

.**Safety** : UL 2272 Certified Hoverboards

Click here to view the UL2272 certified   https://img1.tongtool.com/v/qoqswrxvosqsqnqzouuuzxwrqtwsxustxuupPNGK.png

**. Lithium-Ion Battery**: 2.0Ah/36V (Chinese Cells)

**. Motor:** 250W*2 Motors

**. LED:** Colors Adjustable by APP

**. Bluetooth Speaker:** Pro Bluetooth Speaker

**. Distance on Full Charge:** 5~7.5 Miles

**. Max Speed:** 8 Miles/Hour

**. Charging Time:** 1.5 to 2 Hours

**. Charging Voltage:** AC100 to 240V/50-60Hz

**. Driving Mode:** Adjustable Speeds by App

10/22/2020                          T580 Off Road Scooter Music Speaker LED Lights 6.5 inch UL2272 CERTIFICATED | eBay

. **Max Load:** 265 Pounds

. **Max Climbing Angle:** 15~30 °

. **Water Resistant:** IP54

. **Frame Material:** Aluminum

. **Tires:** 6.5 inch Rubber Tires

. **Product Dimensions:** 26 Inch x 9 Inch X 8.86 Inch

. **Net Weight:** 15.8 Pounds.

. **Color: Black/Pink**

---

🔖 **SAVE UP TO 5%**  See all eligible items ▸

**Save up to 5.0%**                                                                    **All promotional offers**
Marked down item price reflects all savings. Items provided by pauta60



Ninebot_A1/S2_Solo Wheel
Scooter Inner Tube&Tire

Was:                    US $19.01
**Now:**          US $18.06



Xiaomi M365 Pro Electric Scooter
more battery 474 Wh improved
display & brakes

Was:                    US $749.00
**Now:**          US $711.55

Warrior the Toughest, Hardest and
Smartest Off Road Scooter
UL2272 Certified

Was:                    US $460.00
**Now:**          US $437.00

* Savings are reflected in item price. Prices are subject to change without notice, while supplies last.                You can change quantitie
Offer conditions Learn about pricing

---

Back to home page

More to explore :   Off Road Scooter In Electric Scooters,   Off Road Scooter In Gas Scooters,   Off Road Scooter In Kick Scooters,   Razor Off Road Kick Scooters,
1.50 Inch Stroke 6.5 Inch Bicycle Rear Shocks,   Scooters,   Electric Scooters,   Bike LED Lights,   Kick Scooters,   Onewheel Electric Scooters

---

About eBay      Announcements      Community      Security Center      Resolution Center      Seller Center      Policies      Affiliates      Help & Contact      Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ



# EXHIBIT 8

# FILED UNDER SEAL

# HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

10/22/2020       T580 Off Road Scooter Music Speaker LED Lights 6.5 inch UL2272 CERTIFICATED | eBay





     

**Sponsored items from this seller**

6.5"T581 Off Road Scooter Bluetooth LED...
$359.00
Free shipping

Warrior the Toughest, Hardest and Smartest Off...
$437.00
~~$460.00~~
Free shipping

Ninebot MAX G30P Electric Scooter,Portable...
$799.99
Free shipping
Last one

Original Ninebot Upgrade Battery for KickScooter E...
$229.99
Free shipping
Last one

Xiaomi M365 Pro Electric Kick Scooter 474 Wh 202...
$699.00
~~$789.00~~
Free shipping
Almost gone

0.5" Extende... Mount Medi...
$14.94
Free shippin...

| Description | Shipping and payments |

https://www.ebay.com/itm/T580-Off-Road-Scooter-Music-Speaker-LED-Lights-6-5-inch-UL2272-CERTIFICATED/264868050554?_trkparms=ispr%3D1&hash=ite...    1/3

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



10/22/2020      T580 Off Road Scooter Music Speaker LED Lights 6.5 inch UL2272 CERTIFICATED | eBay

Seller assumes all responsibility for this listing.     eBay item number: **2648**

Last updated on  Oct 21, 2020 09:51:21 PDT  View all revisions

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is … Read more | Brand: | Unbranded |
| MPN: | Does Not Apply | Model: | T580 |
| Type: | 2wheel scooter | | |

### Skateboardstore2012

skateboardstore2012 (177 ★) 99%

Visit Store: Skateboardst

Sign up for newsletter

## Categories

- Gosky
- Gosky Accessories
- Segway
- Other

AA Battery Adjustable Brown Tactical Red Green Dot Reflex
**52.74 USD**
Free shipping

ANS Rifle Scope Full 14 slot Riser Mount Flat Top High Profile 1"
**13.18 USD**
Free shipping

New Keymod 4 Slot Picatinny/Weaver Rail 45 Degree
**8.27 USD**
Free shipping

0.5" Extended Riser Scope Mount Medium profile aluminium
**14.94 USD**
Free shipping

551 Red and Gre Tactical Scope 2
**58.98 USD**
Free shipping

### GYROOR T580 HOVERBOARD SELF BALANCING SCOOTER WITH MUSIC LIGHTS. 6.5 INCH TWO-WHEEL ELECTRIC SCOOTER FOR KIDS ADULT CERTIFICATED

### Feature:

**SMART APP CONTROLLED** – This self balancing scooter comes with an efficient app that helps you stay in control, giving you batteries, see the real speed, Changing led light colors and adjust speed with ease.

. **FOR ALL RIDERS** – Coming with 2 modes, the children mode makes this hover board easy to control for a first-timer or a kid riders easily perform hoverboard tricks.

. **MUSIC SPEAKER INCLUDED** – For the music lovers, the Gyroor Swift spots a built-in branded high quality music speaker th hoverboard.

. **SELF BALANCING BOARD** - We have adopted the self balancing technology to make this hoverboard easier and safer for new rest of mind!

. **SAFETY CERTIFIED** – This UL2272 certified hover board has passed strict electrical and safety test to protect charging and rid performing to standard, feel free to contact us.

### Specifications:

. **Safety** : UL 2272 Certified Hoverboards

Click here to view the UL2272 certified  https://img1.tongtool.com/v/qoqswrxvosqsqnqzouuuzxwrqtwsxustxuupPNGK.png

. **Lithium-Ion Battery**: 2.0Ah/36V (Chinese Cells)

. **Motor**: 250W*2 Motors

. **LED:** Colors Adjustable by APP

. **Bluetooth Speaker:** Pro Bluetooth Speaker

. **Distance on Full Charge:** 5~7.5 Miles

. **Max Speed:** 8 Miles/Hour

. **Charging Time:** 1.5 to 2 Hours

. **Charging Voltage:** AC100 to 240V/50-60Hz

. **Driving Mode:** Adjustable Speeds by App

. **Max Load:** 265 Pounds

. **Max Climbing Angle:** 15~30 °

. **Water Resistant:** IP54

. **Frame Material:** Aluminum

. **Tires:** 6.5 inch Rubber Tires

. **Product Dimensions:** 26 Inch x 9 Inch X 8.86 Inch

. **Net Weight:** 15.8 Pounds.

. **Color: Black/Pink**

Back to home page

More to explore :  Off Road Scooter In Electric Scooters,  Off Road Scooter In Gas Scooters,  Off Road Scooter In Kick Scooters,  Razor Off Road Kick Scooters,
1.50 Inch Stroke 6.5 Inch Bicycle Rear Shocks,  Scooters,  Electric Scooters,  Bike LED Lights,  Kick Scooters,  Onewheel Electric Scooters

About eBay    Announcements    Community    Security Center    Resolution Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ



# EXHIBIT 9

# FILED UNDER SEAL

# HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

10/22/2020　　　　　　　T580 Off Road Scooter Music Speaker LED Lights 6.5 inch UL2272 CERTIFICATED | eBay

Hi Arthur! ∨　　　　　　　　　　　　　　　　　　　　　　　　Sell　　Watchlist ∨　　My eBay ∨

**ebay**　　　🔍 Search for anything　　　　　　　　　　　　　| All Categories ∨ |

‹ Back to home page | Listed in category: Sporting Goods › Outdoor Sports › Scooters › Electric Scooters

✉ f 🐦 🅿 ⓖ

🔖 SAVE UP TO **5%** See all eligible items ▸



### T580 Off Road Scooter Music Speaker LED Lights 6.5 inch UL2272 CERTIFICATED

| | |
|---|---|
| Condition: | New |
| Color: | Black ∨ |
| Quantity: | [ 1 ]　2 available |

| Price: | **US $246.05** |
|---|---|
| | No Interest if paid in full in 6 mo on $99+* |
| | ~~US $259.00~~ (5% off) ⓘ |

[ **Buy It Now** ]

[ **Add to cart** ]

[ Add to Watchlist | ∨ ]

☐ 2-year protection plan from SquareTrade - $15.99

**Free shipping and returns**　　　Ships from United States

Bucks You'll earn $2.46 in eBay Bucks. See conditions

| Shipping: | **FREE** Standard Shipping \| See details |
|---|---|
| | Item location: Rowland Heights, California, United States |
| | Ships to: United States See exclusions |
| Delivery: | Estimated between **Mon. Oct. 26** and **Wed. Oct. 28** to 60605 ⓘ |
| Payments: | PayPal VISA 🖸 AMEX DISCOVER |

**PayPal CREDIT**
*No Interest if paid in full in 6 months on $99+. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

| Returns: | Free 30 day returns / See details |

**Shop with confidence**

🔷 **Top Rated Plus**
Trusted seller, fast ship, easy returns. Learn mo

💲 **eBay Money Back Gu**
Get the item you order your money back. Lear

**Seller information**
smg-store (243 ★)
991% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

Have one to sell? [ Sell now ]

### Similar sponsored items



City Cruiser, 8.5" Scooter Hoover Board...
$169.00
Free shipping
Last one



City Cruiser, 8.5" Scooter Hoover Board with UL227...
$169.00
Free shipping
Seller 100% positive



6.5" Electric Hoverboard Bluetooth Speaker LED S...
$109.99
Free shipping
New



T580 Off Road Scooter Music Speaker LED Lights...
$259.00
Free shipping
New



6.5" Spider Self Balancing Scooter | RGB Balance...
$149.99
+ shipping
Seller 99.8% positive



6.5" Bluetooth Self Balancin...
$98.99
Free shippin
New

● ○

10/22/2020                    T580 Off Road Scooter Music Speaker LED Lights 6.5 inch UL2272 CERTIFICATED | eBay

Sponsored items from this seller













| 6.5"T581 Off Road Scooter Bluetooth LED... | Warrior the Toughest, Hardest and Smartest Off... | Ninebot MAX G30P Electric Scooter, Portable... | Pistol Accessories For Led Flashlight Light Gun... | Airwheel A3 Electric Scooter innovation bike... | RichFire 100 Power Led F... |
|---|---|---|---|---|---|
| $341.05 | $437.00 | $800.11 | $33.48 | $1,424.05 | $50.66 |
| $359.00 | $460.00 | $899.00 | $35.24 | $1,499.00 | $53.33 |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping | Free shippin |

• ○

**Description**    **Shipping and payments**

Seller assumes all responsibility for this listing.                                                    eBay item number:  254

Last updated on  Oct 21, 2020 09:08:04 PDT   View all revisions

**Item specifics**

| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is … Read more | Brand: | Unbranded |
|---|---|---|---|
| MPN: | Does Not Apply | Model: | T580 |
| Type: | 2wheel scooter | | |

**smg-store**

smg-store (243 ⭐)  99.1%                                                                 Visit Store:  sm

🔲 Sign up for newsletter

**Categories**

Other                                    ›

| Gotway MCM5 - 14 inches performance unicycle torque | Ninebot One Z6 / Z10 electric unicycle 28 mph 1800 Watt latest | ANS 3-9X40mm Tactical Rifle Scope w/ Reflex Red Dot Sight | ANS 4x32mm Red Green Blue dot sight Scope W/Fiber Optic Sight | 3-9x40 Rifle Sco Optics R4 Reticl... |
|---|---|---|---|---|
| | 29% off | | | |
| 621.6 USD | 1349.1 USD | 77.87 USD | 58.6 USD | 30.69 USD |
| | 1887.0 USD | | | |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping |

*GYROOR T580 HOVERBOARD SELF BALANCING SCOOTER WITH MUSIC LIGHTS . 6.5 INCH TWO-WHEEL ELECTRIC SCOOTER FOR KIDS ADULT CERTIFICATED*

*Feature:*

**SMART APP CONTROLLED** - This self balancing scooter comes with an efficient app that helps you stay in control, giving you

batteries, see the real speed, Changing led light colors and adjust speed with ease.

**. FOR ALL RIDERS** – Coming with 2 modes, the children mode makes this hover board easy to control for a first-timer or a kid

riders easily perform hoverboard tricks.

**. MUSIC SPEAKER INCLUDED** - For the music lovers, the Gyroor Swift spots a built-in branded high quality music speaker th

hoverboard.

**. SELF BALANCING BOARD** - We have adopted the self balancing technology to make this hoverboard easier and safer for ne

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

10/22/2020         T580 Off Road Scooter Music Speaker LED Lights 6.5 inch UL2272 CERTIFICATED | eBay

rest of mind!

. **SAFETY CERTIFIED** – This UL2272 certified hover board has passed strict electrical and safety test to protect charging and ri performing to standard, feel free to contact us.

### *Specifications:*

.**Safety** : UL 2272 Certified Hoverboards

Click here to view the UL2272 certified   https://img1.tongtool.com/v/qoqswrxvosqsqnqzouuuzxwrqtwsxustxuupPNGK.png

. **Lithium-Ion Battery**: 2.0Ah/36V (Chinese Cells)

. **Motor:** 250W*2 Motors

. **LED:** Colors Adjustable by APP

. **Bluetooth Speaker:** Pro Bluetooth Speaker

. **Distance on Full Charge:** 5~7.5 Miles

. **Max Speed:** 8 Miles/Hour

. **Charging Time:** 1.5 to 2 Hours

. **Charging Voltage:** AC100 to 240V/50-60Hz

. **Driving Mode:** Adjustable Speeds by App

. **Max Load:** 265 Pounds

. **Max Climbing Angle:** 15~30 °

. **Water Resistant:** IP54

. **Frame Material:** Aluminum

. **Tires:** 6.5 inch Rubber Tires

. **Product Dimensions:** 26 Inch x 9 Inch X 8.86 Inch

. **Net Weight:** 15.8 Pounds.

. **Color: Black/Pink**

💲 **SAVE UP TO 5%**    **See all eligible items ▸**

Save up to 5.0%

Marked down item price reflects all savings. Items provided by smg-store        **All promotional offers fr**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

10/22/2020                     T580 Off Road Scooter Music Speaker LED Lights 6.5 inch UL2272 CERTIFICATED | eBay



Was:          ~~US $359.00~~
**Now:**       US $341.05                          **Now:**       US $437.00

\* Savings are reflected in item price. Prices are subject to change without notice, while supplies last.                              You can change quantitie
[Offer conditions](#)|[Learn about pricing](#)

---

[Back to home page](#)

**More to explore :**  [Off Road Scooter In Electric Scooters](#),   [Off Road Scooter In Gas Scooters](#),   [Off Road Scooter In Kick Scooters](#),   [Razor Off Road Kick Scooters](#),
[1.50 Inch Stroke 6.5 Inch Bicycle Rear Shocks](#),   [Scooters](#),   [Electric Scooters](#),   [Bike LED Lights](#),   [Kick Scooters](#),   [Onewheel Electric Scooters](#)

---

About eBay    Announcements    Community    Security Center    Resolution Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ



# EXHIBIT 10

# FILED UNDER SEAL

# HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

10/22/2020      6.5"T581 Off Road Scooter Bluetooth LED Lights UL2272 CERTIFIED | eBay

Hi Arthur! ⌄             Sell    Watchlist ⌄    My eBay ⌄

**ebay**

Search for anything       All Categories ⌄

‹ Back to home page | Listed in category:   Sporting Goods › Outdoor Sports › Scooters › Electric Scooters



### 6.5"T581 Off Road Scooter Bluetooth LED Lights UL2272 CERTIFIED

**Condition:** New

**Quantity:** 1    2 available

**Price:** US $330.28
$28 for 12 months with PayPal Credit*
~~US $359.00~~ (8% off)

Buy It Now
Add to cart

**Best Offer:** Make Offer
Add to Watchlist ⌄

☐ 2-year protection plan from SquareTrade - $21.99

**Free shipping and returns**   Ships from United States

*Bucks* You'll earn $3.30 in eBay Bucks. See conditions

**Shipping:** FREE Standard Shipping | See details
Item location: Rowland Heights, California, United States
Ships to: United States See exclusions

**Delivery:** Estimated on or before **Thu. Oct. 29** to 60605 ⓘ

**Payments:** PayPal VISA MasterCard Amex Discover

**PayPal CREDIT**
*$28 for 12 months. Minimum purchase required. |
See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Returns:** Free 30 day returns | See details

---

**Shop with confidence**

eBay Money Back Gu...
Get the item you order...
your money back. Lear...

**Seller information**
strongjennie (858 ⭐)
99.1% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

---

$ Have one to sell?   Sell now

### Related sponsored items

8.5" Electric Bluetooth Speaker Scooter...
$199.99
Free shipping

Ninebot by Segway ES1/ES2 External Optional...
$239.95
~~$239.99~~
Free shipping

Hyper gogo 6.5" Scooter Hoover Board with UL227...
$189.00
Free shipping

6.5" Bluetooth Hoverboard Self Balance Electric...
$109.99
Free shipping

Hyper gogo 6.5" Scooter Hoover Board with UL227...
$189.00
Free shipping

Hover-1 HELI Electric Self...
$94.99
Free shippin...
**Popular**

● ○

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

10/22/2020        6.5"T581 Off Road Scooter Bluetooth LED Lights UL2272 CERTIFIED | eBay

**Description** | Shipping and payments

Seller assumes all responsibility for this listing.

eBay item number: **254**

Last updated on   Oct 21, 2020 10:17:39 PDT   <u>View all revisions</u>

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is … <u>Read more</u> | Brand: | Unbranded |
| MPN: | Does Not Apply | UPC: | Does not apply |

**Unicycle Wheels**

strongjennie (858 ⭐) 99.1%

🔲 Sign up for newsletter

Welcome yuangongan. Visit my Store now to see **discounted items** that equal big savings.

Items On Sale

Search within store

Visit Store: **Unicycle Wheels**

## Categories

**Airwheel Unicycle Bike** ›

Ninebot ›

Other ›

| | | | | |
|---|---|---|---|---|
| | | 8% off | | |
| Airwheel Unicycle Wheel carrie bag X3X8Q3Q5Q6 Bag Orange | Gosky 1.25" 26mm Super Plossl Eyepiece for Telescope 52 Degree | Kamlan 50mm f1.1 APS-C Large Aperture Manual Focus Lens for | Pennyboard Electric Benchwheel 2017 new edition Skateboard Best | Gosky 15-45x 6 Spotting Scope v |
| **49.0 USD** | **33.16 USD** | **197.06 USD** ~~214.2 USD~~ | **249.0 USD** | **89.47 USD** |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping |

## 6.5" INCH T581 HOVERBOARD, ALL TERRAIN OFF ROAD SPEAKER AND APP-ENABLED, SMART SELF BALANCING FLASHING LIGHTS WITH UL2272 CERTIFIED

## Features:

. **International Highest Safety Standards**- Every hover board is designed and built to provide world-class levels of safety and sec UL2271 safety of battery. We provide international highest safety standards reports.

. **Hoverboard Designed for the Ultimate Drive** – -Gyroor Hoverboard have enough power 300 dual motors and 20 cells batteries foot slap to ride steadily. More stable ride and more fun, plus the truly stunning led design,the best in its class.Together we are extr

. **6.5" hoverboard SUV Tire** – UNRIVALLED ROAD PRESENCE, the self balancing hoverboard use off road tire which is more matter what sort of road you're in..

. **Music Speaker and Smart System**- Connect to the music speaker with bluetooth and APP, enjoy favorite music with high qualit and adult mode to suit user's weight, self balance system help beginner learn it quickly, makes it easier and safer for beginners and

## Specifications :

. **Safety** : UL 2272 Certified Hoverboards

Click here to view   https://img1.tongtool.com/u/a8acgbhf8caca7aj8eeejhgcdjjghgaehdg9zxqE.png

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**. Lithium-Ion Battery**: Removable 4.4Ah/36V (LG/SAMSUNG Cells)

**. Motor:** 350W*2 Motors

**. LED:** Colors Adjustable by APP

**. Bluetooth Speaker:** Pro Bluetooth Speaker

**. Motor: :** 300W * 2

**. Max Speed:** 9.95 Miles/Hour

**. Charging Time:** 1.5 to 2 Hours

**. Charging Voltage:** AC100 to 240V/50-60Hz

**. Driving Mode:** Adjustable Speeds by App

**. Max Load:** 265 Pounds

**. Max Climbing Angle:** 30 °

**. Water Resistant:** IP54

**. Frame Material:** Aluminum

**. Tires:** 6.5 inch Rubber Tires

**. Product Dimensions:** 26.1 Inch x 8.4 Inch X 9.5 Inch

**. Net Weight:** 24 Pounds.

**. Colort:** Blue

Back to home page

More to explore : Off Road Scooter In Electric Scooters, Off Road Scooter In Gas Scooters, Off Road Scooter In Kick Scooters, Razor Off Road Kick Scooters, Scooters, Bike LED Lights, Kids Scooter, Kick Scooters, Razor Scooters, Electric Scooter Wheel

About eBay Announcements Community Security Center Resolution Center Seller Center Policies Affiliates Help & Contact Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ



# EXHIBIT 11

# FILED UNDER SEAL

# HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Hi Arthur! Sell Watchlist My eBay

ebay Search for anything All Categories

Back to home page | Listed in category: Sporting Goods > Outdoor Sports > Scooters > Electric Scooters

$ Have one to sell? Sell now

# TOMOLOO Music Rhythmed Two-Wheel Q2-C Hover Scooter Balance Only No Power Adapte

Condition: **Used**

Price: **US $139.00**

No Interest if paid in full in 6 mo on $99+*

Buy It Now

Add to cart

Add to Watchlist

3-year protection plan from SquareTrade - $26.99

Ships from United States

Bucks You'll earn **$1.39** in eBay Bucks. See conditions

Shipping: **$55.98** Economy Shipping | See details

Item location: San Ysidro, California, United States

Ships to: United States See exclusions

Delivery: Estimated between **Wed. Oct. 28 and Thu. Nov. 5**

Payments: PayPal G Pay VISA Mastercard American Express Discover

PayPal CREDIT

*No Interest if paid in full in 6 months on $99+. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Returns: Seller does not accept returns | See details

Shop with confidence

eBay Money Back Gu

Get the item you order your money back. Lear

**Seller information**

digitalplus2018 (178 ★)

99.2% Positive feedback

Save this Seller

Contact seller

See other items

## Similar sponsored items

6.5" Electric Hoverboard Bluetooth Speaker LED...

$109.99

Free shipping

New

6.5" Electric Hoverboard Self-Balancing LED...

$129.99

Free shipping

Seller 99% positive

All terrain Hover board Chrome Electric Balancin...

$134.99

~~$159.99~~

Free shipping

New

6.5" Bluetooth Hoverboard LED Self Balancing Scoot...

$129.98

Free shipping

New

Razor Hovertrax 2.0 Black with Charger Used Clean...

$74.99

+ shipping

Seller 100% positive

Hoover boar Electric Bala

$155.99

Free shippin

New

## Related sponsored items



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

10/22/2020 TOMOLOO Music Rhythmed Two-Wheel Q2-C Hover Scooter Balance Only No Power Adapte | eBay

| Hover Kart Seat Attachment for... | 8.5" Electric Bluetooth Speaker Scooter Offroad... | Hover Kart Go Karts Cart Racing Seat for Two Whe... | Two Wheel Kart Hover kart Seat Car Holder for Electr... | Two Wheel Hover Kart Seat Car Holder frame with a... | Go Kart Hov Stand Brack |
|---|---|---|---|---|---|
| $42.68 | $199.99 | $32.03 | $37.00 | $33.00 | $27.00 |
| Free shipping | Free shipping | + $4.99 shipping | Free shipping | + $4.00 shipping | + $10.00 shi |

● ○

**Description**    **Shipping and payments**

Seller assumes all responsibility for this listing.    eBay item number: 2937

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | Used: An item that has been used previously. The item may have some signs of cosmetic wear, but is fully ... Read more | Featured Refinements: | Two Wheel Scooter |
| Brand: | Tomoloo | MPN: | Does Not Apply |
| Suitable For: | Kids | UPC: | Does not apply |

TOMOLOO Music Rhythmed Two-Wheel Q2-C Hover Scooter Balance Only No Power Adapte. Condition is Used. Shipped with USPS

Back to home page

**More to explore :**  Two Wheel Scooter,  Self-Balancing Scooters,  Smart Balance Wheel Electric Scooters,  Smart Balance Wheel Black Electric Scooters,  Smart Balance Board Electric Scooters,  Electric Scooter Wheel,  Electric Scooters,  Kids Scooter,  Sea Scooters,  Onewheel Electric Scooters

About eBay    Announcements    Community    Security Center    Resolution Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ



# EXHIBIT 12

# FILED UNDER SEAL

# HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

10/22/2020        Tomoloo Q2-C Fire Kylin Hover UL2272 Certified Bluetooth Speaker LED Lights | eBay

Hi Arthur! ∨         Sell    Watchlist ∨    My eBay ∨

**ebay**    | 🔍 Search for anything        | All Categories ∨ |

Back to home page | Listed in category:   Sporting Goods   >   Outdoor Sports   >   Scooters   >   Self-Balancing Scooters



### Tomoloo Q2-C Fire Kylin Hover UL2272 Certified Bluetooth Speaker LED Lights

**Condition:** New

Price: **US $179.99**

No Interest if paid in full in 6 mo on $99+*

[ Buy It Now ]
[ Add to cart ]
[ Add to Watchlist ∨ ]

**Free shipping and returns**    Ships from United States

💰 You'll earn **$1.80** in eBay Bucks. See conditions

**Shipping:** FREE Standard Shipping | See details
Item location: Northridge, California, United States
Ships to: United States   See exclusions

**Delivery:** Estimated between **Mon. Oct. 26** and **Wed. Oct. 28** to 60605 ⓘ

**Payments:** PayPal   G Pay   VISA   ⬤⬤   AMEX   DISCOVER
See details

**PayPal CREDIT**
*No Interest if paid in full in 6 months on $99+. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Returns:** Free 30 day returns | See details

**Shop with confidence**

Top Rated Plus
Trusted seller, fast shipping, and easy returns. Learn more

eBay Money Back Guarantee
Get the item you ordered or your money back. Learn

**Seller information**
liquidationdepotla (1069 ⭐)
100% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

     

$ Have one to sell?    [ Sell now ]

---

## Similar sponsored items

| | | | | | |
|---|---|---|---|---|---|
| 8.5" Electric Bluetooth Speaker Scooter... | DOC Hooverboard Scooter Speaker LED Light UL 227... | City Cruiser, 8.5" Scooter Hoover Board with UL227... | City Cruiser, 8.5" Scooter Hoover Board with UL227... | 6.5" Bluetooth Hooverboard Self Balancing Electric... | Hyper gogo Hoover Boar... |
| $199.99 | $99.99 | $169.00 | $169.00 | $98.99 | $189.00 |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping | Free shippi... |
| Seller 100% positive | New | Last one | Seller 100% positive | New | Seller 100% |

● ○

---

## Related sponsored items

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

10/22/2020                    Tomoloo Q2-C Fire Kylin Hover UL2272 Certified Bluetooth Speaker LED Lights | eBay

| 6.5" Self Balance Scooter Hover Board W... | 6.5" Hoverboard Self Balancing Scooter UL227... | 6.5" Hover Board Self Balancing Scooter UL227... | 6.5"T581 Off Road Scooter Bluetooth LED Lights... | 6.5" Self Balancing Scooter Hoverboard UL2272 W/... | 6.5"T581 Off Bluetooth LE |
|---|---|---|---|---|---|
| $134.99 | $129.99 | $129.99 | $341.05 | $129.99 | $359.00 |
| $143.00 | Free shipping | Free shipping | $359.00 | Free shipping | Free shippin |
| Free shipping | | | Free shipping | | |

● ○

**Description**   **Shipping and payments**

Seller assumes all responsibility for this listing.                                    eBay item number:  **2241**

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is ... Read more | Model: | Fire Kylin Q2-C |
| MPN: | Q2-C | Weight Capacity: | 220 lbs |
| Battery Life (Top Range): | 6.8 miles | Type: | Self Balancing Scooter |
| Brand: | Tomoloo | Features: | Bluetooth Connectivity |
| Charge Time: | 3 - 4 hrs | Color: | Black |
| Top Speed: | 7.5 mph | Vehicle Weight: | 17.64 lbs |
| UPC: | Does not apply | | |

- ▶▶Self-balancing Technology:The first Mechanical Self-Balancing Electric on the Market which is safe for both beginners and amateurs. With or without a rider on it,it will s to ride.
- ▶▶Verified Safety: UL2272 Certified of hoverboard and UL2271 Certified of the battery, comply with all U.S safety regulations, which is with the features of high-temperatur
- ▶▶Bluetooth 4.2 Speaker & RGB LED: 6.5 inches large wheels, awesome RGB LED design with color lights and music. LED lights will change the color as the volume cha experience. It has NO APP FUNCTION.
- ▶▶High-standard Quality: Professional gyroscopes, acceleration sensors and motherboard, give you a smooth and stable riding experience and help you to go wherever y
- ❤You can contact the Seller to get a Free Hoverboad Bag when you receive the hoverboard. Any issue just don't hesitate to contact us.

Back to home page

More to explore :   Hover Kart,   Light My Fire Fire Starters,   Bike LED Lights,   Light My Fire Steel Fire Starters,   Fishing LED Lights,   Fire Striker/Rod Fire Starters,   Fire Starters, Steel Fire Starters,   Steel Fire Striker/Rod Fire Starters,   Magnesium Fire Starter Kit Fire Starters

About eBay     Announcements     Community     Security Center     Resolution Center     Seller Center     Policies     Affiliates     Help & Contact     Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ



# EXHIBIT 13

# FILED UNDER SEAL

# HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Hi Arthur! Sell Watchlist My eBay

ebay Search for anything All Categories

Back to home page | Listed in category: Sporting Goods > Outdoor Sports > Scooters > Self-Balancing Scooters

$ Have one to sell? Sell now

## Gyroor Warrior G2 Black off-road model, New in box!

Condition: New

Price: US $300.00
$25 for 12 months with PayPal Credit*

Buy It Now
Add to cart

Best Offer:
Make Offer
Add to Watchlist

Delivery in 2-4 days | Ships from United States | Free local pickup

Bucks You'll earn $3.00 in eBay Bucks. See conditions

Shipping: $36.00 Expedited Shipping | See details
Item location: Saint Peters, Missouri, United States
Ships to: United States See exclusions

Delivery: Estimated between **Sat. Oct. 24** and **Tue. Oct. 27** to 60605

Payments: PayPal VISA Mastercard American Express Discover

PayPal CREDIT
*$25 for 12 months. Minimum purchase required. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Returns: Seller does not accept returns | See details

Shop with confidence

eBay Money Back Gu
Get the item you order
your money back. Lear

**Seller information**
therealbeerguy (191 ★)
100% Positive feedback

Save this Seller
Contact seller
See other items

## Similar sponsored items

8.5" Electric Bluetooth Speaker Scooter...
$199.99
Free shipping
Seller 100% positive

TWO DOTS 8.5" Electric Scooter w/ Bluetooth...
$339.99
Free shipping
Seller 100% positive

DOC Hooverboard Scooter Speaker LED Light UL 227...
$99.99
Free shipping
New

Off Road 8.5" Electric Hoverboard Smart Self...
$199.00
Free shipping
New

6.5" Bluetooth Hoverboard Self Balancing Electric...
$98.99
Free shipping
New

City Cruiser, Hoover Boa
$169.00
Free shippin
Last one

## Related sponsored items



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

10/22/2020                                    Gyroor Warrior G2 Black off-road model, New in box! | eBay

| Bird ES1 Electric Scooter 300-watt, Black | Gyroor G2 Warrior Offroad Hoverboard motherboard... | 8.5" All-Terrain Off Road Hoverboard Self Balancin... | ELITOP-1001U-HY Hoverboard Battery 36V... | Original 4.4 5.2 Ah 4400mah 36v Lithium... | 36V 4.4AH L Battery For S |
|---|---|---|---|---|---|
| $379.00 | $54.99 | $199.99 | $54.99 | $41.95 | $34.39 |
| | | | | | $39.99 |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping | Free shippin |
| Popular | | | | | Popular |

●  ○

**Description**     **Shipping and payments**

Seller assumes all responsibility for this listing.                                                                        eBay item number:  2337

Last updated on  Oct 14, 2020 12:21:32 PDT  View all revisions

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is … Read more | Color: | Black |
| Model: | Gyroor G2 Warrior Black | Brand: | Gyroor |
| Type: | Self Balancing Scooter | Custom Bundle: | No |
| MPN: | PS84B420Y2000S | UPC: | Does not apply |

Gyroor Warrior G2 Black (s-e-l-f) (b-a-l-a-n-c-i-n-g) skooter. The item is brand new in the box, never even unboxed, not even for pic

This item is UL certified. Here is the link to the UL certification listing: https://iq.ulprospector.com/en/profile?e=217201

If you have any questions about this item, please feel free to ask. Lots of great reviews and additional information out there about th

Sorry for the weird description. eBay is a total thug when it comes to listing this kind of item.

Back to home page

More to explore :   Warrior International In Boxing Gloves,   Off Road Scooter In Electric Scooters,   Off Road Scooter In Gas Scooters,   Off Road Scooter In Kick Scooters,
Razor Off Road Kick Scooters,   Off Road Complete Recreational Go-Karts & Frames,   Black Boxing Gloves,   Plano Model Products Fishing Tackle Boxes & Bags,
Fairtex Black Boxing Gloves,   Black Camping Ice Boxes & Coolers

About eBay     Announcements     Community     Security Center     Resolution Center     Seller Center     Policies     Affiliates     Help & Contact     Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ



# EXHIBIT 14

# FILED UNDER SEAL

# HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

10/22/2020     T580 Off Road Scooter Music Speaker LED Lights 6.5 inch UL2272 CERTIFICATED | eBay

Hi Arthur! ⌄      Sell    Watchlist ⌄    My eBay ⌄

**ebay**    🔍 Search for anything    All Categories ⌄

‹ Back to home page | Listed in category: Sporting Goods › Outdoor Sports › Scooters › Electric Scooters

✉ f 🐦 P 🖶

🛡 SAVE UP TO 5% See all eligible items ▸





### T580 Off Road Scooter Music Speaker LED Lights 6.5 inch UL2272 CERTIFICATED

Condition: New

Sale ends in: 13h 18m 07s

Color: Black

Quantity: 1   2 available

Price: **US $246.05**

No Interest if paid in full in 6 mo on $99+*

U̶S̶ ̶$̶2̶5̶9̶.̶0̶0̶ (5% off)

**Buy It Now**

**Add to cart**

**Add to Watchlist** ⌄

☐ 2-year protection plan from SquareTrade - $15.99

**Free shipping and returns**    Ships from United States

Bucks You'll earn $2.46 in eBay Bucks. See conditions

Shipping: FREE Standard Shipping | See details
Item location: Rowland Heights, California, United States
Ships to: United States See exclusions

Delivery: Estimated on or before Thu. Oct. 29 to 60605 ⓘ

Payments: PayPal VISA ● ● ●

**PayPal CREDIT**
*No Interest if paid in full in 6 months on $99+. | See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Returns: Free 30 day returns | See details



**Shop with confidence**

🏆 **Top Rated Plus**
Trusted seller, fast shipping, and easy returns. Learn more

💲 **eBay Money Back Guarantee**
Get the item you ordered or your money back. Learn more

**Seller information**
2013tankstrong001 (440 ⭐)
99.3% Positive feedback

♡ Save this Seller
Contact seller
Visit store
See other items

---

Similar sponsored items



City Cruiser, 8.5" Scooter Hoover Board...
$169.00
Free shipping
**Last one**



T580 Off Road Scooter Music Speaker LED Lights...
$246.05
$̶2̶5̶9̶.̶0̶0̶
Free shipping
Seller 99.1% positive



City Cruiser, 8.5" Scooter Hoover Board with UL227...
$169.00
Free shipping
Seller 100% positive



6.5" Electric Hoverboard Bluetooth Speaker LED S...
$109.99
Free shipping
New



T580 Off Road Scooter Music Speaker LED Lights...
$259.00
Free shipping
New



6.5" Spider S Scooter | RG
$149.99
+ shipping
Seller 99.8%

● ○

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

10/22/2020     T580 Off Road Scooter Music Speaker LED Lights 6.5 inch UL2272 CERTIFICATED | eBay

---

Sponsored items from this seller



6.5"T581 Off Road Scooter Bluetooth LED...

$341.05
~~$359.00~~
Free shipping



Warrior the Toughest, Hardest and Smartest Off...

$437.00
~~$460.00~~
Free shipping



Ninebot MAX G30P Electric Scooter,Portable...

$799.00
Free shipping

Airwheel S8 Electric Scooter [ Black / White ]

$599.45
~~$631.00~~
Free shipping
Almost gone

Airwheel S8 Electric Scooter Battery 260Wh

$339.00
Free shipping



RichFire Alu... Hunting Ligh...

$34.67
~~$36.49~~
Free shippin

● ○

---

**Description** | Shipping and payments

eBay item number:   **1643**

Seller assumes all responsibility for this listing.

Last updated on   Oct 21, 2020 09:56:36 PDT   View all revisions

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is … Read more | Brand: | Unbranded |
| MPN: | Does Not Apply | Model: | T580 |
| Type: | 2wheel scooter | | |



**e-Scooter store**
2013tankstrong001 (440 ⭐) 99.3%

Search within store

🔲 Sign up for newsletter

Visit Store:   e-Scooter store

Hi yuangongan. If you like what you see, browse my Store to find more items you may love.

Benchwheel | Benchwheel Accessories | Airwheel | Gotway | Ninebot

---

## Categories

**Airwheel** ›

**Ninebot** ›

**Benchwheel Accessories** ›

**scooter** ›

**Gosky Overseas warehouse US** ›

**Other** ›

| 5% off | 5% off | | |
|---|---|---|---|
| ANS LED Aluminum Alloy Flashlight Outdoor Tactical Light | Warrior the Toughest, Hardest and Smartest Off Road Scooter | 6.5"T581 Off Road Scooter Bluetooth LED Lights UL2272 | Component Dashboard cover Ninebot Max G30/G30P | 40070 Refractor Telescope With T... |
| 63.36 USD | 437.0 USD | 341.05 USD | 18.97 USD | 54.52 USD |
| | ~~460.0 USD~~ | ~~359.0 USD~~ | | |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping |

### *GYROOR T580 HOVERBOARD SELF BALANCING SCOOTER WITH MUSIC LIGHTS. 6.5 INCH TWO-WHEEL ELECTRIC SCOOTER FOR KIDS ADULT CERTIFICATED*

*Feature:*

**SMART APP CONTROLLED** - This self balancing scooter comes with an efficient app that helps you stay in control, giving you

batteries, see the real speed, Changing led light colors and adjust speed with ease.

**. FOR ALL RIDERS** – Coming with 2 modes, the children mode makes this hover board easy to control for a first-timer or a kid

riders easily perform hoverboard tricks.

10/22/2020        T580 Off Road Scooter Music Speaker LED Lights 6.5 inch UL2272 CERTIFICATED | eBay

. **MUSIC SPEAKER INCLUDED** - For the music lovers, the Gyroor Swift spots a built-in branded high quality music speaker th
hoverboard.

. **SELF BALANCING BOARD** - We have adopted the self balancing technology to make this hoverboard easier and safer for nev
rest of mind!

. **SAFETY CERTIFIED** – This UL2272 certified hover board has passed strict electrical and safety test to protect charging and ri
performing to standard, feel free to contact us.

### *Specifications:*

.**Safety** : UL 2272 Certified Hoverboards

Click here to view the UL2272 certified   https://img1.tongtool.com/v/qoqswrxvosqsqnqzouuuzxwrqtwsxustxuupPNGK.png

. **Lithium-Ion Battery**: 2.0Ah/36V (Chinese Cells)

. **Motor:** 250W*2 Motors

. **LED:** Colors Adjustable by APP

. **Bluetooth Speaker:** Pro Bluetooth Speaker

. **Distance on Full Charge:** 5~7.5 Miles

. **Max Speed:** 8 Miles/Hour

. **Charging Time:** 1.5 to 2 Hours

. **Charging Voltage:** AC100 to 240V/50-60Hz

. **Driving Mode:** Adjustable Speeds by App

. **Max Load:** 265 Pounds

. **Max Climbing Angle:** 15~30 °

. **Water Resistant:** IP54

. **Frame Material:** Aluminum

. **Tires:** 6.5 inch Rubber Tires

. **Product Dimensions:** 26 Inch x 9 Inch X 8.86 Inch

. **Net Weight:** 15.8 Pounds.

. **Color: Black/Pink**


**SAVE UP TO 5%**   **See all eligible items ▶**

**Save up to 5.0%**

Marked down item price reflects all savings. Items provided by 2013tankstrong001       **All promotional offers from**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

10/22/2020                                    T580 Off Road Scooter Music Speaker LED Lights 6.5 inch UL2272 CERTIFICATED | eBay

    

Mini with - personal transporter App remote control Pro self-balanced Ninebot

Ninebot Mini Plus with Auto-Follow & Mini Lite with App remomote new 2019 models

Hover Go Kart Fully Adjustable fit Kid to Adult Compatible all Balancing Scooter

6.5"T581 Off Road Scooter Bluetooth LED Lights UL2272 CERTIFIED

Gotway Nikola Plu Unicycle 100V Up t

| Was: | ~~US $599.00~~ | Was: | ~~US $957.15~~ | Was: | ~~US $74.00~~ | Was: | ~~US $359.00~~ | Was: | US $ |
| Now: | US $569.05 | Now: | US $861.43 | Now: | US $59.20 | Now: | US $341.05 | Now: | US $ |

* Savings are reflected in item price. Prices are subject to change without notice, while supplies last.                                              You can change

Offer conditionsLearn about pricing

Back to home page

**More to explore :**  Off Road Scooter In Electric Scooters,  Off Road Scooter In Gas Scooters,  Off Road Scooter In Kick Scooters,  Razor Off Road Kick Scooters,
1.50 Inch Stroke 6.5 Inch Bicycle Rear Shocks,  Scooters,  Electric Scooters,  Bike LED Lights,  Kick Scooters,  Onewheel Electric Scooters

About eBay     Announcements     Community     Security Center     Resolution Center     Seller Center     Policies     Affiliates     Help & Contact     Site Map

Copyright © 1995-2020 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice ⓘ



# EXHIBIT 15

# FILED UNDER SEAL

# HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Sports & Outdoors

Hello, Arthur Account & Lists Account | Returns & Orders | Prime | 0 Cart

Holiday Deals | Gift Cards | Arthur's Amazon.com | Browsing History | Prime Video | Customer Service | Shop Holiday Gift Guides

**Sports & Outdoors** | Sports & Fitness | Outdoor Recreation | Sports Fan Shop | Sports Deals | Outdoor Deals

‹ Return to product information    Every purchase on Amazon.com is protected by an A-to-z guarantee.    Feedback on this page? Tell us what you think

# Gyroor T581 Hoverboard 6.5" Off Road All Terrain Hoverboards with Bluetooth Speaker&LED Lights Two-Wheel Self Balancing Hoverboard with Kart Seat Attachment UL2272 Certified for Kids & Adults(Blue)

Gyroor

356 customer ratings

Color: **blue with Kart-T581**

**Refine by** Clear all

**Shipping**

- [ ]
- [ ] Free shipping

**Condition**

- [x] New

| Price + Shipping | Condition (Learn more) | Delivery | Seller Information | Buying Options |
|---|---|---|---|---|
| **$279.00** & **FREE Shipping** Details | **New** | FULFILLMENT BY AMAZON • Shipping rates and return policy. | **JIANGYOU-US** **Just Launched** (Seller Profile) | Add to cart |
| **$279.00** & **FREE Shipping** | **New** | • **Arrives between** Nov. 16 - Dec. 8. • Want it delivered Wednesday, November 4? Choose **Expedited Shipping** at checkout. • Shipping rates and return policy. | **Runchenyun** 70% positive over the past 12 months. (20 total ratings) | Add to cart |

## Deals in magazine subscriptions

Page 1 of 13

National Geographic Kids
6,532
Print Magazine
$15.00

Good Housekeeping
30
Print Magazine
$6.00

Do it Yourself
4,542
Print Magazine
$5.00

Martha Stewart Living
4,418
Print Magazine
$5.00

## Buy it again

Bottle Bright- All Natural, Biodegradable, Chlorine & Odor Free Water Bottle…
11,706
$8.00
Purchased Sep 2020

[UL Listed] Miady Short Power Extension Cord Outlet Saver, 16AWG…
2,559
$16.99
Purchased Sep 2020

Ascher GU10 LED Light Bulbs, 50W Halogen Bulbs Equivalent, 4W, 400…
1,940
$10.99
Purchased Aug 2020

Amazon.com Gift Card in a Mini Envelope
26,510
$10.00
Purchased Dec 2019



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

10/25/2020          Amazon.com: Buying Choices: Gyroor T581 Hoverboard 6.5" Off Road All Terrain Hoverboards with Bluetooth Speaker&LED Lights Tw...

**Your Browsing History**   View or edit your browsing history   ›



Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell products on Amazon | Amazon Rewards Visa Signature Cards | Amazon and COVID-19 |
| Blog | Sell apps on Amazon | Amazon.com Store Card | Your Account |
| About Amazon | Become an Affiliate | Amazon Business Card | Your Orders |
| Sustainability | Advertise Your Products | Amazon Business Line of Credit | Shipping Rates & Policies |
| Press Center | Self-Publish with Us | Shop with Points | Amazon Prime |
| Investor Relations | Host an Amazon Hub | Credit Card Marketplace | Returns & Replacements |
| Amazon Devices | › See More Make Money with Us | Reload Your Balance | Manage Your Content and Devices |
| Amazon Tours | | Amazon Currency Converter | Amazon Assistant |
| | | | Help |

English          United States

| | | | | | | |
|---|---|---|---|---|---|---|
| Amazon Music Stream millions of songs | Amazon Advertising Find, attract, and engage customers | Amazon Drive Cloud storage from Amazon | 6pm Score deals on fashion brands | AbeBooks Books, art & collectibles | ACX Audiobook Publishing Made Easy | Alexa Actionable Analytics for the Web |
| Sell on Amazon Start a Selling Account | Amazon Business Everything For Your Business | Amazon Fresh Groceries & More Right To Your Door | AmazonGlobal Ship Orders Internationally | Home Services Experienced Pros Happiness Guarantee | Amazon Ignite Sell your original Digital Educational Resources | Amazon Rapids Fun stories for kids on the go |
| Amazon Web Services Scalable Cloud Computing Services | Audible Listen to Books & Original Audio Performances | Book Depository Books With Free Delivery Worldwide | Box Office Mojo Find Movie Box Office Data | ComiXology Thousands of Digital Comics | DPReview Digital Photography | East Dane Designer Men's Fashion |
| Fabric Sewing, Quilting & Knitting | Goodreads Book reviews & recommendations | IMDb Movies, TV & Celebrities | IMDbPro Get Info Entertainment Professionals Need | Kindle Direct Publishing Indie Digital & Print Publishing Made Easy | Prime Now FREE 2-hour Delivery on Everyday Items | Amazon Photos Unlimited Photo Storage Free With Prime |
| Prime Video Direct Video Distribution Made Easy | Shopbop Designer Fashion Brands | Amazon Warehouse Great Deals on Quality Used Products | Whole Foods Market America's Healthiest Grocery Store | Woot! Deals and Shenanigans | Zappos Shoes & Clothing | Ring Smart Home Security Systems |
| eero WiFi Stream 4K Video in Every Room | Neighbors App Real-Time Crime & Safety Alerts | Amazon Subscription Boxes Top subscription boxes – right to your door | PillPack Pharmacy Simplified | Amazon Renewed Like-new products you can trust | Amazon Second Chance Pass it on, trade it in, give it a second life | |

Conditions of Use     Privacy Notice     Interest-Based Ads     © 1996-2020, Amazon.com, Inc. or its affiliates

# EXHIBIT 16

# FILED UNDER SEAL

# HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

10/25/2020     Amazon.com: Buying Choices: TOMOLOO Hoverboard, Electric Self-Balancing Smart Scooter, UL 2272 Certified Hover Board 6.5 Two-...

Sports & Outdoors ▾                    Account & Lists ▾          Returns      Prime ▾      0
                                       Account ▾                  & Orders               Cart

Holiday Deals     Gift Cards     Arthur's Amazon.com     Browsing History ▾     Prime Video     Customer Service          Shop deals before they're gone

**Sports & Outdoors**     Sports & Fitness     Outdoor Recreation     Sports Fan Shop     Sports Deals     Outdoor Deals

‹ Return to product information     Every purchase on Amazon.com is protected by an **A-to-z guarantee**.     Feedback on this page? **Tell us what you think**

TOMOLOO Hoverboard, Electric Self-Balancing Smart Scooter, UL 2272 Certified Hover Board 6.5 Two-Wheel with Music Speaker and LED Light.
TOMOLOO
1,955 customer ratings

Color: **Black**

| Price + Shipping | Condition (Learn more) | Delivery | Seller Information | Buying Options |
|---|---|---|---|---|
| **$181.25** & FREE Shipping Details | **Used - Very Good** Item will come in original packaging. Packaging will be damaged. | FULFILLMENT BY AMAZON • Shipping rates and return policy. | amazon warehouse | Add to cart |
| **$199.99** & FREE Shipping Details | New | FULFILLMENT BY AMAZON • Shipping rates and return policy. | TOMOLOO INE 82% positive over the past 12 months. (61 total ratings) | Add to cart |
| **$199.99** & FREE Shipping | New | • **Arrives between** Tue, Oct. 27 - Fri, Oct. 30. • Want it delivered Wednesday, October 28? Choose **Local Express Shipping** at checkout. • Shipping rates and return policy. | TOMOLOO Offical 91% positive. (107 total ratings) | Add to cart |

**Deals in magazine subscriptions**                                                    Page 1 of 13

Yachting                    Food Network Magazine          National Geographic Kids       Real Simple
          89                        49                        6,537                          32
Print Magazine              Print Magazine                 Print Magazine                 Print Magazine
$12.00                      $6.00                          $15.00                         $5.00

**Buy it again**

https://www.amazon.com/gp/offer-listing/B078JVPSP1/ref=dp_olp_ALL_mbc?ie=UTF8&condition=ALL                    1/3

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

10/25/2020          Amazon.com: Buying Choices: TOMOLOO Hoverboard, Electric Self-Balancing Smart Scooter, UL 2272 Certified Hover Board 6.5 Two-…

| Bottle Bright- All Natural, Biodegradable, Chlorine & Odor Free Water Bottle… | [UL Listed] Miady Short Power Extension Cord Outlet Saver, 16AWG… | Ascher GU10 LED Light Bulbs, 50W Halogen Bulbs Equivalent, 4W, 400… | Amazon.com Gift Card in a Mini Envelope |
|---|---|---|---|
| 11,706 | 2,559 | 1,940 | 26,521 |
| $8.00 | $16.99 | $10.99 | $10.00 |
| Purchased Sep 2020 | Purchased Sep 2020 | Purchased Aug 2020 | Purchased Dec 2019 |

**Your Browsing History**   View or edit your browsing history  ›

      

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell products on Amazon | Amazon Rewards Visa Signature Cards | Amazon and COVID-19 |
| Blog | Sell apps on Amazon | Amazon.com Store Card | Your Account |
| About Amazon | Become an Affiliate | Amazon Business Card | Your Orders |
| Sustainability | Advertise Your Products | Amazon Business Line of Credit | Shipping Rates & Policies |
| Press Center | Self-Publish with Us | Shop with Points | Amazon Prime |
| Investor Relations | Host an Amazon Hub | Credit Card Marketplace | Returns & Replacements |
| Amazon Devices | › See More Make Money with Us | Reload Your Balance | Manage Your Content and Devices |
| Amazon Tours | | Amazon Currency Converter | Amazon Assistant |
| | | | Help |

English          United States

| Amazon Music Stream millions of songs | Amazon Advertising Find, attract, and engage customers | Amazon Drive Cloud storage from Amazon | 6pm Score deals on fashion brands | AbeBooks Books, art & collectibles | ACX Audiobook Publishing Made Easy | Alexa Actionable Analytics for the Web |
|---|---|---|---|---|---|---|
| Sell on Amazon Start a Selling Account | Amazon Business Everything For Your Business | Amazon Fresh Groceries & More Right To Your Door | AmazonGlobal Ship Orders Internationally | Home Services Experienced Pros Happiness Guarantee | Amazon Ignite Sell your original Digital Educational Resources | Amazon Rapids Fun stories for kids on the go |
| Amazon Web Services Scalable Cloud Computing Services | Audible Listen to Books & Original Audio Performances | Book Depository Books With Free Delivery Worldwide | Box Office Mojo Find Movie Box Office Data | ComiXology Thousands of Digital Comics | DPReview Digital Photography | East Dane Designer Men's Fashion |
| Fabric Sewing, Quilting & Knitting | Goodreads Book reviews & recommendations | IMDb Movies, TV & Celebrities | IMDbPro Get Info Entertainment Professionals Need | Kindle Direct Publishing Indie Digital & Print Publishing Made Easy | Prime Now FREE 2-hour Delivery on Everyday Items | Amazon Photos Unlimited Photo Storage Free With Prime |
| Prime Video Direct Video Distribution Made Easy | Shopbop Designer Fashion Brands | Amazon Warehouse Great Deals on Quality Used Products | Whole Foods Market America's Healthiest Grocery Store | Woot! Deals and Shenanigans | Zappos Shoes & Clothing | Ring Smart Home Security Systems |
| eero WiFi Stream 4K Video in Every Room | Neighbors App Real-Time Crime & Safety Alerts | Amazon Subscription Boxes Top subscription boxes – right to your door | PillPack Pharmacy Simplified | Amazon Renewed Like-new products you can trust | Amazon Second Chance | |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Pass it on, trade it
in,
give it a second
life

Conditions of Use   Privacy Notice   Interest-Based Ads  © 1996-2020, Amazon.com, Inc. or its affiliates

# EXHIBIT 17

# FILED UNDER SEAL

# HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

10/25/2020          Amazon.com: Buying Choices: TOMOLOO Hoverboard with Bluetooth Speaker and LED Lights Self-Balancing Scooter UL2272 Certifie…

Sports & Outdoors ▾

Account & Lists ▾
Account ▾

Returns
& Orders

Prime ▾

0
Cart

Holiday Deals     Gift Cards     Arthur's Amazon.com     Browsing History ▾     Prime Video     Customer Service          Shop the Fashion Gift guide

**Sports & Outdoors**     Sports & Fitness     Outdoor Recreation     Sports Fan Shop     Sports Deals     Outdoor Deals

‹ Return to product information     Every purchase on Amazon.com is protected by an A-to-z guarantee.     Feedback on this page? Tell us what you think

## TOMOLOO Hoverboard with Bluetooth Speaker and LED Lights Self-Balancing Scooter UL2272 Certified 6.5" Wheel Electric Scooter for Kids and Adults
TOMOLOO

1,018 customer ratings

Color: **Black**

| Price + Shipping | Condition (Learn more) | Delivery | Seller Information | Buying Options |
|---|---|---|---|---|
| **$178.73**<br>& FREE Shipping<br>Details | **Used - Very Good**<br>Small cosmetic imperfections on the corner of the item. Item will... ► Read more | FULFILLMENT BY AMAZON<br><br>• Shipping rates and return policy. | amazon warehouse | Add to cart |
| **$199.99**<br>& FREE Shipping<br>Details | **New** | FULFILLMENT BY AMAZON<br><br>• Shipping rates and return policy. | **TOMOLOO**<br>**79%**<br>**positive** over the past 12 months. (23 total ratings) | Add to cart |

Refine by · Clear all

**Shipping**
☐ Free shipping

**Condition**
☐ New
☐ Used
☐ Like New
☐ Very Good
☐ Good
☐ Acceptable

## Deals in magazine subscriptions
Page 1 of 13

National Geographic Kids
6,537
Print Magazine
$15.00

Men's Journal
673
Print Magazine
$12.95

Veranda
5
Print Magazine
$5.00

ESSENCE
Print Magazine
$5.00

## Buy it again

Bottle Bright- All Natural, Biodegradable, Chlorine & Odor Free Water Bottle...
11,706
$8.00
Purchased Sep 2020

[UL Listed] Miady Short Power Extension Cord Outlet Saver, 16AWG...
2,559
$16.99
Purchased Sep 2020

Ascher GU10 LED Light Bulbs, 50W Halogen Bulbs Equivalent, 4W, 400...
1,940
$10.99
Purchased Aug 2020

Amazon.com Gift Card in a Mini Envelope
26,521
$10.00
Purchased Dec 2019

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

10/25/2020          Amazon.com: Buying Choices: TOMOLOO Hoverboard with Bluetooth Speaker and LED Lights Self-Balancing Scooter UL2272 Certifie…

**Your Browsing History**     View or edit your browsing history  ›

      

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell products on Amazon | Amazon Rewards Visa Signature Cards | Amazon and COVID-19 |
| Blog | Sell apps on Amazon | Amazon.com Store Card | Your Account |
| About Amazon | Become an Affiliate | Amazon Business Card | Your Orders |
| Sustainability | Advertise Your Products | Amazon Business Line of Credit | Shipping Rates & Policies |
| Press Center | Self-Publish with Us | Shop with Points | Amazon Prime |
| Investor Relations | Host an Amazon Hub | Credit Card Marketplace | Returns & Replacements |
| Amazon Devices | › See More Make Money with Us | Reload Your Balance | Manage Your Content and Devices |
| Amazon Tours | | Amazon Currency Converter | Amazon Assistant |
| | | | Help |

English          United States

| | | | | | | |
|---|---|---|---|---|---|---|
| Amazon Music Stream millions of songs | Amazon Advertising Find, attract, and engage customers | Amazon Drive Cloud storage from Amazon | 6pm Score deals on fashion brands | AbeBooks Books, art & collectibles | ACX Audiobook Publishing Made Easy | Alexa Actionable Analytics for the Web |
| Sell on Amazon Start a Selling Account | Amazon Business Everything For Your Business | Amazon Fresh Groceries & More Right To Your Door | AmazonGlobal Ship Orders Internationally | Home Services Experienced Pros Happiness Guarantee | Amazon Ignite Sell your original Digital Educational Resources | Amazon Rapids Fun stories for kids on the go |
| Amazon Web Services Scalable Cloud Computing Services | Audible Listen to Books & Original Audio Performances | Book Depository Books With Free Delivery Worldwide | Box Office Mojo Find Movie Box Office Data | ComiXology Thousands of Digital Comics | DPReview Digital Photography | East Dane Designer Men's Fashion |
| Fabric Sewing, Quilting & Knitting | Goodreads Book reviews & recommendations | IMDb Movies, TV & Celebrities | IMDbPro Get Info Entertainment Professionals Need | Kindle Direct Publishing Indie Digital & Print Publishing Made Easy | Prime Now FREE 2-hour Delivery on Everyday Items | Amazon Photos Unlimited Photo Storage Free With Prime |
| Prime Video Direct Video Distribution Made Easy | Shopbop Designer Fashion Brands | Amazon Warehouse Great Deals on Quality Used Products | Whole Foods Market America's Healthiest Grocery Store | Woot! Deals and Shenanigans | Zappos Shoes & Clothing | Ring Smart Home Security Systems |
| eero WiFi Stream 4K Video in Every Room | Neighbors App Real-Time Crime & Safety Alerts | Amazon Subscription Boxes Top subscription boxes – right to your door | PillPack Pharmacy Simplified | Amazon Renewed Like-new products you can trust | Amazon Second Chance Pass it on, trade it in, give it a second life | |

Conditions of Use     Privacy Notice     Interest-Based Ads     © 1996-2020, Amazon.com, Inc. or its affiliates

# EXHIBIT 18

# FILED UNDER SEAL

# HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

10/25/2020

Amazon.com: Buying Choices: VOYAGER Air Wheel Self Balancing Hover Board - UL 2272 Certified (Black)

Sports & Outdoors ▾

Account & Lists ▾
Account ▾

Returns
& Orders

Prime ▾

0
Cart

Holiday Deals    Gift Cards    Arthur's Amazon.com    Browsing History ▾    Prime Video    Customer Service                Shop deals before they're gone

Sports & Outdoors    Sports & Fitness    Outdoor Recreation    Sports Fan Shop    Sports Deals    Outdoor Deals

‹ Return to product information    Every purchase on Amazon.com is protected by an A-to-z guarantee.    Feedback on this page? Tell us what you think

### VOYAGER Air Wheel Self Balancing Hover Board - UL 2272 Certified (Black)
VOYAGER

13 customer ratings

| | | Refine by | Clear all |
| --- | --- | --- | --- |

**Shipping**
☐ Free shipping

**Condition**
☐ New
☐ Used
   ☐ Like New
   ☐ Very Good
   ☐ Good
   ☐ Acceptable

| Price + Shipping | Condition (Learn more) | Delivery | Seller Information | Buying Options |
| --- | --- | --- | --- | --- |
| **$99.99**<br>& FREE Shipping | **Used - Like New**<br>Item is unused, in open box condition. Packaging may have been da... » Read more | • **Arrives between** Oct. 29 - Nov. 4.<br>• Want it delivered Wednesday, November 4? Choose **Standard Shipping** at checkout.<br>Shipping rates and return policy | **EastCoastLiquidation**<br>**67% positive.** (30 total ratings) | Add to cart |
| **$138.95**<br>& FREE Shipping | **New** | • **Arrives between** November 2-10.<br>• Want it delivered Tuesday, November 3? Choose **Expedited Shipping** at checkout.<br>Shipping rates and return policy | **THE E-COM STORE**<br>**87% positive** over the past 12 months. (1,979 total ratings) | Add to cart |
| **$139.78**<br>& FREE Shipping<br>Details | **New** | Shipping rates and return policy | amazon.com | Add to cart |

---

## Deals in magazine subscriptions

Page 1 of 13

**VegNews Magazine**
104
Print Magazine
$17.00

**Real Simple**
32
Print Magazine
$5.00

**Food & Wine**
13
Print Magazine
$3.00

**National Geographic Kids**
6,537
Print Magazine
$15.00

## Buy it again

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

10/25/2020    Amazon.com: Buying Choices: VOYAGER Air Wheel Self Balancing Hover Board - UL 2272 Certified (Black)

   

Bottle Bright- All Natural    [UL Listed] Miady Short    Ascher GU10 LED Light    Amazon.com Gift Card in a

## Your Browsing History    View or edit your browsing history  ›

      

Back to top

### Get to Know Us
Careers
Blog
About Amazon
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Tours

### Make Money with Us
Sell products on Amazon
Sell apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Make Money with Us

### Amazon Payment Products
Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon Business Card
Amazon Business Line of Credit
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

### Let Us Help You
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help

English    United States

Amazon Music
Stream millions
of songs

Amazon
Advertising
Find, attract, and
engage customers

Amazon Drive
Cloud storage
from Amazon

6pm
Score deals
on fashion
brands

AbeBooks
Books, art
& collectibles

ACX
Audiobook
Publishing
Made Easy

Alexa
Actionable
Analytics
for the Web

Sell on
Amazon
Start a Selling
Account

Amazon
Business
Everything For
Your Business

Amazon Fresh
Groceries & More
Right To Your Door

AmazonGlobal
Ship Orders
Internationally

Home Services
Experienced Pros
Happiness Guarantee

Amazon Ignite
Sell your original
Digital
Educational
Resources

Amazon Rapids
Fun stories for
kids on the go

Amazon Web
Services
Scalable Cloud
Computing
Services

Audible
Listen to Books &
Original
Audio
Performances

Book Depository
Books With Free
Delivery Worldwide

Box Office
Mojo
Find Movie
Box Office Data

ComiXology
Thousands of
Digital Comics

DPReview
Digital
Photography

East Dane
Designer Men's
Fashion

Fabric
Sewing, Quilting
& Knitting

Goodreads
Book reviews
&
recommendations

IMDb
Movies, TV
& Celebrities

IMDbPro
Get Info
Entertainment
Professionals
Need

Kindle Direct
Publishing
Indie Digital & Print
Publishing
Made Easy

Prime Now
FREE 2-hour
Delivery
on Everyday Items

Amazon Photos
Unlimited Photo
Storage
Free With Prime

Prime Video
Direct
Video
Distribution
Made Easy

Shopbop
Designer
Fashion Brands

Amazon Warehouse
Great Deals on
Quality Used Products

Whole Foods
Market
America's
Healthiest
Grocery Store

Woot!
Deals and
Shenanigans

Zappos
Shoes &
Clothing

Ring
Smart Home
Security Systems

eero WiFi
Stream 4K Video
in Every Room

Neighbors App

Amazon Subscription Boxes

PillPack

Amazon Renewed

Amazon Second
Chance

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

10/25/2020      Amazon.com: Buying Choices: VOYAGER Air Wheel Self Balancing Hover Board - UL 2272 Certified (Black)

| Stream 4K Video in Every Room | Real-Time Crime & Safety Alerts | Top subscription boxes – right to your door | Pharmacy Simplified | Like-new products you can trust | Pass it on, trade it in, give it a second life |

Conditions of Use    Privacy Notice    Interest-Based Ads   © 1996-2020, Amazon.com, Inc. or its affiliates