**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| HANGZHOU CHIC INTELLIGENT TECHNOLOGY CO. and UNICORN GLOBAL, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 20-cv-4806 |
| v. | ) ) | Judge Thomas M. Durkin |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A, | ) ) ) ) | Magistrate Judge Jeffrey Cole |
| Defendants. | ) ) | |

**DECLARATION OF CHRISTOPHER BINNS**
**IN OPPOSITION TO MOVING DEFENDANTS MOTION TO DISMISS**

I, Christopher Binns, declare as follows:

1.      I am an attorney at law, duly admitted to practice before the Courts of the States of New York and New Jersey.  I have been admitted *pro hac vice* to practice before this Court in the instant action.

2.      I am one of the attorneys representing Plaintiffs, and except otherwise stated to the contrary, I have personal knowledge of the following facts and if called as a witness, could and would testify as follows:

3.      On or about November 25, 2020, Plaintiffs published copies of the preliminary injunction order, entered on November 24, 2020, and the Third Amended Complaint on a dedicated website (https://www.loeb.com/en/general/20-cv-4806).

4.      On or about December 28, 2020, Plaintiffs updated the dedicated website (https://www.loeb.com/en/general/20-cv-4806) and published copies of the modified  preliminary injunction order, entered on December 23, 2020, and the Third Amended Complaint.

5.      On or about December 28, 2020, Plaintiffs, through counsel, served Defendant Gyroor US by email at ctd2020@outlook.com with the Third Amended Complaint, the modified preliminary injunction order, and expedited discovery requests.  In response, a representative from Gyroor US expressly stated that the email was received but that the Hague Convention required service by mail.  *See* Exhibit A (email response from Defendant Gyroor US acknowledging receipt of email). Due to clerical error, service to Defendant Gyroor US did not include a copy of the Summon issued by the Court.  However, on or about January 29, 2021, Plaintiffs effectuated corrected service by email on Defendant Gyroor US and provided the Summons, Third Amended Complaint, and modified preliminary injunction order.

6.      On or about December 23, 2020, Plaintiffs, through counsel, served Defendant Tomoloo DX at tomoloo_online@126.com, Tomoloo TC at tchttomoloo@163.com, and Tomoloo Flagship at tomolooflag@126.com with the Third Amended Complaint, the modified preliminary injunction order, and expedited discovery requests.  On or about January 29, 2021, Plaintiffs effectuated corrected service by email on the Tomoloo Defendants and provided the Summons, Third Amended Complaint, and modified preliminary injunction order.

7.      Plaintiffs were informed by counsel for eBay.com store Defendants carrie_yux-5, mijia_store, pauta60, smg-store, strongjennie, and 2013tankstrong001 that their supplier could be found at the following website: https://detail.1688.com/offer/558898374000.html&idx=0?spm=a312h.2018_new_sem.dh_002.1.6bf91ff9bIR8Pj&file=558898374000.html&idx=0.  *See* Exhibit B.  Although the above webpage is mostly in Chinese, the following banner is displayed in English and unquestionably is related to Defendant Gyroor US:



8.      Attached as Exhibit C is a copy of the *Volkswagen Group of America, Inc. v. Brandcar Store, et al.*, No. 20-cv-3131, (N.D. Ill Sept. 14, 2020) (Durkin, J.) decision cited to in the corresponding memorandum of law.

I declare under penalty of perjury under the laws of the United States of America that the foregoing are true and correct.

Date:   March 3, 2021                          /s/ Christopher Binns
          New York, NY                            Christopher Binns

                                                       *Attorney for Plaintiffs*