

阿里货源跨境电动平衡车 8.5寸双轮体感儿童扭扭车时尚成人代步车 阿里巴巴



货源 响应 发货 回头率
3%↓ 23%↓ 24%↓ --

进入旺铺　　收藏铺货

我要代发

查看供应商招商要求

## 产品搜索

产品名
价格 ___ 到 ___

🔍 搜索

## 产品分类

🔲 GYROOR品牌专区
🔲 6.5寸平衡车
🔲 8.5寸越野平衡车
🔲 F1越野平衡车
🔲 店长推荐
🔲 新品测试链接
🔲 电动自行车
🔲 未分类

## 销量排行

1 成交 128 笔
一件代发电动双轮平衡车儿童两..
￥ 799.00

2 成交 95 笔
疆游小型折叠电动自行车锂电池..
￥ 1750.00

3 成交 93 笔
GYROOR疆游儿童越野平衡车电动..
￥ 399.00

4 成交 31 笔
平衡车双轮儿童体感思维两轮8..
￥ 1100.00

查看所有热销产品 ＞

## 联系方式

朱丽萍 女士（运营部 专员）

电 话：86 0755 33247364
移动电话：登录后可见
传 真：86

深圳车泰斗科技有限公司
中国 广东 深圳市 宝安区
印国际A栋

更多＞＞

## 友情链接

加载中...

## 价格说明

一般情况下：

划线价格：划线的价格可能是商品的销售指导价或该商品的曾经展示过的销售价格，并非原价，仅供参考。

未划线价格：未划线的价格是商品在阿里巴巴中国站上的销售标价，具体的成交价格根据商品参加活动，或因用户使用优惠券等发生变化，最终以订单结算页价格为准。

活动预热状态下：

划线价格：划线的价格是商品在目前活动预热状态下的销售标价，并非原价，具体的成交价可能因用户使用优惠券等发生变化，最终以订单结算页价格为准。

未划线价格：未划线的价格可能是商品即将参加活动的活动价，仅供参考，具体活动时的成交价可能因用户使用优惠券等发生变化，最终以活动当天页面为准。

伙拼折上折活动状态下：

该商品（部分规格除外）在伙拼折上折活动期间内，买家可享受伙拼折上折活动优惠价格（该价格较同时期伙拼日常活动价格更优惠）。

*注：前述说明仅当出现价格比较时有效。若商家单独对划线价格进行说明的，以商家的表述为准。

## 相关产品

儿童平衡车　平衡车 电动　10寸平衡车　平衡车 两轮　8寸平衡车　双轮平衡车　独轮平衡车　越野平衡车　智能平衡车　小米平衡车

手机版： 跨境货源疆游电动平衡车 8.5寸双轮体感儿童扭扭车时尚成人代步车

内容声明：阿里巴巴中国站为第三方交易平台及互联网信息服务提供者，阿里巴巴中国站（含网站、客户端等）所展示的商品/服务的标题、价格、详情等信息内容系由店铺经营者发布，其真实性、准确性和合法性均由店铺经营者负责。阿里巴巴提醒您购买商品/服务前注意谨慎核实，如您对商品/服务的标题、价格、详情等任何信息有任何疑问的，请在购买前通过阿里旺旺与店铺经营者沟通确认；阿里巴巴中国站存在海量店铺，如您发现店铺内有任何违法/侵权信息，请立即向阿里巴巴举报并提供有效线索。

暂无友情链接

深圳车泰斗科技有限公司　　地址：中国 广东 深圳 龙华区观澜街道库坑社区新宏泽印刷厂厂房1三楼　　技术支持：旺铺管理入口 ｜ 免责声明 ｜ 客服中心

阿里巴巴集团 ｜ 阿里巴巴国际站 ｜ 1688 ｜ 全球速卖通 ｜ 淘宝网 ｜ 天猫 ｜ 聚划算 ｜ 一淘 ｜ 阿里旅行·去阿 ｜ 阿里妈妈 ｜ 酷盘 ｜ 虾米 ｜ 阿里云计算 ｜ YunOS ｜ 阿里通信 ｜ 万网 ｜ 支付宝 ｜ 来往 ｜ 11 Main ｜
@2010-2018 1688.com 版权所有 著作权与商标声明 ｜ 法律声明 ｜ 服务条款 ｜ 隐私声明 ｜ 关于阿里巴巴 ｜ 联系我们 ｜ 网站导航