# Christopher Binns

| | |
|---|---|
| **From:** | 谢 荣庆 <ctd2020@outlook.com> |
| **Sent:** | Thursday, December 31, 2020 12:41 AM |
| **To:** | Christopher Binns |
| **Subject:** | 回复: Hangzhou Chic et al v. P'ships (GYROOR US), 20-cv-4806 |

**This email originated from outside of Loeb's Network.**

To Whom It May Concern:

We received your email. We do not agree to waiver of service of process, nor to electronic service of process. You must comply with all aspects with the Hague Convention.

Our address is as follows:
No. 1 Feida Rd. Building A, 2F
Zhangyang District, Zhangmutou Town
Guangdong, China 523637

郵件已收到. 我方不同意免除送達, 也不接受電子形式送達. 你們必須嚴格按照海牙公約關於外國公司的送達要求, 向我司送達傳票和訴狀.

我方的送達地址為:
东莞市樟木头镇樟洋社区飞达路1号A栋二楼


Dongguan Saibotan Nengyuan Keji Co., Ltd.
東莞市賽博坦能源科技有限公司


Sincerely,

GYROOR US

---

发件人: Christopher Binns <cbinns@loeb.com>
发送时间: 2020年12月29日 10:13
收件人: ctd2020@outlook.com <ctd2020@outlook.com>
主题: Hangzhou Chic et al v. P'ships (GYROOR US), 20-cv-4806

To Whom It May Concern:

We represent the Plaintiffs in the above-referenced action. Per the attached Preliminary Injunction Order, please find attached the Third Amended Complaint, the Preliminary Injunction Order, and Plaintiffs' expedited discovery requests.

If you have any questions, please do not hesitate to contact me.

1

Sincerely,

Christopher Binns

**Christopher Binns**
*Attorney At Law*



345 Park Avenue | New York, NY 10154

**Direct Dial:** 212.407.4213 | **Fax:** 646.349.1805 | **E-mail:** cbinns@loeb.com

Los Angeles | New York | Chicago | Nashville | Washington, DC | San Francisco | Beijing | Hong Kong | www.loeb.com

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify the sender. Please destroy the original transmission and its attachments without reading or saving in any manner. Thank you, Loeb & Loeb LLP.