# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| HANGZHOU CHIC INTELLIGENT TECHNOLOGY CO. and UNICORN GLOBAL, INC., ) ) ) ) | |
| Plaintiffs, ) ) | Case No. 20-cv-4806 |
| v. ) ) ) | Judge Thomas M. Durkin<br>Magistrate Judge Jeffrey Cole |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A, ) ) ) ) | |
| Defendants. ) ) | |

## JOINT STIPULATION TO EXTEND TIME TO FILE PLEADINGS

Plaintiffs Hangzhou Chic Intelligent Technology Co. and Unicorn Global, Inc. ("Plaintiffs"), as well as Defendants Tomoloo Official, Tomoloo INE, Tomoloo Franchise, Tomoloo INT, and Tomoloo-US ("Answering Tomoloo Defendants"), by and through their attorneys of record in this case, stipulate and agree as follows:

1. On February 10, 2021, the Answering Tomoloo Defendants asserted counterclaims against Plaintiffs and filed answers and affirmative defenses to Plaintiffs' Third Amended Complaint. *See* Dkt. 170–174. Plaintiffs' deadline to respond to these pleadings under Federal Rule of Civil Procedure 12 was March 3, 2021.

2. On March 1, 2021, the parties met and conferred on several topics, including Plaintiffs' stated intent to file motions to dismiss the counterclaims, strike the affirmative defenses, and strike the answers. The parties agreed to exchange additional information. The Answering Tomoloo Defendants also agreed to consider voluntary amendment of their counterclaims, affirmative defenses, and answers.

3. For the purposes of avoiding potentially unnecessary motion practice, the parties agreed to extend Plaintiffs' deadline to respond to the Answering Tomoloo Defendants' pleadings until March 17, 2021, while the parties compiled the information and considered the positions discussed at the March 1, 2021 meet and confer.

4. On March 2, 2021, this Court entered the parties' stipulation providing the Plaintiffs until March 17, 2021, to respond to the Answering Tomoloo Defendants' pleadings. That was the only prior extension of Plaintiffs' deadline to respond to the Answering Tomoloo Defendants' pleadings.

5. To promote efficiency and judicial economy by avoiding unnecessary motion practice, the parties have agreed to allow the Answering Tomoloo Defendants the opportunity to voluntarily amend their Answers, Counterclaims, and Affirmative Defenses, without the need for Plaintiffs to respond to the pleadings filed by the Answering Tomoloo Defendants on February 10, 2021.

6. Because the Answering Tomoloo Defendants' Invalidity/Non-infringement contentions are due on March 19, 2021, the parties have agreed to provide the Answering Tomoloo Defendants until March 19, 2021 to file their Amended Answers, Counterclaims, and Affirmative Defenses.

7. In addition, the parties have agreed that Plaintiffs should have 21 days from the filing of the Answering Tomoloo Defendants' Amended Answers, Counterclaims, and Affirmative Defenses to respond to the Answering Tomoloo Defendants' pleadings. Therefore, Plaintiffs should have until April 9, 2021 to respond to the Answering Tomoloo Defendants' pleadings.

NOW THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiffs and the Answering Tomoloo Defendants, thorough their respective attorneys, that the Answering Tomoloo Defendants will file amended answers, affirmative defenses, and counterclaims on or before March

19, 2021; and that Plaintiffs may have until April 9, 2021 to respond to the Answering Tomoloo Defendants' pleadings.

Dated: March 15, 2021

Respectfully Submitted,

/s/ Neil Nandi
Adam Kelly
Doug Masters
Arthur Yuan
Neil Nandi
Loeb & Loeb LLP
321 North Clark Street, Suite 2300
Chicago, Illinois 60654
Tel.: (312) 464-3100
Fax: (312) 464-3111
Email: akelly@loeb.com
Email: dmasters@loeb.com
Email: ayuan@loeb.com
Email: nnandi@loeb.com

Christopher Binns (admitted *pro hac vice*)
Loeb & Loeb LLP
345 Park Avenue
New York, New York 10154
Tel.: (212) 407-4000
Email: cbinns@loeb.com

*Attorneys for Plaintiffs*

/s/ Danielle S. McKinley
Danielle Sylvia McKinley
RM Partners Law LLC
305 N. Peoria Street
Suite 200
Chicago, IL 60607
Tel.: (312) 251-2292
Email: dmckinley@rmpartnerslaw.com

Stephen Z. Vegh (admitted *pro hac vice*)
Vegh IP Legal
1240 Rosecrans Ave., Suite 120
Manhattan Beach, CA 90266
Tel.: (310) 980-7440
Email: svegh@veghlaw.com

*Attorneys for Answering Tomoloo Defendants*