# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

ABC Corporation I, et al.

                              Plaintiff,

v.

                              Case No.: 1:20−cv−04806

                              Honorable Thomas M. Durkin

The Partnership and Unincorporated Associations Identified on Schedule "A", et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 15, 2021:

      MINUTE entry before the Honorable Thomas M. Durkin: Pursuant to the joint stipulation to extend time to file pleadings [189], the answering Tomoloo Defendants will file their amended answers, affirmative defenses, and counterclaims by 3/19/2021; and Plaintiffs have until 4/9/2021 to respond to the Answering Tomoloo Defendants' pleadings. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.