UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Hangzhou Chic Intelligent Technology Co. Ltd., and Unicorn Global, Inc., <br><br> *Plaintiffs*, <br><br> v. <br><br> The Partnerships and Unincorporated Associations Identified on Schedule "A" <br><br> *Defendants*. | Case No.: 1:20-cv-04806 <br><br><br> Judge Thomas M. Durkin <br><br> Magistrate Judge Jeffrey Cole |

### DEFENDANT GYROOR US'S STATUS REPORT

In advance of the May 4, 2021, status conference, Defendant **GYROOR US** submits this status report to apprise the Court of the recent fillings in this case since the last status hearing.

1. On April 28, 2021, Defendant conferred with Plaintiff prior to its filling of Motion to Dismiss under Rule 20 and Rule 21. Defendant and Plaintiff agreed on the following briefing schedule:

    Response due: May 20, 2021;
    Reply due: June 7, 2021.

2. On April 29, 2021, Defendant filed its Motion to Dismiss under Rule 20 and Rule 21 [Dkt. No. 211]

3. On April 29, 2021, Defendant conferred with Plaintiff prior to its filling of Motion to Dismiss under Rule 12(b)(6) Failure to State a Claim. Defendant and Plaintiff agreed on the same briefing schedule:

    Response due: May 20, 2021;
    Reply due: June 7, 2021.

4. Later on the same day, Defendant filed its Motion to Dismiss for Failure to State a Claim [Dkt. No. 217].

Respectfully Submitted:

Date: 5/3/2021

/s/ Tianyu Ju
Tianyu Ju, Esq.

1

2

Glacier Law PLLC
200 East Randolph, Suite 5100
Chicago, IL 60601
Iris.ju@glacier.law
Tel: +1 (312) 448-7772
Fax: +1 (312)-801-4587
***Attorney for Defendant***

2

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this May 3, 2021, I electronically filed the foregoing file with the Clerk of Court using the CM/ECF system, and service was perfected on all counsel of record and interested parties through this system, which will deliver a true and correct copy of the foregoing documents via CM/ECF.

Date: 5/3/2021                                              /s/ Tianyu Ju
                                                                                        Tianyu Ju, Esq.