# EXHIBIT 2

## SCHEDULE A

### EBAY

| No. | MERCHANT NAME | MERCHANT URL |
|---|---|---|
| 1 | cartstack | https://www.ebay.com/usr/cartstack? trksid=p2047675.12559 |
| 2 | diden wu | https ://www. ebay. com/ str/didenwu |
| 3 | husnal-coll ections | https://www.ebay.com/usr/husnal- collections? trksid=p2047675.12559 |
| 4 | mhestore2009 | https://www.ebay.com/usr/mhestore2009? trksid=p2047675.12559 |
| 5 | wholesaleshop666 | https://www.ebav.com/str/wholesaleshop666 |
| 6 | carrie_yux-5 | https://www.ebav.com/usr/carrie vux-5? trksid=o2047675.12559 |
| 7 | 2013tankstrong001 | https://www.ebav.com/usr/2013tankstrongOO 1 ? trksid=p2047675.12559 |
| 8 | mijiastore | https://www.ebay.com/usr/miiia store? trksid=p2047675.12559 |
| 9 | pauta60 | httos://www.ebav.com/usr/r)auta60? trksid=o2047675.12559 |
| 10 | skateboardstore2012 | https://www.ebav.com/usr/skateboardstore2012? trksid=p2047675.12559 |
| 11 | smg-store | https://www.ebav.com/usr/smg- store? trksid=p2047675.12559 |
| 12 | strongjennie | https://www.ebav.com/usr/strongiennie? trksid=p2047675.12559 |

1

**SCHEDULE A**

**AMAZON**

| No. | MERCHANT NAME | MERCHANT SELLER ID | ASIN |
|---|---|---|---|
| 1. | CHO Power Sports | A2N9UWQ8YAK0GV | B07995W2RX |
| 2. | GYROOR US | A57BIIPQ5F3FT | B07PHFP8GB |
| 3. | SYLUS | A3PQKZFT24KVGP | B08BTQBWHL |
| 4. | TOMOLOO Franchise | A345B08PGN8LUO | B08CJZ5JS2 |
| 5. | TOMOLOO INE | A2A3MNSAIX1437 | B089NL5FSQ; B07GKYTX78; B07CCGZXD7; B07GP51PLN; B07C5NYRH7; B07CZGSDX3; B07C7V5BH4; B07GWC2QQL; B07GWV54ZB |
| 6. | TOMOLOO-US | A2FO3ELK9A4COF | B089KF7VC4; B078H1YQPG; B0769G4NMQ; B0798NC7VJ; B07FFRSYCX |
| 7. | Tomoloo Flagship | A1ZP3NP8NRL3DB | B08721GQ3W; B07JM6FT3H; B08545YSM1 |
| 8. | Tomoloo TC | A1DXERU83AK4IX | B07RY1PG3V; |
| 9. | Tomoloo DX | A23EA08Y88EE4M& | B082VY7SRM |
| 10. | Tomoloo INT | A35351AV5611LB | B078JVPSP1 |
| 11. | XGN | A3CP6OPTH2WY9K | B08C5FXCM3 B08C53TC1Q |
| 12. | shamoluotuo | A10KEO42F1HYQ0 | B08B8W9B4C |
| 13. | xueweiweifuzhuangdian | ~~A2X923KT25UOPJ~~**A2X923KT25UOPJ** | B08B4R7RTP |
| 14. | EverCross | A32JV4GDVSTDD6 | B089KDRFCM |
| 15. | Xie Shi | A3HW3MKRZZDV1N | B08CSPC4F8; B08CSN8K87; B08CSP8STB; B08CSPD61N; B08CSNYT8J; B08CSQ7TGH |
| 16. | JIANGYOU-US | A2WDDE8MIQH0TE | B07PHFP8GB |
| 17. | RUNCHENYUN | AW9IVF0R92969 | B07PHFP8GB |
| 18. | TOMOLOO Official | A22EGLUS9AQ3WA | B078JVPSP1 |

## SCHEDULE A

| | | | |
|---|---|---|---|
| 19. | TOMOLOO**, also operating standalone websites as Tomoloo.com and Tomolooscooter.com.** | ~~AID3SH3YPRL1E~~**AID3SH3YPRLIE** | B078H1YQPG |
| **No.** | **MERCHANT NAME** | **MERCHANT SELLER ID** | **ASIN** |
| 20. | ShopCheapUniversal | A3ABTK72L3LWCN | B089NL5FSQ |
| 21. | TOMOLOO INE | A2A3MNSAIX1437 | B078JVPSP1 |
| 22. | TOMOLOO-NX | AK2XZM4Y8NUHN | B08545YSM1 |
| ~~No.~~ | ~~MERCHANT NAME~~ | ~~MERCHANT SELLER ID~~ | ~~ASIN~~ |
| 23. | Aoxtech | AXGAWQK8OGS24 | B08L93ML9S |
| 24. | Better TOMOLOO | A2UBVN107UWO9C | B08GS5P1ND |
| **25.** | **Urbanmax** | **A2YJ4WYC01L51J** | **B07PHFP8GB** |
| **26.** | **Lison ET** | **A2NLQKWD7CGXGK** | **B078H1YQPG** |
| **27.** | **Gyroor, also operating standalone websites as Gyroor.com and gyroorboard.com.** | **AHGEGWXX7DCPQ** | **B07S4KXRQR** |
| **28.** | **Gyroshoes** | **A2ARNHQ8SVCIBQ** | **B07WPK7KY3** |
| **29.** | **Fengchi-US** | **A11ZZ2BGHTDJWC** | **B08NT551P4** |
| **30.** | **Hgsm Storefront** | **A18SI7S9NCFNDA** | **B07PHFP8GB** |
| **31.** | **Goadeshang -US** | **AYN60ZNVZ6M1Q** | **B08R23QQT8** |