# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

ABC Corporation I, et al.

                              Plaintiff,

v.                                                 Case No.: 1:20−cv−04806

                                                       Honorable Thomas M. Durkin

The Partnership and Unincorporated Associations Identified on Schedule "A", et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, May 24, 2021:

      MINUTE entry before the Honorable Thomas M. Durkin: Plaintiffs' motion to amend [227] is granted. The response briefs filed by defendants Tomoloo and Gyroor contain no argument opposing amendment. Plaintiffs should serve new defendants in accordance with the Federal Rules of Civil Procedure and orders of the Court in this case. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.