UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ABC Corporation I et al, <br><br> *Plaintiff,* <br><br> v. <br><br> THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", <br><br> *Defendants.* | CASE NO. 20-cv-04806 <br><br> Judge: Honorable Thomas M. Durkin <br><br> Magistrate Judge: Honorable Jeffrey Cole |

### AFFIDAVIT OF ZHANG KE

I, Zhang Ke, declare as follows:

1. I am over eighteen (18) years of age. I make this affidavit based on my own personal knowledge.

2. I operate the online store Urbanmax on Amazon.com.

3. The store account Urbanmax is owned by the company Shenzhen Shihualaibaoshengwu Kejiyouxiangongsi (Tech Co. Ltd.), incorporated in Shenzhen, China.

4. Urbanmax is not affiliated with the Amazon online store Gyroor-US.

5. Urbanmax is not affiliated with the Dongguan Saibotan Nengyuan Keji Co., Ltd. (owner of the Amazon online store Gyroor-US), which is incorporated in Dongguan, China.

I declare under penalties of perjury that the above is true and correct within my best knowledge.

Dated: 05/19/2021        By: *Zhang Ke*

1