**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| ABC Corporation I et al, *Plaintiff*, v. THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", *Defendants*. | **CASE NO.** 20-cv-04806 <br><br> **Judge:** Honorable Thomas M. Durkin <br><br> **Magistrate Judge:** Honorable Jeffrey Cole |

**STATUS REPORT OF DEFENDANTS**

Defendant Gyroor-US and Runchenyun, Urbanmax and GaodeshangUS submit this status report to update the Court on the progress made by Defendants.

**I. DEFENDANT GYROOR-US**

1. Pending Motion

Defendant Gyroor-US has a pending *motion to dismiss under Rule 20 and Rule 21, or alternatively sever Moving Defendant, dissolve the preliminary injunction* [Dkt No. 211]. Per Court's minute order on May 4, 2021 [Dkt. No. 226], Plaintiff responded Defendant Gyroor-US' motion on May 20, 2021. Defendant Gyroor-US' reply is due on June 7, 2021.

2. Plaintiff's Discovery Requests on Gyroor-US

Plaintiff seeks discovery on Defendant Gyroor-US. As noted by this Court during the hearing on May 4, 2021, discovery on Gyroor-US would commence should the Court denies Defendant Gyroor-US' pending motion to dismiss [Dkt. No. 211].

Defendant Gyroor-US respectfully seeks this Court's guidance on this issue whether Plaintiff's discovery request is premature and should be stayed until the pending motion to dismiss is decided.

## II. Defendant Runchenyun

Defendant Runchenyun is a Schedule A Defendant. Despite the fact that Plaintiffs' motion for electronic service was granted on September 22, 2020 [Dkt. No. 41] and Summons were issued as to Schedule A Defendants on September 29, 2020, eight months late, service of process has not been effectuated on this Defendant.

Plaintiff's motion for preliminary injunction was granted on November 24, 2020 [Dkt. No. 113]. No notice regarding the preliminary injunction hearing was given to this Defendant.

Defendant Runchenyun intends to file a Rule 12(b) motion to dismiss based on insufficient service of process. Depending upon the Court's ruling on the Rule 12(b) motion, Defendant Runchenyun may move to lift the preliminary injunction.

## III. Defendant Urbanmax

Urbanmax was a non-party to this case until Plaintiff's motion to amend was granted on May 24, 2021 [Dkt. No. 253].

Prior to being added as a Defendant, Urbanmax's account and assets have been restrained for months pursuant to the Court's preliminary injunction order, due to Plaintiff's belief that Urbanmax is affiliated with Defendant Gyroor-US.

No notice regarding the preliminary injunction hearing was given to Urbanmax. Urbanmax was not given an opportunity to contest the injunction prior to being restrained.

Plaintiff agrees to remove restraints on Urbanmax's assets and remove Urbanman from the Amended Schedule A, conditioned on Urbanmax's submission of an affidavit [Dkt. No. 237, ¶4]. Urbanmax provided an affidavit [Dkt. No. 264].

## IV. Defendant GaodeshangUS.

GaodeshangUS was a non-party to this case until Plaintiff's motion to amend was granted on May 24, 2021 [Dkt. No. 253].

Prior to being added as a Defendant, GaodeshangUS' account and assets have been restrained for months pursuant to the Court's preliminary injunction order, due to Plaintiff's belief that GaodeshangUS is affiliated with Defendant Gyroor-US.

No notice regarding the preliminary injunction hearing was given to GaodeshangUS. GaodeshangUS was not given an opportunity to contest the injunction prior to being restrained.

GaodeshangUS appealed the preliminary injunction order on May 24, 2021 [Dkt. No. 256].

Respectfully submitted:

Date: 05/25/2021

/s/ He Cheng
He Cheng
Robin.Cheng@glacier.law
Tao Liu
Tao.Liu@glacier.law
Tianyu Ju
Iris.Ju@glacier.law
Glacier Law PLLC
200 Park Avenue, Suite1703
New York, NY 10166
Tel: +1 (332) 208-8882
Fax: +1 (312) 801-4587
**Attorneys for Defendnats**

3

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on this May 25, 2021, I electronically filed the foregoing file with the Clerk of Court using the CM/ECF system, and service was perfected on all counsel of record and interested parties through this system, which will deliver a true and correct copy of the foregoing documents via CM/ECF.

Date: 05/25/2021                 /s/ He Cheng
                                   He Cheng