### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| ABC Corporation I et al,<br><br>     *Plaintiff*,<br><br>  v.<br><br>THE PARTNERSHIPS and<br>UNINCORPORATED ASSOCIATIONS<br>IDENTIFIED ON SCHEDULE "A",<br><br>     *Defendants*. | **CASE NO.** 20-cv-04806<br><br>**Judge:** Honorable Thomas M. Durkin<br><br><br>**Magistrate Judge:** Honorable Jeffrey Cole |

### AFFIDAVIT OF LIU YU

**AFFIDAVIT OF Liu Yu**

I, Liu Yu, declare as follows:

1. I am over eighteen (18) years of age. I make this affidavit based on my own personal knowledge.

2. I operate the online store GaodeshangUS on <u>Anhui Gaodeshang Jiaoyu Keji Co., Ltd,</u> incorporated in Hefei Anhui, China.

3. The store GaodeshangUS never sold any alleged infringing products to the United States.

4. The store GaodeshangUS is not affiliated, in active concert or participation with any other defendant in this case.

      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: 06/04/2021               By: _____Liu Yu_____