# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ABC Corporation I et al,<br><br>　　　　*Plaintiff*,<br><br>　　v.<br><br>THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>　　　　*Defendants*. | **CASE NO.** 20-cv-04806<br><br>**Judge:** Honorable Thomas M. Durkin<br><br>**Magistrate Judge:** Honorable Jeffrey Cole |

# AFFIDAVIT OF XIE RONGQING

## AFFIDAVIT OF Xie Rongqing

I, Xie Rongqing, declare as follows:

1. I am over eighteen (18) years of age. I make this affidavit based on my own personal knowledge.
2. I operate the online store Gyroor-US on Amazon.com.
3. The store account Gyroor-US is owned by Dongguanshi Saibotan Nengyuan Keji Co., Ltd, incorporated in Dongguan, China.
4. I did not receive any notice of the preliminary injunction.
5. I did not receive service of process until 12/29/2020 (by email).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: 06/04/2021

By: Xie Rong qing