**Re: Gyroor-US communication prior to Court's perliminary injunction**

**Stephen Vegh**

To robin.cheng, Benjamin Kuo, Iris Ju, Tao Liu     2021-06-07 15:19   Hide Detail

From: Stephen Vegh<svegh@veghlaw.com>
To: robin.cheng<robin.cheng@glacier.law>
Cc: Benjamin Kuo<bkuo@benasaur.com>, Iris Ju<iris.ju@glacier.law>, Tao Liu<tao.liu@glacier.law>
Time: Monday, June 7, 2021 (Mon) 15:19
Size: 20 KB

That is not correct.

I first saw Nandi name on emails in this case on or about March 12, 2021. Prior counsel for Plaintiff was Chris Binns, he withdrew from case as of about April 6, 2021. Nandi advised he would be taking over as point of contact for Plaintiff's counsel in place of Chris Binns on April 11, 2021. I was not involved in this case before my pro hac vice appearance on January 11, 2021. We did not receive notice of preliminary injunction on December 23, 2020, we were not yet involved in case.

Quoting robin.cheng@glacier.law:

> Stephen,
>
> I just had a call with Neil Nandi, and he claimed that he was in contact with you well before the Court granted the revised preliminary injunction on 12/23/2020.
> I also saw that you first filed appearance pro hav on 01/11/2021.
> Can you confirm when you first contacted Neil, and was there any notice given to you regarding the preliminary injunction?
>
> Regards,
>
> **Robin Cheng | Attorney**
>
> **Glacier Law PLLC**
>
> 200 Park Avenue, Suite1703
>
> New York, NY 10166
>
> www.glacier.law
>
> Tel: +1 (332) 208-8882
>
> Fax: +1 (312) 801-4587

*Privilege and Confidentiality Notice*

This email is intended for the sole use of the intended recipient(s) and may contain confidential, proprietary, or privileged information. If you are not the intended recipient, you are notified that any use, review, dissemination, copying or action taken based on this message or its attachments, if any, prohibited. If you are not the intended recipient, please immediately notify the sender by replying this email and destroy or delete all copies of the original message and any attachment. Thank you.

----

**VEGH IP LEGAL**

Stephen Z. Vegh, Esq.
1240 Rosecrans Ave. #120
Manhattan Beach, CA 90266

Tel: (310)980-7440
www.veghlaw.com
svegh@veghlaw.com