UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ABC Corporation I et al, *Plaintiff*, v. THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", *Defendants*. | CASE NO. 20-cv-04806 **Judge:** Honorable Thomas M. Durkin **Magistrate Judge:** Honorable Jeffrey Cole |

## AFFIDAVIT OF ZHANG KE

## AFFIDAVIT OF ZHANG KE

I, Zhang Ke, declare as follows:

1. I am over eighteen (18) years of age. I make this affidavit based on my own personal knowledge.

2. I operate the online store Urbanmax on Amazon.com.

3. The store account Urbanmax is owned by Shenzhenshi Hualaibaoshengwu Kejiyouxiangongsi (Tech Co. Ltd.), incorporated in Shenzhen, China.

4. On or about February 12, 2021, Urbanmax's Amazon account and assets were restrained.

5. To date, Urbanmax has not received any emails from Plaintiff.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: 06/16/2021         By: _Zhang Ke_