UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ABC Corporation I et al,<br><br>*Plaintiff,*<br><br>v.<br><br>THE PARTNERSHIPS and<br>UNINCORPORATED ASSOCIATIONS<br>IDENTIFIED ON SCHEDULE "A",<br><br>*Defendants.* | **CASE NO.** 20-cv-04806<br><br>**Judge:** Honorable Thomas M. Durkin<br><br>**Magistrate Judge:** Honorable Jeffrey Cole |

**AFFIDAVIT OF ZHANG CHI**

## AFFIDAVIT OF ZHANG CHI

I, ZHANG CHI, declare as follows:

1. I am over eighteen (18) years of age. I make this affidavit based on my own personal knowledge.
2. I operate the online store Fengchi-US on Amazon.com.
3. The store account Fengchi-US is owned by Shenzhenshi Fengchidianqi youxiangongsi (Co. Ltd.), incorporated in Shenzhen, China.
4. On or about February 12, 2021, Fengchi-US's Amazon account and assets were restrained.
5. To date, Fengchi-US has not received any emails from Plaintiff.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: 06/16/2021         By: _Zhang Chi_