# EXHIBIT 2



**GYROOR T581 Hoverboard 6.5" Off Road All Terrain Hoverboards with Bluetooth Speaker&LED Lights Two-Wheel Self Balancing Hoverboard with Kart Seat Attachment UL2272 Certified for Kids & Adults(Blue)**

Visit the Gyroor Store

★★★★☆ 426 ratings | 64 answered questions

Price: $279.00 & **FREE Shipping**

Pay $23.25/month for 12 months, interest-free upon approval for the Amazon Rewards Visa Card

- 6.5" ALL TERRAIN HOVERBOARD: Powered by 800 watt motors,this self balancing hoverboard use off road tire which has strong adaptability of all terrains,can master all pavements.You'll feel safe no matter what sort of road you're in.
- HOVER BOARDS WITH APP - This self balancing scooter comes with an efficient app that helps you stay in control, giving you the ability to change modes, check batteries,see the real speed,changing led light colors and adjust speed with ease.
- MATCH WITH COMFORTABLE HOVERBOARD KART SEAT: Safe and comfortable driving with great fun factor. Seat expansion makes the self balance scooter very mobile and fast. Adjustable length from 72cm to 85cm, a hoverkart very suitable for children and adults.
- BLUETOOTH SPEAKER&LED LIGHTS: Built-in high ended speaker,outstanding sound quality,connecting with your smart phone easily with much fun. Colorful LED lights switch freely to present you an amazing lighting when riding.
- SAFEST SELF BALANCING SCOOTER: With UL2272 tested and certified self balancing board & UL2271 battery certified,100% riding testing,all GYROOR hover boards are designed and built to meet the top levels of safety testing,passed CE,RoHS and FCC certifications.

New & Used (3) from $209.25 + FREE Shipping



Mizuno x Ronda Rousey Shop now ›



$279.00
& FREE Shipping
Arrives: Feb 1 - 23
Fastest delivery: Jan 14 - 20
In Stock.
Qty: 1

Add to Cart
Buy Now

Secure transaction

Sold by  Urbanmax

Add a Protection Plan:
☐ 2 Year Sporting Goods Protection Plan for $24.99

Deliver to Ontario 91761

Add to List

New & Used (3) from $209.25 + FREE Shipping

Share

Have one to sell?
Sell on Amazon





     



## Urbanmax Gyroor

High Class Electric Scooter
Gyroor Sister Brand: Urbanmax

| Posts | About | Friends 6 | Photos | Videos | More ▾ | | 👤 Add Friend | 💬 Message | ⋯ |

### Do you know Urbanmax?
To see what she shares with friends, send her a friend request.

Add Friend

### Intro

📍 From **Los Angeles, California**

### Photos

See All Photos















Friends  See All Friends

Privacy · Terms · Advertising · Ad Choices · Cookies · More · Facebook © 2021


**Posts**     Filters

### Urbanmax Gyroor
September 7, 2020 ·



0:12 / 2:51

**Gyroorboard**
January 14, 2020 ·

Unboxing and Instruction for Gyroor C2 folding e-bike: the most epic micro bike you could ever own

👍 1

Like     Comment     Share

Write a comment...

### Urbanmax Gyroor updated her status.
August 20, 2019 ·

**This content isn't available right now**
When this happens, it's usually because the owner only shared it with a small group of people, changed who can see it or it's been deleted.

Like     Comment     Share

Write a comment...

### Urbanmax Gyroor updated her status.
August 15, 2019 ·

**This content isn't available right now**
When this happens, it's usually because the owner only shared it with a small group of people, changed who can see it or it's been deleted.

Like     Comment     Share





Write a comment...

**Urbanmax Gyroor** updated her status.
June 29, 2019 ·

**This content isn't available right now**
When this happens, it's usually because the owner only shared it with a small group of people, changed who can see it or it's been deleted.

Like   Comment   Share

Write a comment...

**Urbanmax Gyroor**
May 28, 2019 ·

I'm here.



Like   Comment   Share

Write a comment...

