# EXHIBIT 3

| | |
|---|---|
| **Attachments:** | Hangzhou+(20-4806)+Amazon+Defendants+II (1).XLSX |

**From:** Novak, Teri <TeriNovak@dwt.com>
**Sent:** Wednesday, February 17, 2021 6:25 PM
**To:** Christopher Binns <cbinns@loeb.com>
**Subject:** RE: Hangzhou Chic et al. v. P'ships: 20-cv-4806

**This email originated from outside of Loeb's Network.**

Here is the stores balance and email addresses. The accounts are frozen.
Thank you,
**Teri Novak** | Davis Wright Tremaine LLP
Paralegal
920 Fifth Avenue, Suite 3300 | Seattle, WA 98104
Tel: (206) 757-8729 | Fax: (206) 757-7700
Email: terinovak@dwt.com | Website: www.dwt.com

Anchorage | Bellevue | Los Angeles | New York | Portland | San Francisco | Seattle | Washington, D.C.

**From:** Christopher Binns
**Sent:** Tuesday, February 9, 2021 2:40 PM
**To:** Novak, Teri
**Subject:** RE: Hangzhou Chic et al. v. P'ships: 20-cv-4806
**[EXTERNAL]**

Thank you, and my apologies for being such a pest!
**Christopher Binns**
LOEB & LOEB LLP | ATTORNEY AT LAW
345 PARK AVENUE | NY, NY 10154
(212) 407-4213 |cbinns@loeb.com
**From:** Novak, Teri <TeriNovak@dwt.com>
**Sent:** Tuesday, February 9, 2021 5:37 PM
**To:** Christopher Binns <cbinns@loeb.com>
**Subject:** RE: Hangzhou Chic et al. v. P'ships: 20-cv-4806
Hi Chris,
The stores are in the process of being taken down as your request is in process.
Thank you,
**Teri Novak** | Davis Wright TremaineLLP
Paralegal
920 Fifth Avenue, Suite 3300 | Seattle, WA 98104
Tel: (206) 757-8729 | Fax: (206) 757-7700
Email: terinovak@dwt.com | Website: www.dwt.com

Anchorage | Bellevue | Los Angeles | New York | Portland | San Francisco | Seattle | Washington, D.C.

**From:** Christopher Binns <cbinns@loeb.com>
**Sent:** Tuesday, February 9, 2021 2:36 PM

[EXTERNAL]

Hi Teri,
Following up regarding the Tomoloo and Gyroor stores that are still selling infringing products on Amazon in violation of the preliminary injunction.
We are renewing our request to have these stores taken down.
All the best,
CB

**Christopher Binns**
LOEB & LOEB LLP | ATTORNEY AT LAW
345 PARK AVENUE | NY, NY 10154
(212) 407-4213 |cbinns@loeb.com

**Christopher Binns**
*Attorney At Law*


345 Park Avenue | New York, NY 10154
**Direct Dial:**212.407.4213 | **Fax:**646.349.1805 | **E-mail:**cbinns@loeb.com
**Los Angeles | New York | Chicago | Nashville | Washington, DC | San Francisco | Beijing | Hong Kong |**
www.loeb.com

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify the sender. Please destroy the original transmission and its attachments without reading or saving in any manner. Thank you, Loeb & Loeb LLP.

**From:** Christopher Binns
**Sent:** Wednesday, February 3, 2021 11:00 AM
**To:** 'Novak, Teri' <TeriNovak@dwt.com>
**Subject:** FW: Hangzhou Chic et al. v. P'ships: 20-cv-4806
Hi Teri,
Following up on my email below regarding the Tomoloo and Gyroor stores, which are covered by the preliminary injunction order, but are still selling infringing products. I've also attached a spreadsheet identifying new stores that are selling these same infringing products.
We are renewing our request per the Order that these stores be taken down.
Thank you,
CB
**Christopher Binns**
LOEB & LOEB LLP | ATTORNEY AT LAW
345 PARK AVENUE | NY, NY 10154
(212) 407-4213 |cbinns@loeb.com

**From:** Christopher Binns
**Sent:** Friday, January 29, 2021 10:33 AM
**To:** Novak, Teri <TeriNovak@dwt.com>
**Subject:** RE: Hangzhou Chic et al. v. P'ships: 20-cv-4806
Hi Teri,

I hope all is well. Following up on my email below.

1. Please take these ASINs/listings down.

| Listing link |
|---|
| https://www.amazon.com/dp/B08NDZ5HMV?aaxitk=L7Ceus5xDMAlKUn00v1nRw&pd_rd_plhdr=t&ref=dacx_dp_3237687090106 |
| https://www.amazon.com/dp/B08RYMXRWM |
| https://www.amazon.com/dp/B08NF4CYNQ |
| https://www.amazon.com/dp/B08KXWSTP1 |
| https://www.amazon.com/dp/B07CZGSDX3 |
| https://www.amazon.com/dp/B078H1YQPG |
| https://www.amazon.com/dp/B0798NC7VJ |
| https://www.amazon.com/dp/B07FFRSYCX |
| https://www.amazon.com/dp/B07JM6FT3H |
| https://www.amazon.com/dp/B08545YSM1 |
| https://www.amazon.com/dp/B078JVPSP1 |
| https://www.amazon.com/dp/B08SQ769Y2 |
| https://www.amazon.com/dp/B079N86FZW |

2. These stores are still selling infringing products in violation of the preliminary injunction.

| Store Name | Merchant ID | Date Found |
|---|---|---|
| JIANGYOU-US | A2WDDE8MIQH0TE | Part of the PI |
| GYROOR | AHGEGWXX7DCPQ | Part of the PI |
| Lison ET | A2NLQKWD7CGXGK | Part of the PI |
| TOMOLOO | AID3SH3YPRL1E | Part of the PI |
| TOMOLOO-NX | AK2XZM4Y8NUHN | Part of the PI |
| TOMOLOO INE | A2A3MNSAIX1437 | Part of the PI |
| BETTER TOMOLOO | A2UBVN107UWO9C | Part of the PI |
| URBANMAX | A2YJ4WYCO1L51J | Part of the PI |
| AOXTECH | A31C20NDSHBEPV | Part of the PI |
| ShopCheapUniversal | A3ABTK72L3LWCN | Part of the PI |
| Fengchi-US | A11ZZ2BGHTDJWC | on or about 1/28/2021 |
| Gyroor US | A57BIIPQ5F3FT | resurfaces on 1/28/2021 |
| GaodeshangUS | AYN6OZNVZ6M1Q | on or about 1/28/2021 |
| hgsm | A18SI7S9NCFNDA | on or about 1/28/2021 |
| Smavt | A15KLREW50H5QW | on or about 1/28/2021 |
| TOMOLOO-AOX or TOMOLOO-AX | AXGAWQK8OGS24 | on or about 1/28/2021 |

3. These stores appear to have moved assets, please provide sales record:

| Store Name | Merchant ID | Date Found |
|---|---|---|
| TOMOLOO FRANCHISE | A345B08PGN8LUO | Part of the PI |
| TOMOLOO-US | A2FO3ELK9A4COF | Part of the PI |
| Tomoloo Flagship | A1ZP3NP8NRL3DB | Part of the PI |
| TOMOLOO TC | A1DXERU83AK4IX | Part of the PI |
| TOMOLOO DX | A23EA08Y88EE4M& | Part of the PI |
| TOMOLOO INT | A35351AV5611LB | Part of the PI |

Thank you and I look forward to hearing from you.
All the best,
CB

**From:** Christopher Binns
**Sent:** Wednesday, January 27, 2021 9:41 AM

**To:** 'Novak, Teri' <TeriNovak@dwt.com>
**Subject:** RE: Hangzhou Chic et al. v. P'ships: 20-cv-4806

Hi Teri,
Do you have a moment to discuss the Gyroor and Tomoloo related pages? I am available to discuss this at any time today.
Thanks,
CB