# EXHIBIT 4

**From:** Stephen Vegh <svegh@veghlaw.com>
**Sent:** Wednesday, February 24, 2021 5:14 PM
**To:** Danielle McKinley <dmckinley@rmpartnerslaw.com>
**Cc:** Christopher Binns <cbinns@loeb.com>
**Subject:** Re: Hangzhou v. The Partnerships (Case No. 1:20-cv-04806)

**This email originated from outside of Loeb's Network.**

Hi Danielle, Monday or Tuesday at 1p PT/3p CT works for me.  Thanks for setting up the call.  Steve

Quoting Danielle McKinley <dmckinley@rmpartnerslaw.com>:

> Hi, Chris. Following up on the status of the product pages. Additionally, do you have time to meet and
> confer with Steve and I early next week? We would like to discuss potentially stipulating to a
> modification of the preliminary injunction. Otherwise, we may have to seek court intervention.  Right
> now Monday afternoon is pretty open for me as well as Tuesday afternoon. If you and Steve can chime
> in with your availability that would be great.

Thanks!

Danielle

Danielle S. McKinley

P: 312.251.2292 • E: dmckinley@rmpartnerslaw.com

305 N. Peoria Street, Suite 200, Chicago, Illinois 60607



**From:** Christopher Binns <cbinns@loeb.com>
**Sent:** Monday, February 22, 2021 4:14 PM
**To:** Danielle McKinley <dmckinley@rmpartnerslaw.com>
**Cc:** Patricia Earley <pearley@rmpartnerslaw.com>
**Subject:** RE: Hangzhou v. The Partnerships (Case No. 1:20-cv-04806)

Hi Danielle,

My apologies for the delay. The stores mentioned below can be broken into two categories: (1) stores named in the case on Schedule A; and (2) stores that we believe are related and were discovered after filing the complaint. The product pages are forthcoming.

Category 1:

- Runchengyun

- Jiangyou-US

- Tomoloo-NX

Category 2:

- Gyroor

- Fengchi-US

- Urbanmax

- HGSM-US

- GaodeshangUS

- Tomoloo-AOX

As for Gyroshoes, this store was named in a separate case in the Northern District (20-cv-5905), but we have sought to amend the Schedules in that case to remove Gyroshoes because it appears to be sufficiently related to Gyroor-US.

**Christopher Binns**

LOEB & LOEB LLP | ATTORNEY AT LAW

345 PARK AVENUE | NY, NY 10154

(212) 407-4213 |cbinns@loeb.com

**From:** Danielle McKinley <dmckinley@rmpartnerslaw.com>
**Sent:** Monday, February 22, 2021 4:34 PM
**To:** Christopher Binns <cbinns@loeb.com>
**Cc:** Patricia Earley <pearley@rmpartnerslaw.com>
**Subject:** RE: Hangzhou v. The Partnerships (Case No. 1:20-cv-04806)

Chris,

Following up on this. Can you confirm whether these storefronts are involved in the case? If so, can you provide me with the accused products/exhibits. If they are involved the requested documents should have been already filed with the court and easily accessible. I am getting some pressure to get this information.

Gyroor (Shenzhen Chetaidou Keji)

Jiangyou-US (shenzhenjiangyoujinchukou)

Fengchi-US (Shen zhen shi feng chi dian qi)

Urbanmax (Shenzhenshihualaibaoshengwukeji)

Runchengyun (Anhui Runchenyun Network Technology Co.)

Gyroshoes (Shenzhenshiyiranjinchukoumaoyi)

HGSM-US (anhuihaiguoshangmao)

GaodeshangUS (anhuigaodeshangjiaoyukeji)


Tomoloo-AOX (Shenzhen Aoxiang Dianzi)


Tomoloo-NX (Dongguanshi nanxinguiye)


Danielle S. McKinley


P: 312.251.2292• E: dmckinley@rmpartnerslaw.com


305 N. Peoria Street, Suite 200, Chicago, Illinois 60607





**From:** Danielle McKinley
**Sent:** Friday, February 19, 2021 2:24 PM
**To:** Christopher Binns <cbinns@loeb.com>
**Cc:** Patricia Earley <pearley@rmpartnerslaw.com>
**Subject:** RE: Hangzhou v. The Partnerships (Case No. 1:20-cv-04806)

Hi, Chris. Any update on this? Thanks!

Danielle S. McKinley

P: 312.251.2292• E: dmckinley@rmpartnerslaw.com

305 N. Peoria Street, Suite 200, Chicago, Illinois 60607



**From:** Christopher Binns <cbinns@loeb.com>
**Sent:** Thursday, February 18, 2021 9:16 AM
**To:** Danielle McKinley <dmckinley@rmpartnerslaw.com>
**Cc:** Patricia Earley <pearley@rmpartnerslaw.com>
**Subject:** RE: Hangzhou v. The Partnerships (Case No. 1:20-cv-04806)

Hi Danielle,

We can agree to hold all discovery for the moving Tomoloo Defendants. I will get back to you shortly on the defendant question.

All the best,

CB

**Christopher Binns**

LOEB & LOEB LLP | ATTORNEY AT LAW

345 PARK AVENUE | NY, NY 10154

(212) 407-4213 |cbinns@loeb.com

---

**From:** Christopher Binns
**Sent:** Wednesday, February 17, 2021 9:58 AM
**To:** 'Danielle McKinley' <dmckinley@rmpartnerslaw.com>
**Cc:** Patricia Earley <pearley@rmpartnerslaw.com>
**Subject:** RE: Hangzhou v. The Partnerships (Case No. 1:20-cv-04806)

Hi Danielle,

That should be okay for the moving Tomoloo Defendants.  I will confirm today and get back with you regarding your inquiry from yesterday.

CB

**Christopher Binns**

LOEB & LOEB LLP | ATTORNEY AT LAW

345 PARK AVENUE | NY, NY 10154

(212) 407-4213 |cbinns@loeb.com

**From:** Danielle McKinley <dmckinley@rmpartnerslaw.com>
**Sent:** Wednesday, February 17, 2021 9:19 AM
**To:** Christopher Binns <cbinns@loeb.com>
**Cc:** Patricia Earley <pearley@rmpartnerslaw.com>
**Subject:** RE: Hangzhou v. The Partnerships (Case No. 1:20-cv-04806)

Chris,

As a follow up, you previously agreed to hold all discovery in abeyance until the Court rules on our motion to dismiss for Defendant GYROOR US. I wanted to confirm the same applies to the moving Tomoloo Defendants.

Thank you!

Danielle

Danielle S. McKinley

P: 312.251.2292• E: dmckinley@rmpartnerslaw.com

305 N. Peoria Street, Suite 200, Chicago, Illinois 60607



**From:** Danielle McKinley
**Sent:** Tuesday, February 16, 2021 7:56 AM
**To:** Christopher Binns <cbinns@loeb.com>
**Cc:** Patricia Earley <pearley@rmpartnerslaw.com>
**Subject:** RE: Hangzhou v. The Partnerships (Case No. 1:20-cv-04806)

Hi, Chris. Can you confirm whether these storefronts are involved in the case? If so, can you provide me with the accused products/exhibits. Thanks!

Gyroor (Shenzhen Chetaidou Keji)

Jiangyou-US (shenzhenjiangyoujinchukou)

Fengchi-US (Shen zhen shi feng chi dian qi)

Urbanmax (Shenzhenshihualaibaoshengwukeji)

Runchengyun (Anhui Runchenyun Network Technology Co.)

Gyroshoes (Shenzhenshiyiranjinchukoumaoyi)

HGSM-US (anhuihaiguoshangmao)

GaodeshangUS (anhuigaodeshangjiaoyukeji)

Tomoloo-AOX (Shenzhen Aoxiang Dianzi)

Tomoloo-NX (Dongguanshi nanxinguiye)

Danielle S. McKinley

P: 312.251.2292• E: dmckinley@rmpartnerslaw.com

305 N. Peoria Street, Suite 200, Chicago, Illinois 60607

