# EXHIBIT 6

| | |
|---|---|
| **Attachments:** | Chic - 4806 - Plaintiffs-Urbanmax Status Report(1) - signed.docx |

**From:** robin.cheng@glacier.law <robin.cheng@glacier.law>
**Sent:** Thursday, May 13, 2021 12:36 PM
**To:** Neil Nandi <nnandi@loeb.com>
**Cc:** Adam Kelly <akelly@loeb.com>; Tao Liu <tao.liu@glacier.law>; Tom. M <ruoting.men@glacier.law>
**Subject:** Re: RE: 20-cv-4806 - Meet and Confer re Urbanmax

**This email originated from outside of Loeb's Network.**

Neil,

I've signed the status report, please see attached.
I'll forward you the affidavit this evening New York time / morning Beijing time.

Regards,
**Robin Cheng | Attorney**
**Glacier Law PLLC**
200 Park Avenue, Suite1703
New York, NY 10166
www.glacier.law
Tel: +1 (332) 208-8882
Fax: +1 (312) 801-4587

*Privilege and Confidentiality Notice*
This email is intended for the sole use of the intended recipient(s) and may contain confidential, proprietary, or privileged information. If you are not the intended recipient, you are notified that any use, review, dissemination, copying or action taken based on this message or its attachments, if any, prohibited. If you are not the intended recipient, please immediately notify the sender by replying this email and destroy or delete all copies of the original message and any attachment. Thank you.
----

**From:** Neil Nandi
**Date:** 2021-05-13 12:22
**To:** robin.cheng@glacier.law
**CC:** Adam Kelly; Tao Liu; Tom. M
**Subject:** RE: RE: 20-cv-4806 - Meet and Confer re Urbanmax
Robin,

As discussed on Tuesday, Urbanmax is not a named defendant in this case.  I have updated Paragraph 2 of the proposed status report to reflect that Urbanmax is not included in Schedule B or C.  As discussed, I do not think we can dismiss Urbanmax if they are not a named defendant, though we believe the proposed draft offers to fully remove Urbanmax from any connection to this litigation, upon receipt of the discussed affidavit.  I have added the second to last sentence in paragraph 4 to reflect that.

Neil

**From:** robin.cheng@glacier.law <robin.cheng@glacier.law>
**Sent:** Thursday, May 13, 2021 10:47 AM
**To:** Neil Nandi <nnandi@loeb.com>
**Cc:** Adam Kelly <akelly@loeb.com>; Tao Liu <tao.liu@glacier.law>; Tom. M <ruoting.men@glacier.law>
**Subject:** Re: RE: 20-cv-4806 - Meet and Confer re Urbanmax

Neil,

The complaint is against Defendants identified in Schedule A, and B, and C.
The status report only stipulates that Urbanmax will be removed from the Proposed Amended Shcedule A.

There is no way we can be certain that Urbanmax is not listed in Schedule B or C.
Will Plaintiffs agree to dismiss Urbanmax from the case with prejudice?

Regards,

**Robin Cheng | Attorney**
**Glacier Law PLLC**
200 Park Avenue, Suite1703
New York, NY 10166
www.glacier.law
Tel: +1 (332) 208-8882
Fax: +1 (312) 801-4587

*Privilege and Confidentiality Notice*
This email is intended for the sole use of the intended recipient(s) and may contain confidential, proprietary, or privileged information. If you are not the intended recipient, you are notified that any use, review, dissemination, copying or action taken based on this message or its attachments, if any, prohibited. If you are not the intended recipient, please immediately notify the sender by replying this email and destroy or delete all copies of the original message and any attachment. Thank you.
----

**From:** Neil Nandi
**Date:** 2021-05-13 10:02
**To:** robin.cheng@glacier.law
**CC:** Adam Kelly
**Subject:** RE: RE: 20-cv-4806 - Meet and Confer re Urbanmax

Robin,

We can certainly discuss providing those schedules, though the defendants in those schedules sit in a very different position to those in Schedule A. We therefore don't see how they relate to Urbanmax or to the status report that is due today. Can you please let us know how you believe those schedules are relevant to Urbanmax or to the status report?

We have not received any comments to the proposed status report we sent yesterday morning. We would like to have that on file by mid-day today.  Please let us know if you agree with the proposed report so that we can file.  If you do not agree, please promptly provide proposed edits.

Best,

Neil

**From:** robin.cheng@glacier.law <robin.cheng@glacier.law>
**Sent:** Thursday, May 13, 2021 1:36 AM
**To:** Neil Nandi <nnandi@loeb.com>
**Cc:** Adam Kelly <akelly@loeb.com>
**Subject:** Re: RE: 20-cv-4806 - Meet and Confer re Urbanmax

Neil,

While the affidavit is being prepared, please send us a copy of unredacted Schedule B and Schedule C.

Regards,
Robin

> **From:** Neil Nandi
> **Date:** 2021-05-12 10:58
> **To:** robin.cheng@glacier.law
> **CC:** Adam Kelly
> **Subject:** RE: RE: 20-cv-4806 - Meet and Confer re Urbanmax
>
> Robin,
>
> Please see attached for a proposed status report, for filing tomorrow.  If this is acceptable, please add your signature block.
>
> Best,
>
> Neil
>
> **From:** Neil Nandi
> **Sent:** Tuesday, May 11, 2021 10:45 AM
> **To:** 'robin.cheng@glacier.law' <robin.cheng@glacier.law>
> **Cc:** Adam Kelly <akelly@loeb.com>
> **Subject:** RE: RE: 20-cv-4806 - Meet and Confer re Urbanmax
>
> Robin,
>
> Thank you for discussing.  Per our conversation, if Urbanmax provides an affidavit stating that Urbanmax has no affiliation with or relation to Gyroor-US and that Urbanmax is not acting in concert or participation with Gyroor-US, Plaintiffs will: (1) request that Amazon unfreeze any frozen Urbanmax assets; and (2) include in the draft status report a request that Urbanmax no longer be included in the proposed amendment to Schedule A.  In the event the Court grants the motion to amend, we will therefore remove Urbanmax from the new Schedule A before formally filing it.

3

Best,

Neil

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| HANGZHOU CHIC INTELLIGENT TECHNOLOGY CO. and UNICORN GLOBAL, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 20-cv-4806 |
| v. | ) ) ) | Judge Thomas M. Durkin Magistrate Judge Jeffrey Cole |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A, | ) ) ) ) | |
| Defendants. | ) ) | |

**STATUS REPORT: PLAINTIFFS AND URBANMAX**

In compliance with the Court's order of May 10, 2021, Plaintiffs and Urbanmax met and conferred regarding Urbanmax's status in the case.

1. Urbanmax is not listed in the operative Schedule A of defendants. *See* Dkt. 101. Urbanmax has not been served.

2. As discussed in the recently-filed declaration of Arthur Yuan, Plaintiffs had previously sought the restraint of Amazon assets of Urbanmax, due to Plaintiffs' understanding that Urbanmax is related to Gyroor-US, which is a defendant named on the operative Schedule A. *See* Dkt. 227-1, ¶¶ 3, 13. For this reason, Plaintiffs have proposed adding Urbanmax to the proposed Amended Schedule A. *See id.* ¶ 3. Urbanmax is not included on Schedule B or C.

3. Counsel for Urbanmax has represented to Plaintiffs' counsel that Urbanmax is not actually related to or affiliated with Gyroor-US in any way, and Urbanmax is not acting

3. in concert or participation with Gyroor-US or a related or affiliated entity. Plaintiffs have requested an affidavit from Urbanmax attesting to these facts.

4. In the event Plaintiffs receive such an affidavit, Plaintiffs will: (1) promptly request that Amazon remove any restraint on Urbanmax's assets; (2) no longer seek to include Urbanmax in the proposed Amended Schedule A; and (3) remove Urbanmax from the proposed Amended Schedule A at the time of formally filing it, if the pending motion to amend Schedule A is granted. These steps will end Urbanmax's connection with this case and Plaintiffs will not seek to add Urbanmax to this case in the future. Because Plaintiffs have agreed to these steps, no motion practice with regards to Urbanmax is necessary at this time.

Date: May __, 2021

Respectfully Submitted,

LOEB & LOEB LLP

By:   /s/  
Adam Kelly
Doug Masters
Arthur Yuan
Neil Nandi
321 North Clark Street, Suite 2300
Chicago, Illinois 60654
Tel.: (312) 464-3100
Fax: (312) 464-3111
Email: akelly@loeb.com
Email: dmasters@loeb.com
Email: ayuan@loeb.com
Email: nnandi@loeb.com

Marwa Abdelazuz (admitted *pro hac vice*)
345 Park Avenue
New York, New York 10154
Tel.: (212) 407-4000
Fax: (212) 407-4990
Email: mabdelaziz@loeb.com

Glacier Law PLLC

/s/ He Cheng
He Cheng
Tao Liu
Tianyu Ju
Glacier Law PLLC
200 Park Avenue, Suite1703
New York, NY 10166
www.glacier.law
Tel: +1 (332) 208-8882
Fax: +1 (312) 801-4587
Email: Robin.Cheng@glaicer.law
Email: Tao.Liu@glacier.law
Email: Iris.Ju@glacier.law
**Attorney for Urbanmax**

2

*Attorneys for Plaintiff*

Case: 1:20-cv-04806 Document #: 317-6 Filed: 07/02/21 Page 8 of 8 PageID #:7228

*Attorneys for Plaintiff*