# EXHIBIT 9

| | |
|---|---|
| **From:** | robin.cheng@glacier.law |
| **Sent:** | Monday, May 24, 2021 11:21 PM |
| **To:** | Neil Nandi |
| **Cc:** | Adam Kelly; Tao聽Liu; Tom. M; Iris Ju |
| **Subject:** | RE: 20-cv-4806 - Meet and Confer re Runchenyun |

**This email originated from outside of Loeb's Network.**

Counsel,

Defendant Runchenyun intends to file a motion to vacate preliminary injunction.
Please let us know whether you would be free for meet and confer session in tomorrow 05/25/2021 afternoon.

Regards,

**Robin Cheng | Attorney**
**Glacier Law PLLC**
200 Park Avenue, Suite1703
New York, NY 10166
www.glacier.law
Tel: +1 (332) 208-8882
Fax: +1 (312) 801-4587

*Privilege and Confidentiality Notice*
This email is intended for the sole use of the intended recipient(s) and may contain confidential, proprietary, or privileged information. If you are not the intended recipient, you are notified that any use, review, dissemination, copying or action taken based on this message or its attachments, if any, prohibited. If you are not the intended recipient, please immediately notify the sender by replying this email and destroy or delete all copies of the original message and any attachment. Thank you.
----