# EXHIBIT 11

| | |
|---|---|
| **From:** | Neil Nandi |
| **Sent:** | Tuesday, June 15, 2021 11:08 AM |
| **To:** | robin.cheng@glacier.law |
| **Cc:** | Adam Kelly; Tao聽Liu; Tom.聽M; Iris聽Ju |
| **Subject:** | RE: RE: 20-cv-4806 - Meet and Confer re Tomoloo Defendants |

Robin,

We understand that Glacier now intends to move to vacate for lack of notice on behalf of 13 defendants, which joined the case at different times from one another and which stand in different procedural postures (for example, 1 of the 13 has filed an appeal). As we have said, we disagree on defendants' assessment of the facts and we will oppose defendants' motion. Given the multiplicity of defendants, the factual and procedural issues, and the fact that the order was entered last year, we believe 30 days would be an appropriate time for a response brief. We have no objection to defendants' having 15 days for a reply brief. We are willing to discuss and be flexible on scheduling, within reason.

Best,

Neil

**From:** robin.cheng@glacier.law <robin.cheng@glacier.law>
**Sent:** Monday, June 14, 2021 5:08 PM
**To:** Neil Nandi <nnandi@loeb.com>
**Cc:** Adam Kelly <akelly@loeb.com>; Tao聽Liu <tao.liu@glacier.law>; Tom.聽M <ruoting.men@glacier.law>; Iris聽Ju <iris.ju@glacier.law>
**Subject:** Re: RE: 20-cv-4806 - Meet and Confer re Tomoloo Defendants

**This email originated from outside of Loeb's Network.**

Neil,

Eight Defendants (Tomoloo Flagship, Tomoloo TC, Tomoloo DX, Tomoloo INT, Tomoloo Official, TOMOLOO INE, TOMOLOO Franchise, TOMOLOO−US) will file a motion to vacate preliminary injunction based on lack of notice under Rule 65(a).

Please let us know whether Plaintiff would agree to file a response in two weeks' time, and then a week for Defendants to file a reply.

Regards,

**Robin Cheng | Attorney**
**Glacier Law PLLC**
200 Park Avenue, Suite1703
New York, NY 10166
www.glacier.law
Tel: +1 (332) 208-8882

1

Fax: +1 (312) 801-4587

*Privilege and Confidentiality Notice*
This email is intended for the sole use of the intended recipient(s) and may contain confidential, proprietary, or privileged information. If you are not the intended recipient, you are notified that any use, review, dissemination, copying or action taken based on this message or its attachments, if any, prohibited. If you are not the intended recipient, please immediately notify the sender by replying this email and destroy or delete all copies of the original message and any attachment. Thank you.
----