# EXHIBIT 1

| Def. No. | Defendant Seller | Amazon Seller ID | ASIN | Email Address | Contact | Address | Balance |
|---|---|---|---|---|---|---|---|
| 2. | GYROOR US | A57BIIPQ5F3FT | B07PHFP8GB | | xierongqing | feidalu1haoAdon | $ 1,342,732.87 |
| | | | | | | | |
| 3. | purer | AB5X8XRAD61MA | B07KV88BQ2; | deks332@gmail.c | saul cochaci | 1287 Main st | $ 153,109.73 |
| | | | B07ZHL53W9; | | | | |
| | | | B07GFK49QR | | | | |
| 4. | SYLUS | A3PQKZFT24KVGP | B08BTQBWHL | syl15364618573 | | LanShanYaJu16-1- | $ 535.67 |
| 5. | TOMOLOO Oficial | A22EGLUS9AQ3WA | B08CJZ5JS2 | usliujiayi@163.co | liuyaodong | zhu hai shi heng | $ 167,665.55 |
| | | | B089NL5FSQ; | | | | |
| | | | B07GKYTX78; | | | | |
| | | | B07CCGZXD7; | | | | |
| | | | B07GP51PLN; | | | | |
| | | | B07C5NYRH7; | | | | |
| | | | B07CZGSDX3; | | | | |
| | | | B07C7V5BH4; | | | | |
| | | | B07GWC2QQL; | | | | |
| | | | B07GWV54ZB | | | | |
| | | | B089KF7VC4; | | | | |
| | | | B078H1YQPG; | | | | |
| | | | B0769G4NMQ; | | | | |
| | | | B0798NC7VJ; | | | | |
| | | | B07FFRSYCX | | | | |
| | | | B08721GQ3W; | | | | |
| | | | B07JM6FT3H; | | | | |
| | | | B08545YSM1 | | | | |
| | | | B07RY1PG3V; | | | | |

| | | | B082VY7SRM | | | | |
|---|---|---|---|---|---|---|---|
| 11. | Tomoloo INT | A35351AV5611LB | B078JVPSP1 | com | aikanghe | West Huangpu | $ 6,966.26 |
| | | | B07HLFSF8Z; | | | | |
| | | | B07HLC5V2T | | | | |
| 13. | XGN | A3CP6OPTH2WY9K | B08C5FXCM3 | mail.com | Na Guo | HeiLongJiangShe | $ 271.36 |
| | | | B08C53TC1Q | | | | |
| 14. | shamoluotuo | A10KEO42F1HYQ0 | B08B8W9B4C | utlook.com | wangyuhuan | kunshanzhonglu9 | $ 10,241.90 |
| 15. | xueweiweifuzhuangdi | A2X923KT25UQPJ | B08B4R7RTP | @outlook.com | | Xinghualingqujief | $ 342.40 |
| 16. | EverCross | A32JV4GDVSTDD6 | B089KDRFCM | om | XUXIAOLONG | FLAT/RM A 12/F | |
| 17. | GCM Wholesale INC. | A3TFW9R3OCAGUI | B07NPYWW6K | tmail.com | ali alawieh | 7617 payne AVE. | $ 81,164.52 |
| 18. | Xie Shi | A3HW3MKRZZDV1N | B08CSPC4F8; | aizai0yuangou@163.com | Shijie Xie | ChengDuShiWenJ | 2373.25 |
| | | | B08CSP8STB; | | | | |
| | | | B08CSPD61N; | | | | |
| | | | B08CSNYT8J; | | | | |
| | | | B08CSQ7TGH | | | | |
| 19. | | | | | | | |