# EXHIBIT 2

| Def. No. | Defendant Seller | Amazon Seller ID | ASIN | Email Address | Contact Name | Address | Balance |
|---|---|---|---|---|---|---|---|
| 2 | CXMScooter | A9SL8XSYVWJ7J | B08B3CDSJ8; | ting.jt@outlook.com | Ting Jiang / CXMScooter | 30898 Wealth Street | $564.62 |
| | | | B08G87H165; | | | | |
| | | | B08B3LBGFH; | | | | |
| | | | B08B38H3QG; | | | | |
| | | | B07TWZZY9C | | | | |
| 3 | Babyee | A3K7FR6477GWTF | B08CS7VD1F; | dadatabawome@outlook | LiaoQian / Babyee | 2855 S RESERVOIR ST | $0.00 |
| | | | B08CS6WQR8 | | | | |
| 4 | ξ YIZmo0 | A1DL87JE43IO5Y | B088D4VWNL; | zzXXYKJH134@hotmail.co | YiZhen Xi / ξ YIZmo0 | LiuLinXianMuCunZhe | $9,646.50 |
| | | | B088DWLCB7 | | | | |
| 5 | BESHGB | A3RQYGH645JE3L | B083DVR9BK | xuebaoeukde@outlook.co | BESHGB | LiShiQuLongFengNan | $744.20 |
| 6 | Gyroshoes | A2ARNHQ8SVCIBQ | B07SJLP7JB; | Anewirene@outlook.com | chenxuefen / Gyroshoes | 11769 Valley Blvd El M | $16,032.38 |
| | | | B07WPK7KY3; | | | | |
| | | | B07SKNY527; | | | | |
| | | | B07SJLNJ33 | | | | |
| 7 | Runchenyun | AW9IVF0R92969 | B07SJLP7JB; | rcyusa@outlook.com | Li Tao / Runchenyun | 11769 Valley Blvd El M | $25,796.89 |
| | | | B07WPK7KY3; | | | | |
| | | | B07SKNY527; | | | | |
| | | | B07SJLNJ33 | | | | |
| 8 | WangQingYu | A2KEKYRU06HOCL | B08K3GKV4N | zzclrz@163.com | Wang Qing Yu / WangQ | Da Zhang Zhuang Xia | $878.04 |
| 9 | XTSP | A14N9EUKT54BIK | B08JFT7228 | rdgefnrg42on@163.com | Xu Tao / XTSP | Xiayuan Jiedao, Wanl | $324.37 |