# EXHIBIT 3

| Def. No. | Defendant Seller | Amazon Seller ID | ASIN | Email Address | Contact Name | Address | Balance |
|---|---|---|---|---|---|---|---|
| | JIANGYOU-US | A2WDDE8MIQH0TE | | szjyus@outlook.com | shenzhenjiangyoujinchukouyouxiangongsi | | $121,487.98 |
| | GYROOR | AHGEGWXX7DCPQ | | gyroor.ctd@outlook.com | Shenzhen Chetaidou Keji Youxian Gongsi | | $39,369.62 |
| | Lison ET | A2NLQKWD7CGXGK | | gzzsymx888@163.com | Guangzhou Zhuosen ET Co., Ltd | | $22.67 |
| | TOMOLOO | AID3SH3YPRL1E | | gzfmus@sina.com | Wenjian Huang | | $23,889.93 |
| | TOMOLOO-NX | AK2XZM4Y8NUHN | | tomoloo_nx@126.com | Dongguanshi naxinguiye Youxian Gongsi | | $7,969.16 |
| | TOMOLOO INE | A2A3MNSAIX1437 | | usriqi@163.com | guangzhouqirishangwu fuwuyouxiangongsi | | $156,640.00 |
| | BETTER TOMOLOO | A2UBVN107UWO9C | | tomoloous@163.com | Shenzhen TOMOLOO Technology Industrial Co., Ltd | | $11,759.81 |
| | URBANMAX | A2YJ4WYCO1L51J | | ubmamz@outlook.com | Shenzhenshihualaibaoshengwukejiyouxiangongsi | | $3,538.01 |
| | AOXTECH | A31C20NDSHBEPV | | szodelan@outlook.com | Ke feng Hu | | $9,293.10 |
| | ShopCheapUniversal | A3ABTK72L3LWCN | | iamibrahim89@yahoo.com | ibrahim syed arshad | | $0.00 |
| | Fengchi-US | A11ZZ2BGHTDJWC | | everyfun2019@outlook. | Shen zhen shi feng chi dian qi you xian gong si | | $28,783.72 |
| | Gyroor US | A57BIIPQ5F3FT | | ctd2020@outlook.com | dongguanshisaibotannengyuankejiyouxiangongsi | | $1,311,860.43 |
| | GaodeshangUS | AYN6OZNVZ6M1Q | | gdskus@outlook.com | LIU YU/GaodeshangUS | | $9,255.57 |
| | hgsm | A18SI7S9NCFNDA | | hgsmus@outlook.com | anhuihaiguoshangmaoyouxiangongsi-XIA LEI | | $37,463.92 |
| | Smavt | A15KLREW50H5QW | | aipet@sina.com | lizhehui | | $22,967.79 |
| | TOMOLOO-AOX or TOMOLOO-AX | AXGAWQK8OGS24 | | Aoxtech_us@126.com | Shenzhen Aoxiang Dianzi Youxian Gongsi-Xuxiang | | $17,994.74 |