# EXHIBIT 4

**GYROOR**

|  | Seller Name | Seller ID | Date Provided | Amount Reported |
|---|---|---|---|---|
| 1 | Runchenyun | AW9IVF0R92969 | 6/25/2021 | $ 38,151.62 |
| 2 | Urbanmax | A2YJ4WYCO1L51J | 6/25/2021 | $ 1,533.60 |
| 3 | JIANGYOU-US | A2WDDE8MIQH0TE | 6/25/2021 | $ 116,775.81 |
| 4 | Gyroor | AHGEGWXX7DCPQ | 6/25/2021 | $ 24,558.39 |
| 5 | Fengchi-US | A11ZZ2BGHTDJWC | 6/25/2021 | $ 19,940.61 |
| 6 | GYROOR US | A57BIIPQ5F3FT | 6/25/2021 | $ 1,198,413.36 |
|  |  |  |  |  |
| 7 | GaodeshangUS | AYN6OZNVZ6M1Q | 6/25/2021 | $ 14,247.51 |
| 8 | hgsm | A18SI7S9NCFNDA | 6/25/2021 | $ 42,884.18 |
| 9 | zhonghongxin-us | A25PYSLZ5XW50W | 6/25/2021 | $ 6,162.12 |
| 10 | honghaiya-us | AIFII05V4L3I3 | 6/25/2021 | $ (307.32) |
| 11 | shanchun-us | A2NUD2WSEZ9ZT | 6/25/2021 | $ 7,676.58 |
| 12 | rongjiamaoyi-us | A2DA8CSKTCC66B | 6/25/2021 | $ (0.16) |
| 13 | Gyroshoes | A2ARNHQ8SVCIBQ | 6/25/2021 | $ 11,344.73 |
|  |  | Total |  |  |
| 14 | shopCheapUniversal | A3ABTK72L3LWCN | 6/25/2021 | $ (6.11) |

**TOMOLOO**

|  | Seller Name | Seller ID | Date Provided | Amount Reported |
|---|---|---|---|---|
| 15 | TOMOLOO | AID3SH3YPRL1E | 6/25/2021 | $ 22,524.97 |
| 16 | Better TOMOLOO | A2UBVN107UWO9C | 6/25/2021 | $ 10,492.66 |
| 17 | Tomoloo-AOX | AXGAWQK8OGS24 | 6/25/2021 | $ 18,511.24 |
| 18 | TOMOLOO INE | A2A3MNSAIX1437 | 6/25/2021 | $ 158,471.26 |
|  |  |  |  |  |
| 19 | Tomoloo DX | A23EA08Y88EE4M | 6/25/2021 | $ 71,480.78 |
| 20 | Tomoloo TC | A1DXERU83AK4IX | 6/25/2021 | $ 138,157.27 |

| | | | | | |
|---|---|---|---|---|---|
| 21 | TOMOLOO-NX | AK2XZM4Y8NUHN | 6/25/2021 | $ | 5,811.29 |
| 22 | TOMOLOO Offical | A22EGLUS9AQ3WA | 6/25/2021 | $ | 145,990.10 |
| 23 | Tomoloo Flagship | A1ZP3NP8NRL3DB | 6/25/2021 | $ | 87,443.95 |
| 24 | MANDOYOU | A1EWFJP84JPI5D | 6/25/2021 | $ | 1,224.62 |
| 25 | TOMOLOO Franchise | A345B08PGN8LUO | 6/25/2021 | $ | 135,531.92 |
| 26 | TOMOLOO-US | A2FO3ELK9A4COF | 6/25/2021 | $ | 76,891.96 |
| 27 | Tomoloo INT | A35351AV5611LB | 6/25/2021 | $ | 6,008.38 |
| 28 | Lison ET | A2NLQKWD7CGXGK | 6/25/2021 | $ | 308.15 |

TOTAL