# EXHIBIT 5

**From:** **GYROOR** service@gyroor.com
**Subject:** Order #Gyroor5608 confirmed
**Date:** January 4, 2021 at 11:51 PM
**To:**

## GYROOR

ORDER #GYROOR5608

### Thank you for your purchase!

Hi Arthur, we're getting your order ready to be shipped. We will notify you when it has been sent.

View your order  or  Visit our store

## Order summary



Gyroor T580 Hoverboard Self Balancing Scooter with Music Speaker LED Lights, 6.5 inch Two-Wheel Electric Scooter for Kids Adult - UL2272 Certificated × 1  $167.00
pink

| | |
|---|---|
| Subtotal | $167.00 |
| Shipping | $0.00 |
| Taxes | $0.00 |
| Total | **$167.00 USD** |

## Customer information

**Shipping address**
Adam Kelly

Chicago IL
United States

**Billing address**
Arthur Yuan

Chicago IL
United States

**Shipping method**
Free Shipping

**Payment method**
Paypal — **$167.00**

If you have any questions, reply to this email or contact us at service@gyroor.com