# EXHIBIT 8



for Kids and Adults Hover Board with ...  
$135.00 ~~$152~~ ✓prime

Balancing Scooter, UL Certified, 47 Point ...  
$149.00 ✓prime

Terrain Self Balancing Scooter wi...  
$299.99

Balancing Scooter with Speaker LED Li...  
$135.00 ✓prime

Colorful Lights Self Balancing Scooter ...  
$154.99 ✓prime

Balance Scooter for Kids with LED Light ...  
$149.99 ~~$155~~ ✓prime

and Led Lights, Smart 6.5" Self-Balancin...  
$134.99


Subtotal
$9.99

### Special offers and product promotions

- Get a **$50 Amazon Gift Card** instantly upon approval for the **Amazon Rewards Visa Card. No annual fee.** Apply now

## Have a question?
Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

### Product Description



Are you looking for the safest hoverboard to get around the world? This GYROOR Swift T580 Hoverboard is exactly what you are looking for!

GYROOR focuses on providing high quality, high safety product and best service to riders, all products are strictly related to the safety tests. With high-tech electric,anti-fire shell protection, and UL certified that make T580 absolutely safe and harmless for all riders.



**GYROOR's committted to make rider's life more comfortable and convenient.**
Dual shinny wheels design, easy to control your balance, move forward or backward by your body posture. Ride on premium self balancing GYROOR Swift T580 hoverboard, Ride with your Dream!



**Colorful LED Lights**
Bright LED headlights and flashing wheels are super fun, is also a signal of protecting yourself that makes you feel safe in dark, illuminate your evening journeys.For the hoverboard enthusiasts,the LED flashing lights would make the hoverboard be cool device.

- Water Resistant: IP54
- Max Load: 220 Pounds
- Motor: 250W*2 Motors
- Frame Material: Aluminum
- Charging Time: 1.5 to 2 Hours
- LED Lights: Colors Adjustable by APP
- Distance on Full Charge: 5~7.5 Miles
- Safety : UL 2272 Certified Hoverboard

**Powerful Battery**
Using the certified lithium-ion Battery, provides T580 more powerful. The smart battery system provides battery long life time and more reliable quality for the rider.With UL certified charger, it's safe and fast charging on the hoverboard.



- Net Weight: 15.8 Pounds.
- Max Speed: 8 Miles/Hour
- Max Climbing Angle: 15-30°
- Tires: 6.5 inch Rubber Tires
- Driving Mode: Adjustable Speeds by App
- Music Speaker: Pro Music Speaker
- Charging Voltage: AC100 to 240V/50-60Hz
- Lithium-Ion Battery: Removable 2.0Ah/36V
- Product Dimensions: 26 Inch x 9 Inch X 8.86 Inch

  

  

**App Enable**
With GYROOR App, you can change different led lights, adjust riding speed, check battery life, set adults or children mode, switch self balancing mode, analyses fault and on/off setting, anywhere and anytime.

**Music Speaker**
Built-in powerful speaker, easily connect your smart phone or any bluetooth devices. As a music lover, riding with your favorite music, you and your hoverboard will be the most focus one!

**Sturdy & Durable**
Adopting advanced motherboard system and nature rubber tires, ensure T580 can run smoothly and steadily. With powerful self-balancing feature, you can easily control and happily ride on it. Enjoy the most stable riding and balancing experience!



**Fantastic and Best Gift Choice for Every Family!**
GYROOR Swift T580, is the most perfect gift for every occasion and the best gift choice to your kids and family. Enjoying outdoor life with your family and friends!

## Product details

Color: pink
**Is Discontinued By Manufacturer :** No
**Item Weight :** 26.5 Pounds
**Batteries :** 20 Lithium ion batteries required.
**Date First Available :** April 10, 2018
**Manufacturer :** Gyroor
**ASIN :** B07C3C861F
**Best Sellers Rank:** #69,427 in Sports & Outdoors (See Top 100 in Sports & Outdoors)
#65 in Self Balancing Scooters
**Customer Reviews:**
617 ratings

## Videos

Page 1 of 2

**Videos for this product**

 0:30
**Customer Review:** The hit of the year!
Jennifer S. Carpenter

 1:15
Gyroor Swift Hoverboard Self Balancing Hoverboard with Musi…
Merchant Video

 1:03
**Customer Review:** Fantastic Hoverboard!!!
Abi

**Videos for related products**

 1:49
Self Balancing Hoverboard With Bluetooth Speaker and LED!
DARIO & MININA - (MEDIABOXENT)

 4:47
Tomoloo K1 hover boards for kids, self balancing hoverboard.
Tomoloo Flagship

Rawrr … Scooter…

Upload your video

## Products related to this item

Page 1 of 20

Sponsored

      

TOMOLOO Hoverboard with Bluetooth and Lights, Smart APP Hover Board with UL2272 Cer…

SISIGAD Hoverboard with Bluetooth Speaker and Led Lights, Smart 6.5" Self-Balancing…

SISIGAD Hoverboard 6.5" Self Balancing Scooter with Colorful LED Wheels Lights Two-…

Beston Sports Newest Generation Electric Hoverboard Dual Motors Two Wheels Hoover B…

Hiboy W Hoverboard UL-2272 Certified Self Balance Scooter for Kids with LED Light, …

6.5 Inch Electric Scooter Hoverboard Smart Self-Balancing Two Wheels Electric Scoot…

TPS Power Sports Electric Rechargeable Hoverboard for Kids and Adults with Speaker …

Case: 1:20-cv-04806 Document #: 328-8 Filed: 07/13/21 Page 5 of 8 PageID #:7462




Subtotal $9.99

### Products

- **TOMOLOO Hoverboard with Bluetooth and Lights, Smart APP Hover Board with UL2272 Cer...**
  35 ratings — $249.99 prime

- **SISIGAD Hoverboard with Bluetooth Speaker and Led Lights, Smart 6.5" Self-Balancing...**
  856 ratings — $134.99

- **SISIGAD Hoverboard 6.5" Self Balancing Scooter with Colorful LED Wheels Lights Two-...**
  3,139 ratings — $174.99 prime

- **Beston Sports Newest Generation Electric Hoverboard Dual Motors Two Wheels Hoover B...**
  2,844 ratings — $148.00 prime

- **Hiboy W Hoverboard UL-2272 Certified Self Balance Scooter for Kids with LED Light, ...**
  58 ratings — $159.99 prime

- **6.5 Inch Electric Scooter Hoverboard Smart Self-Balancing Two Wheels Electric Scoot...**
  64 ratings — $135.00 prime

- **TPS Power Sports Electric Rechargeable Hoverboard for Kids and Adults with Speaker ...**
  382 ratings — $135.00



Kid Trax 4X4 Tracker Electric Ride On Toy, 3-5 Years Old, 6 Volt, Max Weight 60 lbs, Beach Cruiser Pink
37 ratings
$186.99 prime

Sponsored

## Customer questions & answers

🔍 Have a question? Search for answers

**Question:** can you use it without a phone, my kid, I am buying it for doesn't have a phone?
**Answer:** Definitely! My son never uses a phone when he rides.
By Kati Reed on October 25, 2020
1 vote
▾ See more answers (3)

**Question:** How do I keep the speed on the app at the lower speed? It keeps switching back to the higher speed!
**Answer:** Hi, thanks for your message. When you selected the speed you want to ride on, then you need to click the" limited speed" at the bottom, when it shows" setting successfully", and it could be fixed. Or you could directly adjust into kids mode, the speed would be in very slow. Hope this could be workable for you.
By Gyroor SELLER on December 11, 2018
1 vote
▾ See more answers (1)

**Question:** Seller said max speed was 13 to 16km yet the app only mets me set soeed up to 12km why is that?
**Answer:** for safe in app just can set 12KM.thanks.
By Gyroor SELLER on September 19, 2019
1 vote

**Question:** Does Is it go Off road?
**Answer:** Dear Kindle,
If you want off road,you can choice our GYROOR T581,our new model. Thnaks.
Best regards, ... see more
By Gyroor SELLER on May 6, 2019
0 votes
▾ See more answers (1)

[ See more answered questions (49) ]

## Customer reviews

⭐ 4.6 out of 5
617 global ratings

| | |
|---|---|
| 5 star | 80% |
| 4 star | 9% |
| 3 star | 3% |
| 2 star | 2% |
| 1 star | 6% |

▸ How are ratings calculated?

### By feature
- For beginners — 4.8
- Giftable — 4.6
- Sturdiness — 4.6

▾ See more

### Review this product
Share your thoughts with other customers

[ Write a customer review ]



Non Slip Yoga Socks for Women, Anti-Ski...
468 ratings
$12.99 prime
[ Shop now ]

Sponsored

### Reviews with images



See all customer images

### Read reviews that mention
year old | battery life | old daughter | daughter loves | hoverboard
absolutely loves | play music | child mode | son loves
great hoverboard | easy to use | definitely recommend | kids love

### Top reviews from the United States

👤 Teach1

  **Light and sleek. Rated up to 265 ibs.**
Reviewed in the United States on December 26, 2018
Color: black | Verified Purchase

  Light and sleek. Rated 265 ibs. We bought this and a H1 and so far like this one better. It is easier to handle with one handed lifting if you are strong as the middle is smaller. The charger is very similar to the H1. This is only a initial review.

So after a month the unit still works but the plastic hubs are showing some damage and some plastic peices are rattleing around inside. We havnt been gentle with it though ;).

42 people found this helpful

[ Helpful ]  |  Report abuse

👤 Eric Helton

⭐⭐⭐⭐⭐ **Great value, great experience so far**

Document title: Amazon.com: Gyroor T580 Hoverboard Self Balancing Scooter with Music Speaker LED Lights, 6.5 inch Two-Wheel Electric Scooter for Kids - UL2272…
Capture URL: https://www.amazon.com/dp/B07GFKZLD3?th=1
Capture timestamp (UTC): Thu, 01 Jul 2021 07:38:08 GMT
Page 4 of 7

2 people found this helpful

Helpful | Report abuse

**Eric Helton**

★★★★★ Great value, great experience so far
Reviewed in the United States on March 10, 2020
Color: pink | Verified Purchase

I did allot of research on hoverboards. What I found was every single one has a few reviews of people saying their's was defective or did nothing but beep. Basically I took a leap of faith guided by my 6 year old daughter's simple request for pink. I have now had this Gyroor for a week and I am very happy with the purchase thus far. First, my daughter loves it and was zipping around all over the place in no time. The lights are bright and colorful. The app is easy to pair and use. I put it in child mode and limited the speed in minutes. It can support 220lbs according to the manual which should make it big brother survivable. Battery life has been excellent and the charge time of 2-3 hours is quicker than I expected. So far my only nit-pick would be I think the cosmetics of the plastic body could be scratched up and gouged pretty easily. But it does feel like a solid piece of machinery. That it comes with a bag is really nice. At this point I feel like I hit the sweet spot of not going too cheap while keeping the price reasonable for a 6 year old. I'll update in a couple months

20 people found this helpful

Helpful | Report abuse

**Tatyanna Curtis**

★★★★★ Best Christmas present ever!!!
Reviewed in the United States on January 7, 2019
Color: pink | Verified Purchase

Bought this for my 11 yr old daughter for Christmas. She loves it. All her friends got one too and paid about the same price but hers is cooler than them all. The Bluetooth speaker works great and is very loud. She jumped on and became a pro in about 15 minutes.

20 people found this helpful

Helpful | Report abuse

**Tina**

★★★☆☆ Battery is not so good!
Reviewed in the United States on April 15, 2019
Color: black | Verified Purchase

Battery didn't last more then 30 minutes. Got the item replaced and had the same problem. The company was quick to resolve thing but only refunded to amazon account not to original payment method. I should also mention when it stops working or dies unexpectedly it comes to a complete stop. Making the rider go flying!

14 people found this helpful

Helpful | Report abuse

**Suresh**

★★★★★ Super cool pro
Reviewed in the United States on February 23, 2019
Color: black | Verified Purchase

I was wondering how my 6 year kid will ride this as this was his first time . Just in10 minutes he rode and became a champ in next 10 minutes.. the product looks super cool

20 people found this helpful

Helpful | Report abuse

**J.D.**

★☆☆☆☆ My son loves it (UPDATE)
Reviewed in the United States on September 2, 2020
Color: black | Verified Purchase

We purchased this about a year ago and my 9 year old son has a blast with it! It stood up well for some time and then the battery would only last for a few minutes. I saw that the battery warranty was only 6 months but figured I would contact Gyroor directly and see if there was anything they could do. I was pleasantly surprised when they told me they would send me a new battery! Needless to say I am very happy with the product and their customer support.

UPDATE 1/25/2021 - So Gyroor wound up sending me the wrong battery, and then asked me to ship the entire hoverboard back so they would fix it. I sent it back and they sent me back a hoverboard where the bottom was not fully screwed in and the threads were stripped.

They then sent me another hoverboard that had the SAME EXACT ISSUES. Now they are saying they don't have it in stock and will send me a new one once it is in stock. It has been about 6 months since I had this initially had this issue which is not an acceptable amount of time. If I do finally received a working hoverboard that is also safe to use I will update this review again.

3 people found this helpful

Helpful | Report abuse

**Kat**

★★★★★ Good product!
Reviewed in the United States on January 21, 2019
Color: pink | Verified Purchase

Perfect for my 11 year old daughter...takes a lot of practice but she really enjoys it!

16 people found this helpful

Helpful | Report abuse

**Amazon Customer**

★★★★★ GREAT PRODUCT, GREAT PRICE, FAST SHIPPING!
Reviewed in the United States on January 16, 2019
Color: pink | Verified Purchase

Got this for my granddaughter for Christmas! After setting it up to her mother's phone, it took a couple of days and learning beside something to hold on to while getting the feel of things. (of course we had a few laughs at her dad's expense) She is now scooting around as well as she rides her bicycle. She is having a blast! The slower learning feature was perfect for her to use until she got the hang of riding it.

12 people found this helpful

Helpful | Report abuse

See all reviews ›



Subtotal
$9.99

days and learning beside something to hold on to while getting the feel of things. (of course we had a few laughs at her dad's expense) She is now scooting around as well as she rides her bicycle. She is having a blast! The slower learning feature was perfect for her to use until she got the hang of riding it.

12 people found this helpful

Helpful | Report abuse

See all reviews ›

**4 stars and above**

Page 1 of 9

Sponsored

RIDE SWFT Blaze Hoverboard Self Balancing Scooter, UL Certified, 27 Point... 271 $149.00 prime

Longtime 6.5" Chrome Metallic Hoverboard Self Balancing Scooter with Speaker LED Li... 103 $135.00 prime

cho Electric Hoverboard Smart Self Balancing Scooter Hover Board Built-in Speaker L... 220 $135.00

SISIGAD Hoverboard, with Bluetooth and Colorful Lights Self Balancing Scooter 8,121 $154.99 prime

Hoverboard for Kids Adult Spider Self Balancing Hoverboard with LED Lights... 415 $158.00 prime

Electric Hoverboard Smart Self Balancing Scooter Hover Board 6.5" Wheel Electric S... 434 $135.00 prime

Jetson All Terrain Hoverboard with LED Lights | Anti Slip Grip Pads | Self Balancin... 1,267 $149.99 prime

Womens & Mens Low Cut Socks,DIBAOLO...
3,434
$16.99 prime
Shop now

Sponsored

## Because you considered similar items

Page 1 of 4

SISIGAD Hoverboard, with Bluetooth and Colorful Lights Self Balancing Scooter 8,121 #1 Best Seller in Self Balancing Scooters $144.99 - $179.99

Hover Hoverboard Electric Scooter 2,312 $228.99 - $489.99

TOMOLOO Hover Boards for Kids, Hoverboards Bluetooth and LED Lights with Speaker,Self Balancing Hoverboard for Adults 83 $179.99

TOMOLOO Hoverboards Bluetooth with Led Light Flashing Wheels, Hover Boards for Kids, Self Balancing Hoverboard Adult... 138 $169.99 - $179.99

Gyroor Warrior 8.5 inch All Terrain Off Road Hoverboard with Bluetooth Speakers and LED Lights, UL2272 Certified Self... 3,327 $339.00

Hover-1 Ultra Electric Self-Balancing Hoverboard Scooter 2,681 $179.00 - $345.44

LIEAGLE Hoverboard, 6.5" Self Balancing Scooter Hover Board with Wheels LED Lights for Kids Adults 4,045 $134.99 - $169.99

Hover-1 Dream Hoverboard Electric Scooter Light Up LED Wheels 305 $149.99 - $211.99

TOMOLOO Hoverboard with Bluetooth and Lights, Smart APP Hover Board with UL2272 Certified, 6.5 Inch Two Wheel Hoover Board... 35 $229.99 - $249.99

What's this?

Page 1 of 2

Gyroor T581 Hoverboard 6.5" Off Road All Terrain Hoverboard with Bluetooth Speaker and... 1,044 $229.00

VOYAGER Hoverboard Air Wheel Offroad Electric Hoverboard, Rugged 8.5 Inch All... 9 $399.99

Jetson All Terrain Hoverboard with LED Lights | Anti Slip Grip Pads | Self Balancing... 1,267 $149.99

Autoamerics 1-Piece Windshield Sun Shade B&W American Flag USA Patriotic Design... 418 $31.94

CBD Bluetooth Hoverboard for Kids, 6.5 Inch Two Wheel Hoverboard, Self... 37 $169.99

FLYING-ANT Hoverboard 6.5 Inch with LED Light Bluetooth Gift for Kids and Adult Glowing Motor UL2272 Safety... $134.99

BioAdvanced 701615A Gal Tree and Shrub Control, 1 gallon, Concentrate 3,078 $64.98

Felimoda Hoverboard,Self-Balancing Hoverboard Scooter with... 38 $139.99

CBD All-Terrain Hoverboard, Two-Wheel 6.5 inch Self Balancing Hoverboard with... 288 $249.99

## Your Browsing History View or edit your browsing history

Page 1 of 4

Back to top

**Get to Know Us**
- Careers
- Blog
- About Amazon
- Sustainability
- Press Center
- Investor Relations
- Amazon Devices

**Make Money with Us**
- Sell products on Amazon
- Sell apps on Amazon
- Become an Affiliate
- Become a Delivery Driver
- Start a package delivery business
- Advertise Your Products
- Self-Publish with Us
- Host an Amazon Hub
- › See More Make Money with Us

**Amazon Payment Products**
- Amazon Rewards Visa Signature Cards
- Amazon.com Store Card
- Amazon Secured Card
- Amazon Business Card
- Amazon Business Line of Credit
- Shop with Points
- Credit Card Marketplace
- Reload Your Balance
- Amazon Currency Converter

**Let Us Help You**
- Amazon and COVID-19
- Your Account
- Your Orders
- Shipping Rates & Policies
- Amazon Prime
- Returns & Replacements
- Manage Your Content and Devices
- Amazon Assistant
- Help

amazon | English | United States

Case: 1:20-cv-04806 Document #: 328-8 Filed: 07/13/21 Page 8 of 8 PageID #:7465

Document title: Amazon.com: Gyroor T580 Hoverboard Self Balancing Scooter with Music Speaker LED Lights, 6.5 inch Two-Wheel Electric Scooter for Kids - UL2272…
Capture URL: https://www.amazon.com/dp/B07GFKZLD3?th=1
Capture timestamp (UTC): Thu, 01 Jul 2021 07:38:08 GMT
Page 7 of 7