# EXHIBIT 9



Document title: Amazon.com Seller Profile: shanchun-us
Capture URL: https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=1&isCBA=&marketplaceID=ATVPDKIKX0DER&orderI…
Capture timestamp (UTC): Thu, 01 Jul 2021 08:02:17 GMT

Page 1 of 2



Subtotal $9.99



