# EXHIBIT 11










Document title: Amazon.com Seller Profile: baiboyuan-us
Capture URL: https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=0&isCBA=&marketplaceID=ATVPDKIKX0DER&orderI…
Capture timestamp (UTC): Mon, 28 Jun 2021 05:17:57 GMT
Page 2 of 2