# EXHIBIT 12



| Deliver to Arthur — Chicago 60605 | All ▾ | | Hello, Arthur — Account & Lists ▾ | Returns & Orders | 0 |

All · Customer Service · Prime Video · Gift Cards · Arthur's Amazon.com · Shopper Toolkit · Outdoor Recreation · Shop Back to School deals

Your Account › Your Orders › Order Details

# Order Details

Ordered on June 21, 2021    Order# 113-7358659-▇▇▇▇▇▇▇    **View or Print invoice**

**Shipping Address**
▇▇▇▇▇▇▇
▇▇▇▇▇▇▇
▇▇▇▇▇▇▇
United States

**Payment Method**
 **** ▇▇▇▇

**Order Summary**
| | |
|---|---|
| Item(s) Subtotal: | $299.00 |
| Shipping & Handling: | $0.00 |
| Your Coupon Savings: | -$30.00 |
| Total before tax: | $269.00 |
| Estimated tax to be collected: | $23.87 |
| **Grand Total:** | **$292.87** |

See tax and seller information

Prime Day offer: Earned 6% back with your Amazon Prime Rewards Visa Signature card. See terms and conditions.

Transactions

---

**Delivered Friday**
Signed by: REL 7VY



**Gyroor Warrior 8.5 inch All Terrain Off Road Hoverboard with Bluetooth Speakers and LED Lights, UL2272 Certified Self Balancing Scooter 2018(Black)**

Sold by: baiboyuan-us
Return eligible through Aug 13, 2021
$299.00
**Condition:** New

Buy it again

- Track package
- Problem with order
- Return items
- Share gift receipt
- Leave seller feedback
- Write a product review
- Archive order

---

## Customers who bought Gyroor Warrior 8.5 inch All Terrain Off Road Hover... also bought

Page 1 of 6

   

| Hiboy HC-02 Hoverboard Go Kart with Rear Suspension Seat Attachment Accessory for 6.5" 8" 10" Hover... | Hiboy HC-01 Hoverboard Kart Seat Attachment Accessory for 6.5" 8" 10" Two Wheel Self Balancing Scooter | Gyroor Hoverboard Offroad All Terrain Flash Wheel Self Balancing G5 Hoverboards with Bluetooth Speaker, UL 2272 Certified Best... | EverCross Hoverboard Seat Attachment, Hoverboard Attachments, Hoverboard... |
|---|---|---|---|
| 659 | 1,835 | 259 | 1,312 |
| $129.99 | $99.99 | 1 offer from $249.00 | $57.79 |
| FREE Delivery | FREE Delivery | | FREE Delivery |

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell products on Amazon | Amazon Rewards Visa Signature Cards | Amazon and COVID-19 |
| Blog | Sell apps on Amazon | Amazon.com Store Card | Your Account |
| About Amazon | Become an Affiliate | Amazon Secured Card | Your Orders |
| Sustainability | Become a Delivery Driver | Amazon Business Card | Shipping Rates & Policies |
| Press Center | Start a package delivery business | Amazon Business Line of Credit | Amazon Prime |
| Investor Relations | Advertise Your Products | Shop with Points | Returns & Replacements |
| Amazon Devices | Self-Publish with Us | Credit Card Marketplace | Manage Your Content and Devices |
| | Host an Amazon Hub | Reload Your Balance | Amazon Assistant |
| | › See More Make Money with Us | Amazon Currency Converter | Help |
| | | Promotional Financing | |

English     United States

| | | | | | | |
|---|---|---|---|---|---|---|
| Amazon Music<br>Stream millions<br>of songs | Amazon Advertising<br>Find, attract,<br>and<br>engage<br>customers | Amazon Drive<br>Cloud storage<br>from Amazon | 6pm<br>Score deals<br>on fashion brands | AbeBooks<br>Books, art<br>& collectibles | ACX<br>Audiobook<br>Publishing<br>Made Easy | Alexa<br>Actionable<br>Analytics<br>for the Web |
| Sell on Amazon<br>Start a Selling<br>Account | Amazon Business<br>Everything For<br>Your Business | Amazon Fresh<br>Groceries & More<br>Right To Your Door | AmazonGlobal<br>Ship Orders<br>Internationally | Home Services<br>Experienced Pros<br>Happiness<br>Guarantee | Amazon Ignite<br>Sell your original<br>Digital<br>Educational<br>Resources | Amazon Web Services<br>Scalable Cloud<br>Computing<br>Services |
| Audible<br>Listen to Books &<br>Original<br>Audio<br>Performances | Book Depository<br>Books With<br>Free<br>Delivery<br>Worldwide | Box Office Mojo<br>Find Movie<br>Box Office Data | ComiXology<br>Thousands of<br>Digital Comics | DPReview<br>Digital<br>Photography | East Dane<br>Designer Men's<br>Fashion | Fabric<br>Sewing, Quilting<br>& Knitting |
| Goodreads<br>Book reviews<br>&<br>recommendations | IMDb<br>Movies, TV<br>& Celebrities | IMDbPro<br>Get Info Entertainment<br>Professionals Need | Kindle Direct Publishing<br>Indie Digital & Print<br>Publishing<br>Made Easy | Amazon Photos<br>Unlimited Photo<br>Storage<br>Free With Prime | Prime Video Direct<br>Video Distribution<br>Made Easy | Shopbop<br>Designer<br>Fashion Brands |
| Amazon Warehouse<br>Great Deals on<br>Quality Used<br>Products | Whole Foods Market<br>America's<br>Healthiest<br>Grocery Store | Woot!<br>Deals and<br>Shenanigans | Zappos<br>Shoes &<br>Clothing | Ring<br>Smart Home<br>Security Systems | eero WiFi<br>Stream 4K Video<br>in Every Room | Blink<br>Smart Security<br>for Every Home |
| | Neighbors App<br>Real-Time<br>Crime<br>& Safety Alerts | Amazon Subscription Boxes<br>Top subscription boxes – right<br>to your door | PillPack<br>Pharmacy Simplified | Amazon Renewed<br>Like-new<br>products<br>you can trust | Amazon Second Chance<br>Pass it on, trade it in,<br>give it a second<br>life | |

Conditions of Use     Privacy Notice     Interest-Based Ads     © 1996-2021, Amazon.com, Inc. or its affiliates


Amazon.com - Order 113-7358659-...

## Final Details for Order #113-7358659-█████

*Print this page for your records.*

**Order Placed:** June 21, 2021
**Amazon.com order number:** 113-7358659-█████
**Order Total:** $292.87

### Shipped on June 23, 2021

| Items Ordered | Price |
|---|---|
| 1 of: *Gyroor Warrior 8.5 inch All Terrain Off Road Hoverboard with Bluetooth Speakers and LED Lights, UL2272 Certified Self Balancing Scooter 2018(Black)*<br>Sold by: baiboyuan-us (seller profile)<br><br>Condition: New | $299.00 |

**Shipping Address:**
███████████
███████████
NEW YORK, NY 10009-4304
United States

**Shipping Speed:**
Standard Shipping

### Payment information

**Payment Method:**
Amazon.com Visa Signature | Last digits: ████

**Billing address**
Arthur Yuan
███████████
CHICAGO, IL 60605
United States

| | |
|---|---:|
| Item(s) Subtotal: | $299.00 |
| Shipping & Handling: | $0.00 |
| Your Coupon Savings: | -$30.00 |
| | ----- |
| Total before tax: | $269.00 |
| Estimated tax to be collected: | $23.87 |
| | ----- |
| **Grand Total:** | **$292.87** |

**Credit Card transactions**     Visa ending in ████ : June 23, 2021: $292.87

To view the status of your order, return to *Order Summary*.

Conditions of Use | Privacy Notice © 1996-2021, Amazon.com, Inc. or its affiliates

Amazon prime | Deliver to Arthur Chicago 60605 | All | [search] | Hello, Arthur Account & Lists | Returns & Orders | 0 Cart

All | Customer Service | Prime Video | Gift Cards | Arthur's Amazon.com | Outdoor Recreation | Shopper Toolkit | Groceries | Pet Supplies | Sports & Fitness | Amazon Basics | Health & Household | Coupons | Beauty & Personal Care | Shop Back to School deals

Your Account › Your Orders › Order Details › Track Package

## Delivered June 25

Your package was left at the front door or on the front porch. Signed by: REL 7VY



✓ Delivered

Marwa Abdelaziz

See all updates

### Tracking info provided by baiboyuan-us
Shipped with UPS
Tracking ID: 1Z802YV70302156031

You can also *contact the seller* with questions about the tracking info.

### Order Info
View order details

---

### Customers who bought Gyroor Warrior 8.5 inch All Terrain Off Road Hover... also bought
Page 1 of 3

         

| Hiboy HC-02 Hoverboard Go Kart with Rear Suspension Seat Attachment Accessory for 6.5" 8" 10" Hover Board… | Hiboy HC-01 Hoverboard Kart Seat Attachment Accessory for 6.5" 8" 10" Two Wheel Self Balancing Scooter | Gyroor Hoverboard Offroad All Terrain Flash Wheel Self Balancing G5 Hoverboards with Bluetooth Speaker, UL 2272 Certified Best Gift… | EverCross Hoverboard Seat Attachment, Hoverboard Attachments, Hoverboard Accessories Compatible with 6.5" 8" 8.5" 10"… | EverCross Hoverboard Seat Attachment, New Gen Hoverboard Seat with Safety Brake System, Hoverboard Attachment… | HYPER GOGO GoKart Kit - Hoverboard Attachment - Compatible with All Hover Boards ,Red | SISIGAD Off-Road Hoverboard, 8.5 Inch Hoverboard, Two-Wheel Self Balancing Hoverboard Electric Scooter, All Terrain Hoverboard for Adults or… | Hover-1 Hoverboard Carrying Bag 8-10 inch Wheels, Black | Gyroor G2 Hoverboard 8.5" Off Road All Terrain Hoverboards Bluetooth Speaker&Self Balancing Hoverboard with Kart Seat Attachment UL2272… | RIDE SWFT Sonic Hoverboard Self Balancing All Terrain Scooter,10" Off Road Tires, Top Speed of 9 mph, 8 Mile Distance,LED Lights, Bluetooth… |
| 666 | 1,854 | 262 | 1,330 | 1,329 | 129 | 11 | 129 | 13 | 143 |
| $119.99 prime FREE Delivery | $99.99 prime FREE Delivery | $249.00 | $75.00 prime FREE One-Day | $75.00 prime FREE Delivery | $439.00 prime FREE Delivery | $299.99 | $19.99 prime Today by 10PM | $399.00 | $299.00 |

---

### Inspired by your browsing history
Page 1 of 3

       

| Hiboy HC-02 Hoverboard Go Kart with Rear Suspension Seat Attachment Accessory for 6.5" 8" 10" Hover Board… | Gyroor Hoverboard Offroad All Terrain Flash Wheel Self Balancing G5 Hoverboards with Bluetooth Speaker, UL 2272 Certified Best Gift… | SISIGAD Off-Road Hoverboard, 8.5 Inch Hoverboard, Two-Wheel Self Balancing Hoverboard Electric Scooter, All Terrain Hoverboard for Adults or… | HYPER GOGO GoKart Kit - Hoverboard Attachment - Compatible with All Hover Boards ,Red | Hover-1 Titan Electric Self-Balancing Hoverboard Scooter | GYROOR T581 Hoverboard 6.5" Off Road All Terrain Hoverboards with Bluetooth Speaker&LED Lights Two-Wheel Self Balancing Hoverboard… | Hiboy HC-01 Hoverboard Kart Seat Attachment Accessory for 6.5" 8" 10" Two Wheel Self Balancing Scooter | JBM Adult/Child Knee Pads Elbow Pads Wrist Guards 3 in 1 Protective Gear Set for Multi Sports Skateboarding Inline… | EverCross Hoverboard Seat Attachment, New Gen Hoverboard Seat with Safety Brake System, Hoverboard Attachment… | Gyroor G2 Hoverboard 8.5" Off Road All Terrain Hoverboards Bluetooth Speaker&Self Balancing Hoverboard with Kart Seat Attachment UL2272… |
| 666 | 262 | 11 | 129 | 1,446 | 725 | 1,854 | 10,531 | 1,329 | 13 |
| $119.99 prime FREE Delivery | $249.00 | $299.00 | $439.00 prime FREE Delivery | $249.99 prime FREE Delivery | $279.00 | $99.99 prime FREE Delivery | $19.86 prime Today by 3PM | $75.00 prime FREE Delivery | $399.00 |

---

### Based on your reading
Page 1 of 2

        

| The New Airfryer Cookbook — The Williams-Sonoma Test… | Shape: The Hidden Geometry of Information, Biology, Strategy,… › Jordan Ellenberg | City of the Century: The Epic of Chicago and the Making of America › Donald L. Miller | Algorithms to Live By: The Computer Science of Human Decisions › Brian Christian | Hear That Lonesome Whistle Blow: The Epic Story of the Transcontinental Railroads › Dee Brown | How to Lie with Statistics › Darrell Huff | The Joy of x: A Guided Tour of Math, from One to Infinity — Steven Strogatz | A Mind For Numbers: How to Excel at Math and Science (Even If You Flunked Algebra) — Barbara Oakley | The Data Detective: Ten Easy Rules to Make Sense of Statistics › Tim Harford | Noise: A Flaw in Human Judgment › Daniel Kahneman |
| 15 Kindle Edition $7.99 | 61 Kindle Edition #1 Best Seller in General Geometry $15.99 | 126 Kindle Edition $10.99 | 2,006 Kindle Edition $12.99 | 130 Kindle Edition $11.99 | 1,932 Kindle Edition $8.01 | 1,013 Kindle Edition #1 Best Seller in Applied Mathematics $9.99 | 3,130 Kindle Edition $13.99 | 346 Kindle Edition #1 Best Seller in Statistics Economics $15.99 | 476 Kindle Edition $15.99 |

---

### Your Browsing History  View or edit your browsing history
Page 1 of 4

               

---

Document title: Track Package
Capture URL: https://www.amazon.com/progress-tracker/package/ref=ppx_yo_dt_b_track_package?…
Capture timestamp (UTC): Thu, 08 Jul 2021 11:01:31 GMT

Page 1 of 2




### Inspired by your browsing history
Page 1 of 3

- Hiboy HC-02 Hoverboard Go Kart with Rear Suspension Seat Attachment Accessory for 6.5" 8" 10" Hover Board... ★★★★½ 666 — $119.99 — prime FREE Delivery
- Gyroor Hoverboard Offroad All Terrain Flash Wheel Self Balancing G5 Hoverboards with Bluetooth Speaker, UL 2272 Certified Best Gift... ★★★★½ 262 — $249.00 — prime FREE Delivery
- SISIGAD Off-Road Hoverboard, 8.5 Inch Hoverboard, Two-Wheel Self Balancing Hoverboard Electric Scooter, All Terrain Hoverboard for Adults or... ★★★★ 11 — $299.99
- HYPER GOGO GoKart Kit - Hoverboard Attachment - Compatible with All Hover Boards, Red ★★★★ 129 — $439.00 — prime FREE Delivery
- Hover-1 Titan Electric Self-Balancing Hoverboard Scooter ★★★★½ 1,446 — $249.99 — prime FREE Delivery
- GYROOR T581 Hoverboard 6.5" Off Road All Terrain Hoverboards with Bluetooth Speaker&LED Lights Two-Wheel Self Balancing Hoverboard... ★★★★½ 725 — $279.00
- Hiboy HC-01 Hoverboard Kart Seat Attachment Accessory for 6.5" 8" 10" Two Wheel Self Balancing Scooter ★★★★½ 1,854 — $99.99 — prime FREE Delivery
- JBM Adult/Child Knee Pads Elbow Pads Wrist Guards 3 in 1 Protective Gear Set for Multi Sports Skateboarding Inline... ★★★★½ 10,531 — $19.86 — prime Today by 3PM
- EverCross Hoverboard Seat Attachment, New Gen Hoverboard Seat with Safety Brake System, Hoverboard Attachment... ★★★★½ 1,329 — $75.00 — prime FREE Delivery
- Gyroor G2 Hoverboard 8.5" Off Road All Terrain Hoverboards Bluetooth Speaker&Self Balancing Hoverboard with Kart Seat Attachment UL2272... ★★★★ 13 — $399.00



### Based on your reading
Page 1 of 2

- The New Airfryer Cookbook — The Williams-Sonoma Test... ★★★★½ 15 — Kindle Edition — $7.99
- Shape: The Hidden Geometry of Information, Biology, Strategy,... — Jordan Ellenberg ★★★★½ 61 — Kindle Edition — #1 Best Seller in General Geometry — $15.99
- City of the Century: The Epic of Chicago and the Making of America — Donald L. Miller ★★★★½ 126 — Kindle Edition — $10.99
- Algorithms to Live By: The Computer Science of Human Decisions — Brian Christian ★★★★½ 2,006 — Kindle Edition — $12.99
- Hear That Lonesome Whistle Blow: The Epic Story of the Transcontinental Railroads — Dee Brown ★★★★½ 130 — Kindle Edition — $11.99
- How to Lie with Statistics — Darrell Huff ★★★★½ 1,932 — Kindle Edition — $8.01
- The Joy of x: A Guided Tour of Math, from One to Infinity — Steven Strogatz ★★★★½ 1,013 — Kindle Edition — #1 Best Seller in Applied Mathematics — $9.99
- A Mind For Numbers: How to Excel at Math and Science (Even If You Flunked Algebra) — Barbara Oakley ★★★★½ 3,130 — Kindle Edition — $13.99
- The Data Detective: Ten Easy Rules to Make Sense of Statistics — Tim Harford ★★★★½ 346 — Kindle Edition — #1 Best Seller in Statistics Economics — $15.99
- Noise: A Flaw in Human Judgment — Daniel Kahneman ★★★★½ 476 — Kindle Edition — $15.99

### Your Browsing History
View or edit your browsing history — Page 1 of 4



---

Back to top

**Get to Know Us**: Careers · Blog · About Amazon · Sustainability · Press Center · Investor Relations · Amazon Devices

**Make Money with Us**: Sell products on Amazon · Sell apps on Amazon · Become an Affiliate · Become a Delivery Driver · Start a package delivery business · Advertise Your Products · Self-Publish with Us · Host an Amazon Hub · › See More Make Money with Us

**Amazon Payment Products**: Amazon Rewards Visa Signature Cards · Amazon.com Store Card · Amazon Secured Card · Amazon Business Card · Amazon Business Line of Credit · Shop with Points · Credit Card Marketplace · Reload Your Balance · Amazon Currency Converter · Promotional Financing

**Let Us Help You**: Amazon and COVID-19 · Your Account · Your Orders · Shipping Rates & Policies · Amazon Prime · Returns & Replacements · Manage Your Content and Devices · Amazon Assistant · Help

amazon · English · United States

| | | | | | | |
|---|---|---|---|---|---|---|
| Amazon Music Stream millions of songs | Amazon Advertising Find, attract, and engage customers | Amazon Drive Cloud storage from Amazon | 6pm Score deals on fashion brands | AbeBooks Books, art & collectibles | ACX Audiobook Publishing Made Easy | Alexa Actionable Analytics for the Web |
| Sell on Amazon Start a Selling Account | Amazon Business Everything For Your Business | Amazon Fresh Groceries & More Right To Your Door | AmazonGlobal Ship Orders Internationally | Home Services Experienced Pros Happiness Guarantee | Amazon Ignite Sell your original Digital Educational Resources | Amazon Web Services Scalable Cloud Computing Services |
| Audible Listen to Books & Original Audio Performances | Book Depository Books With Free Delivery Worldwide | Box Office Mojo Find Movie Box Office Data | ComiXology Thousands of Digital Comics | DPReview Digital Photography | East Dane Designer Men's Fashion | Fabric Sewing, Quilting & Knitting |
| Goodreads Book reviews & recommendations | IMDb Movies, TV & Celebrities | IMDbPro Get Info Entertainment Professionals Need | Kindle Direct Publishing Indie Digital & Print Publishing Made Easy | Amazon Photos Unlimited Photo Storage Free With Prime | Prime Video Direct Video Distribution Made Easy | Shopbop Designer Fashion Brands |
| Amazon Warehouse Great Deals on Quality Used Products | Whole Foods Market America's Healthiest Grocery Store | Woot! Deals and Shenanigans | Zappos Shoes & Clothing | Ring Smart Home Security Systems | eero WiFi Stream 4K Video in Every Room | Blink Smart Security for Every Home |
| Neighbors App Real-Time Crime & Safety Alerts | Amazon Subscription Boxes Top subscription boxes – right to your door | PillPack Pharmacy Simplified | Amazon Renewed Like-new products you can trust | Amazon Second Chance Pass it on, trade it in, give it a second life | | |

Conditions of Use · Privacy Notice · Interest-Based Ads · © 1996-2021, Amazon.com, Inc. or its affiliates

---

Document title: Track Package
Capture URL: https://www.amazon.com/progress-tracker/package/ref=ppx_yo_dt_b_track_package?...
Capture timestamp (UTC): Thu, 08 Jul 2021 11:01:31 GMT
Page 2 of 2