# EXHIBIT 13

UNCHENYUN
600 WORLDWIDE BLVD.
EBRON KY 41048

37 LBS

1 of 1

SHIP TO:

NEW YORK NY 10009−4304

NY 102 9−08



UPS GROUND
TRACKING #: 1Z 802 YV7 03 0215 6031

BILLING: P/P
DESC: SELF_BALANCING_ELECTRIC_VEHICLE

19.0A 06/2021

RIC1
D PAR