# EXHIBIT 14



| Balancing Hoverboard for Adults ... $179.99 | Hoverboards with Bluetooth Music... 1 offer from $199.00 | Self Balancing App Controlled Electric Self... $229.00 | Tires Hover Board with UL2272 Certified 6.5... $179.99 | Balancing Scooter with Wireless Speaker... $134.99 | Bluetooth Speaker&LED Lights Two-Wheel Self... 1 offer from $279.00 | Scooter 6.5" Two-Wheel Hover Boards with LED... ★★★★½ 162 |

Subtotal $9.99

### Special offers and product promotions

- Get a **$50 Amazon Gift Card** instantly upon approval for the **Amazon Rewards Visa Card. No annual fee.** Apply now

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

### Product Description



Are you looking for the safest hoverboard to get around the world? This GYROOR Swift T580 Hoverboard is exactly what you are looking for!

GYROOR focuses on providing high quality, high safety product and best service to riders, all products are strictly related to the safety tests. With high-tech electric, anti-fire shell protection, and UL certified that make T580 absolutely safe and harmless for all riders.



**GYROOR's committed to make rider's life more comfortable and convenient.**

Dual shinny wheels design, easy to control your balance, move forward or backward by your body posture. Ride on premium self balancing GYROOR Swift T580 hoverboard, Ride with your Dream!



**Colorful LED Lights**

Bright LED headlights and flashing wheels are super fun, is also a signal of protecting yourself that makes you feel safe in dark, illuminate your evening journeys. For the hoverboard enthusiasts, the LED flashing lights would make the hoverboard be cool device.

- Water Resistant: IP54
- Max Load: 220 Pounds
- Motor: 250W*2 Motors
- Frame Material: Aluminum
- Charging Time: 1.5 to 2 Hours
- LED Lights: Colors Adjustable by APP
- Distance on Full Charge: 5~7.5 Miles
- Safety : UL 2272 Certified Hoverboard

**Powerful Battery**

Using the certified lithium-ion Battery, provides T580 more powerful. The smart battery system provides battery long life time and more reliable quality for the rider. With UL certified charger, it's safe and fast charging on the hoverboard.



- Net Weight: 15.8 Pounds.
- Max Speed: 8 Miles/Hour
- Max Climbing Angle: 15-30°
- Tires: 6.5 inch Rubber Tires
- Driving Mode: Adjustable Speeds by App
- Music Speaker: Pro Music Speaker
- Charging Voltage: AC100 to 240V/50-60Hz
- Lithium-Ion Battery: Removable 2.0Ah/36V
- Product Dimensions: 26 Inch x 9 Inch X 8.86 Inch

  





**App Enable**
With GYROOR App, you can change different led lights, adjust riding speed, check battery life, set adults or children mode, switch self balancing mode, analyses fault and on/off setting, anywhere and anytime.

**Music Speaker**
Built-in powerful speaker, easily connect your smart phone or any bluetooth devices. As a music lover, riding with your favorite music, you and your hoverboard will be the most focus one!

**Sturdy & Durable**
Adopting advanced motherboard system and nature rubber tires, ensure T580 can run smoothly and steadily. With powerful self-balancing feature, you can easily control and happily ride on it. Enjoy the most stable riding and balancing experience!



**Fantastic and Best Gift Choice for Every Family!**
GYROOR Swift T580, is the most perfect gift for every occasion and the best gift choice to your kids and family. Enjoying outdoor life with your family and friends!

## Product details

Color:pink
**Is Discontinued By Manufacturer :** No
**Item Weight :** 26.5 Pounds
**Batteries :** 20 Lithium ion batteries required.
**Date First Available :** April 10, 2018
**Manufacturer :** Gyroor
**ASIN :** B07C3C861F
**Best Sellers Rank:** #70,503 in Sports & Outdoors (See Top 100 in Sports & Outdoors)
  #73 in Self Balancing Scooters
**Customer Reviews:**
★★★★☆  618 ratings

## Videos
Page 1 of 2

**Videos for this product**


0:30
**Customer Review:** The hit of the year!
Jennifer S. Carpenter


1:15
Gyroor Swift Hoverboard Self Balancing Hoverboard with Musi...
Merchant Video


1:03
**Customer Review:** Fantastic Hoverboard!!!
Customer Video

**Videos for related products**


1:49
Self Balancing Hoverboard With Bluetooth Speaker and LED!
DARIO & MININA - (MEDIABOXENT)


4:47
Tomoloo K1 hover boards for kids, self balancing hoverboard.
Tomoloo Flagship


Rawrr H Scooter
Rawrr M

Upload your video

## Products related to this item
Page 1 of 20
Sponsored


SISIGAD Hoverboard with Bluetooth, 6.5" Two Wheels Self Balancing Scooter with Buil...


Hiboy W Hoverboard UL-2272 Certified Self Balance Scooter for Kids with LED Light, ...


SISIGAD Hoverboard 6.5" Self Balancing Scooter with Colorful LED Wheels Lights Two-...


Gyroor T581 Hoverboard 6.5" Off Road All Terrain Hoverboard with Bluetooth Speaker ...


Hoverboard for Kids Adult Spider Self Balancing Hoverboard with LED Lights...


SISIGAD Hoverboard Self Balancing Scooter 6.5 Two-Wheel Self Balancing Hoverboard...


Voyager Neutrino Compact Cruiser Electric Skateboard with Bluetooth Remote |...





Eric Helton

★★★★★ Great value, great experience so far

Reviewed in the United States on March 10, 2020

Color: pink | Verified Purchase

I did allot of research on hoverboards. What I found was every single one has a few reviews of people saying their's was defective or did nothing but beep. Basically I took a leap of faith guided by my 6 year old daughter's simple request for pink. I have now had this Gyroor for a week and I am very happy with the purchase thus far. First, my daughter loves it and was zipping around all over the place in no time. The lights are bright and colorful. The app is easy to pair and use. I put it in child mode and limited the speed in minutes. It can support 220lbs according to the manual which should make it big brother survivable. Battery life has been excellent and the charge time of 2-3 hours is quicker than I expected. So far my only nit-pick would be I think the cosmetics of the plastic body could be scratched up and gouged pretty easily. But it does feel like a solid piece of machinery. That it comes with a bag is really nice. At this point I feel like I hit the sweet spot of not going too cheap while keeping the price reasonable for a 6 year old. I'll update in a couple months

20 people found this helpful

Helpful | Report abuse

Tatyanna Curtis

★★★★★ Best Christmas present ever!!!

Reviewed in the United States on January 7, 2019

Color: pink | Verified Purchase

Bought this for my 11 yr old daughter for Christmas. She loves it. All her friends got one too and paid about the same price but hers is cooler than them all. The Bluetooth speaker works great and is very loud. She jumped on and became a pro in about 15 minutes.

20 people found this helpful

Helpful | Report abuse

Tina

★★★☆☆ Battery is not so good!

Reviewed in the United States on April 15, 2019

Color: black | Verified Purchase

Battery didn't last more then 30 minutes. Got the item replaced and had the same problem. The company was quick to resolve thing but only refunded to amazon account not to original payment method. I should also mention when it stops working or dies unexpectedly it comes to a complete stop. Making the rider go flying!

14 people found this helpful

Helpful | Report abuse

Suresh

★★★★★ Super cool pro

Reviewed in the United States on February 23, 2019

Color: black | Verified Purchase

I was wondering how my 6 year kid will ride this as this was his first time . Just in10 minutes he rode and became a champ in next 10 minutes.. the product looks super cool

20 people found this helpful

Helpful | Report abuse

J.D.

★☆☆☆☆ My son loves it (UPDATE)

Reviewed in the United States on September 2, 2020

Color: black | Verified Purchase

We purchased this about a year ago and my 9 year old son has a blast with it! It stood up well for some time and then the battery would only last for a few minutes. I saw that the battery warranty was only 6 months but figured I would contact Gyroor directly and see if there was anything they could do. I was pleasantly surprised when they told me they would send me a new battery! Needless to say I am very happy with the product and their customer support.

UPDATE 1/25/2021 - So Gyroor wound up sending me the wrong battery, and then asked me to ship the entire hoverboard back so they would fix it. I sent it back and they sent me back a hoverboard where the bottom was not fully screwed in and the threads were stripped.

They then sent me another hoverboard that had the SAME EXACT ISSUES. Now they are saying they don't have it in stock and will send me a new one once it is in stock. It has been about 6 months since I had this initially had this issue which is not an acceptable amount of time. If I do finally received a working hoverboard that is also safe to use I will update this review again.

3 people found this helpful

Helpful | Report abuse

Kat

★★★★★ Good product!

Reviewed in the United States on January 21, 2019

Color: pink | Verified Purchase

Perfect for my 11 year old daughter...takes a lot of practice but she really enjoys it!

16 people found this helpful

Helpful | Report abuse

Amazon Customer

★★★★★ GREAT PRODUCT, GREAT PRICE, FAST SHIPPING!

Reviewed in the United States on January 16, 2019

Color: pink | Verified Purchase

Got this for my granddaughter for Christmas! After setting it up to her mother's phone, it took a couple of days and learning beside something to hold on to while getting the feel of things. (of course we had a few laughs at her dad's expense) She is now scooting around as well as she rides her bicycle. She is having a blast! The slower learning feature was perfect for her to use until she got the hang of riding it.

12 people found this helpful

Helpful | Report abuse

See all reviews ›

