# EXHIBIT 16



Subtotal
$9.99


## Deals in magazine subscriptions

Page 1 of 6

**Better Homes & Gardens**
★★★★☆ 10,672
Print Magazine
$5.75

**Southern Living**
★★★★☆ 7,225
Print Magazine
$10.00

**Food Network Magazine**
★★★★☆ 10,064
#1 Best Seller in Magazine Subscriptions
$6.00

**Ranger Rick Cub**
★★★★☆ 69
Print Magazine
$10.00

**Hot Rod**
★★★★☆ 753
Print Magazine
$11.99

**Reminisce**
★★★★☆ 2,078
Print Magazine
$5.00

**Ranger Rick**
★★★★☆ 1,500
Print Magazine
$10.00

**Food & Wine**
★★★★☆ 2,798
Print Magazine
$5.00

**Allure**
★★★★☆ 1,176
Print Magazine
$8.00

## Today's Deals  See more

Page 1 of 9

**Ekouaer Women Short Sarongs Beach Wrap Sheer Bikini Wraps Chiffon Cover...**
★★★★☆ 10,287
$7.97 $13.99 (43% off)
Ends in 3 days

**New Diamond Leather Steering Wheel Cover with Bling Bling Crystal...**
★★★★☆ 37,938
$15.29 $26.99 (43% off)
Ends in 3 days

**Power Strip , ALESTOR Surge Protector with 12 Outlets and 4 USB Ports, 6 Feet...**
★★★★☆ 1,746
$16.98 $19.98 (15% off)
Ends in 3 days

**Enovoe Car Window Shade - (2 Pack) - 21"x14" Cling Sunshade for Car...**
★★★★☆ 25,320
$9.47 $11.97 (21% off)
Ends in 3 days

**Elando Crystal Clear Case Compatible with iPhone 12/12 Pro, Non-Yellowing...**
★★★★☆ 5,889
$9.99 $14.99 (33% off)
Ends in 3 days

**GearLight LED Tactical Flashlight S1000 [2 Pack] - High Lumen, Zoomable, 5...**
★★★★☆ 47,673
$14.39 $21.99 (35% off)
Ends in 3 days

## Your Browsing History  View or edit your browsing history

Page 1 of 4

Back to top

### Get to Know Us
Careers
Blog
About Amazon
Sustainability
Press Center
Investor Relations
Amazon Devices

### Make Money with Us
Sell products on Amazon
Sell apps on Amazon
Become an Affiliate
Become a Delivery Driver
Start a package delivery business
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Make Money with Us

### Amazon Payment Products
Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon Secured Card
Amazon Business Card
Amazon Business Line of Credit
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

### Let Us Help You
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help

amazon

English    United States

Amazon Music
Stream millions of songs

Amazon Advertising
Find, attract, and engage customers

Amazon Drive
Cloud storage from Amazon

6pm
Score deals on fashion brands

AbeBooks
Books, art & collectibles

ACX
Audiobook Publishing Made Easy

Alexa
Actionable Analytics for the Web

Sell on Amazon
Start a Selling Account

Amazon Business
Everything For Your Business

Amazon Fresh
Groceries & More Right To Your Door

AmazonGlobal
Ship Orders Internationally

Home Services
Experienced Pros Happiness Guarantee

Amazon Ignite
Sell your original Digital Educational Resources

Amazon Web Services
Scalable Cloud Computing Services

Audible
Listen to Books & Original Audio Performances

Book Depository
Books With Free Delivery Worldwide

Box Office Mojo
Find Movie Box Office Data

ComiXology
Thousands of Digital Comics

DPReview
Digital Photography

East Dane
Designer Men's Fashion

Fabric
Sewing, Quilting & Knitting

Goodreads
Book reviews & recommendations

IMDb
Movies, TV & Celebrities

IMDbPro
Get Info Entertainment Professionals Need

Kindle Direct Publishing
Indie Digital & Print Publishing Made Easy

Amazon Photos
Unlimited Photo Storage Free With Prime

Prime Video Direct
Video Distribution Made Easy

Shopbop
Designer Fashion Brands

Amazon Warehouse
Great Deals on Quality Used Products

Whole Foods Market
America's Healthiest Grocery Store

Woot!
Deals and Shenanigans

Zappos
Shoes & Clothing

Ring
Smart Home Security Systems

eero WiFi
Stream 4K Video in Every Room

Blink
Smart Security for Every Home

Neighbors App
Real-Time Crime & Safety Alerts

PillPack
Pharmacy Simplified

Amazon Renewed
Like-new products you can trust

Amazon Second Chance
Pass it on, trade it in, give it a second life

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2021, Amazon.com, Inc. or its affiliates