# EXHIBIT 17



Sponsored

8 results

Sort by: Featured

**Brand**
Gyroor
GYROOR
N&P

Price and other details may vary based on size and color



Gyroor Warrior 8.5 inch All Terrain Off Road Hoverboard with Bluetooth Speakers and LED Lights, UL2272 Certified Self Balancing Scooter

★★★★½ 3,330
$299⁰⁰
FREE Shipping



Gyroor Hoverboard Offroad All Terrain Flash Wheel Self Balancing G5 Hoverboards with Bluetooth Speaker, UL 2272 Certified Best Gift for Kids and Adults.

★★★★½ 260
$249⁰⁰
FREE Shipping

Gyroor T581 Hoverboard 6.5" Off Road All Terrain Hoverboard with Bluetooth Speaker and Two-Wheel Self Balancing Hoverboard with UL2272 Certified (Blue)

★★★★½ 1,047
$229⁰⁰
FREE Shipping



GYROOR T581 Hoverboard 6.5" Off Road All Terrain Hoverboards with Bluetooth Speaker&LED Lights Two-Wheel Self Balancing Hoverboard with Kart Seat Attachment UL2272 Certified for Kids &...

★★★★½ 720
$279⁰⁰
FREE Shipping



Gyroor Swift Hoverboard Self Balancing Hoverboard with Music Speaker LED Lights, 6.5 inch Two-Wheel Hoverboard with UL2272 Certificated

★★★★½ 618
$167⁰⁰
FREE Shipping



Gyroor Hoverboard Off Road All Terrian 6.5" Two-Wheel G11 Flash LED Light Self Balancing Hoverboards with Bluetooth Music Speaker and UL 2272 Certified for Kids Adults Gift.

★★★★½ 386
$199⁰⁰
FREE Shipping



Maxi Deluxe Micro Scooter for Kids
★★★★★ 2,220



Gyroor G2 Hoverboard 8.5" Off Road All Terrain Hoverboards Bluetooth Speaker&Self Balancing Hoverboard with Kart Seat Attachment UL2272 Certified for Kids & Adults(Black)

★★★★☆ 12
$399⁰⁰
FREE Shipping



N&P 8 Pieces Adjustable Hoverboard Straps, Reusable Nylon Hook and Loop Fastening Cable, Hoverboard Seat Attachment Straps Replacement Straps for Kart Accessories Self Balance Scooter

$7⁹⁹
FREE Shipping

Need help?

---

Document title: Amazon.com
Capture URL: https://www.amazon.com/s?me=AMPT122SDFWCA&amp;marketplaceID=ATVPDKIKX0DER
Capture timestamp (UTC): Fri, 02 Jul 2021 06:43:23 GMT

Page 1 of 3






Document title: Amazon.com
Capture URL: https://www.amazon.com/s?me=AMPT122SDFWCA&marketplaceID=ATVPDKIKX0DER
Capture timestamp (UTC): Fri, 02 Jul 2021 06:43:23 GMT