# EXHIBIT 19

amazon.com

Details for Order #112-4383806-
Print this page for your records.

**Order Placed:** May 20, 2021
**Amazon.com order number:** 112-4383806-
**Order Total:** $206.01

| Not Yet Shipped |
|---|

**Items Ordered** — **Price**
1 of: Gyroor T581 Hoverboard 6.5" Off Road All Terrain Hoverboard with Bluetooth Speaker and Two-Wheel Self Balancing Hoverboard with UL2272 Certified (Blue) — $229.00
Sold by: zhonghongxin-us (seller profile)

Condition: New

**Shipping Address:**
A G Kelly
IL 60093
United States

**Shipping Speed:**
FREE Prime Delivery

| Payment information |
|---|

**Payment Method:**
Amazon.com Visa Signature | Last digits:

**Billing address**
Arthur Yuan
IL 60605
United States

Item(s) Subtotal: $229.00
Shipping & Handling: $0.00
Your Coupon Savings: -$40.00
-----
Total before tax: $189.00
Estimated tax to be collected: $17.01
-----
**Grand Total: $206.01**

To view the status of your order, return to Order Summary.

Conditions of Use | Privacy Notice © 1996-2021, Amazon.com, Inc. or its affiliates

amazon.com

Final Details for Order #112-4383806-[redacted]
Print this page for your records.

**Order Placed:** May 20, 2021
**Amazon.com order number:** 112-4383806-[redacted]
**Order Total:** $206.01

### Shipped on May 21, 2021

| Items Ordered | Price |
|---|---|
| 1 of: Gyroor T581 Hoverboard 6.5" Off Road All Terrain Hoverboard with Bluetooth Speaker and Two-Wheel Self Balancing Hoverboard with UL2272 Certified (Blue)<br>Sold by: zhonghongxin-us (seller profile)<br>Condition: New | $229.00 |

**Shipping Address:**
A G Kelly
[redacted]
United States

**Shipping Speed:**
FREE Prime Delivery

### Payment information

**Payment Method:**
Amazon.com Visa Signature | Last digits: [redacted]

**Billing address**
Arthur Yuan
[redacted]
United States

| | |
|---|---|
| Item(s) Subtotal: | $229.00 |
| Shipping & Handling: | $0.00 |
| Your Coupon Savings: | -$40.00 |
| Total before tax: | $189.00 |
| Estimated tax to be collected: | $17.01 |
| **Grand Total:** | **$206.01** |

**Credit Card transactions**  Visa ending in 2429: May 21, 2021: $206.01

To view the status of your order, return to Order Summary.

Conditions of Use | Privacy Notice © 1996-2021, Amazon.com, Inc. or its affiliates





