# EXHIBIT 20

amazon Deliver to A Winnetka 60093 Sports & Outdoors Hello, Arthur Account & Lists Returns & Orders 1 Cart Subtotal $0.00
All Customer Service Buy Again Livestreams Shopper Toolkit Health & Household Amazon Basics Coupons Beauty & Personal Care Amazon Launchpad Free Shipping Arthur's Amazon.com Automotive Shop COVID-19 test kits
Sports & Outdoors Sports & Fitness Outdoor Recreation Sports Fan Shop Sports Deals Outdoor Deals
SISIGAD Hoverboard, with Bluetooth and Colorful Lights Self... 8,215 $154.99 prime

Sports & Outdoors › Outdoor Recreation › Skates, Skateboards & Scooters › Scooters & Equipment › Scooters › Self Balancing Scooters

Sponsored

VIDEO

Roll over image to zoom in

# Gyroor T581 Hoverboard 6.5" Off Road All Terrain Hoverboard with Bluetooth Speaker and Two-Wheel Self Balancing Hoverboard with UL2272 Certified (Blue)

Visit the Gyroor Store

1,053 ratings | 89 answered questions

Price: $229.00

Coupon Save an extra $20.00 when you apply this coupon. Details

Pay $38.17/month for 6 months (plus S&H, tax) with 0% interest equal monthly payments when you're approved for an Amazon Store Card.

| | |
|---|---|
| Brand | Gyroor |
| Maximum Weight Recommendation | 220 Pounds |
| Frame Material | Aluminum |

## About this item

- 6.5" ALL TERRAIN HOVERBOARD - Powered by 600 watt motors,this self balancing hoverboard use off road tire which has strong adaptablity of all terrains,can master all pavements.You'll feel safe no matter what sort of road you're in.
- HOVERBOARDS WITH APP - This self balancing scooter comes with an efficient app that helps you stay in control, giving you the ability to change modes, check batteries,see the real speed,adjust speed with ease.
- FOR ALL RIDERS - Coming with 2 modes, the children mode makes this hoverboard easy to control for a first-timer or a kid rider. While its adult mode allows expert riders easily perform hoverboard tricks.
- MUSIC SPEAKER INCLUDED - For the music lovers, the Gyroor Swift spots a built-in branded high quality music speaker that allows you play music when riding the hoverboard.
- SAFEST SELF BALANCING SCOOTER - With UL2272 tested and certified self balancing hoverboard & UL2271 battery certified,100% riding testing,all GYROOR hoverboards are designed and built to meet the top levels of safety testing,passed CE,RoHS and FCC certifications.

Report incorrect product information.

Gyroor Hoverboard Off Road All Terrian 6.5" Two-Wheel G11 Flash LED Light Self Balancing... 390 | $199.00 Shop now ›
Sponsored

$229.00

FREE delivery: Aug 3 - 24

Fastest delivery: July 19 - 22

Deliver to A - Winnetka 60093

In stock.
Usually ships within 4 to 5 days.

Qty: 1

Add to Cart

Buy Now

Secure transaction

Ships from xiangxiang-us
Sold by xiangxiang-us

Return policy: This item is returnable

Add a Protection Plan:
2-Year Protection for $24.99

Add to List

Have one to sell?
Sell on Amazon

HOVER-1 Follow the leader
Hover-1 Helix Electric Hoverboard Scooter 426 $174.00 prime
Sponsored

## Frequently bought together

Total price: $461.00
Add all three to Cart

Some of these items ship sooner than the others. Show details

- This item: Gyroor T581 Hoverboard 6.5" Off Road All Terrain Hoverboard with Bluetooth Speaker and Two-Wheel S... $229.00
- Hover-1 Buggy Attachment for Transforming Hoverboard Scooter into Go-Kart $65.00
- Gyroor Swift Hoverboard Self Balancing Hoverboard with Music Speaker LED Lights, 6.5 inch Two-Wheel Hoverboar... $167.00

## Inspired by your recent shopping trends

Page 1 of 14

- Gyroor Hoverboard Off Road All Terrian 6.5" Two-Wheel G11 Flash LED Light Self Balancing Hoverboards with Bluetooth Music... 390 $199.00
- CBD All-Terrain Hoverboard, Two-Wheel 6.5 inch Self Balancing Hoverboard with Bluetooth and LED Lights for Kids adults 290 $229.99
- Newest Generation Electric Hoverboard Dual Motors Two Wheels Hoover Board Smart Self Balancing Scooter with Built-in Bluetooth... 2,863 $135.00
- TPS Power Sports Hoverboard Self Balancing Scooter for Adults and Kids 300W... 411 6% off $148.00 $158.00 Lowest price in 30 days
- Gyroor Swift Hoverboard Self Balancing Hoverboard with Music Speaker LED Lights, 6.5 inch Two-Wheel Hoverboard with... 621 $167.00
- FLYING-ANT Hoverboard, 8.5 inch All Terrain Off Road Hoverboard with Bluetooth Speaker and LED Lights for Kids... 42 $299.99
- Gyroor G2 Hoverboard 8.5" Off Road All Terrain Hoverboards Bluetooth Speaker&Self Balancing Hoverboard with Kart Seat Attachment... 13 $399.00

## Products related to this item

Page 1 of 35

Sponsored

- Gyroor Hoverboard Off Road All Terrian 6.5"
- TOMOLOO Hoverboard, Electric Self Balancing
- SISIGAD 8.5" Solid Tires Off Road Hoverboard, All
- Gyroor Warrior 8.5 inch All Terrain Off Road
- Segway Ninebot eKickScooter ZING E10
- GYROOR T581 Hoverboard 6.5" Off
- TOMOLOO Hoverboard with Bluetooth and

Document title: Amazon.com Shopping Cart
Capture URL: https://www.amazon.com/dp/B07PG8VYBK
Capture timestamp (UTC): Thu, 08 Jul 2021 10:45:10 GMT
Page 1 of 7

Subtotal
$0.00

| | | | | | | |
|---|---|---|---|---|---|---|
| Gyroor Hoverboard Off Road All Terrian 6.5" Two-Wheel G11 Flash LED Light Self Bala... | TOMOLOO Hoverboard, Electric Self-Balancing Smart Scooter, UL 2272 Certified Hover ... | SISIGAD 8.5" Solid Tires Off Road Hoverboard, All Terrain Self Balancing Scooter wi... | Gyroor Warrior 8.5 inch All Terrain Off Road Hoverboard with Bluetooth Speakers... | Segway Ninebot eKickScooter ZING E10 Electric Kick Scooter for Kids and Teens, Ligh... | GYROOR T581 Hoverboard 6.5" Off Road All Terrain Hoverboards with... | TOMOLOO Hoverboard with Bluetooth and Lights, Smart APP Hover Board with UL2272 Cer... |
| 390 | 2,373 | 27 | 3,341 | 2,184 | 725 | 36 |
| $199.00 | $199.99 | $299.99 | $299.00 | $259.99 prime | $279.00 | $249.99 prime |

**Special offers and product promotions**

- Get a **$50 Amazon Gift Card** instantly upon approval for the **Amazon Rewards Visa Card. No annual fee.** Apply now

## Have a question?

Find answers in product info, Q&As, reviews

Type your question or keyword

**Product Description**

*What's in the box?*

1x Gyroor Hoverboard

1x Adaptor

1x User Manual

1x Carry Case

**Safe Battery With UL 2272 certified**

GYROOR self balance hoverboard pass all the necessary CE/ Rohs /FCC certified, and battery with UL2272 which can ensure every part is completely safe won't go on fire and protect user's safety.

- UL Certificate Number 20181107-E490910

**Specification:**

Motor: 300W * 2

Maximum speed: 10 mph

Charging time: 1.5 to 2 hours

Full charge distance: 3.75~7.5 miles

Safety: UL 2272 certified Hoverboard

Waterproof: IP54

Maximum load: 44-220 pounds

Frame material: metal and aluminum

Driving mode: App adjustable speed

Bluetooth Speakers

Built-in Bluetooth speaker allow you to enjoy the music while riding and play your favorite tunes.

360° Rotation

360-degree rotation making for a awesome experience wherever else you want to go.

Free Carry Bag

GYROOR hoverboard come with a free carry bag,you can easily carry it outdoors.



the music while riding and play your favorite tunes. experience wherever else you want to go. bag,you can easily carry it outdoors.

Subtotal
$0.00

BEST GIFT
FOR KIDS

SMARTEST OFF ROAD HOVERBOARD

This is the smartest hoverboard you can get in the market today as it allows full stability for even the new riders, making it a perfect gift choice and favorite for kids.

## Product details

**Package Dimensions :** 26 x 9.8 x 8.9 inches; 22.25 Pounds
**Batteries :** 1 Lithium ion batteries required. (included)
**Date First Available :** April 28, 2019
**Manufacturer :** Gyroor
**ASIN :** B07PG8VYBK
**Best Sellers Rank:** #49,357 in Sports & Outdoors (See Top 100 in Sports & Outdoors)
#53 in Self Balancing Scooters
**Customer Reviews:**
1,053 ratings

## Videos

Page 1 of 2

**Videos for this product** **Videos**

2:04
Top Notch Product
QuietClarence

0:40
**Customer Review:** Great Hoverboard and Company
Amazon Customer

0:27
**Customer Review:** $$$$MONEY WELL WORTH SPENT FOLKS!!!
Jennifer Tharpe

0:29
**Customer Review:** Best Hoverboard on the market!
Jacqui

1:07
Gyroor T581 Hoverboard 6.5" Off Road All Terrain Hoverboard wit...
Gyroor

Self Bal Bluetot
DARIO

Upload your video

## Products related to this item

Page 1 of 20

Sponsored

Gyroor Warrior 8.5 inch All Terrain Off Road Hoverboard with Bluetooth Speakers... 3,341 $299.00

Gyroor Hoverboard Off Road All Terrian 6.5" Two-Wheel G11 Flash LED Light Self Bala... 390 $199.00

Swagtron Swagboard Outlaw T6 Off-Road Hoverboard - First in The World to Handle Ove... 702 $349.99 prime

TOMOLOO Hoverboard for Kids, Hoverboard for Adult with Bluetooth Speaker and LED Li... 85 $229.99 prime

SISIGAD 8.5" Solid Tires Off Road Hoverboard, All Terrain Self Balancing Scooter wi... 27 $299.99

GYROOR T581 Hoverboard 6.5" Off Road All Terrain Hoverboards with... 725 $279.00

Gyroor Hoverboard Offroad All Terrain Flash Wheel Self Balancing G5 Hoverboards wit... 262 $249.00

SEGWAY
Segway Kids Electric Scooters

Segway Ninebot eKickScooter ZING E8 and E10, Electric Kick Scooter for Kids, Teens, Boys and Girls, Lightweight and Foldable... 2,184
$199.99 prime

Sponsored

## Customer questions & answers

Have a question? Search for answers

Document title: Amazon.com Shopping Cart
Capture URL: https://www.amazon.com/dp/B07PG8VYBK
Capture timestamp (UTC): Thu, 08 Jul 2021 10:45:10 GMT
Page 3 of 7

Subtotal
$0.00

## Customer questions & answers

Have a question? Search for answers

6 votes
**Question:** What terrain? Just road or does it go in grass, rocks, etc?
**Answer:** My son rides this On the grass and sidewalks. We haven't tried gravel so not sure about that. I have to say I think it's holding up well and my son likes it. He's 9.
By Amazon Customer on October 15, 2019
See more answers (2)

5 votes
**Question:** When the low battery warning goes off and the battery dies, will the machine come to a sudden stop or a gradual stop?
**Answer:** low power will beeping warn you.
By Gyroor SELLER on October 14, 2019

4 votes
**Question:** Which side is the front and which is the back?
**Answer:** any said can be front and back.
By Gyroor SELLER on January 13, 2020
See more answers (1)

4 votes
**Question:** How long does this take to get? I am wanting to order this for my son for Christmas.
**Answer:** Dear friends, normally it needs 3-5 working days to arrive to you, if you like it, if you like it, you can buy it directly, we can sure you will get it before Christmas, thanks.

And our support email is info@gyroorboard.com, if you have any problem, please kindly contact us freely, thanks.
By Magic Hover SELLER on November 28, 2019

See more answered questions (85)

## Customer reviews

4.5 out of 5
1,053 global ratings

| | |
|---|---|
| 5 star | 78% |
| 4 star | 9% |
| 3 star | 3% |
| 2 star | 3% |
| 1 star | 7% |

How are ratings calculated?

### By feature

| | |
|---|---|
| Easy to learn | 4.6 |
| Sturdiness | 4.6 |
| Battery life | 4.5 |

See more

### Review this product

Share your thoughts with other customers

Write a customer review

Every day in business is a big day.
GET IT NOW
(855) 319-0164
COMCAST BUSINESS
Sponsored

### Reviews with images

See all customer images

### Read reviews that mention

battery life · hoverboard · highly recommend · son loves · old son · easy to learn · stopped working · easy to use · bought this for 12 year · right away · child mode · self balancing · great hoverboard

Top reviews

### Top reviews from the United States

I Run This Zoo
**Very nice quality and easy to use**
Reviewed in the United States on September 18, 2019
Verified Purchase

The T851 Offroad seems to be a great board so far. It is well built and looks very nice. There are a few different safety features, but I really like being able to adjust the speed limit while learning. It's also pretty neat that the LEDs act as turn signals, that's a nice touch.

It has been very easy for my 13, 11, and 9 year old to use. After a couple of minutes you would think they are pros.

The offroad capabilities are very nice. My son has been driving through the yard both up and down hills and the grass & dirt don't seem to be any problem.

We were very surprised with the bluetooth speaker. It has a very nice rich sound to it and seems just as good of quality as the board itself.

The battery life and charging times seem to be right on par with what is promised. An hour and a half to

Read more

41 people found this helpful

Helpful | Report abuse

Eric L.
**Off-road capable**
Reviewed in the United States on September 23, 2019
Verified Purchase

I am surprised how well this works off-road. My 6yo soon loves cruising all over the driveway as well as dirt trails around the house. He even rode around at a local park where the grass was very bumpy with gophers.

The app could use some work

31 people found this helpful

Helpful | Report abuse

Kevin W.

**Good but not 10mph**
Reviewed in the United States on December 25, 2019
Verified Purchase

They are great but the info on amazon is incorrect. It says 10mph max speed. The manual that comes with it clearly states 7.5mph. That needs to be fixed. That is the main reason I bought this brand was for the speed as they are used for carts. They are slower than our other boards that have a max speed of 7.5.

27 people found this helpful

Document title: Amazon.com Shopping Cart
Capture URL: https://www.amazon.com/dp/B07PG8VYBK
Capture timestamp (UTC): Thu, 08 Jul 2021 10:45:10 GMT
Page 4 of 7

Subtotal
$0.00

**Good but not 10mph**
Reviewed in the United States on December 25, 2019
Verified Purchase

They are great but the info on amazon is incorrect. It says 10mph max speed. The manual that comes with it clearly states 7.5mph. That needs to be fixed. That is the main reason I bought this brand was for the speed as they are used for carts. They are slower than our other boards that have a max speed of 7.5.

27 people found this helpful

Helpful | Report abuse



Jen Bee

**Charging problems. Now won't turn on.**
Reviewed in the United States on November 8, 2020
Verified Purchase

My son was so excited to receive this board. I didn't want to buy a cheap one and thought that if we paid $230 we would get a quality product. My son really likes it, but it is having problems. He would charge it and the charging light wouldn't turn on. So then we would take it to a park and it would run out of battery right away. Today he took it out to a park and now it won't even turn on.

Reading other reviews I am worried that we won't even hear back from the company when we e mail them. It also looks like we will have to ship it back at our own cost if we want it fixed or replaced. We didn't even keep the box, so I don't know how we are going to manage that and how much it will cost.

I'm so disappointed that this product isn't working after only 3 weeks of use.

16 people found this helpful

Helpful | Report abuse

RSE Venner



**Powerful Off-road wheels are AWESOME!**
Reviewed in the United States on May 7, 2020
Verified Purchase

I got 2 of these for my 2 boys - knowing they are typical boys who are active and hard on their toys. The hoverboard met and exceeded all our expectations. The app was easy to install and setup was a piece of cake. The 2 modes are useful - child mode and advanced mode...my youngest 7-year old took some time to get used to the speed and control in child mode - before moving up to the advanced mode, with higher speed. The LED lights were a big hit, especially as they could customize their own color. And of course having music playing out the hoverboard speaker was the cherry on top! The offroad wheels are where this hoverboard really shines - along with the strong wheel motors - the offer the biggest advantage over other hoverboards. This allows the wheels to grip and climb pavements and easily traverse grass lawns - and believe me when I say that my boys have thoroughly put them to the test! Compared to previous hoverboard experiences - the battery lasts longer, even when driven hard!
All in all, the hoverboard experience is so much better with this product and I highly recommend it - I'm planning on getting one for myself - after all I'm just a big kid in a grownup body!

17 people found this helpful

Helpful | Report abuse

E.S

**5 star Hoverboard !**
Reviewed in the United States on December 16, 2019
Verified Purchase

After a long research I'm Very pleased with the choice of hoverboard:
Very stable (self balancing mode)
Useful app ( you can control the speed and adult mode or children )
Great speakers
Strong lights ( Important when it's dark outside)
Fun to ride



23 people found this helpful

Helpful | Report abuse



Elshay

**Awesome hoverboard, highly worth investing into!**
Reviewed in the United States on March 29, 2020
Verified Purchase

Purchased this for my 8 yr old daughters birthday and im pretty happy with the investment. I bought and returned a couple of different hoverboards before settling on this one Because i wanted a good battery life and something adults can ride on as well as kids. This is such an awesome hoverboard, great battery life and it does very well on different terrains. customer service was really quick with responses too. overall extremely happy with the purchase and would highly recommend.

19 people found this helpful

Helpful | Report abuse

Amazon Customer



**Good product.**
Reviewed in the United States on May 24, 2019
Verified Purchase | Early Reviewer Rewards (What's this?)

Good product a little in powered for non flat surface it goes but slows down. App to control modes is easy to use and for switching between novice or experienced riders. Over all my son and I love it.

19 people found this helpful

Helpful | Report abuse

See all reviews ›


**4 stars and above**

Page 1 of 18

Sponsored



Document title: Amazon.com Shopping Cart
Capture URL: https://www.amazon.com/dp/B07PG8VYBK
Capture timestamp (UTC): Thu, 08 Jul 2021 10:45:10 GMT

Subtotal
$0.00

**Pages with related products.** See and discover other items: Explore hoverboards for kids, Explore balancing boards for kids

## Because you considered similar items

Page 1 of 4

SISIGAD Hoverboard, with Bluetooth and Colorful Lights Self Balancing Scooter
8,215
#1 Best Seller in Self Balancing Scooters
$144.99 - $179.99

Hover Hoverboard Electric Scooter
2,335
$224.99 - $489.99

TOMOLOO Hover Boards for Kids, Hoverboards Bluetooth and LED Lights with Speaker,Self Balancing Hoverboard for Adults
85
$179.99 - $229.99

TOMOLOO Hoverboards Bluetooth with Led Light Flashing Wheels, Hover Boards for Kids, Self Balancing Hoverboard Adult...
140
$159.99 - $179.99

Gyroor Warrior 8.5 inch All Terrain Off Road Hoverboard with Bluetooth Speakers and LED Lights, UL2272 Certified Self...
3,341
$299.00

Hover-1 Ultra Electric Self-Balancing Hoverboard Scooter
2,726
$179.00 - $345.44

LIEAGLE Hoverboard, 6.5" Self Balancing Scooter Hover Board with Wheels LED Lights for Kids Adults
4,390
$134.99 - $169.99

Hover-1 Dream Hoverboard Electric Scooter Light Up LED Wheels
335
$139.99 - $185.49

TOMOLOO Hoverboard with Bluetooth and Lights, Smart APP Hover Board with UL2272 Certified, 6.5 Inch Two Wheel Hoover Board...
36
$229.99 - $249.99

## Recommended based on your shopping trends

Sponsored

Page 1 of 3

RENPHO Foot Massager Machine with Heat, Shiatsu Deep Kneading, Multi-Level Settings,...
14,693
$129.99

JOLEGE Self Balancing Hoverboard, 6.5" Hoverboards Self Balancing Scooter...
880
$134.99

DOC Electric Smart Self-Balancing Scooter Hoverboard with Built in Bluetooth Speaker LED...
287
$135.00

JOLEGE Hoverboard, 6.5" Two-Wheel Self Balancing Hoverboard - LED Light Wheel...
3,975
$134.99

GYROOR T581 Hoverboard 6.5" Off Road All Terrain Hoverboards with...
725
$279.00

Newest Generation Electric Hoverboard Dual Motors Two Wheels Hoover Board Smart...
2,863
$148.00

SISIGAD Off-Road Hoverboard, 8.5 Inch Hoverboard, Two-Wheel Self Balancing...
27
$299.99

TOMOLOO Music-Rhythmed Hoverboard for Kids and Adult Two-Wheel Self-Balancing...
2,373
$199.99

Gyroor Hoverboard Off Road All Terrian 6.5" Two-Wheel G11 Flash LED Light Self...
390
$199.00

## Your Browsing History

View or edit your browsing history

Page 1 of 4

Back to top

**Get to Know Us**
- Careers
- Blog
- About Amazon
- Sustainability
- Press Center
- Investor Relations
- Amazon Devices

**Make Money with Us**
- Sell products on Amazon
- Sell apps on Amazon
- Become an Affiliate
- Become a Delivery Driver
- Start a package delivery business
- Advertise Your Products
- Self-Publish with Us
- Host an Amazon Hub
- › See More Make Money with Us

**Amazon Payment Products**
- Amazon Rewards Visa Signature Cards
- Amazon.com Store Card
- Amazon Secured Card
- Amazon Business Card
- Amazon Business Line of Credit
- Shop with Points
- Credit Card Marketplace
- Reload Your Balance
- Amazon Currency Converter

**Let Us Help You**
- Amazon and COVID-19
- Your Account
- Your Orders
- Shipping Rates & Policies
- Amazon Prime
- Returns & Replacements
- Manage Your Content and Devices
- Amazon Assistant
- Help

amazon English United States

Amazon Music Stream millions of songs
Amazon Advertising Find, attract, and engage customers
Amazon Drive Cloud storage from Amazon
6pm Score deals on fashion brands
AbeBooks Books, art & collectibles
ACX Audiobook Publishing Made Easy
Alexa Actionable Analytics for the Web
Sell on Amazon Start a Selling Account
Amazon Business Everything For Your Business
Amazon Fresh Groceries & More Right To Your Door
AmazonGlobal Ship Orders Internationally
Home Services Experienced Pros Happiness Guarantee
Amazon Ignite Sell your original Digital Educational Resources
Amazon Web Services Scalable Cloud Computing Services
Audible Listen to Books & Original Audio Performances
Book Depository Books With Free Delivery Worldwide
Box Office Mojo Find Movie Box Office Data
ComiXology Thousands of Digital Comics
DPReview Digital Photography
East Dane Designer Men's Fashion
Fabric Sewing, Quilting & Knitting
Goodreads Book reviews & recommendations
IMDb Movies, TV & Celebrities
IMDbPro Get Info Entertainment Professionals Need
Kindle Direct Publishing Indie Digital & Print Publishing Made Easy
Amazon Photos Unlimited Photo Storage Free With Prime
Prime Video Direct Video Distribution Made Easy
Shopbop Designer Fashion Brands
Amazon Warehouse Great Deals on Quality Used Products
Whole Foods Market America's Healthiest Grocery Store
Woot! Deals and Shenanigans
Zappos Shoes & Clothing
Ring Smart Home Security Systems
eero WiFi Stream 4K Video in Every Room
Blink Smart Security for Every Home
Neighbors App Real-Time Crime & Safety Alerts
Amazon Subscription Boxes Top subscription boxes – right to your door
PillPack Pharmacy Simplified
Amazon Renewed Like-new products you can trust
Amazon Second Chance Pass it on, trade it in, give it a second life

Conditions of Use Privacy Notice Interest-Based Ads © 1996-2021, Amazon.com, Inc. or its affiliates

Document title: Amazon.com Shopping Cart
Capture URL: https://www.amazon.com/dp/B07PG8VYBK
Capture timestamp (UTC): Thu, 08 Jul 2021 10:45:10 GMT