# EXHIBIT 21

# amazon

Deliver to Arthur — Chicago 60654

Hello, Arthur
Account & Lists

Returns & Orders

1 — Cart

Subtotal $50.00

All | Customer Service | Shopper Toolkit | Pet Supplies | Outdoor Recreation | Pharmacy | Subscribe & Save | Health & Household | Buy Again | Amazon Basics | Gift card upon approval

## xiangxiang-us

xiangxiang-us storefront
Just launched | No feedback yet
xiangxiang-us is committed to providing each customer with the highest standard of customer service.

Have a question for xiangxiang-us?
[Ask a question]

### Detailed Seller Information

**Business Name:** guangzhouxiangxiangkejiyouxiangongsi
**Business Address:**
Middle Of Yuting Rd., Lingting, Chenghua St.,Chenghai Dist
Shantou
Guangdong
515800
CN

**Returns & Refunds** | Shipping | Policies | Help | Products

Please refer to the Amazon.com Return Policy and Amazon.com Refund Policy or contact xiangxiang-us to get information about any additional policies that may apply.

Contact this seller

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

### A-to-z Guarantee

Place your merchant order through the Amazon.com Shopping Cart and your purchase is protected by the A-to-z Safe Buying Guarantee. Amazon.com automatically transfers your payment to the merchant so you'll never need to pay a merchant directly. Our A-to-z Safe Buying Guarantee covers both the delivery of your item and its condition upon receipt...Read more

Leave seller feedback | Tell us what you think about this page

## Top picks for you    Page 1 of 7










- JZBRAIN Commercial Faucet with Sprayer, 47 Inch Height 8" Center Commercial Wall Mount Faucet with Pull Down Pre-Rinse Sprayer and 12"… ★★★★☆ 353 — $199.99
- TOMOLOO Hoverboard with Bluetooth Speaker UL2272 Certified Self Balancing Electric Scooter 6.5" Two-Wheel Hover Boards with LED Lights for Kids and Adult ★★★★☆ 157
- Hover Hoverboard Electric Scooter ★★★★☆ 2,099 — $229.99 - $474.99
- SISIGAD Hoverboard, with Bluetooth and Colorful Lights Self Balancing Scooter ★★★★☆ 7,344 #1 Best Seller in Self Balancing Scooters — $144.99 - $169.99
- Hover-1 Ultra Electric Self-Balancing Hoverboard Scooter ★★★★☆ 2,142 — $134.00 - $229.00
- TOMOLOO Hoverboard with Bluetooth Speaker and LED Lights Self-Balancing Scooter UL2272 Certified 6.5" Wheel Electric Scooter for Kids… ★★★★☆ 2,488 — 1 offer from $169.82

## Inspired by your browsing history    Page 1 of 5








- Hover-1 Buggy Attachment for Transforming Hoverboard Scooter into Go-Kart ★★★★☆ 6,122 — $70.59
- Hiboy HC-01 Hoverboard Kart Seat Attachment Accessory for 6.5" 8" 10" Two Wheel Self Balancing Scooter ★★★★☆ 1,648 — $89.99
- Cosmos Portable Waterproof Carrying Bag Handbag for 6.5 inches Two Wheels Self Balancing Smart Scooter Drifting Board ★★★★☆ 721 — $12.88
- JZBRAIN Wall Mount Faucet Heavy Duty Commercial Faucet 8 Inch Center with 12" Swing Spout 2.2 GPM High Pressure Wall Mount… ★★★★☆ 216 — $85.99
- SISIGAD Hoverboard Self Balancing Scooter 6.5" Two-Wheel Self Balancing Hoverboard with Bluetooth Speaker and LED Lights Electric… ★★★★☆ 3,068 — $144.99
- EverCross Hoverboard Seat Attachment, Hoverboard Attachments, Hoverboard Accessories Compatible with 6.5" 8" 8.5" 10" Hoverboards for All Ages… ★★★★☆ 1,098 — $84.00

---

Document title: Amazon.com Seller Profile: xiangxiang-us
Capture URL: https://www.amazon.com/sp?…
Capture timestamp (UTC): Tue, 27 Apr 2021 12:04:37 GMT





---

Document title: Amazon.com Seller Profile: xiangxiang-us
Capture URL: https://www.amazon.com/sp?…
Capture timestamp (UTC): Tue, 27 Apr 2021 12:04:37 GMT