# EXHIBIT 22



| | | | | | | |
|---|---|---|---|---|---|---|
| Gyroor Hoverboard 8.5" Off Road All Terrain Hoverboards Bluetooth Speaker&Self Balancing Hoverboard with Kart Seat Attachment... | Gyroor Hoverboard Off-Road Hoverboard 8.5" Wheels Electric Self Balancing Scooter Hover Board for Adults and Kids Built-in Bluetooth... | Gyroor Hoverboard Hoverboard Electric Scooter 10 inch Wheels Bluetooth Speaker and LED Lights, Black, 30 x 13 x 11 (H1-COL-BLK) | Hoverboard with LED Lights \| Anti Slip Grip Pads \| Self Balancing Scooter with Active Balance Technology \|... | Hoverboard for Kids Self Balancing Electric Hoverboard, Black (H1-Drive) | Hoverboard Self Balancing Hoverboard with Built In Bluetooth Speaker \| Includes All Terrain Tires, Reach Speeds up to 10 MPH \|... | EPIKGO Hover Board Self Balance Scooter Balancing Board -UL2272 Certified, All-Terrain 8.5" Racing Wheels, 400W Dual... |
| ★★★★★ 6 | ★★★★☆ 147 | ★★★★☆ 85 | ★★★★☆ 1,207 | ★★★★☆ 996 | ★★★★☆ 562 | ★★★★☆ 101 |
| $399.00 | $229.00 | 2 offers from $479.84 | 8 offers from $131.99 | $130.00 | $189.98 | $484.99 |

**Special offers and product promotions**

- **Business Prime** : For Fast, FREE shipping, premium procurement benefits, and member-only offers on Amazon Business. **Try Business Prime free.**

## Have a question?
Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

---

**Product Description**



What's in the box?
1x Gyroor Hoverboard
1x Adaptor
1x User Manual
1x Carry Case



**Safe Battery With UL 2272 certified**
GYROOR self balance hoverboard pass all the necessary CE/ Rohs /FCC certified, and battery with UL2272 which can ensure every part is completely safe won't go on fire and protect user's safety.

- UL Certificate Number 20181107-E490910

**Specification:**
Motor: 300W * 2
Maximum speed: 10 mph
Charging time: 1.5 to 2 hours
Full charge distance: 3.75~7.5 miles
Safety: UL 2272 certified Hoverboard
Waterproof: IP54
Maximum load: 44-220 pounds
Frame material: metal and aluminum
Driving mode: App adjustable speed




**Bluetooth Speakers**
Built-in Bluetooth speaker allow you to enjoy the music while riding and play your favorite tunes.


**360° Rotation**
360-degree rotation making for a awesome experience wherever else you want to go.


**Free Carry Bag**
GYROOR hoverboard come with a free carry bag,you can easily carry it outdoors.





### Customer questions & answers

🔍 Have a question? Search for answers

**Question:** When the low battery warning goes off and the battery dies, will the machine come to a sudden stop or a gradual stop?
5 votes
**Answer:** low power will beeping warn you.
By Gyroor SELLER on October 14, 2019

**Question:** Which side is the front and which is the back?
4 votes
**Answer:** any said can be front and back.
By Gyroor SELLER on January 13, 2020
∨ See more answers (1)

**Question:** What terrain? Just road or does it go in grass, rocks, etc?
4 votes
**Answer:** My son rides this On the grass and sidewalks. We haven't tried gravel so not sure about that. I have to say I think it's holding up well and my son likes it. He's 9.
By Amazon Customer on October 15, 2019
∨ See more answers (2)

**Question:** How long does this take to get? I am wanting to order this for my son for Christmas.
4 votes
**Answer:** Dear friends, normally it needs 3-5 working days to arrive to you, if you like it, if you like it, you can buy it directly, we can sure you will get it before Christmas, thanks.

And our support email is info@gyroorboard.com, if you have any problem, please kindly contact us freely, thanks.
By Magic Hover SELLER on November 28, 2019

[ See more answered questions (83) ]

---

### Customer reviews

★★★★☆ 4.5 out of 5
981 global ratings

| | | |
|---|---|---|
| 5 star | ▬▬▬▬▬▬▬ | 78% |
| 4 star | ▬ | 9% |
| 3 star | ▪ | 3% |
| 2 star | ▪ | 3% |
| 1 star | ▪ | 7% |

☞ How are ratings calculated?

**By feature**
| | | |
|---|---|---|
| Sturdiness | ★★★★☆ | 4.7 |
| Easy to learn | ★★★★☆ | 4.6 |
| Battery life | ★★★★☆ | 4.5 |

∨ See more

**Review this product**
Share your thoughts with other customers

[ Write a customer review ]


Sponsored ⓘ

**Reviews with images**



See all customer images

**Read reviews that mention**
[battery life] [hoverboard] [highly recommend] [son loves] [old son] [easy to learn] [child mode] [bought this for 12 year] [stopped working] [great hoverboard] [easy to use] [right away] [hoover board] [works great]

[Top reviews ▼]

**Top reviews from the United States**

👤 I Run This Zoo
★★★★★ Very nice quality and easy to use
Reviewed in the United States on September 18, 2019
**Verified Purchase**
The T851 Offroad seems to be a great board so far. It is well built and looks very nice. There are a few different safety features, but I really like being able to adjust the speed limit while learning. It's also pretty neat that the LEDs act as turn signals, that's a nice touch.

It has been very easy for my 13, 11, and 9 year old to use. After a couple of minutes you would think they are pros.

The offroad capabilities are very nice. My son has been driving through the yard both up and down hills and the grass & dirt don't seem to be any problem.

We were very surprised with the bluetooth speaker. It has a very nice rich sound to it and seems just as good of quality as the board itself.

The battery life and charging times seem to be right on par with what is promised. An hour and a half to
∨ Read more

40 people found this helpful
[ Helpful ]  | Report abuse

👤 Eric L.
★★★★★ Off-road capable
Reviewed in the United States on September 23, 2019
**Verified Purchase**
I am surprised how well this works off-road. My 6yo soon loves cruising all over the driveway as well as dirt trails around the house. He even rode around at a local park where the grass was very bumpy with gophers.

The app could use some work

29 people found this helpful
[ Helpful ]  | Report abuse

👤 Kevin W.
★★★★☆ Good but not 10mph
Reviewed in the United States on December 25, 2019
**Verified Purchase**
They are great but the info on amazon is incorrect. It says 10mph max speed. The manual that comes with it clearly states 7.5mph. That needs to be fixed. That is the main reason I bought this brand was for the speed as they are used for carts. They are slower than our other boards that have a max speed of 7.5.

25 people found this helpful

★★★★☆ **Good but not 10mph**
Reviewed in the United States on December 23, 2020
Verified Purchase

They are great but the info on amazon is incorrect. It says 10mph max speed. The manual that comes with it clearly states 7.5mph. That needs to be fixed. That is the main reason I bought this brand was for the speed as they are used for carts. They are slower than our other boards that have a max speed of 7.5.

25 people found this helpful

Helpful | Report abuse

RSE Venner

★★★★★ **Powerful Off-road wheels are AWESOME!**
Reviewed in the United States on May 7, 2020
Verified Purchase

I got 2 of these for my 2 boys - knowing they are typical boys who are active and hard on their toys. The hoverboard met and exceeded all our expectations. The app was easy to install and setup was a piece of cake. The 2 modes are useful - child mode and advanced mode...my youngest 7-year old took some time to get used to the speed and control in child mode - before moving up to the advanced mode, with higher speed. The LED lights were a big hit, especially as they could customize their own color. And of course having music playing out the hoverboard speaker was the cherry on top! The offroad wheels are where this hoverboard really shines - along with the strong wheel motors - the offer the biggest advantage over other hoverboards. This allows the wheels to grip and climb pavements and easily traverse grass lawns - and believe me when I say that my boys have thoroughly put them to the test! Compared to previous hoverboard experiences - the battery lasts longer, even when driven hard!
All in all, the hoverboard experience is so much better with this product and I highly recommend it - I'm planning on getting one for myself - after all I'm just a big kid in a grownup body!

16 people found this helpful

Helpful | Report abuse

Elshay

★★★★★ **Awesome hoverboard, highly worth investing into!**
Reviewed in the United States on March 29, 2020
Verified Purchase

Purchased this for my 8 yr old daughters birthday and im pretty happy with the investment. I bought and returned a couple of different hoverboards before settling on this one Because i wanted a good battery life and something adults can ride on as well as kids. This is such an awesome hoverboard, great battery life and it does very well on different terrains. customer service was really quick with responses too. overall extremely happy with the purchase and would highly recommend.

18 people found this helpful

Helpful | Report abuse

E.S

★★★★★ **5 star Hoverboard !**
Reviewed in the United States on December 16, 2019
Verified Purchase

After a long research I'm Very pleased with the choice of hoverboard:
Very stable (self balancing mode)
Useful app ( you can control the speed and adult mode or children )
Great speakers
Strong lights ( Important when it's dark outside)
Fun to ride



21 people found this helpful

Helpful | Report abuse

Xgate

★★★★★ **Awesome!**
Reviewed in the United States on June 2, 2020
Verified Purchase

This T581 is fantastic! Very nice build quality, came in a nice package and is clearly a well made product. Bought this for my daughter who just turned 8. Perfect size for her. In child mode she was able to get going in our living room in under 5 minutes and in 15 she seemed like a pro.
The app is not great but it is completely functional and connects (Bluetooth) without issue. Some reviewers seemed to have issues connecting but the app scans and lists all available Bluetooth devices - as long as you pick the gyroor unit it connects instantly.
This is a great starter hoverboard, with lots of room for her to grow with it. The app has a max speed setting that lets you nerf the thing so they can maintain control. Upping this limit will be sure to add to the enjoyment, and of course taking it out of child mode (so it no longer self-levels) will open a ton of new options.
Highly recommend this product!

15 people found this helpful

Helpful | Report abuse

Jen Bee

★☆☆☆☆ **Charging problems. Now won't turn on.**
Reviewed in the United States on November 8, 2020
Verified Purchase

My son was so excited to receive this board. I didn't want to buy a cheap one and thought that if we paid $230 we would get a quality product. My son really likes it, but it is having problems. He would charge it and the charging light wouldn't turn on. So then we would take it to a park and it would run out of battery right away. Today he took it out to a park and now it won't even turn on.

Reading other reviews I am worried that we won't even hear back from the company when we e mail them. It also looks like we will have to ship it back at our own cost if we want it fixed or replaced. We didn't even keep the box, so I don't know how we are going to manage that and how much it will cost.

I'm so disappointed that this product isn't working after only 3 weeks of use.

11 people found this helpful

Helpful | Report abuse

See all reviews ›

Case: 1:20-cv-04806 Document #: 328-22 Filed: 07/13/21 Page 7 of 7 PageID #:7538







Document title: Amazon.com: Gyroor T581 Hoverboard 6.5&quot; Off Road All Terrain Hoverboard with Bluetooth Speaker and Two-Wheel Self Balancing Hoverboard…
Capture URL: https://www.amazon.com/dp/B07PG8VYBK
Capture timestamp (UTC): Fri, 30 Apr 2021 10:22:49 GMT

Page 6 of 6