# EXHIBIT 23





Subtotal $50.00 

| Hover-1 Titan Electric Self-Balancing Hoverboard Scooter with 10" Tires, Rose Gold | Hover-1 H1 Hoverboard Electric Scooter, Blue, Small/6.5" | Hover-1 Helix Electric Hoverboard Scooter, Galaxy | Hover-1 Ultra Electric Self-Balancing Hoverboard Scooter, Blue, 24 x 9 x 9.5 inches | Hover-1 Chrome Electric Hoverboard Scooter, Gun Metal, 26 x 9.8 x 10 | Hover-1 i100 Electric Hoverboard Scooter with Infinity LED Wheel Lights, Black, one… | Swagtron Swagboard Outlaw T6 Off-Road Hoverboard - First in The World to Handle Ove… |
|---|---|---|---|---|---|---|
| 1,371 | 2,122 | 1,140 | 2,235 | 931 | 468 | 624 |
| $249.99 ✓prime | $199.99 ✓prime<br>Limited time deal<br>List: $249.99 (20% off) | $149.99 ✓prime<br>Limited time deal<br>List: $179.99 (17% off) | $179.00 ✓prime | $199.99 ✓prime | $179.99 ✓prime<br>Limited time deal<br>List: $199.99 (10% off) | $349.99 ✓prime |

### Special offers and product promotions

- **Business Prime** : For Fast, FREE shipping, premium procurement benefits, and member-only offers on Amazon Business. **Try Business Prime free.**

### Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

### Product Description



LED + OFF ROAD
T581



**What's in the box?**
1x Gyroor Hoverboard
1x Adaptor
1x User Manual
1x Carry Case



**Safe Battery With UL 2272 certified**
GYROOR self balance hoverboard pass all the necessary CE/ Rohs /FCC certified, and battery with UL2272 which can ensure every part is completely safe won't go on fire and protect user's safety.

- UL Certificate Number 20181107-E490910



**Specification:**
Motor: 300W * 2
Maximum speed: 10 mph
Charging time: 1.5 to 2 hours
Full charge distance: 3.75~7.5 miles
Safety: UL 2272 certified Hoverboard
Waterproof: IP54
Maximum load: 44-220 pounds
Frame material: metal and aluminum
Driving mode: App adjustable speed



OFF ROAD



**Bluetooth Speakers**
Built-in Bluetooth speaker allow you to enjoy the music while riding and play your favorite tunes.



**360° Rotation**
360-degree rotation making for a awesome experience wherever else you want to go.



**Free Carry Bag**
GYROOR hoverboard come with a free carry bag,you can easily carry it outdoors.





**SMARTEST OFF ROAD HOVERBOARD**
This is the smartest hoverboard you can get in the market today as it allows full stability for even the new riders, making it a perfect gift choice and favorite for kids.

## Product details

**Package Dimensions :** 26.3 x 9.5 x 9.3 inches; 22.3 Pounds
**Batteries :** 1 Lithium ion batteries required. (included)
**Date First Available :** April 28, 2019
**Manufacturer :** Gyroor
**ASIN :** B07PG8VYBK
**Best Sellers Rank:** #54,743 in Sports & Outdoors (See Top 100 in Sports & Outdoors)
    #60 in Self Balancing Scooters
**Customer Reviews:**  986 ratings

## Videos

Page 1 of 2

### Videos for this product

| 2:04 Top Notch Product — QuietClarence | 1:24 CXMScooter Hoverboard 6.5 inch — Leanna | 0:32 Gyroor T581 Hoverboard 6.5" Off Road All Terrain Hoverboard wit… — HOVER-1 | 0:40 Customer Review: Great Hoverboard and Company — Amazon Customer | 1:07 Gyroor T581 Hoverboard 6.5" Off Road All Terrain Hoverboard wit… — Gyroor | Electric… 2021 Is It Wor… |

Upload your video

## Sponsored products related to this item

Page 1 of 20



| Jetson Flash Self Balancing Hoverboard with Built In Bluetooth Speaker \| Includes A… ★★★★½ 568 $189.98 prime | Hover-1 Helix Electric Hoverboard Scooter, Galaxy ★★★★½ 1,140 Limited time deal $149.99 prime List: $179.99 (17% off) | Hover-1 Titan Electric Self-Balancing Hoverboard Scooter with 10" Tires, Rose Gold ★★★★½ 1,371 $249.99 prime | Hover-1 Chrome Electric Hoverboard Scooter, Gun Metal, 26 x 9.8 x 10 ★★★★½ 931 $199.99 prime | Electric All-Terrain Hoverboard for Kids and Adults 8.5 Two Wheels Off Road Hover B… ★★★★½ 22 $229.00 prime | Longtime All-Terrain Off-Road Hoverboard 8.5" Wheels Electric Self Balancing Scoote… ★★★★½ 151 $229.00 prime | Hover-1 Ultra Electric Self-Balancing Hoverboard Scooter, Blue, 24 x 9 x 9.5 inches ★★★★½ 2,235 $179.00 prime |



RIDE SWFT Flash Hoverboard Self Balancing Scooter, Top Speed of 7mph, 3 Mile Distance, Bluetooth Speakers…
★★★★½ 176
$189.00 prime

Sponsored

## Customer questions & answers



**Kevin W.**

★★★★☆ **Good but not 10mph**
Reviewed in the United States on December 25, 2019
**Verified Purchase**

They are great but the info on amazon is incorrect. It says 10mph max speed. The manual that comes with it clearly states 7.5mph. That needs to be fixed. That is the main reason I bought this brand was for the speed as they are used for carts. They are slower than our other boards that have a max speed of 7.5.

25 people found this helpful

Helpful | Report abuse

**RSE Venner**

★★★★★ **Powerful Off-road wheels are AWESOME!**
Reviewed in the United States on May 7, 2020
**Verified Purchase**

I got 2 of these for my 2 boys - knowing they are typical boys who are active and hard on their toys. The hoverboard met and exceeded all our expectations. The app was easy to install and setup was a piece of cake. The 2 modes are useful - child mode and advanced mode...my youngest 7-year old took some time to get used to the speed and control in child mode - before moving up to the advanced mode, with higher speed. The LED lights were a big hit, especially as they could customize their own color. And of course having music playing out the hoverboard speaker was the cherry on top! The offroad wheels are where this hoverboard really shines - along with the strong wheel motors - the offer the biggest advantage over other hoverboards. This allows the wheels to grip and climb pavements and easily traverse grass lawns - and believe me when I say that my boys have thoroughly put them to the test! Compared to previous hoverboard experiences - the battery lasts longer, even when driven hard!
All in all, the hoverboard experience is so much better with this product and I highly recommend it - I'm planning on getting one for myself - after all I'm just a big kid in a grownup body!

16 people found this helpful

Helpful | Report abuse

**Elshay**

★★★★★ **Awesome hoverboard, highly worth investing into!**
Reviewed in the United States on March 29, 2020
**Verified Purchase**

Purchased this for my 8 yr old daughters birthday and im pretty happy with the investment. I bought and returned a couple of different hoverboards before settling on this one Because i wanted a good battery life and something adults can ride on as well as kids. This is such an awesome hoverboard, great battery life and it does very well on different terrains. customer service was really quick with responses too. overall extremely happy with the purchase and would highly recommend.

18 people found this helpful

Helpful | Report abuse

**E.S**

★★★★★ **5 star Hoverboard !**
Reviewed in the United States on December 16, 2019
**Verified Purchase**

After a long research I'm Very pleased with the choice of hoverboard:
Very stable (self balancing mode)
Useful app ( you can control the speed and adult mode or children )
Great speakers
Strong lights ( Important when it's dark outside)
Fun to ride

21 people found this helpful

Helpful | Report abuse

**Xgate**

★★★★★ **Awesome!**
Reviewed in the United States on June 2, 2020
**Verified Purchase**

This T581 is fantastic! Very nice build quality, came in a nice package and is clearly a well made product. Bought this for my daughter who just turned 8. Perfect size for her. In child mode she was able to get going in our living room in under 5 minutes and in 15 she seemed like a pro.
The app is not great but it is completely functional and connects (Bluetooth) without issue. Some reviewers seemed to have issues connecting but the app scans and lists all available Bluetooth devices - as long as you pick the gyroor unit it connects instantly.
This is a great starter hoverboard, with lots of room for her to grow with it. The app has a max speed setting that lets you nerf the thing so they can maintain control. Upping this limit will be sure to add to the enjoyment, and of course taking it out of child mode (so it no longer self-levels) will open a ton of new options.
Highly recommend this product!

15 people found this helpful

Helpful | Report abuse

**Jen Bee**

★☆☆☆☆ **Charging problems. Now won't turn on.**
Reviewed in the United States on November 8, 2020
**Verified Purchase**

My son was so excited to receive this board. I didn't want to buy a cheap one and thought that if we paid $230 we would get a quality product. My son really likes it, but it is having problems. He would charge it and the charging light wouldn't turn on. So then we would take it to a park and it would run out of battery right away. Today he took it out to a park and now it won't even turn on.

Reading other reviews I am worried that we won't even hear back from the company when we e mail them. It also looks like we will have to ship it back at our own cost if we want it fixed or replaced. We didn't even keep the box, so I don't know how we are going to manage that and how much it will cost.

I'm so disappointed that this product isn't working after only 3 weeks of use.

11 people found this helpful

Helpful | Report abuse

See all reviews ›






Document title: Amazon.com: Gyroor T581 Hoverboard 6.5&quot; Off Road All Terrain Hoverboard with Bluetooth Speaker and Two-Wheel Self Balancing Hoverboard…
Capture URL: https://www.amazon.com/Gyroor-Hoverboard-Bluetooth-Two-Wheel-Balancing/dp/B07PG8VYBK/ref=sr_1_2?…
Capture timestamp (UTC): Mon, 03 May 2021 15:39:04 GMT                                                                Page 7 of 7