# EXHIBIT 25



| Wheel Self Balancing G5 Hoverboards wit... | Two-Wheel 6.5 inch Self Balancing Hoverb... | Adults 8.5 Two Wheels Off Road Hover B... | Terrain Off Road Hoverboard with... | Two Wheels App Controlled Electric Self... | Hoverboard with Bluetooth Speakers... | Colorful Lights Self Balancing Scooter |
|---|---|---|---|---|---|---|
| $249.00 | $214.99 | $229.00 ✓prime | $299.99 | $229.99 | $299.00 | $159.99 ✓prime |
| Brand: Gyroor | Wheel Size: 6.5 Inches | Wheel Size: 8.5 Inches | Wheel Size: 8.5 Inches | Style: K1-black | Frame Material: Aluminum | Department: All |
| | Item Weight: 5 Pounds | Wheel Material: Rubber | Brand: FLYING-ANT | Frame Material: Alloy Steel | Item Weight: 2.2 Pounds | |
| | Brand: CBD | Number of Wheels: 2 | | Wheel Size: 6.5 Inches | Brand: Gyroor | |
| | | Brand: Beston Sports | | Item Weight: 25.3 Pounds | | |

### Special offers and product promotions

- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. **Register a free business account**
- Get a **$50 Amazon Gift Card** instantly upon approval for the **Amazon Rewards Visa Card** Apply now

### Have a question?
Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

### Product Description







 



















it clearly states 7.5mph. That needs to be fixed. That is the main reason I bought this brand was for the speed as they are used for carts. They are slower than our other boards that have a max speed of 12.5.

26 people found this helpful

Helpful | Report abuse

**RSE Venner**

★★★★★ **Powerful Off-road wheels are AWESOME!**

Reviewed in the United States on May 7, 2020

Verified Purchase

I got 2 of these for my 2 boys - knowing they are typical boys who are active and hard on their toys. The hoverboard met and exceeded all our expectations. The app was easy to install and setup was a piece of cake. The 2 modes are useful - child mode and advanced mode...my youngest 7-year old took some time to get used to the speed and control in child mode - before moving up to the advanced mode, with higher speed. The LED lights were a big hit, especially as they could customize their own color. And of course having music playing out the hoverboard speaker was the cherry on top! The offroad wheels are where this hoverboard really shines - along with the strong wheel motors - the offer the biggest advantage over other hoverboards. This allows the wheels to grip and climb pavements and easily traverse grass lawns - and believe me when I say that my boys have thoroughly put them to the test! Compared to previous hoverboard experiences - the battery lasts longer, even when driven hard!

All in all, the hoverboard experience is so much better with this product and I highly recommend it - I'm planning on getting one for myself - after all I'm just a big kid in a grownup body!

17 people found this helpful

Helpful | Report abuse

**E.S**

★★★★★ **5 star Hoverboard !**

Reviewed in the United States on December 16, 2019

Verified Purchase

After a long research I'm Very pleased with the choice of hoverboard:
Very stable (self balancing mode)
Useful app ( you can control the speed and adult mode or children )
Great speakers
Strong lights ( Important when it's dark outside)
Fun to ride

23 people found this helpful

Helpful | Report abuse

**Elshay**

★★★★★ **Awesome hoverboard, highly worth investing into!**

Reviewed in the United States on March 29, 2020

Verified Purchase

Purchased this for my 8 yr old daughters birthday and im pretty happy with the investment. I bought and returned a couple of different hoverboards before settling on this one Because i wanted a good battery life and something adults can ride on as well as kids. This is such an awesome hoverboard, great battery life and it does very well on different terrains. customer service was really quick with responses too. overall extremely happy with the purchase and would highly recommend.

19 people found this helpful

Helpful | Report abuse

**Jen Bee**

★☆☆☆☆ **Charging problems. Now won't turn on.**

Reviewed in the United States on November 8, 2020

Verified Purchase

My son was so excited to receive this board. I didn't want to buy a cheap one and thought that if we paid $230 we would get a quality product. My son really likes it, but it is having problems. He would charge it and the charging light wouldn't turn on. So then we would take it to a park and it would run out of battery right away. Today he took it out to a park and now it won't even turn on.

Reading other reviews I am worried that we won't even hear back from the company when we e mail them. It also looks like we will have to ship it back at our own cost if we want it fixed or replaced. We didn't even keep the box, so I don't know how we are going to manage that and how much it will cost.

I'm so disappointed that this product isn't working after only 3 weeks of use.

12 people found this helpful

Helpful | Report abuse

**Amazon Customer**

★★★★☆ **Good product.**

Reviewed in the United States on May 24, 2019

Verified Purchase | Early Reviewer Rewards (What's this?)

Good product a little in powered for non flat surface it goes but slows down. App to control modes is easy to use and for switching between novice or experienced riders. Over all my son and I love it.

19 people found this helpful

Helpful | Report abuse

See all reviews ›

**4 stars and above**

Page 1 of 7

Sponsored



- Gyroor Warrior 8.5 inch All Terrain Off Road Hoverboard with...
- UNI-SUN Hoverboard for Kids, 6.5" Two Wheel Self Balancing...
- LIEAGLE Hoverboard Self Balancing Scooter Hover Board for Kids Adults...
- YHR Hoverboard with Wireless Bluetooth Speaker, Electric Self...
- GYROOR T581 Hoverboard 6.5" Off Road All Terrain...
- cho 6.5" inch Hoverboard Electric Smart Self Balancing...
- CBD Bluetooth Hoverboard for Kids, 6.5 Inch Two Wheel...

