# EXHIBIT 26



## Product Description



**What's in the box?**


1x Gyroor Hoverboard


1x Adaptor


1x User Manual


1x Carry Case

**Safe Battery With UL 2272 certified**

GYROOR self balance hoverboard pass all the necessary CE/ Rohs /FCC certified, and battery with UL2272 which can ensure every part is completely safe won't go on fire and protect user's safety.

- UL Certificate Number 20181107-E490910

**Specification:**

Motor: 300W * 2

Maximum speed: 10 mph

Charging time: 1.5 to 2 hours

Full charge distance: 3.75~7.5 miles

Safety: UL 2272 certified Hoverboard

Waterproof: IP54

Maximum load: 44-220 pounds

Frame material: metal and aluminum

Driving mode: App adjustable speed



OFF ROAD



**Bluetooth Speakers**
Built-in Bluetooth speaker allow you to enjoy the music while riding and play your favorite tunes.



**360° Rotation**
360-degree rotation making for a awesome experience wherever else you want to go.



**Free Carry Bag**
GYROOR hoverboard come with a free carry bag,you can easily carry it outdoors.



BEST GIFT FOR KIDS

Subtotal $0.00

**SMARTEST OFF ROAD HOVERBOARD**

This is the smartest hoverboard you can get in the market today as it allows full stability for even the new riders, making it a perfect gift choice and favorite for kids.

**Product details**

- Package Dimensions : 26 x 9.8 x 8.9 inches; 22.25 Pounds
- Batteries : 1 Lithium ion batteries required. (included)
- Date First Available : April 28, 2019
- Manufacturer : Gyroor
- ASIN : B07PG8VYBK
- Best Sellers Rank: #52,173 in Sports & Outdoors (See Top 100 in Sports & Outdoors)
  #48 in Self Balancing Scooters
- Customer Reviews: ★★★★½ 1,038 ratings

### Videos

Page 1 of 2

Videos for this product



- 2:04 — Top Notch Product — QuietClarence
- 0:32 — Gyroor T581 Hoverboard 6.5" Off Road All Terrain Hoverboard wit… — HOVER-1
- 0:27 — Customer Review: $$$$MONEY WELL WORTH SPENT FOLKS!!! — Customer Video
- 1:07 — Gyroor T581 Hoverboard 6.5" Off Road All Terrain Hoverboard wit… — Gyroor
- 0:40 — Customer Review: Great Hoverboard and Company — Amazon Customer

Upload your video

### Products related to this item

Page 1 of 20

Sponsored



- Hover-1 H1 Hoverboard Electric Scooter, Iridescent, 25 x 9.4 x 9.2 ★★★★½ 2,288 $219.99 prime
- Hover-1 Ultra Electric Self-Balancing Hoverboard Scooter, Blue, 24 x 9 x 9.5 inches ★★★★½ 2,628 $171.08 prime
- SISIGAD Hoverboard 6.5" Self Balancing Scooter with Colorful LED Wheels Lights Two-… ★★★★½ 3,113 $174.99 prime
- RIDE SWFT Sonic Hoverboard Self Balancing Scooter, Built for Speed, Distance,… ★★★★½ 131 $299.00 prime
- TOMOLOO Hoverboard for Kids, Hoverboard for Adult with Bluetooth Speaker and LED Li… ★★★★☆ 80 Prime Day Deal $249.99 prime Join Prime to save $50.99 on this item
- CBD Flash Hoverboard, All Terrain Off Road Two-Wheel 6.5 inch Self Balancing Hoverb… ★★★★½ 283 $229.99
- Hover-1 Helix Electric Hoverboard Scooter, Iridescent ★★★★½ 207 $149.32 prime

**$30 off coupon**

SISIGAD Hoverboard Self Balancing Scooter 6.5" Two-Wheel Self Balancing Hoverboard with Bluetooth Speaker…
★★★★½ 3,116
$174.99 prime

Sponsored

### Customer questions & answers

🔍 Have a question? Search for answers

▲ 6 votes ▼
**Question:** What terrain? Just road or does it go in grass, rocks, etc?
**Answer:** My son rides this On the grass and sidewalks. We haven't tried gravel so not sure about that. I have to say I think it's holding up well and my son likes it. He's 9.
By Amazon Customer on October 15, 2019
See more answers (2)

▲ 5 votes ▼
**Question:** When the low battery warning goes off and the battery dies, will the machine come to a sudden stop or a gradual stop?
**Answer:** low power will beeping warn you.
By Gyroor SELLER on October 14, 2019

▲ 4 votes ▼
**Question:** Which side is the front and which is the back?
**Answer:** any said can be front and back.
By Gyroor SELLER on January 13, 2020
See more answers (1)

▲ 4
**Question:** How long does this take to get? I am wanting to order this for my son for Christmas.
**Answer:** Dear friends, normally it needs 3-5 working days to arrive to you, if you like it, if you like it, you can



Reading other reviews I am worried that we won't even hear back from the company when we e mail them. It took us quite a while to ship it to my own as we didn't want to ship it to my daughter's. We don't even have the box, so I don't know how we are going to manage that and how much it will cost.

I'm so disappointed that this product isn't working after only 3 weeks of use.

16 people found this helpful

Helpful | Report abuse

**RSE Venner**

★★★★★ Powerful Off-road wheels are AWESOME!
Reviewed in the United States on May 7, 2020
Verified Purchase

I got 2 of these for my 2 boys - knowing they are typical boys who are active and hard on their toys. The hoverboard met and exceeded all our expectations. The app was easy to install and setup was a piece of cake. The 2 modes are useful - child mode and advanced mode...my youngest 7-year old took some time to get used to the speed and control in child mode - before moving up to the advanced mode, with higher speed. The LED lights were a big hit, especially as they could customize their own color. And of course having music playing out the hoverboard speaker was the cherry on top! The offroad wheels are where this hoverboard really shines - along with the strong wheel motors - the offer the biggest advantage over other hoverboards. This allows the wheels to grip and climb pavements and easily traverse grass lawns - and believe me when I say that my boys have thoroughly put them to the test! Compared to previous hoverboard experiences - the battery lasts longer, even when driven hard!
All in all, the hoverboard experience is so much better with this product and I highly recommend it - I'm planning on getting one for myself - after all I'm just a big kid in a grownup body!

17 people found this helpful

Helpful | Report abuse

**E.S**

★★★★★ 5 star Hoverboard !
Reviewed in the United States on December 16, 2019
Verified Purchase

After a long research I'm Very pleased with the choice of hoverboard:
Very stable (self balancing mode)
Useful app ( you can control the speed and adult mode or children )
Great speakers
Strong lights ( Important when it's dark outside)
Fun to ride

23 people found this helpful

Helpful | Report abuse

**Elshay**

★★★★★ Awesome hoverboard, highly worth investing into!
Reviewed in the United States on March 29, 2020
Verified Purchase

Purchased this for my 8 yr old daughters birthday and im pretty happy with the investment. I bought and returned a couple of different hoverboards before settling on this one Because i wanted a good battery life and something adults can ride on as well as kids. This is such an awesome hoverboard, great battery life and it does very well on different terrains. customer service was really quick with responses too. overall extremely happy with the purchase and would highly recommend.

19 people found this helpful

Helpful | Report abuse

**Amazon Customer**

★★★★☆ Good product.
Reviewed in the United States on May 24, 2019
Verified Purchase | Early Reviewer Rewards (What's this?)

Good product a little in powered for non flat surface it goes but slows down. App to control modes is easy to use and for switching between novice or experienced riders. Over all my son and I love it.

19 people found this helpful

Helpful | Report abuse

See all reviews ›

**Products related to this item**
Sponsored
Page 1 of 35

- CBD Flash Hoverboard, All Terrain Off Road Two-Wheel 6.5 inch Self Balancing Hoverb...
  ★★★★☆ 283
  $229.99

- TOMOLOO Hoverboards Bluetooth with Led Light Flashing Wheels, Hover Boards for Kids...
  ★★★★☆ 137
  Prime Day Deal
  $179.99 ✓prime
  Join Prime to save $37.80 on this item

- Hover-1 Titan Electric Self-Balancing Hoverboard Scooter with 10" Tires, Rose Gold
  ★★★★☆ 1,424
  $249.99 ✓prime

- Hover-1 H1 Hoverboard Electric Scooter , Iridescent , 25 x 9.4 x 9.2
  ★★★★☆ 2,288
  $219.99 ✓prime

- TOMOLOO Hoverboard for Kids, Hoverboard for Adult with Bluetooth Speaker and LED Li...
  ★★★★☆ 80
  Prime Day Deal
  $249.99 ✓prime
  Join Prime to save $50.99 on this item

- Jetson All Terrain Hoverboard Jetkart 2.0 Seat Attachment, Go Kart | Anti Slip Grip...
  ★★★★☆ 17
  $205.06 ✓prime

- RIDE SWFT Sonic Hoverboard Self Balancing Scooter, Built for Speed, Distance,...
  ★★★★☆ 131
  $299.00 ✓prime

Hover-1 Dream Hoverboard Electric Scoot...
★★★★☆ 278
$139.99 ✓prime
Shop now
Sponsored

Pages with related products. See and discover other items: Explore hoverboards for kids, Explore balancing boards for kids

Subtotal $0.00

Pages with related products. See and discover other items: Explore hoverboards for kids, Explore balancing boards for kids

### Because you considered similar items
Page 1 of 3

        

| SISIGAD Hoverboard, with Bluetooth and Colorful Lights Self Balancing Scooter | TOMOLOO Hoverboards Bluetooth with Led Light Flashing Wheels, Hover Boards for Kids, Self Balancing Hoverboard Adult… | TOMOLOO Hoverboard for Kids Ages 6-12 Gifts, 6.5" Flashing Wheels Hoover Board with Bluetooth Speaker and Music-Rhythmed LED… | Hover Hoverboard Electric Scooter | Hover-1 Helix Electric Hoverboard Scooter | Hover-1 Ultra Electric Self-Balancing Hoverboard Scooter | SISIGAD Hoverboard Self Balancing Scooter 6.5" Two-Wheel Self Balancing Hoverboard with Bluetooth Speaker and LED Lights Electric… | Hover-1 Titan Electric Self-Balancing Hoverboard Scooter | Hover-1 H1-100 Electric Hoverboard Scooter with Infinity LED Wheel Lights |
|---|---|---|---|---|---|---|---|---|
| 8,027 | 137 | 111 | 2,292 | 231 | 2,633 | 3,116 | 1,426 | 559 |
| #1 Best Seller in Self Balancing Scooters | | | | | | | | |
| $154.99 | $179.99 - $189.99 | $189.99 | $219.99 - $489.99 | $149.32 - $384.99 | $171.08 - $236.33 | $134.99 - $179.99 | $178.00 - $549.99 | $199.99 - $413.12 |

### Recommended based on your shopping trends Sponsored
Page 1 of 3

         

| Hover Hoverboard Electric Scooter | Hover-1 Helix Electric Hoverboard Scooter | Hover-1 Ultra Electric Self-Balancing Hoverboard Scooter | Hover-1 Titan Electric Self-Balancing Hoverboard Scooter | Hover-1 H1-100 Electric Hoverboard Scooter with Infinity LED Wheel Lights | Hover-1 Drive Hoverboard for Kids Self Balancing Electric Hoverboard, Black (H1… | RIDE SWFT Flash Hoverboard Self Balancing Scooter, Top Speed of 7mph, 3 Mile… | Newest Generation Electric Hoverboard Dual Motors Two Wheels Hoover Board Smart… | SISIGAD Hoverboard Self Balancing Scooter 6.5 Two-Wheel Self Balancing Hoverboard… |
|---|---|---|---|---|---|---|---|---|
| 2,292 | 207 | 2,633 | 1,426 | 559 | 1,106 | 207 | 2,676 | 145 |
| $219.99 | $149.32 | $171.08 | $249.99 | $199.99 | $150.94 | $189.00 | $148.00 | $189.99 |

### Your Browsing History
View or edit your browsing history › Page 1 of 2

            

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell products on Amazon | Amazon Rewards Visa Signature Cards | Amazon and COVID-19 |
| Blog | Sell apps on Amazon | Amazon.com Store Card | Your Account |
| About Amazon | Become an Affiliate | Amazon Secured Card | Your Orders |
| Sustainability | Become a Delivery Driver | Amazon Business Card | Shipping Rates & Policies |
| Press Center | Start a package delivery business | Amazon Business Line of Credit | Amazon Prime |
| Investor Relations | Advertise Your Products | Shop with Points | Returns & Replacements |
| Amazon Devices | Self-Publish with Us | Credit Card Marketplace | Manage Your Content and Devices |
| | Host an Amazon Hub | Reload Your Balance | Amazon Assistant |
| | › See More Make Money with Us | Amazon Currency Converter | Help |


English — United States

| Amazon Music Stream millions of songs | Amazon Advertising Find, attract, and engage customers | Amazon Drive Cloud storage from Amazon | 6pm Score deals on fashion brands | AbeBooks Books, art & collectibles | ACX Audiobook Publishing Made Easy | Alexa Actionable Analytics for the Web |
| Sell on Amazon Start a Selling Account | Amazon Business Everything For Your Business | Amazon Fresh Groceries & More Right To Your Door | AmazonGlobal Ship Orders Internationally | Home Services Experienced Pros Happiness Guarantee | Amazon Ignite Sell your original Digital Educational Resources | Amazon Web Services Scalable Cloud Computing Services |
| Audible Listen to Books & Original Audio Performances | Book Depository Books With Free Delivery Worldwide | Box Office Mojo Find Movie Box Office Data | ComiXology Thousands of Digital Comics | DPReview Digital Photography | East Dane Designer Men's Fashion | Fabric Sewing, Quilting & Knitting |
| Goodreads Book reviews & recommendations | IMDb Movies, TV & Celebrities | IMDbPro Get Info Entertainment Professionals Need | Kindle Direct Publishing Indie Digital & Print Publishing Made Easy | Amazon Photos Unlimited Photo Storage Free With Prime | Prime Video Direct Video Distribution Made Easy | Shopbop Designer Fashion Brands |
| Amazon Warehouse Great Deals on Quality Used Products | Whole Foods Market America's Healthiest Grocery Store | Woot! Deals and Shenanigans | Zappos Shoes & Clothing | Ring Smart Home Security Systems | eero WiFi Stream 4K Video in Every Room | Blink Smart Security for Every Home |
| | Neighbors App Real-Time Crime & Safety Alerts | Amazon Subscription Boxes Top subscription boxes – right to your door | PillPack Pharmacy Simplified | Amazon Renewed Like-new products you can trust | Amazon Second Chance Pass it on, trade it in, give it a second life | |

---

Document title: Amazon.com: Gyroor T581 Hoverboard 6.5&quot; Off Road All Terrain Hoverboard with Bluetooth Speaker and Two-Wheel Self Balancing Hoverboard…
Capture URL: https://www.amazon.com/Gyroor-Hoverboard-Bluetooth-Two-Wheel-Balancing/dp/B07PG8VYBK/ref=sr_1_2?…
Capture timestamp (UTC): Mon, 21 Jun 2021 13:28:26 GMT
Page 6 of 6