# EXHIBIT 27



| Gyroor Hoverboard Off Road All Terrian 6.5" Two-Wheel G11 Flash LED Light Self Bala... | TOMOLOO Hoverboard, Electric Self-Balancing Smart Scooter, UL 2272 Certified Hover ... | Segway Ninebot eKickScooter ZING E10 Electric Kick Scooter for Kids and Teens, Ligh... | TOMOLOO Hoverboards Bluetooth with Led Light Flashing Wheels, Hover Boards for Kids... | Gyroor Warrior 8.5 inch All Terrain Off Road Hoverboard with Bluetooth Speakers... | GYROOR T581 Hoverboard 6.5" Off Road All Terrain Hoverboards with... | TOMOLOO Music-Rhythmed Hoverboard 6.5 inch Electric Scooter-UL2272 Certificated wi... |
|---|---|---|---|---|---|---|
| 390 | 2,373 | 2,184 | 140 | 3,341 | 725 | 68 |
| $199.00 | $199.99 | $259.99 prime | $159.99 prime | $299.00 | $279.00 | $179.00 prime |

## Have a question?

Find answers in product info, Q&As, reviews

Type your question or keyword

## Product Description

GYROOR
LED + OFF ROAD
T581

*What's in the box?*

1x Gyroor Hoverboard

1x Adaptor

1x User Manual

1x Carry Case

Safety
UL

**Safe Battery With UL 2272 certified**

GYROOR self balance hoverboard pass all the necessary CE/ Rohs /FCC certified, and battery with UL2272 which can ensure every part is completely safe won't go on fire and protect user's safety.

- UL Certificate Number 20181107-E490910

**Specification:**

Motor: 300W * 2

Maximum speed: 10 mph

Charging time: 1.5 to 2 hours

Full charge distance: 3.75~7.5 miles

Safety: UL 2272 certified Hoverboard

Waterproof: IP54

Maximum load: 44-220 pounds

Frame material: metal and aluminum

Driving mode: App adjustable speed

OFF ROAD

Bluetooth

Bluetooth Speakers

Built-in Bluetooth speaker allow you to enjoy the music while riding and play your favorite tunes.

360°
ROTATION

360° Rotation

360-degree rotation making for a awesome experience wherever else you want to go.

Free Carry Bag

GYROOR hoverboard come with a free carry bag,you can easily carry it outdoors.

BEST GIFT
FOR KIDS

Document title: Amazon.com: Gyroor T581 Hoverboard 6.5" Off Road All Terrain Hoverboard with Bluetooth Speaker and Two-Wheel Self Balancing Hoverboard…
Capture URL: https://www.amazon.com/dp/B07PG8VYBK
Capture timestamp (UTC): Thu, 08 Jul 2021 11:35:37 GMT
Page 2 of 7



**SMARTEST OFF ROAD HOVERBOARD**

This is the smartest hoverboard you can get in the market today as it allows full stability for even the new riders, making it a perfect gift choice and favorite for kids.

## Product details

**Package Dimensions :** 26 x 9.8 x 8.9 inches; 22.25 Pounds
**Batteries :** 1 Lithium ion batteries required. (included)
**Date First Available :** April 28, 2019
**Manufacturer :** Gyroor
**ASIN :** B07PG8VYBK
**Best Sellers Rank:** #49,357 in Sports & Outdoors (See Top 100 in Sports & Outdoors)
#53 in Self Balancing Scooters
**Customer Reviews:**
1,053 ratings

## Videos

Page 1 of 2

**Videos for this product**

2:04
Top Notch Product
QuietClarence

0:40
**Customer Review:** Great Hoverboard and Company
Amazon Customer

0:27
**Customer Review:** $$$$MONEY WELL WORTH SPENT FOLKS!!!
Jennifer Tharpe

0:29
**Customer Review:** Best Hoverboard on the market!
Jacqui

1:07
Gyroor T581 Hoverboard 6.5" Off Road All Terrain Hoverboard wit...
Gyroor

**Videos**

Self Bal
Bluetot
DARIO &

Upload your video

## Products related to this item

Page 1 of 20

Sponsored

Gyroor Warrior 8.5 inch All Terrain Off Road Hoverboard with Bluetooth Speakers...
3,341
$299.00

Gyroor Hoverboard Off Road All Terrian 6.5" Two-Wheel G11 Flash LED Light Self Bala...
390
$199.00

Swagtron Swagboard Outlaw T6 Off-Road Hoverboard - First in The World to Handle Ove...
702
$349.99 prime

TOMOLOO Hoverboard for Kids, Hoverboard for Adult with Bluetooth Speaker and LED Li...
85
$229.99 prime

SISIGAD 8.5" Solid Tires Off Road Hoverboard, All Terrain Self Balancing Scooter wi...
27
$299.99

GYROOR T581 Hoverboard 6.5" Off Road All Terrain Hoverboards with...
725
$279.00

Gyroor Hoverboard Offroad All Terrain Flash Wheel Self Balancing G5 Hoverboards wit...
262
$249.00

Huanuo Dual Monitor Stand - Adjustable Spring Monitor Desk Mount Swivel Vesa Bracket with C Clamp, Grommet...
7,327
$49.99 prime
Add to Cart
Sponsored

## Customer questions & answers

Have a question? Search for answers

6 votes

**Question:** What terrain? Just road or does it go in grass, rocks, etc?

**Answer:** My son rides this On the grass and sidewalks. We haven't tried gravel so not sure about that. I have to say I think it's holding up well and my son likes it. He's 9.
By Amazon Customer on October 15, 2019

Customer questions & answers

Have a question? Search for answers

6 votes
**Question:** What terrain? Just road or does it go in grass, rocks, etc?
**Answer:** My son rides this On the grass and sidewalks. We haven't tried gravel so not sure about that. I have to say I think it's holding up well and my son likes it. He's 9.
By Amazon Customer on October 15, 2019
See more answers (2)

5 votes
**Question:** When the low battery warning goes off and the battery dies, will the machine come to a sudden stop or a gradual stop?
**Answer:** low power will beeping warn you.
By Gyroor SELLER on October 14, 2019

4 votes
**Question:** Which side is the front and which is the back?
**Answer:** any said can be front and back.
By Gyroor SELLER on January 13, 2020
See more answers (1)

4 votes
**Question:** How long does this take to get? I am wanting to order this for my son for Christmas.
**Answer:** Dear friends, normally it needs 3-5 working days to arrive to you, if you like it, if you like it, you can buy it directly, we can sure you will get it before Christmas, thanks.

And our support email is info@gyroorboard.com, if you have any problem, please kindly contact us freely, thanks.
By Magic Hover SELLER on November 28, 2019

See more answered questions (85)

## Customer reviews

4.5 out of 5

1,053 global ratings

| Rating | Percent |
|---|---|
| 5 star | 78% |
| 4 star | 9% |
| 3 star | 3% |
| 2 star | 3% |
| 1 star | 7% |

How are ratings calculated?

### By feature

| Feature | Rating |
|---|---|
| Easy to learn | 4.6 |
| Sturdiness | 4.6 |
| Battery life | 4.5 |

See more

### Review this product

Share your thoughts with other customers

Write a customer review

GEICO
Personalized quotes without lifting a finger — well, maybe just one
GET A QUOTE
Limitations and terms apply.
Sponsored

### Reviews with images

See all customer images

### Read reviews that mention

battery life | hoverboard | highly recommend | son loves | old son | easy to learn | stopped working | easy to use | bought this for 12 year | right away | child mode | self balancing | great hoverboard

Top reviews

### Top reviews from the United States

I Run This Zoo
**Very nice quality and easy to use**
Reviewed in the United States on September 18, 2019
Verified Purchase
The T851 Offroad seems to be a great board so far. It is well built and looks very nice. There are a few different safety features, but I really like being able to adjust the speed limit while learning. It's also pretty neat that the LEDs act as turn signals, that's a nice touch.

It has been very easy for my 13, 11, and 9 year old to use. After a couple of minutes you would think they are pros.

The offroad capabilities are very nice. My son has been driving through the yard both up and down hills and the grass & dirt don't seem to be any problem.

We were very surprised with the bluetooth speaker. It has a very nice rich sound to it and seems just as good of quality as the board itself.

The battery life and charging times seem to be right on par with what is promised. An hour and a half to
Read more
41 people found this helpful
Helpful | Report abuse

Eric L.
**Off-road capable**
Reviewed in the United States on September 23, 2019
Verified Purchase
I am surprised how well this works off-road. My 6yo soon loves cruising all over the driveway as well as dirt trails around the house. He even rode around at a local park where the grass was very bumpy with gophers.

The app could use some work
31 people found this helpful
Helpful | Report abuse

Kevin W.
**Good but not 10mph**
Reviewed in the United States on December 25, 2019
Verified Purchase
They are great but the info on amazon is incorrect. It says 10mph max speed. The manual that comes with it clearly states 7.5mph. That needs to be fixed. That is the main reason I bought this brand was for the speed as they are used for carts. They are slower than our other boards that have a max speed of 7.5.
27 people found this helpful
Helpful | Report abuse

Jen Bee

They are great but the info on amazon is incorrect. It says 10mph max speed. The manual that comes with it clearly states 7.5mph. That needs to be fixed. That is the main reason I bought this brand was for the speed as they are used for carts. They are slower than our other boards that have a max speed of 7.5

27 people found this helpful

Helpful | Report abuse

Jen Bee

★☆☆☆☆ **Charging problems. Now won't turn on.**

Reviewed in the United States on November 8, 2020

**Verified Purchase**

My son was so excited to receive this board. I didn't want to buy a cheap one and thought that if we paid $230 we would get a quality product. My son really likes it, but it is having problems. He would charge it and the charging light wouldn't turn on. So then we would take it to a park and it would run out of battery right away. Today he took it out to a park and now it won't even turn on.

Reading other reviews I am worried that we won't even hear back from the company when we e mail them. It also looks like we will have to ship it back at our own cost if we want it fixed or replaced. We didn't even keep the box, so I don't know how we are going to manage that and how much it will cost.

I'm so disappointed that this product isn't working after only 3 weeks of use.

16 people found this helpful

Helpful | Report abuse

RSE Venner

★★★★★ **Powerful Off-road wheels are AWESOME!**

Reviewed in the United States on May 7, 2020

**Verified Purchase**

I got 2 of these for my 2 boys - knowing they are typical boys who are active and hard on their toys. The hoverboard met and exceeded all our expectations. The app was easy to install and setup was a piece of cake. The 2 modes are useful - child mode and advanced mode...my youngest 7-year old took some time to get used to the speed and control in child mode - before moving up to the advanced mode, with higher speed. The LED lights were a big hit, especially as they could customize their own color. And of course having music playing out the hoverboard speaker was the cherry on top! The offroad wheels are where this hoverboard really shines - along with the strong wheel motors - the offer the biggest advantage over other hoverboards. This allows the wheels to grip and climb pavements and easily traverse grass lawns - and believe me when I say that my boys have thoroughly put them to the test! Compared to previous hoverboard experiences - the battery lasts longer, even when driven hard!
All in all, the hoverboard experience is so much better with this product and I highly recommend it - I'm planning on getting one for myself - after all I'm just a big kid in a grownup body!

17 people found this helpful

Helpful | Report abuse

E.S

★★★★★ **5 star Hoverboard !**

Reviewed in the United States on December 16, 2019

**Verified Purchase**

After a long research I'm Very pleased with the choice of hoverboard:
Very stable (self balancing mode)
Useful app ( you can control the speed and adult mode or children )
Great speakers
Strong lights ( Important when it's dark outside)
Fun to ride

23 people found this helpful

Helpful | Report abuse

Elshay

★★★★★ **Awesome hoverboard, highly worth investing into!**

Reviewed in the United States on March 29, 2020

**Verified Purchase**

Purchased this for my 8 yr old daughters birthday and im pretty happy with the investment. I bought and returned a couple of different hoverboards before settling on this one Because i wanted a good battery life and something adults can ride on as well as kids. This is such an awesome hoverboard, great battery life and it does very well on different terrains. customer service was really quick with responses too. overall extremely happy with the purchase and would highly recommend.

19 people found this helpful

Helpful | Report abuse

Amazon Customer

★★★★☆ **Good product.**

Reviewed in the United States on May 24, 2019

**Verified Purchase** | **Early Reviewer Rewards** (What's this?)

Good product a little in powered for non flat surface it goes but slows down. App to control modes is easy to use and for switching between novice or experienced riders. Over all my son and I love it.

19 people found this helpful

Helpful | Report abuse

**See all reviews ›**

**Inspired by your recent shopping trends**

Page 1 of 14

Gyroor Warrior 8.5 inch | Hover-1 Falcon 1 | CBD All-Terrain | Gyroor Hoverboard Off | VOYAGER Hoverboard | FLYING-ANT | Jetson Flash Self

Gyroor Warrior 8.5 inch All Terrain Off Road Hoverboard with Bluetooth Speakers and LED Lights, UL2272 Certified Self... 3,341 $299.00

Hover-1 Falcon 1 Hoverboard Seat Attachment Turbo Light, Transform Your Hoverboard into Go-Kart 1,110 $79.99 prime FREE Delivery

CBD All-Terrain Hoverboard, Two-Wheel 6.5 inch Self Balancing Hoverboard with Bluetooth and LED... 290 $229.99 prime FREE Delivery

Gyroor Hoverboard Off Road All Terrian 6.5" Two-Wheel G11 Flash LED Light Self Balancing Hoverboards with Bluetooth Music... 390 $199.00

VOYAGER Hoverboard Air Wheel Offroad Electric Hoverboard, Rugged 8.5 Inch All Terrain Wheels, 8.7... 9 $399.99 prime FREE Delivery

FLYING-ANT Hoverboard, 8.5 inch All Terrain Off Road Hoverboard with Bluetooth Speaker and LED Lights for Kids... 42 $299.99

Jetson Flash Self Balancing Hoverboard with Built In Bluetooth Speaker | Includes All Terrain Tires, Reach... 666 $175.19 prime FREE Delivery

Huanuo Dual Monitor Stand - Adjustable ... 7,327 $49.99 prime Add to Cart

Sponsored

**Pages with related products.** See and discover other items: Explore hoverboards for kids, Explore balancing boards for kids

## Explore more items

Page 1 of 2

EverCross Hoverboard Seat Attachment, New Gen Hoverboard Seat with Safety Brake System, Hoverboard... 1,329 $75.00 prime FREE Delivery

WINDEK SUBLUE WhiteShark Mix Underwater Scooter with Action Camera Mount Dual Motor 40M... 81 $699.99 prime FREE Delivery

RIDE SWFT Sonic Hoverboard Self Balancing All Terrain Scooter,10" Off Road Tires, Top Speed of 9... 143 $299.00 prime FREE Delivery

Segway Ninebot S and S-Max Smart Self-Balancing Electric Scooter with LED Light, Powerful and... 1,601 $539.99 prime FREE One-Day

Segway Ninebot Self-Balancing Scooter Kickstand, Folding Portable Kickstand for Ninebot S Black and... 6 $10.99 Prime FREE Delivery Usually ships within 1 to 2...

Razor E300 Electric Scooter - 9" Air-filled Tires, Up to 15 mph and 10 Miles Range 2,070 $254.49 prime FREE Delivery

yabbay Strap and Strap Protector for Hover go Kart 893 8% off $10.99 $11.99 Lowest price in 30 days prime Today by 10PM

Hover-1 Beast Buggy Self-Balancing Scooter Attachment , Black, 35 x 24 x 16.5 654 2 offers from $239.99

Gyroor G2 Hoverboard 8.5" Off Road All Terrain Hoverboards Bluetooth Speaker&Self Balancing Hoverboard with Kart Seat Attachment... 13 $399.00

Gyroor Hoverboard Off Road All Terrian 6.5" Two-Wheel G11 Flash LED Light Self Balancing Hoverboards with Bluetooth Music... 390 $199.00

## Recommended based on your shopping trends

Sponsored

Page 1 of 2

RENPHO Foot Massager Machine with Heat, Shiatsu Deep Kneading, Multi-Level Settings,... 14,693 $129.99 prime

JOLEGE Self Balancing Hoverboard, 6.5" Hoverboards Self Balancing Scooter... 880 $139.99 prime

DOC Electric Smart Self-Balancing Scooter Hoverboard with Built in Bluetooth Speaker LED... 287 $135.00

JOLEGE Hoverboard, 6.5" Two-Wheel Self Balancing Hoverboard - LED Light Wheel... 3,975 $134.99

GYROOR T581 Hoverboard 6.5" Off Road All Terrain Hoverboards with... 725 $279.00

Newest Generation Electric Hoverboard Dual Motors Two Wheels Hoover Board Smart... 2,863 $148.00 prime

SISIGAD Off-Road Hoverboard, 8.5 Inch Hoverboard, Two-Wheel Self Balancing... 27 $299.99

TOMOLOO Music-Rhythmed Hoverboard for Kids and Adult Two-Wheel Self-Balancing... 2,373 $199.99

Gyroor Hoverboard Off Road All Terrian 6.5" Two-Wheel G11 Flash LED Light Self... 390 $199.00

cho New Hoverboard Electric Smart Self Balancing Scooter with Built-in Wireless... 375 $135.00

## Your Browsing History

View or edit your browsing history

Page 1 of 4

Back to top

**Get to Know Us**
Careers
Blog
About Amazon
Sustainability
Press Center
Investor Relations
Amazon Devices

**Make Money with Us**
Sell products on Amazon
Sell apps on Amazon
Become an Affiliate
Become a Delivery Driver
Start a package delivery business
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Make Money with Us

**Amazon Payment Products**
Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon Secured Card
Amazon Business Card
Amazon Business Line of Credit
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter
Promotional Financing

**Let Us Help You**
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help

amazon English United States

Amazon Music Stream millions of songs
Amazon Advertising Find, attract, and engage customers
Amazon Drive Cloud storage from Amazon
6pm Score deals on fashion brands
AbeBooks Books, art & collectibles
ACX Audiobook Publishing Made Easy
Alexa Actionable Analytics for the Web
Sell on Amazon Start a Selling Account
Amazon Business Everything For
Amazon Fresh Groceries & More Right To Your Door
AmazonGlobal Ship Orders Internationally
Home Services Experienced Pros Happiness
Amazon Ignite Sell your original Digital
Amazon Web Services Scalable Cloud

Sponsored

## Explore more items

Page 1 of 2

- EverCross Hoverboard Seat Attachment, New Gen Hoverboard Seat with Safety Brake System, Hoverboard… 1,329 — $75.00 prime FREE Delivery
- WINDEK SUBLUE WhiteShark Mix Underwater Scooter with Action Camera Mount Dual Motor 40M… 81 — $699.99 prime FREE Delivery
- RIDE SWFT Sonic Hoverboard Self Balancing All Terrain Scooter,10" Off Road Tires, Top Speed of 9… 143 — $299.00 prime FREE Delivery
- Segway Ninebot S and S-Max Smart Self-Balancing Electric Scooter with LED Light, Powerful and… 1,601 — $539.99 prime FREE One-Day
- Segway Ninebot Self-Balancing Scooter Kickstand, Folding Portable Kickstand for Ninebot S Black and… 6 — $10.99 Prime FREE Delivery Usually ships within 1 to 2…
- Razor E300 Electric Scooter - 9" Air-filled Tires, Up to 15 mph and 10 Miles Range 2,070 — $254.49 prime FREE Delivery
- yabbay Strap and Strap Protector for Hover go Kart 893 — 8% off $10.99 $11.99 Lowest price in 30 days prime Today by 10PM
- Hover-1 Beast Buggy Self-Balancing Scooter Attachment , Black, 35 x 24 x 16.5 654 — 2 offers from $239.99
- Gyroor G2 Hoverboard 8.5" Off Road All Terrain Hoverboards Bluetooth Speaker&Self Balancing Hoverboard with Kart Seat Attachment… 13 — $399.00
- Gyroor Hoverboard Off Road All Terrian 6.5" Two-Wheel G11 Flash LED Light Self Balancing Hoverboards with Bluetooth Music… 390 — $199.00

## Recommended based on your shopping trends

Sponsored

Page 1 of 2

- RENPHO Foot Massager Machine with Heat, Shiatsu Deep Kneading, Multi-Level Settings,… 14,693 — $129.99 prime
- JOLEGE Self Balancing Hoverboard, 6.5" Hoverboards Self Balancing Scooter… 880 — $139.99 prime
- DOC Electric Smart Self-Balancing Scooter Hoverboard with Built in Bluetooth Speaker LED… 287 — $135.00
- JOLEGE Hoverboard, 6.5" Two-Wheel Self Balancing Hoverboard - LED Light Wheel… 3,975 — $134.99
- GYROOR T581 Hoverboard 6.5" Off Road All Terrain Hoverboards with… 725 — $279.00
- Newest Generation Electric Hoverboard Dual Motors Two Wheels Hoover Board Smart… 2,863 — $148.00 prime
- SISIGAD Off-Road Hoverboard, 8.5 Inch Hoverboard, Two-Wheel Self Balancing… 27 — $299.99
- TOMOLOO Music-Rhythmed Hoverboard for Kids and Adult Two-Wheel Self-Balancing… 2,373 — $199.99
- Gyroor Hoverboard Off Road All Terrian 6.5" Two-Wheel G11 Flash LED Light Self… 390 — $199.00
- cho New Hoverboard Electric Smart Self Balancing Scooter with Built-in Wireless… 375 — $135.00

