# EXHIBIT 28

Case: 1:20-cv-04806 Document #: 329-28 Filed: 07/18/21 Page 2 of 41 PageID #:7577



‹ Back to results



Roll over image to zoom in

# Gyroor G2 Hoverboard 8.5" Off Road All Terrain Hoverboards Bluetooth Speaker&Self Balancing Hoverboard with Kart Seat Attachment UL2272 Certified for Kids & Adults(Black)

Visit the Gyroor Store

2 ratings | 7 answered questions

**Price:** **$399.00**

**Coupon** ⟡ Save an extra $30.00 when you apply this coupon.

Details

Get $50 off instantly: Pay $349.00 $399.00 upon approval for the Amazon Rewards Visa Card. No annual fee.

- 8.5" ALL TERRAIN HOVERBOARD: Powered by 700 watt motors,this self balancing hoverboard use off road tire which has strong adaptablity of all terrains,can master all pavements.You'll feel safe no matter what sort of road you're in.
- HOVER BOARDS WITH APP - This self balancing scooter comes with an efficient app that helps you stay in control, giving you the ability to change modes, check batteries,see the real speed, and adjust speed with ease.
- MATCH WITH COMFORTABLE HOVERBOARD KART SEAT: Safe and comfortable driving with great fun factor. Seat expansion makes the self balance scooter very mobile and fast. Adjustable length from 72cm to 85cm, a hoverkart very suitable for children and adults.
- SELF BALANCI BLUETOOTH SPEAKER : Built-in high ended speaker,outstanding sound quality,connecting with your smart phone easily with much fun. Self-balance switch freely to present you an amazing when riding.NG BOARD – The Self balancing technology used for this hoverboard makes it easier and safe for new riders. Master the art of balancing in minutes!
- SAFEST SELF BALANCING SCOOTER: With UL2272 tested and certified self balancing board & UL2271 battery certified,100% riding testing,all GYROOR hover boards are designed and built to meet the top levels of safety testing,passed CE,RoHS and FCC certifications.If you feel this hoverboard is performing below this promise, feel free to contact us.

Report incorrect product information.

**$399.00**

FREE delivery: **April 21 - May 12**

Fastest delivery: **April 6 - 9**

**In Stock.**

Qty: 1

Add to Cart

Buy Now

🔒 Secure transaction

Ships from   xiangxiang-us
Sold by    xiangxiang-us

Deliver to Arthur - Chicago 60654

Add to List

Share

Have one to sell?

Sell on Amazon



347

Sponsored

2,790

Sponsored

## Inspired by your recent shopping trends








**Longtime All-Terrain Off-Road Hoverboard 8.5" Wheels Electric Self Balancing Scooter Hover Board for Adults and Kids Built-in Bluetooth**
121
$229.00

**VOYAGER Hoverboard Air Wheel Offroad Electric Hoverboard, Rugged 8.5 Inch All Terrain Wheels, 8.7 Miles Per Charge, 9 MPH, 220**
9
$399.99

**EPIKGO Sport Balance Board Self Balance Scooter Balancing Board -UL2272 Certified, All-Terrain 8.5" Racing Wheels, 400W Dual-**
99
$499.99

**Hover-1 Charger Hoverboard Electric Scooter 10 inch Wheels Bluetooth Speaker and LED Lights, Black, 30 x 13 x 11 (H1-COL-BLK)**
74
$248.00

**Jetson Aero All Terrain Hoverboard with LED Lights | Anti Slip Grip Pads | Self Balancing Scooter with Active Balance Technology |**
1,131
$149.99

## 4 stars and above

Sponsored ⓘ








**Hover-1 Chrome Electric Hoverboard Scooter, Gun Metal, 26 x 9.8 x 10**
839
$179.99

**CBD Flash Hoverboard, All Terrain Off Road Two-Wheel 6.5 inch Self Balancing Hoverb...**
225
$199.99

**Hover-1 Chrome 2.0 Hoverboard Electric Scooter, 26 x 9.8 x 10, Blue**
670
$199.99

**Jetson Flash Self Balancing Hoverboard with Built In Bluetooth Speaker | Includes A...**
510
$186.28

**Longtime All-Terrain Off-Road Hoverboard 8.5" Wheels Electric Self Balancing Scoote...**
121
$229.00

## Products related to this item

Sponsored ⓘ

    

| Longtime All-Terrain Off-Road Hoverboard 8.5" Wheels Electric Self Balancing Scoote... | CBD Flash Hoverboard, All Terrain Off Road Two-Wheel 6.5 inch Self Balancing Hoverb... | EPIKGO Self Balancing Scooter Hover Self-Balance Board - UL2272 Certified, All-Terr... | Hover-1 Chrome Electric Hoverboard Scooter, Gun Metal, 26 x 9.8 x 10 | DOC Electric Smart Self-Balancing Hoverboard with Built in Speaker LED Lights Wheel... |
|---|---|---|---|---|
| 121 | 225 | 232 | 839 | 239 |
| $229.00 | $199.99 | $599.99 | $179.99 | $119.00 |

## Special offers and product promotions

- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. **Register a free business account**

## Have a question?

Find answers in product info, Q&As, reviews

Type your question or keyword

## Product details

**Package Dimensions :** 28.5 x 19 x 14 inches; 51.3 Pounds

**Department :** Unisex-adult

**Batteries :** 1 Lithium ion batteries required.

**Date First Available :** December 19, 2020

**Manufacturer :** Gyroor

**ASIN :** B08R23QQT8

**Best Sellers Rank:** #739,677 in Sports & Outdoors (See Top 100 in Sports & Outdoors)
    #506 in Self Balancing Scooters

**Customer Reviews:**
    2 ratings

# Videos

## Videos for related products

| 5:43 | 3:47 | 4:13 | |
|---|---|---|---|
| The 7 Best 3-Wheeled Scooters for Kids | Top 5 Best Self Balancing in 2021 | Top 5 Best Self Balancing Scooter in 2021 | Top 5 Self B 2021 |
| Two Wheeling Tots | Take Best | 5 Best Pro | 5 Best Pro |

Upload your video

### Products related to this item

Sponsored ⓘ







| | | | | |
|---|---|---|---|---|
| Longtime All-Terrain Off-Road Hoverboard 8.5" Wheels Electric Self Balancing Scoote... | Jetson Flash Self Balancing Hoverboard with Built In Bluetooth Speaker | Includes A... | CBD Flash Hoverboard, Two-Wheel 6.5 inch Aluminum Hub Self Balancing Scooter with... | CBD Flash Hoverboard, Two-Wheel 6.5 inch Self Balancing Hoverboard with Bluetooth a... | Hover-1 Chrome Electric Hoverboard Scooter, Gun Metal, 26 x 9.8 x 10 |
| 121 | 510 | 226 | 128 | 839 |
| $229.00 | $186.28 | $249.99 | $199.99 | $179.99 |

204

Sponsored

## Customer Questions & Answers

See questions and answers

---

## Customer reviews

4.5 out of 5

2 global ratings

| | | |
|---|---|---|
| 5 star | | 51% |
| 4 star | | 49% |
| 3 star | | 0% |

Top reviews

### Top review from the United States

 jesse torres

**Awesome lil ride**

Reviewed in the United States on March 2, 2021

Verified Purchase

Case 1:20-cv-04806 Document #: 329-28 Filed: 07/18/21 Page 6 of 41 PageID #:7581

| | |
|---|---|
| 2 star | 0% |
| 1 star | 0% |

How are ratings calculated?

My 9 year old loves the ride, able to go on and off road is a plus. Pretty good speakers, and lights. Kid approved!!!

Helpful    Report abuse

See all reviews ›

27    Shop now

Sponsored

## Brands related to this category on Amazon

Sponsored

Hover-1 Follow the Leader

Shop Hover-1 ›

JETSON

Everyday Scooters and Bikes for Both Kids & Adults

Shop Jetson Electric Bike ›

945    Shop now

Sponsored

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell products on Amazon | Amazon Rewards Visa Signature Cards | Amazon and COVID-19 |
| Blog | Sell apps on Amazon | Amazon.com Store Card | Your Account |
| About Amazon | Become an Affiliate | Amazon Secured Card | Your Orders |
| Sustainability | Advertise Your Products | Amazon Business Card | Shipping Rates & Policies |
| Press Center | Self-Publish with Us | Amazon Business Line of Credit | Amazon Prime |
| Investor Relations | Host an Amazon Hub | Shop with Points | Returns & Replacements |
| Amazon Devices | › See More Make Money with Us | Credit Card Marketplace | Manage Your Content and Devices |
| Amazon Tours | | Reload Your Balance | |
| | | Amazon Currency Converter | |

Amazon Assistant

Help

| English | United States |

| Amazon Music | Amazon Advertising | Amazon Drive | 6pm | AbeBooks | ACX | Alexa |
| Stream millions of songs | Find, attract, and engage customers | Cloud storage from Amazon | Score deals on fashion brands | Books, art & collectibles | Audiobook Publishing Made Easy | Actionable Analytics for the Web |
| Sell on Amazon | Amazon Business | Amazon Fresh | AmazonGlobal | Home Services | Amazon Ignite | Amazon Web Services |
| Start a Selling Account | Everything For Your Business | Groceries & More Right To Your Door | Ship Orders Internationally | Experienced Pros Happiness Guarantee | Sell your original Digital Educational Resources | Scalable Cloud Computing Services |
| Audible | Book Depository | Box Office Mojo | ComiXology | DPReview | East Dane | Fabric |
| Listen to Books & Original Audio Performances | Books With Free Delivery Worldwide | Find Movie Box Office Data | Thousands of Digital Comics | Digital Photography | Designer Men's Fashion | Sewing, Quilting & Knitting |
| Goodreads | IMDb | IMDbPro | Kindle Direct Publishing | Amazon Photos | Prime Video Direct | Shopbop |
| Book reviews & recommendations | Movies, TV & Celebrities | Get Info Entertainment Professionals Need | Indie Digital & Print Publishing Made Easy | Unlimited Photo Storage Free With Prime | Video Distribution Made Easy | Designer Fashion Brands |
| Amazon Warehouse | Whole Foods Market | Woot! | Zappos | Ring | eero WiFi | Neighbors App |
| Great Deals on Quality Used Products | America's Healthiest Grocery Store | Deals and Shenanigans | Shoes & Clothing | Smart Home Security Systems | Stream 4K Video in Every Room | Real-Time Crime & Safety Alerts |
|  | Amazon Subscription Boxes | PillPack | Amazon Renewed | Amazon Second Chance |  |  |
|  | Top subscription boxes – right to your door | Pharmacy Simplified | Like-new products you can trust | Pass it on, trade it in, give it a second life |  |  |

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2021, Amazon.com, Inc. or its affiliates

Deliver to Arthur
Chicago 60654
All
Hello, Ar…
Account
Returns
& Orders
0

All Prime Video Arthur's Amazon.com Customer Service Prime Buy Again Best Sellers Spring clean with low prices

3,192

Sponsored

‹ Back to results

VIDEO

Roll over image to zoom in

# Gyroor Swift Hoverboard Self Balancing Hoverboard with Music Speaker LED Lights, 6.5 inch Two-Wheel Hoverboard with UL2272 Certificated

Visit the Gyroor Store
587 ratings
| 52 answered questions

Price: $169.00
Coupon Save an extra $20.00 when you apply this coupon.
Details

Get $50 off instantly: Pay $119.00 ~~$169.00~~ upon approval for the Amazon Rewards Visa Card. No annual fee.

Color: **black**

- SMART APP CONTROLLED - This self balancing scooter comes with an efficient app that helps you stay in control, giving you the ability to change modes, check batteries, see the real speed, Changing led light colors and adjust speed with ease.
- FOR ALL RIDERS - Coming with 2 modes, the children mode makes this hover board easy to control for a first-timer or a kid rider. While its adult mode allows expert riders easily perform hoverboard tricks.
- MUSIC SPEAKER INCLUDED - For the music lovers, the Gyroor Swift spots a built-in branded high quality music speaker that allows you play music when riding the hoverboard.
- SELF BALANCING BOARD - We have adopted the self balancing technology to make this hoverboard easier and safer for new riders. Perfect your balancing with a full rest of mind!
- SAFETY CERTIFIED - This UL2272 certified hover board has passed strict electrical and safety test to protect charging and rides. If you feel this hoverboard is not performing to standard, feel free to contact us

Report incorrect product information.

$169.00

FREE delivery: **April 21 - May 12**

Fastest delivery: **April 6 - 9**

In Stock.

Qty: 1

Add to Cart

Buy Now

Secure transaction

Ships from xiangxiang-us
Sold by xiangxiang-us

Deliver to Arthur - Chicago 60654

Add to List

Share

Have one to sell?
Sell on Amazon

2,790

Sponsored

2,790

Sponsored



## Inspired by your recent shopping trends









SISIGAD Off Road Hover Board, 8.5 Inch Hoverboard, Two-Wheel Self Balancing Hoverboard Electric Scooter All Terrain
11
$668.00

Hover-1 Ultra Electric Self-Balancing Hoverboard Scooter
1,831
#1 Best Seller in Self Balancing Scooters
$179.00

Hover-1 Chrome 2.0 Hoverboard Electric Scooter
671
$199.99

TOMOLOO Hoverboard with Bluetooth Speaker UL2272 Certified Self Balancing Electric Scooter 6.5" Two-Wheel Hover Boards with LED Lights for Kids and Adult
181

CBD Flash Hoverboard,All Terrain Off Road Two-Wheel 6.5 inch Self Balancing Hoverboard with Bluetooth and LED
228
$199.99

## Products related to this item

Sponsored ⓘ












Hover-1 Chrome Electric Hoverboard Scooter, Gun Metal, 26 x 9.8 x 10
839
$179.99

CBD Bluetooth Hoverboard for Kids, 6.5 Inch Two Wheel Hoverboard, Self…
988
$154.99

CBD Flash Hoverboard, All Terrain Off Road Two-Wheel 6.5 inch Self Balancing Hoverb…
225
$199.99

UNI-SUN 6.5" Hoverboard for Kids, Two Wheel Self Balancing Hoverboard…
1,489
$139.99

Newest Generation Electric Hoverboard Dual Motors Two Wheels Hoover Board Smart…
2,563
$119.00

## 4 stars and above

Sponsored ⓘ











DOC Electric Smart Self-Balancing Hoverboard with Built in Speaker LED Lights Wheel…
239
$119.00

UNI-SUN Bluetooth Hoverboard for Kids, 6.5" Two-Wheel Self Balancing Hoverboard…
769
$144.99

Hover-1 Chrome Electric Hoverboard Scooter, Gun Metal, 26 x 9.8 x 10
839
$179.99

CBD Bluetooth Hoverboard for Kids, 6.5 Inch Two Wheel Hoverboard, Self…
988
$154.99

UNI-SUN Bluetooth Hoverboard for Kids, 6.5 Inch Self Balancing Hoverboards with Blu…
589
$154.99

## Special offers and product promotions

- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. **Register a free business account**

# Have a question?

Case 1:20-cv-04866 Document #: 32-38 Filed: 07/13/21 Page 10 of 41 PageID #:7585

Find answers in product info, Q&As, reviews

| Type your question or keyword |
|---|

---

## Product Description

Are you looking for the safest hoverboard to get around the world? This GYROOR Swift T580 Hoverboard is exactly what you are looking for!

GYROOR focuses on providing high quality, high safety product and best service to riders, all products are strictly related to the safety tests. With high-tech electric, anti-fire shell protection, and UL certified that make T580 absolutely safe and harmless for all riders.

### GYROOR's committed to make rider's life more comfortable and convenient.

Dual shinny wheels design, easy to control your balance, move forward or backward by your body posture. Ride on premium self balancing GYROOR Swift T580 hoverboard, Ride with your Dream!

### Colorful LED Lights

Bright LED headlights and flashing wheels are super fun, is also a signal of protecting yourself that makes you feel safe in dark, illuminate your evening journeys.For the hoverboard enthusiasts,the LED flashing lights would make the hoverboard be cool device.

- Water Resistant: IP54
- Max Load: 220 Pounds
- Motor: 250W*2 Motors
- Frame Material: Aluminum
- Charging Time: 1.5 to 2 Hours
- LED Lights: Colors Adjustable by APP
- Distance on Full Charge: 5~7.5 Miles
- Safety : UL 2272 Certified Hoverboard

### Powerful Battery

Using the certified lithium-ion Battery, provides T580 more powerful. The smart battery system provides battery long life time and more reliable quality for the rider.With UL certified charger, it's safe and fast charging on the hoverboard.

- Net Weight: 15.8 Pounds.
- Max Speed: 8 Miles/Hour
- Max Climbing Angle: 15-30°
- Tires: 6.5 inch Rubber Tires
- Driving Mode: Adjustable Speeds by App
- Bluetooth Speaker: Pro Bluetooth Speaker
- Charging Voltage: AC100 to 240V/50-60Hz
- Lithium-Ion Battery: Removable 2.0Ah/36V
- Product Dimensions: 26 Inch x 9 Inch X 8.86 Inch

### App Enable

With GYROOR App, you can change different led lights, adjust riding speed, check battery life, set adults or children mode, switch self balancing mode, analyses fault and on/off setting, anywhere and anytime.

### Music Speaker

Built-in powerful speaker, easily connect your smart phone or any bluetooth devices. As a music lover, riding with your favorite music, you and your hoverboard will be the most focus one!

### Sturdy & Durable

Adopting advanced motherboard system and nature rubber tires, ensure T580 can run smoothly and steadily. With powerful self-balancing feature, you can easily control and happily ride on it. Enjoy the most stable riding and balancing experience!

Amazon.com Gyroor T580 Hoverboard Self Balancing Scooter with Music/Speaker & LED Lights, 6.5 Inch Magnetic Electric Scooter for K…

## Fantastic and Best Gift Choice for Every Family!

GYROOR Swift T580, is the most perfect gift for every occasion and the best gift choice to your kids and family. Enjoying outdoor life with your family and friends!

## Product details

Color: **black**

**Is Discontinued By Manufacturer :** No

**Item Weight :** 26.5 Pounds

**Batteries :** 20 Lithium ion batteries required.

**Date First Available :** April 10, 2018

**Manufacturer :** Gyroor

**ASIN :** B07C3C861F

**Best Sellers Rank:** #265,193 in Sports & Outdoors (See Top 100 in Sports & Outdoors)
#220 in Self Balancing Scooters

**Customer Reviews:**
587 ratings

# Videos

### Videos for this product

| | | | |
|---|---|---|---|
| 3:33 | 4:19 | 1:15 | |
| **Customer Review: Light and sleek. Rated up to 265 ibs.** | Gyroor T580 Hoverboard Self Balancing Scooter with Music… | Gyroor Swift Hoverboard Self Balancing Hoverboard with Musi… | **Customer R** |
| Teach1 | Amol Bhavsar | Merchant Video | Sweety |

Upload your video

## Products related to this item

Sponsored ⓘ











| Hover-1 Chrome Electric Hoverboard Scooter, Gun Metal, 26 x 9.8 x 10 | Beston Sports Newest Generation Electric Hoverboard Dual Motors Two Wheels Hoover B… | Hoverboard for Kids Two-Wheel Self Balancing Hoverboards | Hover-1 Chrome 2.0 Hoverboard Electric Scooter, 26 x 9.8 x 10, Blue | CBD Flash Hoverboard, All Terrain Off Road Two-Wheel 6.5 inch Self Balancing Hoverb… |
|---|---|---|---|---|
| 839 | 2,563 | 813 | 670 | 225 |
| $179.99 | $148.00 | $144.99 | $199.99 | $199.99 |

4/1/2021　　Amazon.com: Gyroor Hoverboard UL 2272 Certified, All Terrain 6.5" Off-Road Self Balancing Scooter with Music Speaker & LED Flashing Lights for K...

Case 1:20-cv-04906 Document #: 328-39 Filed: 07/19/21 Page 12 of 41 PageID #:7587

204

Sponsored

## Customer Questions & Answers

See questions and answers

## Customer reviews

4.6 out of 5

587 global ratings

| | | |
|---|---|---|
| 5 star | | 82% |
| 4 star | | 8% |
| 3 star | | 3% |
| 2 star | | 1% |
| 1 star | | 6% |

How are ratings calculated?

### Reviews with images

    

See all customer images

 Top reviews

### Top reviews from the United States

Teach1

**Light and sleek. Rated up to 265 ibs.**

Reviewed in the United States on December 26, 2018

Color: black　　**Verified Purchase**

 Light and sleek. Rated 265 ibs. We bought this and a H1 and so far like this one better. It is easier to handle with one handed lifting if you are strong as the middle is smaller. The charger is very similar to the H1. This is only a initial review.

So after a month the unit still works but the plastic hubs are showing some damage and some plastic pieces are rattling around inside. We havnt been gentle with it though ;).

4/1/2021 Amazon.com: Gyroor Hoverboard Two Wheel Balancing Scooter with Music Speaker Bluetooth & LED Lights Flash 6.5 inch UL Hoverboard Electric Scooter for K...

Case 1:20-cv-04866 Document #: 328-38 Filed: 07/13/21 Page 13 of 41 PageID #:7588



634

Shop now

Sponsored

39 people found this helpful

Helpful    Report abuse

 Eric Helton

**Great value, great experience so far**
Reviewed in the United States on March 10, 2020
Color: pink    Verified Purchase

I did allot of research on hoverboards. What I found was every single one has a few reviews of people saying their's was defective or did nothing but beep. Basically I took a leap of faith guided by my 6 year old daughter's simple request for pink. I have now had this Gyroor for a week and I am very happy with the purchase thus far. First, my daughter loves it and was zipping around all over the place in no time. The lights are bright and colorful. The app is easy to pair and use. I put it in child mode and limited the speed in minutes. It can support 220lbs according to the manual which should make it big brother survivable. Battery life has been excellent and the charge time of 2-3 hours is quicker than I expected. So far my only nit-pick would be I think the cosmetics of the plastic body could be scratched up and gouged pretty easily. But it does feel like a solid piece of machinery. That it comes with a bag is really nice. At this point I feel like I hit the sweet spot of not going too cheap while keeping the price reasonable for a 6 year old. I'll update in a couple months

19 people found this helpful

Helpful    Report abuse

 Sa

**Great quality**
Reviewed in the United States on August 16, 2020
Color: black    Verified Purchase

This is a very good quality and well made hoverboard. Right out of the box it was charged enough to test it and only thing I had to do is reset it once. It was difficult to get confidence to ride on it in the beginning but in an hour with practice my kids could ride it forward and backward and spin indoors. It self balanced which is great and if you go on high speed set in app then it beeps. Bluetooth connection is easy and speakers sound is awesome.

Charger has red and green light to know easily if it is charging. The bag also comes along with for carrying but it is heavy product for kids to carry. The lights on the wheels looks pretty in the night. I cannot comment too much on the battery life since we are pretty new at it but we charge is once a day and kids are using in indoors for good amount of time. That makes us all happy. I would recommend it to anyone.



6 people found this helpful

Helpful    Report abuse

 Tatyanna Curtis

**Best Christmas present ever!!!**
Reviewed in the United States on January 7, 2019
Color: pink    Verified Purchase

Bought this for my 11 yr old daughter for Christmas. She loves it. All her friends got one too and paid about the same price but hers is cooler than them all. The Bluetooth speaker works great and is very loud. She jumped on and became a pro in about 15 minutes.

20 people found this helpful

Helpful    Report abuse

Tina

**Battery is not so good!**
Reviewed in the United States on April 15, 2019
Color: black    Verified Purchase

Battery didn't last more then 30 minutes. Got the item replaced and had the same problem.
The company was quick to resolve thing but only refunded to amazon account not to original
payment method. I should also mention when it stops working or dies unexpectedly it comes
to a complete stop. Making the rider go flying!

12 people found this helpful

Helpful    Report abuse

Suresh

**Super cool pro**
Reviewed in the United States on February 23, 2019
Color: black    Verified Purchase

I was wondering how my 6 year kid will ride this as this was his first time . Just in10 minutes
he rode and became a champ in next 10 minutes.. the product looks super cool

20 people found this helpful

Helpful    Report abuse

Kat

**Good product!**
Reviewed in the United States on January 21, 2019
Color: pink    Verified Purchase

Perfect for my 11 year old daughter...takes a lot of practice but she really enjoys it!

16 people found this helpful

Helpful    Report abuse

Amazon Customer

**GREAT PRODUCT, GREAT PRICE, FAST SHIPPING!**
Reviewed in the United States on January 16, 2019
Color: pink    Verified Purchase

Got this for my granddaughter for Christmas! After setting it up to her mother's phone, it took
a couple of days and learning beside something to hold on to while getting the feel of things.
(of course we had a few laughs at her dad's expense) She is now scooting around as well as she
rides her bicycle. She is having a blast! The slower learning feature was perfect for her to use
until she got the hang of riding it.

12 people found this helpful

Helpful    Report abuse

**See all reviews ›**

**Customers who bought this item also bought**

142

Shop now

Sponsored

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell products on Amazon | Amazon Rewards Visa Signature Cards | Amazon and COVID-19 |
| Blog | Sell apps on Amazon | Amazon.com Store Card | Your Account |
| About Amazon | Become an Affiliate | Amazon Secured Card | Your Orders |
| Sustainability | Advertise Your Products | Amazon Business Card | Shipping Rates & Policies |
| Press Center | Self-Publish with Us | Amazon Business Line of Credit | Amazon Prime |
| Investor Relations | Host an Amazon Hub | Shop with Points | Returns & Replacements |
| Amazon Devices | › See More Make Money with Us | Credit Card Marketplace | Manage Your Content and Devices |
| Amazon Tours | | Reload Your Balance | Amazon Assistant |
| | | Amazon Currency Converter | Help |

English          United States

| | | | | | | |
|---|---|---|---|---|---|---|
| Amazon Music Stream millions of songs | Amazon Advertising Find, attract, and engage customers | Amazon Drive Cloud storage from Amazon | 6pm Score deals on fashion brands | AbeBooks Books, art & collectibles | ACX Audiobook Publishing Made Easy | Alexa Actionable Analytics for the Web |
| Sell on Amazon Start a Selling Account | Amazon Business Everything For Your Business | Amazon Fresh Groceries & More Right To Your Door | AmazonGlobal Ship Orders Internationally | Home Services Experienced Pros Happiness Guarantee | Amazon Ignite Sell your original Digital Educational Resources | Amazon Web Services Scalable Cloud Computing Services |
| Audible Listen to Books & Original Audio Performances | Book Depository Books With Free Delivery Worldwide | Box Office Mojo Find Movie Box Office Data | ComiXology Thousands of Digital Comics | DPReview Digital Photography | East Dane Designer Men's Fashion | Fabric Sewing, Quilting & Knitting |
| Goodreads Book reviews & recommendations | IMDb Movies, TV & Celebrities | IMDbPro Get Info Entertainment Professionals Need | Kindle Direct Publishing Indie Digital & Print Publishing Made Easy | Amazon Photos Unlimited Photo Storage Free With Prime | Prime Video Direct Video Distribution Made Easy | Shopbop Designer Fashion Brands |
| Amazon Warehouse Great Deals on Quality Used Products | Whole Foods Market America's Healthiest Grocery Store | Woot! Deals and Shenanigans | Zappos Shoes & Clothing | Ring Smart Home Security Systems | eero WiFi Stream 4K Video in Every Room | Neighbors App Real-Time Crime & Safety Alerts |
| | Amazon Subscription Boxes Top subscription boxes – right to your door | PillPack Pharmacy Simplified | Amazon Renewed Like-new products you can trust | Amazon Second Chance Pass it on, trade it in, give it a second life | | |

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2021, Amazon.com, Inc. or its affiliates

Deliver to Arthur
Chicago 60654

All

Hello, Ar…
Account

Returns
& Orders

0

All | Prime Video | Arthur's Amazon.com | Customer Service | Prime | Buy Again | Best Sellers

Spring clean with low prices

99

Sponsored

‹ Back to results

VIDEO

Roll over image to zoom in

# Gyroor T581 Hoverboard 6.5" Off Road All Terrain Hoverboard with Bluetooth Speaker and Two-Wheel Self Balancing Hoverboard with UL2272 Certified (Blue)

Visit the Gyroor Store

957 ratings

| 87 answered questions

Price: $229.00

Coupon Save an extra $25.00 when you apply this coupon.
Details

Get $50 off instantly: Pay $179.00 ~~$229.00~~ upon approval for the Amazon Rewards Visa Card. No annual fee.

- 6.5" ALL TERRAIN HOVERBOARD - Powered by 600 watt motors,this self balancing hoverboard use off road tire which has strong adaptablity of all terrains,can master all pavements.You'll feel safe no matter what sort of road you're in.
- HOVERBOARDS WITH APP - This self balancing scooter comes with an efficient app that helps you stay in control, giving you the ability to change modes, check batteries,see the real speed,adjust speed with ease.
- FOR ALL RIDERS - Coming with 2 modes, the children mode makes this hoverboard easy to control for a first-timer or a kid rider. While its adult mode allows expert riders easily perform hoverboard tricks.
- MUSIC SPEAKER INCLUDED - For the music lovers, the Gyroor Swift spots a built-in branded high quality music speaker that allows you play music when riding the hoverboard.
- SAFEST SELF BALANCING SCOOTER - With UL2272 tested and certified self balancing hoverboard & UL2271 battery certified,100% riding testing,all GYROOR hoverboards are designed and built to meet the top levels of safety testing,passed CE,RoHS and FCC certifications.

Report incorrect product information.

$229.00

FREE delivery: **April 21 - May 12**

Fastest delivery: **April 6 - 9**

In Stock.

Qty: 1

Add to Cart

Buy Now

Secure transaction

Ships from xiangxiang-us
Sold by xiangxiang-us

Deliver to Arthur - Chicago 60654

Add to List

Share

Have one to sell?

Sell on Amazon

36

Sponsored

2,790

Sponsored



## Products related to this item

Sponsored ⓘ

Page 1 of 41

    

Hover-1 Titan Electric Self-Balancing Hoverboard Scooter with 10" Tires, Rose Gold
1,343
$249.99

Hover-1 Chrome Electric Hoverboard Scooter, Gun Metal, 26 x 9.8 x 10
839
$179.99

Hover-1 Chrome 2.0 Hoverboard Electric Scooter, 26 x 9.8 x 10, Blue
670
$199.99

CBD Flash Hoverboard, Two-Wheel 6.5 inch Self Balancing Hoverboard with Bluetooth a...
128
$199.99

RIDE SWFT Sonic Hoverboard Self Balancing Scooter, Buil for Speed, Distance,...
99
$299.00

## 4 stars and above

Sponsored ⓘ

    

Hover-1 Titan Electric Self-Balancing Hoverboard Scooter with 10" Tires, Rose Gold
1,343
$249.99

Hover-1 Chrome Electric Hoverboard Scooter, Gun Metal, 26 x 9.8 x 10
839
$179.99

RIDE SWFT Sonic Hoverboard Self Balancing Scooter, Built for Speed, Distance,...
99
$299.00

CBD Flash Hoverboard, All Terrain Off Road Two-Wheel 6.5 inch Self Balancing Hoverb...
225
$199.99

Hover-1 Chrome 2.0 Hoverboard Electric Scooter, 26 x 9.8 x 10, Blue
670
$199.99

## Customers who bought this item also bought

    

Hover-1 Buggy Attachment for Transforming Hoverboard Scooter into Go-Kart
5,676
$70.00

Gyroor Warrior 8.5 inch All Terrain Off Road Hoverboard with Bluetooth Speakers and LED Lights, UL2272 Certified Self Balancing
3,046
1 offer from $299.00

Hiboy HC-01 Hoverboard Kart Seat Attachment Accessory for 6.5" 8" 10" Two Wheel Self Balancing Scooter
1,573
$89.99

CBD Flash Hoverboard,All Terrain Off Road Two-Wheel 6.5 inch Self Balancing Hoverboard with Bluetooth and LED
228
$199.99

Hover-1 Falcon 1 Hoverboard Seat Attachment Turbo Light, Transform Your Hoverboard into Go-Kart
946
$79.99

## Special offers and product promotions

- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. **Register a free business account**

4/1/2021    Amazon.com: Gyroor 8000 Hoverboards - Off Road - All Terrain Hoverboard with Bluetooth Speaker and FWheel Self Balancing Hove...

Case 1:20-cv-04866 Document # 829-08 Filed: 07/13/21 Page 18 of 41 PageID #:7593

# Have a question?

Find answers in product info, Q&As, reviews

Type your question or keyword

## Product Description

**Safe Battery With UL 2272 certified**

GYROOR self balance hoverboard pass all the necessary CE/ Rohs /FCC certified, and battery with UL2272 which can ensure every part is completely safe won't go on fire and protect user's safety.

- UL Certificate Number 20181107-E490910

*What's in the box?*

1x Gyroor Hoverboard

1x Adaptor

1x User Manual

1x Carry Case

## Specification:

Motor: 300W * 2

Maximum speed: 10 mph

Charging time: 1.5 to 2 hours

Full charge distance: 3.75~7.5 miles

Safety: UL 2272 certified Hoverboard

Waterproof: IP54

Maximum load: 44-220 pounds

Frame material: metal and aluminum

Driving mode: App adjustable speed

Bluetooth Speakers                    360° Rotation                         Free Carry Bag

Built-in Bluetooth speaker allow you to enjoy the music while riding and play your favorite tunes.

360-degree rotation making for a awesome experience wherever else you want to go.

GYROOR hoverboard come with a free carry bag,you can easily carry it outdoors.

## SMARTEST OFF ROAD HOVERBOARD

This is the smartest hoverboard you can get in the market today as it allows full stability for even the new riders, making it a perfect gift choice and favorite for kids.

---

### Product details

**Package Dimensions :** 26.3 x 9.5 x 9.3 inches; 22.3 Pounds

**Batteries :** 1 Lithium ion batteries required. (included)

**Date First Available :** April 28, 2019

**Manufacturer :** Gyroor

**ASIN :** B07PG8VYBK

**Best Sellers Rank:** #196,472 in Sports & Outdoors (See Top 100 in Sports & Outdoors)
 #179 in Self Balancing Scooters

**Customer Reviews:**
 957 ratings

## Videos

### Videos for this product



2:04

Top Notch Product

QuietClarence

0:32

Gyroor T581 Hoverboard 6.5" Off Road All Terrain Hoverboard wit…

HOVER-1

1:07

Gyroor T581 Hoverboard 6.5" Off Road All Terrain Hoverboard wit…

Gyroor

CXMScoote…

Leanna

[ Upload your video ]

---

### Products related to this item

Sponsored ⓘ







Jetson Flash Self Balancing Hoverboard with Built In Bluetooth Speaker | Includes A…
510
**$186.28**

Hover-1 Chrome Electric Hoverboard Scooter, Gun Metal, 26 x 9.8 x 10
839
**$179.99**

Hover-1 Titan Electric Self-Balancing Hoverboard Scooter with 10" Tires, Rose Gold
1,343
**$249.99**

Hover-1 Chrome 2.0 Hoverboard Electric Scooter, 26 x 9.8 x 10, Blue
670
**$199.99**

RIDE SWFT Sonic Hoverboard Self Balancing Scooter, Built for Speed, Distance,…
99
**$299.00**

Case 1:20-cv-04806 Document # 829-09 Filed: 07/13/21 Page 20 of 41 PageID #:7595

**Customer Questions & Answers**

See questions and answers

## Customer reviews

4.5 out of 5

957 global ratings

| | | |
|---|---|---|
| 5 star | | 78% |
| 4 star | | 10% |
| 3 star | | 2% |
| 2 star | | 3% |
| 1 star | | 7% |

How are ratings calculated?



542

Shop now

Sponsored

### Reviews with images

  

See all customer images

Top reviews

### Top reviews from the United States

 I Run This Zoo

**Very nice quality and easy to use**

Reviewed in the United States on September 18, 2019

**Verified Purchase**

The T851 Offroad seems to be a great board so far. It is well built and looks very nice. There are a few different safety features, but I really like being able to adjust the speed limit while learning. It's also pretty neat that the LEDs act as turn signals, that's a nice touch.

It has been very easy for my 13, 11, and 9 year old to use. After a couple of minutes you would think they are pros.

The offroad capabilities are very nice. My son has been driving through the yard both up and down hills and the grass & dirt don't seem to be any problem.

We were very surprised with the bluetooth speaker. It has a very nice rich sound to it and seems just as good of quality as the board itself.

Read more

38 people found this helpful

Helpful    Report abuse

 Eric L.

**Off-road capable**

Reviewed in the United States on September 23, 2019

4/1/2021    Amazon.com: Gyroor Warrior 8.5" All Terrain Hoverboard with Music Speaker and LED Lights, UL2272 Certified Self Balancing Hove…

Case 1:20-cv-04866 Document #: 829-08 Filed: 07/13/21 Page 21 of 41 PageID #:7596

**Verified Purchase**

I am surprised how well this works off-road. My 6yo soon loves cruising all over the driveway as well as dirt trails around the house. He even rode around at a local park where the grass was very bumpy with gophers.

The app could use some work

28 people found this helpful

[ Helpful ]    Report abuse

 Kevin W.

**Good but not 10mph**

Reviewed in the United States on December 25, 2019

**Verified Purchase**

They are great but the info on amazon is incorrect. It says 10mph max speed. The manual that comes with it clearly states 7.5mph. That needs to be fixed. That is the main reason I bought this brand was for the speed as they are used for carts. They are slower than our other boards that have a max speed of 7.5.

24 people found this helpful

[ Helpful ]    Report abuse

 RSE Venner

**Powerful Off-road wheels are AWESOME!**

Reviewed in the United States on May 7, 2020

**Verified Purchase**

I got 2 of these for my 2 boys - knowing they are typical boys who are active and hard on their toys. The hoverboard met and exceeded all our expectations. The app was easy to install and setup was a piece of cake. The 2 modes are useful - child mode and advanced mode...my youngest 7-year old took some time to get used to the speed and control in child mode - before moving up to the advanced mode, with higher speed. The LED lights were a big hit, especially as they could customize their own color. And of course having music playing out the hoverboard speaker was the cherry on top! The offroad wheels are where this hoverboard really shines - along with the strong wheel motors - the offer the biggest advantage over other hoverboards. This allows the wheels to grip and climb pavements and easily traverse grass lawns - and believe me when I say that my boys have thoroughly put them to the test!
Compared to previous hoverboard experiences - the battery lasts longer, even when driven hard!
All in all, the hoverboard experience is so much better with this product and I highly recommend it - I'm planning on getting one for myself - after all I'm just a big kid in a grownup body!

16 people found this helpful

[ Helpful ]    Report abuse

 Elshay

**Awesome hoverboard, highly worth investing into!**

Reviewed in the United States on March 29, 2020

**Verified Purchase**

Purchased this for my 8 yr old daughters birthday and im pretty happy with the investment. I bought and returned a couple of different hoverboards before settling on this one Because i wanted a good battery life and something adults can ride on as well as kids. This is such an awesome hoverboard, great battery life and it does very well on different terrains. customer service was really quick with responses too. overall extremely happy with the purchase and would highly recommend.

18 people found this helpful

[ Helpful ]    Report abuse

 Efrat S

**5 star Hoverboard !**

4/1/2021 Amazon.com: Gyroor 8.5" Off Road All Terrain Hoverboard with Bluetooth Speaker and Flashing Wheels Self Balancing Hove…

Case 1:20-cv-04866 Document # 829-28 Filed: 07/13/21 Page 22 of 41 PageID #:7597

Reviewed in the United States on December 16, 2019

**Verified Purchase**

After a long research I'm Very pleased with the choice of hoverboard:
Very stable (self balancing mode)
Useful app ( you can control the speed and adult mode or children )
Great speakers
Strong lights ( Important when it's dark outside)
Fun to ride

21 people found this helpful

Helpful    Report abuse

Xgate

**Awesome!**

Reviewed in the United States on June 2, 2020

**Verified Purchase**

This T581 is fantastic! Very nice build quality, came in a nice package and is clearly a well made product. Bought this for my daughter who just turned 8. Perfect size for her. In child mode she was able to get going in our living room in under 5 minutes and in 15 she seemed like a pro.
The app is not great but it is completely functional and connects (Bluetooth) without issue. Some reviewers seemed to have issues connecting but the app scans and lists all available Bluetooth devices - as long as you pick the gyroor unit it connects instantly.
This is a great starter hoverboard, with lots of room for her to grow with it. The app has a max speed setting that lets you nerf the thing so they can maintain control. Upping this limit will be sure to add to the enjoyment, and of course taking it out of child mode (so it no longer self-levels) will open a ton of new options.
Highly recommend this product!

13 people found this helpful

Helpful    Report abuse

Amazon Customer

**Good product.**

Reviewed in the United States on May 24, 2019

**Verified Purchase**    **Early Reviewer Rewards**  (What's this?)

Good product a little in powered for non flat surface it goes but slows down. App to control modes is easy to use and for switching between novice or experienced riders. Over all my son and I love it.

19 people found this helpful

Helpful    Report abuse

**See all reviews** ›

**More items to explore**

Case 1:20-cv-04866 Document # 829-08 Filed: 07/13/21 Page 23 of 41 PageID #:7599





**ASURION 2 Year Sporting Goods Protection Plan $200-249.99**

$24.99

2,730

**Hover-1 Buggy Attachment for Transforming Hoverboard Scooter into Go-Kart**

$70.00

5,676

**Hover Hoverboard Electric Scooter**

$224.99

1,977

**Hiboy HC-01 Hoverboard Kart Seat Attachment Accessory for 6.5" 8" 10" Two Wheel Self Balancing Scooter**

$89.99

1,573

**ASURION 2 Year Sporting Goods Protection Plan $250-$299.99**

$24.99

1,146

142

Shop now

Sponsored

**Pages with related products.** See and discover other items: Explore hoverboards for kids, Explore balancing boards for kids

Back to top

**Get to Know Us**

Careers

Blog

About Amazon

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Tours

**Make Money with Us**

Sell products on Amazon

Sell apps on Amazon

Become an Affiliate

Advertise Your Products

Self-Publish with Us

Host an Amazon Hub

› See More Make Money with Us

**Amazon Payment Products**

Amazon Rewards Visa Signature Cards

Amazon.com Store Card

Amazon Secured Card

Amazon Business Card

Amazon Business Line of Credit

Shop with Points

Credit Card Marketplace

Reload Your Balance

Amazon Currency Converter

**Let Us Help You**

Amazon and COVID-19

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Amazon Assistant

Help

English

United States

Amazon Music
Stream millions of songs

Amazon Advertising
Find, attract, and engage customers

Amazon Drive
Cloud storage from Amazon

6pm
Score deals on fashion brands

AbeBooks
Books, art & collectibles

ACX
Audiobook Publishing Made Easy

Alexa
Actionable Analytics for the Web

Sell on Amazon
Start a Selling Account

Amazon Business
Everything For Your Business

Amazon Fresh
Groceries & More Right To Your Door

AmazonGlobal
Ship Orders Internationally

Home Services
Experienced Pros Happiness Guarantee

Amazon Ignite
Sell your original Digital Educational Resources

Amazon Web Services
Scalable Cloud Computing Services

Audible
Listen to Books & Original Audio Performances

Book Depository
Books With Free Delivery Worldwide

Box Office Mojo
Find Movie Box Office Data

ComiXology
Thousands of Digital Comics

DPReview
Digital Photography

East Dane
Designer Men's Fashion

Fabric
Sewing, Quilting & Knitting

Goodreads

IMDb

IMDbPro

Kindle Direct

Amazon Photos

Prime Video

Shopbop

4/1/2021  Amazon.com: Gyroor-Hoverboard Documents #Off-Based Offerfle Hoverboard with Bluetooth Speaker and Two-Wheel Self Balancing Hove…

Case 1:20-cv-04866 Document # 829-08 Filed 07/13/21 Page 24 of 41 PageID #:7599

| Book reviews & recommendations | Movies, TV & Celebrities | Get Info Entertainment Professionals Need | Publishing Indie Digital & Print Publishing Made Easy | Unlimited Photo Storage Free With Prime | Direct Video Distribution Made Easy | Designer Fashion Brands |
|---|---|---|---|---|---|---|
| Amazon Warehouse Great Deals on Quality Used Products | Whole Foods Market America's Healthiest Grocery Store | Woot! Deals and Shenanigans | Zappos Shoes & Clothing | Ring Smart Home Security Systems | eero WiFi Stream 4K Video in Every Room | Neighbors App Real-Time Crime & Safety Alerts |
|  | Amazon Subscription Boxes Top subscription boxes – right to your door | PillPack Pharmacy Simplified | Amazon Renewed Like-new products you can trust | Amazon Second Chance Pass it on, trade it in, give it a second life |  |  |

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2021, Amazon.com, Inc. or its affiliates



Deliver to Arthur
Chicago 60654    All ▾

Hello, Ar...
Account ▾    Returns
& Orders    0

All    Prime Video    Arthur's Amazon.com    Customer Service    Prime ▾    Buy Again    Best Sellers    Spring clean with low prices

6,670

Sponsored

‹ Back to results

Roll over image to zoom in

1 Hoverboard 6.5"
Terrain
with Bluetooth
Lights Two-Wheel
Hoverboard with
achment UL2272
ids & Adults(Blue)

...atings
...ns

ra $25.00 when you apply this

Get $50 off instantly: Pay $229.00 $279.00 upon
approval for the Amazon Rewards Visa Card. No
annual fee.

- 6.5" ALL TERRAIN HOVERBOARD: Powered by 600
  watt motors,this self balancing hoverboard use off
  road tire which has strong adaptablity of all
  terrains,can master all pavements.You'll feel safe no
  matter what sort of road you're in.
- HOVER BOARDS WITH APP - This self balancing
  scooter comes with an efficient app that helps you
  stay in control, giving you the ability to change
  modes, check batteries,see the real speed,changing
  led light colors and adjust speed with ease.
- MATCH WITH COMFORTABLE HOVERBOARD KART
  SEAT: Safe and comfortable driving with great fun
  factor. Seat expansion makes the self balance scooter
  very mobile and fast. Adjustable length from 72cm
  to 85cm, a hoverkart very suitable for children and
  adults.
- BLUETOOTH SPEAKER&LED LIGHTS: Built-in high
  ended speaker,outstanding sound quality,connecting
  with your smart phone easily with much fun. Colorful
  LED lights switch freely to present you an amazing
  lighting when riding.
- SAFEST SELF BALANCING SCOOTER: With UL2272
  tested and certified self balancing board & UL2271
  battery certified,100% riding testing,all GYROOR
  hover boards are designed and built to meet the top
  levels of safety testing,passed CE,RoHS and FCC
  certifications.

Report incorrect product information.

$279.00

FREE delivery: **April 21 - May 12**
Fastest delivery: **April 6 - 9**

In Stock.

Qty: 1

Add to Cart

Buy Now

Secure transaction

Ships from    xiangxiang-us
Sold by    xiangxiang-us

Deliver to Arthur - Chicago 60654

Add to List

Share

Have one to sell?

Sell on Amazon



634

Sponsored

347

Sponsored

## Inspired by your recent shopping trends



SISIGAD Off Road Hover Board, 8.5 Inch Hoverboard, Two-Wheel Self Balancing Hoverboard Electric Scooter All Terrain
11
$668.00



Hover-1 Ultra Electric Self-Balancing Hoverboard Scooter
1,831
#1 Best Seller in Self Balancing Scooters
$179.00



Hover-1 Chrome 2.0 Hoverboard Electric Scooter
671
$199.99



Longtime All-Terrain Off-Road Hoverboard 8.5" Wheels Electric Self Balancing Scooter Hover Board for Adults and Kids Built-in Bluetooth
121
$229.00

TOMOLOO Hoverboard with Bluetooth Speaker UL2272 Certified Self Balancing Electric Scooter 6.5" Two-Wheel Hover Boards with LED Lights for Kids and Adult
181

## Products related to this item

Sponsored ⓘ



Hover-1 Chrome Electric Hoverboard Scooter, Gun Metal, 26 x 9.8 x 10
839
$179.99



Beston Sports Newest Generation Electric Hoverboard Dual Motors Two Wheels Hoover B...
2,563
$148.00



RIDE SWFT Sonic Hoverboard Self Balancing Scooter,10" Off Road Pneumatic...
99
$299.00



CBD Flash Hoverboard, All Terrain Off Road Two-Wheel 6.5 inch Self Balancing Hoverb...
225
$199.99



Hiboy HC-02 Hoverboard Seat Attachment with Rear Suspension Go Kart Accessory for 6...
586
$115.00

## 4 stars and above

Sponsored ⓘ








**Hover-1 Chrome Electric Hoverboard Scooter, Gun Metal, 26 x 9.8 x 10**
839
$179.99

RIDE SWFT Sonic Hoverboard Self Balancing Scooter,10" Off Road Pneumatic...
99
$299.00

CBD Flash Hoverboard, All Terrain Off Road Two-Wheel 6.5 inch Self Balancing Hoverb...
225
$199.99

Longtime All-Terrain Off-Road Hoverboard 8.5" Wheels Electric Self Balancing Scoote...
121
$229.00

Swagtron Swagboard Outlaw T6 Off-Road Hoverboard - First in The World to Handle Ove...
598
$349.99

---

## Special offers and product promotions

- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. **Register a free business account**

---

# Have a question?

Find answers in product info, Q&As, reviews

> Type your question or keyword

---

## Product Description

GYROOR T581 Hoverboard With Kart.

GYROOR Have Fun !

Gyroor T581 Hoverboard 6.5" Off Road All Terrain Hoverboards with Bluetooth Speaker&LED Lights Two-Wheel Self Balancing Hoverboard with Kart Seat Attachment.Not only bring you a unique driving experience, but also offer riders far more control and less injury risk than riding a hoverboard, which is much safer for kids.

Adjustable leg pedals lengths can suit rider from kid to adult. Lightly built but robust, they are agile and fast, Accelerate, brake and turn with full confidence.

**EASY TO OPERATION**

No professional skills required, control the turn, forward, backward, brake by the left and right hand. Quick Learning in 5 Mins.

## SAFE HOVERBOARD SEAT

Do not worry kids falling from hover board, sitting and riding will be safer.

### Powerful Motor

Powered by 300 watts powerful dual motors with solid shock absorber tires you can easily ride faster with more stability.

### Bluetooth Speakers

Built-in Bluetooth speaker makes it easy to connect to a smartphone, allowing you to enjoy the music while riding and play your favorite tunes.

### UL2272 Certified

The UL certified hoverboard meets UL2272 standards for quality charging and electrical performance.

## Product details

**Package Dimensions :** 25.4 x 18 x 11.2 inches; 36.55 Pounds

**Department :** Unisex-adult

**Batteries :** 1 Lithium ion batteries required. (included)

**Date First Available :** May 14, 2019

**Manufacturer :** CHETAIDOU

**ASIN :** B07PHFP8GB

**Best Sellers Rank:** #131,956 in Sports & Outdoors (See Top 100 in Sports & Outdoors)
#131 in Self Balancing Scooters

**Customer Reviews:**
634 ratings

# Videos

## Videos for this product

| | | | |
|---|---|---|---|
| 7:18 | 0:59 | 0:28 | |
| Top Hottest Hoverboard Guide 2021 | GYROOR T581 Hoverboard with go kart | Gyroor T581 Hoverboard 6.5" Off Road All Terrain Hoverboards wit... | **Customer R** and our mo |
| COOLEST STUFF U CAN FIND | Gyroor | Aaron Bowman | Kristi K. |

Upload your video

---

## Products related to this item

Sponsored ⓘ





| Swagtron Swagboard Outlaw T6 Off-Road Hoverboard - First in The World to Handle Ove... | CBD Flash Hoverboard, All Terrain Off Road Two-Wheel 6.5 inch Self Balancing Hoverb... | Hover-1 Chrome Electric Hoverboard Scooter, Gun Metal, 26 x 9.8 x 10 | RIDE SWFT Sonic Hoverboard Self Balancing Scooter,10" Off Road Pneumatic... | EPIKGO Self Balancing Scooter Hover Self-Balance Board - UL2272 Certified, All-Terr... |
|---|---|---|---|---|
| 598 | 225 | 839 | 99 | 232 |
| $349.99 | $199.99 | $179.99 | $300.00 | $599.99 |

---

945

Sponsored

## Customer Questions & Answers

See questions and answers

4/1/2021 Amazon.com: Gyroor Warrior 8.5 inch All Terrain Off Road Hoverboard with Bluetooth Speaker&Lights, Two-Wheel Self Bal…

Case 1:20-cv-04806-Document #: 328-29 Filed: 07/13/21 Page 30 of 41 PageID #:7605

## Customer reviews

### 4.4 out of 5

634 global ratings

| | | |
|---|---|---|
| 5 star | | 77% |
| 4 star | | 9% |
| 3 star | | 4% |
| 2 star | | 2% |
| 1 star | | 8% |

How are ratings calculated?



634

Shop now

Sponsored

### Reviews with images

   

See all customer images

Top reviews

## Top reviews from the United States

 slo-lane

**Will make any kid very happy!! Everyone will want to ride the scooter!**

Reviewed in the United States on August 10, 2019

Verified Purchase

Son and father loveeeee this hover board and scooter. After 30 seconds of understanding how the scooter controls work, my son was hooked. His father made him get off it so he can try it. Lol. They spent the entire weekend riding it. They rode through grass, a neighbors flower bed, and a little in the street. We can confirm the all-terrain. ;)

The scooter sits very very low to ground - we live outside the city and don't have a lot of sidewalks so I only allow my son to use it our driveway or through the yard.

The speaker is loud and clear - if I see my son riding, sometimes I pair it to my phone and put on some old school jams - drives my son crazy, lol.

52 people found this helpful

Helpful     Report abuse

 Eva

**Arrived defective**

Reviewed in the United States on September 17, 2020

Verified Purchase

It seams to be good quality (heavy duty) product. Our came defective, we noticed it as soon we took it out of the box that it comes off in the middle. If you don't push it back, it completely comes off and splits in 2 halfs, cables inside are visible. My 13 y/o son did test drive inside the house ( it was his birthday gift), at first we weren't sure is it normal that it comes off like that (pic 1) or not because this is our first hoverboard. Next day this hoverboard stopped working on one side (last picture, one side is completely unresponsive), the other side beeps for few seconds and comes off as well. I just requested product replacement, I like this product but for $300, I would like to get something that works and doesn't come already broken. We'll see what I'll get this time.

13 people found this helpful

Helpful    Report abuse

 Kristi K.

**Out a board and our money**

Reviewed in the United States on December 25, 2020

Verified Purchase



My son really enjoyed riding in this for a couple hours then the battery died. It won't charge. The company however has been fantastic so far with the offering to fix it. I will update when I get it fixed on the ease and completed work. He said it was extremely easy to ride and recommended it. Update they deleted their FB account which was our sole means of contact. They took our board promising to fix and return it then nothing so we are out the board and the money. Very disheartening that people like this exist in business. I hope Amazon honors our purchase and contact details we've had with theme

6 people found this helpful

Helpful    Report abuse

Bairaiah Gajavada

**Good product and great customer service!**

Reviewed in the United States on August 14, 2019

Verified Purchase

Hoverboard is very solid, good built. Self balancing made it easy for my son to learn it quickly without loosing balance.
Kart is awesome addition, makes it a totally different fun and easy ride.
Only downside is, straps are not strong enough and break easily. They helped replace them quickly. Thanks!
App needs some improvement. Overall very happy about the purchase!

15 people found this helpful

Helpful    Report abuse

Kindle Customer

**Excellent customer service**

Reviewed in the United States on October 19, 2020

Verified Purchase

10-19-2020; We purchased this as a gift for Christmas 2019. Our grandson loves it. Not long after, we had trouble with the charger. Gyroor service replaced it immediately.
Recently, it began to run in circles. I wrote Gyroor service on a weekend. They replied almost immediately with a simple recalibration fix that worked perfectly. Our only remaining issue is that the plastic seat is cracked. They told us that it was no longer covered under warranty, but that they would send a replacement seat at no charge.
I highly recommend this Gyroor product, and commend them for their excellent customer service.

5 people found this helpful

Helpful    Report abuse

Rovena

**Battery life and is safe for my child**

Reviewed in the United States on June 19, 2019

Verified Purchase    Early Reviewer Rewards (What's this?)

4/1/2021 Amazon.com: Gyroor Hoverboard... "Gyroor Warrior 8.5 inch All Terrain Off Road Hoverboards with Bluetooth Speaker&LED Lights, Two-Wheel Self Bal...

Case 1:20-cv-04806 Document #: 328-29 Filed: 07/13/21 Page 32 of 41 PageID #:7607

It's fast and you can control the speed in your phone., the straps that hold were not as strong but that will not had stop me from buying the product., Very satisfied..

15 people found this helpful

Helpful | Report abuse

Chrisi

**Awesome**
Reviewed in the United States on August 7, 2019
Verified Purchase

The hoverboard died first time around but support and assistance from gyroor was on point. They were super fast to respond and make things right!!! My daughter loves it and I love the hassle free help!

13 people found this helpful

Helpful | Report abuse

Amy Brachtl

**Cooperative Company**
Reviewed in the United States on September 26, 2019
Verified Purchase

This is a very reliable company. The hoverboard we ordered and kart work great together. The hoverboard charged quickly and and kart fit well on top. When I had questions the company always e-mailed me back within 12-16 hours. I really appreciated the prompt and friendly e-mailed responses. While I think the hoverboard moves too fast for me I think it's perfect for my husband and son!

54 people found this helpful

Helpful | Report abuse

See all reviews ›

## Customers who bought this item also bought

204

Shop now

Sponsored

**Pages with related products.** See and discover other items: Explore hover carts for hoverboards, Explore hoverboards for kids, Explore go karts for hoverboards, Explore seats for hoverboards, Explore carrying cases for hoverboards

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell products on Amazon | Amazon Rewards Visa Signature Cards | Amazon and COVID-19 |
| Blog | Sell apps on Amazon | Amazon.com Store Card | Your Account |
| About Amazon | Become an Affiliate | Amazon Secured Card | Your Orders |
| Sustainability | Advertise Your Products | Amazon Business Card | Shipping Rates & Policies |
| Press Center | Self-Publish with Us | Amazon Business Line of Credit | Amazon Prime |
| Investor Relations | Host an Amazon Hub | Shop with Points | |
| Amazon Devices | | | |

4/1/2021    Amazon.com: Gyroor Hoverboard 6.5" All Terrain Hoverboards with Bluetooth Speaker&Lights,Two-Wheel Self Bal...

Case 1:20-cv-04806-Document #: 828-39 Filed: 07/13/21 Page 33 of 41 PageID #:7609

Amazon Tours

› See More Make Money with Us

Credit Card Marketplace

Reload Your Balance

Amazon Currency Converter

Returns & Replacements

Manage Your Content and Devices

Amazon Assistant

Help

| English | United States |

| Amazon Music | Amazon Advertising | Amazon Drive | 6pm | AbeBooks | ACX | Alexa |
|---|---|---|---|---|---|---|
| Stream millions of songs | Find, attract, and engage customers | Cloud storage from Amazon | Score deals on fashion brands | Books, art & collectibles | Audiobook Publishing Made Easy | Actionable Analytics for the Web |
| Sell on Amazon | Amazon Business | Amazon Fresh | AmazonGlobal | Home Services | Amazon Ignite | Amazon Web Services |
| Start a Selling Account | Everything For Your Business | Groceries & More Right To Your Door | Ship Orders Internationally | Experienced Pros Happiness Guarantee | Sell your original Digital Educational Resources | Scalable Cloud Computing Services |
| Audible | Book Depository | Box Office Mojo | ComiXology | DPReview | East Dane | Fabric |
| Listen to Books & Original Audio Performances | Books With Free Delivery Worldwide | Find Movie Box Office Data | Thousands of Digital Comics | Digital Photography | Designer Men's Fashion | Sewing, Quilting & Knitting |
| Goodreads | IMDb | IMDbPro | Kindle Direct Publishing | Amazon Photos | Prime Video Direct | Shopbop |
| Book reviews & recommendations | Movies, TV & Celebrities | Get Info Entertainment Professionals Need | Indie Digital & Print Publishing Made Easy | Unlimited Photo Storage Free With Prime | Video Distribution Made Easy | Designer Fashion Brands |
| Amazon Warehouse | Whole Foods Market | Woot! | Zappos | Ring | eero WiFi | Neighbors App |
| Great Deals on Quality Used Products | America's Healthiest Grocery Store | Deals and Shenanigans | Shoes & Clothing | Smart Home Security Systems | Stream 4K Video in Every Room | Real-Time Crime & Safety Alerts |
| | Amazon Subscription Boxes | PillPack | Amazon Renewed | Amazon Second Chance | | |
| | Top subscription boxes – right to your door | Pharmacy Simplified | Like-new products you can trust | Pass it on, trade it in, give it a second life | | |

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2021, Amazon.com, Inc. or its affiliates

Case: 1:20-cv-04806 Document #: 328-28 Filed: 07/13/21 Page 34 of 41 PageID #:7609

‹ Back to results

Sponsored



VIDEO

Roll over image to zoom in

# Gyroor Warrior 8.5 inch All Terrain Off Road Hoverboard with Bluetooth Speakers and LED Lights, UL2272 Certified Self Balancing Scooter

Visit the Gyroor Store

3,046 ratings | 290 answered questions

Price: **$299.00**

Coupon ⧗ Save an extra $30.00 when you apply this coupon. Details

Get $50 off instantly: Pay $249.00 $299.00 upon approval for the Amazon Rewards Visa Card. No annual fee.

Color: **black**

- SUPER STURDY & DURABLE – The Warrior 8.5 inch Off Road Hoverboard is made from a perfect combination of UL approved materials which make up its sturdy structure that guarantees durability while keeping you safe during rides and allowing you enjoy this hoverboard for years to come.
- ALL-TERRAIN RIDES - With 8.5 inch solid tires and 700 watts motor you can be sure of a smooth and easier ride on all terrains. So, feel free to ride on grass, dirt, gravel or wet surfaces. Ride like a warrior!
- MUSIC SPEAKER INCLUDED – For the music lovers, we have added a Built-in branded high quality music speaker to allow you play your music when riding the hoverboard. No ride will be more fun than this!
- SELF BALANCING BOARD – The Self balancing technology used for this hoverboard makes it easier and safe for new riders. Master the art of balancing in minutes!
- OUR SAFETY PROMISE – This hoverboard is UL2272 certified and this means it has passed strict electrical and safety test to assure safe charging and rides. If you feel this hoverboard is performing below this promise, feel free to contact us.

Report incorrect product information.

**$299.00**

FREE delivery: **April 21 - May 12**

Fastest delivery: **April 6 - 9**

**In Stock.**

Qty: 1

Add to Cart

Buy Now

🔒 Secure transaction

Ships from xiangxiang-us
Sold by xiangxiang-us

Deliver to Arthur - Chicago 60654

Add to List

Share

Have one to sell?

Sell on Amazon



1,976

Sponsored

2,790

Sponsored

4/1/2021    Amazon.com: Gyroor Warrior 8.5 inch All Terrain Off Road Hoverboard with Bluetooth Speakers and LED Lights, UL2272 Certified Self Bal…

Case 1:20-cv-04906 Document # 328-28 Filed: 07/13/21 Page 35 of 41 PageID #:7610

## Products related to this item

Sponsored ⓘ



Hover-1 Titan Electric Self-Balancing Hoverboard Scooter with 10" Tires, Rose Gold
1,343
$249.99



Hover-1 Blackhawk Electric Kick Scooter Portable Long Range Electric Scooter…
5
$599.99



Hover-1 Origin Hoverboard Electric Scooter, Bluetooth Speakers, Color…
24
$199.99



Hover-1 Hoverboard Bluetooth Speaker Self Balancing Hover Board Electric Scooter fo…
116
$199.99

Hover-1 Journey Electric Folding Scooter Yellow, (Unfolded) 42 x 16.5 x 44.8 inches…
87
$299.99

## More items to explore



ASURION 2 Year Sporting Goods Protection Plan $250-$299.99
1,146
$24.99



Hover-1 Buggy Attachment for Transforming Hoverboard Scooter into Go-Kart
5,676
$70.00



ASURION 2 Year Sporting Goods Protection Plan $125-149.99
3,887
$15.99



Hiboy HC-01 Hoverboard Kart Seat Attachment Accessory for 6.5" 8" 10" Two Wheel Self Balancing Scooter
1,573
$89.99

Razor E300 Electric Scooter - 9" Air-filled Tires, Up to 15 mph and 10 Miles Range, White/Blue
404
$279.99

## Customers who bought this item also bought



Hiboy HC-02 Hoverboard Go Kart with Rear Suspension Seat Attachment Accessory for 6.5" 8" 10" Hover Board Rubber Wheel
586
$108.99



EverCross Hoverboard Seat Attachment, Hoverboard Attachments, Hoverboard Accessories Compatible with 6.5" 8"
1,101
$84.00



EverCross Hoverboard Seat Attachment, New Gen Hoverboard Seat with Safety Brake System, Hoverboard Attachment with
1,159
$84.00



Hover-1 Buggy Attachment for Transforming Hoverboard Scooter into Go-Kart
5,676
$70.00



Hiboy HC-01 Hoverboard Kart Seat Attachment Accessory for 6.5" 8" 10" Two Wheel Self Balancing Scooter
1,573
$89.99

## Special offers and product promotions

- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. **Register a free business account**

# Have a question?

Find answers in product info, Q&As, reviews

> Type your question or keyword

---

## Product Description

**Gyroor** has always been dedicated to creating Hoverboards that are safety, fun and ease of use, making every family have more interaction and happy memories. With GYROOR hoverboard, that vision is now a reality. Say hello to the future.

## Gyroor Hoverboard is UL certified and passed all safety tests

After several researches, we found that safety is the first priority for hoverboard users. Hence, the Gyroor Warrior Off-Road Hoverboard has tested for safety, passing all tests and is UL certified, making the GYROOR warrior G2 hoverboard absolutely safe and harmless for all level of riders.

### Sturdy and Durable

Gyroor Warrior is made from durable aluminum and certain ABS parts to ensure a pretty strong body that is sure to stand the test of time. This means that you can use the hoverboard for a long time without having to bother about the longevity of the casing.

- Motor: 350W*2 Motors
- LED: Colorful LED Lights
- Max Speed: 9.95 Miles/Hour
- Charging Time: 1.5 to 2 Hours
- Distance on Full Charge: 7.5~9.5 Miles
- Safety : UL 2272 Certified Hoverboard
- Music Speaker: Pro Music Speaker
- Lithium-Ion Battery: 4.0Ah/36V Powerful Battery

### Master all terrains

GYROOR Warrior can handle bumpy pavements, gravel, grass, sand, and dirt paths, allowing you enjoy a smooth ride while getting the best out of your self-balancing hoverboard.

- Water Resistant: IP54
- Max Load: 265 Pounds
- Net Weight: 33 Pounds.
- Max Climbing Angle: 30 °
- Frame Material: Metal and Aluminum
- Tires: 8.5 inch/215mm Rubber Solid Tires
- Charging Voltage: AC100 to 240V/50-60Hz
- Product Dimensions: 29.6 Inch x 9.9 Inch x 8.8 Inch
- **Package Contains: All-New Vehicle, Battery Charger & Power Cord, Carry Bag, Rubber Protectors, User Manual,Card**

### Music and Lights

The great quality music speaker and beautiful LED lights add to the magnificence of this Off-Road Hoverboard.

### Powerful Motor

Powered by 350 watts powerful dual motors with solid shock absorber tires you can easily ride faster with more stability.

### Self Balancing

Its self-balancing mode helps you to get balanced in less than a minute.

4/1/2021　Amazon.com: Gyroor Warrior 8.5 inch All Terrain Off Road Hoverboard with Bluetooth Speakers and LED Lights, UL2272 Certified Self Bal…

Case 1:20-cv-04906 Document #: 328-28 Filed: 07/13/21 Page 37 of 41 PageID #:7612

**SMARTEST OFF ROAD HOVERBOARD**

This is the smartest hoverboard you can get in the market today as it allows full stability for even the new riders, making it a perfect gift choice and favorite for kids.

---

## Product details

Color:**black**

**Date First Available :** November 9, 2017

**ASIN :** B07S4KXRQR

**Best Sellers Rank:** #38,246 in Sports & Outdoors (See Top 100 in Sports & Outdoors)
　　　#65 in Self Balancing Scooters

**Customer Reviews:**
　　　3,046 ratings

# Videos

## Videos for this product



6:59

Top Rated Faster Hoverboards
Review

COOLEST STUFF U CAN FIND



1:47

**Customer Review:** great product

The Rileys



4:55

Fun on the go! safe commuting !

DARIO & MININA - (MEDIABOXENT)



Gyroor War
OFF ROAD

Merchant Vi

Upload your video

---

## Products related to this item

Sponsored ⓘ

Hover-1 Origin
Hoverboard Electric
Scooter, Bluetooth
Speakers, Color…
24
**$199.99**

Hover-1 Journey Electric
Folding Scooter Yellow,
(Unfolded) 42 x 16.5 x
44.8 inches…
87
**$299.99**

Longtime All-Terrain
Off-Road Hoverboard
8.5" Wheels Electric Self
Balancing Scoote…
121
**$229.00**

Hover-1 Blackhawk
Electric Kick Scooter
Portable Long Range
Electric Scooter…
5
**$599.99**

Hover-1 Chrome Electric
Hoverboard Scooter, Gun
Metal, 26 x 9.8 x 10
839
**$179.99**

4/1/2021    Amazon.com: Gyroor Warrior 8.5 inch All Terrain Off Road Hoverboard with Bluetooth Speakers and LED Lights, UL2272 Certified Self Bal...

Case: 1:20-cv-04806 Document #: 328-38 Filed: 07/13/21 Page 38 of 41 PageID #:7613

2,790

Sponsored

## Customer Questions & Answers

See questions and answers

## Customer reviews

4.7 out of 5

3,046 global ratings

| | | |
|---|---|---|
| 5 star | | 86% |
| 4 star | | 6% |
| 3 star | | 2% |
| 2 star | | 1% |
| 1 star | | 4% |

How are ratings calculated?

### Reviews with images

  

See all customer images


Top reviews

## Top reviews from the United States

Amazon Customer

**BEST hoverboard!!**

Reviewed in the United States on August 15, 2018

Color: black    **Verified Purchase**

We got this for our 13 yr old daughter! We love the app you can download on your smartphone. The app has a self balancing mode, adult mode, you can set the speed limit, change LED lights, shut the hoverboard down and a few other functions. We think it is a lot better than the others because of the rubber tires. My daughter even brings it in (after cleaning the tires) and rides it around on our hardwood floors with no damage to them. The speakers on it are great too!!

95 people found this helpful

Helpful    Report abuse

111

Shop now

Sponsored

Sam Thomas

**Great Product**

Reviewed in the United States on November 27, 2018

Color: black    Verified Purchase

This was my first hover board wasn't sure how long it would take me to learn to ride it. After like 30 minutes of training on my own against a wall I was able to ride it with no problems.

The only thing I find bad about this hover board is that every time it starts up it makes a really loud starting indicator noise and says Bluetooth on which I wish I could switch off. Also sometimes when I get off and if it hits something it keeps beeping and won't stop until I power off and back on again.

Apart from these two things I think the hover board if pretty great.

93 people found this helpful

Helpful    Report abuse

Joe M

**Best Hoverboard on the market**

Reviewed in the United States on September 12, 2018

Color: black    Verified Purchase

This Hoverboard is absolutely the best on the market. Its fast and extremely sturdy. Made of quality materials. The Hoverboard is a bit pricey compared to the cheap plastic knockoffs, but you get what you pay for. Would purchase again and I definitely recommend this product.

P..s.

You can charge the battery from 0 to 100 real quick. Yeah under 3 hours and u get approx. 10 miles with a full charge.

76 people found this helpful

Helpful    Report abuse

Jennifer

**Worth it!**

Reviewed in the United States on August 3, 2018

Color: black    Verified Purchase

Easy to use once you get the hang of it. Lights are awesome as is the sound system. Getting the app on an iPhone was a bit difficult. Self balancing feature nice. Functionality is bar none. Doesn't work too well on the grass, haven't tried on gravel. App works well, wish it could change to mph instead of kph.

69 people found this helpful

Helpful    Report abuse

T. Sutherland

**Super fun!**

Reviewed in the United States on August 9, 2018

Color: black    Verified Purchase

Bought this because hubby was jealous of our boy's hover board. The higher weight capacity and off road tires are a huge selling point. Easier to ride than the smaller kid size, more stable feeling. Had an issue with the charging port but Gyroor took care of it no problem!

60 people found this helpful

Helpful    Report abuse





**Liron Segev**

**such a great hoverboard! very easy to ride even for a ...**

Reviewed in the United States on July 10, 2018

Verified Purchase

such a great hoverboard! very easy to ride even for a first-time rider and my kids just got on and within minutes they were zipping around the house. Great quality, cool lights give it that futuristic look and it seems to hold a charge for a long time. The tires are massive which gives the board a really good height, comfortable ride, and even riding outside on lawn is no problem. Highly recommended!

62 people found this helpful

Helpful    Report abuse



**Sissy**

**Problems with Shaking and stopping**

Reviewed in the United States on October 9, 2018

Verified Purchase

I bought 2 of these hover boards for Christmas during the Amazon customer appreciation event in July. In October the kids just couldn't wait any longer so I gave them their boards early while the weather was still nice. They loved them! However within a few hours of using them, one of the boards was shaking and stopping. My grandson has fallen off twice and injured himself because of this defect. I would love to give this 5 stars because it is well made and the kids love them. But the shaking and stopping is not safe and negates any Positive benefits. We have tried to contact seller but not successful yet.

49 people found this helpful

Helpful    Report abuse

**Amazon Customer**

**Built tough with a smooth ride**

Reviewed in the United States on December 7, 2018

Color: black    Verified Purchase

Heavy duty built with a smooth ride. I bought for my my 10 year old and she loves it. The parents love it too. I love that it comes with it's own totes bag!

50 people found this helpful

Helpful    Report abuse

**See all reviews** ›

---

**Brands related to this category on Amazon**

Sponsored



Hover-1 Follow the Leader

Shop Hover-1 ›

New way, fun way

Shop SISIGAD Hoverboard ›

Sponsored

4/1/2021    Amazon.com: Gyroor Warrior 8.5 inch All Terrain 300lb Hoverboard with Bluetooth Speaker and LED Lights UL2272 Certified Self Bal...

Case 1:20-cv-04806-Document #: 328-38 Filed: 07/13/21 Page 41 of 41 PageID #:7616

**Pages with related products.** See and discover other items: fast hoverboard, Best dirt scooters for kids, Best led lights for filming, Explore seats for hoverboards

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell products on Amazon | Amazon Rewards Visa Signature Cards | Amazon and COVID-19 |
| Blog | Sell apps on Amazon | Amazon.com Store Card | Your Account |
| About Amazon | Become an Affiliate | Amazon Secured Card | Your Orders |
| Sustainability | Advertise Your Products | Amazon Business Card | Shipping Rates & Policies |
| Press Center | Self-Publish with Us | Amazon Business Line of Credit | Amazon Prime |
| Investor Relations | Host an Amazon Hub | Shop with Points | Returns & Replacements |
| Amazon Devices | › See More Make Money with Us | Credit Card Marketplace | Manage Your Content and Devices |
| Amazon Tours | | Reload Your Balance | Amazon Assistant |
| | | Amazon Currency Converter | Help |

English          United States

| | | | | | | |
|---|---|---|---|---|---|---|
| Amazon Music Stream millions of songs | Amazon Advertising Find, attract, and engage customers | Amazon Drive Cloud storage from Amazon | 6pm Score deals on fashion brands | AbeBooks Books, art & collectibles | ACX Audiobook Publishing Made Easy | Alexa Actionable Analytics for the Web |
| Sell on Amazon Start a Selling Account | Amazon Business Everything For Your Business | Amazon Fresh Groceries & More Right To Your Door | AmazonGlobal Ship Orders Internationally | Home Services Experienced Pros Happiness Guarantee | Amazon Ignite Sell your original Digital Educational Resources | Amazon Web Services Scalable Cloud Computing Services |
| Audible Listen to Books & Original Audio Performances | Book Depository Books With Free Delivery Worldwide | Box Office Mojo Find Movie Box Office Data | ComiXology Thousands of Digital Comics | DPReview Digital Photography | East Dane Designer Men's Fashion | Fabric Sewing, Quilting & Knitting |
| Goodreads Book reviews & recommendations | IMDb Movies, TV & Celebrities | IMDbPro Get Info Entertainment Professionals Need | Kindle Direct Publishing Indie Digital & Print Publishing Made Easy | Amazon Photos Unlimited Photo Storage Free With Prime | Prime Video Direct Video Distribution Made Easy | Shopbop Designer Fashion Brands |
| Amazon Warehouse Great Deals on Quality Used Products | Whole Foods Market America's Healthiest Grocery Store | Woot! Deals and Shenanigans | Zappos Shoes & Clothing | Ring Smart Home Security Systems | eero WiFi Stream 4K Video in Every Room | Neighbors App Real-Time Crime & Safety Alerts |
| | Amazon Subscription Boxes Top subscription boxes – right to your door | PillPack Pharmacy Simplified | Amazon Renewed Like-new products you can trust | Amazon Second Chance Pass it on, trade it in, give it a second life | | |

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2021, Amazon.com, Inc. or its affiliates