# EXHIBIT 29

PageVault

| | |
|---|---|
| Document title: | Amazon.com Seller Profile: rongjiamaoyi-us |
| Capture URL: | https://www.amazon.com/sp?_encoding=UTF8&asin=B0779826VN&isAmazonFulfilled=0&ref_=olp_merch_name_1&seller=A2DA8CSKTCC66B |
| Captured site IP: | 99.84.183.221 |
| Page loaded at (UTC): | Tue, 27 Apr 2021 12:29:12 GMT |
| Capture timestamp (UTC): | Tue, 27 Apr 2021 12:29:40 GMT |
| Capture tool: | v7.7.2 |
| Collection server IP: | 52.7.109.102 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 3 |
| Capture ID: | b14ea77f-aa9f-4371-bf99-0c4d27c8f721 |
| User: | loeb-user1 |

PDF REFERENCE #:    642CRS3zUorcc5Y198s6sd

# amazon

Deliver to Arthur — Chicago 60654

Hello, Arthur — Account & Lists
Returns & Orders
1 Cart
Subtotal $50.00

All | Customer Service | Shopper Toolkit | Pet Supplies | Outdoor Recreation | Pharmacy | Subscribe & Save | Health & Household | Buy Again | Amazon Basics | Gift card upon approval

## rongjiamaoyi-us
rongjiamaoyi-us storefront
Just launched | No feedback yet
rongjiamaoyi-us is committed to providing each customer with the highest standard of customer service.

Have a question for rongjiamaoyi-us?
**Ask a question**

### Detailed Seller Information
Business Name: SHENZHENRONGJIAMAOYIYOUXIANGONGSI
Business Address:
longhuaqulonghuajiedaofukangshequyousonglu95hao
haochuanglonghuagongyeyuan3dongchangfang2ceng226
shenzhenshi
guangdongsheng
518109
CN

**Returns & Refunds** | Shipping | Policies | Help | Products

Please refer to the Amazon.com Return Policy and Amazon.com Refund Policy or contact rongjiamaoyi-us to get information about any additional policies that may apply.
Contact this seller
To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

### A-to-z Guarantee
Place your merchant order through the Amazon.com Shopping Cart and your purchase is protected by the A-to-z Safe Buying Guarantee. Amazon.com automatically transfers your payment to the merchant so you'll never need to pay a merchant directly. Our A-to-z Safe Buying Guarantee covers both the delivery of your item and its condition upon receipt...Read more

Leave seller feedback | Tell us what you think about this page

## Top picks for you
Page 1 of 7





Hover Hoverboard Electric Scooter
★★★★☆ 2,099
$229.99 - $474.99



Hover-1 Ultra Electric Self-Balancing Hoverboard Scooter
★★★★☆ 2,142
$134.00 - $229.00



JZBRAIN Commercial Faucet with Sprayer, 47 Inch Height 8" Center Commercial Wall Mount Faucet with Pull Down Pre-Rinse Sprayer and 12"...
★★★★☆ 353
$199.99

TOMOLOO Hoverboard with Bluetooth Speaker UL2272 Certified Self Balancing Electric Scooter 6.5" Two-Wheel Hover Boards with LED Lights for Kids and Adult
★★★★☆ 157

SISIGAD Hoverboard, with Bluetooth and Colorful Lights Self Balancing Scooter
★★★★☆ 7,344
#1 Best Seller in Self Balancing Scooters
$144.99 - $169.99

TOMOLOO Hoverboard with Bluetooth Speaker and LED Lights Self-Balancing Scooter UL2272 Certified 6.5" Wheel Electric Scooter for Kids...
★★★★☆ 2,488
1 offer from $169.82

## Inspired by your browsing history
Page 1 of 5








Hover-1 Buggy Attachment for Transforming Hoverboard Scooter into Go-Kart
★★★★☆ 6,122
$70.59

Hiboy HC-01 Hoverboard Kart Seat Attachment Accessory for 6.5" 8" 10" Two Wheel Self Balancing Scooter
★★★★☆ 1,648
$89.99

Cosmos Portable Waterproof Carrying Bag Handbag for 6.5 inches Two Wheels Self Balancing Smart Scooter Drifting Board
★★★★☆ 721

JZBRAIN Wall Mount Faucet Heavy Duty Commercial Faucet 8 Inch Center with 12" Swing Spout 2.2 GPM High Pressure Wall Mount...
★★★★☆ 216

SISIGAD Hoverboard Self Balancing Scooter 6.5" Two-Wheel Self Balancing Hoverboard with Bluetooth Speaker and LED Lights Electric...
★★★★☆ 3,068

EverCross Hoverboard Seat Attachment, Hoverboard Attachments, Hoverboard Accessories Compatible with 6.5" 8" 8.5" 10" Hoverboards for All Ages...
★★★★☆ 1,098

---

Document title: Amazon.com Seller Profile: rongjiamaoyi-us
Capture URL: https://www.amazon.com/sp?...
Capture timestamp (UTC): Tue, 27 Apr 2021 12:29:40 GMT

Page 1 of 2



Hover-1 Buggy Attachment for Transforming Hoverboard Scooter into Go-Kart
★★★★☆ 6,122
$70.59

Hiboy HC-01 Hoverboard Kart Seat Attachment Accessory for 6.5" 8" 10" Two Wheel Self Balancing Scooter
★★★★☆ 1,648
$89.99

Cosmos Portable Waterproof Carrying Bag Handbag for 6.5 inches Two Wheels Self Balancing Smart Scooter Drifting Board
★★★★☆ 721
$12.88

JZBRAIN Wall Mount Faucet Heavy Duty Commercial Faucet 8 Inch Center with 12" Swing Spout 2.2 GPM High Pressure Wall Mount…
★★★★☆ 216
$85.99

SISIGAD Hoverboard Self Balancing Scooter 6.5" Two-Wheel Self Balancing Hoverboard with Bluetooth Speaker and LED Lights Electric…
★★★★☆ 3,068
$144.99

EverCross Hoverboard Seat Attachment, Hoverboard Attachments, Hoverboard Accessories Compatible with 6.5" 8" 8.5" 10" Hoverboards for All Ages…
★★★★☆ 1,098
$84.00

Your Browsing History   View or edit your browsing history ›   Page 1 of 2

