# EXHIBIT 30

4/8/2021 Amazon.com: Gyroor Warrior 8.5 inch All Terrain Off Road Hoverboard with Bluetooth Speakers and LED Lights, UL2272 Certified Self Bal…
Case: 1:20-cv-04806 Document #: 328-30 Filed: 07/13/21 Page 2 of 18 PageID #:7622

Deliver to Danielle
Chicago 60605

Sports & Outdoors

All Arthur's Amazon.com Customer Service Buy Again

Sports & Outdoors Sports & Fitness Outdoor Recreation Spo

Sports & Outdoors › Outdoor Recreation › Skates, Skateboards & Scoote

VIDEO

Roll over image to zoom in

Gyro
Terra
with
LED
Self

Visit the

| 290

Color: b

- SUPE Off R comb up it while you e
- ALL-700 easie grass warr
- MUS we h musi ridin than
- SELF techi and s in mi
- OUR certi elect and i belov

Repo

**Gyroor Warrior 8.5 inch All Terrain Off Road Hoverboard ...**

3,085 ratings

**1 other option**
sorted by price + delivery: low to high

Filter

**New**
$299.00

FREE delivery: **April 29 - May 20**
Fastest delivery: **April 14 - 19**

Add to Cart

Ships from zhipeng-us
Sold by zhipeng-us
Just launched

End of results

**Gyroor Warrior 8.5 inch All Terrain Off Road Hoverboard with Bluetooth Speakers a...**

3,085 ratings

## Sponsored products related to this item

Sponsored

https://www.amazon.com/Gyroor-Hoverboard-Bluetooth-Certified-Balancing/dp/B0779826VN?ref_=ast_slp_dp&th=1&psc=1 1/9

4/8/2021 Case: 1:20-cv-04806 Document #: 328-30 Filed: 07/13/21 Page 3 of 18 PageID #:7623 Amazon.com: Gyroor Warrior 8.5 inch All Terrain Off Road Hoverboard with Bluetooth Speakers and LED Lights, UL2272 Certified Self Bal…

Hover-1 i100 Electric Hoverboard Scooter with Infinity LED Wheel Lights, Black, one...
400
$199.99

Hover-1 Journey Ele Folding Scooter Yell (Unfolded) 42 x 16.5 44.8 inches...
88
$299.99

## 4 stars and above

Sponsored

Hover-1 i100 Electric Hoverboard Scooter with Infinity LED Wheel Lights, Camo, One ...
400
$199.99

Hover-1 Journey Electric Folding Scooter Yellow, (Unfolded) 42 x 16.5 x 44.8 inches...
88
$299.99

## Inspired by your recent shopping trends

Wyness 42V 2A Battery Charger 3-Prong Inline Connector Power Supply for Pocket Mod,Dirt
3,544
#1 Best Seller in Scooter Batteries &
$16.99
FRE

Trimnpy E100 E200 24V 1.5A Electronic Scooter Battery Charger for Razor E200S E125 E175 E225 E300 E325 E150
213

## Special offers and product promotions

- **Amazon Business** : For business-only pricing, qu

**Gyroor Warrior 8.5 inch All Terrain Off Road Hoverboard ...**
3,085 ratings

**1 other option**
sorted by price + delivery: low to high

Filter

**New**
$299.00

FREE delivery: **April 29 - May 20**
Fastest delivery: **April 14 - 19**

Add to Cart

Ships from zhipeng-us
Sold by zhipeng-us
Just launched

End of results

**Gyroor Warrior 8.5 inch All Terrain Off Road Hoverboard with Bluetooth Speakers a...**
3,085 ratings

https://www.amazon.com/Gyroor-Hoverboard-Bluetooth-Certified-Balancing/dp/B0779826VN?ref_=ast_slp_dp&th=1&psc=1 2/9

## Have a question?

Find answers in product info, Q&As, reviews

Type your question or keyword

**Gyroor Warrior 8.5 inch All Terrain Off Road Hoverboard ...**

3,085 ratings

**1 other option**

sorted by price + delivery: low to high

Filter

**New**

$299.00

FREE delivery: **April 29 - May 20**

Fastest delivery: **April 14 - 19**

Add to Cart

Ships from zhipeng-us

Sold by zhipeng-us

Just launched

End of results

## Product Description

**Gyroor** has always been dedicated to creating Hoverboards t
memories. With GYROOR hoverboard, that vision is now a reali

### Gyroor Hoverboard is UL certified and passed all s

After several researches, we found that safety is the first priori
safety, passing all tests and is UL certified, making the GYROO

### Sturdy and Durable

Gyroor Warrior is made from durable aluminum and cert
means that you can use the hoverboard for a long time v

- Motor: 350W*2 Motors
- LED: Colorful LED Lights
- Max Speed: 9.95 Miles/Hour
- Charging Time: 1.5 to 2 Hours
- Distance on Full Charge: 7.5~9.5 Miles
- Safety : UL 2272 Certified Hoverboard
- Music Speaker: Pro Music Speaker
- Lithium-Ion Battery: 4.0Ah/36V Powerful Battery

### Master all terrains

GYROOR Warrior can handle bumpy pavements, gravel, grass,
self-balancing hoverboard.

- Water Resistant: IP54
- Max Load: 265 Pounds
- Net Weight: 33 Pounds.
- Max Climbing Angle: 30 °
- Frame Material: Metal and Aluminum
- Tires: 8.5 inch/215mm Rubber Solid Tires
- Charging Voltage: AC100 to 240V/50-60Hz
- Product Dimensions: 29.6 Inch x 9.9 Inch x 8.8 Inch
- **Package Contains: All-New Vehicle, Battery Charger & Po**

**Gyroor Warrior 8.5 inch All Terrain Off Road Hoverboard with Bluetooth Speakers a...**

3,085 ratings

### Music and Light

The great quality music speaker and beautiful
LED lights add to the magnificence of this Off-
Road Hoverboard.

Powered
with solic
ride faste

4/8/2021 Case: 1:20-cv-04806 Document #: 328-30 Filed: 07/13/21 Page 5 of 18 PageID #:7625 Amazon.com: Gyroor Warrior 8.5 inch All Terrain Off Road Hoverboard with Bluetooth Speakers and LED Lights, UL2272 Certified Self Bal…

SMARTEST OFF ROAD HOVERBOARD

This is the smartest hoverboard you can get in the market toda
favorite for kids.

## Product details

Color: **black**

**Date First Available :** November 9, 2017

**ASIN :** B07S4KXRQR

**Best Sellers Rank:** #106,940 in Sports & Outdoors (See Top
#120 in Self Balancing Scooters

**Customer Reviews:**
3,085 ratings

## Videos

### Videos for this product

6:59
Top Rated Faster Hoverboards Review
COOLEST STUFF U CAN FIND

Gyroor W
OFF ROAI
Merchant

Upload your video

## Sponsored products related to this item

Sponsored

Longtime All-Terrain Off-Road Hoverboard 8.5" Wheels Electric Self Balancing Scoote...
125
$229.00

Hover-1 Journey Electric Folding Scooter Yellow, (Unfolded) 42 x 16.5 x 44.8 inches...
88
$299.99

**Gyroor Warrior 8.5 inch All Terrain Off Road Hoverboard ...**
3,085 ratings

**1 other option**
sorted by price + delivery: low to high

Filter

**New**
$299.00

FREE delivery: **April 29 - May 20**
Fastest delivery: **April 14 - 19**

Add to Cart

Ships from zhipeng-us
Sold by zhipeng-us
Just launched

End of results

**Gyroor Warrior 8.5 inch All Terrain Off Road Hoverboard with Bluetooth Speakers a...**
3,085 ratings

https://www.amazon.com/Gyroor-Hoverboard-Bluetooth-Certified-Balancing/dp/B0779826VN?ref_=ast_slp_dp&th=1&psc=1 4/9

**Gyroor Warrior 8.5 inch All Terrain Off Road Hoverboard ...**

3,085 ratings

**1 other option**

sorted by price + delivery: low to high

Filter

**New**

$299.00

FREE delivery: **April 29 - May 20**

Fastest delivery: **April 14 - 19**

Add to Cart

Ships from zhipeng-us

Sold by zhipeng-us

Just launched

End of results

## Customer Questions & Answers

See questions and answers

## Customer reviews

4.7 out of 5

3,085 global ratings

| Rating | Percent |
|---|---|
| 5 star | 86% |
| 4 star | 6% |
| 3 star | 2% |
| 2 star | 1% |
| 1 star | 4% |

How are ratings calculated?

Re

Se

To

To

Re

Co

**Gyroor Warrior 8.5 inch All Terrain Off Road Hoverboard with Bluetooth Speakers a...**

3,085 ratings

cle

spe

95

4/8/2021 Case: 1:20-cv-04806 Document #: 328-30 Filed: 07/13/21 Page 7 of 18 PageID #:7627 Amazon.com: Gyroor Warrior 8.5 inch All Terrain Off Road Hoverboard with Bluetooth Speakers and LED Lights, UL2272 Certified Self Bal…

117

Shop now

Sponsored

**Gyroor Warrior 8.5 inch All Terrain Off Road Hoverboard ...**
3,085 ratings

**1 other option**
sorted by price + delivery: low to high

Filter

**New**
$299.00

FREE delivery: **April 29 - May 20**
Fastest delivery: **April 14 - 19**

Add to Cart

Ships from zhipeng-us
Sold by zhipeng-us
Just launched

End of results

Re
Co
Th
lik

Th
rea
Als
I p

Ap
93

Re
Co
Th
qu
bu
pr

P..

Yo
10
77

Re
Co
Ea
the
no
co

69

**Gyroor Warrior 8.5 inch All Terrain Off Road Hoverboard with Bluetooth Speakers a...**
3,085 ratings

Bo
an
sta
60

https://www.amazon.com/Gyroor-Hoverboard-Bluetooth-Certified-Balancing/dp/B0779826VN?ref_=ast_slp_dp&th=1&psc=1 6/9

Case: 1:20-cv-04806 Document #: 328-30 Filed: 07/13/21 Page 8 of 18 PageID #:7628

**Gyroor Warrior 8.5 inch All Terrain Off Road Hoverboard …**
3,085 ratings

**1 other option**
sorted by price + delivery: low to high

Filter

**New**
$299.00

FREE delivery: **April 29 - May 20**
Fastest delivery: **April 14 - 19**

Add to Cart

Ships from zhipeng-us
Sold by zhipeng-us
Just launched

End of results

More items to explore

**Gyroor Warrior 8.5 inch All Terrain Off Road Hoverboard with Bluetooth Speakers a…**
3,085 ratings

4/8/2021 Case: 1:20-cv-04806 Document #: 328-30 Filed: 07/13/21 Page 9 of 18 PageID #:7629
Amazon.com: Gyroor Warrior 8.5 inch All Terrain Off Road Hoverboard with Bluetooth Speakers and LED Lights, UL2272 Certified Self Bal…

2 Year Protection Plan
asurion
General Merchandise

HOVER-1

ASURION 2 Year Sporting Goods Protection Plan $250-$299.99
1,214
$24.99

Hover-1 Beast Buggy Self-Balancing Scooter Attachment , Black, 35 x 24 x 16.5
571
$99.99
Prime FREE Delivery

**Gyroor Warrior 8.5 inch All Terrain Off Road Hoverboard …**
3,085 ratings

**1 other option**
sorted by price + delivery: low to high

Filter

**New**
$299.00

FREE delivery: **April 29 - May 20**
Fastest delivery: **April 14 - 19**

Add to Cart

Ships from zhipeng-us
Sold by zhipeng-us
Just launched

End of results

**Pages with related products.** See and discover other items: fa hoverboards

**Get to Know Us**
Careers
Blog
About Amazon
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Tours

**Make Money with Us**
Sell products on Amazon
Sell apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Make Money with Us

**Gyroor Warrior 8.5 inch All Terrain Off Road Hoverboard with Bluetooth Speakers a…**
3,085 ratings

Amazon Music
Stream millions of songs

Sell on Amazon
Start a Selling Account

Everything For Your Business

Groceries & More Right To Your Door

Audible

Book Depository
Books With Free Delivery Worldwide

Box Office Mojo

https://www.amazon.com/Gyroor-Hoverboard-Bluetooth-Certified-Balancing/dp/B0779826VN?ref_=ast_slp_dp&th=1&psc=1 8/9

Listen to Books & Original Audio Performances

Find Mo Box Off

Goodreads Book reviews & recommendations

IMDb Movies, TV & Celebrities

IMDbPro Get Info Entertainment Professionals Need

Amazon Warehouse Great Deals on Quality Used Products

Whole Foods Market America's Healthiest Grocery Store

Woot! Deals and Shenanigans

Amazon Subscription Boxes Top subscription boxes – right to your door

PillPack Pharmacy Simplified

Conditions of Use Privacy Notice

**Gyroor Warrior 8.5 inch All Terrain Off Road Hoverboard ...**

3,085 ratings

**1 other option**

sorted by price + delivery: low to high

Filter

**New**

$299.00

FREE delivery: **April 29 - May 20**

Fastest delivery: **April 14 - 19**

Add to Cart

Ships from zhipeng-us

Sold by zhipeng-us

Just launched

End of results

Hello
Select your address
Sports & Outdoors
Hello, Sign in
Account
Returns
& Orders
0
All Best Sellers Today's Deals Prime Customer Service New Releases Books Fashion Kindle Books
Organize your backyard
Sports & Outdoors Sports & Fitness Outdoor Recreation Sports Fan Shop Sports Deals Outdoor Deals

6,755
Sponsored

Sports & Outdoors › Outdoor Recreation › Skates, Skateboards & Scooters › Scooters & Equipment › Scooters › Self Balancing Scooters

# Gyroor Warrior 8.5 inch All Terrain Off Road Hoverboard with Bluetooth Speakers and LED Lights, UL2272 Certified Self Balancing Scooter

Visit the Gyroor Store
3,085 ratings
| 290 answered questions

VIDEO

Roll over image to zoom in

Color: **black**

- SUPER STURDY & DURABLE – The Warrior 8.5 inch Off Road Hoverboard is made from a perfect combination of UL approved materials which make up its sturdy structure that guarantees durability while keeping you safe during rides and allowing you enjoy this hoverboard for years to come.
- ALL-TERRAIN RIDES - With 8.5 inch solid tires and 700 watts motor you can be sure of a smooth and easier ride on all terrains. So, feel free to ride on grass, dirt, gravel or wet surfaces. Ride like a warrior!
- MUSIC SPEAKER INCLUDED – For the music lovers, we have added a Built-in branded high quality music speaker to allow you play your music when riding the hoverboard. No ride will be more fun than this!
- SELF BALANCING BOARD – The Self balancing technology used for this hoverboard makes it easier and safe for new riders. Master the art of balancing in minutes!
- OUR SAFETY PROMISE – This hoverboard is UL2272 certified and this means it has passed strict electrical and safety test to assure safe charging and rides. If you feel this hoverboard is performing below this promise, feel free to contact us.

Select delivery location
See All Buying Options
Add to List
Share
Have one to sell?
Sell on Amazon

117
Sponsored

1,847
Sponsored

## Sponsored products related to this item

Page 1 of 27

Sponsored

4/8/2021 Case: 1:20-cv-04806 Document #: 328-30 Filed: 07/13/21 Page 12 of 18 PageID #:7632 Amazon.com: Gyroor Warrior 8.5 inch All Terrain Off Road Hoverboard with Bluetooth Speakers and LED Lights, UL2272 Certified Self Bal…

Swagtron Swagboard Outlaw T6 Off-Road Hoverboard - First in The World to Handle Ove...
614
$349.99

RIDE SWFT Sonic Hoverboard Self Balancing Scooter,10" Off Road Pneumatic...
103
$299.00

Longtime All-Terrain Off-Road Hoverboard 8.5" Wheels Electric Self Balancing Scoote...
125
$229.00

Hover-1 H1 Hoverboard Electric Scooter , Iridescent , 25 x 9.4 x 9.2
2,012
Limited time deal
$199.99
List: $249.99 (20% off)

Hover-1 Helix E Hoverboard Sc Camo
8(
Limited time de
$149.99
List: $179.99 (17

## 4 stars and above

Sponsored

Longtime All-Terrain Off-Road Hoverboard 8.5" Wheels Electric Self Balancing Scoote...
125
$229.00

Swagtron Swagboard Outlaw T6 Off-Road Hoverboard - First in The World to Handle Ove...
614
$349.99

Beston Sports Newest Generation Electric Hoverboard Dual Motors Two Wheels Hoover B...
2,595
$125.00

Hover-1 H1 Hoverboard Electric Scooter , Iridescent , 25 x 9.4 x 9.2
2,012
Limited time deal
$199.99
List: $249.99 (20% off)

Hover-1 Helix Electric Hoverboard Scooter, Camo
867
Limited time deal
$149.99
List: $179.99 (17% off)

## More items to explore

HOVER-1

Hover-1 Beast Buggy Self-Balancing Scooter Attachment , Black, 35 x 24 x 16.5
571
$99.99

2 Year Protection Plan
asurion
General Merchandise

ASURION 2 Year Sporting Goods Protection Plan $250-$299.99
1,214
$24.99

Swagtron Swagboard Outlaw T6 Off-Road Hoverboard
614
$349.99

Hover-1 Journey Electric Folding Scooter
835
Click for details

Hiboy HC-01 Hoverboard Kart Seat Attachment Accessory for 6.5" 8" 10" Two Wheel Self Balancing Scooter
1,590
$79.99

## Special offers and product promotions

- **Amazon Business:** Make the most of your Amazon Business account with exclusive tools and savings. **Login now**
- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. **Register a free business account**

https://www.amazon.com/Gyroor-Hoverboard-Bluetooth-Certified-Balancing/dp/B0779826VN?ref_=ast_slp_dp&th=1 2/8

Case: 1:20-cv-04806 Document #: 328-30 Filed: 07/13/21 Page 13 of 18 PageID #:7633

## Have a question?

Find answers in product info, Q&As, reviews

Type your question or keyword

## Product Description

**Gyroor** has always been dedicated to creating Hoverboards that are safety, fun and ease of use, making every family have more interaction and happy memories. With GYROOR hoverboard, that vision is now a reality. Say hello to the future.

### Gyroor Hoverboard is UL certified and passed all safety tests

After several researches, we found that safety is the first priority for hoverboard users. Hence, the Gyroor Warrior Off-Road Hoverboard has tested for safety, passing all tests and is UL certified, making the GYROOR warrior G2 hoverboard absolutely safe and harmless for all level of riders.

### Sturdy and Durable

Gyroor Warrior is made from durable aluminum and certain ABS parts to ensure a pretty strong body that is sure to stand the test of time. This means that you can use the hoverboard for a long time without having to bother about the longevity of the casing.

- Motor: 350W*2 Motors
- LED: Colorful LED Lights
- Max Speed: 9.95 Miles/Hour
- Charging Time: 1.5 to 2 Hours
- Distance on Full Charge: 7.5~9.5 Miles
- Safety : UL 2272 Certified Hoverboard
- Music Speaker: Pro Music Speaker
- Lithium-Ion Battery: 4.0Ah/36V Powerful Battery

### Master all terrains

GYROOR Warrior can handle bumpy pavements, gravel, grass, sand, and dirt paths, allowing you enjoy a smooth ride while getting the best out of your self-balancing hoverboard.

- Water Resistant: IP54
- Max Load: 265 Pounds
- Net Weight: 33 Pounds.
- Max Climbing Angle: 30 °
- Frame Material: Metal and Aluminum
- Tires: 8.5 inch/215mm Rubber Solid Tires
- Charging Voltage: AC100 to 240V/50-60Hz
- Product Dimensions: 29.6 Inch x 9.9 Inch x 8.8 Inch
- **Package Contains: All-New Vehicle, Battery Charger & Power Cord, Carry Bag, Rubber Protectors, User Manual,Card**

### Music and Lights

The great quality music speaker and beautiful LED lights add to the magnificence of this Off-Road Hoverboard.

### Powerful Motor

Powered by 350 watts powerful dual motors with solid shock absorber tires you can easily ride faster with more stability.

### Self Balancing

Its self-balancing mode helps you to get balanced in less than a minute.

### SMARTEST OFF ROAD HOVERBOARD

4/8/2021 Case: 1:20-cv-04806 Document #: 328-30 Filed: 07/13/21 Page 14 of 18 PageID #:7634
Amazon.com: Gyroor Warrior 8.5 inch All Terrain Off Road Hoverboard with Bluetooth Speakers and LED Lights, UL2272 Certified Self Bal…

This is the smartest hoverboard you can get in the market today as it allows full stability for even the new riders, making it a perfect gift choice and favorite for kids.

## Product details

Color: **black**

**Date First Available :** November 9, 2017

**ASIN :** B07S4KXRQR

**Best Sellers Rank:** #106,940 in Sports & Outdoors (See Top 100 in Sports & Outdoors)
#120 in Self Balancing Scooters

**Customer Reviews:**
3,085 ratings

# Videos

### Videos for this product

6:59
Top Rated Faster Hoverboards Review
COOLEST STUFF U CAN FIND

1:18
Gyroor Warrior 8.5 inch All Terrain OFF ROAD Hoverboard with…
Merchant Video

4:55
Fun on the go! safe commuting !
DARIO & MININA - (MEDIABOXENT)

**Customer R**
The Rileys

Upload your video

## Sponsored products related to this item

Sponsored

Swagtron Swagboard Outlaw T6 Off-Road Hoverboard - First in The World to Handle Ove...
614
$349.99

Longtime All-Terrain Off-Road Hoverboard 8.5" Wheels Electric Self Balancing Scoote...
125
$229.00

Hover-1 H1 Hoverboard Electric Scooter , Iridescent , 25 x 9.4 x 9.2
2,012
Limited time deal
$199.99
List: ~~$249.99~~ (20% off)

Gotrax G Max Ultra Commuting Electric Scooter - 10" Air Filled Tires - 20MPH & 45 M...
10
$799.99

Swagtron Swagboard Twist 3 Self Balancing Hoverboard for Kids Multicolor LED Wheels...
2,182
$139.99

https://www.amazon.com/Gyroor-Hoverboard-Bluetooth-Certified-Balancing/dp/B0779826VN?ref_=ast_slp_dp&th=1 4/8

4/8/2021 Amazon.com: Gyroor Warrior 8.5 inch All Terrain Off Road Hoverboard with Bluetooth Speakers and LED Lights, UL2272 Certified Self Bal…
Case: 1:20-cv-04806 Document #: 328-30 Filed: 07/13/21 Page 15 of 18 PageID #:7635

117

Sponsored

## Customer Questions & Answers

See questions and answers

## Customer reviews

4.7 out of 5

3,085 global ratings

| | |
|---|---|
| 5 star | 86% |
| 4 star | 6% |
| 3 star | 2% |
| 2 star | 1% |
| 1 star | 4% |

How are ratings calculated?

### Reviews with images

See all customer images

Top reviews

### Top reviews from the United States

Amazon Customer

**BEST hoverboard!!**

Reviewed in the United States on August 15, 2018

Color: black **Verified Purchase**

We got this for our 13 yr old daughter! We love the app you can download on your smartphone. The app has a self balancing mode, adult mode, you can set the speed limit, change LED lights, shut the hoverboard down and a few other functions. We think it is a lot better than the others because of the rubber tires. My daughter even brings it in (after cleaning the tires) and rides it around on our hardwood floors with no damage to them. The speakers on it are great too!!

95 people found this helpful

Helpful Report abuse

https://www.amazon.com/Gyroor-Hoverboard-Bluetooth-Certified-Balancing/dp/B0779826VN?ref_=ast_slp_dp&th=1 5/8

554
Shop now
Sponsored

Sam Thomas

**Great Product**

Reviewed in the United States on November 27, 2018

Color: black **Verified Purchase**

This was my first hover board wasn't sure how long it would take me to learn to ride it. After like 30 minutes of training on my own against a wall I was able to ride it with no problems.

The only thing I find bad about this hover board is that every time it starts up it makes a really loud starting indicator noise and says Bluetooth on which I wish I could switch off. Also sometimes when I get off and if it hits something it keeps beeping and won't stop until I power off and back on again.

Apart from these two things I think the hover board if pretty great.

93 people found this helpful

Helpful Report abuse

Joe M

**Best Hoverboard on the market**

Reviewed in the United States on September 12, 2018

Color: black **Verified Purchase**

This Hoverboard is absolutely the best on the market. Its fast and extremely sturdy. Made of quality materials. The Hoverboard is a bit pricey compared to the cheap plastic knockoffs, but you get what you pay for. Would purchase again and I definitely recommend this product.

P..s.

You can charge the battery from 0 to 100 real quick. Yeah under 3 hours and u get approx. 10 miles with a full charge.

77 people found this helpful

Helpful Report abuse

Jennifer

**Worth it!**

Reviewed in the United States on August 3, 2018

Color: black **Verified Purchase**

Easy to use once you get the hang of it. Lights are awesome as is the sound system. Getting the app on an iPhone was a bit difficult. Self balancing feature nice. Functionality is bar none. Doesn't work too well on the grass, haven't tried on gravel. App works well, wish it could change to mph instead of kph.

69 people found this helpful

Helpful Report abuse

T. Sutherland

**Super fun!**

Reviewed in the United States on August 9, 2018

Color: black **Verified Purchase**

Bought this because hubby was jealous of our boy’s hover board. The higher weight capacity and off road tires are a huge selling point. Easier to ride than the smaller kid size, more stable feeling. Had an issue with the charging port but Gyroor took care of it no problem!

60 people found this helpful

Helpful Report abuse

Liron Segev

**such a great hoverboard! very easy to ride even for a ...**

Reviewed in the United States on July 10, 2018

Verified Purchase

such a great hoverboard! very easy to ride even for a first-time rider and my kids just got on and within minutes they were zipping around the house. Great quality, cool lights give it that futuristic look and it seems to hold a charge for a long time. The tires are massive which gives the board a really good height, comfortable ride, and even riding outside on lawn is no problem. Highly recommended!

62 people found this helpful

Helpful | Report abuse

Sissy

**Problems with Shaking and stopping**

Reviewed in the United States on October 9, 2018

Verified Purchase

I bought 2 of these hover boards for Christmas during the Amazon customer appreciation event in July. In October the kids just couldn't wait any longer so I gave them their boards early while the weather was still nice. They loved them! However within a few hours of using them, one of the boards was shaking and stopping. My grandson has fallen off twice and injured himself because of this defect. I would love to give this 5 stars because it is well made and the kids love them. But the shaking and stopping is not safe and negates any Positive benefits. We have tried to contact seller but not successful yet.

49 people found this helpful

Helpful | Report abuse

Amazon Customer

**Built tough with a smooth ride**

Reviewed in the United States on December 7, 2018

Color: black Verified Purchase

Heavy duty built with a smooth ride. I bought for my my 10 year old and she loves it. The parents love it too. I love that it comes with it's own totes bag!

50 people found this helpful

Helpful | Report abuse

**See all reviews ›**

## Customers who bought this item also bought

554
Shop now

Sponsored

**Pages with related products.** See and discover other items: fast hoverboard, Best dirt scooters for kids, Best led lights for filming, Explore seats for hoverboards

Back to top

Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You

4/8/2021 Case: 1:20-cv-04806 Document #: 328-30 Filed: 07/13/21 Page 18 of 18 PageID #:7638 Amazon.com: Gyroor Warrior 8.5 inch All Terrain Off Road Hoverboard with Bluetooth Speakers and LED Lights, UL2272 Certified Self Bal…

Careers
Blog
About Amazon
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Tours

Sell products on Amazon
Sell apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Make Money with Us

Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon Secured Card
Amazon Business Card
Amazon Business Line of Credit
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help

English United States

Amazon Music Stream millions of songs
Amazon Advertising Find, attract, and engage customers
Amazon Drive Cloud storage from Amazon
6pm Score deals on fashion brands
AbeBooks Books, art & collectibles
ACX Audiobook Publishing Made Easy
Alexa Actionable Analytics for the Web

Sell on Amazon Start a Selling Account
Amazon Business Everything For Your Business
Amazon Fresh Groceries & More Right To Your Door
AmazonGlobal Ship Orders Internationally
Home Services Experienced Pros Happiness Guarantee
Amazon Ignite Sell your original Digital Educational Resources
Amazon Web Services Scalable Cloud Computing Services

Audible Listen to Books & Original Audio Performances
Book Depository Books With Free Delivery Worldwide
Box Office Mojo Find Movie Box Office Data
ComiXology Thousands of Digital Comics
DPReview Digital Photography
East Dane Designer Men's Fashion
Fabric Sewing, Quilting & Knitting

Goodreads Book reviews & recommendations
IMDb Movies, TV & Celebrities
IMDbPro Get Info Entertainment Professionals Need
Kindle Direct Publishing Indie Digital & Print Publishing Made Easy
Amazon Photos Unlimited Photo Storage Free With Prime
Prime Video Direct Video Distribution Made Easy
Shopbop Designer Fashion Brands

Amazon Warehouse Great Deals on Quality Used Products
Whole Foods Market America's Healthiest Grocery Store
Woot! Deals and Shenanigans
Zappos Shoes & Clothing
Ring Smart Home Security Systems
eero WiFi Stream 4K Video in Every Room
Neighbors App Real-Time Crime & Safety Alerts

Amazon Subscription Boxes Top subscription boxes – right to your door
PillPack Pharmacy Simplified
Amazon Renewed Like-new products you can trust
Amazon Second Chance Pass it on, trade it in, give it a second life

Conditions of Use Privacy Notice Interest-Based Ads © 1996-2021, Amazon.com, Inc. or its affiliates

https://www.amazon.com/Gyroor-Hoverboard-Bluetooth-Certified-Balancing/dp/B0779826VN?ref_=ast_slp_dp&th=1 8/8