# EXHIBIT 31

Hello  
Select your address  
All  
Hello, Sign in Account  
Returns & Orders  
0

All  Best Sellers  Today's Deals  Prime  Customer Service  New Releases  Books  Fashion  Kindle Books  Spring clean with low prices

# zhipeng-us

zhipeng-us storefront

Just launched    No feedback yet

zhipeng-us is committed to providing each customer with the highest standard of customer service.

**Have a question for zhipeng-us?**

Ask a question

## Detailed Seller Information

**Business Name:** guangzhouzhipengmaoyiyouxiangongsi  
**Business Address:**
tianhequxintangersheshenghuoqusixiang20hao301fang  
guangzhoushi  
guangdongsheng  
51060  
CN

**Returns & Refunds** | Shipping | Policies | Help | Products

Please refer to the Amazon.com Return Policy and Amazon.com Refund Policy or contact zhipeng-us to get information about any additional policies that may apply.

Contact this seller

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

### A-to-z Guarantee

Place your merchant order through the Amazon.com Shopping Cart and your purchase is protected by the A-to-z Safe Buying Guarantee. Amazon.com automatically transfers your payment to the merchant so you'll never need to pay a merchant directly. Our A-to-z Safe Buying Guarantee covers both the delivery of your item and its condition upon receipt…Read more

Leave seller feedback    Tell us what you think about this page

## Inspired by your browsing history

Page 1 of 4






Hover-1 Beast Buggy Self-Balancing Scooter Attachment , Black, 35 x 24 x 16.5
571
$99.99

EverCross Hoverboard Seat Attachment, Hoverboard Attachments, Hoverboard Accessories Compatible with 6.5"…
1,133
$84.00

Hover-1 Buggy Attachment for Transforming Hoverboard Scooter into Go-Kart
5,823
$77.00

Hiboy HC-01 Hoverboard Kart Seat Attachment Accessory for 6.5" 8" 10" Two Wheel Self Balancing Scooter
1,590
$75.99

Steele Heavy Whee
$31.4

## Deals in magazine subscriptions







Real Simple
12,024
Print Magazine
#1 Best Seller in Home Decorating Magazines
$10.00

National Geographic Kids
12,521
Print Magazine
$8.50

National Geographic History
2,545
Print Magazine
$10.00

Reminisce
65
Print Magazine
$5.00

Farm & Ranch Li
41
Print Magazine
$5.00

---

**Your Browsing History**  View or edit your browsing history  ›



See personalized recommendations

**Sign in**

New customer? Start here.

---

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell products on Amazon | Amazon Rewards Visa Signature Cards | Amazon and COVID-19 |
| Blog | Sell apps on Amazon | Amazon.com Store Card | Your Account |
| About Amazon | Become an Affiliate | Amazon Secured Card | Your Orders |
| Sustainability | Advertise Your Products | Amazon Business Card | Shipping Rates & Policies |
| Press Center | Self-Publish with Us | Amazon Business Line of Credit | Amazon Prime |
| Investor Relations | Host an Amazon Hub | Shop with Points | Returns & Replacements |
| Amazon Devices | › See More Make Money with Us | Credit Card Marketplace | Manage Your Content and Devices |
| Amazon Tours | | Reload Your Balance | |
| | | Amazon Currency Converter | |

Amazon Assistant Help

English | United States

| | | | | | | |
|---|---|---|---|---|---|---|
| Amazon Music<br>Stream millions<br>of songs | Amazon Advertising<br>Find, attract, and<br>engage customers | Amazon Drive<br>Cloud storage<br>from Amazon | 6pm<br>Score deals<br>on fashion brands | AbeBooks<br>Books, art<br>& collectibles | ACX<br>Audiobook<br>Publishing<br>Made Easy | Alexa<br>Actionable<br>Analytics<br>for the Web |
| Sell on Amazon<br>Start a Selling<br>Account | Amazon Business<br>Everything For<br>Your Business | Amazon Fresh<br>Groceries &<br>More<br>Right To Your<br>Door | AmazonGlobal<br>Ship Orders<br>Internationally | Home Services<br>Experienced Pros<br>Happiness<br>Guarantee | Amazon Ignite<br>Sell your original<br>Digital Educational<br>Resources | Amazon Web Services<br>Scalable Cloud<br>Computing Services |
| Audible<br>Listen to Books &<br>Original Audio<br>Performances | Book Depository<br>Books With Free<br>Delivery Worldwide | Box Office Mojo<br>Find Movie<br>Box Office Data | ComiXology<br>Thousands of<br>Digital Comics | DPReview<br>Digital<br>Photography | East Dane<br>Designer Men's<br>Fashion | Fabric<br>Sewing, Quilting<br>& Knitting |
| Goodreads<br>Book reviews<br>&<br>recommendations | IMDb<br>Movies, TV<br>& Celebrities | IMDbPro<br>Get Info<br>Entertainment<br>Professionals<br>Need | Kindle Direct Publishing<br>Indie Digital & Print<br>Publishing<br>Made Easy | Amazon Photos<br>Unlimited Photo<br>Storage<br>Free With Prime | Prime Video Direct<br>Video Distribution<br>Made Easy | Shopbop<br>Designer<br>Fashion Brands |
| Amazon Warehouse<br>Great Deals on<br>Quality Used<br>Products | Whole Foods Market<br>America's Healthiest<br>Grocery Store | Woot!<br>Deals and<br>Shenanigans | Zappos<br>Shoes &<br>Clothing | Ring<br>Smart Home<br>Security Systems | eero WiFi<br>Stream 4K Video<br>in Every Room | Neighbors App<br>Real-Time Crime<br>& Safety Alerts |
| | Amazon Subscription Boxes<br>Top subscription boxes – right<br>to your door | PillPack<br>Pharmacy<br>Simplified | Amazon Renewed<br>Like-new products<br>you can trust | Amazon Second Chance<br>Pass it on, trade it in,<br>give it a second life | | |

Conditions of Use | Privacy Notice | Interest-Based Ads | © 1996-2021, Amazon.com, Inc. or its affiliates