# EXHIBIT 33



| $399.00 | $299.00 ✓prime | $299.00 | $249.99 ✓prime | $229.00 ✓prime | $189.00 ✓prime |

**Special offers and product promotions**

- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. **Register a free business account**

## Have a question?
Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

---

**Product details**

Color: Colorful LED tire-black
Date First Available : February 4, 2021
ASIN : B08VXGN6TR
Best Sellers Rank: #109,339 in Sports & Outdoors (See Top 100 in Sports & Outdoors)
    #104 in Self Balancing Scooters
Customer Reviews: ★★★★☆  240 ratings

## Videos
Page 1 of 2

**Videos for this product**

1:05 — Gyroor G5 off road all terrain hoverboard — Fengchi-US

**Videos for related products**

3:47 — Top 5 Best Self Balancing in 2021 — Gear Informer

4:01 — Best Electric Scooters With Seat For Adults 2021 — Gear Informer

4:47 — Tomoloo K1 hover boards for kids, self balancing hoverboard. — Tomoloo Flagship

2:04 — 8.5 inch hoverboard — e_Power

HoverS... Attachm... — HoverSe...

Upload your video

---

**Products related to this item**
Page 1 of 20
Sponsored ⓘ

| Hover-1 Chrome Electric Hoverboard Scooter, Gun Metal, 26 x 9.8 x 10 | Hover-1 Drive Hoverboard for Kids Self Balancing Electric Hoverboard, Black (H1... | Hover-1 Titan Electric Self-Balancing Hoverboard Scooter with 10" Tires, Rose Gold | Hover-1 Ultra Electric Self-Balancing Hoverboard Scooter, Black, 25 x 9 x 9.5 inches | Hover-1 H1 Hoverboard Electric Scooter , Iridescent , 25 x 9.4 x 9.2 | Longtime 6.5" Flashing Wheels Rechargeable Battery Self Balancing Scooter Electric ... | Hover-1 Dream Hoverboard Electric Scooter Light Up LED Wheels, Gun Metal, 25... |
| --- | --- | --- | --- | --- | --- | --- |
| ★★★★☆ 973 | ★★★★☆ 1,049 | ★★★★☆ 1,388 | ★★★★☆ 2,432 | ★★★★☆ 2,203 | ★★★★☆ 68 | ★★★★☆ 209 |
| $199.99 ✓prime | $159.99 ✓prime | $249.99 ✓prime | $179.99 ✓prime | $229.99 ✓prime | $139.00 | $139.99 ✓prime |

---

**JOBY GorillaPod Mobile Vlogging Kit (Smartphone Rig, Wavo Mobile Mic...**
★★★★☆ 150 ✓prime
"The microphone is great quality and the LED Light makes the video quality look professional. 10/10 recommend this."
Sponsored ⓘ

---

## Customer questions & answers

🔍 Have a question? Search for answers

**1 vote**

**Question:** What is the range on full battery
**Answer:** A recent trip was 2.2 miles total on asphalt with 1 very steep hill, and two medium hills. The rider was a child that weighs about 65 pounds. This used about 50% of the battery life. In Roughly 1 1/2 hours use.
By Ivan Giddings on January 22, 2021
∨ See more answers (1)

**0 votes**

**Question:** how much does it weigh ?
**Answer:** Hell friends, the hoverboard is 20lb, and it can hold 44-220lb, thanks!
By Fengchi-US SELLER on February 9, 2021

**0 votes**

**Question:** How long does the battery last?
**Answer:** Hello friends, the battery is 4.0Ah / 36V 144WH 20 cell strong battery, it can last about 1-3 hours, and it is depend on the rider's weight and road surface conditions, thanks!
By Fengchi-US SELLER on December 11, 2020

**0 votes**

**Question:** What is the maximum speed the hoverboard can go?
**Answer:** It's fast my teenage daughter has yet to get it maxed on speed guessing 10 to possibly 15 mph on flat gnd
By Mr Salty on April 19, 2021

See more answered questions (15)

---

By Fengchi-US SELLER on December 11, 2020

**Question:** [illegible]

0 votes

**Answer:** It's fast my teenage daughter has yet to get it maxed on speed guessing 10 to possibly 15 mph on flat gnd

By Mr Salty on April 19, 2021

See more answered questions (15)

## Customer reviews

★★★★☆ 4.5 out of 5
240 global ratings

| | | |
|---|---|---|
| 5 star | ▓▓▓▓▓▓▓▓ | 81% |
| 4 star | ▓ | 5% |
| 3 star | ▓ | 6% |
| 2 star | ▏ | 2% |
| 1 star | ▓ | 7% |

▾ How are ratings calculated?

### By feature

| | | |
|---|---|---|
| Safety Features | ★★★★★ | 4.8 |
| Easy to learn | ★★★★★ | 4.8 |
| Sturdiness | ★★★★☆ | 4.6 |

▾ See more

### Review this product
Share your thoughts with other customers

[ Write a customer review ]

[Sponsored ad: Steglujan — Important Safety Information]

### Reviews with images

[customer photo] [customer photo] [customer photo] [customer photo]

See all customer images

### Read reviews that mention

[year old] [battery life] [easy to learn] [hoverboard] [christmas gift]
[old son] [daughter loves] [highly recommend] [self balancing]
[christmas present] [play music] [child mode] [heavy duty] [left side]

[Top reviews ▾]

**Top reviews from the United States**

👤 Larry

★★★★★ **Are you still looking for a hover board? you can stop now!**
Reviewed in the United States on December 15, 2020
Color: Soild tire-blue | Verified Purchase

[video player]

OK I don't know where to start but before I was buying hoverboards on the Amazon and those Hoverboards have been working the most for couple months before they break. I even told my kids I'm not buying hoverboards anymore! Because it's a waste of money, they just keep breaking!

Until I bought GYROOR hoverboard! I bought one for my son and he loved it! So my second son asked me to buy one for him too. So it has been six months since we own GYROOR hoverboards and did not have any problem! So now my third son wants one too :) so I

bought this hoverboard and can't be more happier with this purchase!

▾ Read more

[5 customer photos]

11 people found this helpful

[ Helpful ]    Report abuse

👤 Andrey S.

★★☆☆☆ **Very unhappy with this hoverboard.**
Reviewed in the United States on March 12, 2021
Color: Soild tire-blue | Verified Purchase

I bought this hoverboard for my 2 kids.
It arrived fairly quickly and the packaging was OK.
The first problem: one side of the power supply cord was missing (power outlet plug to power transformer). I felt like returning it right then, but the kids really wanted to try it out so I had to create a makeshift connector using an old laptop power cable to charge the battery up. It took about 3 hours until it was fully charged. I emailed the seller and they sent me an entire power supply in about a week.
This unit worked OK for about 2 weeks and then, suddenly, it stopped balancing, meaning the left side was tilted forward at all times while the right side was level to the ground. It was still possible to ride it, but it just wasn't right. I tried re-setting it using the manual provided to no avail. At that point I decided to return it.

Couple more notes that are not critical, but should be a good FYI for those who consider investing in this thing:
- The smart phone app is a complete joke. You rarely see a 2.2 star reviews on Google play store, but trust

▾ Read more

One person found this helpful

[ Helpful ]    Report abuse

👤 os

★★★☆☆ **OK but not for cart attachment.**
Reviewed in the United States on January 21, 2021
Color: Soild tire-black | Verified Purchase

I like that it is easy to use once you learn to get on it. I thought I had mastered it after using it a few minutes but then I went on it to show my son and I went down hard. I don't know if I stepped on it wrong but I have not had any other accidents like that. Plus, I have been keeping it on the children mode which I think helps.
The speakers sound good!
The child setting is best for learning. It "limits" the speed to 3.6 MPH. I say "limit because" it doesn't really limit the speed. More on that later.

I choose this model because I thought it is capable of going 10mph but frankly, I don't feel safe going over maybe 6 mph.

but I have not had any other accidents like that. Plus, I have been keeping it on the children mode which I think helps.

The speakers sound good!

The child setting is best for learning it "limits" the speed to 3.6 MPH. I say "limit because" it doesn't really limit the speed. More on that later.

I choose this model because I thought it is capable of going 10mph but frankly, I don't feel safe going over maybe 6 mph.

Now on to the things that disappointed me.
I purchased this with the plan to use it with a cart attachment but when attached a cart to it, I found it difficult to control. The hoverboard would speed up very rapidly even when set to children mode. This

∨ Read more

One person found this helpful

[Helpful]  Report abuse

See all reviews ›

### 4 stars and above

Sponsored ⓘ

Page 1 of 8

      

| GYROOR T581 Hoverboard 6.5" Off Road All Terrain Hoverboards with... | Hover-1 Titan Electric Self-Balancing Hoverboard Scooter with 10" Tires, Rose Gold | Gyroor T581 Hoverboard 6.5" Off Road All Terrain Hoverboard with Bluetooth Speaker... | Gotrax G4 Commuting Electric Scooter - 10" Air Filled Tires - 20MPH & 25 Mile Range... | YHR Hoverboard with Wireless Bluetooth Speaker Electric Self Balancing Scooter and ... | LONGTIME Hoverboard for Kids Ages 6-12 Electric Self Balancing Scooter for Adults 3... | mingto Go Kart,Hoverboard Accessories,Hoverboard Seat Attachment... |
|---|---|---|---|---|---|---|
| 679 | 1,388 | 1,004 | 359 | 239 | 51 | 241 |
| $279.00 prime | $249.99 prime | $229.00 prime | $599.99 prime | $139.99 prime | $135.00 | $70.99 prime |



Sponsored ⓘ

### Explore more items
Page 1 of 2

       

| Hanperal Portable Mini Parking Stand, Balancing Smart Scooter, Alloy Kickstand Folding Holder for Ninebot, Segway... | RIDE SWFT Sonic Hoverboard Self Balancing Scooter,10" Off Road Pneumatic Tires, Top Speed of 9... | Segway Ninebot Drift W1, Electric Roller Skates Hovershoes, Two Wheels self Balancing Scooter with RGB LED | Zip Line Gear Tree Saver Block Kit (for 2 Trees) | Gyroor G2 Hoverboard 8.5" Off Road All Terrain Hoverboards Bluetooth Speaker&Self Balancing Hoverboard with Kart Seat Attachment... | Lascoota Brake LED Light USB Rechargable - Easy to Insert Orange Tail Light for Safe Riding Cables Included - for... | MYFAMIREA Handlebar Extension Knee Bar, Adjustable Handlebar Release Knee Pressure, Balance Scooter... | WINDEK SUBLUE Whiteshark Mix/Mix Pro Replace Battery 122Wh/11000mAh | Geospace WALKAROO Xtreme Steel Balance Stilts with Height Adjustable Vert Lifters by Air Kicks | Hover-1 Charger Hoverboard Electric Scooter 10 inch Wheels Bluetooth Speaker and LED Lights, Black, 30 x 13 x 11 (H1-COL-BLK) |
|---|---|---|---|---|---|---|---|---|---|
| 202 | 125 | 399 | 78 | 8 | 202 | 21 | 43 | 634 | 93 |
| $9.95 Prime FREE Delivery | $299.00 Prime FREE Delivery | $399.99 prime FREE One-Day | $60.00 prime FREE One-Day | $399.00 | $13.95 prime FREE One-Day | $59.88 Prime FREE Delivery Wednesday, Jun 2 Only 16 left in stock - order | $149.99 Prime FREE Delivery Tuesday, Jun 1 Only 4 left in stock - order | $69.99 Prime FREE Delivery | 3 offers from $474.99 |

### Inspired by your browsing history
Page 1 of 5

         

| Hover-1 Buggy Attachment for Transforming Hoverboard Scooter into Go-Kart | TOMOLOO Hoverboard Pink for Girls and Boys, Hoverboard Bluetooth and Led Lights with Speaker, Hoverboards for Kids and Adults | Hiboy HC-01 Hoverboard Kart Seat Attachment Accessory for 6.5" 8" 10" Two Wheel Self Balancing Scooter | TOMOLOO Music-Rhythmed Hoverboard for Kids and Adult Two-Wheel Self-Balancing Scooter- UL2272 Certificated with Music... | Gyroor Hoverboard Off Road All Terrian 6.5" Two-Wheel G11 Flash LED Light Self Balancing Hoverboards with Bluetooth Music... | TOMOLOO Hover Boards for Kids, Hoverboards Bluetooth and LED Lights with Speaker,Self Balancing Hoverboard for Adults | Hiboy HC-02 Hoverboard Go Kart with Rear Suspension Seat Attachment Accessory for 6.5" 8" 10" Hover... | Gyroor Swift Hoverboard Self Balancing Hoverboard with Music Speaker LED Lights, 6.5 inch Two-Wheel... | 8 Pieces Adjustable Hoverboard Straps Hook and Loop Fastening Hoverboard Cable Hoverboard... | TOMOLOO Hoverboard with Bluetooth Speaker UL2272 Certified Self Balancing Electric Scooter 6.5" Two-Wheel Hover Boards with LED Lights for Kids and Adult |
|---|---|---|---|---|---|---|---|---|---|
| 6,402 | 69 | 1,738 | 2,357 | 355 | 79 | 633 | 607 | 417 | 163 |
| 6 offers from $79.00 | $199.99 | $89.99 | 1 offer from $184.91 | $199.00 | $199.99 | $119.99 Prime FREE Delivery | $167.00 Prime FREE Delivery | $10.49 prime FREE One-Day | |

### Your Browsing History
View or edit your browsing history ›
Page 1 of 2

           

 

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell products on Amazon | Amazon Rewards Visa Signature Cards | Amazon and COVID-19 |
| Blog | Sell apps on Amazon | Amazon.com Store Card | Your Account |
| About Amazon | | | |

