# EXHIBIT 34



