# EXHIBIT 35



### Special offers and product promotions

- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. **Register a free business account**
- Get a **$50 Amazon Gift Card** instantly upon approval for the Amazon Rewards Visa Card. No annual fee. **Apply now**

#### Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

---

### Product Description



**Gyroor** has always been dedicated to creating Hoverboards that are safety, fun and ease of use, making every family have more interaction and happy memories. With GYROOR hoverboard, that vision is now a reality. Say hello to the future.



**Gyroor Hoverboard is UL certified and passed all safety tests**

After several researches, we found that safety is the first priority for hoverboard users. Hence, the Gyroor Warrior Off-Road Hoverboard has tested for safety, passing all tests and is UL certified, making the GYROOR warrior G2 hoverboard absolutely safe and harmless for all level of riders.



**Sturdy and Durable**

Gyroor Warrior is made from durable aluminum and certain ABS parts to ensure a pretty strong body that is sure to stand the test of time. This means that you can use the hoverboard for a long time without having to bother about the longevity of the casing.

- Motor: 350W*2 Motors
- LED: Colorful LED Lights
- Max Speed: 9.95 Miles/Hour
- Charging Time: 1.5 to 2 Hours
- Distance on Full Charge: 7.5~9.5 Miles
- Safety : UL 2272 Certified Hoverboard
- Music Speaker: Pro Music Speaker
- Lithium-Ion Battery: 4.0Ah/36V Powerful Battery

**Master all terrains**

GYROOR Warrior can handle bumpy pavements, gravel, grass, sand, and dirt paths, allowing you enjoy a smooth ride while getting the best out of your self-balancing hoverboard.



- Water Resistant: IP54
- Max Load: 265 Pounds
- Net Weight: 33 Pounds.
- Max Climbing Angle: 30 °
- Frame Material: Metal and Aluminum
- Tires: 8.5 inch/215mm Rubber Solid Tires
- Charging Voltage: AC100 to 240V/50-60Hz
- Product Dimensions: 29.6 Inch x 9.9 Inch x 8.8 Inch
- Package Contains: All-New Vehicle, Battery Charger & Power Cord, Carry Bag, Rubber Protectors, User Manual,Card

  





**Music and Lights**
The great quality music speaker and beautiful LED lights add to the magnificence of this Off-Road Hoverboard.

**Powerful Motor**
Powered by 350 watts powerful dual motors with solid shock absorber tires you can easily ride faster with more stability.

**Self Balancing**
Its self-balancing mode helps you to get balanced in less than a minute.



**SMARTEST OFF ROAD HOVERBOARD**
This is the smartest hoverboard you can get in the market today as it allows full stability for even the new riders, making it a perfect gift choice and favorite for kids.

## Product details

Color:black
Package Dimensions : 39.8 x 12.3 x 10.1 inches; 31.95 Pounds
Date First Available : November 9, 2017
ASIN : B07S4KXRQR
Best Sellers Rank: #19,732 in Sports & Outdoors (See Top 100 in Sports & Outdoors)
  #25 in Self Balancing Scooters
Customer Reviews:
☆☆☆☆☆  3,218 ratings

## Videos
Page 1 of 2
Videos for this product


4:55
Fun on the go! safe commuting !
DARIO & MININA - (MEDIABOXENT)


1:47
Customer Review: great product
The Rileys


1:26
Gyroor Hoverboard Warrior 8.5 inch All Terrain Off Road...
Gyroor


1:27
Hoverboard seat - MEDIABOXENT
DARIO & MININA - (MEDIABOXENT)


0:25
After only two months, the only way it will move is in circles.
Customer Video


The 7 B... Kids
Two Wh...

Upload your video

## Products related to this item
Page 1 of 16
Sponsored


Hover-1 Helix Electric Hoverboard Scooter, Galaxy
☆☆☆☆☆ 1,155
$179.99 ✓prime


FLYING-ANT Hoverboard, 8.5 inch All Terrain Off Road Hoverboard with...
☆☆☆☆☆ 36
$299.99


Hover-1 Titan Electric Self-Balancing Hoverboard Scooter with 10" Tires, Rose Gold
☆☆☆☆☆ 1,381
$249.99 ✓prime


Swagtron Swagboard Outlaw T6 Off-Road Hoverboard - First in The World to Handle Ove...
☆☆☆☆ 643
$349.99 ✓prime


Gyroor T581 Hoverboard 6.5" Off Road All Terrain Hoverboard with Bluetooth Speaker...
☆☆☆☆☆ 999
$229.00 ✓prime


GYROOR T581 Hoverboard 6.5" Off Road All Terrain Hoverboards with...
☆☆☆☆☆ 674
$279.00 ✓prime


TPS Power Sports Hoverboard Self Balancing Scooter for Adults and Kids 300W...
☆☆☆☆ 358
$158.00 ✓prime





High Waisted Yoga Shorts for Women Tummy Control Workout Running Biker Shorts
2,758
$18.99 prime

Sponsored

# Customer questions & answers

Have a question? Search for answers

**Question:** For everyone that gave this hoverboard 4 to 5 stars, how long have you been using it without any problems?

7 votes

**Answer:** 6 months. Daily use on hard surfaces and grass, no issues. Good power, good app, great batteries. If you want the best, stop here. This board is not a toy! Well build, and can easily handle a seat attachment. Rides higher that most other boards.
By John D. on June 8, 2020

See more answers (1)

**Question:** What app to download? and from where? looked on android play store, and didn't find anything with the name gyroor. also, some of the answers regarding app are confusing -- some say it works with app, other say it doesn't.

3 votes

**Answer:** Hello, thanks for your question. Gyroor new version hoverboard with app is on sale now, and the app name called Gyroor, it can be downloaded at smartphone store or scan the QR code at the back of the user manual.
By Gyroor SELLER on July 24, 2018

See more answers (4)

**Question:** Why does my G2 only charge for 30 min before the charging pack says it is fully charged but the led lights are red when riding?

2 votes

**Answer:** Does it still last long when riding? My son's does that but I notice that it's blue on one side and red on a other. I dont think it has to do with the charge.... His lasts several weeks before needing to recharge. He just rides off and on, not long rides.
By rose croskey on March 27, 2019

**Question:** is this hoverboard FAA compliant, can it be shipped or carried aboard a commercial aircraft?

1 vote

**Answer:** no hoverboard can be carried on an aircraft. EVEN if the battery power is below TSA and FAA regulation they all say the same thing "it down to the individual airline". The airlines say specifically no hoverboards. I wrote this: https://thetechieguy.com/can-travel-flight-electric-skateboard/
By Liron Segev on January 22, 2019

See more answers (1)

See more answered questions (287)

## Customer reviews

★★★★½ 4.7 out of 5
3,218 global ratings

| | | |
|---|---|---|
| 5 star | ████████ | 86% |
| 4 star | █ | 6% |
| 3 star | ▏ | 2% |
| 2 star | ▏ | 1% |
| 1 star | ▎ | 4% |

How are ratings calculated?

### By feature
| | | |
|---|---|---|
| Safety Features | ★★★★★ | 4.8 |
| Easy to learn | ★★★★★ | 4.8 |
| Sturdiness | ★★★★½ | 4.6 |

See more

### Review this product
Share your thoughts with other customers

Write a customer review



### Reviews with images



See all customer images

### Read reviews that mention

battery life | hoverboard | easy to learn | highly recommend | son loves
heavy duty | old son | easy to use | well built | self balancing
great hoverboard | absolutely loves | old daughter | worth the money

Top reviews ▾

## Top reviews from the United States

**Sam Thomas**

★★★★☆ **Great Product**
Reviewed in the United States on November 27, 2018
Color: black | Verified Purchase

This was my first hover board wasn't sure how long it would take me to learn to ride it. After like 30 minutes of training on my own against a wall I was able to ride it with no problems.

The only thing I find bad about this hover board is that every time it starts up it makes a really loud starting indicator noise and says Bluetooth on which I wish I could switch off. Also sometimes when I get off and if it hits something it keeps beeping and won't stop until I power off and back on again.

Apart from these two things I think the hover board if pretty great.

96 people found this helpful

Helpful | Report abuse

**Amazon Customer**

★★★★★ **BEST hoverboard!!**
Reviewed in the United States on August 15, 2018
Color: black | Verified Purchase

We got this for our 13 yr old daughter! We love the app you can download on your smartphone. The app

Amazon Customer

★★★★★ BEST hoverboard!!

Reviewed in the United States on August 15, 2018

Color: black | Verified Purchase

We got this for our 13 yr old daughter! We love the app you can download on your smartphone. The app has a self balancing mode, adult mode, you can set the speed limit, change LED lights, shut the hoverboard down and a few other functions. We think it is a lot better than the others because of the rubber tires. My daughter even brings it in (after cleaning the tires) and rides it around on our hardwood floors with no damage to them. The speakers on it are great too!!

96 people found this helpful

Helpful | Report abuse

Joe M

★★★★★ Best Hoverboard on the market

Reviewed in the United States on September 12, 2018

Color: black | Verified Purchase

This Hoverboard is absolutely the best on the market. Its fast and extremely sturdy. Made of quality materials. The Hoverboard is a bit pricey compared to the cheap plastic knockoffs, but you get what you pay for. Would purchase again and I definitely recommend this product.

P..s.

You can charge the battery from 0 to 100 real quick. Yeah under 3 hours and u get approx. 10 miles with a full charge.

79 people found this helpful

Helpful | Report abuse

Jennifer

★★★★★ Worth it!

Reviewed in the United States on August 3, 2018

Color: black | Verified Purchase

Easy to use once you get the hang of it. Lights are awesome as is the sound system. Getting the app on an iPhone was a bit difficult. Self balancing feature nice. Functionality is bar none. Doesn't work too well on the grass, haven't tried on gravel. App works well, wish it could change to mph instead of kph.

70 people found this helpful

Helpful | Report abuse

Sissy

★☆☆☆☆ Problems with Shaking and stopping

Reviewed in the United States on October 9, 2018

Verified Purchase

I bought 2 of these hover boards for Christmas during the Amazon customer appreciation event in July. In October the kids just couldn't wait any longer so I gave them their boards early while the weather was still nice. They loved them! However within a few hours of using them, one of the boards was shaking and stopping. My grandson has fallen off twice and injured himself because of this defect. I would love to give this 5 stars because it is well made and the kids love them. But the shaking and stopping is not safe and negates any Positive benefits. We have tried to contact seller but not successful yet.

56 people found this helpful

Helpful | Report abuse

T. Sutherland

★★★★★ Super fun!

Reviewed in the United States on August 9, 2018

Color: black | Verified Purchase

Bought this because hubby was jealous of our boy's hover board. The higher weight capacity and off road tires are a huge selling point. Easier to ride than the smaller kid size, more stable feeling. Had an issue with the charging port but Gyroor took care of it no problem!

60 people found this helpful

Helpful | Report abuse

Liron Segev

★★★★★ such a great hoverboard! very easy to ride even for a ...

Reviewed in the United States on July 10, 2018

Verified Purchase

such a great hoverboard! very easy to ride even for a first-time rider and my kids just got on and within minutes they were zipping around the house. Great quality, cool lights give it that futuristic look and it seems to hold a charge for a long time. The tires are massive which gives the board a really good height, comfortable ride, and even riding outside on lawn is no problem. Highly recommended!

62 people found this helpful

Helpful | Report abuse

Amazon Customer

★★★★★ Built tough with a smooth ride

Reviewed in the United States on December 7, 2018

Color: black | Verified Purchase

Heavy duty built with a smooth ride. I bought for my my 10 year old and she loves it. The parents love it too. I love that it comes with it's own totes bag!

52 people found this helpful

Helpful | Report abuse

See all reviews ›

4 stars and above

Page 1 of 6





Document title: Amazon.com: Gyroor Warrior 8.5 inch All Terrain Off Road Hoverboard with Bluetooth Speakers and LED Lights, UL2272 Certified Self Balancing Scoot…
Capture URL: https://www.amazon.com/dp/B07S4KXRQR
Capture timestamp (UTC): Wed, 19 May 2021 02:02:55 GMT