# EXHIBIT 36




