# EXHIBIT 37



| Gyroor Hoverboard Off Road All Terrian 6.5" Two-Wheel Self Balancing G5 Hoverboards wit… | Gyroor Warrior 8.5 inch All Terrain Off Road Hoverboard with Bluetooth Speakers… | Hover-1 Titan Electric Self-Balancing Hoverboard Scooter with 10" Tires, Rose Gold | RIDE SWFT Sonic Hoverboard Self-Balancing Scooter, Built for Speed, Distance,… | Gyroor G2 Hoverboard with Bluetooth Hoverboards Bluetooth Speaker&Self B… | Hover-1 Helix Electric Hoverboard Scooter Galaxy | Electric All-Terrain Hoverboard for Kids and Adults 8.5 Two Wheels Off Road Hover B… |
|---|---|---|---|---|---|---|
| ★ 240 | ★ 3,236 | ★ 1,388 | ★ 125 | ★ 8 | ★ 1,165 | ★ 27 |
| $249.00 | $299.00 | $249.99 prime | $299.00 prime | $399.00 | $179.99 prime | $229.00 prime |

**Special offers and product promotions**

- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. Register a free business account

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

## Product Description





  

**Smart APP & Music Speaker**

This self balancing scooter comes with an efficient APP and Music Speaker that helps you stay in control, giving you the ability to change modes, check batteries, see the real speed, Changing led light colors, adjust speed and riding with your favorite music with ease.

**Super Colorful LED Lights**

Bright LED headlights , Flashing wheels and Glow pedal are super fun, is also a signal of protecting yourself that makes you feel safe in dark, illuminate your evening journeys.For the hoverboard enthusiasts, the LED Flashing Lights make the hoverboard be cool device.

**Sturdy & Durable**

Adopting advanced motherboard system and nature rubber 250W*2 tires, ensure G11 can run smoothly and steadily. With powerful self-balancing feature, you can easily control and happily ride on it. Enjoy the most stable riding and balancing experience!











★★★★★ **Looking for the best off-road hoverboard?**
Reviewed in the United States on January 9, 2021
Color: blue | Verified Purchase

Living on a farm in a cold-weather climate with snow, it's difficult to find hoverboards that work. This hoverboard is great and the customer service is awesome! It's the perfect size for our 9 year old and she loves the colors and flashing lights. There is also a Bluetooth option! Would buy this product and from this company again.

6 people found this helpful

Helpful | Report abuse

N. Campbell

★★★★★ **Nice, powerful little hoverboard**
Reviewed in the United States on January 28, 2021
Color: black | Verified Purchase

We've had this thing for roughly a month now and my 10 year old loves it. It's fast, the bluetooth speaker connects easily and sounds great on the streets. There was a learning curve learning how to ride it, of course, but I wish I would've thought to put some duct tape or something on the handles to keep them from getting all scuffed up from the pavement. Other than that, it's cool. I'm also learning how to ride the dern thing although my balance makes it difficult for me to stay on it at 42 years old. As long as I keep trying, I'll get it just like my son did. We charge it according to the manual and so far the battery life is good. We don't leave it plugged in after the light turns green on the charger and we never leave it plugged in overnight (just in case). The tires are thick and the machine itself has good weight to it, so I feel like I really got value for what I paid for it (I shopped around for roughly 6 or 7 other brands before I decided on this one). It's definitely a keeper. I'm glad we got it.

2 people found this helpful

Helpful | Report abuse

Maria

★☆☆☆☆ **Not happy**
Reviewed in the United States on December 26, 2020
Color: black | Verified Purchase

I wouldn't buy this item ever again my daughter couldn't even try it wouldn't turn on. Then I couldn't get a hold of anyone to talk to regarding it. I'm very disappointed with Amazon and this company I have to wait a few weeks for refund to find her another one.

5 people found this helpful

Helpful | Report abuse

Jessica

★★★★★ **Meets Expectations, Kid loves it**
Reviewed in the United States on February 17, 2021
Color: black | Verified Purchase

Pros:

-Durable across rough terrains
-High volume on speakers
-Smooth speed transitions

Cons:

-Heavier on the ends (obviously I know)
For my son it's just so heavy and awkward to lug around or put into its bag.

This product is everything it is supposed to be so if you're torn on whether or not to get it, consider the following two questions:

˅ Read more

One person found this helpful

Helpful | Report abuse

See all reviews ›

**4 stars and above**
Sponsored ›
Page 1 of 7





