# EXHIBIT 38



Hoverboard Scooter with | Hoverboard Scooter, | Balancing Scooter, Top | Balancing Scooter, Built | Scooter, 26 x 9.8 x 10, | Hoverboard, Two-Wheel | Two-Wheel G11 Flash

$249.99 prime | $159.99 prime | $189.99 prime | $299.00 prime | $185.91 prime | $299.99 | $199.00

Style: **Titan** | List: $179.99 (11% off) | Frame Material: ABS | Manufacturer: RIDE SWFT | Warranty Type: 90 days | | 
Item Weight: 24 Pounds | Warranty Type: 90 days | Wheel Size: 6.5 inches | Department: ** | Brake Style: Sensor | | 
| Number of Wheels: 2 | Item Weight: 15.4 Pounds | | Item Weight: 18.84 Pounds | |

---

**Special offers and product promotions**

- Get a **$50 Amazon Gift Card** instantly upon approval for the **Amazon Rewards Visa Card** Apply now

---

### Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

---

**Product Description**



GYROOR has always been dedicated to creating Hoverboards that are safety, fun and ease of use, making every family have more interaction and happy memories. With GYROOR hoverboards, that vision is now a reality. Say hello to the future!



**ALL-TERRAIN OFF ROAD HOVERBOARD**

GYROOR 6.5 INCH HOVERBOARD

6.5 inch solid off-road tire hitting speed for up to 3.75-7.75 miles, powered by 300W*2 motors with high enery battery，You will feel free to ride on grass, dirt, gravel or wet surfaces!

- Motor: 300W * 2
- Tire: 6.5 inch rubber solid tire
- LED: Colorful LED Lights
- Safety : UL 2272 Certified Hoverboard
- Music Speaker: Pro Music Speaker with bluetooth
- Min/Max Load: 44-265 lbs
- Lithium-ion battery: 4.0Ah / 36V 144WH 20 cell strong battery



Technical Specifications:

- Wheel Size 6.5 inches
- Charging Time: 1-1.5 hours
- Waterproof: IP54
- Maximum climb angle: 15-30°
- Bluetooth Compatibility







**Pro Music Speaker & Smart APP**

The great quality music speaker and Smart Bluetooth add to the magnificence of this Off-Road Hoverboard, you can connect the Music on the setting of your Phone!

**Powerful Motors & offroad Tires**

Powered by 300 watts offroad dual motors with solid shock absorber tires you can easily ride faster with more stability.

**Aluminum solid tires & non-slip feet Pedal**

The Tire made from Aluminum and with and non-slip feet Pedal certain ABS parts to ensure a pretty strong body that is sure to stand the test of time.







Subtotal
$0.00

  

**Colorful LED light & Smart APP**

With the Ride Gyroor App, you can choose from Child and adult speed modes, check the power, adjust the lights, failure analysis in the APP and unlock additional features.

**Two Models & Self-balance**

Built in Child and adult models with self-balance, you can control the amazing hoverboard by just shifting of your weight, fit for everyone!

**Best hoverboard with the safety**

All GYROOR hoverboards have passed the UL2272 test, the Battery have passed UL2271 test, the safety is the best gift for the kids and adults.



## Product details

Color: **Solid tire-black**

**Date First Available :** February 4, 2021

**ASIN :** B08VXGN6TR

**Best Sellers Rank:** #62,794 in Sports & Outdoors (See Top 100 in Sports & Outdoors)
#54 in Self Balancing Scooters

**Customer Reviews:**
★★★★½ ▾ 248 ratings

### Videos

Page 1 of 2

**Videos for this product**

    

Videos



**Customer Review: Solid and Durable Hoverboard!**
JohnKmx

**Customer Review: Christmas gift !!! Son was satisfied.**
Shawn

**Customer Review: Great all round hoverboard!**
Ashley

**Customer Review: Solid ride for children and adults alike**
Outdoor Enthusiast | Geek | Photog...

**Gyroor G5 off road all terrain hoverboard**
Fengchi-US

Hoverb Self-ba
DARIO :

Upload your video

### Products related to this item

Page 1 of 20

Sponsored

     

**RIDE SWFT Sonic Hoverboard Self Balancing Scooter, Built for Speed, Distance,...**
★★★★½ 130
**$299.00** ✓prime
Manufacture: RIDE SWFT
Department: **

**RIDE SWFT Flash Hoverboard Self Balancing Scooter, Top Speed of 7mph, 3 Mile...**
★★★★½ 202
**$189.99** ✓prime
Frame Material: ABS
Wheel Size: 6.5 Inches
Item Weight: 15.4 Pounds

**Longtime Electric Hoverboard Self Balancing Scooter for Kids and Adults Hover...**
★★★★½ 46
**$135.00**

**Hover-1 Chrome 2.0 Hoverboard Electric Scooter, 26 x 9.8 x 10, Blue**
★★★★½ 733
**$185.91** ✓prime
Warranty Type: 90 days
Brake Style: Sensor
Item Weight: 18.84 Pounds

**Hover-1 Ultra Electric Self-Balancing Hoverboard Scooter, Pink, 24 x 9 x 9.5 inches**
★★★★½ 2,603
Limited time deal
**$159.99** ✓prime
List: $179.99 (11% off)
Warranty Type: 90 days
Number of Wheels: 2

**Hover-1 Alpha Electric Kick Scooter Foldable and Portable with 10 inch Air-Filled T...**
★★★★½ 692
**$399.99** ✓prime
Warranty Type: 90 days
Brake Style: Disc
Handlebar Type: Foldable

**Hover-1 Titan Electric Self-Balancing Hoverboard Scooter with 10" Tires, Rose Gold**
★★★★½ 1,417
**$249.99** ✓prime
Style: Titan
Item Weight: 24 Pounds



Subtotal
$0.00

12 people found this helpful

Helpful | Report abuse

Andrey S.

★★☆☆☆ **Very unhappy with this hoverboard.**
Reviewed in the United States on March 12, 2021
Color: Solid tire-blue | Verified Purchase

I bought this hoverboard for my 2 kids.
It arrived fairly quickly and the packaging was OK.
The first problem: one side of the power supply cord was missing (power outlet plug to power transformer). I felt like returning it right then, but the kids really wanted to try it out so I had to create a makeshift connector using an old laptop power cable to charge the battery up. It took about 3 hours until it was fully charged. I emailed the seller and they sent me an entire power supply in about a week.
This unit worked OK for about 2 weeks and then, suddenly, it stopped balancing, meaning the left side was tilted forward at all times while the right side was level to the ground. It was still possible to ride it, but it just wasn't right. I tried re-setting it using the manual provided to no avail. At that point I decided to return it.

Couple more notes that are not critical, but should be a good FYI for those who consider investing in this thing:
- The smart phone app is a complete joke. You rarely see a 2.2 star reviews on Google play store, but trust
∨ Read more

2 people found this helpful

Helpful | Report abuse

Diamond Cat

★★★★★ **Very solid and seems well built**
Reviewed in the United States on January 29, 2021
Color: Solid tire-black | Verified Purchase

I did a lot of research trying to find a hoverboard for my kids for Christmas 2020 and I ended up getting this one. I wanted something that they would be able to take on the grass and be durable. They have yet to take it outside (it is winter here) but have been riding it around the house a lot. It is pretty heavy and feels very solid and well built. It can go very fast but the kids (mine are 10 years old) handle this thing crazy well. It took zero time for them to become experts on it. So much so that they make it look easy...too easy. Warning for parents, no matter how easy they make this thing look DO NOT try it. I think it has a secret "fling parents off" option, both my husband and I went from vertical to horizontal in literally a split second. If you do decide to take your life into your own hands, make sure you are in a large area with nothing you can hit on your way down. You've been warned ;)
There is an app that you can download that lets you max speed, adults vs children mode, and turn on/off self balancing mode. It also lets you change the light colors. You can connect your phone to the board via bluetooth and you can play music through the wheel speakers. It is fun to surprise your kids with silly music, or funny sounds, when they are riding on it. One issue I have though is that if I have my phone (Android) bluetooth on and I come home, it automatically connects to the hoverboard. I just mention this
∨ Read more

2 people found this helpful

Helpful | Report abuse

See all reviews ›

---

**4 stars and above**
Sponsored ⓘ

Page 1 of 5

| Hover-1 Titan Electric Self-Balancing Hoverboard Scooter with 10" Tires, Rose Gold | Hover-1 Ultra Electric Self-Balancing Hoverboard Scooter, Blue, 24 x 9 x 5 inches | YHR 6.5 Inch Hoverboard W/Speaker, LED Wheels and LED Lights for Kid... | Hover-1 Chrome 2.0 Hoverboard Scooter, 26 x 9.8 x 10, Blue | Hoverboard Kart, Hoverboard Seat Attachment Accessories for Self Balancing... | Felimoda Hoverboard, 6.5 Inch Two-Wheel Self Balancing Hoverboards - LED Light Flas... | Gotrax G4 Commuting Electric Scooter - 10" Air Filled Tires - 20MPH & 25 Mile Range... |
| --- | --- | --- | --- | --- | --- | --- |
| ★★★★☆ 1,417 | ★★★★☆ 2,602 | ★★★★☆ 1,481 | ★★★★☆ 733 | ★★★★☆ 379 | ★★★★☆ 754 | ★★★★☆ 440 |
| $249.99 prime | $179.00 prime | $169.99 prime | $185.91 prime | $72.97 | $169.99 prime | $599.99 prime |
| Style: Titan | Warranty Type: 90 days | Department: Unisex-adult | Warranty Type: 90 days | Brake Style: Sensor | Wheel Size: 6.5 Inches | Brake Style: Rear Braking |
| Item Weight: 24 Pounds | | | Brake Style: Sensor | | Wheel Material: Rubber | Wheel Material: Aluminum |
| | | | Item Weight: 18.84 Pounds | | Number of Wheels: 2 | |

Jetson Flash Self Balancing Hoverboard w...
★★★★☆ 625
$189.98 prime
Shop now
Sponsored ⓘ

---

**Because you considered similar items**

Page 1 of 2

| SISIGAD Hoverboard, with Bluetooth and Colorful Lights Self Balancing Scooter | Hover-1 Ultra Electric Self-Balancing Hoverboard Scooter | SISIGAD Hoverboard Self Balancing Scooter 6.5" Two-Wheel Self Balancing Hoverboard with Bluetooth Speaker and LED Lights Electric... | Gyroor Warrior 8.5 inch All Terrain Off Road Hoverboard with Bluetooth Speakers and LED Lights, UL2272 Certified Self... | Hover-1 H1-100 Electric Hoverboard Scooter with Infinity LED Wheel Lights | Hover Hoverboard Electric Scooter | LIEAGLE Hoverboard, 6.5" Self Balancing Scooter Hover Board with Wheels LED Lights for Kids Adults | Hover-1 Helix Electric Hoverboard Scooter | SWAGTRON T580 App-Enabled Bluetooth Hoverboard w/Speaker Smart Self-Balancing Wheel – Available on iPhone & Android |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| ★★★★☆ 2,947 | ★★★★☆ 2,605 | ★★★★☆ 3,096 | ★★★★☆ 3,292 | ★★★★☆ 545 | ★★★★☆ 2,273 | ★★★★☆ 4,488 | ★★★★☆ 229 | ★★★★☆ 1,635 |
| #1 Best Seller in Self Balancing Scooters | $159.99 – $229.00 | $134.99 – $179.99 | $299.00 – $339.00 | $172.00 – $413.12 | $199.99 – $489.99 | $134.99 – $169.99 | $135.12 – $389.99 | $161.99 – $428.67 |
| $144.99 – $179.99 | | | | | | | | |

