# EXHIBIT 39



**Special offers and product promotions**

- Get a **$50 Amazon Gift Card** instantly upon approval for the **Amazon Rewards Visa Card. No annual fee.** Apply now

**Have a question?**
Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

**Product Description**



GYROOR has always been dedicated to creating Hoverboards that are safety, fun and ease of use, making every family have more interaction and happy memories. With GYROOR hoverboards, that vision is now a reality. Say hello to the future!



**ALL-TERRAIN OFF ROAD HOVERBOARD**
GYROOR 6.5 INCH HOVERBOARD

6.5 inch solid off-road tire hitting speed for up to 3.75-7.75 miles, powered by 300W*2 motors with high enery battery，You will feel free to ride on grass, dirt, gravel or wet surfaces!

- Motor: 300W * 2
- Tire: 6.5 inch rubber solid tire
- LED: Colorful LED Lights
- Safety : UL 2272 Certified Hoverboard
- Music Speaker: Pro Music Speaker with bluetooth
- Min/Max Load: 44-265 lbs
- Lithium-ion battery: 4.0Ah / 36V 144WH 20 cell strong battery



Technical Specifications:

- Wheel Size: 6.5 inches
- Charging Time: 1-1.5 hours
- Waterproof: IP54
- Maximum climb angle: 15-30°
- Bluetooth Compatibility



Pro Music Speaker & Smart APP

The great quality music speaker and Smart Bluetooth add to the magnificence of this Off-Road Hoverboard, you can connect the Music on the setting of your Phone!



Powerful Motors & offroad Tires

Powered by 300 watts powerful dual motors with solid shock absorber tires you can easily ride faster with more stability.



Aluminum solid tires & non-slip feet Pedal

The Tire made from Aluminum and with and non-slip feet Pedal certain ABS parts to ensure a pretty strong body that is sure to stand the test of time.









**Colorful LED light & Smart APP**
With the Ride Gyroor App, you can choose from Child and adult speed modes, check the power, adjust the lights, failure analysis in the APP and unlock additional features.

**Two Models & Self-balance**
Built in Child and adult models with self-balance, you can control the amazing hoverboard by just shifting of your weight, fit for everyone!

**Best hoverboard with the safety**
All GYROOR hoverboards have passed the UL2272 test, the Battery have passed UL2271 test, the safety is the best gift for the kids and adults.



## Product details

Color: **Soild tire-black**
Date First Available : February 4, 2021
ASIN : B08VXGN6TR
Best Sellers Rank: #41,756 in Sports & Outdoors (See Top 100 in Sports & Outdoors)
#48 in Self Balancing Scooters
Customer Reviews: 262 ratings

## Videos
Page 1 of 2

**Videos for this product**

 2:33
Customer Review: Solid and Durable Hoverboard!
JohnKmx

 2:37
Customer Review: Christmas gift !!! Son was satisfied.
Shawn

 1:05
Gyroor G5 off road all terrain hoverboard
Fengchi-US

 1:24
Customer Review: Solid ride for children and adults alike
Outdoor Enthusiast | Geek | Photog...

 1:00
Product demo
A. Liu


Self Ba Blueto
DARIO

Upload your video

## Products related to this item
Page 1 of 20

Sponsored


Hiboy W Hoverboard UL-2272 Certified Self Balance Scooter for Kids with LED Light, ...
60
$159.99 prime


Gyroor Hoverboard Off Road All Terrain 6.5" Two-Wheel G11 Flash LED Light Self Bala...
390
$199.00


Longtime 6.5" Chrome Metallic Hoverboard Self Balancing Scooter with Speaker LED Li...
106
$135.00 prime


jolege Hoverboard, 6.5" Two-Wheel Self Balancing Hoverboard - LED Light Wheel Scoot...
3,976
$134.99


TOMOLOO Hoverboard for Kids, Hoverboard for Adult with Bluetooth Speaker and LED Li...
85
$229.99 prime


Wilibl for Kids Adult Spider Self Balancing Wilibl with LED Lights Wheels Bluetooth...
422
$148.00 prime


Hiboy Titan Electric Scooter - 800W Motor 10" Air Tires Up to 28 Miles & 25 MPH Qui...
108
$999.99


Nice Hoverboard


YHR Hoverboards with Wireless Bluetooth Speaker LED Wheel 6.5inch Self Balancing Hoverboard for Kids
821
$169.99 prime



Sponsored ⓘ

## Customer questions & answers

🔍 Have a question? Search for answers

**Question:** What is the range on full battery

1 vote

**Answer:** A recent trip was 2.2 miles total on asphalt with 1 very steep hill, and two medium hills. The rider was a child that weighs about 65 pounds. This used about 50% of the battery life. In Roughly 1 1/2 hours use.
By Ivan Giddings on January 22, 2021

˅ See more answers (1)

**Question:** how much does it weigh ?

0 votes

**Answer:** Hell friends, the hoverboard is 20lb, and it can hold 44-220lb, thanks!
By Fengchi-US SELLER on February 9, 2021

**Question:** How long does the battery last?

0 votes

**Answer:** Hello friends, the battery is 4.0Ah / 36V 144WH 20 cell strong battery, it can last about 1-3 hours, and it is depend on the rider's weight and road surface conditions, thanks!
By Fengchi-US SELLER on December 11, 2020

**Question:** What is the maximum speed the hoverboard can go?

0 votes

**Answer:** It's fast my teenage daughter has yet to get it maxed on speed guessing 10 to possibly 15 mph on flat gnd
By Mr Salty on April 19, 2021

[ See more answered questions (15) ]

## Customer reviews

★★★★☆ 4.4 out of 5
262 global ratings

| | | |
|---|---|---|
| 5 star | ▇▇▇▇▇▇▇ | 78% |
| 4 star | ▏ | 5% |
| 3 star | ▎ | 6% |
| 2 star | ▏ | 2% |
| 1 star | ▍ | 9% |

˅ How are ratings calculated?

### By feature

| | | |
|---|---|---|
| Safety Features | ★★★★★ | 4.8 |
| Easy to learn | ★★★★☆ | 4.7 |
| Battery life | ★★★★☆ | 4.6 |

˅ See more

### Review this product
Share your thoughts with other customers

[ Write a customer review ]



YHR Hoverboard with Wireless Bluetooth ...
★★★★☆ 23
$169.99 ✓prime
[ Shop now ]

Sponsored ⓘ

### Reviews with images



See all customer images

### Read reviews that mention

| year old | battery life | easy to learn | hoverboard | christmas gift |
| old son | daughter loves | highly recommend | self balancing |
| christmas present | play music | child mode | heavy duty | left side |

### Top reviews from the United States

👤 Larry

★★★★★ **Are you still looking for a hover board? you can stop now!**
Reviewed in the United States on December 15, 2020
Color: Soild tire-blue | Verified Purchase



OK I don't know where to start but before I was buying hoverboards on the Amazon and those Hoverboards have been working the most for couple months before they break. I even told my kids I'm not buying hoverboards anymore! Because it's a waste of money, they just keep breaking!
Until I bought GYROOR hoverboard! I bought one for my son and he loved it! So my second son asked me to buy one for him too. So it has been six months since we own GYROOR hoverboards and did not have any problem! So now my third son wants one too :) so I bought this hoverboard and can't be more happier with this purchase!

˅ Read more







12 people found this helpful

[ Helpful ] | Report abuse

👤 Andrey S.

★★☆☆☆ **Very unhappy with this hoverboard.**
Reviewed in the United States on March 12, 2021
Color: Soild tire-blue | Verified Purchase

I bought this hoverboard for my 2 kids.
It arrived fairly quickly and the packaging was OK.
The first problem: one side of the power supply cord was missing (power outlet plug to power transformer). I felt like returning it right then, but the kids really wanted to try it out so I had to create a makeshift connector using an old laptop power cable to charge the battery up. It took about 3 hours until

★★☆☆☆ **Very unhappy with this hoverboard.**
Reviewed in the United States on December 30, 2020
Color: Soild tire-blue | Verified Purchase

I bought this hoverboard for my 2 kids.
It arrived fairly quickly and the packaging was OK.
The first problem: one side of the power supply cord was missing (power outlet plug to power transformer). I felt like returning it right then, but the kids really wanted to try it out so I had to create a makeshift connector using an old laptop power cable to charge the battery up. It took about 3 hours until it was fully charged. I emailed the seller and they sent me an entire power supply in about a week.
This unit worked OK for about 2 weeks and then, suddenly, it stopped balancing, meaning the left side was tilted forward at all times while the right side was level to the ground. It was still possible to ride it, but it just wasn't right. I tried re-setting it using the manual provided to no avail. At that point I decided to return it.

Couple more notes that are not critical, but should be a good FYI for those who consider investing in this thing:
- The smart phone app is a complete joke. You rarely see a 2.2 star reviews on Google play store, but trust
Read more

3 people found this helpful

Helpful | Report abuse

JohnKmx
★★★★★ **Solid and Durable Hoverboard!**
Reviewed in the United States on December 30, 2020
Color: Soild tire-black | Verified Purchase



I have 2 young boys who are very active and are "hard" on their toys. We have 2 older hoverboards that we purchased for Christmas 2019 that are now very badly banged. I would upload pictures of those hoverboards but don't want to bash other companies. So from that experience I've learned a few things.

First, get a decent sized motor if your kids are going to take it off road like mine do regularly, enjoy going fast, ride up and down curbs/driveways or plan on climbing hills. Our previous model had dual 200w and 250w motor vs this one has dual 300w motor and you can definitely feel the difference.
Read more

4 people found this helpful

Helpful | Report abuse

See all reviews ›





---

Document title: Amazon.com: Gyroor Hoverboard Offroad All Terrain Flash Wheel Self Balancing G5 Hoverboards with Bluetooth Speaker, UL 2272 Certified Best Gift fo…
Capture URL: https://www.amazon.com/dp/B08NSYZMHY?th=1
Capture timestamp (UTC): Fri, 09 Jul 2021 00:08:02 GMT

Page 5 of 6





Document title: Amazon.com: Gyroor Hoverboard Offroad All Terrain Flash Wheel Self Balancing G5 Hoverboards with Bluetooth Speaker, UL 2272 Certified Best Gift fo…
Capture URL: https://www.amazon.com/dp/B08NSYZMHY?th=1
Capture timestamp (UTC): Fri, 09 Jul 2021 00:08:02 GMT