# EXHIBIT 40









### Because you considered similar items

Page 1 of 3


**SISIGAD Hoverboard, with Bluetooth and Colorful Lights Self Balancing Scooter**
★★★★☆ 8,235
#1 Best Seller in Self Balancing Scooters
$144.99-$179.99


**Hover Hoverboard Electric Scooter**
★★★★☆ 2,338
$224.99-$489.99


**TOMOLOO Hover Boards for Kids, Hoverboards Bluetooth and LED Lights with Speaker,Self Balancing Hoverboard for Adults**
★★★★☆ 85
$179.99-$229.99


**TOMOLOO Hoverboards Bluetooth with Led Light Flashing Wheels, Hover Boards for Kids, Self Balancing Hoverboard Adult…**
★★★★☆ 141
$159.99-$179.99


**Gyroor Warrior 8.5 inch All Terrain Off Road Hoverboard with Bluetooth Speakers and LED Lights, UL2272 Certified Self…**
★★★★☆ 3,344
$299.00


**Hover-1 Ultra Electric Self-Balancing Hoverboard Scooter**
★★★★☆ 2,731
$179.00-$345.44


**LIEAGLE Hoverboard, 6.5" Self Balancing Scooter Hover Board with Wheels LED Lights for Kids Adults**
★★★★☆ 4,395
$134.99-$169.99


**Hover-1 Dream Hoverboard Electric Scooter Light Up LED Wheels**
★★★★☆ 340
$139.99-$185.49


**TOMOLOO Hoverboard with Bluetooth and Lights, Smart APP Hover Board with UL2272 Certified, 6.5 Inch Two Wheel Hoover Board…**
★★★★☆ 37
$229.99-$249.99


**SISIGAD Hoverboard Self Balancing Scooter 6.5" Two-Wheel Self Balancing Hoverboard with Bluetooth Speaker and LED Lights Electric…**
★★★★☆ 3,174
$134.99-$179.99

### Related to items you viewed

Page 1 of 3


**Gyroor Warrior 8.5 inch All Terrain Off Road Hoverboard with Bluetooth Speakers and LED Lights, UL2272 Certified Self…**
★★★★☆ 3,344
$299.00


**XPRIT 8.5" All Terrain Off-Road Hoverboard w/Bluetooth Speaker, LED Lights, UL2272 Certified**
★★★★☆ 466
$239.95


**Hover-1 H1-100 Electric Hoverboard Scooter with Infinity LED Wheel Lights**
★★★★☆ 594
$199.99-$413.12


**EVERCROSS Hoverboard, Hoverboard for Adults, Hoverboard with Seat Attachment, 6.5" Hover Board Self Balancing Scooter with…**
★★★★☆ 67
$279.00-$279.99


**SWAGTRON T580 App-Enabled Bluetooth Hoverboard w/Speaker Smart Self-Balancing Wheel – Available on iPhone & Android**
★★★★☆ 1,666
$179.99-$428.67


**Rawrr Hoverboard for Kids and Adults with Bluetooth Speaker and LED Lights, Electric Self Balancing Scooters Hoverboards for girls…**
★★★★★ 3
$149.97


**cho New Hoverboard Electric Smart Self Balancing Scooter with Built-in Wireless Speaker 6.5" LED Wheels and Side Lights for Kids…**
★★★★★ 5
$135.00


**TOMOLOO Hover Boards for Kids, Hoverboard Adult with Bluetooth Speaker and LED Light, 6.5" Two Wheels Self Balancing Hoverboard…**
★★★★☆ 85
$229.99


**HOVERSTAR HS 2.0v Hoverboard All-Terrain Two Wide Wheels Design Self Balancing Flash Wheels Electric Scooter with Wireless…**
★★★★☆ 162
$134.99


**Rawrr Hoverboard with LED Wheel Lights and Bluetooth Speakers for Kids and Adults, Electric Self Balancing Scooters Hoverboards for Girls…**
★★★★☆ 523
$149.97-$159.97

### Your Browsing History    View or edit your browsing history

Page 1 of 4



---

Back to top

**Get to Know Us**
Careers
Blog
About Amazon
Sustainability
Press Center
Investor Relations
Amazon Devices

**Make Money with Us**
Sell products on Amazon
Sell apps on Amazon
Become an Affiliate
Become a Delivery Driver
Start a package delivery business
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Make Money with Us

**Amazon Payment Products**
Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon Secured Card
Amazon Business Card
Amazon Business Line of Credit
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

**Let Us Help You**
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help

amazon    ⊕ English    🇺🇸 United States

| | | | | | | |
|---|---|---|---|---|---|---|
| **Amazon Music** Stream millions of songs | **Amazon Advertising** Find, attract, and engage customers | **Amazon Drive** Cloud storage from Amazon | **6pm** Score deals on fashion brands | **AbeBooks** Books, art & collectibles | **ACX** Audiobook Publishing Made Easy | **Alexa** Actionable Analytics for the Web |
| **Sell on Amazon** Start a Selling Account | **Amazon Business** Everything For Your Business | **Amazon Fresh** Groceries & More Right To Your Door | **AmazonGlobal** Ship Orders Internationally | **Home Services** Experienced Pros Happiness Guarantee | **Amazon Ignite** Sell your original Digital Educational Resources | **Amazon Web Services** Scalable Cloud Computing Services |
| **Audible** Listen to Books & Original Audio Performances | **Book Depository** Books With Free Delivery Worldwide | **Box Office Mojo** Find Movie Box Office Data | **ComiXology** Thousands of Digital Comics | **DPReview** Digital Photography | **East Dane** Designer Men's Fashion | **Fabric** Sewing, Quilting & Knitting |
| **Goodreads** Book reviews & recommendations | **IMDb** Movies, TV & Celebrities | **IMDbPro** Get Info Entertainment Professionals Need | **Kindle Direct Publishing** Indie Digital & Print Publishing Made Easy | **Amazon Photos** Unlimited Photo Storage Free With Prime | **Prime Video Direct** Video Distribution Made Easy | **Shopbop** Designer Fashion Brands |
| **Amazon Warehouse** Great Deals on Quality Used Products | **Whole Foods Market** America's Healthiest Grocery Store | **Woot!** Deals and Shenanigans | **Zappos** Shoes & Clothing | **Ring** Smart Home Security Systems | **eero WiFi** Stream 4K Video in Every Room | **Blink** Smart Security for Every Home |
| **Neighbors App** Real-Time Crime & Safety Alerts | **Amazon Subscription Boxes** Top subscription boxes – right to your door | **PillPack** Pharmacy Simplified | **Amazon Renewed** Like-new products you can trust | **Amazon Second Chance** Pass it on, trade it in, give it a second life | | |

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2021, Amazon.com, Inc. or its affiliates

---

Document title: Amazon.com: Gyroor Hoverboard Offroad All Terrain Flash Wheel Self Balancing G5 Hoverboards with Bluetooth Speaker, UL 2272 Certified Best Gift fo…
Capture URL: https://www.amazon.com/dp/B08NSHNKTN/ref=twister_B08VXGN6TR?_encoding=UTF8&amp;psc=1
Capture timestamp (UTC): Fri, 09 Jul 2021 00:34:09 GMT    Page 5 of 5