# EXHIBIT 41











