# EXHIBIT 42

Amazon | Deliver to A Winnetka 60093 | All | [search] | Hello, Arthur Account & Lists | Returns & Orders | 1 Cart
All | Customer Service | Buy Again | Livestreams | Shopper Toolkit | Health & Household | Amazon Basics | Coupons | Beauty & Personal Care | Free Shipping | Arthur's Amazon.com | Amazon Launchpad | Automotive | Subscribe & Save | Shop with Pride



Gyroor
+ Follow | HOME | 8.5" OFF ROAD HOVERBOARD | G-F1 RACING HOVERBOARD | G11 6.5" SWIFT HOVERBOARD | G5 6.5" OFF ROAD HOVERBOARD | ACCESSORIES | POSTS









$299⁰⁰



$299⁰⁰





Document title: Amazon.com: Gyroor
Capture URL: https://www.amazon.com/stores/Gyroor/page/F7856CFC-6A58-4C64-8580-51FFCB019EA1?ref_=ast_bln
Capture timestamp (UTC): Fri, 25 Jun 2021 04:06:43 GMT
Page 1 of 3



Document title: Amazon.com: Gyroor
Capture URL: https://www.amazon.com/stores/Gyroor/page/F7856CFC-6A58-4C64-8580-51FFCB019EA1?ref_=ast_bln
Capture timestamp (UTC): Fri, 25 Jun 2021 04:06:43 GMT
Page 2 of 3

