# EXHIBIT 43

HOME   SHOP   DISTRIBUTION   ABOUT GYROOR   BLOG   VIDEOS   CONTACT   CORPORATE PURCHASE   SIGN IN   0

GIVE AWAY

# F1 RACING HOVERBOARD 2.0

FAST SPEED WITH RACING SOUND

SHIP FROM USA

FASTEST DELIVERY! FREE SHIPPING ON ALL ORDERS!

ORDER NOW


★ REVIEWS







### GYROOR SWIFT

The Swift G1 is a fantastic intro into the new riding world. upgraded motherboard will give greater balance for riders.

### GYROOR WARRIOR

Gyroor Warrior is the toughest, hardest and smartest off road hoverboard in the world

### GYROOR F1

The F1 is the epitome of style, sleek and speed and was inspired by the Formula one racing supercars.



# GYROOR WARRIOR G2 HOVERBOARD

THE TOUGHEST, HARDEST AND SMARTEST OFF ROAD HOVERBOARD

GET IT NOW

OUR MISSION STATEMENT

Case: 1:20-cv-04806 Document #: 328-43 Filed: 07/13/21 Page 3 of 5 PageID #:7710

## OUR MISSION STATEMENT

Leading the hoverboard manufacturing globally by focusing on the highest quality products and stringent testing testing testing

**SHIP FROM USA ! Fastest Delivery!**

FIND OUT MORE ABOUT US



# GYROOR SWIFT G1 HOVERBOARD
UPGRADED 6.5 INCH SELF-BALANCING HOVERBOARD

BUY NOW

★ REVIEWS

## GYROOR HOVERBOARDS (SHIP FROM US AND EUR)

**SALE**
Gyroor Hoverboard Off Road All Terrian 6.5" Two-Wheel G11 Flash LED Light Self Balancing Hoverboards with Bluetooth Music Speaker and UL 2272 Certified for Kids Adults Gift. (Blue)
$179.00 $199.00

**SALE**
Gyroor Hoverboard Offroad All Terrain Wheel Self Balancing G5 Hoverboards with Bluetooth Speaker, UL 2272 Certified Best Gift for Kids and Adults.
$229.00

**SALE**
Gyroor T580 Hoverboard Self Balancing Scooter with Music Speaker LED Lights, 6.5 inch Two-Wheel Electric Scooter for Kids Adult - UL2272 Certificated
★★★★★ 4 Reviews
Sold Out

**SALE**
Gyroor C3 Electric Bike for Adults, 450W eBike with 18.6MPH up to 28 Mileage, 14in Air-Filled Tires, Dual Disc Braking, 3 Riding Modes
$449.00 $499.00

**SALE**
Gyroor Warrior, the Toughest, Hardest and Smartest Off Road Hoverboard Plus All the Tech
★★★★★ 45 Reviews
$279.00 $799.00

**SALE**
Gyroor Warrior, The Strongest Hoverboard in the World with Metal Case, All Terrain Off Road Hoverboard with App Control(Blue)
★★★★★ 7 Reviews
$279.00 $799.00

**SALE**
Gyroor Hoverboard Offroad All Terrain Flash Wheel Self Balancing G5 Hoverboards with Bluetooth Speaker, UL 2272 Certified Best Gift for Kids and Adults.
★★★★☆ 2 Reviews
$229.00 $249.00

**SALE**
Gyroor Electric Scooter for Adults, 380W 20 Miles Long-Range Battery, Up to 18.6 MPH, 8.5" Tires, Adult Electric Scooter for Commuter with Double Braking System
★★★★☆ 3 Reviews
Sold Out

**SALE**
World's Fastest Gyroor F1 Hoverboard 2.0 Yellow With Racing Sound + Bluetooth Speaker + App Control
★★★★★ 10 Reviews
Sold Out

**SALE**
Gyroor Warrior, The Strongest Hoverboard in the World with Metal Case, All Terrain Off Road Hoverboard with Bluetooth Speakers (Red)
★★★★★ 2 Reviews
$279.00 $799.00

**SALE**
Gyroor F1 Stylish Hoverboard, the epitome of speed, inspired by Formula One supercars
★★★★★ 37 Reviews
Sold Out

**SALE**
Gyroor Hoverboard Battery Original Removeable Replacement G-F1
★★★★★ 2 Reviews
Sold Out

## INFLUCENCER SAY

Document title: Gyroor - The Best Hoverboards, Self Balancing Scooter
Capture URL: https://gyroorboard.com/
Capture timestamp (UTC): Wed, 14 Apr 2021 01:08:40 GMT
Page 2 of 4

## INFLUCENCER SAY



hoy les tenemos el F1 Formula 1 de los Scooters o self balance la marca es Gyroor y el modelo es el G-F1 realmente original y muy bien diseñado y construido.

— jose Tecnofanatico



F1 Racing Hoverboard? This hoveboad is one of the fastest and toughest hoverboards on the market! See me give my first reactions to this hoverboard.

— Matthias



GYROOR WARRIOR, THE STRONGEST HOVERBOARD IN THE WORLD, Today I'm going to show you the Gyroorbord Off-road hoverboard.

— Kim Henriksen



This is the fastest hoverboard in the entire world. All right boys, good races.you all did great, but ultimately, I got the fastest hoverboard.

— Shonduras



Gyroor Warrior OFF-ROAD HOVERBOARD Advantages, Strongest and toughest, Very sensitive, Beginner model for kids learn, Self-balancing mode.

— Miberi Tech

STEPHEN SHARER MADE AN AWESOME SUPER RARE HOVERBOARD MOD WITH PLAY DOH! CHECK OUT THESE PLAYDOH KIDS FRIENDLY HOVERBOARD!

— Stephen Sharer



GYROOR HOVERBOARDS
A NEW GENERATION OF HOVERBOARD

PLAY VIDEO

## GYROOR NEWS



**GYROOR 450W FOLDING ELECTRIC BIKE, 3 ADJUSTABLE SPEEDS ELECTRIC BIKES FOR ADULTS WITH DUAL BRAKING SYSTEM**
by MLVEDA MCP • January 03, 2020



Read More

**YOU CAN CHOOSE GYROOR T580 HOVERBOARD AS YOUR KIDS' CHRISTMAS GIFT**
by MLVEDA MCP • November 21, 2019



Read More

**HOW DOES GYROOR HOVERBOARD DO IT?**
by MLVEDA MCP • October 16, 2019



Read More

## GYROOR NEWS

**GYROOR 450W FOLDING ELECTRIC BIKE, 3 ADJUSTABLE SPEEDS ELECTRIC BIKES FOR ADULTS WITH DUAL BRAKING SYSTEM**
by MLVEDA MCP · January 03, 2020

**YOU CAN CHOOSE GYROOR T580 HOVERBOARD AS YOUR KIDS' CHRISTMAS GIFT**
by MLVEDA MCP · November 21, 2019

**HOW DOES GYROOR HOVERBOARD DO IT?**
by MLVEDA MCP · October 16, 2019



Read More

Read More

Read More

## INSTAGRAM



FOLLOW

SEARCH  GYROOR AMAZON  DISTRIBUTION  CORPORATE PURCHASE
WARRANTY  PRIVACY POLICY  FAQ  GIFT FOR FREE
RESET HOVERBOARD-INSTRUCTION

Sign up to get the latest on sales, new releases and more …

SIGN UP

© 2021 GYROOR.
Powered by Shopify

---

Document title: Gyroor - The Best Hoverboards, Self Balancing Scooter
Capture URL: https://gyroorboard.com/
Capture timestamp (UTC): Wed, 14 Apr 2021 01:08:40 GMT

Page 4 of 4