# EXHIBIT 44

Case: 1:20-cv-04806 Document #: 328-44 Filed: 07/13/21 Page 2 of 3 PageID #:7714



Gyroor Hoverboard Off Road All Terrian 6.5" Two-Wheel G11 Flash LED Light Self Balancing Hoverboards with Bluetooth Music Speaker and UL 2272 Certified for Kids Adults Gift.(Blue)

Sold Out



Gyroor Hoverboard Offroad All Terrain Wheel Self Balancing G5 Hoverboards with Bluetooth Speaker, UL 2272 Certified Best Gift for Kids and Adults.

Sold Out



Gyroor T580 Hoverboard Self Balancing Scooter with Music Speaker LED Lights, 6.5 inch Two-Wheel Electric Scooter for Kids Adult - UL2272 Certificated

★★★★★ 4 Reviews

Sold Out



Gyroor C3 Electric Bike for Adults, 450W eBike with 18.6MPH up to 28 Mileage, 14in Air-Filled Tires, Dual Disc Braking, 3 Riding Modes

★★★★★ 2 Reviews

Sold Out



Gyroor Hoverboard Off Road All Terrain Warrior Hoverboards with 8.5 inch Tires, self Balance Hover board with Colorful LED Lights UL2272 Certificated and Music Speaker app Function Smart Hoverboard

★★★★★ 46 Reviews

Sold Out



Gyroor Warrior, The Strongest Hoverboard in the World with Metal Case, All Terrain Off Road Hoverboard with App Control(Blue)

★★★★★ 7 Reviews

Sold Out



Gyroor Hoverboard Offroad All Terrain Flash Wheel Self Balancing G5 Hoverboards with Bluetooth Speaker, UL 2272 Certified Best Gift for Kids and Adults.

★★★★☆ 2 Reviews

Sold Out



Gyroor Electric Scooter for Adults, 380W 20 Miles Long-Range Battery, Up to 18.6 MPH, 8.5" Tires, Adult Electric Scooter for Commuter with Double Braking System

★★★★☆ 3 Reviews

Sold Out



World's Fastest Gyroor F1 Hoverboard 2.0 Yellow With Racing Sound + Bluetooth Speaker + App Control

★★★★★ 10 Reviews

Sold Out



Gyroor Warrior, The Strongest Hoverboard in the World with Metal Case, All Terrain Off Road Hoverboard with Bluetooth Speakers (Red)

★★★★★ 2 Reviews

Sold Out



Gyroor F1 Stylish Hoverboard, the epitome of speed, inspired by Formula One supercars

★★★★★ 38 Reviews

Sold Out



Gyroor Hoverboard Battery Original Removeable Replacement G-F1

★★★★★ 2 Reviews

Sold Out

