# EXHIBIT 45



HOME    SHOP    DISTRIBUTION    ABOUT GYROOR    BLOG    VIDEOS    CONTACT    CORPORATE PURCHASE    SIGN IN    0

GIVE AWAY    EMAIL

Home > Products > Page 1 of 1



SALE

Gyroor C2 electric bike with powerful LED light ebike foldable bike for adults and kids

★★★★★ 4 Reviews

$659.99 $799.00



Gyroor C3 Electric Bike for Adults, 450W eBike with 18.6MPH up to 28 Mileage, 14in Air-Filled Tires, Dual Disc Braking, 3 Riding Modes

★★★★★ 8 Reviews

$549.00



SALE

Gyroor Electric Roller Skate Hover Board hovershoes with LED Lights,300W Dual Motor Self Balancing Scooter for Kids and Adults,Gyroshoes

★★★★★ 7 Reviews

$217.00 $599.00



SALE

Gyroor Electric Roller Skate Hoverboard hovershoes with LED Lights,300W Dual Motor Self Balancing Scooter for Kids and Adults

★★★★★ 2 Reviews

$217.00 $599.00



★ REVIEWS



SALE

Gyroor electric scooter for kids, , Teens, Boys and Girls, Lightweight and Adjustable Handlebar, Rechargeable Battery, 5 MPH Limit. (H30)

★★★★★ 7 Reviews

$129.00 $199.00



Gyroor Hoverboard Off Road All Terrian 6.5" Two-Wheel G11 Flash LED Light Self Balancing Hoverboards with Bluetooth Music Speaker and UL 2272 Certified for Kids Adults Gift.(Blue)

★★★★★ 7 Reviews

$199.00



SALE

Gyroor T580 Hoverboard Self Balancing Scooter with Music Speaker LED Lights, 6.5 inch Two-Wheel Electric Scooter for Kids Adult - UL2272 Certificated

★★★★★ 4 Reviews

$167.00 $299.00





SALE

Gyroor T580 Hoverboard Self Balancing Scooter with Music Speaker LED Lights, 6.5 inch Two-Wheel Electric Scooter for Kids Adult - UL2272 Certificated

★★★★★ 4 Reviews

$167.00 $299.00



Manords 32oz BPA Free Leakproof Water Bottle with Large Motivational Time Marker Motivational to Ensure You Drink Enough Water For Fitness, Gym and Outdoor Sports

$16.99

FOLLOW

SEARCH    GYROOR AMAZON    DISTRIBUTION    CORPORATE PURCHASE

WARRANTY    PRIVACY POLICY    FAQ    GIFT FOR FREE

RESET HOVERBOARD-INSTRUCTION

Sign up to get the latest on sales, new releases and more …

Enter your email address...    SIGN UP

© 2021 GYROOR.



Document title: Products - GYROOR
Capture URL: https://gyroorboard.com/collections/all
Capture timestamp (UTC): Thu, 08 Jul 2021 13:00:16 GMT    Page 1 of 2




Gyroor C2 electric bike with powerful LED light ebike foldable bike for adults and kids
4 Reviews
$659.99 $799.00

Gyroor C3 Electric Bike for Adults, 450W eBike with 18.6MPH up to 28 Mileage, 14in Air-Filled Tires, Dual Disc Braking, 3 Riding Modes
8 Reviews
$549.00




Gyroor Electric Roller Skate Hover Board hovershoes with LED Lights,300W Dual Motor Self Balancing Scooter for Kids and Adults,Gyroshoes
7 Reviews
$217.00 $599.00

Gyroor Electric Roller Skate Hoverboard hovershoes with LED Lights,300W Dual Motor Self Balancing Scooter for Kids and Adults
2 Reviews
$217.00 $599.00




Gyroor electric scooter for kids, , Teens, Boys and Girls, Lightweight and Adjustable Handlebar, Rechargeable Battery, 5 MPH Limit. (H30)
7 Reviews
$129.00 $199.00

Gyroor Hoverboard Off Road All Terrian 6.5" Two-Wheel G11 Flash LED Light Self Balancing Hoverboards with Bluetooth Music Speaker and UL 2272 Certified for Kids Adults Gift.(Blue)
7 Reviews
$199.00




Gyroor T580 Hoverboard Self Balancing Scooter with Music Speaker LED Lights, 6.5 inch Two-Wheel Electric Scooter for Kids Adult - UL2272 Certificated
4 Reviews
$167.00 $299.00

Gyroor T580 Hoverboard Self Balancing Scooter with Music Speaker LED Lights, 6.5 inch Two-Wheel Electric Scooter for Kids Adult - UL2272 Certificated
4 Reviews
$167.00 $299.00



Manords 32oz BPA Free Leakproof Water Bottle with Large Motivational Time Marker Motivational to Ensure You Drink Enough Water For Fitness, Gym and Outdoor Sports
$16.99

FOLLOW

SEARCH    GYROOR AMAZON    DISTRIBUTION    CORPORATE PURCHASE

WARRANTY    PRIVACY POLICY    FAQ    GIFT FOR FREE

RESET HOVERBOARD-INSTRUCTION

Sign up to get the latest on sales, new releases and more …

Enter your email address...    SIGN UP

© 2021 GYROOR.
Powered by Shopify