# EXHIBIT 46



# F1 RACING HOVERBOARD 2.0

FAST SPEED WITH RACING SOUND

**NOT AVAILABLE IN USA !**

ORDER NOW







### GYROOR SWIFT (NOT AVAILABLE IN USA)

The Swift G1 is a fantastic intro into the new riding world. upgraded motherboard will give greater balance for riders.

### GYROOR WARRIOR(NOT AVAILABLE IN USA)

Gyroor Warrior is the toughest, hardest and smartest off road hoverboard in the world

### GYROOR F1(NOT AVAILABLE IN USA)

The F1 is the epitome of style, sleek and speed and was inspired by the Formula one racing supercars.



# GYROOR WARRIOR G2 HOVERBOARD

THE TOUGHEST, HARDEST AND SMARTEST OFF ROAD HOVERBOARD

GET IT NOW



OUR MISSION STATEMENT

HOME   SHOP ˅   DISTRIBUTION   ABOUT GYROOR   BLOG   VIDEOS   CONTACT   CORPORATE PURCHASE   SIGN IN    0

GIVE AWAY   EMAIL

## OUR MISSION STATEMENT

Leading the hoverboard manufacturing globally by focusing on the highest quality products and stringent testing testing testing

(Not available in USA)

FIND OUT MORE ABOUT US



### GYROOR SWIFT G1 HOVERBOARD
UPGRADED 6.5 INCH SELF-BALANCING HOVERBOARD

BUY NOW

★ REVIEWS

## GYROOR ELECTRIC SCOOTER



SALE

Gyroor electric scooter for kids, , Teens, Boys and Girls, Lightweight and Adjustable Handlebar, Rechargeable Battery, 5 MPH Limit. (H30)

★★★★★ 7 Reviews

$129.00 $199.00



Gyroor Hoverboard Off Road All Terrian 6.5" Two-Wheel G11 Flash LED Light Self Balancing Hoverboards with Bluetooth Music Speaker and UL 2272 Certified for Kids Adults Gift. (Blue)

★★★★★ 7 Reviews

$199.00



SALE

Gyroor T580 Hoverboard Self Balancing Scooter with Music Speaker LED Lights, 6.5 inch Two-Wheel Electric Scooter for Kids Adult - UL2272 Certificated

★★★★★ 4 Reviews

$167.00 $299.00



SALE

Gyroor C2 electric bike with powerful LED light ebike foldable bike for adults and kids

★★★★★ 4 Reviews

$659.99 $799.00



SALE

Gyroor Electric Roller Skate Hover Board hovershoes with LED Lights,300W Dual Motor Self Balancing Scooter for Kids and Adults,Gyroshoes

★★★★★ 7 Reviews

$217.00 $599.00



Manords 32oz BPA Free Leakproof Water Bottle with Large Motivational Time Marker Motivational to Ensure You Drink Enough Water For Fitness, Gym and Outdoor Sports

$16.99



SALE

Gyroor T580 Hoverboard Self Balancing Scooter with Music Speaker LED Lights, 6.5 inch Two-Wheel Electric Scooter for



Gyroor C3 Electric Bike for Adults, 450W eBike with 18.6MPH up to 28 Mileage, 14in Air-Filled Tires, Dual Disc



---

Document title: Gyroor - The Best Hoverboards, Self Balancing Scooter
Capture URL: https://gyroorboard.com/
Capture timestamp (UTC): Mon, 12 Jul 2021 17:43:34 GMT

Page 2 of 4

Gyroor T580 Hoverboard Self Balancing Scooter with Music Speaker LED Lights, 6.5 inch Two-Wheel Electric Scooter for Kids Adult - UL2272 Certificated
4 Reviews
$167.00 $299.00

Gyroor C3 Electric Bike for Adults, 450W eBike with 18.6MPH up to 28 Mileage, 14in Air-Filled Tires, Dual Disc Braking, 3 Riding Modes
8 Reviews
$549.00

## INFLUCENCER SAY



hoy les tenemos el F1 Formula 1 de los Scooters o self balance la marca es Gyroor y el modelo es el G-F1 realmente original y muy bien diseñado y construido.
— jose Tecnofanatico



F1 Racing Hoverboard? This hoveboad is one of the fastest and toughest hoverboards on the market! See me give my first reactions to this hoverboard.
— Matthias



GYROOR WARRIOR, THE STRONGEST HOVERBOARD IN THE WORLD, Today I'm going to show you the Gyroorbord Off-road hoverboard.
— Kim Henriksen



This is the fastest hoverboard in the entire world. All right boys, good races.you all did great, but ultimately, I got the fastest hoverboard.
— Shonduras



Gyroor Warrior OFF-ROAD HOVERBOARD Advantages, Strongest and toughest, Very sensitive, Beginner model for kids learn, Self-balancing mode.
— Miberi Tech



STEPHEN SHARER MADE AN AWESOME SUPER RARE HOVERBOARD MOD WITH PLAY DOH! CHECK OUT THESE PLAYDOH KIDS FRIENDLY HOVERBOARD!
— Stephen Sharer



GYROOR HOVERBOARDS
A NEW GENERATION OF HOVERBOARD
PLAY VIDEO

## GYROOR NEWS



GYROOR 450W FOLDING ELECTRIC BIKE, 3 ADJUSTABLE SPEEDS ELECTRIC BIKES FOR ADULTS WITH DUAL BRAKING SYSTEM
by MLVEDA MCP · January 03, 2020



YOU CAN CHOOSE GYROOR T580 HOVERBOARD AS YOUR KIDS' CHRISTMAS GIFT
by MLVEDA MCP · November 21, 2019



HOW DOES GYROOR HOVERBOARD DO IT?
by MLVEDA MCP · October 16, 2019



HOME  SHOP  DISTRIBUTION  ABOUT GYROOR  BLOG  VIDEOS  CONTACT  CORPORATE PURCHASE  SIGN IN  0

GIVE AWAY  EMAIL

## GYROOR NEWS

**GYROOR 450W FOLDING ELECTRIC BIKE, 3 ADJUSTABLE SPEEDS ELECTRIC BIKES FOR ADULTS WITH DUAL BRAKING SYSTEM**
by MLVEDA MCP • January 03, 2020




Read More

**YOU CAN CHOOSE GYROOR T580 HOVERBOARD AS YOUR KIDS' CHRISTMAS GIFT**
by MLVEDA MCP • November 21, 2019



Read More

**HOW DOES GYROOR HOVERBOARD DO IT?**
by MLVEDA MCP • October 16, 2019




Read More

## INSTAGRAM



FOLLOW

SEARCH   GYROOR AMAZON   DISTRIBUTION   CORPORATE PURCHASE

WARRANTY   PRIVACY POLICY   FAQ   GIFT FOR FREE

RESET HOVERBOARD-INSTRUCTION

Sign up to get the latest on sales, new releases and more …

[Enter your email address...]   SIGN UP

© 2021 GYROOR.
Powered by Shopify

