# EXHIBIT 1

---

**From:** Neil Nandi
**Sent:** Tuesday, April 13, 2021 10:29 PM
**To:** Danielle McKinley; Stephen Vegh
**Cc:** Adam Kelly
**Subject:** RE: Chic v. P'ships, 20-cv-4806: Tomoloo/Gyroor Lists
**Attachments:** Gyroor - Sponsored Link Screenshot (Apr. 13, 2021).pdf

Danielle and Stephen,

I am following up on my email below. Since your correspondence with Chris, it seems that new storefronts have emerged in violation of the PI order. Specifically:

- The Gyroor Store is live and selling on Amazon: https://www.amazon.com/stores/Gyroor/page/F7856CFC-6A58-4C64-8580-51FFCB019EA1?ref_=ast_bln.
- Further, it seems that the Gyroor Store is actively sponsoring advertisements for infringing hoverboards (see attached PDF).
- yaohuisheng-us is a “just launched” Amazon storefront that seems to exist solely to sell infringing Gyroor hoverboards.
- Your clients’ direct to consumer, non-Amazon storefronts continue to sell infringing hoverboards:
  - https://www.tomolooscooter.com/
  - https://gyroorboard.com
- Your client appears to continue to supply hoverboards to these new merchants.
  - https://nerocycle.com
  - https://okidas.com

Please advise at your earliest convenience when you can discuss.

Neil

---

**From:** Neil Nandi
**Sent:** Sunday, April 11, 2021 4:59 PM
**To:** 'Danielle McKinley' <dmckinley@rmpartnerslaw.com>; Stephen Vegh <svegh@veghlaw.com>
**Cc:** Adam Kelly <akelly@loeb.com>
**Subject:** RE: Chic v. P'ships, 20-cv-4806: Tomoloo/Gyroor Lists

Danielle and Stephen,

As I mentioned, I will be taking over from Chris as Plaintiffs’ point of contact with Tomoloo and Gyroor. Do you have time this week to discuss the below and the discovery requests Plaintiffs had served with the complaint, now that the motion to dismiss has been resolved?

Best,

Neil

**From:** Christopher Binns <cbinns@loeb.com>
**Sent:** Wednesday, March 24, 2021 1:35 PM
**To:** 'Stephen Vegh' <svegh@veghlaw.com>
**Cc:** dmckinley@rmpartnerslaw.com; Adam Kelly <akelly@loeb.com>
**Subject:** RE: Chic v. P'ships, 20-cv-4806: Tomoloo/Gyroor Lists

Counsel:

Attached is an updated spreadsheet. As an initial matter, Plaintiffs object to your characterization of a "piecemeal" approach to this litigation, especially where it was your clients that chose to both move to dismiss and to answer in this case. Thus, Plaintiffs cannot agree to pause discovery on all the Gyroor and Tomoloo Defendants when these Defendants have chosen to approach this litigation in two distinct ways.

As you will see in the attached there is no substantive difference from the information you were previously provided on March 3, 2021. Therefore we see no justification for a three-week extension of the discovery deadline, as you were in possession of the complete list of stores that relate to your clients. Regardless of whether your clients were on Schedule A or an affiliate, your clients are required to compile the requested sales figures which you agreed to produce. And as you are aware, without the sales figures, Plaintiffs cannot request a proportional freeze from Amazon (or any other third-party seller platform)—which we understand would be the basis of your potential request for relief from the Court. Nonetheless, we are willing to agree to a one-week extension to the discovery deadline to avoid any unnecessary motion practice.

Lastly, regarding the sufficiency of the arguments on the merits raised in your client's Non-Infringement, Invalidity, and Unenforceability Contentions, Plaintiffs will provide its response under the Local Patent Rules in due time when required.

All the best,
CB

**Christopher Binns**
LOEB & LOEB LLP | ATTORNEY AT LAW
345 PARK AVENUE | NY, NY 10154
(212) 407-4213 | cbinns@loeb.com

**From:** Stephen Vegh <svegh@veghlaw.com>
**Sent:** Tuesday, March 23, 2021 11:03 PM
**To:** Christopher Binns <cbinns@loeb.com>; Adam Kelly <akelly@loeb.com>
**Cc:** dmckinley@rmpartnerslaw.com
**Subject:** Fwd: Chic v. P'ships, 20-cv-4806: Tomoloo/Gyroor Lists
**Importance:** High

**This email originated from outside of Loeb's Network.**

Counsel,

I'm reaching out to you once again to try to resolve the issue raised below that remains unresolved. As we'd discussed on our call a couple weeks ago, judicial economy and litigation efficiency would be promoted if Plaintiffs identified once and for all which of the storefronts accused of selling accused hoverboards are on the party Defendant "list" and which are on the non-Defendant, "frozen" storefront "list". If you provide this information, my client may then be able to (1) evaluate it's settlement position in view of a potential global resolution, rather than

piecemeal resolution; (2) provide information at the same time that shows which storefront accounts have been unreasonably restricted in excessive amounts, based on revenues attributable to accused product sales, thereby avoiding piecemeal motions to amend/vacate injunction orders; (3) streamline discovery so that responses are due from Defendants at the same time, rather than staggered. Unfortunately to date your office has not provided the two "lists".

Relatedly, the Tomoloo Answering Defendants believe there is not a likelihood of success on the merits to Plaintiffs' claims against the five Tomoloo Answering Defendants, for the reasons set forth in their Non-Infringement, Invalidity, Unenforceability Contentions. Also, the current deadline for the Tomoloo Answering Defendants to respond to Plaintiffs' discovery is next Monday, March 29. As mentioned above, it would make sense to have discovery due from all defendants at the same time. But in order for that to happen, we'd know to know who all the Defendants are on the Schedules to the Third Amended Complaint, which as mentioned Plaintiffs have not yet provided.

I would prefer to resolve these issues informally, without the need for Court intervention on piecemeal motions to amend/vacate preliminary injunction orders.

Defendants request Plaintiffs to confirm whether they'll turn over the requested "lists", and if so when. Also, will Plaintiffs agree to supend the deadline for Tomoloo Answering Defendants to respond to discovery until the requested information has been provided? In the alternative, Tomoloo Answering Defendants request a three-week extension to respond to Plaintiffs' discovery. Please advise by the close of business March 25, 2021.

Thank you,

Stephen Vegh

----- Forwarded message from Stephen Vegh <svegh@veghlaw.com> -----
Date: Thu, 04 Mar 2021 17:43:49 -0500
From: Stephen Vegh <svegh@veghlaw.com>
Subject: Re: Chic v. P'ships, 20-cv-4806: Tomoloo/Gyroor Lists
To: Christopher Binns <cbinns@loeb.com>
Cc: Danielle McKinley <dmckinley@rmpartnerslaw.com>, Adam Kelly <akelly@loeb.com>

Chris,

Which on your current list are Shedule "A" storefronts (Plaintiff has or may identify as party defendants in this matter) and which are what you've characterized as non-party "affiliate" storefronts (whose Amazon accounts Plaintiff has froze or may freeze shortly)? It's my understanding Runchengyun, Jiangyou-US, and Tomoloo-NX are Schedule A storefronts based on I believe Plaintiff's prior representations. I ask this because as a follow-up to our call the other day wherein we discussed how it may make sense to have a set response time for all party-defendants along with having any injunction modifications done at the same time rather than piecemeal.

Thanks for clarifying.

Stephen Vegh

Quoting Christopher Binns <cbinns@loeb.com>:

> I'm using Mimecast to share large files with you. Please see the attached instructions.
>
> ---
>
> Counsel,

Attached is a complete list of stores affiliated with Gyroor and Tomoloo as of March 3, 2021. As we discussed, if we find any additional stores, we will approach you prior to approaching Amazon. However, as you are aware, any additional requests to Amazon can be avoided if your client abides by the preliminary injunction order.

Also attached are copies of the infringing products for all stores except the ones listed below, which will be forthcoming in either a screen shot or a declaration from our client describing the infringing product that the client previously observed but which may no longer be available.

Gyroor:

| **Store Name** | **Amazon ID** |
| --- | --- |
| zhonghongxin-us | A25PYSLZ5XW50W |
| honghaiya-us | AIFII05V4L3I3 |
| shanchun-us | A2NUD2WSEZ9ZT |
| rongjiamaoyi-us | A2DA8CSKTCC66B |

| | |
|---|---|
| Urbanmax | A2YJ4WYCO1L51J |

Tomoloo:

| **Store Name** | **Amazon ID** |
|---|---|
| Smavt | A15KLREW50H5QW |

All the best,

CB

Stephen Z. Vegh, Esq.
1240 Rosecrans Ave. #120
Manhattan Beach, CA 90266

Tel: (310)980-7440

www.veghlaw.com
svegh@veghlaw.com


----- End forwarded message -----



Stephen Z. Vegh, Esq.
1240 Rosecrans Ave. #120
Manhattan Beach, CA 90266

Tel: (310)980-7440
www.veghlaw.com
svegh@veghlaw.com

Hello
Select your address
All
gyroor
Hello, Sign in
Account
Returns
& Orders
0

All Best Sellers Today's Deals Prime Customer Service New Releases Books Fashion Kindle Books Spring clean with low prices

1-48 of 114 results for **"gyroor"**
Sort by: Featured

**Eligible for Free Shipping**

Free Shipping by Amazon
All customers get FREE Shipping on orders over $25 shipped by Amazon

**Department**

Sport Scooters
Self Balancing Scooters
Bikes
Adult Electric Bicycles
Scooter Accessories
See All 5 Departments

**Avg. Customer Review**

& Up
& Up
& Up
& Up

**Brand**

Gyroor
Hover-1
Hiboy

**Price**

Under $25
$25 to $50
$50 to $100
$100 to $200
$200 & Above

$ Min $ Max Go

**Packaging Option**

Frustration-Free Packaging

**International Shipping**

International Shipping Eligible

**Condition**

New
Used

**Availability**

Include Out of Stock

Price and other details may vary based on size and color

Sponsored
Gyroor Warrior 8.5 inch All Terrain Off Road Hoverboard with Bluetooth Speakers and LED Lights, UL2272 Certified...
3,108
$299.00
Save $30.00 with coupon (some sizes/colors)
FREE Shipping

+1 colors/patterns
Sponsored
Gyroor Swift Hoverboard Self Balancing Hoverboard with Music Speaker LED Lights, 6.5 inch Two-Wheel Hoverboard...
593
$167.00
Save $20.00 with coupon (some sizes/colors)
FREE Shipping

+1 colors/patterns
Sponsored
Gyroor Hoverboard Off Road All Terrian 6.5" Two-Wheel G11 Flash LED Light Self Balancing Hoverboards with...
327
$199.00
Save $20.00 with coupon (some sizes/colors)
FREE Shipping

+2 colors/patterns
Sponsored
Gyroor Hoverboard Offroad All Terrain Flash Wheel Self Balancing G5 Hoverboards with Bluetooth Speaker, UL...
219
$249.00
Save $25.00 with coupon (some sizes/colors)
FREE Shipping

Gyroor Warrior 8.5 inch All Terrain Off Road Hoverboard with Bluetooth Speakers and LED Lights, UL2272 Certified...
3,108
$299.00
Save $30.00 with coupon (some sizes/colors)
FREE Shipping
More Buying Choices
$150.00 (2 used & new offers)

Gyroor C3 Electric Bike for Adults, 450W eBike with 18.6MPH up to 28 Mileage, 14in Air-Filled Tires, Dual Dis...
65
$599.98 ~~$699.99~~
Save $100.00 with coupon
Get it as soon as **Wed, Apr 28**
FREE Shipping by Amazon





Gyroor Hoverboard Hovershoes-Gyroshoes S300 Electric Roller Skate Hoverboard with LED...
34
$229.00
Save $15.00 with coupon
Get it as soon as **Mon, Apr 19**
FREE Shipping by Amazon

Gyroor T581 Hoverboard 6.5" Off Road All Terrain Hoverboard with Bluetooth Speaker and Two-Wheel Self...
970
$229.00
Save $25.00 with coupon
FREE Shipping

GYROOR T581 Hoverboard 6.5" Off Road All Terrain Hoverboards with Bluetooth Speaker&LED Lights Two-...
649
$279.00
Save $30.00 with coupon
FREE Shipping





+1 colors/patterns

Gyroor Hoverboard Off Road All Terrian 6.5" Two-Wheel G11 Flash LED Light Self Balancing Hoverboards with...
327
$199.00
Save $20.00 with coupon (some sizes/colors)
FREE Shipping

Gyroor G2 Hoverboard 8.5" Off Road All Terrain Hoverboards Bluetooth Speaker&Self Balancing...
3
$399.00
Save $35.00 with coupon
FREE Shipping

+2 colors/patterns

Gyroor Electric Scooter for Kids, , Teens, Boys and Girls, Lightweight and Adjustable Handlebar, Rechargeable...
29
$129.00
Save $10.00 with coupon (some sizes/colors)
FREE Shipping





Gyroor 100-240V 50/60Hz

+1 colors/patterns

Gyroor Electric Scooter Bag,

42V 2A Battery Charger 3-Prong Inline Connector

27

$29.99

FREE Shipping

Gyroor Swift Hoverboard Self Balancing Hoverboard with Music Speaker LED Lights, 6.5 inch Two-Wheel Hoverboard...

593

$167.00

Save $20.00 with coupon (some sizes/colors)

FREE Shipping

Waterproof Storage Scooter Bag Durable Multi-Purpose Bike Handlebar Bag Adults...

76

$29.99

Get it as soon as **Fri, Apr 16**

FREE Shipping by Amazon

+2 colors/patterns

Gyroor Hoverboard Offroad All Terrain Flash Wheel Self Balancing G5 Hoverboards with Bluetooth Speaker, UL...

219

$249.00

Save $25.00 with coupon (some sizes/colors)

FREE Shipping

More Buying Choices

$236.55 (2 used & new offers)

Gyroor Electric Scooter for Adults, 380W 20 Miles Long-Range Battery, Up to 18.6 MPH, 8.5" Pneumatic Tires,...

116

+1 colors/patterns

XPRIT 8.5" All Terrain Off-Road Hoverboard w/Bluetooth Speaker, LED Lights, UL2272 Certified

826

$219.95

Get it as soon as **Mon, Apr 19**

FREE Shipping by Amazon

Best Seller

+7 colors/patterns

SISIGAD Hoverboard, with Bluetooth and Colorful Lights Self Balancing Scooter

7,168

$144.99

Save $20.00 with coupon (some sizes/colors)

FREE Shipping

More Buying Choices

$131.00 (6 used & new offers)

Best Seller

ThinkFun Circuit Maze Electric Current Brain Game and STEM Toy for Boys and Girls Age 8 and Up - Toy of the Year...

20,214

$31.99

Get it as soon as **Thu, Apr 15**

FREE Shipping by Amazon

More Buying Choices

$21.00 (17 used & new offers)

+4 colors/patterns

Hover Hoverboard Electric Scooter

2,036

Limited time deal

$199.99 ~~$249.99~~

Get it as soon as **Sat, Apr 17**

FREE Shipping by Amazon

$131.00 (6 used & new offers)

$21.00 (17 used & new offers)
Ages: 8 - 18 years

Jetson Flash Self Balancing Hoverboard with Built In Bluetooth Speaker | Includes All Terrain Tires, Reach Spee...
532
$189.98 ~~$199.99~~
Get it as soon as **Mon, Apr 19**
FREE Shipping by Amazon
More Buying Choices
$169.14 (3 used & new offers)

Mytee Products Black Poly Quarter Fender Set 24x24 Freightliner Kenworth Peterbilt w/Hardware
55
$99.99
FREE Shipping

+6 colors/patterns
SWAGTRON T580 App-Enabled Bluetooth Hoverboard w/Speaker Smart Self-Balancing Wheel –...
1,547
$201.28
Get it as soon as **Mon, Apr 19**
FREE Shipping by Amazon
More Buying Choices
$199.99 (2 new offers)

+2 colors/patterns
Rawrr Hoverboard Self Balancing Electric Scooter with LED Wheel Lights and Bluetooth Speakers for Kids...
407
$159.97
Get it as soon as **Mon, Apr 19**
FREE Shipping by Amazon

EPIKGO Self Balancing Scooter Hover Self-Balance Board - UL2272 Certified, All-Terrain 8.5″ Alloy Wheel, 400W Dual...
233
$507.18 ~~$599.99~~
Get it as soon as **Mon, Apr 19**
FREE Shipping by Amazon

yabbay Hoverboards Seat Attachment Go Karts Carts,Transforms Your Hoverboards into Go-Kart
501
$64.00
Get it as soon as **Fri, Apr 16**
FREE Shipping by Amazon
More Buying Choices
$55.50 (3 used & new offers)









+4 colors/patterns

Hover-1 Helix Electric Hoverboard Scooter

205

$159.99

Get it as soon as **Mon, Apr 19**

FREE Shipping by Amazon

Sponsored

Gyroor Hoverboard Hovershoes-Gyroshoes S300 Electric Roller Skate Hoverboard with LED...

34

$229.00

Save $15.00 with coupon

Get it as soon as **Mon, Apr 19**

FREE Shipping by Amazon

Sponsored

Gyroor C3 Electric Bike for Adults, 450W eBike with 18.6MPH up to 28 Mileage, 14in Air-Filled Tires, Dual Dis...

65

$599.98 ~~$699.99~~

Save $100.00 with coupon

Get it as soon as **Wed, Apr 28**

FREE Shipping by Amazon

Sponsored

Gyroor G2 Hoverboard 8.5" Off Road All Terrain Hoverboards Bluetooth Speaker&Self Balancing...

3

$399.00

Save $35.00 with coupon

HOVER-1

+3 colors/patterns

Hover-1 Chrome Electric Hoverboard Scooter

866

$199.99

Get it as soon as **Sat, Apr 17**

FREE Shipping by Amazon

More Buying Choices

$149.99 (5 used & new offers)

+2 colors/patterns

RIDE SWFT Sonic Hoverboard Self Balancing Scooter,10" Off Road Pneumatic Tires, Top Speed of 9 mph, 8 Mile...

104

$299.00

FREE Shipping by Amazon

+3 colors/patterns

Hover-1 Titan Electric Self-Balancing Hoverboard Scooter

1,359

$382.95

FREE Shipping

Jetson Aero All Terrain Hoverboard with LED Lights | Anti Slip Grip Pads | Self Balancing Scooter with Activ...

1,170

$149.99

+5 colors/patterns

TPS Power Sports Hoverboard Self Balancing Scooter for Adults and Kids 300W Dual Motor 6.5" Wheels Bluetooth...

315

FREE Shipping

More Buying Choices
$379.99 (8 new offers)

$149.99

FREE Shipping by Amazon
More Buying Choices
$70.00 (13 used & new offers)

$148.00

Get it as soon as **Mon, Apr 19**
FREE Shipping by Amazon

Gyroshoes Hoverboard - Warrior 8.5 inch Off Road All Terrain Hoverboard with Bluetooth Speaker and Led...
318

Hover-1 Drive Hoverboard for Kids Self Balancing Electric Hoverboard, Black (H1-Drive)
963
$145.00 ~~$159.99~~
FREE Shipping
More Buying Choices
$129.99 (3 new offers)

Gyroor Hoverboard Off Road All Terrain Warrior Hoverboards with 8.5 inch Tires, self Balance Hover...
385

+5 colors/patterns
SISIGAD Hoverboard with Bluetooth Speaker and Led Lights, Smart 6.5" Self-Balancing Electric Scooter fo...
409
$139.99

Hover-1 Horizon Hoverboard Electric Scooter
177
$593.73
FREE Shipping

+2 colors/patterns
Hover-1 Falcon 1 Hoverboard Seat Attachment Turbo Light, Transform Your Hoverboard into Go-Kart
967
$79.99
Get it as soon as **Fri, Apr 16**
FREE Shipping by Amazon







Longtime All-Terrain Off-Road Hoverboard 8.5" Wheels Electric Self Balancing Scooter Hover Board for Adults and...

128

$229.00

FREE Shipping

+2 colors/patterns

Swagtron Swagboard Outlaw T6 Off-Road Hoverboard

594

$349.99

Get it as soon as **Sat, Apr 17**

FREE Shipping by Amazon

+3 colors/patterns

Hiboy HC-01 Hoverboard Kart Seat Attachment Accessory for 6.5" 8" 10" Two Wheel Self Balancing Scooter

1,608

$99.99

Save 30% with coupon (some sizes/colors)

FREE Shipping by Amazon

More Buying Choices

$55.17 (8 used & new offers)

+1 colors/patterns

Jakko Two Seats Hoverboard Kart Accessories Adjustable for -All Heights- All Ages-Two Wheel Self Balancing Scoote...

16

$89.90

+3 colors/patterns

HOVERSTAR All-New HS2.0 Hoverboard All-Terrain Two-Wheel Self Balancing Flash Wheel Electric Scooter with...

267

$129.00

Get it as soon as **Mon, Apr 19**

FREE Shipping by Amazon

+2 colors/patterns

Hover-1 Ultra Electric Self-Balancing Hoverboard Scooter

1,982

$179.00

Get it as soon as **Sat, Apr 17**

FREE Shipping by Amazon

More Buying Choices

$122.55 (7 new offers)

Best Seller

Wyness 42V 2A Battery Charger 3-Prong Inline Connector Power Supply for Pocket Mod,Dirt Quad,and...

3,628

$17.99

Best Seller

Ten Eighty Micro Flybox Launch Ramp Set , Black

3,284

$49.99

Get it as soon as **Fri, Apr**

+1 colors/patterns

Hiboy HC-02 Hoverboard Go Kart with Rear Suspension Seat Attachment Accessory for 6.5" 8" 10" Hover Board...

593

Get it as soon as **Thu, Apr 15**
FREE Shipping on orders over $25 shipped by Amazon

**16**
FREE Shipping by Amazon
More Buying Choices
$45.99 (31 used & new offers)

$109.99
Save 10% with coupon (some sizes/colors)
More Buying Choices
$94.99 (2 used & new offers)

+5 colors/patterns

Hover-1 Dream Hoverboard Electric Scooter Light Up LED Wheels

101

Click to see price

Get it as soon as **Mon, Apr 19**
FREE Shipping by Amazon

+1 colors/patterns

Segway Ninebot S Smart Self-Balancing Electric Scooter with LED light, Portable and Powerful, White and Black

2,384

$539.99

Get it as soon as **Mon, Apr 19**
FREE Shipping by Amazon

Jetson Bolt Folding E-Bike Full Throttle Electric Bicycle with LCD Display

308

$339.00

Get it as soon as **Mon, Apr 19**
FREE Shipping by Amazon
More Buying Choices
$311.88 (6 used & new offers)

+3 colors/patterns

HOVERSTAR Hoverboard HS 2.0v Chrome Color Flash Wheel with LED Light Self Balancing Wheel Electric...

212

$125.00

FREE Shipping

+2 colors/patterns

Sponsored

Gyroor Electric Scooter for Kids, , Teens, Boys and Girls, Lightweight and Adjustable Handlebar, Rechargeable...

29

$129.00
Save $10.00 with coupon (some sizes/colors)

Get it as soon as **Wed, Apr 21**
FREE Shipping by Amazon
Only 6 left in stock - order soon.

+2 colors/patterns

Sponsored

RIDE SWFT Sonic Hoverboard Self Balancing Scooter,10" Off Road Pneumatic Tires, Top Speed of 9 mph, 8 Mile...

104

$299.00

Get it as soon as **Mon, Apr 19**
FREE Shipping by Amazon
Only 16 left in stock - order soon.

## Related searches

gyroor hoverboard | gyroor warrior | hoverboard
gyroor f1 hoverboard | swagtron hoverboard | epikgo hoverboard

← Previous 1 2 3 Next →

## Need help?

Visit the help section or contact us

Back to top

**Get to Know Us**
Careers
Blog
About Amazon
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Tours

**Make Money with Us**
Sell products on Amazon
Sell apps on Amazon
Become an Affiliate
Start a package delivery business
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Make Money with Us

**Amazon Payment Products**
Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon Secured Card
Amazon Business Card
Amazon Business Line of Credit
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

**Let Us Help You**
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help

English | United States

Amazon Music Stream millions of songs
Amazon Advertising Find, attract, and engage customers
Amazon Drive Cloud storage from Amazon
6pm Score deals on fashion brands
AbeBooks Books, art & collectibles
ACX Audiobook Publishing Made Easy
Alexa Actionable Analytics for the Web
Sell on Amazon Start a Selling Account
Amazon Business Everything For Your Business
Amazon Fresh Groceries & More Right To Your Door
AmazonGlobal Ship Orders Internationally
Home Services Experienced Pros Happiness Guarantee
Amazon Ignite Sell your original Digital Educational Resources
Amazon Web Services Scalable Cloud Computing Services
Audible Listen to Books & Original Audio Performances
Book Depository Books With Free Delivery Worldwide
Box Office Mojo Find Movie Box Office Data
ComiXology Thousands of Digital Comics
DPReview Digital Photography
East Dane Designer Men's Fashion
Fabric Sewing, Quilting & Knitting
Goodreads Book reviews & recommendations
IMDb Movies, TV & Celebrities
IMDbPro Get Info Entertainment Professionals Need
Kindle Direct Publishing Indie Digital & Print Publishing Made Easy
Amazon Photos Unlimited Photo Storage Free With Prime
Prime Video Direct Video Distribution Made Easy
Shopbop Designer Fashion Brands
Amazon
Whole Foods
Woot!
Zappos
Ring
eero WiFi
Blink

Warehouse
Great Deals on Quality Used Products

Market
America's Healthiest Grocery Store

Deals and Shenanigans

Shoes & Clothing

Smart Home Security Systems

Stream 4K Video in Every Room

Smart Security for Every Home

Neighbors App
Real-Time Crime & Safety Alerts

Amazon Subscription Boxes
Top subscription boxes – right to your door

PillPack
Pharmacy Simplified

Amazon Renewed
Like-new products you can trust

Amazon Second Chance
Pass it on, trade it in, give it a second life

Conditions of Use Privacy Notice Interest-Based Ads © 1996-2021, Amazon.com, Inc. or its affiliates