# EXHIBIT 6

| | |
|---|---|
| **From:** | Neil Nandi |
| **Sent:** | Monday, May 3, 2021 10:35 AM |
| **To:** | Iris Tianyu Ju; Adam Kelly; Arthur Yuan; Marwa Abdelaziz |
| **Cc:** | tao.liu@glacier.law; robin.cheng@glacier.law |
| **Subject:** | RE: 20-cv-04806 Joint Motion or Proposed Briefing Schedule |
| **Attachments:** | Amazon - junwei-us store info (May 3, 2021).pdf; Amazon - junwei-us products (May 3, 2021).pdf |

Iris,

Following up on the issue of Gyroor's non-compliance with the PI order, another Amazon storefront has been "just launched" as a platform for selling infringing Gyroor products, replacing the last such storefront. This continues the pattern we raised before: a storefront is launched that links to the main Gyroor Store on Amazon and exists exclusively to sell Gyroor products, including accused products. That store ceases sales after approximately one week, and a new "just launched" store takes its place. We respectfully request that Gyroor cease this practice, which is in violation of Section 1(c) of the PI order.

Neil

---

**From:** Neil Nandi
**Sent:** Friday, April 30, 2021 5:33 PM
**To:** 'Iris Tianyu Ju' <iris.ju@glacier.law>; Adam Kelly <akelly@loeb.com>; Arthur Yuan <ayuan@loeb.com>; Marwa Abdelaziz <mabdelaziz@loeb.com>
**Cc:** tao.liu@glacier.law; robin.cheng@glacier.law
**Subject:** RE: 20-cv-04806 Joint Motion or Proposed Briefing Schedule

Iris,

We have raised Gyroor's non-compliance with the PI order to Mr. Vegh multiple times. At the current time, we are aware of two significant categories of non-compliance.

First, new stores keep launching on Amazon solely for the purposes of selling Gyroor products, including accused products. The current such store is kangjuxin-us (https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A3FGA3GPJLAIIE&sshmPath=). These stores all link back to the Gyroor Store on Amazon (https://www.amazon.com/stores/Gyroor/page/F7856CFC-6A58-4C64-8580-51FFCB019EA1?ref_=ast_bln). Every time such a store closes, a new one emerges to take its place. These stores are in violation of Section 1(a) and 1(c) of the PI order.

Second, Gyroor continues to offer for sale various accused products directly from Gyroor's own websites (examples are shown in the attached screen captures). US customers may still view the products, the product details, and sign up for notifications regarding availability to purchase. Such offering for sale violates Section 1(a) of the PI order.

As I have mentioned before, we had been discussing compliance with the PI order with Mr. Vegh. We would appreciate that your client address this non-compliance as soon as possible.

Best,

Neil

**From:** Iris Tianyu Ju <iris.ju@glacier.law>
**Sent:** Thursday, April 29, 2021 7:44 PM
**To:** Neil Nandi <nnandi@loeb.com>; Adam Kelly <akelly@loeb.com>; Arthur Yuan <ayuan@loeb.com>; Marwa Abdelaziz <mabdelaziz@loeb.com>
**Cc:** tao.liu@glacier.law; robin.cheng@glacier.law
**Subject:** Re: 20-cv-04806 Joint Motion or Proposed Briefing Schedule

**This email originated from outside of Loeb's Network.**

Neil,

Thank you for your prompt response.

GYROOR-US's motion for failure to state a claim has been filed and incorporates a concurrently filed motion to dismiss under Rule 20 and Rule 21.

In terms of GYROOR-US's non-compliance with the PI order, please kindly forward me the evidence. Thanks.

Regards,

**Iris Ju | Attorney**
**Glacier Law PLLC**
200 East Randolph, Suite 5100
Chicago, IL 60601
www.glacier.law
Tel: +1 (312) 448-7772
Fax: +1 (312)-801-4587

*Privilege and Confidentiality Notice*
This email is intended for the sole use of the intended recipient(s) and may contain confidential, proprietary, or privileged information. If you are not the intended recipient, you are notified that any use, review, dissemination, copying or action taken based on this message or its attachments, if any, prohibited. If you are not the intended recipient, please immediately notify the sender by replying this email and destroy or delete all copies of the original message and any attachment. Thank you.
----

**From:** Neil Nandi <nnandi@loeb.com>
**Date:** Thursday, April 29, 2021 at 2:42 PM
**To:** Iris Tianyu Ju <iris.ju@glacier.law>, Adam Kelly <akelly@loeb.com>, Arthur Yuan <ayuan@loeb.com>, Marwa Abdelaziz <mabdelaziz@loeb.com>
**Cc:** "tao.liu@glacier.law" <tao.liu@glacier.law>, "robin.cheng@glacier.law" <robin.cheng@glacier.law>
**Subject:** RE: 20-cv-04806 Joint Motion or Proposed Briefing Schedule

Iris,

The proposed briefing schedule is agreeable.

That said, we have some concerns that Gyroor's motion practice is a dilatory tactic in violation of Rule 11. Gyroor previously filed and lost a motion under Rule 12(b). Gyroor's answer was due on April 15. We permitted previous counsel an extension to file an answer to today. We are aware of no colorable legal basis under which a second motion to dismiss is timely. Additionally, as we previously stated to you, we have advised Mr. Vegh of Gyroor's non-compliance with the PI order, which is continuing. What legal basis does Gyroor have for filing successive 12(b) motions? And does Gyroor intend to come into compliance with the PI order absent Court intervention?

Best,

Neil


**From:** Iris Tianyu Ju <iris.ju@glacier.law>
**Sent:** Thursday, April 29, 2021 1:39 PM
**To:** Neil Nandi <nnandi@loeb.com>; Adam Kelly <akelly@loeb.com>; Arthur Yuan <ayuan@loeb.com>; Marwa Abdelaziz <mabdelaziz@loeb.com>
**Cc:** tao.liu@glacier.law; robin.cheng@glacier.law
**Subject:** Re: 20-cv-04806 Joint Motion or Proposed Briefing Schedule


Neil,

We will file a motion to dismiss based on Rule 12(b) for failure to state a claim. Please advise if the briefing schedule is agreeable: response due May 20, 2021; reply due June 7, 2021.
Thanks.


Regards,

**Iris Ju | Attorney**
**Glacier Law PLLC**
200 East Randolph, Suite 5100
Chicago, IL 60601
www.glacier.law
Tel: +1 (312) 448-7772
Fax: +1 (312)-801-4587

*Privilege and Confidentiality Notice*
This email is intended for the sole use of the intended recipient(s) and may contain confidential, proprietary, or privileged information. If you are not the intended recipient, you are notified that any use, review, dissemination, copying or action taken based on this message or its attachments, if any, prohibited. If you are not the intended recipient, please immediately notify the sender by replying this email and destroy or delete all copies of the original message and any attachment. Thank you.
----

**From:** Neil Nandi <nnandi@loeb.com>
**Date:** Wednesday, April 28, 2021 at 6:33 PM
**To:** Iris Tianyu Ju <iris.ju@glacier.law>, Adam Kelly <akelly@loeb.com>, Arthur Yuan <ayuan@loeb.com>, Marwa Abdelaziz <mabdelaziz@loeb.com>
**Cc:** "tao.liu@glacier.law" <tao.liu@glacier.law>, "robin.cheng@glacier.law" <robin.cheng@glacier.law>
**Subject:** RE: 20-cv-04806 Joint Motion or Proposed Briefing Schedule

We agree to that schedule.

Best,

Neil

**From:** Iris Tianyu Ju <iris.ju@glacier.law>
**Sent:** Wednesday, April 28, 2021 5:33 PM
**To:** Neil Nandi <nnandi@loeb.com>; Adam Kelly <akelly@loeb.com>; Arthur Yuan <ayuan@loeb.com>; Marwa Abdelaziz <mabdelaziz@loeb.com>
**Cc:** tao.liu@glacier.law; robin.cheng@glacier.law
**Subject:** Re: 20-cv-04806 Joint Motion or Proposed Briefing Schedule


Neil,

Thank you for your email. We will propose the following briefing schedule: response due May 20, 2021; reply due June 7, 2021.
Please confirm if it is agreeable. Thanks.

Regards,

**Iris Ju | Attorney**
**Glacier Law PLLC**
200 East Randolph, Suite 5100
Chicago, IL 60601
www.glacier.law
Tel: +1 (312) 448-7772
Fax: +1 (312)-801-4587

*Privilege and Confidentiality Notice*
This email is intended for the sole use of the intended recipient(s) and may contain confidential, proprietary, or privileged information. If you are not the intended recipient, you are notified that any use, review, dissemination, copying or action taken based on this message or its attachments, if any, prohibited. If you are not the intended recipient, please immediately notify the sender by replying this email and destroy or delete all copies of the original message and any attachment. Thank you.
----


**From:** Neil Nandi <nnandi@loeb.com>
**Date:** Wednesday, April 28, 2021 at 1:27 PM
**To:** Iris Tianyu Ju <iris.ju@glacier.law>, Adam Kelly <akelly@loeb.com>, Arthur Yuan <ayuan@loeb.com>,

Marwa Abdelaziz <mabdelaziz@loeb.com>
**Cc:** "tao.liu@glacier.law" <tao.liu@glacier.law>, "robin.cheng@glacier.law" <robin.cheng@glacier.law>
**Subject:** RE: 20-cv-04806 Joint Motion or Proposed Briefing Schedule

We would appreciate three weeks to file a response brief.

Best,

Neil

**From:** Iris Tianyu Ju <iris.ju@glacier.law>
**Sent:** Wednesday, April 28, 2021 11:28 AM
**To:** Neil Nandi <nnandi@loeb.com>; Adam Kelly <akelly@loeb.com>; Arthur Yuan <ayuan@loeb.com>; Marwa Abdelaziz <mabdelaziz@loeb.com>
**Cc:** tao.liu@glacier.law; robin.cheng@glacier.law
**Subject:** Re: 20-cv-04806 Joint Motion or Proposed Briefing Schedule


Neil,

On behalf of GYROOR US, we will file motion pursuant to Rule 20, and Rule 21 and based on this motion, we will concurrently request the court to dissolve preliminary injunction.
Please advise the time Plaintiffs need for filing an opposition to this motion as we will have the motion filed by today. Thanks.

Regards,

**Iris Ju | Attorney**
**Glacier Law PLLC**
200 East Randolph, Suite 5100
Chicago, IL 60601
www.glacier.law
Tel: +1 (312) 448-7772
Fax: +1 (312)-801-4587

*Privilege and Confidentiality Notice*
This email is intended for the sole use of the intended recipient(s) and may contain confidential, proprietary, or privileged information. If you are not the intended recipient, you are notified that any use, review, dissemination, copying or action taken based on this message or its attachments, if any, prohibited. If you are not the intended recipient, please immediately notify the sender by replying this email and destroy or delete all copies of the original message and any attachment. Thank you.
----


**From:** Neil Nandi <nnandi@loeb.com>
**Date:** Wednesday, April 28, 2021 at 9:15 AM
**To:** Iris Tianyu Ju <iris.ju@glacier.law>, Adam Kelly <akelly@loeb.com>, Arthur Yuan <ayuan@loeb.com>, Marwa Abdelaziz <mabdelaziz@loeb.com>

**Cc:** "tao.liu@glacier.law" <tao.liu@glacier.law>, "robin.cheng@glacier.law" <robin.cheng@glacier.law>
**Subject:** RE: 20-cv-04806 Joint Motion or Proposed Briefing Schedule

Iris,

Thank you for the confirmation of your representation. Plaintiffs would oppose any motion to dismiss on the basis of Rules 20 and 21, because we understand those rules not to provide dismissal as a remedy. To the extent Gyroor intends to file motions other than a motion to dismiss, please advise as to the relief sought and the basis for the relief. Depending on those considerations, we may be amenable to discussion of such other motions.

On a separate note, we have been sending to Mr. Vegh many examples of what we understand to be Gyroor's continued non-compliance with the PI order. As we told Mr. Vegh, Plaintiffs will seek relief from the Court as necessary to bring Gyroor into compliance. I assume Mr. Vegh has already shared those communications and discussions with you. Please advise as soon as possible regarding whether Gyroor will come into compliance.

Best,

Neil

**From:** Iris Tianyu Ju <iris.ju@glacier.law>
**Sent:** Wednesday, April 28, 2021 10:15 AM
**To:** Neil Nandi <nnandi@loeb.com>; Adam Kelly <akelly@loeb.com>; Arthur Yuan <ayuan@loeb.com>; Marwa Abdelaziz <mabdelaziz@loeb.com>
**Cc:** tao.liu@glacier.law; robin.cheng@glacier.law
**Subject:** Re: 20-cv-04806 Joint Motion or Proposed Briefing Schedule


Neil,

This email is to confirm our representation of Gyroor US. Mr. Vegh and Ms. McKinley will withdraw as counsel for Gyroor US.
Our proposed motion to dismiss is based on Rule 20(a) and Rule 21 of Federal Rule of Civil Procedure. I assume that Plaintiffs are going to oppose this motion, please advise Plaintiffs' proposed schedule for filling such opposition and we can properly include the schedule in our motion. Thanks.

Regards,

**Iris Ju | Attorney**
**Glacier Law PLLC**
200 East Randolph, Suite 5100
Chicago, IL 60601
www.glacier.law
Tel: +1 (312) 448-7772
Fax: +1 (312)-801-4587

*Privilege and Confidentiality Notice*
This email is intended for the sole use of the intended recipient(s) and may contain confidential, proprietary, or privileged information. If you are not the intended recipient, you are notified that any use, review, dissemination, copying or action taken based on this message or its attachments, if any, prohibited. If you are not the intended recipient, please immediately notify the sender by replying this email and destroy or delete all copies of the original message and any attachment. Thank you.

----

**From:** Neil Nandi <nnandi@loeb.com>
**Date:** Wednesday, April 28, 2021 at 7:48 AM
**To:** Iris Tianyu Ju <iris.ju@glacier.law>, Adam Kelly <akelly@loeb.com>, Arthur Yuan <ayuan@loeb.com>,
Marwa Abdelaziz <mabdelaziz@loeb.com>
**Cc:** "tao.liu@glacier.law" <tao.liu@glacier.law>, "robin.cheng@glacier.law" <robin.cheng@glacier.law>
**Subject:** RE: 20-cv-04806 Joint Motion or Proposed Briefing Schedule

Iris,

Thank you for your email.  We had been corresponding for months with Stephen Vegh and Danielle McKinley, who have filed appearances on behalf of Gyroor.  We did not see any motions for substitution.  We would appreciate clarification as to who represents Gyroor.  We will be contacting Mr. Vegh and Ms. McKinley to ask the same question.

Until we better understand the situation, we are not able to state our position on the proposed motions, about which we also have some questions.  Mr. Vegh and Ms. McKinley previously filed a motion to dismiss on behalf of Gyroor, which the Court denied.  The deadline to file Gyroor's Answer was April 15, but we agreed to extend that deadline to April 29, as a courtesy.  A new motion to dismiss would be inconsistent with that agreement.  What is the basis for the new proposed motion to dismiss and how would it be timely?  Similarly, what is the basis for the motion to sever and what specific relief is sought?  As to the PI order, we had been discussing modification of the order with Mr. Vegh and Ms. McKinley, and we recently asked for specific proposals regarding modification.  We had also been discussing compliance with the PI order with Mr. Vegh.  Is Gyroor taking a different position now and, if so, what is the basis for its proposed motion to dissolve the PI order?

Thank you,

Neil

**Neil Nandi**
*Attorney At Law*



321 North Clark Street, Suite 2300 | Chicago, IL 60654
**Direct Dial:**312.464.3109 | **Fax:**312.275.8505 | **E-mail:**nnandi@loeb.com
**Los Angeles | New York | Chicago | Nashville | Washington, DC | San Francisco |Beijing | Hong Kong | www.loeb.com**

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify the sender. Please destroy the original transmission and its attachments without reading or saving in any manner. Thank you, Loeb & Loeb LLP.

**From:** Iris Tianyu Ju <iris.ju@glacier.law>
**Sent:** Tuesday, April 27, 2021 11:44 PM
**To:** Adam Kelly <akelly@loeb.com>; Arthur Yuan <ayuan@loeb.com>; Douglas Masters <dmasters@loeb.com>; Marwa Abdelaziz <mabdelaziz@loeb.com>; Neil Nandi <nnandi@loeb.com>
**Cc:** tao.liu@glacier.law; robin.cheng@glacier.law
**Subject:** Re: 20-cv-04806 Joint Motion or Proposed Briefing Schedule

Dear Counsel,

Please see updated case number, 20-cv-04806. Defendant GYROOR-US is going to file a motion to dismiss and sever under Rule 20(a) and Rule 21, and dissolve Preliminary Injunction. Please advise if you are going to oppose the motion and if any opposition is to be filed, please advise your proposed schedule for filling such opposition. Thanks.

Regards,

**Iris Ju | Attorney**
**Glacier Law PLLC**
200 East Randolph, Suite 5100
Chicago, IL 60601
www.glacier.law
Tel: +1 (312) 448-7772
Fax: +1 (312)-801-4587

*Privilege and Confidentiality Notice*
This email is intended for the sole use of the intended recipient(s) and may contain confidential, proprietary, or privileged information. If you are not the intended recipient, you are notified that any use, review, dissemination, copying or action taken based on this message or its attachments, if any, prohibited. If you are not the intended recipient, please immediately notify the sender by replying this email and destroy or delete all copies of the original message and any attachment. Thank you.
----

**From:** Iris Tianyu Ju <iris.ju@glacier.law>
**Date:** Tuesday, April 27, 2021 at 9:38 PM
**To:** Adam Kelly <akelly@loeb.com>, Arthur Yuan <ayuan@loeb.com>, "dmasters@loeb.com" <dmasters@loeb.com>, Marwa Abdelaziz <mabdelaziz@loeb.com>, Neil Nandi <nnandi@loeb.com>
**Cc:** "tao.liu@glacier.law" <tao.liu@glacier.law>, "robin.cheng@glacier.law" <robin.cheng@glacier.law>
**Subject:** Re: 20-cv-05905 Joint Motion or Proposed Briefing Schedule

Dear Counsel,

Defendant GYROOR-US is going to file a motion to dismiss and sever under Rule 20(a) and Rule 21, and dissolve Preliminary Injunction. Please advise if you are going to oppose the motion and if any opposition is to be filed, please advise your proposed schedule for filling such opposition. Thanks.

Regards,

**Iris Ju | Attorney**
**Glacier Law PLLC**
200 East Randolph, Suite 5100
Chicago, IL 60601
www.glacier.law
Tel: +1 (312) 448-7772
Fax: +1 (312)-801-4587

*Privilege and Confidentiality Notice*
This email is intended for the sole use of the intended recipient(s) and may contain confidential, proprietary, or privileged information. If you are not the intended recipient, you are notified that any use, review, dissemination, copying or action taken based on this message or its attachments, if any, prohibited. If you are not the intended recipient, please immediately notify the sender by replying this email and destroy or delete all copies of the original message and any attachment. Thank you.
----



# junwei-us

junwei-us storefront

*Just launched*    *No feedback yet*

junwei-us is committed to providing each customer with the highest standard of customer service.

**Have a question for junwei-us?**

Ask a question

---

## Detailed Seller Information

**Business Name:** guangzhoujunweihengkejiyouxiangongsi

**Business Address:**
tianhequjishanxiajieershiyixiang11hao202fang
guangzhoushi
guangdongsheng
510600
CN

| Returns & Refunds | Shipping | Policies | Help | Products |
| --- | --- | --- | --- | --- |

Please refer to the Amazon.com Return Policy and Amazon.com Refund Policy or contact junwei-us to get information about any additional policies that may apply.

Contact this seller

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

### A-to-z Guarantee

Place your merchant order through the Amazon.com Shopping Cart and your purchase is protected by the A-to-z Safe Buying Guarantee. Amazon.com automatically transfers your payment to the merchant so you'll never need to pay a merchant directly. Our A-to-z Safe Buying Guarantee covers both the delivery of your item and its condition upon receipt...Read more

Leave seller feedback     Tell us what you think about this page

---

## Inspired by your browsing history

    

Hover-1 Beast Buggy Self-Balancing Scooter Attachment , Black, 35 x 24 x 16.5

601

2 offers from $200.51

Emaxusa Hoverboard Kart Seat Attachment,Go Kart Conversion Kit Hover Board Accessories with Adjustable Frame Length Compatible, All

21

$59.98 - $69.98

Jetson JetKart 2.0 Universal Hoverboard Attachment - Converts Hoverboard to Sit Down Electric Go Kart with Rear Suspension for Off

259

$104.99

Swagtron SWAGBOARD Warrior XL Off-Road Bluetooth Hoverboard w/ 8-inch Infinity Wheels

125

$219.99

Hiboy HC-02 Ho Go Kart with Rea Suspension Seat Attachment Acc for 6.5" 8" 10" H Board Rubber W

608

$119.99

## Deals in magazine subscriptions

   

HGTV Magazine

7,660

Print Magazine

$6.00

National Geographic Kids

3

Print Magazine

$8.50

Birds and Blooms

288

Print Magazine

$5.00

Bon Appetit

193

Print Magazine

$5.00

Food Network M

9,99

Print Magazine

#1 Best Seller ⏳ ir & Techniques Maga

$6.00

---

**Your Browsing History**   View or edit your browsing history ›



See personalized recommendations

Sign in

New customer? Start here.

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell products on Amazon | Amazon Rewards Visa Signature Cards | Amazon and COVID-19 |
| Blog | Sell apps on Amazon | Amazon.com Store Card | Your Account |
| About Amazon | Become an Affiliate | Amazon Secured Card | Your Orders |
| Sustainability | Start a package delivery business | Amazon Business Card | Shipping Rates & Policies |
| Press Center | Advertise Your Products | Amazon Business Line of Credit | Amazon Prime |
| Investor Relations | Self-Publish with Us | Shop with Points | Returns & Replacements |
| Amazon Devices | Host an Amazon Hub | Credit Card Marketplace | Manage Your Content and Devices |
| Amazon Tours | › See More Make Money with Us | Reload Your Balance | |
| | | Amazon Currency Converter | |

Amazon Assistant

Help

| English | United States |
|---------|---------------|

| | | | | | | |
|---|---|---|---|---|---|---|
| Amazon Music<br>Stream millions<br>of songs | Amazon<br>Advertising<br>Find, attract,<br>and<br>engage<br>customers | Amazon Drive<br>Cloud storage<br>from Amazon | 6pm<br>Score deals<br>on fashion brands | AbeBooks<br>Books, art<br>& collectibles | ACX<br>Audiobook<br>Publishing<br>Made Easy | Alexa<br>Actionable<br>Analytics<br>for the Web |
| Sell on Amazon<br>Start a Selling<br>Account | Amazon<br>Business<br>Everything For<br>Your Business | Amazon Fresh<br>Groceries & More<br>Right To Your Door | AmazonGlobal<br>Ship Orders<br>Internationally | Home Services<br>Experienced Pros<br>Happiness<br>Guarantee | Amazon Ignite<br>Sell your original<br>Digital<br>Educational<br>Resources | Amazon Web<br>Services<br>Scalable Cloud<br>Computing<br>Services |
| Audible<br>Listen to Books &<br>Original<br>Audio<br>Performances | Book<br>Depository<br>Books With<br>Free<br>Delivery<br>Worldwide | Box Office Mojo<br>Find Movie<br>Box Office Data | ComiXology<br>Thousands of<br>Digital Comics | DPReview<br>Digital<br>Photography | East Dane<br>Designer Men's<br>Fashion | Fabric<br>Sewing, Quilting<br>& Knitting |
| Goodreads<br>Book reviews<br>&<br>recommendations | IMDb<br>Movies, TV<br>& Celebrities | IMDbPro<br>Get Info Entertainment<br>Professionals Need | Kindle Direct<br>Publishing<br>Indie Digital & Print<br>Publishing<br>Made Easy | Amazon Photos<br>Unlimited Photo<br>Storage<br>Free With Prime | Prime Video<br>Direct<br>Video Distribution<br>Made Easy | Shopbop<br>Designer<br>Fashion Brands |
| Amazon<br>Warehouse<br>Great Deals on<br>Quality Used<br>Products | Whole Foods<br>Market<br>America's<br>Healthiest<br>Grocery Store | Woot!<br>Deals and<br>Shenanigans | Zappos<br>Shoes &<br>Clothing | Ring<br>Smart Home<br>Security Systems | eero WiFi<br>Stream 4K Video<br>in Every Room | Blink<br>Smart Security<br>for Every Home |
| | Neighbors<br>App<br>Real-Time<br>Crime<br>& Safety Alerts | Amazon Subscription Boxes<br>Top subscription boxes – right<br>to your door | PillPack<br>Pharmacy Simplified | Amazon<br>Renewed<br>Like-new<br>products<br>you can trust | Amazon Second<br>Chance<br>Pass it on, trade it<br>in,<br>give it a second<br>life | |

Conditions of Use     Privacy Notice     Interest-Based Ads     © 1996–2021, Amazon.com, Inc. or its affiliates

amazon.com

Hello
Select your address    junwei-us ▾

Hello, Sign in
Account ▾

Returns
& Orders

0

All   Best Sellers   Customer Service   Prime ▾   New Releases   Today's Deals   Books   Fashion   Kindle Books   Toys & Games   Gift Cards

7 results    Sort by: Featured

**Brand**
Gyroor
GYROOR

Price and other details may vary based on size and color

306

Shop now

Sponsored



Gyroor Warrior 8.5 inch All Terrain Off Road Hoverboard with Bluetooth Speakers and LED Lights, UL2272...

3,184

$299⁰⁰
Save $30.00 with coupon (some sizes/colors)

FREE Shipping



Gyroor T581 Hoverboard 6.5" Off Road All Terrain Hoverboard with Bluetooth Speaker and Two-Wheel Sel...

986

$229⁰⁰

FREE Shipping



GYROOR T581 Hoverboard 6.5" Off Road All Terrain Hoverboards with Bluetooth Speaker&LED Lights Two-...

662

$279⁰⁰
Save $25.00 with coupon

FREE Shipping



Gyroor Hoverboard Off Road All Terrian 6.5" Two-Wheel G11 Flash LED Light Self Balancing Hoverboards with...

345

$199⁰⁰
Save $20.00 with coupon (some sizes/colors)

FREE Shipping



Gyroor Hoverboard Offroad All Terrain Flash Wheel Self Balancing G5 Hoverboards with Bluetooth Speaker, UL...

233

$249⁰⁰



Save $25.00   with coupon (some sizes/colors)

FREE Shipping

---



### Gyroor G2 Hoverboard 8.5" Off Road All Terrain Hoverboards Bluetooth Speaker&Self Balancing...

6

$399$^{00}$

Save $30.00   with coupon

FREE Shipping

---



### Gyroor Swift Hoverboard Self Balancing Hoverboard with Music Speaker LED Lights, 6.5 inch Two-Wheel...

603

$167$^{00}$

Save $10.00   with coupon (some sizes/colors)

FREE Shipping

---

## Need help?

Visit the help section or contact us

---

2,460    [ Shop now ]

Sponsored

Back to top

### Get to Know Us

Careers

Blog

About Amazon

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Tours

### Make Money with Us

Sell products on Amazon

Sell apps on Amazon

Become an Affiliate

Start a package delivery business

Advertise Your Products

Self-Publish with Us

Host an Amazon Hub

› See More Make Money with Us

### Amazon Payment Products

Amazon Rewards Visa Signature Cards

Amazon.com Store Card

Amazon Secured Card

Amazon Business Card

Amazon Business Line of Credit

Shop with Points

Credit Card Marketplace

Reload Your Balance

Amazon Currency Converter

### Let Us Help You

Amazon and COVID-19

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Amazon Assistant

Help

| English | United States |
|---------|---------------|

| Amazon Music<br>Stream millions<br>of songs | Amazon<br>Advertising<br>Find, attract,<br>and<br>engage<br>customers | Amazon Drive<br>Cloud storage<br>from Amazon | 6pm<br>Score deals<br>on fashion brands | AbeBooks<br>Books, art<br>& collectibles | ACX<br>Audiobook<br>Publishing<br>Made Easy | Alexa<br>Actionable<br>Analytics<br>for the Web |
| Sell on Amazon<br>Start a Selling<br>Account | Amazon<br>Business<br>Everything For<br>Your Business | Amazon Fresh<br>Groceries & More<br>Right To Your Door | AmazonGlobal<br>Ship Orders<br>Internationally | Home Services<br>Experienced Pros<br>Happiness<br>Guarantee | Amazon Ignite<br>Sell your original<br>Digital<br>Educational<br>Resources | Amazon Web<br>Services<br>Scalable Cloud<br>Computing<br>Services |
| Audible<br>Listen to Books &<br>Original<br>Audio<br>Performances | Book<br>Depository<br>Books With<br>Free<br>Delivery<br>Worldwide | Box Office Mojo<br>Find Movie<br>Box Office Data | ComiXology<br>Thousands of<br>Digital Comics | DPReview<br>Digital<br>Photography | East Dane<br>Designer Men's<br>Fashion | Fabric<br>Sewing, Quilting<br>& Knitting |
| Goodreads<br>Book reviews<br>&<br>recommendations | IMDb<br>Movies, TV<br>& Celebrities | IMDbPro<br>Get Info Entertainment<br>Professionals Need | Kindle Direct<br>Publishing<br>Indie Digital & Print<br>Publishing<br>Made Easy | Amazon Photos<br>Unlimited Photo<br>Storage<br>Free With Prime | Prime Video<br>Direct<br>Video Distribution<br>Made Easy | Shopbop<br>Designer<br>Fashion Brands |
| Amazon<br>Warehouse<br>Great Deals on<br>Quality Used<br>Products | Whole Foods<br>Market<br>America's<br>Healthiest<br>Grocery Store | Woot!<br>Deals and<br>Shenanigans | Zappos<br>Shoes &<br>Clothing | Ring<br>Smart Home<br>Security Systems | eero WiFi<br>Stream 4K Video<br>in Every Room | Blink<br>Smart Security<br>for Every Home |
| Neighbors<br>App<br>Real-Time<br>Crime<br>& Safety Alerts | Amazon Subscription Boxes<br>Top subscription boxes – right<br>to your door | PillPack<br>Pharmacy Simplified | Amazon<br>Renewed<br>Like-new<br>products<br>you can trust | Amazon Second<br>Chance<br>Pass it on, trade it<br>in,<br>give it a second<br>life | | |

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2021, Amazon.com, Inc. or its affiliates