# EXHIBIT 7

| | |
|---|---|
| **From:** | Iris Tianyu Ju <iris.ju@glacier.law> |
| **Sent:** | Monday, May 3, 2021 6:20 PM |
| **To:** | Neil Nandi; Adam Kelly; Arthur Yuan; Marwa Abdelaziz |
| **Cc:** | tao.liu@glacier.law; robin.cheng@glacier.law |
| **Subject:** | Re: 20-cv-04806 Joint Motion or Proposed Briefing Schedule |

**This email originated from outside of Loeb's Network.**

Neil,

Thanks for the information.
Just to be clear the account **Gyroor-US (**a.k.a. **Dongguan Saibotan Nengyuan Keji Co. Ltd.)** has complied with the Court's PI order.
We need to verify the information you provided. We will get back to you once we have more information regarding your allegation.

Regards,

**Iris Ju | Attorney**
**Glacier Law PLLC**
200 East Randolph, Suite 5100
Chicago, IL 60601
www.glacier.law
Tel: +1 (312) 448-7772
Fax: +1 (312)-801-4587

*Privilege and Confidentiality Notice*
This email is intended for the sole use of the intended recipient(s) and may contain confidential, proprietary, or privileged information. If you are not the intended recipient, you are notified that any use, review, dissemination, copying or action taken based on this message or its attachments, if any, prohibited. If you are not the intended recipient, please immediately notify the sender by replying this email and destroy or delete all copies of the original message and any attachment. Thank you.
----

**From:** Neil Nandi <nnandi@loeb.com>
**Date:** Monday, May 3, 2021 at 7:35 AM
**To:** Iris Tianyu Ju <iris.ju@glacier.law>, Adam Kelly <akelly@loeb.com>, Arthur Yuan <ayuan@loeb.com>, Marwa Abdelaziz <mabdelaziz@loeb.com>
**Cc:** "tao.liu@glacier.law" <tao.liu@glacier.law>, "robin.cheng@glacier.law" <robin.cheng@glacier.law>
**Subject:** RE: 20-cv-04806 Joint Motion or Proposed Briefing Schedule

Iris,

Following up on the issue of Gyroor's non-compliance with the PI order, another Amazon storefront has been "just launched" as a platform for selling infringing Gyroor products, replacing the last such storefront. This continues the pattern we raised before: a storefront is launched that links to the main Gyroor Store on Amazon and exists exclusively to sell Gyroor products, including accused products. That store ceases sales after approximately one week, and a new "just launched" store takes its place. We respectfully request that Gyroor cease this practice, which is in violation of Section 1(c) of the PI order.

Neil

---

**From:** Neil Nandi
**Sent:** Friday, April 30, 2021 5:33 PM
**To:** 'Iris Tianyu Ju' <iris.ju@glacier.law>; Adam Kelly <akelly@loeb.com>; Arthur Yuan <ayuan@loeb.com>; Marwa Abdelaziz <mabdelaziz@loeb.com>
**Cc:** tao.liu@glacier.law; robin.cheng@glacier.law
**Subject:** RE: 20-cv-04806 Joint Motion or Proposed Briefing Schedule

Iris,

We have raised Gyroor's non-compliance with the PI order to Mr. Vegh multiple times. At the current time, we are aware of two significant categories of non-compliance.

First, new stores keep launching on Amazon solely for the purposes of selling Gyroor products, including accused products. The current such store is kangjuxin-us (https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A3FGA3GPJLAIIE&sshmPath=). These stores all link back to the Gyroor Store on Amazon (https://www.amazon.com/stores/Gyroor/page/F7856CFC-6A58-4C64-8580-51FFCB019EA1?ref_=ast_bln). Every time such a store closes, a new one emerges to take its place. These stores are in violation of Section 1(a) and 1(c) of the PI order.

Second, Gyroor continues to offer for sale various accused products directly from Gyroor's own websites (examples are shown in the attached screen captures). US customers may still view the products, the product details, and sign up for notifications regarding availability to purchase. Such offering for sale violates Section 1(a) of the PI order.

As I have mentioned before, we had been discussing compliance with the PI order with Mr. Vegh. We would appreciate that your client address this non-compliance as soon as possible.

Best,

Neil

---

**From:** Iris Tianyu Ju <iris.ju@glacier.law>
**Sent:** Thursday, April 29, 2021 7:44 PM
**To:** Neil Nandi <nnandi@loeb.com>; Adam Kelly <akelly@loeb.com>; Arthur Yuan <ayuan@loeb.com>; Marwa Abdelaziz <mabdelaziz@loeb.com>
**Cc:** tao.liu@glacier.law; robin.cheng@glacier.law
**Subject:** Re: 20-cv-04806 Joint Motion or Proposed Briefing Schedule

Neil,

Thank you for your prompt response.

GYROOR-US's motion for failure to state a claim has been filed and incorporates a concurrently filed motion to dismiss under Rule 20 and Rule 21.

In terms of GYROOR-US's non-compliance with the PI order, please kindly forward me the evidence. Thanks.

Regards,

**Iris Ju | Attorney**
**Glacier Law PLLC**
200 East Randolph, Suite 5100
Chicago, IL 60601
www.glacier.law
Tel: +1 (312) 448-7772
Fax: +1 (312)-801-4587

*Privilege and Confidentiality Notice*
This email is intended for the sole use of the intended recipient(s) and may contain confidential, proprietary, or privileged information. If you are not the intended recipient, you are notified that any use, review, dissemination, copying or action taken based on this message or its attachments, if any, prohibited. If you are not the intended recipient, please immediately notify the sender by replying this email and destroy or delete all copies of the original message and any attachment. Thank you.
----

---

**From:** Neil Nandi <nnandi@loeb.com>
**Date:** Thursday, April 29, 2021 at 2:42 PM
**To:** Iris Tianyu Ju <iris.ju@glacier.law>, Adam Kelly <akelly@loeb.com>, Arthur Yuan <ayuan@loeb.com>, Marwa Abdelaziz <mabdelaziz@loeb.com>
**Cc:** "tao.liu@glacier.law" <tao.liu@glacier.law>, "robin.cheng@glacier.law" <robin.cheng@glacier.law>
**Subject:** RE: 20-cv-04806 Joint Motion or Proposed Briefing Schedule

Iris,

The proposed briefing schedule is agreeable.

That said, we have some concerns that Gyroor's motion practice is a dilatory tactic in violation of Rule 11. Gyroor previously filed and lost a motion under Rule 12(b). Gyroor's answer was due on April 15. We permitted previous counsel an extension to file an answer to today. We are aware of no colorable legal basis under which a second motion to dismiss is timely. Additionally, as we previously stated to you, we have advised Mr. Vegh of Gyroor's non-compliance with the PI order, which is continuing. What legal basis does Gyroor have for filing successive 12(b) motions? And does Gyroor intend to come into compliance with the PI order absent Court intervention?

Best,

Neil

**From:** Iris Tianyu Ju <iris.ju@glacier.law>
**Sent:** Thursday, April 29, 2021 1:39 PM
**To:** Neil Nandi <nnandi@loeb.com>; Adam Kelly <akelly@loeb.com>; Arthur Yuan <ayuan@loeb.com>; Marwa Abdelaziz <mabdelaziz@loeb.com>
**Cc:** tao.liu@glacier.law; robin.cheng@glacier.law
**Subject:** Re: 20-cv-04806 Joint Motion or Proposed Briefing Schedule

Neil,

We will file a motion to dismiss based on Rule 12(b) for failure to state a claim. Please advise if the briefing schedule is agreeable: response due May 20, 2021; reply due June 7, 2021.
Thanks.


Regards,

**Iris Ju | Attorney**
**Glacier Law PLLC**
200 East Randolph, Suite 5100
Chicago, IL 60601
www.glacier.law
Tel: +1 (312) 448-7772
Fax: +1 (312)-801-4587

*Privilege and Confidentiality Notice*
This email is intended for the sole use of the intended recipient(s) and may contain confidential, proprietary, or privileged information. If you are not the intended recipient, you are notified that any use, review, dissemination, copying or action taken based on this message or its attachments, if any, prohibited. If you are not the intended recipient, please immediately notify the sender by replying this email and destroy or delete all copies of the original message and any attachment. Thank you.
----

**From:** Neil Nandi <nnandi@loeb.com>
**Date:** Wednesday, April 28, 2021 at 6:33 PM
**To:** Iris Tianyu Ju <iris.ju@glacier.law>, Adam Kelly <akelly@loeb.com>, Arthur Yuan <ayuan@loeb.com>, Marwa Abdelaziz <mabdelaziz@loeb.com>
**Cc:** "tao.liu@glacier.law" <tao.liu@glacier.law>, "robin.cheng@glacier.law" <robin.cheng@glacier.law>
**Subject:** RE: 20-cv-04806 Joint Motion or Proposed Briefing Schedule

We agree to that schedule.

Best,

Neil

**From:** Iris Tianyu Ju <iris.ju@glacier.law>
**Sent:** Wednesday, April 28, 2021 5:33 PM
**To:** Neil Nandi <nnandi@loeb.com>; Adam Kelly <akelly@loeb.com>; Arthur Yuan <ayuan@loeb.com>; Marwa Abdelaziz <mabdelaziz@loeb.com>
**Cc:**tao.liu@glacier.law; robin.cheng@glacier.law
**Subject:** Re: 20-cv-04806 Joint Motion or Proposed Briefing Schedule


Neil,

Thank you for your email. We will propose the following briefing schedule: response due May 20, 2021; reply due June 7, 2021.
Please confirm if it is agreeable. Thanks.

Regards,

**Iris Ju | Attorney**
**Glacier Law PLLC**
200 East Randolph, Suite 5100
Chicago, IL 60601
www.glacier.law
Tel: +1 (312) 448-7772
Fax: +1 (312)-801-4587

*Privilege and Confidentiality Notice*
This email is intended for the sole use of the intended recipient(s) and may contain confidential, proprietary, or privileged information. If you are not the intended recipient, you are notified that any use, review, dissemination, copying or action taken based on this message or its attachments, if any, prohibited. If you are not the intended recipient, please immediately notify the sender by replying this email and destroy or delete all copies of the original message and any attachment. Thank you.
----


**From:** Neil Nandi <nnandi@loeb.com>
**Date:** Wednesday, April 28, 2021 at 1:27 PM
**To:** Iris Tianyu Ju <iris.ju@glacier.law>, Adam Kelly <akelly@loeb.com>, Arthur Yuan <ayuan@loeb.com>, Marwa Abdelaziz <mabdelaziz@loeb.com>
**Cc:** "tao.liu@glacier.law" <tao.liu@glacier.law>, "robin.cheng@glacier.law" <robin.cheng@glacier.law>
**Subject:** RE: 20-cv-04806 Joint Motion or Proposed Briefing Schedule

We would appreciate three weeks to file a response brief.

Best,

Neil

**From:** Iris Tianyu Ju <iris.ju@glacier.law>
**Sent:** Wednesday, April 28, 2021 11:28 AM
**To:** Neil Nandi <nnandi@loeb.com>; Adam Kelly <akelly@loeb.com>; Arthur Yuan <ayuan@loeb.com>; Marwa Abdelaziz

<mabdelaziz@loeb.com>
**Cc:** tao.liu@glacier.law; robin.cheng@glacier.law
**Subject:** Re: 20-cv-04806 Joint Motion or Proposed Briefing Schedule


Neil,

On behalf of GYROOR US, we will file motion pursuant to Rule 20, and Rule 21 and based on this motion, we will concurrently request the court to dissolve preliminary injunction.
Please advise the time Plaintiffs need for filing an opposition to this motion as we will have the motion filed by today. Thanks.

Regards,

**Iris Ju | Attorney**
**Glacier Law PLLC**
200 East Randolph, Suite 5100
Chicago, IL 60601
www.glacier.law
Tel: +1 (312) 448-7772
Fax: +1 (312)-801-4587

*Privilege and Confidentiality Notice*
This email is intended for the sole use of the intended recipient(s) and may contain confidential, proprietary, or privileged information. If you are not the intended recipient, you are notified that any use, review, dissemination, copying or action taken based on this message or its attachments, if any, prohibited. If you are not the intended recipient, please immediately notify the sender by replying this email and destroy or delete all copies of the original message and any attachment. Thank you.
----

**From:** Neil Nandi <nnandi@loeb.com>
**Date:** Wednesday, April 28, 2021 at 9:15 AM
**To:** Iris Tianyu Ju <iris.ju@glacier.law>, Adam Kelly <akelly@loeb.com>, Arthur Yuan <ayuan@loeb.com>, Marwa Abdelaziz <mabdelaziz@loeb.com>
**Cc:** "tao.liu@glacier.law" <tao.liu@glacier.law>, "robin.cheng@glacier.law" <robin.cheng@glacier.law>
**Subject:** RE: 20-cv-04806 Joint Motion or Proposed Briefing Schedule

Iris,

Thank you for the confirmation of your representation. Plaintiffs would oppose any motion to dismiss on the basis of Rules 20 and 21, because we understand those rules not to provide dismissal as a remedy. To the extent Gyroor intends to file motions other than a motion to dismiss, please advise as to the relief sought and the basis for the relief. Depending on those considerations, we may be amenable to discussion of such other motions.

On a separate note, we have been sending to Mr. Vegh many examples of what we understand to be Gyroor's continued non-compliance with the PI order. As we told Mr. Vegh, Plaintiffs will seek relief from the Court as necessary to bring Gyroor into compliance. I assume Mr. Vegh has already shared those communications and discussions with you. Please advise as soon as possible regarding whether Gyroor will come into compliance.

Best,

Neil


**From:** Iris Tianyu Ju <iris.ju@glacier.law>
**Sent:** Wednesday, April 28, 2021 10:15 AM
**To:** Neil Nandi <nnandi@loeb.com>; Adam Kelly <akelly@loeb.com>; Arthur Yuan <ayuan@loeb.com>; Marwa Abdelaziz <mabdelaziz@loeb.com>
**Cc:** tao.liu@glacier.law; robin.cheng@glacier.law
**Subject:** Re: 20-cv-04806 Joint Motion or Proposed Briefing Schedule


Neil,

This email is to confirm our representation of Gyroor US. Mr. Vegh and Ms. McKinley will withdraw as counsel for Gyroor US.
Our proposed motion to dismiss is based on Rule 20(a) and Rule 21 of Federal Rule of Civil Procedure. I assume that Plaintiffs are going to oppose this motion, please advise Plaintiffs' proposed schedule for filling such opposition and we can properly include the schedule in our motion. Thanks.

Regards,

**Iris Ju | Attorney**
**Glacier Law PLLC**
200 East Randolph, Suite 5100
Chicago, IL 60601
www.glacier.law
Tel: +1 (312) 448-7772
Fax: +1 (312)-801-4587

*Privilege and Confidentiality Notice*
This email is intended for the sole use of the intended recipient(s) and may contain confidential, proprietary, or privileged information. If you are not the intended recipient, you are notified that any use, review, dissemination, copying or action taken based on this message or its attachments, if any, prohibited. If you are not the intended recipient, please immediately notify the sender by replying this email and destroy or delete all copies of the original message and any attachment. Thank you.
----

**From:** Neil Nandi <nnandi@loeb.com>
**Date:** Wednesday, April 28, 2021 at 7:48 AM
**To:** Iris Tianyu Ju <iris.ju@glacier.law>, Adam Kelly <akelly@loeb.com>, Arthur Yuan <ayuan@loeb.com>, Marwa Abdelaziz <mabdelaziz@loeb.com>
**Cc:** "tao.liu@glacier.law" <tao.liu@glacier.law>, "robin.cheng@glacier.law" <robin.cheng@glacier.law>
**Subject:** RE: 20-cv-04806 Joint Motion or Proposed Briefing Schedule

Iris,

7

Thank you for your email. We had been corresponding for months with Stephen Vegh and Danielle McKinley, who have filed appearances on behalf of Gyroor. We did not see any motions for substitution. We would appreciate clarification as to who represents Gyroor. We will be contacting Mr. Vegh and Ms. McKinley to ask the same question.

Until we better understand the situation, we are not able to state our position on the proposed motions, about which we also have some questions. Mr. Vegh and Ms. McKinley previously filed a motion to dismiss on behalf of Gyroor, which the Court denied. The deadline to file Gyroor's Answer was April 15, but we agreed to extend that deadline to April 29, as a courtesy. A new motion to dismiss would be inconsistent with that agreement. What is the basis for the new proposed motion to dismiss and how would it be timely? Similarly, what is the basis for the motion to sever and what specific relief is sought? As to the PI order, we had been discussing modification of the order with Mr. Vegh and Ms. McKinley, and we recently asked for specific proposals regarding modification. We had also been discussing compliance with the PI order with Mr. Vegh. Is Gyroor taking a different position now and, if so, what is the basis for its proposed motion to dissolve the PI order?

Thank you,

Neil

**Neil Nandi**
*Attorney At Law*



321 North Clark Street, Suite 2300 | Chicago, IL 60654
**Direct Dial:**312.464.3109 | **Fax:**312.275.8505 | **E-mail:**nnandi@loeb.com
**Los Angeles | New York | Chicago | Nashville | Washington, DC | San Francisco |Beijing | Hong Kong |** www.loeb.com

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify the sender. Please destroy the original transmission and its attachments without reading or saving in any manner. Thank you, Loeb & Loeb LLP.

**From:** Iris Tianyu Ju <iris.ju@glacier.law>
**Sent:** Tuesday, April 27, 2021 11:44 PM
**To:** Adam Kelly <akelly@loeb.com>; Arthur Yuan <ayuan@loeb.com>; Douglas Masters <dmasters@loeb.com>; Marwa Abdelaziz <mabdelaziz@loeb.com>; Neil Nandi <nnandi@loeb.com>
**Cc:**tao.liu@glacier.law; robin.cheng@glacier.law
**Subject:** Re: 20-cv-04806 Joint Motion or Proposed Briefing Schedule


Dear Counsel,

Please see updated case number, 20-cv-04806. Defendant GYROOR-US is going to file a motion to dismiss and sever under Rule 20(a) and Rule 21, and dissolve Preliminary Injunction. Please advise if you are going to

8

oppose the motion and if any opposition is to be filed, please advise your proposed schedule for filling such opposition. Thanks.


Regards,

**Iris Ju | Attorney**
**Glacier Law PLLC**
200 East Randolph, Suite 5100
Chicago, IL 60601
www.glacier.law
Tel: +1 (312) 448-7772
Fax: +1 (312)-801-4587


*Privilege and Confidentiality Notice*
This email is intended for the sole use of the intended recipient(s) and may contain confidential, proprietary, or privileged information. If you are not the intended recipient, you are notified that any use, review, dissemination, copying or action taken based on this message or its attachments, if any, prohibited. If you are not the intended recipient, please immediately notify the sender by replying this email and destroy or delete all copies of the original message and any attachment. Thank you.
----


**From:** Iris Tianyu Ju <iris.ju@glacier.law>
**Date:** Tuesday, April 27, 2021 at 9:38 PM
**To:** Adam Kelly <akelly@loeb.com>, Arthur Yuan <ayuan@loeb.com>, "dmasters@loeb.com" <dmasters@loeb.com>, Marwa Abdelaziz <mabdelaziz@loeb.com>, Neil Nandi <nnandi@loeb.com>
**Cc:** "tao.liu@glacier.law" <tao.liu@glacier.law>, "robin.cheng@glacier.law" <robin.cheng@glacier.law>
**Subject:** Re: 20-cv-05905 Joint Motion or Proposed Briefing Schedule

Dear Counsel,

Defendant GYROOR-US is going to file a motion to dismiss and sever under Rule 20(a) and Rule 21, and dissolve Preliminary Injunction. Please advise if you are going to oppose the motion and if any opposition is to be filed, please advise your proposed schedule for filling such opposition. Thanks.


Regards,

**Iris Ju | Attorney**
**Glacier Law PLLC**
200 East Randolph, Suite 5100
Chicago, IL 60601
www.glacier.law
Tel: +1 (312) 448-7772
Fax: +1 (312)-801-4587

*Privilege and Confidentiality Notice*
This email is intended for the sole use of the intended recipient(s) and may contain confidential, proprietary, or privileged information. If you are not the intended recipient, you are notified that any use, review, dissemination, copying or action

taken based on this message or its attachments, if any, prohibited. If you are not the intended recipient, please immediately notify the sender by replying this email and destroy or delete all copies of the original message and any attachment. Thank you.
----