# EXHIBIT 8

| | |
|---|---|
| **From:** | robin.cheng@glacier.law |
| **Sent:** | Monday, July 12, 2021 8:50 AM |
| **To:** | Neil Nandi; Tao?Liu; Tom.聽M; Iris Ju |
| **Cc:** | Adam Kelly; Arthur Yuan; Marwa Abdelaziz |
| **Subject:** | Re: RE: 20-cv-4806 - Motion for Order to Show Cause |

**This email originated from outside of Loeb's Network.**

Neil,

Defendants require 21 days to file a response.
Plaintiffs can have 21 days to file a response to Defendants' motion for summary judgement.

Regards,

**Robin Cheng | Attorney**
**Glacier Law PLLC**
200 Park Avenue, Suite1703
New York, NY 10166
www.glacier.law
Tel: +1 (332) 208-8882
Fax: +1 (312) 801-4587

*Privilege and Confidentiality Notice*
This email is intended for the sole use of the intended recipient(s) and may contain confidential, proprietary, or privileged information. If you are not the intended recipient, you are notified that any use, review, dissemination, copying or action taken based on this message or its attachments, if any, prohibited. If you are not the intended recipient, please immediately notify the sender by replying this email and destroy or delete all copies of the original message and any attachment. Thank you.
----

**From:** Neil Nandi
**Date:** 2021-07-09 18:44
**To:** robin.cheng@glacier.law; Tao聽Liu; Tom.聽M; Iris聽Ju
**CC:** Adam Kelly; Arthur Yuan; Marwa Abdelaziz
**Subject:** RE: 20-cv-4806 - Motion for Order to Show Cause

Robin,

We observe that Counsel had also previously advised us that they would be investigating or verifying allegations of non-compliance (see attached). We never received a response in two months, and similar non-compliance has continued as to more than a dozen additional short-term storefronts. Additionally, Gyroorboard.com and Gyroor-US's Amazon storefronts have been offering to sell and selling infringing products, and Plaintiffs have been able to make purchases of Gyroor-branded products. We had previously raised some of these issues, they were corrected, and now they have returned. Finally, as noted, your clients have already substantially reduced the amounts in their Amazon accounts.

If your clients seek to propose a briefing schedule, please propose one. We have already agreed to include such a proposal in the motion, so I do not know what there would be to discuss in a meet and confer.

As to the motion for summary judgment, please advise on which claims which defendants will be moving. That affects the appropriate time for briefing. As you know, nearly no discovery has occurred in this matter. Therefore, denial under Rule 56(d)(1) may be appropriate.

Best,

Neil

**From:** robin.cheng@glacier.law <robin.cheng@glacier.law>
**Sent:** Friday, July 9, 2021 11:58 AM
**To:** Neil Nandi <nnandi@loeb.com>; Tao聽Liu <tao.liu@glacier.law>; Tom.聽M <ruoting.men@glacier.law>; Iris聽Ju <iris.ju@glacier.law>
**Cc:** Adam Kelly <akelly@loeb.com>; Arthur Yuan <ayuan@loeb.com>; Marwa Abdelaziz <mabdelaziz@loeb.com>
**Subject:** Re: 20-cv-4806 - Motion for Order to Show Cause

Counsel,

Please provide us with specific details regarding the alleged noncompliance, so we can investigate the situation further.
I am available at 3:00 PM CT for a meet and confer session to discuss the briefing schedule.

Defendants intend to file a motion for summary judgement on July 12, 2021.
Please let us know if Plaintiffs would like to propose a briefing schedule.

Regards,

**Robin Cheng | Attorney**
**Glacier Law PLLC**
200 Park Avenue, Suite1703
New York, NY 10166
www.glacier.law
Tel: +1 (332) 208-8882
Fax: +1 (312) 801-4587

*Privilege and Confidentiality Notice*
This email is intended for the sole use of the intended recipient(s) and may contain confidential, proprietary, or privileged information. If you are not the intended recipient, you are notified that any use, review, dissemination, copying or action taken based on this message or its attachments, if any, prohibited. If you are not the intended recipient, please immediately notify the sender by replying this email and destroy or delete all copies of the original message and any attachment. Thank you.
----

**From:** Neil Nandi
**Date:** 2021-07-08 22:01
**To:** robin.cheng@glacier.law; Tao?Liu; Tom.聽M; Iris Ju

2

**CC:** Adam Kelly; Arthur Yuan; Marwa Abdelaziz
**Subject:** 20-cv-4806 - Motion for Order to Show Cause

Counsel:

Tomorrow, Plaintiffs intend to file a motion for an order to show cause, relating to the Gyroor Defendants' (Gyroor-US, Gyroor, Urbanmax, Fengchi-US, hgsm Storefront, Gaodeshang-US, Jiangyou-US, and Gyroshoes) noncompliance with the preliminary injunction. We had previously raised issues with storefronts emerging for a week solely to sell infringing, Gyroor-branded products, before closing and being replaced the following week by a similar storefront. We have now identified more than a dozen instances of this occurring and continuing to occur. Additionally, we have identified direct sales or offers for sales by Gyroor-US and other Gyroor-branded stores. Finally, we have received evidence that Gyroor Defendants, including Gyroor-US, have already depleted over $100,000 in assets from Amazon accounts. Plaintiffs have raised issues with Gyroor-US's non-compliance with the PI to Gyroor-US's counsel on multiple occasions, yet the non-compliance has continued and expanded. Plaintiffs therefore believe a meet and confer would be futile.

Plaintiffs believe that a briefing schedule is unnecessary given the nature of the motion, i.e., an opposition brief would effectively be the same as a response to the Court entering an order to show cause. If the Gyroor Defendants seek to propose a briefing schedule, however, please advise by 12 PM CDT and we will include it in the brief.

Best,

Neil

**Neil Nandi**
*Attorney At Law*



321 North Clark Street, Suite 2300 | Chicago, IL 60654
**Direct Dial:**312.464.3109 | **Fax:**312.275.8505 | **E-mail:**nnandi@loeb.com
Los Angeles | New York | Chicago | Nashville | Washington, DC | San Francisco |Beijing | Hong Kong | www.loeb.com

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify the sender. Please destroy the original transmission and its attachments without reading or saving in any manner. Thank you, Loeb & Loeb LLP.