# EXHIBIT 1

**amazon seller central**     English    Sign in    Sell on Amazon

This article applies to selling in: **United States**

Help / Policies, agreements, and guidelines / Program Policies / Selling on Amazon Fee Schedule / ASIN creation policy

# ASIN creation policy

To create an ASIN, go through the process as outlined in our Add a Product tool. To sell a product available in the Amazon catalog, match it to the existing ASIN by creating an offer. If your product is not in the Amazon catalog, you will have to create a single new ASIN for the product.

## ASIN creation by non-brand owners

To protect the customer shopping experience, we limit the creation of new ASINs for a brand enrolled in Brand Registry, by sellers who are not associated with the brand owner.

If you encounter the following error message, it is because you are not associated with the brand owner and therefore restricted from creating new ASINs for the brand. You may still seek approval to create the new ASIN if you can show that it is an authentic product of the brand, for which no ASIN exists yet. Providing all the necessary information on the first contact will reduce the time it will take for your request to be reviewed.

| Error code | Error message | Requested information |
|---|---|---|
| | | |

| Error code | Error message | Requested information |
|---|---|---|
| 5461 | You may not create new ASINs for this brand. However, you are free to add offers to any existing ASIN for this brand (listing limitations may apply). Please review our ASIN creation policy for more information.<br><br>If you believe the product you want to sell is not already listed in the Amazon catalog and should be listed as a new ASIN, contact Selling Partner Support and mention error code 5461. Before contacting Selling Partner Support, review the ASIN Creation Policy and confirm your product is not already listed on the catalog.<br><br>When contacting Selling Partner Support, provide the following information:<br><br>• Product title (including any variations in color, size, measurements, model/part number, etc.)<br>• Brand<br>• Manufacturer<br>• Category<br>• Description<br>• SKU<br>• UPC/EAN/JAN if available<br>• If using inventory file templates, please provide the Batch ID of the inventory file process report<br>• Real-world images of the product (front and back images of the product including bar code, along with UPC and brand name, packaged and unpackaged, and unfolded if the item is apparel) | • Product name<br>• Brand<br>• Manufacturer<br>• Category<br>• Description<br>• SKU<br>• UPC/EAN/JAN<br>• Product title including any variations in color, size, measurements, model/part number, etc.<br>• Batch ID of inventory file process report<br>• Images of the product (front and back images of the product including bar code along with UPC and brand name; packaged and unpackaged; unfolded if the item is apparel) |

## Where do I find product information?

Brand name, UPC (or EAN/JAN), and part number (or model/style number) can be found on a purchase order or invoice from the manufacturer or distributor from which your product was purchased. Some information may be available directly from the product packaging or through the manufacturer's catalog or website.

# ASIN creation limit

To protect the onsite shopping experience for our customers, we limit the number of listings (offers and ASINs) you can create in a given week until you establish a sales history with Amazon. As you increase your sales, your capacity will increase. We encourage you to prioritize the products you are listing to increase your sales quickly.

Additionally, if you are an established seller and have created a high number of new listings, we reserve the right to temporarily remove your ability to create new listings. We will re-evaluate your status on a weekly basis.

If you think your listing creation privileges have been removed in error, please contact [Seller Support](#).

# Variation policy

Variations are sets of products that are related to one another. Good variation relationship listings allow buyers to compare and choose products based on different attributes such as size, color, or other characteristics from the available options on a single product detail page. For more information, see [Variation Relationships Overview](#).

The following prohibited practices are misuses of variations, either of the parent ASIN or in parent-child relationships. These practices create a negative customer experience and can result in your ASIN creation or selling privileges being temporarily or permanently removed:

- Changing the product's detail page (parent or child) to become fundamentally different from the original product listed.
- Changing the parent product's detail page so it does not match the children.
- Adding incorrect child variations that are not true variations of the parent product. This includes but is not limited to:
  - Adding products that are fundamentally different from the parent ASIN
  - Adding products images and/or names that are that are fundamentally different from the parent ASIN.
  - Adding products that are newer versions or models of the parent ASIN.
- Adding multi-pack variations that aren't manufacturer-created to an already existing parent.
  - If you've created a multi-pack listing that is not directly sold by the manufacturer, you must match your listing to an identical multi-pack product detail page. If an identical multi-pack detail page doesn't exist, you must create a new product detail page with its own unique UPC.
  - Adding multi-pack children by bundling two or more of the same manufacturer products, that is, bundling two three-packs to create a package quantity of six. Multi-pack children must be packaged by the manufacturer. If a customer wants

to buy two or more of the same product, they can select that quantity for purchase.

## Duplicate ASIN creation policy

Creating a new ASIN when the product already exists in Amazon's catalog is prohibited and can result in your ASIN creation or selling privileges being temporarily suspended or permanently removed.

Matching your products to existing products in Amazon's catalog helps drive a high-quality customer experience. Matching to an existing product instead of creating a duplicate listing allows you to more fully benefit from buyer interest and traffic for that product.

## How are duplicates created?

Duplicates are most commonly created when one or more of the following happens:

- You incorrectly use the UPC, EAN, ISBN, ASIN, or JAN not belonging to the product (such as from another product) to identify the product you are selling.
- You introduce distinct UPCs, EANs, ISBNs, or JANs for identical products. For example:
  - You assign a product a new UPC or EAN in each Amazon marketplace where you sell the product.
  - You assign a new UPC or EAN for compatible products such as a laptop charger that is compatible with multiple laptops.
- You are an Amazon Brand Registry seller using an alternative key attribute to list your products. If you use multiple key attribute values to list the same product, a new ASIN will be created for each key attribute value.
- You have received a product identifier exemption for a product that actually has a product identifier. Listing it without an identifier will create a duplicate.

## Tips to avoid creating duplicate ASINs

Ensure that you always use the appropriate UPC, EAN, ISBN, ASIN, or JAN code when listing a product. The codes are reliable data that can be used to match your products to existing products in the catalog. Using incorrect UPC, EAN, ISBN, ASIN, or JAN codes to list a product is prohibited and can result in your ASIN creation privileges being suspended or permanently removed. For more information, refer to [Potential duplicates](), [Amazon brand name policy](), and [guidance on how to obtain a GTIN exemption]().

**Register your brand with Amazon**

If you are the brand owner or manufacturer of your own products and if you can uniquely identify each product with other attributes such as model number or style

number, you might be eligible to register your brand with the Amazon Brand Registry, which allows you to use an alternative product identifier.

Visit About Amazon Brand Registry for more information.

## Request a brand or SKU-level UPC exemption

If the product you are listing has been confirmed to have no known UPC, EAN, ISBN, ASIN, or JAN code and if you are listing a unique selection, you can request a brand or SKU-level UPC exemption. Visit How to List Products That Do Not Have a GTIN for eligibility information.

**Related articles**

- Selling on Amazon Business fee schedule
- Access the Fee Explainer
- Selling Policies and Seller Code of Conduct
- Category, product, and listing restrictions
- Product Detail Page Rules
- Prohibited seller activities and actions
- Drop Shipping Policy
- **ASIN creation policy**
- Recalled Products
- Expiration dates on seller-fulfilled products

**Need more help?**

See more on Seller Central

Visit Seller Forums



**Reach Hundreds of Millions of Customers**

Start Selling On Amazon

© 1999-2021, Amazon.com, Inc. or its affiliates