# EXHIBIT 2



Special offers and product promotions

- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. Register a free business account

#### Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

**Product Description**



Are you looking for the safest hoverboard to get around the world? This GYROOR Swift T580 Hoverboard is exactly what you are looking for!

GYROOR focuses on providing high quality, high safety product and best service to riders, all products are strictly related to the safety tests. With high-tech electric, anti-fire shell protection, and UL certified that make T580 absolutely safe and harmless for all riders.



**GYROOR's committed to make rider's life more comfortable and convenient.**

Dual shinny wheels design, easy to control your balance, move forward or backward by your body posture. Ride on premium self balancing GYROOR Swift T580 hoverboard, Ride with your Dream!



**Colorful LED Lights**

Bright LED headlights and flashing wheels are super fun, is also a signal of protecting yourself that makes you feel safe in dark, illuminate your evening journeys.For the hoverboard enthusiasts,the LED flashing lights would make the hoverboard be cool device.

- Water Resistant: IP54
- Max Load: 220 Pounds
- Motor: 250W*2 Motors
- Frame Material: Aluminum
- Charging Time: 1.5 to 2 Hours
- LED Lights: Colors Adjustable by APP
- Distance on Full Charge: 5~7.5 Miles
- Safety : UL 2272 Certified Hoverboard

**Powerful Battery**

Using the certified lithium-ion Battery, provides T580 more powerful. The smart battery system provides battery long life time and more reliable quality for the rider.With UL certified charger, it's safe and fast charging on the hoverboard.



- Net Weight: 15.8 Pounds.
- Max Speed: 8 Miles/Hour
- Max Climbing Angle: 15-30°
- Tires: 6.5 inch Rubber Tires
- Driving Mode: Adjustable Speeds by App
- Bluetooth Speaker: Pro Bluetooth Speaker
- Charging Voltage: AC100 to 240V/50-60Hz
- Lithium-Ion Battery: Removable 2.0Ah/36V
- Product Dimensions: 26 Inch x 9 Inch X 8.86 Inch

  

  

**App Enable**

With GYROOR App, you can change different led lights, adjust riding speed, check battery life, set adults or children mode, switch self balancing mode, analyses fault and on/off setting, anywhere and anytime.

**Music Speaker**

Built-in powerful speaker, easily connect your smart phone or any bluetooth devices. As a music lover, riding with your favorite music, you and your hoverboard will be the most focus one!

**Sturdy & Durable**

Adopting advanced motherboard system and nature rubber tires, ensure T580 can run smoothly and steadily. With powerful self-balancing feature, you can easily control and happily ride on it. Enjoy the most stable riding and balancing experience!



**Fantastic and Best Gift Choice for Every Family!**

GYROOR Swift T580, is the most perfect gift for every occasion and the best gift choice to your kids and family. Enjoying outdoor life with your family and friends!

## Product details

Color: black

**Is Discontinued By Manufacturer :** No
**Item Weight :** 26.5 Pounds
**Batteries :** 20 Lithium ion batteries required.
**Date First Available :** April 10, 2018
**Manufacturer :** Gyroor
**ASIN :** B07C3C861F
**Best Sellers Rank:** #187,299 in Sports & Outdoors (See Top 100 in Sports & Outdoors)
   #156 in Self Balancing Scooters
**Customer Reviews:**
   594 ratings

## Videos

Page 1 of 2

**Videos for this product**

 3:33
Customer Review: Light and sleek. Rated up to 265 lbs.
Teach1

 4:19
Gyroor T580 Hoverboard Self Balancing Scooter with Music...
Customer Video

 0:11
Customer Review: Awesome!
Sweety

 1:15
Gyroor Swift Hoverboard Self Balancing Hoverboard with Musi...
Merchant Video

**Videos for related products**

 3:26
Top 5 Best 3 Wheel Electric Scooters 2021
10 Beast


The 7 B... Kids
Two Wh...

Upload your video

## Sponsored products related to this item

Page 1 of 20

Sponsored

      

Hover-1 Chrome 2.0 Hoverboard Electric Scooter, 26 x 9.8 x 10, Blue — 683 — Limited time deal

Beston Sports Newest Generation Electric Hoverboard Dual Motors Two Wheels Hoover B... — 2,618 — $125.00

Longtime All-Terrain Off-Road Hoverboard 8.5" Wheels Electric Self Balancing Scoote... — 128 — $229.00

JOLEGE Hoverboard, 6.5" Two-Wheel Self Balancing Hoverboards - LED Light Wheel Scoo... — 2,817 — $124.99

SISIGAD Hoverboard 6.5" Self Balancing Scooter with Colorful LED Wheels Lights Two-... — 7,182 — $144.99 — Best seller

Hoverboard for Kids with Bluetooth Speaker, 6.5" Two Wheel Electric Hover Board — 554 — $124.99

SISIGAD Hoverboard 6.5" Self Balancing Scooter with Colorful LED Wheels Lights Two-... — 2,993 — $169.99 prime



## Customer questions & answers

🔍 Have a question? Search for answers

▲
1 vote
▼

**Question:** can you use it without a phone, my kid, I am buying it for doesn't have a phone?
**Answer:** Definitely! My son never uses a phone when he rides.
By Kati Reed on October 25, 2020
▸ See more answers (3)

▲
1 vote
▼

**Question:** How do I keep the speed on the app at the lower speed? It keeps switching back to the higher speed!
**Answer:** Hi, thanks for your message. When you selected the speed you want to ride on, then you need to click the" limited speed" at the bottom, when it shows" setting successfully", and it could be fixed. Or you could directly adjust into kids mode, the speed would be in very slow. Hope this could be workable for you.
By Gyroor SELLER on December 11, 2018
▸ See more answers (1)

▲
1 vote
▼

**Question:** Seller said max speed was 13 to 16km yet the app only mets me set soeed up to 12km why is that?
**Answer:** for safe in app just can set 12KM.thanks.
By Gyroor SELLER on September 19, 2019

▲
0 votes
▼

**Question:** Does Is it go Off road?
**Answer:** Dear Kindle,
If you want off road,you can choice our GYROOR T581,our new model. Thnaks.
Best regards, ... see more
By Gyroor SELLER on May 6, 2019
▸ See more answers (1)

See more answered questions (48)

## Customer reviews

★★★★☆ 4.6 out of 5
594 global ratings

| | |
|---|---|
| 5 star | 82% |
| 4 star | 8% |
| 3 star | 3% |
| 2 star | 1% |
| 1 star | 6% |

▸ How are ratings calculated?

### By feature
For beginners ★★★★★ 4.8
Giftable ★★★★☆ 4.6
Sturdiness ★★★★☆ 4.5

▸ See more

### Review this product
Share your thoughts with other customers

[ Write a customer review ]



See all customer images

### Read reviews that mention
[year old] [battery life] [old daughter] [daughter loves] [hoverboard]
[absolutely loves] [play music] [child mode] [son loves]
[great hoverboard] [kids love] [worth the money] [highly recommend]

Top reviews ▾

### Top reviews from the United States

**Teach1**
★★★★☆ Light and sleek. Rated up to 265 ibs.
Reviewed in the United States on December 26, 2018
Color: black | Verified Purchase



Light and sleek. Rated 265 ibs. We bought this and a H1 and so far like this one better. It is easier to handle with one handed lifting if you are strong as the middle is smaller. The charger is very similar to the H1. This is only a initial review.

So after a month the unit still works but the plastic hubs are showing some damage and some plastic peices are rattling around inside. We havnt been gentle with it though ;).

39 people found this helpful
[ Helpful ]   Report abuse

**Eric Helton**
★★★★★ Great value, great experience so far
Reviewed in the United States on March 10, 2020
Color: pink | Verified Purchase

I did allot of research on hoverboards. What I found was every single one has a few reviews of people saying their's was defective or did nothing but beep. Basically I took a leap of faith guided by my 6 year old daughter's simple request for pink. I have now had this Gyroor for a week and I am very happy with the purchase thus far. First, my daughter loves it and was zipping around all over the place in no time. The lights are bright and colorful. The app is easy to pair and use. I put it in child mode and limited the speed in minutes. It can support 220lbs according to the manual which should make it big brother survivable. Battery life has been excellent and the charge time of 2-3 hours is quicker than I expected. So far my only nit-pick would be I think the cosmetics of the plastic body could be scratched up and gouged pretty easily. But it does feel like a solid piece of machinery. That it comes with a bag is really nice. At this point I feel like

I did allot of research on hoverboards. What I found was every single one has a few reviews of people saying their's was defective or did nothing but beep. Basically I took a leap of faith guided by my 6 year old daughters insight for a $300 +-$20 hoverboard. I took a chance I haven't regretted with this purchase thus far. First, my daughter loves it and was zipping around all over the place in no time. The lights are bright and colorful. The app is easy to pair and use. I put it in child mode and limited the speed in minutes. It can support 220lbs according to the manual which should make it big brother survivable. Battery life has been excellent and the charge time of 2-3 hours is quicker than I expected. So far my only nit-pick would be I think the cosmetics of the plastic body could be scratched up and gouged pretty easily. But it does feel like a solid piece of machinery. That it comes with a bag is really nice. At this point I feel like I hit the sweet spot of not going too cheap while keeping the price reasonable for a 6 year old. I'll update in a couple months

19 people found this helpful

Helpful | Report abuse


Sa

★★★★★ Great quality
Reviewed in the United States on August 16, 2020
Color: black | Verified Purchase

This is a very good quality and well made hoverboard. Right out of the box it was charged enough to test it and only thing I had to do is reset it once. It was difficult to get confidence to ride on it in the beginning but in an hour with practice my kids could ride it forward and backward and spin indoors. It self balanced which is great and if you go on high speed set in app then it beeps. Bluetooth connection is easy and speakers sound is awesome.

Charger has red and green light to know easily if it is charging. The bag also comes along with for carrying but it is heavy product for kids to carry. The lights on the wheels looks pretty in the night. I cannot comment too much on the battery life since we are pretty new at it but we charge is once a day and kids are using in indoors for good amount of time. That makes us all happy. I would recommend it to anyone.



6 people found this helpful

Helpful | Report abuse


Tatyanna Curtis

★★★★★ Best Christmas present ever!!!
Reviewed in the United States on January 7, 2019
Color: pink | Verified Purchase

Bought this for my 11 yr old daughter for Christmas. She loves it. All her friends got one too and paid about the same price but hers is cooler than them all. The Bluetooth speaker works great and is very loud. She jumped on and became a pro in about 15 minutes.

20 people found this helpful

Helpful | Report abuse


Tina

★★★☆☆ Battery is not so good!
Reviewed in the United States on April 15, 2019
Color: black | Verified Purchase

Battery didn't last more then 30 minutes. Got the item replaced and had the same problem. The company was quick to resolve thing but only refunded to amazon account not to original payment method. I should also mention when it stops working or dies unexpectedly it comes to a complete stop. Making the rider go flying!

12 people found this helpful

Helpful | Report abuse


Suresh

★★★★★ Super cool pro
Reviewed in the United States on February 23, 2019
Color: black | Verified Purchase

I was wondering how my 6 year kid will ride this as this was his first time . Just in10 minutes he rode and became a champ in next 10 minutes.. the product looks super cool

20 people found this helpful

Helpful | Report abuse

Kat

★★★★★ Good product!
Reviewed in the United States on January 21, 2019
Color: pink | Verified Purchase

Perfect for my 11 year old daughter...takes a lot of practice but she really enjoys it!

16 people found this helpful

Helpful | Report abuse

Amazon Customer

★★★★★ GREAT PRODUCT, GREAT PRICE, FAST SHIPPING!
Reviewed in the United States on January 16, 2019
Color: pink | Verified Purchase

Got this for my granddaughter for Christmas! After setting it up to her mother's phone, it took a couple of days and learning beside something to hold on to while getting the feel of things. (of course we had a few laughs at her dad's expense) She is now scooting around as well as she rides her bicycle. She is having a blast! The slower learning feature was perfect for her to use until she got the hang of riding it.

12 people found this helpful

Helpful | Report abuse

See all reviews ›

**Customers who bought this item also bought**                                    Page 1 of 4

      

### Customers who bought this item also bought
Page 1 of 4

      

| Hover-1 Buggy Attachment for Transforming Hoverboard Scooter into Go-Kart | Hiboy HC-01 Hoverboard Kart Seat Attachment Accessory for 6.5" 8" 10" Two Wheel Self Balancing Scooter | Gyroor Warrior 8.5 inch All Terrain Off Road Hoverboard with Bluetooth Speakers and LED Lights, UL2272 Certified Self... | Hiboy HC-02 Hoverboard Go Kart with Rear Suspension Seat Attachment Accessory for 6.5" 8" 10" Hover Board Rubber Wheel | Razor E100 Glow Electric Scooter for Kids Age 8 and Up, LED Light-Up Deck, 8" Air-filled Front Tire, Up to 40 min Continuous Ride Time | KKA Hoverboard Accessories, Hoverboard Seat Attachment Fits Self Balancing Scooter Go Cart Frame | Weanas Helmets for 3-14 Years Kids Youth Adjustable Sports Protective Gear Set, Cycling Skating Safety Pad Safeguard... |
|---|---|---|---|---|---|---|
| ★★★★☆ 5,938 | ★★★★☆ 1,612 | ★★★★☆ 3,121 | ★★★★☆ 594 | ★★★★☆ 3,839 | ★★★★☆ 1,374 | ★★★★☆ 990 |
| $72.00 | $89.99 | 1 offer from $299.00 | $115.00 | $139.00 | $69.97 | $31.99 |

### Inspired by your browsing history
Page 1 of 3

    

| Razer 13"" Protective Laptop Sleeve: Scratch & Water-Resistant - Padded Interior Lining - Snag-Free Velcro - Flip-Out Mouse Mat... | Hover-1 Buggy Attachment for Transforming Hoverboard Scooter into Go-Kart | Gyroor T581 Hoverboard 6.5" Off Road All Terrain Hoverboard with Bluetooth Speaker and Two-Wheel Self Balancing Hoverboard... | Hiboy HC-01 Hoverboard Kart Seat Attachment Accessory for 6.5" 8" 10" Two Wheel Self Balancing Scooter | Gyroor Warrior 8.5 inch All Terrain Off Road Hoverboard with Bluetooth Speakers and LED Lights, UL2272 Certified Self... | Weanas Helmets for 3-14 Years Kids Youth Adjustable Sports Protective Gear Set, Cycling Skating Safety Pad Safeguard... |
|---|---|---|---|---|---|
| ★★★★★ 35 | ★★★★☆ 5,938 | ★★★★☆ 972 | ★★★★☆ 1,612 | ★★★★☆ 3,121 | ★★★★☆ 990 |
| $39.99 | $72.00 | 1 offer from $229.00 | $89.99 | 1 offer from $299.00 | $31.99 |

### Related to items you viewed
Page 1 of 3

     

| Razer Blade Stealth 13 Ultrabook Gaming Laptop: Intel Quad Core i7-1065G7, NVIDIA GeForce GTX 1650 Ti Max-Q, 13.3" 4K... | SISIGAD Hoverboard, with Bluetooth and Colorful Lights Self Balancing Scooter | Razer Blade 15 Base Gaming Laptop 2020: Intel Core i7-10750H 6 Core, NVIDIA GeForce RTX 2070 Max-Q, 15.6" FHD 1080p 144Hz,... | Razer Blade 15 Base Gaming Laptop 2021: Intel Core i7-10750H 6 Core, NVIDIA GeForce RTX 3060, 15.6" FHD 1080p 144Hz, 16GB,... | Razer Blade 15 Base Gaming Laptop 2021: Intel Core i7-10750H 6 Core, NVIDIA GeForce RTX 3070, 15.6" FHD 1080p 144Hz, 16GB,... | Razer Blade 15 Base Gaming Laptop 2020: Intel Core i7-10750H 6-Core, NVIDIA GeForce RTX 2060, 15.6" FHD 1080p 144Hz, 16GB,... |
|---|---|---|---|---|---|
| ★★★★☆ 75 | ★★★★☆ 7,196 #1 Best Seller in Self Balancing Scooters | ★★★★☆ 921 | ★★★★☆ 39 | ★★★★☆ 39 | ★★★★☆ 921 |
| $1,499.99 | $144.99 - $169.99 | $1,499.99 | $1,699.99 | $1,999.99 | $1,399.99 |

### Your Browsing History — View or edit your browsing history ›
Page 1 of 2

            

---

**Back to top**

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell products on Amazon | Amazon Rewards Visa Signature Cards | Amazon and COVID-19 |
| Blog | Sell apps on Amazon | Amazon.com Store Card | Your Account |
| About Amazon | Become an Affiliate | Amazon Secured Card | Your Orders |
| Sustainability | Start a package delivery business | Amazon Business Card | Shipping Rates & Policies |
| Press Center | Advertise Your Products | Amazon Business Line of Credit | Amazon Prime |
| Investor Relations | Self-Publish with Us | Shop with Points | Returns & Replacements |
| Amazon Devices | Host an Amazon Hub | Credit Card Marketplace | Manage Your Content and Devices |
| Amazon Tours | › See More Make Money with Us | Reload Your Balance | Amazon Assistant |
| | | Amazon Currency Converter | Help |

 amazon   English  🇺🇸 United States

| Amazon Music Stream millions of songs | Amazon Advertising Find, attract, and engage customers | Amazon Drive Cloud storage from Amazon | 6pm Score deals on fashion brands | AbeBooks Books, art & collectibles | ACX Audiobook Publishing Made Easy | Alexa Actionable Analytics for the Web |
| Sell on Amazon Start a Selling | Amazon Business | Amazon Fresh Groceries & More | AmazonGlobal Ship Orders | Home Services Experienced Pros | Amazon Ignite Sell your original | Amazon Web Services |

---

Document title: Amazon.com: Gyroor T580 Hoverboard Self Balancing Scooter with Music Speaker LED Lights, 6.5 inch Two-Wheel Electric Scooter for Kids - UL2272...
Capture URL: https://www.amazon.com/Gyroor-Hoverboard-Balancing-Two-Wheel-Electric/dp/B07GFK49QR/ref=sr_1_1?...
Capture timestamp (UTC): Thu, 15 Apr 2021 14:06:33 GMT

Page 6 of 6