# EXHIBIT 4

We're building a better Seller Central. Experience it for yourself. **Use new navigation**

**amazon seller central** | Catalog | Inventory | Orders | Stores | Growth | Reports | Performance | Apps & Services | shiaolon | United States | English | Search | Messages | Help | Settings

Help / Policies, agreements, and guidelines / Program Policies / Selling on Amazon fees guide / FBA removal order fees

# FBA removal order fees

Removal fees are charged per-item removed. Typically, removal orders are fulfilled in 14 business days. However, removal order processing may take 30 business days or more during the holiday season and peak removal periods.

For more information, see Remove inventory (overview).

**Program specifics:** The details, calculations, or rates for this fee vary if enrolled in the following programs. Visit the program-specific Help page for more information.

FBA New Selection program

## Fee details

| Frequency of charge | One time |
|---|---|
| Time of charge | When removal order is complete |
| Fee structure | Per unit removed. Rate based on unit shipping weight. |

## Values used to calculate fee

| Product size tier | Product size tiers are measurement categories based on the unit weight, product dimensions, and dimensional weight of a packaged item. Learn how to determine your product-size tier, or use the Monthly Storage Fees report to see the size tier information for products you have previously stored in FBA. |
|---|---|

**Suggested article:** See the following article for more details on how monthly inventory storage is calculated.

FBA fulfillment fees

## Rate cards

Use the size tier of your product to determine which rate card applies. If your product requires special handling*, then use the **Oversize and special handling items** rate card.

| Size tier | Shipping weight | Removal fee per unit |
|---|---|---|
| Standard size | 0 to 0.5 lb | $0.32 |
| | 0.5+ to 1.0 lb | $0.35 |
| | 1.0+ to 2.0 lb | $0.48 |
| | More than 2 lb | $0.67 + $0.35/lb above 2 lb |
| Oversize and special handling items* | 0 to 1.0 lb | $0.60 |
| | 1.0+ to 2.0 lb | $0.72 |
| | 2.0+ to 4.0 lb | $1.26 |
| | 4.0+ to 10.0 lb | $2.32 |
| | More than 10.0 lb | $3.50 + $0.35/lb above 10 lb |

*Special handling items may include apparel, shoes, watches, jewelry, and dangerous goods.

## Fee examples

| Product | Shipping weight | Size tier | Removal fee |
|---|---|---|---|
| Book | 0.5 lb | Standard size | $0.32 per unit |
| Shoes | 1 lb | Standard size (special handling) | $0.60 per unit |
| Dumbbells | 22 lb | Oversize | $7.70 per unit |

## Tools

| Estimating fees | Go to Manage FBA Inventory and use the Create removal order option to preview your removal fees. Note that you must provide a ship to address. |
|---|---|
| Reporting fees | Removal order detail report<br><br>Payments - Transaction View |

## Frequently asked questions

**How is shipping weight calculated for standard-size items under 1 lb?**

Shipping weight in the standard-size tiers under 1 lb is calculated by rounding up to the nearest 0.5 lb. For the remaining size tiers, the shipping weight is calculated by rounding up to the nearest whole pound.

Was this article helpful?  ○ Yes  ○ No

### Related articles

FBA disposal order fees

FBA fulfillment fee

Refund administration fee

Per-item selling fees

Special handling fee

Rental book service fee

Closing fees

Lithium batteries fee

Monthly subscription fee

Returns processing fee

Long-term storage fees

High-volume listing fee

**FBA removal order fees**

Referral fees

Monthly inventory storage fees

List of key fee terms

List of useful fee tools

### Need more help?

Visit Seller Forums

Get Support

FEEDBACK





# amazon seller central

Catalog  Inventory  Orders  Stores  Growth  Reports  Performance  Apps & Services

shiaolon | United States    English    Search    Messages | Help | Settings

Help / Policies, agreements, and guidelines / Program Policies / Selling on Amazon fees guide / FBA removal order fees

## FBA removal order fees

Removal fees are charged per-item removed. Typically, removal orders are fulfilled in 14 business days. However, removal order processing may take 30 business days or more during the holiday season and peak removal periods.

For more information, see Remove inventory (overview).

**Program specifics:** The details, calculations, or rates for this fee vary if enrolled in the following programs. Visit the program-specific Help page for more information.

FBA New Selection program

### Fee details

| Frequency of charge | One time |
|---|---|
| Time of charge | When removal order is complete |
| Fee structure | Per unit removed. Rate based on unit shipping weight. |

### Values used to calculate fee

| Product size tier | Product size tiers are measurement categories based on the unit weight, product dimensions, and dimensional weight of a packaged item. Learn how to determine your product-size tier, or use the Monthly Storage Fees report to see the size tier information for products you have previously stored in FBA. |
|---|---|

**Suggested article:** See the following article for more details on how monthly inventory storage is calculated.

FBA fulfillment fees

### Rate cards

Use the size tier of your product to determine which rate card applies. If your product requires special handling*, then use the **Oversize and special handling items** rate card.

| Size tier | Shipping weight | Removal fee per unit |
|---|---|---|
| Standard size | 0 to 0.5 lb | $0.32 |
| | 0.5+ to 1.0 lb | $0.35 |
| | 1.0+ to 2.0 lb | $0.48 |
| | More than 2 lb | $0.67 + $0.35/lb above 2 lb |
| Oversize and special handling items* | 0 to 1.0 lb | $0.60 |
| | 1.0+ to 2.0 lb | $0.72 |
| | 2.0+ to 4.0 lb | $1.26 |
| | 4.0+ to 10.0 lb | $2.32 |
| | More than 10.0 lb | $3.50 + $0.35/lb above 10 lb |

*Special handling items may include apparel, shoes, watches, jewelry, and dangerous goods.

### Fee examples

| Product | Shipping weight | Size tier | Removal fee |
|---|---|---|---|
| Book | 0.5 lb | Standard size | $0.32 per unit |
| Shoes | 1 lb | Standard size (special handling) | $0.60 per unit |
| Dumbbells | 22 lb | Oversize | $7.70 per unit |

### Tools

| Estimating fees | Go to Manage FBA Inventory and use the Create removal order option to preview your removal fees. Note that you must provide a ship to address. |
|---|---|
| Reporting fees | Removal order detail report<br><br>Payments - Transaction View |

### Frequently asked questions

**How is shipping weight calculated for standard-size items under 1 lb?**

Shipping weight in the standard-size tiers under 1 lb is calculated by rounding up to the nearest 0.5 lb. For the remaining size tiers, the shipping weight is calculated by rounding up to the nearest whole pound.

Was this article helpful?   ○ Yes  ○ No

**Related articles**

- FBA disposal order fees
- FBA fulfillment fee
- Refund administration fee
- Per-item selling fees
- Special handling fee
- Rental book service fee
- Closing fees
- Lithium batteries fee
- Monthly subscription fee
- Returns processing fee
- Long-term storage fees
- High-volume listing fee
- **FBA removal order fees**
- Referral fees
- Monthly inventory storage fees
- List of key fee terms
- List of useful fee tools

**Need more help?** 

Visit Seller Forums

Get Support

Document title: Amazon
Capture URL: https://sellercentral.amazon.com/gp/help/help.html?itemID=G9W7FVTLY343ZBKN&amp;
Capture timestamp (UTC): Thu, 08 Jul 2021 17:06:54 GMT
Page 2 of 2