IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HANGZHOU CHIC INTELLIGENT TECHNOLOGY CO. and UNICORN GLOBAL, INC., | ) ) ) ) |
| Plaintiffs, | ) ) Case No. 20-cv-4806 |
| v. | ) ) Judge Thomas M. Durkin ) Magistrate Judge Jeffrey Cole |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A, | ) ) ) ) |
| Defendants. | ) ) |

**PLAINTIFF'S MOTION TO DISMISS AND STRIKE
RESPONSIVE PLEADINGS OF DEFENDANT GYROOR**

Plaintiffs Hangzhou Chic Intelligent Technology Co. and Unicorn Global, Inc. ("Plaintiffs"), by their undersigned counsel, move to dismiss counterclaims under Rules 8 and 12(b)(6), strike affirmative defenses under Rule 12(f), and strike the Answer of Defendant Gyroor-US under Local Rule 10.1. The bases for this motion are more fully set forth in the accompanying Memorandum In Support.

**WHEREFORE**, Plaintiffs move that the Court grant its motion to dismiss and strike Defendant Gyroor-US's responsive pleadings, with prejudice.

Date:  July 14, 2021

Respectfully Submitted,

LOEB & LOEB LLP

By:   /s/ *Marwa Abdelaziz*
Adam Kelly
Doug Masters
Arthur Yuan
Neil Nandi
321 North Clark Street, Suite 2300
Chicago, Illinois  60654

Tel.: (312) 464-3100
Fax: (312) 464-3111
Email: akelly@loeb.com
Email: dmasters@loeb.com
Email: ayuan@loeb.com
Email: nnandi@loeb.com

Marwa Abdelaziz (admitted *pro hac vice*)
345 Park Avenue
New York, New York 10154
Tel.: (212) 407-4000
Fax: (212) 407-4990
Email: mabdelaziz@loeb.com

*Attorneys for Plaintiffs*