UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ABC Corporation I et al, <br><br> *Plaintiff,* <br><br> v. <br><br> THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", <br><br> *Defendants.* | **CASE NO.** 1:20-cv-04806 <br><br> **Judge:** Honorable Thomas M. Durkin |

**DEFENDANT GYROOR-US' LOCAL RULE 56.1(a)(2)**
**STATEMENT OF MATERIAL FACTS**

| | |
|---|---|
| 1 | *Fact*: Chic has been issued with several U.S. design patents relating to hoverboard products, including but not limited to, U.S. Design Patent Nos. D737,723 ("the 'D723 patent"), D738,256 ("the 'D256 patent"), D785,112 ("the 'D112 patent"), D784,195 ("the 'D195 patent") (collectively, "Patents-in-Suit"). |
| | *Citation*: Dkt. No. 101-13, pp. 2-34. Attached hereto as Exhibit 1. |
| 2 | *Fact*: Defendant sold product ASIN No. B08HW9TTBG through Amazon.com |
| | *Citation*: Dkt. No. 107-7, pp. 11-24. Attached hereto as Exhibit 2. |
| 3 | *Fact*: Defendant is authorized to use U.S. Design Patent D808,857. |
| | *Citation*: Dkt. No. 334-3, p.2, ¶5. Attached hereto as Exhibit 3. |

Date: 07/22/2021

/s/ Tianyu Ju
Tianyu Ju, Esq.
GLACIER LAW PLLC
200 E. Randolph Dr., Ste. 5100
Chicago, IL 60601
*Attorney for Defendant*

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this July 22, 2021, I electronically filed the foregoing file with the Clerk of Court using the CM/ECF system, and service was perfected on all counsel of record and interested parties through this system, which will deliver a true and correct copy of the foregoing documents via CM/ECF.

Date: 07/22/2021                                        /s/ Tianyu Ju