# Exhibit 2




amazon Sports & O... Hello, Sign in Account & Lists Returns & Orders Try Prime 0 Cart

Hello Select your address Best Sellers Customer Service Today's Deals New Releases Find a Gift Low prices on school supplies

Sports & Outdoors Sports & Fitness Outdoor Recreation Sports Fan Shop Sports Deals Outdoor Deals

Fall Outdoors Event Learn more ›

Sports & Outdoors › Outdoor Recreation › Skates, Skateboards & Scooters › Scooters & Equipment › Scooters › Self Balancing Scooters

VIDEO

Roll over image to zoom in

# Gyroor T581 Hoverboard 6.5" Off Road All Terrain Hoverboards with Bluetooth Speaker&LED Lights Two-Wheel Self Balancing Hoverboard with Kart Seat Attachment UL2272 Certified for Kids & Adults(Blue)

by Gyroor

244 ratings | 90 answered questions

Price: $279.00 & **FREE Shipping**. Details & FREE Returns

Get $10 off instantly: Pay ~~$279.00~~ $269.00 upon approval for the Amazon Store Card. No annual fee.

Color: **blue with Kart-T581**

- 6.5" ALL TERRAIN HOVERBOARD: Powered by 600 watt motors,this self balancing hoverboard use off road tire which has strong adaptablity of all terrains,can master all pavements.You'll feel safe no matter what sort of road you're in.
- HOVER BOARDS WITH APP - This self balancing scooter comes with an efficient app that helps you stay in control, giving you the ability to change modes, check batteries,see the real speed,changing led light colors and adjust speed with ease.
- MATCH WITH COMFORTABLE HOVERBOARD KART SEAT: Safe and comfortable driving with great fun



SO EASY
Forward: Push both handles down.
Backwards: Lift up both handles.
Turn right: Put down the left handle. Do not move your right handle.
Turn left: Put down the right handle. Do not move your left handle.
VIDEO

Roll over image to zoom in

self balancing scooter comes with an efficient app that helps you stay in control, giving you the ability to change modes, check batteries,see the real speed,changing led light colors and adjust speed with ease.

- MATCH WITH COMFORTABLE HOVERBOARD KART SEAT: Safe and comfortable driving with great fun factor. Seat expansion makes the self balance scooter very mobile and fast. Adjustable length from 72cm to 85cm, a hoverkart very suitable for children and adults.
- BLUETOOTH SPEAKER&LED LIGHTS: Built-in high ended speaker,outstanding sound quality,connecting with your smart phone easily with much fun. Colorful LED lights switch freely to present you an amazing lighting when riding.
- SAFEST SELF BALANCING SCOOTER: With UL2272 tested and certified self balancing board & UL2271 battery certified,100% riding testing,all GYROOR hover boards are designed and built to meet the top levels of safety testing,passed CE,RoHS and FCC certifications.

LERUJIFL Kids Adjustable Helmet, Suitable for Toddler Kids Age 3-8...

Sponsored

EPIKGO

Go anywhere - Upgrade to the EPIKGO Sport to...

EPIKGO Sport Balance Board Self Balance Scooter Hover Balancing...

81

$499.99 prime

Sponsored

## Frequently bought together

Hoverboard + Go Kart

Total price: $397.99

Add all three to Cart

Add all three to List

One of these items ships sooner than the other. Show details

- **This item:** Gyroor T581 Hoverboard 6.5" Off Road All Terrain Hoverboards with Bluetooth Speaker&LED Lights Two... $279.00
- Hiboy HC-02 Hoverboard Go Kart with Rear Suspension Seat Attachment Accessory for 6.5" 8" 10" Hover... $109.00
- Hiboy Hoverboard Kart Accessories Adjustable Straps $9.99

Inspired by your recent shopping trends

Page 1 of 17

Document title: Amazon.com : Gyroor T581 Hoverboard 6.5" Off Road All Terrain Hoverboards with Bluetooth Speaker&LED Lights Two-Wheel Self Balancing…
Capture URL: https://www.amazon.com/Gyroor-Hoverboard-Hoverboards-Bluetooth-Attachment/dp/B07PHFP8GB/ref=zg_bs_13130176011_60?…
Capture timestamp (UTC): Wed, 05 Aug 2020 19:24:29 GMT
Page 2 of 14

i One of these items ships sooner than the other. Show details

- ☑ **This item:** Gyroor T581 Hoverboard 6.5" Off Road All Terrain Hoverboards with Bluetooth Speaker&LED Lights Two… $279.00
- ☑ Hiboy HC-02 Hoverboard Go Kart with Rear Suspension Seat Attachment Accessory for 6.5" 8" 10" Hover… $109.00
- ☑ Hiboy Hoverboard Kart Accessories Adjustable Straps $9.99

## Inspired by your recent shopping trends

Page 1 of 13

EPIKGO Sport Balance Board Self Balance Scooter Hover Balancing Board -UL2272… 81 $499.99 prime

EPIKGO Self Balancing Scooter Hover Self-Balance Board - UL2272 Certified, All-Terrain… 2 $796.19 prime

EPIKGO Self Balancing Scooter Hover Self-Balance Board - UL2272 Certified, All-Terrain… 8 $799.99 prime

SISIGAD Hoverboard, Self Balancing Hoverboard, 6.5" Two-Wheel Self Balancing… 186 $124.99

SISIGAD 6.5" Two-Wheel Self Balancing Hoverboard - Classic Series (No Bluetooth) 1 $124.99

## Sponsored products related to this item

Page 1 of 16

JOLEGE Hoverboard, 6.5" Two-Wheel Self Balancing Hoverboards - LED Light Wheel Scoo… 793 $134.99

Hover-1 Titan Electric Self-Balancing Hoverboard Scooter with 10" Tires, Gun Metal 363 $249.99 prime

Hishine Hover Kart Hoverboard Seat Attachment for Self Balancing Scooter… 82 $62.79

Gyroshoes Hoverboard - Warrior 8.5 inch Off Road All Terrain Hoverboard with… 79 $299.00 prime

Swagtron Swagboard Pro T1 UL 2272 Certified Hoverboard Electric Self-Balancing Scoo… 240 $246.80 prime

Ad feedback

## Special offers and product promotions

Color: **blue with Kart-T581**

- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. **Register a free business account**
- **Your cost could be $229.00 instead of $279.00**! Get a **$50 Amazon Gift Card** instantly upon approval for the **Amazon Rewards Visa Card** Apply now

## Have a question?

Find answers in product info, Q&As, reviews

Type your question or keyword

## Have a question?

Find answers in product info, Q&As, reviews

Type your question or keyword

## Product Description

GYROOR®

GYROOR T581 Hoverboard With Kart.

GYROOR Have Fun !

Gyroor T581 Hoverboard 6.5" Off Road All Terrain Hoverboards with Bluetooth Speaker&LED Lights Two-Wheel Self Balancing Hoverboard with Kart Seat Attachment.Not only bring you a unique driving experience, but also offer riders far more control and less injury risk than riding a hoverboard, which is much safer for kids.

Adjustable leg pedals lengths can suit rider from kid to adult. Lightly built but robust, they are agile and fast, Accelerate, brake and turn with full confidence.

Hoverboard
& Go Kart

### EASY TO OPERATION

No professional skills required, control the turn, forward, backward, brake by the left and right hand. Quick Learning in 5 Mins.

Document title: Amazon.com : Gyroor T581 Hoverboard 6.5" Off Road All Terrain Hoverboards with Bluetooth Speaker&LED Lights Two-Wheel Self Balancing…
Capture URL: https://www.amazon.com/Gyroor-Hoverboard-Hoverboards-Bluetooth-Attachment/dp/B07PHFP8GB/ref=zg_bs_13130176011_60?…
Capture timestamp (UTC): Wed, 05 Aug 2020 19:24:29 GMT
Page 4 of 14



**EASY TO OPERATION**

No professional skills required, control the turn, forward, backward, brake by the left and right hand. Quick Learning in 5 Mins.

**SAFE HOVERBOARD SEAT**

Do not worry kids falling from hover board, sitting and riding will be safer.

Powerful Motor

Powered by 300 watts powerful dual motors with solid shock absorber tires you can easily ride faster with more stability.

Bluetooth Speakers

Built-in Bluetooth speaker makes it easy to connect to a smartphone, allowing you to enjoy the music while riding and play your favorite tunes.

UL2272 Certified

The UL certified hoverboard meets UL2272 standards for quality charging and electrical performance.



Powered by 300 watts powerful dual motors with solid shock absorber tires you can easily ride faster with more stability.

Built-in Bluetooth speaker makes it easy to connect to a smartphone, allowing you to enjoy the music while riding and play your favorite tunes.

The UL certified hoverboard meets UL2272 standards for safety charging and electrical performance.

## Product details

Color: **blue with Kart-T581**

- **Shipping Weight:** 38.1 pounds (View shipping rates and policies)
- **ASIN:** B07PHFP8GB
- **Batteries** 1 Lithium ion batteries required. (included)
- **Customer Reviews:** 244 customer ratings
- **Amazon Best Sellers Rank:** #70,713 in Sports & Outdoors (See Top 100 in Sports & Outdoors)
  #69 in Self Balancing Scooters

Would you like to **tell us about a lower price?**

## Videos

Page 1 of 4

### Videos for this product






## Videos

### Videos for this product

The 5 Best Off-Road Hoverboards

BestReviews

Gyroor T581 Hoverboard 6.5" Off Road All Terrain Hoverboards wit...

Aaron Bowman

Gyroor T581 Hoverboard 6.5" Off Road All Terrain Hoverboards wit...

slo-lane

GYROOR T58 kart

Gyroor

Upload your video

## Sponsored products related to this item

Page 1 of 14

Swagtron Swagboard Twist Lithium-Free UL2272 Certified Hoverboard with...
2
$109.00

Swagtron Swagboard Pro T1 UL 2272 Certified Hoverboard Electric Self-Balancing Scoo...
240
$246.80 prime

Hover-1 Helix Electric Hoverboard Scooter, Camo
96
$179.99 prime

Hover-1 Aviator Electric Folding Scooter
61
$249.99 prime

Segway Ninebot ES4 Electric Kick Scooter with External Battery, Lightweight and Fol...
336
$769.99 prime

Ad feedback

amazon essentials

Colorful, lightweight comfort for him from $25

Shop now

Sponsored

## Customer questions & answers

Have a question? Search for answers

Sponsored

## Customer questions & answers

🔍 Have a question? Search for answers

▲
1 vote
▼
**Question:** There was no paperwork at all in our box. We were able to get it together and run it but we don't know how to get the music hooked up nor know about c

**Answer:** Download gyroor app. I'm pretty sure you have to have that. Also, I vaguely remember maybe holding down the power button when syncing to your phone or tablet or whatever you're playing music on. Then go into your Bluetooth settings and sync to the gyroor.
By Aubree Gabriel on January 5, 2020

∨ See more answers (2)

▲
1 vote
▼
**Question:** Is it made in the usa and shipped from the usa?

**Answer:** Gyroor is a usa brand and ship from usa by FBA.Thanks.
By Gyroor SELLER on June 9, 2019

▲
0 votes
▼
**Question:** how fast is it in mph?

**Answer:** Dear Jack,
Maximum speed: 10 mph.Thanks.
Best regards, ... see more
By Gyroor SELLER on June 14, 2019

▲
0 votes
▼
**Question:** Can this hoverboard ride on the beach?

**Answer:** tis a hard question tae answer becos fir me this duncan scottih single dad of 2 wee lads hiv taken me wee lads tae virginia beach wi their gyroor hovers an they di ok there but not so guid at myrtle beach me woul hiv tae say the thickness an kinda sand makes a ig difference jis like kinds of snow does fir our cars . al... see more
By Sir Lord Randall Paul Haffle... on October 19, 2019

∨ See more answers (1)

See more answered questions (86)

## Customer reviews

★★★★☆ 4.3 out of 5
244 customer ratings

| | | |
|---|---|---|
| 5 star | ▇▇▇▇▇▇▇▇ | 75% |
| 4 star | ▇ | 7% |
| 3 star | ▏ | 5% |
| 2 star | ▏ | 4% |
| 1 star | ▇ | 10% |

∨ How does Amazon calculate star ratings?

### By feature

## Customer images

   

See all customer images

### Read reviews that mention



hoverboard | battery life | highly recommend | put together

stopped working | absolutely loves | easy to learn | son loves

4 star 7%
3 star 5%
2 star 4%
1 star 10%

How does Amazon calculate star ratings?

## By feature

| | |
|---|---|
| Giftable | 4.7 |
| Easy to learn | 4.6 |
| Stability | 4.3 |

See more

## Review this product

Share your thoughts with other customers

Write a customer review

amazon essentials

Colorful, lightweight comfort for him from $25

Shop now

Sponsored

See all customer images

## Read reviews that mention

hoverboard | battery life | highly recommend | put together | stopped working | absolutely loves | easy to learn | son loves | great customer service | easy to use | much fun | birthday gift

Top Reviews

slo-lane

**Will make any kid very happy!! Everyone will want to ride the scooter!**

Reviewed in the United States on August 10, 2019

Color: blue with Kart-T581 | Verified Purchase

Son and father loveeeee this hover board and scooter. After 30 seconds of understanding how the scooter controls work, my son was hooked. His father made him get off it so he can try it. Lol. They spent the entire weekend riding it. They rode through grass, a neighbors flower bed, and a little in the street. We can confirm the all-terrain. ;)

The scooter sits very very low to ground - we live outside the city and don't have a lot of sidewalks so I only allow my son to use it our driveway or through the yard.

The speaker is loud and clear - if I see my son riding, sometimes I pair it to my phone and put on some old school jams - drives my son crazy, lol.

33 people found this helpful

Helpful | Comment | Report abuse

gbwilliams

**Very nice hoover bosrd**

Reviewed in the United States on October 16, 2019

Verified Purchase

Can't address battery life because we have not had it long. There is a definite learning curve to riding but after mom reading directions several times and a few concentrated riding sessions my granddaughter did get comfortable on it. She does love the look of it with the lights etc.

26 people found this helpful

Helpful | Comment | Report abuse

lesley

**Great hover board!!!!!!**

Reviewed in the United States on June 25, 2019

Verified Purchase | Early Reviewer Rewards (What's this?)

Bought this as a gift. Daughter loves it! It is a very nice board and has a good bluetooth speaker. She rides in the grass and on the street, as both surfaces allow great movement and speed. The lights in the wheels are really cool, too! Very happy with this product. User is 10 years old, first hover board purchase, easy to use! Customer Service is A++++++

27 people found this helpful


**Great hover board!!!!!!**
Reviewed in the United States on June 29, 2019
Verified Purchase | Early Reviewer Rewards (What's this?)

Bought this as a gift. Daughter loves it! It is a very nice board and has a good bluetooth speaker. She rides in the grass and on the street, as both surfaces allow great movement and speed. The lights in the wheels are really cool, too! Very happy with this product. User is 10 years old, first hover board purchase, easy to use! Customer Service is A++++++

27 people found this helpful

Helpful | Comment | Report abuse

Tabitha

**PERFECT 10th Birthday Present! :)**
Reviewed in the United States on September 19, 2019
Verified Purchase

Our daughter LOVED receiving this for her 10th birthday! She had been begging for a hoverboard and we researched tons of boards and are so glad we bought this one! The lights and the music are really cool! She had no trouble using this either. Although she has used friends before so she did have some experience. She has ridden it inside on our hardwood floors, outside on our paved driveway and even in the grass and it has worked great everywhere! Did I mention the lights and music are really cool? :)

26 people found this helpful

Helpful | Comment | Report abuse

cab

**Great hoverboard**
Reviewed in the United States on August 1, 2019
Verified Purchase | Early Reviewer Rewards (What's this?)

I purchased this hoverboard for my 10 year old granddaughter because all of the girls her age in the neighborhood have one. She is thrilled with it and rides it constantly when she is visiting me. It only took her about 45 minutes to learn to ride it well. It seems very stable and she absolutely loves the colorful lights and bluetooth. The battery lasts a reasonable length of timealso. She took it to her friend's house the other day and the mother messaged me wanting to know which one it is. Of course I sent her the link!

24 people found this helpful

Helpful | Comment | Report abuse

Holly

**Great Hoovboard!!**
Reviewed in the United States on May 29, 2019
Verified Purchase | Early Reviewer Rewards (What's this?)

I got this for my 14 year old daughter she absolutely loves it!! I like how I can control the settings threw a app to help her learn how to use it! Seems like the battery is also lasting a while!

28 people found this helpful

Helpful | Comment | Report abuse

Steven

settings threw a app to help her learn how to use it! Seems like the battery is also lasting a while!

28 people found this helpful

Helpful | Comment | Report abuse

Steven

**Very professional group to work with, thank you GYROOR**

Reviewed in the United States on August 11, 2019

Verified Purchase

This is a great product, any young adult will have endless hours of enjoyment! Perfect hover board for my 11 year old boys, very well put together. Durable & nice speakers also. The lights are cool too.

27 people found this helpful

Helpful | Comment | Report abuse

Jessica Gottschalk

**Good product**

Reviewed in the United States on September 9, 2019

Verified Purchase

Good on all terrains. Very neat looking esp. at night. Syncs easily with apple devices. Holding up well so far and have had since mid August. Kids love it. Good quality and worth price.

25 people found this helpful

Helpful | Comment | Report abuse

See all reviews from the United States ›

## Customers who bought this item also bought

Page 1 of 6

Hiboy Hoverboard Kart Accessories Adjustable Straps
73
$9.99

yabbay Strap and Strap Protector for Hover go Kart
182
$12.80

Hiboy HC-02 Hoverboard Go Kart with Rear Suspension Seat Attachment Accessory...
230
$109.00 prime

Hiboy HC-01 Hoverboard Kart Seat Attachment Accessory for 6.5" 8" 10" Two Wheel Self...
333
$78.00 prime

Hover-1 Buggy Attachment for Transforming Hoverboard Scooter...
1,198
$76.99 - $112.98

Men's 4+ star shoes
Discover our bestselling footwear styles for him
SHOP NOW
fashion

Sponsored

Document title: Amazon.com : Gyroor T581 Hoverboard 6.5" Off Road All Terrain Hoverboards with Bluetooth Speaker&LED Lights Two-Wheel Self Balancing…
Capture URL: https://www.amazon.com/Gyroor-Hoverboard-Hoverboards-Bluetooth-Attachment/dp/B07PHFP8GB/ref=zg_bs_13130176011_60?…
Capture timestamp (UTC): Wed, 05 Aug 2020 19:24:29 GMT
Page 11 of 14





   



    



  

$9.99 $12.80 230 $109.00 333 $78.00 1,198 $96.99 - $112.98

Men's 4+ star shoes
Discover our bestselling footwear styles for him
SHOP NOW

fashion
Sponsored

**Pages with related products.** See and discover other items: Explore hover carts for hoverboards, Explore hoverboards for kids, Explore go karts for hoverboards, Explore seats for hoverboards, Explore carrying cases for hoverboards

## Inspired by your browsing history

Page 1 of 12

Hiboy HC-02 Hoverboard Go Kart with Rear Suspension Seat Attachment Accessory...
230
$109.00 prime

FLYING-ANT Hoverboard, 6.5 Inch Self Balancing Hoverboards, Hover...
20
$124.99

New
OFF ROAD
Gyroor T581 Hoverboard 6.5" Off Road All Terrain Hoverboard with Bluetooth Speaker and...
260
$229.00 prime

Waterproof Backpack to Carry and Store Your Drifting Board (Two Wheels Smart Balance...
880
$18.99

## Deals in magazine subscriptions

Page 1 of 12

Better Homes & Gardens
KEEP Cool
Better Homes & Gardens
3,389
Print Magazine
$5.00

People
EN ESPAÑOL
PAMELA YLORD
People en Espanol
218
Print Magazine
$5.00

REAL SIMPLE
Relax & Refresh
Real Simple
4,132
Print Magazine
$5.00

stereophile

BOULDER 2108
PHONO GRACE
Stereophile
81
Print Magazine
$5.00

**Your Browsing History** View or edit your browsing history ›

See personalized recommendations

Sign in

New customer? Start here.

Document title: Amazon.com : Gyroor T581 Hoverboard 6.5" Off Road All Terrain Hoverboards with Bluetooth Speaker&LED Lights Two-Wheel Self Balancing…
Capture URL: https://www.amazon.com/Gyroor-Hoverboard-Hoverboards-Bluetooth-Attachment/dp/B07PHFP8GB/ref=zg_bs_13130176011_60?…
Capture timestamp (UTC): Wed, 05 Aug 2020 19:24:29 GMT
Page 12 of 14

Back to top

**Get to Know Us**
Careers
Blog
About Amazon
Press Center
Investor Relations
Amazon Devices
Amazon Tours

**Make Money with Us**
Sell on Amazon
Sell Under Amazon Accelerator
Sell on Amazon Handmade
Sell on Amazon Business
Sell Your Apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Make Money with Us

**Amazon Payment Products**
Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon Business Card
Amazon.com Corporate Credit Line
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

**Let Us Help You**
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help

amazon English United States

Amazon Music Stream millions of songs
Amazon Advertising Find, attract, and engage customers
Amazon Drive Cloud storage from Amazon
6pm Score deals on fashion brands
AbeBooks Books, art & collectibles
ACX Audiobook Publishing Made Easy
Alexa Actionable Analytics for the Web
Sell on Amazon Start a Selling Account
Amazon Business Everything For Your Business
Amazon Fresh Groceries & More Right To Your Door
AmazonGlobal Ship Orders Internationally
Home Services Experienced Pros Happiness Guarantee
Amazon Ignite Sell your original Digital Educational Resources
Amazon Rapids Fun stories for kids on the go
Amazon Web Services Scalable Cloud Computing Services
Audible Listen to Books & Original Audio Performances
Book Depository Books With Free Delivery Worldwide
Box Office Mojo Find Movie Box Office Data
ComiXology Thousands of Digital Comics
CreateSpace Indie Print Publishing Made Easy
DPReview Digital Photography
East Dane Designer Men's Fashion
Fabric Sewing, Quilting & Knitting
Goodreads Book reviews & recommendations
IMDb Movies, TV & Celebrities
IMDbPro Get Info Entertainment Professionals Need
Kindle Direct Publishing Indie Digital Publishing Made Easy
Prime Now FREE 2-hour Delivery on Everyday Items
Amazon Photos Unlimited Photo Storage Free With Prime
Prime Video Direct Video Distribution Made Easy
Shopbop Designer Fashion Brands
Amazon Warehouse Great Deals on Quality Used Products
Whole Foods Market America's Healthiest Grocery Store
Woot! Deals and Shenanigans
Zappos Shoes & Clothing
Ring Smart Home Security Systems
eero WiFi Stream 4K Video in Every Room
Neighbors App Real-Time Crime & Safety Alerts
Amazon Subscription Boxes Top subscription boxes – right to your door
PillPack Pharmacy Simplified
Amazon Renewed Like-new products
Amazon Second Chance Pass it on, trade it

Back to top

**Get to Know Us**

- Careers
- Blog
- About Amazon
- Press Center
- Investor Relations
- Amazon Devices
- Amazon Tours

**Make Money with Us**

- Sell on Amazon
- Sell Under Amazon Accelerator
- Sell on Amazon Handmade
- Sell on Amazon Business
- Sell Your Apps on Amazon
- Become an Affiliate
- Advertise Your Products
- Self-Publish with Us
- Host an Amazon Hub
- › See More Make Money with Us

**Amazon Payment Products**

- Amazon Rewards Visa Signature Cards
- Amazon.com Store Card
- Amazon Business Card
- Amazon.com Corporate Credit Line
- Shop with Points
- Credit Card Marketplace
- Reload Your Balance
- Amazon Currency Converter

**Let Us Help You**

- Amazon and COVID-19
- Your Account
- Your Orders
- Shipping Rates & Policies
- Amazon Prime
- Returns & Replacements
- Manage Your Content and Devices
- Amazon Assistant
- Help

**Amazon Music** Stream millions of songs
**Amazon Advertising** Find, attract, and engage customers
**Amazon Drive** Cloud storage from Amazon
**6pm** Score deals on fashion brands
**AbeBooks** Books, art & collectibles
**ACX** Audiobook Publishing Made Easy
**Alexa** Actionable Analytics for the Web

**Sell on Amazon** Start a Selling Account
**Amazon Business** Everything For Your Business
**Amazon Fresh** Groceries & More Right To Your Door
**AmazonGlobal** Ship Orders Internationally
**Home Services** Experienced Pros Happiness Guarantee
**Amazon Ignite** Sell your original Digital Educational Resources
**Amazon Rapids** Fun stories for kids on the go

**Amazon Web Services** Scalable Cloud Computing Services
**Audible** Listen to Books & Original Audio Performances
**Book Depository** Books With Free Delivery Worldwide
**Box Office Mojo** Find Movie Box Office Data
**ComiXology** Thousands of Digital Comics
**CreateSpace** Indie Print Publishing Made Easy
**DPReview** Digital Photography

**East Dane** Designer Men's Fashion
**Fabric** Sewing, Quilting & Knitting
**Goodreads** Book reviews & recommendations
**IMDb** Movies, TV & Celebrities
**IMDbPro** Get Info Entertainment Professionals Need
**Kindle Direct Publishing** Indie Digital Publishing Made Easy
**Prime Now** FREE 2-hour Delivery on Everyday Items

**Amazon Photos** Unlimited Photo Storage Free With Prime
**Prime Video Direct** Video Distribution Made Easy
**Shopbop** Designer Fashion Brands
**Amazon Warehouse** Great Deals on Quality Used Products
**Whole Foods Market** America's Healthiest Grocery Store
**Woot!** Deals and Shenanigans
**Zappos** Shoes & Clothing

**Ring** Smart Home Security Systems
**eero WiFi** Stream 4K Video in Every Room
**Neighbors App** Real-Time Crime & Safety Alerts
**Amazon Subscription Boxes** Top subscription boxes – right to your door
**PillPack** Pharmacy Simplified
**Amazon Renewed** Like-new products you can trust
**Amazon Second Chance** Pass it on, trade it in, give it a second life

Conditions of Use Privacy Notice Interest-Based Ads © 1996-2020, Amazon.com, Inc. or its affiliates