UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ABC Corporation I et al, <br><br> *Plaintiff*, <br><br> v. <br><br> THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", <br><br> *Defendants*. | **CASE NO.** 1:20-cv-04806 <br><br> **Judge:** Honorable Thomas M. Durkin |

**DEFENDANT GYROOR-US' EMERGENCY MOTION
TO DISSOLVE THE PRELIMINARY INJUNCTIONS**

Defendant Gyroor-US hereby moves this Honorable Court to dissolve the Preliminary Injunctions [Dkt. No. 113] and the Modified Preliminary Injunction [Dkt. No. 147] against it. In support of its Motion, Defendant herewith submits a Memorandum of Law with Exhibits.

Date: 08/09/2021

Respectfully,

/s/ Tianyu Ju

Tianyu Ju, Esq.
GLACIER LAW PLLC
200 E. Randolph Dr., Ste. 5100
Chicago, IL 60601
***Attorney for Defendants***

1

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this August 9, 2021, I electronically filed the foregoing file with the Clerk of Court using the CM/ECF system, and service was perfected on all counsel of record and interested parties through this system, which will deliver a true and correct copy of the foregoing documents via CM/ECF.

Date: 08/09/2021 /s/ Tianyu Ju
Tianyu Ju, Esq.