# Exhibit 3

发件人: Christopher Binns <cbinns@loeb.com>
发送时间: 2020年12月29日 10:13
收件人: ctd2020@outlook.com <ctd2020@outlook.com>
主题: Hangzhou Chic et al v. P'ships (GYROOR US), 20-cv-4806

To Whom It May Concern:

We represent the Plaintiffs in the above-referenced action. Per the attached Preliminary Injunction Order, please find attached the Third Amended Complaint, the Preliminary Injunction Order, and Plaintiffs' expedited discovery requests.

If you have any questions, please do not hesitate to contact me.

Sincerely,

Christopher Binns

**Christopher Binns**
*Attorney At Law*



345 Park Avenue | New York, NY 10154

Direct Dial: 212.407.4213 | Fax: 646.349.1805 | E-mail: cbinns@loeb.com

Los Angeles | New York | Chicago | Nashville | Washington, DC | San Francisco | Beijing | Hong Kong | www.loeb.com

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify the sender. Please destroy the original transmission and its attachments without reading or saving in any manner. Thank you, Loeb & Loeb LLP.