**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| ABC Corporation I et al, *Plaintiff,* v. THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", *Defendants.* | **CASE NO.** 1:20-cv-04806 **Judge:** Honorable Thomas M. Durkin |

## NOTICE OF MOTION

**Please Take Notice** that on Monday, August 9, 2021 at 12:00 PM, Defendant, Gyroory-US, by its counsel, shall appear by remote means, before the Honorable Thomas M. Durkin, for the U.S. District Court for the Northern District of Illinois, and present Defendant's Emergency Motion to Dissolve the Preliminary Injunctions.

Date: 08/09/2021

/s/ Tianyu Ju
Tianyu Ju, Esq.
GLACIER LAW PLLC
200 E. Randolph Dr., Ste. 5100
Chicago, IL 60601
***Attorney for Defendants***

1

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this August 9, 2021, I electronically filed the foregoing file with the Clerk of Court using the CM/ECF system, and service was perfected on all counsel of record and interested parties through this system, which will deliver a true and correct copy of the foregoing documents via CM/ECF.

Date: 08/09/2021  /s/ Tianyu Ju
Tianyu Ju, Esq.