# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

ABC Corporation I, et al.

                    Plaintiff,

v.

                    Case No.: 1:20−cv−04806

                    Honorable Thomas M. Durkin

The Partnership and Unincorporated Associations Identified on Schedule "A", et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 9, 2021:

      MINUTE entry before the Honorable Thomas M. Durkin: Defendants Urbanmax and Fengchi−US ("Defendants") have filed a motion for clarification of the preliminary injunction, or, in the alternative, to vacate the preliminary injunction [297]. Having reviewed the response [316] and reply [324], the Court rules as follows. Defendants contend that they received improper notice of the motion for preliminary injunction, and thus were not given an opportunity to present any evidence. Defendants do not present such evidence with their motion, instead focusing solely on the purported lack of notice. The facts relating to notice are contested. Accordingly, the injunction will remain in place, but plaintiffs shall file and serve a new preliminary injunction motion on Defendants through counsel. An expeditious briefing schedule on the renewed motion shall be agreed to by the parties and provided to Judge Durkin's courtroom deputy. If not agreed to, the different proposals shall be submitted to the courtroom deputy. There will then be ample opportunity for Defendants to contest whether they act in active concert and participation with the named defendants. Given the opportunities Plaintiffs have given Defendants to submit affidavits relating to this issue, and Defendants' failure to take advantage of these opportunities, it is expected that any opposition to the renewed motion for preliminary injunction will be supported by detailed affidavits. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our

web site at *www.ilnd.uscourts.gov*.