UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ABC Corporation I et al,<br><br>      *Plaintiff*,<br><br>  v.<br><br>THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>      *Defendants*. | **CASE NO.** 20-cv-04806<br><br>**Judge:** Honorable Thomas M. Durkin |

**AFFIDAVIT OF WANG YI QIANG**

## AFFIDAVIT OF WANG YI QIANG

I, WANG YI QIANG , declare as follows:

1. My name is WANG YI QIANG . I am the legal representative of Shenzhen jiangyou jinchukou youxiangongsi (Co. Ltd).

2. I am over eighteen (18) years of age. I make this Declaration based on my personal knowledge.

3. I have read this declaration fully and completely before signing it. I understand its contents.

4. I have uploaded the business's true and correct physical address Shenzhen jiangyou jinchukou youxiangongsi (Co. Ltd) to Amazon when I registered the account Jiangyou-US**.**

5. I live at Shenzhen ,Guangdong, China.

6. I have never traveled to the United States.

7. I have no offices, employees, or agents in Illinois.

8. I do not own, use, or possesses any real or personal property in Illinois.

9. I have never paid taxes in Illinois.

10. I have never filed a lawsuit in Illinois.

11. I have never held any bank accounts in Illinois.

12. I have never warehoused or stored inventory in Illinois.

13. I have never directed advertising or marketing towards Illinois.

14. I have never contracted with any internet service provider located in Illinois.

15. I have never purchased goods or services from any entities or individuals located in Illinois.

16. I have never sold any allegedly infringing product to anyone in Illinois.

I declare under penalties of perjury of the laws of the United States of America that the above is true and correct within my best knowledge.

Executed on: 08/13/2021     By: ___Wang Yi Qiang___