# Exhibit 1



US00D891297S

(12) **United States Design Patent**      (10) **Patent No.:**      **US D891,297 S**
     Zhou et al.                          (45) **Date of Patent:**  ∗∗  **Jul. 28, 2020**

(54) **HOVERBOARD**

(71) Applicant: **Shenzhen Chitado Technology CO., LTD.**, Shenzhen, Guangdong (CN)

(72) Inventors: **Fuqi Zhou**, Guangdong (CN); **Shiyuan Zheng**, Guangdong (CN); **Dianxuan Zhang**, Guangdong (CN); **Yang Zhang**, Guangdong (CN)

(73) Assignee: **Shenzhen Chitado Technology Co., Ltd.** (CN)

(∗∗) Term: **15 Years**

(21) Appl. No.: **29/682,549**

(22) Filed: **Mar. 6, 2019**

(51) **LOC (12) Cl.** .............................................. **12-14**

(52) **U.S. Cl.**
     USPC ........................................................ **D12/1**

(58) **Field of Classification Search**
     USPC .......... D12/1, 107; D21/419, 763, 421, 423, D21/426, 760, 765, 766, 769, 771, 776, D21/803
     CPC ..... A63C 17/01; A63C 17/12; A63C 2203/00; A63C 2203/01; A63C 2203/012; A63C 2203/013; A63C 2203/40; A63C 2203/52; A63C 17/0033; A63C 17/016; A63C 17/08; B62D 51/02; B62D 51/001; B62D 61/00; B62D 37/00; B62K 2202/00; B62K 2207/00; B62K 2207/02; B62K 2207/04; B62K 3/007; B62K 17/00; B62K 11/007; B60N 2/002; B60G 17/019

     See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| D785,736 S | ∗ | 5/2017 | Ying | ............................ | D21/760 |
| D808,857 S | ∗ | 1/2018 | Zhang | ............................ | D12/1 |
| D817,811 S | ∗ | 5/2018 | Wang | ............................ | D12/1 |
| D837,322 S | ∗ | 1/2019 | Desberg | ............................ | D21/760 |
| D850,326 S | ∗ | 6/2019 | Ying | ............................ | D12/1 |
| D857,137 S | ∗ | 8/2019 | Cao | ............................ | D21/760 |
| D871,965 S | ∗ | 1/2020 | Cao | ............................ | D12/1 |
| 2018/0127047 A1∗ | | 5/2018 | Lankford | ............................ | B62K 11/007 |
| 2019/0382065 A1∗ | | 12/2019 | Shang | ............................ | B62J 6/00 |

∗ cited by examiner

*Primary Examiner* — Ania Aman

(57)                    **CLAIM**

The ornamental design for a hoverboard, as shown and described.

**DESCRIPTION**

FIG. **1** is a front view of a hoverboard showing our new design;
FIG. **2** is a back view thereof;
FIG. **3** is a left side view thereof;
FIG. **4** is a right side view thereof;
FIG. **5** is a top view thereof;
FIG. **6** is a bottom view thereof;
FIG. **7** is a top perspective view thereof; and,
FIG. **8** is a bottom perspective view thereof.
The broken line shown in the drawings are for the purpose of illustrating portions of the article and form no part of the claimed design.

**1 Claim, 8 Drawing Sheets**





FIG. 1

Case: 1:20-cv-04806 Document #: 367 Filed: 08/14/21 Page 4 of 10 PageID #:8287



FIG. 2

Case: 1:20-cv-04806 Document #: 367 Filed: 08/14/21 Page 5 of 10 PageID #:8288



FIG. 3



FIG. 4

**U.S. Patent**     Jul. 28, 2020     Sheet 5 of 8     US D891,297 S



FIG. 5

Case: 1:20-cv-04806 Document #: 367 Filed: 08/14/21 Page 8 of 10 PageID #:8291



FIG. 6



FIG. 7



FIG. 8