# Exhibit 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ABC Corporation I et al,<br><br>   *Plaintiff*,<br><br> v.<br><br>THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>   *Defendants*. | **CASE NO.** 1:20-cv-04806<br><br>**Judge:** Honorable Thomas M. Durkin |

### **DECLARATION OF XIE RONGQING**

I, Xie Rongqing, declare as follows:

1. I am over eighteen (18) years of age. I make this affidavit based on my own knowledge.

2. I am the owner of the company Dongguan Saibotan Nengyuan Keji (Energy Tech) Co. Ltd. ("Dongguan Saibotan"). Dongguan Saibotan owns and operates the Amazon storefront Gyroor-US.

3. Gyroor-US has complied with the Court's Preliminary Injunction Orders.

4. Gyroor-US has ceased selling the accused product and did not assist anyone in selling the accused product.

5. Gyroor-US did not approve any tag-along merchants.

6. Tag-along sellers of Gyroor Brand products do not need approval.

7. Gyroor-US is not affiliated, in active concert of participation with the sellers identified by Plaintiffs.

8. Gyroor-US does not own or operate www.gyroorboard.com.

9. Gyroor-US did not transferred money after the account and assets have been frozen.

10. Amazon.com deducts cost for warehouse storage and product refund directly from the frozen assets.

11. Gyroor-US has not control over deductions by Amazon.com.

1

2

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: 8/17/2021　　　　　　　　　　　　By: _Xie Rong qing_

2