UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

ABC Corporation I, et al.

                        Plaintiff,

v.

The Partnership and Unincorporated Associations
Identified on Schedule "A", et al.

                        Defendant.

Case No.:
1:20−cv−04806

Honorable Thomas M. Durkin

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 24, 2021:

      MINUTE entry before the Honorable Thomas M. Durkin: Telephone hearing on Defendant Gyroor−US's Emergency Motion to Dissolve the Preliminary Injunctions and the Modified Preliminary Injunction [353] held on 8/24/2021. For the reasons stated on the record, the motion is denied. A telephone status hearing is set for 10/8/2021 at 9:00 a.m. To join the telephone conference, dial 877−402−9757, Access Code 4410831. Members of the public and media will be able to call in to listen to this hearing. Please be sure to keep your phone on mute when you are not speaking. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Defendant's oral motion to further increase the bond amount is denied. Plaintiff's oral motion to replace the document at dkt [317−1] is granted. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.