# EXHIBIT 1

amazon

Hello
Select your address

Hello, Sign in
Account & Lists

Returns
& Orders

0
Cart

All | Best Sellers | Customer Service | Prime | New Releases | Pharmacy | Books | Fashion | Toys & Games

Shop Back to School deals

Sports & Outdoors | Sports & Fitness | Outdoor Recreation | Sports Fan Shop | Sports Deals | Outdoor Deals



SISIGAD Hoverboard, with Bluetooth and Colorful Lights Self...

★★★★☆ 8,403

$144.99 ✓prime

Sports & Outdoors › Outdoor Recreation › Skates, Skateboards & Scooters › Scooters & Equipment › Scooters › Self Balancing Scooters

Sponsored ⓘ

# Gyroor Swift Hoverboard Self Balancing Hoverboard with Music Speaker LED Lights, 6.5 inch Two-Wheel Hoverboard with UL2272 Certificated

Visit the Gyroor Store

★★★★☆    627 ratings

| 54 answered questions

**Price:** **$219.00**

Get 3% back on this item with the Amazon Rewards Visa Card.

**Color: pink**

 $167.00     $219.00

| **Brand** | Gyroor |
| **Color** | Pink |
| **Package Dimensions** | 25.6 x 10 x 9.2 inches; 18.5 Pounds |

## About this item

- SMART APP CONTROLLED - This self balancing scooter comes with an efficient app that helps you stay in control, giving you the ability to change modes, check batteries, see the real speed, Changing led light colors and adjust speed with ease.
- FOR ALL RIDERS - Coming with 2 modes, the children mode makes this hover board easy to control for a first-timer or a kid rider. While its adult mode allows expert riders easily perform hoverboard tricks.
- MUSIC SPEAKER INCLUDED - For the music lovers, the Gyroor Swift spots a built-in branded high quality music speaker that allows you play music when riding the hoverboard.
- SELF BALANCING BOARD - We have adopted the self balancing technology

Share ✉ f 🐦 📌

**$219.00**

FREE delivery: **Aug 17 - Sep 8**

Fastest delivery: **Aug 2 - 5**

Select delivery location

**In stock.**

Usually ships within 4 to 5 days.

Qty: 2 ⌄

**Add to Cart**

**Buy Now**

🔒 Secure transaction

Ships from    GYROOR US
Sold by    GYROOR US
★★★★☆ (109 ratings)
92% positive over last...

Details

Return policy: This item is returnable ⌄

**Add a Protection Plan:**
☐ 2-Year Protection for $24.99

**Add to List**

Have one to sell?

Sell on Amazon



XHOVER-1
Follow the leader

Hover-1 Dream Hoverboard Electric Scooter Light Up LED...

★★★★☆ 425

$139.99 ✓prime

Sponsored ⓘ

Roll over image to zoom in

- MUSIC SPEAKER INCLUDED - For the music lovers, the Gyroor Swift spots a built-in branded high quality music speaker that allows you play music when riding the hoverboard.
- SELF BALANCING BOARD - We have adopted the self balancing technology to make this hoverboard easier and safer for new riders. Perfect your balancing with a full rest of mind!
- SAFETY CERTIFIED - This UL2272 certified hover board has passed strict electrical and safety test to protect charging and rides. If you feel this hoverboard is not performing to standard, feel free to contact us



Hover-1 Dream Hoverboard Electric Scooter Light Up LED…
★★★★½ 425
$139.99 ✓prime

Sponsored ⓘ

SISIGAD Hoverboard Self Balancing Scooter 6.5" Two-Wheel Self…
✓prime

Sponsored ⓘ

## Frequently bought together



Total price: $282.80

[Add all three to Cart]

ⓘ Some of these items ship sooner than the others. Show details

- ☑ **This item:** Gyroor Swift Hoverboard Self Balancing Hoverboard with Music Speaker LED Lights, 6.5 inch Two-Wheel … $219.00
- ☑ Hover-1 Buggy Attachment for Transforming Hoverboard Scooter into Go-Kart $49.94
- ☑ GameXcel Self-Balancing Scooter Carrying Handbag Backpack Bag for 6.5" 7" and 8" Two-Wheel Hover Board Bag S… $13.86

## 4 stars and above

Page 1 of 18

Sponsored ⓘ



Newest Generation Electric Hoverboard Dual Motors Two Wheels Hoover Board Smart…
★★★★½ 2,899



FLYING-ANT Hoverboard, Hoverboard with Bluetooth and LED Lights Self Balancing…
★★★★½ 119



FLYING-ANT Hoverboard, Hoverboards for Kids with Bluetooth…
★★★★½ 352



SISIGAD Hoverboard with Bluetooth, 6.5" Two Wheels Self Balancing Scooter with Buil…
★★★★½ 206

TOMOLOO Hoverboard with Bluetooth Speaker and LED Lights Self-Balancing Scooter UL2…
★★★★½ 2,522

Document title: Amazon.com: Gyroor T580 Hoverboard Self Balancing Scooter with Music Speaker LED Lights, 6.5 inch Two-Wheel Electric Scooter for Kids - UL2272…
Capture URL: https://www.amazon.com/Gyroor-Hoverboard-Balancing-Two-Wheel-Electric/dp/B07GFKZLD3/ref=sr_1_3_sspa?…
Capture timestamp (UTC): Thu, 22 Jul 2021 20:05:41 GMT
Page 2 of 13



**Newest Generation Electric Hoverboard Dual Motors Two Wheels Hoover Board Smart…**
★★★★½ 2,899
$135.00 prime

**FLYING-ANT Hoverboard, Hoverboard with Bluetooth and LED Lights Self Balancing…**
★★★★½ 119
$139.99

**FLYING-ANT Hoverboard, Hoverboards for Kids with Bluetooth…**
★★★★½ 352
$169.99 prime

**SISIGAD Hoverboard with Bluetooth, 6.5" Two Wheels Self Balancing Scooter with Buil…**
★★★★½ 206
$229.99 prime

**TOMOLOO Hoverboard with Bluetooth Speaker and LED Lights Self-Balancing Scooter UL2…**
★★★★½ 2,522
$169.99

## Products related to this item

Sponsored ⓘ

Page 1 of 49





**Newest Generation Electric Hoverboard Dual Motors Two Wheels Hoover Board Smart…**
★★★★½ 2,899
$135.00 prime

**Electric Hoverboard Smart Self Balancing Scooter Hover Board 6.5" Wheel Electric S…**
★★★★☆ 405
$135.00 prime

**CBD Bluetooth Hoverboard for Kids, 6.5 Inch Two Wheel Hoverboard, Self…**
★★★★½ 1,307
$144.99 prime

**Emaxusa Hoverboard Self Balancing Scooter 6.5" Two-Wheel Hoverboards with…**
★★★★½ 119
$148.00 prime

**SISIGAD Hoverboard with Bluetooth, 6.5" Two Wheels Self Balancing Scooter with Buil…**
★★★★½ 206
$229.99 prime

## Special offers and product promotions

- **Amazon Business:** Make the most of your Amazon Business account with exclusive tools and savings. **Login now**

- Get a **$50 Amazon Gift Card** instantly upon approval for the **Amazon Rewards Visa Card. No annual fee.** Apply now

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

## Product Description




Are you looking for the safest hoverboard to get around the world? This GYROOR Swift T580 Hoverboard is exactly what you are looking for!

GYROOR focuses on providing high quality, high safety product and best service to riders, all products are strictly related to the safety tests. With high-tech electric,anti-fire shell protection, and UL certified that make T580 absolutely safe and harmless for all riders.

Are you looking for the safest hoverboard to get around the world? This GYROOR Swift T580 Hoverboard is exactly what you are looking for!

GYROOR focuses on providing high quality, high safety product and best service to riders, all products are strictly related to the safety tests. With high-tech electric,anti-fire shell protection, and UL certified that make T580 absolutely safe and harmless for all riders.



**GYROOR's committed to make rider's life more comfortable and convenient.**

Dual shinny wheels design, easy to control your balance, move forward or backward by your body posture. Ride on premium self balancing GYROOR Swift T580 hoverboard, Ride with your Dream!



### Colorful LED Lights

Bright LED headlights and flashing wheels are super fun, is also a signal of protecting yourself that makes you feel safe in dark, illuminate your evening journeys.For the hoverboard enthusiasts,the LED flashing lights would make the hoverboard be cool device.

- Water Resistant: IP54
- Max Load: 220 Pounds
- Motor: 250W*2 Motors
- Frame Material: Aluminum
- Charging Time: 1.5 to 2 Hours
- LED Lights: Colors Adjustable by APP
- Distance on Full Charge: 5~7.5 Miles
- Safety : UL 2272 Certified Hoverboard

**Powerful Battery**



- Frame Material: Aluminum
- Charging Time: 1.5 to 2 Hours
- LED Lights: Colors Adjustable by APP
- Distance on Full Charge: 5~7.5 Miles
- Safety : UL 2272 Certified Hoverboard

## Powerful Battery

Using the certified lithium-ion Battery, provides T580 more powerful. The smart battery system provides battery long life time and more reliable quality for the rider.With UL certified charger, it's safe and fast charging on the hoverboard.



High performance battery

- Net Weight: 15.8 Pounds.
- Max Speed: 8 Miles/Hour
- Max Climbing Angle: 15-30°
- Tires: 6.5 inch Rubber Tires
- Driving Mode: Adjustable Speeds by App
- Music Speaker: Pro Music Speaker
- Charging Voltage: AC100 to 240V/50-60Hz
- Lithium-Ion Battery: Removable 2.0Ah/36V
- Product Dimensions: 26 Inch x 9 Inch X 8.86 Inch







### App Enable

With GYROOR App, you can change different led lights, adjust riding speed, check battery life, set adults or children mode, switch self balancing mode, analyses fault and on/off setting, anywhere and anytime.

### Music Speaker

Built-in powerful speaker, easily connect your smart phone or any bluetooth devices. As a music lover, riding with your favorite music, you and your hoverboard will be the most focus one!

### Sturdy & Durable

Adopting advanced motherboard system and nature rubber tires, ensure T580 can run smoothly and steadily. With powerful self-balancing feature, you can easily control and happily ride on it. Enjoy the most stable riding and balancing experience!





### Fantastic and Best Gift Choice for Every Family!

GYROOR Swift T580, is the most perfect gift for every occasion and the best gift choice to your kids and family. Enjoying outdoor life with your family and friends!

## Product details

Color:pink

**Is Discontinued By Manufacturer ：** No

**Item Weight ：** 26.5 Pounds

**Batteries ：** 20 Lithium ion batteries required.

**Date First Available ：** April 10, 2018

**Manufacturer ：** Gyroor

**ASIN ：** B07C3C861F

**Best Sellers Rank:** #37,723 in Sports & Outdoors (See Top 100 in Sports & Outdoors)
#43 in Self Balancing Scooters

**Customer Reviews:**
⭐⭐⭐⭐⯪ ⌄     627 ratings

# Videos

### Videos for this product



**Customer Review:** The hit of the year!



Gyroor Swift Hoverboard Self Balancing Hoverboard with Musi...



**Customer Review:** Fantastic Hoverboard!!!

### Videos for relate



Top 6 Best Bala 2021






**Customer Review:** The hit of the year!

Jennifer S. Carpenter

Gyroor Swift Hoverboard Self Balancing Hoverboard with Musi...

Merchant Video

**Customer Review:** Fantastic Hoverboard!!!

Abi

Top 6 Best Self Bala 2021

Best Guider

`0:30` `1:15` `1:03`

Upload your video

---

## Products related to this item

Sponsored ⓘ

Page 1 of 28








SISIGAD Hoverboard with Bluetooth, 6.5" Two Wheels Self Balancing Scooter with Buil...
⭐⭐⭐⭐⯪ 206
$229.99 ✓prime

Emaxusa Hoverboard Self Balancing Scooter 6.5" Two-Wheel Hoverboards with...
⭐⭐⭐⭐⯪ 119
$148.00 ✓prime

Electric Hoverboard Smart Self Balancing Scooter Hover Board 6.5" Wheel Electric S...
⭐⭐⭐⭐☆ 405
$135.00 ✓prime

SISIGAD Hoverboard Self Balancing Scooter 6.5 Two-Wheel Self Balancing Hoverboard...
⭐⭐⭐⭐⯪ 155
$189.99

Gyroor Hoverboard Off Road All Terrian 6.5" Two-Wheel G11 Flash LED Light Self Bala...
⭐⭐⭐⭐⯪ 411
$199.00

---



*Segway Self-Balancing Electric Scooter*



Segway Ninebot S-Plus Smart Self-Balancing Electric Scooter with Intelligent Lighting and Battery System, Remote...
⭐⭐⭐⭐⯪ 601
$899.99 ✓prime

Sponsored ⓘ

---

## Customer questions & answers

🔍 Have a question? Search for answers



▲
1 vote
▼

**Question:** can you use it without a phone, my kid, I am buying it for doesn't have a phone?

**Answer:** Definitely! My son never uses a phone when he rides.

By Kati Reed on October 25, 2020

⌄ See more answers (3)

▲
1 vote
▼

**Question:** How do I keep the speed on the app at the lower speed? It keeps switching back to the higher speed!

**Question:** can you use it without a phone, my kid. I am buying it for doesn't have a phone?

**Answer:** Definitely! My son never uses a phone when he rides.

By Kati Reed on October 25, 2020

⌄ See more answers (3)

---

1 vote

**Question:** How do I keep the speed on the app at the lower speed? It keeps switching back to the higher speed!

**Answer:** Hi, thanks for your message. When you selected the speed you want to ride on, then you need to click the" limited speed" at the bottom, when it shows" setting successfully", and it could be fixed. Or you could directly adjust into kids mode, the speed would be in very slow. Hope this could be workable for you.

By Gyroor SELLER on December 11, 2018

⌄ See more answers (1)

---

1 vote

**Question:** Seller said max speed was 13 to 16km yet the app only mets me set soeed up to 12km why is that?

**Answer:** for safe in app just can set 12KM.thanks.

By Gyroor SELLER on September 19, 2019

---

0 votes

**Question:** Does Is it go Off road?

**Answer:** Dear Kindle,
If you want off road,you can choice our GYROOR T581,our new model. Thnaks.
Best regards, … see more

By Gyroor SELLER on May 6, 2019

⌄ See more answers (1)

---

See more answered questions (49)

---

## Customer reviews

★★★★⯪ 4.6 out of 5

627 global ratings

| | | |
|---|---|---|
| 5 star | ████████████████ | 80% |
| 4 star | ██ | 9% |
| 3 star | █ | 3% |
| 2 star | █ | 2% |
| 1 star | █ | 6% |

⌄ How are ratings calculated?

### By feature

| | | |
|---|---|---|
| Giftable | ★★★★⯪ | 4.6 |
| For beginners | ★★★★⯪ | 4.5 |
| Sturdiness | ★★★★⯪ | 4.5 |

⌄ See more

### Review this product

Share your thoughts with other customers

## Reviews with images

   

See all customer images

## Read reviews that mention

| year old | battery life | old daughter | daughter loves | hoverboard |
|---|---|---|---|---|

| absolutely loves | play music | child mode | son loves |
|---|---|---|---|

| great hoverboard | easy to use | definitely recommend | kids love |
|---|---|---|---|

## Top reviews from the United States

Teach1

★★★★☆ **Light and sleek. Rated up to 265 ibs.**

Reviewed in the United States on December 26, 2018

Color: black | Verified Purchase



Light and sleek. Rated 265 ibs. We bought this and a H1 and so far like this

---

Document title: Amazon.com: Gyroor T580 Hoverboard Self Balancing Scooter with Music Speaker LED Lights, 6.5 inch Two-Wheel Electric Scooter for Kids - UL2272…

Capture URL: https://www.amazon.com/Gyroor-Hoverboard-Balancing-Two-Wheel-Electric/dp/B07GFKZLD3/ref=sr_1_3_sspa?…

Capture timestamp (UTC): Thu, 22 Jul 2021 20:05:41 GMT

Page 8 of 13

Sturdiness

˅ See more

## Review this product

Share your thoughts with other customers

[ Write a customer review ]



**EPCTEK**

*Enjoy riding*

EPCTEK Hoverboard for Kids Two-Wheel …
★★★★☆ 1,150
$139.99 ✓prime

[ Shop now ]

Sponsored ⓘ

Top reviews from the United States

 Teach1

★★★★☆ **Light and sleek. Rated up to 265 ibs.**

Reviewed in the United States on December 26, 2018

Color: black | Verified Purchase



▶ 0:00 🔊 ⛶ ⋮

43 people found this helpful

[ Helpful ]  |  Report abuse

Light and sleek. Rated 265 ibs. We bought this and a H1 and so far like this one better. It is easier to handle with one handed lifting if you are strong as the middle is smaller. The charger is very similar to the H1. This is only a initial review.

So after a month the unit still works but the plastic hubs are showing some damage and some plastic peices are rattling around inside. We havnt been gentle with it though ;).

 Eric Helton

★★★★★ **Great value, great experience so far**

Reviewed in the United States on March 10, 2020

Color: pink | Verified Purchase

I did allot of research on hoverboards. What I found was every single one has a few reviews of people saying their's was defective or did nothing but beep. Basically I took a leap of faith guided by my 6 year old daughter's simple request for pink. I have now had this Gyroor for a week and I am very happy with the purchase thus far. First, my daughter loves it and was zipping around all over the place in no time. The lights are bright and colorful. The app is easy to pair and use. I put it in child mode and limited the speed in minutes. It can support 220lbs according to the manual which should make it big brother survivable. Battery life has been excellent and the charge time of 2-3 hours is quicker than I expected. So far my only nit-pick would be I think the cosmetics of the plastic body could be scratched up and gouged pretty easily. But it does feel like a solid piece of machinery. That it comes with a bag is really nice. At this point I feel like I hit the sweet spot of not going too cheap while keeping the price reasonable for a 6 year old. I'll update in a couple months

42 people found this helpful

[ Helpful ]  |  Report abuse

 Tina

★★★☆☆ **Battery is not so good!**

Reviewed in the United States on April 15, 2019

Color: black | Verified Purchase

Battery didn't last more then 30 minutes. Got the item replaced and had the same problem. The company was quick to resolve thing but only refunded to amazon account not to original payment method. I should also mention when it stops working or dies unexpectedly it comes to a complete stop. Making the rider go flying!

14 people found this helpful

[ Helpful ]  |  Report abuse

Amazon Customer

★★★★★ **GREAT PRODUCT, GREAT PRICE, FAST SHIPPING!**

Reviewed in the United States on January 16, 2019

stop. Making the rider go flying!

Helpful | Report abuse

 **Amazon Customer**

⭐⭐⭐⭐⭐ **GREAT PRODUCT, GREAT PRICE, FAST SHIPPING!**

Reviewed in the United States on January 16, 2019

Color: pink | Verified Purchase

Got this for my granddaughter for Christmas! After setting it up to her mother's phone, it took a couple of days and learning beside something to hold on to while getting the feel of things. (of course we had a few laughs at her dad's expense) She is now scooting around as well as she rides her bicycle. She is having a blast! The slower learning feature was perfect for her to use until she got the hang of riding it.

38 people found this helpful

Helpful | Report abuse

 **Tatyanna Curtis**

⭐⭐⭐⭐⭐ **Best Christmas present ever!!!**

Reviewed in the United States on January 7, 2019

Color: pink | Verified Purchase

Bought this for my 11 yr old daughter for Christmas. She loves it. All her friends got one too and paid about the same price but hers is cooler than them all. The Bluetooth speaker works great and is very loud. She jumped on and became a pro in about 15 minutes.

40 people found this helpful

Helpful | Report abuse

 **J.D.**

⭐☆☆☆☆ **My son loves it (UPDATE)**

Reviewed in the United States on September 2, 2020

Color: black | Verified Purchase

We purchased this about a year ago and my 9 year old son has a blast with it! It stood up well for some time and then the battery would only last for a few minutes. I saw that the battery warranty was only 6 months but figured I would contact Gyroor directly and see if there was anything they could do. I was pleasantly surprised when they told me they would send me a new battery! Needless to say I am very happy with the product and their customer support.

UPDATE 1/25/2021 - So Gyroor wound up sending me the wrong battery, and and then asked me to ship the entire hoverboard back so they would fix it. I sent it back and they sent me back a hoverboard where the bottom was not fully screwed in and the threads were stripped.

They then sent me another hoverboard that had the SAME EXACT ISSUES. Now they are saying they don't have it in stock and will send me a new one once it is in stock. It has been about 6 months since I had this initially had this issue which is not an acceptable amount of time. If I do finally received a working hoverboard that is also safe to use I will update this review again.

4 people found this helpful

Helpful | Report abuse

 **Suresh**

⭐⭐⭐⭐⭐ **Super cool pro**

Reviewed in the United States on February 23, 2019

Color: black | Verified Purchase

I was wondering how my 6 year kid will ride this as this was his first time . Just in10 minutes he

 Suresh

⭐⭐⭐⭐⭐ **Super cool pro**

Reviewed in the United States on February 23, 2019

Color: black | **Verified Purchase**

I was wondering how my 6 year kid will ride this as this was his first time . Just in10 minutes he rode and became a champ in next 10 minutes.. the product looks super cool

40 people found this helpful

| Helpful | | Report abuse |

Kat

⭐⭐⭐⭐⭐ **Good product!**

Reviewed in the United States on January 21, 2019

Color: pink | **Verified Purchase**

Perfect for my 11 year old daughter...takes a lot of practice but she really enjoys it!

36 people found this helpful

| Helpful | | Report abuse |

**See all reviews ›**

## Inspired by your recent shopping trends

Page 1 of 16











**TOMOLOO Hoverboard, Bluetooth and LED Music Rhythmed Lights Hover Board with 6.5 Inch Solid 2 Wheel, UL2272 Certified Hoverboard...**
⭐⭐⭐⭐⭐ 59
$179.99

**LIEAGLE Hoverboard, 6.5" Self Balancing Scooter Hover Board with Wheels LED Lights for Kids Adults**
⭐⭐⭐⭐½ 5,043
$144.99

**SISIGAD Hoverboard Self Balancing Scooter 6.5 Two-Wheel Self Balancing Hoverboard with Bluetooth Speaker for Adult Kids**
⭐⭐⭐⭐½ 155
$189.99

**FLYING-ANT Hoverboard, Hoverboard with Bluetooth and LED Lights Self Balancing Electric Scooter 6.5" Two-Wheel...**
⭐⭐⭐⭐½ 172
$134.99-$169.99

**TOMOLOO Hoverboard UL2272 Certified 8.5 Inch Off Road Hoverboard App Controlled Electric Self Balancing Scooter for...**
⭐⭐⭐⭐½ 27
$299.99

 **EPCTEK** *Enjoy riding* EPCTEK Hoverboard with Bluetooth Spe...
⭐⭐⭐⭐⭐ 56
$139.99 ✓prime | Shop now |

Sponsored ⓘ

## Recommended based on your shopping trends Sponsored

Page 1 of 4

Document title: Amazon.com: Gyroor T580 Hoverboard Self Balancing Scooter with Music Speaker LED Lights, 6.5 inch Two-Wheel Electric Scooter for Kids - UL2272...

Capture URL: https://www.amazon.com/Gyroor-Hoverboard-Balancing-Two-Wheel-Electric/dp/B07GFKZLD3/ref=sr_1_3_sspa?…

Capture timestamp (UTC): Thu, 22 Jul 2021 20:05:41 GMT

Page 11 of 13

## Recommended based on your shopping trends  *Sponsored*

Page 1 of 4

    

Newest Generation Electric Hoverboard Dual Motors Two Wheels Hoover Board Smart...
★★★★½ 2,899
$135.00

FLYING-ANT Hoverboard, Hoverboards for Kids with Bluetooth...
★★★★½ 352
$169.99

FLYING-ANT Hoverboard, Hoverboard with Bluetooth and LED Lights Self Balancing...
★★★★½ 119
$144.99

SISIGAD Hoverboard Self Balancing Scooter 6.5" Two-Wheel Self Balancing Hoverboard...
★★★★½ 206
$195.49

SISIGAD Hoverboard Self Balancing Scooter 6.5 Two-Wheel Hoverboard...
★★★★½ 155
$189.99

## Inspired by your browsing history

Page 1 of 10

    

Hover-1 Buggy Attachment for Transforming Hoverboard Scooter into Go-Kart
★★★★½ 6,707
$49.94

Hiboy HC-01 Hoverboard Kart Seat Attachment Accessory for 6.5" 8" 10" Two Wheel Self Balancing Scooter
★★★★½ 1,892
$89.99

Hover-1 Buggy Attachment for Transforming Hoverboard Scooter into Go-Kart
★★★★½ 6,707
$49.94-$143.00

Gyroor Hoverboard Off Road All Terrien 6.5" Two-Wheel G11 Flash LED Light Self Balancing Hoverboards with Bluetooth Music...
★★★★½ 411
$199.00

12 Pieces Adjustable Hoverboard Straps and Strap Protector Hook and Loop Fastening...
★★★★½ 101
**7% off**
$12.99 $13.99
Lowest price in 30 days

## Your Browsing History   View or edit your browsing history ›

Page 1 of 4

     

See personalized recommendations

**Sign in**

New customer? Start here.

---

Back to top

**Get to Know Us**

Careers

Blog

**Make Money with Us**

Sell products on Amazon

**Amazon Payment Products**

Amazon Rewards Visa Signature Cards

**Let Us Help You**

Amazon and COVID-19

**Back to top**

## Get to Know Us

Careers

Blog

About Amazon

Sustainability

Press Center

Investor Relations

Amazon Devices

## Make Money with Us

Sell products on Amazon

Sell apps on Amazon

Become an Affiliate

Become a Delivery Driver

Start a package delivery business

Advertise Your Products

Self-Publish with Us

Host an Amazon Hub

› See More Ways to Make Money

## Amazon Payment Products

Amazon Rewards Visa Signature Cards

Amazon.com Store Card

Amazon Secured Card

Amazon Business Card

Amazon Business Line of Credit

Shop with Points

Credit Card Marketplace

Reload Your Balance

Amazon Currency Converter

## Let Us Help You

Amazon and COVID-19

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Amazon Assistant

Help



🌐 English ⇅          🇺🇸 United States

| | | | | | | |
|---|---|---|---|---|---|---|
| **Amazon Music** Stream millions of songs | **Amazon Advertising** Find, attract, and engage customers | **Amazon Drive** Cloud storage from Amazon | **6pm** Score deals on fashion brands | **AbeBooks** Books, art & collectibles | **ACX** Audiobook Publishing Made Easy | **Alexa** Actionable Analytics for the Web |
| **Sell on Amazon** Start a Selling Account | **Amazon Business** Everything For Your Business | **Amazon Fresh** Groceries & More Right To Your Door | **AmazonGlobal** Ship Orders Internationally | **Home Services** Experienced Pros Happiness Guarantee | **Amazon Ignite** Sell your original Digital Educational Resources | **Amazon Web Services** Scalable Cloud Computing Services |
| **Audible** Listen to Books & Original Audio Performances | **Book Depository** Books With Free Delivery Worldwide | **Box Office Mojo** Find Movie Box Office Data | **ComiXology** Thousands of Digital Comics | **DPReview** Digital Photography | **East Dane** Designer Men's Fashion | **Fabric** Sewing, Quilting & Knitting |
| **Goodreads** Book reviews & recommendations | **IMDb** Movies, TV & Celebrities | **IMDbPro** Get Info Entertainment Professionals Need | **Kindle Direct Publishing** Indie Digital & Print Publishing Made Easy | **Amazon Photos** Unlimited Photo Storage Free With Prime | **Prime Video Direct** Video Distribution Made Easy | **Shopbop** Designer Fashion Brands |
| **Amazon Warehouse** Great Deals on Quality Used Products | **Whole Foods Market** America's Healthiest Grocery Store | **Woot!** Deals and Shenanigans | **Zappos** Shoes & Clothing | **Ring** Smart Home Security Systems | **eero WiFi** Stream 4K Video in Every Room | **Blink** Smart Security for Every Home |
| | **Neighbors App** Real-Time Crime & Safety Alerts | **Amazon Subscription Boxes** Top subscription boxes – right to your door | **PillPack** Pharmacy Simplified | **Amazon Renewed** Like-new products you can trust | **Amazon Second Chance** Pass it on, trade it in, give it a second life | |

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2021, Amazon.com, Inc. or its affiliates





Roll over image to zoom in

- FOR ALL RIDERS - Coming with 2 hover board easy to control for a first-timer or a kid rider. While its adult mode allows expert riders easily perform hoverboard tricks.
- MUSIC SPEAKER INCLUDED - For the music lovers, the Gyroor Swift spots a built-in branded high quality music speaker that allows you play music when riding the hoverboard.
- SELF BALANCING BOARD - We have adopted the self balancing technology to make this hoverboard easier and safer for new riders. Perfect your balancing with a full rest of mind!
- SAFETY CERTIFIED - This UL2272 certified hover board has passed strict electrical and safety test to protect charging and rides. If you feel this hoverboard is not performing to standard, feel free to contact us

New (2) from $167.00 & **FREE Shipping.**

Hover-1 Titan Electric Self-Balancing Hoverboard Scooter
 prime

Sponsored ⓘ

Add to List

New (2) from
$167.00 & **FREE Shipping.**

**Other Sellers on Amazon**

$219.00          Add to Cart
& **FREE Shipping**
Sold by: GYROOR US

Have one to sell?

Sell on Amazon



Follow the leader

Hover-1 Dream Hoverboard Electric Scooter Light Up LED...

★★★★½ 425

$139.99 ✓prime

Sponsored ⓘ

---

## Frequently bought together



Total price: $231.80

Add all three to Cart

ⓘ These items are shipped from and sold by different sellers. Show details

☑ **This item:** Gyroor Swift Hoverboard Self Balancing Hoverboard with Music Speaker LED Lights, 6.5 inch Two-Wheel ...   $167.00
☑ Hover-1 Buggy Attachment for Transforming Hoverboard Scooter into Go-Kart $49.94
☑ GameXcel Self-Balancing Scooter Carrying Handbag Backpack Bag for 6.5" 7" and 8" Two-Wheel Hover Board Bag S... $14.86

---

## Products related to this item
Sponsored ⓘ                                                                                   Page 1 of 49

      

<

>

Document title: Amazon.com: Gyroor T580 Hoverboard Self Balancing Scooter with Music Speaker LED Lights, 6.5 inch Two-Wheel Electric Scooter for Kids - UL2272...
Capture URL: https://www.amazon.com/Gyroor-Hoverboard-Balancing-Two-Wheel-Electric/dp/B07GFK49QR/ref=sr_1_3_sspa?...
Capture timestamp (UTC): Thu, 22 Jul 2021 20:11:30 GMT
Page 2 of 14









Emaxusa Hoverboard Self Balancing Scooter 6.5" Two-Wheel Hoverboards with…
★★★★½ 119
$148.00 ✓prime

Gyroor Hoverboard Off Road All Terrian 6.5" Two-Wheel G11 Flash LED Light Self Bala…
★★★★½ 411
$199.00

SISIGAD Hoverboard with Bluetooth, 6.5" Two Wheels Self Balancing Scooter with Buil…
★★★★½ 206
$229.99 ✓prime

LIEAGLE Hoverboard, 6.5" Self Balancing Scooter Hover Board with UL2272 Certified…
★★★★½ 5,043
$144.99

LIEAGLE Hoverboard, 6.5" Self Balancing Scooter Hover Board with bluetooth Wheels…
★★★★½ 1,179
$139.99 ✓prime

## Inspired by your recent shopping trends

Page 1 of 16







TOMOLOO Hover Boards for Kids, Hoverboards Bluetooth and LED Lights with Speaker,Self Balancing Hoverboard for Adults
★★★★½ 34
$179.99

TOMOLOO Hoverboard, Bluetooth and LED Music Rhythmed Lights Hover Board with 6.5 Inch Solid 2 Wheel, UL2272 Certified Hoverboard…
★★★★½ 21
$179.99

CBD Bluetooth Hoverboard for Kids, 6.5 Inch Two Wheel Hoverboard, Self Balancing Hoverboard with Bluetooth and…
★★★★½ 1,307
$144.99

TOMOLOO Hoverboards Bluetooth with Led Light Flashing Wheels, Hover Boards for Kids, Self Balancing Hoverboard Adult…
★★★★½ 145
$179.99

TOMOLOO Hoverboard Pink for Girls and Boys, Hoverboard Bluetooth and Led Lights with Speaker, Hoverboards for Kids and Adults
★★★★½ 73
$179.99

## Special offers and product promotions

- **Amazon Business:** Make the most of your Amazon Business account with exclusive tools and savings. **Login now**

- Get a **$50 Amazon Gift Card** instantly upon approval for the **Amazon Rewards Visa Card. No annual fee.** Apply now

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

## Product Description




---

Document title: Amazon.com: Gyroor T580 Hoverboard Self Balancing Scooter with Music Speaker LED Lights, 6.5 inch Two-Wheel Electric Scooter for Kids - UL2272…
Capture URL: https://www.amazon.com/Gyroor-Hoverboard-Balancing-Two-Wheel-Electric/dp/B07GFK49QR/ref=sr_1_3_sspa?…
Capture timestamp (UTC): Thu, 22 Jul 2021 20:11:30 GMT

Page 3 of 14

 

Are you looking for the safest hoverboard to get around the world? This GYROOR Swift T580 Hoverboard is exactly what you are looking for!

GYROOR focuses on providing high quality, high safety product and best service to riders, all products are strictly related to the safety tests. With high-tech electric, anti-fire shell protection, and UL certified that make T580 absolutely safe and harmless for all riders.



**GYROOR's committed to make rider's life more comfortable and convenient.**

Dual shinny wheels design, easy to control your balance, move forward or backward by your body posture. Ride on premium self balancing GYROOR Swift T580 hoverboard, Ride with your Dream!



**Colorful LED Lights**

Bright LED headlights and flashing wheels are super fun, is also a signal of protecting yourself that makes you feel safe in dark, illuminate your evening journeys.For the hoverboard enthusiasts,the LED flashing lights would make the hoverboard be cool device.

- Water Resistant: IP54
- Max Load: 220 Pounds
- Motor: 250W*2 Motors
- Frame Material: Aluminum

Document title: Amazon.com: Gyroor T580 Hoverboard Self Balancing Scooter with Music Speaker LED Lights, 6.5 inch Two-Wheel Electric Scooter for Kids - UL2272...
Capture URL: https://www.amazon.com/Gyroor-Hoverboard-Balancing-Two-Wheel-Electric/dp/B07GFK49QR/ref=sr_1_3_sspa?…
Capture timestamp (UTC): Thu, 22 Jul 2021 20:11:30 GMT


Color LED

### Colorful LED Lights

Bright LED headlights and flashing wheels are super fun, it also a sign of protecting yourself that makes you feel safe in dark, illuminate your evening journeys.For the hoverboard enthusiasts,the LED flashing lights would make the hoverboard be cool device.

- Water Resistant: IP54
- Max Load: 220 Pounds
- Motor: 250W*2 Motors
- Frame Material: Aluminum
- Charging Time: 1.5 to 2 Hours
- LED Lights: Colors Adjustable by APP
- Distance on Full Charge: 5~7.5 Miles
- Safety : UL 2272 Certified Hoverboard

### Powerful Battery

Using the certified lithium-ion Battery, provides T580 more powerful. The smart battery system provides battery long life time and more reliable quality for the rider.With UL certified charger, it's safe and fast charging on the hoverboard.


High performance battery

- Net Weight: 15.8 Pounds.
- Max Speed: 8 Miles/Hour
- Max Climbing Angle: 15-30°
- Tires: 6.5 inch Rubber Tires
- Driving Mode: Adjustable Speeds by App
- Bluetooth Speaker: Pro Bluetooth Speaker
- Charging Voltage: AC100 to 240V/50-60Hz
- Lithium-Ion Battery: Removable 2.0Ah/36V
- Product Dimensions: 26 Inch x 9 Inch X 8.86 Inch


Children protection mode
APP Intelligent Control System


Speaker


So easy

### App Enable

With GYROOR App, you can change different led lights, adjust riding speed, check battery life, set adults or children mode, switch self balancing mode, analyses fault and on/off setting, anywhere and anytime.

### Music Speaker

Built-in powerful speaker, easily connect your smart phone or any bluetooth devices. As a music lover, riding with your favorite music, you and your hoverboard will be the most focus one!

### Sturdy & Durable

Adopting advanced motherboard system and nature rubber tires, ensure T580 can run smoothly and steadily. With powerful self-balancing feature, you can easily control and happily ride on it. Enjoy the most stable riding and balancing experience!





**Fantastic and Best Gift Choice for Every Family!**

GYROOR Swift T580, is the most perfect gift for every occasion and the best gift choice to your kids and family. Enjoying outdoor life with your family and friends!

## Product details

Color: black

**Is Discontinued By Manufacturer :** No

**Item Weight :** 26.5 Pounds

**Batteries :** 20 Lithium ion batteries required.

**Date First Available :** April 10, 2018

**Manufacturer :** Gyroor

**ASIN :** B07C3C861F

**Best Sellers Rank:** #37,723 in Sports & Outdoors (See Top 100 in Sports & Outdoors)
   #43 in Self Balancing Scooters

**Customer Reviews:**
★★★★½ ⌄   627 ratings

# Videos

Page 1 of 4

### Videos for this product

**Customer Reviews:**
627 ratings

# Videos

Page 1 of 4

### Videos for this product


4:19

Gyroor T580 Hoverboard Self Balancing Scooter with Music...

Amol Bhavsar


3:33

**Customer Review:** Light and sleek. Rated up to 265 lbs.

Teach1


1:15

Gyroor Swift Hoverboard Self Balancing Hoverboard with Musi...

Merchant Video



**Customer Review:** A

Sweety

Upload your video

## Products related to this item

Sponsored ⓘ

Page 1 of 28








SISIGAD Hoverboard with Bluetooth, 6.5" Two Wheels Self Balancing Scooter with Buil...
★★★★½ 206
$229.99 ✓prime

Emaxusa Hoverboard Self Balancing Scooter 6.5" Two-Wheel Hoverboards with...
★★★★½ 119
$148.00 ✓prime

Electric Hoverboard Smart Self Balancing Scooter Hover Board 6.5" Wheel Electric S...
★★★★☆ 405
$135.00 ✓prime

SISIGAD Hoverboard Self Balancing Scooter 6.5 Two-Wheel Self Balancing Hoverboard...
★★★★½ 155
$189.99

Gyroor Hoverboard Off Road All Terrian 6.5" Two-Wheel G11 Flash LED Light Self Bala...
★★★★½ 411
$199.00



**SEGWAY®**

*Segway Self-Balancing Electric Scooter*



Segway Ninebot S-Plus Smart Self-Balancing Electric Scooter with Intelligent Lighting and Battery System, Remote...
★★★★½ 601
$899.99 ✓prime

Sponsored ⓘ

## Customer questions & answers

🔍 Have a question? Search for answers



**Question:** can you use it without a phone, my kid, I am buying it for doesn't have a phone?

# Customer questions & answers

🔍 Have a question? Search for answers



▲
1
vote
▼

**Question:** can you use it without a phone, my kid, I am buying it for doesn't have a phone?

**Answer:** Definitely! My son never uses a phone when he rides.
By Kati Reed on October 25, 2020

⌄ See more answers (3)

▲
1
vote
▼

**Question:** How do I keep the speed on the app at the lower speed? It keeps switching back to the higher speed!

**Answer:** Hi, thanks for your message. When you selected the speed you want to ride on, then you need to click the" limited speed" at the bottom, when it shows" setting successfully", and it could be fixed. Or you could directly adjust into kids mode, the speed would be in very slow. Hope this could be workable for you.
By Gyroor SELLER on December 11, 2018

⌄ See more answers (1)

▲
1
vote
▼

**Question:** Seller said max speed was 13 to 16km yet the app only mets me set soeed up to 12km why is that?

**Answer:** for safe in app just can set 12KM.thanks.
By Gyroor SELLER on September 19, 2019

▲
0
votes
▼

**Question:** Does Is it go Off road?

**Answer:** Dear Kindle,
If you want off road,you can choice our GYROOR T581,our new model. Thnaks.
Best regards, … see more
By Gyroor SELLER on May 6, 2019

⌄ See more answers (1)

See more answered questions (49)

# Customer reviews

★★★★½ 4.6 out of 5

627 global ratings

| | | |
|---|---|---|
| 5 star | | 80% |
| 4 star | | 9% |
| 3 star | | 3% |
| 2 star | | 2% |
| 1 star | | 6% |

⌄ How are ratings calculated?

## By feature

| | | |
|---|---|---|
| Giftable | ★★★★½ | 4.6 |
| For beginners | ★★★★½ | 4.5 |

## Reviews with images

   

See all customer images

## Read reviews that mention

| year old | battery life | old daughter | daughter loves | hoverboard |

| absolutely loves | play music | child mode | son loves |

| great hoverboard | easy to use | definitely recommend | kids love |

## Top reviews from the United States

Document title: Amazon.com: Gyroor T580 Hoverboard Self Balancing Scooter with Music Speaker LED Lights, 6.5 inch Two-Wheel Electric Scooter for Kids - UL2272…
Capture URL: https://www.amazon.com/Gyroor-Hoverboard-Balancing-Two-Wheel-Electric/dp/B07GFK49QR/ref=sr_1_3_sspa?…
Capture timestamp (UTC): Thu, 22 Jul 2021 20:11:30 GMT
Page 8 of 14

absolutely loves | play music | child mode | son loves

great hoverboard | easy to use | definitely recommend | kids love

## By feature

Giftable ★★★★☆ 4.6

For beginners ★★★★☆ 4.5

Sturdiness ★★★★☆ 4.5

⌄ See more

## Review this product

Share your thoughts with other customers

[ Write a customer review ]



*EPCTEK*

*Enjoy riding*

EPCTEK Hoverboard for Kids Two-Wheel ...

★★★★☆ 1,150

$139.99 ✓prime

[ Shop now ]

Sponsored ⓘ

## Top reviews from the United States

 Teach1

★★★★☆ **Light and sleek. Rated up to 265 ibs.**

Reviewed in the United States on December 26, 2018

Color: black | **Verified Purchase**



▶ 0:00 🔊 ⛶ ⋮

Light and sleek. Rated 265 ibs. We bought this and a H1 and so far like this one better. It is easier to handle with one handed lifting if you are strong as the middle is smaller. The charger is very similar to the H1. This is only a initial review.

So after a month the unit still works but the plastic hubs are showing some damage and some plastic peices are rattling around inside. We havnt been gentle with it though ;).

43 people found this helpful

[ Helpful ] Report abuse

 Eric Helton

★★★★★ **Great value, great experience so far**

Reviewed in the United States on March 10, 2020

Color: pink | **Verified Purchase**

I did allot of research on hoverboards. What I found was every single one has a few reviews of people saying their's was defective or did nothing but beep. Basically I took a leap of faith guided by my 6 year old daughter's simple request for pink. I have now had this Gyroor for a week and I am very happy with the purchase thus far. First, my daughter loves it and was zipping around all over the place in no time. The lights are bright and colorful. The app is easy to pair and use. I put it in child mode and limited the speed in minutes. It can support 220lbs according to the manual which should make it big brother survivable. Battery life has been excellent and the charge time of 2-3 hours is quicker than I expected. So far my only nit-pick would be I think the cosmetics of the plastic body could be scratched up and gouged pretty easily. But it does feel like a solid piece of machinery. That it comes with a bag is really nice. At this point I feel like I hit the sweet spot of not going too cheap while keeping the price reasonable for a 6 year old. I'll update in a couple months

42 people found this helpful

[ Helpful ] Report abuse

 Tina

★★★☆☆ **Battery is not so good!**

Reviewed in the United States on April 15, 2019

Color: black | **Verified Purchase**

Battery didn't last more then 30 minutes. Got the item replaced and had the same problem. The company was quick to resolve thing but only refunded to amazon account not to original payment method. I should also mention when it stops working or dies unexpectedly it comes to a complete stop. Making the rider go flying!

Document title: Amazon.com: Gyroor T580 Hoverboard Self Balancing Scooter with Music Speaker LED Lights, 6.5 inch Two-Wheel Electric Scooter for Kids - UL2272...
Capture URL: https://www.amazon.com/Gyroor-Hoverboard-Balancing-Two-Wheel-Electric/dp/B07GFK49QR/ref=sr_1_3_sspa?...
Capture timestamp (UTC): Thu, 22 Jul 2021 20:11:30 GMT

Reviewed in the United States on April 15, 2019
Color: black | **Verified Purchase**

Battery didn't last more then 30 minutes. Got the item replaced and had the same problem. The company was quick to resolve thing but only refunded to amazon account not to original payment method. I should also mention when it stops working or dies unexpectedly it comes to a complete stop. Making the rider go flying!

14 people found this helpful

Helpful | Report abuse

 Amazon Customer

⭐⭐⭐⭐⭐ **GREAT PRODUCT, GREAT PRICE, FAST SHIPPING!**
Reviewed in the United States on January 16, 2019
Color: pink | **Verified Purchase**

Got this for my granddaughter for Christmas! After setting it up to her mother's phone, it took a couple of days and learning beside something to hold on to while getting the feel of things. (of course we had a few laughs at her dad's expense) She is now scooting around as well as she rides her bicycle. She is having a blast! The slower learning feature was perfect for her to use until she got the hang of riding it.

38 people found this helpful

Helpful | Report abuse

 Tatyanna Curtis

⭐⭐⭐⭐⭐ **Best Christmas present ever!!!**
Reviewed in the United States on January 7, 2019
Color: pink | **Verified Purchase**

Bought this for my 11 yr old daughter for Christmas. She loves it. All her friends got one too and paid about the same price but hers is cooler than them all. The Bluetooth speaker works great and is very loud. She jumped on and became a pro in about 15 minutes.

40 people found this helpful

Helpful | Report abuse

 J.D.

⭐☆☆☆☆ **My son loves it (UPDATE)**
Reviewed in the United States on September 2, 2020
Color: black | **Verified Purchase**

We purchased this about a year ago and my 9 year old son has a blast with it! It stood up well for some time and then the battery would only last for a few minutes. I saw that the battery warranty was only 6 months but figured I would contact Gyroor directly and see if there was anything they could do. I was pleasantly surprised when they told me they would send me a new battery! Needless to say I am very happy with the product and their customer support.

UPDATE 1/25/2021 - So Gyroor wound up sending me the wrong battery, and then asked me to ship the entire hoverboard back so they would fix it. I sent it back and they sent me back a hoverboard where the bottom was not fully screwed in and the threads were stripped.

They then sent me another hoverboard that had the SAME EXACT ISSUES. Now they are saying they don't have it in stock and will send me a new one once it is in stock. It has been about 6 months since I had this initially had this issue which is not an acceptable amount of time. If I do finally received a working hoverboard that is also safe to use I will update this review again.

4 people found this helpful

Helpful | Report abuse

hoverboard where the bottom was not fully screwed in and the threads were stripped.

They then sent me another hoverboard that had the SAME EXACT ISSUES. Now they are saying they don't have it in stock and will send me a new one once it is in stock. It has been about 6 months since I had this initially had this issue which is not an acceptable amount of time. If I do finally received a working hoverboard that is also safe to use I will update this review again.

4 people found this helpful

Helpful | Report abuse

 **Suresh**

⭐⭐⭐⭐⭐ **Super cool pro**

Reviewed in the United States on February 23, 2019

Color: black | Verified Purchase

I was wondering how my 6 year kid will ride this as this was his first time . Just in10 minutes he rode and became a champ in next 10 minutes.. the product looks super cool

40 people found this helpful

Helpful | Report abuse

 **Kat**

⭐⭐⭐⭐⭐ **Good product!**

Reviewed in the United States on January 21, 2019

Color: pink | Verified Purchase

Perfect for my 11 year old daughter...takes a lot of practice but she really enjoys it!

36 people found this helpful

Helpful | Report abuse

See all reviews ›

---

## 4 stars and above

Sponsored ⓘ

Page 1 of 16



Gyroor Hoverboard Off Road All Terrian 6.5" Two-Wheel G11 Flash LED Light Self Bala...
⭐⭐⭐⭐½ 411
$199.00

SISIGAD Hoverboard with Bluetooth, 6.5" Two Wheels Self Balancing Scooter with Buil...
⭐⭐⭐⭐½ 206
$229.99 ✓prime

SISIGAD Hoverboard Self Balancing Scooter 6.5 Two-Wheel Self Balancing Hoverboard...
⭐⭐⭐⭐½ 155
$189.99



Gyroor T581 Hoverboard 6.5" Off Road All Terrain Hoverboard with Bluetooth Speaker ...
⭐⭐⭐⭐½ 1,066
$229.00



CBD Bluetooth Hoverboard for Kids, 6.5 Inch Two Wheel Hoverboard, Self...
⭐⭐⭐⭐½ 1,307
$144.99 ✓prime

**EPCTEK** | Enjoy riding |  | EPCTEK Hoverboard with Bluetooth Spe...
⭐⭐⭐⭐½ 56
$139.99 ✓prime | Shop now

Sponsored ⓘ

---

Document title: Amazon.com: Gyroor T580 Hoverboard Self Balancing Scooter with Music Speaker LED Lights, 6.5 inch Two-Wheel Electric Scooter for Kids - UL2272...
Capture URL: https://www.amazon.com/Gyroor-Hoverboard-Balancing-Two-Wheel-Electric/dp/B07GFK49QR/ref=sr_1_3_sspa?...
Capture timestamp (UTC): Thu, 22 Jul 2021 20:11:30 GMT

Page 11 of 14





EPCTEK Hoverboard with Bluetooth Spe...

⭐⭐⭐⭐½ 56

$139.99 ✓prime

**Shop now**

EPCTEK    Enjoy riding

Sponsored ⓘ

## Recommended based on your shopping trends <sub>Sponsored</sub>

Page 1 of 4











Newest Generation Electric Hoverboard Dual Motors Two Wheels Hoover Board Smart...
⭐⭐⭐⭐½ 2,899
$135.00

FLYING-ANT Hoverboard, Hoverboards for Kids with Bluetooth...
⭐⭐⭐⭐½ 352
$169.99

FLYING-ANT Hoverboard, Hoverboard with Bluetooth and LED Lights Self Balancing...
⭐⭐⭐⭐½ 119
$144.99

SISIGAD Hoverboard Self Balancing Scooter 6.5" Two-Wheel Self Balancing Hoverboard...
⭐⭐⭐⭐½ 206
$195.49

SISIGAD Hoverboard Self Balancing Scooter 6.5 Two-Wheel Hoverboard...
⭐⭐⭐⭐½ 155
$189.99

## Inspired by your browsing history

Page 1 of 10











Hover-1 Buggy Attachment for Transforming Hoverboard Scooter into Go-Kart
⭐⭐⭐⭐½ 6,707
$49.94

Hiboy HC-01 Hoverboard Kart Seat Attachment Accessory for 6.5" 8" 10" Two Wheel Self Balancing Scooter
⭐⭐⭐⭐½ 1,892
$89.99

Hover-1 Buggy Attachment for Transforming Hoverboard Scooter into Go-Kart
⭐⭐⭐⭐½ 6,707
$49.94-$143.00

Gyroor Hoverboard Off Road All Terrian 6.5" Two-Wheel G11 Flash LED Light Self Balancing Hoverboards with Bluetooth Music...
⭐⭐⭐⭐½ 411
$199.00

12 Pieces Adjustable Hoverboard Straps and Strap Protector Hook and Loop Fastening...
⭐⭐⭐⭐½ 101
**7% off**
$12.99 $13.99
Lowest price in 30 days



### Your Browsing History    View or edit your browsing history ›

Page 1 of 4

See personalized recommendations

**Sign in**

New customer? Start here.








**Back to top**

**Back to top**

## Get to Know Us

Careers

Blog

About Amazon

Sustainability

Press Center

Investor Relations

Amazon Devices

## Make Money with Us

Sell products on Amazon

Sell apps on Amazon

Become an Affiliate

Become a Delivery Driver

Start a package delivery business

Advertise Your Products

Self-Publish with Us

Host an Amazon Hub

› See More Ways to Make Money

## Amazon Payment Products

Amazon Rewards Visa Signature Cards

Amazon.com Store Card

Amazon Secured Card

Amazon Business Card

Amazon Business Line of Credit

Shop with Points

Credit Card Marketplace

Reload Your Balance

Amazon Currency Converter

## Let Us Help You

Amazon and COVID-19

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Amazon Assistant

Help





English    United States

| | | | | | | |
|---|---|---|---|---|---|---|
| **Amazon Music** Stream millions of songs | **Amazon Advertising** Find, attract, and engage customers | **Amazon Drive** Cloud storage from Amazon | **6pm** Score deals on fashion brands | **AbeBooks** Books, art & collectibles | **ACX** Audiobook Publishing Made Easy | **Alexa** Actionable Analytics for the Web |
| **Sell on Amazon** Start a Selling Account | **Amazon Business** Everything For Your Business | **Amazon Fresh** Groceries & More Right To Your Door | **AmazonGlobal** Ship Orders Internationally | **Home Services** Experienced Pros Happiness Guarantee | **Amazon Ignite** Sell your original Digital Educational Resources | **Amazon Web Services** Scalable Cloud Computing Services |
| **Audible** Listen to Books & Original Audio Performances | **Book Depository** Books With Free Delivery Worldwide | **Box Office Mojo** Find Movie Box Office Data | **ComiXology** Thousands of Digital Comics | **DPReview** Digital Photography | **East Dane** Designer Men's Fashion | **Fabric** Sewing, Quilting & Knitting |
| **Goodreads** Book reviews & recommendations | **IMDb** Movies, TV & Celebrities | **IMDbPro** Get Info Entertainment Professionals Need | **Kindle Direct Publishing** Indie Digital & Print Publishing Made Easy | **Amazon Photos** Unlimited Photo Storage Free With Prime | **Prime Video Direct** Video Distribution Made Easy | **Shopbop** Designer Fashion Brands |
| **Amazon Warehouse** Great Deals on Quality Used Products | **Whole Foods Market** America's Healthiest Grocery Store | **Woot!** Deals and Shenanigans | **Zappos** Shoes & Clothing | **Ring** Smart Home Security Systems | **eero WiFi** Stream 4K Video in Every Room | **Blink** Smart Security for Every Home |
| | **Neighbors App** Real-Time Crime & Safety Alerts | **Amazon Subscription Boxes** Top subscription boxes – right to your door | **PillPack** Pharmacy Simplified | **Amazon Renewed** Like-new products you can trust | **Amazon Second Chance** Pass it on, trade it in, give it a second life | |

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2021, Amazon.com, Inc. or its affiliates

**Back to top**

### Get to Know Us

Careers

Blog

About Amazon

Sustainability

Press Center

Investor Relations

Amazon Devices

### Make Money with Us

Sell products on Amazon

Sell apps on Amazon

Become an Affiliate

Become a Delivery Driver

Start a package delivery business

Advertise Your Products

Self-Publish with Us

Host an Amazon Hub

› See More Ways to Make Money

### Amazon Payment Products

Amazon Rewards Visa Signature Cards

Amazon.com Store Card

Amazon Secured Card

Amazon Business Card

Amazon Business Line of Credit

Shop with Points

Credit Card Marketplace

Reload Your Balance

Amazon Currency Converter

### Let Us Help You

Amazon and COVID-19

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Amazon Assistant

Help



| English | United States |
| --- | --- |

| | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| **Amazon Music** Stream millions of songs | **Amazon Advertising** Find, attract, and engage customers | **Amazon Drive** Cloud storage from Amazon | **6pm** Score deals on fashion brands | **AbeBooks** Books, art & collectibles | **ACX** Audiobook Publishing Made Easy | **Alexa** Actionable Analytics for the Web |
| **Sell on Amazon** Start a Selling Account | **Amazon Business** Everything For Your Business | **Amazon Fresh** Groceries & More Right To Your Door | **AmazonGlobal** Ship Orders Internationally | **Home Services** Experienced Pros Happiness Guarantee | **Amazon Ignite** Sell your original Digital Educational Resources | **Amazon Web Services** Scalable Cloud Computing Services |
| **Audible** Listen to Books & Original Audio Performances | **Book Depository** Books With Free Delivery Worldwide | **Box Office Mojo** Find Movie Box Office Data | **ComiXology** Thousands of Digital Comics | **DPReview** Digital Photography | **East Dane** Designer Men's Fashion | **Fabric** Sewing, Quilting & Knitting |
| **Goodreads** Book reviews & recommendations | **IMDb** Movies, TV & Celebrities | **IMDbPro** Get Info Entertainment Professionals Need | **Kindle Direct Publishing** Indie Digital & Print Publishing Made Easy | **Amazon Photos** Unlimited Photo Storage Free With Prime | **Prime Video Direct** Video Distribution Made Easy | **Shopbop** Designer Fashion Brands |
| **Amazon Warehouse** Great Deals on Quality Used Products | **Whole Foods Market** America's Healthiest Grocery Store | **Woot!** Deals and Shenanigans | **Zappos** Shoes & Clothing | **Ring** Smart Home Security Systems | **eero WiFi** Stream 4K Video in Every Room | **Blink** Smart Security for Every Home |
| | **Neighbors App** Real-Time Crime & Safety Alerts | **Amazon Subscription Boxes** Top subscription boxes – right to your door | **PillPack** Pharmacy Simplified | **Amazon Renewed** Like-new products you can trust | **Amazon Second Chance** Pass it on, trade it in, give it a second life | |

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2021, Amazon.com, Inc. or its affiliates

 amazon

Hello
Select your address
Hello, Sign in
Account & Lists
Returns
& Orders
0
Cart

≡ All | Best Sellers | Customer Service | Prime ▼ | New Releases | Pharmacy | Books | Fashion | Toys & Games | Low prices on school supplies

Sports & Outdoors | Sports & Fitness | Outdoor Recreation | Sports Fan Shop | Sports Deals | Outdoor Deals



Gonex | Gonex Skateboards for Beginners, 31 x 8 Inch Complete... | ★★★★½ 1,666 | $39.99 ✓prime

Sports & Outdoors › Outdoor Recreation › Skates, Skateboards & Scooters › Scooters & Equipment › Scooters › Self Balancing Scooters

Sponsored ⓘ



2 VIDEOS

Roll over image to zoom in

# Gyroor Warrior 8.5 inch All Terrain Off Road Hoverboard with Bluetooth Speakers and LED Lights, UL2272 Certified Self Balancing Scooter

Visit the Gyroor Store

★★★★½ ▼ | 3,388 ratings
| 304 answered questions

Price: **$299.00**

🟧 Coupon ☐ Save an extra $30.00 when you apply this coupon. Details

**Pay $24.92/month for 12 months, interest-free upon approval for the Amazon Rewards Visa Card**

Color: **black**

 

| | |
|---|---|
| **Brand** | Gyroor |
| **Color** | Black |
| **Package Dimensions** | 27.2 x 11.7 x 9.9 inches; 2.2 Pounds |
| **Maximum Weight Recommendation** | 265 Pounds |
| **Frame Material** | Aluminum |

## About this item
- SUPER STURDY & DURABLE – The Warrior 8.5 inch Off Road Hoverboard is made from a perfect combination of UL approved materials which make up its sturdy structure that guarantees durability while keeping you safe during rides and allowing you enjoy this hoverboard for years to come.
- ALL-TERRAIN RIDES - With 8.5 inch solid tires and 700 watts motor you can be sure of a smooth and easier ride on all terrains. So, feel free to ride on grass,

**$299.00**

FREE delivery: **Aug 17 - Sep 8**

Fastest delivery: **Aug 2 - 5**

⊙ Select delivery location

**In stock.**
Usually ships within 4 to 5 days.

[ Add to Cart ]

[ Buy Now ]

🔒 Secure transaction

Ships from  zhipeng-us
Sold by     zhipeng-us
            Just launched

Return policy: This item is returnable ▼

**Add a Protection Plan:**
☐ 2 Year Sporting Goods Protection Plan for $24.99

[ Add to List ]

Have one to sell?
[ Sell on Amazon ]



SISIGAD Hoverboard, with Bluetooth and Colorful Lights...
★★★★½ 8,403
$144.99

Sponsored ⓘ

Document title: Amazon.com: Gyroor Warrior 8.5 inch All Terrain Off Road Hoverboard with Bluetooth Speakers and LED Lights, UL2272 Certified Self Balancing Scoot...
Capture URL: https://www.amazon.com/Gyroor-Hoverboard-Bluetooth-Certified-Balancing/dp/B0779826VN/ref=sr_1_1_sspa?...
Capture timestamp (UTC): Thu, 22 Jul 2021 20:13:38 GMT



★★★★½ 8,403
$8.99
Sponsored ⓘ



Roll over image to zoom in

approved materials which make up its
~~structure~~ that guarantees its
durability while keeping you safe during
rides and allowing you enjoy this
hoverboard for years to come.

- **ALL-TERRAIN RIDES** - With 8.5 inch
  solid tires and 700 watts motor you can
  be sure of a smooth and easier ride on
  all terrains. So, feel free to ride on grass,
  dirt, gravel or wet surfaces. Ride like a
  warrior!

- **MUSIC SPEAKER INCLUDED** – For the
  music lovers, we have added a Built-in
  branded high quality music speaker to
  allow you play your music when riding
  the hoverboard. No ride will be more
  fun than this!

- **SELF BALANCING BOARD** – The Self
  balancing technology used for this
  hoverboard makes it easier and safe for
  new riders. Master the art of balancing
  in minutes!

- **OUR SAFETY PROMISE** – This
  hoverboard is UL2272 certified and this
  means it has passed strict electrical and
  safety test to assure safe charging and
  rides. If you feel this hoverboard is
  performing below this promise, feel free
  to contact us.



CBD All-Terrain
Hoverboard, Two-
Wheel 6.5 inch Self
Balancing...
✓prime

Sponsored ⓘ

## Frequently bought together



Total price: **$449.00**

**Add all three to Cart**

ⓘ Some of these items ship sooner than the others. Show details

☑ **This item:** Gyroor Warrior 8.5 inch All Terrain Off Road Hoverboard with Bluetooth Speakers and LED Lights, UL227... **$299.00**

☑ EverCross Hoverboard Seat Attachment, Hoverboard Attachments, Hoverboard Accessories Compatible with 6.5" 8" ... **$75.00**

☑ EverCross Hoverboard Seat Attachment, New Gen Hoverboard Seat with Safety Brake System, Hoverboard Attachm... **$75.00**

## Products related to this item

Sponsored ⓘ

Page 1 of 49

     

---

Document title: Amazon.com: Gyroor Warrior 8.5 inch All Terrain Off Road Hoverboard with Bluetooth Speakers and LED Lights, UL2272 Certified Self Balancing Scoot...
Capture URL: https://www.amazon.com/Gyroor-Hoverboard-Bluetooth-Certified-Balancing/dp/B0779826VN/ref=sr_1_1_sspa?...
Capture timestamp (UTC): Thu, 22 Jul 2021 20:13:38 GMT

Page 2 of 13

☑ EverCross Hoverboard Seat Attachment, New Gen Hoverboard Seat with Safety Brake System, Hoverboard Attachm... $75.00

## Products related to this item

Sponsored ⓘ

Page 1 of 49

    

| Gyroor G2 Hoverboard 8.5" Off Road All Terrain Hoverboards Bluetooth Speaker&Self B... | Swagtron Swagboard Outlaw T6 Off-Road Hoverboard - First in The World to Handle Ove... | Gyroor Hoverboard Hovershoes-Gyroshoes S300 Electric Roller Skate Hoverboard with... | Gyroor Hoverboard Off Road All Terrian 6.5" Two-Wheel G11 Flash LED Light Self Bala... | Gyroor Electric Bike for Adults, 450W eBike with 18.6MPH up to 20 Mileage, Folding ... |
|---|---|---|---|---|
| ★★★★☆ 14 | ★★★★☆ 728 | ★★★★½ 83 | ★★★★½ 411 | ★★★½☆ 49 |
| $399.00 | $349.99 ✓prime | $229.00 ✓prime | $199.00 | $659.99 ✓prime |

## 4 stars and above

Sponsored ⓘ

Page 1 of 18

    

| Swagtron Swagboard Outlaw T6 Off-Road Hoverboard - First in The World to Handle Ove... | Gyroor Hoverboard Hovershoes-Gyroshoes S300 Electric Roller Skate Hoverboard with... | Gyroor Hoverboard Off Road All Terrian 6.5" Two-Wheel G11 Flash LED Light Self Bala... | CBD Flash Hoverboard, All Terrain hoverboard Off Road Two-Wheel 6.5 inch Self Balan... | Emaxusa Hoverboard Self Balancing Scooter 6.5" Two-Wheel Hoverboards with... |
|---|---|---|---|---|
| ★★★★☆ 728 | ★★★★½ 83 | ★★★★½ 411 | ★★★★½ 293 | ★★★★½ 119 |
| $349.99 ✓prime | $229.00 ✓prime | $199.00 | $229.99 ✓prime | $148.00 ✓prime |

## Special offers and product promotions

- **Amazon Business:** Make the most of your Amazon Business account with exclusive tools and savings. Login now

- Get a **$50 Amazon Gift Card** instantly upon approval for the **Amazon Rewards Visa Card. No annual fee.** Apply now

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

## Product Description



Document title: Amazon.com: Gyroor Warrior 8.5 inch All Terrain Off Road Hoverboard with Bluetooth Speakers and LED Lights, UL2272 Certified Self Balancing Scoot...
Capture URL: https://www.amazon.com/Gyroor-Hoverboard-Bluetooth-Certified-Balancing/dp/B0779826VN/ref=sr_1_1_sspa?...
Capture timestamp (UTC): Thu, 22 Jul 2021 20:13:38 GMT
Page 3 of 13

**Product Description**



**Gyroor** has always been dedicated to creating Hoverboards that are safety, fun and ease of use, making every family have more interaction and happy memories. With GYROOR hoverboard, that vision is now a reality. Say hello to the future.



## Gyroor Hoverboard is UL certified and passed all safety tests

After several researches, we found that safety is the first priority for hoverboard users. Hence, the Gyroor Warrior Off-Road Hoverboard has tested for safety, passing all tests and is UL certified, making the GYROOR warrior G2 hoverboard absolutely safe and harmless for all level of riders.



### Sturdy and Durable

Gyroor Warrior is made from durable aluminum and certain ABS parts to ensure a pretty strong body that is sure to stand the test of time. This means that you can use the hoverboard for a long time without having to bother about the longevity of the casing.

- Motor: 350W*2 Motors

Document title: Amazon.com: Gyroor Warrior 8.5 inch All Terrain Off Road Hoverboard with Bluetooth Speakers and LED Lights, UL2272 Certified Self Balancing Scoot…
Capture URL: https://www.amazon.com/Gyroor-Hoverboard-Bluetooth-Certified-Balancing/dp/B0779826VN/ref=sr_1_1_sspa?…
Capture timestamp (UTC): Thu, 22 Jul 2021 20:13:38 GMT
Page 4 of 13

After several researches, we found that safety is the first priority for hoverboard users. Hence, the Gyroor Warrior Off-Road Hoverboard has tested for safety, passing all tests and is UL certified, making the GYROOR warrior 6.2 hoverboard absolutely safe and harmless for all levels of riders.



**STURDY SHELL**

### Sturdy and Durable

Gyroor Warrior is made from durable aluminum and certain ABS parts to ensure a pretty strong body that is sure to stand the test of time. This means that you can use the hoverboard for a long time without having to bother about the longevity of the casing.

- Motor: 350W*2 Motors
- LED: Colorful LED Lights
- Max Speed: 9.95 Miles/Hour
- Charging Time: 1.5 to 2 Hours
- Distance on Full Charge: 7.5~9.5 Miles
- Safety : UL 2272 Certified Hoverboard
- Music Speaker: Pro Music Speaker
- Lithium-Ion Battery: 4.0Ah/36V Powerful Battery

### Master all terrains

GYROOR WARRIOR can handle bumpy pavements, gravel, grass, sand, and dirt paths, allowing you enjoy a smooth ride while getting the best out of your self-balancing hoverboard.



**CLIMBING 30°**

- Water Resistant: IP54
- Max Load: 265 Pounds
- Net Weight: 33 Pounds.
- Max Climbing Angle: 30 °
- Frame Material: Metal and Aluminum
- Tires: 8.5 inch/215mm Rubber Solid Tires
- Charging Voltage: AC100 to 240V/50-60Hz
- Product Dimensions: 29.6 Inch x 9.9 Inch x 8.8 Inch
- **Package Contains: All-New Vehicle, Battery Charger & Power Cord, Carry Bag, Rubber Protectors, User Manual,Card**



**Music speaker**



**350W x 2 Motors**



**Self-balancing security protection**

### Music and Lights

The great quality music speaker and beautiful LED lights add to the magnificence of this Off-Road Hoverboard.

### Powerful Motor

Powered by 350 watts powerful dual motors with solid shock absorber tires you can easily ride faster with more stability.

### Self Balancing

Its self-balancing mode helps you to get balanced in less than a minute.





LED lights add to the magnificence of this Off-Road Hoverboard.  with solid shock absorber tires you can easily ride faster with more stability.  balanced in less than a minute.



## SMARTEST OFF ROAD HOVERBOARD

This is the smartest hoverboard you can get in the market today as it allows full stability for even the new riders, making it a perfect gift choice and favorite for kids.

---

## Product details

Color: **black**

**Package Dimensions :** 39.8 x 12.3 x 10.1 inches; 31.95 Pounds

**Date First Available :** November 9, 2017

**ASIN :** B07S4KXRQR

**Best Sellers Rank:** #11,403 in Sports & Outdoors (See Top 100 in Sports & Outdoors)
#9 in Self Balancing Scooters

**Customer Reviews:**
★★★★½  ⌄   3,388 ratings

# Videos

Page 1 of 4

### Videos for this product

   

**Videos for this product**



**Customer Review:** great product

1:47

The Rileys



Fun on the go! safe commuting !

4:55

DARIO & MININA - (MEDIABOXENT)



Gyroor Hoverboard Warrior 8.5 inch All Terrain Off Road...

1:26

Gyroor



Top 5 Best Self Bala... in 2021

Best Guider

[ Upload your video ]

## Products related to this item

Sponsored ⓘ

Page 1 of 28



Swagtron Swagboard Outlaw T6 Off-Road Hoverboard - First in The World to Handle Ove...
★★★★☆ 728
$349.99 ✓prime



CBD Flash Hoverboard, All Terrain hoverboard Off Road Two-Wheel 6.5 inch Self Balan...
★★★★☆ 293
$229.99 ✓prime




SISIGAD Hoverboard with Bluetooth, 6.5" Two Wheels Self Balancing Scooter with Buil...
★★★★☆ 206
$229.99 ✓prime



Gyroor G2 Hoverboard 8.5" Off Road All Terrain Hoverboards Bluetooth Speaker&Self B...
★★★★☆ 14
$399.00



Felimoda 6.5 Inch Hoverboard with Bluetooth Speaker, Two Wheels Self Balancing...
★★★★☆ 89
$139.99 ✓prime

5% off coupon



SISIGAD Hoverboard Self Balancing Scooter 6.5" Two-Wheel Self Balancing Hoverboard with Bluetooth Speaker...
★★★★☆ 3,490
$179.99 ✓prime

Sponsored ⓘ

## Customer questions & answers

🔍 Have a question? Search for answers

7 votes

**Question:** For everyone that gave this hoverboard 4 to 5 stars, how long have you been using it without any problems?

**Answer:** 6 months. Daily use on hard surfaces and grass, no issues. Good power, good app, great batteries.

# Customer questions & answers

🔍 Have a question? Search for answers

▲
7
votes
▼

**Question:** For everyone that gave this hoverboard 4 to 5 stars, how long have you been using it without any problems?

**Answer:** 6 months. Daily use on hard surfaces and grass, no issues. Good power, good app, great batteries. If you want the best, stop here. This board is not a toy! Well build, and can easily handle a seat attachment. Rides higher that most other boards.

By John D. on June 8, 2020

⌄ See more answers (1)

▲
3
votes
▼

**Question:** What app to download? and from where? looked on android play store, and didn't find anything with the name gyroor. also, some of the answers regarding app are confusing -- some say it works with app, other say it doesn't.

**Answer:** Hello, thanks for your question. Gyroor new version hoverboard with app is on sale now, and the app name called Gyroor, it can be downloaded at smartphone store or scan the QR code at the back of the user manual.

By Gyroor **SELLER** on July 24, 2018

⌄ See more answers (4)

▲
2
votes
▼

**Question:** Why does my G2 only charge for 30 min before the charging pack says it is fully charged but the led lights are red when riding?

**Answer:** Does it still last long when riding? My son's does that but I notice that it's blue on one side and red on a other. I dont think it has to do with the charge.... His lasts several weeks before needing to recharge. He just rides off and on, not long rides.

By rose croskey on March 27, 2019

▲
1
vote
▼

**Question:** is this hoverboard FAA compliant, can it be shipped or carried aboard a commercial aircraft?

**Answer:** no hoverboard can be carried on an aircraft. EVEN if the battery power is below TSA and FAA regulation they all say the same thing "it down to the individual airline". The airlines say specifically no hoverboards. I wrote this: https://thetechieguy.com/can-travel-flight-electric-skateboard/

By Liron Segev on January 22, 2019

⌄ See more answers (1)

See more answered questions (300)

# Customer reviews

⭐⭐⭐⭐⯪ 4.7 out of 5

3,388 global ratings

| | | |
|---|---|---|
| 5 star | ███████████ | 85% |
| 4 star | █ | 7% |
| 3 star | ▌ | 2% |
| 2 star | ▎ | 1% |
| 1 star | █ | 4% |

⌄ How are ratings calculated?

## By feature

## Reviews with images

   

See all customer images

## Read reviews that mention

battery life · hoverboard · easy to learn · highly recommend · son loves

heavy duty · old son · easy to use · well built · self balancing

great hoverboard · absolutely loves · old daughter · worth the money



2 star | 
1 star | 4%

⌄ How are ratings calculated?

---

## By feature

| | | |
|---|---|---|
| Easy to learn | ⭐⭐⭐⭐⭐ | 4.8 |
| Safety Features | ⭐⭐⭐⭐⭐ | 4.8 |
| Sturdiness | ⭐⭐⭐⭐½ | 4.6 |

⌄ See more

---

## Review this product

Share your thoughts with other customers

Write a customer review



ASITON Attachment for Transforming Ho…

$429.99 ✓prime

Shop now

Sponsored ⓘ

See all customer images

### Read reviews that mention

| battery life | hoverboard | easy to learn | highly recommend | son loves |
|---|---|---|---|---|

| heavy duty | old son | easy to use | well built | self balancing |
|---|---|---|---|---|

| great hoverboard | absolutely loves | old daughter | worth the money |
|---|---|---|---|

Top reviews ⌄

### Top reviews from the United States

 **Amazon Customer**

⭐⭐⭐⭐⭐ **BEST hoverboard!!**

Reviewed in the United States on August 15, 2018

Color: black  |  Verified Purchase

We got this for our 13 yr old daughter! We love the app you can download on your smartphone. The app has a self balancing mode, adult mode, you can set the speed limit, change LED lights, shut the hoverboard down and a few other functions. We think it is a lot better than the others because of the rubber tires. My daughter even brings it in (after cleaning the tires) and rides it around on our hardwood floors with no damage to them. The speakers on it are great too!!

125 people found this helpful

Helpful  |  Report abuse

 **Sam Thomas**

⭐⭐⭐⭐☆ **Great Product**

Reviewed in the United States on November 27, 2018

Color: black  |  Verified Purchase

This was my first hover board wasn't sure how long it would take me to learn to ride it. After like 30 minutes of training on my own against a wall I was able to ride it with no problems.

The only thing I find bad about this hover board is that every time it starts up it makes a really loud starting indicator noise and says Bluetooth on which I wish I could switch off. Also sometimes when I get off and if it hits something it keeps beeping and won't stop until I power off and back on again.

Apart from these two things I think the hover board is pretty great.

102 people found this helpful

Helpful  |  Report abuse

**Joe M**

⭐⭐⭐⭐⭐ **Best Hoverboard on the market**

Reviewed in the United States on September 12, 2018

Color: black  |  Verified Purchase

This Hoverboard is absolutely the best on the market. Its fast and extremely sturdy. Made of quality materials. The Hoverboard is a bit pricey compared to the cheap plastic knockoffs, but you get what you pay for. Would purchase again and I definitely recommend this product.

P..s.

You can charge the battery from 0 to 100 real quick. Yeah under 3 hours and u get approx. 10 miles with a full charge.

---

Document title: Amazon.com: Gyroor Warrior 8.5 inch All Terrain Off Road Hoverboard with Bluetooth Speakers and LED Lights, UL2272 Certified Self Balancing Scoot…

Capture URL: https://www.amazon.com/Gyroor-Hoverboard-Bluetooth-Certified-Balancing/dp/B0779826VN/ref=sr_1_1_sspa?…

Capture timestamp (UTC): Thu, 22 Jul 2021 20:13:38 GMT

Page 9 of 13

This Hoverboard is absolutely the best on the market. Its fast and extremely sturdy. Made of quality materials. The Hoverboard is a bit pricey compared to the cheap plastic knockoffs, but you get what you pay for. Would purchase again and I definitely recommend this product.

P..s.

You can charge the battery from 0 to 100 real quick. Yeah under 3 hours and u get approx. 10 miles with a full charge.

107 people found this helpful

Helpful | Report abuse

 Jennifer

★★★★★ **Worth it!**

Reviewed in the United States on August 3, 2018

Color: black | **Verified Purchase**

Easy to use once you get the hang of it. Lights are awesome as is the sound system. Getting the app on an iPhone was a bit difficult. Self balancing feature nice. Functionality is bar none. Doesn't work too well on the grass, haven't tried on gravel. App works well, wish it could change to mph instead of kph.



104 people found this helpful

Helpful | Report abuse

 Sissy

★☆☆☆☆ **Problems with Shaking and stopping**

Reviewed in the United States on October 9, 2018

Color: red | **Verified Purchase**

I bought 2 of these hover boards for Christmas during the Amazon customer appreciation event in July. In October the kids just couldn't wait any longer so I gave them their boards early while the weather was still nice. They loved them! However within a few hours of using them, one of the boards was shaking and stopping. My grandson has fallen off twice and injured himself because of this defect. I would love to give this 5 stars because it is well made and the kids love them. But the shaking and stopping is not safe and negates any Positive benefits. We have tried to contact seller but not successful yet.

67 people found this helpful

Helpful | Report abuse

 T. Sutherland

★★★★★ **Super fun!**

Reviewed in the United States on August 9, 2018

Color: black | **Verified Purchase**

Bought this because hubby was jealous of our boy's hover board. The higher weight capacity and off road tires are a huge selling point. Easier to ride than the smaller kid size, more stable feeling. Had an issue with the charging port but Gyroor took care of it no problem!

96 people found this helpful

Helpful | Report abuse

 Liron Segev

Bought this because hubby was jealous of our boy's hover board. The higher weight capacity and off road tires are a huge selling point. Easier to ride than the smaller kid size, more stable feeling. Had an issue with the charging port but Gyroor took care of it no problem!

96 people found this helpful

Helpful | Report abuse

 Liron Segev ✔

⭐⭐⭐⭐⭐ such a great hoverboard! very easy to ride even for a ...
Reviewed in the United States on July 10, 2018
Color: red | Verified Purchase

such a great hoverboard! very easy to ride even for a first-time rider and my kids just got on and within minutes they were zipping around the house. Great quality, cool lights give it that futuristic look and it seems to hold a charge for a long time. The tires are massive which gives the board a really good height, comfortable ride, and even riding outside on lawn is no problem. Highly recommended!

93 people found this helpful

Helpful | Report abuse

 Amazon Customer

⭐⭐⭐⭐⭐ Built tough with a smooth ride
Reviewed in the United States on December 7, 2018
Color: black | Verified Purchase

Heavy duty built with a smooth ride. I bought for my my 10 year old and she loves it. The parents love it too. I love that it comes with it's own totes bag!

84 people found this helpful

Helpful | Report abuse

See all reviews ›

## Inspired by your recent shopping trends

Page 1 of 16

‹











›

TOMOLOO Hoverboard, Bluetooth and LED Music Rhythmed Lights Hover Board with 6.5 Inch Solid 2 Wheel, UL2272 Certified Hoverboard...
⭐⭐⭐⭐½ 59
$179.99

LIEAGLE Hoverboard, 6.5" Self Balancing Scooter Hover Board with Wheels LED Lights for Kids Adults
⭐⭐⭐⭐½ 5,043
$144.99

SISIGAD Hoverboard Self Balancing Scooter 6.5 Two-Wheel Self Balancing Hoverboard with Bluetooth Speaker for Adult Kids
⭐⭐⭐⭐½ 155
$189.99

FLYING-ANT Hoverboard, Hoverboard with Bluetooth and LED Lights Self Balancing Electric Scooter 6.5" Two-Wheel...
⭐⭐⭐⭐½ 172
$134.99-$169.99

TOMOLOO Hoverboard UL2272 Certified 8.5 Inch Off Road Hoverboard App Controlled Electric Self Balancing Scooter for...
⭐⭐⭐⭐½ 27
$299.99

 **EPCTEK** Enjoy riding

EPCTEK Hoverboard with Bluetooth Spe...
⭐⭐⭐⭐½ 56

2 Wheel, UL2272
Certified Hoverboard...
★★★★☆ 59
$179.99

for Kids Adults
★★★★☆ 3,833
$144.99

with Bluetooth Speaker
for Adult Kids
★★★★☆ 155
$189.99

Electric Scooter 6.5"
Two Wheel...
★★★★☆ 172
$134.99-$169.99

Controlled Electric Self
Balancing Scooter for...
★★★★☆ 27
$299.99



**EPCTEK** Enjoy riding        EPCTEK Hoverboard with Bluetooth Spe...
★★★★☆ 56
$139.99 ✓prime        **Shop now**

Sponsored ⓘ

**Pages with related products.** See and discover other items: fast hoverboard, Best dirt scooters for kids, Best led lights for filming, Explore seats for hoverboards

## Recommended based on your shopping trends  Sponsored

Page 1 of 4







SISIGAD Hoverboard Self Balancing Scooter 6.5" Two-Wheel Self Balancing Hoverboard...
★★★★☆ 3,490
$179.99

Newest Generation Electric Hoverboard Dual Motors Two Wheels Hoover Board Smart...
★★★★☆ 2,899
$135.00

FLYING-ANT Hoverboard, Hoverboards for Kids with Bluetooth...
★★★★☆ 352
$169.99

Swagtron Swagboard Outlaw T6 Off-Road Hoverboard
★★★★☆ 728
$349.99

Emaxusa Hoverboard Self Balancing Scooter 6.5" Two-Wheel Hoverboards with...
★★★★☆ 119
$148.00

## Inspired by your browsing history

Page 1 of 10









Hover-1 Buggy Attachment for Transforming Hoverboard Scooter into Go-Kart
★★★★☆ 6,707
$49.94

Hiboy HC-01 Hoverboard Kart Seat Attachment Accessory for 6.5" 8" 10" Two Wheel Self Balancing Scooter
★★★★☆ 1,892
$89.99

Hover-1 Buggy Attachment for Transforming Hoverboard Scooter into Go-Kart
★★★★☆ 6,707
$49.94-$143.00

Gyroor Hoverboard Off Road All Terrian 6.5" Two-Wheel G11 Flash LED Light Self Balancing Hoverboards with Bluetooth Music...
★★★★☆ 411
$199.00

12 Pieces Adjustable Hoverboard Straps and Strap Protector Hook and Loop Fastening...
★★★★☆ 101
**7% off**
$12.99 $13.99
Lowest price in 30 days

## Your Browsing History    View or edit your browsing history ›

Page 1 of 4

See personalized recommendations






**Sign in**

New customer? Start here.

Document title: Amazon.com: Gyroor Warrior 8.5 inch All Terrain Off Road Hoverboard with Bluetooth Speakers and LED Lights, UL2272 Certified Self Balancing Scoot...
Capture URL: https://www.amazon.com/Gyroor-Hoverboard-Bluetooth-Certified-Balancing/dp/B0779826VN/ref=sr_1_1_sspa?...
Capture timestamp (UTC): Thu, 22 Jul 2021 20:13:38 GMT

Page 12 of 13

New customer? Start here.

   



---

**Back to top**

## Get to Know Us

Careers

Blog

About Amazon

Sustainability

Press Center

Investor Relations

Amazon Devices

## Make Money with Us

Sell products on Amazon

Sell apps on Amazon

Become an Affiliate

Become a Delivery Driver

Start a package delivery business

Advertise Your Products

Self-Publish with Us

Host an Amazon Hub

› See More Ways to Make Money

## Amazon Payment Products

Amazon Rewards Visa Signature Cards

Amazon.com Store Card

Amazon Secured Card

Amazon Business Card

Amazon Business Line of Credit

Shop with Points

Credit Card Marketplace

Reload Your Balance

Amazon Currency Converter

## Let Us Help You

Amazon and COVID-19

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Amazon Assistant

Help

---



 English

 United States

---

| | | | | | | |
|---|---|---|---|---|---|---|
| **Amazon Music** Stream millions of songs | **Amazon Advertising** Find, attract, and engage customers | **Amazon Drive** Cloud storage from Amazon | **6pm** Score deals on fashion brands | **AbeBooks** Books, art & collectibles | **ACX** Audiobook Publishing Made Easy | **Alexa** Actionable Analytics for the Web |
| **Sell on Amazon** Start a Selling Account | **Amazon Business** Everything For Your Business | **Amazon Fresh** Groceries & More Right To Your Door | **AmazonGlobal** Ship Orders Internationally | **Home Services** Experienced Pros Happiness Guarantee | **Amazon Ignite** Sell your original Digital Educational Resources | **Amazon Web Services** Scalable Cloud Computing Services |
| **Audible** Listen to Books & Original Audio Performances | **Book Depository** Books With Free Delivery Worldwide | **Box Office Mojo** Find Movie Box Office Data | **ComiXology** Thousands of Digital Comics | **DPReview** Digital Photography | **East Dane** Designer Men's Fashion | **Fabric** Sewing, Quilting & Knitting |
| **Goodreads** Book reviews & recommendations | **IMDb** Movies, TV & Celebrities | **IMDbPro** Get Info Entertainment Professionals Need | **Kindle Direct Publishing** Indie Digital & Print Publishing Made Easy | **Amazon Photos** Unlimited Photo Storage Free With Prime | **Prime Video Direct** Video Distribution Made Easy | **Shopbop** Designer Fashion Brands |
| **Amazon Warehouse** Great Deals on Quality Used Products | **Whole Foods Market** America's Healthiest Grocery Store | **Woot!** Deals and Shenanigans | **Zappos** Shoes & Clothing | **Ring** Smart Home Security Systems | **eero WiFi** Stream 4K Video in Every Room | **Blink** Smart Security for Every Home |
| | **Neighbors App** Real-Time Crime | **Amazon Subscription Boxes** Top subscription boxes – right to your door | **PillPack** Pharmacy Simplified | **Amazon Renewed** Like-new products | **Amazon Second Chance** Pass it on, trade it in, give it a second life | |

---

Document title: Amazon.com: Gyroor Warrior 8.5 inch All Terrain Off Road Hoverboard with Bluetooth Speakers and LED Lights, UL2272 Certified Self Balancing Scoot…

Capture URL: https://www.amazon.com/Gyroor-Hoverboard-Bluetooth-Certified-Balancing/dp/B0779826VN/ref=sr_1_1_sspa?…