# EXHIBIT 3



Document title: Gyroor - The Best Hoverboards, Self Balancing Scooter
Capture URL: https://gyroorboard.com/
Capture timestamp (UTC): Sun, 25 Jul 2021 01:05:48 GMT
Page 1 of 8





CORPORATE PURCHASE   GIVE AWAY   EMAIL

## GYROOR SWIFT

---

The Swift G1 is a fantastic intro into the new riding world. upgraded motherboard will give greater balance for riders.

## GYROOR WARRIOR

---

Gyroor Warrior is the toughest, hardest and smartest off road hoverboard in the world

## GYROOR F1

---

The F1 is the epitome of style, sleek and speed and was inspired by the Formula one racing supercars.



★ REVIEWS

# GYROOR WARRIOR G2 HOVERBOARD

THE TOUGHEST, HARDEST AND SMARTEST OFF ROAD HOVERBOARD

GET IT NOW

## OUR MISSION STATEMENT

---

Leading the hoverboard manufacturing globally by focusing on the highest quality products and stringent testing testing testing

FIND OUT MORE ABOUT US



**GYROOR**

OUR MISSION STATEMENT

CORPORATE PURCHASE GIVE AWAY EMAIL

Leading the hoverboard manufacturing globally by focusing on the highest quality products and stringent testing testing testing

**FIND OUT MORE ABOUT US**



GYROOR SWIFT G1 HOVERBOARD

UPGRADED 6.5 INCH SELF BALANCING HOVERBOARD

**BUY NOW**

★ REVIEWS

## GYROOR ELECTRIC SCOOTER



SALE

SALE



SALE



Document title: Gyroor - The Best Hoverboards, Self Balancing Scooter
Capture URL: https://gyroorboard.com/
Capture timestamp (UTC): Sun, 25 Jul 2021 01:05:48 GMT



CORPORATE PURCHASE    GIVE AWAY    EMAIL



Gyroor C3 Electric Bike for Adults, 450W eBike with 18.6MPH up to 28 Mileage, 14in Air-Filled Tires, Dual Disc Braking, 3 Riding Modes

⭐⭐⭐⭐⭐ 9 Reviews

**$549.00** $699.00



Gyroor C2 electric bike with powerful LED light ebike foldable bike for adults and kids

⭐⭐⭐⭐⭐ 4 Reviews

**$659.99** $799.00



Gyroor electric scooter for kids, , Teens, Boys and Girls, Lightweight and Adjustable Handlebar, Rechargeable Battery, 5 MPH Limit. (H30)

⭐⭐⭐⭐⭐ 7 Reviews

**$129.00** $199.00



Gyroor T581 6.5" Off Road All Terrain Hoverboards with Bluetooth Speaker&LED Lights Self Balancing Hoverboard with Kart Seat Attachment UL2272 Certified for Kids & Adults

⭐⭐⭐⭐⭐ 5 Reviews

**$279.00** $399.00



Gyroor 6.5" inch T581 Hoverboard, All Terrain Off Road ,with Bluetooth Speaker and App-Enabled, Smart Self Balancing Scooter and LED Flashing Lights with UL2272 Certified

⭐⭐⭐⭐⭐ 16 Reviews

**$229.00** $299.00



Gyroor Hoverboard Off Road All Terrian 6.5" Two-Wheel G11 Flash LED Light Self Balancing Hoverboards with Bluetooth Music Speaker and UL 2272 Certified for Kids Adults Gift.(Blue)

⭐⭐⭐⭐⭐ 11 Reviews

**$199.00**



Gyroor K1 Hoverboard Seat Attachment, Hover Board Accessory Go Kart with Adjustable Frame Length Compatible with 6.5" 8" 10" Hoverboards Self Balancing Scooter for Kids and Adults

**$89.99**



Gyroor T580 Hoverboard Self Balancing Scooter with Music Speaker LED Lights, 6.5 inch Two-Wheel Electric Scooter for Kids Adult - UL2272 Certificated

⭐⭐⭐⭐⭐ 4 Reviews

**$167.00** $299.00



Gyroor Electric Roller Skate Hoverboard hovershoes with LED Lights,300W Dual Motor Self Balancing Scooter for Kids and Adults

⭐⭐⭐⭐⭐ 2 Reviews

**$217.00** $599.00



---

Document title: Gyroor - The Best Hoverboards, Self Balancing Scooter
Capture URL: https://gyroorboard.com/
Capture timestamp (UTC): Sun, 25 Jul 2021 01:05:48 GMT

Page 4 of 8



GYROOR

**CORPORATE PURCHASE   GIVE AWAY   EMAIL**

SALE



Gyroor T580 Hoverboard Self Balancing
Scooter with Music Speaker LED Lights, 6.5
inch Two-Wheel Electric Scooter for Kids Adult -
UL2272 Certificated

⭐⭐⭐⭐⭐ 4 Reviews

**$167.00** $299.00



Gyroor Hoverboard Offroad All Terrain Wheel
Self Balancing G5 Hoverboards with Bluetooth
Speaker, UL 2272 Certified Best Gift for Kids
and Adults.

**$229.00**

SALE

Gyroor Electric Roller Skate Hover Board
hovershoes with LED Lights,300W Dual Motor
Self Balancing Scooter for Kids and
Adults,Gyroshoes

⭐⭐⭐⭐⭐ 7 Reviews

**$217.00** $599.00

Manords 32oz BPA Free Leakproof Water Bottle
with Large Motivational Time Marker
Motivational to Ensure You Drink Enough Water
For Fitness, Gym and Outdoor Sports

**$16.99**

## INFLUCENCER SAY



hoy les tenemos el F1 Formula 1 de los
Scooters o self balance la marca es Gyroor y el
modelo es el G-F1 realmente original y muy



F1 Racing Hoverboard? This hoveboad is one
of the fastest and toughest hoverboards on the
market! See me give my first reactions to this



GYROOR WARRIOR, THE STRONGEST
HOVERBOARD IN THE WORLD, Today I'm
going to show you the Gyroorbord Off-road



# GYROOR

CORPORATE PURCHASE  GIVE AWAY  EMAIL

hoy les tenemos el F1 Formula 1 de los
Scooters o self balance la marca es Gyroor y el
modelo es el G-F1 realmente original y muy
bien diseñado y construido.

—— jose Tecnofanatico

F1 Racing Hoverboard? This hoveboad is one
of the fastest and toughest hoverboards on the
market! See me give my first reactions to this
hoverboard.

—— Matthias

GYROOR WARRIOR, THE STRONGEST
HOVERBOARD IN THE WORLD, Today I'm
going to show you the Gyroorbord Off-road
hoverboard.

—— Kim Henriksen







This is the fastest hoverboard in the entire
world. All right boys, good races.you all did
great, but ultimately, I got the fastest
hoverboard.

—— Shonduras

Gyroor Warrior OFF-ROAD HOVERBOARD
Advantages, Strongest and toughest, Very
sensitive, Beginner model for kids learn, Self-
balancing mode.

—— Miberi Tech

STEPHEN SHARER MADE AN AWESOME
SUPER RARE HOVERBOARD MOD WITH
PLAY DOH! CHECK OUT THESE PLAYDOH
KIDS FRIENDLY HOVERBOARD!

—— Stephen Sharer

★ REVIEWS



GYROOR HOVERBOARDS
A NEW GENERATION OF HOVERBOARD

**PLAY VIDEO**

CORPORATE PURCHASE   GIVE AWAY   EMAIL

# GYROOR NEWS

### GYROOR 450W FOLDING ELECTRIC BIKE. 3 ADJUSTABLE SPEEDS ELECTRIC BIKES FOR ADULTS WITH DUAL BRAKING SYSTEM

by MLVEDA MCP  •  January 03, 2020





Read More

### YOU CAN CHOOSE GYROOR T580 HOVERBOARD AS YOUR KIDS' CHRISTMAS GIFT

by MLVEDA MCP  •  November 21, 2019





Read More

### HOW DOES GYROOR HOVERBOARD DO IT?

by MLVEDA MCP  •  October 16, 2019





Read More

# INSTAGRAM



Document title: Gyroor - The Best Hoverboards, Self Balancing Scooter
Capture URL: https://gyroorboard.com/
Capture timestamp (UTC): Sun, 25 Jul 2021 01:05:48 GMT



by MLVEDA MCP · January 03, 2020

Read More

Read More

Read More

# INSTAGRAM



FOLLOW

SEARCH    GYROOR AMAZON    DISTRIBUTION

CORPORATE PURCHASE    WARRANTY    PRIVACY POLICY

FAQ    GIFT FOR FREE

RESET HOVERBOARD-INSTRUCTION

Sign up to get the latest on sales, new releases and more …

Enter your email address...    SIGN UP

© 2021 GYROOR.

Powered by Shopify

---



★ REVIEWS

HOVERBOARD    E-SCOOTER    E-BIKE    OTHER



Free Product Testing



New Product



Up to 50% Off





# HOVERBOARD + KART

## LET'S PLAY GYROOR T581 HOVERBOARD WITH A MORE FUNNY GO-KART

**PLAY VIDEO**

★ REVIEWS







WHERE TO BUY?

SERVICE & SUPPORT

OTHER INNOVATION



GYROOR

ABOUT ⌄   COMMUNITY ⌄

WHERE TO BUY?         SERVICE & SUPPORT         OTHER INNOVATION

# GYROOR PRODUCTS

Gyroor Hoverboard brings raw value and love into its hoverboards by deploying is vast hoverboard technology experience, a dedicated research and development team, and a world-class factory. Hoverboard believes that it is the people who understand and recognize the needs of their customers that are its greatest assets. The Gyroor hoverboard team and at the center of their passion the desire to constantly satisfy the customer with the highest quality and the latest hoverboard designs and technology.



Gyroor electric scooter for kids, , Teens, Boys and Girls, Lightweight and Adjustable Handlebar, Rechargeable Battery, 5 MPH Limit. H30

★★★★★ 7 Reviews

$129.00 $199.00



Gyroor C3 Electric Bike for Adults, 450W eBike with 18.6MPH up to 28 Mileage, 14in Air-Filled Tires, Dual Disc Braking, 3 Riding Modes

★★★★★ 8 Reviews

$549.00



Gyroor Gyroshoes Electric Roller Skate Hover Board hovershoes with LED Lights,300W Dual Motor Self Balancing Scooter for Kids and Adults

★★★★★ 6 Reviews

$217.00 $299.00



Gyroor Hoverboard Off Road All Terrian 6.5" Two-Wheel G11 Flash LED Light Self Balancing Hoverboards with Bluetooth Music Speaker and UL 2272 Certified for Kids Adults Gift.(Blue)

★★★★★ 7 Reviews

$199.00



Gyroor 6.5 Inch T580 Swift Hoverboard with Flashed Wheel Smart Self Balanceing Scooter with Music Speaker App-Enabled UL2272 Certificated Hoverboard



Gyroor C2 electric bike for adults and kids with powerful LED light ebike foldable bike

★★★★★ 3 Reviews

$659.99 $799.00



Gyroor Swift Hoverboard Self Balancing Scooter with Music Speaker LED Lights, 6.5 inch Two-Wheel Electric Scooter for Kids Adult - UL2272 Certificated



Gyroor T581 Hoverboard 6.5" Off Road All Terrain Hoverboards with Bluetooth Speaker&LED Lights Two-Wheel Self Balancing Hoverboard with Kart Seat

GYROOR  ABOUT ⌄  COMMUNITY ⌄

Gyroor 6.5 Inch T580 Swift Hoverboard with Flashed Wheel Smart Self Balancing Scooter with Music Speaker App-Enabled UL2272 Certificated Hoverboard for Kids and Adults
★★★★★ 1 Review
**$167.00** $299.00

Gyroor C2 electric bike for adults and kids with powerful LED light ebike foldable bike
★★★★★ 3 Reviews
**$659.99** $799.00

Gyroor ... Self Balancing Scooter with Music Speaker LED Lights, 6.5 inch Two-Wheel Electric Scooter for Kids Adult - UL2272 Certificated
★★★★★ 7 Reviews
**$167.00** $219.00

Gyroor T581 Hoverboard 6.5" Off Road All Terrain Hoverboards with Bluetooth Speaker&LED Lights Two-Wheel Self Balancing Hoverboard with Kart Seat Attachment UL2272 Certified for Kids & Adults
★★★★★ 3 Reviews
**$279.00** $399.00







Gyroor T581 Hoverboard 6.5" Off Road All Terrain Hoverboard with Bluetooth Speaker and LED Lights Two-Wheel Self Balancing Hoverboard for Adult Kids Gift UL2272 Certified
★★★★★ 1 Review
**$229.00** $299.00

Gyroor K1 Hoverboard Seat Attachment, Hover Board Accessory Go Kart with Adjustable Frame Length Compatible with 6.5" 8" 10" Hoverboards Self Balancing Scooter for Kids and Adults
**$89.99**

Gyroor G-F1 Hoverboard,8.5" Off Road Hover Board with Bluetooth Speaker&LED Lights,Fastest Racing Self Balancing Scooter with App for Kids and Adult,UL2272 Certified
★★★★★ 1 Review
**Sold Out**

# INFLUENCERS SAY







F1 Racing Hoverboard? This hoveboad is one of the fastest and toughest hoverboards on the market! See me give my first reactions to this hoverboard.

— **Matthias**

hatUnboxing /review of the new gyroshoes.They are so much fun! If you know how to ride on a hoverboard than these should be easy for you, have a good day!!!

— **Jessalyn Grace**

STEPHEN SHARER MADE AN AWESOME SUPER RARE HOVERBOARD MOD WITH PLAY DOH! CHECK OUT THESE PLAYDOH KIDS FRIENDLY HOVERBOARD!

— **Stephen Sharer**



Document title: Gyroor: The Best Hoverboard Electric Selfbalance and Scooter of 2019
Capture URL: https://gyroor.com/
Capture timestamp (UTC): Sun, 25 Jul 2021 01:07:21 GMT
Page 4 of 7

hoverboard.

— Matthias

you, have a good day!!!

— Jessalyn Grace

SUPER RARE HOVERBOARD MOB WITH

KIDS FRIENDLY HOVERBOARD!

— Stephen Sharer

# NEWS

## BRAND AUTHORIZATION

December 24, 2020



Read More

## WHY YOU CHOOSE GYROOR HOVERBOARDS?

October 16, 2019



Read More

★ REVIEWS

# INSTAGRAM

FOLLOW

SEARCH   ABOUT US   CONTACT US   AMAZON

TO GET REWARD   RESET HOVERBOARD-CALIBRATION

FAQ

Sign up to get the latest on sales, new releases and more ...

FAQ

Sign up to get the latest on sales, new releases and more …

Enter your email address...                    **SIGN UP**

© 2021 **G yroor**.

Designed by Out of the Sandbox. Powered by Shopify



Powered by

⭐⭐⭐⭐⭐    306 Reviews                    ☑ WRITE A REVIEW

**Reviews (306)**

★ REVIEWS

**Donnie B.** Verified Buyer                                                04/29/21
⭐⭐⭐⭐⭐

**Gyropr E-Bike**
Fun little bike. Battery fair, bike smooth and fast for its size. Lots of fun.

↪ Share  |                                  Was This Review Helpful?  👍 2  👎 1

---

**Charles M.** Verified Buyer                                              04/26/21
⭐⭐⭐⭐⭐

**Very impressed**
I have been very impressed so far. Perfect size and actually goes pretty fast. Seems better built than other affordable electric bikes that I have bought.
Range is as described. It also was very easy to put together. It took less than 10 minutes.

↪ Share  |                                  Was This Review Helpful?  👍 1  👎 1

---

**Angelica S.** Verified Buyer                                             04/13/21
⭐⭐⭐⭐⭐

**best ebike on the web!**
amazing bike for an amazing price! SUPER fun!

↪ Share  |                                  Was This Review Helpful?  👍 1  👎 0

---

**Matthew H.** Verified Buyer                                              04/12/21
⭐⭐⭐⭐⭐

**Great hoverboard!**
Great hoverboard!

ABOUT ∨   COMMUNITY ∨

Powered by

★★★★★  306 Reviews

[✎ WRITE A REVIEW]

**Reviews (306)**

---

**D**  **Donnie B.** Verified Buyer                                                04/29/21
★★★★★

**Gyropr E-Bike**
Fun little bike. Battery fair, bike smooth and fast for its size. Lots of fun.

↪ Share |                                      Was This Review Helpful?  👍 2  👎 1

---

**C**  **Charles M.** Verified Buyer                                               04/26/21
★★★★★

**Very impressed**
I have been very impressed so far. Perfect size and actually goes pretty fast. Seems better built than other affordable electric bikes that I have bought.
Range is as described. It also was very easy to put together. It took less than 10 minutes.

↪ Share |                                      Was This Review Helpful?  👍 1  👎 1

---

**A**  **Angelica S.** Verified Buyer                                              04/13/21
★★★★★

**best ebike on the web!**
amazing bike for an amazing price! SUPER fun!

↪ Share |                                      Was This Review Helpful?  👍 1  👎 0

---

**M**  **Matthew H.** Verified Buyer                                              04/12/21
★★★★★

**Great hoverboard!**
Great hoverboard!

↪ Share |                                      Was This Review Helpful?  👍 2  👎 1

---

**D**  **Donald D.** Verified Buyer                                               04/06/21
★★★★★

**Great product!**
This is the second hoverboard I purchased this month. I was looking to buy a hoverboard and seat attachment as a gift for my grandson. The first
hoverboard we purchased was torn up after 3 rides with the seat attachment. In addition its battery would run down in 15 minutes after 3 hours of
charging. After doing further research I purchased this Gy...Read More

↪ Share |                                      Was This Review Helpful?  👍 6  👎 0

---

<   1  2  3  4  5  6  7  8  9   >






amazon

Hello, Sign in
Account & Lists

Returns
& Orders

0
Cart



☰ All  Best Sellers  Customer Service  Prime ▾  New Releases  Pharmacy  Books  Fashion  Toys & Games

**Home makeover with Alicia Keys**

Sports & Outdoors  Sports & Fitness  Outdoor Recreation  Sports Fan Shop  Sports Deals  Outdoor Deals

HOVER-1    Hover-1 Dream Hoverboard Electric Scooter Light Up LED Wheels    ★★★★½ 437
$139.99 ✓prime

Sports & Outdoors › Outdoor Recreation › Skates, Skateboards & Scooters › Scooters & Equipment › Scooters › Self Balancing Scooters

Sponsored ⓘ



⏵ VIDEO

Roll over image to zoom in

# Hoverboard All Terrain Off Road 6.5" inch T581 Hoverboards,with Bluetooth Speaker and App-Enabled, Smart Self Balancing Hover Board and Two-Wheel with UL2272 Certified for Kids and Adults

Brand: Magic hover
★★★★½ ⌄   329 ratings
| 72 answered questions

Price: **$279.00** & FREE Returns

Get $50 off instantly: Pay $229.00 upon approval for the Amazon Rewards Visa Card.

Color: **blue-T581*kart**

 

| | |
|---|---|
| **Brand** | Magic hover |
| **Color** | Blue-T581*kart |
| **Package Dimensions** | 26 x 18.15 x 11.75 inches; 36.2 Pounds |

## About this item

- Strong off road hoverboard -powered by 703 watt motors. This self balancing hoverboard use strong off road tires which have great adaptability for all terrains, you will feel safe no matter what sorts of road you are on.
- Hoverboard smart APP - efficient app helps you stay in complete control. Use app to change modes, check battery, see and change the speed, and control the LED lights with ease.
- Two modes - For for all riders. Child mode makes the hoverboard easier to control for first time or children. Adult mode allows expert riders to enjoy this product and perform hoverboard tricks

$279.00
& FREE Returns ⌄

FREE delivery: **Monday, Aug 2** Details

◉ Select delivery location

**In Stock.**

Qty: 1 ⌄

**Add to Cart**

**Buy Now**

🔒 Secure transaction

Ships from  Amazon
Sold by  Runchenyun

Return policy: This item is returnable ⌄

prime

**Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime**

Try Prime and start saving today with Fast, FREE Delivery

**Add a Protection Plan:**

☐ 2 Year Sporting Goods Protection Plan for $24.99

☐ Add a gift receipt for easy returns

**Add to List**

Have one to sell?

Sell on Amazon



HOVER-1

Follow the leader





helps you stay in complete control. Use see and change the speed, and control the LED lights with ease.

- Two modes - For for all riders. Child mode makes the hoverboard easier to control for first time or children. Adult mode allows expert riders to enjoy this product and perform hoverboard tricks with ease.
- High quality bluetooth music speaker - The Magic Swift sports a built in branded high quality speaker that allows you to enjoy music while you ride.
- Safest self balancing hoverboard - Every hover board is designed and built to provide world class levels of safety and security. This hover board and its battery are UL certified.(UL2272 & UL2271) 103% ride tested, and all Magic hoverboards are desined and built to meet top levels of safety testing. Passed CE, RoHS, and FCC certifications.

Sell on Amazon

**XHOVER-1**

*Follow the leader*

Hover-1 Titan Electric Self-Balancing Hoverboard Scooter
⭐⭐⭐⭐½ 1,477
$249.99 ✓prime

Sponsored ⓘ

Roll over image to zoom in

Hover-1 Drive Hoverboard for Kids Self Balancing Electric…
✓prime

Sponsored ⓘ

## Frequently bought together



Total price: $650.37
[Add all three to Cart]

ⓘ Some of these items ship sooner than the others. Show details

- ☑ **This item:** Hoverboard All Terrain Off Road 6.5" inch T581 Hoverboards,with Bluetooth Speaker and App-Enabled, S… $279.00
- ☑ Hover-1 Buggy Attachment for Transforming Hoverboard Scooter into Go-Kart $72.37
- ☑ Gyroor Warrior 8.5 inch All Terrain Off Road Hoverboard with Bluetooth Speakers and LED Lights, UL2272 Certified … $299.00

## Products related to this item

Page 1 of 48

Sponsored ⓘ

    

Document title: Amazon.com: Magic hover Hoverboard Off Road All Terrain Self Balancing Scooter 6.5&quot; T581 Flash Two-Wheel Self Balancing Hoverboard with…
Capture URL: https://www.amazon.com/Magic-hover-Hoverboard-Bluetooth-App-Enabled/dp/B07PLSJRGQ/ref=sr_1_1_sspa?…
Capture timestamp (UTC): Sun, 25 Jul 2021 01:09:49 GMT
Page 2 of 14

Case: 1:20-cv-04806 Document #: 383-3 Filed: 08/24/21 Page 19 of 90 PageID #:8696

Sponsored







**GYROOR T581 Hoverboard 6.5" Off Road All Terrain Hoverboards with…**
★★★★☆ 744
$279.00

**Gyroor T581 Hoverboard 6.5" Off Road All Terrain Hoverboard with Bluetooth Speaker …**
★★★★☆ 1,066
$229.00

**Gyroor Warrior 8.5 inch All Terrain Off Road Hoverboard with Bluetooth Speakers…**
★★★★☆ 3,391
$299.00

**Swagtron Swagboard Outlaw T6 Off-Road Hoverboard - First in The World to Handle Ove…**
★★★★☆ 730
$349.99 ✓prime

**CBD Flash Hoverboard, All Terrain hoverboard Off Road Two-Wheel 6.5 inch Self Balan…**
★★★★☆ 294
$229.99 ✓prime

## 4 stars and above

Sponsored







**GYROOR T581 Hoverboard 6.5" Off Road All Terrain Hoverboards with…**
★★★★☆ 744
$279.00
Frame Material: **Aluminum**

**Gyroor T581 Hoverboard 6.5" Off Road All Terrain Hoverboard with Bluetooth Speaker …**
★★★★☆ 1,066
$229.00
Frame Material: **Aluminum**

**Gyroor Warrior 8.5 inch All Terrain Off Road Hoverboard with Bluetooth Speakers…**
★★★★☆ 3,391
$299.00
Item Weight: **2.2 Pounds**
Frame Material: **Aluminum**

**Swagtron Swagboard Outlaw T6 Off-Road Hoverboard - First in The World to Handle Ove…**
★★★★☆ 730
$349.99 ✓prime
Number of Wheels: **2**
Wheel Material: **Alloy Steel**
Wheel Size: **10 Inches**
Frame Material: **Aluminum**

**CBD Flash Hoverboard, All Terrain hoverboard Off Road Two-Wheel 6.5 inch Self Balan…**
★★★★☆ 294
$229.99 ✓prime
Item Weight: **5 Pounds**
Wheel Size: **6.5 Inches**

## Special offers and product promotions

- **Amazon Business:** Make the most of your Amazon Business account with exclusive tools and savings. **Login now**

- Get a **$50 Amazon Gift Card** instantly upon approval for the **Amazon Rewards Visa Card. No annual fee.** Apply now

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

## From the manufacturer



Accompanied by happiness

Document title: Amazon.com: Magic hover Hoverboard Off Road All Terrain Self Balancing Scooter 6.5&quot; T581 Flash Two-Wheel Self Balancing Hoverboard with…
Capture URL: https://www.amazon.com/Magic-hover-Hoverboard-Bluetooth-App-Enabled/dp/B07PLSJRGQ/ref=sr_1_1_sspa?…
Capture timestamp (UTC): Sun, 25 Jul 2021 01:09:49 GMT

**From the manufacturer**





### Safest self balancing hoverboard

Magic hover T581 OFF ROAD self balance hoverboard pass all the necessary CE/ Rohs /FCC certified, and battery with UL2272 which can ensure every part is completely safe won't go on fire and protect user's safety.



### For all riders

350W * 2 Motor with 6.5 inch off road tire can handle bumpy pavements, gravel, grass, sand, and dirt paths in all terrain, allowing you enjoy a smooth ride while getting the best out of your self-balancing hoverboard, it is the best gift for the kids and adults.







Document title: Amazon.com: Magic hover Hoverboard Off Road All Terrain Self Balancing Scooter 6.5&quot; T581 Flash Two-Wheel Self Balancing Hoverboard with…
Capture URL: https://www.amazon.com/Magic-hover-Hoverboard-Bluetooth-App-Enabled/dp/B07PLSJRGQ/ref=sr_1_1_sspa?…
Capture timestamp (UTC): Sun, 25 Jul 2021 01:09:49 GMT







### More power

powerful engines that gives you great power. This allows you to reach a speed up to 10-12 km / h (varies by weight, road conditions in all terrain).

### Hoverboard smart APP

Efficient app helps you stay in complete control. Use app to change modes, check battery, see and change the speed, and control the LED lights with ease.Built-in Bluetooth speaker allow you to enjoy the music while riding and play your favorite tunes.

### Free fashion bag

Easy carry, a beautiful hoverboard bag include, you can easily carry it outdoors.



## Product details

Color:blue-T581*kart

**Date First Available** : September 12, 2020

**Manufacturer** : CHETAIDOU

**ASIN** : B08HW9TTBG

**Best Sellers Rank:** #233,854 in Sports & Outdoors (See Top 100 in Sports & Outdoors)
#168 in Self Balancing Scooters

**Customer Reviews:**
★★★★☆ ⌄   329 ratings

## Videos

Page 1 of 4

### Videos for this product





### Videos for relate


## Videos

Page 1 of 4

### Videos for this product

Videos for relate

 `1:08`

 `1:29`

 `0:42`



Hoverboard 6.5" inch All Terrain Off Road T581 Hoverboards,with…

Merchant Video

**Customer Review:** Amazing Go Kart Experience!

Melissa

**Customer Review:** This is a great Hoover board!

Holly

Top 6 Best Self Bala 2021

Best Guider

Upload your video

## Products related to this item

Page 1 of 27

Sponsored ⓘ











GYROOR T581 Hoverboard 6.5" Off Road All Terrain Hoverboards with…
★★★★☆ 744
$279.00
Frame Material: **Aluminum**

Gyroor T581 Hoverboard 6.5" Off Road All Terrain Hoverboard with Bluetooth Speaker …
★★★★☆ 1,066
$229.00
Frame Material: **Aluminum**

CBD Flash Hoverboard, All Terrain hoverboard Off Road Two-Wheel 6.5 inch Self Balan…
★★★★☆ 294
$229.99 ✓prime
Item Weight: **5 Pounds**
Wheel Size: **6.5 Inches**

Swagtron Swagboard Outlaw T6 Off-Road Hoverboard - First in The World to Handle Ove…
★★★★☆ 730
$349.99 ✓prime
Number of Wheels: **2**
Wheel Material: **Alloy Steel**
Wheel Size: **10 Inches**
Frame Material: **Aluminum**

Newest Generation Electric Hoverboard Dual Motors Two Wheels Hoover Board Smart…
★★★★☆ 2,906
$135.00 ✓prime



ASITON Attachment for Transforming Hoverboard Scooter into Go-Kart Kart Adjustable Frame Converter Kit…
$429.99 ✓prime

Sponsored ⓘ

## Customer questions & answers



Sponsored ⓘ

# Customer questions & answers

🔍 Have a question? Search for answers

▲
1
vote
▼

**Question:** Does it come with a warranty?

**Answer:** Dear friend，yes, surely,the Warranty is 1 year for the hoverboard, 6 months for the battery, except normal wear and tear. Any issue please contact us, our goal is your satisfaction.
By Magic Hover SELLER on June 1, 2019

⌄ See more answers (1)

▲
0
votes
▼

**Question:** It say the brand is magic hover but the hoverboard in the pic shows Gyroor hoverboards so is magic hover just the company that sells Gyroor products?

**Answer:** Dear friends,please don`t worry, it is Gyroor`s hoverboard, we are the Gyroor`s Distributor, if you like it, you can buy it directly, thanks.our support email is info@gyroorboard.com, if you have any problem, please kindly contact us freely.
By Magic Hover SELLER on December 10, 2019

▲
0
votes
▼

**Question:** How far is the distance from the seat of the car to the leg rest?

**Answer:** Dear friends, it is adjustable from 19cm to 22 cm, thanks.
By Magic Hover SELLER on March 9, 2020

▲
0
votes
▼

**Question:** Does this come with the kart and Hoverboard?

**Answer:** Dear friends, yes, the Three-in -one come with the kart and hoverboard.
By Magic Hover SELLER on August 20, 2019

⌄ See more answers (3)

[ See more answered questions (68) ]

# Customer reviews

★★★★⯪ 4.3 out of 5

329 global ratings

| | | |
|---|---|---|
| 5 star | ▬▬▬▬▬ | 74% |
| 4 star | ▬ | 9% |
| 3 star | ▪ | 5% |
| 2 star | ▪ | 3% |
| 1 star | ▬ | 10% |

⌄ How are ratings calculated?

## Reviews with images



See all customer images

## Read reviews that mention

[ year old ]  [ hoverboard ]  [ battery life ]  [ hold a charge ]  [ son loves ]

[ play music ]  [ kids love ]  [ stopped working ]  [ son for his birthday ]

[ worth the money ]  [ straps broke ]  [ coolest thing ]  [ cart attachment ]

## By feature

Battery life ★★★★☆ 4.1

Durability ★★★★☆ 4.1



1 star 10%

˅ How are ratings calculated?

## By feature

| Battery life | ★★★★☆ 4.1 |
| Durability | ★★★★☆ 4.1 |
| Sturdiness | ★★★★☆ 4.1 |

## Review this product

Share your thoughts with other customers

Write a customer review



**YYD** ROBO

*Fast Electric Scooter for Commuting*

Electric Kick Scooter 350W Brushless Mot...

★★★★★ 416

$339.99 ✓prime

Shop now

Sponsored ⓘ



play music    kids love    stopped working    son for his birthday

worth the money    straps broke    coolest thing    cart attachment

Top reviews   ˅

## Top reviews from the United States

 Melissa

★★★★★ **Amazing Go Kart Experience!**

Reviewed in the United States on June 19, 2019

Color: blue-T581*kart | **Verified Purchase** | **Early Reviewer Rewards** (What's this?)



This product was amazing! My kids absolutely love it and cant get enough of it. My husband bought them a hover board and they really enjoyed that. I was browsing amazon and saw this kart from the same store. I knew I had to surprise them all with it! My husband assembled it quick and he absolutely loved it. The next day the kids tried it and had so much fun. It is much safer to ride and could go on all surfaces. Grass is difficult for adults and that doesn't matter.. It is well built and has a ton of

cool features. Would definitely buy again.

23 people found this helpful

Helpful   | Report abuse

 Jose R.

★★★★★ **Fun Hoover for the family !**

Reviewed in the United States on May 22, 2019

**Verified Purchase**



The quality is amazing; it feels very sturdy and strong. It holds my weight of 210 pounds with no problem. I also like how the fiber carbon parts makes it feel strong and look sleek as well.

The dual motor is very responsive and powerful, I was amaze how smooth they are making the self-balancing feature. It is extremely helpful to anyone especially for beginners like me and my wife. It was helpful that the maximum speed of 12.0km/h can be adjusted

using the mobile application and the children and adult modes make it versatile for everyone.

˅ Read more



Document title: Amazon.com: Magic hover Hoverboard Off Road All Terrain Self Balancing Scooter 6.5" T581 Flash Two-Wheel Self Balancing Hoverboard with…

Capture URL: https://www.amazon.com/Magic-hover-Hoverboard-Bluetooth-App-Enabled/dp/B07PLSJRGQ/ref=sr_1_1_sspa?…

Capture timestamp (UTC): Sun, 25 Jul 2021 01:09:49 GMT      Page 8 of 14

wire. It was helpful that the maximum speed of 12.0km/h can be adjusted using the mobile application and the children and adult modes make it versatile for everyone.

⌄ Read more



18 people found this helpful

| Helpful | Report abuse |
|---|---|

**Andy B**

⭐☆☆☆☆ **Buyer Beware!!**
Reviewed in the United States on June 30, 2020
Color: blue-T581*kart | **Verified Purchase**

My son enjoyed this hoverboard on his birthday early May for a full 30 minutes, and although he liked it in that very brief time, it died. After contacting Gryoor, they insisted I contact them directly outside of Amazon. They would replace the motherboard for "free." It arrived at their office on May 22 and I have not heard anything since. Essentially, they stole the $279 I paid. Shame on them.

Amazon? Help?

5 people found this helpful

| Helpful | Report abuse |
|---|---|

**Holly**

⭐⭐⭐⭐⭐ **This is a great Hoover board!**
Reviewed in the United States on June 29, 2019
Color: blue-T581*kart | **Verified Purchase** | **Early Reviewer Rewards** (What's this?)



Works great off road or on battery life is good, kids are having a blast with this! Had bought another one just different model and customer service has been very responsive with a problem with the wheel stopping.

18 people found this helpful

| Helpful | Report abuse |
|---|---|

**Topp**

⭐⭐⭐⭐⭐ **Sturdy Hoverboard and Great Customer Service**
Reviewed in the United States on January 16, 2020
**Verified Purchase**

I purchased this board for my 11 year old son and he loves it! The lights and wheel illumination are great! He loves that both can be changed through the app as well as play music from a device through the speakers on the board. The motors are more powerful than most hoverboards out there. Construction is solid and balanced.

We needed some help from customer service soon after opening it, so I emailed them. A

⭐⭐⭐⭐⭐ **Sturdy Hoverboard and Great Customer Service**

Verified Purchase

I purchased this board for my 11 year old son and he loves it! The lights and wheel illumination are great! He loves that both can be changed through the app as well as play music from a device through the speakers on the board. The motors are more powerful than most hoverboards out there. Construction is solid and balanced.

We needed some help from customer service soon after opening it, so I emailed them. A representative responded very quickly and stayed in touch until we were completely taken care of. I feel like Gyroor went the extra mile. It was really nice! Great company and product.

13 people found this helpful

Helpful | Report abuse

 Jillian Bencic

⭐⭐⭐⭐⭐ **great for children,**

Reviewed in the United States on June 4, 2019

Verified Purchase | Early Reviewer Rewards (What's this?)



Packaging: very well packaged no dents scratches or marks on the hover board. Foam is placed properly inside the box to protect the board from damage.

Ease of use: This is made for children under 12 in my opinion. It is a little smaller than other boards out there. The wheels are a little smaller than others I have seen. But for my 7 year old daughter it is perfect. My daughter hopped right on the hover board and took off right away, she spins around

goes forward and backwards with what appears to be no effort she loves it!! I am 36 years old and

⌄ Read more



14 people found this helpful

Helpful | Report abuse

 G. Marchand

⭐⭐⭐⭐⭐ **10/10 fun factor, but be careful!**

Reviewed in the United States on October 5, 2020

Color: blue-T581 | Verified Purchase

Just got this for our 8yo son. It's the coolest thing he's ever had. Can't comment on longevity of the product, but initial fun rating is a 10/10. Speaker quality is fine. App control with lights and speedometer are fun but not necessary. It's a little too heavy for him to carry safely on his own. Came charged enough to play around with for a couple hours. He's pretty confident on it after just a few days of riding mostly indoors. Stay away from cabinets and trim. Unfinished basements and outside are best to learn to ride it. Adults be careful. This is not a skateboard, scooter, or a Segway. My wife got on, did 4-5 full speed rotations, and got flung off like it was a mechanical bull.

One person found this helpful

Helpful | Report abuse

speedometer are fun but not necessary. It's a little too heavy for him to carry safely on his own.  It's geared towards a complete beginner but your done with it after just a few days of riding mostly indoors. Stay away from cabinets and trim. Unfinished basements and outside are best to learn to ride it. Adults be careful. This is not a skateboard, scooter, or a Segway. My wife got on, did 4-5 full speed rotations, and got flung off like it was a mechanical bull.

One person found this helpful

Helpful  |  Report abuse

Alandreia

★★★★★ **Best hoverboard so far!! Easy to read manual, charger, and carrying bag included**
Reviewed in the United States on May 24, 2019
**Verified Purchase**



Bluetooth connects easily thru phone and speakers are great!! Loud music! Pretty LED lights inside the wheels. When u connect to app it lets u change the color of the front/back lights and u can also change from adult mode to kids mode for younger kids! Love it so far 💝



16 people found this helpful

Helpful  |  Report abuse

See all reviews ›

## Customers who bought this item also bought

Page 1 of 3




GYROOR T581 Hoverboard 6.5" Off Road All Terrain Hoverboards with Bluetooth Speaker&LED Lights Two-Wheel Self…
★★★★½ 744
$279.00



Hover-1 Buggy Attachment for Transforming Hoverboard Scooter into Go-Kart
★★★★½ 6,715
$72.37



yabbay Strap and Strap Protector for Hover go Kart
★★★★½ 894
**8% off**
$10.99 $11.99
Lowest price in 30 days



Hiboy Hoverboard Kart Accessories Adjustable Straps
★★★★½ 462
$17.99



Gyroshoes Hoverboard off road all terrain Self Balancing hoverboard 6.5" T581 Flash Two-Wheel Self Balancing Hoverboard with Bluetooth Speaker and…
★★★★½ 295

Document title: Amazon.com: Magic hover Hoverboard Off Road All Terrain Self Balancing Scooter 6.5&quot; T581 Flash Two-Wheel Self Balancing Hoverboard with…
Capture URL: https://www.amazon.com/Magic-hover-Hoverboard-Bluetooth-App-Enabled/dp/B07PLSJRGQ/ref=sr_1_1_sspa?…
Capture timestamp (UTC): Sun, 25 Jul 2021 01:09:49 GMT
Page 11 of 14



Hoverboard 6.5" Off Road All Terrain Hoverboards with Bluetooth Speaker&LED Lights Two-Wheel Self… ★★★★☆ 744 $279.00

Attachment for Transforming Hoverboard Scooter into Go-Kart ★★★★☆ 6,715 $72.37

Protector for Hover go Kart ★★★★☆ 894 8% off $10.99 $11.99 Lowest price in 30 days

Accessories Adjustable Straps ★★★★☆ 462 $17.99

off road all terrain Self Balancing Hoverboard 6.5" T581 Flash Two-Wheel Self Balancing Hoverboard with Bluetooth Speaker and… ★★★★☆ 295

Hiboy S2R Electric Scooter, Upgraded Det… $90 off coupon ★★★★☆ 292 $499.99 ✓prime Shop now

Sponsored ⓘ

## Recommended based on your shopping trends Sponsored

Page 1 of 4











Swagtron Swagboard Outlaw T6 Off-Road Hoverboard ★★★★☆ 730 $349.99

Newest Generation Electric Hoverboard Dual Motors Two Wheels Hoover Board Smart… ★★★★☆ 2,906 $135.00

Felimoda 6.5 Inch Hoverboard with Bluetooth Speaker, Two Wheels Self Balancing… ★★★★☆ 90 $139.99

Felimoda Hoverboard, 6.5 Inch self balancing Hoverboard with LED Light Flashing Wheel… ★★★★☆ 338 $139.99

Electric Hoverboard Smart Self Balancing Scooter Hover Board 6.5" Wheel Electric… ★★★★☆ 406 $135.00

## Inspired by your browsing history

Page 1 of 10













Hover-1 Buggy Attachment for Transforming Hoverboard Scooter into Go-Kart ★★★★☆ 6,715 $72.37

Hiboy HC-01 Hoverboard Kart Seat Attachment Accessory for 6.5" 8" 10" Two Wheel Self Balancing Scooter ★★★★☆ 1,895 $44.99

Hover-1 Buggy Attachment for Transforming Hoverboard Scooter into Go-Kart ★★★★☆ 6,715 $65.49-$143.00

TOMOLOO Hoverboard with Bluetooth and Lights of Music Rhythmed, Solid Rubber Tires Hover Board with UL2272 Certified, 6.5… ★★★★☆ 35 $179.99

TOMOLOO Hoverboard with Bluetooth Speaker UL2272 Certified Self Balancing Electric Scooter 6.5" Two-Wheel Hover Boards with LED… ★★★★☆ 383 $179.99

## Your Browsing History  View or edit your browsing history  ›

Page 1 of 4











See personalized recommendations

**Sign in**

New customer? Start here.

**Your Browsing History** View or edit your browsing history

Page 1 of 4

get recommendations

**Sign in**

New customer? Start here.



   



---

**Back to top**

---

**Get to Know Us**

Careers

Blog

About Amazon

Sustainability

Press Center

Investor Relations

Amazon Devices

**Make Money with Us**

Sell products on Amazon

Sell apps on Amazon

Become an Affiliate

Become a Delivery Driver

Start a package delivery business

Advertise Your Products

Self-Publish with Us

Host an Amazon Hub

› See More Ways to Make Money

**Amazon Payment Products**

Amazon Rewards Visa Signature Cards

Amazon.com Store Card

Amazon Secured Card

Amazon Business Card

Amazon Business Line of Credit

Shop with Points

Credit Card Marketplace

Reload Your Balance

Amazon Currency Converter

**Let Us Help You**

Amazon and COVID-19

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Amazon Assistant

Help

---



 English    United States

---

**Amazon Music**
Stream millions of songs

**Amazon Advertising**
Find, attract, and engage customers

**Amazon Drive**
Cloud storage from Amazon

**6pm**
Score deals on fashion brands

**AbeBooks**
Books, art & collectibles

**ACX**
Audiobook Publishing Made Easy

**Alexa**
Actionable Analytics for the Web

**Sell on Amazon**
Start a Selling Account

**Amazon Business**
Everything For Your Business

**Amazon Fresh**
Groceries & More Right To Your Door

**AmazonGlobal**
Ship Orders Internationally

**Home Services**
Experienced Pros Happiness Guarantee

**Amazon Ignite**
Sell your original Digital Educational Resources

**Amazon Web Services**
Scalable Cloud Computing Services

**Audible**
Listen to Books & Original Audio Performances

**Book Depository**
Books With Free Delivery Worldwide

**Box Office Mojo**
Find Movie Box Office Data

**ComiXology**
Thousands of Digital Comics

**DPReview**
Digital Photography

**East Dane**
Designer Men's Fashion

**Fabric**
Sewing, Quilting & Knitting

**Goodreads**
Book reviews & recommendations

**IMDb**
Movies, TV & Celebrities

**IMDbPro**
Get Info Entertainment Professionals Need

**Kindle Direct Publishing**
Indie Digital & Print Publishing Made Easy

**Amazon Photos**
Unlimited Photo Storage Free With Prime

**Prime Video Direct**
Video Distribution Made Easy

**Shopbop**
Designer Fashion Brands

**Amazon Warehouse**
Great Deals on Quality Used Products

**Whole Foods Market**
America's Healthiest Grocery Store

**Woot!**
Deals and Shenanigans

**Zappos**
Shoes & Clothing

**Ring**
Smart Home Security Systems

**eero WiFi**
Stream 4K Video in Every Room

**Blink**
Smart Security for Every Home

**Neighbors App**

**Amazon Subscription Boxes**

**PillPack**
Pharmacy

**Amazon Password**

**Amazon Second Chance**
Pass it on, trade it in, give

---

Document title: Amazon.com: Magic hover Hoverboard Off Road All Terrain Self Balancing Scooter 6.5&quot; T581 Flash Two-Wheel Self Balancing Hoverboard with…

Capture URL: https://www.amazon.com/Magic-hover-Hoverboard-Bluetooth-App-Enabled/dp/B07PLSJRGQ/ref=sr_1_1_sspa?…

Capture timestamp (UTC): Sun, 25 Jul 2021 01:09:49 GMT

Page 13 of 14

**Back to top**

### Get to Know Us

Careers

Blog

About Amazon

Sustainability

Press Center

Investor Relations

Amazon Devices

### Make Money with Us

Sell products on Amazon

Sell apps on Amazon

Become an Affiliate

Become a Delivery Driver

Start a package delivery business

Advertise Your Products

Self-Publish with Us

Host an Amazon Hub

› See More Ways to Make Money

### Amazon Payment Products

Amazon Rewards Visa Signature Cards

Amazon.com Store Card

Amazon Secured Card

Amazon Business Card

Amazon Business Line of Credit

Shop with Points

Credit Card Marketplace

Reload Your Balance

Amazon Currency Converter

### Let Us Help You

Amazon and COVID-19

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Amazon Assistant

Help



English
United States

| | | | | | | |
|---|---|---|---|---|---|---|
| **Amazon Music** Stream millions of songs | **Amazon Advertising** Find, attract, and engage customers | **Amazon Drive** Cloud storage from Amazon | **6pm** Score deals on fashion brands | **AbeBooks** Books, art & collectibles | **ACX** Audiobook Publishing Made Easy | **Alexa** Actionable Analytics for the Web |
| **Sell on Amazon** Start a Selling Account | **Amazon Business** Everything For Your Business | **Amazon Fresh** Groceries & More Right To Your Door | **AmazonGlobal** Ship Orders Internationally | **Home Services** Experienced Pros Happiness Guarantee | **Amazon Ignite** Sell your original Digital Educational Resources | **Amazon Web Services** Scalable Cloud Computing Services |
| **Audible** Listen to Books & Original Audio Performances | **Book Depository** Books With Free Delivery Worldwide | **Box Office Mojo** Find Movie Box Office Data | **ComiXology** Thousands of Digital Comics | **DPReview** Digital Photography | **East Dane** Designer Men's Fashion | **Fabric** Sewing, Quilting & Knitting |
| **Goodreads** Book reviews & recommendations | **IMDb** Movies, TV & Celebrities | **IMDbPro** Get Info Entertainment Professionals Need | **Kindle Direct Publishing** Indie Digital & Print Publishing Made Easy | **Amazon Photos** Unlimited Photo Storage Free With Prime | **Prime Video Direct** Video Distribution Made Easy | **Shopbop** Designer Fashion Brands |
| **Amazon Warehouse** Great Deals on Quality Used Products | **Whole Foods Market** America's Healthiest Grocery Store | **Woot!** Deals and Shenanigans | **Zappos** Shoes & Clothing | **Ring** Smart Home Security Systems | **eero WiFi** Stream 4K Video in Every Room | **Blink** Smart Security for Every Home |
| | **Neighbors App** Real-Time Crime & Safety Alerts | **Amazon Subscription Boxes** Top subscription boxes – right to your door | **PillPack** Pharmacy Simplified | **Amazon Renewed** Like-new products you can trust | **Amazon Second Chance** Pass it on, trade it in, give it a second life | |

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2021, Amazon.com, Inc. or its affiliates

Document title: Amazon.com: Magic hover Hoverboard Off Road All Terrain Self Balancing Scooter 6.5&quot; T581 Flash Two-Wheel Self Balancing Hoverboard with…
Capture URL: https://www.amazon.com/Magic-hover-Hoverboard-Bluetooth-App-Enabled/dp/B07PLSJRGQ/ref=sr_1_1_sspa?…
Capture timestamp (UTC): Sun, 25 Jul 2021 01:09:49 GMT



Hello
Select your address

Hello, Sign in
Account & Lists ▾

Returns
& Orders

0 Cart

☰ All | Best Sellers | Customer Service | Prime ▾ | New Releases | Pharmacy | Books | Fashion | Toys & Games

Low prices on school supplies

Sports & Outdoors | Sports & Fitness | Outdoor Recreation | Sports Fan Shop | Sports Deals | Outdoor Deals

HIBƠY 🛴 | Hiboy S2 Lite Electric Scooter - 6.5" Solid Tires - Up...

$40 off coupon

★★★★½ 369
$319.99 ✓prime

Sports & Outdoors › Outdoor Recreation › Skates, Skateboards & Scooters › Scooters & Equipment › Scooters › Self Balancing Scooters

Sponsored ⓘ

Roll over image to zoom in

2 VIDEOS

# Gyroor Warrior 8.5 inch All Terrain Off Road Hoverboard with Bluetooth Speakers and LED Lights, UL2272 Certified Self Balancing Scooter

Visit the Gyroor Store

★★★★½ ˅   3,391 ratings
| 305 answered questions

Price: **$299.00**

Coupon ☐ Save an extra $30.00 when you apply this coupon.
Details

**Pay $24.92/month for 12 months, interest-free upon approval for the Amazon Rewards Visa Card**

Color: **black**



| Brand | Gyroor |
|---|---|
| Color | Black |
| Package Dimensions | 27.2 x 11.7 x 9.9 inches; 2.2 Pounds |
| Maximum Weight Recommendation | 265 Pounds |
| Frame Material | Aluminum |

## About this item

- SUPER STURDY & DURABLE – The Warrior 8.5 inch Off Road Hoverboard is made from a perfect combination of UL approved materials which make up its sturdy structure that guarantees durability while keeping you safe during rides and allowing you enjoy this hoverboard for years to come.
- ALL-TERRAIN RIDES - With 8.5 inch solid tires and 700 watts motor you can be sure of a smooth and easier ride on all terrains. So, feel free to ride on grass,

**$299.00**

FREE delivery: **Aug 18 - Sep 9**

Fastest delivery: **Aug 3 - 6**

⊙ Select delivery location

In stock.
Usually ships within 4 to 5 days.

Add to Cart

Buy Now

🔒 Secure transaction

Ships from   zhipeng-us
Sold by     zhipeng-us

Return policy: This item is returnable ˅

**Add a Protection Plan:**
☐ 2 Year Sporting Goods Protection Plan for $24.99

Add to List

Have one to sell?

Sell on Amazon

$40 off coupon

HIBƠY

*Ensure safety with double braking system. Hiboy.*

Hiboy S2 Lite Electric Scooter - 6.5" Solid Tires - Up to 10.6...
★★★★½ 369
$319.99 ✓prime

Sponsored ⓘ





2 VIDEOS

Roll over image to zoom in

approved materials which make up its
...structure... ... ... ... ... ... durability while keeping you safe during
rides and allowing you enjoy this
hoverboard for years to come.

- ALL-TERRAIN RIDES - With 8.5 inch
  solid tires and 700 watts motor you can
  be sure of a smooth and easier ride on
  all terrains. So, feel free to ride on grass,
  dirt, gravel or wet surfaces. Ride like a
  warrior!

- MUSIC SPEAKER INCLUDED – For the
  music lovers, we have added a Built-in
  branded high quality music speaker to
  allow you play your music when riding
  the hoverboard. No ride will be more
  fun than this!

- SELF BALANCING BOARD – The Self
  balancing technology used for this
  hoverboard makes it easier and safe for
  new riders. Master the art of balancing
  in minutes!

- OUR SAFETY PROMISE – This
  hoverboard is UL2272 certified and this
  means it has passed strict electrical and
  safety test to assure safe charging and
  rides. If you feel this hoverboard is
  performing below this promise, feel free
  to contact us.

★★★★★ 369

Sponsored ⓘ



SISIGAD Hoverboard
with Bluetooth
Speaker and Led
Lights, Smart...
✓prime

Sponsored ⓘ

## Frequently bought together



Total price: $449.00

Add all three to Cart

ⓘ Some of these items ship sooner than the others. Show details

☑ **This item:** Gyroor Warrior 8.5 inch All Terrain Off Road Hoverboard with Bluetooth Speakers and LED Lights, UL227... $299.00

☑ EverCross Hoverboard Seat Attachment, Hoverboard Attachments, Hoverboard Accessories Compatible with 6.5" 8" ... $75.00

☑ EverCross Hoverboard Seat Attachment, New Gen Hoverboard Seat with Safety Brake System, Hoverboard Attachm... $75.00

## Products related to this item

Page 1 of 49

Sponsored ⓘ





Document title: Amazon.com: Gyroor Warrior 8.5 inch All Terrain Off Road Hoverboard with Bluetooth Speakers and LED Lights, UL2272 Certified Self Balancing Scoot...
Capture URL: https://www.amazon.com/Gyroor-Hoverboard-Bluetooth-Certified-Balancing/dp/B0779826VN/ref=sr_1_2_sspa?...
Capture timestamp (UTC): Sun, 25 Jul 2021 01:11:05 GMT
Page 2 of 13

☑ EverCross Hoverboard Seat Attachment, New Gen Hoverboard Seat with Safety Brake System, Hoverboard Attachm... $75.00

## Products related to this item

Page 1 of 49

Sponsored ⓘ

<











>

Swagtron Swagboard Outlaw T6 Off-Road Hoverboard - First in The World to Handle Ove...
★★★★☆ 730
$349.99 ✓prime

Gyroor K1 Hoverboard Seat Attachment, Hover Board Accessory Go Kart with Adjustable...
★★★★★ 2
$89.99 ✓prime

Magic hover Hoverboard Off Road All Terrain Self Balancing Scooter 6.5" T581 Flash ...
★★★★½ 329
$279.00 ✓prime

TOMOLOO Music-Rhythmed Hoverboard 6.5 inch Electric Scooter UL2272 Certificated...
★★★★½ 70
$179.99 ✓prime

Rawrr Hoverboard Self Balancing Electric Scooter with LED Wheel Lights and Bluetoot...
★★★★½ 537
$149.97 ✓prime

## 4 stars and above

Page 1 of 17

Sponsored ⓘ

<



Magic hover Off Road All Terrain Self Balancing Scooter 6.5"







>

Swagtron Swagboard Outlaw T6 Off-Road Hoverboard - First in The World to Handle Ove...
★★★★☆ 730
$349.99 ✓prime

Magic hover Off Road All Terrain Self Balancing Scooter 6.5" T581 Flash ...
★★★★½ 329
$279.00 ✓prime

Rawrr Hoverboard Self Balancing Electric Scooter with LED Wheel Lights and Bluetoot...
★★★★½ 537
$149.97 ✓prime

Newest Generation Electric Hoverboard Dual Motors Two Wheels Hoover Board Smart...
★★★★½ 2,906
$135.00 ✓prime

Gyroor Hoverboard Off Road All Terrian 6.5" Two-Wheel G11 Flash LED Light Self Bala...
★★★★½ 412
$199.00

## Special offers and product promotions

- **Amazon Business:** Make the most of your Amazon Business account with exclusive tools and savings. **Login now**

- Get a **$50 Amazon Gift Card** instantly upon approval for the **Amazon Rewards Visa Card. No annual fee.** Apply now

# Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

# Product Description



Document title: Amazon.com: Gyroor Warrior 8.5 inch All Terrain Off Road Hoverboard with Bluetooth Speakers and LED Lights, UL2272 Certified Self Balancing Scoot...
Capture URL: https://www.amazon.com/Gyroor-Hoverboard-Bluetooth-Certified-Balancing/dp/B0779826VN/ref=sr_1_2_sspa?...
Capture timestamp (UTC): Sun, 25 Jul 2021 01:11:05 GMT

Page 3 of 13

**Product Description**



**Gyroor** has always been dedicated to creating Hoverboards that are safety, fun and ease of use, making every family have more interaction and happy memories. With GYROOR hoverboard, that vision is now a reality. Say hello to the future.



### Gyroor Hoverboard is UL certified and passed all safety tests

After several researches, we found that safety is the first priority for hoverboard users. Hence, the Gyroor Warrior Off-Road Hoverboard has tested for safety, passing all tests and is UL certified, making the GYROOR warrior G2 hoverboard absolutely safe and harmless for all level of riders.



### Sturdy and Durable

Gyroor Warrior is made from durable aluminum and certain ABS parts to ensure a pretty strong body that is sure to stand the test of time. This means that you can use the hoverboard for a long time without having to bother about the longevity of the casing.

- Motor: 350W*2 Motors

After several researches, we found that safety is the first priority for hoverboard users. Hence, the Gyroor Warrior Off-Road Hoverboard has tested for safety, passing all tests and is UL certified, making the GYROOR warrior 8.5 hoverboard absolutely safe and harmless for all level of riders.



### Sturdy and Durable

Gyroor Warrior is made from durable aluminum and certain ABS parts to ensure a pretty strong body that is sure to stand the test of time. This means that you can use the hoverboard for a long time without having to bother about the longevity of the casing.

- Motor: 350W*2 Motors
- LED: Colorful LED Lights
- Max Speed: 9.95 Miles/Hour
- Charging Time: 1.5 to 2 Hours
- Distance on Full Charge: 7.5~9.5 Miles
- Safety : UL 2272 Certified Hoverboard
- Music Speaker: Pro Music Speaker
- Lithium-Ion Battery: 4.0Ah/36V Powerful Battery

### Master all terrains

GYROOR Warrior can handle bumpy pavements, gravel, grass, sand, and dirt paths, allowing you enjoy a smooth ride while getting the best out of your self-balancing hoverboard.



- Water Resistant: IP54
- Max Load: 265 Pounds
- Net Weight: 33 Pounds.
- Max Climbing Angle: 30 °
- Frame Material: Metal and Aluminum
- Tires: 8.5 inch/215mm Rubber Solid Tires
- Charging Voltage: AC100 to 240V/50-60Hz
- Product Dimensions: 29.6 Inch x 9.9 Inch x 8.8 Inch
- **Package Contains: All-New Vehicle, Battery Charger & Power Cord, Carry Bag, Rubber Protectors, User Manual,Card**







### Music and Lights

The great quality music speaker and beautiful LED lights add to the magnificence of this Off-Road Hoverboard.

### Powerful Motor

Powered by 350 watts powerful dual motors with solid shock absorber tires you can easily ride faster with more stability.

### Self Balancing

Its self-balancing mode helps you to get balanced in less than a minute.



Document title: Amazon.com: Gyroor Warrior 8.5 inch All Terrain Off Road Hoverboard with Bluetooth Speakers and LED Lights, UL2272 Certified Self Balancing Scoot…
Capture URL: https://www.amazon.com/Gyroor-Hoverboard-Bluetooth-Certified-Balancing/dp/B0779826VN/ref=sr_1_2_sspa?…
Capture timestamp (UTC): Sun, 25 Jul 2021 01:11:05 GMT

Page 5 of 13

LED lights add to the magnificence of this Off-Road Hoverboard.  with solid shock-absorber tires you can easily ride faster with more stability.  balanced in less than a minute.



## SMARTEST OFF ROAD HOVERBOARD

This is the smartest hoverboard you can get in the market today as it allows full stability for even the new riders, making it a perfect gift choice and favorite for kids.

## Product details

Color:black

**Package Dimensions :** 39.8 x 12.3 x 10.1 inches; 31.95 Pounds

**Date First Available :** November 9, 2017

**ASIN :** B07S4KXRQR

**Best Sellers Rank:** #11,522 in Sports & Outdoors (See Top 100 in Sports & Outdoors)
#10 in Self Balancing Scooters

**Customer Reviews:**
★★★★½ ˅    3,391 ratings

# Videos

Page 1 of 4

### Videos for this product



⟨                    ⟩

**Videos for this product**



1:47

**Customer Review:** great product

The Rileys



4:55

Fun on the go! safe commuting !

DARIO & MININA - (MEDIABOXENT)



1:26

Gyroor Hoverboard Warrior 8.5 inch All Terrain Off Road…

Gyroor



Top 5 Best Self Bala… in 2021

Best Guider

Upload your video

## Products related to this item

Page 1 of 28

Sponsored ⓘ



Swagtron Swagboard Outlaw T6 Off-Road Hoverboard - First in The World to Handle Ove…
★★★★☆ 730
$349.99 ✓prime



Magic hover Hoverboard Off Road All Terrain Self Balancing Scooter 6.5" T581 Flash …
★★★★☆ 329
$279.00 ✓prime



Gyroor C3 Electric Bike for Adults, 450W eBike with 18.6MPH up to 28 Mileage, 14in …
★★★★☆ 179
$599.99 ✓prime



Newest Generation Electric Hoverboard Dual Motors Two Wheels Hoover Board Smart…
★★★★☆ 2,906
$135.00 ✓prime



Gyroor K1 Hoverboard Seat Attachment, Hover Board Accessory Go Kart with Adjustable…
★★★★★ 2
$89.99 ✓prime

CBD All-Terrain Hoverboard, Two-Wheel 6.5 inch Self Balancing Hoverboard with Bluetooth and LED Lights for Kids adults
★★★★☆ 294
$229.99 ✓prime

Sponsored ⓘ

## Customer questions & answers

🔍 Have a question? Search for answers

▲
7
votes
▼

**Question:** For everyone that gave this hoverboard 4 to 5 stars, how long have you been using it without any problems?

**Answer:** 6 months. Daily use on hard surfaces and grass, no issues. Good power, good app, great batteries.

# Customer questions & answers

🔍 Have a question? Search for answers

▲
7
votes
▼

**Question:** For everyone that gave this hoverboard 4 to 5 stars, how long have you been using it without any problems?

**Answer:** 6 months. Daily use on hard surfaces and grass, no issues. Good power, good app, great batteries. If you want the best, stop here. This board is not a toy! Well build, and can easily handle a seat attachment. Rides higher that most other boards.
By John D. on June 8, 2020
⌄ See more answers (1)

▲
3
votes
▼

**Question:** What app to download? and from where? looked on android play store, and didn't find anything with the name gyroor. also, some of the answers regarding app are confusing -- some say it works with app, other say it doesn't.

**Answer:** Hello, thanks for your question. Gyroor new version hoverboard with app is on sale now, and the app name called Gyroor, it can be downloaded at smartphone store or scan the QR code at the back of the user manual.
By Gyroor **SELLER** on July 24, 2018
⌄ See more answers (4)

▲
2
votes
▼

**Question:** Why does my G2 only charge for 30 min before the charging pack says it is fully charged but the led lights are red when riding?

**Answer:** Does it still last long when riding? My son's does that but I notice that it's blue on one side and red on a other. I dont think it has to do with the charge.... His lasts several weeks before needing to recharge. He just rides off and on, not long rides.
By rose croskey on March 27, 2019

▲
1
vote
▼

**Question:** is this hoverboard FAA compliant, can it be shipped or carried aboard a commercial aircraft?

**Answer:** no hoverboard can be carried on an aircraft. EVEN if the battery power is below TSA and FAA regulation they all say the same thing "it down to the individual airline". The airlines say specifically no hoverboards. I wrote this: https://thetechieguy.com/can-travel-flight-electric-skateboard/
By Liron Segev on January 22, 2019
⌄ See more answers (1)

[ See more answered questions (301) ]

---

## Customer reviews

⭐⭐⭐⭐⯪ 4.7 out of 5

3,391 global ratings

| | | |
|---|---|---|
| 5 star | ████████ | 85% |
| 4 star | █ | 7% |
| 3 star | ▏ | 2% |
| 2 star | ▏ | 1% |
| 1 star | █ | 4% |

⌄ How are ratings calculated?

## By feature

### Reviews with images

   

See all customer images

### Read reviews that mention

[ battery life ] [ hoverboard ] [ easy to learn ] [ highly recommend ] [ son loves ]

[ heavy duty ] [ old son ] [ easy to use ] [ well built ] [ self balancing ]

[ great hoverboard ] [ absolutely loves ] [ old daughter ] [ worth the money ]

---

2 star

1 star | 4%

∨ How are ratings calculated?

## By feature

| | | |
|---|---|---|
| Easy to learn | ★★★★★ | 4.8 |
| Safety Features | ★★★★★ | 4.8 |
| Sturdiness | ★★★★½ | 4.6 |

∨ See more

## Review this product

Share your thoughts with other customers

Write a customer review



ASITON Attachment for Transforming Ho...

$429.99 ✓prime

Shop now

Sponsored ⓘ

See all customer images

Read reviews that mention

| battery life | hoverboard | easy to learn | highly recommend | son loves |
|---|---|---|---|---|

| heavy duty | old son | easy to use | well built | self balancing |
|---|---|---|---|---|

| great hoverboard | absolutely loves | old daughter | worth the money |
|---|---|---|---|

Top reviews ▼

## Top reviews from the United States

 Amazon Customer

★★★★★ **BEST hoverboard!!**

Reviewed in the United States on August 15, 2018

Color: black | **Verified Purchase**

We got this for our 13 yr old daughter! We love the app you can download on your smartphone. The app has a self balancing mode, adult mode, you can set the speed limit, change LED lights, shut the hoverboard down and a few other functions. We think it is a lot better than the others because of the rubber tires. My daughter even brings it in (after cleaning the tires) and rides it around on our hardwood floors with no damage to them. The speakers on it are great too!!

131 people found this helpful

Helpful | Report abuse

 Sam Thomas

★★★★☆ **Great Product**

Reviewed in the United States on November 27, 2018

Color: black | **Verified Purchase**

This was my first hover board wasn't sure how long it would take me to learn to ride it. After like 30 minutes of training on my own against a wall I was able to ride it with no problems.

The only thing I find bad about this hover board is that every time it starts up it makes a really loud starting indicator noise and says Bluetooth on which I wish I could switch off. Also sometimes when I get off and if it hits something it keeps beeping and won't stop until I power off and back on again.

Apart from these two things I think the hover board is pretty great.

102 people found this helpful

Helpful | Report abuse

 Joe M

★★★★★ **Best Hoverboard on the market**

Reviewed in the United States on September 12, 2018

Color: black | **Verified Purchase**

This Hoverboard is absolutely the best on the market. Its fast and extremely sturdy. Made of quality materials. The Hoverboard is a bit pricey compared to the cheap plastic knockoffs, but you get what you pay for. Would purchase again and I definitely recommend this product.

P..s.

You can charge the battery from 0 to 100 real quick. Yeah under 3 hours and u get approx. 10 miles with a full charge.

This Hoverboard is absolutely the best on the market. Its fast and extremely sturdy. Made of quality materials. The Hoverboard is a bit pricey compared to the cheap plastic knockoffs, but you get what you pay for. Would purchase again and I definitely recommend this product.

P..s.

You can charge the battery from 0 to 100 real quick. Yeah under 3 hours and u get approx. 10 miles with a full charge.

113 people found this helpful

Helpful | Report abuse

 Jennifer

★★★★★ **Worth it!**
Reviewed in the United States on August 3, 2018
Color: black | **Verified Purchase**

Easy to use once you get the hang of it. Lights are awesome as is the sound system. Getting the app on an iPhone was a bit difficult. Self balancing feature nice. Functionality is bar none. Doesn't work too well on the grass, haven't tried on gravel. App works well, wish it could change to mph instead of kph.



110 people found this helpful

Helpful | Report abuse

 T. Sutherland

★★★★★ **Super fun!**
Reviewed in the United States on August 9, 2018
Color: black | **Verified Purchase**

Bought this because hubby was jealous of our boy's hover board. The higher weight capacity and off road tires are a huge selling point. Easier to ride than the smaller kid size, more stable feeling. Had an issue with the charging port but Gyroor took care of it no problem!

102 people found this helpful

Helpful | Report abuse

 Sissy

★☆☆☆☆ **Problems with Shaking and stopping**
Reviewed in the United States on October 9, 2018
Color: red | **Verified Purchase**

I bought 2 of these hover boards for Christmas during the Amazon customer appreciation event in July. In October the kids just couldn't wait any longer so I gave them their boards early while the weather was still nice. They loved them! However within a few hours of using them, one of the boards was shaking and stopping. My grandson has fallen off twice and injured himself because of this defect. I would love to give this 5 stars because it is well made and the kids love them. But the shaking and stopping is not safe and negates any Positive benefits. We have tried to contact seller but not successful yet.

67 people found this helpful

Helpful | Report abuse

 Liron Segev ✔

...scores was shocking and stopping. My grandson has fallen off twice and injured himself because of this defect. I would love to give this 5 stars because it is well made and the kids love them. But the shaking and stopping is not safe and negates any positive benefits we have tried to contact seller but not successful yet.

67 people found this helpful

Helpful | Report abuse

 Liron Segev ✔

★★★★★ **such a great hoverboard! very easy to ride even for a ...**
Reviewed in the United States on July 10, 2018
Color: red | **Verified Purchase**

such a great hoverboard! very easy to ride even for a first-time rider and my kids just got on and within minutes they were zipping around the house. Great quality, cool lights give it that futuristic look and it seems to hold a charge for a long time. The tires are massive which gives the board a really good height, comfortable ride, and even riding outside on lawn is no problem. Highly recommended!

99 people found this helpful

Helpful | Report abuse

 Amazon Customer

★★★★★ **Built tough with a smooth ride**
Reviewed in the United States on December 7, 2018
Color: black | **Verified Purchase**

Heavy duty built with a smooth ride. I bought for my my 10 year old and she loves it. The parents love it too. I love that it comes with it's own totes bag!

90 people found this helpful

Helpful | Report abuse

**See all reviews ›**

## Customers who bought this item also bought

Page 1 of 8



Hiboy HC-02 Hoverboard Go Kart with Rear Suspension Seat Attachment Accessory for 6.5" 8" 10" Hover Board Rubber Wheel
★★★★☆ 687
$119.99



EverCross Hoverboard Seat Attachment, Hoverboard Attachments, Hoverboard Accessories Compatible with 6.5"...
★★★★☆ 1,378
$75.00



Hiboy HC-01 Hoverboard Kart Seat Attachment Accessory for 6.5" 8" 10" Two Wheel Self Balancing Scooter
★★★★☆ 1,895
$44.99



Gyroor Hoverboard Offroad All Terrain Flash Wheel Self Balancing G5 Hoverboards with Bluetooth Speaker, UL 2272 Certified Best...
★★★★☆ 275
$249.00



EverCross Hoverboard Seat Attachment, New Gen Hoverboard Seat with Safety Brake System, Hoverboard Attachment with...
★★★★☆ 1,357
$75.00



Segway Ninebot S and S-Max Smart Self-...
★★★★☆ 1,623
$539.00 ✓prime | Shop now

for 6.5" 8" 10" Hover Board Review Wheel ... | Hoverboard Accessories Compatible with 6.5" ... | Balancing Scooter | Bluetooth Speaker, UL ... | System, Hoverboard ...

⭐⭐⭐⭐½ 687   ⭐⭐⭐⭐½ 1,378   ⭐⭐⭐⭐½   ⭐⭐⭐⭐½ 275   ⭐⭐⭐⭐½ 1,357

$119.99   $75.00   $44.99   $249.00   $75.00



Segway Ninebot S and S-Max Smart Self-...
⭐⭐⭐⭐½ 1,623
$539.99 ✓prime   [Shop now]

Sponsored ⓘ

**Pages with related products.** See and discover other items: fast hoverboard, Best dirt scooters for kids, Best led lights for filming, Explore seats for hoverboards

---

## Recommended based on your shopping trends Sponsored

Page 1 of 4

[<]







[>]

| Swagtron Swagboard Outlaw T6 Off-Road Hoverboard | Newest Generation Electric Hoverboard Dual Motors Two Wheels Hoover Board Smart... | Rawrr Hoverboard with LED Wheel Lights and Bluetooth Speakers for Kids and Adults,... | Felimoda Hoverboard, 6.5 Inch self Balancing Hoverboard with LED Light Flashing Wheel... | SISIGAD Hoverboard Self Balancing Scooter 6.5 Two-Wheel Self Balancing Hoverboard... |
|---|---|---|---|---|
| ⭐⭐⭐⭐☆ 730 | ⭐⭐⭐⭐½ 2,906 | ⭐⭐⭐⭐½ 537 | ⭐⭐⭐⭐½ 338 | ⭐⭐⭐⭐½ 155 |
| $349.99 | $135.00 | $149.97 | $139.99 | $189.99 |



## Inspired by your browsing history

Page 1 of 10

[<]







[>]

| Hover-1 Buggy Attachment for Transforming Hoverboard Scooter into Go-Kart | Hiboy HC-01 Hoverboard Kart Seat Attachment Accessory for 6.5" 8" 10" Two Wheel Self Balancing Scooter | Hover-1 Buggy Attachment for Transforming Hoverboard Scooter into Go-Kart | TOMOLOO Hoverboard with Bluetooth and Lights of Music Rhythmed, Solid Rubber Tires Hover Board with UL2272 Certified, 6.5... | TOMOLOO Hoverboard with Bluetooth Speaker UL2272 Certified Self Balancing Electric Scooter 6.5" Two-Wheel Hover Boards with LED... |
|---|---|---|---|---|
| ⭐⭐⭐⭐½ 6,715 | ⭐⭐⭐⭐½ 1,895 | ⭐⭐⭐⭐½ 6,715 | ⭐⭐⭐⭐☆ 35 | ⭐⭐⭐⭐½ 383 |
| $72.37 | $44.99 | $65.49-$143.00 | $179.99 | $179.99 |



---

**Your Browsing History**  View or edit your browsing history ›

Page 1 of 4

[<]







[>]

See personalized recommendations

[ **Sign in** ]

New customer? Start here.








Sign in

New customer? Start here.

‹ ›

**Back to top**

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell products on Amazon | Amazon Rewards Visa Signature Cards | Amazon and COVID-19 |
| Blog | Sell apps on Amazon | Amazon.com Store Card | Your Account |
| About Amazon | Become an Affiliate | Amazon Secured Card | Your Orders |
| Sustainability | Become a Delivery Driver | Amazon Business Card | Shipping Rates & Policies |
| Press Center | Start a package delivery business | Amazon Business Line of Credit | Amazon Prime |
| Investor Relations | Advertise Your Products | Shop with Points | Returns & Replacements |
| Amazon Devices | Self-Publish with Us | Credit Card Marketplace | Manage Your Content and Devices |
| | Host an Amazon Hub | Reload Your Balance | Amazon Assistant |
| | › See More Ways to Make Money | Amazon Currency Converter | Help |

amazon

 ⊕ English ⇕      🇺🇸 United States

| | | | | | | |
|---|---|---|---|---|---|---|
| **Amazon Music** Stream millions of songs | **Amazon Advertising** Find, attract, and engage customers | **Amazon Drive** Cloud storage from Amazon | **6pm** Score deals on fashion brands | **AbeBooks** Books, art & collectibles | **ACX** Audiobook Publishing Made Easy | **Alexa** Actionable Analytics for the Web |
| **Sell on Amazon** Start a Selling Account | **Amazon Business** Everything For Your Business | **Amazon Fresh** Groceries & More Right To Your Door | **AmazonGlobal** Ship Orders Internationally | **Home Services** Experienced Pros Happiness Guarantee | **Amazon Ignite** Sell your original Digital Educational Resources | **Amazon Web Services** Scalable Cloud Computing Services |
| **Audible** Listen to Books & Original Audio Performances | **Book Depository** Books With Free Delivery Worldwide | **Box Office Mojo** Find Movie Box Office Data | **ComiXology** Thousands of Digital Comics | **DPReview** Digital Photography | **East Dane** Designer Men's Fashion | **Fabric** Sewing, Quilting & Knitting |
| **Goodreads** Book reviews & recommendations | **IMDb** Movies, TV & Celebrities | **IMDbPro** Get Info Entertainment Professionals Need | **Kindle Direct Publishing** Indie Digital & Print Publishing Made Easy | **Amazon Photos** Unlimited Photo Storage Free With Prime | **Prime Video Direct** Video Distribution Made Easy | **Shopbop** Designer Fashion Brands |
| **Amazon Warehouse** Great Deals on Quality Used Products | **Whole Foods Market** America's Healthiest Grocery Store | **Woot!** Deals and Shenanigans | **Zappos** Shoes & Clothing | **Ring** Smart Home Security Systems | **eero WiFi** Stream 4K Video in Every Room | **Blink** Smart Security for Every Home |
| | **Neighbors App** Real-Time Crime & Safety | **Amazon Subscription Boxes** Top subscription boxes – right to your door | **PillPack** Pharmacy Simplified | **Amazon Renewed** Like-new products you can trust | **Amazon Second Chance** Pass it on, trade it in, give it a second life | |

Document title: Amazon.com: Gyroor Warrior 8.5 inch All Terrain Off Road Hoverboard with Bluetooth Speakers and LED Lights, UL2272 Certified Self Balancing Scoot…
Capture URL: https://www.amazon.com/Gyroor-Hoverboard-Bluetooth-Certified-Balancing/dp/B0779826VN/ref=sr_1_2_sspa?…
Capture timestamp (UTC): Sun, 25 Jul 2021 01:11:05 GMT





over gravel and sandy terrain, cruising
Super storage capacity, long distance for
riders up to 220lbs. Super Storage
Capacity last for 7.75phm after per
charge.

- The newest design of hoverboard :
  Hoverboard born with the 2020 newest
  design, the Colorful glowing pedal
  hoverboard and cool LED lights will
  make you difference and give you a
  better riding experience, Ultimate
  comfort, wonderful experience.
- Powerful performance: built in high-
  quality Bluetooth speaker, self-balance,
  child and adults riding models, you can
  check the power, adjust the lights,
  adjust the riding mode, failure analysis,
  etc.in the APP.
- International highest standards
  standards: UL2272 Certified of
  hoverboard and MSDS/UN38.3 and
  UL2271 safety of battery. We provide
  international highest safety standards
  reports, it is the best and safe gift for
  the kids ages 6-12 and adults.
- Warranty: one year warranty for the
  hoverboard, six months warranty for the
  battery.any pronlem, contact us
  directly!

**2 VIDEOS**

Roll over image to zoom in

SISIGAD
Hoverboard, with
Bluetooth and
Colorful Lights Self

Sponsored

## Frequently bought together



Total price: $577.00

**Add all three to Cart**



Some of these items ship sooner than the others. Show details

☑ **This item:** Gyroor Hoverboard Off Road All Terrian 6.5" Two-Wheel G11 Flash LED Light Self Balancing Hoverboards… $199.00
☑ EverCross Hoverboard Seat Attachment, Hoverboard Attachments, Hoverboard Accessories Compatible with 6.5" 8" … $79.00
☑ Gyroor Warrior 8.5 inch All Terrain Off Road Hoverboard with Bluetooth Speakers and LED Lights, UL2272 Certified … $299.00

## Products related to this item

Page 1 of 49

Sponsored



Document title: Amazon.com: Gyroor Hoverboard Off Road All Terrian 6.5&quot; Two-Wheel G11 Flash LED Light Self Balancing Hoverboards with Bluetooth Music…
Capture URL: https://www.amazon.com/Gyroor-Hoverboard-Two-Wheel-Balancing-Hoverboards/dp/B08NDZ5HMV/ref=sr_1_3_sspa?…
Capture timestamp (UTC): Sun, 25 Jul 2021 01:13:09 GMT
Page 2 of 14

☑ Gyroor Warrior 8.5 inch All Terrain Off Road Hoverboard with Bluetooth Speakers and LED Lights, UL2272 Certified … **$299.00**

## Products related to this item

Page 1 of 49

Sponsored ⓘ

    

| Gyroor K1 Hoverboard Seat Attachment, Hover Board Accessory Go Kart with Adjustable... | Magic hover Hoverboard Off Road All Terrain Self Balancing Scooter 6.5" T581 Flash ... | TOMOLOO Music-Rhythmed Hoverboard 6.5 inch Electric Scooter UL2272 Certificated... | Gyroor Warrior 8.5 inch All Terrain Off Road Hoverboard with Bluetooth Speakers... | LIEAGLE Hoverboard, 6.5" Self Balancing Scooter Hover Board with bluetooth Wheels... |
|---|---|---|---|---|
| ★★★★★ 2 | ★★★★☆ 329 | ★★★★☆ 70 | ★★★★☆ 3,391 | ★★★★☆ 1,181 |
| $89.99 ✓prime | $279.00 ✓prime | $179.99 ✓prime | $299.00 | $139.99 ✓prime |

## 4 stars and above

Page 1 of 12

Sponsored ⓘ

    

| Magic hover Hoverboard Off Road All Terrain Self Balancing Scooter 6.5" T581 Flash ... | Gyroor Warrior 8.5 inch All Terrain Off Road Hoverboard with Bluetooth Speakers... | Gyroor T580 Hoverboard Self Balancing Scooter with Music Speaker LED Lights, 6.5 in... | SISIGAD Hoverboard Self Balancing Scooter 6.5 Two-Wheel Self Balancing Hoverboard... | Felimoda Hoverboard, 6.5 Inch Two-Wheel Self Balancing Hoverboards - LED Light Flas... |
|---|---|---|---|---|
| ★★★★☆ 329 | ★★★★☆ 3,391 | ★★★★☆ 630 | ★★★★☆ 155 | ★★★★☆ 338 |
| $279.00 ✓prime | $299.00 | $167.00 ✓prime | $189.99 | $139.99 ✓prime |

## Special offers and product promotions

- **Amazon Business:** Make the most of your Amazon Business account with exclusive tools and savings. Login now

- Get a **$50 Amazon Gift Card** instantly upon approval for the **Amazon Rewards Visa Card. No annual fee.** Apply now

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

## Product Description



**Product Description**





Smart APP & Music Speaker

Super Colorful LED Lights

Sturdy & Durable

Document title: Amazon.com: Gyroor Hoverboard Off Road All Terrian 6.5&quot; Two-Wheel G11 Flash LED Light Self Balancing Hoverboards with Bluetooth Music…
Capture URL: https://www.amazon.com/Gyroor-Hoverboard-Two-Wheel-Balancing-Hoverboards/dp/B08NDZ5HMV/ref=sr_1_3_sspa?…
Capture timestamp (UTC): Sun, 25 Jul 2021 01:13:09 GMT





### Smart APP & Music Speaker

This self balancing scooter comes with an efficient APP and Music Speaker that helps you stay in control, giving you the ability to change modes, check batteries, see the real speed, Changing led light colors, adjust speed and riding with your favorite music with ease.

### Super Colorful LED Lights

Bright LED headlights , Flashing wheels and Glow pedal are super fun, is also a signal of protecting yourself that makes you feel safe in dark, illuminate your evening journeys.For the hoverboard enthusiasts, the LED Flashing Lights make the hoverboard be cool device.

### Sturdy & Durable

Adopting advanced motherboard system and nature rubber 250W*2 tires, ensure G11 can run smoothly and steadily. With powerful self-balancing feature, you can easily control and happily ride on it. Enjoy the most stable riding and balancing experience!





OFF ROAD

## Product details

Color: **black**

**Date First Available** : January 4, 2021

**ASIN** : B08RYMXRWM

**Best Sellers Rank:** #45,755 in Sports & Outdoors (See Top 100 in Sports & Outdoors)
#50 in Self Balancing Scooters

**Customer Reviews:**
★★★★☆ ⌄   412 ratings

# Videos

Page 1 of 4

### Videos for this product



1:00

Gyroor G11 Best hoverboard for kids and adults

Gyroor



0:49

**Customer Review:** Awesome Hoverboard

Elvis Cejvanovic



0:50

**Customer Review:** Gyroor is the hoverboard brand to buy!

K. Dixon

Easy to ride

Eun H Kim

Upload your video

---

## Products related to this item

Sponsored ⓘ

Page 1 of 28



Magic hover Hoverboard Off Road All Terrain Self Balancing Scooter 6.5" T581 Flash ...
★★★★☆ 329
$279.00 ✓prime



Felimoda 6.5 Inch Hoverboard with Bluetooth Speaker, Two Wheels Self Balancing...
★★★★☆ 90
$139.99 ✓prime



Gyroor K1 Hoverboard Seat Attachment, Hover Board Accessory Go Kart with Adjustable...
★★★★★ 2
$89.99 ✓prime



Swagtron Swagboard Outlaw T6 Off-Road Hoverboard - First in The World to Handle Ove...
★★★★☆ 730
$349.99 ✓prime



TOMOLOO Music-Rhythmed Hoverboard 6.5 inch Electric Scooter UL2272 Certificated...
★★★★☆ 70
$179.99 ✓prime

---

**Magic hover Hoverboard Off Road All Terrain Self Balancing Scooter 6.5" T581 Flash ...**
⭐⭐⭐⭐½ 329
$279.00 ✓prime

**Felimoda 6.5 Inch Hoverboard with Bluetooth Speaker, Two Wheels Self Balancing...**
⭐⭐⭐⭐☆ 90
$139.99 ✓prime

**Gyroor K1 Hoverboard Seat Attachment, Hover Board Accessory Go Kart with Adjustable...**
⭐⭐⭐⭐⭐ 2
$89.99 ✓prime

**Swagtron Swagboard Outlaw T6 Off-Road Hoverboard - First in The World to Handle Ove...**
⭐⭐⭐⭐☆ 730
$349.99 ✓prime

**TOMOLOO Music-Rhythmed Hoverboard 6.5 inch Electric Scooter UL2272 Certificated...**
⭐⭐⭐⭐½ 70
$179.99 ✓prime



**$100 off coupon**

**Shell RIDE**

*Together We Ride*

SHELL Ride Foldable Electric Scooter for Adults, Max Speed 15-20 MPH, Max Range 17-20 Miles, Dual Braking Systems...
⭐⭐⭐⭐½ 25
$699.99 ✓prime

Sponsored ⓘ

## Customer questions & answers

🔍 Have a question? Search for answers

| | | |
|---|---|---|
| ▲ 1 vote ▼ | **Question:** | What is the maximum incline this can handle (for example 30% incline)? |
| | **Answer:** | Hello, it is 15-30 degrees，thanks! By Gyroor SELLER on December 22, 2020 |

| | | |
|---|---|---|
| ▲ 0 votes ▼ | **Question:** | What is phm? |
| | **Answer:** | Hello, it is 7.75 phm, thanks! By Gyroor SELLER on December 22, 2020 |

| | | |
|---|---|---|
| ▲ 0 votes ▼ | **Question:** | How much do this cost |
| | **Answer:** | $299 By MTA on May 8, 2021 |

| | | |
|---|---|---|
| ▲ 0 votes ▼ | **Question:** | Whats a good hoverboard for adults that weigh 250 or more |
| | **Answer:** | Hello, it is best for 44-220lb, if you are over 250lb, we advise you buy the G2 warrior hoverboard, thanks! By JIANGYOU-US SELLER on February 5, 2021 |

See more answered questions (28)

## Customer reviews

⭐⭐⭐⭐½ 4.5 out of 5

412 global ratings

| | |
|---|---|
| 5 star | 81% |
| 4 star | 8% |
| 3 star | 2% |

### Reviews with images

   

Document title: Amazon.com: Gyroor Hoverboard Off Road All Terrian 6.5&quot; Two-Wheel G11 Flash LED Light Self Balancing Hoverboards with Bluetooth Music…
Capture URL: https://www.amazon.com/Gyroor-Hoverboard-Two-Wheel-Balancing-Hoverboards/dp/B08NDZ5HMV/ref=sr_1_3_sspa?…
Capture timestamp (UTC): Sun, 25 Jul 2021 01:13:09 GMT
Page 7 of 14

# Customer reviews

★★★★½ 4.5 out of 5

412 global ratings

| | |
|---|---|
| 5 star | 81% |
| 4 star | 8% |
| 3 star | 2% |
| 2 star | 1% |
| 1 star | 8% |

˅ How are ratings calculated?

## By feature

| | | |
|---|---|---|
| Easy to learn | ★★★★★ | 4.7 |
| Battery life | ★★★★½ | 4.5 |
| Sturdiness | ★★★★½ | 4.4 |

## Review this product

Share your thoughts with other customers

Write a customer review



🛴 **SEGWAY**

*Segway Electric Scooter*

Segway Ninebot ES1L Electric Kick Scoot...

★★★★½ 378

$299.99 ✓prime

Shop now

Sponsored ⓘ

## Reviews with images



See all customer images

## Read reviews that mention

| battery life | self balancing | easy to learn | highly recommend |
|---|---|---|---|
| hoverboard | easy to use | kids love | great hoverboard | old son |
| son loves | easy to ride | bluetooth | loves the lights | old loves |

Top reviews ˅

## Top reviews from the United States

👤 Amazon Customer

★☆☆☆☆ **Just gonna return it, very cheap quality, don't trust it, terrible app**

Reviewed in the United States on December 25, 2020

Color: black | Verified Purchase

The app doesn't work. It will connect but as soon as I adjust a setting, it just pops up a message over and over saying device not connected. The app also spams you with ads which is ridiculous since we already paid a lot for the hoverboard itself. The music works but sounds terrible and it frequently starts skipping like CDs used to back in the day of portable CD players. The lights are completely useless, as soon as you adjust them, the app gets an error and doesn't go away till you close the app and reopen it. It resets the boards settings every time you turn the board on. This also goes for the speed limit setting. I also found this hoverboard much harder to ride on rougher terrain than the Razor hoverboards which have slick wheels. With the razor I could lean forward and just go, but the GYROOR only allows a very slight lean forward before it just tips over. Didn't notice any difference with self balancing on or off, or kid mode on or off. Maybe I just got a defective unit, I don't know. So I will be returning this Christmas gift, which isn't to big a deal since it's winter and she is okay waiting for a better unit. Probably won't buy another GYROOR.

Update. I took it over to my nephews house and had him try it out. He is a very seasoned

˅ Read more

7 people found this helpful

Helpful | Report abuse

👤 K. Dixon

★★★★★ **Gyroor is the hoverboard brand to buy!**

Reviewed in the United States on December 24, 2020

Color: black | Verified Purchase

This is our 2nd hoverboard from Gyroor! When my son got his first hoverboard last year, everyone was envious of him, including the adults. First, the presentation of the packaging is impressive. The little note they give you is above par and shows how much they value their product. The bluetooth

Document title: Amazon.com: Gyroor Hoverboard Off Road All Terrian 6.5" Two-Wheel G11 Flash LED Light Self Balancing Hoverboards with Bluetooth Music...

Capture URL: https://www.amazon.com/Gyroor-Hoverboard-Two-Wheel-Balancing-Hoverboards/dp/B08NDZ5HMV/ref=sr_1_3_sspa?...

Capture timestamp (UTC): Sun, 25 Jul 2021 01:13:09 GMT

Page 8 of 14



Color: black | Verified Purchase

This is our 2nd hoverboard from Gyroor! When my son got his first hoverboard last year, everyone was envious of him, including the adults. First, the presentation of the packaging is impressive. The little note they give you is above par and shows how much they value their product. The bluetooth is very easy to set up and connect to. The sound of the speakers is awesome too and the lights on this newer model rock! They are soooo cool looking! The Gyroor app is very user friendly as well.

I'm very impressed! One of our favorite things about the Gyroor hoverboards is the off road

˅ Read more



29 people found this helpful

| Helpful | Report abuse |

---

Maria

★☆☆☆☆ **Not happy**
Reviewed in the United States on December 26, 2020
Color: black | Verified Purchase

I wouldn't buy this item ever again my daughter couldn't even try it wouldn't turn on. Then I couldn't get a hold of anyone to talk to regarding it. I'm very disappointed with Amazon and this company I have to wait a few weeks for refund to find her another one.

8 people found this helpful

| Helpful | Report abuse |

---

Linds MH

★★★★★ **Looking for the best off-road hoverboard?**
Reviewed in the United States on January 9, 2021
**Verified Purchase**



Living on a farm in a cold-weather climate with snow, it's difficult to find hoverboards that work. This hoverboard is great and the customer service is awesome! It's the perfect size for our 9 year old and she loves the colors and flashing lights. There is also a Bluetooth option! Would buy this product and from this company again.



Document title: Amazon.com: Gyroor Hoverboard Off Road All Terrian 6.5&quot; Two-Wheel G11 Flash LED Light Self Balancing Hoverboards with Bluetooth Music…
Capture URL: https://www.amazon.com/Gyroor-Hoverboard-Two-Wheel-Balancing-Hoverboards/dp/B08NDZ5HMV/ref=sr_1_3_sspa?…
Capture timestamp (UTC): Sun, 25 Jul 2021 01:13:09 GMT
Page 9 of 14





30 people found this helpful

Helpful | Report abuse

N. Campbell

★★★★★ **Nice, powerful little hoverboard**
Reviewed in the United States on January 28, 2021
Color: black | **Verified Purchase**

We've had this thing for roughly a month now and my 10 year old loves it. It's fast, the bluetooth speaker connects easily and sounds great on the streets. There was a learning curve learning how to ride it, of course, but I wish I would've thought to put some duct tape or something on the handles to keep them from getting all scuffed up from the pavement. Other than that, it's cool. I'm also learning how to ride the dern thing although my balance makes it difficult for me to stay on it at 42 years old. As long as I keep trying, I'll get it just like my son did. We charge it according to the manual and so far the battery life is good. We don't leave it plugged in after the light turns green on the charger and we never leave it plugged in overnight (just in case). The tires are thick and the machine itself has good weight to it, so I feel like I really got value for what I paid for it (I shopped around for roughly 6 or 7 other brands before I decided on this one). It's definitely a keeper. I'm glad we got it.

2 people found this helpful

Helpful | Report abuse

Jessica

★★★★★ **Meets Expectations, Kid loves it**
Reviewed in the United States on February 17, 2021
Color: black | **Verified Purchase**

Pros:

-Durable across rough terrains
-High volume on speakers
-Smooth speed transitions

Cons:

-Heavier on the ends (obviously I know)
For my son it's just so heavy and awkward to lug around or put into its bag.

This product is everything it is supposed to be so if you're torn on whether or not to get it, consider the following two questions:

⌄ Read more

One person found this helpful

Helpful | Report abuse

**See all reviews ›**

Document title: Amazon.com: Gyroor Hoverboard Off Road All Terrian 6.5&quot; Two-Wheel G11 Flash LED Light Self Balancing Hoverboards with Bluetooth Music…
Capture URL: https://www.amazon.com/Gyroor-Hoverboard-Two-Wheel-Balancing-Hoverboards/dp/B08NDZ5HMV/ref=sr_1_3_sspa?…
Capture timestamp (UTC): Sun, 25 Jul 2021 01:13:09 GMT
Page 10 of 14

One person found this helpful

Helpful    Report abuse

---

**See all reviews** ›

## Top reviews from other countries

 Jun Yan

★☆☆☆☆ **Too danger for my ago**
Reviewed in Canada on July 13, 2021
**Verified Purchase**

According the ads, this machine is easy to ride and everyone can do it. Until I made the order and received the product, I read the manual and find so many risk I am facing. Maybe it is fun to ride, I will strongly recommend you think twice if you are older than 50. Product looks have good quality and the refund is smooth and no question.

One person found this helpful

Report abuse

 Corrie

★★★★★ **Highly recommended. Beautiful hoverboard**
Reviewed in Canada on July 6, 2021
Color: BLUE | **Verified Purchase**

I absolutely love this. It went way beyond my expectations and my daughter is over the moon as this was her big birthday present. It was packaged nicely, there was a letter from the company and it looks amazing. I haven't tried the Bluetooth yet and still need to take a video but she needs to practice a bit first. I am happy I decided to go with this one compared to some others I was looking at because the reviews were much better than others. Thank you very much

Report abuse

 Suzanne Dunbeck

★★★★★ **Fun great smooth ride**
Reviewed in Canada on April 28, 2021
**Verified Purchase**

Love it ❤️ ❤️ ❤️ rides great, smooth and the Led lights and blue tooth music are awesome too

3 people found this helpful

Report abuse

 Minnie Zheng

★☆☆☆☆ **Not as expected**
Reviewed in Canada on July 11, 2021
**Verified Purchase**

Difficult to control. The hoverboard is inconsistent in moving forward/backward when leaning forward/backward on the board pedals. My 11YO nephew unfortunately fell down while trying his new toy and scraped his arm. Poor boy was in tears. After some time it also kept on beeping for no reason. In the end he doesn't want this present anymore so I've decided to return it. =(

Report abuse





**Verified Purchase**

leaning forward/backward on the board pedals. My 11YO nephew unfortunately fell down while trying his new toy and scraped his arm. Poor boy was in tears. After some time it also kept on beeping for no reason. In the end he doesn't want this present anymore so I've decided to return it. =(

Report abuse

JL-PE

★☆☆☆☆ **Not built for offroad or up to 220 lbs!**
Reviewed in Canada on July 14, 2021
**Verified Purchase**

We thought these would be awesome units, as they are advertised for offroad use, can handle up to 220 lbs, etc.
We keep our yard mowed very low. Yet, our 12 year old (roughly 130 lbs) can't ride it at all offroad. Really puts a damper on things, as she was waiting/excited to get one.
Tried the app as well, which needs to harvest your location/information, access to make/manage phone calls, access to camera/gallery, etc. Seems to have connectivity issues as well.
Shouldn't be advertised for offroad or rated for up to 220 lbs.

Report abuse

**See all reviews ›**

---

## Customers who bought this item also bought

Page 1 of 4











‹  ›

EverCross Hoverboard Seat Attachment, Hoverboard Attachments, Hoverboard Accessories Compatible with 6.5"...
★★★★½ 1,378
$79.00

Gyroor Hoverboard Offroad All Terrain Flash Wheel Self Balancing G5 Hoverboards with Bluetooth Speaker, UL 2272 Certified Best...
★★★★½ 275
$249.00



Gyroor T581 Hoverboard 6.5" Off Road All Terrain Hoverboard with Bluetooth Speaker and Two-Wheel Self Balancing Hoverboard...
★★★★½ 1,066
$229.00

Gyroor Warrior 8.5 inch All Terrain Off Road Hoverboard with Bluetooth Speakers and LED Lights, UL2272 Certified Self...
★★★★½ 3,391
$299.00

Hover-1 Buggy Attachment for Transforming Hoverboard Scooter into Go-Kart
★★★★½ 6,715
$72.37

 Nice Hoverboard

 YHR Hoverboard with Wireless Bluetoot...
★★★★½ 29
$144.99 ✓prime
 Shop now

Sponsored ⓘ 

---

## Recommended based on your shopping trends Sponsored

Page 1 of 4






Sponsored ⓘ

## Recommended based on your shopping trends Sponsored

Page 1 of 4







Felimoda Hoverboard, 6.5 Inch self Balancing Hoverboard with LED Light Flashing Wheel...
★★★★☆ 338
$139.99

SISIGAD Hoverboard Self Balancing Scooter 6.5 Two-Wheel Self Balancing Hoverboard...
★★★★☆ 155
$189.99

Gyroor Swift Hoverboard Self Balancing Hoverboard with Music Speaker LED Lights,...
★★★★☆ 630
$167.00

Longtime 6.5" Flashing Wheels Rechargeable Battery Self Balancing Scooter Electric...
★★★★☆ 214
$135.00

TPS Electric Hoverboard Self Balancing Scooter for Kids and Adults Hover Board with 6.5"...
★★★★☆ 403
$135.00

## Inspired by your browsing history

Page 1 of 10







Hover-1 Buggy Attachment for Transforming Hoverboard Scooter into Go-Kart
★★★★☆ 6,715
$72.37

Hiboy HC-01 Hoverboard Kart Seat Attachment Accessory for 6.5" 8" 10" Two Wheel Self Balancing Scooter
★★★★☆ 1,895
$44.99

Hover-1 Buggy Attachment for Transforming Hoverboard Scooter into Go-Kart
★★★★☆ 6,715
$65.49-$143.00

TOMOLOO Hoverboard with Bluetooth Speaker UL2272 Certified Self Balancing Electric Scooter 6.5" Two-Wheel Hover Boards with LED...
★★★★☆ 383
$179.99

Hiboy HC-01 Hoverboard Kart Seat Attachment Accessory for 6.5" 8" 10" Two Wheel Self Balancing Scooter
★★★★☆ 1,895
$44.99-$109.99

## Your Browsing History   View or edit your browsing history  ›

Page 1 of 4







See personalized recommendations

**Sign in**

New customer? Start here.

---

Back to top

**Get to Know Us**
Careers
Blog
About Amazon

**Make Money with Us**
Sell products on Amazon
Sell apps on Amazon

**Amazon Payment Products**
Amazon Rewards Visa Signature Cards
Amazon.com Store Card

**Let Us Help You**
Amazon and COVID-19
Your Account

Document title: Amazon.com: Gyroor Hoverboard Off Road All Terrian 6.5&quot; Two-Wheel G11 Flash LED Light Self Balancing Hoverboards with Bluetooth Music...
Capture URL: https://www.amazon.com/Gyroor-Hoverboard-Two-Wheel-Balancing-Hoverboards/dp/B08NDZ5HMV/ref=sr_1_3_sspa?...
Capture timestamp (UTC): Sun, 25 Jul 2021 01:13:09 GMT
Page 13 of 14

**Back to top**

## Get to Know Us

Careers

Blog

About Amazon

Sustainability

Press Center

Investor Relations

Amazon Devices

## Make Money with Us

Sell products on Amazon

Sell apps on Amazon

Become an Affiliate

Become a Delivery Driver

Start a package delivery business

Advertise Your Products

Self-Publish with Us

Host an Amazon Hub

› See More Ways to Make Money

## Amazon Payment Products

Amazon Rewards Visa Signature Cards

Amazon.com Store Card

Amazon Secured Card

Amazon Business Card

Amazon Business Line of Credit

Shop with Points

Credit Card Marketplace

Reload Your Balance

Amazon Currency Converter

## Let Us Help You

Amazon and COVID-19

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Amazon Assistant

Help

  

**amazon**

🌐 English ⇕     🇺🇸 United States

| | | | | | | |
|---|---|---|---|---|---|---|
| **Amazon Music** Stream millions of songs | **Amazon Advertising** Find, attract, and engage customers | **Amazon Drive** Cloud storage from Amazon | **6pm** Score deals on fashion brands | **AbeBooks** Books, art & collectibles | **ACX** Audiobook Publishing Made Easy | **Alexa** Actionable Analytics for the Web |
| **Sell on Amazon** Start a Selling Account | **Amazon Business** Everything For Your Business | **Amazon Fresh** Groceries & More Right To Your Door | **AmazonGlobal** Ship Orders Internationally | **Home Services** Experienced Pros Happiness Guarantee | **Amazon Ignite** Sell your original Digital Educational Resources | **Amazon Web Services** Scalable Cloud Computing Services |
| **Audible** Listen to Books & Original Audio Performances | **Book Depository** Books With Free Delivery Worldwide | **Box Office Mojo** Find Movie Box Office Data | **ComiXology** Thousands of Digital Comics | **DPReview** Digital Photography | **East Dane** Designer Men's Fashion | **Fabric** Sewing, Quilting & Knitting |
| **Goodreads** Book reviews & recommendations | **IMDb** Movies, TV & Celebrities | **IMDbPro** Get Info Entertainment Professionals Need | **Kindle Direct Publishing** Indie Digital & Print Publishing Made Easy | **Amazon Photos** Unlimited Photo Storage Free With Prime | **Prime Video Direct** Video Distribution Made Easy | **Shopbop** Designer Fashion Brands |
| **Amazon Warehouse** Great Deals on Quality Used Products | **Whole Foods Market** America's Healthiest Grocery Store | **Woot!** Deals and Shenanigans | **Zappos** Shoes & Clothing | **Ring** Smart Home Security Systems | **eero WiFi** Stream 4K Video in Every Room | **Blink** Smart Security for Every Home |
| | **Neighbors App** Real-Time Crime & Safety Alerts | **Amazon Subscription Boxes** Top subscription boxes – right to your door | **PillPack** Pharmacy Simplified | **Amazon Renewed** Like-new products you can trust | **Amazon Second Chance** Pass it on, trade it in, give it a second life | |

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2021, Amazon.com, Inc. or its affiliates







Roll over image to zoom in

over gravel and sandy terrain, cruising speed of 7.5mph. Immediate for riders up to 220lbs. Super Storage Capacity last for 7.75phm after per charge.

- The newest design of hoverboard : Hoverboard born with the 2020 newest design, the Colorful glowing pedal hoverboard and cool LED lights will make you difference and give you a better riding experience, Ultimate comfort, wonderful experience.

- Powerful performance: built in high-quality Bluetooth speaker, self-balance, child and adults riding models, you can check the power, adjust the lights, adjust the riding mode, failure analysis, etc.in the APP.

- International highest standards standards: UL2272 Certified of hoverboard and MSDS/UN38.3 and UL2271 safety of battery. We provide international highest safety standards reports, it is the best and safe gift for the kids ages 6-12 and adults.

- Warranty: one year warranty for the hoverboard, six months warranty for the battery.any pronlem, contact us directly!



CBD Bluetooth Hoverboard for Kids, 6.5 Inch Two Wheel Hoverboard, Self…
✓prime

Sponsored ⓘ

## Buy it with

 + 

Total price: $428.00

Add both to Cart

☑ **This item:** Gyroor Hoverboard Off Road All Terrian 6.5" Two-Wheel G11 Flash LED Light Self Balancing Hoverboards… $199.00

☑ Gyroor T581 Hoverboard 6.5" Off Road All Terrain Hoverboard with Bluetooth Speaker and Two-Wheel Self Balancin… $229.00

## Products related to this item

Page 1 of 47

Sponsored ⓘ

 

**Products related to this item**

Page 1 of 47

Sponsored ⓘ

    

| Magic hover Hoverboard Off Road All Terrain Self Balancing Scooter 6.5" T581 Flash ... | SISIGAD Hoverboard Self Balancing Scooter 6.5 Two-Wheel Self Balancing Hoverboard... | Gyroor Warrior 8.5 inch All Terrain Off Road Hoverboard with Bluetooth Speakers... | Felimoda Hoverboard, 6.5 Inch Two-Wheel Self Balancing Hoverboards - LED Light Flas... | Rawrr Hoverboard Self Balancing Electric Scooter with LED Wheel Lights and Bluetoot... |
| ★★★★☆ 329 | ★★★★☆ 155 | ★★★★☆ 3,391 | ★★★★☆ 338 | ★★★★☆ 537 |
| $279.00 ✓prime | $189.99 | $299.00 | $139.99 ✓prime | $149.97 ✓prime |
| | | Item Weight: **2.2 Pounds** Frame Material: **Aluminum** | Item Weight: **16.53 Pounds** Wheel Size: **6.5 Inches** | Wheel Size: **6.5 Inches** |

## 4 stars and above

Page 1 of 13

Sponsored ⓘ

    

| Magic hover Hoverboard Off Road All Terrain Self Balancing Scooter 6.5" T581 Flash ... | SISIGAD Hoverboard Self Balancing Scooter 6.5 Two-Wheel Self Balancing Hoverboard... | Gyroor Warrior 8.5 inch All Terrain Off Road Hoverboard with Bluetooth Speakers... | Felimoda Hoverboard, 6.5 Inch Two-Wheel Self Balancing Hoverboards - LED Light Flas... | Rawrr Hoverboard Self Balancing Electric Scooter with LED Wheel Lights and Bluetoot... |
| ★★★★☆ 329 | ★★★★☆ 155 | ★★★★☆ 3,391 | ★★★★☆ 338 | ★★★★☆ 537 |
| $279.00 ✓prime | $189.99 | $299.00 | $139.99 ✓prime | $149.97 ✓prime |

## Special offers and product promotions

- **Amazon Business:** Make the most of your Amazon Business account with exclusive tools and savings. **Login now**

- Get a **$50 Amazon Gift Card** instantly upon approval for the **Amazon Rewards Visa Card. No annual fee.** Apply now

# Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

## Product details

Color: **BLUE**

**Date First Available :** January 4, 2021

**ASIN :** B08RYMXRWM

**Best Sellers Rank:** #45,755 in Sports & Outdoors (See Top 100 in Sports & Outdoors)
#50 in Self Balancing Scooters

## Product details

Color: **BLUE**

**Date First Available** : January 4, 2021

**ASIN** : B08RYMXRWM

**Best Sellers Rank:** #45,755 in Sports & Outdoors (See Top 100 in Sports & Outdoors)
#50 in Self Balancing Scooters

**Customer Reviews:**
★★★★½ ⌄    412 ratings

# Videos

Page 1 of 3

### Videos for related products

<                    >

Top 6 Best Self Balancing Scooters 2021

Best Guider

Top 5 Best Self Balancing Scooter in 2021

Best Guider

TOMOLOO Hoverboard with LED Lights Two-Wheel Self Balancing…

Lison ET

Tomoloo K1 hover b
self balancing hover

Tomoloo Flagship

Upload your video

## Products related to this item

Page 1 of 28

Sponsored ⓘ

<                        >

Magic hover Hoverboard Off Road All Terrian Self Balancing Scooter 6.5" T581 Flash …
★★★★½ 329
$279.00 ✓prime

Felimoda 6.5 Inch Hoverboard with Bluetooth Speaker, Two Wheels Self Balancing…
★★★★☆ 90
$139.99 ✓prime

Gyroor K1 Hoverboard Seat Attachment, Hover Board Accessory Go Kart with Adjustable…
★★★★★ 2
$89.99 ✓prime

Swagtron Swagboard Outlaw T6 Off-Road Hoverboard - First in The World to Handle Ove…
★★★★☆ 730
$349.99 ✓prime

TOMOLOO Music-Rhythmed Hoverboard 6.5 inch Electric Scooter UL2272 Certificated…
★★★★½ 70
$179.99 ✓prime





YHR Hoverboard with Wireless Bluetooth Speaker Electric Self Balancing Scooter and LED Light Two-Flashing Wheel for Kids…
★★★★½ 29
$144.99 ✓prime



Nice Hoverboard

HR Hoverboard with Ageless Bluetooth
Speaker Electric Self Balancing Scooter and
LED Light Two-Flashing Wheel for Kids...

★★★★½ 29

$144.99 ✓prime

Sponsored ⓘ

## Customer questions & answers

🔍 Have a question? Search for answers

**1 vote**

**Question:** What is the maximum incline this can handle (for example 30% incline)?

**Answer:** Hello, it is 15-30 degrees，thanks！
By Gyroor SELLER on December 22, 2020

**0 votes**

**Question:** What is phm?

**Answer:** Hello, it is 7.75 phm, thanks!
By Gyroor SELLER on December 22, 2020

**0 votes**

**Question:** How much do this cost

**Answer:** $299
By MTA on May 8, 2021

**0 votes**

**Question:** Whats a good hoverboard for adults that weigh 250 or more

**Answer:** Hello, it is best for 44-220lb, if you are over 250lb, we advise you buy the G2 warrior hoverboard,
thanks!
By JIANGYOU-US SELLER on February 5, 2021

[ See more answered questions (28) ]

## Customer reviews

★★★★½ 4.5 out of 5

412 global ratings

| | | |
|---|---|---|
| 5 star | | 81% |
| 4 star | | 8% |
| 3 star | | 2% |
| 2 star | | 1% |
| 1 star | | 8% |

ⱽ How are ratings calculated?

## By feature

| | | |
|---|---|---|
| Easy to learn | ★★★★★ | 4.7 |
| Battery life | ★★★★½ | 4.5 |

### Reviews with images



See all customer images

### Read reviews that mention

| battery life | self balancing | easy to learn | highly recommend |

| hoverboard | easy to use | kids love | great hoverboard | old son |

| son loves | easy to ride | bluetooth | loves the lights | old loves |

## Top reviews from the United States



battery life    self balancing    easy to learn    highly recommend

hoverboard    easy to use    kids love    great hoverboard    old son

son loves    easy to ride    bluetooth    loves the lights    old loves

## By feature

Easy to learn    ★★★★★ 4.7

Battery life    ★★★★½ 4.5

Sturdiness    ★★★★½ 4.4

## Review this product

Share your thoughts with other customers

[ Write a customer review ]



**SEGWAY**

*Segway Electric Scooter*

Segway Ninebot ES1L Electric Kick Scoot...
★★★★½ 378
$299.99 ✓prime

[ Shop now ]

Sponsored ⓘ

## Top reviews from the United States

  Amazon Customer

★☆☆☆☆ **Just gonna return it, very cheap quality, don't trust it, terrible app**
Reviewed in the United States on December 25, 2020
Color: black | **Verified Purchase**

The app doesn't work. It will connect but as soon as I adjust a setting, it just pops up a message over and over saying device not connected. The app also spams you with ads which is ridiculous since we already paid a lot for the hoverboard itself. The music works but sounds terrible and it frequently starts skipping like CDs used to back in the day of portable CD players. The lights are completely useless, as soon as you adjust them, the app gets an error and doesn't go away till you close the app and reopen it. It resets the boards settings every time you turn the board on. This also goes for the speed limit setting. I also found this hoverboard much harder to ride on rougher terrain than the Razor hoverboards which have slick wheels. With the razor I could lean forward and just go, but the GYROOR only allows a very slight lean forward before it just tips over. Didn't notice any difference with self balancing on or off, or kid mode on or off. Maybe I just got a defective unit, I don't know. So I will be returning this Christmas gift, which isn't to big a deal since it's winter and she is okay waiting for a better unit. Probably won't buy another GYROOR.

Update. I took it over to my nephews house and had him try it out. He is a very seasoned
⌄ Read more

7 people found this helpful

[ Helpful ]    | Report abuse

  K. Dixon

★★★★★ **Gyroor is the hoverboard brand to buy!**
Reviewed in the United States on December 24, 2020
Color: black | **Verified Purchase**



This is our 2nd hoverboard from Gyroor! When my son got his first hoverboard last year, everyone was envious of him, including the adults. First, the presentation of the packaging is impressive. The little note they give you is above par and shows how much they value their product. The bluetooth is very easy to set up and connect to. The sound of the speakers is awesome too and the lights on this newer model rock! They are soooo cool looking! The Gyroor app is very user friendly as well.

I'm very impressed! One of our favorite things about the Gyroor hoverboards is the off road
⌄ Read more



29 people found this helpful



29 people found this helpful

Helpful | Report abuse

 Maria

★☆☆☆☆ **Not happy**

Reviewed in the United States on December 26, 2020

Color: black | Verified Purchase

I wouldn't buy this item ever again my daughter couldn't even try it wouldn't turn on. Then I couldn't get a hold of anyone to talk to regarding it. I'm very disappointed with Amazon and this company I have to wait a few weeks for refund to find her another one.

8 people found this helpful

Helpful | Report abuse

 Linds MH

★★★★★ **Looking for the best off-road hoverboard?**

Reviewed in the United States on January 9, 2021

Verified Purchase



▶ 0:00

Living on a farm in a cold-weather climate with snow, it's difficult to find hoverboards that work. This hoverboard is great and the customer service is awesome! It's the perfect size for our 9 year old and she loves the colors and flashing lights. There is also a Bluetooth option! Would buy this product and from this company again.



30 people found this helpful

Helpful | Report abuse

 N. Campbell

★★★★★ **Nice, powerful little hoverboard**

Reviewed in the United States on January 28, 2021

Color: black | Verified Purchase

We've had this thing for roughly a month now and my 10 year old loves it. It's fast, the bluetooth speaker connects easily and sounds great on the streets. There was a learning curve learning how to ride it, of course, but I wish I would've thought to put some duct tape or something on the handles to keep them from getting all scuffed up from the pavement. Other than that, it's cool. I'm also learning how to ride the dern thing although my balance makes it difficult for me to stay on it at 42 years old. As long as I keep trying, I'll get it just like my son did. We charge it according to the

Document title: Amazon.com: Gyroor Hoverboard Off Road All Terrian 6.5" Two-Wheel G11 Flash LED Light Self Balancing Hoverboards with Bluetooth Music…

Capture URL: https://www.amazon.com/Gyroor-Hoverboard-Two-Wheel-Balancing-Hoverboards/dp/B08XNHH2K2/ref=sr_1_3_sspa?…

Capture timestamp (UTC): Sun, 25 Jul 2021 01:14:36 GMT

Page 7 of 12

★★★★★ **Nice, powerful little hoverboard**

Color: black | **Verified Purchase**

We've had this thing for roughly a month now and my 10 year old loves it. It's fast, the bluetooth speaker connects easily and sounds great on the streets. There was a learning curve learning how to ride it, of course, but I wish I would've thought to put some duct tape or something on the handles to keep them from getting all scuffed up from the pavement. Other than that, it's cool. I'm also learning how to ride the dern thing although my balance makes it difficult for me to stay on it at 42 years old. As long as I keep trying, I'll get it just like my son did. We charge it according to the manual and so far the battery life is good. We don't leave it plugged in after the light turns green on the charger and we never leave it plugged in overnight (just in case). The tires are thick and the machine itself has good weight to it, so I feel like I really got value for what I paid for it (I shopped around for roughly 6 or 7 other brands before I decided on this one). It's definitely a keeper. I'm glad we got it.

2 people found this helpful

| Helpful | Report abuse |

 Jessica

★★★★★ **Meets Expectations, Kid loves it**
Reviewed in the United States on February 17, 2021
Color: black | **Verified Purchase**
Pros:

-Durable across rough terrains
-High volume on speakers
-Smooth speed transitions

Cons:

-Heavier on the ends (obviously I know)
For my son it's just so heavy and awkward to lug around or put into its bag.

This product is everything it is supposed to be so if you're torn on whether or not to get it, consider the following two questions:

⌄ Read more

One person found this helpful

| Helpful | Report abuse |

**See all reviews** ›

## Top reviews from other countries

 Jun Yan

★☆☆☆☆ **Too danger for my ago**
Reviewed in Canada on July 13, 2021
**Verified Purchase**

According the ads, this machine is easy to ride and everyone can do it. Until I made the order and received the product, I read the manual and find so many risk I am facing. Maybe it is fun to ride, I will strongly recommend you think twice if you are older than 50. Product looks have good quality and the refund is smooth and no question.

One person found this helpful

Report abuse

Reviewed in Canada on July 15, 2021

Verified Purchase

According to the ads, this machine is easy to ride and everyone can do it. Until I made the order and received the product, I read the manual and find so many risk I am facing. Maybe it is fun to ride, I will strongly recommend you think twice if you are older than 50. Product looks have good quality and the refund is smooth and no question.

One person found this helpful

Report abuse

 Corrie

★★★★★ **Highly recommended. Beautiful hoverboard**
Reviewed in Canada on July 6, 2021
Color: BLUE | Verified Purchase

I absolutely love this. It went way beyond my expectations and my daughter is over the moon as this was her big birthday present. It was packaged nicely, there was a letter from the company and it looks amazing. I haven't tried the Bluetooth yet and still need to take a video but she needs to practice a bit first. I am happy I decided to go with this one compared to some others I was looking at because the reviews were much better than others. Thank you very much

Report abuse

 Suzanne Dunbeck

★★★★★ **Fun great smooth ride**
Reviewed in Canada on April 28, 2021
Verified Purchase

Love it ❤️❤️❤️ rides great, smooth and the Led lights and blue tooth music are awesome too

3 people found this helpful

Report abuse

 Minnie Zheng

★☆☆☆☆ **Not as expected**
Reviewed in Canada on July 11, 2021
Verified Purchase

Difficult to control. The hoverboard is inconsistent in moving forward/backward when leaning forward/backward on the board pedals. My 11YO nephew unfortunately fell down while trying his new toy and scraped his arm. Poor boy was in tears. After some time it also kept on beeping for no reason. In the end he doesn't want this present anymore so I've decided to return it. =(

Report abuse

 JL-PE

★☆☆☆☆ **Not built for offroad or up to 220 lbs!**
Reviewed in Canada on July 14, 2021
Verified Purchase

We thought these would be awesome units, as they are advertised for offroad use, can handle up to 220 lbs, etc.
We keep our yard mowed very low. Yet, our 12 year old (roughly 130 lbs) can't ride it at all offroad. Really puts a damper on things, as she was waiting/excited to get one.
Tried the app as well, which needs to harvest your location/information, access to make/manage phone calls, access to camera/gallery, etc. Seems to have connectivity issues as well.
Shouldn't be advertised for offroad or rated for up to 220 lbs.

Report abuse

We keep our yard mowed very low. Yet, our 12 year old (roughly 150 lbs) can't ride it at all offroad.

Tried the app as well, which needs to harvest your location/information, access to make/manage phone calls, access to camera/gallery, etc. Seems to have connectivity issues as well. Shouldn't be advertised for offroad or rated up to 220 lbs.

Report abuse

See all reviews ›

## Customers who bought this item also bought

Page 1 of 4







**EverCross Hoverboard Seat Attachment, Hoverboard Attachments, Hoverboard Accessories Compatible with 6.5"…**
★★★★½ 1,378
$75.00-$84.00

**Gyroor Hoverboard Offroad All Terrain Flash Wheel Self Balancing G5 Hoverboards with Bluetooth Speaker, UL 2272 Certified Best…**
★★★★½ 275
$249.00

**Gyroor T581 Hoverboard 6.5" Off Road All Terrain Hoverboard with Bluetooth Speaker and Two-Wheel Self Balancing Hoverboard…**
★★★★½ 1,066
$229.00

**Gyroor Warrior 8.5 inch All Terrain Off Road Hoverboard with Bluetooth Speakers and LED Lights, UL2272 Certified Self…**
★★★★½ 3,391
$299.00

**Hover-1 Buggy Attachment for Transforming Hoverboard Scooter into Go-Kart**
★★★★½ 6,715
$65.49-$143.00



Nice Hoverboard

 YHR Hoverboard with Wireless Bluetoot…
★★★★½ 29
$144.99 ✓prime

Shop now

Sponsored ⓘ

## Recommended based on your shopping trends Sponsored

Page 1 of 4








**Felimoda Hoverboard, 6.5 Inch self balancing Hoverboard with LED Light Flashing Wheel…**
★★★★½ 338
$139.99

**SISIGAD Hoverboard Self Balancing Scooter 6.5 Two-Wheel Self Balancing Hoverboard…**
★★★★½ 155
$189.99

**Gyroor Swift Hoverboard Self Balancing Hoverboard with Music Speaker LED Lights,…**
★★★★½ 630
$167.00

**Longtime 6.5" Flashing Wheels Rechargeable Battery Self Balancing Scooter Electric…**
★★★★½ 214
$135.00

**TPS Electric Hoverboard Self Balancing Scooter for Kids and Adults Hover Board with 6.5"…**
★★★★☆ 403
$135.00

## Inspired by your browsing history

Page 1 of 10


6.5 Inch self Balancing Hoverboard with 1...


Balancing Scooter 6.5 Balancing Hoverboard...


Self Balancing Speaker LED Lights,...


Wheels Rechargeable Scooter Electric...


Self Balancing Scooter Hover Board with 6.5"...

★★★★☆ 338
$139.99

★★★★☆ 155
$189.99

★★★★☆ 630
$167.00

★★★★☆ 214
$135.00

★★★★☆ 403
$135.00

## Inspired by your browsing history

Page 1 of 10













Hover-1 Buggy Attachment for Transforming Hoverboard Scooter into Go-Kart
★★★★☆ 6,715
$72.37

Hiboy HC-01 Hoverboard Kart Seat Attachment Accessory for 6.5" 8" 10" Two Wheel Self Balancing Scooter
★★★★☆ 1,895
$44.99

Hover-1 Buggy Attachment for Transforming Hoverboard Scooter into Go-Kart
★★★★☆ 6,715
$65.49-$143.00

TOMOLOO Hoverboard with Bluetooth Speaker UL2272 Certified Self Balancing Electric Scooter 6.5" Two-Wheel Hover Boards with LED...
★★★★☆ 383
$179.99

Hiboy HC-01 Hoverboard Kart Seat Attachment Accessory for 6.5" 8" 10" Two Wheel Self Balancing Scooter
★★★★☆ 1,895
$44.99-$109.99

## Your Browsing History   View or edit your browsing history ›

Page 1 of 4

See personalized recommendations

**Sign in**

New customer? Start here.

---

### Back to top

---

**Get to Know Us**

Careers

Blog

About Amazon

Sustainability

Press Center

Investor Relations

Amazon Devices

**Make Money with Us**

Sell products on Amazon

Sell apps on Amazon

Become an Affiliate

Become a Delivery Driver

Start a package delivery business

Advertise Your Products

Self-Publish with Us

Host an Amazon Hub

› See More Ways to Make Money

**Amazon Payment Products**

Amazon Rewards Visa Signature Cards

Amazon.com Store Card

Amazon Secured Card

Amazon Business Card

Amazon Business Line of Credit

Shop with Points

Credit Card Marketplace

Reload Your Balance

Amazon Currency Converter

**Let Us Help You**

Amazon and COVID-19

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Amazon Assistant

Help

**Back to top**

## Get to Know Us

Careers

Blog

About Amazon

Sustainability

Press Center

Investor Relations

Amazon Devices

## Make Money with Us

Sell products on Amazon

Sell apps on Amazon

Become an Affiliate

Become a Delivery Driver

Start a package delivery business

Advertise Your Products

Self-Publish with Us

Host an Amazon Hub

› See More Ways to Make Money

## Amazon Payment Products

Amazon Rewards Visa Signature Cards

Amazon.com Store Card

Amazon Secured Card

Amazon Business Card

Amazon Business Line of Credit

Shop with Points

Credit Card Marketplace

Reload Your Balance

Amazon Currency Converter

## Let Us Help You

Amazon and COVID-19

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Amazon Assistant

Help

amazon

 English     United States

| | | | | |
|---|---|---|---|---|
| **Amazon Music** Stream millions of songs | **Amazon Advertising** Find, attract, and engage customers | **Amazon Drive** Cloud storage from Amazon | **6pm** Score deals on fashion brands | **AbeBooks** Books, art & collectibles |

**ACX**
Audiobook Publishing Made Easy

**Alexa**
Actionable Analytics for the Web

**Sell on Amazon**
Start a Selling Account

**Amazon Business**
Everything For Your Business

**Amazon Fresh**
Groceries & More Right To Your Door

**AmazonGlobal**
Ship Orders Internationally

**Home Services**
Experienced Pros Happiness Guarantee

**Amazon Ignite**
Sell your original Digital Educational Resources

**Amazon Web Services**
Scalable Cloud Computing Services

**Audible**
Listen to Books & Original Audio Performances

**Book Depository**
Books With Free Delivery Worldwide

**Box Office Mojo**
Find Movie Box Office Data

**ComiXology**
Thousands of Digital Comics

**DPReview**
Digital Photography

**East Dane**
Designer Men's Fashion

**Fabric**
Sewing, Quilting & Knitting

**Goodreads**
Book reviews & recommendations

**IMDb**
Movies, TV & Celebrities

**IMDbPro**
Get Info Entertainment Professionals Need

**Kindle Direct Publishing**
Indie Digital & Print Publishing Made Easy

**Amazon Photos**
Unlimited Photo Storage Free With Prime

**Prime Video Direct**
Video Distribution Made Easy

**Shopbop**
Designer Fashion Brands

**Amazon Warehouse**
Great Deals on Quality Used Products

**Whole Foods Market**
America's Healthiest Grocery Store

**Woot!**
Deals and Shenanigans

**Zappos**
Shoes & Clothing

**Ring**
Smart Home Security Systems

**eero WiFi**
Stream 4K Video in Every Room

**Blink**
Smart Security for Every Home

**Neighbors App**
Real-Time Crime & Safety Alerts

**Amazon Subscription Boxes**
Top subscription boxes – right to your door

**PillPack**
Pharmacy Simplified

**Amazon Renewed**
Like-new products you can trust

**Amazon Second Chance**
Pass it on, trade it in, give it a second life

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2021, Amazon.com, Inc. or its affiliates

Document title: Amazon.com: Gyroor Hoverboard Off Road All Terrian 6.5&quot; Two-Wheel G11 Flash LED Light Self Balancing Hoverboards with Bluetooth Music…
Capture URL: https://www.amazon.com/Gyroor-Hoverboard-Two-Wheel-Balancing-Hoverboards/dp/B08XNHH2K2/ref=sr_1_3_sspa?…
Capture timestamp (UTC): Sun, 25 Jul 2021 01:14:36 GMT



amazon | Hello, Select your address | Hello, Sign in Account & Lists | Returns & Orders | 0 Cart

☰ All    Best Sellers    Customer Service    Prime ▾    New Releases    Pharmacy    Books    Fashion    Toys & Games      **Shop Back to School deals**

Gyroor

 + Follow    HOME    8.5" OFF ROAD HOVERBOARD    G-F1 RACING HOVERBOARD    G11 6.5" SWIFT HOVERBOARD    MORE ▾







---

Document title: Amazon.com: Gyroor
Capture URL: https://www.amazon.com/stores/Gyroor/page/F7856CFC-6A58-4C64-8580-51FFCB019EA1?ref_=ast_bln
Capture timestamp (UTC): Sun, 25 Jul 2021 01:15:30 GMT

Page 1 of 4

Gyroor

+ Follow

HOME    8.5" OFF ROAD HOVERBOARD    G-F1 RACING HOVERBOARD    G11 6.5" SWIFT HOVERBOARD    MORE ▾





$299⁰⁰                    $299⁰⁰





**RACING HOVERBOARD**

· Portable handle    · Removable battery



### GYROOR G-F1 Fastest Racing Hoverboard

APP Enable/Music Speaker/LED Lights/Portable Handle/Removable Battery/Racing Sound

Currently unavailable



### GYROOR G11 Swift

APP Enable/Flash Wheels/Music Speaker/LED Lights

$199⁰⁰



$249⁰⁰

### GYROOR G11 Swift

APP Enable/Flash Wheels/Music Speaker/LED Lights







## GYROOR G11 Swift

APP Enable/Flash Wheels/Music
Speaker/LED Lights



$249$^{00}$

$15$^{99}$



G2+K1



$229$^{00}$ ✓prime

## Share

Share this page with your friends.

  

Back to top

**Get to Know Us**          **Make Money with Us**          **Amazon Payment Products**          **Let Us Help You**

Gyroor

+ Follow

HOME    8.5" OFF ROAD HOVERBOARD    G-F1 RACING HOVERBOARD    G11 6.5" SWIFT HOVERBOARD    MORE ▾

**Back to top**

## Get to Know Us

Careers

Blog

About Amazon

Sustainability

Press Center

Investor Relations

Amazon Devices

## Make Money with Us

Sell products on Amazon

Sell apps on Amazon

Become an Affiliate

Become a Delivery Driver

Start a package delivery business

Advertise Your Products

Self-Publish with Us

Host an Amazon Hub

› See More Ways to Make Money

## Amazon Payment Products

Amazon Rewards Visa Signature Cards

Amazon.com Store Card

Amazon Secured Card

Amazon Business Card

Amazon Business Line of Credit

Shop with Points

Credit Card Marketplace

Reload Your Balance

Amazon Currency Converter

## Let Us Help You

Amazon and COVID-19

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Amazon Assistant

Help



⊕ English ⌄    🇺🇸 United States

| | | | | | | |
|---|---|---|---|---|---|---|
| **Amazon Music**<br>Stream millions of songs | **Amazon Advertising**<br>Find, attract, and engage customers | **Amazon Drive**<br>Cloud storage from Amazon | **6pm**<br>Score deals on fashion brands | **AbeBooks**<br>Books, art & collectibles | **ACX**<br>Audiobook Publishing Made Easy | **Alexa**<br>Actionable Analytics for the Web |
| **Sell on Amazon**<br>Start a Selling Account | **Amazon Business**<br>Everything For Your Business | **Amazon Fresh**<br>Groceries & More Right To Your Door | **AmazonGlobal**<br>Ship Orders Internationally | **Home Services**<br>Experienced Pros Happiness Guarantee | **Amazon Ignite**<br>Sell your original Digital Educational Resources | **Amazon Web Services**<br>Scalable Cloud Computing Services |
| **Audible**<br>Listen to Books & Original Audio Performances | **Book Depository**<br>Books With Free Delivery Worldwide | **Box Office Mojo**<br>Find Movie Box Office Data | **ComiXology**<br>Thousands of Digital Comics | **DPReview**<br>Digital Photography | **East Dane**<br>Designer Men's Fashion | **Fabric**<br>Sewing, Quilting & Knitting |
| **Goodreads**<br>Book reviews & recommendations | **IMDb**<br>Movies, TV & Celebrities | **IMDbPro**<br>Get Info Entertainment Professionals Need | **Kindle Direct Publishing**<br>Indie Digital & Print Publishing Made Easy | **Amazon Photos**<br>Unlimited Photo Storage Free With Prime | **Prime Video Direct**<br>Video Distribution Made Easy | **Shopbop**<br>Designer Fashion Brands |
| **Amazon Warehouse**<br>Great Deals on Quality Used Products | **Whole Foods Market**<br>America's Healthiest Grocery Store | **Woot!**<br>Deals and Shenanigans | **Zappos**<br>Shoes & Clothing | **Ring**<br>Smart Home Security Systems | **eero WiFi**<br>Stream 4K Video in Every Room | **Blink**<br>Smart Security for Every Home |
| | **Neighbors App**<br>Real-Time Crime & Safety Alerts | **Amazon Subscription Boxes**<br>Top subscription boxes – right to your door | **PillPack**<br>Pharmacy Simplified | **Amazon Renewed**<br>Like-new products you can trust | **Amazon Second Chance**<br>Pass it on, trade it in, give it a second life | |

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996–2021, Amazon.com, Inc. or its affiliates

Document title: Amazon.com: Gyroor
Capture URL: https://www.amazon.com/stores/Gyroor/page/F7856CFC-6A58-4C64-8580-51FFCB019EA1?ref_=ast_bln
Capture timestamp (UTC): Sun, 25 Jul 2021 01:15:30 GMT



Gyroor

+ Follow     HOME     8.5" OFF ROAD HOVERBOARD     G-F1 RACING HOVERBOARD     G11 6.5" SWIFT HOVERBOARD     MORE ▾







Gyroor

+ Follow

**HOME**    8.5" OFF ROAD HOVERBOARD    G-F1 RACING HOVERBOARD    G11 6.5" SWIFT HOVERBOARD    MORE ▾





$299$00

$299$00





## RACING HOVERBOARD



### GYROOR G-F1 Fastest Racing Hoverboard

APP Enable/Music Speaker/LED Lights/Portable Handle/Removable Battery/Racing Sound

Currently unavailable

· Portable handle    · Removable battery



### GYROOR G11 Swift

APP Enable/Flash Wheels/Music Speaker/LED Lights

$199$00



$249$00

### GYROOR G11 Swift

APP Enable/Flash Wheels/Music Speaker/LED Lights







Gyroor

+ Follow

HOME    8.5" OFF ROAD HOVERBOARD    G-F1 RACING HOVERBOARD    G11 6.5" SWIFT HOVERBOARD    MORE ▾

## GYROOR G11 Swift

APP Enable/Flash Wheels/Music
Speaker/LED Lights



$^\$249^{00}$

$^\$15^{99}$



G2+K1



$^\$229^{00}$  ✓prime

## Share

Share this page with your friends.

    

Back to top

**Get to Know Us**        **Make Money with Us**        **Amazon Payment Products**        **Let Us Help You**

Document title: Amazon.com: Gyroor
Capture URL: https://www.amazon.com/stores/Gyroor/page/F7856CFC-6A58-4C64-8580-51FFCB019EA1?ref_=nav_signin&amp;returnFromLogin=1&amp;
Capture timestamp (UTC): Sun, 25 Jul 2021 01:20:10 GMT
Page 3 of 4

Gyroor

+ Follow

HOME    8.5" OFF ROAD HOVERBOARD    G-F1 RACING HOVERBOARD    G11 6.5" SWIFT HOVERBOARD    MORE ▾

**Back to top**

## Get to Know Us

Careers

Blog

About Amazon

Sustainability

Press Center

Investor Relations

Amazon Devices

## Make Money with Us

Sell products on Amazon

Sell apps on Amazon

Become an Affiliate

Become a Delivery Driver

Start a package delivery business

Advertise Your Products

Self-Publish with Us

Host an Amazon Hub

› See More Ways to Make Money

## Amazon Payment Products

Amazon Rewards Visa Signature Cards

Amazon.com Store Card

Amazon Secured Card

Amazon Business Card

Amazon Business Line of Credit

Shop with Points

Credit Card Marketplace

Reload Your Balance

Amazon Currency Converter

Promotional Financing

## Let Us Help You

Amazon and COVID-19

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Amazon Assistant

Help



⊕ English ⟷          🇺🇸 United States

| | | | | | | |
|---|---|---|---|---|---|---|
| **Amazon Music** Stream millions of songs | **Amazon Advertising** Find, attract, and engage customers | **Amazon Drive** Cloud storage from Amazon | **6pm** Score deals on fashion brands | **AbeBooks** Books, art & collectibles | **ACX** Audiobook Publishing Made Easy | **Alexa** Actionable Analytics for the Web |
| **Sell on Amazon** Start a Selling Account | **Amazon Business** Everything For Your Business | **Amazon Fresh** Groceries & More Right To Your Door | **AmazonGlobal** Ship Orders Internationally | **Home Services** Experienced Pros Happiness Guarantee | **Amazon Ignite** Sell your original Digital Educational Resources | **Amazon Web Services** Scalable Cloud Computing Services |
| **Audible** Listen to Books & Original Audio Performances | **Book Depository** Books With Free Delivery Worldwide | **Box Office Mojo** Find Movie Box Office Data | **ComiXology** Thousands of Digital Comics | **DPReview** Digital Photography | **East Dane** Designer Men's Fashion | **Fabric** Sewing, Quilting & Knitting |
| **Goodreads** Book reviews & recommendations | **IMDb** Movies, TV & Celebrities | **IMDbPro** Get Info Entertainment Professionals Need | **Kindle Direct Publishing** Indie Digital & Print Publishing Made Easy | **Amazon Photos** Unlimited Photo Storage Free With Prime | **Prime Video Direct** Video Distribution Made Easy | **Shopbop** Designer Fashion Brands |
| **Amazon Warehouse** Great Deals on Quality Used Products | **Whole Foods Market** America's Healthiest Grocery Store | **Woot!** Deals and Shenanigans | **Zappos** Shoes & Clothing | **Ring** Smart Home Security Systems | **eero WiFi** Stream 4K Video in Every Room | **Blink** Smart Security for Every Home |
| | **Neighbors App** Real-Time Crime & Safety Alerts | **Amazon Subscription Boxes** Top subscription boxes – right to your door | **PillPack** Pharmacy Simplified | **Amazon Renewed** Like-new products you can trust | **Amazon Second Chance** Pass it on, trade it in, give it a second life | |

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996–2021, Amazon.com, Inc. or its affiliates

Document title: Amazon.com: Gyroor

Capture URL: https://www.amazon.com/stores/Gyroor/page/F7856CFC-6A58-4C64-8580-51FFCB019EA1?ref_=nav_signin&amp;returnFromLogin=1&amp;

Capture timestamp (UTC): Sun, 25 Jul 2021 01:20:10 GMT



# amazon prime

Deliver to Arthur
Chicago 60605

Hello, Arthur
Account & Lists

Returns
& Orders

0
Cart

☰ All   Customer Service   Prime Video   Gift Cards   Arthur's Amazon.com   Shopper Toolkit   Outdoor Recreation

**Shop Back to School deals**

Sports & Outdoors   Sports & Fitness   Outdoor Recreation   Sports Fan Shop   Sports Deals   Outdoor Deals

Students and government assistance recipients
could save 50% on Prime

Sports & Outdoors › Outdoor Recreation › Skates, Skateboards & Scooters › Scooters & Equipment › Scooters › Self Balancing Scooters



Roll over image to zoom in

2 VIDEOS

## Gyroor Hoverboard Off Road All Terrian 6.5" Two-Wheel G11 Flash LED Light Self Balancing Hoverboards with Bluetooth Music Speaker and UL 2272 Certified for Kids Adults Gift.

Visit the Gyroor Store

★★★★½ ˅   412 ratings | 32 answered questions

**Price:** **$199.00**

Coupon ☐ Save an extra $20.00 when you apply this coupon.
Details

**Get 5% back ($9.95 in rewards)** on the amount charged to your Amazon Prime Rewards Visa Signature Card.

Color: **black**

 

| | |
|---|---|
| **Brand** | Gyroor |
| **Color** | Black |
| **Package Dimensions** | 25.02 x 9.52 x 9.3 inches; 18.27 Pounds |
| **Maximum Weight Recommendation** | 220 Pounds |
| **Maximum Speed** | 13 Kilometers per Hour |

### About this item

- Offroad All-terrian hoverboard: Doul 250W soild tires allows a smooth ride over gravel and sandy terrain, cruising speed of 13 km/h with long distance for riders up to 220lbs. Super Storage Capacity last for 7.75phm after per charge.
- The newest design of hoverboard : Hoverboard born with the 2020 newest design, the Colorful glowing pedal hoverboard and cool LED lights will make you difference and give you a better riding experience, Ultimate comfort, wonderful experience.
- Powerful performance: built in high-quality Bluetooth speaker, self-balance, child and adults riding models, you can check the power, adjust the lights, adjust the riding mode, failure analysis, etc.in the APP.
- International highest standards standards: UL2272 Certified of hoverboard and MSDS/UN38.3 and UL2271 safety of battery. We provide international highest safety standards reports, it is the best and safe gift for the kids

**$199.00**

FREE delivery: **Aug 18 - Sep 9**

Fastest delivery: **Aug 3 - 6**

◉ Deliver to Arthur - Chicago 60605

**In stock.**
Usually ships within 4 to 5 days.

Add to Cart

Buy Now

🔒 Secure transaction

Ships from   zhipeng-us
Sold by     zhipeng-us

Return policy: This item is returnable ˅

**Add a Protection Plan:**
☐ 2-Year Protection for $15.99

Add to List ▾

Have one to sell?

Sell on Amazon



✕ HOVER·1

Follow the leader

Hover-1 Dream Hoverboard Electric Scooter Light Up LED…

★★★★½ 437

$139.99 ✓prime

Sponsored ⓘ

Sponsored ⓘ



comfort, wonderful experience.

speaker, self-balance, child and adults riding models, you can check the power, adjust the lights, adjust the riding mode, failure analysis, etc.in the APP.

- International highest standards standards: UL2272 Certified of hoverboard and MSDS/UN38.3 and UL2271 safety of battery. We provide international highest safety standards reports, it is the best and safe gift for the kids ages 6-12 and adults.
- Warranty: one year warranty for the hoverboard, six months warranty for the battery.any pronlem, contact us directly!

☐ Report incorrect product information.



SISIGAD Hoverboard, with Bluetooth and Colorful Lights Self Balancing…
⭐⭐⭐⭐½ 8,424
$144.99

Sponsored ⓘ

Roll over image to zoom in

2 VIDEOS

## Frequently bought together



Total price: $577.00

[ Add all three to Cart ]

ⓘ Some of these items ship sooner than the others. Show details

☑ **This item:** Gyroor Hoverboard Off Road All Terrian 6.5" Two-Wheel G11 Flash LED Light Self Balancing Hoverboards… $199.00
☑ EverCross Hoverboard Seat Attachment, Hoverboard Attachments, Hoverboard Accessories Compatible with 6.5" 8" … $79.00
☑ Gyroor Warrior 8.5 inch All Terrain Off Road Hoverboard with Bluetooth Speakers and LED Lights, UL2272 Certified … $299.00

## Inspired by your recent shopping trends

Page 1 of 17

    

GYROOR T581 Hoverboard 6.5" Off Road All Terrain Hoverboards with Bluetooth Speaker&LED Lights Two-Wheel Self…
⭐⭐⭐⭐½ 744
$279.00

TOMOLOO Hoverboard UL2272 Certified 8.5 Inch Off Road Hoverboard App Controlled Electric Self…
⭐⭐⭐⭐½ 27
$299.99
✓prime FREE Delivery

TOMOLOO Hoverboard with Bluetooth Speaker UL2272 Certified Self Balancing Electric Scooter 6.5" Two-Wheel Hover Boards with LED…
⭐⭐⭐⭐½ 550
$169.99

TOMOLOO Music-Rhythmed Hoverboard 6.5 inch Electric Scooter UL2272 Certificated with Bluetooth Speaker LED…
⭐⭐⭐⭐½ 70
$179.99
✓prime FREE Delivery

Gyroor Warrior 8.5 inch All Terrain Off Road Hoverboard with Bluetooth Speakers and LED Lights, UL2272 Certified Self…
⭐⭐⭐⭐½ 3,392
$299.00


Hoverboard 6.5" Off Road A... Hoverboards with Bluetooth Speaker&LED Lights Two-Wheel Self...
★★★★☆ 744
$279.00


UL2272 Certified 8.5 Hoverboard App Controlled Electric Self...
★★★★☆ 27
$299.99
✓prime FREE Delivery


with Bluetooth Speaker Balancing Electric Scooter 6.5" Two-Wheel Hover Boards with LED...
★★★★☆ 550
$169.99


Rhythmed Hoverboard UL2272 Certificated with Bluetooth Speaker LED...
★★★★☆ 70
$179.99
✓prime FREE Delivery


All Terrain Off Road Bluetooth Speakers and LED Lights, UL2272 Certified Self...
★★★★☆ 3,392
$299.00

## Products related to this item

Page 1 of 49

Sponsored ⓘ



Jetson Flash Self Balancing Hoverboard with Built In Bluetooth Speaker | Includes A...
★★★★☆ 690
$189.98 ✓prime

Gyroor K1 Hoverboard Seat Attachment, Hover Board Accessory Go Kart with Adjustable...
★★★★★ 2
$89.99 ✓prime

Gyroor Warrior 8.5 inch All Terrain Off Road Hoverboard with Bluetooth Speakers...
★★★★☆ 3,391
$299.00

Magic hover Hoverboard Off Road All Terrain Self Balancing Scooter 6.5" T581 Flash ...
★★★★☆ 329
$229.00 ✓prime

Newest Generation Electric Hoverboard Dual Motors Two Wheels Hoover Board Smart...
★★★★☆ 2,906
$135.00 ✓prime

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

## Product Description











### Smart APP & Music Speaker

This self balancing scooter comes with an efficient APP and Music Speaker that helps you stay in control, giving you the ability to change modes, check batteries, see the real speed, Changing led light colors, adjust speed and riding with your favorite music with ease.

### Super Colorful LED Lights

Bright LED headlights , Flashing wheels and Glow pedal are super fun, is also a signal of protecting yourself that makes you feel safe in dark, illuminate your evening journeys.For the hoverboard enthusiasts, the LED Flashing Lights make the hoverboard cool device.

### Sturdy & Durable

Adopting advanced motherboard system and nature rubber 250W*2 tires, ensure G11 can run smoothly and steadily. With powerful self-balancing feature, you can easily control and happily ride on it. Enjoy the most stable riding and balancing experience!



Document title: Amazon.com: Gyroor Hoverboard Off Road All Terrian 6.5&quot; Two-Wheel G11 Flash LED Light Self Balancing Hoverboards with Bluetooth Music…
Capture URL: https://www.amazon.com/Gyroor-Hoverboard-Two-Wheel-Balancing-Hoverboards/dp/B08NDZ5HMV?ref_=ast_sto_dp&amp;th=1&amp;psc=1
Capture timestamp (UTC): Sun, 25 Jul 2021 01:52:35 GMT





## Product details

Color: **black**

**Date First Available** : January 4, 2021

**ASIN** : B08RYMXRWM

**Best Sellers Rank:** #45,755 in Sports & Outdoors (See Top 100 in Sports & Outdoors)
  #50 in Self Balancing Scooters

**Customer Reviews:**
★★★★½ ˅    412 ratings

# Videos

Page 1 of 4

### Videos for this product

   

## Videos

### Videos for this product









Gyroor G11 Best hoverboard for kids and adults

Gyroor

**Customer Review:** Awesome Hoverboard

Elvis Cejvanovic

**Customer Review:** Gyroor is the hoverboard brand to buy!

K. Dixon

Easy to ride

Eun H Kim

Upload your video

## Products related to this item

Sponsored ⓘ












Jetson Flash Self Balancing Hoverboard with Built In Bluetooth Speaker | Includes A...
★★★★⯪ 690
$189.98 ✓prime
Style: Flash

Magic hover Hoverboard Off Road All Terrian Self Balancing Scooter 6.5" T581 Flash ...
★★★★⯪ 329
$229.00 ✓prime
Item Weight: 24 Pounds
Frame Material: Aluminum

Longtime 6.5" Flashing Wheels Rechargeable Battery Self Balancing Scooter Electric ...
★★★★⯪ 214
$135.00

Hoverboard for Kids Adult Spider Self Balancing Hoverboard with LED Lights...
★★★★⯪ 418
$148.00 ✓prime

Felimoda 6.5 Inch Hoverboard with Bluetooth Speaker, Two Wheels Self Balancing...
★★★★☆ 90
$139.99 ✓prime
Number of Wheels: 2
Wheel Material: Rubber
Wheel Size: 6.5 Inches
Wheel Type: Solid

**Panasonic**

*Reliable home cooking at your fingertips*




★★★★⯪ 4,928 ✓prime

"...This microwave achieves perfectly even heating throughout, no super hot or cold spots..."

Sponsored ⓘ

## Customer questions & answers



Sponsored ⓘ

## Customer questions & answers

🔍 Have a question? Search for answers

▲
1
vote
▼

**Question:** What is the maximum incline this can handle (for example 30% incline)?

**Answer:** Hello, it is 15-30 degrees，thanks！
By Gyroor SELLER on December 22, 2020

▲
0
votes
▼

**Question:** What is phm?

**Answer:** Hello, it is 7.75 phm, thanks!
By Gyroor SELLER on December 22, 2020

▲
0
votes
▼

**Question:** How much do this cost

**Answer:** $299
By MTA on May 8, 2021

▲
0
votes
▼

**Question:** Whats a good hoverboard for adults that weigh 250 or more

**Answer:** Hello, it is best for 44-220lb, if you are over 250lb, we advise you buy the G2 warrior hoverboard,
thanks!
By JIANGYOU-US SELLER on February 5, 2021

[ See more answered questions (28) ]

## Customer reviews

⭐⭐⭐⭐½ 4.5 out of 5

412 global ratings

| | | |
|---|---|---|
| 5 star | | 81% |
| 4 star | | 8% |
| 3 star | | 2% |
| 2 star | | 1% |
| 1 star | | 8% |

˅ How are ratings calculated?

### By feature

| | | |
|---|---|---|
| Easy to learn | ⭐⭐⭐⭐⭐ | 4.7 |
| Battery life | ⭐⭐⭐⭐½ | 4.5 |
| Sturdiness | ⭐⭐⭐⭐½ | 4.4 |

### Review this product

Share your thoughts with other customers

### Reviews with images



See all customer images

### Read reviews that mention

| battery life | self balancing | easy to learn | highly recommend |

| hoverboard | easy to use | kids love | great hoverboard | old son |

| son loves | easy to ride | bluetooth | loves the lights | old loves |


Top reviews

### Top reviews from the United States

👤 Amazon Customer

⭐☆☆☆☆ **Just gonna return it, very cheap quality, don't trust it, terrible app**
Reviewed in the United States on December 25, 2020



Document title: Amazon.com: Gyroor Hoverboard Off Road All Terrian 6.5&quot; Two-Wheel G11 Flash LED Light Self Balancing Hoverboards with Bluetooth Music…
Capture URL: https://www.amazon.com/Gyroor-Hoverboard-Two-Wheel-Balancing-Hoverboards/dp/B08NDZ5HMV?ref_=ast_sto_dp&amp;th=1&amp;psc=1
Capture timestamp (UTC): Sun, 25 Jul 2021 01:52:35 GMT
Page 7 of 13

Battery life ★★★★★ 4.8
Sturdiness ★★★★½ 4.4

## Review this product

Share your thoughts with other customers

Write a customer review



$100 off coupon

Segway Ninebot S and S-Max Smart Self-...
$1,099.99 ✓prime

Shop now

Sponsored ⓘ

## Top reviews from the United States

 Amazon Customer

★☆☆☆☆ **Just gonna return it, very cheap quality, don't trust it, terrible app**

Reviewed in the United States on December 25, 2020

Color: black | Verified Purchase

The app doesn't work. It will connect but as soon as I adjust a setting, it just pops up a message over and over saying device not connected. The app also spams you with ads which is ridiculous since we already paid a lot for the hoverboard itself. The music works but sounds terrible and it frequently starts skipping like CDs used to back in the day of portable CD players. The lights are completely useless, as soon as you adjust them, the app gets an error and doesn't go away till you close the app and reopen it. It resets the boards settings every time you turn the board on. This also goes for the speed limit setting. I also found this hoverboard much harder to ride on rougher terrain than the Razor hoverboards which have slick wheels. With the razor I could lean forward and just go, but the GYROOR only allows a very slight lean forward before it just tips over. Didn't notice any difference with self balancing on or off, or kid mode on or off. Maybe I just got a defective unit, I don't know. So I will be returning this Christmas gift, which isn't to big a deal since it's winter and she is okay waiting for a better unit. Probably won't buy another GYROOR.

Update, I took it over to my nephews house and had him try it out. He is a very seasoned

⌄ Read more

7 people found this helpful

Helpful | Report abuse

 K. Dixon

★★★★★ **Gyroor is the hoverboard brand to buy!**

Reviewed in the United States on December 24, 2020

Color: black | Verified Purchase



This is our 2nd hoverboard from Gyroor! When my son got his first hoverboard last year, everyone was envious of him, including the adults. First, the presentation of the packaging is impressive. The little note they give you is above par and shows how much they value their product. The bluetooth is very easy to set up and connect to. The sound of the speakers is awesome too and the lights on this newer model rock! They are soooo cool looking! The Gyroor app is very user friendly as well.

I'm very impressed! One of our favorite things about the Gyroor hoverboards is the off road

⌄ Read more



29 people found this helpful

Helpful | Report abuse

 Maria

★☆☆☆☆ **Not happy**



29 people found this helpful

Helpful | Report abuse

 Maria

★☆☆☆☆ **Not happy**

Reviewed in the United States on December 26, 2020

Color: black | Verified Purchase

I wouldn't buy this item ever again my daughter couldn't even try it wouldn't turn on. Then I couldn't get a hold of anyone to talk to regarding it. I'm very disappointed with Amazon and this company I have to wait a few weeks for refund to find her another one.

8 people found this helpful

Helpful | Report abuse

Linds MH

★★★★★ **Looking for the best off-road hoverboard?**

Reviewed in the United States on January 9, 2021

Verified Purchase



Living on a farm in a cold-weather climate with snow, it's difficult to find hoverboards that work. This hoverboard is great and the customer service is awesome! It's the perfect size for our 9 year old and she loves the colors and flashing lights. There is also a Bluetooth option! Would buy this product and from this company again.



30 people found this helpful

Helpful | Report abuse

 N. Campbell

★★★★★ **Nice, powerful little hoverboard**

Reviewed in the United States on January 28, 2021

Color: black | Verified Purchase

We've had this thing for roughly a month now and my 10 year old loves it. It's fast, the bluetooth speaker connects easily and sounds great on the streets. There was a learning curve learning how to ride it, of course, but I wish I would've thought to put some duct tape or something on the handles to keep them from getting all scuffed up from the pavement. Other than that, it's cool. I'm also learning how to ride the dern thing although my balance makes it difficult for me to stay on it at 42 years old. As long as I keep trying, I'll get it just like my son did. We charge it according to the manual and so far the battery life is good. We don't leave it plugged in after the light turns green on the charger and we never leave it plugged in overnight (just in case). The tires are thick and the machine itself has good weight to it, so I feel like I really got value for what I paid for it (I shopped around for roughly 6 or 7 other brands before I decided on this one). It's definitely a keeper. I'm glad we got it.

to keep them from getting all scuffed up from the pavement. Other than that, it's cool. I'm also learning how to ride the darn thing although my balance makes it difficult for me to stay on it at 42 years old. As long as I keep trying, I'll get it just like my son did. We charge it according to the manual and so far the battery life is good. We don't leave it plugged in after the light turns green on the charger and we never leave it plugged in overnight (just in case). The tires are thick and the machine itself has good weight to it, so I feel like I really got value for what I paid for it (I shopped around for roughly 6 or 7 other brands before I decided on this one). It's definitely a keeper. I'm glad we got it.

2 people found this helpful

Helpful | Report abuse

 Jessica

★★★★★ **Meets Expectations, Kid loves it**
Reviewed in the United States on February 17, 2021
Color: black | **Verified Purchase**
Pros:

-Durable across rough terrains
-High volume on speakers
-Smooth speed transitions

Cons:

-Heavier on the ends (obviously I know)
For my son it's just so heavy and awkward to lug around or put into its bag.

This product is everything it is supposed to be so if you're torn on whether or not to get it, consider the following two questions:

⌄ Read more

One person found this helpful

Helpful | Report abuse

**See all reviews ›**

## Top reviews from other countries

 Jun Yan

★☆☆☆☆ **Too danger for my ago**
Reviewed in Canada on July 13, 2021
**Verified Purchase**

According the ads, this machine is easy to ride and everyone can do it. Until I made the order and received the product, I read the manual and find so many risk I am facing. Maybe it is fun to ride, I will strongly recommend you think twice if you are older than 50. Product looks have good quality and the refund is smooth and no question.

One person found this helpful

Report abuse

 Corrie

★★★★★ **Highly recommended. Beautiful hoverboard**
Reviewed in Canada on July 6, 2021
Color: BLUE | **Verified Purchase**

 Corrie

★★★★★ **Highly recommended. Beautiful hoverboard**
Reviewed in Canada on July 6, 2021
Color: BLUE | Verified Purchase

I absolutely love this. It went way beyond my expectations and my daughter is over the moon as this was her big birthday present. It was packaged nicely, there was a letter from the company and it looks amazing. I haven't tried the Bluetooth yet and still need to take a video but she needs to practice a bit first. I am happy I decided to go with this one compared to some others I was looking at because the reviews were much better than others. Thank you very much

Report abuse

 Suzanne Dunbeck

★★★★★ **Fun great smooth ride**
Reviewed in Canada on April 28, 2021
Verified Purchase

Love it ❤️❤️❤️ rides great, smooth and the Led lights and blue tooth music are awesome too

3 people found this helpful

Report abuse

 Minnie Zheng

★☆☆☆☆ **Not as expected**
Reviewed in Canada on July 11, 2021
Verified Purchase

Difficult to control. The hoverboard is inconsistent in moving forward/backward when leaning forward/backward on the board pedals. My 11YO nephew unfortunately fell down while trying his new toy and scraped his arm. Poor boy was in tears. After some time it also kept on beeping for no reason. In the end he doesn't want this present anymore so I've decided to return it. =(

Report abuse

JL-PE

★☆☆☆☆ **Not built for offroad or up to 220 lbs!**
Reviewed in Canada on July 14, 2021
Verified Purchase

We thought these would be awesome units, as they are advertised for offroad use, can handle up to 220 lbs, etc.
We keep our yard mowed very low. Yet, our 12 year old (roughly 130 lbs) can't ride it at all offroad. Really puts a damper on things, as she was waiting/excited to get one.
Tried the app as well, which needs to harvest your location/information, access to make/manage phone calls, access to camera/gallery, etc. Seems to have connectivity issues as well.
Shouldn't be advertised for offroad or rated for up to 220 lbs.

Report abuse

**See all reviews** ›

**4 stars and above**

Sponsored ⓘ

Page 1 of 19

Document title: Amazon.com: Gyroor Hoverboard Off Road All Terrian 6.5" Two-Wheel G11 Flash LED Light Self Balancing Hoverboards with Bluetooth Music…
Capture URL: https://www.amazon.com/Gyroor-Hoverboard-Two-Wheel-Balancing-Hoverboards/dp/B08NDZ5HMV?ref_=ast_sto_dp&th=1&psc=1
Capture timestamp (UTC): Sun, 25 Jul 2021 01:52:35 GMT

See all reviews ›

## 4 stars and above

Sponsored ⓘ








Jetson Flash Self Balancing Hoverboard with Built In Bluetooth Speaker | Includes A...
★★★★☆ 690
$189.98 ✓prime

Gyroor Warrior 8.5 inch All Terrain Off Road Hoverboard with Bluetooth Speakers...
★★★★☆ 3,391
$299.00

Magic hover Hoverboard Off Road All Terrain Self Balancing Scooter 6.5" T581 Flash ...
★★★★☆ 329
$229.00 ✓prime

Newest Generation Electric Hoverboard Dual Motors Two Wheels Hoover Board Smart...
★★★★☆ 2,906
$135.00 ✓prime

RIDE SWFT Flash Hoverboard Self Balancing Scooter, Top Speed of 7mph, 3 Mile...
★★★★☆ 228
$174.99 ✓prime



**Panasonic**

*Reliable home cooking at your fingertips*

Panasonic Microwave Oven NN-SN966S ...
★★★★½ 4,928
$212.85 ✓prime

Shop now

Sponsored ⓘ

---

**Back to top**

### Get to Know Us

Careers

Blog

About Amazon

Sustainability

Press Center

Investor Relations

Amazon Devices

### Make Money with Us

Sell products on Amazon

Sell apps on Amazon

Become an Affiliate

Become a Delivery Driver

Start a package delivery business

Advertise Your Products

### Amazon Payment Products

Amazon Rewards Visa Signature Cards

Amazon.com Store Card

Amazon Secured Card

Amazon Business Card

Amazon Business Line of Credit

Shop with Points

Credit Card Marketplace

### Let Us Help Us

Amazon and COVID-19

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Jetson Flash Self Balancing Hoverboard with Built In Bluetooth Speaker | Includes All…
⭐⭐⭐⭐⭐ 690
$189.98 ✓prime

cho New Hoverboard Electric Smart Self Balancing Scooter with Built-in Wireless…
⭐⭐⭐⭐⭐ 593
$135.00 ✓prime

Newest Generation Electric Hoverboard Dual Motors Two Wheels Hoover Board Smart…
⭐⭐⭐⭐⭐ 2,906
$135.00

Hoverboard All Terrian Off Road 6.5" inch T581 Hoverboards,with Bluetooth Speaker and…
⭐⭐⭐⭐⭐ 329
$279.00 ✓prime

cho Electric Hoverboard Smart Self Balancing Scooter Hover Board Built-in Bluetooth…
⭐⭐⭐⭐☆ 149
$135.00 ✓prime

## Explore more from across the store

Page 1 of 4

<

>

Segway Ninebot Electric Scooter Seat Saddle for MAX G30P and G30LP, Adjustable Comfortable and Shock Absorbing…
⭐⭐⭐⭐⭐ 155
$119.99
✓prime FREE Delivery

Yukon Hammerhead Pro HD Steerable Snow Sled with Aluminum Frame , Green ,51" x 22.5"
⭐⭐⭐⭐⭐ 346
$190.29
✓prime FREE Delivery

Hover-1 H1-100 Electric Hoverboard Scooter with Infinity LED Wheel Lights
⭐⭐⭐⭐⭐ 633
$199.99
✓prime FREE Delivery

Hover Hoverboard Electric Scooter
⭐⭐⭐⭐⭐ 2,383
$249.99
✓prime FREE Delivery

KECUCO Handlebar Extension Knee Bar for SegwayminiPRO/ 2018 Edition/ 2019 Segway/Segway S.
⭐⭐⭐⭐☆ 223
$56.57
✓prime FREE Delivery

---

## Your Browsing History   View or edit your browsing history ›

Page 1 of 3









**Back to top**

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell products on Amazon | Amazon Rewards Visa Signature Cards | Amazon and COVID-19 |
| Blog | Sell apps on Amazon | Amazon.com Store Card | Your Account |
| About Amazon | Become an Affiliate | Amazon Secured Card | Your Orders |
| Sustainability | Become a Delivery Driver | Amazon Business Card | Shipping Rates & Policies |
| Press Center | Start a package delivery business | Amazon Business Line of Credit | Amazon Prime |
| Investor Relations | Advertise Your Products | Shop with Points | Returns & Replacements |
| Amazon Devices | Self-Publish with Us | Credit Card Marketplace | Manage Your Content and Devices |
| | Host an Amazon Hub | Reload Your Balance | Amazon Assistant |
| | › See More Ways to Make Money | Amazon Currency Converter | Help |
| | | Promotional Financing | |