# EXHIBIT 4

**amazon** prime

Deliver to Arthur
Chicago 60605

Hello, Arthur
Account & Lists ▾

Returns
& Orders

🛒 0 Cart

☰ All   Customer Service   Prime Video   Gift Cards   Arthur's Amazon.com   Shopper Toolkit   Outdoor Recreation

**Shop Back to School deals**

1-48 of 112 results for **"gyroor"**

Sort by: Featured ▾

✔**prime** Delivery
☐ All Prime

**Department**
Sport Scooters
Self Balancing Scooters
Bikes
Adult Electric Bicycles
Apps & Games
Shopping
Scooter Accessories
⌄ See All 6 Departments

**Avg. Customer Review**
★★★★☆ & Up
★★★☆☆ & Up
★★☆☆☆ & Up
★☆☆☆☆ & Up

**Brand**
☐ Gyroor
☐ Jetson
☐ Jetson Electric Bike
☐ Hover-1
☐ Swagtron
☐ Hiboy
☐ Gotrax
⌄ See more

**Price**
Under $25
$25 to $50
$50 to $100
$100 to $200
$200 & Above

[$ Min] [$ Max] [Go]

**Condition**
New
Used

**International Shipping**
☐ International Shipping Eligible

**Availability**
☐ Include Out of Stock


**OFF ROAD HOVERBOARD**

Gyroor Hoverboard Best gift for kids and adults

Shop Gyroor off road Hoverboard ›


Gyroor Warrior 8.5 inch All Terrain Off Road Hoverboard...
★★★★☆ 3,396


Gyroor Swift Hoverboard Self Balancing Hoverboard with M...
★★★★☆ 630

Sponsored ⓘ

Price and other details may vary based on size and color



+1 colors/patterns

Sponsored ⓘ
Hoverboard All Terrain Off Road 6.5" inch T581 Hoverboards,with Bluetooth Speaker and App-Enabled,...
★★★★☆ ⌄ 329
$279.00
✔prime FREE Delivery **Wed, Jul 28**



Sponsored ⓘ
Gyroor K1 Hoverboard Seat Attachment, Hover Board Accessory Go Kart with Adjustable Frame Length...
★★★★★ ⌄ 3
$89.99
Save $25.00 with coupon
✔prime FREE Delivery **Tue, Jul 27**



Sponsored ⓘ
Gyroor Electric Bike for Adults, 450W eBike with 18.6MPH up to 20 Mileage, Folding Electric Bike 14in Air-Filled Tires, Disc...
★★★★☆ ⌄ 53
$659.99
Save $80.00 with coupon
✔prime FREE Delivery **Fri, Jul 30**
Only 18 left in stock - order soon.



+1 colors/patterns

Sponsored ⓘ
Gyroor Hoverboard Off Road All



+2 colors/patterns

Gyroor Warrior 8.5 inch All Terrain Off Road Hoverboard



+2 colors/patterns

Gyroor Hoverboard Offroad All Terrain Flash Wheel Self



+1 colors/patterns

+2 colors/patterns

+2 colors/patterns

Sponsored ⓘ

Gyroor Hoverboard Off Road All Terrian 6.5" Two-Wheel G11 Flash LED Light Self Balancing Hoverboards with Bluetooth...

★★★★½ ˅ 414

$199⁰⁰

Save $20.00 with coupon (some sizes/colors)

FREE Shipping

Gyroor Warrior 8.5 inch All Terrain Off Road Hoverboard with Bluetooth Speakers and LED Lights, UL2272 Certified...

★★★★½ ˅ 3,396

$299⁰⁰

Save $30.00 with coupon (some sizes/colors)

FREE Shipping

Gyroor Hoverboard Offroad All Terrain Flash Wheel Self Balancing G5 Hoverboards with Bluetooth Speaker, UL 2272...

★★★★½ ˅ 276

$249⁰⁰

Save $50.00 with coupon (some sizes/colors)

FREE Shipping







Gyroor C3 Electric Bike for Adults, 450W eBike with 18.6MPH up to 28 Mileage, 14in Air-Filled Tires, Dual Disc...

★★★★½ ˅ 179

$599⁹⁹ $699.99

Save $40.00 with coupon

FREE Delivery for Prime members

More Buying Choices

$551.99 (6 used & new offers)

Gyroor Electric Bike for Adults, 450W eBike with 18.6MPH up to 20 Mileage, Folding Electric Bike 14in Air-Filled Tires, Disc...

★★★★☆ ˅ 53

$659⁹⁹

Save $80.00 with coupon

✓prime FREE Delivery Fri, Jul 30

More Buying Choices

$595.05 (5 used & new offers)

Gyroor T581 Hoverboard 6.5" Off Road All Terrain Hoverboard with Bluetooth Speaker and Two-Wheel Self...

★★★★½ ˅ 1,067

$229⁰⁰

FREE Delivery for Prime members

More Buying Choices

$202.26 (4 used & new offers)



GYROOR

360° Rotation

🔇✕



Sponsored ⓘ

Gyroor T581 Hoverboard 6.5" Off Road All Terrain Hoverboard with Bluetoot...

★★★★½ ˅ 1,067

$229⁰⁰

FREE Delivery for Prime members



360° Rotation

6.5" Off Road All Terrain
...with Bluetooth...
★★★★½ ⌄ 1,067
$229⁰⁰
FREE Delivery for Prime members



Gyroor K1 Hoverboard Seat
Attachment, Hover Board
Accessory Go Kart with
Adjustable Frame Length...
★★★★★ ⌄ 3
$89⁹⁹
Save $25.00 with coupon
✓prime FREE Delivery Tue, Jul 27



+1 colors/patterns

Gyroor Swift Hoverboard Self
Balancing Hoverboard with
Music Speaker LED Lights, 6.5
inch Two-Wheel Hoverboard...
★★★★½ ⌄ 630
$167⁰⁰
Save $10.00 with coupon (some
sizes/colors)
✓prime FREE Delivery Wed, Jul 28



+1 colors/patterns

Gyroor Hoverboard Off Road All
Terrian 6.5" Two-Wheel G11
Flash LED Light Self Balancing
Hoverboards with Bluetooth...
★★★★½ ⌄ 414
$199⁰⁰
Save $20.00 with coupon (some
sizes/colors)
FREE Shipping



GYROOR T581 Hoverboard 6.5"
Off Road All Terrain
Hoverboards with Bluetooth
Speaker&LED Lights Two-...
★★★★½ ⌄ 744
$279⁰⁰
Save $30.00 with coupon
FREE Shipping



XPRIT 8.5'' All Terrain Off-Road
Hoverboard w/Bluetooth
Speaker, LED Lights, UL2272
Certified
★★★★½ ⌄ 984
$219⁹⁵
✓prime FREE Delivery Mon, Aug 2
More Buying Choices
$129.95 (16 used & new offers)



+2 colors/patterns

Gyroor Electric Scooter for Kids,
Teens, Boys and Girls,
Lightweight and Adjustable
Handlebar, Rechargeable...
★★★★½ ⌄ 151
$129⁰⁰
Save $10.00 with coupon (some
sizes/colors)
✓prime FREE Delivery Sun, Aug 1

  





FREE Shipping

More Buying Choices
$129.95 (16 used & new offers)

$129

Save $30.00 with coupon (some
sizes/colors)

✔prime FREE Delivery **Sun, Aug 1**



+1 colors/patterns



Sponsored ⓘ



Gyroor Hoverboard
Hovershoes-Gyroshoes S300
Electric Roller Skate
Hoverboard with LED...
★★★★⯪ ⌄ 85

$229⁰⁰
Save $15.00 with coupon (some
sizes/colors)

✔prime FREE Delivery **Wed, Jul 28**

Gyroor C3 Electric Bike for
Adults, 450W eBike with
18.6MPH up to 28 Mileage,
14in Air-Filled Tires, Dual Disc...
★★★★⯪ ⌄ 179

$599⁹⁹ $699.99
Save $40.00 with coupon
FREE Delivery for Prime members

Gyroor G2 Hoverboard 8.5" Off
Road All Terrain Hoverboards
Bluetooth Speaker&Self
Balancing Hoverboard with Ka...
★★★★⯪ ⌄ 15

$399⁰⁰
Save $60.00 with coupon
FREE Shipping







Gyroor Electric Scooter Bag,
Waterproof Storage Scooter
Bag Durable Multi-Purpose Bike
Handlebar Bag Adults Bike...
★★★★⯪ ⌄ 85

Save 24%

$15⁹⁹ $20.99
Lowest price in 30 days
FREE Shipping

Gyroor Hoverboard Portable
Waterproof Backpack Carrying
Bag with Adjustable Shoulder
Straps Storage Mesh Pocket f...
★★★★⯪ ⌄ 26

$15⁹⁹

FREE Shipping

Gyroor Electric Scooter Bag,
Waterproof Storage Scooter
Bag Durable Multi-Purpose Bike
Handlebar Bag Adults Bike...
★★★★⯪ ⌄ 4

$20⁹⁹

✔prime FREE Delivery **Thu, Jul 29**
More Buying Choices
$15.99 (3 new offers)













NETGEAR Wi-Fi Range Extender EX3700 - Coverage Up to 1000 Sq Ft and 15 Devices with AC750 Dual Band Wireless...

★★★★☆ ⌄ 59,954

$26⁷⁹ $46.99

✓prime **Overnight 7 AM - 11 AM**
FREE delivery overnight on qualifying orders over $35
More Buying Choices
$16.28 (37 used & new offers)

Jetson All Terrain Hoverboard with LED Lights | Anti Slip Grip Pads | Self Balancing Hoverboard with Active Balan...

★★★★½ ⌄ 1,304

$149⁹⁹

✓prime FREE Delivery **Tue, Jul 27**
More Buying Choices
$121.73 (7 used & new offers)

+4 colors/patterns

Hover Hoverboard Electric Scooter

★★★★½ ⌄ 2,386

$191¹² $249.99

✓prime FREE Delivery **Tue, Jul 27**
More Buying Choices
$189.99 (4 new offers)







Segway Ninebot S and S-Max Smart Self-Balancing Electric Scooter with LED light, Powerful and Portable,...

★★★★½ ⌄ 1,625

$539⁹⁹ $569.99
Or $108.00/month for 5 months
✓prime FREE Delivery **Tue, Jul 27**

Gotrax XR Ultra Electric Scooter, 36V/7.0AH Battery Up to 17 Miles Long-Range, Powerful 300W Motor & 15.5...

★★★★½ ⌄ 1,599

$399⁹⁹

✓prime FREE Delivery **Sun, Aug 1**

+6 colors/patterns

SWAGTRON T580 App-Enabled Bluetooth Hoverboard w/Speaker Smart Self-Balancing Wheel – Available o...

★★★★½ ⌄ 1,682

$199⁹⁹

✓prime FREE Delivery **Fri, Jul 30**
More Buying Choices
$129.99 (2 used & new offers)







+5 colors/patterns

+3 colors/patterns

+1 colors/patterns

Hover-1 Dream Hoverboard
Electric Scooter Light Up LED
Wheels

★★★★½ ˅ 444

$139⁹⁹ $149.99

✓prime FREE Delivery **Tue, Jul 27**

Hiboy HC-01 Hoverboard Kart
Seat Attachment Accessory for
6.5" 8" 10" Two Wheel Self
Balancing Scooter

★★★★½ ˅ 1,897

**Limited time deal**

$44⁹⁹ $69.00

✓prime FREE Delivery **Tue, Jul 27**
More Buying Choices
$39.59 (15 used & new offers)

Sponsored ⓘ

Gyroor Swift Hoverboard Self
Balancing Hoverboard with
Music Speaker LED Lights, 6.5
inch Two-Wheel Hoverboard...

★★★★½ ˅ 630

$167⁰⁰

Save $10.00 with coupon (some
sizes/colors)

✓prime FREE Delivery **Wed, Jul 28**









+5 colors/patterns

Sponsored ⓘ

TPS Power Sports Hoverboard
Self Balancing Scooter for
Adults and Kids 300W Dual
Motor 6.5" Wheels Bluetooth...

★★★★½ ˅ 423

$148⁰⁰ $158.00

✓prime FREE Delivery **Sun, Aug 1**

Sponsored ⓘ

TOMOLOO Hoverboard,
Bluetooth and LED Music
Rhythmed Lights Hover Board
with 6.5 Inch Solid 2 Wheel,...

★★★★½ ˅ 60

$179⁹⁹

✓prime FREE Delivery **Sat, Jul 31**

+1 colors/patterns

Hiboy HC-02 Hoverboard Go
Kart with Rear Suspension Seat
Attachment Accessory for 6.5"
8" 10" Hover Board Rubber...

★★★★½ ˅ 687

$119⁹⁹

Save $50.00 with coupon (some
sizes/colors)

✓prime FREE Delivery **Tue, Jul 27**
More Buying Choices
$94.28 (4 used & new offers)

**Best Seller**









+9 colors/patterns

SISIGAD Hoverboard, with
Bluetooth and Colorful Lights
Self Balancing Scooter
★★★★☆ ˅ 8,430
$154⁹⁹
✓prime FREE Delivery **Tue, Jul 27**
More Buying Choices
$133.39 (10 used & new offers)

Jetson Flash Self Balancing
Hoverboard with Built In
Bluetooth Speaker | Includes All
Terrain Tires, Reach Speeds up...
★★★★☆ ˅ 691
$189⁹⁸ $199.99
✓prime FREE Delivery **Tue, Jul 27**
More Buying Choices
$117.68 (3 used & new offers)



+4 colors/patterns

Rawrr Hoverboard with LED
Wheel Lights and Bluetooth
Speakers for Kids and Adults,
Electric Self Balancing Scooter...
★★★★☆ ˅ 538

**Save 6%**

$149⁹⁷ $159.97
Lowest price in 30 days
✓prime FREE Delivery **Thu, Jul 29**
More Buying Choices
$124.68 (3 used & new offers)



Janboo 24V Scooter Battery
Charger for Razor E100 E200
E200S E175 E300 E300S E125
E150 E500 PR200 E225S E32...
★★★★☆ ˅ 1,160
$15²⁹ $16.99
Includes $1.70 Prime savings
✓prime Overnight 7 AM - 11 AM
FREE delivery overnight on
qualifying orders over $35
More Buying Choices
$13.42 (2 used & new offers)



+1 colors/patterns

Hoverboard All Terrain Off
Road 6.5" inch T581
Hoverboards,with Bluetooth
Speaker and App-Enabled,...
★★★★☆ ˅ 329
$279⁰⁰
✓prime FREE Delivery **Wed, Jul 28**



Hiboy S2 Pro Electric Scooter -
10" Solid Tires - 25 Miles Long-
range & 19 Mph Folding
Commuter Electric Scooter for...
★★★★☆ ˅ 1,453
$569⁹⁹
**Save $50.00** with coupon
✓prime FREE Delivery **Tue, Aug 3**
More Buying Choices
$501.59 (8 used & new offers)















Gotrax G4 Commuting Electric
Scooter - 10" Air Filled Tires -
20MPH & 25 Mile Range, Black
★★★★½ ˅ 625
$599⁹⁹
Or $120.00/month for 5 months
Save $70.00 with coupon
✓prime FREE Delivery **Sun, Aug 1**

Segway Ninebot ES1L Electric
Kick Scooter, Lightweight and
Foldable, Upgraded Motor and
Battery Pack, 8-inch Inner-...
★★★★½ ˅ 380
$299⁹⁹
✓prime FREE Delivery **Sat, Jul 31**

+2 colors/patterns

TOMOLOO Hoverboards
Bluetooth with Led Light
Flashing Wheels, Hover Boards
for Kids, Self Balancing...
★★★★½ ˅ 147
$179⁹⁹
✓prime FREE Delivery **Mon, Aug 2**







+2 colors/patterns

Hover-1 Buggy Attachment for
Transforming Hoverboard
Scooter into Go-Kart
★★★★½ ˅ 6,720
$49⁹⁴ $79.99
✓prime FREE Delivery **Tue, Jul 27**

+3 colors/patterns

Hover-1 Titan Electric Self-
Balancing Hoverboard Scooter
★★★★½ ˅ 1,477
$249⁹⁹ $329.00
✓prime FREE Delivery **Mon, Aug 2**

yabbay Hoverboards Seat
Attachment Go Karts
Carts,Transforms Your
Hoverboards into Go-Kart
★★★★½ ˅ 687
Save 11%
$59⁰⁰ $66.00
Lowest price in 30 days
✓prime FREE Delivery **Tue, Jul 27**
More Buying Choices
$51.92 (2 used & new offers)

Best Seller







Document title: Amazon.com : gyroor
Capture URL: https://www.amazon.com/s?k=gyroor&amp;ref=nb_sb_noss
Capture timestamp (UTC): Mon, 26 Jul 2021 03:00:45 GMT



Maxi Climber The Original Patented Vertical Climber, As Seen On TV - Full Body Workout with Bonus Fitness...
★★★★☆ ⌄ 7,698
$209⁰⁰ $299.99
✓prime FREE Delivery **Sun, Aug 1**
More Buying Choices
$183.92 (17 used & new offers)

Hover-1 Drive Hoverboard for Kids Self Balancing Electric Hoverboard, Black (H1-Drive)
★★★★☆ ⌄ 1,176
**Limited time deal**
$119⁰⁰ $159.99
✓prime FREE Delivery **Tue, Jul 27**

Ten-Eighty
★★★★☆ ⌄ 5,825
$43⁶⁰ $49.99
✓prime FREE Delivery **Sat, Jul 31**
More Buying Choices
$36.71 (16 used & new offers)





The Original PlasmaCar by PlaSmart – Blue – Ride On Toy, Ages 3 yrs and Up, No batteries, gears, or pedals, Twist, Turn,...
★★★★☆ ⌄ 2,086
$69⁹⁹
✓prime FREE Delivery **Sat, Jul 31**
More Buying Choices
$49.99 (13 used & new offers)
Ages: 3 years and up

tangsfire 36V Lithium Battery Charger Output 42V 2A Power Fast for Electric Bike Batteries Pack DC 5.5mm2.1mmPlug
★★★★☆ ⌄ 990
$20⁵⁹
✓prime FREE Delivery **Tue, Jul 27**
More Buying Choices
$12.76 (9 used & new offers)

Jetson Bolt Folding E-Bike Full Throttle Electric Bicycle with LCD Display
★★★★☆ ⌄ 519
$339⁰⁰ $499.99
FREE Delivery for Prime members
More Buying Choices
$311.88 (3 used & new offers)





+2 colors/patterns



+2 colors/patterns

HoovyKart - Go Kart Conversion Kit for Hoverboards - Safer For Kids - All Heights - All Ages - Self Balancing Scooter -...

Hover-1 Ultra Electric Self-Balancing Hoverboard Scooter
★★★★☆ ⌄ 2,817

Hover-1 Falcon 1 Hoverboard Seat Attachment Turbo Light, Transform Your Hoverboard

HoovyKart - Go Kart Conversion Kit for Hoverboards - Safer For Kids - All Heights - All Ages - Self Balancing Scooter -...

★★★★½ ˅ 755

$79⁹⁵

Save $10.00 with coupon

✓prime FREE Delivery **Tue, Jul 27**

More Buying Choices
$48.34 (7 used & new offers)

+2 colors/patterns

Hover-1 Ultra Electric Self-Balancing Hoverboard Scooter

★★★★½ ˅ 2,817

$179⁰⁰

✓prime FREE Delivery **Tue, Jul 27**

+2 colors/patterns

Hover-1 Falcon 1 Hoverboard Seat Attachment Turbo Light, Transform Your Hoverboard into Go-Kart

★★★★½ ˅ 1,138

$79⁹⁹

✓prime FREE Delivery **Tue, Jul 27**



WEofferwhatYOUwant Super Ball Drop with Double Bridge and Spacers for High and More Stable Structures for Advance...

★★★★½ ˅ 1,016

$38⁹⁹

✓prime FREE Delivery **Tue, Jul 27**

More Buying Choices
$35.23 (2 used & new offers)

Ages: 10 months - 10 years



+2 colors/patterns

Swagtron Swagboard Outlaw T6 Off-Road Hoverboard

★★★★☆ ˅ 732

$349⁹⁹ $399.99

✓prime FREE Delivery **Mon, Aug 2**



Sponsored ⓘ

Hiboy Titan PRO Electric Scooter - 2400W Motor 10" Pneumatic Tires Up to 40 Miles & 32 MPH Quick-Release...

★★★½☆ ˅ 27

$1,499⁹⁹

Save $100.00 with coupon

FREE Shipping



Sponsored ⓘ

TOMOLOO Music-Rhythmed Hoverboard 6.5 inch Electric Scooter - UL2272 Certificated with Bluetooth Speaker LED...

★★★★★ ˅ 1

$199⁹⁹



+15 colors/patterns

Sponsored ⓘ

FLYING-ANT Hoverboard, 6.5 Inch Self Balancing Hoverboards with Bluetooth and Flashing LED Lights, Hove...

★★★★½ ˅ 1,179




Sponsored ⓘ

Longtime All-Terrain Off-Road Hoverboard 8.5" Wheels Electric Self Balancing Scooter Hover Board for Adults and Kids Buil...

★★★★½ ˅ 219

$219⁰⁰

Sponsored ⓘ

TOMOLOO Music Rhythmed Hoverboard 6.5 inch Electric Scooter - UL2272 Certificated with Bluetooth Speaker LED...

★★★★★ ⌄ 1

$199⁹⁹

✓prime FREE Delivery **Wed, Jul 28**

+15 colors/patterns

Sponsored ⓘ

FLYING-ANT Hoverboard, 6.5 Inch Self Balancing Hoverboards with Bluetooth and Flashing LED Lights, Hove...

★★★★½ ⌄ 1,179

$144⁹⁹

✓prime FREE Delivery **Sun, Aug 1**

Sponsored ⓘ

Longtime All-Terrain Off-Road Hoverboard 8.5" Wheels Electric Self Balancing Scooter Hover Board for Adults and Kids Buil...

★★★★½ ⌄ 219

$219⁰⁰

FREE Shipping

## Related searches

| 🔍 gyroor hoverboard | 🔍 gyroor warrior | 🔍 hoverboard |
|---|---|---|
| 🔍 gyroor f1 hoverboard | 🔍 swagtron hoverboard | 🔍 epikgo hoverboard |

← Previous   | 1 | 2 | 3 |   Next →

## Brands related to your search

Sponsored ⓘ




Safe and Fun After School.

Shop TOMOLOO ›



Gyroor Hoverboard Best gift for kids and adults

Shop Gyroor off road Hoverboard ›

## Need help?

Visit the help section or contact us

# Explore more items

Page 1 of 4

<













>

GYROOR T581 Hoverboard 6.5" Off Road All Terrain Hoverboards with Bluetooth Speaker&LED

Segway Ninebot eKickScooter ZING E8 and E10, Electric Kick Scooter for Kids, Teens, Boys and Girls,...

Longtime All-Terrain Off-Road Hoverboard 8.5" Wheels Electric Self Balancing Scooter Hover Board for Adults and

Hiboy Titan PRO Electric Scooter - 2400W Motor 10" Pneumatic Tires Up to 40 Miles & 32 MPH Quick-Release Folding,

Razor EcoSmart SUP Electric Scooter – 16" Air-Filled Tires, Wide Bamboo Deck, 350w High-Torque Hub...









GYROOR T581 Hoverboard 6.5" Off Road All Terrain Hoverboards with Bluetooth Speaker&LED Lights Two-Wheel Self...
⭐⭐⭐⭐⭐ 744
$279.00

Segway Ninebot eKickScooter ZING E8 and E10, Electric Kick Scooter for Kids, Teens, Boys and Girls,...
⭐⭐⭐⭐½ 2,237
$259.99
✓prime FREE Delivery

Longtime All-Terrain Off-Road Hoverboard 8.5" Wheels Electric Self Balancing Scooter Hover Board for Adults and Kids Built-in Bluetooth...
⭐⭐⭐⭐½ 219
$219.00

Hiboy Titan PRO Electric Scooter - 2400W Motor 10" Pneumatic Tires Up to 40 Miles & 32 MPH Quick-Release Folding, Electric Scooter for...
⭐⭐⭐½ 27
$1,499.99

Razor EcoSmart SUP Electric Scooter – 16" Air-Filled Tires, Wide Bamboo Deck, 350w High-Torque Hub...
⭐⭐⭐⭐½ 157
$559.99
✓prime FREE Delivery

## Recommended based on your browsing history Sponsored

Page 1 of 4








Longtime 6.5" Flashing Wheels Rechargeable Battery Self Balancing Scooter Electric...
⭐⭐⭐⭐½ 109
$135.00 ✓prime

cho New Hoverboard Electric Smart Self Balancing Scooter with Built-in Wireless...
⭐⭐⭐⭐½ 594
$135.00 ✓prime

Hover Hoverboard Electric Scooter
⭐⭐⭐⭐½ 2,386
$191.12 ✓prime

cho Electric Hoverboard Smart Self Balancing Scooter Hover Board Built-in Bluetooth...
⭐⭐⭐⭐☆ 149
$135.00 ✓prime

Newest Generation Electric Hoverboard Dual Motors Two Wheels Hoover Board Smart...
⭐⭐⭐⭐½ 2,908
$135.00

## Your Browsing History   View or edit your browsing history ›

Page 1 of 3










**Back to top**

### Get to Know Us

Careers
Blog
About Amazon
Sustainability
Press Center
Investor Relations
Amazon Devices

### Make Money with Us

Sell products on Amazon
Sell apps on Amazon
Become an Affiliate
Become a Delivery Driver
Start a package delivery business
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Ways to Make Money

### Amazon Payment Products

Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon Secured Card
Amazon Business Card
Amazon Business Line of Credit
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter
Promotional Financing

### Let Us Help You

Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help

**Back to top**

## Get to Know Us

Careers

Blog

About Amazon

Sustainability

Press Center

Investor Relations

Amazon Devices

## Make Money with Us

Sell products on Amazon

Sell apps on Amazon

Become an Affiliate

Become a Delivery Driver

Start a package delivery business

Advertise Your Products

Self-Publish with Us

Host an Amazon Hub

› See More Ways to Make Money

## Amazon Payment Products

Amazon Rewards Visa Signature Cards

Amazon.com Store Card

Amazon Secured Card

Amazon Business Card

Amazon Business Line of Credit

Shop with Points

Credit Card Marketplace

Reload Your Balance

Amazon Currency Converter

Promotional Financing

## Let Us Help You

Amazon and COVID-19

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Amazon Assistant

Help

 

⊕ English  ⏷     🇺🇸 United States

| Amazon Music<br>Stream millions of songs | Amazon Advertising<br>Find, attract, and engage customers | Amazon Drive<br>Cloud storage from Amazon | 6pm<br>Score deals on fashion brands | AbeBooks<br>Books, art & collectibles | ACX<br>Audiobook Publishing Made Easy | Alexa<br>Actionable Analytics for the Web |
|---|---|---|---|---|---|---|
| Sell on Amazon<br>Start a Selling Account | Amazon Business<br>Everything For Your Business | Amazon Fresh<br>Groceries & More Right To Your Door | AmazonGlobal<br>Ship Orders Internationally | Home Services<br>Experienced Pros Happiness Guarantee | Amazon Ignite<br>Sell your original Digital Educational Resources | Amazon Web Services<br>Scalable Cloud Computing Services |
| Audible<br>Listen to Books & Original Audio Performances | Book Depository<br>Books With Free Delivery Worldwide | Box Office Mojo<br>Find Movie Box Office Data | ComiXology<br>Thousands of Digital Comics | DPReview<br>Digital Photography | East Dane<br>Designer Men's Fashion | Fabric<br>Sewing, Quilting & Knitting |
| Goodreads<br>Book reviews & recommendations | IMDb<br>Movies, TV & Celebrities | IMDbPro<br>Get Info Entertainment Professionals Need | Kindle Direct Publishing<br>Indie Digital & Print Publishing Made Easy | Amazon Photos<br>Unlimited Photo Storage Free With Prime | Prime Video Direct<br>Video Distribution Made Easy | Shopbop<br>Designer Fashion Brands |
| Amazon Warehouse<br>Great Deals on Quality Used Products | Whole Foods Market<br>America's Healthiest Grocery Store | Woot!<br>Deals and Shenanigans | Zappos<br>Shoes & Clothing | Ring<br>Smart Home Security Systems | eero WiFi<br>Stream 4K Video in Every Room | Blink<br>Smart Security for Every Home |
| | Neighbors App<br>Real-Time Crime & Safety Alerts | Amazon Subscription Boxes<br>Top subscription boxes – right to your door | PillPack<br>Pharmacy Simplified | Amazon Renewed<br>Like-new products you can trust | Amazon Second Chance<br>Pass it on, trade it in, give it a second life | |

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996–2021, Amazon.com, Inc. or its affiliates



# amazon prime

Deliver to Arthur
Chicago 60605

Hello, Arthur
Account & Lists

Returns
& Orders

0
Cart

☰ All   Customer Service   Prime Video   Gift Cards   Arthur's Amazon.com   Shopper Toolkit   Outdoor Recreation

**Shop Back to School deals**

Sports & Outdoors   Sports & Fitness   Outdoor Recreation   Sports Fan Shop   Sports Deals   Outdoor Deals


**Students and government assistance recipients could save 50% on Prime**

Sports & Outdoors › Outdoor Recreation › Skates, Skateboards & Scooters › Scooters & Equipment › Scooters › Self Balancing Scooters

> ℹ️ Last purchased May 20, 2021.
> View order



Roll over image to zoom in

VIDEO

## Gyroor T581 Hoverboard 6.5" Off Road All Terrain Hoverboard with Bluetooth Speaker and Two-Wheel Self Balancing Hoverboard with UL2272 Certified (Blue)

Visit the Gyroor Store
★★★★½ ˅   1,067 ratings  |  89 answered questions

Price: **$229.00** Prime FREE Delivery & FREE Returns

**Get 5% back ($11.45 in rewards)** on the amount charged to your Amazon Prime Rewards Visa Signature Card. May be available at a lower price from other sellers, potentially without free Prime shipping.

| | |
|---|---|
| **Brand** | Gyroor |
| **Color** | Blue |
| **Package Dimensions** | 26 x 9.8 x 8.9 inches; 22.25 Pounds |
| **Maximum Weight Recommendation** | 220 Pounds |
| **Frame Material** | Aluminum |

### About this item

- 6.5" ALL TERRAIN HOVERBOARD - Powered by 600 watt motors,this self balancing hoverboard use off road tire which has strong adaptablity of all terrains,can master all pavements.You'll feel safe no matter what sort of road you're in.
- HOVERBOARDS WITH APP - This self balancing scooter comes with an efficient app that helps you stay in control, giving you the ability to change modes, check batteries,see the real speed,adjust speed with ease.
- FOR ALL RIDERS - Coming with 2 modes, the children mode makes this hoverboard easy to control for a first-timer or a kid rider. While its adult mode allows expert riders easily perform hoverboard tricks.
- MUSIC SPEAKER INCLUDED - For the music lovers, the Gyroor Swift spots a built-in branded high quality music speaker that allows you play music when riding the hoverboard.
- SAFEST SELF BALANCING SCOOTER - With UL2272 tested and certified self balancing hoverboard & UL2271 battery certified,100% riding testing,all GYROOR



$229.00
Prime FREE Delivery
& FREE Returns ˅

FREE delivery for Prime members

⊙ Deliver to Arthur - Chicago 60605

**Only 1 left in stock - order soon.**

Add to Cart

Buy Now

🔒 Secure transaction

Ships from   Amazon
Sold by   guanjiacheng-us

Return policy: This item is returnable ˅

**Add a Protection Plan:**
☐ 2-Year Protection for $24.99

☐ Add a gift receipt for easy returns

Add to List   ˅

New & Used (4) from $202.26 Prime FREE Delivery   ›



**Other Sellers on Amazon**

$229.00   Add to Cart
& **FREE Shipping**
Sold by: zhipeng-us

Have one to sell?
Sell on Amazon

Document title: Amazon.com: Gyroor T581 Hoverboard 6.5&quot; Off Road All Terrain Hoverboard with Bluetooth Speaker and Two-Wheel Self Balancing Hoverboard…
Capture URL: https://www.amazon.com/dp/B07PG8VYBK?pd_rd_i=B07PG8VYBK&amp;pd_rd_w=Muja2&amp;pf_rd_p=ee186ce0-6bf7-4893-85b9-…
Capture timestamp (UTC): Mon, 26 Jul 2021 03:02:16 GMT
Page 1 of 12




Roll over image to zoom in

VIDEO

timer or a kid rider. While its adult mode allows expert

- MUSIC SPEAKER INCLUDED - For the music lovers, the Gyroor Swift spots a built-in branded high quality music speaker that allows you play music when riding the hoverboard.
- SAFEST SELF BALANCING SCOOTER - With UL2272 tested and certified self balancing hoverboard & UL2271 battery certified,100% riding testing,all GYROOR hoverboards are designed and built to meet the top levels of safety testing,passed CE,RoHS and FCC certifications.

New & Used (4) from $202.26 Prime FREE Delivery

💬 Report incorrect product information.

$229.00
& FREE Shipping
Sold by: zhipeng-us

Add to Cart

Have one to sell?

Sell on Amazon



Hover-1 H1-100 Electric Hoverboard Scooter with...
⭐⭐⭐⭐⭐ 633
$199.99 ✓prime

Sponsored 🛈

SISIGAD Hoverboard with Bluetooth Speaker and Led Lights, Smart 6.5"...
⭐⭐⭐⭐⭐ 969
$139.99 ✓prime

Sponsored 🛈

## Frequently bought together



Total price: $577.94

Add all three to Cart

🛈 Some of these items ship sooner than the others. Show details

☑ **This item:** Gyroor T581 Hoverboard 6.5" Off Road All Terrain Hoverboard with Bluetooth Speaker and Two-Wheel S... $229.00
☑ Hover-1 Buggy Attachment for Transforming Hoverboard Scooter into Go-Kart $49.94
☑ Gyroor Warrior 8.5 inch All Terrain Off Road Hoverboard with Bluetooth Speakers and LED Lights, UL2272 Certified ... $299.00

## Products related to this item

Page 1 of 49

Sponsored 🛈





‹

Hover-1 Titan Electric Self-Balancing Hoverboard Scooter with 10" Tires, Gun Metal
⭐⭐⭐⭐⭐ 1,477
$248.00 ✓prime
Item Weight: 24 Pounds
Wheel Size: 10 Inches
Style: Titan

Swagtron Swagboard Outlaw T6 Off-Road Hoverboard - First in The World to Handle Ove...
⭐⭐⭐½☆ 157
$349.99 ✓prime
Number of Wheels: 2
Wheel Size: 10 Inches
Frame Material: Aluminum
Item Weight: 32 Pounds

GYROOR T581 Hoverboard 6.5" Off Road All Terrain Hoverboards with...
⭐⭐⭐⭐⭐ 744
$279.00
Frame Material: Aluminum

Gyroor Warrior 8.5 inch All Terrain Off Road Hoverboard with Bluetooth Speakers...
⭐⭐⭐⭐⭐ 3,396
$299.00
Item Weight: 2.2 Pounds
Frame Material: Aluminum

Hover-1 Drive Hoverboard for Kids Self Balancing Electric Hoverboard, Black (H1...
⭐⭐⭐⭐⭐ 1,176
Limited time deal
$119.00 ✓prime
List: $159.99 (26% off)
Material: Aluminum, Plastic

›

Self-Balancing Hoverboard... with 10" Tires, Gun Metal
★★★★☆ 1,477
$248.00 ✓prime
Item Weight: **24 Pounds**
Wheel Size: **10 Inches**
Style: **Titan**

Outlaw T6 Off-Road Hoverboard with the World to Handle Ove...
★★★☆☆ 157
$349.99 ✓prime
Number of Wheels: **2**
Wheel Size: **10 Inches**
Frame Material: **Aluminum**
Item Weight: **32 Pounds**

Hoverboard 6.5" Off Road All Terrain Hoverboards with...
★★★★☆ 744
$279.00
Frame Material: **Aluminum**

All Terrain Off Road Hoverboard with Bluetooth Speakers...
★★★★☆ 3,396
$299.00
Item Weight: **2.2 Pounds**
Frame Material: **Aluminum**

Hoverboard for Kids Self Balancing Race... Hoverboard, Black (H1...
★★★★☆ 1,176
Limited time deal
$119.00 ✓prime
List: $159.99 (26% off)
Material: **Aluminum, Plastic**

## Inspired by your recent shopping trends

Page 1 of 16











CBD All-Terrain Hoverboard, Two-Wheel 6.5 inch Self Balancing Hoverboard with Bluetooth and LED...
★★★★☆ 294
$229.99
✓prime FREE Delivery

TOMOLOO Hoverboard UL2272 Certified 8.5 Inch Off Road Hoverboard App Controlled Electric Self...
★★★★☆ 27
$299.99
✓prime FREE Delivery

FLYING-ANT Hoverboard 6.5" Two-Wheel Self Balancing Hoverboard with LED Light Flash Lights Wheels for Kids...
★★★★☆ 36
$134.99-$169.99
✓prime FREE Delivery

FLYING-ANT Hoverboard, 8.5 inch All Terrain Off Road Hoverboard with Bluetooth Speaker and LED Lights for Kids...
★★★★☆ 44
$299.99

Gyroor Hoverboard Offroad All Terrain Flash Wheel Self Balancing G5 Hoverboards with Bluetooth Speaker, UL 2272 Certified Best...
★★★★☆ 276
$249.00

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

## Product Description



What's in the box?

1x Gyroor Hoverboard

1x Adaptor





Document title: Amazon.com: Gyroor T581 Hoverboard 6.5&quot; Off Road All Terrain Hoverboard with Bluetooth Speaker and Two-Wheel Self Balancing Hoverboard…
Capture URL: https://www.amazon.com/dp/B07PG8VYBK?pd_rd_i=B07PG8VYBK&pd_rd_w=Muja2&pf_rd_p=ee186ce0-6bf7-4893-85b9-…
Capture timestamp (UTC): Mon, 26 Jul 2021 03:02:16 GMT
Page 3 of 12



**What's in the box?**

1x Gyroor Hoverboard

1x Adaptor

1x User Manual

1x Carry Case

 





**Safe Battery With UL 2272 certified**

GYROOR self balance hoverboard pass all the necessary CE/ Rohs /FCC certified, and battery with UL2272 which can ensure every part is completely safe won't go on fire and protect user's safety.

- UL Certificate Number 20181107-E490910

## Specification:

Motor: 300W * 2

Maximum speed: 10 mph

Charging time: 1.5 to 2 hours

Full charge distance: 3.75~7.5 miles

Safety: UL 2272 certified Hoverboard

Waterproof: IP54

Maximum load: 44-220 pounds

Frame material: metal and aluminum

Driving mode: App adjustable speed





Bluetooth Speakers

Built-in Bluetooth speaker allow you to enjoy



360° Rotation

360-degree rotation making for a awesome



Free Carry Bag

GYROOR hoverboard come with a free carry

Document title: Amazon.com: Gyroor T581 Hoverboard 6.5&quot; Off Road All Terrain Hoverboard with Bluetooth Speaker and Two-Wheel Self Balancing Hoverboard…
Capture URL: https://www.amazon.com/dp/B07PG8VYBK?pd_rd_i=B07PG8VYBK&amp;pd_rd_w=Muja2&amp;pf_rd_p=ee186ce0-6bf7-4893-85b9-…
Capture timestamp (UTC): Mon, 26 Jul 2021 03:02:16 GMT





### Bluetooth Speakers

Built-in Bluetooth speaker allow you to enjoy the music while riding and play your favorite tunes.

### 360° Rotation

360-degree rotation making for a awesome experience wherever else you want to go.

### Free Carry Bag

GYROOR hoverboard come with a free carry bag,you can easily carry it outdoors.



### SMARTEST OFF ROAD HOVERBOARD

This is the smartest hoverboard you can get in the market today as it allows full stability for even the new riders, making it a perfect gift choice and favorite for kids.

---

## Product details

**Package Dimensions :** 26 x 9.8 x 8.9 inches; 22.25 Pounds

**Batteries :** 1 Lithium ion batteries required. (included)

**Date First Available :** April 28, 2019

**Manufacturer :** Gyroor

**ASIN :** B07PG8VYBK

**Best Sellers Rank:** #60,677 in Sports & Outdoors (See Top 100 in Sports & Outdoors)
   #56 in Self Balancing Scooters

**Customer Reviews:**
★★★★½ ˅   1,067 ratings

**Manufacturer :** Gyroor

**ASIN :** B07PG8VYBK

**Best Sellers Rank:** #60,677 in Sports & Outdoors (See Top 100 in Sports & Outdoors)
#56 in Self Balancing Scooters

**Customer Reviews:**
★★★★⯨ ˅  1,067 ratings

# Videos

### Videos for this product



Top Notch Product

QuietClarence



**Customer Review:** $$$$MONEY WELL WORTH SPENT FOLKS!!!

Jennifer Tharpe



**Customer Review:** Great Hoverboard and Company

Amazon Customer



Gyroor T581 Hoverb... Road All Terrain Hov...

Gyroor

Upload your video

## Products related to this item

Sponsored ⓘ



Hover-1 Titan Electric Self-Balancing Hoverboard Scooter with 10" Tires, Blue
★★★★⯨ 1,477
$249.99 ✓prime



Swagtron Swagboard Outlaw T6 Off-Road Hoverboard - First in The World to Handle Ove...
★★★★☆ 732
$349.99 ✓prime



Hover-1 H1 Hoverboard Electric Scooter
★★★★⯨ 2,386
$224.99 ✓prime



SISIGAD Hoverboard, with Bluetooth and Colorful Lights Self Balancing Scooter
★★★★⯨ 8,430
$144.99



Gyroor G2 Hoverboard 8.5" Off Road All Terrain Hoverboards Bluetooth Speaker&Self B...
★★★★⯨ 15
$399.00



Hover Hoverboard Electric Scooter
★★★★⯨ 2,386
$224.99 ✓prime

Sponsored ⓘ

★★★★☆ 2,386
22,899 ✓prime

Sponsored ⓘ

## Customer questions & answers

🔍 Have a question? Search for answers

**6 votes**

**Question:** What terrain? Just road or does it go in grass, rocks, etc?

**Answer:** My son rides this On the grass and sidewalks. We haven't tried gravel so not sure about that. I have to say I think it's holding up well and my son likes it. He's 9.
By Amazon Customer on October 15, 2019
⌄ See more answers (2)

**5 votes**

**Question:** When the low battery warning goes off and the battery dies, will the machine come to a sudden stop or a gradual stop?

**Answer:** low power will beeping warn you.
By Gyroor SELLER on October 14, 2019

**4 votes**

**Question:** Which side is the front and which is the back?

**Answer:** any said can be front and back.
By Gyroor SELLER on January 13, 2020
⌄ See more answers (1)

**4 votes**

**Question:** How long does this take to get? I am wanting to order this for my son for Christmas.

**Answer:** Dear friends, normally it needs 3-5 working days to arrive to you, if you like it, if you like it, you can buy it directly, we can sure you will get it before Christmas, thanks.

And our support email is info@gyroorboard.com, if you have any problem, please kindly contact us freely, thanks.
By Magic Hover SELLER on November 28, 2019

See more answered questions (85)

## Customer reviews

★★★★☆ 4.5 out of 5

1,067 global ratings

| | | |
|---|---|---|
| 5 star | | 78% |
| 4 star | | 10% |
| 3 star | | 3% |
| 2 star | | 3% |
| 1 star | | 7% |

⌄ How are ratings calculated?

**By feature**

### Reviews with images

  


See all customer images

### Read reviews that mention

| battery life | hoverboard | highly recommend | son loves | old son |
|---|---|---|---|---|

| easy to learn | stopped working | easy to use | bought this for 12 year |
|---|---|---|---|

| right away | child mode | self balancing | great hoverboard |
|---|---|---|---|

Document title: Amazon.com: Gyroor T581 Hoverboard 6.5&quot; Off Road All Terrain Hoverboard with Bluetooth Speaker and Two-Wheel Self Balancing Hoverboard…
Capture URL: https://www.amazon.com/dp/B07PG8VYBK?pd_rd_i=B07PG8VYBK&amp;pd_rd_w=Muja2&amp;pf_rd_p=ee186ce0-6bf7-4893-85b9-…
Capture timestamp (UTC): Mon, 26 Jul 2021 03:02:16 GMT
Page 7 of 12



## 2 star █ 3%
## 1 star █ 7%

⌄ How are ratings calculated?

## By feature

| | | |
|---|---|---|
| Easy to learn | ★★★★½ | 4.6 |
| Sturdiness | ★★★★½ | 4.6 |
| Battery life | ★★★★½ | 4.4 |

⌄ See more

## Review this product

Share your thoughts with other customers

Write a customer review



HIB☾Y

*Easily fold and affordable commuter scooter.*

### $50.00 off coupon

Hiboy NEX3 Electric Scooter - 8.5" Solid Tires - U…

Sponsored ⓘ

### Read reviews that mention

| battery life | hoverboard | highly recommend | son loves | old son |
|---|---|---|---|---|

| easy to learn | stopped working | easy to use | bought this for 12 year |
|---|---|---|---|

| right away | child mode | self balancing | great hoverboard |
|---|---|---|---|

Top reviews ⌄

## Top reviews from the United States

**I Run This Zoo**

★★★★★ **Very nice quality and easy to use**

Reviewed in the United States on September 18, 2019

**Verified Purchase**

The T851 Offroad seems to be a great board so far. It is well built and looks very nice. There are a few different safety features, but I really like being able to adjust the speed limit while learning. It's also pretty neat that the LEDs act as turn signals, that's a nice touch.

It has been very easy for my 13, 11, and 9 year old to use. After a couple of minutes you would think they are pros.

The offroad capabilities are very nice. My son has been driving through the yard both up and down hills and the grass & dirt don't seem to be any problem.

We were very surprised with the bluetooth speaker. It has a very nice rich sound to it and seems just as good of quality as the board itself.

The battery life and charging times seem to be right on par with what is promised. An hour and a …

⌄ Read more

63 people found this helpful

Helpful | Report abuse

**RSE Venner**

★★★★★ **Powerful Off-road wheels are AWESOME!**

Reviewed in the United States on May 7, 2020

**Verified Purchase**

I got 2 of these for my 2 boys - knowing they are typical boys who are active and hard on their toys. The hoverboard met and exceeded all our expectations. The app was easy to install and setup was a piece of cake. The 2 modes are useful - child mode and advanced mode...my youngest 7-year old took some time to get used to the speed and control in child mode - before moving up to the advanced mode, with higher speed. The LED lights were a big hit, especially as they could customize their own color. And of course having music playing out the hoverboard speaker was the cherry on top! The offroad wheels are where this hoverboard really shines - along with the strong wheel motors - the offer the biggest advantage over other hoverboards. This allows the wheels to grip and climb pavements and easily traverse grass lawns - and believe me when I say that my boys have thoroughly put them to the test! Compared to previous hoverboard experiences - the battery lasts longer, even when driven hard!

All in all, the hoverboard experience is so much better with this product and I highly recommend it - I'm planning on getting one for myself - after all I'm just a big kid in a grownup body!

44 people found this helpful

Helpful | Report abuse

thoroughly put them to the test! Compared to previous hoverboard experiences - the battery lasts longer, it goes well behind me body.

All in all, the hoverboard experience is so much better with this product and I highly recommend it - I'm planning on getting one for myself - after all I'm just a big kid in a grownup body!

44 people found this helpful

Helpful | Report abuse

 Elshay

⭐⭐⭐⭐⭐ **Awesome hoverboard, highly worth investing into!**
Reviewed in the United States on March 29, 2020
**Verified Purchase**

Purchased this for my 8 yr old daughters birthday and im pretty happy with the investment. I bought and returned a couple of different hoverboards before settling on this one Because i wanted a good battery life and something adults can ride on as well as kids. This is such an awesome hoverboard, great battery life and it does very well on different terrains. customer service was really quick with responses too. overall extremely happy with the purchase and would highly recommend.

46 people found this helpful

Helpful | Report abuse

 Eric L.

⭐⭐⭐⭐⭐ **Off-road capable**
Reviewed in the United States on September 23, 2019
**Verified Purchase**

I am surprised how well this works off-road. My 6yo soon loves cruising all over the driveway as well as dirt trails around the house. He even rode around at a local park where the grass was very bumpy with gophers.

The app could use some work

52 people found this helpful

Helpful | Report abuse

 E.S

⭐⭐⭐⭐⭐ **5 star Hoverboard !**
Reviewed in the United States on December 16, 2019
**Verified Purchase**

After a long research I'm Very pleased with the choice of hoverboard:
Very stable (self balancing mode)
Useful app ( you can control the speed and adult mode or children )
Great speakers
Strong lights ( Important when it's dark outside)
Fun to ride



44 people found this helpful

Helpful | Report abuse

 Kim Newell

⭐⭐⭐⭐⭐ **Gives him something to do besides video games**
Reviewed in the United States on December 2, 2020

Helpful | Report abuse

 Kim Newell

★★★★★ **Gives him something to do besides video games**

Reviewed in the United States on December 2, 2020

**Verified Purchase**

I gave this hover board to my 8 year old for his birthday, and he has ridden it almost every day since then. He rides it all around the house and has had it out on the street a few times too. It is very heavy and sturdy. Both my 13 year old son and my 19 year old son that weighs over 200 pounds have ridden it too. It didn't work out so well though for my 46 year old husband though, to no fault of the machine. LOL. It seems that increasing age makes it more difficult to operate though young people have no trouble what so ever. The lights on the front and back are a nice touch and make it visible even after dark. I am really happy with this purchase and to have found something he enjoys except for video games.



25 people found this helpful

Helpful | Report abuse

 Kevin W.

★★★★☆ **Good but not 10mph**

Reviewed in the United States on December 25, 2019

**Verified Purchase**

They are great but the info on amazon is incorrect. It says 10mph max speed. The manual that comes with it clearly states 7.5mph. That needs to be fixed. That is the main reason I bought this brand was for the speed as they are used for carts. They are slower than our other boards that have a max speed of 7.5.

29 people found this helpful

Helpful | Report abuse

 Chris L

★★★★★ **Great Customer Service**

Reviewed in the United States on October 29, 2020

**Verified Purchase**

Our hoverboard arrived faster than expected and was exactly as described in the item description. My 11 and 8 year olds had no issues learning to use it quickly.

The only issue was that the box did not contain the charger or the User Manual. I contacted the company and they responded right away (which was on a weekend). They shipped the missing parts right away. I like it when a company quickly makes things right and without any push back. Great customer service in my opinion! Currently waiting for the missing items. I'll follow up if they don't arrive soon but I suspect that they will.

27 people found this helpful

Helpful | Report abuse

**See all reviews ›**

arrive soon but I suspect that they will.

24 people found this helpful

Helpful | Report abuse

**See all reviews** ›

## 4 stars and above

Sponsored ⓘ







Hover-1 Titan Electric Self-Balancing Hoverboard Scooter with 10" Tires, Blue
★★★★½ 1,477
$249.99 ✓prime

Swagtron Swagboard Outlaw T6 Off-Road Hoverboard - First in The World to Handle Ove...
★★★★☆ 732
$349.99 ✓prime

Gyroor Warrior 8.5 inch All Terrain Off Road Hoverboard with Bluetooth Speakers...
★★★★½ 3,396
$299.00

Hover-1 Drive Hoverboard for Kids Self Balancing Electric Hoverboard, Black (H1...
★★★★½ 1,176
Limited time deal
$119.00 ✓prime
List: $159.99 (26% off)

Hover-1 H1 Hoverboard Electric Scooter , Iridescent , 25 x 9.4 x 9.2
★★★★½ 2,386
$191.12 ✓prime


Hover-1 Chrome 2.0 Hoverboard Electric ...
★★★★½ 761
$199.99 ✓prime
Shop now

Sponsored ⓘ

**Pages with related products.** See and discover other items: Explore hoverboards for kids, Explore balancing boards for kids

## Recommended based on your shopping trends Sponsored








Hover Hoverboard Electric Scooter
★★★★½ 2,386
$224.99 ✓prime

Hover-1 Titan Electric Self-Balancing Hoverboard Scooter
★★★★½ 1,477
$249.99 ✓prime

Swagtron Swagboard Outlaw T6 Off-Road Hoverboard
★★★★☆ 732
$349.99 ✓prime

FLYING-ANT Hoverboard 6.5" Two-Wheel Self Balancing Hoverboard with LED Light Flash...
★★★★½ 138
$134.99 ✓prime

cho New Hoverboard Electric Smart Self Balancing Scooter with Built-in Wireless...
★★★★½ 594
$135.00 ✓prime

## Explore more items








$249.99 ✓prime    $349.99 ✓prime    ★★★★★ 138    ★★★★★ 594

## Explore more items

Page 1 of 4
















Longtime All-Terrain Off-Road Hoverboard 8.5" Wheels Electric Self Balancing Scooter Hover Board for Adults and Kids Built-in Bluetooth…
★★★★★ 219
$219.00

Jetson JetKart 2.0 Universal Hoverboard Attachment - Converts Hoverboard to Sit Down Electric Go Kart with…
★★★★☆ 294
$119.48
✓prime FREE Delivery

sublue WhiteShark Mix Underwater Scooter Dual Motors, Action Camera Compatible, Water Sports…
★★★★★ 257
$689.00
✓prime FREE Delivery

Hiboy HC-02 Hoverboard Go Kart with Rear Suspension Seat Attachment Accessory for 6.5" 8" 10" Hover…
★★★★★ 687
$119.99
✓prime FREE Delivery

Hiboy Titan PRO Electric Scooter - 2400W Motor 10" Pneumatic Tires Up to 40 Miles & 32 MPH Quick-Release Folding, Electric Scooter for…
★★★☆☆ 27
$1,499.99

## Your Browsing History  View or edit your browsing history  ›

Page 1 of 3



















Back to top

### Get to Know Us

Careers

Blog

About Amazon

Sustainability

Press Center

Investor Relations

Amazon Devices

### Make Money with Us

Sell products on Amazon

Sell apps on Amazon

Become an Affiliate

Become a Delivery Driver

Start a package delivery business

Advertise Your Products

Self-Publish with Us

Host an Amazon Hub

› See More Ways to Make Money

### Amazon Payment Products

Amazon Rewards Visa Signature Cards

Amazon.com Store Card

Amazon Secured Card

Amazon Business Card

Amazon Business Line of Credit

Shop with Points

Credit Card Marketplace

Reload Your Balance

Amazon Currency Converter

Promotional Financing

### Let Us Help You

Amazon and COVID-19

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Amazon Assistant

Help

amazon    ⊕ English    ≡ United States

Document title: Amazon.com: Gyroor T581 Hoverboard 6.5&quot; Off Road All Terrain Hoverboard with Bluetooth Speaker and Two-Wheel Self Balancing Hoverboard…
Capture URL: https://www.amazon.com/dp/B07PG8VYBK?pd_rd_i=B07PG8VYBK&pd_rd_w=Muja2&pf_rd_p=ee186ce0-6bf7-4893-85b9-…
Capture timestamp (UTC): Mon, 26 Jul 2021 03:02:16 GMT
Page 12 of 12

Deliver to Arthur
Chicago 60605

Hello, Arthur
Accounts & Lists

Returns
& Orders

0
Cart

☰ All   Customer Service   Prime Video   Gift Cards   Arthur's Amazon.com   Shopper Toolkit   Outdoor Recreation    **Stream Leverage: Redemption**

# guanjiacheng-us

**guanjiacheng-us storefront**

*Just launched*   |   *No feedback yet*

guanjiacheng-us is committed to providing each customer with the highest standard of customer service.

**Have a question for guanjiacheng-us?**

[ Ask a question ]

## Detailed Seller Information

**Business Name:** shenzhenguanjiachengkejiyouxiangongsi

**Business Address:**

福田街道福安社区福华一路1号深圳大中华国际交易广场1801A42
深圳市
福田区
广东省
518016
CN

| Returns & Refunds | Shipping | Policies | Help | Gift Wrap | Products |

Please refer to the <u>Amazon.com Return Policy</u>.

Leave seller feedback   |   Tell us what you think about this page

## More items to explore

Page 1 of 4











Swagtron Swagboard Outlaw T6 Off-Road Hoverboard
★★★★☆ 80
$349.99
✓prime FREE Delivery

Razor E325 Durable Adult & Teen Ride-On 24V Motorized High-Torque Power Electric Scooter, Speeds up to…
★★★★☆ 217
$269.99
✓prime FREE Delivery

WINDEK SUBLUE WhiteShark Mix Underwater Scooter with Action Camera Mount Dual Motor 40M…
★★★★☆ 88
$499.00
✓prime FREE Delivery

Segway Ninebot eKickScooter ZING E8 and E10, Electric Kick Scooter for Kids, Teens, Boys and Girls,…
★★★★☆ 2,237
$259.99
✓prime FREE Delivery

Hiboy Titan Electric Scooter - 800W Motor 10" Air Tires Up to 28 Miles & 25 MPH Quick-Release Folding, Electric Scooter for Adults…
★★★★☆ 129
$949.99

## Buy it again

Page 1 of 2



$349.99
✓prime FREE Delivery

$269.99
✓prime FREE Delivery

$499.00
✓prime FREE Delivery

$259.99
✓prime FREE Delivery

$949.99

## Buy it again

Page 1 of 2












Amazon Basics 8 Pack AA High-Performance Alkaline Batteries, 10…
⭐⭐⭐⭐⭐ 343,252
**#1 Best Seller** in Health & Household
$5.99
✓prime FREE Delivery
Purchased Jul 2021

Gyroor Warrior 8.5 inch All Terrain Off Road Hoverboard with Bluetooth Speakers and LED Lights, UL2272…
⭐⭐⭐⭐⭐ 3,396
$299.00
Purchased Jun 2021

Gyroor T581 Hoverboard 6.5" Off Road All Terrain Hoverboard with Bluetooth Speaker and…
⭐⭐⭐⭐⭐ 1,067
$229.00
Prime FREE Delivery
Only 1 left in stock - order…
Purchased May 2021

Bottle Bright- All Natural, Biodegradable, Chlorine & Odor Free Water Bottle &…
⭐⭐⭐⭐⭐ 24,627
$8.00
✓prime FREE Delivery
Purchased Sep 2020

Isosteel VA-9683 1.5 Liter 51 fl. oz 18/8 Stainless Steel Double-Wall Vacuum Food…
⭐⭐⭐⭐⭐ 210
$34.95
✓prime FREE Delivery
Purchased Dec 2020

## Your Browsing History  View or edit your browsing history  ›

Page 1 of 3







---

**Back to top**

### Get to Know Us

Careers

Blog

About Amazon

Sustainability

Press Center

Investor Relations

Amazon Devices

### Make Money with Us

Sell products on Amazon

Sell apps on Amazon

Become an Affiliate

Become a Delivery Driver

Start a package delivery business

Advertise Your Products

Self-Publish with Us

Host an Amazon Hub

› See More Ways to Make Money

### Amazon Payment Products

Amazon Rewards Visa Signature Cards

Amazon.com Store Card

Amazon Secured Card

Amazon Business Card

Amazon Business Line of Credit

Shop with Points

Credit Card Marketplace

Reload Your Balance

Amazon Currency Converter

Promotional Financing

### Let Us Help You

Amazon and COVID-19

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Amazon Assistant

Help

Document title: Amazon.com Seller Profile: guanjiacheng-us

Capture URL: https://www.amazon.com/sp?_encoding=UTF8&amp;asin=&amp;isAmazonFulfilled=1&amp;isCBA=&amp;marketplaceID=ATVPDKIKX0DER&amp;orderI…

Capture timestamp (UTC): Mon, 26 Jul 2021 03:04:01 GMT

**Back to top**

## Get to Know Us

Careers

Blog

About Amazon

Sustainability

Press Center

Investor Relations

Amazon Devices

## Make Money with Us

Sell products on Amazon

Sell apps on Amazon

Become an Affiliate

Become a Delivery Driver

Start a package delivery business

Advertise Your Products

Self-Publish with Us

Host an Amazon Hub

› See More Ways to Make Money

## Amazon Payment Products

Amazon Rewards Visa Signature Cards

Amazon.com Store Card

Amazon Secured Card

Amazon Business Card

Amazon Business Line of Credit

Shop with Points

Credit Card Marketplace

Reload Your Balance

Amazon Currency Converter

Promotional Financing

## Let Us Help You

Amazon and COVID-19

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Amazon Assistant

Help



⊕ English ⇕      ▇ United States

| Amazon Music<br>Stream millions<br>of songs | Amazon<br>Advertising<br>Find, attract,<br>and<br>engage<br>customers | Amazon Drive<br>Cloud storage<br>from Amazon | 6pm<br>Score deals<br>on fashion brands | AbeBooks<br>Books, art<br>& collectibles | ACX<br>Audiobook Publishing<br>Made Easy | Alexa<br>Actionable<br>Analytics<br>for the Web |
|---|---|---|---|---|---|---|
| Sell on Amazon<br>Start a Selling<br>Account | Amazon<br>Business<br>Everything<br>For<br>Your Business | Amazon Fresh<br>Groceries & More<br>Right To Your Door | AmazonGlobal<br>Ship Orders<br>Internationally | Home Services<br>Experienced<br>Pros<br>Happiness<br>Guarantee | Amazon Ignite<br>Sell your original<br>Digital Educational<br>Resources | Amazon Web<br>Services<br>Scalable Cloud<br>Computing<br>Services |
| Audible<br>Listen to Books &<br>Original<br>Audio<br>Performances | Book<br>Depository<br>Books With<br>Free<br>Delivery<br>Worldwide | Box Office Mojo<br>Find Movie<br>Box Office Data | ComiXology<br>Thousands of<br>Digital Comics | DPReview<br>Digital<br>Photography | East Dane<br>Designer Men's<br>Fashion | Fabric<br>Sewing,<br>Quilting<br>& Knitting |
| Goodreads<br>Book reviews<br>&<br>recommendations | IMDb<br>Movies, TV<br>& Celebrities | IMDbPro<br>Get Info Entertainment<br>Professionals Need | Kindle Direct<br>Publishing<br>Indie Digital & Print<br>Publishing<br>Made Easy | Amazon<br>Photos<br>Unlimited<br>Photo Storage<br>Free With Prime | Prime Video Direct<br>Video Distribution<br>Made Easy | Shopbop<br>Designer<br>Fashion Brands |
| Amazon<br>Warehouse<br>Great Deals on<br>Quality Used<br>Products | Whole Foods<br>Market<br>America's<br>Healthiest<br>Grocery Store | Woot!<br>Deals and<br>Shenanigans | Zappos<br>Shoes &<br>Clothing | Ring<br>Smart Home<br>Security<br>Systems | eero WiFi<br>Stream 4K Video<br>in Every Room | Blink<br>Smart Security<br>for Every Home |
| | Neighbors<br>App<br>Real-Time<br>Crime<br>& Safety<br>Alerts | Amazon Subscription<br>Boxes<br>Top subscription boxes –<br>right to your door | PillPack<br>Pharmacy<br>Simplified | Amazon<br>Renewed<br>Like-new<br>products<br>you can trust | Amazon Second Chance<br>Pass it on, trade it in, give<br>it a second life | |

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996–2021, Amazon.com, Inc. or its affiliates

Document title: Amazon.com Seller Profile: guanjiacheng-us

Capture URL: https://www.amazon.com/sp?_encoding=UTF8&amp;asin=&amp;isAmazonFulfilled=1&amp;isCBA=&amp;marketplaceID=ATVPDKIKX0DER&amp;order|…

Capture timestamp (UTC): Mon, 26 Jul 2021 03:04:01 GMT



# amazon prime

⊙ Deliver to Arthur
Chicago 60605

Hello, Arthur
Account & Lists

Returns
& Orders

🛒 0 Cart

☰ All    Customer Service    Prime Video    Gift Cards    Arthur's Amazon.com    Shopper Toolkit    Outdoor Recreation    Pet Supplies    **Shop deals for college**

Sports & Outdoors    Sports & Fitness    Outdoor Recreation    Sports Fan Shop    Sports Deals    Outdoor Deals



Students and government assistance recipients could save 50% on Prime

Sports & Outdoors › Outdoor Recreation › Skates, Skateboards & Scooters › Scooters & Equipment › Scooters › Self Balancing Scooters



Roll over image to zoom in

VIDEO

## Hoverboard All Terrain Off Road 6.5" inch T581 Hoverboards,with Bluetooth Speaker and App-Enabled, Smart Self Balancing Hover Board and Two-Wheel with UL2272 Certified for Kids and Adults

Brand: Magic hover

★★★★☆ ∨    329 ratings  |  72 answered questions

Price: **$229.00** ✓prime & FREE Returns

**Get 5% back ($11.45 in rewards)** on the amount charged to your Amazon Prime Rewards Visa Signature Card. May be available at a lower price from other sellers, potentially without free Prime shipping.

Color: **blue-T581**



| | |
|---|---|
| **Brand** | Magic hover |
| **Color** | Blue-T581 |
| **Package Dimensions** | 26.2 x 9.7 x 9.5 inches; 24 Pounds |
| **Maximum Weight Recommendation** | 220 Pounds |
| **Frame Material** | Aluminum |

### About this item

- Strong off road hoverboard -powered by 702 watt motors. This self balancing hoverboard use strong off road tires which have great adaptability for all terrains, you will feel safe no matter what sorts of road you are on.
- Hoverboard smart APP - efficient app helps you stay in complete control. Use app to change modes, check battery, see and change the speed, and control the LED lights with ease.
- Two modes - For for all riders. Child mode makes the hoverboard easier to control for first time or children. Adult mode allows expert riders to enjoy this product and perform hoverboard tricks with ease.
- High quality bluetooth music speaker - The Magic Swift sports a built in branded high quality speaker that allows you to enjoy music while you ride.
- Safest self balancing hoverboard - Every hover board is

Share ✉ 📘 🐦 📌

$229.00
✓prime & FREE Returns ∨

FREE delivery: **Monday, Aug 2** Details

**Extended delivery time:** This item is subject to shipping restrictions due to materials in its composition.

⊙ Deliver to Arthur - Chicago 60605

### In Stock.

Qty: 1 ∨

**Add to Cart**

**Buy Now**

🔒 Secure transaction

Ships from  Amazon
Sold by  Runchenyun

Return policy: This item is returnable ∨

**Add a Protection Plan:**
☐ 2-Year Protection for $24.99
☐ Add a gift receipt for easy returns

**Add to List**  ∨



New & Used (2) from $182.75 Prime FREE Delivery  ❯

Have one to sell?

Sell on Amazon







Roll over image to zoom in

VIDEO

lights ... 

hoverboard easier to control for first time or children. Adult mode allows expert riders to enjoy this product and perform hoverboard tricks with ease.
- **High quality bluetooth music speaker** - The Magic Swift sports a built in branded high quality speaker that allows you to enjoy music while you ride.
- **Safest self balancing hoverboard** - Every hover board is designed and built to provide world class levels of safety and security. This hover board and its battery are UL certified.(UL2272 & UL2271) 102% ride tested, and all Magic hoverboards are desined and built to meet top levels of safety testing. Passed CE, RoHS, and FCC certifications.

New & Used (2) from $182.75 Prime FREE Delivery

💬 Report incorrect product information.

Sell on Amazon



Hover-1 Ultra Electric Self-Balancing Hoverboard Scooter
⭐⭐⭐⭐½ 2,817
$179.00 ✓prime

Sponsored ℹ

Hover-1 Dream Hoverboard Electric Scooter Light Up LED Wheels
⭐⭐⭐⭐½ 444
$139.99 ✓prime

Sponsored ℹ

---

## Frequently bought together

Total price: $577.94

[Add all three to Cart]

ℹ Some of these items ship sooner than the others. Show details

☑ **This item:** Hoverboard All Terrain Off Road 6.5" inch T581 Hoverboards,with Bluetooth Speaker and App-Enabled, S... $229.00

☑ Hover-1 Buggy Attachment for Transforming Hoverboard Scooter into Go-Kart $49.94

☑ Gyroor Warrior 8.5 inch All Terrain Off Road Hoverboard with Bluetooth Speakers and LED Lights, UL2272 Certified ... $299.00

---

## Products related to this item

Page 1 of 49

Sponsored ℹ

    

| Hover-1 Titan Electric Self-Balancing Hoverboard Scooter with 10" Tires, Pink | SISIGAD Hoverboard, with Bluetooth and Colorful Lights Self Balancing Scooter | GYROOR T581 Hoverboard 6.5" Off Road All Terrain Hoverboards with... | Swagtron Swagboard Outlaw T6 Off-Road Hoverboard - First in The World to Handle Ove... | SISIGAD Hoverboard with Bluetooth Speaker and Led Lights, Smart 6.5" Self-Balancing... |
|---|---|---|---|---|
| ⭐⭐⭐⭐½ 1,477 | ⭐⭐⭐⭐½ 8,430 | ⭐⭐⭐⭐½ 744 | ⭐⭐⭐⭐☆ 732 | ⭐⭐⭐⭐½ 969 |
| $248.99 ✓prime | $144.99 | $279.00 | $349.99 ✓prime | $139.99 ✓prime |



Hover-1 Titan Electric Self-Balancing Hoverboard Scooter with 10" Tires, Pink

★★★★½ 1,477

$248.99 prime

SISIGAD Hoverboard, with Bluetooth and Colorful Lights Self Balancing Scooter

★★★★½ 8,430

$144.99

GYROOR T581 Hoverboard 6.5" Off Road All Terrain Hoverboards with…

★★★★½ 744

$279.00

Swagtron Swagboard Outlaw T6 Off-Road Hoverboard - First in The World to Handle Ove…

★★★★☆ 732

$349.99 prime

SISIGAD Hoverboard with Bluetooth Speaker and Led Lights, Smart 6.5" Self-Balancing…

★★★★½ 969

$139.99 prime

## Inspired by your recent shopping trends

Page 1 of 17








GYROOR T581 Hoverboard 6.5" Off Road All Terrain Hoverboards with Bluetooth Speaker&LED Lights Two-Wheel Self…

★★★★½ 744

$279.00

TOMOLOO Hoverboard UL2272 Certified 8.5 Inch Off Road Hoverboard App Controlled Electric Self…

★★★★½ 27

$299.99

✓prime FREE Delivery

TOMOLOO Music-Rhythmed Hoverboard 6.5 inch Electric Scooter UL2272 Certificated with Bluetooth Speaker LED…

★★★★½ 70

$179.99

✓prime FREE Delivery

TOMOLOO Hoverboard with Bluetooth Speaker UL2272 Certified Self Balancing Electric Scooter 6.5" Two-Wheel Hover Boards with LED…

★★★★½ 550

$169.99

TOMOLOO Hoverboards Bluetooth with Led Light Flashing Wheels, Hover Boards for Kids, Self Balancing Hoverboard…

★★★★½ 147

$179.99

✓prime FREE Delivery

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

## From the manufacturer



Accompanied by happiness



Safest self balancing hoverboard

Document title: Amazon.com: Magic hover Hoverboard Off Road All Terrain Self Balancing Scooter 6.5&quot; T581 Flash Two-Wheel Self Balancing Hoverboard with…
Capture URL: https://www.amazon.com/Magic-hover-Hoverboard-Bluetooth-App-Enabled/dp/B07PKSK93G/ref=sr_1_1_sspa?…
Capture timestamp (UTC): Mon, 26 Jul 2021 03:06:10 GMT
Page 3 of 13



### Safest self balancing hoverboard

Magic hover T581 OFF ROAD self balance hoverboard pass all the necessary CE/ Rohs /FCC certified, and battery with UL2272 which can ensure every part is completely safe won't go on fire and protect user's safety.



### For all riders

350W * 2 Motor with 6.5 inch off road tire can handle bumpy pavements, gravel, grass, sand, and dirt paths in all terrain, allowing you enjoy a smooth ride while getting the best out of your self-balancing hoverboard, it is the best gift for the kids and adults.







### More power

powerful engines that gives you great power. This allows you to reach a speed up to 10-12 km / h (varies by weight, road conditions in all terrain).

### Hoverboard smart APP

Efficient app helps you stay in complete control. Use app to change modes, check battery, see and change the speed, and control the LED lights with ease.Built-in Bluetooth speaker allow you to enjoy the music while riding and play your favorite tunes.

### Free fashion bag

Easy carry, a beautiful hoverboard bag include, you can easily carry it outdoors.

This allows you to reach a speed up to 10-12 km / h (varies by weight, road conditions in all terrain).

Efficient app helps you stay in complete control. Use app to change modes, check battery, see and change the speed, and control the LED lights with ease. Built-in Bluetooth speaker allow you to enjoy the music while riding and play your favorite tunes.

Easy carry, a beautiful hoverboard bag include, you can easily carry it outdoors.



---

## Product details

Color: blue-T581

   **Date First Available :** September 12, 2020

   **Manufacturer :** CHETAIDOU

   **ASIN :** B08HW9TTBG

   **Best Sellers Rank:** #98,746 in Sports & Outdoors (See Top 100 in Sports & Outdoors)
     #92 in Self Balancing Scooters

   **Customer Reviews:**
   ★★★★½ ˅    329 ratings

# Videos

Page 1 of 4

### Videos for this product



**Customer Review:** Bluetooth speaker is great & Lots of fun for…

paul



Hoverboard 6.5" inch All Terrain Off Road T581 Hoverboards,with…

Merchant Video

### Videos for related products



Top 5 Best Self Balancing Scooter in 2021

Best Guider



Top 6 Best Self Bala 2021

Best Guider

Upload your video

---

## Products related to this item

Page 1 of 28

Sponsored ⓘ

Upload your video

## Products related to this item

Page 1 of 28

Sponsored ⓘ

<







>

**Hover-1 Titan Electric Self-Balancing Hoverboard Scooter with 10" Tires, Gun Metal**
★★★★½ 1,477
**$248.00** ✓prime
Item Weight: **24 Pounds**
Wheel Size: **10 Inches**
Style: **Titan**

**Newest Generation Electric Hoverboard Dual Motors Two Wheels Hoover Board Smart…**
★★★★½ 2,908
**$135.00** ✓prime

**Felimoda 6.5 Inch Hoverboard with Bluetooth Speaker, Two Wheels Self Balancing…**
★★★★☆ 90
**$139.99** ✓prime
Number of Wheels: **2**
Wheel Material: **Rubber**
Wheel Size: **6.5 Inches**
Wheel Type: **Solid**

**Hover-1 H1 Hoverboard Electric Scooter , Iridescent , 25 x 9.4 x 9.2**
★★★★½ 2,386
**$191.12** ✓prime
Item Weight: **22.3 Pounds**
Warranty Type: **90 days**

**RIDE SWFT Flash Hoverboard Self Balancing Scooter, Top Speed of 7mph, 3 Mile…**
★★★★½ 229
**$174.99** ✓prime
Item Weight: **15.4 Pounds**
Wheel Size: **6.5 Inches**
Frame Material: **ABS**



*New way, fun way !*



SISIGAD Hoverboard, with Bluetooth and Colorful Lights Self Balancing Scooter
★★★★½ 8,430
$144.99

Sponsored ⓘ

## Customer questions & answers

🔍 Have a question? Search for answers

▲
1
vote
▼

**Question:** Does it come with a warranty?

**Answer:** Dear friend，yes, surely,the Warranty is 1 year for the hoverboard, 6 months for the battery, except normal wear and tear. Any issue please contact us, our goal is your satisfaction.
By Magic Hover **SELLER** on June 1, 2019

∨ See more answers (1)

▲
0
votes
▼

**Question:** It say the brand is magic hover but the hoverboard in the pic shows Gyroor hoverboards so is magic hover just the company that sells Gyroor products?

**Answer:** Dear friends,please don`t worry, it is Gyroor`s hoverboard, we are the Gyroor`s Distributor, if you like it, you can buy it directly, thanks.our support email is info@gyroorboard.com, if you have any problem, please kindly contact us freely.
By Magic Hover **SELLER** on December 10, 2019

▲
0
▼

**Question:** How far is the distance from the seat of the car to the leg rest?

---

| | **Question:** | It say the brand is magic hover but the hoverboard in the pit shows Gyroor hoverboards so is magic |
|---|---|---|
| 0 votes | **Answer:** | Dear friends,please don`t worry, it is Gyroor`s hoverboard, we are the Gyroor`s Distributor, if you like it, you can buy it directly, thanks.our support email is info@gyroorboard.com, if you have any problem, please kindly contact us freely. |
| | | By Magic Hover SELLER on December 10, 2019 |

| | **Question:** | How far is the distance from the seat of the car to the leg rest? |
|---|---|---|
| 0 votes | **Answer:** | Dear friends, it is adjustable from 19cm to 22 cm, thanks. |
| | | By Magic Hover SELLER on March 9, 2020 |

| | **Question:** | Does this come with the kart and Hoverboard? |
|---|---|---|
| 0 votes | **Answer:** | Dear friends, yes, the Three-in -one come with the kart and hoverboard. |
| | | By Magic Hover SELLER on August 20, 2019 |
| | | ⌄ See more answers (3) |

See more answered questions (68)

## Customer reviews

★★★★☆ 4.3 out of 5

329 global ratings

| | |
|---|---|
| 5 star | 74% |
| 4 star | 9% |
| 3 star | 5% |
| 2 star | 3% |
| 1 star | 10% |

⌄ How are ratings calculated?

## By feature

| Battery life | ★★★★☆ 4.1 |
|---|---|
| Durability | ★★★★☆ 4.1 |
| Sturdiness | ★★★★☆ 4.1 |

## Review this product

Share your thoughts with other customers

Write a customer review



### Reviews with images



See all customer images

### Read reviews that mention

| year old | hoverboard | battery life | hold a charge | son loves |
|---|---|---|---|---|
| play music | kids love | stopped working | son for his birthday | |
| worth the money | straps broke | coolest thing | cart attachment | |

### Top reviews from the United States

Melissa

★★★★★ **Amazing Go Kart Experience!**

Reviewed in the United States on June 19, 2019

Color: blue-T581*kart | Verified Purchase | Early Reviewer Rewards (What's this?)





 This product was amazing! My kids absolutely love it and cant get enough of it. My husband bought them a hover board and they really enjoyed that. I was browsing amazon and saw this kart from the same store. I knew I had to surprise them all with it! My husband assembled it quick and he absolutely loved it. The next day the kids tried it and had so much fun. It is much safer to ride and could go on all surfaces. Grass is difficult for adults and that doesn't matter.. It is well built and has a ton of

cool features. Would definitely buy again.

Document title: Amazon.com: Magic hover Hoverboard Off Road All Terrain Self Balancing Scooter 6.5&quot; T581 Flash Two-Wheel Self Balancing Hoverboard with…
Capture URL: https://www.amazon.com/Magic-hover-Hoverboard-Bluetooth-App-Enabled/dp/B07PKSK93G/ref=sr_1_1_sspa?…
Capture timestamp (UTC): Mon, 26 Jul 2021 03:06:10 GMT

**Savings & Sales**



Save 26%
Hover-1 Drive Hoverboard for Kids Self B…
$119.00  $159.99  ✓prime

Sponsored ⓘ



from the same store. I knew I had to
~~surpass them around it~~ My husband
assembled it quick and he absolutely
loved it. The next day the kids tried it
and had so much fun. It is much safer to
ride and could go on all surfaces. Grass
is difficult for adults and that doesn't
matter.. It is well built and has a ton of

cool features. Would definitely buy again.

23 people found this helpful

Helpful | Report abuse

 Jose R.

★★★★★ **Fun Hoover for the family !**
Reviewed in the United States on May 22, 2019
**Verified Purchase**



The quality is amazing; it feels very
sturdy and strong. It holds my weight of
210 pounds with no problem. I also like
how the fiber carbon parts makes it feel
strong and look sleek as well.

The dual motor is very responsive and
powerful, I was amaze how smooth they
are making the self-balancing feature. It
is extremely helpful to anyone
especially for beginners like me and my
wife. It was helpful that the maximum
speed of 12.0km/h can be adjusted

using the mobile application and the children and adult modes make it versatile for everyone.

⌄ Read more



18 people found this helpful

Helpful | Report abuse

 Andy B

★☆☆☆☆ **Buyer Beware!!**
Reviewed in the United States on June 30, 2020
Color: blue-T581*kart | **Verified Purchase**

My son enjoyed this hoverboard on his birthday early May for a full 30 minutes, and although he
liked it in that very brief time, it died. After contacting Gryoor, they insisted I contact them directly
outside of Amazon. They would replace the motherboard for "free." It arrived at their office on May
22 and I have not heard anything since. Essentially, they stole the $279 I paid. Shame on them.

Amazon? Help?

5 people found this helpful

Helpful | Report abuse

 Holly

★★★★★ **This is a great Hoover board!**
Reviewed in the United States on June 29, 2019

Amazon? Help?

Helpful | Report abuse

 Holly

⭐⭐⭐⭐⭐ **This is a great Hoover board!**
Reviewed in the United States on June 29, 2019
Color: blue-T581*kart | **Verified Purchase** | **Early Reviewer Rewards** (What's this?)


▶ 0:00

Works great off road or on battery life is good, kids are having a blast with this! Had bought another one just different model and customer service has been very responsive with a problem with the wheel stopping.

18 people found this helpful

Helpful | Report abuse

 Topp

⭐⭐⭐⭐⭐ **Sturdy Hoverboard and Great Customer Service**
Reviewed in the United States on January 16, 2020
**Verified Purchase**

I purchased this board for my 11 year old son and he loves it! The lights and wheel illumination are great! He loves that both can be changed through the app as well as play music from a device through the speakers on the board. The motors are more powerful than most hoverboards out there. Construction is solid and balanced.

We needed some help from customer service soon after opening it, so I emailed them. A representative responded very quickly and stayed in touch until we were completely taken care of. I feel like Gyroor went the extra mile. It was really nice! Great company and product.

13 people found this helpful

Helpful | Report abuse

 Jillian Bencic

⭐⭐⭐⭐⭐ **great for children,**
Reviewed in the United States on June 4, 2019
**Verified Purchase** | **Early Reviewer Rewards** (What's this?)


▶ 0:00

Packaging: very well packaged no dents scratches or marks on the hover board. Foam is placed properly inside the box to protect the board from damage.

Ease of use: This is made for children under 12 in my opinion. It is a little smaller than other boards out there. The wheels are a little smaller than others I have seen. But for my 7 year old daughter it is perfect. My daughter hopped right on the hover board and took off right away, she spins around

Document title: Amazon.com: Magic hover Hoverboard Off Road All Terrain Self Balancing Scooter 6.5" T581 Flash Two-Wheel Self Balancing Hoverboard with…
Capture URL: https://www.amazon.com/Magic-hover-Hoverboard-Bluetooth-App-Enabled/dp/B07PKSK93G/ref=sr_1_1_sspa?…
Capture timestamp (UTC): Mon, 26 Jul 2021 03:06:10 GMT
Page 9 of 13



Case abuse. This is made for children under 12 in my opinion. It is a little smaller than other boards out there. The wheels are a little smaller than others I have seen. But for my 7 year old daughter it is perfect. My daughter hopped right on the hover board and took off right away, she spins around

goes forward and backwards with what appears to be no effort she loves it!! I am 36 years old and

∨ Read more



14 people found this helpful

Helpful | Report abuse

 G. Marchand

★★★★★ **10/10 fun factor, but be careful!**
Reviewed in the United States on October 5, 2020
Color: blue-T581 | **Verified Purchase**

Just got this for our 8yo son. It's the coolest thing he's ever had. Can't comment on longevity of the product, but initial fun rating is a 10/10. Speaker quality is fine. App control with lights and speedometer are fun but not necessary. It's a little too heavy for him to carry safely on his own. Came charged enough to play around with for a couple hours. He's pretty confident on it after just a few days of riding mostly indoors. Stay away from cabinets and trim. Unfinished basements and outside are best to learn to ride it. Adults be careful. This is not a skateboard, scooter, or a Segway. My wife got on, did 4-5 full speed rotations, and got flung off like it was a mechanical bull.

One person found this helpful

Helpful | Report abuse

 Alandreia

★★★★★ **Best hoverboard so far!! Easy to read manual, charger, and carrying bag included**
Reviewed in the United States on May 24, 2019
**Verified Purchase**



Bluetooth connects easily thru phone and speakers are great!! Loud music! Pretty LED lights inside the wheels. When u connect to app it lets u change the color of the front/back lights and u can also change from adult mode to kids mode for younger kids! Love it so far 💗



16 people found this helpful

Document title: Amazon.com: Magic hover Hoverboard Off Road All Terrain Self Balancing Scooter 6.5&quot; T581 Flash Two-Wheel Self Balancing Hoverboard with…
Capture URL: https://www.amazon.com/Magic-hover-Hoverboard-Bluetooth-App-Enabled/dp/B07PKSK93G/ref=sr_1_1_sspa?…
Capture timestamp (UTC): Mon, 26 Jul 2021 03:06:10 GMT
Page 10 of 13



16 people found this helpful

[ Helpful ]    Report abuse

**See all reviews** >

---

## 4 stars and above

Sponsored ⓘ



**Hover-1 Titan Electric Self-Balancing Hoverboard Scooter with 10" Tires, Pink**
★★★★½ 1,477
$248.99 ✓prime
Item Weight: **24 Pounds**
Style: **Titan**



**Swagtron Swagboard Outlaw T6 Off-Road Hoverboard - First in The World to Handle Ove...**
★★★★☆ 732
$349.99 ✓prime
Number of Wheels: **2**
Wheel Material: **Alloy Steel**
Wheel Size: **10 Inches**
Frame Material: **Aluminum**



**Hoverboard for Kids Two-Wheel Self Balancing Hoverboards**
★★★★½ 1,152
$139.99 ✓prime
Number of Wheels: **2**
Wheel Material: **Rubber**
Item Weight: **5 Pounds**



**Gyroor Warrior 8.5 inch All Terrain Off Road Hoverboard with Bluetooth Speakers...**
★★★★½ 3,396
$299.00
Item Weight: **2.2 Pounds**
Frame Material: **Aluminum**



**Gyroor Hoverboard Off Road All Terrian 6.5" Two-Wheel G11 Flash LED Light Self Bala...**
★★★★½ 413
$199.00



Hover-1 Dream Hoverboard Electric Scoot...
★★★★☆ 444
$149.99 ✓prime    [ Shop now ]

Sponsored ⓘ

---

## Explore more items



**GYROOR T581 Hoverboard 6.5" Off Road All Terrain Hoverboards with Bluetooth Speaker&LED Lights Two-Wheel Self...**



**Segway Ninebot eKickScooter ZING E8 and E10, Electric Kick Scooter for Kids, Teens, Boys and Girls,...**
★★★★½ 2,237



**sublue WhiteShark Mix Underwater Scooter Dual Motors, Action Camera Compatible, Water Sports...**
★★★★½ 257



**Longtime All-Terrain Off-Road Hoverboard 8.5" Wheels Electric Self Balancing Scooter Hover Board for Adults and Kids Built-in Bluetooth...**



**Gyroor Hoverboard Offroad All Terrain Flash Wheel Self Balancing G5 Hoverboards with Bluetooth Speaker, UL 2272 Certified Best...**

---

Document title: Amazon.com: Magic hover Hoverboard Off Road All Terrain Self Balancing Scooter 6.5&quot; T581 Flash Two-Wheel Self Balancing Hoverboard with…
Capture URL: https://www.amazon.com/Magic-hover-Hoverboard-Bluetooth-App-Enabled/dp/B07PKSK93G/ref=sr_1_1_sspa?…
Capture timestamp (UTC): Mon, 26 Jul 2021 03:06:10 GMT

Page 11 of 13



**GYROOR T581 Hoverboard 6.5" Off Road All Terrain Hoverboards with Bluetooth Speaker&LED Lights Two-Wheel Self…**
★★★★☆ 744
$279.00

**Segway Ninebot eKickScooter ZING E8 and E10, Electric Kick Scooter for Kids, Teens, Boys and Girls,…**
★★★★☆ 2,237
$259.99
✓prime FREE Delivery

**sublue WhiteShark Mix Underwater Scooter Dual Motors, Action Camera Compatible, Water Sports…**
★★★★☆ 257
$689.00
✓prime FREE Delivery

**Longtime All-Terrain Off-Road Hoverboard 8.5" Wheels Electric Self Balancing Scooter Hover Board for Adults and Kids Built-in Bluetooth…**
★★★★☆ 219
$219.00

**Gyroor Hoverboard Offroad All Terrain Flash Wheel Self Balancing G5 Hoverboards with Bluetooth Speaker, UL 2272 Certified Best…**
★★★★☆ 276
$249.00

## Recommended based on your shopping trends Sponsored

Page 1 of 4







**Hover-1 Titan Electric Self-Balancing Hoverboard Scooter**
★★★★☆ 1,477
$248.99 ✓prime

**Hover Hoverboard Electric Scooter**
★★★★☆ 2,386
$249.99 ✓prime

**Swagtron Swagboard Outlaw T6 Off-Road Hoverboard**
★★★★☆ 732
$349.99 ✓prime

**cho New Hoverboard Electric Smart Self Balancing Scooter with Built-in Wireless…**
★★★★☆ 594
$135.00 ✓prime

**EPCTEK Hoverboard, Self Balancing Hoverboards - UL2272 Certified Hover Board for Kids**
★★★★☆ 630
$139.99 ✓prime

## Your Browsing History   View or edit your browsing history  ›

Page 1 of 3








**Back to top**

### Get to Know Us
Careers
Blog
About Amazon
Sustainability
Press Center
Investor Relations
Amazon Devices

### Make Money with Us
Sell products on Amazon
Sell apps on Amazon
Become an Affiliate
Become a Delivery Driver
Start a package delivery business
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Ways to Make Money

### Amazon Payment Products
Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon Secured Card
Amazon Business Card
Amazon Business Line of Credit
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter
Promotional Financing

### Let Us Help You
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help

**Back to top**

### Get to Know Us

Careers

Blog

About Amazon

Sustainability

Press Center

Investor Relations

Amazon Devices

### Make Money with Us

Sell products on Amazon

Sell apps on Amazon

Become an Affiliate

Become a Delivery Driver

Start a package delivery business

Advertise Your Products

Self-Publish with Us

Host an Amazon Hub

› See More Ways to Make Money

### Amazon Payment Products

Amazon Rewards Visa Signature Cards

Amazon.com Store Card

Amazon Secured Card

Amazon Business Card

Amazon Business Line of Credit

Shop with Points

Credit Card Marketplace

Reload Your Balance

Amazon Currency Converter

Promotional Financing

### Let Us Help You

Amazon and COVID-19

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Amazon Assistant

Help

amazon

 English

 United States

| | | | | | | |
|---|---|---|---|---|---|---|
| **Amazon Music** Stream millions of songs | **Amazon Advertising** Find, attract, and engage customers | **Amazon Drive** Cloud storage from Amazon | **6pm** Score deals on fashion brands | **AbeBooks** Books, art & collectibles | **ACX** Audiobook Publishing Made Easy | **Alexa** Actionable Analytics for the Web |
| **Sell on Amazon** Start a Selling Account | **Amazon Business** Everything For Your Business | **Amazon Fresh** Groceries & More Right To Your Door | **AmazonGlobal** Ship Orders Internationally | **Home Services** Experienced Pros Happiness Guarantee | **Amazon Ignite** Sell your original Digital Educational Resources | **Amazon Web Services** Scalable Cloud Computing Services |
| **Audible** Listen to Books & Original Audio Performances | **Book Depository** Books With Free Delivery Worldwide | **Box Office Mojo** Find Movie Box Office Data | **ComiXology** Thousands of Digital Comics | **DPReview** Digital Photography | **East Dane** Designer Men's Fashion | **Fabric** Sewing, Quilting & Knitting |
| **Goodreads** Book reviews & recommendations | **IMDb** Movies, TV & Celebrities | **IMDbPro** Get Info Entertainment Professionals Need | **Kindle Direct Publishing** Indie Digital & Print Publishing Made Easy | **Amazon Photos** Unlimited Photo Storage Free With Prime | **Prime Video Direct** Video Distribution Made Easy | **Shopbop** Designer Fashion Brands |
| **Amazon Warehouse** Great Deals on Quality Used Products | **Whole Foods Market** America's Healthiest Grocery Store | **Woot!** Deals and Shenanigans | **Zappos** Shoes & Clothing | **Ring** Smart Home Security Systems | **eero WiFi** Stream 4K Video in Every Room | **Blink** Smart Security for Every Home |
| | **Neighbors App** Real-Time Crime & Safety Alerts | **Amazon Subscription Boxes** Top subscription boxes – right to your door | **PillPack** Pharmacy Simplified | **Amazon Renewed** Like-new products you can trust | **Amazon Second Chance** Pass it on, trade it in, give it a second life | |

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2021, Amazon.com, Inc. or its affiliates



amazon prime

Deliver to Arthur
Chicago 60605

Search

Hello, Arthur
Account & Lists

Returns
& Orders

0
Cart

☰ All | Customer Service | Prime Video | Gift Cards | Arthur's Amazon.com | Shopper Toolkit | Outdoor Recreation | Pet Supplies | **Shop deals for college**

Sports & Outdoors | Sports & Fitness | Outdoor Recreation | Sports Fan Shop | Sports Deals | Outdoor Deals


Students and government assistance recipients
could save 50% on Prime

Sports & Outdoors › Outdoor Recreation › Skates, Skateboards & Scooters › Scooters & Equipment › Scooters › Self Balancing Scooters



Roll over image to zoom in



VIDEO

# Hoverboard All Terrain Off Road 6.5" inch T581 Hoverboards,with Bluetooth Speaker and App-Enabled, Smart Self Balancing Hover Board and Two-Wheel with UL2272 Certified for Kids and Adults

Brand: Magic hover

★★★★☆ ∨    329 ratings | 72 answered questions

Price: **$279.00** ✓prime & FREE Returns ∨

**Pay $23.25/month for 12 months, interest-free with your Amazon Prime Rewards Visa Card**

Color: **blue-T581*kart**

| | |
|---|---|
| **Brand** | Magic hover |
| **Color** | Blue-T581*kart |
| **Package Dimensions** | 26 x 18.15 x 11.75 inches; 36.2 Pounds |

## About this item

- Strong off road hoverboard -powered by 703 watt motors. This self balancing hoverboard use strong off road tires which have great adaptability for all terrains, you will feel safe no matter what sorts of road you are on.
- Hoverboard smart APP - efficient app helps you stay in complete control. Use app to change modes, check battery, see and change the speed, and control the LED lights with ease.
- Two modes - For for all riders. Child mode makes the hoverboard easier to control for first time or children. Adult mode allows expert riders to enjoy this product and perform hoverboard tricks with ease.
- High quality bluetooth music speaker - The Magic Swift sports a built in branded high quality speaker that allows you to enjoy music while you ride.
- Safest self balancing hoverboard - Every hover board is designed and built to provide world class levels of safety and security. This hover board and its battery are UL certified.(UL2272 & UL2271) 103% ride tested, and all Magic hoverboards are desined and built to meet top levels of safety testing. Passed CE, RoHS, and FCC



Share ✉ 📘 🐦 📌

$279.00
✓prime & FREE Returns ∨

FREE delivery: **Wednesday, July 28**
Order within 1 hr and 47 mins
Details

⊙ Deliver to Arthur - Chicago 60605

**In Stock.**

Qty: 1 ∨

Add to Cart

Buy Now

🔒 Secure transaction

Ships from **Amazon**
Sold by **Runchenyun**

Return policy: This item is returnable ∨

**Add a Protection Plan:**
☐ 2 Year Sporting Goods Protection Plan for $24.99
☐ Add a gift receipt for easy returns

Add to List    ∨

Have one to sell?

Sell on Amazon

Hover-1 Ultra Electric Self-Balancing Hoverboard Scooter
★★★★☆ 2,817
$179.00 ✓prime



- High quality bluetooth music speaker - The Magic Swift speaker, allows you to enjoy music while you ride.
- Safest self balancing hoverboard - Every hover board is designed and built to provide world class levels of safety and security. This hover board and its battery are UL certified.(UL2272 & UL2271) 103% ride tested, and all Magic hoverboards are desined and built to meet top levels of safety testing. Passed CE, RoHS, and FCC certifications.

🗨 Report incorrect product information.



Hover-1 Ultra Electric Self-Balancing Hoverboard Scooter
⭐⭐⭐⭐½ 2,817
$179.00 ✓prime

Sponsored ⓘ

Excellent climb
Maximum climbing angle 30°

Roll over image to zoom in

VIDEO



Hover-1 Dream Hoverboard Electric Scooter Light Up LED Wheels
⭐⭐⭐⭐½ 444
$139.99 ✓prime

Sponsored ⓘ

## Frequently bought together



Total price: $627.94

Add all three to Cart

ⓘ Some of these items ship sooner than the others. Show details

☑ **This item:** Hoverboard All Terrain Off Road 6.5" inch T581 Hoverboards,with Bluetooth Speaker and App-Enabled, S... $279.00
☑ Hover-1 Buggy Attachment for Transforming Hoverboard Scooter into Go-Kart $49.94
☑ Gyroor Warrior 8.5 inch All Terrain Off Road Hoverboard with Bluetooth Speakers and LED Lights, UL2272 Certified ... $299.00

## Inspired by your recent shopping trends

Page 1 of 16

‹



GYROOR T581 Hoverboard 6.5" Off Road All Terrain Hoverboards with Bluetooth Speaker&LED Lights Two-Wheel Self...
⭐⭐⭐⭐½ 744
$279.00



TOMOLOO Hoverboard UL2272 Certified 8.5 Inch Off Road Hoverboard App Controlled Electric Self...
⭐⭐⭐⭐½ 27
$299.99
✓prime FREE Delivery



TOMOLOO Hoverboards Bluetooth with Led Light Flashing Wheels, Hover Boards for Kids, Self Balancing Hoverboard...
⭐⭐⭐⭐½ 147
$179.99
✓prime FREE Delivery



TOMOLOO Hoverboard with Bluetooth Speaker UL2272 Certified Self Balancing Electric Scooter 6.5" Two-Wheel Hover Boards with LED...
⭐⭐⭐⭐½ 550
$169.99



Gyroor T581 Hoverboard 6.5" Off Road All Terrain Hoverboard with Bluetooth Speaker and Two-Wheel Self...
⭐⭐⭐⭐½ 1,067
$229.00
Prime FREE Delivery
Only 1 left in stock - order...

›

## Products related to this item

Page 1 of 48

Sponsored ⓘ

Document title: Amazon.com: Magic hover Hoverboard Off Road All Terrain Self Balancing Scooter 6.5&quot; T581 Flash Two-Wheel Self Balancing Hoverboard with…
Capture URL: https://www.amazon.com/Magic-hover-Hoverboard-Bluetooth-App-Enabled/dp/B07PLSJRGQ/ref=sr_1_1_sspa?…
Capture timestamp (UTC): Mon, 26 Jul 2021 03:14:52 GMT



★★★★½ 744

$279.00

★★★★½ 32
$299.99
✓prime FREE Delivery

★★★★½ 142
$179.99
✓prime FREE Delivery

★★★★½ 550
$169.99

$229.00
Prime FREE Delivery
Only 1 left in stock - order…

## Products related to this item

Sponsored ⓘ

 Page 1 of 48

‹



Hover-1 Titan Electric Self-Balancing Hoverboard Scooter with 10" Tires, Gun Metal
★★★★½ 1,477
$248.00 ✓prime
Item Weight: 24 Pounds
Wheel Size: 10 Inches
Style: Titan



TOMOLOO Hover Board, RGB Lights and HiFi Bluetooth Hoverboard for Adults and Kids, …
★★★★½ 43
$219.99 ✓prime
Style: Child



Hover-1 H1 Hoverboard Electric Scooter , Iridescent , 25 x 9.4 x 9.2
★★★★½ 2,386
$191.12 ✓prime
Item Weight: 22.3 Pounds
Warranty Type: 90 days



SISIGAD Hoverboard with Bluetooth Speaker and Led Lights, Smart 6.5" Self-Balancing…
★★★★½ 969
$139.99 ✓prime
Wheel Size: 6.5 Inches



Hoverboard for Kids Two-Wheel Self Balancing Hoverboards
★★★★½ 1,152
$139.99 ✓prime
Number of Wheels: 2
Wheel Material: Rubber
Item Weight: 5 Pounds

›

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

## From the manufacturer





### Safest self balancing hoverboard

Magic hover T581 OFF ROAD self balance hoverboard pass all the necessary CE/ Rohs /FCC certified, and battery with UL2272 which can ensure every part is completely safe won't go on fire and protect user's safety.



### Safest self balancing hoverboard

Magic hover T581 OFF ROAD self balance hoverboard pass all the necessary CE/ Rohs /FCC certified, and battery with UL2272 which can ensure every part is completely safe won't go on fire and protect user's safety.



### For all riders

350W * 2 Motor with 6.5 inch off road tire can handle bumpy pavements, gravel, grass, sand, and dirt paths in all terrain, allowing you enjoy a smooth ride while getting the best out of your self-balancing hoverboard, it is the best gift for the kids and adults.







### More power

powerful engines that gives you great power. This allows you to reach a speed up to 10-12 km / h (varies by weight, road conditions in all terrain).

### Hoverboard smart APP

Efficient app helps you stay in complete control. Use app to change modes, check battery, see and change the speed, and control the LED lights with ease.Built-in Bluetooth speaker allow you to enjoy the music while riding and play your favorite tunes.

### Free fashion bag

Easy carry, a beautiful hoverboard bag include, you can easily carry it outdoors.



speaker allow you to enjoy the music while
hang and play our favorite tunes.



## Product details

Color:**blue-T581\*kart**

**Date First Available** : September 12, 2020

**Manufacturer** : CHETAIDOU

**ASIN** : B08HW9TTBG

**Best Sellers Rank:** #98,746 in Sports & Outdoors (See Top 100 in Sports & Outdoors)
   #92 in Self Balancing Scooters

**Customer Reviews:**
★★★★½ ˅     329 ratings

# Videos

Page 1 of 4

### Videos for this product

### Videos for relate



**Customer Review:** Amazing Go
Kart Experience!

Melissa



Hoverboard 6.5" inch All Terrain
Off Road T581 Hoverboards,with...

Merchant Video



**Customer Review:** This is a great
Hoover board!

Holly



Top 5 Best Self Bala
in 2021

Best Guider

Upload your video

## Products related to this item

Page 1 of 28

Sponsored ⓘ







Document title: Amazon.com: Magic hover Hoverboard Off Road All Terrain Self Balancing Scooter 6.5&quot; T581 Flash Two-Wheel Self Balancing Hoverboard with…
Capture URL: https://www.amazon.com/Magic-hover-Hoverboard-Bluetooth-App-Enabled/dp/B07PLSJRGQ/ref=sr_1_1_sspa?…
Capture timestamp (UTC): Mon, 26 Jul 2021 03:14:52 GMT

**Products related to this item**

Page 1 of 28

Sponsored ⓘ

    

⟨

Hover-1 Titan Electric Self-Balancing Hoverboard Scooter with 10" Tires, Gun Metal
★★★★½ 1,477
$248.00 ✓prime
Item Weight: **24 Pounds**
Wheel Size: **10 Inches**
Style: **Titan**

Newest Generation Electric Hoverboard Dual Motors Two Wheels Hoover Board Smart…
★★★★½ 2,908
$135.00 ✓prime

Felimoda 6.5 Inch Hoverboard with Bluetooth Speaker, Two Wheels Self Balancing…
★★★★☆ 90
$139.99 ✓prime
Number of Wheels: **2**
Wheel Material: **Rubber**
Wheel Size: **6.5 Inches**
Wheel Type: **Solid**

Hover-1 H1 Hoverboard Electric Scooter , Iridescent , 25 x 9.4 x 9.2
★★★★½ 2,386
$191.12 ✓prime
Item Weight: **22.3 Pounds**
Warranty Type: **90 days**

RIDE SWFT Flash Hoverboard Self Balancing Scooter, Top Speed of 7mph, 3 Mile…
★★★★½ 229
$174.99 ✓prime
Item Weight: **15.4 Pounds**
Wheel Size: **6.5 Inches**
Frame Material: **ABS**

⟩



Hover-1 Dream Hoverboard Electric Scooter Light Up LED Wheels
★★★★½ 444
$139.99 ✓prime

Sponsored ⓘ

## Customer questions & answers

🔍 Have a question? Search for answers

▲
1
vote
▼

**Question:** Does it come with a warranty?

**Answer:** Dear friend，yes, surely,the Warranty is 1 year for the hoverboard, 6 months for the battery, except normal wear and tear. Any issue please contact us, our goal is your satisfaction.
By Magic Hover **SELLER** on June 1, 2019

⌄ See more answers (1)

▲
0
votes
▼

**Question:** It say the brand is magic hover but the hoverboard in the pic shows Gyroor hoverboards so is magic hover just the company that sells Gyroor products?

**Answer:** Dear friends,please don`t worry, it is Gyroor`s hoverboard, we are the Gyroor`s Distributor, if you like it, you can buy it directly, thanks.our support email is info@gyroorboard.com, if you have any problem, please kindly contact us freely.
By Magic Hover **SELLER** on December 10, 2019

▲
0
votes
▼

**Question:** How far is the distance from the seat of the car to the leg rest?

**Answer:** Dear friends, it is adjustable from 19cm to 22 cm, thanks.
By Magic Hover **SELLER** on March 9, 2020

like it, you can buy it directly, thanks.our support email is info@gyroorboard.com, if you have any

By Magic Hover **SELLER** on December 10, 2019



| | **Question:** | How far is the distance from the seat of the car to the leg rest? |
| 0 votes | **Answer:** | Dear friends, it is adjustable from 19cm to 22 cm, thanks. |
| | | By Magic Hover **SELLER** on March 9, 2020 |

| | **Question:** | Does this come with the kart and Hoverboard? |
| 0 votes | **Answer:** | Dear friends, yes, the Three-in -one come with the kart and hoverboard. |
| | | By Magic Hover **SELLER** on August 20, 2019 |
| | ⌄ See more answers (3) | |

See more answered questions (68)

## Customer reviews

★★★★☆ 4.3 out of 5

329 global ratings

| 5 star | | 74% |
| 4 star | | 9% |
| 3 star | | 5% |
| 2 star | | 3% |
| 1 star | | 10% |

⌄ How are ratings calculated?

## By feature

| Battery life | ★★★★☆ 4.1 |
| Durability | ★★★★☆ 4.1 |
| Sturdiness | ★★★★☆ 4.1 |

## Review this product

Share your thoughts with other customers

Write a customer review



Savings & Sales

Save 26%

## Reviews with images



See all customer images

### Read reviews that mention

| year old | hoverboard | battery life | hold a charge | son loves |

| play music | kids love | stopped working | son for his birthday |

| worth the money | straps broke | coolest thing | cart attachment |

## Top reviews from the United States

Melissa

★★★★★ **Amazing Go Kart Experience!**

Reviewed in the United States on June 19, 2019

Color: blue-T581*kart | **Verified Purchase** | **Early Reviewer Rewards** (What's this?)



This product was amazing! My kids absolutely love it and cant get enough of it. My husband bought them a hover board and they really enjoyed that. I was browsing amazon and saw this kart from the same store. I knew I had to surprise them all with it! My husband assembled it quick and he absolutely loved it. The next day the kids tried it and had so much fun. It is much safer to ride and could go on all surfaces. Grass is difficult for adults and that doesn't matter.. It is well built and has a ton of cool features. Would definitely buy again.

23 people found this helpful

Helpful | Report abuse

Document title: Amazon.com: Magic hover Hoverboard Off Road All Terrain Self Balancing Scooter 6.5&quot; T581 Flash Two-Wheel Self Balancing Hoverboard with…
Capture URL: https://www.amazon.com/Magic-hover-Hoverboard-Bluetooth-App-Enabled/dp/B07PLSJRGQ/ref=sr_1_1_sspa?…
Capture timestamp (UTC): Mon, 26 Jul 2021 03:14:52 GMT



Save 26%

Hover-1 Drive Hoverboard for Kids Self B…
$119.00 $159.99 ✓prime

Sponsored ⓘ



loved it. The next day the kids tried it and now adore it, which is much safer to ride and could go on all surfaces. Grass is difficult for adults and that doesn't matter.. It is well built and has a ton of cool features. Would definitely buy again.

23 people found this helpful

Helpful | Report abuse

Jose R.

★★★★★ **Fun Hoover for the family !**
Reviewed in the United States on May 22, 2019
**Verified Purchase**



The quality is amazing; it feels very sturdy and strong. It holds my weight of 210 pounds with no problem. I also like how the fiber carbon parts makes it feel strong and look sleek as well.

The dual motor is very responsive and powerful, I was amaze how smooth they are making the self-balancing feature. It is extremely helpful to anyone especially for beginners like me and my wife. It was helpful that the maximum speed of 12.0km/h can be adjusted

using the mobile application and the children and adult modes make it versatile for everyone.

⌄ Read more



18 people found this helpful

Helpful | Report abuse

Andy B

★☆☆☆☆ **Buyer Beware!!**
Reviewed in the United States on June 30, 2020
Color: blue-T581*kart | **Verified Purchase**

My son enjoyed this hoverboard on his birthday early May for a full 30 minutes, and although he liked it in that very brief time, it died. After contacting Gryoor, they insisted I contact them directly outside of Amazon. They would replace the motherboard for "free." It arrived at their office on May 22 and I have not heard anything since. Essentially, they stole the $279 I paid. Shame on them.

Amazon? Help?

5 people found this helpful

Helpful | Report abuse

Holly

★★★★★ **This is a great Hoover board!**
Reviewed in the United States on June 29, 2019
Color: blue-T581*kart | **Verified Purchase** | **Early Reviewer Rewards** (What's this?)



Works great off road or on battery life is good, kids are having a blast with this!

Document title: Amazon.com: Magic hover Hoverboard Off Road All Terrain Self Balancing Scooter 6.5&quot; T581 Flash Two-Wheel Self Balancing Hoverboard with…
Capture URL: https://www.amazon.com/Magic-hover-Hoverboard-Bluetooth-App-Enabled/dp/B07PLSJRGQ/ref=sr_1_1_sspa?…
Capture timestamp (UTC): Mon, 26 Jul 2021 03:14:52 GMT
Page 8 of 13

Holly

★★★★★ **This is a great Hoover board!**
Reviewed in the United States on June 29, 2019
Color: blue-T581*kart | **Verified Purchase** | **Early Reviewer Rewards** (What's this?)



Works great off road or on battery life is good, kids are having a blast with this! Had bought another one just different model and customer service has been very responsive with a problem with the wheel stopping.

18 people found this helpful

Helpful | Report abuse

Topp

★★★★★ **Sturdy Hoverboard and Great Customer Service**
Reviewed in the United States on January 16, 2020
**Verified Purchase**

I purchased this board for my 11 year old son and he loves it! The lights and wheel illumination are great! He loves that both can be changed through the app as well as play music from a device through the speakers on the board. The motors are more powerful than most hoverboards out there. Construction is solid and balanced.

We needed some help from customer service soon after opening it, so I emailed them. A representative responded very quickly and stayed in touch until we were completely taken care of. I feel like Gyroor went the extra mile. It was really nice! Great company and product.

13 people found this helpful

Helpful | Report abuse

Jillian Bencic

★★★★★ **great for children,**
Reviewed in the United States on June 4, 2019
**Verified Purchase** | **Early Reviewer Rewards** (What's this?)



Packaging: very well packaged no dents scratches or marks on the hover board. Foam is placed properly inside the box to protect the board from damage.

Ease of use: This is made for children under 12 in my opinion. It is a little smaller than other boards out there. The wheels are a little smaller than others I have seen. But for my 7 year old daughter it is perfect. My daughter hopped right on the hover board and took off right away, she spins around

goes forward and backwards with what appears to be no effort she loves it!! I am 36 years old and

⌄ Read more



smaller than other boards out there. But for my 7 year old daughter it is perfect. My daughter hopped right on the hover board and took off right away, she spins around goes forward and backwards with what appears to be no effort she loves it!! I am 36 years old and

∨ Read more



14 people found this helpful

Helpful  |  Report abuse

 G. Marchand

★★★★★ **10/10 fun factor, but be careful!**
Reviewed in the United States on October 5, 2020
Color: blue-T581 | Verified Purchase

Just got this for our 8yo son. It's the coolest thing he's ever had. Can't comment on longevity of the product, but initial fun rating is a 10/10. Speaker quality is fine. App control with lights and speedometer are fun but not necessary. It's a little too heavy for him to carry safely on his own. Came charged enough to play around with for a couple hours. He's pretty confident on it after just a few days of riding mostly indoors. Stay away from cabinets and trim. Unfinished basements and outside are best to learn to ride it. Adults be careful. This is not a skateboard, scooter, or a Segway. My wife got on, did 4-5 full speed rotations, and got flung off like it was a mechanical bull.

One person found this helpful

Helpful  |  Report abuse

Alandreia

★★★★★ **Best hoverboard so far!! Easy to read manual, charger, and carrying bag included**
Reviewed in the United States on May 24, 2019
**Verified Purchase**



Bluetooth connects easily thru phone and speakers are great!! Loud music! Pretty LED lights inside the wheels. When u connect to app it lets u change the color of the front/back lights and u can also change from adult mode to kids mode for younger kids! Love it so far 💝





16 people found this helpful

Helpful  |  Report abuse

Document title: Amazon.com: Magic hover Hoverboard Off Road All Terrain Self Balancing Scooter 6.5&quot; T581 Flash Two-Wheel Self Balancing Hoverboard with…
Capture URL: https://www.amazon.com/Magic-hover-Hoverboard-Bluetooth-App-Enabled/dp/B07PLSJRGQ/ref=sr_1_1_sspa?…
Capture timestamp (UTC): Mon, 26 Jul 2021 03:14:52 GMT
Page 10 of 13

16 people found this helpful

Helpful | Report abuse

**See all reviews** ›

---

## 4 stars and above

Page 1 of 15

Sponsored ⓘ

<



Hover-1 Titan Electric
Self-Balancing
Hoverboard Scooter with
10" Tires, Pink
★★★★☆ 1,477
$248.99 ✓prime
Item Weight: 24 Pounds
Style: Titan



SISIGAD Hoverboard
with Bluetooth Speaker
and Led Lights, Smart
6.5" Self-Balancing...
★★★★☆ 969
$139.99 ✓prime
Wheel Size: 6.5 Inches



Hoverboard for Kids
Two-Wheel Self
Balancing Hoverboards
★★★★☆ 1,152
$139.99 ✓prime
Number of Wheels: 2
Wheel Material: Rubber
Item Weight: 5 Pounds



Hover-1 H1 Hoverboard
Electric Scooter ,
Iridescent , 25 x 9.4 x 9.2
★★★★☆ 2,386
$191.12 ✓prime
Item Weight: 22.3 Pounds
Warranty Type: 90 days



Newest Generation
Electric Hoverboard Dual
Motors Two Wheels
Hoover Board Smart...
★★★★☆ 2,908
$135.00 ✓prime

>





Hover-1 Dream Hoverboard Electric Scoot...
★★★★☆ 444
$149.99 ✓prime
Shop now

Sponsored ⓘ

---

## Explore more items

Page 1 of 4

<



GYROOR T581
Hoverboard 6.5" Off
Road All Terrain
Hoverboards with
Bluetooth Speaker&LED
Lights Two-Wheel Self...
★★★★☆ 744
$279.00



Segway Ninebot
eKickScooter ZING E8
and E10, Electric Kick
Scooter for Kids, Teens,
Boys and Girls,...
★★★★☆ 2,237
$259.99
✓prime FREE Delivery



sublue WhiteShark Mix
Underwater Scooter
Dual Motors, Action
Camera Compatible,
Water Sports...
★★★★☆ 257
$689.00
✓prime FREE Delivery



Longtime All-Terrain
Off-Road Hoverboard
8.5" Wheels Electric Self
Balancing Scooter Hover
Board for Adults and
Kids Built-in Bluetooth...
★★★★☆ 219
$219.00



Gyroor Hoverboard
Offroad All Terrain Flash
Wheel Self Balancing G5
Hoverboards with
Bluetooth Speaker, UL
2272 Certified Best...
★★★★☆ 276
$249.00

>

## Recommended based on your shopping trends Sponsored

Page 1 of 4

---

Document title: Amazon.com: Magic hover Hoverboard Off Road All Terrain Self Balancing Scooter 6.5" T581 Flash Two-Wheel Self Balancing Hoverboard with…
Capture URL: https://www.amazon.com/Magic-hover-Hoverboard-Bluetooth-App-Enabled/dp/B07PLSJRGQ/ref=sr_1_1_sspa?…
Capture timestamp (UTC): Mon, 26 Jul 2021 03:14:52 GMT



Road All Terrain Hoverboards with Bluetooth Speaker&LED Lights Two-Wheel Self... ★★★★½ 744
$279.00

and E18, Electric Kick for Kids, Teens Boys and Girls,... ★★★★½ 2,237
$259.99
✓prime FREE Delivery

Dual Motors, Action Camera Compatible Water Sports... ★★★★½ 257
$689.00
✓prime FREE Delivery

6.5" Wheels Electric Self Balancing Scooter Hover Board for Adults and Kids Built-in Bluetooth... ★★★★½ 219
$219.00

Wheel Self Balancing G5 Hoverboards with Bluetooth Speaker, UL 2272 Certified Best... ★★★★½ 276
$249.00

## Recommended based on your shopping trends Sponsored

 Page 1 of 4












Hover-1 Titan Electric Self-Balancing Hoverboard Scooter ★★★★½ 1,477
$248.99 ✓prime

Hover Hoverboard Electric Scooter ★★★★½ 2,386
$249.99 ✓prime

Swagtron Swagboard Outlaw T6 Off-Road Hoverboard ★★★★☆ 732
$349.99 ✓prime

cho New Hoverboard Electric Smart Self Balancing Scooter with Built-in Wireless... ★★★★½ 594
$135.00 ✓prime

EPCTEK Hoverboard, Self Balancing Hoverboards - UL2272 Certified Hover Board for Kids ★★★★½ 630
$139.99 ✓prime

## Your Browsing History  View or edit your browsing history ›

Page 1 of 3









---

**Back to top**

### Get to Know Us
Careers
Blog
About Amazon
Sustainability
Press Center
Investor Relations
Amazon Devices

### Make Money with Us
Sell products on Amazon
Sell apps on Amazon
Become an Affiliate
Become a Delivery Driver
Start a package delivery business
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Ways to Make Money

### Amazon Payment Products
Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon Secured Card
Amazon Business Card
Amazon Business Line of Credit
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter
Promotional Financing

### Let Us Help You
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help



⊕ English ⌄    United States

---

**Back to top**

## Get to Know Us
Careers

Blog

About Amazon

Sustainability

Press Center

Investor Relations

Amazon Devices

## Make Money with Us
Sell products on Amazon

Sell apps on Amazon

Become an Affiliate

Become a Delivery Driver

Start a package delivery business

Advertise Your Products

Self-Publish with Us

Host an Amazon Hub

› See More Ways to Make Money

## Amazon Payment Products
Amazon Rewards Visa Signature Cards

Amazon.com Store Card

Amazon Secured Card

Amazon Business Card

Amazon Business Line of Credit

Shop with Points

Credit Card Marketplace

Reload Your Balance

Amazon Currency Converter

Promotional Financing

## Let Us Help You
Amazon and COVID-19

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Amazon Assistant

Help



 English

 United States

| | | | | | | |
|---|---|---|---|---|---|---|
| **Amazon Music** Stream millions of songs | **Amazon Advertising** Find, attract, and engage customers | **Amazon Drive** Cloud storage from Amazon | **6pm** Score deals on fashion brands | **AbeBooks** Books, art & collectibles | **ACX** Audiobook Publishing Made Easy | **Alexa** Actionable Analytics for the Web |
| **Sell on Amazon** Start a Selling Account | **Amazon Business** Everything For Your Business | **Amazon Fresh** Groceries & More Right To Your Door | **AmazonGlobal** Ship Orders Internationally | **Home Services** Experienced Pros Happiness Guarantee | **Amazon Ignite** Sell your original Digital Educational Resources | **Amazon Web Services** Scalable Cloud Computing Services |
| **Audible** Listen to Books & Original Audio Performances | **Book Depository** Books With Free Delivery Worldwide | **Box Office Mojo** Find Movie Box Office Data | **ComiXology** Thousands of Digital Comics | **DPReview** Digital Photography | **East Dane** Designer Men's Fashion | **Fabric** Sewing, Quilting & Knitting |
| **Goodreads** Book reviews & recommendations | **IMDb** Movies, TV & Celebrities | **IMDbPro** Get Info Entertainment Professionals Need | **Kindle Direct Publishing** Indie Digital & Print Publishing Made Easy | **Amazon Photos** Unlimited Photo Storage Free With Prime | **Prime Video Direct** Video Distribution Made Easy | **Shopbop** Designer Fashion Brands |
| **Amazon Warehouse** Great Deals on Quality Used Products | **Whole Foods Market** America's Healthiest Grocery Store | **Woot!** Deals and Shenanigans | **Zappos** Shoes & Clothing | **Ring** Smart Home Security Systems | **eero WiFi** Stream 4K Video in Every Room | **Blink** Smart Security for Every Home |
| | **Neighbors App** Real-Time Crime & Safety Alerts | **Amazon Subscription Boxes** Top subscription boxes – right to your door | **PillPack** Pharmacy Simplified | **Amazon Renewed** Like-new products you can trust | **Amazon Second Chance** Pass it on, trade it in, give it a second life | |

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2021, Amazon.com, Inc. or its affiliates

Document title: Amazon.com: Magic hover Hoverboard Off Road All Terrain Self Balancing Scooter 6.5" T581 Flash Two-Wheel Self Balancing Hoverboard with…
Capture URL: https://www.amazon.com/Magic-hover-Hoverboard-Bluetooth-App-Enabled/dp/B07PLSJRGQ/ref=sr_1_1_sspa?…
Capture timestamp (UTC): Mon, 26 Jul 2021 03:14:52 GMT



**amazon** prime

⊘ Deliver to Arthur
Chicago 60605

Hello, Arthur
**Account & Lists** **& Orders**

🛒 **Cart** 0

≡ **All**   Customer Service   Prime Video   Gift Cards   Arthur's Amazon.com   Shopper Toolkit   Outdoor Recreation

**Shop Back to School deals**

Sports & Outdoors   Sports & Fitness   Outdoor Recreation   Sports Fan Shop   Sports Deals   Outdoor Deals


Students and government assistance recipients
could save 50% on Prime

Sports & Outdoors › Outdoor Recreation › Skates, Skateboards & Scooters › Scooters & Equipment › Scooters › Self Balancing Scooters

ⓘ **Purchased 2 times.**
Last purchased Jun 21, 2021.
Color: black | View order



Roll over image to zoom in

**2 VIDEOS**

## Gyroor Warrior 8.5 inch All Terrain Off Road Hoverboard with Bluetooth Speakers and LED Lights, UL2272 Certified Self Balancing Scooter

Visit the Gyroor Store
★★★★½ ⌄   3,396 ratings | 305 answered questions

Price: **$299.00**
**Coupon** ☐ Save an extra $30.00 when you apply this coupon.
Details

**Pay $24.92/month for 12 months, interest-free with your Amazon Prime Rewards Visa Card**

Color: **black**

 

| | |
|---|---|
| **Brand** | Gyroor |
| **Color** | Black |
| **Package Dimensions** | 27.2 x 11.7 x 9.9 inches; 2.2 Pounds |
| **Maximum Weight Recommendation** | 265 Pounds |
| **Frame Material** | Aluminum |

### About this item

- SUPER STURDY & DURABLE – The Warrior 8.5 inch Off Road Hoverboard is made from a perfect combination of UL approved materials which make up its sturdy structure that guarantees durability while keeping you safe during rides and allowing you enjoy this hoverboard for years to come.
- ALL-TERRAIN RIDES - With 8.5 inch solid tires and 700 watts motor you can be sure of a smooth and easier ride on all terrains. So, feel free to ride on grass, dirt, gravel or wet surfaces. Ride like a warrior!
- MUSIC SPEAKER INCLUDED – For the music lovers, we have added a Built-in branded high quality music speaker to allow you play your music when riding the

Share ✉ 🅕 🐦 ⓟ

**$299.00**

FREE delivery: **Aug 18 - Sep 9**

Fastest delivery: **Aug 3 - 6**

⊘ Deliver to Arthur - Chicago 60605

**In stock.**
Usually ships within 4 to 5 days.

**Add to Cart**

**Buy Now**

🔒 Secure transaction
Ships from   zhipeng-us
Sold by   zhipeng-us

Return policy: This item is returnable ⌄

**Add a Protection Plan:**
☐ 2 Year Sporting Goods Protection Plan for $24.99

**Add to List** ⌄

Have one to sell?
**Sell on Amazon**





Hover-1 Helix Electric Hoverboard Scooter
★★★★½ 430
$174.00 ✓prime

Sponsored ⓘ





- ALL-TERRAIN RIDES - With 8.5 inch solid tires and 700 watts motor you can be sure of a smooth and easier ride on all terrains. So, feel free to ride on grass, dirt, gravel or wet surfaces. Ride like a warrior!
- MUSIC SPEAKER INCLUDED – For the music lovers, we have added a Built-in branded high quality music speaker to allow you play your music when riding the hoverboard. No ride will be more fun than this!
- SELF BALANCING BOARD – The Self balancing technology used for this hoverboard makes it easier and safe for new riders. Master the art of balancing in minutes!
- OUR SAFETY PROMISE – This hoverboard is UL2272 certified and this means it has passed strict electrical and safety test to assure safe charging and rides. If you feel this hoverboard is performing below this promise, feel free to contact us.

🗩 Report incorrect product information.



Hover-1 Helix Electric Hoverboard Scooter
★★★★½ 430
$174.00 ✓prime

Sponsored ⓘ

Roll over image to zoom in

2 VIDEOS



Hover-1 H1-100 Electric Hoverboard Scooter with Infinity LED Wheel Lights
★★★★½ 633
$199.99 ✓prime

Sponsored ⓘ

## Inspired by your recent shopping trends

Page 1 of 15

    

| | | | | |
|---|---|---|---|---|
| TOMOLOO Hoverboard UL2272 Certified 8.5 Inch Off Road Hoverboard App Controlled Electric Self… | VOYAGER Hoverboard Air Wheel Offroad Electric Hoverboard, Rugged 8.5 Inch All Terrain Wheels, 8.7… | FLYING-ANT Hoverboard, 8.5 inch All Terrain Off Road Hoverboard with Bluetooth Speaker and LED Lights for Kids… | tuRnz Valley850 8.5 inch All Terrain Off Road Hoverboard, 800W Power Self Balancing Scooter, UL 2272… | LIEAGLE Hoverboard, 6.5" Self Balancing Scooter Hover Board with Wheels LED Lights for Kids Adults |
| ★★★★½ 27 | ★★★½☆ 9 | ★★★★½ 44 | ★★★★☆ 10 | ★★★★½ 5,059 |
| $299.99 | $399.99 | $299.99 | $279.99 | $144.99 |
| ✓prime FREE Delivery | ✓prime FREE Delivery | | ✓prime FREE Delivery | ✓prime FREE Delivery |

## Products related to this item

Page 1 of 49

Sponsored ⓘ

    

Swagtron Swagboard     Gyroor K1 Hoverboard     TOMOLOO Hover Board     Rayws Hoverboard Self     Hover-1 Titan Electric

   

| | | | | |
|---|---|---|---|---|
| Swagtron Swagboard Outlaw T6 Off-Road Hoverboard - First in The World to Handle Ove... | Gyroor K1 Hoverboard Seat Attachment, Hover Board Accessory Go Kart with Adjustable... | TOMOLOO Hover Board, RGB Lights and HiFi Bluetooth Hoverboard for Adults and Kids, ... | Rawrr Hoverboard Self Balancing Electric Scooter with LED Wheel Lights and Bluetoot... | Hover-1 Titan Electric Self-Balancing Hoverboard Scooter with 10" Tires, Gun Metal |
| ★★★★☆ 732 | ★★★★★ 3 | ★★★★½ 43 | ★★★★½ 538 | ★★★★½ 1,477 |
| $349.99 ✓prime | $89.99 ✓prime | $219.99 ✓prime | $149.97 ✓prime | $248.00 ✓prime |

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

## Product Description



**Gyroor** has always been dedicated to creating Hoverboards that are safety, fun and ease of use, making every family have more interaction and happy memories. With GYROOR hoverboard, that vision is now a reality. Say hello to the future.



---

Document title: Amazon.com: Gyroor Warrior 8.5 inch All Terrain Off Road Hoverboard with Bluetooth Speakers and LED Lights, UL2272 Certified Self Balancing Scoot...
Capture URL: https://www.amazon.com/Gyroor-Hoverboard-Bluetooth-Certified-Balancing/dp/B0779826VN/ref=sr_1_10?dchild=1&amp;keywords=Magic...
Capture timestamp (UTC): Mon, 26 Jul 2021 03:20:15 GMT
Page 3 of 12



## Gyroor Hoverboard is UL certified and passed all safety tests

After several researches, we found that safety is the first priority for hoverboard users. Hence, the Gyroor Warrior Off-Road Hoverboard has tested for safety, passing all tests and is UL certified, making the GYROOR warrior G2 hoverboard absolutely safe and harmless for all level of riders.



### Sturdy and Durable

Gyroor Warrior is made from durable aluminum and certain ABS parts to ensure a pretty strong body that is sure to stand the test of time. This means that you can use the hoverboard for a long time without having to bother about the longevity of the casing.

- Motor: 350W*2 Motors
- LED: Colorful LED Lights
- Max Speed: 9.95 Miles/Hour
- Charging Time: 1.5 to 2 Hours
- Distance on Full Charge: 7.5~9.5 Miles
- Safety : UL 2272 Certified Hoverboard
- Music Speaker: Pro Music Speaker
- Lithium-Ion Battery: 4.0Ah/36V Powerful Battery

## Master all terrains

GYROOR Warrior can handle bumpy pavements, gravel, grass, sand, and dirt paths, allowing you enjoy a smooth ride while getting the best out of your self-balancing hoverboard.



- Water Resistant: IP54
- Max Load: 265 Pounds
- Net Weight: 33 Pounds.
- Max Climbing Angle: 30 °
- Frame Material: Metal and Aluminum
- Tires: 8.5 inch/215mm Rubber Solid Tires
- Charging Voltage: AC100 to 240V/50-60Hz
- Product Dimensions: 29.6 Inch x 9.9 Inch x 8.8 Inch
- **Package Contains: All-New Vehicle, Battery Charger & Power Cord, Carry Bag, Rubber Protectors, User Manual,Card**













**Music and Lights**

The great quality music speaker and beautiful LED lights add to the magnificence of this Off-Road Hoverboard.

**Powerful Motor**

Powered by 350 watts powerful dual motors with solid shock absorber tires you can easily ride faster with more stability.

**Self Balancing**

Its self-balancing mode helps you to get balanced in less than a minute.



**SMARTEST OFF ROAD HOVERBOARD**

This is the smartest hoverboard you can get in the market today as it allows full stability for even the new riders, making it a perfect gift choice and favorite for kids.

---

**Product details**

---

## SMARTEST OFF ROAD HOVERBOARD

This is the smartest hoverboard you can get in the market today as it allows full stability for even the new riders, making it a perfect gift choice and favorite for kids.

---

## Product details

Color: **black**

**Package Dimensions** : 39.8 x 12.3 x 10.1 inches; 31.95 Pounds

**Date First Available** : November 9, 2017

**ASIN** : B07S4KXRQR

**Best Sellers Rank:** #13,725 in Sports & Outdoors (See Top 100 in Sports & Outdoors)
    #12 in Self Balancing Scooters

**Customer Reviews:**
★★★★☆ ˅    3,396 ratings

---

# Videos

Page 1 of 4

### Videos for this product









**Top 5 Best Self Balancing Scooter in 2021**

Best Guider

**Customer Review:** Great product, & great customer service! Highly…

Harbor Saw

**Gyroor Hoverboard Warrior 8.5 inch All Terrain Off Road…**

Gyroor

**Customer Review:** g

The Rileys

Upload your video

---

## Products related to this item

Sponsored ⓘ

Page 1 of 28










| Swagtron Swagboard Outlaw T6 Off-Road Hoverboard - First in The World to Handle Ove... | Swagtron Swagboard Twist 3 Self Balancing Hoverboard for Kids Multicolor LED Wheels... | Hover-1 Titan Electric Self-Balancing Hoverboard Scooter with 10" Tires, Rose Gold | RIDE SWFT Flash Hoverboard Self Balancing Scooter, Top Speed of 7mph, 3 Mile... | SISIGAD Hoverboard with Bluetooth Speaker and Led Lights, Smart 6.5" Self-Balancing... |
|---|---|---|---|---|
| ★★★★☆ 732 | ★★★★☆ 2,507 | ★★★★☆ 1,477 | ★★★★☆ 229 | ★★★★☆ 969 |
| $349.99 ✓prime | $139.99 ✓prime | $249.99 ✓prime | $174.99 ✓prime | $139.99 ✓prime |
| Number of Wheels: **2** | Item Weight: **14 Pounds** | Item Weight: **24 Pounds** | Item Weight: **15.4 Pounds** | Wheel Size: **6.5 Inches** |
| Wheel Material: **Alloy Steel** | Wheel Size: **6 Inches** | Style: **Titan** | Wheel Size: **6.5 Inches** | |
| Wheel Size: **10 Inches** | Style: **Twist 3 Led** | | Frame Material: **ABS** | |
| Frame Material: **Aluminum** | | | | |

Document title: Amazon.com: Gyroor Warrior 8.5 inch All Terrain Off Road Hoverboard with Bluetooth Speakers and LED Lights, UL2272 Certified Self Balancing Scoot…
Capture URL: https://www.amazon.com/Gyroor-Hoverboard-Bluetooth-Certified-Balancing/dp/B0779826VN/ref=sr_1_10?dchild=1&keywords=Magic…
Capture timestamp (UTC): Mon, 26 Jul 2021 03:20:15 GMT
Page 6 of 12

★★★★☆ 732    ★★★★★ 2,507    ★★★★☆ 1,477    ★★★★☆ 229    ★★★★☆ 969

$349

| | | | | |
|---|---|---|---|---|
| Number of Wheels: **2** | Item Weight: **14 Pounds** | Item Weight: **24 Pounds** | Item Weight: **15.4 Pounds** | Wheel Size: **6.5 Inches** |
| Wheel Material: **Alloy Steel** | Wheel Size: **6 Inches** | Style: **Titan** | Wheel Size: **6.5 Inches** | |
| Wheel Size: **10 Inches** | Style: **Twist 3 Led** | | Frame Material: **ABS** | |
| Frame Material: **Aluminum** | | | | |



Hover Hoverboard Electric Scooter
★★★★☆ 2,386
$191.12 ✓prime

Sponsored ⓘ

## Customer questions & answers

🔍 Have a question? Search for answers

▲
**7**
votes
▼

**Question:** For everyone that gave this hoverboard 4 to 5 stars, how long have you been using it without any problems?

**Answer:** 6 months. Daily use on hard surfaces and grass, no issues. Good power, good app, great batteries. If you want the best, stop here. This board is not a toy! Well build, and can easily handle a seat attachment. Rides higher that most other boards.
By John D. on June 8, 2020
⌄ See more answers (1)

▲
**3**
votes
▼

**Question:** What app to download? and from where? looked on android play store, and didn't find anything with the name gyroor. also, some of the answers regarding app are confusing -- some say it works with app, other say it doesn't.

**Answer:** Hello, thanks for your question. Gyroor new version hoverboard with app is on sale now, and the app name called Gyroor, it can be downloaded at smartphone store or scan the QR code at the back of the user manual.
By Gyroor SELLER on July 24, 2018
⌄ See more answers (4)

▲
**2**
votes
▼

**Question:** Why does my G2 only charge for 30 min before the charging pack says it is fully charged but the led lights are red when riding?

**Answer:** Does it still last long when riding? My son's does that but I notice that it's blue on one side and red on a other. I dont think it has to do with the charge.... His lasts several weeks before needing to recharge. He just rides off and on, not long rides.
By rose croskey on March 27, 2019

▲
**1**
vote
▼

**Question:** is this hoverboard FAA compliant, can it be shipped or carried aboard a commercial aircraft?

**Answer:** no hoverboard can be carried on an aircraft. EVEN if the battery power is below TSA and FAA regulation they all say the same thing "it down to the individual airline". The airlines say specifically no hoverboards. I wrote this: https://thetechieguy.com/can-travel-flight-electric-skateboard/
By Liron Segev on January 22, 2019
⌄ See more answers (1)

See more answered questions (301)



1 vote ▼

Answer: ...no hoverboard can be carried on an aircraft EVEN if the battery power is below TSA and FAA regulation they all say the same thing "it down to the individual airline". The airlines say specifically no hoverboards. I wrote this: https://thetechieguy.com/can-travel-flight-electric-skateboard/

By Liron Segev on January 22, 2019

⌄ See more answers (1)

See more answered questions (301)

## Customer reviews

★★★★½ 4.7 out of 5

3,396 global ratings

| | |
|---|---|
| 5 star | 85% |
| 4 star | 7% |
| 3 star | 2% |
| 2 star | 1% |
| 1 star | 4% |

⌄ How are ratings calculated?

## By feature

| | | |
|---|---|---|
| Easy to learn | ★★★★★ | 4.8 |
| Safety Features | ★★★★★ | 4.8 |
| Sturdiness | ★★★★½ | 4.6 |

⌄ See more

## Review this product

Share your thoughts with other customers

Write a customer review



Hover-1 Alpha Electric Kick Scooter Folda...
★★★★☆ 800
$399.99 ✓prime

Shop now

Sponsored ⓘ

## Reviews with images



See all customer images

### Read reviews that mention

| battery life | hoverboard | easy to learn | highly recommend | son loves |
|---|---|---|---|---|

| heavy duty | old son | easy to use | well built | self balancing |
|---|---|---|---|---|

| great hoverboard | absolutely loves | old daughter | worth the money |
|---|---|---|---|

### Top reviews from the United States



👤 Amazon Customer

★★★★★ **BEST hoverboard!!**
Reviewed in the United States on August 15, 2018
Color: black | Verified Purchase

We got this for our 13 yr old daughter! We love the app you can download on your smartphone. The app has a self balancing mode, adult mode, you can set the speed limit, change LED lights, shut the hoverboard down and a few other functions. We think it is a lot better than the others because of the rubber tires. My daughter even brings it in (after cleaning the tires) and rides it around on our hardwood floors with no damage to them. The speakers on it are great too!!

131 people found this helpful

Helpful | Report abuse

👤 Sam Thomas

★★★★☆ **Great Product**
Reviewed in the United States on November 27, 2018
Color: black | Verified Purchase

This was my first hover board wasn't sure how long it would take me to learn to ride it. After like 30 minutes of training on my own against a wall I was able to ride it with no problems.

The only thing I find bad about this hover board is that every time it starts up it makes a really loud starting indicator noise and says Bluetooth on which I wish I could switch off. Also sometimes when I get off and if it hits something it keeps beeping and won't stop until I power off and back on again.

Apart from these two things I think the hover board is pretty great.

Hover-1 Alpha Electric Kick Scooter Folda...
 800
$399.99 ✓prime

Shop now

Sponsored ⓘ

This was my first hover board wasn't sure how long it would take me to learn to ride it. After like 50 minutes 30 I didn't body. On 98/24/21 Filed. I was able to ride with no problem.

The only thing I find bad about this hover board is that every time it starts up it makes a really loud starting indicator noise and says Bluetooth on which I wish I could switch off. Also sometimes when I get off and if it hits something it keeps beeping and won't stop until I power off and back on again.

Apart from these two things I think the hover board is pretty great.

102 people found this helpful

Helpful | Report abuse

 Joe M

★★★★★ **Best Hoverboard on the market**
Reviewed in the United States on September 12, 2018
Color: black | Verified Purchase

This Hoverboard is absolutely the best on the market. Its fast and extremely sturdy. Made of quality materials. The Hoverboard is a bit pricey compared to the cheap plastic knockoffs, but you get what you pay for. Would purchase again and I definitely recommend this product.

P..s.

You can charge the battery from 0 to 100 real quick. Yeah under 3 hours and u get approx. 10 miles with a full charge.

113 people found this helpful

Helpful | Report abuse

Jennifer

★★★★★ **Worth it!**
Reviewed in the United States on August 3, 2018
Color: black | Verified Purchase

Easy to use once you get the hang of it. Lights are awesome as is the sound system. Getting the app on an iPhone was a bit difficult. Self balancing feature nice. Functionality is bar none. Doesn't work too well on the grass, haven't tried on gravel. App works well, wish it could change to mph instead of kph.



110 people found this helpful

Helpful | Report abuse

 Sissy

★☆☆☆☆ **Problems with Shaking and stopping**
Reviewed in the United States on October 9, 2018
Color: red | Verified Purchase

I bought 2 of these hover boards for Christmas during the Amazon customer appreciation event in July. In October the kids just couldn't wait any longer so I gave them their boards early while the weather was still nice. They loved them! However within a few hours of using them, one of the boards was shaking and stopping. My grandson has fallen off twice and injured himself because of this defect. I would love to give them 5 stars because it is well made and the kids love them. But the shaking and stopping is not safe and negates any Positive benefits. We have tried to contact seller but not successful yet.

67 people found this helpful

Hotel 383-4 Filed: 08/24/21 Page 65 of 78 PageID #:8832 iation event in July. In October the kids just couldn't wait any longer so I gave them their boards early while the weather was still nice. They loved them! However within a few hours of using them, one of the boards was shaking and stopping. My grandson has fallen off twice and injured himself because of this defect. I would love to give this 5 stars because it is well made and the kids love them. But the shaking and stopping is not safe and negates any Positive benefits. We have tried to contact seller but not successful yet.

67 people found this helpful

Helpful | Report abuse

 T. Sutherland

⭐⭐⭐⭐⭐ **Super fun!**
Reviewed in the United States on August 9, 2018
Color: black | **Verified Purchase**

Bought this because hubby was jealous of our boy's hover board. The higher weight capacity and off road tires are a huge selling point. Easier to ride than the smaller kid size, more stable feeling. Had an issue with the charging port but Gyroor took care of it no problem!

102 people found this helpful

Helpful | Report abuse

 Liron Segev ✔

⭐⭐⭐⭐⭐ **such a great hoverboard! very easy to ride even for a ...**
Reviewed in the United States on July 10, 2018
Color: red | **Verified Purchase**

such a great hoverboard! very easy to ride even for a first-time rider and my kids just got on and within minutes they were zipping around the house. Great quality, cool lights give it that futuristic look and it seems to hold a charge for a long time. The tires are massive which gives the board a really good height, comfortable ride, and even riding outside on lawn is no problem. Highly recommended!

99 people found this helpful

Helpful | Report abuse

 Amazon Customer

⭐⭐⭐⭐⭐ **Built tough with a smooth ride**
Reviewed in the United States on December 7, 2018
Color: black | **Verified Purchase**

Heavy duty built with a smooth ride. I bought for my my 10 year old and she loves it. The parents love it too. I love that it comes with it's own totes bag!

90 people found this helpful

Helpful | Report abuse

**See all reviews ›**

---

**4 stars and above**

Page 1 of 14

Sponsored ⓘ

    

---

**4 stars and above**

Sponsored ⓘ

    



Swagtron Swagboard Outlaw T6 Off-Road Hoverboard - First in The World to Handle Ove...
★★★★☆ 732
$349.99 ✓prime

Hover-1 Titan Electric Self-Balancing Hoverboard Scooter with 10" Tires, Gun Metal
★★★★½ 1,477
$248.00 ✓prime

Beston Sports Newest Generation Electric Hoverboard Dual Motors Two Wheels Hoover B...
★★★★½ 2,908
$135.00 ✓prime

Gyroor Hoverboard Off Road All Terrian 6.5" Two-Wheel G11 Flash LED Light Self Bala...
★★★★½ 413
$199.00

SISIGAD Hoverboard, with Bluetooth and Colorful Lights Self Balancing Scooter
★★★★½ 8,430
$144.99



Hover-1 Chrome 2.0 Hoverboard Electric ...
★★★★½ 761
$199.99 ✓prime    [ Shop now ]

Sponsored ⓘ

**Pages with related products.** See and discover other items: fast hoverboard, Best dirt scooters for kids, Best led lights for filming, Explore seats for hoverboards

---

## More items to explore

   

Swagtron Swagboard Outlaw T6 Off-Road Hoverboard
★★★★☆ 80
$349.99
✓prime FREE Delivery

Hiboy HC-02 Hoverboard Go Kart with Rear Suspension Seat Attachment Accessory for 6.5" 8" 10" Hover...
★★★★½ 687
$119.99
✓prime FREE Delivery

Jetson JetKart 2.0 Universal Hoverboard Attachment - Converts Hoverboard to Sit Down Electric Go Kart with...
★★★★☆ 294
$119.48
✓prime FREE Delivery

Razor EcoSmart SUP Electric Scooter – 16" Air-Filled Tires, Wide Bamboo Deck, 350w High-Torque Hub...
★★★★½ 157
$559.99
✓prime FREE Delivery

Gotrax G Max Ultra Commuting Electric Scooter - 10" Air Filled Tires - 20MPH & 45 Mile Range (Black)
★★★★☆ 168
1 offer from $1,283.99

## Recommended based on your shopping trends Sponsored

    



Swagtron Swagboard Outlaw T6 Off-Road Hoverboard
★★★★☆ 732
$349.99 ✓prime

Hover Hoverboard Electric Scooter
★★★★½ 2,386
$249.99 ✓prime

Newest Generation Electric Hoverboard Dual Motors Two Wheels Hoover Board Smart...
★★★★½ 2,908

cho New Hoverboard Electric Smart Self Balancing Scooter with Built-in Wireless...
★★★★½ 288

CHO Spider Wheels Series Hoverboard UL2272 Certified Hover Board Electric Scooter...
★★★★☆ 38

---



Swagtron Swagboard
Outlaw T6 Off-Road
Hoverboard
★★★★☆ 732
$349.99 ✓prime

Hover Hoverboard
Electric Scooter
★★★★☆ 2,386
$249.99 ✓prime

Newest Generation
Electric Hoverboard Dual
Motors Two Wheels
Hoover Board Smart...
★★★★☆ 2,908
$135.00

cho New Hoverboard
Electric Smart Self
Balancing Scooter with
Built-in Wireless...
★★★★☆ 288
$135.00

CHO Spider Wheels
Series Hoverboard
UL2272 Certified Hover
Board Electric Scooter...
★★★★☆ 38
$148.00

**Your Browsing History**  View or edit your browsing history  ›                Page 1 of 3

---

**Back to top**

### Get to Know Us
Careers
Blog
About Amazon
Sustainability
Press Center
Investor Relations
Amazon Devices

### Make Money with Us
Sell products on
Amazon
Sell apps on Amazon
Become an Affiliate
Become a Delivery
Driver
Start a package delivery
business
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Ways to
Make Money

### Amazon Payment Products
Amazon Rewards Visa
Signature Cards
Amazon.com Store Card
Amazon Secured Card
Amazon Business Card
Amazon Business Line of Credit
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter
Promotional Financing

### Let Us Help You
Amazon and COVID-
19
Your Account
Your Orders
Shipping Rates &
Policies
Amazon Prime
Returns &
Replacements
Manage Your Content
and Devices
Amazon Assistant
Help

**amazon**    ⊕ English ⌄    🇺🇸 United States

| | | | | | | |
|---|---|---|---|---|---|---|
| **Amazon Music** Stream millions of songs | **Amazon Advertising** Find, attract, and engage customers | **Amazon Drive** Cloud storage from Amazon | **6pm** Score deals on fashion brands | **AbeBooks** Books, art & collectibles | **ACX** Audiobook Publishing Made Easy | **Alexa** Actionable Analytics for the Web |
| **Sell on Amazon** Start a Selling Account | **Amazon Business** Everything For Your Business | **Amazon Fresh** Groceries & More Right To Your Door | **AmazonGlobal** Ship Orders Internationally | **Home Services** Experienced Pros Happiness Guarantee | **Amazon Ignite** Sell your original Digital Educational Resources | **Amazon Web Services** Scalable Cloud Computing Services |
| **Audible** Listen to Books & Original Audio Performances | **Book Depository** Books With Free Delivery | **Box Office Mojo** Find Movie Box Office Data | **ComiXology** Thousands of Digital Comics | **DPReview** Digital Photography | **East Dane** Designer Men's Fashion | **Fabric** Sewing, Quilting & Knitting |

**amazon** prime

≡ All   Customer Service   Prime Video   Gift Cards   Arthur's Amazon.com   Shopper Toolkit   Outdoor Recreation

Deliver to Arthur
Chicago 60605

Hello, Arthur
Account & Lists ▾   Returns & Orders   🛒 Cart 0

Up to 6 months of Disney+ on us

Sports & Outdoors   Sports & Fitness   Outdoor Recreation   Sports Fan Shop   Sports Deals   Outdoor Deals



Students and government assistance recipients could save 50% on Prime

Sports & Outdoors › Outdoor Recreation › Skates, Skateboards & Scooters › Scooters & Equipment › Scooters › Self Balancing Scooters



Roll over image to zoom in

VIDEO

# Gyroor Hoverboard Offroad All Terrain Flash Wheel Self Balancing G5 Hoverboards with Bluetooth Speaker, UL 2272 Certified Best Gift for Kids and Adults.

Visit the Gyroor Store

★★★★☆ ▾   276 ratings  |  19 answered questions

Price: **$249.00**

**Coupon** ☐ Save an extra $50.00 when you apply this coupon. Details

**Get 5% back ($12.45 in rewards)** on the amount charged to your Amazon Prime Rewards Visa Signature Card.

Color: **Soild tire-black**

  

| | |
|---|---|
| **Brand** | Gyroor |
| **Color** | Soild tire-black |
| **Product Dimensions** | 25.98 x 9.45 x 9.25 inches; 2 Pounds |
| **Wheel Size** | 6 Inches |
| **Maximum Weight Recommendation** | 2 Pounds |

## About this item

- Offroad All-terrian Tire: 6.5" wheels with 600W all terrain off road high-quality rubber tires, you can ride gravel and sandy terrain, even ride up-hill up to a 15-degree slope.
- ALL-TERRAIN RIDES：With 6.5 inch solid tires and 600 watts motor you can be sure of a smooth and easier ride on all terrains. So, feel free to ride on grass, dirt, gravel or wet surfaces.
- Mucic bluetooth and Smart APP: Hover board Built-in branded high-quality Music Bluetooth Speaker and Gyroor APP to allow you to enjoy your favorite music in a safe riding.
- Self-balance hoverboards: Specially designed for beginners and kids, it's easy to learn and maintain balance. It can go straight, rotate and rotate 360 degrees, best hoverboard for kids ages 6-12 and adults, everyone can drive well.
- Warranty: One year warranty for the hoverboard, six months warranty for the battery.Best gift for kids and

Share ✉ 📘 🐦 📌

**$249.00**

FREE delivery: **Aug 18 - Sep 9**

Fastest delivery: **Aug 3 - 6**

📍 Deliver to Arthur - Chicago 60605

**In stock.**
Usually ships within 4 to 5 days.

Add to Cart

Buy Now

🔒 Secure transaction

Ships from   zhipeng-us
Sold by      zhipeng-us

Return policy: This item is returnable ▾

**Add a Protection Plan:**
☐ 2-Year Protection for $24.99

Add to List   ▾

Have one to sell?

Sell on Amazon



$30 off coupon

SISIGAD
Budget Professional Aluminium Hoverboard

SISIGAD Hoverboard Self Balancing Scooter 6.5"...
★★★★☆ 207
$229.99 ✓prime

Sponsored ⓘ

$229.99 ✓prime

Sponsored ⓘ

- Self-balance hoverboards: Specially designed for beginners and kids, it's easy to learn and maintain balance. It can go straight, rotate and rotate 360 degrees, best hoverboard for kids ages 6-12 and adults, everyone can drive well.
- Warranty: One year warranty for the hoverboard, six months warranty for the battery.Best gift for kids and adults as Halloween, Christmas, Thanksgiving, Birthday Gift.

🖵 Report incorrect product information.



Hover-1 Dream Hoverboard Electric Scooter Light Up LED Wheels
⭐⭐⭐⭐½ 444
$139.99 ✓prime

Sponsored ⓘ

## Frequently bought together



Total price: $597.94

[Add all three to Cart]

ⓘ Some of these items ship sooner than the others. Show details

- ☑ **This item:** Gyroor Hoverboard Offroad All Terrain Flash Wheel Self Balancing G5 Hoverboards with Bluetooth Speak… $249.00
- ☑ Hover-1 Buggy Attachment for Transforming Hoverboard Scooter into Go-Kart $49.94
- ☑ Gyroor Warrior 8.5 inch All Terrain Off Road Hoverboard with Bluetooth Speakers and LED Lights, UL2272 Certified … $299.00

## Products related to this item

Page 1 of 49

Sponsored ⓘ

<







>

Jetson Flash Self Balancing Hoverboard with Built In Bluetooth Speaker | Includes A…
⭐⭐⭐⭐½ 691
$189.98 ✓prime

Gyroor K1 Hoverboard Seat Attachment, Hover Board Accessory Go Kart with Adjustable…
⭐⭐⭐⭐⭐ 3
$89.99 ✓prime

Hover-1 Titan Electric Self-Balancing Hoverboard Scooter with 10" Tires, Gun Metal
⭐⭐⭐⭐½ 1,477
$248.00 ✓prime

Gyroor Warrior 8.5 inch All Terrain Off Road Hoverboard with Bluetooth Speakers…
⭐⭐⭐⭐½ 3,396
$299.00

Hover-1 Drive Hoverboard for Kids Self Balancing Electric Hoverboard, Black (H1…
⭐⭐⭐⭐½ 1,176
[Limited time deal]
$119.00 ✓prime
List: $159.99 (26% off)

## Inspired by your recent shopping trends

Page 1 of 15

Document title: Amazon.com: Gyroor Hoverboard Offroad All Terrain Flash Wheel Self Balancing G5 Hoverboards with Bluetooth Speaker, UL 2272 Certified Best Gift fo…
Capture URL: https://www.amazon.com/Gyroor-Hoverboard-Balancing-Hoverboards-Bluetooth/dp/B08NSYZMHY?ref_=ast_sto_dp&amp;th=1
Capture timestamp (UTC): Mon, 26 Jul 2021 03:25:15 GMT
Page 2 of 11



$189.98 ✓prime    $89.99 ✓prime    $248.00 ✓prime    $299.90

Limited time deal

$119.00 ✓prime
List: $159.99 (26% off)

## Inspired by your recent shopping trends

Page 1 of 15

<








>

**TOMOLOO Hoverboard UL2272 Certified 8.5 Inch Off Road Hoverboard App Controlled Electric Self...**
★★★★½ 27
$299.99
✓prime FREE Delivery

**GYROOR T581 Hoverboard 6.5" Off Road All Terrain Hoverboards with Bluetooth Speaker&LED Lights Two-Wheel Self...**
★★★★½ 744
$279.00

**Gyroor Hoverboard Off Road All Terrian 6.5" Two-Wheel G11 Flash LED Light Self Balancing Hoverboards with Bluetooth Music...**
★★★★½ 414
$199.00

**Gyroor Warrior 8.5 inch All Terrain Off Road Hoverboard with Bluetooth Speakers and LED Lights, UL2272 Certified Self...**
★★★★½ 3,396
$299.00

**Gyroor T581 Hoverboard 6.5" Off Road All Terrain Hoverboard with Bluetooth Speaker and Two-Wheel Self...**
★★★★½ 1,067
$229.00
Prime FREE Delivery
Only 1 left in stock - order...

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

## Product Description





GYROOR has always been dedicated to creating Hoverboards that are safety, fun and ease of use, making every family have more interaction and happy memories. With GYROOR hoverboards, that vision is now a reality. Say hello to the future!



**ALL-TERRAIN OFF ROAD HOVERBOARD**

*GYROOR 6.5 INCH HOVERBOARD*

6.5 inch solid off-road tire hitting speed for up to 3.75-7.75 miles, powered by 300W*2 motors with high enery battery, You will feel free to ride on grass, dirt, gravel or wet surfaces!

- Motor: 300W * 2
- Tire: 6.5 inch rubber solid tire
- LED: Colorful LED Lights
- Safety : UL 2272 Certified Hoverboard
- Music Speaker: Pro Music Speaker with bluetooth
- Min/Max Load: 44-265 lbs
- Lithium-ion battery: 4.0Ah / 36V 144WH 20 cell strong battery



Technical Specifications:

- Wheel Size: 6.5 inches
- Charging Time: 1-1.5 hours
- Waterproof: IP54
- Maximum climb angle: 15-30°
- Bluetooth Compatibility







**Pro Music Speaker & Smart APP**

The great quality music speaker and Smart Bluetooth add to the magnificence of this Off-Road Hoverboard, you can connect the Music on the setting of your Phone!

**Powerful Motors & offroad Tires**

Powered by 300 watts powerful dual motors with solid shock absorber tires you can easily ride faster with more stability.

**Aluminum solid tires & non-slip feet Pedal**

The Tire made from Aluminum and with and non-slip feet Pedal certain ABS parts to ensure a pretty strong body that is sure to stand the test of time.

### Pro Music Speaker & Smart APP

The great quality music speaker and Smart Bluetooth add to the magnificence of this Off-Road Hoverboard, you can connect the Music on the setting of your Phone!

### Powerful Motors & offroad Tires

Powered by 300 watts powerful dual motors with solid shock absorber tires you can easily ride faster with more stability.

### Aluminum solid tires & non-slip feet Pedal

The Tire made from Aluminum and with and non-slip feet Pedal certain ABS parts to ensure a pretty strong body that is sure to stand the test of time.







### Colorful LED light & Smart APP

With the Ride Gyroor App, you can choose from Child and adult speed modes, check the power, adjust the lights, failure analysis in the APP and unlock additional features.

### Two Models & Self-balance

Built in Child and adult models with self-balance, you can control the amazing hoverboard by just shifting of your weight, fit for everyone!

### Best hoverboard with the safety

All GYROOR hoverboards have passed the UL2272 test, the Battery have passed UL2271 test, the safety is the best gift for the kids and adults.





## Product details

Color: **Soild tire-black**

**Date First Available :** February 4, 2021

**Manufacturer :** Gyroor

**ASIN :** B099SB6BMZ

**Best Sellers Rank:** #29,203 in Sports & Outdoors (See Top 100 in Sports & Outdoors)
#28 in Self Balancing Scooters

**Customer Reviews:**
⭐⭐⭐⭐½ ⌄    276 ratings

# Videos

Page 1 of 4

### Videos for this product


2:33
**Customer Review:** Solid and Durable Hoverboard!

JohnKmx


2:37
**Customer Review:** Christmas gift !!! Son was satisfied.

Shawn


1:24
**Customer Review:** Solid ride for children and adults alike

Outdoor Enthusiast | Geek | Photog…


Product demo

A. Liu

[ Upload your video ]

## Products related to this item

Page 1 of 28

Sponsored ⓘ


Jetson Flash Self Balancing Hoverboard with Built In Bluetooth Speaker | Includes A…
⭐⭐⭐⭐½ 691
**$189.98** ✓prime
Style: **Flash**


Hover-1 Titan Electric Self-Balancing Hoverboard Scooter with 10" Tires, Blue
⭐⭐⭐⭐½ 1,477
**$249.99** ✓prime
Item Weight: **24 Pounds**


Hover-1 Drive Hoverboard for Kids Self Balancing Electric Hoverboard, Black (H1…
⭐⭐⭐⭐½ 1,176
Limited time deal
$119.00


Magic hover Hoverboard Off Road All Terrain Self Balancing Scooter 6.5" T581 Flash …
⭐⭐⭐⭐½ 329
**$229.00** ✓prime
Item Weight: **24 Pounds**


Felimoda 6.5 Inch Hoverboard with Bluetooth Speaker, Two Wheels Self Balancing…
⭐⭐⭐⭐☆ 90
**$139.99** ✓prime
Number of Wheels: **2**

| Jetson Flash Self Balancing Hoverboard with Built In Bluetooth Speaker \| Includes A... | Hover-1 Titan Electric Self-Balancing Hoverboard Scooter with 10" Tires, Blue | Hover-1 Drive Hoverboard for Kids Self Balancing Electric Hoverboard, Black (H1... | Magic hover Hoverboard Off Road All Terrain Self Balancing Scooter 6.5" T581 Flash ... | Felimoda 6.5 Inch Hoverboard with Bluetooth Speaker, Two Wheels Self Balancing... |
|---|---|---|---|---|
| ★★★★½ 691 | ★★★★½ 1,477 | ★★★★½ 1,176 | ★★★★½ 329 | ★★★★☆ 90 |
| $189.98 ✓prime | $249.99 ✓prime | Limited time deal | $229.00 ✓prime | $139.99 ✓prime |
| Style: **Flash** | Item Weight: **24 Pounds** | $119.00 ✓prime | Item Weight: **24 Pounds** | Number of Wheels: **2** |
| | Style: **Titan** | List: $159.99 (26% off) | Frame Material: **Aluminum** | Wheel Material: **Rubber** |
| | | Material: **Aluminum, Plastic** | | Wheel Size: **6.5 Inches** |
| | | | | Wheel Type: **Solid** |



Hover-1 Chrome 2.0 Hoverboard Electric Scooter
★★★★½ 761
$199.99 ✓prime

Sponsored ⓘ

## Customer questions & answers

🔍 Have a question? Search for answers

▲
1 vote
▼

**Question:** What is the range on full battery

**Answer:** A recent trip was 2.2 miles total on asphalt with 1 very steep hill, and two medium hills. The rider was a child that weighs about 65 pounds. This used about 50% of the battery life. In Roughly 1 1/2 hours use.
By Ivan Giddings on January 22, 2021
⌄ See more answers (1)

▲
0 votes
▼

**Question:** how much does it weigh ?

**Answer:** Hell friends, the hoverboard is 20lb, and it can hold 44-220lb, thanks!
By Fengchi-US SELLER on February 9, 2021

▲
0 votes
▼

**Question:** How long does the battery last?

**Answer:** Hello friends, the battery is 4.0Ah / 36V 144WH 20 cell strong battery, it can last about 1-3 hours, and it is depend on the rider's weight and road surface conditions, thanks!
By Fengchi-US SELLER on December 11, 2020

▲
0 votes
▼

**Question:** What is the maximum speed the hoverboard can go?

**Answer:** It's fast my teenage daughter has yet to get it maxed on speed guessing 10 to possibly 15 mph on flat gnd
By Mr Salty on April 19, 2021

See more answered questions (15)

## Customer reviews

★★★★½ 4.4 out of 5

### Reviews with images

   

See more answered questions (15)

## Customer reviews

★★★★½ 4.4 out of 5

276 global ratings

| | | |
|---|---|---|
| 5 star | | 77% |
| 4 star | | 5% |
| 3 star | | 6% |
| 2 star | | 2% |
| 1 star | | 10% |

˅ How are ratings calculated?

## By feature

| | | |
|---|---|---|
| Safety Features | ★★★★★ | 4.8 |
| Easy to learn | ★★★★½ | 4.6 |
| Battery life | ★★★★½ | 4.5 |

˅ See more

## Review this product

Share your thoughts with other customers

Write a customer review



**LINKSYS**

*Get Faster Home
WiFi Speeds and
Reliable Coverage.*

Linksys AX3200 Wi-Fi 6 Router for Home ...

★★★★☆ 814

Shop now

Sponsored ⓘ

### Reviews with images



See all customer images

### Read reviews that mention

| year old | battery life | hoverboard | easy to learn | christmas gift |
|---|---|---|---|---|

| old son | daughter loves | highly recommend | self balancing |
|---|---|---|---|

| christmas present | play music | child mode | heavy duty | left side |
|---|---|---|---|---|

Top reviews ˅

### Top reviews from the United States

⊙ Larry

★★★★★ **Are you still looking for a hover board? you can stop now!**
Reviewed in the United States on December 15, 2020
Color: Soild tire-blue | Verified Purchase



OK I don't know where to start but before I was buying hoverboards on the Amazon and those Hoverboards have been working the most for couple months before they break. I even told my kids I'm not buying hoverboards anymore! Because it's a waste of money, they just keep breaking!
Until I bought GYROOR hoverboard! I bought one for my son and he loved it! So my second son asked me to buy one for him too. So it has been six months since we own GYROOR hoverboards and did not have any problem!

˅ Read more



38 people found this helpful

Document title: Amazon.com: Gyroor Hoverboard Offroad All Terrain Flash Wheel Self Balancing G5 Hoverboards with Bluetooth Speaker, UL 2272 Certified Best Gift fo...
Capture URL: https://www.amazon.com/Gyroor-Hoverboard-Balancing-Hoverboards-Bluetooth/dp/B08NSYZMHY?ref_=ast_sto_dp&th=1
Capture timestamp (UTC): Mon, 26 Jul 2021 03:25:15 GMT
Page 8 of 11



38 people found this helpful

Helpful | Report abuse

 os

⭐⭐⭐☆☆ **OK but not for cart attachment.**
Reviewed in the United States on January 21, 2021
Color: Soild tire-black | **Verified Purchase**

I like that it is easy to use once you learn to get on it. I thought I had mastered it after using it a few minutes but then I went on it to show my son and I went down hard. I don't know if I stepped on it wrong but I have not had any other accidents like that. Plus, I have been keeping it on the children mode which I think helps.
The speakers sound good!
The child setting is best for learning. It "limits" the speed to 3.6 MPH. I say "limit because" it doesn't really limit the speed. More on that later.

I choose this model because I thought it is capable of going 10mph but frankly, I don't feel safe going over maybe 6 mph.

Now on to the things that disappointed me.
I purchased this with the plan to use it with a cart attachment but when attached a cart to it, I found it difficult to control. The hoverboard would speed up very rapidly even when set to children

⌄ Read more

6 people found this helpful

Helpful | Report abuse

 Andrey S.

⭐⭐☆☆☆ **Very unhappy with this hoverboard.**
Reviewed in the United States on March 12, 2021
Color: Soild tire-blue | **Verified Purchase**

I bought this hoverboard for my 2 kids.
It arrived fairly quickly and the packaging was OK.
The first problem: one side of the power supply cord was missing (power outlet plug to power transformer). I felt like returning it right then, but the kids really wanted to try it out so I had to create a makeshift connector using an old laptop power cable to charge the battery up. It took about 3 hours until it was fully charged. I emailed the seller and they sent me an entire power supply in about a week.
This unit worked OK for about 2 weeks and then, suddenly, it stopped balancing, meaning the left side was tilted forward at all times while the right side was level to the ground. It was still possible to ride it, but it just wasn't right. I tried re-setting it using the manual provided to no avail. At that point I decided to return it.

Couple more notes that are not critical, but should be a good FYI for those who consider investing in this thing:

⌄ Read more

4 people found this helpful

Helpful | Report abuse

**See all reviews ›**

in this thing:

4 people found this helpful

Helpful | Report abuse

See all reviews >

## 4 stars and above

Sponsored ⓘ

Page 1 of 21











| Jetson Flash Self Balancing Hoverboard with Built In Bluetooth Speaker | Includes A... | Hover-1 Titan Electric Self-Balancing Hoverboard Scooter with 10" Tires, Gun Metal | Gyroor Warrior 8.5 inch All Terrain Off Road Hoverboard with Bluetooth Speakers... | Magic hover Hoverboard Off Road All Terrain Self Balancing Scooter 6.5" T581 Flash ... | Hover-1 Drive Hoverboard for Kids Self Balancing Electric Hoverboard, Black (H1... |
|---|---|---|---|---|
| ★★★★½ 691 | ★★★★½ 1,477 | ★★★★½ 3,396 | ★★★★½ 329 | ★★★★½ 1,176 |
| $189.98 ✓prime | $248.00 ✓prime | $299.00 | $229.00 ✓prime | Limited time deal |
| | | | | $119.00 ✓prime |
| | | | | List: $159.99 (26% off) |



**EPCTEK** — Enjoy riding

EPCTEK Hoverboard with Bluetooth Spe...
★★★★½ 56
$139.99 ✓prime   Shop now

Sponsored ⓘ

Back to top

## Get to Know Us

Careers

Blog

## Make Money with Us

Sell products on Amazon

## Amazon Payment Products

Amazon Rewards Visa Signature Cards

## Let Us Help You

Amazon and COVID-19



**Segway Ninebot Drift W1, Electric Roller Skates Hovershoes, Two Wheels self balancing Scooter with RGB LED**
★★★★½ 427
$469.99
✓prime FREE Delivery



**Razor E300 Electric Scooter**
★★★★½ 180
$239.99
✓prime FREE Delivery

**sublue WhiteShark Mix Underwater Scooter Dual Motors, Action Camera Compatible, Water Sports…**
★★★★½ 257
$689.00
✓prime FREE Delivery

**Longtime All-Terrain Off-Road Hoverboard 8.5" Wheels Electric Self Balancing Scooter Hover Board for Adults and Kids Built-in Bluetooth…**
★★★★½ 219
$219.00

**Razor E325 Durable Adult & Teen Ride-On 24V Motorized High-Torque Power Electric Scooter, Speeds up to…**
★★★★½ 217
$269.99
✓prime FREE Delivery

## Recommended based on your shopping trends *Sponsored*

Page 1 of 4















**Hover Hoverboard Electric Scooter**
★★★★½ 2,386
$249.99 ✓prime

**Jetson Flash Self Balancing Hoverboard with Built In Bluetooth Speaker | Includes All…**
★★★★½ 691
$189.98 ✓prime

**EPCTEK Hoverboard, Self Balancing Hoverboards - UL2272 Certified Hover Board for Kids**
★★★★½ 630
$139.99 ✓prime

**cho New Hoverboard Electric Smart Self Balancing Scooter with Built-in Wireless…**
★★★★½ 594
$135.00 ✓prime

**Newest Generation Electric Hoverboard Dual Motors Two Wheels Hoover Board Smart…**
★★★★½ 2,908
$135.00

## Your Browsing History   View or edit your browsing history  ›

Page 1 of 3

---

**Back to top**

### Get to Know Us
Careers
Blog
About Amazon
Sustainability
Press Center
Investor Relations
Amazon Devices

### Make Money with Us
Sell products on Amazon
Sell apps on Amazon
Become an Affiliate
Become a Delivery Driver
Start a package delivery business
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Ways to Make Money

### Amazon Payment Products
Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon Secured Card
Amazon Business Card
Amazon Business Line of Credit
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter
Promotional Financing

### Let Us Help You
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help