# EXHIBIT 5

GYROOR

CORPORATE PURCHASE   GIVE AWAY   EMAIL



F1 RACING HOVERBOARD 2.0

FAST SPEED WITH RACING SOUND

ORDER NOW







## GYROOR SWIFT

The Swift G1 is a fantastic intro into the new riding world. upgraded motherboard will give greater balance for riders.

## GYROOR WARRIOR

Gyroor Warrior is the toughest, hardest and smartest off road hoverboard in the world

## GYROOR F1

The F1 is the epitome of style, sleek and speed and was inspired by the Formula one racing supercars.



---

Document title: Gyroor - The Best Hoverboards, Self Balancing Scooter
Capture URL: https://gyroorboard.com/
Capture timestamp (UTC): Tue, 27 Jul 2021 15:03:47 GMT

Page 1 of 8



# GYROOR WARRIOR G2 HOVERBOARD

THE TOUGHEST, HARDEST AND SMARTEST OFF ROAD HOVERBOARD

**GET IT NOW**

★ REVIEWS

## OUR MISSION STATEMENT

———

Leading the hoverboard manufacturing globally by focusing on the highest quality products and stringent testing testing testing

**FIND OUT MORE ABOUT US**



# GYROOR SWIFT G1 HOVERBOARD

UPGRADED 6.5 INCH SELF-BALANCING HOVERBOARD

Document title: Gyroor - The Best Hoverboards, Self Balancing Scooter
Capture URL: https://gyroorboard.com/
Capture timestamp (UTC): Tue, 27 Jul 2021 15:03:47 GMT



# GYROOR SWIFT G1 HOVERBOARD

UPGRADED 8.5 INCH SELF-BALANCING HOVERBOARD

**BUY NOW**

## GYROOR ELECTRIC SCOOTER (FASTEST DELIVERY! )

★ REVIEWS



Gyroor C3 Electric Bike for Adults, 450W eBike with 18.6MPH up to 28 Mileage, 14in Air-Filled Tires, Dual Disc Braking, 3 Riding Modes
★★★★★14 Reviews
**$549.00** *$699.00*



Gyroor C2 electric bike with powerful LED light ebike foldable bike for adults and kids
★★★★★4 Reviews
**$659.99** *$799.00*



Gyroor electric scooter for kids, , Teens, Boys and Girls, Lightweight and Adjustable Handlebar, Rechargeable Battery, 5 MPH Limit. (H30)
★★★★★7 Reviews
**$129.00** *$199.00*







Document title: Gyroor - The Best Hoverboards, Self Balancing Scooter
Capture URL: https://gyroorboard.com/
Capture timestamp (UTC): Tue, 27 Jul 2021 15:03:47 GMT

CORPORATE PURCHASE · GIVE AWAY · EMAIL



### Gyroor T581 6.5" Off Road All Terrain Hoverboards with Bluetooth Speaker&LED Lights Self Balancing Hoverboard with Kart Seat Attachment UL2272 Certified for Kids & Adults

★★★★★ 13 Reviews

**$279.00** $399.00

### Gyroor 6.5" inch T581 Hoverboard, All Terrain Off Road ,with Bluetooth Speaker and App-Enabled, Smart Self Balancing Scooter and LED Flashing Lights with UL2272 Certified

★★★★★ 16 Reviews

**$229.00** $299.00

### Gyroor Hoverboard Off Road All Terrian 6.5" Two-Wheel G11 Flash LED Light Self Balancing Hoverboards with Bluetooth Music Speaker and UL 2272 Certified for Kids Adults Gift.(Blue)

★★★★★ 11 Reviews

**$199.00**



### Gyroor K1 Hoverboard Seat Attachment, Hover Board Accessory Go Kart with Adjustable Frame Length Compatible with 6.5" 8" 10" Hoverboards Self Balancing Scooter for Kids and Adults

**$89.99**

### Gyroor T580 Hoverboard Self Balancing Scooter with Music Speaker LED Lights, 6.5 inch Two-Wheel Electric Scooter for Kids Adult - UL2272 Certificated

★★★★★ 11 Reviews

**$167.00** $299.00

### Gyroor Electric Roller Skate Hoverboard hovershoes with LED Lights,300W Dual Motor Self Balancing Scooter for Kids and Adults

★★★★★ 2 Reviews

**$217.00** $599.00





### Gyroor T580 Hoverboard Self Balancing Scooter with Music Speaker LED Lights, 6.5 inch Two-Wheel Electric Scooter for Kids Adult - UL2272 Certificated

★★★★★ 11 Reviews

**$167.00** $299.00

### Gyroor Hoverboard Offroad All Terrain Wheel Self Balancing G5 Hoverboards with Bluetooth Speaker, UL 2272 Certified Best Gift for Kids and Adults.

★★★★★ 6 Reviews

**$229.00**

### Gyroor Electric Roller Skate Hover Board hovershoes with LED Lights,300W Dual Motor Self Balancing Scooter for Kids and Adults,Gyroshoes

★★★★★ 7 Reviews

**$217.00** $599.00



Document title: Gyroor - The Best Hoverboards, Self Balancing Scooter
Capture URL: https://gyroorboard.com/
Capture timestamp (UTC): Tue, 27 Jul 2021 15:03:47 GMT

GYROOR



Manords 32oz BPA Free Leakproof Water Bottle
with Large Motivational Time Marker
Motivational to Ensure You Drink Enough Water
For Fitness, Gym and Outdoor Sports

**$16.99**

# INFLUCENCER SAY



hoy les tenemos el F1 Formula 1 de los
Scooters o self balance la marca es Gyroor y el
modelo es el G-F1 realmente original y muy
bien diseñado y construido.

—— jose Tecnofanatico



F1 Racing Hoverboard? This hoveboad is one
of the fastest and toughest hoverboards on the
market! See me give my first reactions to this
hoverboard.

—— Matthias



GYROOR WARRIOR, THE STRONGEST
HOVERBOARD IN THE WORLD, Today I'm
going to show you the Gyroorbord Off-road
hoverboard.

—— Kim Henriksen



This is the fastest hoverboard in the entire
world. All right boys, good races.you all did
great, but ultimately, I got the fastest
hoverboard.

—— Shonduras



Gyroor Warrior OFF-ROAD HOVERBOARD
Advantages, Strongest and toughest, Very
sensitive, Beginner model for kids learn, Self-
balancing mode.

—— Miberi Tech



STEPHEN SHARER MADE AN AWESOME
SUPER RARE HOVERBOARD MOD WITH
PLAY DOH! CHECK OUT THESE PLAYDOH
KIDS FRIENDLY HOVERBOARD!

—— Stephen Sharer



GYR...

This is the fastest hoverboard in the entire
great, but ultimately, I got the fastest
hoverboard.

Gyroor warrior OFF-ROAD HOVERBOARD
sensitive, Beginner model for kids learn, Self-
balancing mode.

STEPHEN SHARER MADE AN AWESOME
PLAY DOH! CHECK OUT THESE PLAYDOH
KIDS FRIENDLY HOVERBOARD!

**CORPORATE PURCHASE   GIVE AWAY   EMAIL**

—— Shonduras                —— Miberi Tech                —— Stephen Sharer



GYROOR HOVERBOARDS

A NEW GENERATION OF HOVERBOARD

**PLAY VIDEO**

★ REVIEWS

# GYROOR NEWS

---

### GYROOR 450W FOLDING ELECTRIC BIKE, 3 ADJUSTABLE SPEEDS ELECTRIC BIKES FOR ADULTS WITH DUAL BRAKING SYSTEM

by MLVEDA MCP  •  January 03, 2020



### YOU CAN CHOOSE GYROOR T580 HOVERBOARD AS YOUR KIDS' CHRISTMAS GIFT

by MLVEDA MCP  •  November 21, 2019



### HOW DOES GYROOR HOVERBOARD DO IT?

by MLVEDA MCP  •  October 16, 2019





ADULTS WITH DUAL BRAKING
by MLVEDA MCP · January 03, 2020

by MLVEDA MCP · November 21, 2019

CORPORATE PURCHASE   GIVE AWAY   EMAIL

Read More

Read More

Read More

★ REVIEWS



# INSTAGRAM

FOLLOW

SEARCH    GYROOR AMAZON    DISTRIBUTION

CORPORATE PURCHASE    WARRANTY    PRIVACY POLICY

FAQ    GIFT FOR FREE

RESET HOVERBOARD-INSTRUCTION

Sign up to get the latest on sales, new releases and more …

Enter your email address...          SIGN UP

© 2021 GYROOR.
Powered by Shopify



by MLVEDA MCP · January 03, 2020

Read More

Read More

Read More

# INSTAGRAM



FOLLOW

SEARCH   GYROOR AMAZON   DISTRIBUTION

CORPORATE PURCHASE   WARRANTY   PRIVACY POLICY

FAQ   GIFT FOR FREE

RESET HOVERBOARD-INSTRUCTION

Sign up to get the latest on sales, new releases and more …

Enter your email address…        **SIGN UP**

© 2021 GYROOR.
Powered by Shopify



Gyroor

+ Follow

HOME    8.5" OFF ROAD HOVERBOARD    G-F1 RACING HOVERBOARD    G11 6.5" SWIFT HOVERBOARD    MORE ▾







Document title: Amazon.com: Gyroor
Capture URL: https://www.amazon.com/stores/Gyroor/page/F7856CFC-6A58-4C64-8580-51FFCB019EA1?ref_=ast_bln
Capture timestamp (UTC): Mon, 26 Jul 2021 03:38:47 GMT

Gyroor

+ Follow

HOME   8.5" OFF ROAD HOVERBOARD   G-F1 RACING HOVERBOARD   G11 6.5" SWIFT HOVERBOARD   MORE ▾





$299⁰⁰          $299⁰⁰





**RACING HOVERBOARD**

GYROOR G-F1 Fastest Racing Hoverboard

APP Enable/Music Speaker/LED Lights/Portable Handle/Removable Battery/Racing Sound

Currently unavailable

• **Portable handle**   • **Removable battery**



GYROOR G11 Swift

APP Enable/Flash Wheels/Music Speaker/LED Lights

$199⁰⁰





$249⁰⁰

GYROOR G11 Swift

APP Enable/Flash Wheels/Music Speaker/LED Lights







Gyroor

+ Follow   HOME   8.5" OFF ROAD HOVERBOARD   G-F1 RACING HOVERBOARD   G11 6.5" SWIFT HOVERBOARD   MORE ▾

## GYROOR G11 Swift

APP Enable/Flash Wheels/Music
Speaker/LED Lights



$249^{00}$

$15^{99}$



G2+K1



UL 2272    COOL LED    SINGLE WHEEL

NEW

$229^{00}$ ✓prime

## Share

Share this page with your friends.

  

Back to top

Get to Know Us          Make Money with Us          Amazon Payment Products          Let Us Help You

+ Follow    HOME    8.5" OFF ROAD HOVERBOARD    G-F1 RACING HOVERBOARD    G11 6.5" SWIFT HOVERBOARD    MORE ▾

**Back to top**

### Get to Know Us

Careers

Blog

About Amazon

Sustainability

Press Center

Investor Relations

Amazon Devices

### Make Money with Us

Sell products on Amazon

Sell apps on Amazon

Become an Affiliate

Become a Delivery Driver

Start a package delivery business

Advertise Your Products

Self-Publish with Us

Host an Amazon Hub

› See More Ways to Make Money

### Amazon Payment Products

Amazon Rewards Visa Signature Cards

Amazon.com Store Card

Amazon Secured Card

Amazon Business Card

Amazon Business Line of Credit

Shop with Points

Credit Card Marketplace

Reload Your Balance

Amazon Currency Converter

Promotional Financing

### Let Us Help You

Amazon and COVID-19

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Amazon Assistant

Help

amazon

 English ⇕     United States

**Amazon Music**
Stream millions
of songs

**Amazon Advertising**
Find, attract,
and
engage
customers

**Amazon Drive**
Cloud storage
from Amazon

**6pm**
Score deals
on fashion brands

**AbeBooks**
Books, art
& collectibles

**ACX**
Audiobook Publishing
Made Easy

**Alexa**
Actionable
Analytics
for the Web

**Sell on Amazon**
Start a Selling
Account

**Amazon Business**
Everything
For
Your Business

**Amazon Fresh**
Groceries & More
Right To Your Door

**AmazonGlobal**
Ship Orders
Internationally

**Home Services**
Experienced
Pros
Happiness
Guarantee

**Amazon Ignite**
Sell your original
Digital Educational
Resources

**Amazon Web Services**
Scalable Cloud
Computing
Services

**Audible**
Listen to Books &
Original
Audio
Performances

**Book Depository**
Books With
Free
Delivery
Worldwide

**Box Office Mojo**
Find Movie
Box Office Data

**ComiXology**
Thousands of
Digital Comics

**DPReview**
Digital
Photography

**East Dane**
Designer Men's
Fashion

**Fabric**
Sewing,
Quilting
& Knitting

**Goodreads**
Book reviews
&
recommendations

**IMDb**
Movies, TV
& Celebrities

**IMDbPro**
Get Info Entertainment
Professionals Need

**Kindle Direct Publishing**
Indie Digital & Print
Publishing
Made Easy

**Amazon Photos**
Unlimited
Photo Storage
Free With Prime

**Prime Video Direct**
Video Distribution
Made Easy

**Shopbop**
Designer
Fashion Brands

**Amazon Warehouse**
Great Deals on
Quality Used
Products

**Whole Foods Market**
America's
Healthiest
Grocery Store

**Woot!**
Deals and
Shenanigans

**Zappos**
Shoes &
Clothing

**Ring**
Smart Home
Security
Systems

**eero WiFi**
Stream 4K Video
in Every Room

**Blink**
Smart Security
for Every Home

**Neighbors App**
Real-Time
Crime
& Safety
Alerts

**Amazon Subscription Boxes**
Top subscription boxes –
right to your door

**PillPack**
Pharmacy
Simplified

**Amazon Renewed**
Like-new
products
you can trust

**Amazon Second Chance**
Pass it on, trade it in, give
it a second life

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2021, Amazon.com, Inc. or its affiliates

amazon
prime

Deliver to Arthur
Chicago 60605

Hello, Arthur
Accounts & Lists

Returns
& Orders

0
Cart

☰ All    Customer Service    Prime Video    Gift Cards    Arthur's Amazon.com    Shopper Toolkit    Outdoor Recreation    Pet Supplies    Groceries

7 results

Sort by: Featured ▾

**Brand**
Gyroor
GYROOR

Price and other details may vary based on size and color



Gyroor Warrior 8.5 inch All Terrain Off Road Hoverboard with Bluetooth Speakers and LED Lights, UL2272 Certified...
★★★★☆ ˅ 3,401
$299⁰⁰
Save $15.00 with coupon (some sizes/colors)
FREE Shipping



Gyroor T581 Hoverboard 6.5" Off Road All Terrain Hoverboard with Bluetooth Speaker and Two-Wheel Self...
★★★★☆ ˅ 1,069
$229⁰⁰
Save $20.00 with coupon
FREE Shipping

Sponsored ⓘ



Gyroor Hoverboard Offroad All Terrain Flash Wheel Self Balancing G5 Hoverboards with Bluetooth Speaker, UL...
★★★★☆ ˅ 279
$249⁰⁰
Save $30.00 with coupon (some sizes/colors)
FREE Shipping



Gyroor Hoverboard Off Road All Terrian 6.5" Two-Wheel G11 Flash LED Light Self Balancing Hoverboards with...
★★★★☆ ˅ 415
$199⁰⁰
Save $20.00 with coupon (some sizes/colors)
FREE Shipping



GYROOR T581 Hoverboard 6.5" Off Road All Terrain Hoverboards with Bluetooth Speaker&LED Lights Two-

Save $20.00 with coupon (some sizes/colors)

FREE Shipping



### GYROOR T581 Hoverboard 6.5" Off Road All Terrain Hoverboards with Bluetooth Speaker&LED Lights Two-...

⭐⭐⭐⭐⯨ ∨ 744

$279⁰⁰

Save $30.00 with coupon

FREE Shipping



### Gyroor Swift Hoverboard Self Balancing Hoverboard with Music Speaker LED Lights, 6.5 inch Two-Wheel Hoverboar...

⭐⭐⭐⭐⯨ ∨ 632

$167⁰⁰

Save $10.00 with coupon (some sizes/colors)

FREE Shipping



### Gyroor G2 Hoverboard 8.5" Off Road All Terrain Hoverboards Bluetooth Speaker&Self Balancing...

⭐⭐⭐⭐⯨ ∨ 15

$399⁰⁰

Save $60.00 with coupon

FREE Shipping

## Need help?

Visit the help section or contact us

SISIGAD    New way, fun way !     SISIGAD Hoverboard, with Bluetooth an...

⭐⭐⭐⭐⯨ 8,451

$144.99    Shop now

Sponsored ⓘ

## More items to explore

Page 1 of 4

      

Sponsored 

## More items to explore

Page 1 of 4

    

| Gyroor Hoverboard Hovershoes-Gyroshoes S300 Electric Roller Skate Hoverboard with LED Lights,UL2272... | Gyroor Hoverboard Offroad All Terrain Flash Wheel Self Balancing G5 Hoverboards with Bluetooth Speaker, UL 2272 Certified Best... | sublue WhiteShark Mix Underwater Scooter Dual Motors, Action Camera Compatible, Water Sports... | Hover-1 Hoverboard Bluetooth Speaker Self Balancing Hover Board Electric Scooter for Kids and Adults, 24 x 8 x 8.5 | Hover-1 Helix Electric Hoverboard Scooter |
| --- | --- | --- | --- | --- |
| ★★★★☆ 86 | ★★★★☆ 279 | ★★★★☆ 261 | ★★★★☆ 138 | ★★★★☆ 1,246 |
| $229.00 | $249.00 | $469.99 | $199.99 | $179.99 |
| prime FREE Delivery | | prime FREE Delivery | prime FREE Delivery | prime Today by 3PM |

## Recommended based on your browsing history Sponsored

Page 1 of 4

    

| JOLEGE Hoverboard, 6.5" Two-Wheel Self Balancing Hoverboard - LED Light Wheel... | Hover-1 Titan Electric Self-Balancing Hoverboard Scooter | Hover-1 H1-100 Electric Hoverboard Scooter with Infinity LED Wheel Lights | DOC Electric Smart Self-Balancing Scooter Hoverboard with Built in Bluetooth Speaker LED... | FLYING-ANT Hoverboard 6.5" Two-Wheel Self Balancing Hoverboard with LED Light Flash... |
| --- | --- | --- | --- | --- |
| ★★★★☆ 3,749 | ★★★★☆ 1,480 | ★★★★☆ 636 | ★★★★☆ 291 | ★★★★☆ 138 |
| $134.99 | $249.99 prime | $199.99 prime | $135.00 | $134.99 prime |

## Your Browsing History   View or edit your browsing history  ›

Page 1 of 3

       

**Back to top**

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
| --- | --- | --- | --- |
| Careers | Sell products on Amazon | Amazon Rewards Visa Signature Cards | Amazon and COVID-19 |
| Blog | Sell apps on Amazon | Amazon.com Store Card | Your Account |
| About Amazon | Become an Affiliate | Amazon Secured Card | Your Orders |
| Sustainability | | | |

**Back to top**

## Get to Know Us

Careers

Blog

About Amazon

Sustainability

Press Center

Investor Relations

Amazon Devices

## Make Money with Us

Sell products on Amazon

Sell apps on Amazon

Become an Affiliate

Become a Delivery Driver

Start a package delivery business

Advertise Your Products

Self-Publish with Us

Host an Amazon Hub

› See More Ways to Make Money

## Amazon Payment Products

Amazon Rewards Visa Signature Cards

Amazon.com Store Card

Amazon Secured Card

Amazon Business Card

Amazon Business Line of Credit

Shop with Points

Credit Card Marketplace

Reload Your Balance

Amazon Currency Converter

Promotional Financing

## Let Us Help You

Amazon and COVID-19

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Amazon Assistant

Help

  English ⬦  United States

| | | | | | | |
|---|---|---|---|---|---|---|
| Amazon Music<br>Stream millions of songs | Amazon Advertising<br>Find, attract, and engage customers | Amazon Drive<br>Cloud storage from Amazon | 6pm<br>Score deals on fashion brands | AbeBooks<br>Books, art & collectibles | ACX<br>Audiobook Publishing Made Easy | Alexa<br>Actionable Analytics for the Web |
| Sell on Amazon<br>Start a Selling Account | Amazon Business<br>Everything For Your Business | Amazon Fresh<br>Groceries & More Right To Your Door | AmazonGlobal<br>Ship Orders Internationally | Home Services<br>Experienced Pros Happiness Guarantee | Amazon Ignite<br>Sell your original Digital Educational Resources | Amazon Web Services<br>Scalable Cloud Computing Services |
| Audible<br>Listen to Books & Original Audio Performances | Book Depository<br>Books With Free Delivery Worldwide | Box Office Mojo<br>Find Movie Box Office Data | ComiXology<br>Thousands of Digital Comics | DPReview<br>Digital Photography | East Dane<br>Designer Men's Fashion | Fabric<br>Sewing, Quilting & Knitting |
| Goodreads<br>Book reviews & recommendations | IMDb<br>Movies, TV & Celebrities | IMDbPro<br>Get Info Entertainment Professionals Need | Kindle Direct Publishing<br>Indie Digital & Print Publishing Made Easy | Amazon Photos<br>Unlimited Photo Storage Free With Prime | Prime Video Direct<br>Video Distribution Made Easy | Shopbop<br>Designer Fashion Brands |
| Amazon Warehouse<br>Great Deals on Quality Used Products | Whole Foods Market<br>America's Healthiest Grocery Store | Woot!<br>Deals and Shenanigans | Zappos<br>Shoes & Clothing | Ring<br>Smart Home Security Systems | eero WiFi<br>Stream 4K Video in Every Room | Blink<br>Smart Security for Every Home |
| | Neighbors App<br>Real-Time Crime & Safety Alerts | Amazon Subscription Boxes<br>Top subscription boxes – right to your door | PillPack<br>Pharmacy Simplified | Amazon Renewed<br>Like-new products you can trust | Amazon Second Chance<br>Pass it on, trade it in, give it a second life | |

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2021, Amazon.com, Inc. or its affiliates



Gyroor

[ + Follow ]   HOME   8.5" OFF ROAD HOVERBOARD   G-F1 RACING HOVERBOARD   G11 6.5" SWIFT HOVERBOARD   MORE ▾







Document title: Amazon.com: Gyroor
Capture URL: https://www.amazon.com/stores/Gyroor/page/F7856CFC-6A58-4C64-8580-51FFCB019EA1?ref_=ast_bln
Capture timestamp (UTC): Tue, 27 Jul 2021 14:35:57 GMT

Gyroor

+ Follow  HOME   8.5" OFF ROAD HOVERBOARD   G-F1 RACING HOVERBOARD   G11 6.5" SWIFT HOVERBOARD   MORE ▾





$299⁰⁰

$299⁰⁰





**RACING HOVERBOARD**

· **Portable handle**   · **Removable battery**



### GYROOR G-F1 Fastest Racing Hoverboard

APP Enable/Music Speaker/LED Lights/Portable Handle/Removable Battery/Racing Sound

Currently unavailable



### GYROOR G11 Swift

APP Enable/Flash Wheels/Music Speaker/LED Lights

$199⁰⁰



$249⁰⁰

### GYROOR G11 Swift

APP Enable/Flash Wheels/Music Speaker/LED Lights







Document title: Amazon.com: Gyroor
Capture URL: https://www.amazon.com/stores/Gyroor/page/F7856CFC-6A58-4C64-8580-51FFCB019EA1?ref_=ast_bln
Capture timestamp (UTC): Tue, 27 Jul 2021 14:35:57 GMT

Page 2 of 4

+ Follow | HOME | 8.5" OFF ROAD HOVERBOARD | G-F1 RACING HOVERBOARD | G11 6.5" SWIFT HOVERBOARD | MORE ▾

Gyroor

### GYROOR G11 Swift

APP Enable/Flash Wheels/Music
Speaker/LED Lights



$249⁰⁰

$15⁹⁹



G2+K1



UL 2272   COOL LED   SINGLE WHEEL

NEW

$229⁰⁰ ✓prime

## Share

Share this page with your friends.

  

Back to top

**Get to Know Us**   **Make Money with Us**   **Amazon Payment Products**   **Let Us Help You**

+ Follow    HOME    8.5" OFF ROAD HOVERBOARD    G-F1 RACING HOVERBOARD    G11 6.5" SWIFT HOVERBOARD    MORE ▾

**Back to top**

## Get to Know Us

Careers

Blog

About Amazon

Sustainability

Press Center

Investor Relations

Amazon Devices

## Make Money with Us

Sell products on
Amazon

Sell apps on Amazon

Become an Affiliate

Become a Delivery
Driver

Start a package delivery
business

Advertise Your Products

Self-Publish with Us

Host an Amazon Hub

› See More Ways to
Make Money

## Amazon Payment Products

Amazon Rewards Visa
Signature Cards

Amazon.com Store Card

Amazon Secured Card

Amazon Business Card

Amazon Business Line of Credit

Shop with Points

Credit Card Marketplace

Reload Your Balance

Amazon Currency Converter

Promotional Financing

## Let Us Help You

Amazon and COVID-
19

Your Account

Your Orders

Shipping Rates &
Policies

Amazon Prime

Returns &
Replacements

Manage Your Content
and Devices

Amazon Assistant

Help

amazon    🌐 English ⇕    ▇▇ United States

| Amazon Music<br>Stream millions<br>of songs | Amazon<br>Advertising<br>Find, attract,<br>and<br>engage<br>customers | Amazon Drive<br>Cloud storage<br>from Amazon | 6pm<br>Score deals<br>on fashion brands | AbeBooks<br>Books, art<br>& collectibles | ACX<br>Audiobook Publishing<br>Made Easy | Alexa<br>Actionable<br>Analytics<br>for the Web |
|---|---|---|---|---|---|---|
| Sell on Amazon<br>Start a Selling<br>Account | Amazon<br>Business<br>Everything<br>For<br>Your Business | Amazon Fresh<br>Groceries & More<br>Right To Your Door | AmazonGlobal<br>Ship Orders<br>Internationally | Home Services<br>Experienced<br>Pros<br>Happiness<br>Guarantee | Amazon Ignite<br>Sell your original<br>Digital Educational<br>Resources | Amazon Web<br>Services<br>Scalable Cloud<br>Computing<br>Services |
| Audible<br>Listen to Books &<br>Original<br>Audio<br>Performances | Book<br>Depository<br>Books With<br>Free<br>Delivery<br>Worldwide | Box Office Mojo<br>Find Movie<br>Box Office Data | ComiXology<br>Thousands of<br>Digital Comics | DPReview<br>Digital<br>Photography | East Dane<br>Designer Men's<br>Fashion | Fabric<br>Sewing,<br>Quilting<br>& Knitting |
| Goodreads<br>Book reviews<br>&<br>recommendations | IMDb<br>Movies, TV<br>& Celebrities | IMDbPro<br>Get Info Entertainment<br>Professionals Need | Kindle Direct<br>Publishing<br>Indie Digital & Print<br>Publishing<br>Made Easy | Amazon<br>Photos<br>Unlimited<br>Photo Storage<br>Free With Prime | Prime Video Direct<br>Video Distribution<br>Made Easy | Shopbop<br>Designer<br>Fashion Brands |
| Amazon<br>Warehouse<br>Great Deals on<br>Quality Used<br>Products | Whole Foods<br>Market<br>America's<br>Healthiest<br>Grocery Store | Woot!<br>Deals and<br>Shenanigans | Zappos<br>Shoes &<br>Clothing | Ring<br>Smart Home<br>Security<br>Systems | eero WiFi<br>Stream 4K Video<br>in Every Room | Blink<br>Smart Security<br>for Every Home |
| Neighbors<br>App<br>Real-Time<br>Crime<br>& Safety<br>Alerts | | Amazon Subscription<br>Boxes<br>Top subscription boxes –<br>right to your door | PillPack<br>Pharmacy<br>Simplified | Amazon<br>Renewed<br>Like-new<br>products<br>you can trust | Amazon Second Chance<br>Pass it on, trade it in, give<br>it a second life | |

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996–2021, Amazon.com, Inc. or its affiliates



# amazon prime

☰ All | Customer Service | Prime Video | Gift Cards | Arthur's Amazon.com | Shopper Toolkit | Outdoor Recreation

Hello, Arthur — Account & Lists | Returns & Orders | Cart 0

**Shop low prices for school**

Sports & Outdoors | Sports & Fitness | Outdoor Recreation | Sports Fan Shop | Sports Deals | Outdoor Deals

Students and government assistance recipients could save 50% on Prime

Sports & Outdoors › Outdoor Recreation › Skates, Skateboards & Scooters › Scooters & Equipment › Scooters › Self Balancing Scooters



Roll over image to zoom in

VIDEO

## Hoverboard All Terrain Off Road 6.5" inch T581 Hoverboards,with Bluetooth Speaker and App-Enabled, Smart Self Balancing Hover Board and Two-Wheel with UL2272 Certified for Kids and Adults

Brand: Magic hover

★★★★☆ ˅ | 329 ratings | 72 answered questions

Price: **$229.00** ✔prime & FREE Returns

**Get 5% back ($11.45 in rewards)** on the amount charged to your Amazon Prime Rewards Visa Signature Card. May be available at a lower price from other sellers, potentially without free Prime shipping.

Color: blue-T581

 

| | |
|---|---|
| **Brand** | Magic hover |
| **Color** | Blue-T581 |
| **Package Dimensions** | 26.2 x 9.7 x 9.5 inches; 24 Pounds |
| **Maximum Weight Recommendation** | 220 Pounds |
| **Frame Material** | Aluminum |

### About this item

- Strong off road hoverboard -powered by 702 watt motors. This self balancing hoverboard use strong off road tires which have great adaptability for all terrains, you will feel safe no matter what sorts of road you are on.
- Hoverboard smart APP - efficient app helps you stay in complete control. Use app to change modes, check battery, see and change the speed, and control the LED lights with ease.
- Two modes - For for all riders. Child mode makes the hoverboard easier to control for first time or children. Adult mode allows expert riders to enjoy this product and perform hoverboard tricks with ease.
- High quality bluetooth music speaker - The Magic Swift sports a built in branded high quality speaker that allows you to enjoy music while you ride.
- Safest self balancing hoverboard - Every hover board is



**$229.00**
✔prime & FREE Returns ˅

FREE delivery: **Monday, Aug 2**
Order within 14 hrs and 15 mins
Details

⊙ Deliver to Arthur - Chicago 60605

**In Stock.**

Qty: 1 ˅

[ Add to Cart ]

[ Buy Now ]

🔒 Secure transaction

Ships from | Amazon
Sold by | Runchenyun

Return policy: This item is returnable ˅

**Add a Protection Plan:**
☐ 2-Year Protection for $24.99
☐ Add a gift receipt for easy returns

[ Add to List ˅ ]

New & Used (2) from $169.70 ✔prime

>

Have one to sell?

[ Sell on Amazon ]



10% off coupon

Qinhin Solar Garden Statue Solar Power Fairy Sculpture Resin...
$40.34





lights with ease.

- Features dual riding modes to make your hoverboard easier to control for first time or children. Adult mode allows expert riders to enjoy this product and perform hoverboard tricks with ease.
- High quality bluetooth music speaker - The Magic Swift sports a built in branded high quality speaker that allows you to enjoy music while you ride.
- Safest self balancing hoverboard - Every hover board is designed and built to provide world class levels of safety and security. This hover board and its battery are UL certified.(UL2272 & UL2271) 102% ride tested, and all Magic hoverboards are desined and built to meet top levels of safety testing. Passed CE, RoHS, and FCC certifications.

Qinhin Solar Garden Statue Solar Power Fairy Sculpture Resin...
$40.34

Sponsored ⓘ

New & Used (2) from $169.70 ✓prime

⌨ Report incorrect product information.



SITSANG Heart Chakra Crystal Singing Bowl F Note 8 inch Singing Bowl...
★★★★½ 38
$94.99 ✓prime

Sponsored ⓘ

## Frequently bought together



Total price: $577.94

Add all three to Cart

ⓘ Some of these items ship sooner than the others. Show details



- ☑ **This item:** Hoverboard All Terrain Off Road 6.5" inch T581 Hoverboards,with Bluetooth Speaker and App-Enabled, S... $229.00
- ☑ Hover-1 Buggy Attachment for Transforming Hoverboard Scooter into Go-Kart $49.94
- ☑ Gyroor Warrior 8.5 inch All Terrain Off Road Hoverboard with Bluetooth Speakers and LED Lights, UL2272 Certified ... $299.00

## Inspired by your recent shopping trends

Page 1 of 16

<









>

Gyroor Hoverboard Off Road All Terrian 6.5" Two-Wheel G11 Flash LED Light Self Balancing Hoverboards with Bluetooth Music...
★★★★½ 415

TOMOLOO Hoverboard UL2272 Certified 8.5 Inch Off Road Hoverboard App Controlled Electric Self...
★★★★½ 27
$299.99

CBD All-Terrain Hoverboard, Two-Wheel 6.5 inch Self Balancing Hoverboard with Bluetooth and LED...
★★★★½ 295
$229.99

Gyroor Swift Hoverboard Self Balancing Hoverboard with Music Speaker LED Lights, 6.5 inch Two-Wheel...
★★★★½ 632
$167.00

Hover-1 Falcon 1 Hoverboard Seat Attachment Turbo Light, Transform Your Hoverboard into Go-Kart
★★★★½ 1,139
$79.99

 Gyroor Hoverboard Off Road All Terrian 6.5" Two-Wheel G11 Flash LED Light Self Balancing Hoverboards with Bluetooth Music...
★★★★½ 415
$199.00

 TOMOLOO Hoverboard UL2272 Certified 8.5 Inch Off Road Hoverboard App Controlled Electric Self...
★★★★½ 27
$299.99
✓prime FREE Delivery

 CBD All-Terrain Hoverboard, Two-Wheel 6.5 inch Self Balancing Hoverboard with Bluetooth and LED...
★★★★½ 295
$229.99
✓prime FREE Delivery

 Gyroor Swift Hoverboard Self Balancing Hoverboard with Music Speaker LED Lights, 6.5 inch Two-Wheel...
★★★★½ 632
$167.00
✓prime FREE Delivery

 Hover-1 Falcon 1 Hoverboard Seat Attachment Turbo Light, Transform Your Hoverboard into Go-Kart
★★★★½ 1,139
$79.99
✓prime FREE One-Day



## Products related to this item

Sponsored ⓘ

Page 1 of 49

<

Hover-1 Drive Hoverboard for Kids Self Balancing Electric Hoverboard, Black (H1...
★★★★½ 1,166
Limited time deal
$119.00 ✓prime
List: $159.99 (26% off)

Hover-1 Dream Hoverboard Electric Scooter Light Up LED Wheels , Gun Metal, 25...
★★★★½ 451
$149.99 ✓prime

SISIGAD Hoverboard Self Balancing Scooter 6.5" Two-Wheel Self Balancing Hoverboard ...
★★★★½ 3,497
$169.99

CBD Flash Hoverboard, All Terrain hoverboard Off Road Two-Wheel 6.5 inch Self Balan...
★★★★½ 295
$229.99 ✓prime

TPS Electric Hoverboard Self Balancing Scooter for Kids and Adults Hover Board with...
★★★★☆ 404
$135.00 ✓prime

>

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

## From the manufacturer



Accompanied by happiness







### Safest self balancing hoverboard

Magic hover T581 OFF ROAD self balance hoverboard pass all the necessary CE/ Rohs /FCC certified, and battery with UL2272 which can ensure every part is completely safe won't go on fire and protect user's safety.



BEST SELF-BALANCE HOVERBOARD

### For all riders

350W * 2 Motor with 6.5 inch off road tire can handle bumpy pavements, gravel, grass, sand, and dirt paths in all terrain, allowing you enjoy a smooth ride while getting the best out of your self-balancing hoverboard, it is the best gift for the kids and adults.



POWERFUL MOTOR



ADJUSTABLE LIGHT COLOR



FREE BAG

**More power**

powerful engines that gives you great power. This allows you to reach a speed up to 10-12 km / h (varies by weight, road conditions in all terrain).

**Hoverboard smart APP**

Efficient app helps you stay in complete control. Use app to change modes, check battery, see and change the speed, and control the LED lights with ease.Built-in Bluetooth speaker allow you to enjoy the music while riding and play your favorite tunes.

**Free fashion bag**

Easy carry, a beautiful hoverboard bag include, you can easily carry it outdoors.

**More power**
powerful engines that gives you great power. This allows you to reach a speed up to 10-12 km / h (varies by weight, road conditions in all terrain).

**Hoverboard smart APP**
Efficient app helps you stay in complete control. Use app to change modes, check battery, see and change the speed, and control the LED lights with ease.Built-in Bluetooth speaker allow you to enjoy the music while riding and play your favorite tunes.

**Free fashion bag**
Easy carry, a beautiful hoverboard bag include, you can easily carry it outdoors.



## Product details

Color:blue-T581

**Date First Available** : September 12, 2020

**Manufacturer** : CHETAIDOU

**ASIN** : B08HW9TTBG

**Best Sellers Rank:** #50,132 in Sports & Outdoors (See Top 100 in Sports & Outdoors)
#45 in Self Balancing Scooters

**Customer Reviews:**
★★★★½ ˅    329 ratings

# Videos

Page 1 of 4

### Videos for this product



**Customer Review:** Bluetooth speaker is great & Lots of fun for...

paul

Hoverboard 6.5" inch All Terrain Off Road T581 Hoverboards,with...

Merchant Video

### Videos for related products



Self Balancing Scooter

SFSOFTINC



OXA Hoverboard - U Certified Self Balanc

Tabstore

[ Upload your video ]

**Products related to this item**

paul  Merchant Video  SEROSTINE  Tabroom

Upload your video

## Products related to this item

Sponsored ⓘ

Page 1 of 28

<



**Hover-1 Dream Hoverboard Electric Scooter Light Up LED Wheels , Jet Black, 25...**
★★★★☆ 451
$139.99 ✓prime



**Gyroor Hoverboard Offroad All Terrain Flash Wheel Self Balancing G5 Hoverboards wit...**
★★★★☆ 277
$249.00



**Hover-1 Drive Hoverboard for Kids Self Balancing Electric Hoverboard, Black (H1...**
★★★★☆ 1,166
Limited time deal
$119.00 ✓prime
List: $159.99 (26% off)



**Hover-1 i100 Electric Hoverboard Scooter with Infinity LED Wheel Lights, Galaxy**
★★★★☆ 635
$199.99 ✓prime



**XPRIT 6.5" Self Balancing Hoverboard w/Wireless Speaker, Chrome Finish,...**
★★★★☆ 91
$134.99 ✓prime

>

**Sweet & salty snack bliss**

BOOM CHICKA POP · BOOM CHICKA POP · Orville Redenbacher's

amazon fresh   Shop now ›

Sponsored ⓘ

## Customer questions & answers

🔍 Have a question? Search for answers

1 vote

**Question:** Does it come with a warranty?

**Answer:** Dear friend，yes, surely,the Warranty is 1 year for the hoverboard, 6 months for the battery, except normal wear and tear. Any issue please contact us, our goal is your satisfaction.
By Magic Hover SELLER  on June 1, 2019
∨ See more answers (1)

0 votes

**Question:** It say the brand is magic hover but the hoverboard in the pic shows Gyroor hoverboards so is magic hover just the company that sells Gyroor products?

**Answer:** Dear friends,please don`t worry, it is Gyroor`s hoverboard, we are the Gyroor`s Distributor, if you like it, you can buy it directly, thanks.our support email is info@gyroorboard.com, if you have any problem, please kindly contact us freely.
By Magic Hover SELLER  on December 10, 2019



▲
0
votes
▼

**Question:** It say the brand is magic hover but the hoverboard in the pic shows Gyroor hoverboards so is magic hover just the company that sells Gyroor products?

**Answer:** Dear friends,please don`t worry, it is Gyroor`s hoverboard, we are the Gyroor`s Distributor, if you like it, you can buy it directly, thanks.our support email is info@gyroorboard.com, if you have any problem, please kindly contact us freely.
By Magic Hover SELLER on December 10, 2019

▲
0
votes
▼

**Question:** How far is the distance from the seat of the car to the leg rest?

**Answer:** Dear friends, it is adjustable from 19cm to 22 cm, thanks.
By Magic Hover SELLER on March 9, 2020

▲
0
votes
▼

**Question:** Does this come with the kart and Hoverboard?

**Answer:** Dear friends, yes, the Three-in -one come with the kart and hoverboard.
By Magic Hover SELLER on August 20, 2019

˅ See more answers (3)

See more answered questions (68)

## Customer reviews

★★★★½ 4.3 out of 5

329 global ratings

| | | |
|---|---|---|
| 5 star | ████████ | 74% |
| 4 star | █ | 9% |
| 3 star | █ | 5% |
| 2 star | █ | 3% |
| 1 star | █ | 10% |

˅ How are ratings calculated?

### By feature

| | | |
|---|---|---|
| Battery life | ★★★★☆ | 4.1 |
| Durability | ★★★★☆ | 4.1 |
| Sturdiness | ★★★★☆ | 4.1 |

### Review this product

Share your thoughts with other customers

Write a customer review




LINKSYS

Get Faster Home
WiFi Speeds and

### Reviews with images



See all customer images

### Read reviews that mention

year old · hoverboard · battery life · hold a charge · son loves

play music · kids love · stopped working · son for his birthday

worth the money · straps broke · coolest thing · cart attachment



Top reviews ˅

### Top reviews from the United States

Melissa

★★★★★ **Amazing Go Kart Experience!**
Reviewed in the United States on June 19, 2019
Color: blue-T581*kart | Verified Purchase | Early Reviewer Rewards (What's this?)



This product was amazing! My kids absolutely love it and cant get enough of it. My husband bought them a hover board and they really enjoyed that. I was browsing amazon and saw this kart from the same store. I knew I had to surprise them all with it! My husband assembled it quick and he absolutely loved it. The next day the kids tried it and had so much fun. It is much safer to



**LINKSYS**

Get Faster Home
WiFi Speeds and
Reliable Coverage.

Linksys AX3200 Wi-Fi 6 Router for Home ...

⭐⭐⭐⭐☆ 821

Shop now

Sponsored ⓘ



cool features. Would definitely buy again.

23 people found this helpful

Helpful | Report abuse

 Jose R.

⭐⭐⭐⭐⭐ **Fun Hoover for the family !**
Reviewed in the United States on May 22, 2019
**Verified Purchase**



The quality is amazing; it feels very sturdy and strong. It holds my weight of 210 pounds with no problem. I also like how the fiber carbon parts makes it feel strong and look sleek as well.

The dual motor is very responsive and powerful, I was amaze how smooth they are making the self-balancing feature. It is extremely helpful to anyone especially for beginners like me and my wife. It was helpful that the maximum speed of 12.0km/h can be adjusted using the mobile application and the children and adult modes make it versatile for everyone.

˅ Read more



18 people found this helpful

Helpful | Report abuse

 Andy B

⭐☆☆☆☆ **Buyer Beware!!**
Reviewed in the United States on June 30, 2020
Color: blue-T581*kart | **Verified Purchase**

My son enjoyed this hoverboard on his birthday early May for a full 30 minutes, and although he liked it in that very brief time, it died. After contacting Gryoor, they insisted I contact them directly outside of Amazon. They would replace the motherboard for "free." It arrived at their office on May 22 and I have not heard anything since. Essentially, they stole the $279 I paid. Shame on them.

Amazon? Help?

5 people found this helpful

Helpful | Report abuse

liked it in that very brief time, it died. After contacting Gryoor, they insisted I contact them directly  their office on May 22 and I have not heard anything since. Essentially, they stole the $279 I paid. Shame on them.

Amazon? Help?

5 people found this helpful

Helpful | Report abuse

Holly

★★★★★ **This is a great Hoover board!**
Reviewed in the United States on June 29, 2019
Color: blue-T581*kart | Verified Purchase | Early Reviewer Rewards (What's this?)



Works great off road or on battery life is good, kids are having a blast with this! Had bought another one just different model and customer service has been very responsive with a problem with the wheel stopping.

18 people found this helpful

Helpful | Report abuse

Topp

★★★★★ **Sturdy Hoverboard and Great Customer Service**
Reviewed in the United States on January 16, 2020
Verified Purchase

I purchased this board for my 11 year old son and he loves it! The lights and wheel illumination are great! He loves that both can be changed through the app as well as play music from a device through the speakers on the board. The motors are more powerful than most hoverboards out there. Construction is solid and balanced.

We needed some help from customer service soon after opening it, so I emailed them. A representative responded very quickly and stayed in touch until we were completely taken care of. I feel like Gyroor went the extra mile. It was really nice! Great company and product.

13 people found this helpful

Helpful | Report abuse

Jillian Bencic

★★★★★ **great for children,**
Reviewed in the United States on June 4, 2019
Verified Purchase | Early Reviewer Rewards (What's this?)



Packaging: very well packaged no dents scratches or marks on the hover board. Foam is placed properly inside the box to protect the board from damage.

Ease of use: This is made for children under 12 in my opinion. It is a little smaller than other boards out there.

Document title: Amazon.com: Magic hover Hoverboard Off Road All Terrain Self Balancing Scooter 6.5&quot; T581 Flash Two-Wheel Self Balancing Hoverboard with…
Capture URL: https://www.amazon.com/dp/B08HW9TTBG
Capture timestamp (UTC): Tue, 27 Jul 2021 14:48:23 GMT



Packaging: very well packaged no dents scratches or marks on the hover board. Foam is placed properly inside the box to protect the board from damage.

Ease of use: This is made for children under 12 in my opinion. It is a little smaller than other boards out there. The wheels are a little smaller than others I have seen. But for my 7 year old daughter it is perfect. My daughter hopped right on the hover board and took off right away, she spins around goes forward and backwards with what appears to be no effort she loves it!! I am 36 years old and

∨ Read more



14 people found this helpful

| Helpful | | Report abuse |

---

 G. Marchand

★★★★★ **10/10 fun factor, but be careful!**
Reviewed in the United States on October 5, 2020
Color: blue-T581 | **Verified Purchase**

Just got this for our 8yo son. It's the coolest thing he's ever had. Can't comment on longevity of the product, but initial fun rating is a 10/10. Speaker quality is fine. App control with lights and speedometer are fun but not necessary. It's a little too heavy for him to carry safely on his own. Came charged enough to play around with for a couple hours. He's pretty confident on it after just a few days of riding mostly indoors. Stay away from cabinets and trim. Unfinished basements and outside are best to learn to ride it. Adults be careful. This is not a skateboard, scooter, or a Segway. My wife got on, did 4-5 full speed rotations, and got flung off like it was a mechanical bull.

One person found this helpful

| Helpful | | Report abuse |

---

 Alandreia

★★★★★ **Best hoverboard so far!! Easy to read manual, charger, and carrying bag included**
Reviewed in the United States on May 24, 2019
**Verified Purchase**



Bluetooth connects easily thru phone and speakers are great!! Loud music! Pretty LED lights inside the wheels. When u connect to app it lets u change the color of the front/back lights and u can also change from adult mode to kids mode for younger kids! Love it so far 💖





far 🧡

16 people found this helpful

Helpful | Report abuse

See all reviews ›

## 4 stars and above

Sponsored ⓘ

Page 1 of 54

**Hover-1 Drive Hoverboard for Kids Self Balancing Electric Hoverboard, Black (H1...**
★★★★½ 1,166
Limited time deal
$119.00 ✓prime
List: $159.99 (26% off)

**Hover-1 Dream Hoverboard Electric Scooter Light Up LED Wheels , Gun Metal, 25...**
★★★★½ 451
$149.99 ✓prime

**SISIGAD Hoverboard Self Balancing Scooter 6.5" Two-Wheel Self Balancing Hoverboard ...**
★★★★½ 3,497
$169.99

**TPS Electric Hoverboard Self Balancing Scooter for Kids and Adults Hover Board with...**
★★★★☆ 404
$135.00 ✓prime

**CBD Flash Hoverboard, All Terrain hoverboard Off Road Two-Wheel 6.5 inch Self Balan...**
★★★★½ 295
$229.99 ✓prime

Sweet & salty snack bliss   BOOM CHICKA POP   BOOM CHICKA POP   amazon fresh   Shop now ›

Sponsored ⓘ

**Pages with related products.** See and discover other items: Explore go karts for hoverboards

## Explore more items

Page 1 of 4

**Segway Ninebot Electric GoKart Drift Kit,**

**Segway Ninebot Drift W1, Electric Roller**

**KECUCO Handlebar Extension Knee Bar for**

**Jetson JetKart 2.0 Universal Hoverboard**

**Zip Line Gear Tree Saver Block Kit (for 2 Trees)**




**Segway Ninebot Electric GoKart Drift Kit, Outdoor Racer Pedal Car, Ride On Toys (Not Included Ninebot S)**
★★★★☆ 656
$879.99
✓prime FREE Delivery

**Segway Ninebot Drift W1, Electric Roller Skates Hovershoes, Two Wheels self Balancing Scooter with RGB LED**
★★★★☆ 427
$469.99
✓prime FREE One-Day

**KECUCO Handlebar Extension Knee Bar for SegwayminiPRO/ 2018 Edition/ 2019 Segway/Segway S.**
★★★★☆ 225
$56.57
✓prime FREE One-Day

**Jetson JetKart 2.0 Universal Hoverboard Attachment - Converts Hoverboard to Sit Down Electric Go Kart with Rear Suspension for…**
★★★★☆ 295
9 offers from $69.35

**Zip Line Gear Tree Saver Block Kit (for 2 Trees)**
★★★★★ 98
$60.00
✓prime Overnight by 8AM

## Inspired by your browsing history

Page 1 of 10







**Hover-1 Buggy Attachment for Transforming Hoverboard Scooter into Go-Kart**
★★★★☆ 6,727
$49.94
✓prime FREE Delivery

**Hiboy HC-01 Hoverboard Kart Seat Attachment Accessory for 6.5" 8" 10" Two Wheel Self Balancing Scooter**
★★★★☆ 1,900
$89.99
✓prime FREE Delivery

**Hover-1 Buggy Attachment for Transforming Hoverboard Scooter into Go-Kart**
★★★★☆ 6,727
$49.94-$143.00
✓prime FREE Delivery

**HoovyKart - Go Kart Conversion Kit for Hoverboards - Safer For Kids - All Heights - All Ages - Self Balancing…**
★★★★☆ 757
$79.95
✓prime FREE One-Day

**HYPER GOGO GoKart Kit - Hoverboard Attachment - Compatible with All Hover Boards ,Red**
★★★★☆ 132
$449.00
✓prime FREE Delivery

## Your Browsing History   View or edit your browsing history ›

Page 1 of 3









**Back to top**

### Get to Know Us
Careers
Blog
About Amazon
Sustainability
Press Center
Investor Relations
Amazon Devices

### Make Money with Us
Sell products on Amazon
Sell apps on Amazon
Become an Affiliate
Become a Delivery Driver
Start a package delivery business

### Amazon Payment Products
Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon Secured Card
Amazon Business Card
Amazon Business Line of Credit
Shop with Points

### Let Us Help You
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime

**Back to top**

## Get to Know Us

Careers

Blog

About Amazon

Sustainability

Press Center

Investor Relations

Amazon Devices

## Make Money with Us

Sell products on Amazon

Sell apps on Amazon

Become an Affiliate

Become a Delivery Driver

Start a package delivery business

Advertise Your Products

Self-Publish with Us

Host an Amazon Hub

› See More Ways to Make Money

## Amazon Payment Products

Amazon Rewards Visa Signature Cards

Amazon.com Store Card

Amazon Secured Card

Amazon Business Card

Amazon Business Line of Credit

Shop with Points

Credit Card Marketplace

Reload Your Balance

Amazon Currency Converter

Promotional Financing

## Let Us Help You

Amazon and COVID-19

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Amazon Assistant

Help



English

United States

---

**Amazon Music**
Stream millions of songs

**Amazon Advertising**
Find, attract, and engage customers

**Amazon Drive**
Cloud storage from Amazon

**6pm**
Score deals on fashion brands

**AbeBooks**
Books, art & collectibles

**ACX**
Audiobook Publishing Made Easy

**Alexa**
Actionable Analytics for the Web

**Sell on Amazon**
Start a Selling Account

**Amazon Business**
Everything For Your Business

**Amazon Fresh**
Groceries & More Right To Your Door

**AmazonGlobal**
Ship Orders Internationally

**Home Services**
Experienced Pros Happiness Guarantee

**Amazon Ignite**
Sell your original Digital Educational Resources

**Amazon Web Services**
Scalable Cloud Computing Services

**Audible**
Listen to Books & Original Audio Performances

**Book Depository**
Books With Free Delivery Worldwide

**Box Office Mojo**
Find Movie Box Office Data

**ComiXology**
Thousands of Digital Comics

**DPReview**
Digital Photography

**East Dane**
Designer Men's Fashion

**Fabric**
Sewing, Quilting & Knitting

**Goodreads**
Book reviews & recommendations

**IMDb**
Movies, TV & Celebrities

**IMDbPro**
Get Info Entertainment Professionals Need

**Kindle Direct Publishing**
Indie Digital & Print Publishing Made Easy

**Amazon Photos**
Unlimited Photo Storage Free With Prime

**Prime Video Direct**
Video Distribution Made Easy

**Shopbop**
Designer Fashion Brands

**Amazon Warehouse**
Great Deals on Quality Used Products

**Whole Foods Market**
America's Healthiest Grocery Store

**Woot!**
Deals and Shenanigans

**Zappos**
Shoes & Clothing

**Ring**
Smart Home Security Systems

**eero WiFi**
Stream 4K Video in Every Room

**Blink**
Smart Security for Every Home

**Neighbors App**
Real-Time Crime & Safety Alerts

**Amazon Subscription Boxes**
Top subscription boxes – right to your door

**PillPack**
Pharmacy Simplified

**Amazon Renewed**
Like-new products you can trust

**Amazon Second Chance**
Pass it on, trade it in, give it a second life

---

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2021, Amazon.com, Inc. or its affiliates

Document title: Amazon.com: Magic hover Hoverboard Off Road All Terrain Self Balancing Scooter 6.5&quot; T581 Flash Two-Wheel Self Balancing Hoverboard with…
Capture URL: https://www.amazon.com/dp/B08HW9TTBG
Capture timestamp (UTC): Tue, 27 Jul 2021 14:48:23 GMT



# amazon
### prime

Deliver to Arthur
Chicago 60605

Hello, Arthur
Account & Lists

Returns
& Orders

Cart

☰ All    Customer Service    Prime Video    Gift Cards    Arthur's Amazon.com    Shopper Toolkit    Outdoor Recreation      **Shop low prices for school**

Sports & Outdoors    Sports & Fitness    Outdoor Recreation    Sports Fan Shop    Sports Deals    Outdoor Deals


Students and government assistance recipients
could save 50% on Prime

Sports & Outdoors › Outdoor Recreation › Skates, Skateboards & Scooters › Scooters & Equipment › Scooters › Self Balancing Scooters



Roll over image to zoom in

VIDEO

## Hoverboard All Terrain Off Road 6.5" inch T581 Hoverboards,with Bluetooth Speaker and App-Enabled, Smart Self Balancing Hover Board and Two-Wheel with UL2272 Certified for Kids and Adults

Brand: Magic hover

★★★★☆ ˅    329 ratings  |  72 answered questions

**Price:** **$279.00** ✓prime & FREE Returns

Coupon ☐   Save an extra **$15.00** when you apply this coupon.
Details

**Pay $23.25/month for 12 months, interest-free with your Amazon Prime Rewards Visa Card**

**Color: blue-T581*kart**

 

| | |
|---|---|
| **Brand** | Magic hover |
| **Color** | Blue-T581*kart |
| **Package Dimensions** | 26 x 18.15 x 11.75 inches; 36.2 Pounds |

### About this item

- Strong off road hoverboard -powered by 703 watt motors. This self balancing hoverboard use strong off road tires which have great adaptability for all terrains, you will feel safe no matter what sorts of road you are on.
- Hoverboard smart APP - efficient app helps you stay in complete control. Use app to change modes, check battery, see and change the speed, and control the LED lights with ease.
- Two modes - For all riders. Child mode makes the hoverboard easier to control for first time or children. Adult mode allows expert riders to enjoy this product and perform hoverboard tricks with ease.
- High quality bluetooth music speaker - The Magic Swift sports a built in branded high quality speaker that allows you to enjoy music while you ride.
- Safest self balancing hoverboard - Every hover board is designed and built to provide world class levels of safety and security. This hover board and its battery are UL.



Share ✉ 📘 🐦 📌

**$279.00**
✓prime & FREE Returns ˅

FREE delivery: **Friday, July 30**
Order within 14 hrs and 10 mins
Details

⊚ Deliver to Arthur - Chicago 60605

### In Stock.

Qty: 1 ˅

**Add to Cart**

**Buy Now**

🔒 Secure transaction

Ships from   Amazon
Sold by     Runchenyun

Return policy: This item is returnable ˅

**Add a Protection Plan:**
☐ 2 Year Sporting Goods Protection Plan for $24.99
☐ Add a gift receipt for easy returns

**Add to List** ˅

Have one to sell?

**Sell on Amazon**

10% off coupon

Qinhin Solar Garden Statue Solar Power Fairy Sculpture Resin...
$40.34

Sponsored ⓘ





hoverboard easier to control for first time or children.

- Adult or children to perform hoverboard tricks and perform hoverboard tricks with ease.
- High quality bluetooth music speaker - The Magic Swift sports a built in branded high quality speaker that allows you to enjoy music while you ride.
- Safest self balancing hoverboard - Every hover board is designed and built to provide world class levels of safety and security. This hover board and its battery are UL certified.(UL2272 & UL2271) 103% ride tested, and all Magic hoverboards are desined and built to meet top levels of safety testing. Passed CE, RoHS, and FCC certifications.

Report incorrect product information.

Qinhin Solar Garden Statue Solar Power Fairy Sculpture Resin...
$40.34

Sponsored ⓘ



Gonex 22 Inch Skateboard for Girls Boys Kids Beginners, Mini Cruiser...
★★★★☆ 1,529
$36.99 ✓prime

Sponsored ⓘ

## Frequently bought together



Total price: $627.94

[ Add all three to Cart ]

ⓘ Some of these items ship sooner than the others. Show details

☑ **This item:** Hoverboard All Terrian Off Road 6.5" inch T581 Hoverboards,with Bluetooth Speaker and App-Enabled, S... $279.00
☑ Hover-1 Buggy Attachment for Transforming Hoverboard Scooter into Go-Kart $49.94
☑ Gyroor Warrior 8.5 inch All Terrain Off Road Hoverboard with Bluetooth Speakers and LED Lights, UL2272 Certified ... $299.00

## Inspired by your recent shopping trends

Page 1 of 16

‹





Gyroor Hoverboard Off Road All Terrian 6.5" Two-Wheel G11 Flash LED Light Self Balancing Hoverboards with Bluetooth Music...
★★★★☆ 415
$199.00

TOMOLOO Hoverboard UL2272 Certified 8.5 Inch Off Road Hoverboard App Controlled Electric Self...
★★★★☆ 27
$299.99
✓prime FREE Delivery

CBD All-Terrain Hoverboard, Two-Wheel 6.5 inch Self Balancing Hoverboard with Bluetooth and LED...
★★★★☆ 295
$229.99
✓prime FREE Delivery

Gyroor Swift Hoverboard Self Balancing Hoverboard with Music Speaker LED Lights, 6.5 inch Two-Wheel...
★★★★☆ 632
$167.00
✓prime FREE Delivery

Hover-1 Falcon 1 Hoverboard Seat Attachment Turbo Light, Transform Your Hoverboard into Go-Kart
★★★★☆ 1,139
$79.99
✓prime FREE One-Day

›

Document title: Amazon.com: Magic hover Hoverboard Off Road All Terrain Self Balancing Scooter 6.5" T581 Flash Two-Wheel Self Balancing Hoverboard with...
Capture URL: https://www.amazon.com/dp/B07PLSJRGQ?th=1
Capture timestamp (UTC): Tue, 27 Jul 2021 14:50:19 GMT

Page 2 of 13











Road All Terrain 8.5
Two-Wheel G1.1 Flash
LED Light Self Balancing
Hoverboards with
Bluetooth Music...
★★★★⯪ 415
$199.00

UL2272 Certified 6.5
Hoverboard App
Controlled Electric Self...
★★★★⯪ 27
$299.99
✓prime FREE Delivery

Hoverboard, Two Wheel
6.5 inch Self Balancing
Hoverboard with
Bluetooth and LED...
★★★★⯪ 295
$229.99
✓prime FREE Delivery

Self Balancing
Hoverboard with Music
Speaker LED Lights, 6.5
inch Two-Wheel...
★★★★⯪ 632
$167.00
✓prime FREE Delivery

Hoverboard Seat
Attachment Baby Light,
Transform Your
Hoverboard into Go-Kart
★★★★⯪ 1,139
$79.99
✓prime FREE One-Day

## Products related to this item

Sponsored ⓘ  **Page 1 of 49**

<

Gyroor Hoverboard
Offroad All Terrain Flash
Wheel Self Balancing G5
Hoverboards wit...
★★★★⯪ 277
$249.00
Item Weight: **2 Pounds**
Wheel Size: **6 Miles**
Frame Material: **Aluminum**
Style: **Portable**

Gyroor G2 Hoverboard
8.5" Off Road All Terrain
Hoverboards Bluetooth
Speaker&Self B...
★★★★⯪ 15
$399.00

Gyroor Warrior 8.5 inch
All Terrain Off Road
Hoverboard with
Bluetooth Speakers...
★★★★⯪ 3,398
$299.00
Item Weight: **2.2 Pounds**
Frame Material: **Aluminum**

XPRIT 8.5" All Terrain
Off-Road Hoverboard
w/Bluetooth Speaker,
LED Lights, UL2272...
★★★★⯪ 473
$219.95 ✓prime
Wheel Size: **8.5 Inches**

Segway Ninebot S and S-
Max Smart Self-
Balancing Electric
Scooter with LED light,...
★★★★⯪ 2,694
$539.99 ✓prime
Wheel Size: **10.5 Inches**
Brake Style: **Front Braking**

>

# Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

# From the manufacturer





Safest self balancing hoverboard



### Safest self balancing hoverboard

Magic hover T581 OFF ROAD self balance hoverboard pass all the necessary CE/ Rohs /FCC certified, and battery with UL2272 which can ensure every part is completely safe won't go on fire and protect user's safety.



### For all riders

350W * 2 Motor with 6.5 inch off road tire can handle bumpy pavements, gravel, grass, sand, and dirt paths in all terrain, allowing you enjoy a smooth ride while getting the best out of your self-balancing hoverboard, it is the best gift for the kids and adults.







### More power

powerful engines that gives you great power. This allows you to reach a speed up to 10-12 km / h (varies by weight, road conditions in all terrain).

### Hoverboard smart APP

Efficient app helps you stay in complete control. Use app to change modes, check battery, see and change the speed, and control the LED lights with ease.Built-in Bluetooth speaker allow you to enjoy the music while riding and play your favorite tunes.

### Free fashion bag

Easy carry, a beautiful hoverboard bag include, you can easily carry it outdoors.

This allows you to reach a speed up to 10-12 km / h (varies by weight, road conditions in all terrain).

control. Use app to change modes, check battery, see and change the speed, and control the LED lights with ease.Built-in Bluetooth speaker allow you to enjoy the music while riding and play your favorite tunes.

you can easily carry it outdoors.



---

## Product details

Color:blue-T581*kart

**Date First Available** : September 12, 2020

**Manufacturer** : CHETAIDOU

**ASIN** : B08HW9TTBG

**Best Sellers Rank:** #50,132 in Sports & Outdoors (See Top 100 in Sports & Outdoors)
#45 in Self Balancing Scooters

**Customer Reviews:**
★★★★½ ⌄   329 ratings

---

# Videos

Page 1 of 4

### Videos for this product

Videos for relate



**Customer Review:** Amazing Go Kart Experience!

Melissa



Hoverboard 6.5" inch All Terrain Off Road T581 Hoverboards,with…

Merchant Video



**Customer Review:** This is a great Hoover board!

Holly



Self Balancing Scoot

SFSOFTINC

Upload your video

---

## Products related to this item

Page 1 of 28

Sponsored ⓘ

## Products related to this item

Sponsored 

Page 1 of 28

<

     

>

| Hover-1 Dream Hoverboard Electric Scooter Light Up LED Wheels , Jet Black, 25… | Gyroor Hoverboard Offroad All Terrain Flash Wheel Self Balancing G5 Hoverboards wit… | Hover-1 Drive Hoverboard for Kids Self Balancing Electric Hoverboard, Black (H1… | Hover-1 i100 Electric Hoverboard Scooter with Infinity LED Wheel Lights, Galaxy | XPRIT 6.5" Self Balancing Hoverboard w/Wireless Speaker, Chrome Finish,… |
|---|---|---|---|---|
| ★★★★½ 451 | ★★★★½ 277 | ★★★★½ 1,166 | ★★★★½ 635 | ★★★★☆ 91 |
| $139.99 ✓prime | $249.00 | Limited time deal $119.00 ✓prime List: $159.99 (26% off) | $199.99 ✓prime | $134.99 ✓prime |



Hover-1 Hoverboard Bluetooth Speaker Self Balancing Hover Board Electric Scooter for Kids and Adults, 24 x 8 x 8.5

★★★★☆ 138

$199.99 ✓prime

Sponsored

## Customer questions & answers

🔍 Have a question? Search for answers

▲
1
vote
▼

**Question:** Does it come with a warranty?

**Answer:** Dear friend，yes, surely,the Warranty is 1 year for the hoverboard, 6 months for the battery, except normal wear and tear. Any issue please contact us, our goal is your satisfaction.
By Magic Hover **SELLER** on June 1, 2019

⌄ See more answers (1)

▲
0
votes
▼

**Question:** It say the brand is magic hover but the hoverboard in the pic shows Gyroor hoverboards so is magic hover just the company that sells Gyroor products?

**Answer:** Dear friends,please don`t worry, it is Gyroor`s hoverboard, we are the Gyroor`s Distributor, if you like it, you can buy it directly, thanks.our support email is info@gyroorboard.com, if you have any problem, please kindly contact us freely.
By Magic Hover **SELLER** on December 10, 2019

▲
0
votes
▼

**Question:** How far is the distance from the seat of the car to the leg rest?

**Answer:** Dear friends, it is adjustable from 19cm to 22 cm, thanks.
By Magic Hover **SELLER** on March 9, 2020



like it, you can buy it directly, thanks.our support email is info@gyroorboard.com, if you have any
problem, please kindly contact us freely.
By Magic Hover **SELLER** on December 10, 2019

| votes | | |

**Question:** How far is the distance from the seat of the car to the leg rest?

**Answer:** Dear friends, it is adjustable from 19cm to 22 cm, thanks.
By Magic Hover **SELLER** on March 9, 2020

0 votes

**Question:** Does this come with the kart and Hoverboard?

**Answer:** Dear friends, yes, the Three-in -one come with the kart and hoverboard.
By Magic Hover **SELLER** on August 20, 2019

∨ See more answers (3)

0 votes

[ See more answered questions (68) ]

---

## Customer reviews

★★★★☆ 4.3 out of 5

329 global ratings

| | | |
|---|---|---|
| 5 star | ████████ | 74% |
| 4 star | █ | 9% |
| 3 star | █ | 5% |
| 2 star | █ | 3% |
| 1 star | ██ | 10% |

∨ How are ratings calculated?

### By feature

| Battery life | ★★★★☆ 4.1 |
|---|---|
| Durability | ★★★★☆ 4.1 |
| Sturdiness | ★★★★☆ 4.1 |

### Review this product

Share your thoughts with other customers

[ Write a customer review ]



**LINKSYS**

Get Faster Home
WiFi Speeds and
Reliable Coverage.

### Reviews with images



See all customer images

### Read reviews that mention

| year old | hoverboard | battery life | hold a charge | son loves |
| play music | kids love | stopped working | son for his birthday |
| worth the money | straps broke | coolest thing | cart attachment |

### Top reviews from the United States

◉ Melissa

★★★★★ **Amazing Go Kart Experience!**

Reviewed in the United States on June 19, 2019

Color: blue-T581*kart | Verified Purchase | Early Reviewer Rewards (What's this?)



This product was amazing! My kids
absolutely love it and cant get enough
of it. My husband bought them a hover
board and they really enjoyed that. I
was browsing amazon and saw this kart
from the same store. I knew I had to
surprise them all with it! My husband
assembled it quick and he absolutely
loved it. The next day the kids tried it
and had so much fun. It is much safer to
ride and could go on all surfaces. Grass
is difficult for adults and that doesn't
matter.. It is well built and has a ton of

cool features. Would definitely buy again.

23 people found this helpful



LINKSYS

Get Faster Home
WiFi Speeds and
Reliable Coverage.

Linksys AX3200 Wi-Fi 6 Router for Home ...

★★★★☆ 821

Shop now

Sponsored ⓘ



surprise them all with it! My husband absolutely loved it. The next day the kids tried it and had so much fun. It is much safer to ride and could go on all surfaces. Grass is difficult for adults and that doesn't matter.. It is well built and has a ton of cool features. Would definitely buy again.

23 people found this helpful

Helpful | Report abuse

 Jose R.

★★★★★ **Fun Hoover for the family !**
Reviewed in the United States on May 22, 2019
**Verified Purchase**



The quality is amazing; it feels very sturdy and strong. It holds my weight of 210 pounds with no problem. I also like how the fiber carbon parts makes it feel strong and look sleek as well.

The dual motor is very responsive and powerful, I was amaze how smooth they are making the self-balancing feature. It is extremely helpful to anyone especially for beginners like me and my wife. It was helpful that the maximum speed of 12.0km/h can be adjusted using the mobile application and the children and adult modes make it versatile for everyone.

⌄ Read more



18 people found this helpful

Helpful | Report abuse

 Andy B

★☆☆☆☆ **Buyer Beware!!**
Reviewed in the United States on June 30, 2020
Color: blue-T581*kart | **Verified Purchase**

My son enjoyed this hoverboard on his birthday early May for a full 30 minutes, and although he liked it in that very brief time, it died. After contacting Gryoor, they insisted I contact them directly outside of Amazon. They would replace the motherboard for "free." It arrived at their office on May 22 and I have not heard anything since. Essentially, they stole the $279 I paid. Shame on them.

Amazon? Help?

5 people found this helpful

Helpful | Report abuse

 Holly

★★★★★ **This is a great Hoover board!**
Reviewed in the United States on June 29, 2019
Color: blue-T581*kart | **Verified Purchase** | **Early Reviewer Rewards** (What's this?)

5 people found this helpful

Helpful    Report abuse

 Holly

★★★★★ **This is a great Hoover board!**
Reviewed in the United States on June 29, 2019
Color: blue-T581*kart | Verified Purchase | Early Reviewer Rewards (What's this?)



Works great off road or on battery life is good, kids are having a blast with this! Had bought another one just different model and customer service has been very responsive with a problem with the wheel stopping.

▶ 0:00

18 people found this helpful

Helpful    Report abuse

 Topp

★★★★★ **Sturdy Hoverboard and Great Customer Service**
Reviewed in the United States on January 16, 2020
Verified Purchase

I purchased this board for my 11 year old son and he loves it! The lights and wheel illumination are great! He loves that both can be changed through the app as well as play music from a device through the speakers on the board. The motors are more powerful than most hoverboards out there. Construction is solid and balanced.

We needed some help from customer service soon after opening it, so I emailed them. A representative responded very quickly and stayed in touch until we were completely taken care of. I feel like Gyroor went the extra mile. It was really nice! Great company and product.

13 people found this helpful

Helpful    Report abuse

 Jillian Bencic

★★★★★ **great for children,**
Reviewed in the United States on June 4, 2019
Verified Purchase | Early Reviewer Rewards (What's this?)



Packaging: very well packaged no dents scratches or marks on the hover board. Foam is placed properly inside the box to protect the board from damage.

Ease of use: This is made for children under 12 in my opinion. It is a little smaller than other boards out there. The wheels are a little smaller than others I have seen. But for my 7 year old daughter it is perfect. My daughter hopped right on the hover board and took off right away, she spins around

▶ 0:00

goes forward and backwards with what appears to be no effort she loves it!! I am 36 years old and



Ease of use: This is made for children  It is a little smaller than other boards out there. The wheels are a little smaller than others I have seen. But for my 7 year old daughter it is perfect. My daughter hopped right on the hover board and took off right away, she spins around goes forward and backwards with what appears to be no effort she loves it!! I am 36 years old and

˅ Read more



14 people found this helpful

| Helpful | Report abuse |
| --- | --- |

 G. Marchand

★★★★★ **10/10 fun factor, but be careful!**
Reviewed in the United States on October 5, 2020
Color: blue-T581 | Verified Purchase

Just got this for our 8yo son. It's the coolest thing he's ever had. Can't comment on longevity of the product, but initial fun rating is a 10/10. Speaker quality is fine. App control with lights and speedometer are fun but not necessary. It's a little too heavy for him to carry safely on his own. Came charged enough to play around with for a couple hours. He's pretty confident on it after just a few days of riding mostly indoors. Stay away from cabinets and trim. Unfinished basements and outside are best to learn to ride it. Adults be careful. This is not a skateboard, scooter, or a Segway. My wife got on, did 4-5 full speed rotations, and got flung off like it was a mechanical bull.

One person found this helpful

| Helpful | Report abuse |
| --- | --- |

 Alandreia

★★★★★ **Best hoverboard so far!! Easy to read manual, charger, and carrying bag included**
Reviewed in the United States on May 24, 2019
Verified Purchase



 Bluetooth connects easily thru phone and speakers are great!! Loud music! Pretty LED lights inside the wheels. When u connect to app it lets u change the color of the front/back lights and u can also change from adult mode to kids mode for younger kids! Love it so far 🧡



16 people found this helpful

| Helpful | Report abuse |
| --- | --- |



16 people found this helpful

Helpful | Report abuse

**See all reviews ›**

## 4 stars and above

Page 1 of 31

Sponsored ⓘ









**Gyroor Hoverboard Offroad All Terrain Flash Wheel Self Balancing G5 Hoverboards wit...**
★★★★½ 277
$249.00
Item Weight: **2 Pounds**
Wheel Size: **6 Miles**
Frame Material: **Aluminum**
Style: **Portable**

**XPRIT 8.5" All Terrain Off-Road Hoverboard w/Bluetooth Speaker, LED Lights, UL2272...**
★★★★½ 473
$219.95 ✓prime
Wheel Size: **8.5 Inches**

**Gyroor Warrior 8.5 inch All Terrain Off Road Hoverboard with Bluetooth Speakers...**
★★★★½ 3,398
$299.00
Item Weight: **2.2 Pounds**
Frame Material: **Aluminum**

**Segway Ninebot S and S-Max Smart Self-Balancing Electric Scooter with LED light,...**
★★★★½ 2,694
$539.99 ✓prime
Wheel Size: **10.5 Inches**
Brake Style: **Front Braking**

**CBD Flash Hoverboard, All Terrain hoverboard Off Road Two-Wheel 6.5 inch Self Balan...**
★★★★½ 295
$229.99 ✓prime
Item Weight: **5 Pounds**
Wheel Size: **6.5 Inches**


Sweet & salty snack bliss    amazon fresh
Shop now ›

Sponsored ⓘ

**Pages with related products.** See and discover other items: Explore go karts for hoverboards

## Explore more items

Page 1 of 4











**Segway Ninebot Electric GoKart Drift Kit, Outdoor Racer Pedal Car, Ride On Toys (Not Included Ninebot S)**
★★★★½ 656
$879.99

**Segway Ninebot Drift W1, Electric Roller Skates Hovershoes, Two Wheels self Balancing Scooter with RGB LED**
★★★★½ 427
$469.99

**KECUCO Handlebar Extension Knee Bar for SegwayminiPRO/ 2018 Edition/ 2019 Segway/Segway S.**
★★★★½ 225
$56.57

**Jetson JetKart 2.0 Universal Hoverboard Attachement - Converts Hoverboard to Sit Down Electric Go Kart with Rear Suspension for...**
★★★★☆ 795

**Zip Line Gear Tree Saver Block Kit (for 2 Trees)**
★★★★★ 98
$60.00
✓prime Overnight by 8AM



**Segway Ninebot Electric GoKart Drift Kit, Outdoor Racer Pedal Car, Ride On Toys (Not Included Ninebot S)**
★★★★½ 656
$879.99
✓prime FREE Delivery



**Segway Ninebot Drift W1, Electric Roller Skates Hovershoes, Two Wheels self balancing Scooter with RGB LED**
★★★★½ 427
$469.99
✓prime FREE One-Day



**KECUCO Handlebar Extension Knee Bar for SegwayminiPRO/ 2018 Edition/ 2019 Segway/Segway S.**
★★★★☆ 225
$56.57
✓prime FREE One-Day



**Jetson JetKart 2.0 Universal Hoverboard Attachment - Converts Hoverboard to Sit Down Electric Go Kart with Rear Suspension for…**
★★★★☆ 295
9 offers from $69.35



**Zip Line Gear Tree Saver Block Kit (for 2 Trees)**
★★★★★ 98
$60.00
✓prime Overnight by 8AM

## Inspired by your browsing history

Page 1 of 10





**Hover-1 Buggy Attachment for Transforming Hoverboard Scooter into Go-Kart**
★★★★½ 6,727
$49.94
✓prime FREE Delivery



**Hiboy HC-01 Hoverboard Kart Seat Attachment Accessory for 6.5" 8" 10" Two Wheel Self Balancing Scooter**
★★★★½ 1,900
$89.99
✓prime FREE Delivery



**Hover-1 Buggy Attachment for Transforming Hoverboard Scooter into Go-Kart**
★★★★½ 6,727
$49.94-$143.00
✓prime FREE Delivery



**HoovyKart - Go Kart Conversion Kit for Hoverboards - Safer For Kids - All Heights - All Ages - Self Balancing…**
★★★★½ 757
$79.95
✓prime FREE One-Day



**HYPER GOGO GoKart Kit - Hoverboard Attachment - Compatible with All Hover Boards ,Red**
★★★★☆ 132
$449.00
✓prime FREE Delivery

## Your Browsing History   View or edit your browsing history  ›

Page 1 of 3





**Back to top**

## Get to Know Us

Careers
Blog
About Amazon
Sustainability
Press Center
Investor Relations
Amazon Devices

## Make Money with Us

Sell products on Amazon
Sell apps on Amazon
Become an Affiliate
Become a Delivery Driver
Start a package delivery business
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub

## Amazon Payment Products

Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon Secured Card
Amazon Business Card
Amazon Business Line of Credit
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

## Let Us Help You

Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices

Document title: Amazon.com: Magic hover Hoverboard Off Road All Terrain Self Balancing Scooter 6.5&quot; T581 Flash Two-Wheel Self Balancing Hoverboard with…
Capture URL: https://www.amazon.com/dp/B07PLSJRGQ?th=1
Capture timestamp (UTC): Tue, 27 Jul 2021 14:50:19 GMT
Page 12 of 13

**Back to top**

### Get to Know Us

Careers

Blog

About Amazon

Sustainability

Press Center

Investor Relations

Amazon Devices

### Make Money with Us

Sell products on Amazon

Sell apps on Amazon

Become an Affiliate

Become a Delivery Driver

Start a package delivery business

Advertise Your Products

Self-Publish with Us

Host an Amazon Hub

› See More Ways to Make Money

### Amazon Payment Products

Amazon Rewards Visa Signature Cards

Amazon.com Store Card

Amazon Secured Card

Amazon Business Card

Amazon Business Line of Credit

Shop with Points

Credit Card Marketplace

Reload Your Balance

Amazon Currency Converter

Promotional Financing

### Let Us Help You

Amazon and COVID-19

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Amazon Assistant

Help

 amazon

⊕ English | 🇺🇸 United States

| | | | | | | |
|---|---|---|---|---|---|---|
| **Amazon Music** Stream millions of songs | **Amazon Advertising** Find, attract, and engage customers | **Amazon Drive** Cloud storage from Amazon | **6pm** Score deals on fashion brands | **AbeBooks** Books, art & collectibles | **ACX** Audiobook Publishing Made Easy | **Alexa** Actionable Analytics for the Web |
| **Sell on Amazon** Start a Selling Account | **Amazon Business** Everything For Your Business | **Amazon Fresh** Groceries & More Right To Your Door | **AmazonGlobal** Ship Orders Internationally | **Home Services** Experienced Pros Happiness Guarantee | **Amazon Ignite** Sell your original Digital Educational Resources | **Amazon Web Services** Scalable Cloud Computing Services |
| **Audible** Listen to Books & Original Audio Performances | **Book Depository** Books With Free Delivery Worldwide | **Box Office Mojo** Find Movie Box Office Data | **ComiXology** Thousands of Digital Comics | **DPReview** Digital Photography | **East Dane** Designer Men's Fashion | **Fabric** Sewing, Quilting & Knitting |
| **Goodreads** Book reviews & recommendations | **IMDb** Movies, TV & Celebrities | **IMDbPro** Get Info Entertainment Professionals Need | **Kindle Direct Publishing** Indie Digital & Print Publishing Made Easy | **Amazon Photos** Unlimited Photo Storage Free With Prime | **Prime Video Direct** Video Distribution Made Easy | **Shopbop** Designer Fashion Brands |
| **Amazon Warehouse** Great Deals on Quality Used Products | **Whole Foods Market** America's Healthiest Grocery Store | **Woot!** Deals and Shenanigans | **Zappos** Shoes & Clothing | **Ring** Smart Home Security Systems | **eero WiFi** Stream 4K Video in Every Room | **Blink** Smart Security for Every Home |
| | **Neighbors App** Real-Time Crime & Safety Alerts | **Amazon Subscription Boxes** Top subscription boxes – right to your door | **PillPack** Pharmacy Simplified | **Amazon Renewed** Like-new products you can trust | **Amazon Second Chance** Pass it on, trade it in, give it a second life | |

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996–2021, Amazon.com, Inc. or its affiliates

Document title: Amazon.com: Magic hover Hoverboard Off Road All Terrain Self Balancing Scooter 6.5&quot; T581 Flash Two-Wheel Self Balancing Hoverboard with…
Capture URL: https://www.amazon.com/dp/B07PLSJRGQ?th=1
Capture timestamp (UTC): Tue, 27 Jul 2021 14:50:19 GMT



amazon
prime

Deliver to Arthur
Chicago 60605

Hello Arthur
Account & Lists

Returns
& Orders

0
Cart



All | Customer Service | Prime Video | Gift Cards | Arthur's Amazon.com | Shopper Toolkit | Outdoor Recreation

**Shop Back to School deals**

Sports & Outdoors | Sports & Fitness | Outdoor Recreation | Sports Fan Shop | Sports Deals | Outdoor Deals

Students and government assistance recipients
could save 50% on Prime

Sports & Outdoors › Outdoor Recreation › Skates, Skateboards & Scooters › Scooters & Equipment › Scooters › Self Balancing Scooters

 **Purchased another variation 2 times**
Last purchased Jun 21, 2021. | Color: black | View item



Roll over image to zoom in

2 VIDEOS

# Gyroor Warrior 8.5 inch All Terrain Off Road Hoverboard with Bluetooth Speakers and LED Lights, UL2272 Certified Self Balancing Scooter

Visit the Gyroor Store

★★★★☆ ∨ | 3,401 ratings | 305 answered questions

Price: **$299.00**

**Coupon** ☐ Save an extra **$15.00** when you apply this coupon.
Details

**Pay $24.92/month for 12 months, interest-free with your Amazon Prime Rewards Visa Card**

Color: **blue**

 

| | |
|---|---|
| **Brand** | Gyroor |
| **Color** | Blue |
| **Package Dimensions** | 27.5 x 11.3 x 9.95 inches; 33 Pounds |
| **Maximum Weight Recommendation** | 265 Pounds |
| **Frame Material** | Aluminum |

## About this item

- SUPER STURDY & DURABLE – The Warrior 8.5 inch Off Road Hoverboard is made from a perfect combination of UL approved materials which make up its sturdy structure that guarantees durability while keeping you safe during rides and allowing you enjoy this hoverboard for years to come.
- ALL-TERRAIN RIDES - With 8.5 inch solid tires and 700 watts motor you can be sure of a smooth and easier ride on all terrains. So, feel free to ride on grass, dirt, gravel or wet surfaces. Ride like a warrior!
- MUSIC SPEAKER INCLUDED – For the music lovers, we have added a Built-in branded high quality music speaker to allow you play your music when riding the hoverboard. No ride will be more fun than this!

Share ✉ f 🐦 ⓟ

**$299.00**

FREE delivery: **Aug 20 - Sep 13**

Fastest delivery: **Aug 5 - 10**

◉ Deliver to Arthur - Chicago 60605

**In stock.**

Usually ships within 4 to 5 days.

Qty: 1 ∨

**Add to Cart**

**Buy Now**

🔒 Secure transaction

Ships from runjinjia-us
Sold by runjinjia-us

Return policy: This item is returnable ∨

**Add a Protection Plan:**
☐ 2 Year Sporting Goods Protection Plan for $24.99

**Add to List** ∨

Have one to sell?

Sell on Amazon





Hover-1 H1-100 Electric Hoverboard Scooter with…

★★★★☆ 636

$199.99 ✓prime



Roll over image to zoom in

2 VIDEOS

- ALL TERRAIN RIDES – With 8.5 mph solid tires and 400 watts motor you can be sure of a smooth and easier ride on all terrains. So, feel free to ride on grass, dirt, gravel or wet surfaces. Ride like a warrior!
- MUSIC SPEAKER INCLUDED – For the music lovers, we have added a Built-in branded high quality music speaker to allow you play your music when riding the hoverboard. No ride will be more fun than this!
- SELF BALANCING BOARD – The Self balancing technology used for this hoverboard makes it easier and safe for new riders. Master the art of balancing in minutes!
- OUR SAFETY PROMISE – This hoverboard is UL2272 certified and this means it has passed strict electrical and safety test to assure safe charging and rides. If you feel this hoverboard is performing below this promise, feel free to contact us.

☐ Report incorrect product information.

**5% off coupon**

RIDE SWFT Sonic Hoverboard Self Balancing All Terrain Scooter, 10"…
⭐⭐⭐⭐½ 149
$299.00 ✓prime

Sponsored ⓘ

Hover-1 H1-100 Electric Hoverboard Scooter with…
⭐⭐⭐⭐½ 636
$199.99 ✓prime

Sponsored ⓘ

---

## Frequently bought together



Total price: **$418.99**

[Add all three to Cart]

ⓘ Some of these items ship sooner than the others. Show details

☑ **This item:** Gyroor Warrior 8.5 inch All Terrain Off Road Hoverboard with Bluetooth Speakers and LED Lights, UL227… $299.00
☑ EverCross Hoverboard Seat Attachment, Hoverboard Attachments, Hoverboard Accessories Compatible with 6.5" 8" … $75.00
☑ EverCross Hoverboard Seat Attachment, New Gen Hoverboard Seat with Safety Brake System, Hoverboard Attachm… $44.99

---

## Inspired by your recent shopping trends

Page 1 of 16

<

    

>

TOMOLOO Hoverboard UL2272 Certified 8.5 Inch Off Road Hoverboard App Controlled Electric Self…
⭐⭐⭐⭐½ 27

Gyroor Hoverboard Off Road All Terrian 6.5" Two-Wheel G11 Flash LED Light Self Balancing Hoverboards with Bluetooth Music…

CBD All-Terrain Hoverboard, Two-Wheel 6.5 inch Self Balancing Hoverboard with Bluetooth and LED…
⭐⭐⭐⭐½ 205

VOYAGER Hoverboard Air Wheel Offroad Electric Hoverboard, Rugged 8.5 Inch All Terrain Wheels, 8.7…
⭐⭐⭐½ 0

FLYING-ANT Hoverboard, 8.5 inch All Terrain Off Road Hoverboard with Bluetooth Speaker and LED Lights for Kids…




**TOMOLOO Hoverboard UL2272 Certified 8.5 Inch Off Road Hoverboard App Controlled Electric Self...**
⭐⭐⭐⭐ 27
$299.99
✔prime FREE Delivery

**Gyroor Hoverboard Off Road All Terrian 6.5" Two-Wheel G11 Flash LED Light Self Balancing Hoverboards with Bluetooth Music...**
⭐⭐⭐⭐ 415
$199.00

**CBD All-Terrain Hoverboard, Two-Wheel 6.5 inch Self Balancing Hoverboard with Bluetooth and LED...**
⭐⭐⭐⭐ 295
$229.99
✔prime FREE Delivery

**VOYAGER Hoverboard Air Wheel Offroad Electric Hoverboard, Rugged 8.5 Inch All Terrain Wheels, 8.7...**
⭐⭐⭐ 9
$399.99
✔prime FREE Delivery

**FLYING-ANT Hoverboard, 8.5 inch All Terrain Off Road Hoverboard with Bluetooth Speaker and LED Lights for Kids ..**
⭐⭐⭐⭐ 44
$299.99

## Products related to this item

Sponsored ⓘ

Page 1 of 49







**Gyroor Hoverboard Offroad All Terrain Flash Wheel Self Balancing G5 Hoverboards wit...**
⭐⭐⭐⭐ 277
$249.00
Item Weight: 2 Pounds
Wheel Size: 6 Miles
Frame Material: Aluminum
Style: Portable

**XPRIT 8.5" All Terrain Off-Road Hoverboard w/Bluetooth Speaker, LED Lights, UL2272...**
⭐⭐⭐⭐ 473
$219.95 ✔prime
Wheel Size: 8.5 Inches

**Hover-1 Titan Electric Self-Balancing Hoverboard Scooter with 10" Tires, Gun Metal**
⭐⭐⭐⭐ 1,479
$248.00 ✔prime
Item Weight: 24 Pounds
Wheel Size: 10 Inches
Style: Titan

**CBD Flash Hoverboard, All Terrain hoverboard Off Road Two-Wheel 6.5 inch Self Balan...**
⭐⭐⭐⭐ 295
$229.99 ✔prime
Item Weight: 5 Pounds
Wheel Size: 6.5 Inches

**Hover-1 Dream Hoverboard Electric Scooter Light Up LED Wheels, Blue Dream ,...**
⭐⭐⭐⭐ 451
$159.99 ✔prime

## Have a question?

Find answers in product info, Q&As, reviews

 🔍 Type your question or keyword

## Product Description



**Gyroor** has always been dedicated to creating Hoverboards that are safety, fun and ease of use, making every family have more interaction and happy memories. With GYROOR hoverboard, that vision is now a reality. Say hello to the future.

Document title: Amazon.com: Gyroor Warrior 8.5 inch All Terrain Off Road Hoverboard with Bluetooth Speakers and LED Lights, UL2272 Certified Self Balancing Scoot…
Capture URL: https://www.amazon.com/Gyroor-Hoverboard-Bluetooth-Certified-Balancing/dp/B07799FSJQ?ref_=ast_sto_dp&amp;th=1
Capture timestamp (UTC): Tue, 27 Jul 2021 14:59:56 GMT

Page 3 of 13

**Gyroor** has always been dedicated to creating Hoverboards that are safety, fun and ease of use, making every family have more interaction and happy memories. With GYROOR hoverboard, that vision is now a reality. Say hello to the future.



## Gyroor Hoverboard is UL certified and passed all safety tests

After several researches, we found that safety is the first priority for hoverboard users. Hence, the Gyroor Warrior Off-Road Hoverboard has tested for safety, passing all tests and is UL certified, making the GYROOR warrior G2 hoverboard absolutely safe and harmless for all level of riders.



### Sturdy and Durable

Gyroor Warrior is made from durable aluminum and certain ABS parts to ensure a pretty strong body that is sure to stand the test of time. This means that you can use the hoverboard for a long time without having to bother about the longevity of the casing.

- Motor: 350W*2 Motors
- LED: Colorful LED Lights
- Max Speed: 9.95 Miles/Hour
- Charging Time: 1.5 to 2 Hours
- Distance on Full Charge: 7.5~9.5 Miles
- Safety : UL 2272 Certified Hoverboard
- Music Speaker: Pro Music Speaker
- Lithium-Ion Battery: 4.0Ah/36V Powerful Battery

### Master all terrains

GYROOR Warrior can handle bumpy pavements, gravel, grass, sand, and dirt paths, allowing you enjoy a smooth ride while getting the best out of your self-balancing hoverboard.



- Safety : UL 2272 Certified Hoverboard
- Lithium-Ion Battery: 4.0Ah/36V Powerful Battery



## Master all terrains

GYROOR Warrior can handle bumpy pavements, gravel, grass, sand, and dirt paths, allowing you enjoy a smooth ride while getting the best out of your self-balancing hoverboard.

- Water Resistant: IP54
- Max Load: 265 Pounds
- Net Weight: 33 Pounds.
- Max Climbing Angle: 30 °
- Frame Material: Metal and Aluminum
- Tires: 8.5 inch/215mm Rubber Solid Tires
- Charging Voltage: AC100 to 240V/50-60Hz
- Product Dimensions: 29.6 Inch x 9.9 Inch x 8.8 Inch
- **Package Contains: All-New Vehicle, Battery Charger & Power Cord, Carry Bag, Rubber Protectors, User Manual,Card**







### Music and Lights

The great quality music speaker and beautiful LED lights add to the magnificence of this Off-Road Hoverboard.

### Powerful Motor

Powered by 350 watts powerful dual motors with solid shock absorber tires you can easily ride faster with more stability.

### Self Balancing

Its self-balancing mode helps you to get balanced in less than a minute.





## SMARTEST OFF ROAD HOVERBOARD

This is the smartest hoverboard you can get in the market today as it allows full stability for even the new riders, making it a perfect gift choice and favorite for kids.

## Product details

Color:blue

**Package Dimensions :** 39.8 x 12.3 x 10.1 inches; 31.95 Pounds

**Date First Available :** November 9, 2017

**ASIN :** B07S4KXRQR

**Best Sellers Rank:** #17,397 in Sports & Outdoors (See Top 100 in Sports & Outdoors)
   #12 in Self Balancing Scooters

**Customer Reviews:**
★★★★½ ˅   3,401 ratings

# Videos

Page 1 of 4

### Videos for this product



**Customer Review:** Best hover board I've ever owned. BARNONE!

Customer Video



Gyroor Hoverboard Warrior 8.5 inch All Terrain Off Road…

Gyroor



Fun on the go! safe commuting !

DARIO & MININA - (MEDIABOXENT)



Hoverboard seat - M…

DARIO & MININA - (M

Upload your video

## Products related to this item

Sponsored ⓘ

Page 1 of 28

  

## Products related to this item

Sponsored ⓘ

    

| XPRIT 8.5" All Terrain Off-Road Hoverboard w/Bluetooth Speaker, LED Lights, UL2272... | Segway Ninebot S and S-Max Smart Self-Balancing Electric Scooter with LED light,... | Gyroor Hoverboard Offroad All Terrain Flash Wheel Self Balancing G5 Hoverboards wit... | Hover-1 i100 Electric Hoverboard Scooter with Infinity LED Wheel Lights, Black | Segway Ninebot eKickScooter ZING E10 Electric Kick Scooter for Kids and Teens, Ligh... |
|---|---|---|---|---|
| ★★★★½ 984 | ★★★★½ 2,694 | ★★★★½ 277 | ★★★★½ 635 | ★★★★½ 2,239 |
| $229.95 ✓prime | $539.99 ✓prime | $249.00 | $199.99 ✓prime | $259.99 ✓prime |
| Item Weight: **25 Pounds** | Wheel Size: **10.5 Inches** | Item Weight: **2 Pounds** | Item Weight: **17.2 Pounds** | Handle Height: **37.4 Inches** |
| Wheel Size: **8.5 Inches** | Brake Style: **Front Braking** | Wheel Size: **6 Miles** | | Number of Wheels: **2** |
| | | Frame Material: **Aluminum** | | Wheel Material: **Aluminum** |
| | | Style: **Portable** | | Item Weight: **18.7 Pounds** |



Hover-1 Dream Hoverboard Electric Scooter Light Up LED Wheels
★★★★½ 456
$139.99 ✓prime

Sponsored ⓘ

## Customer questions & answers

🔍 Have a question? Search for answers

▲
7
votes
▼

**Question:** For everyone that gave this hoverboard 4 to 5 stars, how long have you been using it without any problems?

**Answer:** 6 months. Daily use on hard surfaces and grass, no issues. Good power, good app, great batteries. If you want the best, stop here. This board is not a toy! Well build, and can easily handle a seat attachment. Rides higher that most other boards.
By John D. on June 8, 2020
˅ See more answers (1)

▲
3
votes
▼

**Question:** What app to download? and from where? looked on android play store, and didn't find anything with the name gyroor. also, some of the answers regarding app are confusing -- some say it works with app, other say it doesn't.

**Answer:** Hello, thanks for your question. Gyroor new version hoverboard with app is on sale now, and the app name called Gyroor, it can be downloaded at smartphone store or scan the QR code at the back of the user manual.
By Gyroor SELLER on July 24, 2018

▲
3
votes
▼

**Question:** with the name gyroor. also, some of the answers regarding app are confusing -- some say it works with app, other say it doesn't.

**Answer:** Hello, thanks for your question. Gyroor new version hoverboard with app is on sale now, and the app name called Gyroor, it can be downloaded at smartphone store or scan the QR code at the back of the user manual.
By Gyroor **SELLER** on July 24, 2018
⌄ See more answers (4)

▲
2
votes
▼

**Question:** Why does my G2 only charge for 30 min before the charging pack says it is fully charged but the led lights are red when riding?

**Answer:** Does it still last long when riding? My son's does that but I notice that it's blue on one side and red on a other. I dont think it has to do with the charge.... His lasts several weeks before needing to recharge. He just rides off and on, not long rides.
By rose croskey on March 27, 2019

▲
1
vote
▼

**Question:** is this hoverboard FAA compliant, can it be shipped or carried aboard a commercial aircraft?

**Answer:** no hoverboard can be carried on an aircraft. EVEN if the battery power is below TSA and FAA regulation they all say the same thing "it down to the individual airline". The airlines say specifically no hoverboards. I wrote this: https://thetechieguy.com/can-travel-flight-electric-skateboard/
By Liron Segev on January 22, 2019
⌄ See more answers (1)

See more answered questions (301)

## Customer reviews


4.7 out of 5

3,401 global ratings

| | | |
|---|---|---|
| 5 star | | 85% |
| 4 star | | 7% |
| 3 star | | 2% |
| 2 star | | 1% |
| 1 star | | 4% |

⌄ How are ratings calculated?

### By feature

| | | |
|---|---|---|
| Easy to learn | ⭐⭐⭐⭐⭐ | 4.8 |
| Safety Features | ⭐⭐⭐⭐⭐ | 4.8 |
| Sturdiness | ⭐⭐⭐⭐⯪ | 4.6 |

⌄ See more

### Review this product

Share your thoughts with other customers

Write a customer review

### Reviews with images





See all customer images

### Read reviews that mention

| battery life | hoverboard | easy to learn | highly recommend | son loves |
|---|---|---|---|---|

| heavy duty | old son | easy to use | well built | self balancing |
|---|---|---|---|---|

| great hoverboard | absolutely loves | old daughter | worth the money |
|---|---|---|---|

### Top reviews from the United States

 Amazon Customer

⭐⭐⭐⭐⭐ **BEST hoverboard!!**
Reviewed in the United States on August 15, 2018
Color: black **Verified Purchase**

We got this for our 13 yr old daughter! We love the app you can download on your smartphone. The app has a self balancing mode, adult mode, you can set the speed limit, change LED lights, shut the hoverboard down and a few other functions. We think it is a lot better than the others because of the rubber tires. My daughter even brings it in (after cleaning the tires) and rides it around on our

 Amazon Customer

★★★★★ **BEST hoverboard!!**

Reviewed in the United States on August 15, 2018

Color: black | Verified Purchase

We got this for our 13 yr old daughter! We love the app you can download on your smartphone. The app has a self balancing mode, adult mode, you can set the speed limit, change LED lights, shut the hoverboard down and a few other functions. We think it is a lot better than the others because of the rubber tires. My daughter even brings it in (after cleaning the tires) and rides it around on our hardwood floors with no damage to them. The speakers on it are great too!!

131 people found this helpful

| Helpful | Report abuse |



**LINKSYS**

*Get Faster Home WiFi Speeds and Reliable Coverage.*

Linksys AX3200 Wi-Fi 6 Router for Home …

★★★★☆ 821

Shop now

Sponsored ⓘ

 Sam Thomas

★★★★☆ **Great Product**

Reviewed in the United States on November 27, 2018

Color: black | Verified Purchase

This was my first hover board wasn't sure how long it would take me to learn to ride it. After like 30 minutes of training on my own against a wall I was able to ride it with no problems.

The only thing I find bad about this hover board is that every time it starts up it makes a really loud starting indicator noise and says Bluetooth on which I wish I could switch off. Also sometimes when I get off and if it hits something it keeps beeping and won't stop until I power off and back on again.

Apart from these two things I think the hover board is pretty great.

102 people found this helpful

| Helpful | Report abuse |

 Joe M

★★★★★ **Best Hoverboard on the market**

Reviewed in the United States on September 12, 2018

Color: black | Verified Purchase

This Hoverboard is absolutely the best on the market. Its fast and extremely sturdy. Made of quality materials. The Hoverboard is a bit pricey compared to the cheap plastic knockoffs, but you get what you pay for. Would purchase again and I definitely recommend this product.

P..s.

You can charge the battery from 0 to 100 real quick. Yeah under 3 hours and u get approx. 10 miles with a full charge.

113 people found this helpful

| Helpful | Report abuse |

 Jennifer

★★★★★ **Worth it!**

Reviewed in the United States on August 3, 2018

Color: black | Verified Purchase

Easy to use once you get the hang of it. Lights are awesome as is the sound system. Getting the app on an iPhone was a bit difficult. Self balancing feature nice. Functionality is bar none. Doesn't work too well on the grass, haven't tried on gravel. App works well, wish it could change to mph instead of kph.

Document title: Amazon.com: Gyroor Warrior 8.5 inch All Terrain Off Road Hoverboard with Bluetooth Speakers and LED Lights, UL2272 Certified Self Balancing Scoot…

Capture URL: https://www.amazon.com/Gyroor-Hoverboard-Bluetooth-Certified-Balancing/dp/B07799FSJQ?ref_=ast_sto_dp&th=1

Capture timestamp (UTC): Tue, 27 Jul 2021 14:59:56 GMT

Page 9 of 13

Color: black | Verified Purchase

Easy to use once you get the hang of it. Lights are awesome as is the sound system. Getting the app on an iPhone was a bit difficult. Self balancing feature nice. Functionality is bar none. Doesn't work too well on the grass, haven't tried on gravel. App works well, wish it could change to mph instead of kph.



111 people found this helpful

Helpful | Report abuse

 Sissy

★☆☆☆☆ **Problems with Shaking and stopping**
Reviewed in the United States on October 9, 2018
**Verified Purchase**

I bought 2 of these hover boards for Christmas during the Amazon customer appreciation event in July. In October the kids just couldn't wait any longer so I gave them their boards early while the weather was still nice. They loved them! However within a few hours of using them, one of the boards was shaking and stopping. My grandson has fallen off twice and injured himself because of this defect. I would love to give this 5 stars because it is well made and the kids love them. But the shaking and stopping is not safe and negates any Positive benefits. We have tried to contact seller but not successful yet.

67 people found this helpful

Helpful | Report abuse

 T. Sutherland

★★★★★ **Super fun!**
Reviewed in the United States on August 9, 2018
Color: black | Verified Purchase

Bought this because hubby was jealous of our boy's hover board. The higher weight capacity and off road tires are a huge selling point. Easier to ride than the smaller kid size, more stable feeling. Had an issue with the charging port but Gyroor took care of it no problem!

102 people found this helpful

Helpful | Report abuse

 Liron Segev 

★★★★★ **such a great hoverboard! very easy to ride even for a ...**
Reviewed in the United States on July 10, 2018
**Verified Purchase**

such a great hoverboard! very easy to ride even for a first-time rider and my kids just got on and within minutes they were zipping around the house. Great quality, cool lights give it that futuristic look and it seems to hold a charge for a long time. The tires are massive which gives the board a really good height, comfortable ride, and even riding outside on lawn is no problem. Highly recommended!

99 people found this helpful

Helpful | Report abuse

 Amazon Customer

★★★★★ **Built tough with a smooth ride**
Reviewed in the United States on December 7, 2018

Helpful | Report abuse

Amazon Customer

★★★★★ **Built tough with a smooth ride**

Reviewed in the United States on December 7, 2018

Color: black | **Verified Purchase**

Heavy duty built with a smooth ride. I bought for my my 10 year old and she loves it. The parents love it too. I love that it comes with it's own totes bag!

90 people found this helpful

Helpful | Report abuse

See all reviews ›

---

## 4 stars and above

Sponsored ⓘ

Page 1 of 28







| | | | | |
|---|---|---|---|---|
| Gyroor Hoverboard Offroad All Terrain Flash Wheel Self Balancing G5 Hoverboards wit... | XPRIT 8.5" All Terrain Off-Road Hoverboard w/Bluetooth Speaker, LED Lights, UL2272... | CBD Flash Hoverboard, All Terrain Hoverboard Off Road Two-Wheel 6.5 inch Self Balan... | Hover-1 Titan Electric Self-Balancing Hoverboard Scooter with 10" Tires, Pink | Hover-1 Dream Hoverboard Electric Scooter Light Up LED Wheels, Blue Dream ,... |
| ★★★★☆ 277 | ★★★★☆ 473 | ★★★★☆ 295 | ★★★★☆ 1,479 | ★★★★☆ 451 |
| $249.00 | $219.95 ✓prime | $229.99 ✓prime | $248.99 ✓prime | $159.99 ✓prime |
| Item Weight: **2 Pounds** | Wheel Size: **8.5 Inches** | Item Weight: **5 Pounds** | Item Weight: **24 Pounds** | |
| Wheel Size: **6 Miles** | | Wheel Size: **6.5 Inches** | Style: **Titan** | |
| Frame Material: **Aluminum** | | | | |
| Style: **Portable** | | | | |


BLEND IT YOUR WAY
amazon fresh
Shop now ›
Sponsored ⓘ

**Pages with related products.** See and discover other items: fast hoverboard, Best dirt scooters for kids, Best led lights for filming, Explore seats for hoverboards

---

## Recommended based on your shopping trends  Sponsored

Page 1 of 4






IOLEGE Hoverboard,    Hover-1 Ultra Electric    Hover Hoverboard    Jetson Flash Self    Hover-1 Drive





---

Document title: Amazon.com: Gyroor Warrior 8.5 inch All Terrain Off Road Hoverboard with Bluetooth Speakers and LED Lights, UL2272 Certified Self Balancing Scoot...
Capture URL: https://www.amazon.com/Gyroor-Hoverboard-Bluetooth-Certified-Balancing/dp/B07799FSJQ?ref_=ast_sto_dp&amp;th=1
Capture timestamp (UTC): Tue, 27 Jul 2021 14:59:56 GMT
Page 11 of 13

     

JOLEGE Hoverboard, 6.5" Two-Wheel Self Balancing Hoverboard - LED Light Wheel…
★★★★½ 3,749
$134.99

Hover-1 Ultra Electric Self-Balancing Hoverboard Scooter
★★★★½ 2,829
$179.00 ✓prime

Hover Hoverboard Electric Scooter
★★★★½ 2,385
$224.99 ✓prime

Jetson Flash Self Balancing Hoverboard with Built In Bluetooth Speaker | Includes All…
★★★★½ 692
$189.98 ✓prime

Hover-1 Drive Hoverboard for Kids Self Balancing Electric Hoverboard, Black (H1…
★★★★½ 1,166
$119.00 ✓prime

## Inspired by your browsing history

Page 1 of 10

    

Hover-1 Buggy Attachment for Transforming Hoverboard Scooter into Go-Kart
★★★★½ 6,727
$49.94
✓prime FREE Delivery

Hiboy HC-01 Hoverboard Kart Seat Attachment Accessory for 6.5" 8" 10" Two Wheel Self Balancing Scooter
★★★★½ 1,900
$89.99
✓prime FREE Delivery

Hover-1 Buggy Attachment for Transforming Hoverboard Scooter into Go-Kart
★★★★½ 6,727
$49.94-$143.00
✓prime FREE Delivery

HYPER GOGO GoKart Kit - Hoverboard Attachment - Compatible with All Hover Boards ,Red
★★★★☆ 132
$449.00
✓prime FREE Delivery

HoovyKart - Go Kart Conversion Kit for Hoverboards - Safer For Kids - All Heights - All Ages - Self Balancing…
★★★★½ 757
$79.95
✓prime FREE One-Day

## Your Browsing History   View or edit your browsing history  ›

Page 1 of 3

      

**Back to top**

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
| --- | --- | --- | --- |
| Careers | Sell products on Amazon | Amazon Rewards Visa Signature Cards | Amazon and COVID-19 |
| Blog | Sell apps on Amazon | Amazon.com Store Card | Your Account |
| About Amazon | Become an Affiliate | Amazon Secured Card | Your Orders |
| Sustainability | Become a Delivery Driver | Amazon Business Card | Shipping Rates & Policies |
| Press Center | Start a package delivery business | Amazon Business Line of Credit | Amazon Prime |
| Investor Relations | Advertise Your Products | Shop with Points | Returns & Replacements |
| Amazon Devices | | Credit Card Marketplace | |

**Back to top**

## Get to Know Us

Careers

Blog

About Amazon

Sustainability

Press Center

Investor Relations

Amazon Devices

## Make Money with Us

Sell products on Amazon

Sell apps on Amazon

Become an Affiliate

Become a Delivery Driver

Start a package delivery business

Advertise Your Products

Self-Publish with Us

Host an Amazon Hub

› See More Ways to Make Money

## Amazon Payment Products

Amazon Rewards Visa Signature Cards

Amazon.com Store Card

Amazon Secured Card

Amazon Business Card

Amazon Business Line of Credit

Shop with Points

Credit Card Marketplace

Reload Your Balance

Amazon Currency Converter

Promotional Financing

## Let Us Help You

Amazon and COVID-19

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Amazon Assistant

Help



⊕ English ⌄     🇺🇸 United States

**Amazon Music**
Stream millions of songs

**Amazon Advertising**
Find, attract, and engage customers

**Amazon Drive**
Cloud storage from Amazon

**6pm**
Score deals on fashion brands

**AbeBooks**
Books, art & collectibles

**ACX**
Audiobook Publishing Made Easy

**Alexa**
Actionable Analytics for the Web

**Sell on Amazon**
Start a Selling Account

**Amazon Business**
Everything For Your Business

**Amazon Fresh**
Groceries & More Right To Your Door

**AmazonGlobal**
Ship Orders Internationally

**Home Services**
Experienced Pros Happiness Guarantee

**Amazon Ignite**
Sell your original Digital Educational Resources

**Amazon Web Services**
Scalable Cloud Computing Services

**Audible**
Listen to Books & Original Audio Performances

**Book Depository**
Books With Free Delivery Worldwide

**Box Office Mojo**
Find Movie Box Office Data

**ComiXology**
Thousands of Digital Comics

**DPReview**
Digital Photography

**East Dane**
Designer Men's Fashion

**Fabric**
Sewing, Quilting & Knitting

**Goodreads**
Book reviews & recommendations

**IMDb**
Movies, TV & Celebrities

**IMDbPro**
Get Info Entertainment Professionals Need

**Kindle Direct Publishing**
Indie Digital & Print Publishing Made Easy

**Amazon Photos**
Unlimited Photo Storage Free With Prime

**Prime Video Direct**
Video Distribution Made Easy

**Shopbop**
Designer Fashion Brands

**Amazon Warehouse**
Great Deals on Quality Used Products

**Whole Foods Market**
America's Healthiest Grocery Store

**Woot!**
Deals and Shenanigans

**Zappos**
Shoes & Clothing

**Ring**
Smart Home Security Systems

**eero WiFi**
Stream 4K Video in Every Room

**Blink**
Smart Security for Every Home

**Neighbors App**
Real-Time Crime & Safety Alerts

**Amazon Subscription Boxes**
Top subscription boxes – right to your door

**PillPack**
Pharmacy Simplified

**Amazon Renewed**
Like-new products you can trust

**Amazon Second Chance**
Pass it on, trade it in, give it a second life

Conditions of Use     Privacy Notice     Interest-Based Ads     © 1996-2021, Amazon.com, Inc. or its affiliates