# EXHIBIT 8

**GYROOR**

ABOUT ∨    COMMUNITY ∨



# BEST ELEECTRIC SCOOTER

**WANT IT**



HOVERBOARD    E-SCOOTER    E-BIKE    OTHER

★ REVIEWS



Free Product Testing



New Product



Up to 50% Off



Document title: Gyroor: The Best Hoverbooard Electric Selfbalance and Scooter of 2019
Capture URL: https://gyroor.com/
Capture timestamp (UTC): Sat, 31 Jul 2021 01:13:52 GMT



# HOVERBOARD + KART

**LET'S PLAY GYROOR T581 HOVERBOARD WITH A MORE FUNNY GO-KART**

**PLAY VIDEO**

★ REVIEWS







## WHERE TO BUY?

## SERVICE & SUPPORT

## OTHER INNOVATION



ABOUT ⌄  COMMUNITY ⌄

WHERE TO BUY?          SERVICE & SUPPORT          OTHER INNOVATION

## GYROOR PRODUCTS

Gyroor Hoverboard brings raw value and love into its hoverboards by deploying is vast hoverboard technology experience, a dedicated research and development team, and a world-class factory. Hoverboard believes that it is the people who understand and recognize the needs of their customers that are its greatest assets. The Gyroor hoverboard team and at the center of their passion the desire to constantly satisfy the customer with the highest quality and the latest hoverboard designs and technology.



**SALE**

Gyroor electric scooter for kids, , Teens, Boys and Girls, Lightweight and Adjustable Handlebar, Rechargeable Battery, 5 MPH Limit. H30

★★★★★ 7 Reviews

**$129.00** $199.00



Gyroor C3 Electric Bike for Adults, 450W eBike with 18.6MPH up to 28 Mileage, 14in Air-Filled Tires, Dual Disc Braking, 3 Riding Modes

★★★★★ 8 Reviews

**$549.00**



**SALE**

Gyroor Gyroshoes Electric Roller Skate Hover Board hovershoes with LED Lights,300W Dual Motor Self Balancing Scooter for Kids and Adults

★★★★★ 6 Reviews

**$217.00** $299.00



Gyroor Hoverboard Off Road All Terrian 6.5" Two-Wheel G11 Flash LED Light Self Balancing Hoverboards with Bluetooth Music Speaker and UL 2272 Certified for Kids Adults Gift.(Blue)

★★★★★ 7 Reviews

**$199.00**



**SALE**

Gyroor 6.5 Inch T580 Swift Hoverboard with Flashed Wheel Smart Self Balancing Scooter with Music Speaker App-Enabled UL2272 Certificated Hoverboard



**SALE**

Gyroor C2 electric bike for adults and kids with powerful LED light ebike foldable bike

★★★★☆ 4 Reviews

**$659.99** $799.00



**SALE**

Gyroor Swift Hoverboard Self Balancing Scooter with Music Speaker LED Lights, 6.5 inch Two-Wheel Electric Scooter for Kids Adult - UL2272 Certificated



**SALE**

Gyroor T581 Hoverboard 6.5" Off Road All Terrain Hoverboards with Bluetooth Speaker&LED Lights Two-Wheel Self Balancing Hoverboard with Kart Seat

Gyroor 6.5 Inch T580 Swift Hoverboard with Flashed Wheel Smart Self Balancing Scooter with Music Speaker App-Enabled UL2272 Certificated Hoverboard for Kids and Adults

★★★★★ 1 Review

**$167.00** $299.00

Gyroor C2 electric bike for adults and kids with powerful LED light ebike foldable bike

★★★★☆ 4 Reviews

**$659.99** $799.00

Gyroor Warrior 8.5 inch All Terrain Off Road Self Balancing Scooter with Music Speaker LED Lights, 6.5 inch Two-Wheel Electric Scooter for Kids Adult - UL2272 Certificated

★★★★★ 7 Reviews

**$167.00** $219.00

Gyroor T581 Hoverboard 6.5" Off Road All Terrain Hoverboards with Bluetooth Speaker&LED Lights Two-Wheel Self Balancing Hoverboard with Kart Seat Attachment UL2272 Certified for Kids & Adults

★★★★★ 3 Reviews

**$279.00** $399.00







Gyroor T581 Hoverboard 6.5" Off Road All Terrain Hoverboard with Bluetooth Speaker and LED Lights Two-Wheel Self Balancing Hoverboard for Adult Kids Gift UL2272 Certified

★★★★★ 1 Review

**$229.00** $299.00

Gyroor K1 Hoverboard Seat Attachment, Hover Board Accessory Go Kart with Adjustable Frame Length Compatible with 6.5" 8" 10" Hoverboards Self Balancing Scooter for Kids and Adults

**$89.99**

Gyroor G-F1 Hoverboard,8.5" Off Road Hover Board with Bluetooth Speaker&LED Lights,Fastest Racing Self Balancing Scooter with App for Kids and Adult,UL2272 Certified

★★★★★ 1 Review

**Sold Out**

## INFLUENCERS SAY



F1 Racing Hoverboard? This hoveboad is one of the fastest and toughest hoverboards on the market! See me give my first reactions to this hoverboard.

—— **Matthias**



hatUnboxing /review of the new gyroshoes.They are so much fun! If you know how to ride on a hoverboard than these should be easy for you, have a good day!!!

—— **Jessalyn Grace**



STEPHEN SHARER MADE AN AWESOME SUPER RARE HOVERBOARD MOD WITH PLAY DOH! CHECK OUT THESE PLAYDOH KIDS FRIENDLY HOVERBOARD!

—— **Stephen Sharer**



of the fastest and toughest hoverboards on the
hoverboard.

are so much fun if you know how to ride on a
you, have a good day!!!

SUPER RARE HOVERBOARD MOD WITH
KIDS FRIENDLY HOVERBOARD!

—— Matthias          —— Jessalyn Grace          —— Stephen Sharer

# NEWS

## BRAND AUTHORIZATION

December 24, 2020



Read More

## WHY YOU CHOOSE GYROOR HOVERBOARDS?

October 16, 2019



Read More

# INSTAGRAM

## FOLLOW

## SEARCH    ABOUT US    CONTACT US    AMAZON

TO GET REWARD    RESET HOVERBOARD-CALIBRATION

FAQ

Sign up to get the latest on sales, new releases and more ...



Sign up to get the latest on sales, new releases and more ...

Enter your email address...  **SIGN UP**

© 2021 G yroor.

Designed by Out of the Sandbox. Powered by Shopify

Powered by 

★★★★★ 367 Reviews

☑ WRITE A REVIEW

## Reviews (367)

★ REVIEWS

**Donnie B.** Verified Buyer                                                04/29/21
★★★★★
**Gyropr E-Bike**
Fun little bike. Battery fair, bike smooth and fast for its size. Lots of fun.

☑ Share  |                          Was This Review Helpful? 👍 2  👎 1

**Charles M.** Verified Buyer                                               04/26/21
★★★★★
**Very impressed**
I have been very impressed so far. Perfect size and actually goes pretty fast. Seems better built than other affordable electric bikes that I have bought.
Range is as described. It also was very easy to put together. It took less than 10 minutes.

☑ Share  |                          Was This Review Helpful? 👍 1  👎 1

**Angelica S.** Verified Buyer                                              04/13/21
★★★★★
**best ebike on the web!**
amazing bike for an amazing price! SUPER fun!

☑ Share  |                          Was This Review Helpful? 👍 1  👎 0

**Matthew H.** Verified Buyer                                               04/12/21
★★★★★
**Great hoverboard!**
Great hoverboard!


Powered by 

★★★★★ 367 Reviews

☑ WRITE A REVIEW

**Reviews (367)**

---

**D** **Donnie B.** Verified Buyer                                                04/29/21
★★★★★

**Gyropr E-Bike**
Fun little bike. Battery fair, bike smooth and fast for its size. Lots of fun.

↪ Share |                                    Was This Review Helpful? 👍 2  👎 1

---

**C** **Charles M.** Verified Buyer                                               04/26/21
★★★★★

**Very impressed**
I have been very impressed so far. Perfect size and actually goes pretty fast. Seems better built than other affordable electric bikes that I have bought.
Range is as described. It also was very easy to put together. It took less than 10 minutes.

↪ Share |                                    Was This Review Helpful? 👍 1  👎 1

---

**A** **Angelica S.** Verified Buyer                                              04/13/21
★★★★★

**best ebike on the web!**
amazing bike for an amazing price! SUPER fun!

↪ Share |                                    Was This Review Helpful? 👍 1  👎 0

---

**M** **Matthew H.** Verified Buyer                                              04/12/21
★★★★★

**Great hoverboard!**
Great hoverboard!

↪ Share |                                    Was This Review Helpful? 👍 2  👎 1

---

**D** **Donald D.** Verified Buyer                                               04/06/21
★★★★★

**Great product!**
This is the second hoverboard I purchased this month. I was looking to buy a hoverboard and seat attachment as a gift for my grandson. The first
hoverboard we purchased was torn up after 3 rides with the seat attachment. In addition its battery would run down in 15 minutes after 3 hours of
charging. After doing further research I purchased this Gy...Read More

↪ Share |                                    Was This Review Helpful? 👍 6  👎 0

---

< **1** 2 3 4 5 6 7 8 9 >





# BEST ELEECTRIC SCOOTER

**WANT IT**



HOVERBOARD    E-SCOOTER    E-BIKE    OTHER



Free Product Testing



New Product



Up to 50% Off





# HOVERBOARD + KART

**LET'S PLAY GYROOR T581 HOVERBOARD WITH A MORE FUNNY GO-KART**

**PLAY VIDEO**

★ REVIEWS







WHERE TO BUY?

SERVICE & SUPPORT

OTHER INNOVATION



Document title: Gyroor: The Best Hoverboard Electric Selfbalance and Scooter of 2019
Capture URL: https://gyroor.com/
Capture timestamp (UTC): Sat, 31 Jul 2021 15:50:21 GMT

ABOUT ▾   COMMUNITY ▾

WHERE TO BUY?        SERVICE & SUPPORT        OTHER INNOVATION

_____        _____        _____

## GYROOR PRODUCTS

_____

Gyroor Hoverboard brings raw value and love into its hoverboards by deploying is vast hoverboard technology experience, a dedicated research and development team, and a world-class factory. Hoverboard believes that it is the people who understand and recognize the needs of their customers that are its greatest assets. The Gyroor hoverboard team and at the center of their passion the desire to constantly satisfy the customer with the highest quality and the latest hoverboard designs and technology.



**SALE**

Gyroor electric scooter for kids, , Teens, Boys and Girls, Lightweight and Adjustable Handlebar, Rechargeable Battery, 5 MPH Limit. H30

★★★★★ 7 Reviews

~~$129.00~~ $199.00



Gyroor C3 Electric Bike for Adults, 450W eBike with 18.6MPH up to 28 Mileage, 14in Air-Filled Tires, Dual Disc Braking, 3 Riding Modes

★★★★★ 8 Reviews

**$549.00**



**SALE**

Gyroor Gyroshoes Electric Roller Skate Hover Board hovershoes with LED Lights,300W Dual Motor Self Balancing Scooter for Kids and Adults

★★★★★ 6 Reviews

~~$217.00~~ $299.00



Gyroor Hoverboard Off Road All Terrian 6.5" Two-Wheel G11 Flash LED Light Self Balancing Hoverboards with Bluetooth Music Speaker and UL 2272 Certified for Kids Adults Gift.(Blue)

★★★★★ 7 Reviews

**$199.00**



**SALE**

Gyroor 6.5 Inch T580 Swift Hoverboard with Flashed Wheel Smart Self Balancing Scooter with Music Speaker App-Enabled UL2272 Certificated Hoverboard



**SALE**

Gyroor C2 electric bike for adults and kids with powerful LED light ebike foldable bike

★★★★☆ 4 Reviews

~~$659.99~~ $799.00



**SALE**

Gyroor Swift Hoverboard Self Balancing Scooter with Music Speaker LED Lights, 6.5 inch Two-Wheel Electric Scooter for Kids Adult - UL2272 Certificated



**SALE**

Gyroor T581 Hoverboard 6.5" Off Road All Terrain Hoverboards with Bluetooth Speaker&LED Lights Two-Wheel Self Balancing Hoverboard with Kart Seat

Document title: Gyroor: The Best Hoverboard Electric Selfbalance and Scooter of 2019
Capture URL: https://gyroor.com/
Capture timestamp (UTC): Sat, 31 Jul 2021 15:50:21 GMT

Gyroor 6.5 Inch T580 Swift
Hoverboard with Flashed Wheel
Smart Self Balanceing Scooter with
Music Speaker App-Enabled
UL2272 Certificated Hoverboard
for Kids and Adults
★★★★★ 1 Review
$167.00 $299.00

Gyroor C2 electric bike for adults
and kids with powerful LED light
ebike foldable bike
★★★★☆ 4 Reviews
$659.99 $799.00

Self
Balanceing Scooter with Music
Speaker LED Lights, 6.5 inch Two-
Wheel Electric Scooter for Kids
Adult - UL2272 Certificated
★★★★★ 7 Reviews
$167.00 $219.00

Gyroor T581 Hoverboard 6.5" Off
Road All Terrain Hoverboards with
Bluetooth Speaker&LED Lights
Two-Wheel Self Balancing
Hoverboard with Kart Seat
Attachment UL2272 Certified for
Kids & Adults
★★★★★ 3 Reviews
$279.00 $399.00







Gyroor T581 Hoverboard 6.5" Off
Road All Terrain Hoverboard with
Bluetooth Speaker and LED Lights
Two-Wheel Self Balancing
Hoverboard for Adult Kids Gift
UL2272 Certified
★★★★★ 1 Review
$229.00 $299.00

Gyroor K1 Hoverboard Seat
Attachment, Hover Board
Accessory Go Kart with Adjustable
Frame Length Compatible with 6.5"
8" 10" Hoverboards Self Balancing
Scooter for Kids and Adults
$89.99

Gyroor G-F1 Hoverboard,8.5" Off
Road Hover Board with Bluetooth
Speaker&LED Lights,Fastest
Racing Self Balancing Scooter with
App for Kids and Adult,UL2272
Certified
★★★★★ 1 Review
Sold Out

## INFLUENCERS SAY



F1 Racing Hoverboard? This hoveboad is one
of the fastest and toughest hoverboards on the
market! See me give my first reactions to this
hoverboard.

—— **Matthias**



hatUnboxing /review of the new gyroshoes.They
are so much fun! If you know how to ride on a
hoverboard than these should be easy for
you, have a good day!!!

—— **Jessalyn Grace**



STEPHEN SHARER MADE AN AWESOME
SUPER RARE HOVERBOARD MOD WITH
PLAY DOH! CHECK OUT THESE PLAYDOH
KIDS FRIENDLY HOVERBOARD!

—— **Stephen Sharer**



of the fastest and toughest hoverboards on the          are so much fun if you know how to ride on a          SUPER RARE HOVERBOARD MOD WITH
hoverboard.                                             you, have a good day!!!                          KIDS FRIENDLY HOVERBOARD!

—— Matthias                              —— Jessalyn Grace                              —— Stephen Sharer

# NEWS

## BRAND AUTHORIZATION

December 24, 2020



Read More

## WHY YOU CHOOSE GYROOR HOVERBOARDS?

October 16, 2019



Read More

# INSTAGRAM

FOLLOW

SEARCH   ABOUT US   CONTACT US   AMAZON

TO GET REWARD   RESET HOVERBOARD-CALIBRATION

FAQ

Sign up to get the latest on sales, new releases and more ...


Sign up to get the latest on sales, new releases and more ...

Enter your email address...    **SIGN UP**

© 2021 G yroor.

Designed by Out of the Sandbox. Powered by Shopify



Powered by

★★★★★ 367 Reviews

📝 WRITE A REVIEW

Reviews (367)



**Donnie B.** Verified Buyer                                                                04/29/21
★★★★★

Gyropr E-Bike
Fun little bike. Battery fair, bike smooth and fast for its size. Lots of fun.

↗ Share |                                         Was This Review Helpful? 👍 2  👎 1

---

**C** **Charles M.** Verified Buyer                                                          04/26/21
★★★★★

Very impressed
I have been very impressed so far. Perfect size and actually goes pretty fast. Seems better built than other affordable electric bikes that I have bought.
Range is as described. It also was very easy to put together. It took less than 10 minutes.

↗ Share |                                         Was This Review Helpful? 👍 1  👎 1

---

**A** **Angelica S.** Verified Buyer                                                         04/13/21
★★★★★

best ebike on the web!
amazing bike for an amazing price! SUPER fun!

↗ Share |                                         Was This Review Helpful? 👍 1  👎 0

---

**M** **Matthew H.** Verified Buyer                                                          04/12/21
★★★★★

Great hoverboard!
Great hoverboard!

 
Powered by 

⭐⭐⭐⭐⭐  367 Reviews                                                    ✏ WRITE A REVIEW

## Reviews (367)

---

**D** **Donnie B.** Verified Buyer                                        04/29/21

⭐⭐⭐⭐⭐

**Gyropr E-Bike**

Fun little bike. Battery fair, bike smooth and fast for its size. Lots of fun.

↗ Share |                                    Was This Review Helpful?  👍 2  👎 1

---

**C** **Charles M.** Verified Buyer                                       04/26/21

⭐⭐⭐⭐⭐

**Very impressed**

I have been very impressed so far. Perfect size and actually goes pretty fast. Seems better built than other affordable electric bikes that I have bought.
Range is as described. It also was very easy to put together. It took less than 10 minutes.

↗ Share |                                    Was This Review Helpful?  👍 1  👎 1

---

**A** **Angelica S.** Verified Buyer                                      04/13/21

⭐⭐⭐⭐⭐

**best ebike on the web!**

amazing bike for an amazing price! SUPER fun!

↗ Share |                                    Was This Review Helpful?  👍 1  👎 0

---

**M** **Matthew H.** Verified Buyer                                       04/12/21

⭐⭐⭐⭐⭐

**Great hoverboard!**

Great hoverboard!

↗ Share |                                    Was This Review Helpful?  👍 2  👎 1

---

**D** **Donald D.** Verified Buyer                                        04/06/21

⭐⭐⭐⭐⭐

**Great product!**

This is the second hoverboard I purchased this month. I was looking to buy a hoverboard and seat attachment as a gift for my grandson. The first
hoverboard we purchased was torn up after 3 rides with the seat attachment. In addition its battery would run down in 15 minutes after 3 hours of
charging. After doing further research I purchased this Gy...Read More

↗ Share |                                    Was This Review Helpful?  👍 6  👎 0




Document title: Gyroor: The Best Hoverboard Electric Selfbalance and Scooter of 2019
Capture URL: https://gyroor.com/
Capture timestamp (UTC): Sat, 31 Jul 2021 15:50:21 GMT



amazon prime

Deliver to Arthur
Chicago 60605

Hello, Arthur
Account & Lists

Returns
& Orders

0 Cart

≡ All | Customer Service | Prime Video | Gift Cards | Arthur's Amazon.com | Shopper Toolkit | Outdoor Recreation | **Shop low prices for school**

Sports & Outdoors | Sports & Fitness | Outdoor Recreation | Sports Fan Shop | Sports Deals | Outdoor Deals



Students and government assistance recipients could save 50% on Prime

Sports & Outdoors › Outdoor Recreation › Skates, Skateboards & Scooters › Scooters & Equipment › Scooters › Self Balancing Scooters

ⓘ **Purchased 2 times.**
Last purchased Jun 21, 2021.
Color: black | View order



Roll over image to zoom in

2 VIDEOS

## Gyroor Warrior 8.5 inch All Terrain Off Road Hoverboard with Bluetooth Speakers and LED Lights, UL2272 Certified Self Balancing Scooter

Visit the Gyroor Store

★★★★☆ ▾    3,415 ratings | 305 answered questions

Price: **$299.00**

🏷️ **Coupon** ☐ Save an extra **$15.00** when you apply this coupon.
Details

**Pay $24.92/month for 12 months, interest-free with your Amazon Prime Rewards Visa Card**

Color: black

  

| | |
|---|---|
| Brand | Gyroor |
| Color | Black |
| Package Dimensions | 27.2 x 11.7 x 9.9 inches; 2.2 Pounds |
| Maximum Weight Recommendation | 265 Pounds |
| Frame Material | Aluminum |

### About this item

- SUPER STURDY & DURABLE – The Warrior 8.5 inch Off Road Hoverboard is made from a perfect combination of UL approved materials which make up its sturdy structure that guarantees durability while keeping you safe during rides and allowing you enjoy this hoverboard for years to come.
- ALL-TERRAIN RIDES - With 8.5 inch solid tires and 700 watts motor you can be sure of a smooth and easier ride on all terrains. So, feel free to ride on grass, dirt, gravel or wet surfaces. Ride like a warrior!
- MUSIC SPEAKER INCLUDED – For the music lovers, we have added a Built-in branded high quality music speaker to allow you play your music when riding the



**$299.00**

FREE delivery: **Aug 25 - Sep 16**

Fastest delivery: **Aug 10 - 13**

📍 Deliver to Arthur - Chicago 60605

**In stock.**
Usually ships within 4 to 5 days.

Qty: 1 ▾

**Add to Cart**

**Buy Now**

🔒 Secure transaction

Ships from    runjinjia-us
Sold by       runjinjia-us

Return policy: Eligible for Return, Refund or Replacement. ▾

**Add a Protection Plan:**
☐ 2 Year Sporting Goods Protection Plan for $24.99

**Add to List** ▾

Have one to sell?

**Sell on Amazon**



$20 off coupon

Macwheel Electric Scooter, Electric Scooter for Kids Age...
★★★★☆ 278
$199.97 ✓prime



- safe during rides and allowing you enjoy this hoverboard

- **ALL-TERRAIN RIDES** - With 8.5 inch solid tires and 700 watts motor you can be sure of a smooth and easier ride on all terrains. So, feel free to ride on grass, dirt, gravel or wet surfaces. Ride like a warrior!
- **MUSIC SPEAKER INCLUDED** – For the music lovers, we have added a Built-in branded high quality music speaker to allow you play your music when riding the hoverboard. No ride will be more fun than this!
- **SELF BALANCING BOARD** – The Self balancing technology used for this hoverboard makes it easier and safe for new riders. Master the art of balancing in minutes!
- **OUR SAFETY PROMISE** – This hoverboard is UL2272 certified and this means it has passed strict electrical and safety test to assure safe charging and rides. If you feel this hoverboard is performing below this promise, feel free to contact us.

Report incorrect product information.

Macwheel Electric Scooter, Electric Scooter for Kids Age…
★★★★½ 278
$199.97 ✓prime
Sponsored ⓘ

**$20 off coupon**



Macwheel Electric Scooter, Electric Scooter for Kids Age 8+, Colorful…
★★★★½ 278
$199.97 ✓prime

Sponsored ⓘ

## Frequently bought together



Total price: **$449.00**

[ Add all three to Cart ]

ⓘ Some of these items ship sooner than the others. Show details

- ☑ **This item:** Gyroor Warrior 8.5 inch All Terrain Off Road Hoverboard with Bluetooth Speakers and LED Lights, UL227… $299.00
- ☑ EverCross Hoverboard Seat Attachment, Hoverboard Attachments, Hoverboard Accessories Compatible with 6.5" 8" … $75.00
- ☑ EverCross Hoverboard Seat Attachment, New Gen Hoverboard Seat with Safety Brake System, Hoverboard Attachm… $75.00

## More items to explore

Page 1 of 10

‹









›

ASURION 2 Year Sporting Goods Protection Plan
$250-$299.99
★★★★★

Hiboy HC-02 Hoverboard Go Kart with Rear Suspension Seat Attachment Accessory …

Hiboy HC-01 Hoverboard Kart Seat Attachment Accessory for 6.5" 8" 10" Two Wheel Self Balancing Scooter

GYROOR T581 Hoverboard 6.5" Off Road All Terrain Hoverboards with Bluetooth…

Hover-1 Buggy Attachment for Transforming Hoverboard Scooter into Go Kart…



ASURION 2 Year Sporting Goods Protection Plan
$250-$299.99
⭐⭐⭐⭐½ 1,946
$24.99
In Stock.



Hiboy HC-02 Hoverboard Go Kart with Rear Suspension Seat Attachment Accessory for 6.5" 8" 10" Hover…
⭐⭐⭐⭐½ 696
$129.99
✓prime FREE Delivery
In Stock.



Hiboy HC-01 Hoverboard Kart Seat Attachment Accessory for 6.5" 8" 10" Two Wheel Self Balancing Scooter
⭐⭐⭐⭐½ 1,909
$99.99
✓prime FREE Delivery
In Stock.



GYROOR T581 Hoverboard 6.5" Off Road All Terrain Hoverboards with Bluetooth…
⭐⭐⭐⭐½ 746
$279.00
✓prime FREE Delivery
Only 1 left in stock - order soon.



Hover-1 Buggy Attachment for Transforming Hoverboard Scooter into Go-Kart
⭐⭐⭐⭐½ 6,746
$49.94
Prime FREE Delivery
Usually ships soon.

## Inspired by your recent shopping trends

Page 1 of 20



Gyroor Hoverboard Off Road All Terrian 6.5" Two-Wheel G11 Flash LED Light Self Balancing Hoverboards with Bluetooth Music…
⭐⭐⭐⭐½ 419
$199.00
In stock.

CBD All-Terrain Hoverboard, Two-Wheel 6.5 inch Self Balancing Hoverboard with Bluetooth and LED…
⭐⭐⭐⭐½ 295
$229.99
✓prime FREE Delivery
In Stock.

TOMOLOO Hoverboards Bluetooth with Led Light Flashing Wheels, Hover Boards for Kids, Self Balancing Hoverboard…
⭐⭐⭐⭐½ 148
$179.99
✓prime FREE Delivery
Only 11 left in stock - order soon.

FLYING-ANT Hoverboard 6.5" Two-Wheel Self Balancing Hoverboard with LED Light Flash Lights Wheels for Kids…
⭐⭐⭐⭐☆ 36
$134.99-$169.99
✓prime FREE Delivery

FLYING-ANT Hoverboard, 6.5 Inch Self Balancing Hoverboards with Bluetooth and…
⭐⭐⭐⭐½ 1,181
$134.99-$169.99
✓prime FREE Delivery

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

## Product Description



**Gyroor** has always been dedicated to creating Hoverboards that are safety, fun and ease of use, making every family have more interaction and happy memories. With GYROOR hoverboard, that vision is now a reality. Say hello to the future.

Document title: Amazon.com: Gyroor Warrior 8.5 inch All Terrain Off Road Hoverboard with Bluetooth Speakers and LED Lights, UL2272 Certified Self Balancing Scoot…
Capture URL: https://www.amazon.com/Gyroor-Hoverboard-Bluetooth-Certified-Balancing/dp/B0779826VN/ref=sr_1_1_sspa?…
Capture timestamp (UTC): Sat, 31 Jul 2021 15:59:31 GMT

Page 3 of 12

Gyroor has always been dedicated to creating Hoverboards that are safety, fun and ease of use, making every family have more interaction and happy memories. With GYROOR hoverboard, that vision is now a reality. Say hello to the future.



## Gyroor Hoverboard is UL certified and passed all safety tests

After several researches, we found that safety is the first priority for hoverboard users. Hence, the Gyroor Warrior Off-Road Hoverboard has tested for safety, passing all tests and is UL certified, making the GYROOR warrior G2 hoverboard absolutely safe and harmless for all level of riders.



### Sturdy and Durable

Gyroor Warrior is made from durable aluminum and certain ABS parts to ensure a pretty strong body that is sure to stand the test of time. This means that you can use the hoverboard for a long time without having to bother about the longevity of the casing.

- Motor: 350W*2 Motors
- LED: Colorful LED Lights
- Max Speed: 9.95 Miles/Hour
- Charging Time: 1.5 to 2 Hours
- Distance on Full Charge: 7.5~9.5 Miles
- Safety : UL 2272 Certified Hoverboard
- Music Speaker: Pro Music Speaker
- Lithium-Ion Battery: 4.0Ah/36V Powerful Battery

Master all terrains

- Max Speed: 9.93 Miles/Hour
- Climbing Angel: 15-24 Degree
- Distance on Full Charge: 7.5~9.5 Miles
- Safety : UL 2272 Certified Hoverboard
- Music Speaker: Pro Music Speaker
- Lithium-Ion Battery: 4.0Ah/36V Powerful Battery



## Master all terrains

GYROOR Warrior can handle bumpy pavements, gravel, grass, sand, and dirt paths, allowing you enjoy a smooth ride while getting the best out of your self-balancing hoverboard.

- Water Resistant: IP54
- Max Load: 265 Pounds
- Net Weight: 33 Pounds.
- Max Climbing Angle: 30 °
- Frame Material: Metal and Aluminum
- Tires: 8.5 inch/215mm Rubber Solid Tires
- Charging Voltage: AC100 to 240V/50-60Hz
- Product Dimensions: 29.6 Inch x 9.9 Inch x 8.8 Inch
- **Package Contains: All-New Vehicle, Battery Charger & Power Cord, Carry Bag, Rubber Protectors, User Manual,Card**







### Music and Lights

The great quality music speaker and beautiful LED lights add to the magnificence of this Off-Road Hoverboard.

### Powerful Motor

Powered by 350 watts powerful dual motors with solid shock absorber tires you can easily ride faster with more stability.

### Self Balancing

Its self-balancing mode helps you to get balanced in less than a minute.





### SMARTEST OFF ROAD HOVERBOARD

This is the smartest hoverboard you can get in the market today as it allows full stability for even the new riders, making it a perfect gift choice and favorite for kids.

## Product details

Color: **black**

**Package Dimensions** : 39.8 x 12.3 x 10.1 inches; 31.95 Pounds

**Date First Available** : November 9, 2017

**ASIN** : B07S4KXRQR

**Best Sellers Rank:** #15,452 in Sports & Outdoors (See Top 100 in Sports & Outdoors)
#16 in Self Balancing Scooters

**Customer Reviews:**
★★★★½ ⌄   3,415 ratings

# Videos

Page 1 of 4

### Videos for this product



**0:31**

**Customer Review:** Great product, & great customer service! Highly...

Harbor Saw



**1:26**

Gyroor Hoverboard Warrior 8.5 inch All Terrain Off Road...

Gyroor



**4:55**

Fun on the go! safe commuting !

DARIO & MININA - (MEDIABOXENT)



**Customer Review:**

The Rileys

[ Upload your video ]

Harbor S...

Gyroor...

Upload your video

---

**Products related to this item**

Sponsored ⓘ

Page 1 of 28

‹











›

XPRIT 8.5" All Terrain Off-Road Hoverboard w/Bluetooth Speaker, LED Lights, UL2272...

⭐⭐⭐⭐½ 474

$219.95 ✓prime

Swagtron Swagboard Outlaw T6 Off-Road Hoverboard - First in The World to Handle Ove...

⭐⭐⭐⭐☆ 738

$330.11 ✓prime

Segway Ninebot S and S-Max Smart Self-Balancing Electric Scooter with LED light,...

⭐⭐⭐⭐½ 2,702

$539.99 ✓prime

GYROOR T581 Hoverboard 6.5" Off Road All Terrain Hoverboards with...

⭐⭐⭐⭐½ 730

$279.00 ✓prime

CBD Flash Hoverboard, All Terrain hoverboard Off Road Two-Wheel 6.5 inch Self Balan...

⭐⭐⭐⭐½ 295

$229.99 ✓prime

---



Angie's BOOMCHICKAPOP Gluten Free Sea Salt Popcorn, 0.6 Ounce Vegan Snack...

⭐⭐⭐⭐⭐ 8,441 ✓prime

"I love the small package which lets me have a reasonable snack without a considerable amount of calories."

Sponsored ⓘ

---

## Customer questions & answers

🔍 Have a question? Search for answers

▲ 7 votes ▼

**Question:** For everyone that gave this hoverboard 4 to 5 stars, how long have you been using it without any problems?

**Answer:** 2 years, we've had it and my 13yo isn't easy on stuff. Many family members have tried it also at campgrounds. Still works great with good battery life.
By Kindle Customer on July 28, 2021

˅ See more answers (2)

▲ 3 votes ▼

**Question:** What app to download? and from where? looked on android play store, and didn't find anything with the name gyroor. also, some of the answers regarding app are confusing -- some say it works with app, other say it doesn't.

**Answer:** Hello, thanks for your question. Gyroor new version hoverboard with app is on sale now, and the app name called Gyroor, it can be downloaded at smartphone store or scan the QR code at the back of the user manual.
By Gyroor ᔕᕮᒪᒪᕮᖇ on July 24, 2018

˅ See more answers (4)

---

Document title: Amazon.com: Gyroor Warrior 8.5 inch All Terrain Off Road Hoverboard with Bluetooth Speakers and LED Lights, UL2272 Certified Self Balancing Scoot...
Capture URL: https://www.amazon.com/Gyroor-Hoverboard-Bluetooth-Certified-Balancing/dp/B0779826VN/ref=sr_1_1_sspa?...
Capture timestamp (UTC): Sat, 31 Jul 2021 15:59:31 GMT

Page 7 of 12

| | Question: | What app to download? and from where? looked on android play store, and didn't find anything with app, other say it doesn't. |
|---|---|---|
| ▲ 3 votes ▼ | | |
| | Answer: | Hello, thanks for your question. Gyroor new version hoverboard with app is on sale now, and the app name called Gyroor, it can be downloaded at smartphone store or scan the QR code at the back of the user manual.
By Gyroor SELLER on July 24, 2018
⌄ See more answers (4) |

| | Question: | Why does my G2 only charge for 30 min before the charging pack says it is fully charged but the led lights are red when riding? |
|---|---|---|
| ▲ 2 votes ▼ | | |
| | Answer: | Does it still last long when riding? My son's does that but I notice that it's blue on one side and red on a other. I dont think it has to do with the charge.... His lasts several weeks before needing to recharge. He just rides off and on, not long rides.
By rose croskey on March 27, 2019 |

| | Question: | is this hoverboard FAA compliant, can it be shipped or carried aboard a commercial aircraft? |
|---|---|---|
| ▲ 1 vote ▼ | | |
| | Answer: | no hoverboard can be carried on an aircraft. EVEN if the battery power is below TSA and FAA regulation they all say the same thing "it down to the individual airline". The airlines say specifically no hoverboards. I wrote this: https://thetechieguy.com/can-travel-flight-electric-skateboard/
By Liron Segev on January 22, 2019
⌄ See more answers (1) |

See more answered questions (301)

## Customer reviews

★★★★½ 4.7 out of 5

3,415 global ratings

| | | |
|---|---|---|
| 5 star | ████████ | 85% |
| 4 star | █ | 7% |
| 3 star | █ | 2% |
| 2 star | █ | 1% |
| 1 star | █ | 4% |

⌄ How are ratings calculated?

### By feature

| | | |
|---|---|---|
| Easy to learn | ★★★★★ | 4.8 |
| Safety Features | ★★★★★ | 4.8 |
| Sturdiness | ★★★★½ | 4.6 |

⌄ See more

### Review this product

Share your thoughts with other customers

[ Write a customer review ]

### Reviews with images



See all customer images

### Read reviews that mention

| battery life | hoverboard | easy to learn | highly recommend | son loves |
|---|---|---|---|---|

| heavy duty | old son | easy to use | well built | self balancing |
|---|---|---|---|---|

| great hoverboard | absolutely loves | old daughter | worth the money |
|---|---|---|---|



### Top reviews from the United States

👤 Amazon Customer

★★★★★ BEST hoverboard!!

Reviewed in the United States on August 15, 2018

Color: black | Verified Purchase

We got this for our 13 yr old daughter! We love the app you can download on your smartphone. The app has a self balancing mode, adult mode, you can set the speed limit, change LED lights, shut the hoverboard down and a few other functions. We think it is a lot better than the others because

## Review this product

Share your thoughts with other customers

Write a customer review



Angie's BOOMCHICKAPOP Gluten Free S...

★★★★★ 8,441

$10.98 ✓prime

Shop now

Sponsored ⓘ

---

amazon customer

★★★★★ **BEST hoverboard!!**

Reviewed in the United States on August 15, 2018

Color: black | **Verified Purchase**

We got this for our 13 yr old daughter! We love the app you can download on your smartphone. The app has a self balancing mode, adult mode, you can set the speed limit, change LED lights, shut the hoverboard down and a few other functions. We think it is a lot better than the others because of the rubber tires. My daughter even brings it in (after cleaning the tires) and rides it around on our hardwood floors with no damage to them. The speakers on it are great too!!

131 people found this helpful

Helpful | Report abuse

 Sam Thomas

★★★★☆ **Great Product**

Reviewed in the United States on November 27, 2018

Color: black | **Verified Purchase**

This was my first hover board wasn't sure how long it would take me to learn to ride it. After like 30 minutes of training on my own against a wall I was able to ride it with no problems.

The only thing I find bad about this hover board is that every time it starts up it makes a really loud starting indicator noise and says Bluetooth on which I wish I could switch off. Also sometimes when I get off and if it hits something it keeps beeping and won't stop until I power off and back on again.

Apart from these two things I think the hover board is pretty great.

103 people found this helpful

Helpful | Report abuse

 Joe M

★★★★★ **Best Hoverboard on the market**

Reviewed in the United States on September 12, 2018

Color: black | **Verified Purchase**

This Hoverboard is absolutely the best on the market. Its fast and extremely sturdy. Made of quality materials. The Hoverboard is a bit pricey compared to the cheap plastic knockoffs, but you get what you pay for. Would purchase again and I definitely recommend this product.

P..s.

You can charge the battery from 0 to 100 real quick. Yeah under 3 hours and u get approx. 10 miles with a full charge.

113 people found this helpful

Helpful | Report abuse

 Jennifer

★★★★★ **Worth it!**

Reviewed in the United States on August 3, 2018

Color: black | **Verified Purchase**

Easy to use once you get the hang of it. Lights are awesome as is the sound system. Getting the app on an iPhone was a bit difficult. Self balancing feature nice. Functionality is bar none. Doesn't work too well on the grass, haven't tried on gravel. App works well, wish it could change to mph instead of kph.



---

Reviewed in the United States on August 3, 2018
Color: black | Verified Purchase

Easy to use once you get the hang of it. Lights are awesome as is the sound system. Getting the app on an iPhone was a bit difficult. Self balancing feature nice. Functionality is bar none. Doesn't work too well on the grass, haven't tried on gravel. App works well, wish it could change to mph instead of kph.



111 people found this helpful

| Helpful | Report abuse |

 Sissy

★☆☆☆☆ **Problems with Shaking and stopping**
Reviewed in the United States on October 9, 2018
Color: red | Verified Purchase

I bought 2 of these hover boards for Christmas during the Amazon customer appreciation event in July. In October the kids just couldn't wait any longer so I gave them their boards early while the weather was still nice. They loved them! However within a few hours of using them, one of the boards was shaking and stopping. My grandson has fallen off twice and injured himself because of this defect. I would love to give this 5 stars because it is well made and the kids love them. But the shaking and stopping is not safe and negates any Positive benefits. We have tried to contact seller but not successful yet.

68 people found this helpful

| Helpful | Report abuse |

 T. Sutherland

★★★★★ **Super fun!**
Reviewed in the United States on August 9, 2018
Color: black | Verified Purchase

Bought this because hubby was jealous of our boy's hover board. The higher weight capacity and off road tires are a huge selling point. Easier to ride than the smaller kid size, more stable feeling. Had an issue with the charging port but Gyroor took care of it no problem!

102 people found this helpful

| Helpful | Report abuse |

 Liron Segev 

★★★★★ **such a great hoverboard! very easy to ride even for a ...**
Reviewed in the United States on July 10, 2018
Color: red | Verified Purchase

such a great hoverboard! very easy to ride even for a first-time rider and my kids just got on and within minutes they were zipping around the house. Great quality, cool lights give it that futuristic look and it seems to hold a charge for a long time. The tires are massive which gives the board a really good height, comfortable ride, and even riding outside on lawn is no problem. Highly recommended!

99 people found this helpful

| Helpful | Report abuse |

 Amazon Customer

★★★★★ **Built tough with a smooth ride**

really good height, comfortable ride, and even riding outside on lawn is no problem. Highly recommended.

99 people found this helpful

Helpful | Report abuse

 Amazon Customer

★★★★★ Built tough with a smooth ride

Reviewed in the United States on December 7, 2018

Color: black | Verified Purchase

Heavy duty built with a smooth ride. I bought for my 10 year old and she loves it. The parents love it too. I love that it comes with it's own totes bag!

90 people found this helpful

Helpful | Report abuse

See all reviews ›

## Products related to this item

Sponsored 

Page 1 of 49

‹




XPRIT 8.5" All Terrain Off-Road Hoverboard w/Bluetooth Speaker, LED Lights, UL2272...
★★★★½ 474
$219.95 ✓prime



Segway Ninebot S and S-Max Smart Self-Balancing Electric Scooter with LED light,...
★★★★½ 2,702
$539.99 ✓prime



SISIGAD 8.5" Solid Tires Off Road Hoverboard, All Terrain Self Balancing Scooter wi...
★★★★☆ 13
$299.99



Swagtron Swagboard Outlaw T6 Off-Road Hoverboard - First in The World to Handle Ove...
★★★★☆ 738
$330.11 ✓prime



CBD Flash Hoverboard, All Terrain hoverboard Off Road Two-Wheel 6.5 inch Self Balan...
★★★★½ 295
$229.99 ✓prime

›


Angie's BOOMCHICKAPOP Gluten Free Se...
★★★★★ 8,441
$19.17 ✓prime
Shop now

Sponsored 

**Pages with related products.** See and discover other items: fast hoverboard, Best dirt scooters for kids, Best led lights for filming, Explore seats for hoverboards






Gyroor Hoverboard Hovershoes-Gyroshoes S300 Electric Roller Skate Hoverboard with LED Lights, UL2272…
⭐⭐⭐⭐½ 86
$229.00
✓prime FREE Delivery
In Stock.

AULPACO Stopwatch Assembly Instrument Display Accessories Compatible with Segway Ninebot Gokart Kit…
⭐⭐⭐⭐⭐ 8
$49.99
✓prime FREE One-Day
In Stock.

Thule Motion XT Rooftop Cargo Carrier
⭐⭐⭐⭐½ 816
4 offers from $1,497.98

KECUCO Handlebar Extension Knee Bar for SegwayminiPRO/ 2018 Edition/ 2019 Segway/Segway S.
⭐⭐⭐⭐☆ 228
$56.57
✓prime FREE One-Day
In Stock.

Razor EcoSmart SUP Electric Scooter – 16" Air-Filled Tires, Wide Bamboo Deck, 350w High-Torque Hub…
⭐⭐⭐⭐½ 157
$559.99
✓prime FREE Delivery
In Stock.

## Inspired by your browsing history

Page 1 of 10










Hover-1 Buggy Attachment for Transforming Hoverboard Scooter into Go-Kart
⭐⭐⭐⭐½ 6,746
$49.94
Prime FREE Delivery
Usually ships soon.

Hiboy HC-01 Hoverboard Kart Seat Attachment Accessory for 6.5" 8" 10" Two Wheel Self Balancing Scooter
⭐⭐⭐⭐½ 1,909
$99.99
✓prime FREE Delivery
In Stock.

Hover-1 Buggy Attachment for Transforming Hoverboard Scooter into Go-Kart
⭐⭐⭐⭐½ 6,746
$49.94-$149.98
✓prime FREE Delivery

HoovyKart - Go Kart Conversion Kit for Hoverboards - Safer For Kids - All Heights - All Ages - Self Balancing…
⭐⭐⭐⭐½ 759
$79.95
✓prime FREE One-Day
In Stock.

HYPER GOGO GoKart Kit - Hoverboard Attachment - Compatible with All Hover Boards ,Red
⭐⭐⭐⭐☆ 132
$449.00
✓prime FREE Delivery
In Stock.

## Your Browsing History  View or edit your browsing history

Page 1 of 7









**Back to top**

**Get to Know Us**
Careers
Blog
About Amazon
Sustainability
Press Center

**Make Money with Us**
Sell products on Amazon
Sell apps on Amazon
Become an Affiliate
Become a Delivery Driver

**Amazon Payment Products**
Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon Secured Card
Amazon Business Card

**Let Us Help You**
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies