# EXHIBIT 9

PageVault

| | |
|---|---|
| Document title: | Amazon.com: Magic hover Hoverboard Off Road All Terrain Self Balancing Scooter 6.5" T581 Flash Two-Wheel Self Balancing Hoverboard with Bluetooth Speaker and LED Lights for Kids and Adults Gift UL 2272 Certified: Sports & Outdoors |
| Capture URL: | https://www.amazon.com/dp/B07PKSK93G/ref=twister_B08HW9TTBG?_encoding=UTF8&psc=1 |
| Captured site IP: | 23.220.130.101 |
| Page loaded at (UTC): | Mon, 02 Aug 2021 14:14:56 GMT |
| Capture timestamp (UTC): | Mon, 02 Aug 2021 16:40:50 GMT |
| Capture tool: | v7.9.1 |
| Collection server IP: | 52.5.8.50 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 14 |
| Capture ID: | ff7af03b-73ef-4aeb-b7a4-06c975a20e94 |
| User: | loeb-ayuan |

PDF REFERENCE #:    hxwGUrr2kRyU9k7TuiD1MW

# Amazon
Deliver to Arthur - Chicago 60605 | Hello, Arthur Account & Lists | Returns & Orders | 0 Cart

All | Customer Service | Prime Video | Gift Cards | Arthur's Amazon.com | Shopper Toolkit | Outdoor Recreation | Shop low prices for school

Sports & Outdoors | Sports & Fitness | Outdoor Recreation | Sports Fan Shop | Sports Deals | Outdoor Deals

**Students and government assistance recipients could save 50% on Prime**

Sports & Outdoors › Outdoor Recreation › Skates, Skateboards & Scooters › Scooters & Equipment › Scooters › Self Balancing Scooters



VIDEO

Roll over image to zoom in

## Hoverboard All Terrain Off Road 6.5" inch T581 Hoverboards, with Bluetooth Speaker and App-Enabled, Smart Self Balancing Hover Board and Two-Wheel with UL2272 Certified for Kids and Adults

**Brand: Magic hover**

★★★★☆ 329 ratings | 73 answered questions

Price: **$229.00**  **prime** & FREE Returns

Get 5% back ($11.45 in rewards) on the amount charged to your Amazon Prime Rewards Visa Signature Card. May be available at a lower price from **other sellers**, potentially without free Prime shipping.

Color: **blue-T581**

 $229.00 prime     $279.00 prime

| | |
|---|---|
| Brand | Magic hover |
| Color | Blue-T581 |
| Package Dimensions | 26.2 x 9.7 x 9.5 inches; 24 Pounds |
| Maximum Weight Recommendation | 220 Pounds |
| Frame Material | Aluminum |

### About this item

- Strong off road hoverboard -powered by 702 watt motors. This self balancing hoverboard use strong off road tires which have great adaptability for all terrains, you will feel safe no matter what sorts of road you are on.
- Hoverboard smart APP - efficient app helps you stay in complete control. Use app to change modes, check battery, see and change the speed, and control the LED lights with ease.
- Two modes - For for all riders. Child mode makes the hoverboard easier to control for first time or children. Adult mode allows expert riders to enjoy this product and perform hoverboard tricks with ease.
- High quality bluetooth music speaker - The Magic Swift sports a built in branded high quality speaker that allows you to enjoy music while you ride.
- Safest self balancing hoverboard - Every hover board is

**$229.00**
**prime** & FREE Returns

**FREE delivery: Monday, Aug 9**
Details

**Extended delivery time:** This item is subject to shipping restrictions due to materials in its composition.

Deliver to Arthur - Chicago 60605

**In Stock.**

Qty: 1

[Add to Cart]

[Buy Now]

🔒 Secure transaction

Ships from: Amazon
Sold by: Runchenyun

Return policy: This item is returnable

**Add a Protection Plan:**
☐ 2-Year Protection for $24.99
☐ Add a gift receipt for easy returns

[Add to List]

New & Used (2) from $169.70 Prime FREE Delivery

Have one to sell?
[Sell on Amazon]

$20 off coupon




MACWHEEL — Fun for all age




Roll over image to zoom in

VIDEO

- Two modes - For for all riders. Child mode makes the hoverboard easier to control for first time or children. Adult mode allows expert riders to enjoy this product and perform hoverboard tricks with ease.
- High quality bluetooth music speaker - The Magic Swift sports a built in branded high quality speaker that allows you to enjoy music while you ride.
- Safest self balancing hoverboard - Every hover board is designed and built to provide world class levels of safety and security. This hover board and its battery are UL certified.(UL2272 & UL2271) 102% ride tested, and all Magic hoverboards are desined and built to meet top levels of safety testing. Passed CE, RoHS, and FCC certifications.

New & Used (2) from $169.70 Prime FREE Delivery

Report incorrect product information.



$20 off coupon

MACWHEEL
Fun for all age

Macwheel Electric Scooter, Electric Scooter for Kids Age…
★★★★½ 284
$199.97 ✓prime

Sponsored ⓘ

$20 off coupon

Macwheel Electric Scooter, Electric Scooter for Kids Age 8+, Colorful…
★★★★½ 284
$199.97 ✓prime

Sponsored ⓘ

## Frequently bought together



Total price: $278.94

Add both to Cart

ⓘ These items are shipped from and sold by different sellers. Show details

☑ **This item:** Hoverboard All Terrain Off Road 6.5" inch T581 Hoverboards,with Bluetooth Speaker and App-Enabled, S… $229.00
☑ Hover-1 Buggy Attachment for Transforming Hoverboard Scooter into Go-Kart $49.94

## Inspired by your recent shopping trends

Page 1 of 20

   

| Gyroor Hoverboard Off Road All Terrian 6.5" Two-Wheel G11 Flash LED Light Self Balancing Hoverboards with Bluetooth Music… | CBD All-Terrain Hoverboard, Two-Wheel 6.5 inch Self Balancing Hoverboard with Bluetooth and LED… | TOMOLOO Hoverboards Bluetooth with Led Light Flashing Wheels,… | FLYING-ANT Hoverboard 6.5" Two-Wheel Self Balancing Hoverboard with LED Light Flash Lights Wheels for Kids… | Jetson Flash Self Balancing Hoverboard with Built In Bluetooth Speaker | Includes All Terrain Tires, Reach… |
|---|---|---|---|---|
| ★★★★½ 420 | ★★★★½ 295 | ★★★★½ 149 | ★★★★ 36 | ★★★★½ 701 |
| $199.00 | $229.99 | 6% off $169.99 $179.99 Lowest price in 30 days | $134.99 - $169.99 | $189.98 |



Gyroor Hoverboard Off Road All Terrian 6.5" Two-Wheel G11 Flash LED Light Self Balancing Hoverboards with Bluetooth Music…
★★★★½ 420
$199.00
In stock.



LGSB All Terrain Hoverboard, Two-Wheel 6.5 inch Self Balancing Hoverboard with Bluetooth and LED…
★★★★½ 295
$229.99
✓prime FREE Delivery
In Stock.



TOMOLOO Hoverboards Bluetooth with Led Light Flashing Wheels,…
★★★★½ 149
6% off
$169.99 $179.99
Lowest price in 30 days
✓prime FREE Delivery
Only 8 left in stock - order soon.



FLYING-ANT Hoverboard 6.5" Two-Wheel Self Balancing Hoverboard with LED Light Flash Lights Wheels for Kids…
★★★★☆ 36
$134.99-$169.99
✓prime FREE Delivery



Jetson Flash Self Balancing Hoverboard with Built In Bluetooth Speaker | Includes All Terrain Tires, Reach…
★★★★½ 701
$189.98
✓prime FREE One-Day
In Stock.

---

**Products related to this item**   Page 1 of 49
Sponsored ⓘ

Hover-1 i100 Electric Hoverboard Scooter with Infinity LED Wheel Lights, Black
★★★★½ 647
$219.99 ✓prime

Hover-1 Helix Electric Hoverboard Scooter, Galaxy
★★★★½ 1,251
$179.99 ✓prime

XPRIT 8.5" All Terrain Off-Road Hoverboard w/Bluetooth Speaker, LED Lights, UL2272…
★★★★½ 474
$219.95 ✓prime

Hover-1 Titan Electric Self-Balancing Hoverboard Scooter with 10" Tires, Gun Metal
★★★★½ 1,488
$248.00 ✓prime

Hover-1 Chrome 2.0 Hoverboard Electric Scooter, Gun Metal, 26 x 9.8 x 10
★★★★½ 767
$199.99 ✓prime

---

## Have a question?
Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

---

## From the manufacturer





---



### Safest self balancing hoverboard

Magic hover T581 OFF ROAD self balance hoverboard pass all the necessary CE/ Rohs /FCC certified, and battery with UL2272 which can ensure every part is completely safe won't go on fire and protect user's safety.

### For all riders

350W * 2 Motor with 6.5 inch off road tire can handle bumpy pavements, gravel, grass, sand, and dirt paths in all terrain, allowing you enjoy a smooth ride while getting the best out of your self-balancing hoverboard, it is the best gift for the kids and adults.









### More power
powerful engines that gives you great power. This allows you to reach a speed up to 10-12 km / h (varies by weight, road conditions in all terrain).

### Hoverboard smart APP
Efficient app helps you stay in complete control. Use app to change modes, check battery, see and change the speed, and control the LED lights with ease.Built-in Bluetooth speaker allow you to enjoy the music while riding and play your favorite tunes.

### Free fashion bag
Easy carry, a beautiful hoverboard bag include, you can easily carry it outdoors.

powerful engines that gives you great power. This allows you to reach a speed up to 15 km / h (varies by weight, road conditions in all terrain).

Efficient app helps you stay in complete control, see app to change modes, check battery, see and change the speed, and control the LED lights with ease.Built-in Bluetooth speaker allow you to enjoy the music while riding and play your favorite tunes.

Easy carry, a beautiful hoverboard bag include, You can carry anywhere you want.



## Product details

Color: blue-T581

- **Date First Available :** September 12, 2020
- **Manufacturer :** CHETAIDOU
- **ASIN :** B08HW9TTBG
- **Best Sellers Rank:** #98,740 in Sports & Outdoors (See Top 100 in Sports & Outdoors)
  #92 in Self Balancing Scooters
- **Customer Reviews:** ★★★★½  329 ratings

## Videos

Page 1 of 4

**Videos for this product**


0:48
**Customer Review:** Bluetooth speaker is great & Lots of fun for...
paul


1:08
Hoverboard 6.5" inch All Terrain Off Road T581 Hoverboards,with...
Merchant Video

**Videos for related products**


1:02
Self Balancing Scooter
SFSOFTINC


OXA Hoverboard - U Certified Self Balanc
Tabstore

Upload your video

## Products related to this item

Page 1 of 28

Sponsored

Upload your video

## Products related to this item

Page 1 of 28

Sponsored








Hover-1 Helix Electric Hoverboard Scooter, Black
★★★★½ 243
$159.99 ✓prime

SISIGAD 8.5" Solid Tires Off Road Hoverboard, All Terrain Self Balancing Scooter wi…
★★★★☆ 13
$299.99

Hover-1 Chrome 2.0 Hoverboard Electric Scooter, Gun Metal, 26 x 9.8 x 10
★★★★½ 767
$199.99 ✓prime

Hover-1 Dream Hoverboard Electric Scooter Light Up LED Wheels , Jet Black, 25…
★★★★½ 490
$159.99 ✓prime

Hover-1 Titan Electric Self-Balancing Hoverboard Scooter with 10" Tires, Gun Metal
★★★★½ 1,488
$248.00 ✓prime




Save 5%

Gatorade Whey Protein Bars, Cookies & Crème, 2.8 oz bars (Pack of 12, 20g of protein per bar)
★★★★½ 11,375
$17.10 $18.00 ✓prime
Subscribe & Save

Sponsored

## Customer questions & answers

🔍 Have a question? Search for answers

▲ 1 vote ▼

**Question:** Does it come with a warranty?

**Answer:** Dear friend，yes, surely,the Warranty is 1 year for the hoverboard, 6 months for the battery, except normal wear and tear. Any issue please contact us, our goal is your satisfaction.
By Magic Hover SELLER on June 1, 2019

˅ See more answers (1)

▲ 0 votes ▼

**Question:** It say the brand is magic hover but the hoverboard in the pic shows Gyroor hoverboards so is magic hover just the company that sells Gyroor products?

**Answer:** Dear friends,please don`t worry, it is Gyroor`s hoverboard, we are the Gyroor`s Distributor, if you like it, you can buy it directly, thanks.our support email is info@gyroorboard.com, if you have any problem, please kindly contact us freely.
By Magic Hover SELLER on December 10, 2019

▲ 0 votes ▼

**Question:** How far is the distance from the seat of the car to the leg rest?

**Answer:** Dear friends, it is adjustable from 19cm to 22 cm, thanks.
By Magic Hover SELLER on March 9, 2020

| | Answer: | Dear friends, please don`t worry, it is Gyroor`s hoverboard, we are the Gyroor`s Distributor, if you like your hoverboard, please contact us freely, if you are not satisfied with this product or have any problem, please kindly contact us freely. |
|---|---|---|
| ▲ 0 votes ▼ | | By Magic Hover SELLER on December 10, 2019 |
| ▲ 0 votes ▼ | Question: Answer: | How far is the distance from the seat of the car to the leg rest? Dear friends, it is adjustable from 19cm to 22 cm, thanks. By Magic Hover SELLER on March 9, 2020 |
| ▲ 0 votes ▼ | Question: Answer: | Does this come with the kart and Hoverboard? Dear friends, yes, the Three-in -one come with the kart and hoverboard. By Magic Hover SELLER on August 20, 2019 |
| | | ˅ See more answers (3) |

See more answered questions (69)

## Customer reviews

★★★★½ 4.3 out of 5

329 global ratings

5 star ▬▬▬▬▬▬▬▬ 74%
4 star ▬ 9%
3 star ▬ 5%
2 star ▬ 3%
1 star ▬▬ 10%

˅ How are ratings calculated?

### By feature

| Battery life | ★★★★☆ 4.1 |
| Durability | ★★★★☆ 4.1 |
| Sturdiness | ★★★★☆ 4.1 |

### Review this product

Share your thoughts with other customers

Write a customer review

Save 5%



Gatorade Whey Protein Recover Bars, S'm...

### Reviews with images



See all customer images

### Read reviews that mention

| year old | hoverboard | battery life | hold a charge | son loves |
| play music | kids love | stopped working | son for his birthday | |
| worth the money | straps broke | coolest thing | cart attachment | |

Top reviews ▾

### Top reviews from the United States

Melissa

★★★★★ Amazing Go Kart Experience!

Reviewed in the United States on June 19, 2019

Color: blue-T581*kart | **Verified Purchase** | **Early Reviewer Rewards** (What's this?)



This product was amazing! My kids absolutely love it and cant get enough of it. My husband bought them a hover board and they really enjoyed that. I was browsing amazon and saw this kart from the same store. I knew I had to surprise them all with it! My husband assembled it quick and he absolutely loved it. The next day the kids tried it and had so much fun. It is much safer to ride and could go on all surfaces. Grass is difficult for adults and that doesn't matter.. It is well built and has a ton of cool features. Would definitely buy again.




cool features. Would definitely buy again.

19 people found this helpful

Helpful | Report abuse

Jose R.

★★★★★ **Fun Hoover for the family !**

Reviewed in the United States on May 22, 2019

Verified Purchase



The quality is amazing; it feels very sturdy and strong. It holds my weight of 210 pounds with no problem. I also like how the fiber carbon parts makes it feel strong and look sleek as well.

The dual motor is very responsive and powerful, I was amaze how smooth they are making the self-balancing feature. It is extremely helpful to anyone especially for beginners like me and my wife. It was helpful that the maximum speed of 12.0km/h can be adjusted using the mobile application and the children and adult modes make it versatile for everyone.

˅ Read more



14 people found this helpful

Helpful | Report abuse

Andy B

★☆☆☆☆ **Buyer Beware!!**

Reviewed in the United States on June 30, 2020

Color: blue-T581*kart | Verified Purchase

My son enjoyed this hoverboard on his birthday early May for a full 30 minutes, and although he liked it in that very brief time, it died. After contacting Gryoor, they insisted I contact them directly outside of Amazon. They would replace the motherboard for "free." It arrived at their office on May 22 and I have not heard anything since. Essentially, they stole the $279 I paid. Shame on them.

Amazon? Help?

5 people found this helpful

Helpful | Report abuse

Holly

★★★★★ **This is a great Hoover board!**

Reviewed in the United States on June 29, 2019

Amazon? Help?

5 people found this helpful

Helpful | Report abuse

 Holly

★★★★★ This is a great Hoover board!

Reviewed in the United States on June 29, 2019

Color: blue-T581*kart | Verified Purchase | Early Reviewer Rewards (What's this?)



Works great off road or on battery life is good, kids are having a blast with this! Had bought another one just different model and customer service has been very responsive with a problem with the wheel stopping.

14 people found this helpful

Helpful | Report abuse

 Topp

★★★★★ Sturdy Hoverboard and Great Customer Service

Reviewed in the United States on January 16, 2020

Verified Purchase

I purchased this board for my 11 year old son and he loves it! The lights and wheel illumination are great! He loves that both can be changed through the app as well as play music from a device through the speakers on the board. The motors are more powerful than most hoverboards out there. Construction is solid and balanced.

We needed some help from customer service soon after opening it, so I emailed them. A representative responded very quickly and stayed in touch until we were completely taken care of. I feel like Gyroor went the extra mile. It was really nice! Great company and product.

9 people found this helpful

Helpful | Report abuse

 Jillian Bencic

★★★★★ great for children,

Reviewed in the United States on June 4, 2019

Verified Purchase | Early Reviewer Rewards (What's this?)



Packaging: very well packaged no dents scratches or marks on the hover board. Foam is placed properly inside the box to protect the board from damage.

Ease of use: This is made for children under 12 in my opinion. It is a little smaller than other boards out there. The wheels are a little smaller than others I have seen. But for my 7 year old daughter it is perfect. My daughter hopped right on the hover board and



Ease of use. This is made for children under 12 in my opinion. It is a little smaller than other boards out there. The wheels are a little smaller than others I have seen. But for my 7 year old daughter it is perfect. My daughter hopped right on the hover board and took off right away, she spins around goes forward and backwards with what appears to be no effort she loves it!! I am 36 years old and

∨ Read more



10 people found this helpful

Helpful | Report abuse

G. Marchand

★★★★★ 10/10 fun factor, but be careful!
Reviewed in the United States on October 5, 2020
Color: blue-T581 | Verified Purchase

Just got this for our 8yo son. It's the coolest thing he's ever had. Can't comment on longevity of the product, but initial fun rating is a 10/10. Speaker quality is fine. App control with lights and speedometer are fun but not necessary. It's a little too heavy for him to carry safely on his own. Came charged enough to play around with for a couple hours. He's pretty confident on it after just a few days of riding mostly indoors. Stay away from cabinets and trim. Unfinished basements and outside are best to learn to ride it. Adults be careful. This is not a skateboard, scooter, or a Segway. My wife got on, did 4-5 full speed rotations, and got flung off like it was a mechanical bull.

One person found this helpful

Helpful | Report abuse

Alandreia

★★★★★ Best hoverboard so far!! Easy to read manual, charger, and carrying bag included
Reviewed in the United States on May 24, 2019
Verified Purchase



Bluetooth connects easily thru phone and speakers are great!! Loud music! Pretty LED lights inside the wheels. When u connect to app it lets u change the color of the front/back lights and u can also change from adult mode to kids mode for younger kids! Love it so far 💖



12 people found this helpful



12 people found this helpful

Helpful | Report abuse

See all reviews ›

**4 stars and above**   Page 1 of 19
Sponsored

    

| Hover-1 Helix Electric Hoverboard Scooter, Gun Metal | XPRIT 8.5" All Terrain Off-Road Hoverboard w/Bluetooth Speaker, LED Lights, UL2272... | Hover-1 Titan Electric Self-Balancing Hoverboard Scooter with 10" Tires, Blue | TOMOLOO Hoverboard, Bluetooth and LED Music Rhythmed Lights Hover Board with 6.5 In... | Gyroor Warrior 8.5 inch All Terrain Off Road Hoverboard with Bluetooth Speakers... |
|---|---|---|---|---|
| ★★★★½ 430 | ★★★★½ 474 | ★★★★½ 1,488 | ★★★★½ 62 | ★★★★½ 3,421 |
| $174.00 prime | $219.95 prime | $249.99 prime | $169.99 prime | $299.00 |



Sponsored

Pages with related products. See and discover other items: **Explore go karts for hoverboards**

**Explore more items**   Page 1 of 4

     

| Yukon Hammerhead Pro HD Steerable Snow Sled with Aluminum Frame, Green ,51" x 22.5" | FAST & FURIOUS FT001 Electric Skateboard 1800W Dual Motors with Remote Control Top Speed 25MPH, 17... | sublue WhiteShark Mix Underwater Scooter Dual Motors, Action Camera Compatible, Water Sports... | Seway Scooter Kickstand Fit for miniPRO miniLITE, Parking Stand Compatible for Electric Self Balance Scooter,... | Swagtron Swagboard Outlaw T6 Off-Road Hoverboard |
|---|---|---|---|---|
| ★★★★½ 348 | ★★★★ 41 | ★★★★½ 269 | ★★★★½ 354 | ★★★★ 743 |
| $190.11 | $699.99 | $689.00 | $9.99 | $330.11 |
| prime FREE Delivery In Stock. | prime FREE Delivery In Stock. | prime FREE Delivery Only 1 left in stock - order | prime FREE One-Day In Stock. | prime FREE Delivery Only 4 left in stock - order soon. |

Document title: Amazon.com: Magic hover Hoverboard Off Road All Terrain Self Balancing Scooter 6.5&quot; T581 Flash Two-Wheel Self Balancing Hoverboard with…
Capture URL: https://www.amazon.com/dp/B07PKSK93G/ref=twister_B08HW9TTBG?_encoding=UTF8&amp;psc=1
Capture timestamp (UTC): Mon, 02 Aug 2021 16:40:50 GMT
Page 11 of 13

Yukon Hammerhead Pro HD Steerable Sled with Aluminum Frame , Green ,51" x 22.5"
★★★★½ 348
$190.11
✓prime FREE Delivery
In Stock.

FAST & FURIOUS FT001 1800W Dual Motors with Remote Control Top Speed 25MPH, 17...
★★★★☆ 41
$699.99
✓prime FREE Delivery
In Stock.

sublue WhiteShark Mix Underwater Scooter Dual Motors, Action Camera Compatible, Water Sports...
★★★★½ 269
$689.00
✓prime FREE Delivery
Only 1 left in stock - order soon.

Seway Scooter Kickstand Stand Holder for Xiaomi Parking Stand Compatible for Electric Self Balance Scooter,...
★★★★½ 354
$9.99
✓prime FREE One-Day
In Stock.

Swagtron Swagboard Outlaw T6 Off-Road Hoverboard
★★★★☆ 743
$330.11
✓prime FREE Delivery
Only 4 left in stock - order soon.

## Top picks for you    Page 1 of 9



Bottle Bright- All Natural, Biodegradable, Chlorine & Odor Free Water Bottle &...
★★★★½ 24,888
$8.00
✓prime Today by 6PM
In Stock.
Purchased Sep 2020



Gyroor T581 Hoverboard 6.5" Off Road All Terrain Hoverboard with Bluetooth Speaker and Two-Wheel Self...
★★★★½ 1,081
$229.00
In stock.
Purchased May 2021



Gyroor Warrior 8.5 inch All Terrain Off Road Hoverboard with Bluetooth Speakers and LED Lights, UL2272...
★★★★½ 3,421
$299.00
In stock.
Purchased Jun 2021



Jetson Flash Self Balancing Hoverboard with Built In Bluetooth Speaker | Includes All Terrain Tires, Reach...
★★★★½ 701
$189.98
✓prime FREE Delivery



Hover Hoverboard Electric Scooter
★★★★½ 2,396
$191.99 - $489.99
✓prime FREE Delivery

## Your Browsing History    View or edit your browsing history    Page 1 of 7

       

Back to top

### Get to Know Us
Careers
Blog
About Amazon
Sustainability
Press Center
Investor Relations
Amazon Devices

### Make Money with Us
Sell products on Amazon
Sell apps on Amazon
Become an Affiliate
Become a Delivery Driver
Start a package delivery business
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub

### Amazon Payment Products
Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon Secured Card
Amazon Business Card
Amazon Business Line of Credit
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

### Let Us Help You
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices

Back to top

**Get to Know Us**
Careers
Blog
About Amazon
Sustainability
Press Center
Investor Relations
Amazon Devices

**Make Money with Us**
Sell products on Amazon
Sell apps on Amazon
Become an Affiliate
Become a Delivery Driver
Start a package delivery business
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Ways to Make Money

**Amazon Payment Products**
Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon Secured Card
Amazon Business Card
Amazon Business Line of Credit
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter
Promotional Financing

**Let Us Help You**
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help

  

English | United States

| | | | | | | |
|---|---|---|---|---|---|---|
| **Amazon Music** Stream millions of songs | **Amazon Advertising** Find, attract, and engage customers | **Amazon Drive** Cloud storage from Amazon | **6pm** Score deals on fashion brands | **AbeBooks** Books, art & collectibles | **ACX** Audiobook Publishing Made Easy | **Alexa** Actionable Analytics for the Web |
| **Sell on Amazon** Start a Selling Account | **Amazon Business** Everything For Your Business | **Amazon Fresh** Groceries & More Right To Your Door | **AmazonGlobal** Ship Orders Internationally | **Home Services** Experienced Pros Happiness Guarantee | **Amazon Ignite** Sell your original Digital Educational Resources | **Amazon Web Services** Scalable Cloud Computing Services |
| **Audible** Listen to Books & Original Audio Performances | **Book Depository** Books With Free Delivery Worldwide | **Box Office Mojo** Find Movie Box Office Data | **ComiXology** Thousands of Digital Comics | **DPReview** Digital Photography | **East Dane** Designer Men's Fashion | **Fabric** Sewing, Quilting & Knitting |
| **Goodreads** Book reviews & recommendations | **IMDb** Movies, TV & Celebrities | **IMDbPro** Get Info Entertainment Professionals Need | **Kindle Direct Publishing** Indie Digital & Print Publishing Made Easy | **Amazon Photos** Unlimited Photo Storage Free With Prime | **Prime Video Direct** Video Distribution Made Easy | **Shopbop** Designer Fashion Brands |
| **Amazon Warehouse** Great Deals on Quality Used Products | **Whole Foods Market** America's Healthiest Grocery Store | **Woot!** Deals and Shenanigans | **Zappos** Shoes & Clothing | **Ring** Smart Home Security Systems | **eero WiFi** Stream 4K Video in Every Room | **Blink** Smart Security for Every Home |
| | **Neighbors App** Real-Time Crime & Safety Alerts | **Amazon Subscription Boxes** Top subscription boxes – right to your door | **PillPack** Pharmacy Simplified | **Amazon Renewed** Like-new products you can trust | **Amazon Second Chance** Pass it on, trade it in, give it a second life | |

Conditions of Use | Privacy Notice | Interest-Based Ads | © 1996-2021, Amazon.com, Inc. or its affiliates