# EXHIBIT 10

GET IT

SO FUNNY

GYROOR S300

★ REVIEWS



HOVERBOARD  E-SCOOTER  E-BIKE  OTHER



Free Product Testing



New Product



Up to 50% Off



ABOUT ⌄    COMMUNITY ⌄



HOVERBOARD + KART

LET'S PLAY GYROOR T581
HOVERBOARD WITH A MORE
FUNNY GO-KART

PLAY VIDEO

★ REVIEWS







WHERE TO BUY?          SERVICE & SUPPORT          OTHER INNOVATION



GYROOR

ABOUT ∨   COMMUNITY ∨

WHERE TO BUY?      SERVICE & SUPPORT      OTHER INNOVATION

## GYROOR PRODUCTS

Gyroor Hoverboard brings raw value and love into its hoverboards by deploying is vast hoverboard technology experience, a dedicated research and development team, and a world-class factory. Hoverboard believes that it is the people who understand and recognize the needs of their customers that are its greatest assets. The Gyroor hoverboard team and at the center of their passion the desire to constantly satisfy the customer with the highest quality and the latest hoverboard designs and technology.

★ REVIEWS



Gyroor electric scooter for kids, , Teens, Boys and Girls, Lightweight and Adjustable Handlebar, Rechargeable Battery, 5 MPH Limit. H30

★★★★★ 7 Reviews

**$129.00** $199.00



Gyroor C3 Electric Bike for Adults, 450W eBike with 18.6MPH up to 28 Mileage, 14in Air-Filled Tires, Dual Disc Braking, 3 Riding Modes

★★★★★ 9 Reviews

**$549.00**

Gyroor Gyroshoes Electric Roller Skate Hover Board hovershoes with LED Lights,300W Dual Motor Self Balancing Scooter for Kids and Adults

★★★★★ 6 Reviews

**$217.00** $299.00



Gyroor Hoverboard Off Road All Terrian 6.5" Two-Wheel G11 Flash LED Light Self Balancing Hoverboards with Bluetooth Music Speaker and UL 2272 Certified for Kids Adults Gift.(Blue)

★★★★★ 7 Reviews

**$199.00**



Gyroor 6.5 Inch T580 Swift Hoverboard with Flashed Wheel Smart Self Balanceing Scooter with Music Speaker App-Enabled UL2272 Certificated Hoverboard



Gyroor C2 electric bike for adults and kids with powerful LED light ebike foldable bike

★★★★☆ 4 Reviews

**$659.99** $799.00



Gyroor Swift Hoverboard Self Balancing Scooter with Music Speaker LED Lights, 6.5 inch Two-Wheel Electric Scooter for Kids Adult - UL2272 Certificated



Gyroor T581 Hoverboard 6.5" Off Road All Terrain Hoverboards with Bluetooth Speaker&LED Lights Two-Wheel Self Balancing Hoverboard with Kart Seat

Document title: Gyroor: The Best Hoverbooard Electric Selfbalance and Scooter of 2019
Capture URL: https://gyroor.com/
Capture timestamp (UTC): Tue, 03 Aug 2021 14:41:19 GMT

Gyroor 6.5 Inch T580 Swift Hoverboard with Flashed Wheel Smart Self Balancing Scooter with Music Speaker App-Enabled UL2272 Certificated Hoverboard for Kids and Adults

★★★★★ 1 Review

**$167.00** *$299.00*

Gyroor C2 electric bike for adults and kids with powerful LED light ebike foldable bike

★★★★☆ 4 Reviews

**$659.99** *$799.00*

Gyroor ... Self Balancing Scooter with Music Speaker LED Lights, 6.5 inch Two-Wheel Electric Scooter for Kids Adult - UL2272 Certificated

★★★★★ 7 Reviews

**$167.00** *$219.00*

Gyroor T581 Hoverboard 6.5" Off Road All Terrain Hoverboards with Bluetooth Speaker&LED Lights Two-Wheel Self Balancing Hoverboard with Kart Seat Attachment UL2272 Certified for Kids & Adults

★★★★★ 3 Reviews

**$279.00** *$399.00*



Gyroor T581 Hoverboard 6.5" Off Road All Terrain Hoverboard with Bluetooth Speaker and LED Lights Two-Wheel Self Balancing Hoverboard for Adult Kids Gift UL2272 Certified

★★★★★ 1 Review

**$229.00** *$299.00*



Gyroor K1 Hoverboard Seat Attachment, Hover Board Accessory Go Kart with Adjustable Frame Length Compatible with 6.5" 8" 10" Hoverboards Self Balancing Scooter for Kids and Adults

**$89.99**



Gyroor G-F1 Hoverboard,8.5" Off Road Hover Board with Bluetooth Speaker&LED Lights,Fastest Racing Self Balancing Scooter with App for Kids and Adult,UL2272 Certified

★★★★★ 1 Review

**Sold Out**

# INFLUENCERS SAY



F1 Racing Hoverboard? This hoveboad is one of the fastest and toughest hoverboards on the market! See me give my first reactions to this hoverboard.

— **Matthias**



hatUnboxing /review of the new gyroshoes.They are so much fun! If you know how to ride on a hoverboard than these should be easy for you, have a good day!!!

— **Jessalyn Grace**



STEPHEN SHARER MADE AN AWESOME SUPER RARE HOVERBOARD MOD WITH PLAY DOH! CHECK OUT THESE PLAYDOH KIDS FRIENDLY HOVERBOARD!

— **Stephen Sharer**



Document title: Gyroor: The Best Hoverboard Electric Selfbalance and Scooter of 2019
Capture URL: https://gyroor.com/
Capture timestamp (UTC): Tue, 03 Aug 2021 14:41:19 GMT

hoverboard.

you, have a good day!!!

KIDS FRIENDLY HOVERBOARD!

—— Matthias

—— Jessalyn Grace

—— Stephen Sharer

# NEWS

## BRAND AUTHORIZATION

December 24, 2020



Read More

## WHY YOU CHOOSE GYROOR HOVERBOARDS?

October 16, 2019



Read More

★ REVIEWS

# INSTAGRAM

## FOLLOW

SEARCH    ABOUT US    CONTACT US    AMAZON

TO GET REWARD    RESET HOVERBOARD-CALIBRATION

FAQ

Sign up to get the latest on sales, new releases and more …



FAQ

Sign up to get the latest on sales, new releases and more …

Enter your email address...                            **SIGN UP**

© 2021 G yroor.

Designed by Out of the Sandbox. Powered by Shopify

Powered by

★★★★★  383 Reviews                                  🖋 WRITE A REVIEW

## Reviews (383)

★ REVIEWS

**Donnie B.** Verified Buyer                                    04/29/21
★★★★★
**Gyropr E-Bike**
Fun little bike. Battery fair, bike smooth and fast for its size. Lots of fun.

↪ Share                               Was This Review Helpful?  👍 2  👎 3

---

**Charles M.** Verified Buyer                                  04/26/21
★★★★★
**Very impressed**
I have been very impressed so far. Perfect size and actually goes pretty fast. Seems better built than other affordable electric bikes that I have bought.
Range is as described. It also was very easy to put together. It took less than 10 minutes.

↪ Share                               Was This Review Helpful?  👍 1  👎 2

---

**Angelica S.** Verified Buyer                                 04/13/21
★★★★★
**best ebike on the web!**
amazing bike for an amazing price! SUPER fun!

↪ Share                               Was This Review Helpful?  👍 1  👎 0

---

**Matthew H.** Verified Buyer                                  04/12/21
★★★★★
**Great hoverboard!**
Great hoverboard!



Powered by

★★★★★  383 Reviews

☑ WRITE A REVIEW

## Reviews (383)

**Donnie B.** Verified Buyer                                           04/29/21
★★★★★

**Gyropr E-Bike**
Fun little bike. Battery fair, bike smooth and fast for its size. Lots of fun.

↩ Share |                                    Was This Review Helpful?  👍 2  👎 3

---

**Charles M.** Verified Buyer                                          04/26/21
★★★★★

**Very impressed**
I have been very impressed so far. Perfect size and actually goes pretty fast. Seems better built than other affordable electric bikes that I have bought. Range is as described. It also was very easy to put together. It took less than 10 minutes.

↩ Share |                                    Was This Review Helpful?  👍 1  👎 2

---

**Angelica S.** Verified Buyer                                         04/13/21
★★★★★

**best ebike on the web!**
amazing bike for an amazing price! SUPER fun!

↩ Share |                                    Was This Review Helpful?  👍 1  👎 0

---

**Matthew H.** Verified Buyer                                          04/12/21
★★★★★

**Great hoverboard!**
Great hoverboard!

↩ Share |                                    Was This Review Helpful?  👍 2  👎 1

---

**Donald D.** Verified Buyer                                           04/06/21
★★★★★

**Great product!**
This is the second hoverboard I purchased this month. I was looking to buy a hoverboard and seat attachment as a gift for my grandson. The first hoverboard we purchased was torn up after 3 rides with the seat attachment. In addition its battery would run down in 15 minutes after 3 hours of charging. After doing further research I purchased this Gy...Read More

↩ Share |                                    Was This Review Helpful?  👍 6  👎 0

‹  1  2  3  4  5  6  7  8  9  ›





amazon prime

Deliver to Arthur
Chicago 60605

Hello, Arthur
Account & Lists ▾

Returns
& Orders

0
Cart

☰ All | Customer Service | Prime Video | Gift Cards | Arthur's Amazon.com | Shopper Toolkit | Outdoor Recreation | **Shop low prices for school**

HIBOY | Save 21% **Savings & Sales** | Hiboy MAX3 Electric Scooter, 350W... | ⭐⭐⭐⭐ 228 | $391.99 $499.00 ✓prime

Sports & Outdoors › Outdoor Recreation › Skates, Skateboards & Scooters › Scooters & Equipment › Scooters › Self Balancing Scooters

Sponsored ⓘ



Roll over image to zoom in

VIDEO

## Gyroor Swift Hoverboard Self Balancing Hoverboard with Music Speaker LED Lights, 6.5 inch Two-Wheel Hoverboard with UL2272 Certificated

Visit the Gyroor Store
⭐⭐⭐⭐½ ⌄    635 ratings | 54 answered questions

Price: **$219.00**

**Get 5% back ($10.95 in rewards)** on the amount charged to your Amazon Prime Rewards Visa Signature Card.

Color: **black**

 **$219.00**     $219.00

| Brand | Gyroor |
|---|---|
| Color | Black |
| Package Dimensions | 26 x 9.5 x 9.5 inches; 18.45 Pounds |

### About this item

- SMART APP CONTROLLED - This self balancing scooter comes with an efficient app that helps you stay in control, giving you the ability to change modes, check batteries, see the real speed, Changing led light colors and adjust speed with ease.
- FOR ALL RIDERS - Coming with 2 modes, the children mode makes this hover board easy to control for a first-timer or a kid rider. While its adult mode allows expert riders easily perform hoverboard tricks.
- MUSIC SPEAKER INCLUDED - For the music lovers, the Gyroor Swift spots a built-in branded high quality music speaker that allows you play music when riding the hoverboard.
- SELF BALANCING BOARD - We have adopted the self balancing technology to make this hoverboard easier and safer for new riders. Perfect your balancing with a full rest of mind!
- SAFETY CERTIFIED - This UL2272 certified hover board has passed strict electrical and safety test to protect charging and rides. If you feel this hoverboard is not performing to standard, feel free to contact us

⚐ Report incorrect product information.

SISIGAD Hoverboard, with



$219.00

FREE delivery: **Aug 26 - Sep 17**

Fastest delivery: **Aug 11 - 16**

◉ Deliver to Arthur - Chicago 60605

**In stock.**
Usually ships within 4 to 5 days.

Qty: 1 ⌄

**Add to Cart**

**Buy Now**

🔒 Secure transaction

Ships from   GYROOR US
Sold by      GYROOR US

Return policy: Eligible for Return, Refund or Replacement. ⌄

**Add to List** ⌄

Have one to sell?
**Sell on Amazon**



TPS Electric Hoverboard Self Balancing Scooter for Kids...
⭐⭐⭐⭐½ 68
$119.00

Sponsored ⓘ



- SAFETY CERTIFIED - This UL2272 certified hover board has passed an all detailed and tough safety test charging and rides. If you feel this hoverboard is not performing to standard, feel free to contact us

🗩 Report incorrect product information.



SISIGAD Hoverboard, with Bluetooth and Colorful Lights Self Balancing...
★★★★☆ 8,526
$144.99

Sponsored ⓘ

Roll over image to zoom in

VIDEO

## Frequently bought together



Total price: $231.80

[ Add all three to Cart ]

ⓘ These items are shipped from and sold by different sellers. Show details

☑ **This item:** Gyroor Swift Hoverboard Self Balancing Hoverboard with Music Speaker LED Lights, 6.5 inch Two-Wheel ... $167.00
☑ Hover-1 Buggy Attachment for Transforming Hoverboard Scooter into Go-Kart $49.94
☑ GameXcel Self-Balancing Scooter Carrying Handbag Backpack Bag for 6.5" 7" and 8" Two-Wheel Hover Board Bag S... $14.86

## Inspired by your recent shopping trends

Page 1 of 18





‹

Gyroor Hoverboard Off Road All Terrian 6.5" Two-Wheel G11 Flash LED Light Self Balancing Hoverboards with Bluetooth Music...
★★★★☆ 420
$199.00
In stock.

CBD All-Terrain Hoverboard, Two-Wheel 6.5 inch Self Balancing Hoverboard with Bluetooth and LED...
★★★★☆ 295
$229.99
✓prime FREE Delivery
In Stock.

TOMOLOO Hoverboards Bluetooth with Led Light Flashing Wheels,...
★★★★☆ 149
6% off
$169.99 $179.99
Lowest price in 30 days
✓prime FREE Delivery
Only 8 left in stock - order soon.

FLYING-ANT Hoverboard 6.5" Two-Wheel Self Balancing Hoverboard with LED Light Flash Lights Wheels for Kids...
★★★★☆ 36
$134.99-$169.99
✓prime FREE Delivery

Jetson Flash Self Balancing Hoverboard with Built In Bluetooth Speaker | Includes All Terrain Tires, Reach...
★★★★☆ 702
$189.98
✓prime FREE Delivery
In Stock.

›

## Products related to this item

Page 1 of 49

Sponsored ⓘ

Document title: Amazon.com: Gyroor T580 Hoverboard Self Balancing Scooter with Music Speaker LED Lights, 6.5 inch Two-Wheel Electric Scooter for Kids - UL2272...
Capture URL: https://www.amazon.com/Gyroor-Hoverboard-Balancing-Two-Wheel-Electric/dp/B07GFK49QR/ref=sr_1_1?...
Capture timestamp (UTC): Tue, 03 Aug 2021 04:16:01 GMT
Page 2 of 12

soon.

## Products related to this item

Sponsored ⓘ








| Gyroor Hoverboard Offroad All Terrain Flash Wheel Self Balancing G5 Hoverboards wit... | Longtime 6.5" Chrome Metallic Hoverboard Self Balancing Scooter with Speaker LED Li... | TOMOLOO Hoverboards Bluetooth with Led Light Flashing Wheels, Hover Boards for Kids... | Newest Generation Electric Hoverboard Dual Motors Two Wheels Hoover Board Smart... | Gyroor Hoverboard Off Road All Terrian 6.5" Two-Wheel G11 Flash LED Light Self Bala... |
| --- | --- | --- | --- | --- |
| ★★★★½ 283 | ★★★★½ 111 | ★★★★½ 149 | ★★★★½ 2,931 | ★★★★½ 420 |
| $249.00 | $135.00 | $169.99 ✓prime | $119.00 | $199.00 |

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

## Product Description




Are you looking for the safest hoverboard to get around the world? This GYROOR Swift T580 Hoverboard is exactly what you are looking for!

GYROOR focuses on providing high quality, high safety product and best service to riders, all products are strictly related to the safety tests. With high-tech electric, anti-fire shell protection, and UL certified that make T580 absolutely safe and harmless for all riders.



Document title: Amazon.com: Gyroor T580 Hoverboard Self Balancing Scooter with Music Speaker LED Lights, 6.5 inch Two-Wheel Electric Scooter for Kids - UL2272…
Capture URL: https://www.amazon.com/Gyroor-Hoverboard-Balancing-Two-Wheel-Electric/dp/B07GFK49QR/ref=sr_1_1?…
Capture timestamp (UTC): Tue, 03 Aug 2021 04:16:01 GMT



## GYROOR's committed to make rider's life more comfortable and convenient.

Dual shinny wheels design, easy to control your balance, move forward or backward by your body posture. Ride on premium self balancing GYROOR Swift T580 hoverboard, Ride with your Dream!



### Colorful LED Lights

Bright LED headlights and flashing wheels are super fun, is also a signal of protecting yourself that makes you feel safe in dark, illuminate your evening journeys.For the hoverboard enthusiasts,the LED flashing lights would make the hoverboard be cool device.

- Water Resistant: IP54
- Max Load: 220 Pounds
- Motor: 250W*2 Motors
- Frame Material: Aluminum
- Charging Time: 1.5 to 2 Hours
- LED Lights: Colors Adjustable by APP
- Distance on Full Charge: 5~7.5 Miles
- Safety : UL 2272 Certified Hoverboard

### Powerful Battery

Using the certified lithium-ion Battery, provides T580 more powerful. The smart battery system provides battery long life time and more reliable quality for the rider.With UL certified charger, it's safe and fast charging on the hoverboard.



- Net Weight: 15.8 Pounds.
- Max Speed: 8 Miles/Hour
- Max Climbing Angle: 15-30°
- Tires: 6.5 inch Rubber Tires
- Driving Mode: Adjustable Speeds by App
- Bluetooth Speaker: Pro Bluetooth Speaker
- Charging Voltage: AC100 to 240V/50-60Hz
- Lithium-Ion Battery: Removable 2.0Ah/36V
- Product Dimensions: 26 Inch x 9 Inch X 8.86 Inch

- Max Climbing Angle: 15-30°
- Tires: 6.5 Inch Rubber Tires
- Driving Mode: Adjustable Speeds by App
- Bluetooth Speaker: Pro Bluetooth Speaker
- Charging Voltage: AC100 to 240V/50-60Hz
- Lithium-Ion Battery: Removable 2.0Ah/36V
- Product Dimensions: 26 Inch x 9 Inch X 8.86 Inch










### App Enable

With GYROOR App, you can change different led lights, adjust riding speed, check battery life, set adults or children mode, switch self balancing mode, analyses fault and on/off setting, anywhere and anytime.

### Music Speaker

Built-in powerful speaker, easily connect your smart phone or any bluetooth devices. As a music lover, riding with your favorite music, you and your hoverboard will be the most focus one!

### Sturdy & Durable

Adopting advanced motherboard system and nature rubber tires, ensure T580 can run smoothly and steadily. With powerful self-balancing feature, you can easily control and happily ride on it. Enjoy the most stable riding and balancing experience!





## Fantastic and Best Gift Choice for Every Family!

GYROOR Swift T580, is the most perfect gift for every occasion and the best gift choice to your kids and family. Enjoying outdoor life with your family and friends!

## Product details

Color:black

**Is Discontinued By Manufacturer：** No

**Item Weight：** 26.5 Pounds

**Batteries：** 20 Lithium ion batteries required.

**Date First Available：** April 10, 2018

**Manufacturer：** Gyroor

**ASIN：** B07C3C861F

**Best Sellers Rank:** #41,947 in Sports & Outdoors (See Top 100 in Sports & Outdoors)
    #45 in Self Balancing Scooters

**Customer Reviews:**
★★★★⯪ ˅    635 ratings

# Videos

Page 1 of 4

### Videos for this product

‹


**Customer Review:** Light and sleek. Rated up to 265 ibs.

Teach1


Gyroor T580 Hoverboard Self Balancing Scooter with Music...

Amol Bhavsar


Gyroor Swift Hoverboard Self Balancing Hoverboard with Musi...

Merchant Video


**Customer Review:** /

Sweety

›

Upload your video

## Products related to this item

Sponsored ⓘ

Page 1 of 28

    

**Products related to this item**

Sponsored ⓘ

Page 1 of 28








| | | | | |
|---|---|---|---|---|
| Newest Generation Electric Hoverboard Dual Motors Two Wheels Hoover Board Smart... | LIEAGLE Hoverboard, 6.5" Self Balancing Scooter Hover Board with UL2272 Certified... | Gyroor Hoverboard Offroad All Terrain Flash Wheel Self Balancing G5 Hoverboards wit... | Emaxusa Hoverboard Self Balancing Scooter 6.5" Two-Wheel Hoverboards with... | SISIGAD Hoverboard 6.5" Self Balancing Scooter with Colorful LED Wheels Lights Two-... |
| ★★★★½ 2,931 | ★★★★½ 5,091 | ★★★★½ 283 | ★★★★½ 127 | ★★★★½ 3,513 |
| $119.00 | $144.99 ✓prime | $249.00 | $148.00 ✓prime | $179.99 ✓prime |



LIEAGLE Hoverboard, 6.5" Self Balancing Scooter Hover Board with Bluetooth Wheels LED Lights for Kids Adults
★★★★½ 1,190
$139.99

Sponsored ⓘ

## Customer questions & answers

🔍 Have a question? Search for answers

▲
1
vote
▼

**Question:** can you use it without a phone, my kid, I am buying it for doesn't have a phone?

**Answer:** Definitely! My son never uses a phone when he rides.
By Kati Reed on October 25, 2020
⌄ See more answers (3)

▲
1
vote
▼

**Question:** How do I keep the speed on the app at the lower speed? It keeps switching back to the higher speed!

**Answer:** Hi, thanks for your message. When you selected the speed you want to ride on, then you need to click the" limited speed" at the bottom, when it shows" setting successfully", and it could be fixed. Or you could directly adjust into kids mode, the speed would be in very slow. Hope this could be workable for you.
By Gyroor SELLER on December 11, 2018
⌄ See more answers (1)

▲
1
vote
▼

**Question:** Seller said max speed was 13 to 16km yet the app only mets me set soeed up to 12km why is that?

**Answer:** for safe in app just can set 12KM.thanks.
By Gyroor SELLER on September 19, 2019

▲
0

**Question:** Does Is it go Off road?

˅ See more answers (1)

**Question:** Seller said max speed was 13 to 16km yet the app only mets me set soeed up to 12km why is that?

**Answer:** for safe in app just can set 12KM.thanks.
By Gyroor SELLER on September 19, 2019

1 vote

**Question:** Does Is it go Off road?

**Answer:** Dear Kindle,
If you want off road,you can choice our GYROOR T581,our new model. Thnaks.
Best regards, … see more
By Gyroor SELLER on May 6, 2019

˅ See more answers (1)

0 votes

See more answered questions (49)

# Customer reviews

★★★★½  4.6 out of 5

635 global ratings

| | | |
|---|---|---|
| 5 star | | 80% |
| 4 star | | 9% |
| 3 star | | 3% |
| 2 star | | 2% |
| 1 star | | 6% |

˅ How are ratings calculated?

## By feature

| Giftable | ★★★★½ 4.6 |
|---|---|
| For beginners | ★★★★½ 4.6 |
| Sturdiness | ★★★★½ 4.5 |

˅ See more

## Review this product

Share your thoughts with other customers

Write a customer review





## Reviews with images

   

See all customer images

## Read reviews that mention

| year old | battery life | old daughter | daughter loves | hoverboard |
|---|---|---|---|---|

| absolutely loves | play music | child mode | son loves |
|---|---|---|---|

| great hoverboard | easy to use | definitely recommend | worth the money |
|---|---|---|---|

 Top reviews ∨

## Top reviews from the United States

Teach1

★★★★☆  **Light and sleek. Rated up to 265 ibs.**
Reviewed in the United States on December 26, 2018
Color: black | Verified Purchase



▶ 0:00

Light and sleek. Rated 265 ibs. We bought this and a H1 and so far like this one better. It is easier to handle with one handed lifting if you are strong as the middle is smaller. The charger is very similar to the H1. This is only a initial review.

So after a month the unit still works but the plastic hubs are showing some damage and some plastic peices are rattaling around inside. We havnt been gentle with it though ;).



**LIEAGLE Hoverboard, 6.5" Self Balancing ...**
★★★★☆ 1,190
$114.99 ✓prime

[ Shop now ]

Sponsored ⓘ



▶ 0:00 🔊 ⛶ ⋮

the middle is smaller. The charger is very similar to the US. This is only a initial review.

So after a month the unit still works but the plastic hubs are showing some damage and some plastic pieces are rattling around inside. We havnt been gentle with it though ;).

43 people found this helpful

[ Helpful ]  |  Report abuse

 Eric Helton

★★★★★ **Great value, great experience so far**
Reviewed in the United States on March 10, 2020
Color: pink | Verified Purchase

I did allot of research on hoverboards. What I found was every single one has a few reviews of people saying their's was defective or did nothing but beep. Basically I took a leap of faith guided by my 6 year old daughter's simple request for pink. I have now had this Gyroor for a week and I am very happy with the purchase thus far. First, my daughter loves it and was zipping around all over the place in no time. The lights are bright and colorful. The app is easy to pair and use. I put it in child mode and limited the speed in minutes. It can support 220lbs according to the manual which should make it big brother survivable. Battery life has been excellent and the charge time of 2-3 hours is quicker than I expected. So far my only nit-pick would be I think the cosmetics of the plastic body could be scratched up and gouged pretty easily. But it does feel like a solid piece of machinery. That it comes with a bag is really nice. At this point I feel like I hit the sweet spot of not going too cheap while keeping the price reasonable for a 6 year old. I'll update in a couple months

42 people found this helpful

[ Helpful ]  |  Report abuse

 Tina

★★★☆☆ **Battery is not so good!**
Reviewed in the United States on April 15, 2019
Color: black | Verified Purchase

Battery didn't last more then 30 minutes. Got the item replaced and had the same problem. The company was quick to resolve thing but only refunded to amazon account not to original payment method. I should also mention when it stops working or dies unexpectedly it comes to a complete stop. Making the rider go flying!

14 people found this helpful

[ Helpful ]  |  Report abuse

 Amazon Customer

★★★★★ **GREAT PRODUCT, GREAT PRICE, FAST SHIPPING!**
Reviewed in the United States on January 16, 2019
Color: pink | Verified Purchase

Got this for my granddaughter for Christmas! After setting it up to her mother's phone, it took a couple of days and learning beside something to hold on to while getting the feel of things. (of course we had a few laughs at her dad's expense) She is now scooting around as well as she rides her bicycle. She is having a blast! The slower learning feature was perfect for her to use until she got the hang of riding it.

38 people found this helpful

[ Helpful ]  |  Report abuse

couple of days and learning beside something to hold on to while getting the feel of things. (of course with a helmet and knee and elbow protection) She is in total control and loves it as she rides her bicycle. She is having a blast! The slower learning feature was perfect for her to use until she got the hang of riding it.

38 people found this helpful

| Helpful | Report abuse |

 J.D.

★☆☆☆☆ **My son loves it (UPDATE)**

Reviewed in the United States on September 2, 2020

Color: black | **Verified Purchase**

We purchased this about a year ago and my 9 year old son has a blast with it! It stood up well for some time and then the battery would only last for a few minutes. I saw that the battery warranty was only 6 months but figured I would contact Gyroor directly and see if there was anything they could do. I was pleasantly surprised when they told me they would send me a new battery! Needless to say I am very happy with the product and their customer support.

UPDATE 1/25/2021 - So Gyroor wound up sending me the wrong battery, and and then asked me to ship the entire hoverboard back so they would fix it. I sent it back and they sent me back a hoverboard where the bottom was not fully screwed in and the threads were stripped.

They then sent me another hoverboard that had the SAME EXACT ISSUES. Now they are saying they don't have it in stock and will send me a new one once it is in stock. It has been about 6 months since I had this initially had this issue which is not an acceptable amount of time. If I do finally received a working hoverboard that is also safe to use I will update this review again.

5 people found this helpful

| Helpful | Report abuse |

 Tatyanna Curtis

★★★★★ **Best Christmas present ever!!!**

Reviewed in the United States on January 7, 2019

Color: pink | **Verified Purchase**

Bought this for my 11 yr old daughter for Christmas. She loves it. All her friends got one too and paid about the same price but hers is cooler than them all. The Bluetooth speaker works great and is very loud. She jumped on and became a pro in about 15 minutes.

40 people found this helpful

| Helpful | Report abuse |

Suresh

★★★★★ **Super cool pro**

Reviewed in the United States on February 23, 2019

Color: black | **Verified Purchase**

I was wondering how my 6 year kid will ride this as this was his first time . Just in10 minutes he rode and became a champ in next 10 minutes.. the product looks super cool

40 people found this helpful

| Helpful | Report abuse |

Kat

★★★★★ **Good product!**

Reviewed in the United States on January 21, 2019

Color: pink | **Verified Purchase**

Perfect for my 11 year old daughter...takes a lot of practice but she really enjoys it!



Kat

★★★★★ **Good product!**

Reviewed in the United States on January 21, 2019

Color: pink | **Verified Purchase**

Perfect for my 11 year old daughter...takes a lot of practice but she really enjoys it!

36 people found this helpful

Helpful | Report abuse

See all reviews >

---

## 4 stars and above

Sponsored ⓘ                                        Page 1 of 10

<











>

Longtime 6.5" Chrome Metallic Hoverboard Self Balancing Scooter with Speaker LED Li...
★★★★☆ 111
$135.00

LIEAGLE Hoverboard, 6.5" Self Balancing Scooter Hover Board with UL2272 Certified...
★★★★☆ 5,091
$144.99 ✓prime

Gyroor Hoverboard Off Road All Terrian 6.5" Two-Wheel G11 Flash LED Light Self Bala...
★★★★☆ 420
$199.00

SISIGAD Hoverboard Seat Attachment, Adjustable Hoverboards Accessories,...
★★★★☆ 297
$74.99

FLYING-ANT Hoverboard, 6.5 Inch Self Balancing Hoverboards with...
★★★★☆ 1,182
$144.99 ✓prime



OLIGHT Baldr Mini 600 Lumens Magnetic ...
★★★★★ 576
$129.95 ✓prime    [Add to Cart]



Sponsored ⓘ

---

**Back to top**



**Bottle Bright- All Natural, Biodegradable, Chlorine & Odor Free Water Bottle &…**
★★★★☆ 24,894
$8.00
✓prime **Overnight by 11AM**
In Stock.
Purchased Sep 2020

**Gyroor T581 Hoverboard 6.5" Off Road All Terrain Hoverboard with Bluetooth Speaker and Two-Wheel Self…**
★★★★☆ 1,081
$229.00
In stock.
Purchased May 2021

**Gyroor Warrior 8.5 inch All Terrain Off Road Hoverboard with Bluetooth Speakers and LED Lights, UL2272…**
★★★★☆ 3,422
$299.00
In stock.
Purchased Jun 2021

**Jetson Flash Self Balancing Hoverboard with Built In Bluetooth Speaker | Includes All Terrain Tires, Reach…**
★★★★☆ 702
$189.98
✓prime FREE Delivery

**Hover Hoverboard Electric Scooter**
★★★★☆ 2,396
$191.99-$489.99
✓prime FREE Delivery

## More items to explore

Page 1 of 3










**sublue WhiteShark Mix Underwater Scooter Dual Motors, Action Camera Compatible, Water Sports…**
★★★★☆ 269
$689.00
✓prime FREE Delivery
Only 1 left in stock - order soon.

**Hover-1 Titan Electric Self-Balancing Hoverboard Scooter**
★★★★☆ 1,488
$249.99
✓prime FREE Delivery
In Stock.

**Yukon Hammerhead Pro HD Steerable Snow Sled with Aluminum Frame , Green ,51" x 22.5"**
★★★★☆ 348
$190.11
✓prime FREE Delivery
In Stock.

**Skyrunner Adult Kangaroo Shoes Men Jumping Stilts Men Women Fitness Exercise (110~150 lbs/50~70kg) Bouncing Shoes (Black)**
★★★★☆ 42
$285.00
In Stock.

**Segway Ninebot eKickScooter ZING E8 and E10, Electric Kick Scooter for Kids, Teens, Boys and Girls,…**
★★★★☆ 2,268
$259.99
✓prime FREE Delivery
In Stock.



## Your Browsing History  View or edit your browsing history

Page 1 of 7










---

**Back to top**

### Get to Know Us

Careers
Blog
About Amazon
Sustainability
Press Center
Investor Relations
Amazon Devices

### Make Money with Us

Sell products on Amazon
Sell apps on Amazon
Become an Affiliate
Become a Delivery Driver
Start a package delivery business

### Amazon Payment Products

Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon Secured Card
Amazon Business Card
Amazon Business Line of Credit
Shop with Points

### Let Us Help You

Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns &

---



amazon prime



Hello, Arthur
Account & Lists ˅

Returns
& Orders

0
Cart

☰ All | Customer Service | Prime Video | Gift Cards | Arthur's Amazon.com | Shopper Toolkit | Outdoor Recreation

**Shop low prices for school**

HIBOY | Save 21% **Savings & Sales** | Hiboy MAX3 Electric Scooter, 350W...

★★★★★ 228
$391.99 $499.00 ✓prime

Sports & Outdoors › Outdoor Recreation › Skates, Skateboards & Scooters › Scooters & Equipment › Scooters › Self Balancing Scooters

Sponsored ⓘ



Roll over image to zoom in





**VIDEO**

## Gyroor Swift Hoverboard Self Balancing Hoverboard with Music Speaker LED Lights, 6.5 inch Two-Wheel Hoverboard with UL2272 Certificated

Visit the Gyroor Store

★★★★☆ ˅ | 635 ratings | 54 answered questions

Price: **$219.00**

**Get 5% back ($10.95 in rewards)** on the amount charged to your Amazon Prime Rewards Visa Signature Card.

Color: **black**

| $219.00 | $219.00 |

| **Brand** | Gyroor |
| **Color** | Black |
| **Package Dimensions** | 26 x 9.5 x 9.5 inches; 18.45 Pounds |

### About this item

- SMART APP CONTROLLED - This self balancing scooter comes with an efficient app that helps you stay in control, giving you the ability to change modes, check batteries, see the real speed, Changing led light colors and adjust speed with ease.
- FOR ALL RIDERS - Coming with 2 modes, the children mode makes this hover board easy to control for a first-timer or a kid rider. While its adult mode allows expert riders easily perform hoverboard tricks.
- MUSIC SPEAKER INCLUDED - For the music lovers, the Gyroor Swift spots a built-in branded high quality music speaker that allows you play music when riding the hoverboard.
- SELF BALANCING BOARD - We have adopted the self balancing technology to make this hoverboard easier and safer for new riders. Perfect your balancing with a full rest of mind!
- SAFETY CERTIFIED - This UL2272 certified hover board has passed strict electrical and safety test to protect charging and rides. If you feel this hoverboard is not performing to standard, feel free to contact us

⚐ Report incorrect product information.

SISIGAD Hoverboard, with

$219.00

FREE delivery: **Aug 26 - Sep 17**

Fastest delivery: **Aug 11 - 16**

⊘ Deliver to Arthur - Chicago 60605

**In stock.**
Usually ships within 4 to 5 days.

Qty: 2 ˅

**Add to Cart**

**Buy Now**

🔒 Secure transaction

Ships from GYROOR US
Sold by GYROOR US

Return policy: Eligible for Return, Refund or Replacement.
˅

**Add to List** | ˅

Have one to sell?

**Sell on Amazon**



TPS Electric Hoverboard Self Balancing Scooter for Kids...
★★★★☆ 68
$119.00

Sponsored ⓘ

Document title: Amazon.com: Gyroor T580 Hoverboard Self Balancing Scooter with Music Speaker LED Lights, 6.5 inch Two-Wheel Electric Scooter for Kids - UL2272…
Capture URL: https://www.amazon.com/Gyroor-Hoverboard-Balancing-Two-Wheel-Electric/dp/B07GFK49QR/ref=sr_1_1?…
Capture timestamp (UTC): Tue, 03 Aug 2021 04:17:13 GMT



- SAFETY CERTIFIED - This UL2272 certified hover board has passed all tests related to electrical and fire hazard charging and rides. If you feel this hoverboard is not performing to standard, feel free to contact us

Report incorrect product information.



SISIGAD Hoverboard, with Bluetooth and Colorful Lights Self Balancing...

⭐⭐⭐⭐⭐ 8,526

$144.99

Sponsored ⓘ

Roll over image to zoom in

## Frequently bought together



Total price: $231.80

[Add all three to Cart]

ⓘ These items are shipped from and sold by different sellers. Show details

☑ **This item:** Gyroor Swift Hoverboard Self Balancing Hoverboard with Music Speaker LED Lights, 6.5 inch Two-Wheel ... $167.00

☑ Hover-1 Buggy Attachment for Transforming Hoverboard Scooter into Go-Kart $49.94

☑ GameXcel Self-Balancing Scooter Carrying Handbag Backpack Bag for 6.5" 7" and 8" Two-Wheel Hover Board Bag S... $14.86

## Inspired by your recent shopping trends

Page 1 of 18








Gyroor Hoverboard Off Road All Terrian 6.5" Two-Wheel G11 Flash LED Light Self Balancing Hoverboards with Bluetooth Music...
⭐⭐⭐⭐⭐ 420
$199.00
In stock.

CBD All-Terrain Hoverboard, Two-Wheel 6.5 inch Self Balancing Hoverboard with Bluetooth and LED...
⭐⭐⭐⭐⭐ 295
$229.99
✓prime FREE Delivery
In Stock.

TOMOLOO Hoverboards Bluetooth with Led Light Flashing Wheels,...
⭐⭐⭐⭐⭐ 149
**6% off**
$169.99 $179.99
Lowest price in 30 days
✓prime FREE Delivery
Only 8 left in stock - order soon.

FLYING-ANT Hoverboard 6.5" Two-Wheel Self Balancing Hoverboard with LED Light Flash Lights Wheels for Kids...
⭐⭐⭐⭐☆ 36
$134.99-$169.99
✓prime FREE Delivery

Jetson Flash Self Balancing Hoverboard with Built In Bluetooth Speaker | Includes All Terrain Tires, Reach...
⭐⭐⭐⭐⭐ 702
$189.98
✓prime FREE Delivery
In Stock.

## Products related to this item

Page 1 of 49

Sponsored ⓘ







Document title: Amazon.com: Gyroor T580 Hoverboard Self Balancing Scooter with Music Speaker LED Lights, 6.5 inch Two-Wheel Electric Scooter for Kids - UL2272...
Capture URL: https://www.amazon.com/Gyroor-Hoverboard-Balancing-Two-Wheel-Electric/dp/B07GFK49QR/ref=sr_1_1?...
Capture timestamp (UTC): Tue, 03 Aug 2021 04:17:13 GMT

Page 2 of 13

## Products related to this item

Sponsored (i)








| | | | | |
|---|---|---|---|---|
| Gyroor Hoverboard Offroad All Terrain Flash Wheel Self Balancing G5 Hoverboards wit... | Longtime 6.5" Chrome Metallic Hoverboard Self Balancing Scooter with Speaker LED Li... | TOMOLOO Hoverboards Bluetooth with Led Light Flashing Wheels, Hover Boards for Kids... | Newest Generation Electric Hoverboard Dual Motors Two Wheels Hoover Board Smart... | Gyroor Hoverboard Off Road All Terrian 6.5" Two-Wheel G11 Flash LED Light Self Bala... |
| ★★★★☆ 283 | ★★★★☆ 111 | ★★★★☆ 149 | ★★★★☆ 2,931 | ★★★★☆ 420 |
| $249.00 | $135.00 | $169.99 ✓prime | $119.00 | $199.00 |

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

## Product Description




Are you looking for the safest hoverboard to get around the world? This GYROOR Swift T580 Hoverboard is exactly what you are looking for!

GYROOR focuses on providing high quality, high safety product and best service to riders, all products are strictly related to the safety tests. With high-tech electric, anti-fire shell protection, and UL certified that make T580 absolutely safe and harmless for all riders.





## GYROOR's committed to make rider's life more comfortable and convenient.

Dual shinny wheels design, easy to control your balance, move forward or backward by your body posture. Ride on premium self balancing GYROOR Swift T580 hoverboard, Ride with your Dream!



### Colorful LED Lights

Bright LED headlights and flashing wheels are super fun, is also a signal of protecting yourself that makes you feel safe in dark, illuminate your evening journeys.For the hoverboard enthusiasts,the LED flashing lights would make the hoverboard be cool device.

- Water Resistant: IP54
- Max Load: 220 Pounds
- Motor: 250W*2 Motors
- Frame Material: Aluminum
- Charging Time: 1.5 to 2 Hours
- LED Lights: Colors Adjustable by APP
- Distance on Full Charge: 5~7.5 Miles
- Safety : UL 2272 Certified Hoverboard

### Powerful Battery

Using the certified lithium-ion Battery, provides T580 more powerful. The smart battery system provides battery long life time and more reliable quality for the rider.With UL certified charger, it's safe and fast charging on the hoverboard.



- Net Weight: 15.8 Pounds.
- Max Speed: 8 Miles/Hour
- Max Climbing Angle: 15-30°
- Tires: 6.5 inch Rubber Tires
- Driving Mode: Adjustable Speeds by App
- Bluetooth Speaker: Pro Bluetooth Speaker
- Charging Voltage: AC100 to 240V/50-60Hz
- Lithium-Ion Battery: Removable 2.0Ah/36V
- Product Dimensions: 26 Inch x 9 Inch X 8.86 Inch



- Max Climbing Angle 15-30°
- Tires: 6.5 Inch Rubber Tires
- Driving Mode: Adjustable Speeds by App
- Bluetooth Speaker: Pro Bluetooth Speaker
- Charging Voltage: AC100 to 240V/50-60Hz
- Lithium-Ion Battery: Removable 2.0Ah/36V
- Product Dimensions: 26 Inch x 9 Inch X 8.86 Inch







### App Enable

With GYROOR App, you can change different led lights, adjust riding speed, check battery life, set adults or children mode, switch self balancing mode, analyses fault and on/off setting, anywhere and anytime.

### Music Speaker

Built-in powerful speaker, easily connect your smart phone or any bluetooth devices. As a music lover, riding with your favorite music, you and your hoverboard will be the most focus one!

### Sturdy & Durable

Adopting advanced motherboard system and nature rubber tires, ensure T580 can run smoothly and steadily. With powerful self-balancing feature, you can easily control and happily ride on it. Enjoy the most stable riding and balancing experience!





## Fantastic and Best Gift Choice for Every Family!

GYROOR Swift T580, is the most perfect gift for every occasion and the best gift choice to your kids and family. Enjoying outdoor life with your family and friends!

## Product details

Color: **black**

**Is Discontinued By Manufacturer :** No

**Item Weight :** 26.5 Pounds

**Batteries :** 20 Lithium ion batteries required.

**Date First Available :** April 10, 2018

**Manufacturer :** Gyroor

**ASIN :** B07C3C861F

**Best Sellers Rank:** #41,947 in Sports & Outdoors (See Top 100 in Sports & Outdoors)
 #45 in Self Balancing Scooters

**Customer Reviews:**
★★★★⯪ ˅    635 ratings

# Videos

Page 1 of 4

### Videos for this product


**3:33**


**4:19**


**1:15**



**Customer Review:** Light and sleek. Rated up to 265 ibs.

Teach1

Gyroor T580 Hoverboard Self Balancing Scooter with Music...

Amol Bhavsar

Gyroor Swift Hoverboard Self Balancing Hoverboard with Musi...

Merchant Video

**Customer Review:** /

Sweety

Upload your video

## Products related to this item

Sponsored ⓘ

Page 1 of 28







**Products related to this item**

Sponsored 

Page 1 of 28







| Newest Generation Electric Hoverboard Dual Motors Two Wheels Hoover Board Smart… | LIEAGLE Hoverboard, 6.5" Self Balancing Scooter Hover Board with UL2272 Certified… | Gyroor Hoverboard Offroad All Terrain Flash Wheel Self Balancing G5 Hoverboards wit… | Emaxusa Hoverboard Self Balancing Scooter 6.5" Two-Wheel Hoverboards with… | SISIGAD Hoverboard 6.5" Self Balancing Scooter with Colorful LED Wheels Lights Two-… |
|---|---|---|---|---|
| ★★★★½ 2,931 | ★★★★½ 5,091 | ★★★★½ 283 | ★★★★½ 127 | ★★★★½ 3,513 |
| $119.00 | $144.99 ✓prime | $249.00 | $148.00 ✓prime | $179.99 ✓prime |



LIEAGLE Hoverboard, 6.5" Self Balancing Scooter Hover Board with Bluetooth Wheels LED Lights for Kids Adults
★★★★½ 1,190
$139.99

Sponsored

## Customer questions & answers

🔍 Have a question? Search for answers

▲
1
vote
▼

**Question:** can you use it without a phone, my kid, I am buying it for doesn't have a phone?

**Answer:** Definitely! My son never uses a phone when he rides.
By Kati Reed on October 25, 2020
⌄ See more answers (3)

▲
1
vote
▼

**Question:** How do I keep the speed on the app at the lower speed? It keeps switching back to the higher speed!

**Answer:** Hi, thanks for your message. When you selected the speed you want to ride on, then you need to click the" limited speed" at the bottom, when it shows" setting successfully", and it could be fixed. Or you could directly adjust into kids mode, the speed would be in very slow. Hope this could be workable for you.
By Gyroor SELLER on December 11, 2018
⌄ See more answers (1)

▲
1
vote
▼

**Question:** Seller said max speed was 13 to 16km yet the app only mets me set soeed up to 12km why is that?

**Answer:** for safe in app just can set 12KM.thanks.
By Gyroor SELLER on September 19, 2019

▲
0



**Question:** Does Is it go Off road?

˅ See more answers (1)

**Question:** Seller said max speed was 13 to 16km yet the app only mets me set soeed up to 12km why is that?

**Answer:** for safe in app just can set 12KM.thanks.
By Gyroor **SELLER** on September 19, 2019

1 vote

**Question:** Does Is it go Off road?

**Answer:** Dear Kindle,
If you want off road,you can choice our GYROOR T581,our new model. Thnaks.
Best regards, ... see more
By Gyroor **SELLER** on May 6, 2019

0 votes

˅ See more answers (1)

See more answered questions (49)

## Customer reviews

★★★★½ 4.6 out of 5

635 global ratings

| | | |
|---|---|---|
| 5 star | | 80% |
| 4 star | | 9% |
| 3 star | | 3% |
| 2 star | | 2% |
| 1 star | | 6% |

˅ How are ratings calculated?

## By feature

| | | |
|---|---|---|
| Giftable | ★★★★½ | 4.6 |
| For beginners | ★★★★½ | 4.6 |
| Sturdiness | ★★★★½ | 4.5 |

˅ See more

## Review this product

Share your thoughts with other customers

Write a customer review





### Reviews with images






See all customer images

### Read reviews that mention

year old    battery life    old daughter    daughter loves    hoverboard

absolutely loves    play music    child mode    son loves

great hoverboard    easy to use    definitely recommend    worth the money

 Top reviews ▾

### Top reviews from the United States

👤 Teach1

★★★★☆ **Light and sleek. Rated up to 265 ibs.**
Reviewed in the United States on December 26, 2018
Color: black | Verified Purchase



▶ 0:00

Light and sleek. Rated up to 265 ibs. We bought this and a H1 and so far like this one better. It is easier to handle with one handed lifting if you are strong as the middle is smaller. The charger is very similar to the H1. This is only a initial review.

So after a month the unit still works but the plastic hubs are showing some damage and some plastic peices are rattaling around inside. We havnt been gentle with it though ;).

Document title: Amazon.com: Gyroor T580 Hoverboard Self Balancing Scooter with Music Speaker LED Lights, 6.5 inch Two-Wheel Electric Scooter for Kids - UL2272…
Capture URL: https://www.amazon.com/Gyroor-Hoverboard-Balancing-Two-Wheel-Electric/dp/B07GFK49QR/ref=sr_1_1?…
Capture timestamp (UTC): Tue, 03 Aug 2021 04:17:13 GMT
Page 8 of 13



LIEAGLE Hoverboard, 6.5" Self Balancing ...
★★★★☆ 1,190
$114.99 ✓prime
Shop now

Sponsored ⓘ



▶ 0:00    🔊 ⛶ ⋮

the middle is smaller. The charger is
very similar to the U1. This is only a
initial review.

So after a month the unit still works but
the plastic hubs are showing some
damage and some plastic peices are
rattling around inside. We havnt been
gentle with it though ;).

43 people found this helpful

Helpful | Report abuse

 Eric Helton

★★★★★ **Great value, great experience so far**
Reviewed in the United States on March 10, 2020
Color: pink | Verified Purchase

I did allot of research on hoverboards. What I found was every single one has a few reviews of
people saying their's was defective or did nothing but beep. Basically I took a leap of faith guided
by my 6 year old daughter's simple request for pink. I have now had this Gyroor for a week and I am
very happy with the purchase thus far. First, my daughter loves it and was zipping around all over
the place in no time. The lights are bright and colorful. The app is easy to pair and use. I put it in
child mode and limited the speed in minutes. It can support 220lbs according to the manual which
should make it big brother survivable. Battery life has been excellent and the charge time of 2-3
hours is quicker than I expected. So far my only nit-pick would be I think the cosmetics of the
plastic body could be scratched up and gouged pretty easily. But it does feel like a solid piece of
machinery. That it comes with a bag is really nice. At this point I feel like I hit the sweet spot of not
going too cheap while keeping the price reasonable for a 6 year old. I'll update in a couple months

42 people found this helpful

Helpful | Report abuse

 Tina

★★★☆☆ **Battery is not so good!**
Reviewed in the United States on April 15, 2019
Color: black | Verified Purchase

Battery didn't last more then 30 minutes. Got the item replaced and had the same problem. The
company was quick to resolve thing but only refunded to amazon account not to original payment
method. I should also mention when it stops working or dies unexpectedly it comes to a complete
stop. Making the rider go flying!

14 people found this helpful

Helpful | Report abuse

 Amazon Customer

★★★★★ **GREAT PRODUCT, GREAT PRICE, FAST SHIPPING!**
Reviewed in the United States on January 16, 2019
Color: pink | Verified Purchase

Got this for my granddaughter for Christmas! After setting it up to her mother's phone, it took a
couple of days and learning beside something to hold on to while getting the feel of things. (of
course we had a few laughs at her dad's expense) She is now scooting around as well as she rides
her bicycle. She is having a blast! The slower learning feature was perfect for her to use until she
got the hang of riding it.

38 people found this helpful

Helpful | Report abuse

couple of days and learning beside something to hold on to while getting the feel of things. (of course this helped her develop more of a balance feature as well as confidence) as she rides her bicycle. She is having a blast! The slower learning feature was perfect for her to use until she got the hang of riding it.

38 people found this helpful

Helpful | Report abuse

 J.D.

⭐☆☆☆☆ **My son loves it (UPDATE)**

Reviewed in the United States on September 2, 2020

Color: black | Verified Purchase

We purchased this about a year ago and my 9 year old son has a blast with it! It stood up well for some time and then the battery would only last for a few minutes. I saw that the battery warranty was only 6 months but figured I would contact Gyroor directly and see if there was anything they could do. I was pleasantly surprised when they told me they would send me a new battery! Needless to say I am very happy with the product and their customer support.

UPDATE 1/25/2021 - So Gyroor wound up sending me the wrong battery, and and then asked me to ship the entire hoverboard back so they would fix it. I sent it back and they sent me back a hoverboard where the bottom was not fully screwed in and the threads were stripped.

They then sent me another hoverboard that had the SAME EXACT ISSUES. Now they are saying they don't have it in stock and will send me a new one once it is in stock. It has been about 6 months since I had this initially had this issue which is not an acceptable amount of time. If I do finally received a working hoverboard that is also safe to use I will update this review again.

5 people found this helpful

Helpful | Report abuse

 Tatyanna Curtis

⭐⭐⭐⭐⭐ **Best Christmas present ever!!!**

Reviewed in the United States on January 7, 2019

Color: pink | Verified Purchase

Bought this for my 11 yr old daughter for Christmas. She loves it. All her friends got one too and paid about the same price but hers is cooler than them all. The Bluetooth speaker works great and is very loud. She jumped on and became a pro in about 15 minutes.

40 people found this helpful

Helpful | Report abuse

 Suresh

⭐⭐⭐⭐⭐ **Super cool pro**

Reviewed in the United States on February 23, 2019

Color: black | Verified Purchase

I was wondering how my 6 year kid will ride this as this was his first time . Just in10 minutes he rode and became a champ in next 10 minutes.. the product looks super cool

40 people found this helpful

Helpful | Report abuse

 Kat

⭐⭐⭐⭐⭐ **Good product!**

Reviewed in the United States on January 21, 2019

Color: pink | Verified Purchase

Perfect for my 11 year old daughter...takes a lot of practice but she really enjoys it!

 Kat

★★★★★ **Good product!**

Reviewed in the United States on January 21, 2019

Color: pink | Verified Purchase

Perfect for my 11 year old daughter...takes a lot of practice but she really enjoys it!

36 people found this helpful

| Helpful | Report abuse |

See all reviews ›

---

## 4 stars and above

Sponsored ⓘ

Page 1 of 10











Longtime 6.5" Chrome Metallic Hoverboard Self Balancing Scooter with Speaker LED Li...
★★★★☆ 111
$135.00

LIEAGLE Hoverboard, 6.5" Self Balancing Scooter Hover Board with UL2272 Certified...
★★★★☆ 5,091
$144.99 ✓prime

Gyroor Hoverboard Off Road All Terrian 6.5" Two-Wheel G11 Flash LED Light Self Bala...
★★★★☆ 420
$199.00

SISIGAD Hoverboard Seat Attachment, Adjustable Hoverboards Accessories,...
★★★★☆ 297
$74.99

FLYING-ANT Hoverboard, 6.5 Inch Self Balancing Hoverboards with...
★★★★☆ 1,182
$144.99 ✓prime


OLIGHT Baldr Mini 600 Lumens Magnetic ...
★★★★★ 576
$129.95 ✓prime
[Add to Cart]
Sponsored ⓘ

---

## Top picks for you

Page 1 of 9











Bottle Bright- All Natural, Biodegradable, Chlorine & Odor Free Water Bottle &...
★★★★☆ 24,894
$8.00
✓prime Overnight by 11AM

Gyroor T581 Hoverboard 6.5" Off Road All Terrain Hoverboard with Bluetooth Speaker and Two-Wheel Self...
★★★★☆ 1,081
$229.00

Gyroor Warrior 8.5 inch All Terrain Off Road Hoverboard with Bluetooth Speakers and LED Lights, UL2272...
★★★★☆ 3,422
$299.00

Jetson Flash Self Balancing Hoverboard with Built In Bluetooth Speaker | Includes All Terrain Tires, Reach...
★★★★☆ 702
$189.98

Hover Hoverboard Electric Scooter
★★★★☆ 2,396
$191.99-$489.99
✓prime FREE Delivery

---



**Bottle Bright- All Natural, Biodegradable, Chlorine & Odor Free Water Bottle &…**
⭐⭐⭐⭐½ 24,894
$8.00
✓prime **Overnight by 11AM**
In Stock.
Purchased Sep 2020

**Gyroor T581 Hoverboard 6.5" Off Road All Terrain Hoverboard with Bluetooth Speaker and Two-Wheel Self…**
⭐⭐⭐⭐½ 1,081
$229.00
In stock.
Purchased May 2021

**Gyroor Warrior 8.5 inch All Terrain Off Road Hoverboard with Bluetooth Speakers and LED Lights, UL2272…**
⭐⭐⭐⭐½ 3,422
$299.00
In stock.
Purchased Jun 2021

**Jetson Flash Self Balancing Hoverboard with Built In Bluetooth Speaker | Includes All Terrain Tires, Reach…**
⭐⭐⭐⭐½ 702
$189.98
✓prime FREE Delivery

**Hover Hoverboard Electric Scooter**
⭐⭐⭐⭐½ 2,396
$191.99-$489.99
✓prime FREE Delivery

## More items to explore

Page 1 of 3



**sublue WhiteShark Mix Underwater Scooter Dual Motors, Action Camera Compatible, Water Sports…**
⭐⭐⭐⭐⭐ 269
$689.00
✓prime FREE Delivery
Only 1 left in stock - order soon.



**Hover-1 Titan Electric Self-Balancing Hoverboard Scooter**
⭐⭐⭐⭐½ 1,488
$249.99
✓prime FREE Delivery
In Stock.



**Yukon Hammerhead Pro HD Steerable Snow Sled with Aluminum Frame , Green ,51" x 22.5"**
⭐⭐⭐⭐½ 348
$190.11
✓prime FREE Delivery
In Stock.



**Skyrunner Adult Kangaroo Shoes Men Women Fitness Exercise (110~150 lbs/50~70kg) Bouncing Shoes (Black)**
⭐⭐⭐⭐½ 42
$285.00
In Stock.



**Segway Ninebot eKickScooter ZING E8 and E10, Electric Kick Scooter for Kids, Teens, Boys and Girls,…**
⭐⭐⭐⭐½ 2,268
$259.99
✓prime FREE Delivery
In Stock.



## Your Browsing History  View or edit your browsing history

Page 1 of 7

        

**Back to top**

### Get to Know Us
Careers
Blog
About Amazon
Sustainability
Press Center
Investor Relations
Amazon Devices

### Make Money with Us
Sell products on Amazon
Sell apps on Amazon
Become an Affiliate
Become a Delivery Driver
Start a package delivery business
Advertise Your Products

### Amazon Payment Products
Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon Secured Card
Amazon Business Card
Amazon Business Line of Credit
Shop with Points
Credit Card Marketplace

### Let Us Help You
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements

**Back to top**

## Get to Know Us
Careers

Blog

About Amazon

Sustainability

Press Center

Investor Relations

Amazon Devices

## Make Money with Us
Sell products on Amazon

Sell apps on Amazon

Become an Affiliate

Become a Delivery Driver

Start a package delivery business

Advertise Your Products

Self-Publish with Us

Host an Amazon Hub

› See More Ways to Make Money

## Amazon Payment Products
Amazon Rewards Visa Signature Cards

Amazon.com Store Card

Amazon Secured Card

Amazon Business Card

Amazon Business Line of Credit

Shop with Points

Credit Card Marketplace

Reload Your Balance

Amazon Currency Converter

Promotional Financing

## Let Us Help You
Amazon and COVID-19

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Amazon Assistant

Help

amazon

🌐 English ⇕      🇺🇸 United States

| | | | |
|---|---|---|---|
| **Amazon Music** Stream millions of songs | **Amazon Advertising** Find, attract, and engage customers | **Amazon Drive** Cloud storage from Amazon | **6pm** Score deals on fashion brands |

**AbeBooks** Books, art & collectibles

**ACX** Audiobook Publishing Made Easy

**Alexa** Actionable Analytics for the Web

**Sell on Amazon** Start a Selling Account

**Amazon Business** Everything For Your Business

**Amazon Fresh** Groceries & More Right To Your Door

**AmazonGlobal** Ship Orders Internationally

**Home Services** Experienced Pros Happiness Guarantee

**Amazon Ignite** Sell your original Digital Educational Resources

**Amazon Web Services** Scalable Cloud Computing Services

**Audible** Listen to Books & Original Audio Performances

**Book Depository** Books With Free Delivery Worldwide

**Box Office Mojo** Find Movie Box Office Data

**ComiXology** Thousands of Digital Comics

**DPReview** Digital Photography

**East Dane** Designer Men's Fashion

**Fabric** Sewing, Quilting & Knitting

**Goodreads** Book reviews & recommendations

**IMDb** Movies, TV & Celebrities

**IMDbPro** Get Info Entertainment Professionals Need

**Kindle Direct Publishing** Indie Digital & Print Publishing Made Easy

**Amazon Photos** Unlimited Photo Storage Free With Prime

**Prime Video Direct** Video Distribution Made Easy

**Shopbop** Designer Fashion Brands

**Amazon Warehouse** Great Deals on Quality Used Products

**Whole Foods Market** America's Healthiest Grocery Store

**Woot!** Deals and Shenanigans

**Zappos** Shoes & Clothing

**Ring** Smart Home Security Systems

**eero WiFi** Stream 4K Video in Every Room

**Blink** Smart Security for Every Home

**Neighbors App** Real-Time Crime & Safety Alerts

**Amazon Subscription Boxes** Top subscription boxes – right to your door

**PillPack** Pharmacy Simplified

**Amazon Renewed** Like-new products you can trust

**Amazon Second Chance** Pass it on, trade it in, give it a second life

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2021, Amazon.com, Inc. or its affiliates





balancing technology to make this hoverboard easier for riders at all levels of experience with a full rest of mind!

- **SAFETY CERTIFIED** - This UL2272 certified hover board has passed strict electrical and safety test to protect charging and rides. If you feel this hoverboard is not performing to standard, feel free to contact us

New (3) from $167.00 & **FREE Shipping**

⚠ Report incorrect product information.

SISIGAD Hoverboard, with Bluetooth and Colorful Lights Self Balancing…
★★★★☆ 8,526
$144.99

Sponsored ⓘ

$219.00 **FREE Shipping**
Sold by: GYROOR US

Have one to sell?
Sell on Amazon

TPS Electric Hoverboard Self Balancing Scooter for Kids…
★★★★☆ 68
$119.00

Sponsored ⓘ

## Frequently bought together



Total price: $230.80

Add all three to Cart

ⓘ Some of these items ship sooner than the others. Show details

☑ **This item:** Gyroor Swift Hoverboard Self Balancing Hoverboard with Music Speaker LED Lights, 6.5 inch Two-Wheel … $167.00
☑ Hover-1 Buggy Attachment for Transforming Hoverboard Scooter into Go-Kart $49.94
☑ GameXcel Self-Balancing Scooter Carrying Handbag Backpack Bag for 6.5" 7" and 8" Two-Wheel Hover Board Bag S… $13.86

## Inspired by your recent shopping trends

Page 1 of 19

<



Gyroor Hoverboard Off Road All Terrian 6.5" Two-Wheel G11 Flash LED Light Self Balancing Hoverboards with Bluetooth Music…
★★★★☆ 420
$199.00
In stock.



TOMOLOO Hoverboard UL2272 Certified 8.5 Inch Off Road Hoverboard App Controlled Electric Self…
★★★★☆ 27
$289.99
✓prime FREE Delivery
In Stock.



CBD All-Terrain Hoverboard, Two-Wheel 6.5 inch Self Balancing Hoverboard with Bluetooth and LED…
★★★★☆ 295
$229.99
✓prime FREE Delivery
In Stock.



FLYING-ANT Hoverboard 6.5" Two-Wheel Self Balancing Hoverboard with LED Light Flash Lights Wheels for Kids…
★★★★☆ 36
$134.99-$169.99
✓prime FREE Delivery



FLYING-ANT Hoverboard, Hoverboard with Bluetooth and LED Lights Self Balancing Electric Scooter 6.5"…
★★★★☆ 173
$134.99-$169.99
✓prime FREE Delivery

>

## 4 stars and above

Page 1 of 16

Sponsored ⓘ

Bluetooth Music...

★★★★★ 27    ★★★★★ 295    ★★★★★ 36    ★★★★★ 173

$199.00
In stock.

✓prime FREE Delivery
In Stock.

✓prime FREE Delivery
In Stock.

✓prime FREE Delivery

✓prime FREE Delivery

## 4 stars and above

Sponsored ⓘ

Page 1 of 16











**Newest Generation Electric Hoverboard Dual Motors Two Wheels Hoover Board Smart…**
★★★★★ 2,931
$119.00

**CBD Bluetooth Hoverboard for Kids, 6.5 Inch Two Wheel Hoverboard, Self…**
★★★★★ 1,236
$144.99 ✓prime

**Magic hover Hoverboard Off Road All Terrain Self Balancing Scooter 6.5" T581 Flash …**
★★★★★ 329
$279.00 ✓prime

**FLYING-ANT Hoverboard, Hoverboard with Bluetooth and LED Lights Self Balancing…**
★★★★★ 121
$144.99 ✓prime

**LIEAGLE Hoverboard, 6.5" Self Balancing Scooter Hover Board with UL2272 Certified…**
★★★★★ 5,091
$144.99 ✓prime

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

## Product Description





Are you looking for the safest hoverboard to get around the world? This GYROOR Swift T580 Hoverboard is exactly what you are looking for!

GYROOR focuses on providing high quality, high safety product and best service to riders, all products are strictly related to the safety tests. With high-tech electric,anti-fire shell protection, and UL certified that make T580 absolutely safe and harmless for all riders.





Kids Hoverboard

## GYROOR's committed to make rider's life more comfortable and convenient.

Dual shinny wheels design, easy to control your balance, move forward or backward by your body posture. Ride on premium self balancing GYROOR Swift T580 hoverboard, Ride with your Dream!



Color LED

### Colorful LED Lights

Bright LED headlights and flashing wheels are super fun, is also a signal of protecting yourself that makes you feel safe in dark, illuminate your evening journeys.For the hoverboard enthusiasts,the LED flashing lights would make the hoverboard be cool device.

- Water Resistant: IP54
- Max Load: 220 Pounds
- Motor: 250W*2 Motors
- Frame Material: Aluminum
- Charging Time: 1.5 to 2 Hours
- LED Lights: Colors Adjustable by APP
- Distance on Full Charge: 5~7.5 Miles
- Safety : UL 2272 Certified Hoverboard

## Powerful Battery

Using the certified lithium-ion Battery, provides T580 more powerful. The smart battery system provides battery long life time and more reliable quality for the rider.With UL certified charger, it's safe and fast charging on the hoverboard.



High performance battery

- Net Weight: 15.8 Pounds.
- Max Speed: 8 Miles/Hour
- Max Climbing Angle: 15-30°
- Tires: 6.5 inch Rubber Tires
- Driving Mode: Adjustable Speeds by App
- Music Speaker: Pro Music Speaker
- Charging Voltage: AC100 to 240V/50-60Hz

charging on the hoverboard.

- Net Weight: 15.8 Pounds.
- Max Speed: 8 Miles/Hour
- Max Climbing Angle: 15-30°
- Tires: 6.5 inch Rubber Tires
- Driving Mode: Adjustable Speeds by App
- Music Speaker: Pro Music Speaker
- Charging Voltage: AC100 to 240V/50-60Hz
- Lithium-Ion Battery: Removable 2.0Ah/36V
- Product Dimensions: 26 Inch x 9 Inch X 8.86 Inch











### App Enable

With GYROOR App, you can change different led lights, adjust riding speed, check battery life, set adults or children mode, switch self balancing mode, analyses fault and on/off setting, anywhere and anytime.

### Music Speaker

Built-in powerful speaker, easily connect your smart phone or any bluetooth devices. As a music lover, riding with your favorite music, you and your hoverboard will be the most focus one!

### Sturdy & Durable

Adopting advanced motherboard system and nature rubber tires, ensure T580 can run smoothly and steadily. With powerful self-balancing feature, you can easily control and happily ride on it. Enjoy the most stable riding and balancing experience!



## Fantastic and Best Gift Choice for Every Family!

GYROOR Swift T580, is the most perfect gift for every occasion and the best gift choice to your kids and family. Enjoying outdoor life with your family and friends!

## Product details

Color:pink

**Is Discontinued By Manufacturer :** No

**Item Weight :** 26.5 Pounds

**Batteries :** 20 Lithium ion batteries required.

**Date First Available :** April 10, 2018

**Manufacturer :** Gyroor

**ASIN :** B07C3C861F

**Best Sellers Rank:** #41,947 in Sports & Outdoors (See Top 100 in Sports & Outdoors)
#45 in Self Balancing Scooters

**Customer Reviews:**
★★★★⯪ ˅ 635 ratings

# Videos

Page 1 of 4

### Videos for this product

Videos for relate



**Gyroor Swift Hoverboard Self Balancing Hoverboard with Musi...**

Merchant Video



**Customer Review:** Fantastic Hoverboard!!!

Abi



**Customer Review:** The hit of the year!

Customer Video



Self Balancing Scoo

SFSOFTINC

Upload your video

## Products related to this item

Page 1 of 28

Sponsored ⓘ



Upload your video

## Products related to this item

Sponsored ⓘ

Page 1 of 28








**Newest Generation Electric Hoverboard Dual Motors Two Wheels Hoover Board Smart…**
★★★★⯪ 2,931
$119.00

**LIEAGLE Hoverboard, 6.5" Self Balancing Scooter Hover Board with UL2272 Certified…**
★★★★⯪ 5,091
$144.99 ✓prime

**Gyroor Hoverboard Offroad All Terrain Flash Wheel Self Balancing G5 Hoverboards wit…**
★★★★⯪ 283
$249.00

**Emaxusa Hoverboard Self Balancing Scooter 6.5" Two-Wheel Hoverboards with…**
★★★★⯪ 127
$148.00 ✓prime

**SISIGAD Hoverboard 6.5" Self Balancing Scooter with Colorful LED Wheels Lights Two-…**
★★★★⯪ 3,513
$179.99 ✓prime



UNI-SUN Bluetooth Hoverboard for Kids, 6.5 Inch Self Balancing Hoverboards with Bluetooth and LED Lights, Bluetooth…
★★★★⯪ 779
$134.99 ✓prime

Sponsored ⓘ

## Customer questions & answers

🔍 Have a question? Search for answers

▲
1
vote
▼

**Question:** can you use it without a phone, my kid, I am buying it for doesn't have a phone?

**Answer:** Definitely! My son never uses a phone when he rides.
By Kati Reed on October 25, 2020
⌄ See more answers (3)

▲
1
vote
▼

**Question:** How do I keep the speed on the app at the lower speed? It keeps switching back to the higher speed!

**Answer:** Hi, thanks for your message. When you selected the speed you want to ride on, then you need to click the" limited speed" at the bottom, when it shows" setting successfully", and it could be fixed. Or you could directly adjust into kids mode, the speed would be in very slow. Hope this could be workable for you.
By Gyroor SELLER on December 11, 2018
⌄ See more answers (1)

▲
1
vote
▼

**Question:** Seller said max speed was 13 to 16km yet the app only mets me set soeed up to 12km why is that?

**Answer:** for safe in app just can set 12KM.thanks.
By Gyroor SELLER on September 19, 2019

Document title: Amazon.com: Gyroor T580 Hoverboard Self Balancing Scooter with Music Speaker LED Lights, 6.5 inch Two-Wheel Electric Scooter for Kids - UL2272…
Capture URL: https://www.amazon.com/Gyroor-Hoverboard-Balancing-Two-Wheel-Electric/dp/B07GFKZLD3/ref=sr_1_1?…
Capture timestamp (UTC): Tue, 03 Aug 2021 04:18:36 GMT
Page 7 of 13

workable for you.

By Gyroor SELLER on December 17, 2018

ᐱ See more answers (1)

| | | |
|---|---|---|
| ▲ 1 vote ▼ | **Question:** | Seller said max speed was 13 to 16km yet the app only mets me set soeed up to 12km why is that? |
| | **Answer:** | for safe in app just can set 12KM.thanks. |
| | | By Gyroor SELLER on September 19, 2019 |

| | | |
|---|---|---|
| ▲ 0 votes ▼ | **Question:** | Does Is it go Off road? |
| | **Answer:** | Dear Kindle, |
| | | If you want off road,you can choice our GYROOR T581,our new model. Thnaks. |
| | | Best regards, ... see more |
| | | By Gyroor SELLER on May 6, 2019 |

ᐱ See more answers (1)

> See more answered questions (49)

## Customer reviews

★★★★½ **4.6 out of 5**

635 global ratings

| | | |
|---|---|---|
| 5 star | ████████ | 80% |
| 4 star | █ | 9% |
| 3 star | █ | 3% |
| 2 star | █ | 2% |
| 1 star | █ | 6% |

⌄ How are ratings calculated?

### By feature

| | | |
|---|---|---|
| Giftable | ★★★★½ | 4.6 |
| For beginners | ★★★★½ | 4.6 |
| Sturdiness | ★★★★½ | 4.5 |

⌄ See more

### Review this product

Share your thoughts with other customers

Write a customer review




### Reviews with images



See all customer images

### Read reviews that mention

| year old | battery life | old daughter | daughter loves | hoverboard |
|---|---|---|---|---|

| absolutely loves | play music | child mode | son loves |
|---|---|---|---|

| great hoverboard | easy to use | definitely recommend | worth the money |
|---|---|---|---|

### Top reviews from the United States

 Teach1

★★★★☆ **Light and sleek. Rated up to 265 ibs.**

Reviewed in the United States on December 26, 2018

Color: black | Verified Purchase



▶ 0:00

Light and sleek. Rated up to 265 ibs. We bought this and a H1 and so far like this one better. It is easier to handle with one handed lifting if you are strong as the middle is smaller. The charger is very similar to the H1. This is only a initial review.

So after a month the unit still works but the plastic hubs are showing some damage and some plastic peices are rattaling around inside. We havnt been gentle with it though ;).





LIEAGLE Hoverboard, 6.5" Self Balancing ...
★★★★☆ 1,190
$114.99 ✓prime          Shop now

Sponsored ⓘ

the middle is smaller. The charger is very similar to the H1. This is only a initial review.

So after a month the unit still works but the plastic hubs are showing some damage and some plastic pieces are rattling around inside. We havnt been gentle with it though ;).

43 people found this helpful

Helpful     |     Report abuse

 Eric Helton

★★★★★  **Great value, great experience so far**
Reviewed in the United States on March 10, 2020
Color: pink  |  Verified Purchase

I did allot of research on hoverboards. What I found was every single one has a few reviews of people saying their's was defective or did nothing but beep. Basically I took a leap of faith guided by my 6 year old daughter's simple request for pink. I have now had this Gyroor for a week and I am very happy with the purchase thus far. First, my daughter loves it and was zipping around all over the place in no time. The lights are bright and colorful. The app is easy to pair and use. I put it in child mode and limited the speed in minutes. It can support 220lbs according to the manual which should make it big brother survivable. Battery life has been excellent and the charge time of 2-3 hours is quicker than I expected. So far my only nit-pick would be I think the cosmetics of the plastic body could be scratched up and gouged pretty easily. But it does feel like a solid piece of machinery. That it comes with a bag is really nice. At this point I feel like I hit the sweet spot of not going too cheap while keeping the price reasonable for a 6 year old. I'll update in a couple months

42 people found this helpful

Helpful     |     Report abuse

 Tina

★★★☆☆  **Battery is not so good!**
Reviewed in the United States on April 15, 2019
Color: black  |  Verified Purchase

Battery didn't last more then 30 minutes. Got the item replaced and had the same problem. The company was quick to resolve thing but only refunded to amazon account not to original payment method. I should also mention when it stops working or dies unexpectedly it comes to a complete stop. Making the rider go flying!

14 people found this helpful

Helpful     |     Report abuse

 Amazon Customer

★★★★★  **GREAT PRODUCT, GREAT PRICE, FAST SHIPPING!**
Reviewed in the United States on January 16, 2019
Color: pink  |  Verified Purchase

Got this for my granddaughter for Christmas! After setting it up to her mother's phone, it took a couple of days and learning beside something to hold on to while getting the feel of things. (of course we had a few laughs at her dad's expense) She is now scooting around as well as she rides her bicycle. She is having a blast! The slower learning feature was perfect for her to use until she got the hang of riding it.

38 people found this helpful

Helpful     |     Report abuse

couple of days and learning beside something to hold on to while getting the feel of things. (of course 10 year old says she doesn't need it) She actually uses the remote control to slow down the speed as she rides her bicycle. She is having a blast! The slower learning feature was perfect for her to use until she got the hang of riding it.

38 people found this helpful

Helpful | Report abuse

 J.D.

★☆☆☆☆ **My son loves it (UPDATE)**
Reviewed in the United States on September 2, 2020
Color: black | Verified Purchase

We purchased this about a year ago and my 9 year old son has a blast with it! It stood up well for some time and then the battery would only last for a few minutes. I saw that the battery warranty was only 6 months but figured I would contact Gyroor directly and see if there was anything they could do. I was pleasantly surprised when they told me they would send me a new battery! Needless to say I am very happy with the product and their customer support.

UPDATE 1/25/2021 - So Gyroor wound up sending me the wrong battery, and and then asked me to ship the entire hoverboard back so they would fix it. I sent it back and they sent me back a hoverboard where the bottom was not fully screwed in and the threads were stripped.

They then sent me another hoverboard that had the SAME EXACT ISSUES. Now they are saying they don't have it in stock and will send me a new one once it is in stock. It has been about 6 months since I had this initially had this issue which is not an acceptable amount of time. If I do finally received a working hoverboard that is also safe to use I will update this review again.

5 people found this helpful

Helpful | Report abuse

 Tatyanna Curtis

★★★★★ **Best Christmas present ever!!!**
Reviewed in the United States on January 7, 2019
Color: pink | Verified Purchase

Bought this for my 11 yr old daughter for Christmas. She loves it. All her friends got one too and paid about the same price but hers is cooler than them all. The Bluetooth speaker works great and is very loud. She jumped on and became a pro in about 15 minutes.

40 people found this helpful

Helpful | Report abuse

 Suresh

★★★★★ **Super cool pro**
Reviewed in the United States on February 23, 2019
Color: black | Verified Purchase

I was wondering how my 6 year kid will ride this as this was his first time . Just in10 minutes he rode and became a champ in next 10 minutes.. the product looks super cool

40 people found this helpful

Helpful | Report abuse

 Kat

★★★★★ **Good product!**
Reviewed in the United States on January 21, 2019
Color: pink | Verified Purchase

Perfect for my 11 year old daughter...takes a lot of practice but she really enjoys it!



Kat

★★★★★ **Good product!**

Reviewed in the United States on January 21, 2019

Color: pink | Verified Purchase

Perfect for my 11 year old daughter...takes a lot of practice but she really enjoys it!

36 people found this helpful

[ Helpful ] | Report abuse

See all reviews ›

## Products related to this item

Sponsored ⓘ

Page 1 of 49

‹











›

Newest Generation Electric Hoverboard Dual Motors Two Wheels Hoover Board Smart...
★★★★☆ 2,931
$119.00

CBD Bluetooth Hoverboard for Kids, 6.5 Inch Two Wheel Hoverboard, Self...
★★★★☆ 1,236
$144.99 ✓prime

Longtime 6.5" Chrome Metallic Hoverboard Self Balancing Scooter with Speaker LED Li...
★★★★☆ 111
$135.00

Hoverboard 6.5" inch Wheel Electric Smart Self Balancing Scooter with Built-in Wire...
★★★★☆ 63
$135.00

SISIGAD Hoverboard Self Balancing Scooter 6.5 Two-Wheel Self Balancing Hoverboard...
★★★★☆ 156
$189.99



BALDR MINI
ADJUSTABLE ACCURATE
COMPACT TACTICAL LIGHT



OLIGHT Baldr Mini 600 Lumens Magnetic ...
★★★★★ 576
$129.95 ✓prime
[ Add to Cart ]

Sponsored ⓘ

## Top picks for you

Page 1 of 9

‹











›

Bottle Bright- All Natural, Biodegradable, Chlorine & Odor Free Water Bottle &...
★★★★☆ 24,894
$8.00
✓prime Overnight by 11AM

Gyroor T581 Hoverboard 6.5" Off Road All Terrain Hoverboard with Bluetooth Speaker and Two-Wheel Self...
★★★★☆ 1,081
$229.00

Gyroor Warrior 8.5 inch All Terrain Off Road Hoverboard with Bluetooth Speakers and LED Lights, UL2272...
★★★★☆ 3,422
$299.00

Jetson Flash Self Balancing Hoverboard with Built In Bluetooth Speaker | Includes All Terrain Tires, Reach...
★★★★☆ 702
$189.98

Hover Hoverboard Electric Scooter
★★★★☆ 2,396
$191.99-$489.99
✓prime FREE Delivery

Document title: Amazon.com: Gyroor T580 Hoverboard Self Balancing Scooter with Music Speaker LED Lights, 6.5 inch Two-Wheel Electric Scooter for Kids - UL2272...
Capture URL: https://www.amazon.com/Gyroor-Hoverboard-Balancing-Two-Wheel-Electric/dp/B07GFKZLD3/ref=sr_1_1?…
Capture timestamp (UTC): Tue, 03 Aug 2021 04:18:36 GMT
Page 11 of 13



**Bottle Bright- All Natural, Biodegradable, Chlorine & Odor Free Water Bottle &…**
⭐⭐⭐⭐½ 24,894
$8.00
✓prime **Overnight by 11AM**
In Stock.
Purchased Sep 2020

**Gyroor T581 Hoverboard 6.5" Off Road All Terrain Hoverboard with Bluetooth Speaker and Two-Wheel Self…**
⭐⭐⭐⭐½ 1,081
$229.00
In stock.
Purchased May 2021

**Gyroor Warrior 8.5 inch All Terrain Off Road Hoverboard with Bluetooth Speakers and LED Lights, UL2272…**
⭐⭐⭐⭐½ 3,422
$299.00
In stock.
Purchased Jun 2021

**Jetson Flash Self Balancing Hoverboard with Built In Bluetooth Speaker | Includes All Terrain Tires, Reach…**
⭐⭐⭐⭐½ 702
$189.98
✓prime FREE Delivery

**Hover Hoverboard Electric Scooter**
⭐⭐⭐⭐½ 2,396
$191.99-$489.99
✓prime FREE Delivery

## More items to explore
Page 1 of 3











**sublue WhiteShark Mix Underwater Scooter Dual Motors, Action Camera Compatible, Water Sports…**
⭐⭐⭐⭐½ 269
$689.00
✓prime FREE Delivery
Only 1 left in stock - order soon.

**Hover-1 Titan Electric Self-Balancing Hoverboard Scooter**
⭐⭐⭐⭐½ 1,488
$249.99
✓prime FREE Delivery
In Stock.

**Yukon Hammerhead Pro HD Steerable Snow Sled with Aluminum Frame , Green ,51" x 22.5"**
⭐⭐⭐⭐½ 348
$190.11
✓prime FREE Delivery
In Stock.

**Skyrunner Adult Kangaroo Shoes Men Women Fitness Exercise (110~150 lbs/50~70kg) Bouncing Shoes (Black)**
⭐⭐⭐⭐½ 42
$285.00
In Stock.

**Segway Ninebot eKickScooter ZING E8 and E10, Electric Kick Scooter for Kids, Teens, Boys and Girls,…**
⭐⭐⭐⭐½ 2,268
$259.99
✓prime FREE Delivery
In Stock.

## Your Browsing History  View or edit your browsing history
Page 1 of 7











**Back to top**

### Get to Know Us
Careers
Blog
About Amazon
Sustainability
Press Center
Investor Relations
Amazon Devices

### Make Money with Us
Sell products on Amazon
Sell apps on Amazon
Become an Affiliate
Become a Delivery Driver
Start a package delivery business
Advertise Your Products

### Amazon Payment Products
Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon Secured Card
Amazon Business Card
Amazon Business Line of Credit
Shop with Points
Credit Card Marketplace

### Let Us Help You
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements

**Back to top**

### Get to Know Us
Careers

Blog

About Amazon

Sustainability

Press Center

Investor Relations

Amazon Devices

### Make Money with Us
Sell products on Amazon

Sell apps on Amazon

Become an Affiliate

Become a Delivery Driver

Start a package delivery business

Advertise Your Products

Self-Publish with Us

Host an Amazon Hub

› See More Ways to Make Money

### Amazon Payment Products
Amazon Rewards Visa Signature Cards

Amazon.com Store Card

Amazon Secured Card

Amazon Business Card

Amazon Business Line of Credit

Shop with Points

Credit Card Marketplace

Reload Your Balance

Amazon Currency Converter

Promotional Financing

### Let Us Help You
Amazon and COVID-19

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Amazon Assistant

Help

**amazon**

🌐 English ⬍    🇺🇸 United States

| | | | | | | |
|---|---|---|---|---|---|---|
| **Amazon Music** Stream millions of songs | **Amazon Advertising** Find, attract, and engage customers | **Amazon Drive** Cloud storage from Amazon | **6pm** Score deals on fashion brands | **AbeBooks** Books, art & collectibles | **ACX** Audiobook Publishing Made Easy | **Alexa** Actionable Analytics for the Web |
| **Sell on Amazon** Start a Selling Account | **Amazon Business** Everything For Your Business | **Amazon Fresh** Groceries & More Right To Your Door | **AmazonGlobal** Ship Orders Internationally | **Home Services** Experienced Pros Happiness Guarantee | **Amazon Ignite** Sell your original Digital Educational Resources | **Amazon Web Services** Scalable Cloud Computing Services |
| **Audible** Listen to Books & Original Audio Performances | **Book Depository** Books With Free Delivery Worldwide | **Box Office Mojo** Find Movie Box Office Data | **ComiXology** Thousands of Digital Comics | **DPReview** Digital Photography | **East Dane** Designer Men's Fashion | **Fabric** Sewing, Quilting & Knitting |
| **Goodreads** Book reviews & recommendations | **IMDb** Movies, TV & Celebrities | **IMDbPro** Get Info Entertainment Professionals Need | **Kindle Direct Publishing** Indie Digital & Print Publishing Made Easy | **Amazon Photos** Unlimited Photo Storage Free With Prime | **Prime Video Direct** Video Distribution Made Easy | **Shopbop** Designer Fashion Brands |
| **Amazon Warehouse** Great Deals on Quality Used Products | **Whole Foods Market** America's Healthiest Grocery Store | **Woot!** Deals and Shenanigans | **Zappos** Shoes & Clothing | **Ring** Smart Home Security Systems | **eero WiFi** Stream 4K Video in Every Room | **Blink** Smart Security for Every Home |
| | **Neighbors App** Real-Time Crime & Safety Alerts | **Amazon Subscription Boxes** Top subscription boxes – right to your door | **PillPack** Pharmacy Simplified | **Amazon Renewed** Like-new products you can trust | **Amazon Second Chance** Pass it on, trade it in, give it a second life | |

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2021, Amazon.com, Inc. or its affiliates



Gyroor

+ Follow   HOME   8.5" OFF ROAD HOVERBOARD   G-F1 RACING HOVERBOARD   G11 6.5" SWIFT HOVERBOARD   MORE ▾







Document title: Amazon.com: Gyroor
Capture URL: https://www.amazon.com/stores/Gyroor/page/F7856CFC-6A58-4C64-8580-51FFCB019EA1?ref_=ast_bln
Capture timestamp (UTC): Tue, 03 Aug 2021 04:23:20 GMT

Gyroor

**+ Follow**   HOME   8.5" OFF ROAD HOVERBOARD   G-F1 RACING HOVERBOARD   G11 6.5" SWIFT HOVERBOARD   MORE ▾





$299⁰⁰                $299⁰⁰





**RACING HOVERBOARD**

· Portable handle    · Removable battery



### GYROOR G-F1 Fastest Racing Hoverboard

APP Enable/Music Speaker/LED Lights/Portable Handle/Removable Battery/Racing Sound

Currently unavailable



### GYROOR G11 Swift

APP Enable/Flash Wheels/Music Speaker/LED Lights

$199⁰⁰



$249⁰⁰

### GYROOR G11 Swift

APP Enable/Flash Wheels/Music Speaker/LED Lights





Document title: Amazon.com: Gyroor
Capture URL: https://www.amazon.com/stores/Gyroor/page/F7856CFC-6A58-4C64-8580-51FFCB019EA1?ref_=ast_bln
Capture timestamp (UTC): Tue, 03 Aug 2021 04:23:20 GMT



Gyroor

+ Follow

HOME    8.5" OFF ROAD HOVERBOARD    G-F1 RACING HOVERBOARD    G11 6.5" SWIFT HOVERBOARD    MORE ▾

### GYROOR G11 Swift

APP Enable/Flash Wheels/Music
Speaker/LED Lights



$249⁰⁰  ✔prime

$15⁹⁹



G2+K1



$229⁰⁰  ✔prime

## Share

Share this page with your friends.

  

Back to top

Get to Know Us          Make Money with Us          Amazon Payment Products          Let Us Help You

Gyroor

+ Follow    HOME    8.5" OFF ROAD HOVERBOARD    G-F1 RACING HOVERBOARD    G11 6.5" SWIFT HOVERBOARD    MORE ▾

**Back to top**

## Get to Know Us

Careers

Blog

About Amazon

Sustainability

Press Center

Investor Relations

Amazon Devices

## Make Money with Us

Sell products on Amazon

Sell apps on Amazon

Become an Affiliate

Become a Delivery Driver

Start a package delivery business

Advertise Your Products

Self-Publish with Us

Host an Amazon Hub

› See More Ways to Make Money

## Amazon Payment Products

Amazon Rewards Visa Signature Cards

Amazon.com Store Card

Amazon Secured Card

Amazon Business Card

Amazon Business Line of Credit

Shop with Points

Credit Card Marketplace

Reload Your Balance

Amazon Currency Converter

Promotional Financing

## Let Us Help You

Amazon and COVID-19

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Amazon Assistant

Help

**amazon**

🌐 English ⇕     🇺🇸 United States

| Amazon Music<br>Stream millions<br>of songs | Amazon<br>Advertising<br>Find, attract,<br>and<br>engage<br>customers | Amazon Drive<br>Cloud storage<br>from Amazon | 6pm<br>Score deals<br>on fashion brands | AbeBooks<br>Books, art<br>& collectibles | ACX<br>Audiobook Publishing<br>Made Easy | Alexa<br>Actionable<br>Analytics<br>for the Web |
| --- | --- | --- | --- | --- | --- | --- |
| Sell on Amazon<br>Start a Selling<br>Account | Amazon<br>Business<br>Everything<br>For<br>Your Business | Amazon Fresh<br>Groceries & More<br>Right To Your Door | AmazonGlobal<br>Ship Orders<br>Internationally | Home Services<br>Experienced<br>Pros<br>Happiness<br>Guarantee | Amazon Ignite<br>Sell your original<br>Digital Educational<br>Resources | Amazon Web<br>Services<br>Scalable Cloud<br>Computing<br>Services |
| Audible<br>Listen to Books &<br>Original<br>Audio<br>Performances | Book<br>Depository<br>Books With<br>Free<br>Delivery<br>Worldwide | Box Office Mojo<br>Find Movie<br>Box Office Data | ComiXology<br>Thousands of<br>Digital Comics | DPReview<br>Digital<br>Photography | East Dane<br>Designer Men's<br>Fashion | Fabric<br>Sewing,<br>Quilting<br>& Knitting |
| Goodreads<br>Book reviews<br>&<br>recommendations | IMDb<br>Movies, TV<br>& Celebrities | IMDbPro<br>Get Info Entertainment<br>Professionals Need | Kindle Direct<br>Publishing<br>Indie Digital & Print<br>Publishing<br>Made Easy | Amazon<br>Photos<br>Unlimited<br>Photo Storage<br>Free With Prime | Prime Video Direct<br>Video Distribution<br>Made Easy | Shopbop<br>Designer<br>Fashion Brands |
| Amazon<br>Warehouse<br>Great Deals on<br>Quality Used<br>Products | Whole Foods<br>Market<br>America's<br>Healthiest<br>Grocery Store | Woot!<br>Deals and<br>Shenanigans | Zappos<br>Shoes &<br>Clothing | Ring<br>Smart Home<br>Security<br>Systems | eero WiFi<br>Stream 4K Video<br>in Every Room | Blink<br>Smart Security<br>for Every Home |
| Neighbors<br>App<br>Real-Time<br>Crime<br>& Safety<br>Alerts | | Amazon Subscription<br>Boxes<br>Top subscription boxes –<br>right to your door | PillPack<br>Pharmacy<br>Simplified | Amazon<br>Renewed<br>Like-new<br>products<br>you can trust | Amazon Second Chance<br>Pass it on, trade it in, give<br>it a second life | |

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2021, Amazon.com, Inc. or its affiliates



 prime

Deliver to Arthur
Chicago 60605

Hello, Arthur
Account & Lists

Returns
& Orders

0
Cart

☰ All   Customer Service   Prime Video   Gift Cards   Arthur's Amazon.com   Shopper Toolkit   Outdoor Recreation   **Shop low prices for school**

HIBOY   Hiboy S2 Pro Electric Scooter - 10" Solid Tires - 25...   $50 off coupon   ★★★★☆ 1,510   $569.99 ✓prime

Sponsored

Sports & Outdoors › Outdoor Recreation › Skates, Skateboards & Scooters › Scooters & Equipment › Scooters › Self Balancing Scooters

ⓘ **Purchased 2 times.**
Last purchased Jun 21, 2021.
Color: black | View order



((( ♪ ))) Music Speaker

Roll over image to zoom in

2 VIDEOS

# Gyroor Warrior 8.5 inch All Terrain Off Road Hoverboard with Bluetooth Speakers and LED Lights, UL2272 Certified Self Balancing Scooter

Visit the Gyroor Store
★★★★☆ ▾   3,422 ratings  |  305 answered questions

Price: **$299.00**
🎫 Coupon ☐ Save an extra **$15.00** when you apply this coupon.
Details

Pay **$24.92/month for 12 months**, interest-free with your Amazon Prime Rewards Visa Card

Not eligible for Amazon Prime. Available with free Prime shipping from other sellers on Amazon.

Color: **black**

  

| | |
|---|---|
| **Brand** | Gyroor |
| **Color** | Black |
| **Package Dimensions** | 27.2 x 11.7 x 9.9 inches; 2.2 Pounds |
| **Maximum Weight Recommendation** | 265 Pounds |
| **Frame Material** | Aluminum |

## About this item

- SUPER STURDY & DURABLE – The Warrior 8.5 inch Off Road Hoverboard is made from a perfect combination of UL approved materials which make up its sturdy structure that guarantees durability while keeping you safe during rides and allowing you enjoy this hoverboard for years to come.
- ALL-TERRAIN RIDES - With 8.5 inch solid tires and 700 watts motor you can be sure of a smooth and easier ride on all terrains. So, feel free to ride on grass, dirt, gravel or wet surfaces. Ride like a warrior!
- MUSIC SPEAKER INCLUDED – For the music lovers, we



$299.00

FREE delivery: **Aug 26 - Sep 17**

Fastest delivery: **Aug 11 - 16**

⊙ Deliver to Arthur - Chicago 60605

**In stock.**
Usually ships within 4 to 5 days.

Qty: 1 ▾

Add to Cart

Buy Now

🔒 Secure transaction

Ships from   runjinjia-us
Sold by   runjinjia-us

Return policy: Eligible for Return, Refund or Replacement.
▾

Add to List   ▾

Have one to sell?
Sell on Amazon

Savings & Sales

Gonex
Skate Fun, Stay Fun

Save 15%
Gonex Skateboards for Beginners, 31 x 8 Inch Complete...
$33.99 $39.99 ✓prime

Sponsored



Roll over image to zoom in

2 VIDEOS

UL approved materials which make up its sturdy
safe during rides and allowing you enjoy this hoverboard
for years to come.

- ALL-TERRAIN RIDES - With 8.5 inch solid tires and 700
  watts motor you can be sure of a smooth and easier ride
  on all terrains. So, feel free to ride on grass, dirt, gravel
  or wet surfaces. Ride like a warrior!
- MUSIC SPEAKER INCLUDED – For the music lovers, we
  have added a Built-in branded high quality music
  speaker to allow you play your music when riding the
  hoverboard. No ride will be more fun than this!
- SELF BALANCING BOARD – The Self balancing
  technology used for this hoverboard makes it easier and
  safe for new riders. Master the art of balancing in
  minutes!
- OUR SAFETY PROMISE – This hoverboard is UL2272
  certified and this means it has passed strict electrical and
  safety test to assure safe charging and rides. If you feel
  this hoverboard is performing below this promise, feel
  free to contact us.

☐ Report incorrect product information.

SISIGAD Hoverboard, with
Bluetooth and Colorful
Lights Self Balancing…
★★★★½ 8,526
$144.99

Sponsored ⓘ

Save 15%
Gonex Skateboards for Beginners
, 31 x 8 Inch Complete…
$33.99  $39.99  ✓prime

Sponsored ⓘ

## Frequently bought together



Total price: $422.00

[Add all three to Cart]

ⓘ Some of these items ship sooner than the others. Show details

☑ This item: Gyroor Warrior 8.5 inch All Terrain Off Road Hoverboard with Bluetooth Speakers and LED Lights, UL227…  $299.00
☑ EverCross Hoverboard Seat Attachment, Hoverboard Attachments, Hoverboard Accessories Compatible with 6.5" 8" …  $48.00
☑ EverCross Hoverboard Seat Attachment, New Gen Hoverboard Seat with Safety Brake System, Hoverboard Attachm…  $75.00

## Inspired by your recent shopping trends

Page 1 of 19



GYROOR T581          TOMOLOO Hoverboard   Gyroor T581 Hoverboard   Hover-1 Titan Electric   TOMOLOO Hover Boards






**GYROOR T581 Hoverboard 6.5" Off Road All Terrain Hoverboards with Bluetooth Speaker&LED Lights Two-Wheel Self…**
⭐⭐⭐⭐⯪ 750
$279.00
In stock.

**TOMOLOO Hoverboard UL2272 Certified 8.5 Inch Off Road Hoverboard App Controlled Electric Self…**
⭐⭐⭐⭐⯪ 27
$289.99
✓prime FREE Delivery
In Stock.

**Gyroor T581 Hoverboard 6.5" Off Road All Terrain Hoverboard with Bluetooth Speaker and Two-Wheel Self Balancing Hoverboard…**
⭐⭐⭐⭐⯪ 1,081
$229.00
In stock.

**Hover-1 Titan Electric Self-Balancing Hoverboard Scooter**
⭐⭐⭐⭐⯪ 1,488
$248.99
✓prime FREE Delivery
In Stock.

**TOMOLOO Hover Boards for Kids, Hoverboard Adult with Bluetooth Speaker and LED Light, 6.5" Two Wheels Self…**
⭐⭐⭐⭐⯪ 86
$209.99
✓prime FREE Delivery
In Stock.

## Products related to this item

Sponsored ⓘ                                                                 Page 1 of 49







**Gyroor Hoverboard Offroad All Terrain Flash Wheel Self Balancing G5 Hoverboards wit…**
⭐⭐⭐⭐⯪ 283
$249.00

**Gyroor K1 Hoverboard Seat Attachment, Hover Board Accessory Go Kart with Adjustable…**
⭐⭐⭐⭐⭐ 6
$89.99 ✓prime

**TOMOLOO Music-Rhythmed Hoverboard for Kids and Adult Two-Wheel Self-Balancing…**
⭐⭐⭐⭐⯪ 2,663
$299.00 ✓prime

**Newest Generation Electric Hoverboard Dual Motors Two Wheels Hoover Board Smart…**
⭐⭐⭐⭐⯪ 2,931
$119.00

**TOMOLOO Hoverboard for Kids and Adults, Hover Boards Equipped with Smart App, 6.5" …**
⭐⭐⭐⭐⭐ 24
$209.99 ✓prime

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

## Product Description



**Gyroor** has always been dedicated to creating Hoverboards that are safety, fun and ease of use, making every family have more interaction and happy memories. With GYROOR hoverboard, that vision is now a reality. Say hello to the future.

Document title: Amazon.com: Gyroor Warrior 8.5 inch All Terrain Off Road Hoverboard with Bluetooth Speakers and LED Lights, UL2272 Certified Self Balancing Scoot…
Capture URL: https://www.amazon.com/Gyroor-Hoverboard-Bluetooth-Certified-Balancing/dp/B0779826VN/ref=sr_1_1?…
Capture timestamp (UTC): Tue, 03 Aug 2021 04:37:23 GMT

Page 3 of 12

**Gyroor** has always been dedicated to creating Hoverboards that are safety, fun and ease of use, making every family have more interaction and happy memories. With GYROOR hoverboard, that vision is now a reality. Say hello to the future.



## Gyroor Hoverboard is UL certified and passed all safety tests

After several researches, we found that safety is the first priority for hoverboard users. Hence, the Gyroor Warrior Off-Road Hoverboard has tested for safety, passing all tests and is UL certified, making the GYROOR warrior G2 hoverboard absolutely safe and harmless for all level of riders.



### Sturdy and Durable

Gyroor Warrior is made from durable aluminum and certain ABS parts to ensure a pretty strong body that is sure to stand the test of time. This means that you can use the hoverboard for a long time without having to bother about the longevity of the casing.

- Motor: 350W*2 Motors
- LED: Colorful LED Lights
- Max Speed: 9.95 Miles/Hour
- Charging Time: 1.5 to 2 Hours
- Distance on Full Charge: 7.5~9.5 Miles
- Safety : UL 2272 Certified Hoverboard
- Music Speaker: Pro Music Speaker
- Lithium-Ion Battery: 4.0Ah/36V Powerful Battery



- Max Speed: 9.95 Miles/Hour
- Distance on Full Charge: 7.5~9.5 Miles
- Safety : UL 2272 Certified Hoverboard
- Music Speaker: Pro Music Speaker
- Lithium-Ion Battery: 4.0Ah/36V Powerful Battery

## Master all terrains

GYROOR Warrior can handle bumpy pavements, gravel, grass, sand, and dirt paths, allowing you enjoy a smooth ride while getting the best out of your self-balancing hoverboard.

- Water Resistant: IP54
- Max Load: 265 Pounds
- Net Weight: 33 Pounds.
- Max Climbing Angle: 30 °
- Frame Material: Metal and Aluminum
- Tires: 8.5 inch/215mm Rubber Solid Tires
- Charging Voltage: AC100 to 240V/50-60Hz
- Product Dimensions: 29.6 Inch x 9.9 Inch x 8.8 Inch
- **Package Contains: All-New Vehicle, Battery Charger & Power Cord, Carry Bag, Rubber Protectors, User Manual,Card**







### Music and Lights

The great quality music speaker and beautiful LED lights add to the magnificence of this Off-Road Hoverboard.

### Powerful Motor

Powered by 350 watts powerful dual motors with solid shock absorber tires you can easily ride faster with more stability.

### Self Balancing

Its self-balancing mode helps you to get balanced in less than a minute.





**SMARTEST OFF ROAD HOVERBOARD**

This is the smartest hoverboard you can get in the market today as it allows full stability for even the new riders, making it a perfect gift choice and favorite for kids.

## Product details

Color:**black**

**Package Dimensions  :**  39.8 x 12.3 x 10.1 inches; 31.95 Pounds

**Date First Available  :**  November 9, 2017

**ASIN  :**  B07S4KXRQR

**Best Sellers Rank:** #15,999 in Sports & Outdoors (See Top 100 in Sports & Outdoors)
  #17 in Self Balancing Scooters

**Customer Reviews:**
★★★★½ ⌄   3,422 ratings

# Videos

Page 1 of 4

### Videos for this product



0:31

**Customer Review:** Great product, & great customer service! Highly…

Harbor Saw



1:26

Gyroor Hoverboard Warrior 8.5 inch All Terrain Off Road…

Gyroor



4:55

Fun on the go! safe commuting !

DARIO & MININA - (MEDIABOXENT)



Customer Review: g…

The Rileys

Upload your video

| Customer Review: Great product, & great Customer Service very... | Gyroor Hoverboard Warrior 8.5 | Fun on the go! safe commuting ! | Customer Review: g |
|---|---|---|---|
| Harbor Saw | Gyroor | DARIO & MININA - (MEDIABOXENT) | The Rileys |

Upload your video

## Products related to this item

Sponsored ⓘ                                                                    Page 1 of 28







**‹**                                                                            **›**

| Gyroor Hoverboard Offroad All Terrain Flash Wheel Self Balancing G5 Hoverboards wit... | TOMOLOO Music-Rhythmed Hoverboard for Kids and Adult Two-Wheel Self-Balancing... | Newest Generation Electric Hoverboard Dual Motors Two Wheels Hoover Board Smart... | SWAGTRON Swagboard T580 Warrior Hoverboard with Speaker Synced... | Swagtron Swagboard Twist 3 Self Balancing Hoverboard for Kids Multicolor LED Wheels... |
|---|---|---|---|---|
| ★★★★½ 283 | ★★★★½ 2,663 | ★★★★½ 2,931 | ★★★★½ 1,686 | ★★★★½ 2,522 |
| $249.00 | $299.00 ✓prime | $119.00 | $179.99 ✓prime | $139.99 ✓prime |



UNI-SUN Bluetooth Hoverboard for Kids, 6.5 Inch Self Balancing Hoverboards with Bluetooth and LED Lights, Bluetooth...
★★★★½ 779
$134.99 ✓prime

Sponsored ⓘ

## Customer questions & answers

🔍 Have a question? Search for answers


7 votes


**Question:** For everyone that gave this hoverboard 4 to 5 stars, how long have you been using it without any problems?

**Answer:** 2 years, we've had it and my 13yo isn't easy on stuff. Many family members have tried it also at campgrounds. Still works great with good battery life.
By Kindle Customer on July 28, 2021
⌄ See more answers (2)


3 votes


**Question:** What app to download? and from where? looked on android play store, and didn't find anything with the name gyroor. also, some of the answers regarding app are confusing -- some say it works with app, other say it doesn't.

**Answer:** Hello, thanks for your question. Gyroor new version hoverboard with app is on sale now, and the app name called Gyroor, it can be downloaded at smartphone store or scan the QR code at the back of the user manual.

▲
3
votes
▼

**Question:** What app to download? and from where? looked on android play store, and didn't find anything with the name gyroor. also, some of the answers regarding app are confusing -- some say it works with app, other say it doesn't.

**Answer:** Hello, thanks for your question. Gyroor new version hoverboard with app is on sale now, and the app name called Gyroor, it can be downloaded at smartphone store or scan the QR code at the back of the user manual.
By Gyroor SELLER on July 24, 2018
⌄ See more answers (4)

▲
2
votes
▼

**Question:** Why does my G2 only charge for 30 min before the charging pack says it is fully charged but the led lights are red when riding?

**Answer:** Does it still last long when riding? My son's does that but I notice that it's blue on one side and red on a other. I dont think it has to do with the charge.... His lasts several weeks before needing to recharge. He just rides off and on, not long rides.
By rose croskey on March 27, 2019

▲
1
vote
▼

**Question:** is this hoverboard FAA compliant, can it be shipped or carried aboard a commercial aircraft?

**Answer:** no hoverboard can be carried on an aircraft. EVEN if the battery power is below TSA and FAA regulation they all say the same thing "it down to the individual airline". The airlines say specifically no hoverboards. I wrote this: https://thetechieguy.com/can-travel-flight-electric-skateboard/
By Liron Segev on January 22, 2019
⌄ See more answers (1)

> See more answered questions (301)

---

# Customer reviews

★★★★½  4.7 out of 5

3,422 global ratings

| | | |
|---|---|---|
| 5 star | ████████ | 85% |
| 4 star | █ | 7% |
| 3 star | ▌ | 2% |
| 2 star | ▌ | 1% |
| 1 star | █ | 4% |

⌄ How are ratings calculated?

## By feature

| | | |
|---|---|---|
| Easy to learn | ★★★★★ | 4.8 |
| Safety Features | ★★★★★ | 4.8 |
| Sturdiness | ★★★★½ | 4.6 |

⌄ See more

## Review this product

## Reviews with images



See all customer images

### Read reviews that mention

| battery life | hoverboard | easy to learn | highly recommend | son loves |
|---|---|---|---|---|

| heavy duty | old son | easy to use | well built | self balancing |
|---|---|---|---|---|

| great hoverboard | absolutely loves | old daughter | worth the money |
|---|---|---|---|



Top reviews ⌄

## Top reviews from the United States

◯  Amazon Customer

★★★★★  **BEST hoverboard!!**
Reviewed in the United States on August 15, 2018




Safety Features ★★★★★ 4.8

Sturdiness ★★★★★ 4.6

⌄ See more

## Review this product

Share your thoughts with other customers

[ Write a customer review ]



LIEAGLE Hoverboard, 6.5" Self Balancing ...
★★★★☆ 1,190
$134.99 ✓prime

[ Shop now ]

Sponsored ⓘ

### Top reviews from the United States

 **Amazon Customer**

★★★★★ **BEST hoverboard!!**

Reviewed in the United States on August 15, 2018

Color: black | **Verified Purchase**

We got this for our 13 yr old daughter! We love the app you can download on your smartphone. The app has a self balancing mode, adult mode, you can set the speed limit, change LED lights, shut the hoverboard down and a few other functions. We think it is a lot better than the others because of the rubber tires. My daughter even brings it in (after cleaning the tires) and rides it around on our hardwood floors with no damage to them. The speakers on it are great too!!

131 people found this helpful

[ Helpful ] | Report abuse

**Sam Thomas**

★★★★☆ **Great Product**

Reviewed in the United States on November 27, 2018

Color: black | **Verified Purchase**

This was my first hover board wasn't sure how long it would take me to learn to ride it. After like 30 minutes of training on my own against a wall I was able to ride it with no problems.

The only thing I find bad about this hover board is that every time it starts up it makes a really loud starting indicator noise and says Bluetooth on which I wish I could switch off. Also sometimes when I get off and if it hits something it keeps beeping and won't stop until I power off and back on again.

Apart from these two things I think the hover board is pretty great.

103 people found this helpful

[ Helpful ] | Report abuse

 **Joe M**

★★★★★ **Best Hoverboard on the market**

Reviewed in the United States on September 12, 2018

Color: black | **Verified Purchase**

This Hoverboard is absolutely the best on the market. Its fast and extremely sturdy. Made of quality materials. The Hoverboard is a bit pricey compared to the cheap plastic knockoffs, but you get what you pay for. Would purchase again and I definitely recommend this product.

P..s.

You can charge the battery from 0 to 100 real quick. Yeah under 3 hours and u get approx. 10 miles with a full charge.

113 people found this helpful

[ Helpful ] | Report abuse

 **Jennifer**

★★★★★ **Worth it!**

Reviewed in the United States on August 3, 2018

Color: black | **Verified Purchase**

Easy to use once you get the hang of it. Lights are awesome as is the sound system. Getting the app on an iPhone was a bit difficult. Self balancing feature nice. Functionality is bar none. Doesn't work

 Jennifer

★★★★★ **Worth it!**

Reviewed in the United States on August 3, 2018

Color: black | **Verified Purchase**

Easy to use once you get the hang of it. Lights are awesome as is the sound system. Getting the app on an iPhone was a bit difficult. Self balancing feature nice. Functionality is bar none. Doesn't work too well on the grass, haven't tried on gravel. App works well, wish it could change to mph instead of kph.



111 people found this helpful

| Helpful | | Report abuse |

 Sissy

★☆☆☆☆ **Problems with Shaking and stopping**

Reviewed in the United States on October 9, 2018

Color: red | **Verified Purchase**

I bought 2 of these hover boards for Christmas during the Amazon customer appreciation event in July. In October the kids just couldn't wait any longer so I gave them their boards early while the weather was still nice. They loved them! However within a few hours of using them, one of the boards was shaking and stopping. My grandson has fallen off twice and injured himself because of this defect. I would love to give this 5 stars because it is well made and the kids love them. But the shaking and stopping is not safe and negates any Positive benefits. We have tried to contact seller but not successful yet.

68 people found this helpful

| Helpful | | Report abuse |

 T. Sutherland

★★★★★ **Super fun!**

Reviewed in the United States on August 9, 2018

Color: black | **Verified Purchase**

Bought this because hubby was jealous of our boy's hover board. The higher weight capacity and off road tires are a huge selling point. Easier to ride than the smaller kid size, more stable feeling. Had an issue with the charging port but Gyroor took care of it no problem!

102 people found this helpful

| Helpful | | Report abuse |

Liron Segev ✓

★★★★★ **such a great hoverboard! very easy to ride even for a ...**

Reviewed in the United States on July 10, 2018

Color: red | **Verified Purchase**

such a great hoverboard! very easy to ride even for a first-time rider and my kids just got on and within minutes they were zipping around the house. Great quality, cool lights give it that futuristic look and it seems to hold a charge for a long time. The tires are massive which gives the board a really good height, comfortable ride, and even riding outside on lawn is no problem. Highly recommended!

99 people found this helpful

Reviewed in the United States on July 10, 2018
Color: black | Verified Purchase

such a great hoverboard! very easy to ride even for a first-time rider and my kids just got on and within minutes they were zipping around the house. Great quality, cool lights give it that futuristic look and it seems to hold a charge for a long time. The tires are massive which gives the board a really good height, comfortable ride, and even riding outside on lawn is no problem. Highly recommended!

99 people found this helpful

| Helpful | Report abuse |

Amazon Customer

★★★★★ **Built tough with a smooth ride**
Reviewed in the United States on December 7, 2018
Color: black | Verified Purchase

Heavy duty built with a smooth ride. I bought for my my 10 year old and she loves it. The parents love it too. I love that it comes with it's own totes bag!

90 people found this helpful

| Helpful | Report abuse |

See all reviews ›

## More items to explore

Page 1 of 10









ASURION 2 Year Sporting Goods Protection Plan
$250-$299.99
★★★★★ 1,960
$24.99
In Stock.

Hiboy HC-01 Hoverboard Kart Seat Attachment Accessory for 6.5" 8" 10" Two Wheel Self Balancing Scooter
★★★★★ 1,913
$89.99
✓prime FREE Delivery
In Stock.

Razor Pocket Mod Miniature Euro 24V Electric Kids Ride On Retro Scooter, Speeds up to 15 MPH with 10 Mile Range
★★★★★ 3,541
$330.00
Only 12 left in stock - order soon.

Hiboy HC-02 Hoverboard Go Kart with Rear Suspension Seat Attachment Accessory for 6.5" 8" 10" Hover…
★★★★★ 697
$129.99
✓prime FREE Delivery
In Stock.

Segway Ninebot ES1L Electric Kick Scooter, Lightweight and Foldable, Upgraded Motor and Battery…
★★★★★ 393
$299.99
✓prime FREE Delivery
In Stock.



LIEAGLE Hoverboard, 6.5" Self Balancing …
★★★★★ 1,190
$139.99
Shop now

Sponsored ⓘ

**Pages with related products.** See and discover other items: fast hoverboard, Best dirt scooters for kids, Best led lights for filming, Explore seats for hoverboards

**Pages with related products.** See and discover other items: fast hoverboard, Best dirt scooters for kids, Best led lights for filming, Explore seats for hoverboards

## Inspired by your browsing history

Page 1 of 10

    

| | | | | |
|---|---|---|---|---|
| Hover-1 Buggy Attachment for Transforming Hoverboard Scooter... | Hiboy HC-01 Hoverboard Kart Seat Attachment Accessory for 6.5" 8" 10" Two Wheel Self... | Gyroor K1 Hoverboard Seat Attachment, Hover Board Accessory Go Kart with Adjustable Frame... | Hiboy HC-01 Hoverboard Kart Seat Attachment Accessory for 6.5" 8" 10" Two Wheel Self... | FLYTRAKS K2 Hoverboard Go Kart with Rear Shock Absorption, Hoverboard Seat... |
| ⭐ 6,758 | ⭐ 1,913 | ⭐ 6 | ⭐ 1,913 | ⭐ 15 |
| $49.94 ✓prime | $89.99 ✓prime | $89.99 ✓prime | $89.99 - $109.99 | $119.99 ✓prime |

## Top picks for you

Page 1 of 6

    

| | | | | |
|---|---|---|---|---|
| Bottle Bright- All Natural, Biodegradable, Chlorine & Odor Free Water Bottle &... | Gyroor T581 Hoverboard 6.5" Off Road All Terrain Hoverboard with Bluetooth Speaker and... | Jetson Flash Self Balancing Hoverboard with Built In Bluetooth Speaker | Includes All... | Jetson All Terrain Hoverboard with LED Lights | Anti Slip Grip Pads | Self Balancing... | SISIGAD Hoverboard, with Bluetooth and Colorful Lights Self Balancing Scooter |
| ⭐ 24,894 | ⭐ 1,081 | ⭐ 702 | ⭐ 1,322 | ⭐ 8,526 |
| $8.00 ✓prime | $229.00 | $189.98 ✓prime | $149.99 ✓prime | $134.95 - $169.99 |

## Your Browsing History  View or edit your browsing history

Page 1 of 7

     

**Back to top**

**Get to Know Us**

Careers

Blog

About Amazon

Sustainability

**Make Money with Us**

Sell products on Amazon

Sell apps on Amazon

Become an Affiliate

**Amazon Payment Products**

Amazon Rewards Visa Signature Cards

Amazon.com Store Card

Amazon Secured Card

**Let Us Help You**

Amazon and COVID-19

Your Account

Your Orders

Document title: Amazon.com: Gyroor Warrior 8.5 inch All Terrain Off Road Hoverboard with Bluetooth Speakers and LED Lights, UL2272 Certified Self Balancing Scoot...
Capture URL: https://www.amazon.com/Gyroor-Hoverboard-Bluetooth-Certified-Balancing/dp/B0779826VN/ref=sr_1_1?...
Capture timestamp (UTC): Tue, 03 Aug 2021 04:37:23 GMT

Page 12 of 12









... erboard with ...

New

$167 00

★★★★☆ 635 ratings

Coupon: ☐ Save an extra $10 when you apply this coupon. Details ⌄

FREE delivery: **Aug 27 - Sep 20**
Fastest delivery: **Aug 12 - 17**

 Add to Cart

⌄ See more

---

**2 other options**
sorted by price + delivery: low to high

Filter ⌄

**New**

$199 00

FREE delivery: **Aug 12 - 17**

Add to Cart

Ships from   JIANGYOU-US
Sold by       JIANGYOU-US
★★★★★ (32 ratings)
100% positive over last 12 months

---

**New**

$219 00

FREE delivery: **Aug 27 - Sep 20**
Fastest delivery: **Aug 12 - 17**

Add to Cart

Ships from   GYROOR US
Sold by       GYROOR US
★★★★☆ (118 ratings)
92% positive over last 12 months

---

**Didn't find what you were looking for?**                    Page 1 of 3

Customers who viewed this item also viewed






‹                                                            ›

Hover-1 Helix Electric     Gyroor Warrior 8.5        Gyroor Hoverboard
Hoverboard Scooter         inch All Terrain Off...    Off Road All Terrian...

★★★★☆ 1,253              ★★★★☆ 3,423              ★★★★☆ 178
$179 99                   $299 00                   $199 00

---

### GYROOR's committed to make rider's life more comf...

Dual shinny wheels design, easy to control your balance, move for...
Swift T580 hoverboard, Ride with your Dream!



#### Colorful L...

Bright LED h...
makes you f...
LED flashing

- Water Res...
- Max Load...
- Motor: 25...
- Frame Ma...
- Charging...
- LED Light...
- Distance...
- Safety : U...

### Powerful Battery

Using the certified lithium-ion Battery, provides T580 more power...
battery long life time and more reliable quality for the rider. With...
charging on the hoverboard.

- Net Weight: 15.8 Pounds.
- Max Speed: 8 Miles/Hour
- Max Climbing Angle: 15-30°
- Tires: 6.5 inch Rubber Tires
- Driving Mode: Adjustable Speeds by App
- Music Speaker: Pro Music Speaker
- Charging Voltage: AC100 to 240V/50-60Hz
- Lithium-Ion Battery: Removable 2.0Ah/36V
- Product Dimensions: 26 Inch x 9 Inch X 8.86 Inch




Document title: Amazon.com: Gyroor T580 Hoverboard Self Balancing Scooter with Music Speaker LED Lights, 6.5 inch Two-Wheel Electric Scooter for Kids - UL2272...
Capture URL: https://www.amazon.com/Gyroor-Hoverboard-Balancing-Two-Wheel-Electric/dp/B07GFKZLD3/ref=sr_1_1?...
Capture timestamp (UTC): Tue, 03 Aug 2021 14:16:43 GMT
Page 4 of 13

- Charging Voltage: AC100 to 240V/50-60Hz
- Lithium-ion Battery: Removable 20Ah/36V
- Product Dimensions: 26 Inch x 9 Inch X 8.86 Inch



### App Enable

With GYROOR App, you can change different led lights, adjust riding speed, check battery life, set adults or children mode, switch self balancing mode, analyses fault and on/off setting, anywhere and anytime.



### Music Spea...

Built-in powe...
smart phone...
music lover,...
you and you...
focus one!



★★★★⯨ 635 ratings

**New**

$167.00

**Coupon:** ☐

Save an extra $10 when you apply this coupon. Details ⌄

FREE delivery: **Aug 27 - Sep 20**
Fastest delivery: **Aug 12 - 17**

⌄ See more

**Add to Cart**

---

**2 other options**
sorted by price + delivery: low to high

**Filter ⌄**

**New**

$199.00

FREE delivery: **Aug 12 - 17**

**Add to Cart**

Ships from · JIANGYOU-US
Sold by · JIANGYOU-US

★★★★★ (32 ratings)
100% positive over last 12 months

**New**

$219.00

FREE delivery: **Aug 27 - Sep 20**
Fastest delivery: **Aug 12 - 17**

**Add to Cart**

Ships from · GYROOR US
Sold by · GYROOR US

★★★★⯨ (118 ratings)
92% positive over last 12 months

---

### Didn't find what you were looking for?

Page 1 of 3

Customers who viewed this item also viewed









Hover-1 Helix Electric Hoverboard Scooter
★★★★⯨ 1,253
$179.99

Gyroor Warrior 8.5 inch All Terrain Off...
★★★★⯨ 3,423
$299.00

Gyroor Hoverboard Off Road All Terrian...
★★★★⯨ 178
$199.00



**Fantastic and Best Gift Choice for Every Family!**
GYROOR Swift T580, is the most perfect gift for every occasion a...





Hover-1 i100 Electric Hoverboard Scooter with Infinity LED Wheel Lights, Black
★★★★☆ 650
$219.99 ✓prime

Hover-1 Chrome 2.0 Hoverboard Electric Scooter, Gun Metal, 26 x 9.8 x 10
★★★★☆ 767
$199.99 ✓prime

...erboard with ...

★★★★☆ 635 ratings
New
$167⁰⁰

Coupon: ☐ Save an extra $10 when you apply this coupon. Details ⌄

FREE delivery: **Aug 27 – Sep 20**
Fastest delivery: **Aug 12 – 17**

⌄ See more

Add to Cart

**2 other options**
sorted by price + delivery: low to high

Filter ⌄

**New**
$199⁰⁰

FREE delivery: **Aug 12 – 17**

Add to Cart

Ships from        JIANGYOU-US
Sold by           JIANGYOU-US
                  ★★★★★ (32 ratings)
                  100% positive over last 12 months

**New**
$219⁰⁰

FREE delivery: **Aug 27 – Sep 20**
Fastest delivery: **Aug 12 – 17**

Add to Cart

Ships from        GYROOR US
Sold by           GYROOR US
                  ★★★★☆ (118 ratings)
                  92% positive over last 12 months

## Customer questions & answers

**Didn't find what you were looking for?**        Page 1 of 3

Customers who viewed this item also viewed

🔍 Have a question? Search for answers

**Question:** can you use it without a phone, my kid, I am
**Answer:** Definitely! My son never uses a phone when
By Kati Reed on October 25, 2020
⌄ See more answers (3)

**Question:** How do I keep the speed on the app at the l... speed!
**Answer:** Hi, thanks for your message. When you sele... click the" limited speed" at the bottom, whe... Or you could directly adjust into kids mode,... workable for you.
By Gyroor SELLER on December 11, 2018
⌄ See more answers (1)

Hover-1 Helix Electric Hoverboard Scooter
★★★★☆ 1,253
$179⁹⁹

Gyroor Warrior 8.5 inch All Terrain Off...
★★★★☆ 3,423
$299⁰⁰

Gyroor Hoverboard Off Road All Terrian...
★★★★☆ 178
$199⁰⁰

**Question:** Seller said max speed was 13 to 16km yet th...
**Answer:** for safe in app just set 12KM.thanks.
By Gyroor SELLER on September 19, 2019

**Question:** Does Is it go Off road?
**Answer:** Dear Kindle,
If you want off road,you can choice our GYR...
Best regards, ... see more
By Gyroor SELLER on May 6, 2019
⌄ See more answers (1)

See more answered questions (49)

## Customer reviews

Reviews

Document title: Amazon.com: Gyroor T580 Hoverboard Self Balancing Scooter with Music Speaker LED Lights, 6.5 inch Two-Wheel Electric Scooter for Kids - UL2272...
Capture URL: https://www.amazon.com/Gyroor-Hoverboard-Balancing-Two-Wheel-Electric/dp/B07GFKZLD3/ref=sr_1_1?...
Capture timestamp (UTC): Tue, 03 Aug 2021 14:16:43 GMT
Page 7 of 13





...erboard with ...

★★★★⯪ 635 ratings

Color: pink

I did allot
saying the
year old d
happy wit
in no time
and limite
big brothe
I expected
scratched
with a bag
keeping th

42 people

**New**
$167⁰⁰

Coupon: ☐

Save an extra $10 when you apply this coupon. Details ⌄

FREE delivery: **Aug 27 - Sep 20**
Fastest delivery: **Aug 12 - 17**

⌄ See more

Add to Cart

**2 other options**
sorted by price + delivery: low to high

Filter ⌄

Tin...

Reviewed
Color: bla

Battery di
company
method. I
stop. Maki

14 people

**New**
$199⁰⁰

FREE delivery: **Aug 12 - 17**

Add to Cart

Ships from       JIANGYOU-US
Sold by          JIANGYOU-US
                 ★★★★★ (32 ratings)
                 100% positive over last 12 months

Am...

Reviewed
Color: pink

Got this fo
couple of
we had a f
She is hav
riding it.

38 people

**New**
$219⁰⁰

FREE delivery: **Aug 27 - Sep 20**
Fastest delivery: **Aug 12 - 17**

Add to Cart

Ships from       GYROOR US
Sold by          GYROOR US
                 ★★★★⯪ (118 ratings)
                 92% positive over last 12 months

**Didn't find what you were looking for?**                Page 1 of 3
Customers who viewed this item also viewed

J.D.

Reviewed
Color: bla

We purcha
some time
was only 6
could do.
to say I a

UPDATE 1
ship the e
where the

They then
don't have

Hover-1 Helix Electric Hoverboard Scooter
★★★★⯪ 1,253
$179⁹⁹

Gyroor Warrior 8.5 inch All Terrain Off...
★★★★⯪ 3,423
$299⁰⁰

Gyroor Hoverboard Off Road All Terrian...
★★★★⯪ 178
$199⁰⁰









...erboard with ...

★★★★★ 635 ratings

**New**

$167⁰⁰

**Coupon:** ☐
Save an extra $10 when you apply this coupon. Details ˅

FREE delivery: **Aug 27 – Sep 20**
Fastest delivery: **Aug 12 – 17**

[Add to Cart]

˅ See more

---

**2 other options**
sorted by price + delivery: low to high

[Filter ˅]

**New**
$199⁰⁰

FREE delivery: **Aug 12 – 17**

[Add to Cart]

Ships from       JIANGYOU-US
Sold by          JIANGYOU-US
                 ★★★★★ (32 ratings)
                 100% positive over last 12 months

**New**
$219⁰⁰

FREE delivery: **Aug 27 – Sep 20**
Fastest delivery: **Aug 12 – 17**

[Add to Cart]

Ships from       GYROOR US
Sold by          GYROOR US
                 ★★★★★ (118 ratings)
                 92% positive over last 12 months

---

### Didn't find what you were looking for?

Page 1 of 3

Customers who viewed this item also viewed

⟨          ⟩

Hover-1 Helix Electric Hoverboard Scooter
★★★★★ 1,253
$179⁹⁹

Gyroor Warrior 8.5 inch All Terrain Off...
★★★★★ 3,423
$299⁰⁰

Gyroor Hoverboard Off Road All Terrian...
★★★★★ 178
$199⁰⁰

---

## Get to Know Us

Careers
Blog
About Amazon
Sustainability
Press Center
Investor Relations
Amazon Devices

## Make Money with Us

Sell products on Amazon
Sell apps on Amazon
Become an Affiliate
Become a Delivery Driver
Start a package delivery business
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Ways to Make Money

**amazon**

**Amazon Music**
Stream millions of songs

**Amazon Advertising**
Find, attract, and engage customers

**Amazon Drive**
Cloud storage from Amazon

**Sell on Amazon**
Start a Selling Account

**Amazon Business**
Everything For Your Business

**Amazon Fresh**
Groceries & More Right To Your Door

**Audible**
Listen to Books & Original Audio Performances

**Book Depository**
Books With Free Delivery Worldwide

**Box Office Mojo**
Find Movie Box Office Data

**Goodreads**
Book reviews & recommendations

**IMDb**
Movies, TV & Celebrities

**IMDbPro**
Get Info Entertainment Professionals Need

**Amazon Warehouse**
Great Deals on Quality Used Products

**Whole Foods Market**
America's Healthiest Grocery Store

**Woot!**
Deals and Shenanigans

**Neighbors App**
Real-Time Crime & Safety Alerts

**Amazon Subscription Boxes**
Top subscription boxes – right to your door

Conditions of Use   Privacy Notice   Inte...



amazon prime

Deliver to Arthur
Chicago 60605

Hello, Arthur
Account & Lists

Returns
& Orders

Cart

☰ All   Customer Service   Prime Video   Gift Cards   Arthur's Amazon.com   Shopper Toolkit   Outdoor Recreation       Shop low prices for school

Sports & Outdoors › Outdoor Recreation › Skates, Skateboards & Scooters › Scooters & Equipment › Self Balancing Scooters

Sponsored



Roll over image to zoom in



Hiboy HC-01 Hoverboard Kart Seat Attachment…   $35 off coupon   ★★★★½ 1,914   $89.99 ✓prime

## Gyroor Swift Hoverboard Self Balancing Hoverboard with Music Speaker LED Lights, 6.5 inch Two-Wheel Hoverboard with UL2272 Certificated

Visit the Gyroor Store

★★★★½ ⌄   635 ratings | 54 answered questions

Price: **$167.00**

**Coupon** ☐ Save an extra $10.00 when you apply this coupon.
Details

Get 5% back ($8.35 in rewards) on the amount charged to your Amazon Prime Rewards Visa Signature Card.

**Color:** pink

$219.00    **$167.00**

| | |
|---|---|
| **Brand** | Gyroor |
| **Color** | Pink |
| **Package Dimensions** | 25.6 x 10 x 9.2 inches; 18.5 Pounds |

### About this item

- SMART APP CONTROLLED - This self balancing scooter comes with an efficient app that helps you stay in control, giving you the ability to change modes, check batteries, see the real speed, Changing led light colors and adjust speed with ease.
- FOR ALL RIDERS - Coming with 2 modes, the children mode makes this hover board easy to control for a first-timer or a kid rider. While its adult mode allows expert riders easily perform hoverboard tricks.
- MUSIC SPEAKER INCLUDED - For the music lovers, the Gyroor Swift spots a built-in branded high quality music speaker that allows you play music when riding the hoverboard.
- SELF BALANCING BOARD - We have adopted the self balancing technology to make this hoverboard easier and safer for new riders. Perfect your balancing with a full rest of mind!
- SAFETY CERTIFIED - This UL2272 certified hover board has passed strict electrical and safety test to protect charging and rides. If you feel this hoverboard is not performing to standard, feel free to contact us

New (3) from $167.00 & **FREE Shipping**



Share ✉ f 🐦 📌

$167.00

FREE delivery: **Aug 27 - Sep 20**

Fastest delivery: **Aug 12 - 17**

⦿ Deliver to Arthur - Chicago 60605

**In stock.**
Usually ships within 4 to 5 days.

Qty: 3 ⌄

[ Add to Cart ]

[ Buy Now ]

🔒 Secure transaction

Ships from   runjinjia-us
Sold by   runjinjia-us

Return policy: Eligible for Return, Refund or Replacement. ⌄

**Add a Protection Plan:**
☐ 2-Year Protection for $15.99

[ Add to List ⌄ ]

New (3) from
$167.00 & **FREE Shipping**   ›

**Other Sellers on Amazon**

$199.00   [ Add to Cart ]
& FREE Shipping
Sold by: JIANGYOU-US

$219.00   [ Add to Cart ]
& FREE Shipping
Sold by: GYROOR US

Have one to sell?
[ Sell on Amazon ]



Case: 1:20-cv-04806 Document #: 383-10 Filed: 08/24/21 Page 77 of 88 PageID #:9146



balancing technology to make this hoverboard easier ...rider a new mode of transportation with a full rest of mind!

- **SAFETY CERTIFIED** - This UL2272 certified hover board has passed strict electrical and safety test to protect charging and rides. If you feel this hoverboard is not performing to standard, feel free to contact us

New (3) from $167.00 & **FREE Shipping**

🗩 Report incorrect product information.



Hover-1 Ultra Electric Self-Balancing Hoverboard Scooter
⭐⭐⭐⭐½ 2,842
$179.00 ✓prime

Sponsored ⓘ

$219.00
Sold by: GYROOR US

Have one to sell?

Sell on Amazon



Hover-1 H1-100 Electric Hoverboard Scooter with...
⭐⭐⭐⭐½ 650
$219.99 ✓prime

Sponsored ⓘ

## Frequently bought together



Total price: $230.80

Add all three to Cart

ⓘ Some of these items ship sooner than the others. Show details

- ☑ **This item:** Gyroor Swift Hoverboard Self Balancing Hoverboard with Music Speaker LED Lights, 6.5 inch Two-Wheel ... $167.00
- ☑ Hover-1 Buggy Attachment for Transforming Hoverboard Scooter into Go-Kart $49.94
- ☑ GameXcel Self-Balancing Scooter Carrying Handbag Backpack Bag for 6.5" 7" and 8" Two-Wheel Hover Board Bag S... $13.86

## Inspired by your recent shopping trends

Page 1 of 19

    

Gyroor Hoverboard Off Road All Terrian 6.5" Two-Wheel G11 Flash LED Light Self Balancing Hoverboards with Bluetooth Music...
⭐⭐⭐⭐½ 244
$199.00
In stock.

TOMOLOO Hoverboard UL2272 Certified 8.5 Inch Off Road Hoverboard App Controlled Electric Self...
⭐⭐⭐⭐½ 27
$289.99
✓prime FREE Delivery
In Stock.

Gyroor Warrior 8.5 inch All Terrain Off Road Hoverboard with Bluetooth Speakers and LED Lights, UL2272 Certified Self...
⭐⭐⭐⭐½ 3,423
$299.00
In stock.

All-Terrain Hoverboard 8.5" Wheels Off Road Hover Board Adult Kids Electric Smart self Balancing Scooter with Built in Bluetooth...
⭐⭐⭐⭐½ 34
$199.00
In Stock.

CBD All-Terrain Hoverboard, Two-Wheel 6.5 inch Self Balancing Hoverboard with Bluetooth and LED...
⭐⭐⭐⭐½ 295
$229.99
✓prime FREE Delivery
In Stock.

## 4 stars and above

Page 1 of 18

Sponsored ⓘ

Bluetooth Music... | Certified Self... | Built in Bluetooth...

★★★★★ 27      ★★★★★ 295

$199.00    $299.00    $299.00    $199.00    $299.99

In stock.    ✓prime FREE Delivery    In Stock.    In Stock.    ✓prime FREE Delivery    In Stock.

## 4 stars and above

Sponsored ⓘ








Hover-1 H1 Hoverboard Electric Scooter , Iridescent , 25 x 9.4 x 9.2
★★★★☆ 2,399
$191.99 ✓prime

Hover-1 Titan Electric Self-Balancing Hoverboard Scooter with 10" Tires, Pink
★★★★☆ 1,489
$248.99 ✓prime

CBD Bluetooth Hoverboard for Kids, 6.5 Inch Two Wheel Hoverboard, Self...
★★★★☆ 1,343
$144.99 ✓prime

LIEAGLE Hoverboard, 6.5" Self Balancing Scooter Hover Board with UL2272 Certified...
★★★★☆ 5,093
$144.99 ✓prime

Magic hover Hoverboard Off Road All Terrain Self Balancing Scooter 6.5" T581 Flash ...
★★★★☆ 329
$279.00 ✓prime

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

## Product Description




Are you looking for the safest hoverboard to get around the world? This GYROOR Swift T580 Hoverboard is exactly what you are looking for!

GYROOR focuses on providing high quality, high safety product and best service to riders, all products are strictly related to the safety tests. With high-tech electric,anti-fire shell protection, and UL certified that make T580 absolutely safe and harmless for all riders.





Kids Hoverboard

## GYROOR's committed to make rider's life more comfortable and convenient.

Dual shinny wheels design, easy to control your balance, move forward or backward by your body posture. Ride on premium self balancing GYROOR Swift T580 hoverboard, Ride with your Dream!



Color LED

### Colorful LED Lights

Bright LED headlights and flashing wheels are super fun, is also a signal of protecting yourself that makes you feel safe in dark, illuminate your evening journeys.For the hoverboard enthusiasts,the LED flashing lights would make the hoverboard be cool device.

- Water Resistant: IP54
- Max Load: 220 Pounds
- Motor: 250W*2 Motors
- Frame Material: Aluminum
- Charging Time: 1.5 to 2 Hours
- LED Lights: Colors Adjustable by APP
- Distance on Full Charge: 5~7.5 Miles
- Safety : UL 2272 Certified Hoverboard

### Powerful Battery

Using the certified lithium-ion Battery, provides T580 more powerful. The smart battery system provides battery long life time and more reliable quality for the rider.With UL certified charger, it's safe and fast charging on the hoverboard.

- Net Weight: 15.8 Pounds.
- Max Speed: 8 Miles/Hour
- Max Climbing Angle: 15-30°
- Tires: 6.5 inch Rubber Tires
- Driving Mode: Adjustable Speeds by App
- Music Speaker: Pro Music Speaker
- Charging Voltage: AC100 to 240V/50-60Hz



High performance battery

charging on the hoverboard.

- Net Weight: 15.8 Pounds.
- Max Speed: 8 Miles/Hour
- Max Climbing Angle: 15-30°
- Tires: 6.5 inch Rubber Tires
- Driving Mode: Adjustable Speeds by App
- Music Speaker: Pro Music Speaker
- Charging Voltage: AC100 to 240V/50-60Hz
- Lithium-Ion Battery: Removable 2.0Ah/36V
- Product Dimensions: 26 Inch x 9 Inch X 8.86 Inch









### App Enable

With GYROOR App, you can change different led lights, adjust riding speed, check battery life, set adults or children mode, switch self balancing mode, analyses fault and on/off setting, anywhere and anytime.

### Music Speaker

Built-in powerful speaker, easily connect your smart phone or any bluetooth devices. As a music lover, riding with your favorite music, you and your hoverboard will be the most focus one!

### Sturdy & Durable

Adopting advanced motherboard system and nature rubber tires, ensure T580 can run smoothly and steadily. With powerful self-balancing feature, you can easily control and happily ride on it. Enjoy the most stable riding and balancing experience!



Document title: Amazon.com: Gyroor T580 Hoverboard Self Balancing Scooter with Music Speaker LED Lights, 6.5 inch Two-Wheel Electric Scooter for Kids - UL2272…
Capture URL: https://www.amazon.com/Gyroor-Hoverboard-Balancing-Two-Wheel-Electric/dp/B07GFKZLD3/ref=sr_1_1?…
Capture timestamp (UTC): Tue, 03 Aug 2021 14:34:16 GMT



## Fantastic and Best Gift Choice for Every Family!

GYROOR Swift T580, is the most perfect gift for every occasion and the best gift choice to your kids and family. Enjoying outdoor life with your family and friends!

## Product details

Color:pink

**Is Discontinued By Manufacturer：** No

**Item Weight：** 26.5 Pounds

**Batteries：** 20 Lithium ion batteries required.

**Date First Available：** April 10, 2018

**Manufacturer：** Gyroor

**ASIN：** B07C3C861F

**Best Sellers Rank:** #44,522 in Sports & Outdoors (See Top 100 in Sports & Outdoors)
　　#45 in Self Balancing Scooters

**Customer Reviews:**
★★★★½ ⌄　　635 ratings

# Videos

Page 1 of 4

### Videos for this product

Videos for relate



**Gyroor Swift Hoverboard Self Balancing Hoverboard with Musi...**

Merchant Video



**Customer Review: Fantastic Hoverboard!!!**

Abi



**Customer Review:** The hit of the year!

Customer Video



Self Balancing Scoo

SFSOFTINC

Upload your video

## Products related to this item

Sponsored ⓘ

Page 1 of 28






## Products related to this item

Sponsored ⓘ

Page 1 of 28

    



**Hover-1 i100 Electric Hoverboard Scooter with Infinity LED Wheel Lights, Black**
⭐⭐⭐⭐½ 650
$219.99 ✓prime

**Hover-1 Chrome 2.0 Hoverboard Electric Scooter, Gun Metal, 26 x 9.8 x 10**
⭐⭐⭐⭐½ 767
$199.99 ✓prime

**Hover-1 Dream Hoverboard Electric Scooter Light Up LED Wheels , Gun Metal, 25…**
⭐⭐⭐⭐½ 492
$159.99 ✓prime

**SISIGAD Hoverboard with Bluetooth Speaker and Led Lights, Smart 6.5" Self-Balancing…**
⭐⭐⭐⭐½ 906
$139.99 ✓prime

**Hover-1 H1 Hoverboard Electric Scooter , Iridescent , 25 x 9.4 x 9.2**
⭐⭐⭐⭐½ 2,399
$191.99 ✓prime



Hover-1 Chrome 2.0 Hoverboard Electric Scooter
⭐⭐⭐⭐½ 767
$258.00 ✓prime

Sponsored ⓘ

## Customer questions & answers

🔍 Have a question? Search for answers

**1 vote**

**Question:** can you use it without a phone, my kid, I am buying it for doesn't have a phone?

**Answer:** Definitely! My son never uses a phone when he rides.
By Kati Reed on October 25, 2020
ˇ See more answers (3)

**1 vote**

**Question:** How do I keep the speed on the app at the lower speed? It keeps switching back to the higher speed!

**Answer:** Hi, thanks for your message. When you selected the speed you want to ride on, then you need to click the" limited speed" at the bottom, when it shows" setting successfully", and it could be fixed. Or you could directly adjust into kids mode, the speed would be in very slow. Hope this could be workable for you.
By Gyroor SELLER on December 11, 2018
ˇ See more answers (1)

**1 vote**

**Question:** Seller said max speed was 13 to 16km yet the app only mets me set soeed up to 12km why is that?

**Answer:** for safe in app just can set 12KM.thanks.
By Gyroor SELLER on September 19, 2019

Document title: Amazon.com: Gyroor T580 Hoverboard Self Balancing Scooter with Music Speaker LED Lights, 6.5 inch Two-Wheel Electric Scooter for Kids - UL2272…
Capture URL: https://www.amazon.com/Gyroor-Hoverboard-Balancing-Two-Wheel-Electric/dp/B07GFKZLD3/ref=sr_1_1?…
Capture timestamp (UTC): Tue, 03 Aug 2021 14:34:16 GMT
Page 7 of 13



workable for you.

By Gyroor SELLER on December 19, 2018

∨ See more answers (1)

| | | |
|---|---|---|
| ▲ | **Question:** | Seller said max speed was 13 to 16km yet the app only mets me set soeed up to 12km why is that? |
| 1 vote | **Answer:** | for safe in app just can set 12KM.thanks. |
| ▼ | | By Gyroor SELLER on September 19, 2019 |

| | | |
|---|---|---|
| ▲ | **Question:** | Does Is it go Off road? |
| 0 votes | **Answer:** | Dear Kindle, |
| ▼ | | If you want off road,you can choice our GYROOR T581,our new model. Thnaks. |
| | | Best regards, … see more |
| | | By Gyroor SELLER on May 6, 2019 |

∨ See more answers (1)

See more answered questions (49)

## Customer reviews

⭐⭐⭐⭐½ **4.6 out of 5**

635 global ratings

| | | |
|---|---|---|
| 5 star | | 80% |
| 4 star | | 9% |
| 3 star | | 3% |
| 2 star | | 2% |
| 1 star | | 6% |

∨ How are ratings calculated?

### By feature

| | | |
|---|---|---|
| Giftable | ⭐⭐⭐⭐½ | 4.6 |
| For beginners | ⭐⭐⭐⭐½ | 4.6 |
| Sturdiness | ⭐⭐⭐⭐½ | 4.5 |

∨ See more

### Review this product

Share your thoughts with other customers

[ Write a customer review ]



Save 5%

### Reviews with images

   

See all customer images

### Read reviews that mention

| year old | battery life | old daughter | daughter loves | hoverboard |
|---|---|---|---|---|

| absolutely loves | play music | child mode | son loves |
|---|---|---|---|

| great hoverboard | easy to use | definitely recommend | worth the money |
|---|---|---|---|

### Top reviews from the United States

 Teach1

⭐⭐⭐⭐☆ **Light and sleek. Rated up to 265 ibs.**

Reviewed in the United States on December 26, 2018

Color: black | Verified Purchase



▶ 0:00

Light and sleek. Rated up to 265 ibs. We bought this and a H1 and so far like this one better. It is easier to handle with one handed lifting if you are strong as the middle is smaller. The charger is very similar to the H1. This is only a initial review.

So after a month the unit still works but the plastic hubs are showing some damage and some plastic peices are rattleing around inside. We havnt been gentle with it though ;).



**Save 5%**

Gatorade Whey Protein Recover Bars, Ch...

★★★★½ 11,381

$17.10 ~~$18.00~~ ✓prime
Subscribe & Save

**Shop now**

Sponsored ⓘ



▶ 0:00     🔊 ⛶ ⋮

So after a month the unit still works but the plastic hubs are showing some damage and some plastic peices are ratteling around inside. We havnt been gentle with it though ;).

43 people found this helpful

Helpful | Report abuse

---

 Eric Helton

★★★★★ **Great value, great experience so far**
Reviewed in the United States on March 10, 2020
Color: pink | Verified Purchase

I did allot of research on hoverboards. What I found was every single one has a few reviews of people saying their was defective or did nothing but beep. Basically I took a leap of faith guided by my 6 year old daughter's simple request for pink. I have now had this Gyroor for a week and I am very happy with the purchase thus far. First, my daughter loves it and was zipping around all over the place in no time. The lights are bright and colorful. The app is easy to pair and use. I put it in child mode and limited the speed in minutes. It can support 220lbs according to the manual which should make it big brother survivable. Battery life has been excellent and the charge time of 2-3 hours is quicker than I expected. So far my only nit-pick would be I think the cosmetics of the plastic body could be scratched up and gouged pretty easily. But it does feel like a solid piece of machinery. That it comes with a bag is really nice. At this point I feel like I hit the sweet spot of not going too cheap while keeping the price reasonable for a 6 year old. I'll update in a couple months

42 people found this helpful

Helpful | Report abuse

---

 Tina

★★★☆☆ **Battery is not so good!**
Reviewed in the United States on April 15, 2019
Color: black | Verified Purchase

Battery didn't last more then 30 minutes. Got the item replaced and had the same problem. The company was quick to resolve thing but only refunded to amazon account not to original payment method. I should also mention when it stops working or dies unexpectedly it comes to a complete stop. Making the rider go flying!

14 people found this helpful

Helpful | Report abuse

---

⊙ Amazon Customer

★★★★★ **GREAT PRODUCT, GREAT PRICE, FAST SHIPPING!**
Reviewed in the United States on January 16, 2019
Color: pink | Verified Purchase

Got this for my granddaughter for Christmas! After setting it up to her mother's phone, it took a couple of days and learning beside something to hold on to while getting the feel of things. (of course we had a few laughs at her dad's expense) She is now scooting around as well as she rides her bicycle. She is having a blast! The slower learning feature was perfect for her to use until she got the hang of riding it.

38 people found this helpful

Helpful | Report abuse

couple of days and learning beside something to hold on to while getting the feel of things. (of course using the safety equipment is a must) She is riding perfectly and so happy as she rides her bicycle. She is having a blast! The slower learning feature was perfect for her to use until she got the hang of riding it.

38 people found this helpful

Helpful | Report abuse

 J.D.

★☆☆☆☆ **My son loves it (UPDATE)**
Reviewed in the United States on September 2, 2020
Color: black | **Verified Purchase**

We purchased this about a year ago and my 9 year old son has a blast with it! It stood up well for some time and then the battery would only last for a few minutes. I saw that the battery warranty was only 6 months but figured I would contact Gyroor directly and see if there was anything they could do. I was pleasantly surprised when they told me they would send me a new battery! Needless to say I am very happy with the product and their customer support.

UPDATE 1/25/2021 - So Gyroor wound up sending me the wrong battery, and and then asked me to ship the entire hoverboard back so they would fix it. I sent it back and they sent me back a hoverboard where the bottom was not fully screwed in and the threads were stripped.

They then sent me another hoverboard that had the SAME EXACT ISSUES. Now they are saying they don't have it in stock and will send me a new one once it is in stock. It has been about 6 months since I had this initially had this issue which is not an acceptable amount of time. If I do finally received a working hoverboard that is also safe to use I will update this review again.

5 people found this helpful

Helpful | Report abuse

 Tatyanna Curtis

★★★★★ **Best Christmas present ever!!!**
Reviewed in the United States on January 7, 2019
Color: pink | **Verified Purchase**

Bought this for my 11 yr old daughter for Christmas. She loves it. All her friends got one too and paid about the same price but hers is cooler than them all. The Bluetooth speaker works great and is very loud. She jumped on and became a pro in about 15 minutes.

40 people found this helpful

Helpful | Report abuse

 Suresh

★★★★★ **Super cool pro**
Reviewed in the United States on February 23, 2019
Color: black | **Verified Purchase**

I was wondering how my 6 year kid will ride this as this was his first time . Just in10 minutes he rode and became a champ in next 10 minutes.. the product looks super cool

40 people found this helpful

Helpful | Report abuse

 Kat

★★★★★ **Good product!**
Reviewed in the United States on January 21, 2019
Color: pink | **Verified Purchase**

Perfect for my 11 year old daughter...takes a lot of practice but she really enjoys it!



Kat

★★★★★ **Good product!**

Reviewed in the United States on January 21, 2019

Color: pink | Verified Purchase

Perfect for my 11 year old daughter...takes a lot of practice but she really enjoys it!

36 people found this helpful

| Helpful | | Report abuse |

See all reviews ›

## Products related to this item

Sponsored ⓘ

Page 1 of 49

<









>






**Electric Hoverboard Smart Self Balancing Scooter Hover Board 6.5" Wheel Electric S...**
★★★★☆ 414
$119.00 ✓prime

**Hover-1 Dream Hoverboard Electric Scooter Light Up LED Wheels , Gun Metal, 25...**
★★★★☆ 492
$159.99 ✓prime

**Hover-1 H1 Hoverboard Electric Scooter , Iridescent , 25 x 9.4 x 9.2**
★★★★☆ 2,399
$191.99 ✓prime

**Newest Generation Electric Hoverboard Dual Motors Two Wheels Hoover Board Smart...**
★★★★☆ 2,933
$119.00

**CBD Bluetooth Hoverboard for Kids, 6.5 Inch Two Wheel Hoverboard, Self...**
★★★★☆ 1,343
$144.99 ✓prime


Non-Invasive, Non-Drug Choice for Relieving Pain


Belifu Dual Channel Tens Unit Electro M...
★★★★★ 3,293
$39.99 ✓prime
[ Add to Cart ]

Sponsored ⓘ

## Explore more from across the store

Page 1 of 4

<







>

**Segway Ninebot Drift W1, Electric Roller Skates Hovershoes, Two Wheels self Balancing Scooter with RGB LED**
★★★★☆ 429
$469.99

**Gyroor Hoverboard Hovershoes-Gyroshoes S300 Electric Roller Skate Hoverboard with LED Lights,UL2272...**
★★★★☆ 88
$229.00

**sublue WhiteShark Mix Underwater Scooter Dual Motors, Action Camera Compatible, Water Sports...**
★★★★☆ 269
$689.00

**FAST & FURIOUS FT001 Electric Skateboard 1800W Dual Motors with Remote Control Top Speed 25MPH, 17...**
★★★★☆ 41
$699.99

**Segway Ninebot eKickScooter ZING E8 and E10, Electric Kick Scooter for Kids, Teens, Boys and Girls,...**
★★★★☆ 2,268
$259.99

Document title: Amazon.com: Gyroor T580 Hoverboard Self Balancing Scooter with Music Speaker LED Lights, 6.5 inch Two-Wheel Electric Scooter for Kids - UL2272...
Capture URL: https://www.amazon.com/Gyroor-Hoverboard-Balancing-Two-Wheel-Electric/dp/B07GFKZLD3/ref=sr_1_1?…
Capture timestamp (UTC): Tue, 03 Aug 2021 14:34:16 GMT
Page 11 of 13



Segway Ninebot Drift
W1, Electric Roller
Skates Hovershoes, Two
Wheels self Balancing
Scooter with RGB LED
⭐⭐⭐⭐⯨ 429
$469.99
✔prime FREE Delivery
In Stock.

Gyroor Hoverboard
Hovershoes-Gyroshoes
S300 Electric Roller
Skate Hoverboard with
LED Lights,UL2272...
⭐⭐⭐⭐⯨ 88
$229.00
✔prime FREE Delivery
In Stock.

sublue WhiteShark Mix
Underwater Scooter
Dual Motors, Action
Camera Compatible,
Water Sports...
⭐⭐⭐⭐⯨ 269
$689.00
✔prime FREE Delivery
Only 4 left in stock - order
soon.

FAST & FURIOUS FT001
Electric Skateboard
1800W Dual Motors with
Remote Control Top
Speed 25MPH, 17...
⭐⭐⭐⭐☆ 41
$699.99
✔prime FREE Delivery
In Stock.

Segway Ninebot
eKickScooter ZING E8
and E10, Electric Kick
Scooter for Kids, Teens,
Boys and Girls,...
⭐⭐⭐⭐⯨ 2,268
$259.99
✔prime FREE One-Day
In Stock.

## Top picks for you

Page 1 of 8













Bottle Bright- All
Natural, Biodegradable,
Chlorine & Odor Free
Water Bottle &...
⭐⭐⭐⭐⯨ 24,918
$8.00
✔prime Today by 3PM
In Stock.
Purchased Sep 2020

Gyroor Warrior 8.5 inch
All Terrain Off Road
Hoverboard with
Bluetooth Speakers and
LED Lights, UL2272...
⭐⭐⭐⭐⯨ 3,423
$299.00
In stock.
Purchased Jun 2021

Jetson Flash Self
Balancing Hoverboard
with Built In Bluetooth
Speaker | Includes All
Terrain Tires, Reach...
⭐⭐⭐⭐⯨ 707
$189.98
✔prime FREE Delivery

Gyroor T581 Hoverboard
6.5" Off Road All Terrain
Hoverboard with
Bluetooth Speaker and
Two-Wheel Self...
⭐⭐⭐⭐⯨ 1,081
$229.00
In stock.
Purchased May 2021

Hover Hoverboard
Electric Scooter
⭐⭐⭐⭐⯨ 2,399
$191.99-$489.99
✔prime FREE Delivery

## Your Browsing History   View or edit your browsing history

Page 1 of 7



         

**Back to top**

**Get to Know Us**
Careers
Blog
About Amazon
Sustainability
Press Center
Investor Relations
Amazon Devices

**Make Money with Us**
Sell products on
Amazon
Sell apps on Amazon
Become an Affiliate
Become a Delivery
Driver
Start a package delivery
business
Advertise Your Products

**Amazon Payment Products**
Amazon Rewards Visa
Signature Cards
Amazon.com Store Card
Amazon Secured Card
Amazon Business Card
Amazon Business Line of Credit
Shop with Points
Credit Card Marketplace

**Let Us Help You**
Amazon and COVID-
19
Your Account
Your Orders
Shipping Rates &
Policies
Amazon Prime
Returns &
Replacements

**Back to top**

## Get to Know Us

Careers

Blog

About Amazon

Sustainability

Press Center

Investor Relations

Amazon Devices

## Make Money with Us

Sell products on Amazon

Sell apps on Amazon

Become an Affiliate

Become a Delivery Driver

Start a package delivery business

Advertise Your Products

Self-Publish with Us

Host an Amazon Hub

› See More Ways to Make Money

## Amazon Payment Products

Amazon Rewards Visa Signature Cards

Amazon.com Store Card

Amazon Secured Card

Amazon Business Card

Amazon Business Line of Credit

Shop with Points

Credit Card Marketplace

Reload Your Balance

Amazon Currency Converter

Promotional Financing

## Let Us Help You

Amazon and COVID-19

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Amazon Assistant

Help

amazon

| 🌐 English ⬍ | 🇺🇸 United States |

| Amazon Music | Amazon | Amazon Drive | 6pm | AbeBooks | ACX | Alexa |
| Stream millions | Advertising | Cloud storage | Score deals | Books, art | Audiobook Publishing | Actionable |
| of songs | Find, attract, | from Amazon | on fashion brands | & collectibles | Made Easy | Analytics |
| | and | | | | | for the Web |
| | engage | | | | | |
| | customers | | | | | |
| Sell on Amazon | Amazon | Amazon Fresh | AmazonGlobal | Home Services | Amazon Ignite | Amazon Web |
| Start a Selling | Business | Groceries & More | Ship Orders | Experienced | Sell your original | Services |
| Account | Everything | Right To Your Door | Internationally | Pros | Digital Educational | Scalable Cloud |
| | For | | | Happiness | Resources | Computing |
| | Your Business | | | Guarantee | | Services |
| Audible | Book | Box Office Mojo | ComiXology | DPReview | East Dane | Fabric |
| Listen to Books & | Depository | Find Movie | Thousands of | Digital | Designer Men's | Sewing, |
| Original | Books With | Box Office Data | Digital Comics | Photography | Fashion | Quilting |
| Audio | Free | | | | | & Knitting |
| Performances | Delivery | | | | | |
| | Worldwide | | | | | |
| Goodreads | IMDb | IMDbPro | Kindle Direct | Amazon | Prime Video Direct | Shopbop |
| Book reviews | Movies, TV | Get Info Entertainment | Publishing | Photos | Video Distribution | Designer |
| & | & Celebrities | Professionals Need | Indie Digital & Print | Unlimited | Made Easy | Fashion Brands |
| recommendations | | | Publishing | Photo Storage | | |
| | | | Made Easy | Free With Prime | | |
| Amazon | Whole Foods | Woot! | Zappos | Ring | eero WiFi | Blink |
| Warehouse | Market | Deals and | Shoes & | Smart Home | Stream 4K Video | Smart Security |
| Great Deals on | America's | Shenanigans | Clothing | Security | in Every Room | for Every Home |
| Quality Used | Healthiest | | | Systems | | |
| Products | Grocery Store | | | | | |
| | Neighbors | Amazon Subscription | PillPack | Amazon | Amazon Second Chance | |
| | App | Boxes | Pharmacy | Renewed | Pass it on, trade it in, give | |
| | Real-Time | Top subscription boxes – | Simplified | Like-new | it a second life | |
| | Crime | right to your door | | products | | |
| | & Safety | | | you can trust | | |
| | Alerts | | | | | |

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2021, Amazon.com, Inc. or its affiliates

---

Document title: Amazon.com: Gyroor T580 Hoverboard Self Balancing Scooter with Music Speaker LED Lights, 6.5 inch Two-Wheel Electric Scooter for Kids – UL2272…

Capture URL: https://www.amazon.com/Gyroor-Hoverboard-Balancing-Two-Wheel-Electric/dp/B07GFKZLD3/ref=sr_1_1?…

Capture timestamp (UTC): Tue, 03 Aug 2021 14:34:16 GMT