# EXHIBIT 11

GYROOR

EMAIL



# F1 RACING HOVERBOARD 2.0

FAST SPEED WITH RACING SOUND

ORDER NOW

00:04

★ REVIEWS







## GYROOR SWIFT

The Swift G1 is a fantastic intro into the new riding world. upgraded motherboard will give greater balance for riders.

## GYROOR WARRIOR

Gyroor Warrior is the toughest, hardest and smartest off road hoverboard in the world

## GYROOR F1

The F1 is the epitome of style, sleek and speed and was inspired by the Formula one racing supercars.





# GYROOR WARRIOR G2 HOVERBOARD

THE TOUGHEST, HARDEST AND SMARTEST OFF ROAD HOVERBOARD

GET IT NOW

★ REVIEWS

## OUR MISSION STATEMENT

Leading the hoverboard manufacturing globally by focusing on the highest quality products and stringent testing testing testing

FIND OUT MORE ABOUT US



# GYROOR SWIFT G1 HOVERBOARD

UPGRADED 6.5 INCH SELF-BALANCING HOVERBOARD

EMAIL



GYROOR SWIFT G1 HOVERBOARD

UPGRADED 6.5 INCH SELF-BALANCING HOVERBOARD

BUY NOW

## GYROOR HOVERBOARD FOR SALE

★ REVIEWS



**SALE**

Gyroor C3 Electric Bike for Adults, 450W eBike
with 18.6MPH up to 28 Mileage, 14in Air-Filled
Tires, Dual Disc Braking, 3 Riding Modes
★★★★★ 18 Reviews
**$549.00** $699.00



**SALE**

Gyroor C2 electric bike with powerful LED light
ebike foldable bike for adults and kids
★★★★★ 4 Reviews
**$659.99** $799.00



**SALE**

Gyroor electric scooter for kids, , Teens, Boys
and Girls, Lightweight and Adjustable
Handlebar, Rechargeable Battery, 5 MPH Limit.
(H30)
★★★★★ 9 Reviews
**$129.00** $199.00



**SALE**





**SALE**





Gyroor C3 Electric Bike f...
~~699.00 USD~~ 549.00 USD


BUY NOW

EMAIL



Hoverboard + Go Kart

OFF ROAD

Gyroor T581 6.5" Off Road All Terrain
Hoverboards with Bluetooth Speaker&LED
Lights Self Balancing Hoverboard with Kart Seat
Attachment UL2272 Certified for Kids & Adults
★★★★★ 30 Reviews
$279.00 ~~$399.00~~

Gyroor Hoverboard Offroad All Terrain Wheel
Self Balancing G5 Hoverboards with Bluetooth
Speaker, UL 2272 Certified Best Gift for Kids
and Adults.
★★★★★ 13 Reviews
$229.00

Gyroor 6.5" inch T581 Hoverboard, All Terrain
Off Road ,with Bluetooth Speaker and App-
Enabled, Smart Self Balancing Scooter and
LED Flashing Lights with UL2272 Certified
★★★★★ 18 Reviews
$229.00 ~~$299.00~~


SALE





SALE





Gyroor Electric Roller Skate Hover Board
hovershoes with LED Lights,300W Dual Motor
Self Balancing Scooter for Kids and
Adults,Gyroshoes
★★★★★ 10 Reviews
$217.00 ~~$599.00~~

Gyroor Hoverboard Off Road All Terrian 6.5"
Two-Wheel G11 Flash LED Light Self Balancing
Hoverboards with Bluetooth Music Speaker and
UL 2272 Certified for Kids Adults Gift.(Blue)
★★★★★ 11 Reviews
$199.00

Gyroor T580 Hoverboard Self Balancing
Scooter with Music Speaker LED Lights, 6.5
inch Two-Wheel Electric Scooter for Kids Adult -
UL2272 Certificated
★★★★★ 14 Reviews
$167.00 ~~$299.00~~

SALE





Gyroor Hoverboard Offroad All Terrain Flash
Wheel Self Balancing G5 Hoverboards with
Bluetooth Speaker, UL 2272 Certified Best Gift
for Kids and Adults.
★★★★☆ 3 Reviews
Sold Out

Gyroor K1 Hoverboard Seat Attachment, Hover
Board Accessory Go Kart with Adjustable Frame
Length Compatible with 6.5" 8" 10"
Hoverboards Self Balancing Scooter for Kids
and Adults
$89.99

Gyroor Hoverboard Offroad All Terrain Wheel
Self Balancing G5 Hoverboards with Bluetooth
Speaker, UL 2272 Certified Best Gift for Kids
and Adults
★★★★★ 4 Reviews
$229.00

# INFLUCENCER SAY



Document title: Gyroor - The Best Hoverboards, Self Balancing Scooter
Capture URL: https://gyroorboard.com/
Capture timestamp (UTC): Wed, 04 Aug 2021 14:36:28 GMT

# INFLUCENCER SAY



hoy les tenemos el F1 Formula 1 de los Scooters o self balance la marca es Gyroor y el modelo es el G-F1 realmente original y muy bien diseñado y construido.

—— jose Tecnofanatico



F1 Racing Hoverboard? This hoveboad is one of the fastest and toughest hoverboards on the market! See me give my first reactions to this hoverboard.

—— Matthias



GYROOR WARRIOR, THE STRONGEST HOVERBOARD IN THE WORLD, Today I'm going to show you the Gyroorbord Off-road hoverboard.

—— Kim Henriksen



This is the fastest hoverboard in the entire world. All right boys, good races.you all did great, but ultimately, I got the fastest hoverboard.

—— Shonduras



Gyroor Warrior OFF-ROAD HOVERBOARD Advantages, Strongest and toughest, Very sensitive, Beginner model for kids learn, Self-balancing mode.

—— Miberi Tech



STEPHEN SHARER MADE AN AWESOME SUPER RARE HOVERBOARD MOD WITH PLAY DOH! CHECK OUT THESE PLAYDOH KIDS FRIENDLY HOVERBOARD!

—— Stephen Sharer

★ REVIEWS



GYROOR HOVERBOARDS
A NEW GENERATION OF HOVERBOARD

Gyroor C3 Electric Bike f...
699.00 USD 549.00 USD



# GYROOR NEWS

★ REVIEWS

### GYROOR 450W FOLDING ELECTRIC BIKE. 3 ADJUSTABLE SPEEDS ELECTRIC BIKES FOR ADULTS WITH DUAL BRAKING SYSTEM

by MLVEDA MCP · January 03, 2020





Read More

### YOU CAN CHOOSE GYROOR T580 HOVERBOARD AS YOUR KIDS' CHRISTMAS GIFT

by MLVEDA MCP · November 21, 2019





Read More

### HOW DOES GYROOR HOVERBOARD DO IT?

by MLVEDA MCP · October 16, 2019





Read More












Read More

Read More

Read More





# INSTAGRAM



FOLLOW

SEARCH    FAQ    PRIVACY POLICY    WARRANTY

GYROOR WALMART    CORPORATE PURCHASE

DISTRIBUTION    RESET HOVERBOARD-INSTRUCTION

Sign up to get the latest on sales, new releases and more …

Enter your email address...        SIGN UP

© 2021 GYROOR.

Powered by Shopify



amazon
prime

☰ All | Customer Service | Prime Video | Gift Cards | Arthur's Amazon.com | Shopper Toolkit | Outdoor Recreation

Deliver to Arthur
Chicago 60605

Hello, Arthur
Account & Lists ▾

Returns
& Orders

🛒 0 Cart

**Shop low prices for school**

Macwheel Electric Scooter, Electric Scooter for Kids Age 8+...   ★★★★☆ 296

Sponsored ⓘ

Sports & Outdoors › Outdoor Recreation › Skates, Skateboards & Scooters › Scooters & Equipment › Scooters



Roll over image to zoom in

## Gyroor Swift Hoverboard Self Balancing Hoverboard with Music Speaker LED Lights, 6.5 inch Two-Wheel Hoverboard with UL2272 Certificated

Visit the Gyroor Store
★★★★☆ ▾  635 ratings | 54 answered questions

Price: **$219.00**

Get 5% back ($10.95 in rewards) on the amount charged to your Amazon Prime Rewards Visa Signature Card.

**Color:** pink

 $219.00      **$219.00**

| | |
|---|---|
| **Brand** | Gyroor |
| **Color** | Pink |
| **Package Dimensions** | 25.6 x 10 x 9.2 inches; 18.5 Pounds |

### About this item

- SMART APP CONTROLLED - This self balancing scooter comes with an efficient app that helps you stay in control, giving you the ability to change modes, check batteries, see the real speed, Changing led light colors and adjust speed with ease.
- FOR ALL RIDERS - Coming with 2 modes, the children mode makes this hover board easy to control for a first-timer or a kid rider. While its adult mode allows expert riders easily perform hoverboard tricks.
- MUSIC SPEAKER INCLUDED - For the music lovers, the Gyroor Swift spots a built-in branded high quality music speaker that allows you play music when riding the hoverboard.
- SELF BALANCING BOARD - We have adopted the self balancing technology to make this hoverboard easier and safer for new riders. Perfect your balancing with a full rest of mind!
- SAFETY CERTIFIED - This UL2272 certified hover board has passed strict electrical and safety test to protect charging and rides. If you feel this hoverboard is not performing to standard, feel free to contact us

⚐ Report incorrect product information.

SISIGAD Hoverboard, with

---

$219.00

FREE delivery: **Aug 30 - Sep 21**

Fastest delivery: **Aug 13 - 18**

◉ Deliver to Arthur - Chicago 60605

**In stock.**
Usually ships within 4 to 5 days.

Qty: 1 ▾

[ Add to Cart ]

[ Buy Now ]

🔒 Secure transaction

Ships from  GYROOR US
Sold by     GYROOR US

Return policy: Eligible for Return, Refund or Replacement. ▾

[ Add to List ] ▾

Have one to sell?
[ Sell on Amazon ]



SISIGAD Hoverboard, with Bluetooth and Colorful Lights...
★★★★☆ 3,787
$144.99

Sponsored ⓘ





- SAFETY CERTIFIED - This UL2272 certified hover board
charging and rides. If you feel this hoverboard is not
performing to standard, feel free to contact us

🗩 Report incorrect product information.



SISIGAD Hoverboard, with
Bluetooth and Colorful
Lights Self Balancing…
⭐⭐⭐⭐½ 4,769
$144.99

Sponsored ⓘ

## Frequently bought together



Total price: $230.80

[ Add all three to Cart ]

ⓘ Some of these items ship sooner than the others. Show details

☑ **This item:** Gyroor Swift Hoverboard Self Balancing Hoverboard with Music Speaker LED Lights, 6.5 inch Two-Wheel … $167.00
☑ Hover-1 Buggy Attachment for Transforming Hoverboard Scooter into Go-Kart $49.94
☑ GameXcel Self-Balancing Scooter Carrying Handbag Backpack Bag for 6.5" 7" and 8" Two-Wheel Hover Board Bag S… $13.86

## Inspired by your recent shopping trends

Page 1 of 17

    

| | | | | |
|---|---|---|---|---|
| TOMOLOO Hover Boards for Kids, Hoverboards Bluetooth and LED… | TOMOLOO Hoverboard with Bluetooth Speaker and LED Lights Self-Balancing Scooter UL2272 Certified 6.5"… | Hover-1 Titan Electric Self-Balancing Hoverboard Scooter | RIDE SWFT Hoverboard Self Balancing Electric Scooter, Bluetooth… | Swagtron Swagboard Twist Self Balancing Hoverboard for Kids |
| ⭐⭐⭐⭐½ 34 | ⭐⭐⭐⭐½ 2,528 | ⭐⭐⭐⭐½ 1,494 | ⭐⭐⭐⭐½ 261 | ⭐⭐⭐⭐½ 2,527 |
| 6% off | $179.99 | $248.99 | 15% off | $139.99 |
| $169.99 $179.99 | ✓prime FREE Delivery In Stock. | ✓prime FREE Delivery In Stock. | $159.99 $189.00 Lowest price in 30 days | ✓prime FREE Delivery Only 9 left in stock - order soon. |
| Lowest price in 30 days ✓prime FREE Delivery In Stock. | | | ✓prime FREE Delivery In Stock. | |

## Products related to this item

Page 1 of 49

Sponsored ⓘ

    

Document title: Amazon.com: Gyroor T580 Hoverboard Self Balancing Scooter with Music Speaker LED Lights, 6.5 inch Two-Wheel Electric Scooter for Kids Adult -…
Capture URL: https://www.amazon.com/Gyroor-Hoverboard-Balancing-Two-Wheel-Electric/dp/B07GFKZLD3/ref=sr_1_1?…
Capture timestamp (UTC): Wed, 04 Aug 2021 14:19:11 GMT
Page 2 of 12

**Products related to this item**

Sponsored ⓘ

Page 1 of 49








Hover-1 i100 Electric Hoverboard Scooter with Infinity LED Wheel Lights, Galaxy
★★★★½ 652
$219.99 ✓prime

Electric Hoverboard Smart Self Balancing Scooter Hover Board 6.5" Wheel Electric S...
★★★★☆ 414
$134.99 ✓prime

Newest Generation Electric Hoverboard Dual Motors Two Wheels Hoover Board Smart...
★★★★½ 2,934
$134.99

Hover-1 H1 Hoverboard Electric Scooter , Iridescent , 25 x 9.4 x 9.2
★★★★½ 2,400
$191.99 ✓prime

TPS Electric Hoverboard Self Balancing Scooter for Kids and Adults Hover Board with...
★★★★½ 415
$134.99

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

## Product Description

 

Are you looking for the safest hoverboard to get around the world? This GYROOR Swift T580 Hoverboard is exactly what you are looking for!

GYROOR focuses on providing high quality, high safety product and best service to riders, all products are strictly related to the safety tests. With high-tech electric,anti-fire shell protection, and UL certified that make T580 absolutely safe and harmless for all riders.





## GYROOR's committed to make rider's life more comfortable and convenient.

Dual shinny wheels design, easy to control your balance, move forward or backward by your body posture. Ride on premium self balancing GYROOR Swift T580 hoverboard, Ride with your Dream!



### Colorful LED Lights

Bright LED headlights and flashing wheels are super fun, is also a signal of protecting yourself that makes you feel safe in dark, illuminate your evening journeys.For the hoverboard enthusiasts,the LED flashing lights would make the hoverboard be cool device.

- Water Resistant: IP54
- Max Load: 220 Pounds
- Motor: 250W*2 Motors
- Frame Material: Aluminum
- Charging Time: 1.5 to 2 Hours
- LED Lights: Colors Adjustable by APP
- Distance on Full Charge: 5~7.5 Miles
- Safety : UL 2272 Certified Hoverboard

### Powerful Battery

Using the certified lithium-ion Battery, provides T580 more powerful. The smart battery system provides battery long life time and more reliable quality for the rider.With UL certified charger, it's safe and fast charging on the hoverboard.



- Net Weight: 15.8 Pounds.
- Max Speed: 8 Miles/Hour
- Max Climbing Angle: 15-30°
- Tires: 6.5 inch Rubber Tires
- Driving Mode: Adjustable Speeds by App
- Music Speaker: Pro Music Speaker
- Charging Voltage: AC100 to 240V/50-60Hz
- Lithium-Ion Battery: Removable 2.0Ah/36V
- Product Dimensions: 26 Inch x 9 Inch X 8.86 Inch

- Max Climbing Angle: 15-30
- Tires: 6.5 Inch Rubber Tires
- Driving Mode: Adjustable Speeds by App
- Music Speaker: Pro Music Speaker
- Charging Voltage: AC100 to 240V/50-60Hz
- Lithium-Ion Battery: Removable 2.0Ah/36V
- Product Dimensions: 26 Inch x 9 Inch X 8.86 Inch









### App Enable

With GYROOR App, you can change different led lights, adjust riding speed, check battery life, set adults or children mode, switch self balancing mode, analyses fault and on/off setting, anywhere and anytime.

### Music Speaker

Built-in powerful speaker, easily connect your smart phone or any bluetooth devices. As a music lover, riding with your favorite music, you and your hoverboard will be the most focus one!

### Sturdy & Durable

Adopting advanced motherboard system and nature rubber tires, ensure T580 can run smoothly and steadily. With powerful self-balancing feature, you can easily control and happily ride on it. Enjoy the most stable riding and balancing experience!



## Fantastic and Best Gift Choice for Every Family!

GYROOR Swift T580, is the most perfect gift for every occasion and the best gift choice to your kids and family. Enjoying outdoor life with your family and friends!

## Product details

Color:pink

**Is Discontinued By Manufacturer** : No

**Item Weight** : 26.5 Pounds

**Batteries** : 20 Lithium ion batteries required.

**Date First Available** : April 10, 2018

**Manufacturer** : Gyroor

**ASIN** : B07C3C861F

**Best Sellers Rank:** #52,667 in Sports & Outdoors (See Top 100 in Sports & Outdoors)
   #55 in Self Balancing Scooters
   #264 in Sport Scooters

**Customer Reviews:**
★★★★½ ⌄    635 ratings

# Videos
Page 1 of 4

### Videos for this product
Videos for relate



Gyroor Swift Hoverboard Self Balancing Hoverboard with Musi...

Merchant Video



**Customer Review:** Fantastic Hoverboard!!!

Abi



**Customer Review:** The hit of the year!

Customer Video



Self Balancing Scoo

SFSOFTINC

[ Upload your video ]

## Products related to this item
Page 1 of 28
Sponsored ⓘ

## Products related to this item

Sponsored ⓘ

<







>

Hover-1 i100 Electric Hoverboard Scooter with Infinity LED Wheel Lights, Black
★★★★½ 652
$219.99 ✓prime

Hover-1 Chrome Electric Hoverboard Scooter, Gun Metal, 26 x 9.8 x 10
★★★★½ 1,050
$169.95

SISIGAD Hoverboard Self Balancing Scooter 6.5 Two-Wheel Self Balancing Hoverboard...
★★★★½ 156
$189.99

Hover-1 Ultra Electric Self-Balancing Hoverboard Scooter, Blue, 24 x 9 x 9.5 inches
★★★★½ 2,848
$179.00 ✓prime

Hover-1 H1 Hoverboard Electric Scooter , Iridescent , 25 x 9.4 x 9.2
★★★★½ 2,400
$191.99 ✓prime

Save 5%





Gatorade Whey Protein Recover Bars, S'mores, 2.8 ounce bars (12 Pack)
★★★★½ 11,399
$18.04 ~~$18.99~~ ✓prime
Subscribe & Save

Sponsored ⓘ

## Customer questions & answers

🔍 Have a question? Search for answers

▲
1
vote
▼

**Question:** can you use it without a phone, my kid, I am buying it for doesn't have a phone?

**Answer:** Definitely! My son never uses a phone when he rides.
By Kati Reed on October 25, 2020
˅ See more answers (3)

▲
1
vote
▼

**Question:** How do I keep the speed on the app at the lower speed! It keeps switching back to the higher speed!

**Answer:** Hi, thanks for your message. When you selected the speed you want to ride on, then you need to click the" limited speed" at the bottom, when it shows" setting successfully", and it could be fixed. Or you could directly adjust into kids mode, the speed would be in very slow. Hope this could be workable for you.
By Gyroor SELLER on December 11, 2018
˅ See more answers (1)

▲
1
vote
▼

**Question:** Seller said max speed was 13 to 16km yet the app only mets me set soeed up to 12km why is that?

**Answer:** for safe in app just can set 12KM.thanks.
By Gyroor SELLER on September 19, 2019

▲

**Question:** Does Is it go Off road?

Document title: Amazon.com: Gyroor T580 Hoverboard Self Balancing Scooter with Music Speaker LED Lights, 6.5 inch Two-Wheel Electric Scooter for Kids Adult -...
Capture URL: https://www.amazon.com/Gyroor-Hoverboard-Balancing-Two-Wheel-Electric/dp/B07GFKZLD3/ref=sr_1_1?...
Capture timestamp (UTC): Wed, 04 Aug 2021 14:19:11 GMT

Page 7 of 12

1 vote

**Question:** Seller said max speed was 13 to 16km yet the app only mets me set soeed up to 12km why is that?

**Answer:** for safe in app just can set 12KM.thanks.
By Gyroor SELLER on September 19, 2019

0 votes

**Question:** Does Is it go Off road?

**Answer:** Dear Kindle,
If you want off road,you can choice our GYROOR T581,our new model. Thnaks.
Best regards, … see more
By Gyroor SELLER on May 6, 2019

˅ See more answers (1)

See more answered questions (49)

## Customer reviews

★★★★☆ 4.6 out of 5

635 global ratings

| | | |
|---|---|---|
| 5 star |  | 80% |
| 4 star | | 9% |
| 3 star | | 3% |
| 2 star | | 2% |
| 1 star | | 6% |

˅ How are ratings calculated?

## By feature

| Giftable | ★★★★☆ 4.6 |
|---|---|
| For beginners | ★★★★☆ 4.6 |
| Sturdiness | ★★★★☆ 4.5 |

˅ See more

## Review this product

Share your thoughts with other customers

Write a customer review


Belifu

Non-Invasive, Non-Drug Choice for Relieving Pain

### Reviews with images

   

See all customer images

### Read reviews that mention

| year old | battery life | old daughter | daughter loves | hoverboard |
|---|---|---|---|---|

| absolutely loves | play music | child mode | son loves |
|---|---|---|---|

| great hoverboard | easy to use | definitely recommend | worth the money |
|---|---|---|---|

Top reviews ˅

### Top reviews from the United States

 Teach1

★★★★☆ **Light and sleek. Rated up to 265 ibs.**
Reviewed in the United States on December 26, 2018
Color: black | Verified Purchase



Light and sleek. Rated 265 ibs. We bought this and a H1 and so far like this one better. It is easier to handle with one handed lifting if you are strong as the middle is smaller. The charger is very similar to the H1. This is only a initial review.

So after a month the unit still works but the plastic hubs are showing some damage and some plastic peices are rattling around inside. We havnt been gentle with it though ;).



# Belifu

*Non-Invasive, Non-Drug Choice for Relieving Pain*

**Belifu Dual Channel Tens Unit Electro Mu...**
⭐⭐⭐⭐ 3,297
$39.99 ✓prime

Add to Cart

Sponsored ⓘ



▶ 0:00

the middle is smaller. The charger is ... but this is only a initial review.

So after a month the unit still works but the plastic hubs are showing some damage and some plastic pieces are rattling around inside. We havnt been gentle with it though ;).

43 people found this helpful

Helpful | Report abuse

 Eric Helton

⭐⭐⭐⭐⭐ **Great value, great experience so far**
Reviewed in the United States on March 10, 2020
Color: pink | Verified Purchase

I did allot of research on hoverboards. What I found was every single one has a few reviews of people saying their's was defective or did nothing but beep. Basically I took a leap of faith guided by my 6 year old daughter's simple request for pink. I have now had this Gyroor for a week and I am very happy with the purchase thus far. First, my daughter loves it and was zipping around all over the place in no time. The lights are bright and colorful. The app is easy to pair and use. I put it in child mode and limited the speed in minutes. It can support 220lbs according to the manual which should make it big brother survivable. Battery life has been excellent and the charge time of 2-3 hours is quicker than I expected. So far my only nit-pick would be I think the cosmetics of the plastic body could be scratched up and gouged pretty easily. But it does feel like a solid piece of machinery. That it comes with a bag is really nice. At this point I feel like I hit the sweet spot of not going too cheap while keeping the price reasonable for a 6 year old. I'll update in a couple months

42 people found this helpful

Helpful | Report abuse

 Tina

⭐⭐⭐ **Battery is not so good!**
Reviewed in the United States on April 15, 2019
Color: black | Verified Purchase

Battery didn't last more then 30 minutes. Got the item replaced and had the same problem. The company was quick to resolve thing but only refunded to amazon account not to original payment method. I should also mention when it stops working or dies unexpectedly it comes to a complete stop. Making the rider go flying!

14 people found this helpful

Helpful | Report abuse

 Amazon Customer

⭐⭐⭐⭐⭐ **GREAT PRODUCT, GREAT PRICE, FAST SHIPPING!**
Reviewed in the United States on January 16, 2019
Color: pink | Verified Purchase

Got this for my granddaughter for Christmas! After setting it up to her mother's phone, it took a couple of days and learning beside something to hold on to while getting the feel of things. (of course we had a few laughs at her dad's expense) She is now scooting around as well as she rides her bicycle. She is having a blast! The slower learning feature was perfect for her to use until she got the hang of riding it.

38 people found this helpful

Helpful | Report abuse

couple of days and learning beside something to hold on to while getting the feel of things. (of course we had a few laughs at her dad's expense) she is now scooting around as well as she rides her bicycle. She is having a blast! The slower learning feature was perfect for her to use until she got the hang of riding it.

38 people found this helpful

| Helpful | | Report abuse |

 J.D.

★☆☆☆☆ **My son loves it (UPDATE)**
Reviewed in the United States on September 2, 2020
Color: black | Verified Purchase

We purchased this about a year ago and my 9 year old son has a blast with it! It stood up well for some time and then the battery would only last for a few minutes. I saw that the battery warranty was only 6 months but figured I would contact Gyroor directly and see if there was anything they could do. I was pleasantly surprised when they told me they would send me a new battery! Needless to say I am very happy with the product and their customer support.

UPDATE 1/25/2021 - So Gyroor wound up sending me the wrong battery, and and then asked me to ship the entire hoverboard back so they would fix it. I sent it back and they sent me back a hoverboard where the bottom was not fully screwed in and the threads were stripped.

They then sent me another hoverboard that had the SAME EXACT ISSUES. Now they are saying they don't have it in stock and will send me a new one once it is in stock. It has been about 6 months since I had this initially had this issue which is not an acceptable amount of time. If I do finally received a working hoverboard that is also safe to use I will update this review again.

5 people found this helpful

| Helpful | | Report abuse |

 Tatyanna Curtis

★★★★★ **Best Christmas present ever!!!**
Reviewed in the United States on January 7, 2019
Color: pink | Verified Purchase

Bought this for my 11 yr old daughter for Christmas. She loves it. All her friends got one too and paid about the same price but hers is cooler than them all. The Bluetooth speaker works great and is very loud. She jumped on and became a pro in about 15 minutes.

40 people found this helpful

| Helpful | | Report abuse |

 Suresh

★★★★★ **Super cool pro**
Reviewed in the United States on February 23, 2019
Color: black | Verified Purchase

I was wondering how my 6 year kid will ride this as this was his first time . Just in10 minutes he rode and became a champ in next 10 minutes.. the product looks super cool

40 people found this helpful

| Helpful | | Report abuse |

 Kat

★★★★★ **Good product!**
Reviewed in the United States on January 21, 2019
Color: pink | Verified Purchase



Kat

★★★★★ **Good product!**

Reviewed in the United States on January 21, 2019

Color: pink | **Verified Purchase**

Perfect for my 11 year old daughter...takes a lot of practice but she really enjoys it!

36 people found this helpful

[ Helpful ]  |  Report abuse

**See all reviews ›**

---

## 4 stars and above

Page 1 of 18

Sponsored ⓘ

    

| Hover-1 Helix Electric Hoverboard Scooter, Galaxy | Hover-1 Chrome Electric Hoverboard Scooter, Gun Metal, 26 x 9.8 x 10 | Hover-1 Titan Electric Self-Balancing Hoverboard Scooter with 10" Tires, Gun Metal | XPRIT 8.5" All Terrain Off-Road Hoverboard w/Bluetooth Speaker, LED Lights, UL2272... | Hover-1 H1 Hoverboard Electric Scooter |
|---|---|---|---|---|
| ★★★★½ 1,254 | ★★★★½ 1,050 | ★★★★½ 1,493 | ★★★★½ 474 | ★★★★½ 2,400 |
| $179.99 ✓prime | $169.95 | $248.00 ✓prime | $219.95 ✓prime | $224.99 ✓prime |



Gatorade Whey Protein Bars, Variety Pack...
★★★★½ 11,399
$24.00 ✓prime
[ Add to Cart ]

Sponsored ⓘ

**Pages with related products.** See and discover other items: electric board, Best battery scooters for kids, Best off road scooters for adults, Best led scooters for kids



Document title: Amazon.com: Gyroor T580 Hoverboard Self Balancing Scooter with Music Speaker LED Lights, 6.5 inch Two-Wheel Electric Scooter for Kids Adult -...
Capture URL: https://www.amazon.com/Gyroor-Hoverboard-Balancing-Two-Wheel-Electric/dp/B07GFKZLD3/ref=sr_1_1?...
Capture timestamp (UTC): Wed, 04 Aug 2021 14:19:11 GMT









**Gyroor G2 Hoverboard 8.5" Off Road All Terrain Hoverboards Bluetooth Speaker&Self Balancing Hoverboard with Kart Seat Attachment...**
★★★★☆ 16
$399.00
In stock.

**Segway Ninebot Electric GoKart Pro and Gokart Bundle, Outdoor Race Pedal Go Karting Car for Kids and Adults,...**
★★★★☆ 319
$1,999.99
✓prime FREE Delivery
In Stock.

**Swagtron Swagboard Outlaw T6 Off-Road Hoverboard**
★★★☆☆ 158
$349.99
✓prime FREE Delivery
Only 8 left in stock (more on the way).

**WINDEK SUBLUE WhiteShark Mix Underwater Scooter with Action Camera Mount Dual Motor 40M...**
★★★★☆ 88
$699.99
✓prime FREE Delivery
In Stock.

**Segway Ninebot Drift W1, Electric Roller Skates Hovershoes, Two Wheels self Balancing Scooter with RGB LED**
★★★★☆ 429
$399.99
✓prime FREE Delivery
In Stock.

## Explore more from across the store

Page 1 of 4






**Emerson Quiet Kool EARC15RSE1 SMART 15,000 BTU 115V Window Air Conditioner with Remote, Wi-Fi,...**
★★★★☆ 83
$599.99
Prime FREE Delivery
In stock soon.

**Maxx Air Extreme Power Industrial Pedestal Fan | Heavy Duty 30" Stand Fan, 4800 CFM**
★★★★☆ 289
$189.99
In Stock.

**Vacmaster Wet Dry Shampoo Vacuum Cleaner 3 in 1 Portable Carpet Cleaner 8 Gallon 5.5 Peak HP Power Suction**
★★★★☆ 1,056
$199.00
In Stock.

**Vornado 7803 Large Pedestal Whole Room Air Circulator Fan with Adjustable Height, 3 Speed Settings,...**
★★★★☆ 1,179
$129.99
✓prime FREE Delivery
In Stock.

**Luminous Wall Clock - 14'' Extra Large Wall Clocks with Glowing Function LCD Display - Silent Movement for...**
★★★★☆ 261
$36.99
✓prime Overnight by 8AM
In Stock.

## Your Browsing History   View or edit your browsing history

Page 1 of 7










**Back to top**

### Get to Know Us
Careers
Blog
About Amazon
Sustainability
Press Center
Investor Relations

### Make Money with Us
Sell products on Amazon
Sell apps on Amazon
Become an Affiliate
Become a Delivery Driver

### Amazon Payment Products
Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon Secured Card
Amazon Business Card
Amazon Business Line of Credit

### Let Us Help You
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies



Deliver to Arthur
Chicago 60605

Hello, Arthur
Account & Lists ∨

Returns
& Orders

0
Cart



☰ All | Customer Service | Prime Video | Gift Cards | Arthur's Amazon.com | Shopper Toolkit | Outdoor Recreation

**Shop low prices for school**



Macwheel Electric Scooter, Electric Scooter for Kids Age 8+... ★★★★☆ 296

Sports & Outdoors › Outdoor Recreation › Skates, Skateboards & Scooters › Scooters & Equipment › Scooters

Sponsored ⓘ



Roll over image to zoom in

VIDEO

# Gyroor Swift Hoverboard Self Balancing Hoverboard with Music Speaker LED Lights, 6.5 inch Two-Wheel Hoverboard with UL2272 Certificated

Visit the Gyroor Store

★★★★☆ ∨ | 635 ratings | 54 answered questions

Price: **$167.00** ✓prime & FREE Returns

🏷️ **Coupon** ☐ Save an extra **$10.00** when you apply this coupon.
Details

**Get 5% back ($8.35 in rewards)** on the amount charged to your Amazon Prime Rewards Visa Signature Card.

**Color: black**

 $167.00     $219.00

| Brand | Gyroor |
|---|---|
| Color | Black |
| Package Dimensions | 26 x 9.5 x 9.5 inches; 18.45 Pounds |

## About this item

- SMART APP CONTROLLED - This self balancing scooter comes with an efficient app that helps you stay in control, giving you the ability to change modes, check batteries, see the real speed, Changing led light colors and adjust speed with ease.
- FOR ALL RIDERS - Coming with 2 modes, the children mode makes this hover board easy to control for a first-timer or a kid rider. While its adult mode allows expert riders easily perform hoverboard tricks.
- MUSIC SPEAKER INCLUDED - For the music lovers, the Gyroor Swift spots a built-in branded high quality music speaker that allows you play music when riding the hoverboard.
- SELF BALANCING BOARD - We have adopted the self balancing technology to make this hoverboard easier and safer for new riders. Perfect your balancing with a full rest of mind!
- SAFETY CERTIFIED - This UL2272 certified hover board has passed strict electrical and safety test to protect charging and rides. If you feel this hoverboard is not performing to standard, feel free to contact us

New (4) from $167.00 ✓prime



Share ✉ 📘 🐦 📌

$167.00
✓prime & FREE Returns ∨

FREE delivery: **Saturday, Aug 7**
Order within 6 hrs and 54 mins
Details

📍 Deliver to Arthur - Chicago 60605

## In Stock.

Qty: 1 ∨

**Add to Cart**

**Buy Now**

🔒 Secure transaction

Ships from  Amazon
Sold by  shanchun-us

Return policy: This item is returnable ∨

**Add a Protection Plan:**
☐ 2-Year Protection for $15.99

☐ Add a gift receipt for easy returns

Add to List  ∨

New (4) from
$167.00 ✓prime  ›

### Other Sellers on Amazon

$167.00    Add to Cart
& FREE Shipping
Sold by: runjinjia-us

$199.00    Add to Cart
& FREE Shipping
Sold by: JIANGYOU-US

$219.00    Add to Cart
& FREE Shipping
Sold by: GYROOR US



Roll over image to zoom in

VIDEO

balancing technology to make this hoverboard easier afront a new model every time you charge with full rest of mind!

- **SAFETY CERTIFIED** - This UL2272 certified hover board has passed strict electrical and safety test to protect charging and rides. If you feel this hoverboard is not performing to standard, feel free to contact us

New (4) from $167.00 ✓prime

⚏ Report incorrect product information.



Hover-1 Chrome 2.0 Hoverboard Electric Scooter
★★★★☆ 769
$258.00 ✓prime

Sponsored ⓘ

---

Sold by: runjinjia-us

$199.00 | Add to Cart
& FREE Shipping
Sold by: JIANGYOU-US

$219.00 | Add to Cart
& FREE Shipping
Sold by: GYROOR US

Have one to sell?

Sell on Amazon

SISIGAD Hoverboard, with Bluetooth and Colorful Lights...
★★★★☆ 3,787
$144.99

Sponsored ⓘ

---

## Frequently bought together



Total price: $231.80

Add all three to Cart

ⓘ These items are shipped from and sold by different sellers. Show details

☑ **This item:** Gyroor Swift Hoverboard Self Balancing Hoverboard with Music Speaker LED Lights, 6.5 inch Two-Whee
☑ Hover-1 Buggy Attachment for Transforming Hoverboard Scooter into Go-Kart $49.94
☑ GameXcel Self-Balancing Scooter Carrying Handbag Backpack Bag for 6.5" 7" and 8" Two-Wheel Hover Board Bag

---

## Inspired by your recent shopping trends

Page 1 of 17

    

TOMOLOO Hover Boards for Kids, Hoverboards Bluetooth and LED...
★★★★☆ 34
6% off
$169.99 $179.99
Lowest price in 30 days
✓prime FREE Delivery
In Stock.

TOMOLOO Hoverboard with Bluetooth Speaker and LED Lights Self-Balancing Scooter UL2272 Certified 6.5"...
★★★★☆ 2,528
$179.99
✓prime FREE Delivery
In Stock.

Hover-1 Titan Electric Self-Balancing Hoverboard Scooter
★★★★☆ 1,494
$248.99
✓prime FREE Delivery
In Stock.

RIDE SWFT Hoverboard Self Balancing Electric Scooter, Bluetooth...
★★★★☆ 261
15% off
$159.99 $189.00
Lowest price in 30 days
✓prime FREE Delivery
In Stock.

Swagtron Swagboard Twist Self Balancing Hoverboard for Kids
★★★★☆ 2,527
$139.99
✓prime FREE Delivery
Only 9 left in stock - order soon.

---

## Products related to this item

Page 1 of 49

Sponsored ⓘ

$169.99 ~~$179.99~~ **6% off**
Lowest price in 30 days
✓prime FREE Delivery
In Stock.

$179.99
UL2272 Certified 6.5"...
✓prime FREE Delivery
In Stock.

$248.99
In Stock.

$139.99 ~~$159.99~~ **15% off**
Lowest price in 30 days
✓prime FREE Delivery
In Stock.

$139.99 ~~$159.99~~
Only 9 left in stock - order soon.

## Products related to this item

Sponsored ⓘ

Page 1 of 49











Hover-1 Helix Electric Hoverboard Scooter, Galaxy
★★★★½ 1,254
$179.99 ✓prime

Gyroor Hoverboard Off Road All Terrian 6.5" Two-Wheel G11 Flash LED Light Self Bala...
★★★★½ 245
$199.00

Hover-1 H1 Hoverboard Electric Scooter , Iridescent , 25 x 9.4 x 9.2
★★★★½ 2,400
$191.99 ✓prime

SISIGAD Hoverboard, with Bluetooth and Colorful Lights Self Balancing Scooter
★★★★½ 8,546
$144.99

FLYING-ANT Hoverboard, Hoverboard with Bluetooth and LED Lights Self Balancing...
★★★★½ 122
$144.99 ✓prime

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

## Product Description

 

Are you looking for the safest hoverboard to get around the world? This GYROOR Swift T580 Hoverboard is exactly what you are looking for!

GYROOR focuses on providing high quality, high safety product and best service to riders, all products are strictly related to the safety tests. With high-tech electric, anti-fire shell protection, and UL certified that make T580 absolutely safe and harmless for all riders.





## GYROOR's committed to make rider's life more comfortable and convenient.

Dual shinny wheels design, easy to control your balance, move forward or backward by your body posture. Ride on premium self balancing GYROOR Swift T580 hoverboard, Ride with your Dream!



### Colorful LED Lights

Bright LED headlights and flashing wheels are super fun, is also a signal of protecting yourself that makes you feel safe in dark, illuminate your evening journeys.For the hoverboard enthusiasts,the LED flashing lights would make the hoverboard be cool device.

- Water Resistant: IP54
- Max Load: 220 Pounds
- Motor: 250W*2 Motors
- Frame Material: Aluminum
- Charging Time: 1.5 to 2 Hours
- LED Lights: Colors Adjustable by APP
- Distance on Full Charge: 5~7.5 Miles
- Safety : UL 2272 Certified Hoverboard

### Powerful Battery

Using the certified lithium-ion Battery, provides T580 more powerful. The smart battery system provides battery long life time and more reliable quality for the rider.With UL certified charger, it's safe and fast charging on the hoverboard.



- Net Weight: 15.8 Pounds.
- Max Speed: 8 Miles/Hour
- Max Climbing Angle: 15-30°
- Tires: 6.5 inch Rubber Tires
- Driving Mode: Adjustable Speeds by App
- Bluetooth Speaker: Pro Bluetooth Speaker

battery long life time and more reliable quality for the rider.With UL certified charger, it's safe and fast charging on hoverboard.

- Net Weight: 15.8 Pounds.
- Max Speed: 8 Miles/Hour
- Max Climbing Angle: 15-30°
- Tires: 6.5 inch Rubber Tires
- Driving Mode: Adjustable Speeds by App
- Bluetooth Speaker: Pro Bluetooth Speaker
- Charging Voltage: AC100 to 240V/50-60Hz
- Lithium-Ion Battery: Removable 2.0Ah/36V
- Product Dimensions: 26 Inch x 9 Inch X 8.86 Inch









### App Enable

With GYROOR App, you can change different led lights, adjust riding speed, check battery life, set adults or children mode, switch self balancing mode, analyses fault and on/off setting, anywhere and anytime.

### Music Speaker

Built-in powerful speaker, easily connect your smart phone or any bluetooth devices. As a music lover, riding with your favorite music, you and your hoverboard will be the most focus one!

### Sturdy & Durable

Adopting advanced motherboard system and nature rubber tires, ensure T580 can run smoothly and steadily. With powerful self-balancing feature, you can easily control and happily ride on it. Enjoy the most stable riding and balancing experience!





**Fantastic and Best Gift Choice for Every Family!**

GYROOR Swift T580, is the most perfect gift for every occasion and the best gift choice to your kids and family. Enjoying outdoor life with your family and friends!

## Product details

Color: **black**

**Is Discontinued By Manufacturer :** No

**Item Weight :** 26.5 Pounds

**Batteries :** 20 Lithium ion batteries required.

**Date First Available :** April 10, 2018

**Manufacturer :** Gyroor

**ASIN :** B07C3C861F

**Best Sellers Rank:** #52,667 in Sports & Outdoors (See Top 100 in Sports & Outdoors)

#55 in Self Balancing Scooters

#264 in Sport Scooters

**Customer Reviews:**

★★★★½ ⌄    635 ratings

# Videos

Page 1 of 4

### Videos for this product






**Customer Review:** Light and sleek. Rated up to 265 lbs.

Teach1

Gyroor T580 Hoverboard Self Balancing Scooter with Music...

Amol Bhavsar

Gyroor Swift Hoverboard Self Balancing Hoverboard with Musi...

Merchant Video

**Customer Review:** A...

Sweety

Upload your video

## Products related to this item

Page 1 of 28

Sponsored

| Teach1 | Amol Bhavsar | Merchant Video | Sweety |

Upload your video

---

## Products related to this item

Sponsored ⓘ

Page 1 of 28

<



**Hover-1 i100 Electric Hoverboard Scooter with Infinity LED Wheel Lights, Black**
⭐⭐⭐⭐⯨ 652
$219.99 ✓prime



**Hover-1 Chrome Electric Hoverboard Scooter, Gun Metal, 26 x 9.8 x 10**
⭐⭐⭐⭐⯨ 1,050
$169.95



**SISIGAD Hoverboard Self Balancing Scooter 6.5 Two-Wheel Self Balancing Hoverboard...**
⭐⭐⭐⭐⯨ 156
$189.99



**Hover-1 Ultra Electric Self-Balancing Hoverboard Scooter, Blue, 24 x 9 x 9.5 inches**
⭐⭐⭐⭐⯨ 2,848
$179.00 ✓prime



**Hover-1 H1 Hoverboard Electric Scooter , Iridescent , 25 x 9.4 x 9.2**
⭐⭐⭐⭐⯨ 2,400
$191.99 ✓prime

>

---



**Hover-1 Dream Hoverboard Electric Scooter Light Up LED Wheels**
⭐⭐⭐⭐⯨ 499
$159.99 ✓prime

Sponsored ⓘ

---

## Customer questions & answers

🔍 Have a question? Search for answers



▲
1
vote
▼

**Question:** can you use it without a phone, my kid, I am buying it for doesn't have a phone?

**Answer:** Definitely! My son never uses a phone when he rides.
By Kati Reed on October 25, 2020
⌄ See more answers (3)

▲
1
vote
▼

**Question:** How do I keep the speed on the app at the lower speed? It keeps switching back to the higher speed!

**Answer:** Hi, thanks for your message. When you selected the speed you want to ride on, then you need to click the" limited speed" at the bottom, when it shows" setting successfully", and it could be fixed. Or you could directly adjust into kids mode, the speed would be in very slow. Hope this could be workable for you.
By Gyroor SELLER on December 11, 2018
⌄ See more answers (1)

▲
1

**Question:** Seller said max speed was 13 to 16km yet the app only mets me set soeed up to 12km why is that?

---

Document title: Amazon.com: Gyroor T580 Hoverboard Self Balancing Scooter with Music Speaker LED Lights, 6.5 inch Two-Wheel Electric Scooter for Kids Adult -...
Capture URL: https://www.amazon.com/Gyroor-Hoverboard-Balancing-Two-Wheel-Electric/dp/B07GFK49QR/ref=sr_1_1?...
Capture timestamp (UTC): Wed, 04 Aug 2021 14:21:44 GMT
Page 7 of 13

**Answer:** Hi, thanks for your message. When you selected the speed you want to ride on, then you need to click the "limited speed" at the bottom, when it shows "setting successfully" and it could be fixed. Or you could directly adjust into kids mode, the speed would be in very slow. Hope this could be workable for you.

By Gyroor SELLER on December 11, 2018

⌄ See more answers (1)

▲
1
vote
▼

**Question:** Seller said max speed was 13 to 16km yet the app only mets me set soeed up to 12km why is that?

**Answer:** for safe in app just can set 12KM.thanks.

By Gyroor SELLER on September 19, 2019

▲
0
votes
▼

**Question:** Does Is it go Off road?

**Answer:** Dear Kindle,
If you want off road,you can choice our GYROOR T581,our new model. Thnaks.
Best regards, … see more

By Gyroor SELLER on May 6, 2019

⌄ See more answers (1)

See more answered questions (49)

## Customer reviews

⭐⭐⭐⭐⯪ 4.6 out of 5

635 global ratings



| | |
|---|---|
| 5 star | 80% |
| 4 star | 9% |
| 3 star | 3% |
| 2 star | 2% |
| 1 star | 6% |

⌄ How are ratings calculated?

### By feature

Giftable ⭐⭐⭐⭐⯪ 4.6
For beginners ⭐⭐⭐⭐⯪ 4.6
Sturdiness ⭐⭐⭐⭐⯪ 4.5

⌄ See more

### Review this product

Share your thoughts with other customers

Write a customer review



### Reviews with images

   

See all customer images

### Read reviews that mention

| year old | battery life | old daughter | daughter loves | hoverboard |
|---|---|---|---|---|

| absolutely loves | play music | child mode | son loves |
|---|---|---|---|

| great hoverboard | easy to use | definitely recommend | worth the money |
|---|---|---|---|

### Top reviews from the United States

 Teach1

⭐⭐⭐⭐☆ **Light and sleek. Rated up to 265 ibs.**
Reviewed in the United States on December 26, 2018
Color: black | Verified Purchase



Light and sleek. Rated 265 ibs. We bought this and a H1 and so far like this one better. It is easier to handle with one handed lifting if you are strong as the middle is smaller. The charger is very similar to the H1. This is only a initial review.

So after a month the unit still works but the plastic hubs are showing some damage and some plastic peices are





Be**l**ifu

Non-Invasive, Non-
Drug Choice for
Relieving Pain

Belifu Dual Channel Tens Unit Electro Mu...
★★★★½ 3,297
$39.99 ✓prime

Add to Cart

Sponsored ⓘ

one better. It is easier to handle with ...... ......re strong as
the middle is smaller. The charger is
very similar to the H1. This is only a
initial review.

So after a month the unit still works but
the plastic hubs are showing some
damage and some plastic peices are
rattaling around inside. We havnt been
gentle with it though ;).

43 people found this helpful

Helpful | Report abuse

 Eric Helton

★★★★★ **Great value, great experience so far**
Reviewed in the United States on March 10, 2020
Color: pink | Verified Purchase

I did allot of research on hoverboards. What I found was every single one has a few reviews of
people saying their's was defective or did nothing but beep. Basically I took a leap of faith guided
by my 6 year old daughter's simple request for pink. I have now had this Gyroor for a week and I am
very happy with the purchase thus far. First, my daughter loves it and was zipping around all over
the place in no time. The lights are bright and colorful. The app is easy to pair and use. I put it in
child mode and limited the speed in minutes. It can support 220lbs according to the manual which
should make it big brother survivable. Battery life has been excellent and the charge time of 2-3
hours is quicker than I expected. So far my only nit-pick would be I think the cosmetics of the
plastic body could be scratched up and gouged pretty easily. But it does feel like a solid piece of
machinery. That it comes with a bag is really nice. At this point I feel like I hit the sweet spot of not
going too cheap while keeping the price reasonable for a 6 year old. I'll update in a couple months

42 people found this helpful

Helpful | Report abuse

 Tina

★★★☆☆ **Battery is not so good!**
Reviewed in the United States on April 15, 2019
Color: black | Verified Purchase

Battery didn't last more then 30 minutes. Got the item replaced and had the same problem. The
company was quick to resolve thing but only refunded to amazon account not to original payment
method. I should also mention when it stops working or dies unexpectedly it comes to a complete
stop. Making the rider go flying!

14 people found this helpful

Helpful | Report abuse

 Amazon Customer

★★★★★ **GREAT PRODUCT, GREAT PRICE, FAST SHIPPING!**
Reviewed in the United States on January 16, 2019
Color: pink | Verified Purchase

Got this for my granddaughter for Christmas! After setting it up to her mother's phone, it took a
couple of days and learning beside something to hold on to while getting the feel of things. (of
course we had a few laughs at her dad's expense) She is now scooting around as well as she rides
her bicycle. She is having a blast! The slower learning feature was perfect for her to use until she
got the hang of riding it.

38 people found this helpful

Helpful | Report abuse



for this for my granddaughter for Christmas after setting it up to her mother's phone, it took a couple of days and learning beside something to hold on to while getting the feel of things. (of course we had a few laughs at her dad's expense) She is now scooting around as well as she rides her bicycle. She is having a blast! The slower learning feature was perfect for her to use until she got the hang of riding it.

38 people found this helpful

> Helpful | Report abuse

 J.D.

★☆☆☆☆ **My son loves it (UPDATE)**
Reviewed in the United States on September 2, 2020
Color: black | Verified Purchase

We purchased this about a year ago and my 9 year old son has a blast with it! It stood up well for some time and then the battery would only last for a few minutes. I saw that the battery warranty was only 6 months but figured I would contact Gyroor directly and see if there was anything they could do. I was pleasantly surprised when they told me they would send me a new battery! Needless to say I am very happy with the product and their customer support.

UPDATE 1/25/2021 - So Gyroor wound up sending me the wrong battery, and and then asked me to ship the entire hoverboard back so they would fix it. I sent it back and they sent me back a hoverboard where the bottom was not fully screwed in and the threads were stripped.

They then sent me another hoverboard that had the SAME EXACT ISSUES. Now they are saying they don't have it in stock and will send me a new one once it is in stock. It has been about 6 months since I had this initially had this issue which is not an acceptable amount of time. If I do finally received a working hoverboard that is also safe to use I will update this review again.

5 people found this helpful

> Helpful | Report abuse

 Tatyanna Curtis

★★★★★ **Best Christmas present ever!!!**
Reviewed in the United States on January 7, 2019
Color: pink | Verified Purchase

Bought this for my 11 yr old daughter for Christmas. She loves it. All her friends got one too and paid about the same price but hers is cooler than them all. The Bluetooth speaker works great and is very loud. She jumped on and became a pro in about 15 minutes.

40 people found this helpful

> Helpful | Report abuse

 Suresh

★★★★★ **Super cool pro**
Reviewed in the United States on February 23, 2019
Color: black | Verified Purchase

I was wondering how my 6 year kid will ride this as this was his first time . Just in10 minutes he rode and became a champ in next 10 minutes.. the product looks super cool

40 people found this helpful

> Helpful | Report abuse

Kat

★★★★★ **Good product!**
Reviewed in the United States on January 21, 2019



rode and became a champ in next 10 minutes.. the product looks super cool

36 people found this helpful

Helpful | Report abuse

Kat

★★★★★ **Good product!**

Reviewed in the United States on January 21, 2019

Color: pink | **Verified Purchase**

Perfect for my 11 year old daughter...takes a lot of practice but she really enjoys it!

36 people found this helpful

Helpful | Report abuse

**See all reviews ›**

---

## 4 stars and above

Page 1 of 15

Sponsored ⓘ







| | | | | |
|---|---|---|---|---|
| Hover-1 Helix Electric Hoverboard Scooter, Galaxy | Hover-1 Titan Electric Self-Balancing Hoverboard Scooter with 10" Tires, Gun Metal | Hover-1 H1 Hoverboard Electric Scooter | Jetson All Terrain Hoverboard with LED Lights \| Anti Slip Grip Pads \| Self Balancin... | Hover-1 Chrome 2.0 Hoverboard Electric Scooter, Gun Metal, 26 x 9.8 x 10 |
| ★★★★½ 1,254 | ★★★★½ 1,493 | ★★★★½ 2,400 | ★★★★½ 1,323 | ★★★★½ 769 |
| $179.99 ✓prime | $248.00 ✓prime | $224.99 ✓prime | $149.99 ✓prime | $199.99 ✓prime |



Gatorade Whey Protein Bars, Variety Pack...

★★★★½ 11,399

$24.00 ✓prime

Add to Cart

Sponsored ⓘ

**Pages with related products.** See and discover other items: electric board, Best battery scooters for kids, Best off road scooters for adults, Best led scooters for kids

---

## Explore more items

Page 1 of 4








| | | | | |
|---|---|---|---|---|
| Gyroor G2 Hoverboard 8.5" Off Road All Terrain Hoverboards Bluetooth | Segway Ninebot Electric GoKart Pro and Gokart Bundle, Outdoor Race | Swagtron Swagboard Outlaw T6 Off-Road Hoverboard | WINDEK SUBLUE WhiteShark Mix Underwater Scooter with | Segway Ninebot Drift W1, Electric Roller Skates Hovershoes, Two |

Document title: Amazon.com: Gyroor T580 Hoverboard Self Balancing Scooter with Music Speaker LED Lights, 6.5 inch Two-Wheel Electric Scooter for Kids Adult -...
Capture URL: https://www.amazon.com/Gyroor-Hoverboard-Balancing-Two-Wheel-Electric/dp/B07GFK49QR/ref=sr_1_1?…
Capture timestamp (UTC): Wed, 04 Aug 2021 14:21:44 GMT
Page 11 of 13



**Gyroor G2 Hoverboard 8.5" Off Road All Terrain Hoverboards Bluetooth Speaker&Self Balancing Hoverboard with Kart Seat Attachment…**
★★★★☆ 16
$399.00
In stock.

**Segway Ninebot Electric GoKart Pro and Gokart Bundle, Outdoor Race Pedal Go Karting Car for Kids and Adults,…**
★★★★☆ 319
$1,999.99
✓prime FREE Delivery
In Stock.

**Swagtron Swagboard Outlaw T6 Off-Road Hoverboard**
★★★☆☆ 158
$349.99
✓prime FREE Delivery
Only 8 left in stock (more on the way).

**WINDEK SUBLUE WhiteShark Mix Underwater Scooter with Action Camera Mount Dual Motor 40M…**
★★★★☆ 88
$699.99
✓prime FREE Delivery
In Stock.

**Segway Ninebot Drift W1, Electric Roller Skates Hovershoes, Two Wheels self Balancing Scooter with RGB LED**
★★★★☆ 429
$399.99
✓prime FREE Delivery
In Stock.

## Explore more from across the store
Page 1 of 4



**Emerson Quiet Kool EARC15RSE1 SMART 15,000 BTU 115V Window Air Conditioner with Remote, Wi-Fi,…**
★★★★☆ 83
$599.99
Prime FREE Delivery
In stock soon.

**Maxx Air Extreme Power Industrial Pedestal Fan | Heavy Duty 30" Stand Fan, 4800 CFM**
★★★★☆ 289
$189.99
In Stock.

**Vacmaster Wet Dry Shampoo Vacuum Cleaner 3 in 1 Portable Carpet Cleaner 8 Gallon 5.5 Peak HP Power Suction**
★★★★☆ 1,056
$199.00
In Stock.

**Vornado 7803 Large Pedestal Whole Room Air Circulator Fan with Adjustable Height, 3 Speed Settings,…**
★★★★☆ 1,179
$129.99
✓prime FREE Delivery
In Stock.

**Luminous Wall Clock - 14'' Extra Large Wall Clocks with Glowing Function LCD Display - Silent Movement for…**
★★★★☆ 261
$36.99
✓prime Overnight by 8AM
In Stock.

## Your Browsing History View or edit your browsing history
Page 1 of 7



**Back to top**

**Get to Know Us**
Careers
Blog
About Amazon
Sustainability
Press Center

**Make Money with Us**
Sell products on Amazon
Sell apps on Amazon
Become an Affiliate
Become a Delivery

**Amazon Payment Products**
Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon Secured Card
Amazon Business Card

**Let Us Help You**
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates &

Back to top

## Get to Know Us
Careers

Blog

About Amazon

Sustainability

Press Center

Investor Relations

Amazon Devices

## Make Money with Us
Sell products on Amazon

Sell apps on Amazon

Become an Affiliate

Become a Delivery Driver

Start a package delivery business

Advertise Your Products

Self-Publish with Us

Host an Amazon Hub

› See More Ways to Make Money

## Amazon Payment Products
Amazon Rewards Visa Signature Cards

Amazon.com Store Card

Amazon Secured Card

Amazon Business Card

Amazon Business Line of Credit

Shop with Points

Credit Card Marketplace

Reload Your Balance

Amazon Currency Converter

Promotional Financing

## Let Us Help You
Amazon and COVID-19

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Amazon Assistant

Help

amazon

🌐 English ⇅          🇺🇸 United States

| | | | | | | |
|---|---|---|---|---|---|---|
| **Amazon Music** Stream millions of songs | **Amazon Advertising** Find, attract, and engage customers | **Amazon Drive** Cloud storage from Amazon | **6pm** Score deals on fashion brands | **AbeBooks** Books, art & collectibles | **ACX** Audiobook Publishing Made Easy | **Alexa** Actionable Analytics for the Web |
| **Sell on Amazon** Start a Selling Account | **Amazon Business** Everything For Your Business | **Amazon Fresh** Groceries & More Right To Your Door | **AmazonGlobal** Ship Orders Internationally | **Home Services** Experienced Pros Happiness Guarantee | **Amazon Ignite** Sell your original Digital Educational Resources | **Amazon Web Services** Scalable Cloud Computing Services |
| **Audible** Listen to Books & Original Audio Performances | **Book Depository** Books With Free Delivery Worldwide | **Box Office Mojo** Find Movie Box Office Data | **ComiXology** Thousands of Digital Comics | **DPReview** Digital Photography | **East Dane** Designer Men's Fashion | **Fabric** Sewing, Quilting & Knitting |
| **Goodreads** Book reviews & recommendations | **IMDb** Movies, TV & Celebrities | **IMDbPro** Get Info Entertainment Professionals Need | **Kindle Direct Publishing** Indie Digital & Print Publishing Made Easy | **Amazon Photos** Unlimited Photo Storage Free With Prime | **Prime Video Direct** Video Distribution Made Easy | **Shopbop** Designer Fashion Brands |
| **Amazon Warehouse** Great Deals on Quality Used Products | **Whole Foods Market** America's Healthiest Grocery Store | **Woot!** Deals and Shenanigans | **Zappos** Shoes & Clothing | **Ring** Smart Home Security Systems | **eero WiFi** Stream 4K Video in Every Room | **Blink** Smart Security for Every Home |
| | **Neighbors App** Real-Time Crime & Safety Alerts | **Amazon Subscription Boxes** Top subscription boxes – right to your door | **PillPack** Pharmacy Simplified | **Amazon Renewed** Like-new products you can trust | **Amazon Second Chance** Pass it on, trade it in, give it a second life | |

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2021, Amazon.com, Inc. or its affiliates

Case: 1:19-cv-04806 Document #: 383-11 Filed: 08/24/21 Page 34 of 96 PageID #:14406




Deliver to Arthur
Chicago 60605

Hello, Arthur
Account & Lists

Returns
& Orders

0
Cart

☰ All  Customer Service  Prime Video  Gift Cards  Arthur's Amazon.com  Shopper Toolkit  Outdoor Recreation  **Shop low prices for school**



Macwheel Electric Scooter, Electric Scooter for Kids Age 8+...  ★★★★☆ 296

Sports & Outdoors › Outdoor Recreation › Skates, Skateboards & Scooters › Scooters & Equipment › Scooters

Sponsored ⓘ



Roll over image to zoom in

# Hoverboard All Terrain Off Road 6.5" inch T581 Hoverboards,with Bluetooth Speaker and App-Enabled, Smart Self Balancing Hover Board and Two-Wheel with UL2272 Certified for Kids and Adults

Brand: Magic hover
★★★★☆ ∨  329 ratings | 73 answered questions

Price: **$229.00** ✓prime & FREE Returns

**Get 5% back ($11.45 in rewards)** on the amount charged to your Amazon Prime Rewards Visa Signature Card. May be available at a lower price from other sellers, potentially without free Prime shipping.

Color: **blue-T581**

 

| | |
|---|---|
| **Brand** | Magic hover |
| **Color** | Blue-T581 |
| **Package Dimensions** | 26.2 x 9.7 x 9.5 inches; 24 Pounds |
| **Maximum Weight Recommendation** | 220 Pounds |
| **Frame Material** | Aluminum |

## About this item

- Strong off road hoverboard -powered by 702 watt motors. This self balancing hoverboard use strong off road tires which have great adaptability for all terrains, you will feel safe no matter what sorts of road you are on.
- Hoverboard smart APP - efficient app helps you stay in complete control. Use app to change modes, check battery, see and change the speed, and control the LED lights with ease.
- Two modes - For for all riders. Child mode makes the hoverboard easier to control for first time or children. Adult mode allows expert riders to enjoy this product and perform hoverboard tricks with ease.
- High quality bluetooth music speaker - The Magic Swift sports a built in branded high quality speaker that allows you to enjoy music while you ride.
- Safest self balancing hoverboard - Every hover board is

Share ✉ 📘 🐦 📌

$229.00
✓prime & FREE Returns ∨

FREE delivery: **Saturday, Aug 7**
Order within 6 hrs and 52 mins
Details

⊙ Deliver to Arthur - Chicago 60605

**In Stock.**

Qty: 1 ∨

**Add to Cart**

**Buy Now**

🔒 Secure transaction

Ships from  Amazon
Sold by  Runchenyun

Return policy: This item is returnable ∨

**Add a Protection Plan:**
☐ 2-Year Protection for $24.99

☐ Add a gift receipt for easy returns

**Add to List**  ∨

New & Used (2) from
$169.70 ✓prime  ❯

Have one to sell?
Sell on Amazon





Fun for all age

Macwheel Electric Scooter, Electric Scooter for Kids Age...



lights with ease.
hoverboard easier to control for first time or children. Adult mode allows expert riders to enjoy this product and perform hoverboard tricks with ease.

- High quality bluetooth music speaker - The Magic Swift sports a built in branded high quality speaker that allows you to enjoy music while you ride.
- Safest self balancing hoverboard - Every hover board is designed and built to provide world class levels of safety and security. This hover board and its battery are UL certified.(UL2272 & UL2271) 102% fire tested, and all Magic hoverboards are desined and built to meet top levels of safety testing. Passed CE, RoHS, and FCC certifications.

New & Used (2) from $169.70 ✓prime

🗩 Report incorrect product information.



XPRIT 6.5" Self Balancing Hoverboard w/Bluetooth Speaker, LED Light…
★★★★☆ 96
$119.95 ✓prime

Sponsored ⓘ

Macwheel Electric Scooter, Electric Scooter for Kids Age…
★★★★½ 296

Fun for all age

Sponsored ⓘ

## Frequently bought together



Total price: $278.94
[ Add both to Cart ]

ⓘ These items are shipped from and sold by different sellers. Show details

☑ **This item:** Hoverboard All Terrain Off Road 6.5" inch T581 Hoverboards,with Bluetooth Speaker and App-Enabled, S… $229.00
☑ Hover-1 Buggy Attachment for Transforming Hoverboard Scooter into Go-Kart $49.94

## Inspired by your recent shopping trends

Page 1 of 17

    



Gyroor Hoverboard Off Road All Terrian 6.5" Two-Wheel G11 Flash LED Light Self Balancing Hoverboards with Bluetooth Music…
★★★★½ 245

GYROOR T581 Hoverboard 6.5" Off Road All Terrain Hoverboards with Bluetooth Speaker&LED Lights Two-Wheel Self…
★★★★½ 753

CBD All-Terrain Hoverboard, Two-Wheel 6.5 inch Self Balancing Hoverboard with Bluetooth and LED…
★★★★½ 297
$229.99

TOMOLOO Hover Boards for Kids, Hoverboards Bluetooth and LED…
★★★★½ 34
6% off
$169.99 $179.99
Lowest price in 30 days

Gyroor Swift Hoverboard Self Balancing Hoverboard with Music Speaker LED Lights, 6.5 inch Two-Wheel Hoverboard with…
★★★★½ 635

Gyroor Hoverboard Off Road All Terrian 6.5" Two-Wheel G11 Flash LED Light Self Balancing Hoverboards with Bluetooth Music…

★★★★½ 245

$199.00
In stock.



GYROOR T581 Hoverboard 6.5" Off Road All Terrain Hoverboards with Bluetooth Speaker&LED Lights Two-Wheel Self…

★★★★½ 753

$279.00
In stock.



CBD All-Terrain Hoverboard, Two-Wheel 6.5 inch Self Balancing Hoverboard with Bluetooth and LED…

★★★★½ 297

$229.99
✔prime FREE Delivery
In Stock.



TOMOLOO Hover Boards for Kids, Hoverboards Bluetooth and LED…

★★★★½ 34

**6% off**

$169.99 $179.99
Lowest price in 30 days
✔prime FREE Delivery
In Stock.



Gyroor Swift Hoverboard Self Balancing Hoverboard with Music Speaker LED Lights, 6.5 inch Two-Wheel Hoverboard with…

★★★★½ 635

$167.00
In stock.



## Products related to this item

Sponsored ⓘ

Page 1 of 49

Gyroor Hoverboard Offroad All Terrain Flash Wheel Self Balancing G5 Hoverboards wit…

★★★★½ 285
$249.00 ✔prime

Gyroor G2 Hoverboard 8.5" Off Road All Terrain Hoverboards Bluetooth Speaker&Self B…

★★★★☆ 16
$399.00

Hover-1 Titan Electric Self-Balancing Hoverboard Scooter with 10" Tires, Pink

★★★★½ 1,493
$248.99 ✔prime

Gyroor Warrior 8.5 inch All Terrain Off Road Hoverboard with Bluetooth Speakers…

★★★★½ 3,427
$299.00

Hover-1 Helix Electric Hoverboard Scooter, Galaxy

★★★★½ 1,254
$179.99 ✔prime

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

## From the manufacturer







### Safest self balancing hoverboard

Magic hover T581 OFF ROAD self balance hoverboard pass all the necessary CE/ Rohs /FCC certified, and battery with UL2272 which can ensure every part is completely safe won't go on fire and protect user's safety.



### For all riders

350W * 2 Motor with 6.5 inch off road tire can handle bumpy pavements, gravel, grass, sand, and dirt paths in all terrain, allowing you enjoy a smooth ride while getting the best out of your self-balancing hoverboard, it is the best gift for the kids and adults.







### More power

powerful engines that gives you great power. This allows you to reach a speed up to 10-12 km / h (varies by weight, road conditions in all terrain).

### Hoverboard smart APP

Efficient app helps you stay in complete control. Use app to change modes, check battery, see and change the speed, and control the LED lights with ease.Built-in Bluetooth speaker allow you to enjoy the music while riding and play your favorite tunes.

### Free fashion bag

Easy carry, a beautiful hoverboard bag include, you can easily carry it outdoors.

**More power**

powerful engines that gives you great power. This allows you to reach a speed up to 10-12 km / h (varies by weight, road conditions in all terrain).

**Hoverboard smart APP**

Efficient app helps you stay in complete control. Use app to change modes, check battery, see and change the speed, and control the LED lights with ease.Built-in Bluetooth speaker allow you to enjoy the music while riding and play your favorite tunes.

**Free fashion bag**

Easy carry, a beautiful hoverboard bag include, you can easily carry it outdoors.

## Product details

Color:**blue-T581**

**Date First Available** : September 12, 2020

**Manufacturer** : CHETAIDOU

**ASIN** : B08HW9TTBG

**Best Sellers Rank:** #50,147 in Sports & Outdoors (See Top 100 in Sports & Outdoors)
   #53 in Self Balancing Scooters
   #252 in Sport Scooters

**Customer Reviews:**
★★★★½ ⌄    329 ratings

# Videos

Page 1 of 4

### Videos for this product



**Customer Review:** Bluetooth speaker is great & Lots of fun for...

paul



Hoverboard 6.5" inch All Terrain Off Road T581 Hoverboards,with...

Merchant Video

### Videos for related products



Self Balancing Scooter

SFSOFTINC



OXA Hoverboard - Certified Self Balanc...

Tabstore

Upload your video

**Customer Review:** Bluetooth speaker & Led owl...

paul

Hoverboard 6.5" inch All Terrain Hoverboard 6.5" Hoverboards wit...

Merchant Video

Self Balancing Scooter

SFSOFTINC

OXA Hoverboard - U... certified Self Balanc...

Tabstore

[ Upload your video ]

## Products related to this item

Sponsored ⓘ

Page 1 of 28



**Hover-1 Dream Hoverboard Electric Scooter Light Up LED Wheels , Jet Black, 25...**
★★★★★ 498
$159.99 ✓prime



**Gyroor Hoverboard Offroad All Terrain Flash Wheel Self Balancing G5 Hoverboards wit...**
★★★★★ 285
$249.00



**Hover-1 H1 Hoverboard Electric Scooter , Iridescent , 25 x 9.4 x 9.2**
★★★★★ 2,400
$191.99 ✓prime



**Gyroor G2 Hoverboard 8.5" Off Road All Terrain Hoverboards Bluetooth Speaker&Self B...**
★★★★☆ 16
$399.00



**Hover-1 Titan Electric Self-Balancing Hoverboard Scooter with 10" Tires, Gun Metal**
★★★★★ 1,493
$248.00 ✓prime



**Hover-1 Chrome 2.0 Hoverboard Electric Scooter**
★★★★☆ 769
$258.00 ✓prime

Sponsored ⓘ

## Customer questions & answers

🔍 Have a question? Search for answers

▲ 1 vote ▼

**Question:** Does it come with a warranty?

**Answer:** Dear friend，yes, surely,the Warranty is 1 year for the hoverboard, 6 months for the battery, except normal wear and tear. Any issue please contact us, our goal is your satisfaction.
By Magic Hover **SELLER** on June 1, 2019

⌄ See more answers (1)

▲ 0 votes ▼

**Question:** It say the brand is magic hover but the hoverboard in the pic shows Gyroor hoverboards so is magic hover just the company that sells Gyroor products?

**Answer:** Dear friends,please don`t worry, it is Gyroor`s hoverboard, we are the Gyroor`s Distributor, if you like it, you can buy it directly, thanks.our support email is info@gyroorboard.com, if you have any problem, please kindly contact us freely.
By Magic Hover **SELLER** on December 10, 2019

Document title: Amazon.com: Magic hover Hoverboard Off Road All Terrain Self Balancing Scooter 6.5&quot; T581 Flash Two-Wheel Self Balancing Hoverboard with…
Capture URL: https://www.amazon.com/Magic-hover-Hoverboard-Bluetooth-App-Enabled/dp/B07PKSK93G/ref=sr_1_1?…
Capture timestamp (UTC): Wed, 04 Aug 2021 14:23:46 GMT
Page 6 of 13



| | Question: | hover just the company that sells Gyroor products? |
| --- | --- | --- |
| 0 votes | Answer: | Dear friends,please don`t worry, it is Gyroor`s hoverboard, we are the Gyroor`s Distributor, if you like it, you can buy it directly, thanks.our support email is info@gyroorboard.com, if you have any problem, please kindly contact us freely.<br>By Magic Hover SELLER on December 10, 2019 |

| | Question: | How far is the distance from the seat of the car to the leg rest? |
| --- | --- | --- |
| 0 votes | Answer: | Dear friends, it is adjustable from 19cm to 22 cm, thanks.<br>By Magic Hover SELLER on March 9, 2020 |

| | Question: | Does this come with the kart and Hoverboard? |
| --- | --- | --- |
| 0 votes | Answer: | Dear friends, yes, the Three-in -one come with the kart and hoverboard.<br>By Magic Hover SELLER on August 20, 2019<br>⌄ See more answers (3) |

See more answered questions (69)

# Customer reviews

⭐⭐⭐⭐½ **4.3 out of 5**

329 global ratings



| 5 star | | 74% |
| --- | --- | --- |
| 4 star | | 9% |
| 3 star | | 5% |
| 2 star | | 3% |
| 1 star | | 10% |

⌄ How are ratings calculated?

## By feature



| Battery life | ⭐⭐⭐⭐☆ 4.1 |
| --- | --- |
| Durability | ⭐⭐⭐⭐☆ 4.1 |
| Sturdiness | ⭐⭐⭐⭐☆ 4.1 |

## Review this product

Share your thoughts with other customers

Write a customer review

## Reviews with images



See all customer images

## Read reviews that mention



year old   hoverboard   battery life   hold a charge   son loves

play music   kids love   stopped working   son for his birthday



worth the money   straps broke   coolest thing   cart attachment

## Top reviews from the United States

👤 Melissa

⭐⭐⭐⭐⭐ **Amazing Go Kart Experience!**
Reviewed in the United States on June 19, 2019
Color: blue-T581*kart | Verified Purchase | Early Reviewer Rewards (What's this?)



This product was amazing! My kids absolutely love it and cant get enough of it. My husband bought them a hover board and they really enjoyed that. I was browsing amazon and saw this kart from the same store. I knew I had to surprise them all with it! My husband assembled it quick and he absolutely loved it. The next day the kids tried it and had so much fun. It is much safer to ride and could go on all surfaces. Grass is difficult for adults and that doesn't



Kids love it!

0:00

board and they really enjoyed that. I was browsing amazon and saw this kart from the same store. I knew I had to surprise them all with it! My husband assembled it quick and he absolutely loved it. The next day the kids tried it and had so much fun. It is much safer to ride and could go on all surfaces. Grass is difficult for adults and that doesn't matter.. It is well built and has a ton of cool features. Would definitely buy again.

19 people found this helpful

Helpful | Report abuse

Jose R.

★★★★★ **Fun Hoover for the family !**

Reviewed in the United States on May 22, 2019

**Verified Purchase**



0:00

The quality is amazing; it feels very sturdy and strong. It holds my weight of 210 pounds with no problem. I also like how the fiber carbon parts makes it feel strong and look sleek as well.

The dual motor is very responsive and powerful, I was amaze how smooth they are making the self-balancing feature. It is extremely helpful to anyone especially for beginners like me and my wife. It was helpful that the maximum speed of 12.0km/h can be adjusted using the mobile application and the children and adult modes make it versatile for everyone.

⌄ Read more



14 people found this helpful

Helpful | Report abuse

Andy B

★☆☆☆☆ **Buyer Beware!!**

Reviewed in the United States on June 30, 2020

Color: blue-T581*kart | **Verified Purchase**

My son enjoyed this hoverboard on his birthday early May for a full 30 minutes, and although he liked it in that very brief time, it died. After contacting Gryoor, they insisted I contact them directly outside of Amazon. They would replace the motherboard for "free." It arrived at their office on May 22 and I have not heard anything since. Essentially, they stole the $279 I paid. Shame on them.

Amazon? Help?

5 people found this helpful

Helpful | Report abuse



outside of Amazon. They would replace the motherboard for "free." It arrived at their office on May 22 and above not heard anything since. Essentially they stole the $279 I paid. Shame on them.

Amazon? Help?

5 people found this helpful

Helpful | Report abuse

 Holly

★★★★★ **This is a great Hoover board!**
Reviewed in the United States on June 29, 2019
Color: blue-T581*kart | Verified Purchase | Early Reviewer Rewards (What's this?)



Works great off road or on battery life is good, kids are having a blast with this! Had bought another one just different model and customer service has been very responsive with a problem with the wheel stopping.

14 people found this helpful

Helpful | Report abuse

 Topp

★★★★★ **Sturdy Hoverboard and Great Customer Service**
Reviewed in the United States on January 16, 2020
Verified Purchase

I purchased this board for my 11 year old son and he loves it! The lights and wheel illumination are great! He loves that both can be changed through the app as well as play music from a device through the speakers on the board. The motors are more powerful than most hoverboards out there. Construction is solid and balanced.

We needed some help from customer service soon after opening it, so I emailed them. A representative responded very quickly and stayed in touch until we were completely taken care of. I feel like Gyroor went the extra mile. It was really nice! Great company and product.

9 people found this helpful

Helpful | Report abuse

 Jillian Bencic

★★★★★ **great for children,**
Reviewed in the United States on June 4, 2019
Verified Purchase | Early Reviewer Rewards (What's this?)



Packaging: very well packaged no dents scratches or marks on the hover board. Foam is placed properly inside the box to protect the board from damage.

Ease of use: This is made for children under 12 in my opinion. It is a little smaller than other boards out there. The wheels are a little smaller than



Packaging: very well packaged no dents or dings on the box or on the hover board. Foam is placed properly inside the box to protect the board from damage.

Ease of use: This is made for children under 12 in my opinion. It is a little smaller than other boards out there. The wheels are a little smaller than others I have seen. But for my 7 year old daughter it is perfect. My daughter hopped right on the hover board and took off right away, she spins around goes forward and backwards with what appears to be no effort she loves it!! I am 36 years old and

ˇ Read more



10 people found this helpful

Helpful | Report abuse

 G. Marchand

★★★★★ **10/10 fun factor, but be careful!**
Reviewed in the United States on October 5, 2020
Color: blue-T581 | Verified Purchase

Just got this for our 8yo son. It's the coolest thing he's ever had. Can't comment on longevity of the product, but initial fun rating is a 10/10. Speaker quality is fine. App control with lights and speedometer are fun but not necessary. It's a little too heavy for him to carry safely on his own. Came charged enough to play around with for a couple hours. He's pretty confident on it after just a few days of riding mostly indoors. Stay away from cabinets and trim. Unfinished basements and outside are best to learn to ride it. Adults be careful. This is not a skateboard, scooter, or a Segway. My wife got on, did 4-5 full speed rotations, and got flung off like it was a mechanical bull.

One person found this helpful

Helpful | Report abuse

 Alandreia

★★★★★ **Best hoverboard so far!! Easy to read manual, charger, and carrying bag included**
Reviewed in the United States on May 24, 2019
Verified Purchase



Bluetooth connects easily thru phone and speakers are great!! Loud music! Pretty LED lights inside the wheels. When u connect to app it lets u change the color of the front/back lights and u can also change from adult mode to kids mode for younger kids! Love it so far ❤





12 people found this helpful

Helpful | Report abuse

**See all reviews** ›

---

## 4 stars and above

Sponsored ⓘ

Page 1 of 17



Gyroor Hoverboard
Offroad All Terrain Flash
Wheel Self Balancing G5
Hoverboards wit...
★★★★½ 285
$249.00 ✓prime

Gyroor Warrior 8.5 inch
All Terrain Off Road
Hoverboard with
Bluetooth Speakers...
★★★★½ 3,427
$299.00

Hover-1 Helix Electric
Hoverboard Scooter,
Galaxy
★★★★½ 1,254
$179.99 ✓prime

Hover-1 Chrome 2.0
Hoverboard Electric
Scooter, Gun Metal, 26 x
9.8 x 10
★★★★½ 769
$199.99 ✓prime

Hover-1 H1 Hoverboard
Electric Scooter
★★★★½ 2,400
$224.99 ✓prime


COMPACT, LIGHTWEIGHT & PORTABLE.
SHOP TALK GO
Sponsored ⓘ

---

## More items to explore

Page 1 of 4

    

Comfort Zone
CZHV20BK 20-inch 3-
Speed High-Velocity
Floor Fan with 360-
Degree Adjustable Tilt

Lasko T48332 XtraAir 48
Inch 3 Speed Quiet
Widespread Oscillating
Home Tower Fan with
Remote, Electronic

WORD GX Adjustable
Focus Blue LED Single
One Mode Long Range
Blue Beam Blue Light
Flashlight Blue LED

Lasko High Velocity X-
Blower Utility Fan for
Cooling, Ventilating,
Exhausting and Drying at
Home, Job Site and

PELONIS PFS45A5BBB
18 inch 5-Blade
Oscillating, Adjustable
Standing Pedestal
Remote, LED Display, 5

---



**Comfort Zone CZHV20BK 20-inch 3-Speed High-Velocity Floor Fan with 360-Degree Adjustable Tilt**
★★★★☆ 2,672
$62.99
In Stock.

**Lasko T48332 XtraAir 48 Inch 3 Speed Quiet Widespread Oscillating Home Tower Fan with Remote, Electronic...**
★★★★☆ 134
$89.49
✓prime FREE Delivery
In Stock.

**WORD GX Adjustable Focus Blue LED Single One Mode Long Range Blue Beam Blue Light Flashlight Blue LED...**
★★★★☆ 151
$129.99
✓prime Overnight by 8AM
In Stock.

**Lasko High Velocity X-Blower Utility Fan for Cooling, Ventilating, Exhausting and Drying at Home, Job Site and...**
★★★★☆ 3,069
$49.84
✓prime FREE Delivery
In Stock.

**PELONIS PFS45A5BBB 18 inch 5-Blade Oscillating, Adjustable Standing Pedestal Remote, LED Display, 5...**
★★★★☆ 372
$57.99
✓prime FREE Delivery
In Stock.

## Inspired by your browsing history

Page 1 of 10

    

**Hover-1 Buggy Attachment for Transforming Hoverboard Scooter into Go-Kart**
★★★★☆ 6,769
$49.94
✓prime FREE Delivery
In Stock.

**Hiboy HC-01 Hoverboard Kart Seat Attachment Accessory for 6.5" 8" 10" Two Wheel Self Balancing Scooter**
★★★★☆ 1,919
$89.99
✓prime FREE Delivery
In Stock.

**Gyroor K1 Hoverboard Seat Attachment, Hover Board Accessory Go Kart with Adjustable Frame Length Compatible...**
★★★★★ 6
$89.99
✓prime FREE Delivery
In Stock.

**Hover-1 Buggy Attachment for Transforming Hoverboard Scooter into Go-Kart**
★★★★☆ 6,769
$49.94-$149.98
✓prime FREE Delivery

**XPRIT 8.5" All Terrain Off-Road Hoverboard w/Bluetooth Speaker, LED Lights, UL2272 Certified**
$279.95
✓prime FREE Delivery
Only 2 left in stock - order soon.

## Your Browsing History  View or edit your browsing history

Page 1 of 7

         

Back to top

**Get to Know Us**
Careers
Blog
About Amazon
Sustainability
Press Center
Investor Relations

**Make Money with Us**
Sell products on Amazon
Sell apps on Amazon
Become an Affiliate
Become a Delivery Driver
Start a package delivery

**Amazon Payment Products**
Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon Secured Card
Amazon Business Card
Amazon Business Line of Credit

**Let Us Help You**
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime

Back to top

## Get to Know Us

Careers

Blog

About Amazon

Sustainability

Press Center

Investor Relations

Amazon Devices

## Make Money with Us

Sell products on Amazon

Sell apps on Amazon

Become an Affiliate

Become a Delivery Driver

Start a package delivery business

Advertise Your Products

Self-Publish with Us

Host an Amazon Hub

› See More Ways to Make Money

## Amazon Payment Products

Amazon Rewards Visa Signature Cards

Amazon.com Store Card

Amazon Secured Card

Amazon Business Card

Amazon Business Line of Credit

Shop with Points

Credit Card Marketplace

Reload Your Balance

Amazon Currency Converter

Promotional Financing

## Let Us Help You

Amazon and COVID-19

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Amazon Assistant

Help

amazon

🌐 English ⇅     🇺🇸 United States

| | | | | | | |
|---|---|---|---|---|---|---|
| **Amazon Music** Stream millions of songs | **Amazon Advertising** Find, attract, and engage customers | **Amazon Drive** Cloud storage from Amazon | **6pm** Score deals on fashion brands | **AbeBooks** Books, art & collectibles | **ACX** Audiobook Publishing Made Easy | **Alexa** Actionable Analytics for the Web |
| **Sell on Amazon** Start a Selling Account | **Amazon Business** Everything For Your Business | **Amazon Fresh** Groceries & More Right To Your Door | **AmazonGlobal** Ship Orders Internationally | **Home Services** Experienced Pros Happiness Guarantee | **Amazon Ignite** Sell your original Digital Educational Resources | **Amazon Web Services** Scalable Cloud Computing Services |
| **Audible** Listen to Books & Original Audio Performances | **Book Depository** Books With Free Delivery Worldwide | **Box Office Mojo** Find Movie Box Office Data | **ComiXology** Thousands of Digital Comics | **DPReview** Digital Photography | **East Dane** Designer Men's Fashion | **Fabric** Sewing, Quilting & Knitting |
| **Goodreads** Book reviews & recommendations | **IMDb** Movies, TV & Celebrities | **IMDbPro** Get Info Entertainment Professionals Need | **Kindle Direct Publishing** Indie Digital & Print Publishing Made Easy | **Amazon Photos** Unlimited Photo Storage Free With Prime | **Prime Video Direct** Video Distribution Made Easy | **Shopbop** Designer Fashion Brands |
| **Amazon Warehouse** Great Deals on Quality Used Products | **Whole Foods Market** America's Healthiest Grocery Store | **Woot!** Deals and Shenanigans | **Zappos** Shoes & Clothing | **Ring** Smart Home Security Systems | **eero WiFi** Stream 4K Video in Every Room | **Blink** Smart Security for Every Home |
| | **Neighbors App** Real-Time Crime & Safety Alerts | **Amazon Subscription Boxes** Top subscription boxes – right to your door | **PillPack** Pharmacy Simplified | **Amazon Renewed** Like-new products you can trust | **Amazon Second Chance** Pass it on, trade it in, give it a second life | |

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2021, Amazon.com, Inc. or its affiliates



# amazon prime

Deliver to Arthur
Chicago 60605

Hello, Arthur
Account & Lists ▾

Returns
& Orders

0 Cart

☰ All    Customer Service    Prime Video    Gift Cards    Arthur's Amazon.com    Shopper Toolkit    Outdoor Recreation      **Shop low prices for school**

MACWHEEL    Macwheel Electric Scooter, Electric Scooter for Kids Age 8+…    ★★★★½ 296

Sports & Outdoors › Outdoor Recreation › Skates, Skateboards & Scooters › Scooters & Equipment › Scooters      Sponsored ⓘ



Roll over image to zoom in

VIDEO

## Hoverboard All Terrain Off Road 6.5" inch T581 Hoverboards,with Bluetooth Speaker and App-Enabled, Smart Self Balancing Hover Board and Two-Wheel with UL2272 Certified for Kids and Adults

Brand: Magic hover
★★★★½ ▾   329 ratings | 73 answered questions

Price: **$229.00** ✓prime & FREE Returns

**Get 5% back ($11.45 in rewards)** on the amount charged to your Amazon Prime Rewards Visa Signature Card. May be available at a lower price from other sellers, potentially without free Prime shipping.

Color: **blue-T581**

 

| | |
|---|---|
| **Brand** | Magic hover |
| **Color** | Blue-T581 |
| **Package Dimensions** | 26.2 x 9.7 x 9.5 inches; 24 Pounds |
| **Maximum Weight Recommendation** | 220 Pounds |
| **Frame Material** | Aluminum |

### About this item

- Strong off road hoverboard -powered by 702 watt motors. This self balancing hoverboard use strong off road tires which have great adaptability for all terrains, you will feel safe no matter what sorts of road you are on.
- Hoverboard smart APP - efficient app helps you stay in complete control. Use app to change modes, check battery, see and change the speed, and control the LED lights with ease.
- Two modes - For for all riders. Child mode makes the hoverboard easier to control for first time or children. Adult mode allows expert riders to enjoy this product and perform hoverboard tricks with ease.
- High quality bluetooth music speaker - The Magic Swift sports a built in branded high quality speaker that allows you to enjoy music while you ride.
- Safest self balancing hoverboard - Every hover board is

Share ✉ 🆓 🐦 📌

**$229.00**
✓prime & FREE Returns ▾

FREE delivery: **Saturday, Aug 7**
Order within 6 hrs and 49 mins
Details

📍 Deliver to Arthur - Chicago 60605

## In Stock.

Qty: 3 ▾

[ Add to Cart ]

[ Buy Now ]

🔒 Secure transaction

Ships from   Amazon
Sold by    Runchenyun

Return policy: This item is returnable ▾

**Add a Protection Plan:**
☐ 2-Year Protection for $24.99

☐ Add a gift receipt for easy returns

[ Add to List    ▾ ]

New & Used (2) from
$169.70 ✓prime   ❯

Have one to sell?
[ Sell on Amazon ]




MACWHEEL
Fun for all age

Macwheel Electric Scooter, Electric Scooter for Kids Age…



lights with ease.

hoverboard easier to control for first time or children. Adult mode allows expert riders to enjoy this product and perform hoverboard tricks with ease.

- High quality bluetooth music speaker - The Magic Swift sports a built in branded high quality speaker that allows you to enjoy music while you ride.
- Safest self balancing hoverboard - Every hover board is designed and built to provide world class levels of safety and security. This hover board and its battery are UL certified.(UL2272 & UL2271) 102% ride tested, and all Magic hoverboards are desined and built to meet top levels of safety testing. Passed CE, RoHS, and FCC certifications.

New & Used (2) from $169.70 ✓prime

⌧ Report incorrect product information.



XPRIT 6.5" Self Balancing Hoverboard w/Bluetooth Speaker, LED Light...
★★★★☆ 96
$119.95 ✓prime

Sponsored ⓘ

MACWHEEL

Fun for all age

Macwheel Electric Scooter, Electric Scooter for Kids Age...
★★★★☆ 296

Sponsored ⓘ

## Frequently bought together



Total price: $278.94

[Add both to Cart]

These items are shipped from and sold by different sellers. Show details

☑ **This item:** Hoverboard All Terrain Off Road 6.5" inch T581 Hoverboards,with Bluetooth Speaker and App-Enabled, S... $229.00
☑ Hover-1 Buggy Attachment for Transforming Hoverboard Scooter into Go-Kart $49.94

## Inspired by your recent shopping trends

Page 1 of 17

    

Gyroor Hoverboard Off Road All Terrian 6.5" Two-Wheel G11 Flash LED Light Self Balancing Hoverboards with Bluetooth Music...
★★★★☆ 245

GYROOR T581 Hoverboard 6.5" Off Road All Terrain Hoverboards with Bluetooth Speaker&LED Lights Two-Wheel Self...
★★★★☆ 753

CBD All-Terrain Hoverboard, Two-Wheel 6.5 inch Self Balancing Hoverboard with Bluetooth and LED...
★★★★☆ 297
$229.99

TOMOLOO Hover Boards for Kids, Hoverboards Bluetooth and LED...
★★★★☆ 34
**6% off**
$169.99 $179.99
Lowest price in 30 days

Gyroor Swift Hoverboard Self Balancing Hoverboard with Music Speaker LED Lights, 6.5 inch Two-Wheel Hoverboard with...
★★★★☆ 635



Gyroor Hoverboard Off Road All Terrian 6.5" Two-Wheel G11 Flash LED Light Self Balancing Hoverboards with Bluetooth Music...

★★★★★ 245

$199.00
In stock.



GYROOR T581 Hoverboard 6.5" Off Road All Terrain Hoverboards with Bluetooth Speaker&LED Lights Two-Wheel Self...

★★★★★ 753

$279.00
In stock.



CBD All-Terrain Hoverboard, Two-Wheel 6.5 inch Self Balancing Hoverboard with Bluetooth and LED...

★★★★★ 297

$229.99
✓prime FREE Delivery
In Stock.



TOMOLOO Hover Boards for Kids, Hoverboards Bluetooth and LED...

★★★★★ 34

**6% off**

$169.99 $179.99
Lowest price in 30 days
✓prime FREE Delivery
In Stock.



Gyroor Swift Hoverboard Self Balancing Hoverboard with Music Speaker LED Lights, 6.5 inch Two-Wheel Hoverboard with...

★★★★★ 635

$167.00
In stock.

## Products related to this item

Sponsored ⓘ

Page 1 of 49

Gyroor Hoverboard Offroad All Terrain Flash Wheel Self Balancing G5 Hoverboards wit...

★★★★★ 285

$249.00 ✓prime

Gyroor G2 Hoverboard 8.5" Off Road All Terrain Hoverboards Bluetooth Speaker&Self B...

★★★★☆ 16

$399.00

Hover-1 Titan Electric Self-Balancing Hoverboard Scooter with 10" Tires, Pink

★★★★★ 1,493

$248.99 ✓prime

Gyroor Warrior 8.5 inch All Terrain Off Road Hoverboard with Bluetooth Speakers...

★★★★★ 3,427

$299.00

Hover-1 Helix Electric Hoverboard Scooter, Galaxy

★★★★★ 1,254

$179.99 ✓prime

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

## From the manufacturer







### Safest self balancing hoverboard

Magic hover T581 OFF ROAD self balance hoverboard pass all the necessary CE/ Rohs /FCC certified, and battery with UL2272 which can ensure every part is completely safe won't go on fire and protect user's safety.



### For all riders

350W * 2 Motor with 6.5 inch off road tire can handle bumpy pavements, gravel, grass, sand, and dirt paths in all terrain, allowing you enjoy a smooth ride while getting the best out of your self-balancing hoverboard, it is the best gift for the kids and adults.







### More power

powerful engines that gives you great power. This allows you to reach a speed up to 10-12 km / h (varies by weight, road conditions in all terrain).

### Hoverboard smart APP

Efficient app helps you stay in complete control. Use app to change modes, check battery, see and change the speed, and control the LED lights with ease.Built-in Bluetooth speaker allow you to enjoy the music while riding and play your favorite tunes.

### Free fashion bag

Easy carry, a beautiful hoverboard bag include, you can easily carry it outdoors.

["

**Customer Review:** Bluetooth speaker&...

Hoverboard 6.5" inch All Terrain ...

Self Balancing Scooter

OXA Hoverboard - U... ...Self Balanc...

paul

Merchant Video

SFSOFTINC

Tabstore

[Upload your video]

## Products related to this item

Sponsored 

Page 1 of 28

<











>

| | | | | |
|---|---|---|---|---|
| Hover-1 Dream Hoverboard Electric Scooter Light Up LED Wheels , Jet Black, 25... ★★★★☆ 498 $159.99 ✓prime | Gyroor Hoverboard Offroad All Terrain Flash Wheel Self Balancing G5 Hoverboards wit... ★★★★☆ 285 $249.00 | Hover-1 H1 Hoverboard Electric Scooter , Iridescent , 25 x 9.4 x 9.2 ★★★★☆ 2,400 $191.99 ✓prime | Gyroor G2 Hoverboard 8.5" Off Road All Terrain Hoverboards Bluetooth Speaker&Self B... ★★★★☆ 16 $399.00 | Hover-1 Titan Electric Self-Balancing Hoverboard Scooter with 10" Tires, Gun Metal ★★★★☆ 1,493 $248.00 ✓prime |



Hover-1 Chrome 2.0 Hoverboard Electric Scooter
★★★★☆ 769
$258.00 ✓prime

Sponsored

## Customer questions & answers

🔍 Have a question? Search for answers

▲ 1 vote ▼

**Question:** Does it come with a warranty?

**Answer:** Dear friend，yes, surely,the Warranty is 1 year for the hoverboard, 6 months for the battery, except normal wear and tear. Any issue please contact us, our goal is your satisfaction.
By Magic Hover **SELLER** on June 1, 2019

∨ See more answers (1)

▲ 0 votes ▼

**Question:** It say the brand is magic hover but the hoverboard in the pic shows Gyroor hoverboards so is magic hover just the company that sells Gyroor products?

**Answer:** Dear friends,please don`t worry, it is Gyroor`s hoverboard, we are the Gyroor`s Distributor, if you like it, you can buy it directly, thanks.our support email is info@gyroorboard.com, if you have any problem, please kindly contact us freely.
By Magic Hover **SELLER** on December 10, 2019

Document title: Amazon.com: Magic hover Hoverboard Off Road All Terrain Self Balancing Scooter 6.5&quot; T581 Flash Two-Wheel Self Balancing Hoverboard with…
Capture URL: https://www.amazon.com/Magic-hover-Hoverboard-Bluetooth-App-Enabled/dp/B07PKSK93G/ref=sr_1_1?…
Capture timestamp (UTC): Wed, 04 Aug 2021 14:26:07 GMT
Page 6 of 13



**Question:** hover just the company that sells Gyroor products?

**Answer:** Dear friends,please don`t worry, it is Gyroor`s hoverboard, we are the Gyroor`s Distributor, if you like it, you can buy it directly, thanks.our support email is info@gyroorboard.com, if you have any problem, please kindly contact us freely.
By Magic Hover SELLER on December 10, 2019

**Question:** How far is the distance from the seat of the car to the leg rest?

**Answer:** Dear friends, it is adjustable from 19cm to 22 cm, thanks.
By Magic Hover SELLER on March 9, 2020

**Question:** Does this come with the kart and Hoverboard?

**Answer:** Dear friends, yes, the Three-in -one come with the kart and hoverboard.
By Magic Hover SELLER on August 20, 2019

˅ See more answers (3)

See more answered questions (69)

## Customer reviews



⭐⭐⭐⭐½ 4.3 out of 5

329 global ratings

| | | |
|---|---|---|
| 5 star | | 74% |
| 4 star | | 9% |
| 3 star | | 5% |
| 2 star | | 3% |
| 1 star | | 10% |

˅ How are ratings calculated?

### By feature



| | |
|---|---|
| Battery life | ⭐⭐⭐⭐☆ 4.1 |
| Durability | ⭐⭐⭐⭐☆ 4.1 |
| Sturdiness | ⭐⭐⭐⭐☆ 4.1 |

### Review this product

Share your thoughts with other customers

Write a customer review

### Reviews with images



See all customer images

### Read reviews that mention



year old | hoverboard | battery life | hold a charge | son loves

play music | kids love | stopped working | son for his birthday



worth the money | straps broke | coolest thing | cart attachment

### Top reviews from the United States

Melissa

⭐⭐⭐⭐⭐ **Amazing Go Kart Experience!**
Reviewed in the United States on June 19, 2019
Color: blue-T581*kart | Verified Purchase | Early Reviewer Rewards (What's this?)



This product was amazing! My kids absolutely love it and cant get enough of it. My husband bought them a hover board and they really enjoyed that. I was browsing amazon and saw this kart from the same store. I knew I had to surprise them all with it! My husband assembled it quick and he absolutely loved it. The next day the kids tried it and had so much fun. It is much safer to ride and could go on all surfaces. Grass is difficult for adults and that doesn't



**Kids love it!**
0:00

board and they really enjoyed that. I was browsing amazon and saw this kart from the same store. I knew I had to surprise them all with it! My husband assembled it quick and he absolutely loved it. The next day the kids tried it and had so much fun. It is much safer to ride and could go on all surfaces. Grass is difficult for adults and that doesn't matter.. It is well built and has a ton of cool features. Would definitely buy again.

19 people found this helpful

Helpful | Report abuse

 Jose R.

★★★★★ **Fun Hoover for the family !**
Reviewed in the United States on May 22, 2019
**Verified Purchase**



0:00

 The quality is amazing; it feels very sturdy and strong. It holds my weight of 210 pounds with no problem. I also like how the fiber carbon parts makes it feel strong and look sleek as well.

The dual motor is very responsive and powerful, I was amaze how smooth they are making the self-balancing feature. It is extremely helpful to anyone especially for beginners like me and my wife. It was helpful that the maximum speed of 12.0km/h can be adjusted using the mobile application and the children and adult modes make it versatile for everyone.

˅ Read more



14 people found this helpful

Helpful | Report abuse

 Andy B

★☆☆☆☆ **Buyer Beware!!**
Reviewed in the United States on June 30, 2020
Color: blue-T581*kart | **Verified Purchase**

My son enjoyed this hoverboard on his birthday early May for a full 30 minutes, and although he liked it in that very brief time, it died. After contacting Gryoor, they insisted I contact them directly outside of Amazon. They would replace the motherboard for "free." It arrived at their office on May 22 and I have not heard anything since. Essentially, they stole the $279 I paid. Shame on them.

Amazon? Help?

5 people found this helpful

Helpful | Report abuse



outside of Amazon. They would replace the motherboard for "free." It arrived at their office on May 22 and above not heard anything since. Essentially they stole the $279 I paid. Shame on them.

Amazon? Help?

5 people found this helpful

[ Helpful ]   |   Report abuse

 Holly

★★★★★  **This is a great Hoover board!**
Reviewed in the United States on June 29, 2019
Color: blue-T581*kart   |   Verified Purchase   |   Early Reviewer Rewards   (What's this?)

  Works great off road or on battery life is good, kids are having a blast with this! Had bought another one just different model and customer service has been very responsive with a problem with the wheel stopping.

14 people found this helpful

[ Helpful ]   |   Report abuse

 Topp

★★★★★  **Sturdy Hoverboard and Great Customer Service**
Reviewed in the United States on January 16, 2020
Verified Purchase

I purchased this board for my 11 year old son and he loves it! The lights and wheel illumination are great! He loves that both can be changed through the app as well as play music from a device through the speakers on the board. The motors are more powerful than most hoverboards out there. Construction is solid and balanced.

We needed some help from customer service soon after opening it, so I emailed them. A representative responded very quickly and stayed in touch until we were completely taken care of. I feel like Gyroor went the extra mile. It was really nice! Great company and product.

9 people found this helpful

[ Helpful ]   |   Report abuse

 Jillian Bencic

★★★★★  **great for children,**
Reviewed in the United States on June 4, 2019
Verified Purchase   |   Early Reviewer Rewards   (What's this?)

  Packaging: very well packaged no dents scratches or marks on the hover board. Foam is placed properly inside the box to protect the board from damage.

Ease of use: This is made for children under 12 in my opinion. It is a little smaller than other boards out there. The wheels are a little smaller than

OFF-ROAD
HOVER BOARD
0:00

Packaging: very well packaged no dents scratches or marks on the hover board. Foam is placed properly inside the box to protect the board from damage.

Ease of use: This is made for children under 12 in my opinion. It is a little smaller than other boards out there. The wheels are a little smaller than others I have seen. But for my 7 year old daughter it is perfect. My daughter hopped right on the hover board and took off right away, she spins around goes forward and backwards with what appears to be no effort she loves it!! I am 36 years old and

Read more

10 people found this helpful

Helpful | Report abuse

G. Marchand

**10/10 fun factor, but be careful!**

Reviewed in the United States on October 5, 2020

Color: blue-T581 | Verified Purchase

Just got this for our 8yo son. It's the coolest thing he's ever had. Can't comment on longevity of the product, but initial fun rating is a 10/10. Speaker quality is fine. App control with lights and speedometer are fun but not necessary. It's a little too heavy for him to carry safely on his own. Came charged enough to play around with for a couple hours. He's pretty confident on it after just a few days of riding mostly indoors. Stay away from cabinets and trim. Unfinished basements and outside are best to learn to ride it. Adults be careful. This is not a skateboard, scooter, or a Segway. My wife got on, did 4-5 full speed rotations, and got flung off like it was a mechanical bull.

One person found this helpful

Helpful | Report abuse

Alandreia

**Best hoverboard so far!! Easy to read manual, charger, and carrying bag included**

Reviewed in the United States on May 24, 2019

Verified Purchase

0:00

Bluetooth connects easily thru phone and speakers are great!! Loud music! Pretty LED lights inside the wheels. When u connect to app it lets u change the color of the front/back lights and u can also change from adult mode to kids mode for younger kids! Love it so far ❤️



12 people found this helpful

Helpful | Report abuse

See all reviews >

## 4 stars and above

Sponsored ⓘ

Page 1 of 17

<

**Gyroor Hoverboard Offroad All Terrain Flash Wheel Self Balancing G5 Hoverboards wit...**
★★★★½ 285
$249.00 ✓prime

**Gyroor Warrior 8.5 inch All Terrain Off Road Hoverboard with Bluetooth Speakers...**
★★★★½ 3,427
$299.00

**Hover-1 Helix Electric Hoverboard Scooter, Galaxy**
★★★★½ 1,254
$179.99 ✓prime

**Hover-1 Chrome 2.0 Hoverboard Electric Scooter, Gun Metal, 26 x 9.8 x 10**
★★★★½ 769
$199.99 ✓prime

**Hover-1 H1 Hoverboard Electric Scooter**
★★★★½ 2,400
$224.99 ✓prime

>

JLAB COMPACT, LIGHTWEIGHT & PORTABLE. SHOP TALK GO

Sponsored ⓘ

## More items to explore

Page 1 of 4

<





**Comfort Zone CZHV20BK 20-inch 3-Speed High-Velocity Floor Fan with 360-Degree Adjustable Tilt**



**Lasko T48332 XtraAir 48 Inch 3 Speed Quiet Widespread Oscillating Home Tower Fan with Remote, Electronic**



**WORD GX Adjustable Focus Blue LED Single One Mode Long Range Blue Beam Blue Light Flashlight Blue LED**



**Lasko High Velocity X-Blower Utility Fan for Cooling, Ventilating, Exhausting and Drying at Home, Job Site and**

**PELONIS PFS45A5BBB 18 inch 5-Blade Oscillating, Adjustable Standing Pedestal Remote, LED Display, 5**

>

Comfort Zone CZHV20BK 20-inch 3-Speed High-Velocity Floor Fan with 360-Degree Adjustable Tilt
2,672
$62.99
In Stock.

Lasko T48332 XtraAir 48 Inch 3 Speed Quiet Widespread Oscillating Home Tower Fan with Remote, Electronic…
134
$89.49
prime FREE Delivery
In Stock.

WORD GX Adjustable Focus Blue LED Single One Mode Long Range Blue Beam Blue Light Flashlight Blue LED…
151
$129.99
prime **Overnight by 8AM**
In Stock.

Lasko High Velocity X-Blower Utility Fan for Cooling, Ventilating, Exhausting and Drying at Home, Job Site and…
3,069
$49.84
prime FREE Delivery
In Stock.

PELONIS PFS45A5BBB 18 inch 5-Blade Oscillating, Adjustable Standing Pedestal Remote, LED Display, 5…
372
$57.99
prime FREE Delivery
In Stock.

## Inspired by your browsing history

Page 1 of 10

Hover-1 Buggy Attachment for Transforming Hoverboard Scooter into Go-Kart
6,769
$49.94
prime FREE Delivery
In Stock.

Hiboy HC-01 Hoverboard Kart Seat Attachment Accessory for 6.5" 8" 10" Two Wheel Self Balancing Scooter
1,919
$89.99
prime FREE Delivery
In Stock.

Gyroor K1 Hoverboard Seat Attachment, Hover Board Accessory Go Kart with Adjustable Frame Length Compatible…
6
$89.99
prime FREE Delivery
In Stock.

Hover-1 Buggy Attachment for Transforming Hoverboard Scooter into Go-Kart
6,769
$49.94-$149.98
prime FREE Delivery

XPRIT 8.5" All Terrain Off-Road Hoverboard w/Bluetooth Speaker, LED Lights, UL2272 Certified
$279.95
prime FREE Delivery
Only 2 left in stock - order soon.

## Your Browsing History

View or edit your browsing history

Page 1 of 7

Back to top

**Get to Know Us**
- Careers
- Blog
- About Amazon
- Sustainability
- Press Center
- Investor Relations

**Make Money with Us**
- Sell products on Amazon
- Sell apps on Amazon
- Become an Affiliate
- Become a Delivery Driver
- Start a package delivery

**Amazon Payment Products**
- Amazon Rewards Visa Signature Cards
- Amazon.com Store Card
- Amazon Secured Card
- Amazon Business Card
- Amazon Business Line of Credit

**Let Us Help You**
- Amazon and COVID-19
- Your Account
- Your Orders
- Shipping Rates & Policies
- Amazon Prime

**Back to top**

## Get to Know Us
Careers

Blog

About Amazon

Sustainability

Press Center

Investor Relations

Amazon Devices

## Make Money with Us
Sell products on Amazon

Sell apps on Amazon

Become an Affiliate

Become a Delivery Driver

Start a package delivery business

Advertise Your Products

Self-Publish with Us

Host an Amazon Hub

› See More Ways to Make Money

## Amazon Payment Products
Amazon Rewards Visa Signature Cards

Amazon.com Store Card

Amazon Secured Card

Amazon Business Card

Amazon Business Line of Credit

Shop with Points

Credit Card Marketplace

Reload Your Balance

Amazon Currency Converter

Promotional Financing

## Let Us Help You
Amazon and COVID-19

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Amazon Assistant

Help

**amazon**

⊕ English ‡    🇺🇸 United States

| | | | | | | |
|---|---|---|---|---|---|---|
| **Amazon Music** Stream millions of songs | **Amazon Advertising** Find, attract, and engage customers | **Amazon Drive** Cloud storage from Amazon | **6pm** Score deals on fashion brands | **AbeBooks** Books, art & collectibles | **ACX** Audiobook Publishing Made Easy | **Alexa** Actionable Analytics for the Web |
| **Sell on Amazon** Start a Selling Account | **Amazon Business** Everything For Your Business | **Amazon Fresh** Groceries & More Right To Your Door | **AmazonGlobal** Ship Orders Internationally | **Home Services** Experienced Pros Happiness Guarantee | **Amazon Ignite** Sell your original Digital Educational Resources | **Amazon Web Services** Scalable Cloud Computing Services |
| **Audible** Listen to Books & Original Audio Performances | **Book Depository** Books With Free Delivery Worldwide | **Box Office Mojo** Find Movie Box Office Data | **ComiXology** Thousands of Digital Comics | **DPReview** Digital Photography | **East Dane** Designer Men's Fashion | **Fabric** Sewing, Quilting & Knitting |
| **Goodreads** Book reviews & recommendations | **IMDb** Movies, TV & Celebrities | **IMDbPro** Get Info Entertainment Professionals Need | **Kindle Direct Publishing** Indie Digital & Print Publishing Made Easy | **Amazon Photos** Unlimited Photo Storage Free With Prime | **Prime Video Direct** Video Distribution Made Easy | **Shopbop** Designer Fashion Brands |
| **Amazon Warehouse** Great Deals on Quality Used Products | **Whole Foods Market** America's Healthiest Grocery Store | **Woot!** Deals and Shenanigans | **Zappos** Shoes & Clothing | **Ring** Smart Home Security Systems | **eero WiFi** Stream 4K Video in Every Room | **Blink** Smart Security for Every Home |
| | **Neighbors App** Real-Time Crime & Safety Alerts | **Amazon Subscription Boxes** Top subscription boxes – right to your door | **PillPack** Pharmacy Simplified | **Amazon Renewed** Like-new products you can trust | **Amazon Second Chance** Pass it on, trade it in, give it a second life | |

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2021, Amazon.com, Inc. or its affiliates



Gyroor

+ Follow

HOME     8.5" OFF ROAD HOVERBOARD     G-F1 RACING HOVERBOARD     G11 6.5" SWIFT HOVERBOARD     MORE ▾







Document title: Amazon.com: Gyroor
Capture URL: https://www.amazon.com/stores/Gyroor/page/F7856CFC-6A58-4C64-8580-51FFCB019EA1?ref_=ast_bln
Capture timestamp (UTC): Wed, 04 Aug 2021 14:34:10 GMT

Page 1 of 4

Gyroor

+ Follow    HOME    8.5" OFF ROAD HOVERBOARD    G-F1 RACING HOVERBOARD    G11 6.5" SWIFT HOVERBOARD    MORE ▾





$299⁰⁰                    $299⁰⁰





RACING HOVERBOARD

· Portable handle    · Removable battery



GYROOR G-F1 Fastest Racing Hoverboard

APP Enable/Music Speaker/LED Lights/Portable Handle/Removable Battery/Racing Sound

Currently unavailable



GYROOR G11 Swift

APP Enable/Flash Wheels/Music Speaker/LED Lights

$199⁰⁰



$249⁰⁰



GYROOR G11 Swift

APP Enable/Flash Wheels/Music Speaker/LED Lights





Gyroor

+ Follow

HOME   8.5" OFF ROAD HOVERBOARD   G-F1 RACING HOVERBOARD   G11 6.5" SWIFT HOVERBOARD   MORE ▾

GYROOR G11 Swift

APP Enable/Flash Wheels/Music
Speaker/LED Lights



$249⁰⁰  ✓prime

$15⁹⁹



G2+K1



$229⁰⁰  ✓prime

**Share**

Share this page with your friends.

    

Back to top

Get to Know Us          Make Money with Us          Amazon Payment Products          Let Us Help You

Document title: Amazon.com: Gyroor
Capture URL: https://www.amazon.com/stores/Gyroor/page/F7856CFC-6A58-4C64-8580-51FFCB019EA1?ref_=ast_bln
Capture timestamp (UTC): Wed, 04 Aug 2021 14:34:10 GMT

Gyroor

+ Follow    HOME    8.5" OFF ROAD HOVERBOARD    G-F1 RACING HOVERBOARD    G11 6.5" SWIFT HOVERBOARD    MORE ▾

**Back to top**

### Get to Know Us
Careers
Blog
About Amazon
Sustainability
Press Center
Investor Relations
Amazon Devices

### Make Money with Us
Sell products on Amazon
Sell apps on Amazon
Become an Affiliate
Become a Delivery Driver
Start a package delivery business
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Ways to Make Money

### Amazon Payment Products
Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon Secured Card
Amazon Business Card
Amazon Business Line of Credit
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter
Promotional Financing

### Let Us Help You
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help

amazon

🌐 English ⇕    🇺🇸 United States

| | | | | | | |
|---|---|---|---|---|---|---|
| **Amazon Music** Stream millions of songs | **Amazon Advertising** Find, attract, and engage customers | **Amazon Drive** Cloud storage from Amazon | **6pm** Score deals on fashion brands | **AbeBooks** Books, art & collectibles | **ACX** Audiobook Publishing Made Easy | **Alexa** Actionable Analytics for the Web |
| **Sell on Amazon** Start a Selling Account | **Amazon Business** Everything For Your Business | **Amazon Fresh** Groceries & More Right To Your Door | **AmazonGlobal** Ship Orders Internationally | **Home Services** Experienced Pros Happiness Guarantee | **Amazon Ignite** Sell your original Digital Educational Resources | **Amazon Web Services** Scalable Cloud Computing Services |
| **Audible** Listen to Books & Original Audio Performances | **Book Depository** Books With Free Delivery Worldwide | **Box Office Mojo** Find Movie Box Office Data | **ComiXology** Thousands of Digital Comics | **DPReview** Digital Photography | **East Dane** Designer Men's Fashion | **Fabric** Sewing, Quilting & Knitting |
| **Goodreads** Book reviews & recommendations | **IMDb** Movies, TV & Celebrities | **IMDbPro** Get Info Entertainment Professionals Need | **Kindle Direct Publishing** Indie Digital & Print Publishing Made Easy | **Amazon Photos** Unlimited Photo Storage Free With Prime | **Prime Video Direct** Video Distribution Made Easy | **Shopbop** Designer Fashion Brands |
| **Amazon Warehouse** Great Deals on Quality Used Products | **Whole Foods Market** America's Healthiest Grocery Store | **Woot!** Deals and Shenanigans | **Zappos** Shoes & Clothing | **Ring** Smart Home Security Systems | **eero WiFi** Stream 4K Video in Every Room | **Blink** Smart Security for Every Home |
| **Neighbors App** Real-Time Crime & Safety Alerts | | **Amazon Subscription Boxes** Top subscription boxes – right to your door | **PillPack** Pharmacy Simplified | **Amazon Renewed** Like-new products you can trust | **Amazon Second Chance** Pass it on, trade it in, give it a second life | |

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2021, Amazon.com, Inc. or its affiliates





structure that guarantees durability while keeping you for years to come.

- ALL-TERRAIN RIDES - With 8.5 inch solid tires and 700 watts motor you can be sure of a smooth and easier ride on all terrains. So, feel free to ride on grass, dirt, gravel or wet surfaces. Ride like a warrior!
- MUSIC SPEAKER INCLUDED – For the music lovers, we have added a Built-in branded high quality music speaker to allow you play your music when riding the hoverboard. No ride will be more fun than this!
- SELF BALANCING BOARD – The Self balancing technology used for this hoverboard makes it easier and safe for new riders. Master the art of balancing in minutes!
- OUR SAFETY PROMISE – This hoverboard is UL2272 certified and this means it has passed strict electrical and safety test to assure safe charging and rides. If you feel this hoverboard is performing below this promise, feel free to contact us.

☐ Report incorrect product information.



CapillusRX 312 Diode Mobile Laser Therapy Cap for Hair Regrowth - NEW…
$3,499.00 ✓prime

Sponsored ⓘ

## Frequently bought together



Total price: $422.00

[ Add all three to Cart ]

ⓘ Some of these items ship sooner than the others. Show details

- ☑ **This item:** Gyroor Warrior 8.5 inch All Terrain Off Road Hoverboard with Bluetooth Speakers and LED Lights, UL227… $299.00
- ☑ EverCross Hoverboard Seat Attachment, Hoverboard Attachments, Hoverboard Accessories Compatible with 6.5" 8" … $48.00
- ☑ EverCross Hoverboard Seat Attachment, New Gen Hoverboard Seat with Safety Brake System, Hoverboard Attachm… $75.00

## Inspired by your recent shopping trends

Page 1 of 16













CBD All-Terrain Hoverboard, Two-Wheel

TOMOLOO Hoverboard UL2272 Certified 8.5

FLYING-ANT Hoverboard, 6.5 Inch

FLYING-ANT Hoverboard, Hoverboard

SISIGAD Hoverboard Self Balancing Scooter 6.5

Document title: Amazon.com: Gyroor Warrior 8.5 inch All Terrain Off Road Hoverboard with Bluetooth Speakers and LED Lights, UL2272 Certified Self Balancing Scoot…
Capture URL: https://www.amazon.com/Gyroor-Hoverboard-Bluetooth-Certified-Balancing/dp/B0779826VN?ref_=ast_sto_dp&amp;th=1
Capture timestamp (UTC): Wed, 04 Aug 2021 14:40:30 GMT
Page 2 of 12






CBD All-Terrain Hoverboard, Two-Wheel 6.5 inch Self Balancing Hoverboard with Bluetooth and LED...
★★★★½ 297
$229.99
✓prime FREE Delivery
In Stock.

TOMOLOO Hoverboard UL2272 Certified 8.5 Inch Off Road Hoverboard App Controlled Electric Self...
★★★★½ 27
$289.99
✓prime FREE Delivery
In Stock.

FLYING-ANT Hoverboard, 6.5 Inch Self Balancing Hoverboards with Bluetooth and...
★★★★½ 1,120
$134.99-$169.99
✓prime FREE Delivery

FLYING-ANT Hoverboard, Hoverboard with Bluetooth and LED Lights Self Balancing Electric Scooter 6.5"...
★★★★½ 122
$134.99-$169.99
✓prime FREE Delivery

SISIGAD Hoverboard Self Balancing Scooter 6.5 Two-Wheel Self Balancing Hoverboard with Bluetooth Speaker for Adult Kids
★★★★½ 156
$189.99
In Stock.

## Products related to this item

Sponsored ⓘ

Page 1 of 49







Hover-1 Dream Hoverboard Electric Scooter Light Up LED Wheels , Gun Metal, 25...
★★★★½ 498
$159.99 ✓prime

Gyroor Hoverboard Offroad All Terrain Flash Wheel Self Balancing G5 Hoverboards wit...
★★★★½ 285
$249.00

XPRIT 8.5" All Terrain Off-Road Hoverboard w/Bluetooth Speaker, LED Lights, UL2272...
★★★★½ 474
$219.95 ✓prime

Hover-1 Helix Electric Hoverboard Scooter, Galaxy
★★★★½ 1,254
$179.99 ✓prime

Hover-1 Titan Electric Self-Balancing Hoverboard Scooter with 10" Tires, Gun Metal
★★★★½ 1,493
$248.00 ✓prime

# Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

## Product Description



**Gyroor** has always been dedicated to creating Hoverboards that are safety, fun and ease of use, making every family have more interaction and happy memories. With GYROOR hoverboard, that vision is now a reality. Say hello to the future.

Document title: Amazon.com: Gyroor Warrior 8.5 inch All Terrain Off Road Hoverboard with Bluetooth Speakers and LED Lights, UL2272 Certified Self Balancing Scoot...
Capture URL: https://www.amazon.com/Gyroor-Hoverboard-Bluetooth-Certified-Balancing/dp/B0779826VN?ref_=ast_sto_dp&amp;th=1
Capture timestamp (UTC): Wed, 04 Aug 2021 14:40:30 GMT
Page 3 of 12

Gyroor has always been dedicated to creating Hoverboards that are safety, fun and ease of use, making every family have more interaction and happy memories. With GYROOR hoverboard, that vision is now a reality. Say hello to the future.



## Gyroor Hoverboard is UL certified and passed all safety tests

After several researches, we found that safety is the first priority for hoverboard users. Hence, the Gyroor Warrior Off-Road Hoverboard has tested for safety, passing all tests and is UL certified, making the GYROOR warrior G2 hoverboard absolutely safe and harmless for all level of riders.



### Sturdy and Durable

Gyroor Warrior is made from durable aluminum and certain ABS parts to ensure a pretty strong body that is sure to stand the test of time. This means that you can use the hoverboard for a long time without having to bother about the longevity of the casing.

- Motor: 350W*2 Motors
- LED: Colorful LED Lights
- Max Speed: 9.95 Miles/Hour
- Charging Time: 1.5 to 2 Hours
- Distance on Full Charge: 7.5~9.5 Miles
- Safety : UL 2272 Certified Hoverboard
- Music Speaker: Pro Music Speaker
- Lithium-Ion Battery: 4.0Ah/36V Powerful Battery

### Master all terrains

- Charging Time: 1.5 to 2 Hours
- Safety : UL 2272 Certified Hoverboard
- Music Speaker: Pro Music Speaker
- Lithium-Ion Battery: 4.0Ah/36V Powerful Battery

## Master all terrains

GYROOR Warrior can handle bumpy pavements, gravel, grass, sand, and dirt paths, allowing you enjoy a smooth ride while getting the best out of your self-balancing hoverboard.



- Water Resistant: IP54
- Max Load: 265 Pounds
- Net Weight: 33 Pounds.
- Max Climbing Angle: 30 °
- Frame Material: Metal and Aluminum
- Tires: 8.5 inch/215mm Rubber Solid Tires
- Charging Voltage: AC100 to 240V/50-60Hz
- Product Dimensions: 29.6 Inch x 9.9 Inch x 8.8 Inch
- **Package Contains: All-New Vehicle, Battery Charger & Power Cord, Carry Bag, Rubber Protectors, User Manual,Card**







### Music and Lights

The great quality music speaker and beautiful LED lights add to the magnificence of this Off-Road Hoverboard.

### Powerful Motor

Powered by 350 watts powerful dual motors with solid shock absorber tires you can easily ride faster with more stability.

### Self Balancing

Its self-balancing mode helps you to get balanced in less than a minute.



Document title: Amazon.com: Gyroor Warrior 8.5 inch All Terrain Off Road Hoverboard with Bluetooth Speakers and LED Lights, UL2272 Certified Self Balancing Scoot…
Capture URL: https://www.amazon.com/Gyroor-Hoverboard-Bluetooth-Certified-Balancing/dp/B0779826VN?ref_=ast_sto_dp&amp;th=1
Capture timestamp (UTC): Wed, 04 Aug 2021 14:40:30 GMT



## SMARTEST OFF ROAD HOVERBOARD

This is the smartest hoverboard you can get in the market today as it allows full stability for even the new riders, making it a perfect gift choice and favorite for kids.

## Product details

Color: **black**

**Package Dimensions :** 39.8 x 12.3 x 10.1 inches; 31.95 Pounds

**Date First Available :** November 9, 2017

**ASIN :** B07S4KXRQR

**Best Sellers Rank:** #20,229 in Sports & Outdoors (See Top 100 in Sports & Outdoors)
    #17 in Self Balancing Scooters
    #107 in Sport Scooters

**Customer Reviews:**
⭐⭐⭐⭐½ ⌄    3,429 ratings

# Videos

Page 1 of 4

### Videos for this product









**Customer Review:** Great product, & great customer service! Highly…

Harbor Saw

Gyroor Hoverboard Warrior 8.5 inch All Terrain Off Road…

Gyroor

Fun on the go! safe commuting !

DARIO & MININA - (MEDIABOXENT)

**Customer Review:** g

The Rileys

Upload your video

**Customer Review:** Great product & great customer service! Highly...

Harbor Saw

Gyroor Hoverboard Warrior 8.5 inch All Terrain Off Road...

Gyroor

Fun on the go! safe, camp...

DARIO & MININA - (MEDIABOXENT)

**Customer Review:** G...

The Rileys

Upload your video

---

## Products related to this item

Sponsored 



   



| | | | | |
|---|---|---|---|---|
| Gyroor Hoverboard Offroad All Terrain Flash Wheel Self Balancing G5 Hoverboards wit... | Hover-1 Titan Electric Self-Balancing Hoverboard Scooter with 10" Tires, Gun Metal | Hover-1 Dream Hoverboard Electric Scooter Light Up LED Wheels , Jet Black, 25... | XPRIT 8.5" All Terrain Off-Road Hoverboard w/Bluetooth Speaker, LED Lights, UL2272... | Gyroor G2 Hoverboard 8.5" Off Road All Terrain Hoverboards Bluetooth Speaker&Self B... |
| ★★★★☆ 285 | ★★★★☆ 1,493 | ★★★★☆ 498 | ★★★★☆ 474 | ★★★★☆ 16 |
| $249.00 | $248.00 ✓prime | $159.99 ✓prime | $219.95 ✓prime | $399.00 |

Page 1 of 28

< >

---



Segway Ninebot E22 E45 Electric Kick Scooter, Lightweight and Foldable, Upgraded Motor Power, Dark Grey

★★★★☆ 106

$579.99 ✓prime

Sponsored

---

## Customer questions & answers

🔍 Have a question? Search for answers

▲
7
votes
▼

**Question:** For everyone that gave this hoverboard 4 to 5 stars, how long have you been using it without any problems?

**Answer:** 2 years, we've had it and my 13yo isn't easy on stuff. Many family members have tried it also at campgrounds. Still works great with good battery life.
By Kindle Customer on July 28, 2021

˅ See more answers (2)

▲
3
votes
▼

**Question:** What app to download? and from where? looked on android play store, and didn't find anything with the name gyroor. also, some of the answers regarding app are confusing -- some say it works with app, other say it doesn't.

**Answer:** Hello, thanks for your question. Gyroor new version hoverboard with app is on sale now, and the app name called Gyroor, it can be downloaded at smartphone store or scan the QR code at the back of the user manual.

---

˅ See more answers (2)

**3 votes**

**Question:** What app to download? and from where? looked on android play store, and didn't find anything with the name gyroor. also, some of the answers regarding app are confusing -- some say it works with app, other say it doesn't.

**Answer:** Hello, thanks for your question. Gyroor new version hoverboard with app is on sale now, and the app name called Gyroor, it can be downloaded at smartphone store or scan the QR code at the back of the user manual.
By Gyroor SELLER on July 24, 2018

˅ See more answers (4)

**2 votes**

**Question:** Why does my G2 only charge for 30 min before the charging pack says it is fully charged but the led lights are red when riding?

**Answer:** Does it still last long when riding? My son's does that but I notice that it's blue on one side and red on a other. I dont think it has to do with the charge.... His lasts several weeks before needing to recharge. He just rides off and on, not long rides.
By rose croskey on March 27, 2019

**1 vote**

**Question:** is this hoverboard FAA compliant, can it be shipped or carried aboard a commercial aircraft?

**Answer:** no hoverboard can be carried on an aircraft. EVEN if the battery power is below TSA and FAA regulation they all say the same thing "it down to the individual airline". The airlines say specifically no hoverboards. I wrote this: https://thetechieguy.com/can-travel-flight-electric-skateboard/
By Liron Segev on January 22, 2019

˅ See more answers (1)

See more answered questions (301)

---

# Customer reviews

⭐⭐⭐⭐⯨ **4.7 out of 5**

3,429 global ratings

| | | |
|---|---|---|
| 5 star | ████████ | 85% |
| 4 star | █ | 7% |
| 3 star | ▏ | 2% |
| 2 star | ▏ | 1% |
| 1 star | █ | 4% |

˅ How are ratings calculated?

## By feature

Easy to learn      ⭐⭐⭐⭐⭐ 4.8

Safety Features    ⭐⭐⭐⭐⭐ 4.8

Sturdiness         ⭐⭐⭐⭐⯨ 4.6

˅ See more

## Review this product

Share your thoughts with other customers

## Reviews with images



See all customer images

## Read reviews that mention



| battery life | hoverboard | easy to learn | highly recommend | son loves |
|---|---|---|---|---|
| heavy duty | old son | easy to use | well built | self balancing |
| great hoverboard | absolutely loves | old daughter | worth the money | |

## Top reviews from the United States

Amazon Customer

⭐⭐⭐⭐⭐ **BEST hoverboard!!**
Reviewed in the United States on August 15, 2018
Color: black | **Verified Purchase**

We got this for our 13 yr old daughter! We love the app you can download on your smartphone. The app has a self balancing mode, adult mode, you can set the speed limit, change LED lights, shut

## Sturdiness

⌄ See more

## Review this product

Share your thoughts with other customers

> Write a customer review



Belifu Dual Channel Tens Unit Electro Mu...

⭐⭐⭐⭐½ 3,297

$39.99 ✓prime

> Add to Cart

Sponsored ⓘ

---

 Amazon Customer

⭐⭐⭐⭐⭐ **BEST hoverboard!!**

Reviewed in the United States on August 15, 2018

Color: black | **Verified Purchase**

We got this for our 13 yr old daughter! We love the app you can download on your smartphone. The app has a self balancing mode, adult mode, you can set the speed limit, change LED lights, shut the hoverboard down and a few other functions. We think it is a lot better than the others because of the rubber tires. My daughter even brings it in (after cleaning the tires) and rides it around on our hardwood floors with no damage to them. The speakers on it are great too!!

131 people found this helpful

> Helpful | Report abuse

---

Sam Thomas

⭐⭐⭐⭐☆ **Great Product**

Reviewed in the United States on November 27, 2018

Color: black | **Verified Purchase**

This was my first hover board wasn't sure how long it would take me to learn to ride it. After like 30 minutes of training on my own against a wall I was able to ride it with no problems.

The only thing I find bad about this hover board is that every time it starts up it makes a really loud starting indicator noise and says Bluetooth on which I wish I could switch off. Also sometimes when I get off and if it hits something it keeps beeping and won't stop until I power off and back on again.

Apart from these two things I think the hover board is pretty great.

103 people found this helpful

> Helpful | Report abuse

---

 Joe M

⭐⭐⭐⭐⭐ **Best Hoverboard on the market**

Reviewed in the United States on September 12, 2018

Color: black | **Verified Purchase**

This Hoverboard is absolutely the best on the market. Its fast and extremely sturdy. Made of quality materials. The Hoverboard is a bit pricey compared to the cheap plastic knockoffs, but you get what you pay for. Would purchase again and I definitely recommend this product.

P..s.

You can charge the battery from 0 to 100 real quick. Yeah under 3 hours and u get approx. 10 miles with a full charge.

113 people found this helpful

> Helpful | Report abuse

---

 Jennifer

⭐⭐⭐⭐⭐ **Worth it!**

Reviewed in the United States on August 3, 2018

Color: black | **Verified Purchase**

Easy to use once you get the hang of it. Lights are awesome as is the sound system. Getting the app on an iPhone was a bit difficult. Self balancing feature nice. Functionality is bar none. Doesn't work too well on the grass, haven't tried on gravel. App works well, wish it could change to mph instead of kph.





Reviewed in the United States on August 3, 2018
Color: black | **Verified Purchase**

Easy to use once you get the hang of it. Lights are awesome as is the sound system. Getting the app on an iPhone was a bit difficult. Self balancing feature nice. Functionality is bar none. Doesn't work too well on the grass, haven't tried on gravel. App works well, wish it could change to mph instead of kph.



111 people found this helpful

| Helpful | Report abuse |
|---------|--------------|

---

Sissy

★☆☆☆☆ **Problems with Shaking and stopping**
Reviewed in the United States on October 9, 2018
Color: red | **Verified Purchase**

I bought 2 of these hover boards for Christmas during the Amazon customer appreciation event in July. In October the kids just couldn't wait any longer so I gave them their boards early while the weather was still nice. They loved them! However within a few hours of using them, one of the boards was shaking and stopping. My grandson has fallen off twice and injured himself because of this defect. I would love to give this 5 stars because it is well made and the kids love them. But the shaking and stopping is not safe and negates any Positive benefits. We have tried to contact seller but not successful yet.

68 people found this helpful

| Helpful | Report abuse |
|---------|--------------|

---

 T. Sutherland

★★★★★ **Super fun!**
Reviewed in the United States on August 9, 2018
Color: black | **Verified Purchase**

Bought this because hubby was jealous of our boy's hover board. The higher weight capacity and off road tires are a huge selling point. Easier to ride than the smaller kid size, more stable feeling. Had an issue with the charging port but Gyroor took care of it no problem!

102 people found this helpful

| Helpful | Report abuse |
|---------|--------------|

---

 Liron Segev ✓

★★★★★ **such a great hoverboard! very easy to ride even for a ...**
Reviewed in the United States on July 10, 2018
Color: red | **Verified Purchase**

such a great hoverboard! very easy to ride even for a first-time rider and my kids just got on and within minutes they were zipping around the house. Great quality, cool lights give it that futuristic look and it seems to hold a charge for a long time. The tires are massive which gives the board a really good height, comfortable ride, and even riding outside on lawn is no problem. Highly recommended!

99 people found this helpful

| Helpful | Report abuse |
|---------|--------------|

within minutes they were zipping around the house. Great quality, cool lights give it that futuristic vibe and it even has a speaker to play music off of. The 8.5 inch wheels give the board a really good height, comfortable ride, and even riding outside on lawn is no problem. Highly recommended!

99 people found this helpful

| Helpful | Report abuse |
| --- | --- |

 Amazon Customer

⭐⭐⭐⭐⭐ **Built tough with a smooth ride**

Reviewed in the United States on December 7, 2018

Color: black | Verified Purchase

Heavy duty built with a smooth ride. I bought for my my 10 year old and she loves it. The parents love it too. I love that it comes with it's own totes bag!

90 people found this helpful

| Helpful | Report abuse |
| --- | --- |

See all reviews ›

## 4 stars and above

Sponsored ⓘ

Page 1 of 18















**XPRIT 8.5" All Terrain Off-Road Hoverboard w/Bluetooth Speaker, LED Lights, UL2272...**
⭐⭐⭐⭐½ 474
$219.95 ✓prime

**Hover-1 Drive Hoverboard for Kids Self Balancing Electric Hoverboard, Black (H1...**
⭐⭐⭐⭐½ 1,184
$159.99 ✓prime

**Gyroor Hoverboard Offroad All Terrain Flash Wheel Self Balancing G5 Hoverboards wit...**
⭐⭐⭐⭐½ 285
$249.00

**Hover-1 Titan Electric Self-Balancing Hoverboard Scooter with 10" Tires, Gun Metal**
⭐⭐⭐⭐½ 1,493
$248.00 ✓prime

**Segway Ninebot S Smart Self-Balancing Electric Scooter with LED light, Portable and...**
⭐⭐⭐⭐½ 1,639
$539.99 ✓prime

 Belifu Dual Channel Tens Unit Electro Mu...
⭐⭐⭐⭐½ 3,297
$39.99 ✓prime
[ Add to Cart ]

Sponsored ⓘ

**Pages with related products.** See and discover other items: Best off road scooters for adults



Document title: Amazon.com: Gyroor Warrior 8.5 inch All Terrain Off Road Hoverboard with Bluetooth Speakers and LED Lights, UL2272 Certified Self Balancing Scoot…
Capture URL: https://www.amazon.com/Gyroor-Hoverboard-Bluetooth-Certified-Balancing/dp/B0779826VN?ref_=ast_sto_dp&amp;th=1
Capture timestamp (UTC): Wed, 04 Aug 2021 14:40:30 GMT

Page 11 of 12







Seway Scooter Kickstand Fit for miniPRO miniLITE, Parking Stand Compatible for Electric Self Balance Scooter,…
★★★★☆ 355
$9.99
✓prime FREE One-Day
In Stock.

KECUCO Handlebar Extension Knee Bar for SegwayminiPRO/ 2018 Edition/ 2019 Segway/Segway S.
★★★★☆ 228
$56.57
✓prime FREE Delivery
In Stock.

sublue WhiteShark Mix Underwater Scooter Dual Motors, Action Camera Compatible, Water Sports…
★★★★☆ 270
$689.00
✓prime FREE Delivery
In Stock.

hurkins Orbit, 180° Wide Angle 1000 Lumens Rechargeable Waterproof LED Headlamp. Great for…
★★★★☆ 661
$65.90
✓prime Overnight by 8AM
In Stock.

WINDEK SUBLUE WhiteShark Mix Underwater Scooter with Action Camera Mount Dual Motor 40M…
★★★★☆ 88
$699.99
✓prime FREE Delivery
In Stock.

## Inspired by your browsing history

Page 1 of 10








Hover-1 Buggy Attachment for Transforming Hoverboard Scooter into Go-Kart
★★★★☆ 6,769
$49.94
✓prime FREE Delivery
In Stock.

Hiboy HC-01 Hoverboard Kart Seat Attachment Accessory for 6.5" 8" 10" Two Wheel Self Balancing Scooter
★★★★☆ 1,919
$89.99
✓prime FREE Delivery
In Stock.

Gyroor K1 Hoverboard Seat Attachment, Hover Board Accessory Go Kart with Adjustable Frame Length Compatible…
★★★★★ 6
$89.99
✓prime FREE Delivery
In Stock.

Hover-1 Buggy Attachment for Transforming Hoverboard Scooter into Go-Kart
★★★★☆ 6,769
$49.94-$149.98
✓prime FREE Delivery

XPRIT 8.5" All Terrain Off-Road Hoverboard w/Bluetooth Speaker, LED Lights, UL2272 Certified
$279.95
✓prime FREE Delivery
Only 2 left in stock - order soon.

## Your Browsing History View or edit your browsing history

Page 1 of 7








Back to top

**Get to Know Us**
Careers
Blog

**Make Money with Us**
Sell products on Amazon

**Amazon Payment Products**
Amazon Rewards Visa Signature Cards

**Let Us Help You**
Amazon and COVID-19

Document title: Amazon.com: Gyroor Warrior 8.5 inch All Terrain Off Road Hoverboard with Bluetooth Speakers and LED Lights, UL2272 Certified Self Balancing Scoot…
Capture URL: https://www.amazon.com/Gyroor-Hoverboard-Bluetooth-Certified-Balancing/dp/B0779826VN?ref_=ast_sto_dp&amp;th=1
Capture timestamp (UTC): Wed, 04 Aug 2021 14:40:30 GMT
Page 12 of 12





branded high-quality Music Bluetooth Speaker and

- Self-balance hoverboards: Specially designed for beginners and kids, it's easy to learn and maintain balance. It can go straight, rotate and rotate 360 degrees, best hoverboard for kids ages 6-12 and adults, everyone can drive well.
- Warranty: One year warranty for the hoverboard, six months warranty for the battery.Best gift for kids and adults as Halloween, Christmas, Thanksgiving, Birthday Gift.

safe riding.

New (2) from $249.00 Prime FREE Delivery

💬 Report incorrect product information.

Roll over image to zoom in



XPRIT 6.5" Self Balancing Hoverboard w/Bluetooth Speaker, LED Light...
⭐⭐⭐⭐☆ 96
$109.95 ✓prime

Sponsored ⓘ

Prime FREE Delivery

Have one to sell?

Sell on Amazon

Hover-1 Chrome Electric Hoverboard Scooter
⭐⭐⭐⭐½ 1,050
$199.00 ✓prime

Sponsored ⓘ

## Frequently bought together



Total price: $597.94

Add all three to Cart

ⓘ Some of these items ship sooner than the others. Show details

☑ **This item:** Gyroor Hoverboard Offroad All Terrain Flash Wheel Self Balancing G5 Hoverboards with Bluetooth Speak... $249.00
☑ Hover-1 Buggy Attachment for Transforming Hoverboard Scooter into Go-Kart $49.94
☑ Gyroor Warrior 8.5 inch All Terrain Off Road Hoverboard with Bluetooth Speakers and LED Lights, UL2272 Certified ... $299.00

## Inspired by your recent shopping trends

Page 1 of 18








‹

TOMOLOO Hoverboard UL2272 Certified 8.5 Inch Off Road Hoverboard App Controlled Electric Self...
⭐⭐⭐⭐½ 27
$289.99
✓prime FREE Delivery
In Stock.

GYROOR T581 Hoverboard 6.5" Off Road All Terrain Hoverboards with Bluetooth Speaker&LED Lights Two-Wheel Self...
⭐⭐⭐⭐½ 753
$279.00
In stock.

Hover-1 Titan Electric Self-Balancing Hoverboard Scooter
⭐⭐⭐⭐½ 1,494
$248.99
✓prime FREE Delivery
In Stock.

Hover-1 Falcon 1 Hoverboard Seat Attachment Turbo Light, Transform Your Hoverboard into Go-Kart
⭐⭐⭐⭐½ 1,157
$80.96
✓prime FREE Delivery
In Stock.

Gyroor T581 Hoverboard 6.5" Off Road All Terrain Hoverboard with Bluetooth Speaker and Two-Wheel Self Balancing Hoverboard...
⭐⭐⭐⭐½ 1,085
$229.00
In stock.

›

TOMOLOO Hoverboard UL227... 
Inch Off Road Hoverboard App Controlled Electric Self...
★★★★☆ 27
$289.99
✓prime FREE Delivery
In Stock.

GYROOR T581 Hoverboard... 
Road All Terrain Hoverboards with Bluetooth Speaker&LED Lights Two-Wheel Self...
★★★★☆ 753
$279.00
In stock.

Hover-1 Titan Electric Hoverboard Scooter 
★★★★☆ 1,494
$248.99
✓prime FREE Delivery
In Stock.

Hover-1 Falcon 1 ... 
Attachment Turbo Light, Transform Your Hoverboard into Go-Kart
★★★★☆ 1,157
$80.96
✓prime FREE Delivery
In Stock.

Gyroor T581 Hoverboard ... Terrain 
Hoverboard with Bluetooth Speaker and Two-Wheel Self Balancing Hoverboard...
★★★★☆ 1,085
$229.00
In stock. 

## Products related to this item

Sponsored ⓘ

Page 1 of 49



‹

Hover-1 Chrome 2.0 Hoverboard Electric Scooter, Gun Metal, 26 x 9.8 x 10
★★★★☆ 769
$199.99 ✓prime

Hover-1 i100 Electric Hoverboard Scooter with Infinity LED Wheel Lights, Galaxy
★★★★☆ 652
$219.99 ✓prime

TOMOLOO Hoverboard with Bluetooth and Lights, Smart APP Hover Board with UL2272 Cer...
★★★★☆ 46
$209.99 ✓prime

Hover-1 Ultra Electric Self-Balancing Hoverboard Scooter, Blue, 24 x 9 x 9.5 inches
★★★★☆ 2,848
$179.00 ✓prime

XPRIT 8.5" All Terrain Off-Road Hoverboard w/Bluetooth Speaker, LED Lights, UL2272...
★★★★☆ 1,000
$229.95 ✓prime

›

# Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

## Product details

Color: Colorful LED tire-black

**Date First Available :** February 4, 2021

**Manufacturer :** Gyroor

**ASIN :** B099SB6BMZ

**Best Sellers Rank:** #35,820 in Sports & Outdoors (See Top 100 in Sports & Outdoors)
#36 in Self Balancing Scooters
#189 in Sport Scooters

**Customer Reviews:**
★★★★☆ ˅    285 ratings

# Videos

Page 1 of 4

**Videos for this product**


1:05

**Videos for related products**


1:02


5:13



‹    ›

Document title: Amazon.com: Gyroor Hoverboard Offroad All Terrain Flash Wheel Self Balancing G5 Hoverboards with Bluetooth Speaker, UL 2272 Certified Best Gift fo…
Capture URL: https://www.amazon.com/Gyroor-Hoverboard-Balancing-Hoverboards-Bluetooth/dp/B08NSHNKTN?ref_=ast_sto_dp&amp;th=1
Capture timestamp (UTC): Wed, 04 Aug 2021 14:59:38 GMT
Page 3 of 10

**Videos for this product**     **Videos for related products**






Gyroor G5 off road all terrain hoverboard

Fengchi-US

Self Balancing Scooter

SFSOFTINC

OXA Hoverboard - UL2272 Certified Self Balancing Scooter, ...

Tabstore

Tomoloo K1 hover b self balancing hover

Tomoloo Flagship

Upload your video

## Products related to this item

Sponsored ⓘ

Page 1 of 28









| Hover-1 Titan Electric Self-Balancing Hoverboard Scooter with 10" Tires, Blue | Hover-1 Helix Electric Hoverboard Scooter, Gun Metal | Hover-1 H1 Hoverboard Electric Scooter , Iridescent , 25 x 9.4 x 9.2 | Hover-1 Chrome 2.0 Hoverboard Electric Scooter, Gun Metal, 26 x 9.8 x 10 | Hover-1 Ultra Electric Self-Balancing Hoverboard Scooter, Blue, 24 x 9 x 9.5 inches |
|---|---|---|---|---|
| ★★★★½ 1,493 | ★★★★½ 430 | ★★★★½ 2,400 | ★★★★½ 769 | ★★★★½ 2,848 |
| $249.99 ✔prime | $174.00 ✔prime | $191.99 ✔prime | $199.99 ✔prime | $179.00 ✔prime |



Hover Hoverboard Electric Scooter

★★★★½ 2,401

$191.99 ✔prime

Sponsored ⓘ

## Customer questions & answers

🔍 Have a question? Search for answers



1 vote

**Question:**    What is the range on full battery

**Answer:**    A recent trip was 2.2 miles total on asphalt with 1 very steep hill, and two medium hills. The rider was a child that weighs about 65 pounds. This used about 50% of the battery life. In Roughly 1 1/2 hours use.
By Ivan Giddings on January 22, 2021

▲
1
vote
▼

**Question:** What is the range on full battery

**Answer:** A recent trip was 2.2 miles total on asphalt with 1 very steep hill, and two medium hills. The rider was a child that weighs about 65 pounds. This used about 50% of the battery life. In Roughly 1 1/2 hours use.
By Ivan Giddings on January 22, 2021

ˇ See more answers (1)

▲
0
votes
▼

**Question:** how much does it weigh ?

**Answer:** Hell friends, the hoverboard is 20lb, and it can hold 44-220lb, thanks!
By Fengchi-US SELLER on February 9, 2021

▲
0
votes
▼

**Question:** How long does the battery last?

**Answer:** Hello friends, the battery is 4.0Ah / 36V 144WH 20 cell strong battery, it can last about 1-3 hours, and it is depend on the rider's weight and road surface conditions, thanks!
By Fengchi-US SELLER on December 11, 2020

▲
0
votes
▼

**Question:** What is the maximum speed the hoverboard can go?

**Answer:** It's fast my teenage daughter has yet to get it maxed on speed guessing 10 to possibly 15 mph on flat gnd
By Mr Salty on April 19, 2021

See more answered questions (15)

## Customer reviews

★★★★½ 4.4 out of 5

285 global ratings

| | |
|---|---|
| 5 star | 78% |
| 4 star | 5% |
| 3 star | 5% |
| 2 star | 2% |
| 1 star | 10% |

ˇ How are ratings calculated?

### By feature

Easy to learn    ★★★★½ 4.6

Battery life    ★★★★½ 4.5

Sturdiness    ★★★★½ 4.5

### Review this product

Share your thoughts with other customers

Write a customer review

### Reviews with images



See all customer images

### Read reviews that mention

year old    battery life    hoverboard    easy to learn    christmas gift

old son    daughter loves    highly recommend    self balancing

christmas present    play music    child mode    heavy duty    left side

### Top reviews from the United States

Larry

★★★★★ Are you still looking for a hover board? you can stop now!
Reviewed in the United States on December 15, 2020
Color: Soild tire-blue | Verified Purchase



OK I don't know where to start but before I was buying hoverboards on the Amazon and those Hoverboards have been working the most for couple

Larry

⭐⭐⭐⭐⭐ **Are you still looking for a hover board? you can stop now!**
Reviewed in the United States on December 15, 2020
Color: Soild tire-blue | **Verified Purchase**



OK I don't know where to start but before I was buying hoverboards on the Amazon and those Hoverboards have been working the most for couple months before they break. I even told my kids I'm not buying hoverboards anymore! Because it's a waste of money, they just keep breaking!
Until I bought GYROOR hoverboard! I bought one for my son and he loved it! So my second son asked me to buy one for him too. So it has been six months since we own GYROOR hoverboards and

did not have any problem!

 Read more





38 people found this helpful

Helpful | Report abuse

os

⭐⭐⭐☆☆ **OK but not for cart attachment.**
Reviewed in the United States on January 21, 2021
Color: Soild tire-black | **Verified Purchase**

I like that it is easy to use once you learn to get on it. I thought I had mastered it after using it a few minutes but then I went on it to show my son and I went down hard. I don't know if I stepped on it wrong but I have not had any other accidents like that. Plus, I have been keeping it on the children mode which I think helps.
The speakers sound good!
The child setting is best for learning. It "limits" the speed to 3.6 MPH. I say "limit because" it doesn't really limit the speed. More on that later.

I choose this model because I thought it is capable of going 10mph but frankly, I don't feel safe going over maybe 6 mph.

Now on to the things that disappointed me.
I purchased this with the plan to use it with a cart attachment but when attached a cart to it, I found it difficult to control. The hoverboard would speed up very rapidly even when set to children

Read more

6 people found this helpful

Helpful | Report abuse

Andrey S.

⭐⭐☆☆☆ **Very unhappy with this hoverboard.**

Review this product
Share your thoughts with other customers

Write a customer review


HIBOY
*Easy to fold and stow with great safety*
Hiboy S2 Pro Electric Scooter - 10" Solid ...
⭐⭐⭐⭐½ 1,526
"...pretty good battery life and speed depending..."
Sponsored

∨ Read more

6 people found this helpful

> [ Helpful ]  |  Report abuse

 Andrey S.

★★☆☆☆  **Very unhappy with this hoverboard.**

Reviewed in the United States on March 12, 2021

Color: Solid tire-blue  |  **Verified Purchase**

I bought this hoverboard for my 2 kids.

It arrived fairly quickly and the packaging was OK.

The first problem: one side of the power supply cord was missing (power outlet plug to power transformer). I felt like returning it right then, but the kids really wanted to try it out so I had to create a makeshift connector using an old laptop power cable to charge the battery up. It took about 3 hours until it was fully charged. I emailed the seller and they sent me an entire power supply in about a week.

This unit worked OK for about 2 weeks and then, suddenly, it stopped balancing, meaning the left side was tilted forward at all times while the right side was level to the ground. It was still possible to ride it, but it just wasn't right. I tried re-setting it using the manual provided to no avail. At that point I decided to return it.

Couple more notes that are not critical, but should be a good FYI for those who consider investing in this thing:

∨ Read more

4 people found this helpful

> [ Helpful ]  |  Report abuse

**See all reviews ›**

**4 stars and above**

Page 1 of 15

Sponsored ⓘ



Hover-1 Titan Electric Self-Balancing Hoverboard Scooter with 10" Tires, Blue
★★★★½ 1,493
$249.99 ✓prime

Hover-1 Helix Electric Hoverboard Scooter, Galaxy
★★★★½ 1,254
$179.99 ✓prime

Hover-1 H1 Hoverboard Electric Scooter
★★★★½ 2,400
$224.99 ✓prime

Hover-1 Chrome Electric Hoverboard Scooter Blue, 26 x 9.8 x 10
★★★★½ 1,050
$181.30 ✓prime

SISIGAD Hoverboard with Bluetooth Speaker and Led Lights, Smart 6.5" Self-Balancing...
★★★★½ 908
$139.99 ✓prime

Hover-1 Hoverboard Bluetooth Speaker S...
★★★★☆ 138
$199.99 ✓prime
[ Shop now ]

Sponsored ⓘ

**Explore more items**

Page 1 of 4

Document title: Amazon.com: Gyroor Hoverboard Offroad All Terrain Flash Wheel Self Balancing G5 Hoverboards with Bluetooth Speaker, UL 2272 Certified Best Gift fo…
Capture URL: https://www.amazon.com/Gyroor-Hoverboard-Balancing-Hoverboards-Bluetooth/dp/B08NSHNKTN?ref_=ast_sto_dp&amp;th=1
Capture timestamp (UTC): Wed, 04 Aug 2021 14:59:38 GMT

Page 7 of 10

Hover-1 Hoverboard Bluetooth Speaker S...
★★★★☆ 156
$199.99 ✓prime
Shop now
Sponsored ⓘ

## Explore more items

Page 1 of 4

< 







 >

**Luminous Wall Clock - 14'' Extra Large Wall Clocks with Glowing Function LCD Display - Silent Movement for…**
★★★★☆ 261
$36.99
✓prime Overnight by 8AM
In Stock.

**Emerson Quiet Kool EARC15RSE1 SMART 15,000 BTU 115V Window Air Conditioner with Remote, Wi-Fi,…**
★★★★☆ 83
$599.99
Prime FREE Delivery
In stock soon.

**Comfort Zone CZHV20BK 20-inch 3-Speed High-Velocity Floor Fan with 360-Degree Adjustable Tilt**
★★★★☆ 2,673
$62.99
In Stock.

**Maxx Air Extreme Power Industrial Pedestal Fan | Heavy Duty 30" Stand Fan, 4800 CFM**
★★★★☆ 289
$189.99
In Stock.

**Caferria LED Tactical Flashlight 1000 Lumens Electric Torch Ultra-Bright Handheld Travel Flashlight…**
★★★★☆ 1,928
$15.98
✓prime FREE One-Day
In Stock.

## Inspired by your browsing history

Page 1 of 10

<







>

**Hover-1 Buggy Attachment for Transforming Hoverboard Scooter into Go-Kart**
★★★★☆ 6,769
$49.94
✓prime FREE Delivery
In Stock.

**Hiboy HC-01 Hoverboard Kart Seat Attachment Accessory for 6.5" 8" 10" Two Wheel Self Balancing Scooter**
★★★★☆ 1,919
$89.99
✓prime FREE Delivery
In Stock.

**Gyroor K1 Hoverboard Seat Attachment, Hover Board Accessory Go Kart with Adjustable Frame Length Compatible…**
★★★★★ 6
$89.99
✓prime FREE Delivery
In Stock.

**Hover-1 Buggy Attachment for Transforming Hoverboard Scooter into Go-Kart**
★★★★☆ 6,769
$49.94 - $149.98
✓prime FREE Delivery

**XPRIT 8.5" All Terrain Off-Road Hoverboard w/Bluetooth Speaker, LED Lights, UL2272 Certified**
★★★★☆ 279.95
✓prime FREE Delivery
Only 2 left in stock - order soon.

## Your Browsing History  View or edit your browsing history

Page 1 of 7












Document title: Amazon.com: Gyroor Hoverboard Offroad All Terrain Flash Wheel Self Balancing G5 Hoverboards with Bluetooth Speaker, UL 2272 Certified Best Gift fo…
Capture URL: https://www.amazon.com/Gyroor-Hoverboard-Balancing-Hoverboards-Bluetooth/dp/B08NSHNKTN?ref_=ast_sto_dp&amp;th=1
Capture timestamp (UTC): Wed, 04 Aug 2021 14:59:38 GMT
Page 8 of 10



Back to top

## Get to Know Us

Careers

Blog

About Amazon

Sustainability

Press Center

Investor Relations

Amazon Devices

## Make Money with Us

Sell products on Amazon

Sell apps on Amazon

Become an Affiliate

Become a Delivery Driver

Start a package delivery business

Advertise Your Products

Self-Publish with Us

Host an Amazon Hub

› See More Ways to Make Money

## Amazon Payment Products

Amazon Rewards Visa Signature Cards

Amazon.com Store Card

Amazon Secured Card

Amazon Business Card

Amazon Business Line of Credit

Shop with Points

Credit Card Marketplace

Reload Your Balance

Amazon Currency Converter

Promotional Financing

## Let Us Help You

Amazon and COVID-19

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Amazon Assistant

Help

  English   United States

| | | | | | | |
|---|---|---|---|---|---|---|
| **Amazon Music** Stream millions of songs | **Amazon Advertising** Find, attract, and engage customers | **Amazon Drive** Cloud storage from Amazon | **6pm** Score deals on fashion brands | **AbeBooks** Books, art & collectibles | **ACX** Audiobook Publishing Made Easy | **Alexa** Actionable Analytics for the Web |
| **Sell on Amazon** Start a Selling Account | **Amazon Business** Everything For Your Business | **Amazon Fresh** Groceries & More Right To Your Door | **AmazonGlobal** Ship Orders Internationally | **Home Services** Experienced Pros Happiness Guarantee | **Amazon Ignite** Sell your original Digital Educational Resources | **Amazon Web Services** Scalable Cloud Computing Services |
| **Audible** Listen to Books & Original Audio Performances | **Book Depository** Books With Free Delivery Worldwide | **Box Office Mojo** Find Movie Box Office Data | **ComiXology** Thousands of Digital Comics | **DPReview** Digital Photography | **East Dane** Designer Men's Fashion | **Fabric** Sewing, Quilting & Knitting |
| **Goodreads** Book reviews & recommendations | **IMDb** Movies, TV & Celebrities | **IMDbPro** Get Info Entertainment Professionals Need | **Kindle Direct Publishing** Indie Digital & Print Publishing Made Easy | **Amazon Photos** Unlimited Photo Storage Free With Prime | **Prime Video Direct** Video Distribution Made Easy | **Shopbop** Designer Fashion Brands |
| **Amazon Warehouse** Great Deals on Quality Used Products | **Whole Foods Market** America's Healthiest Grocery Store | **Woot!** Deals and Shenanigans | **Zappos** Shoes & Clothing | **Ring** Smart Home Security Systems | **eero WiFi** Stream 4K Video in Every Room | **Blink** Smart Security for Every Home |
| | **Neighbors App** Real-Time Crime & Safety Alerts | **Amazon Subscription Boxes** Top subscription boxes – right to your door | **PillPack** Pharmacy Simplified | **Amazon Renewed** Like-new products you can trust | **Amazon Second Chance** Pass it on, trade it in, give it a second life | |

Back to top

## Get to Know Us

Careers

Blog

About Amazon

Sustainability

Press Center

Investor Relations

Amazon Devices

## Make Money with Us

Sell products on Amazon

Sell apps on Amazon

Become an Affiliate

Become a Delivery Driver

Start a package delivery business

Advertise Your Products

Self-Publish with Us

Host an Amazon Hub

› See More Ways to Make Money

## Amazon Payment Products

Amazon Rewards Visa Signature Cards

Amazon.com Store Card

Amazon Secured Card

Amazon Business Card

Amazon Business Line of Credit

Shop with Points

Credit Card Marketplace

Reload Your Balance

Amazon Currency Converter

Promotional Financing

## Let Us Help You

Amazon and COVID-19

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Amazon Assistant

Help

amazon

🌐 English ⇕     🇺🇸 United States

| | | | | | | |
|---|---|---|---|---|---|---|
| Amazon Music<br>Stream millions<br>of songs | Amazon<br>Advertising<br>Find, attract,<br>and<br>engage<br>customers | Amazon Drive<br>Cloud storage<br>from Amazon | 6pm<br>Score deals<br>on fashion brands | AbeBooks<br>Books, art<br>& collectibles | ACX<br>Audiobook Publishing<br>Made Easy | Alexa<br>Actionable<br>Analytics<br>for the Web |
| Sell on Amazon<br>Start a Selling<br>Account | Amazon<br>Business<br>Everything<br>For<br>Your Business | Amazon Fresh<br>Groceries & More<br>Right To Your Door | AmazonGlobal<br>Ship Orders<br>Internationally | Home Services<br>Experienced<br>Pros<br>Happiness<br>Guarantee | Amazon Ignite<br>Sell your original<br>Digital Educational<br>Resources | Amazon Web<br>Services<br>Scalable Cloud<br>Computing<br>Services |
| Audible<br>Listen to Books &<br>Original<br>Audio<br>Performances | Book<br>Depository<br>Books With<br>Free<br>Delivery<br>Worldwide | Box Office Mojo<br>Find Movie<br>Box Office Data | ComiXology<br>Thousands of<br>Digital Comics | DPReview<br>Digital<br>Photography | East Dane<br>Designer Men's<br>Fashion | Fabric<br>Sewing,<br>Quilting<br>& Knitting |
| Goodreads<br>Book reviews<br>&<br>recommendations | IMDb<br>Movies, TV<br>& Celebrities | IMDbPro<br>Get Info Entertainment<br>Professionals Need | Kindle Direct<br>Publishing<br>Indie Digital & Print<br>Publishing<br>Made Easy | Amazon<br>Photos<br>Unlimited<br>Photo Storage<br>Free With Prime | Prime Video Direct<br>Video Distribution<br>Made Easy | Shopbop<br>Designer<br>Fashion Brands |
| Amazon<br>Warehouse<br>Great Deals on<br>Quality Used<br>Products | Whole Foods<br>Market<br>America's<br>Healthiest<br>Grocery Store | Woot!<br>Deals and<br>Shenanigans | Zappos<br>Shoes &<br>Clothing | Ring<br>Smart Home<br>Security<br>Systems | eero WiFi<br>Stream 4K Video<br>in Every Room | Blink<br>Smart Security<br>for Every Home |
| | Neighbors<br>App<br>Real-Time<br>Crime<br>& Safety<br>Alerts | Amazon Subscription<br>Boxes<br>Top subscription boxes –<br>right to your door | PillPack<br>Pharmacy<br>Simplified | Amazon<br>Renewed<br>Like-new<br>products<br>you can trust | Amazon Second Chance<br>Pass it on, trade it in, give<br>it a second life | |

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2021, Amazon.com, Inc. or its affiliates

amazon
prime



Hello, Arthur
Account & Lists

Returns
& Orders

0
Cart

Deliver to Arthur
Chicago 60605

Shop low prices for school

All | Customer Service | Prime Video | Gift Cards | Arthur's Amazon.com | Shopper Toolkit | Outdoor Recreation

Sports & Outdoors | Sports & Fitness | Outdoor Recreation | Sports Fan Shop | Sports Deals | Outdoor Deals

Students and government assistance recipients
could save 50% on Prime

Sports & Outdoors › Outdoor Recreation › Skates, Skateboards & Scooters › Scooters & Equipment › Scooters



Roll over image to zoom in

# Gyroor Hoverboard Offroad All Terrain Flash Wheel Self Balancing G5 Hoverboards with Bluetooth Speaker, UL 2272 Certified Best Gift for Kids and Adults.

Visit the Gyroor Store

★★★★☆ ▾ | 285 ratings | 19 answered questions

Price: **$249.00**

Coupon ☐ Save an extra $50.00 when you apply this coupon.
Details

**Get 5% back ($12.45 in rewards)** on the amount charged to your Amazon Prime Rewards Visa Signature Card.

Color: **Soild tire-black**

  

| | |
|---|---|
| **Brand** | Gyroor |
| **Color** | Soild tire-black |
| **Product Dimensions** | 25.98 x 9.45 x 9.25 inches; 2 Pounds |
| **Wheel Size** | 6 Inches |
| **Maximum Weight Recommendation** | 2 Pounds |

## About this item

- Offroad All-terrian Tire: 6.5" wheels with 600W all terrain off road high-quality rubber tires, you can ride gravel and sandy terrain, even ride up-hill up to a 15-degree slope.
- ALL-TERRAIN RIDES : With 6.5 inch solid tires and 600 watts motor you can be sure of a smooth and easier ride on all terrains. So, feel free to ride on grass, dirt, gravel or wet surfaces.
- Mucic bluetooth and Smart APP: Hover board Built-in branded high-quality Music Bluetooth Speaker and Gyroor APP to allow you to enjoy your favorite music in a safe riding.
- Self-balance hoverboards: Specially designed for beginners and kids, it's easy to learn and maintain balance. It can go straight, rotate and rotate 360 degrees, best hoverboard for kids ages 6-12 and adults, everyone can drive well.
- Warranty: One year warranty for the hoverboard, six months warranty for the battery.Best gift for kids and

Share ✉ 🟦 🐦 📌

**$249.00**

FREE delivery: **Aug 30 - Sep 21**

Fastest delivery: **Aug 13 - 18**

⊙ Deliver to Arthur - Chicago 60605

**In stock.**
Usually ships within 4 to 5 days.

Qty: 1 ▾

Add to Cart

Buy Now

🔒 Secure transaction

Ships from    runjinjia-us
Sold by      runjinjia-us

Return policy: Eligible for Return, Refund or Replacement. ▾

**Add a Protection Plan:**
☐ 2-Year Protection for $24.99

Add to List                    ▾

Have one to sell?

Sell on Amazon



XPRIT 6.5" Self Balancing Hoverboard w/Bluetooth…

 96

$109.95 ✓prime

Sponsored ⓘ



- Self-balance hoverboards: Specially designed for beginners and kids, it's easy to learn and maintain balance. It can go straight, rotate and rotate 360 degrees, best hoverboard for kids ages 6-12 and adults, everyone can drive well.
- Warranty: One year warranty for the hoverboard, six months warranty for the battery.Best gift for kids and adults as Halloween, Christmas, Thanksgiving, Birthday Gift.

⚠ Report incorrect product information.

CBD All-Terrain Hoverboard, Two-Wheel 6.5 inch Self Balancing Hoverboard…
★★★★☆ 297
$229.99 ✓prime

Sponsored ⓘ

## Frequently bought together



Total price: $597.94

[ Add all three to Cart ]

ⓘ Some of these items ship sooner than the others. Show details

☑ **This item:** Gyroor Hoverboard Offroad All Terrain Flash Wheel Self Balancing G5 Hoverboards with Bluetooth Speak… $249.00
☑ Hover-1 Buggy Attachment for Transforming Hoverboard Scooter into Go-Kart $49.94
☑ Gyroor Warrior 8.5 inch All Terrain Off Road Hoverboard with Bluetooth Speakers and LED Lights, UL2272 Certified … $299.00

## 4 stars and above

Sponsored ⓘ

Page 1 of 14

    

Hover-1 Titan Electric Self-Balancing Hoverboard Scooter with 10" Tires, Gun Metal
★★★★☆ 1,493
$248.00 ✓prime

Hover-1 Helix Electric Hoverboard Scooter, Galaxy
★★★★☆ 1,254
$179.99 ✓prime

Hover-1 H1 Hoverboard Electric Scooter
★★★★☆ 2,400
$224.99 ✓prime

SISIGAD Hoverboard Seat Attachment, Adjustable Hoverboards Accessories,…
★★★★☆ 297
$74.99

Hover-1 Chrome Electric Hoverboard Scooter, Gun Metal, 26 x 9.8 x 10
★★★★☆ 1,050
$169.95

## Customers who bought this item also bought

Page 1 of 6

    

Document title: Amazon.com: Gyroor Hoverboard Offroad All Terrain Flash Wheel Self Balancing G5 Hoverboards with Bluetooth Speaker, UL 2272 Certified Best Gift fo…
Capture URL: https://www.amazon.com/Gyroor-Hoverboard-Balancing-Hoverboards-Bluetooth/dp/B08NSYZMHY?ref_=ast_sto_dp&amp;th=1
Capture timestamp (UTC): Wed, 04 Aug 2021 15:24:40 GMT

Page 2 of 11



## Customers who bought this item also bought

Page 1 of 6








Hover-1 Buggy Attachment for Transforming Hoverboard Scooter into Go-Kart
★★★★☆ 6,769
$49.94
✓prime FREE Delivery
In Stock.

Gyroor Warrior 8.5 inch All Terrain Off Road Hoverboard with Bluetooth Speakers and LED Lights, UL2272…
★★★★☆ 3,429
$299.00
In stock.
Purchased Jun 2021

Hiboy HC-02 Hoverboard Go Kart with Rear Suspension Seat Attachment Accessory for 6.5" 8" 10" Hover…
★★★★☆ 698
$129.99
✓prime FREE Delivery
In Stock.

Gyroor K1 Hoverboard Seat Attachment, Hover Board Accessory Go Kart with Adjustable Frame Length Compatible…
★★★★★ 6
$89.99
✓prime FREE Delivery
In Stock.

Gyroor Hoverboard Off Road All Terrian 6.5" Two-Wheel G11 Flash LED Light Self Balancing Hoverboards with Bluetooth Music…
★★★★☆ 177
$199.00

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

## Product Description





GYROOR has always been dedicated to creating Hoverboards that are safety, fun and ease of use, making every family have more interaction and happy memories. With GYROOR hoverboards, that vision is now a reality. Say hello to the future!



ALL TERRAIN

### ALL-TERRAIN OFF ROAD HOVERBOARD
*GYROOR 6.5 INCH HOVERBOARD*

6.5 inch solid off-road tire hitting speed for up to 3.75-7.75 miles, powered by 300W*2 motors with high enery battery，You will feel free to ride on grass, dirt, gravel or wet surfaces!

- Motor: 300W * 2
- Tire: 6.5 inch rubber solid tire
- LED: Colorful LED Lights
- Safety : UL 2272 Certified Hoverboard
- Music Speaker: Pro Music Speaker with bluetooth
- Min/Max Load: 44-265 lbs
- Lithium-ion battery: 4.0Ah / 36V 144WH 20 cell strong battery



Technical Specifications:

- Wheel Size: 6.5 inches
- Charging Time: 1-1.5 hours
- Waterproof: IP54
- Maximum climb angle: 15-30°
- Bluetooth Compatibility





Climbing15-30°



### Pro Music Speaker & Smart APP

The great quality music speaker and Smart Bluetooth add to the magnificence of this Off-Road Hoverboard, you can connect the Music on the setting of your Phone!

### Powerful Motors & offroad Tires

Powered by 300 watts powerful dual motors with solid shock absorber tires you can easily ride faster with more stability.

### Aluminum solid tires & non-slip feet Pedal

The Tire made from Aluminum and with and non-slip feet Pedal certain ABS parts to ensure a pretty strong body that is sure to stand the test of time.

### Pro Music Speaker & Smart APP

The great quality music speaker and Smart Bluetooth add to the magnificence of this Off-Road Hoverboard, you can connect the Music on the setting of your Phone!

### Powerful Motors & offroad Tires

Powered by 500 watts powerful dual motors with solid shock absorber tires you can easily ride faster with more stability.

### Aluminum solid tires & non-slip feet

The Tire made from Aluminum and with and non-slip feet Pedal certain ABS parts to ensure a pretty strong body that is sure to stand the test of time.







### Colorful LED light & Smart APP

With the Ride Gyroor App, you can choose from Child and adult speed modes, check the power, adjust the lights, failure analysis in the APP and unlock additional features.

### Two Models & Self-balance

Built in Child and adult models with self-balance, you can control the amazing hoverboard by just shifting of your weight, fit for everyone!

### Best hoverboard with the safety

All GYROOR hoverboards have passed the UL2272 test, the Battery have passed UL2271 test, the safety is the best gift for the kids and adults.



## Product details

Color: **Soild tire-black**

**Date First Available** : February 4, 2021

**Manufacturer** : Gyroor

**ASIN** : B099SB6BMZ

**Best Sellers Rank:** #35,820 in Sports & Outdoors (See Top 100 in Sports & Outdoors)
  #36 in Self Balancing Scooters
  #189 in Sport Scooters

**Customer Reviews:**
★★★★☆ ⌄    285 ratings

# Videos

Page 1 of 4

### Videos for this product

‹


**Customer Review:** Christmas gift !!! Son was satisfied.

Shawn


**Customer Review:** Solid and Durable Hoverboard!

Customer Video


**Customer Review:** Solid ride for children and adults alike

Outdoor Enthusiast | Geek | Photog…


Product demo

A. Liu

›

 Upload your video

## Products related to this item

Page 1 of 28

Sponsored ⓘ

‹


Hover-1 Chrome 2.0 Hoverboard Electric Scooter, Gun Metal, 26 x 9.8 x 10
★★★★☆ 769
$199.99 ✓prime

Hover-1 Ultra Electric Self-Balancing Hoverboard Scooter, Blue, 24 x 9 x 9.5 inches
★★★★☆ 2,848
$179.00 ✓prime


Hover-1 Chrome Electric Hoverboard Scooter, Gun Metal, 26 x 9.8 x 10
★★★★☆ 1,050
$169.95


Hover-1 Titan Electric Self-Balancing Hoverboard Scooter with 10" Tires, Blue
★★★★☆ 1,493
$249.99 ✓prime


Hover-1 H1 Hoverboard Electric Scooter , Iridescent , 25 x 9.4 x 9.2
★★★★☆ 2,400
$191.99 ✓prime

›



**Hover-1 Chrome 2.0 Hoverboard Electric Scooter, Gun Metal, 26 x 9.8 x 10**
⭐⭐⭐⭐⯨ 769
$199.99 ✓prime

**Hover-1 Ultra Electric Self-Balancing Hoverboard Scooter, Blue, 24 x 9 x 9.5 inches**
⭐⭐⭐⭐⯨ 2,848
$179.00 ✓prime

**Hover-1 Chrome Electric Hoverboard Scooter, Gun Metal, 26 x 9.8 x 10**
⭐⭐⭐⭐⯨ 1,050
$169.95

**Hover-1 Titan Electric Self-Balancing Hoverboard Scooter with 10" Tires, Blue**
⭐⭐⭐⭐⯨ 1,493
$249.99 ✓prime

**Hover-1 H1 Hoverboard Electric Scooter , Iridescent , 25 x 9.4 x 9.2**
⭐⭐⭐⭐⯨ 2,400
$191.99 ✓prime



XPRIT 6.5'' Self Balancing Hoverboard w/Bluetooth Speaker, LED Light, Flashing Wheel,
⭐⭐⭐⭐☆ 96
$119.95 ✓prime

Sponsored ⓘ

# Customer questions & answers

🔍 Have a question? Search for answers

△ 1 vote ▽

**Question:** What is the range on full battery

**Answer:** A recent trip was 2.2 miles total on asphalt with 1 very steep hill, and two medium hills. The rider was a child that weighs about 65 pounds. This used about 50% of the battery life. In Roughly 1 1/2 hours use.
By Ivan Giddings on January 22, 2021
⌄ See more answers (1)

△ 0 votes ▽

**Question:** how much does it weigh ?

**Answer:** Hell friends, the hoverboard is 20lb, and it can hold 44-220lb, thanks!
By Fengchi-US SELLER on February 9, 2021

△ 0 votes ▽

**Question:** How long does the battery last?

**Answer:** Hello friends, the battery is 4.0Ah / 36V 144WH 20 cell strong battery, it can last about 1-3 hours, and it is depend on the rider's weight and road surface conditions, thanks!
By Fengchi-US SELLER on December 11, 2020

△ 0 votes ▽

**Question:** What is the maximum speed the hoverboard can go?

**Answer:** It's fast my teenage daughter has yet to get it maxed on speed guessing 10 to possibly 15 mph on flat gnd
By Mr Salty on April 19, 2021

See more answered questions (15)

# Customer reviews

⭐⭐⭐⭐⯨ 4.4 out of 5
285 global ratings

5 star ▮▮▮▮▮▮▮ 78%

## Reviews with images

   

Document title: Amazon.com: Gyroor Hoverboard Offroad All Terrain Flash Wheel Self Balancing G5 Hoverboards with Bluetooth Speaker, UL 2272 Certified Best Gift fo…
Capture URL: https://www.amazon.com/Gyroor-Hoverboard-Balancing-Hoverboards-Bluetooth/dp/B08NSYZMHY?ref_=ast_sto_dp&th=1
Capture timestamp (UTC): Wed, 04 Aug 2021 15:24:40 GMT
Page 7 of 11

# Customer reviews

⭐⭐⭐⭐½ **4.4 out of 5**

285 global ratings

| | |
|---|---|
| 5 star | 78% |
| 4 star | 5% |
| 3 star | 5% |
| 2 star | 2% |
| 1 star | 10% |

˅ How are ratings calculated?

## By feature

Easy to learn ⭐⭐⭐⭐½ 4.6
Battery life ⭐⭐⭐⭐½ 4.5
Sturdiness ⭐⭐⭐⭐½ 4.5

## Review this product

Share your thoughts with other customers

[ Write a customer review ]



**HIBOY**

*Easy to fold and stow with great safety*

Hiboy S2 Pro Electric Scooter - 10" Solid ...
⭐⭐⭐⭐½ 1,526

"...pretty good battery life and speed depending..."

Sponsored ⓘ

## Reviews with images



See all customer images

## Read reviews that mention

year old | battery life | hoverboard | easy to learn | christmas gift
old son | daughter loves | highly recommend | self balancing
christmas present | play music | child mode | heavy duty | left side

## Top reviews from the United States

**Larry**

⭐⭐⭐⭐⭐ **Are you still looking for a hover board? you can stop now!**
Reviewed in the United States on December 15, 2020
Color: Soild tire-blue | **Verified Purchase**



OK I don't know where to start but before I was buying hoverboards on the Amazon and those Hoverboards have been working the most for couple months before they break. I even told my kids I'm not buying hoverboards anymore! Because it's a waste of money, they just keep breaking!
Until I bought GYROOR hoverboard! I bought one for my son and he loved it! So my second son asked me to buy one for him too. So it has been six months since we own GYROOR hoverboards and did not have any problem!

˅ Read more




38 people found this helpful

[ Helpful ] | Report abuse

**os**

⭐⭐⭐☆☆ **OK but not for cart attachment.**

Document title: Amazon.com: Gyroor Hoverboard Offroad All Terrain Flash Wheel Self Balancing G5 Hoverboards with Bluetooth Speaker, UL 2272 Certified Best Gift fo…
Capture URL: https://www.amazon.com/Gyroor-Hoverboard-Balancing-Hoverboards-Bluetooth/dp/B08NSYZMHY?ref_=ast_sto_dp&th=1
Capture timestamp (UTC): Wed, 04 Aug 2021 15:24:40 GMT
Page 8 of 11

38 people found this helpful

Helpful | Report abuse

 os

★★★☆☆ **OK but not for cart attachment.**

Reviewed in the United States on January 21, 2021

Color: Soild tire-black | **Verified Purchase**

I like that it is easy to use once you learn to get on it. I thought I had mastered it after using it a few minutes but then I went on it to show my son and I went down hard. I don't know if I stepped on it wrong but I have not had any other accidents like that. Plus, I have been keeping it on the children mode which I think helps.

The speakers sound good!

The child setting is best for learning. It "limits" the speed to 3.6 MPH. I say "limit because" it doesn't really limit the speed. More on that later.

I choose this model because I thought it is capable of going 10mph but frankly, I don't feel safe going over maybe 6 mph.

Now on to the things that disappointed me.

I purchased this with the plan to use it with a cart attachment but when attached a cart to it, I found it difficult to control. The hoverboard would speed up very rapidly even when set to children

˅ Read more

6 people found this helpful

Helpful | Report abuse

Andrey S.

★★☆☆☆ **Very unhappy with this hoverboard.**

Reviewed in the United States on March 12, 2021

Color: Soild tire-blue | **Verified Purchase**

I bought this hoverboard for my 2 kids.

It arrived fairly quickly and the packaging was OK.

The first problem: one side of the power supply cord was missing (power outlet plug to power transformer). I felt like returning it right then, but the kids really wanted to try it out so I had to create a makeshift connector using an old laptop power cable to charge the battery up. It took about 3 hours until it was fully charged. I emailed the seller and they sent me an entire power supply in about a week.

This unit worked OK for about 2 weeks and then, suddenly, it stopped balancing, meaning the left side was tilted forward at all times while the right side was level to the ground. It was still possible to ride it, but it just wasn't right. I tried re-setting it using the manual provided to no avail. At that point I decided to return it.

Couple more notes that are not critical, but should be a good FYI for those who consider investing in this thing:

˅ Read more

4 people found this helpful

Helpful | Report abuse

**See all reviews ›**

**Inspired by your recent shopping trends**

Page 1 of 18

See all reviews ›

## Inspired by your recent shopping trends

Page 1 of 18

    

**Hover-1 Falcon 1 Hoverboard Seat Attachment Turbo Light, Transform Your Hoverboard into Go-Kart**
★★★★½ 1,157
$80.96
✓prime FREE Delivery
In Stock.

**HOVERSTAR HS 2.0v Hoverboard All-Terrain Two Wide Wheels Design Self Balancing Flash Wheels Electric...**
★★★★☆ 171
$134.99
✓prime FREE Delivery

**HOVERSTAR All-New HS2.0 Hoverboard All-Terrain Two-Wheel Self Balancing Flash Wheel Electric Scooter with Wireless Bluetooth...**
★★★★½ 316
$134.99
In Stock.

**Felimoda Hoverboard, 6.5 Inch self Balancing Hoverboard with LED Light Flashing Wheel for Kids & Adult**
★★★★½ 338
$139.99–$169.99
✓prime FREE Delivery

**DOC Electric Smart Self-Balancing Scooter Hoverboard with Built in Bluetooth Speaker LED Lights 6.5" Flash...**
★★★★☆ 297
$134.99
✓prime FREE Delivery



**Tommy Hilfiger Men's Stripe Crewneck S...**
★★★★½ 312
$49.83 ✓prime

Shop now

Sponsored ⓘ



Back to top

### Get to Know Us
Careers
Blog
About Amazon
Sustainability
Press Center
Investor Relations

### Make Money with Us
Sell products on Amazon
Sell apps on Amazon
Become an Affiliate
Become a Delivery Driver
Start a package delivery

### Amazon Payment Products
Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon Secured Card
Amazon Business Card
Amazon Business Line of Credit

### Let Us Help You
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime

 

**Swagtron Swagboard Outlaw T6 Off-Road Hoverboard**
★★★★☆ 79
$349.99
✓prime FREE Delivery
In Stock.

**Segway Ninebot Drift W1, Electric Roller Skates Hovershoes, Two Wheels self Balancing Scooter with RGB LED**
★★★★☆ 429
$399.99
✓prime FREE Delivery
In Stock.

**sublue WhiteShark Mix Underwater Scooter Dual Motors, Action Camera Compatible, Water Sports…**
★★★★☆ 270
$689.00
✓prime FREE Delivery
In Stock.

**WINDEK SUBLUE Whiteshark Mix/Mix Pro Replace Battery 122Wh/11000mAh**
★★★★☆ 56
$149.99
✓prime FREE Delivery
In Stock.

**Zip Line Gear Tree Saver Block Kit (for 2 Trees)**
★★★★★ 100
$60.00
✓prime FREE Delivery
In Stock.

## Inspired by your browsing history
Page 1 of 10



    



**Hover-1 Buggy Attachment for Transforming Hoverboard Scooter into Go-Kart**
★★★★☆ 6,769
$49.94
✓prime FREE Delivery
In Stock.

**Hiboy HC-01 Hoverboard Kart Seat Attachment Accessory for 6.5" 8" 10" Two Wheel Self Balancing Scooter**
★★★★☆ 1,919
$89.99
✓prime FREE Delivery
In Stock.

**Gyroor K1 Hoverboard Seat Attachment, Hover Board Accessory Go Kart with Adjustable Frame Length Compatible…**
★★★★★ 6
$89.99
✓prime FREE Delivery
In Stock.

**Hover-1 Buggy Attachment for Transforming Hoverboard Scooter into Go-Kart**
★★★★☆ 6,769
$49.94 - $149.98
✓prime FREE Delivery

**XPRIT 8.5" All Terrain Off-Road Hoverboard w/Bluetooth Speaker, LED Lights, UL2272 Certified**
$279.95
✓prime FREE Delivery
Only 2 left in stock - order soon.

## Your Browsing History *View or edit your browsing history*
Page 1 of 7



       

**Back to top**

### Get to Know Us
Careers
Blog
About Amazon
Sustainability
Press Center
Investor Relations
Amazon Devices

### Make Money with Us
Sell products on Amazon
Sell apps on Amazon
Become an Affiliate
Become a Delivery Driver
Start a package delivery business
Advertise Your Products

### Amazon Payment Products
Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon Secured Card
Amazon Business Card
Amazon Business Line of Credit
Shop with Points
Credit Card Marketplace

### Let Us Help You
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements

Document title: Amazon.com: Gyroor Hoverboard Offroad All Terrain Flash Wheel Self Balancing G5 Hoverboards with Bluetooth Speaker, UL 2272 Certified Best Gift fo…
Capture URL: https://www.amazon.com/Gyroor-Hoverboard-Balancing-Hoverboards-Bluetooth/dp/B08NSYZMHY?ref_=ast_sto_dp&th=1
Capture timestamp (UTC): Wed, 04 Aug 2021 15:24:40 GMT
Page 11 of 11