# EXHIBIT 14



Document title: Urbanmax Gyroor | Facebook
Capture URL: https://www.facebook.com/urbanmax.gyroor/about
Capture timestamp (UTC): Tue, 24 Aug 2021 01:15:38 GMT



Document title: Urbanmax Gyroor | Facebook
Capture URL: https://www.facebook.com/urbanmax.gyroor/about
Capture timestamp (UTC): Tue, 24 Aug 2021 01:15:38 GMT


Document title: Urbanmax Gyroor | Facebook
Capture URL: https://www.facebook.com/urbanmax.gyroor/about
Capture timestamp (UTC): Tue, 24 Aug 2021 01:15:38 GMT