# EXHIBIT 16



HOME  SHOP ⌄  ABOUT GYROOR  BLOG  CONTACT  EMAIL  SIGN IN

---

**Gyroor** was founded in 2012 but has been involved in some way shape or form with the evolution of hoverboard technology. Coming onto its 6th year in manufacturing Gyroor a employees work with a single uniting focus and that's to deliver constant and never-ending improvement better know as a CANI to its products and procedure. Located in the e capital of the world Shenzhen 45 mins from the worlds logistical success Hong Kong Gyroor ability to meet world demand grows daily. And Gyroor have branch and warehouse in and the team from Gyroor welcome any suggestions that you may have for them.

we authorize HONGKONG CLIMBER TECHNOLOGY CO. ,LIMITED for supplier of Gyroor products.This authorization is valid until June 29th, 2022.





## VISION

To create a world where travel, accessibility and fun connect through our love for the electronic travel boards flourish into the future of technology.

