# EXHIBIT 17

**From:** Danielle McKinley <dmckinley@rmpartnerslaw.com>
**Sent:** Thursday, February 11, 2021 10:27 AM
**To:** Christopher Binns <cbinns@loeb.com>; Patricia Earley <pearley@rmpartnerslaw.com>
**Subject:** RE: Hangzhou v. The Partnerships (Case No. 1:20-cv-04806)

Hi, Chris. Do you have time to chat today? We were informed that the storefronts" Runchnyun" and "Gyroshoes" can no longer access their accounts following an Amazon notice that refers to contact you. Additionally, Chitdado's Paypal accounts appears to now also be involved: dianxuan2622@163.com. According to them, this account is not linked to an Amazon store, but is linked to Gyroor's own website – https://gyroorboard.com

I am free until 11:30 or after 1:30. Let me know when works best for you!

Danielle

Danielle S. McKinley

P: 312.251.2292• E: dmckinley@rmpartnerslaw.com

305 N. Peoria Street, Suite 200, Chicago, Illinois 60607



**From:** Christopher Binns <cbinns@loeb.com>
**Sent:** Thursday, February 11, 2021 8:54 AM
**To:** Patricia Earley <pearley@rmpartnerslaw.com>
**Cc:** Danielle McKinley <dmckinley@rmpartnerslaw.com>
**Subject:** RE: Hangzhou v. The Partnerships (Case No. 1:20-cv-04806)

Thank you.

**Christopher Binns**

Loeb & Loeb LLP | ATTORNEY AT LAW

345 Park Avenue | NY, NY 10154

(212) 407-4213 |cbinns@loeb.com

**Christopher Binns**
*Attorney At Law*



345 Park Avenue | New York, NY 10154
**Direct Dial:**212.407.4213 | **Fax:**646.349.1805 | **E-mail:**cbinns@loeb.com
**Los Angeles | New York | Chicago | Nashville | Washington, DC | San Francisco | Beijing | Hong Kong** | www.loeb.com

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify the sender. Please destroy the original transmission and its attachments without reading or saving in any manner. Thank you, Loeb & Loeb LLP.

**From:** Patricia Earley <pearley@rmpartnerslaw.com>
**Sent:** Thursday, February 11, 2021 9:52 AM
**To:** Christopher Binns <cbinns@loeb.com>
**Cc:** Danielle McKinley <dmckinley@rmpartnerslaw.com>
**Subject:** Hangzhou v. The Partnerships (Case No. 1:20-cv-04806)

Good Morning,

Attached is correspondence from Danielle McKinley directed to Judge Durkin with a copy directed to you. If you experience any difficulty opening the attachment, please contact me directly. Thank you.

Patricia Earley

P: 312.251.2239• E: pearley@rmpartnerslaw.com

305 N. Peoria Street, Suite 200, Chicago, Illinois 60607





Stephen Z. Vegh, Esq.
1240 Rosecrans Ave. #120
Manhattan Beach, CA 90266

Tel: (310)980-7440
www.veghlaw.com
svegh@veghlaw.com

3