# EXHIBIT 19

| Deliver to Arthur Chicago 60654 | All ▾ | | Hello, Arthur Account & Lists ▾ | Returns & Orders | 0 |

| All | Customer Service | Prime Video | Gift Cards | Shopper Toolkit | Outdoor Recreation | Pet Supplies | Last-minute school supplies |

## Gyroor

[Gyroor storefront]

**86% positive** in the last 12 months (56 ratings)

Dear all, our company will, as always, endeavour to provide reliable and satisfactory services to all of you. If you receive defective items or any other issues you get, please provide videos and pictures as proofs, we will send you new replacement.

**Contact Us:**

Email: **support@gyroorboard.com**

Your understanding and patience is highly appreciated!
GYROOR

**Have a question for Gyroor?**

[Ask a question]

---

## Detailed Seller Information

**Business Name:** Shenzhen Chetaidou Keji Youxian Gongsi
**Business Address:**
   No.1 Building of No.1800112, Dafu Industrial Zone
   Fukengshequ, Guanlan St, Longhua District
   Shenzhen
   Guangdong
   518000
   CN

| Feedback | Returns & Refunds | Shipping | Policies | Help | Products |

"So far this hoverboard works well. My daughter loves it! Even though it is supposed to be all-terrain, it does not work very well on grass and bumpy pavement. A... "

Read more

By Joy S. on July 5, 2021.

"my kids are enjoying these hover boards "

By Amazon Customer on May 8, 2021.

"Great Product! Fast Shipping! Great Communication! "

By Jonathan Helms on April 29, 2021.

"They have been great, even reached out requesting feedback on their products. "

By Wes Wilson on April 12, 2021.

"Great Service and product. "

By Amazon Customer on April 1, 2021.

|  | 30 days | 90 days | 12 months | Lifetime |
|---|---|---|---|---|
| Positive | - | 100% | 86% | 90% |
| Neutral | - | 0% | 2% | 1% |
| Negative | - | 0% | 13% | 9% |
| Count | 0 | 1 | 56 | 287 |

Previous   Next

Leave seller feedback     Tell us what you think about this page

### More items to explore

 **Yukon Hammerhead Pro HD Steerable Snow Sled with Aluminum Frame , Green ,51" x 22.5"**
349
$191.69
FREE Delivery

 **WINDEK SUBLUE WhiteShark Mix Underwater Scooter with Action Camera Mount Dual Motor 40M…**
94
$499.99
FREE Delivery

 **WINDEK SUBLUE Whiteshark Mix/Mix Pro Replace Battery 122Wh/11000mAh**
60
$149.99
Prime FREE Delivery
Thursday, Aug 26
Only 5 left in stock - order…

 **Segway Ninebot Electric GoKart Drift Kit, Outdoor Racer Pedal Car, Ride On Toys (Not Included Ninebot S)**
676
$899.99
FREE Delivery

 **RIDE SWFT Sonic Hoverboard Self Balancing All Terrain Scooter,10" Off Tires, Top Speed mph, 8 Mile…**
156
1 offer from $46

### Buy it again

 **Amazon Basics 8 Pack AA High-Performance Alkaline Batteries, 10…**
353,365
#1 Best Seller in AA Batteries
$5.49
FREE Delivery
Purchased Jul 2021

 **Amazon Basics 8 Pack AAA High-Performance Alkaline Batteries, 10…**
340,491
#1 Best Seller in AAA Batteries
$5.15
FREE Delivery
Purchased Jul 2021

 **Gyroor Warrior 8.5 inch All Terrain Off Road Hoverboard with Bluetooth Speakers and LED Lights, UL2272…**
3,493
$299.00
& Free Shipping
Purchased Jun 2021

 **Gyroor T581 Hoverboard 6.5" Off Road All Terrain Hoverboard with Bluetooth Speaker and…**
1,098
$229.00
Prime FREE Delivery
In stock soon.
Purchased May 2021

 **Bottle Bright- All Natural, Biodegr Chlorine & Odor Water Bottle &…**
25,5
$8.00
FREE Deliv
Purchased Sep 202

### Your Browsing History  View or edit your browsing history

     

Back to top

**Get to Know Us**
Careers
Blog
About Amazon
Sustainability

**Make Money with Us**
Sell products on Amazon
Sell apps on Amazon
Become an Affiliate

**Amazon Payment Products**
Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon Secured Card

**Let Us Help You**
Amazon and COVID-19
Your Account
Your Orders

| | | | |
|---|---|---|---|
| Press Center | Become a Delivery Driver | Amazon Business Card | Shipping Rates & Policies |
| Investor Relations | Start a package delivery business | Amazon Business Line of Credit | Amazon Prime |
| Amazon Devices | Advertise Your Products | Shop with Points | Returns & Replacements |
| | Self-Publish with Us | Credit Card Marketplace | Manage Your Content and Devices |
| | Host an Amazon Hub | Reload Your Balance | Amazon Assistant |
| | › See More Ways to Make Money | Amazon Currency Converter | Help |
| | | Promotional Financing | |

English     United States

| | | | | | | |
|---|---|---|---|---|---|---|
| Amazon Music Stream millions of songs | Amazon Advertising Find, attract, and engage customers | Amazon Drive Cloud storage from Amazon | 6pm Score deals on fashion brands | AbeBooks Books, art & collectibles | ACX Audiobook Publishing Made Easy | Alexa Actionable Analytics for the Web |
| Sell on Amazon Start a Selling Account | Amazon Business Everything For Your Business | Amazon Fresh Groceries & More Right To Your Door | AmazonGlobal Ship Orders Internationally | Home Services Experienced Pros Happiness Guarantee | Amazon Ignite Sell your original Digital Educational Resources | Amazon Web Services Scalable Cloud Computing Services |
| Audible Listen to Books & Original Audio Performances | Book Depository Books With Free Delivery Worldwide | Box Office Mojo Find Movie Box Office Data | ComiXology Thousands of Digital Comics | DPReview Digital Photography | East Dane Designer Men's Fashion | Fabric Sewing, Quilting & Knitting |
| Goodreads Book reviews & recommendations | IMDb Movies, TV & Celebrities | IMDbPro Get Info Entertainment Professionals Need | Kindle Direct Publishing Indie Digital & Print Publishing Made Easy | Amazon Photos Unlimited Photo Storage Free With Prime | Prime Video Direct Video Distribution Made Easy | Shopbop Designer Fashion Brands |
| Amazon Warehouse Great Deals on Quality Used Products | Whole Foods Market America's Healthiest Grocery Store | Woot! Deals and Shenanigans | Zappos Shoes & Clothing | Ring Smart Home Security Systems | eero WiFi Stream 4K Video in Every Room | Blink Smart Security for Every Home |
| | Neighbors App Real-Time Crime & Safety Alerts | Amazon Subscription Boxes Top subscription boxes – right to your door | PillPack Pharmacy Simplified | Amazon Renewed Like-new products you can trust | Amazon Second Chance Pass it on, trade it in, give it a second life | |

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2021, Amazon.com, Inc. or its affiliates