# EXHIBIT 20

PageVault

| | |
|---|---|
| Document title: | Selling on Amazon Fee Schedule - Amazon Seller Central |
| Capture URL: | https://sellercentral.amazon.com/gp/help/external/200336920?language=en_US |
| Captured site IP: | 23.220.129.168 |
| Page loaded at (UTC): | Tue, 24 Aug 2021 02:21:56 GMT |
| Capture timestamp (UTC): | Tue, 24 Aug 2021 02:23:03 GMT |
| Capture tool: | v7.12.2 |
| Collection server IP: | 52.7.109.102 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 9 |
| Capture ID: | 28d1319c-6efd-41b3-bd24-afeb9b3b02f5 |
| User: | loeb-ayuan |

PDF REFERENCE #:     4Q8DYwDYN8uubon2P9grPG

amazon seller central     English   Sign in   Sell on Amazon

This article applies to selling in: **United States**

Help / Policies, agreements, and guidelines / Program Policies / Selling on Amazon Fee Schedule

# Selling on Amazon Fee Schedule

Amazon collects the lower of the applicable fees stated below and any fees communicated to you by Amazon (such as promotional fees that Amazon may provide from time to time). This does not apply to certain sellers, such as warranty providers and other service providers, who will continue to pay selling fees in accordance with the rates provided in their program agreements.

You can also view more details about your fees with the Detailed Fee Explainer.

## Monthly subscription fee

- Professional Selling Plan: USD $39.99 per month* when you have active listings
- Individual Selling Plan: No subscription fee

*If you have active listings in additional countries or regions using merged accounts, a different fee may apply. For more information, go to Monthly subscription fee FAQ and Merging accounts.

## Selling fees

When your product sells, Amazon collects the amount paid by the buyer (including the price and any shipping, gift wrap, or other charges). Professional account sellers can set their own shipping rates for books, music, video, and DVD (BMVD) products, including offering free shipping, (see Activate custom BMVD shipping rates). For Individual account sellers, Amazon shipping rates will apply for BMVD products.

See Shipping Rates for BMVD for a table of Amazon shipping credits for products in these categories. For a table of Amazon shipping rates for all products sold by Individual sellers, see Shipping Credits for Individual Sellers.

## Per-item fees

- Professional sellers: No per-item fee
- Individual sellers: USD $0.99 fee for each item sold

For more information, go to Per-item selling fees.

## Referral fees

Sellers pay a referral fee on each item sold.

Items in some categories have a per-item minimum referral fee as listed below (for example, sellers pay the greater of the referral fee or the per-item minimum referral fee).

For all products, Amazon deducts the applicable referral fee percentage calculated on the total sales price, excluding any taxes calculated through Amazon tax calculation services. The total sales price is the total amount paid by the buyer, including the item price and any delivery or gift wrapping charges.

Referral fees vary by category, as listed below.

Items in some categories have a per-item minimum referral fee as listed below (for example, sellers pay the greater of the referral fee or the per-item minimum referral fee).

For all products, Amazon deducts the applicable referral fee percentage calculated on the total sales price, excluding any taxes calculated through Amazon tax calculation services. The total sales price is the total amount paid by the buyer, including the item price and any delivery or gift wrapping charges.

Referral fees vary by category, as listed below.

For sellers who use Fulfillment by Amazon, please see the FBA Features and Fees.

Registered Amazon Business sellers should refer to the Selling on Amazon Business Fee Schedule for applicable referral fees.

# Rate cards

Referral fees vary by category, as listed below. Prior approval may be required to offer products in the categories listed under Categories requiring approval.

| Categories | Amazon deducts the greater of the applicable referral fee percentage or applicable per-item minimum referral fee. See "Referral fees" notes above. | |
|---|---|---|
| | Referral fee percentages | Applicable minimum referral fee (applied on a per-unit basis unless otherwise noted) |
| Amazon Device Accessories | 45% | $0.30 |
| Amazon Explore | 30% for Experiences | $5.00 |
| Baby Products (excluding Baby Apparel) | • 8% for products with a total sales price of $10.00 or less, and<br>• 15% for products with a total sales price greater than $10.00 | $0.30 |
| Books (including Collectible Books) | 15% | -- |
| Camera and Photo[1] | 8% | $0.30 |
| Cell Phone Devices[2] | 8% | $0.30 |
| Consumer Electronics | 8% | $0.30 |
| Electronics Accessories | • 15% for the portion of the total sales price up to $100.00, and<br>• 8% for any portion of the total sales price greater than $100.00 | $0.30 |
| Furniture (including outdoor furniture) | • 15% for the portion of the total sales price up to $200.00, and<br>• 10% for any portion of the total sales price greater than $200.00 | $0.30 |
| Home & Garden | 15% | $0.30 |
| Kitchen | 15% | $0.30 |

| | | |
|---|---|---|
| Furniture (including outdoor furniture) | • 15% for the portion of the total sales price up to $200.00, and<br>• 10% for any portion of the total sales price greater than $200.00 | $0.30 |
| Home & Garden | 15% | $0.30 |
| Kitchen | 15% | $0.30 |
| Full-Size Appliances | 8% | $0.30 |
| Compact Appliances (including parts and accessories) | • 15% for the portion of the total sales price up to $300.00, and<br>• 8% for any portion of the total sales price greater than $300.00 | $0.30 |
| Mattresses | 15% | $0.30 |
| Music | 15% | -- |
| Musical Instruments | 15% | $0.30 |
| Office Products | 15% | $0.30 |
| Outdoors | 15% | $0.30 |
| Personal Computers | 8% | $0.30 |
| Pet Supplies | 15%, except 22% for Veterinary diets | $0.30 |
| Software & Computer/Video Games | 15% | -- |
| Sports (excluding Sports Collectibles) | 15% | $0.30 |
| Tools & Home Improvement | 15%, except 12% for base equipment power tools | $0.30 |
| Toys & Games[3] | 15% | $0.30 |
| Video & DVD | 15% | -- |
| Video Game Consoles | 8% | $0.30 |
| Everything Else[4] | 15% | $0.30 |
| Categories requiring approval | Referral fee percentages | $0.30 |
| 3D Printed Products | 12% | $0.30 |
| Automotive & Powersports | 12%, except 10% for tires and wheel products | $0.30 |
| Beauty | • 8% for products with a total sales price of $10.00 or less, and<br>• 15% for items with a total sales price greater than $10.00 | $0.30 |
| Clothing & Accessories (including activewear) | 17% | $0.30 |
| Collectible Books | 15% | -- |
| Collectible Coins | • 15% for the portion of the total sales price up to $250,<br>• 10% for any portion of the total sales price greater than $250 up to $1,000, and<br>• 6% for any portion of the total sales price greater than $1,000 | $0.30 |

| | | |
|---|---|---|
| Clothing & Accessories (including activewear) | 17% | $0.30 |
| Collectible Books | 15% | -- |
| Collectible Coins | <ul><li>15% for the portion of the total sales price up to $250,</li><li>10% for any portion of the total sales price greater than $250 up to $1,000, and</li><li>6% for any portion of the total sales price greater than $1,000.</li></ul> | $0.30 |
| Entertainment Collectibles | <ul><li>20% for the portion of total sale price up to $100,</li><li>10% for the portion of total sale price greater than $100, up to $1000, and</li><li>6% for the portion of total sale price greater than $1000</li></ul> | -- |
| Fine Art | <ul><li>20% for the portion of the total sales price up to $100,</li><li>15% for the portion of the total sales price greater than $100 up to $1,000,</li><li>10% for the portion of the total sales price greater than $1,000 up to $5,000, and</li><li>5% for the portion of the total sales price greater than $5,000</li></ul> | -- |
| Gift Cards | 20% | -- |
| Grocery & Gourmet Food | <ul><li>8% for products with a total sales price of $15.00 or less, and</li><li>15% for products with a total sales price greater than $15.00</li></ul> | -- |
| Health & Personal Care (including Personal Care Appliances) | <ul><li>8% for products with a total sales price of $10.00 or less, and</li><li>15% for items with a total sales price greater than $10.00</li></ul> | $0.30 |
| Industrial & Scientific (including Food Service and Janitorial & Sanitation) | 12% | $0.30 |
| Jewelry | <ul><li>20% for the portion of the total sales price up to $250.00, and</li><li>5% for any portion of the total sales price greater than $250.00</li></ul> | $0.30 |
| Luggage & Travel Accessories | 15% | $0.30 |
| Shoes, Handbags & Sunglasses | 15% | $0.30 |
| Sports Collectibles | <ul><li>15% for the portion of the total sales price up to $100</li><li>10% for any portion of the total sales price greater than $100 up to $1,000</li><li>6% for any portion of the total sales price greater than $1,000</li></ul> | -- |
| Watches | <ul><li>16% for the portion of the total sales price up to $1,500.00, and</li><li>3% for any portion of the total sales price greater than $1,500.00</li></ul> | $0.30 |

| | | |
|---|---|---|
| | - than $100 up to $1,000<br>- 6% for any portion of the total sales price greater than $1,000 | |
| Watches | - 16% for the portion of the total sales price up to $1,500.00, and<br>- 3% for any portion of the total sales price greater than $1,500.00 | $0.30 |

[1] Bundles within the Camera category and Accessory products are classified under the Electronics Accessories category.

[2] Certain cell phone devices may require approval. Please see here to learn more.

[3] The $0.30 per item minimum referral fee does not apply to Collectible Cards products in the Toys & Games category.

[4] The Everything Else category is available to sellers for products that do not clearly fit within existing categories.

# Rental book service fee

The rental book service fee is $5.00 per book rented to a customer.

# Closing fees

Sellers also pay a closing fee of $1.80 per item that is sold in the categories of Books, DVD, Music, Software & Computer/Video Games, Video Game Consoles, and Video Game Accessories.

# High-volume listing fee

We charge a monthly high-volume listing fee of $0.001 per eligible SKU to cover our system costs associated with cataloging and maintaining large numbers of SKUs on Amazon.com.

To help you grow the selection of products you offer on Amazon, we waive the high-volume listing fee for the first 1.5 million SKUs. All SKUs across all product categories, irrespective of creation date or sales history, will be counted towards the fee. We apply a listing fee of $0.001 for each SKU per month on the SKUs in excess of the initial 1.5 million. We apply the fee to your highest number of eligible SKUs from the fifth day through the thirty-first day of the month.

For example, if you offer 1.6 million SKUs in December 2020, we will charge you a fee of $100 for the month of December, calculated as $0.001 on the 100,000 SKUs that were above your free allowance of 1.5 million SKUs. You can view the number of eligible SKUs by going to the **Inventory** tab in Seller Central, selecting **Inventory Reports**, and then selecting **High Volume Listings Report** from the drop-down menu on the page. The fee will be calculated and charged monthly, and will be displayed in the next month's statement.

# Refund administration fee

If you refund a customer for an order for which you have already received payment, Amazon will refund you the amount of the referral fee you paid for the item(s), minus the applicable refund administration fee, which is the lesser of $5.00 or 20% of the applicable referral fee.

For example, if you refund a customer the $10.00 total sales price of an item in a category with a 15% referral fee, your refund administration fee will be $0.30 ($10.00 x 15% referral fee = $1.50).

# Examples of referral fee calculations

paid for the item(s), minus the applicable refund administration fee, which is the lesser of $5.00 or 20% of the applicable referral fee.

For example, if you refund a customer the $10.00 total sales price of an item in a category with a 15% referral fee, your refund administration fee will be $0.30 ($10.00 x 15% referral fee = $1.50).

# Examples of referral fee calculations

## Book, music, video, and DVD products

**Individual Selling Plan example:**

Item price

+ Shipping charges paid by the buyer

- Referral fee

- Closing fee of $1.80

- $0.99 per item fee

--------------------------------------

= Total deposited to seller account

**Professional Selling Plan example:**

Item price

+ Shipping charges paid by the buyer

- Referral fee

- Closing fee of $1.80

--------------------------------------

= Total deposited to seller account

# Examples for Watch products

Examples of referral fee calculations for Watches products:

| Sales Price | Example 1: Referral fee for a $8.00 watch | Example 2: Referral fee for a $1,500.00 watch | Example 3: Referral fee for a $7,000.00 watch |
|---|---|---|---|
| For the portion of the total sales price up to $1,500.00 | $1.28 | $240.00 | $240.00 |
| For any portion of the total sales price from $1,500.01 and above | $0.00 | $0.00 | $165.00 |
| Referral fee | $1.28 | $240.00 | $405.00 |

| | | | |
|---|---|---|---|
| For the portion of total sales price up to $1,500.00 | | | |
| For any portion of the total sales price from $1,500.01 and above | $0.00 | $0.00 | $165.00 |
| **Referral fee** | $1.28 | $240.00 | $405.00 |

# Examples for other products

**Individual Selling Plan example:**

Item price

+ Shipping charges paid by the buyer

- Referral fee

- $0.99 per item fee

--------------------------------------

= Total deposited to seller account

**Professional Selling Plan example:**

Item price

+ Shipping charges paid by the buyer

+ Gift wrap charges paid by the buyer

- Referral fee

--------------------------------------

= Total deposited to seller account

# Selling on Amazon Fee Schedule

- Selling on Amazon Business fee schedule
- Access the Fee Explainer
- Selling Policies and Seller Code of Conduct
- Category, product, and listing restrictions
- Product Detail Page Rules
- Prohibited seller activities and actions
- Drop Shipping Policy
- ASIN creation policy
- Recalled Products
- Expiration dates on seller-fulfilled products
-

Professional Selling Plan example:

Item price

+ Shipping charges paid by the buyer

+ Gift wrap charges paid by the buyer

- Referral fee

---------------------------------------

= Total deposited to seller account

# Selling on Amazon Fee Schedule

- Selling on Amazon Business fee schedule
- Access the Fee Explainer
- Selling Policies and Seller Code of Conduct
- Category, product, and listing restrictions
- Product Detail Page Rules
- Prohibited seller activities and actions
- Drop Shipping Policy
- ASIN creation policy
- Recalled Products
- Expiration dates on seller-fulfilled products
- 

**Need more help?**

See more on Seller Central

Visit Seller Forums



**Reach Hundreds of Millions of Customers**

Start Selling On Amazon

© 1999-2021, Amazon.com, Inc. or its affiliates