# EXHIBIT 21



English  Sign in  Sell on Amazon

This article applies to selling in: **United States**

Help / Policies, agreements, and guidelines / Intellectual Property for Rights Owners

# Intellectual Property for Rights Owners

> **Note:** The following information does not contain legal advice. You should consult a lawyer if you have specific questions about your IP rights or the IP rights of others.

Amazon is dedicated to ensuring that goods do not violate or infringe a Rights Owner's intellectual property (IP).

If you are a Rights Owner with a registered trademark, you may be eligible to enroll your brand in the Amazon Brand Registry.

Amazon Brand Registry provides access to powerful tools including proprietary text and image search, predictive automation based on your reports of suspected intellectual property rights violations, and increased authority over product listings with your brand name. To learn more and start the enrollment process, click here.

To learn more about intellectual property rights, please contact your local intellectual property office or attorney.

## Main types of IP

### A. Trademark

A trademark is a word, symbol, or design (such as a stylized brand name or logo) that a company uses to identify its goods or services and to distinguish them from other companies' goods and services. Generally, trademark laws exist to prevent customer confusion about the source of goods or services.

**Exclusive Distribution (except in China, France, and the United Arab Emirates) –** Amazon does not enforce exclusive distribution rights except within the countries that have laws specifically referring to selective or exclusive distribution.

**Parallel Import or Warranty claims (except where applicable in the EU, Brazil, or Turkey):** Amazon only accepts parallel import claims as it conforms to each marketplace's governing laws. For example, if a Rights Owner can legally claim rights on imports into the EU, those same rights will not extend to the US market. Warranty claims will only be evaluated when the Rights Owner has a valid Parallel Import claim.

**Barcode Ownership:** Amazon does not enforce ownership over barcode, UPC, or EAN.

# Reporting Infringement

To submit a notice of IP infringement, you must be the Rights Owner who owns the IP being reported or an agent with permission from the Rights Owner to submit notices on his or her behalf. Rights Owners may also share answers to frequently asked questions on how Amazon handles infringement complaints in our seller forums.

If your brand is enrolled in Amazon Brand Registry, you can submit a report via the Report a Violation (RAV) tool or through our Report Infringement form. Rights Owners who do not have a brand enrolled in Amazon Brand Registry can submit via the Report Infringement form. It is a requirement that a notice submitter be logged into an Amazon account in order to use either form to submit a report for infringing trademark, copyright, patent, or other IP claim..

You should include the following information in your report:

- Specific identification of the IP you believe is infringed. For trademark, copyright, patents, parallel import include the registration number, written description of or link to copyrighted work, first date of use, etc.
- Nature of infringement (whether infringement occurs on the product, physical product packaging, image on the product detail page, or text on the product detail page).
- List of infringing products (including Amazon Standard Identification Numbers (ASINs) and/or URLs for the product detail page of the specified product). If you believe that only a subset of sellers are infringing, and you

  are not accusing the entire product detail page, click the checkbox next to the name of each seller you are reporting in the Report Infringement form or RAV.

- List of infringing sellers.If the infringing seller is listing on your ASIN, ensure the specific sellers are identified to safeguard against the entire ASIN being actioned. Remember that a product detail page allows customers to view a specific product available on Amazon with information common to all sellers' offers for that product, such as the product's title, brand, images, bullet points, descriptions, variations (such as size or color) and customer reviews. It can include one or more offers from both sellers or Amazon. Carefully review the selected Sellers to ensure that you are not reporting your own offer
- Supporting documentation or any other information that will help Amazon in processing your complaint (such as order IDs for any test buys on the products you are reporting).
- Your contact details (name, address, phone number, email address, and secondary contact details that we can share with affected sellers).

**Do not submit more than one type of IP violation per notice.** In order to ensure quality and quick resolution of your notices, we will only process the specific complaint type you have chosen in the Report Infringement form or RAV (such as, patent, trademark, or copyright). The following are examples of submissions that contain more than one complaint type within a notice:

- Selecting trademark infringement and discussing copyright issues in the submission. The notice will be processed as a trademark complaint only. If you want to report infringement of a trademark and a copyright, file separate notices.
- Indicating two trademark numbers in one notice, as only the first trademark number will be considered for that notice. If you want to report infringement of separate trademarks, file separate notices.

If circumstances have changed post-submission of your infringement complaint, you may submit a retraction.

# How to obtain seller IDs when reporting infringement

If a seller's offers are infringing on your intellectual property or a product sold on Amazon is infringing your intellectual property, you can use RAV or the Report Infringement form to report one of the following: