IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HANGZHOU CHIC INTELLIGENT TECHNOLOGY CO. and UNICORN GLOBAL, INC., | ) ) ) ) |
| Plaintiffs, | ) ) Case No. 20-cv-4806 |
| v. | ) ) Judge Thomas M. Durkin ) Magistrate Judge Jeffrey Cole |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A, | ) ) ) ) ) |
| Defendants. | ) ) |

**MOTION FOR ENTRY OF A PRELIMINARY INJUNCTION**

Plaintiffs Hangzhou Chic Intelligent Technology Co., and Unicorn Global, Inc. ("Plaintiffs") seek entry of the current preliminary injunction against the defendants in Schedule A amended on May 6, 2021. Those defendants include Gyroor (including the stores gyroorboard.com, and gyroor.com), Jiangyou-US, Gyroshoes, Fengchi-US, HGSM, Gaodeshang-US, and Urbanmax ("Gyroor Defendants"). The Court directed Plaintiffs to file this motion as to two of those defendants on August 9. *See* Dkts. 359, 374.

The Gyroor Defendants have raised various procedural issues associated with the current preliminary injunction and questioned whether certain Gyroor Defendants are bound by that injunction. Plaintiffs have maintained all along that the Gyroor Defendants are currently enjoined, at a minimum, by acting in concert and participation with each other or Gyroor-US to perpetuate their collectively infringing activities. Rather than brief those issues on a piece meal basis and further burden the Court's resources, Plaintiffs now move as an opportunity for these Gyroor

Defendants to contest a PI on the merits, thereby mooting any procedural issues. A Memorandum of Law in Support of this Motion and supporting Declarations are filed concurrently.

Date: August 24, 2021

Respectfully Submitted,

LOEB & LOEB LLP

By: /s/ *Adam Kelly*
Adam Kelly
Doug Masters
Arthur Yuan
Neil Nandi
321 North Clark Street, Suite 2300
Chicago, Illinois 60654
Tel.: (312) 464-3100
Fax: (312) 464-3111
Email: akelly@loeb.com
Email: dmasters@loeb.com
Email: ayuan@loeb.com
Email: nnandi@loeb.com

Marwa Abdelaziz (admitted *pro hac vice*)
LOEB & LOEB LLP
345 Park Avenue
New York, New York 10154
Tel.: (212) 407-4000
Fax: (212) 407-4990
Email: mabdelaziz@loeb.com

*Attorneys for Plaintiffs*