# EXHIBIT A

US00D808856S

(12) **United States Design Patent**      (10) Patent No.:       **US D808,856 S**

Zhang et al.                              (45) Date of Patent:   ** **Jan. 30, 2018**

(54) **HOVERBOARD**

(71) Applicant: **Shenzhen Chitado Technology CO., LTD.**, Shenzhen, Guangdong (CN)

(72) Inventors: **Dianxuan Zhang**, Guangdong (CN); **Dengjin Zhou**, Guangdong (CN)

(73) Assignee: **Shenzhen Chitado technology CO., LTD.** (CN)

(**) Term: **15 Years**

(21) Appl. No.: **29/590,447**

(22) Filed: **Jan. 10, 2017**

(51) **LOC (11) Cl.** ................................... **12-14**
(52) **U.S. Cl.**
USPC ......................................... **D12/1**
(58) **Field of Classification Search**
USPC ...... D12/1, 5; D21/419, 421, 423, 426, 662, D21/760, 765, 766, 769, 771, 776, 803
CPC .... B62K 3/007; B62K 17/00; B62K 2202/00; B62K 11/007; B62D 51/001; B62D 51/02; B62D 61/00; B62D 37/00; A63C 17/0033; A63C 17/01; A63C 17/016; A63C 2203/40; A63C 17/12; A63C 17/08; B60N 2/002; B60G 17/019
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| D737,723 | S | * | 9/2015 | Ying | D12/1 |
| D738,256 | S | * | 9/2015 | Ying | D12/1 |
| D778,782 | S | * | 2/2017 | Chen | D12/1 |

| D780,626 | S | * | 3/2017 | Li | D12/1 |
| D784,195 | S | * | 4/2017 | Ying | D12/1 |
| D784,198 | S | * | 4/2017 | Zhu | D12/1 |
| D785,112 | S | * | 4/2017 | Ying | D21/760 |
| D785,113 | S | * | 4/2017 | Ying | D21/760 |
| D785,736 | S | * | 5/2017 | Ying | D21/760 |
| D786,130 | S | * | 5/2017 | Huang | D12/1 |
| D786,994 | S | * | 5/2017 | Chen | D21/760 |
| D786,995 | S | * | 5/2017 | Ying | D21/760 |
| 9,688,340 | B1 | * | 6/2017 | Kroymann | B62K 13/04 |
| 2013/0238231 | A1 | * | 9/2013 | Chen | B62K 11/007 701/124 |
| 2016/0129963 | A1 | * | 5/2016 | Ying | B62D 51/001 180/6.5 |
| 2016/0325803 | A1 | * | 11/2016 | Waxman | B62M 7/12 |
| 2017/0144718 | A1 | * | 5/2017 | Tinaphong | B62K 11/007 |
| 2017/0240240 | A1 | * | 8/2017 | Kroymann | B62K 13/04 |

* cited by examiner

*Primary Examiner* — T. Chase Nelson
*Assistant Examiner* — Ania Aman

(57)                    **CLAIM**

The ornamental design for a hoverboard, as shown and described.

**DESCRIPTION**

FIG. **1** is a front view of the hoverboard showing our new design;
FIG. **2** is a back view thereof;
FIG. **3** is a top view thereof;
FIG. **4** is a bottom view thereof;
FIG. **5** is a left side view thereof;
FIG. **6** is a right side view thereof;
FIG. **7** is a perspective view thereof; and,
FIG. **8** is another perspective view thereof.

**1 Claim, 8 Drawing Sheets**





FIG. 1



FIG. 2

Case: 1:20-cv-04806 Document #: 385-1 Filed: 08/24/21 Page 5 of 28 PageID #:9430



FIG. 3



FIG. 4

Case: 1:20-cv-04806 Document #: 385-1 Filed: 08/24/21 Page 7 of 28 PageID #:9432



**FIG. 5**

Case: 1:20-cv-04806 Document #: 385-1 Filed: 08/24/21 Page 8 of 28 PageID #:9433



**FIG. 6**

Case: 1:20-cv-04806 Document #: 385-1 Filed: 08/24/21 Page 9 of 28 PageID #:9434



**FIG. 7**



FIG. 8



US00D808857S

(12) **United States Design Patent**
Zhang et al.

(10) Patent No.: **US D808,857 S**
(45) Date of Patent: ** **Jan. 30, 2018**

(54) **HOVERBOARD**

(71) Applicant: **Shenzhen Chitado Technology CO., LTD.**, Shenzhen, Guangdong (CN)

(72) Inventors: **Dianxuan Zhang**, Guangdong (CN); **Dengjin Zhou**, Guangdong (CN)

(73) Assignee: **Shenzhen Chitado technology CO., LTD.** (CN)

(**) Term: **15 Years**

(21) Appl. No.: **29/590,451**

(22) Filed: **Jan. 10, 2017**

(51) **LOC (11) Cl.** ............................................. **12-14**
(52) **U.S. Cl.**
USPC ........................................................ **D12/1**
(58) **Field of Classification Search**
USPC ...... D12/1, 5; D21/419, 421, 423, 426, 662, D21/760, 765, 766, 769, 771, 776, 803
CPC .... B62K 3/007; B62K 17/00; B62K 2202/00; B62K 11/007; B62D 51/001; B62D 51/02; B62D 61/00; B62D 37/00; A63C 17/0033; A63C 17/01; A63C 17/016; A63C 2203/40; A63C 17/12; A63C 17/08; B60N 2/002; B60G 17/019
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| D737,723 S | * | 9/2015 | Ying | D12/1 |
| D738,256 S | * | 9/2015 | Ying | D12/1 |
| D778,782 S | * | 2/2017 | Chen | D12/1 |
| D780,626 S | * | 3/2017 | Li | D12/1 |
| D784,195 S | * | 4/2017 | Ying | D12/1 |
| D784,198 S | * | 4/2017 | Zhu | D12/1 |
| D785,112 S | * | 4/2017 | Ying | D21/760 |
| D785,113 S | * | 4/2017 | Ying | D21/760 |
| D785,736 S | * | 5/2017 | Ying | D21/760 |
| D786,130 S | * | 5/2017 | Huang | D12/1 |
| D786,994 S | * | 5/2017 | Chen | D21/760 |
| D786,995 S | * | 5/2017 | Ying | D21/760 |
| 9,688,340 B1 | * | 6/2017 | Kroymann | B62K 13/04 |
| 2013/0238231 A1 | * | 9/2013 | Chen | B62K 11/007 701/124 |
| 2016/0129963 A1 | * | 5/2016 | Ying | B62D 51/001 180/6.5 |
| 2016/0325803 A1 | * | 11/2016 | Waxman | B62M 7/12 |
| 2017/0144718 A1 | * | 5/2017 | Tinaphong | B62K 11/007 |
| 2017/0240240 A1 | * | 8/2017 | Kroymann | B62K 13/04 |

* cited by examiner

*Primary Examiner* — T. Chase Nelson
*Assistant Examiner* — Ania Aman

(57) **CLAIM**

The ornamental design for a hoverboard, as shown and described.

**DESCRIPTION**

FIG. **1** is a front view of the hoverboard showing our new design;
FIG. **2** is a back view thereof;
FIG. **3** is a top view thereof;
FIG. **4** is a bottom view thereof;
FIG. **5** is a left side view thereof;
FIG. **6** is a right side view thereof;
FIG. **7** is a perspective view thereof; and,
FIG. **8** is another perspective view thereof.

**1 Claim, 8 Drawing Sheets**





FIG. 1



FIG. 2



**FIG. 3**



FIG. 4



FIG. 5

Case: 1:20-cv-04806 Document #: 385-1 Filed: 08/24/21 Page 17 of 28 PageID #:9442



FIG. 6



**FIG. 7**

Case: 1:20-cv-04806 Document #: 385-1 Filed: 08/24/21 Page 19 of 28 PageID #:9444



FIG. 8



US00D891297S

(12) **United States Design Patent** (10) Patent No.: **US D891,297 S**
Zhou et al. (45) Date of Patent: ** **Jul. 28, 2020**

(54) **HOVERBOARD**

(71) Applicant: **Shenzhen Chitado Technology CO., LTD.**, Shenzhen, Guangdong (CN)

(72) Inventors: **Fuqi Zhou**, Guangdong (CN); **Shiyuan Zheng**, Guangdong (CN); **Dianxuan Zhang**, Guangdong (CN); **Yang Zhang**, Guangdong (CN)

(73) Assignee: **Shenzhen Chitado Technology Co., Ltd.** (CN)

(**) Term: **15 Years**

(21) Appl. No.: **29/682,549**

(22) Filed: **Mar. 6, 2019**

(51) **LOC (12) Cl.** ............................................... **12-14**
(52) **U.S. Cl.**
USPC ...................................................... **D12/1**
(58) **Field of Classification Search**
USPC .......... D12/1, 107; D21/419, 763, 421, 423,
D21/426, 760, 765, 766, 769, 771, 776,
D21/803
CPC ..... A63C 17/01; A63C 17/12; A63C 2203/00;
A63C 2203/01; A63C 2203/012; A63C
2203/013; A63C 2203/40; A63C 2203/52;
A63C 17/0033; A63C 17/016; A63C
17/08; B62D 51/02; B62D 51/001; B62D
61/00; B62D 37/00; B62K 2202/00;
B62K 2207/00; B62K 2207/02; B62K
2207/04; B62K 3/007; B62K 17/00;
B62K 11/007; B60N 2/002; B60G 17/019
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D785,736 S | * | 5/2017 | Ying | D21/760 |
| D808,857 S | * | 1/2018 | Zhang | D12/1 |
| D817,811 S | * | 5/2018 | Wang | D12/1 |
| D837,322 S | * | 1/2019 | Desberg | D21/760 |
| D850,326 S | * | 6/2019 | Ying | D12/1 |
| D857,137 S | * | 8/2019 | Cao | D21/760 |
| D871,965 S | * | 1/2020 | Cao | D12/1 |
| 2018/0127047 A1 | * | 5/2018 | Lankford | B62K 11/007 |
| 2019/0382065 A1 | * | 12/2019 | Shang | B62J 6/00 |

* cited by examiner

*Primary Examiner* — Ania Aman

(57) **CLAIM**

The ornamental design for a hoverboard, as shown and described.

**DESCRIPTION**

FIG. **1** is a front view of a hoverboard showing our new design;
FIG. **2** is a back view thereof;
FIG. **3** is a left side view thereof;
FIG. **4** is a right side view thereof;
FIG. **5** is a top view thereof;
FIG. **6** is a bottom view thereof;
FIG. **7** is a top perspective view thereof; and,
FIG. **8** is a bottom perspective view thereof.
The broken line shown in the drawings are for the purpose of illustrating portions of the article and form no part of the claimed design.

**1 Claim, 8 Drawing Sheets**





FIG. 1

Case: 1:20-cv-04806 Document #: 385-1 Filed: 08/24/21 Page 22 of 28 PageID #:9447



FIG. 2



FIG. 3



FIG. 4



FIG. 5

Case: 1:20-cv-04806 Document #: 385-1 Filed: 08/24/21 Page 26 of 28 PageID #:9451



FIG. 6

Case: 1:20-cv-04806 Document #: 385-1 Filed: 08/24/21 Page 27 of 28 PageID #:9452



FIG. 7



FIG. 8