# EXHIBIT 1



1



-----Original Message-----
From: Cisco Unity Connection Messaging System <unityconnection@usminncuc01.loeb.com>
Sent: Friday, December 4, 2020 2:10 PM
To: akelly@usminncuc01.loeb.com
Subject: Message from . STEPHEN VEGH (+13103726191)

2



**From:** Christopher Binns <cbinns@loeb.com>
**Sent:** Sunday, December 6, 2020 1:32 PM
**To:** svegh@veghlaw.com
**Cc:** Adam Kelly <akelly@loeb.com>
**Subject:** Hangzhou Chic v. P'ships, Dkt. No. 20-CV-4806

Hi Stephen:

Per our conversation, please find attached all the relevant moving papers and orders relating to the Complaint, Temporary Restraining Order, and Preliminary Injunction Order.

I will send over a draft of a license agreement upon consolation with our client.  Let's touch base on Monday to schedule a call for later in the week.

All the best,
CB