# EXHIBIT 1

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| ABC CORPORATION I, ABC CORPORATION II, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Case No. 20-cv-4806 |
| v. | ) | |
| | ) | Judge Thomas M. Durkin |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A, | ) | Magistrate Judge Jeffrey Cole |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

**DECLARATION OF ARTHUR TAN-CHI YUAN IN SUPPORT OF PLAINTIFFS'
OPPOSITION TO JIANGYOU-US'S MOTION TO DISMISS FOR LACK OF
<u>PERSONAL JURISDICTION</u>**

I, Arthur Tan-Chi Yuan, declare as follows:

1. I am one of the attorneys for Plaintiffs Hangzhou Chic Intelligent Technology Co. and Unicorn Global, Inc., and I am an attorney licensed in Illinois.

2. I have personally reviewed all materials provided in the Attachments and have firsthand knowledge of the statements below. If called as a witness, I could and would testify to the statements made herein.

3. On October 25, 2020, Plaintiffs first observed that Jiangyou-US store was offering infringing products for sale to Illinois residents on Amazon.com. Attachment 1 is a true and accurate reproduction of a web capture showing at least one product listing offered for sale by the named store on Amazon.com.

4.      On August 4, 2021, Plaintiffs further observed that Jiangyou-US offered another infringing product for sale on Amazon.com.  Attachment 2 is a true and accurate reproduction of a web capture showing at least one product listing offered for sale by the named store on Amazon.com.

5.      In particular, Attachment 2 shows that the product is available to be shipped to Illinois zip code 60605.

6.      On August 15, 2021, Plaintiffs again observed that Jiangyou-US offered another infringing product for sale on Amazon.com.  Attachment 3 is a true and accurate reproduction of a web capture showing at least one product listing offered for sale by the named store on Amazon.com.

7.      Attachment 3 further shows that it is available to be shipped to Illinois zip code 60605.

8.      In response to such offers, Plaintiffs placed an order to purchase the infringing product on Amazon.com with a shipping address in Illinois.  Attachment 4 is a true and accurate reproduction of a web capture showing a purchase order placed on August 15, 2021 on Amazon.com, with minor redactions of identifying information.  Attachment 4 shows the infringing product is sold by Jiangyou-US and shipped to Illinois zip code 60654  Attachment 5 is a true and accurate reproduction of the confirmation email I received upon purchasing the product, with minor redactions of identifying information.


I declare under penalty of perjury that the foregoing is a true and correct.

Executed on September 2, 2021, Chicago, IL.

<div style="text-align: right">

/s/ Arthur Tan-Chi Yuan
Arthur T. Yuan.

</div>

ATTACHMENT 1

Sports & Outdoors
Hello, Arthur Account & Lists
Returns & Orders
Prime
0 Cart

Holiday Deals | Gift Cards | Arthur's Amazon.com | Browsing History | Prime Video | Customer Service | Shop Holiday Gift Guides

**Sports & Outdoors** | Sports & Fitness | Outdoor Recreation | Sports Fan Shop | Sports Deals | Outdoor Deals

‹ Return to product information    Every purchase on Amazon.com is protected by an A-to-z guarantee.    Feedback on this page? Tell us what you think

# Gyroor T581 Hoverboard 6.5" Off Road All Terrain Hoverboards with Bluetooth Speaker&LED Lights Two-Wheel Self Balancing Hoverboard with Kart Seat Attachment UL2272 Certified for Kids & Adults(Blue)

Gyroor

356 customer ratings

Color: **blue with Kart-T581**

**Refine by** Clear all

**Shipping**

- [ ]
- [ ] Free shipping

**Condition**

- [x] New

| Price + Shipping | Condition (Learn more) | Delivery | Seller Information | Buying Options |
|---|---|---|---|---|
| **$279.00**<br>& **FREE Shipping**<br>Details | **New** | FULFILLMENT BY AMAZON<br>• Shipping rates and return policy. | **JIANGYOU-US**<br>**Just Launched**<br>(Seller Profile) | Add to cart |
| **$279.00**<br>& **FREE Shipping** | **New** | • **Arrives between** Nov. 16 - Dec. 8.<br>• Want it delivered Wednesday, November 4? Choose **Expedited Shipping** at checkout.<br>• Shipping rates and return policy. | **Runchenyun**<br>**70% positive** over the past 12 months. (20 total ratings) | Add to cart |

## Deals in magazine subscriptions

Page 1 of 13

National Geographic Kids
6,532
Print Magazine
$15.00

Good Housekeeping
30
Print Magazine
$6.00

Do it Yourself
4,542
Print Magazine
$5.00

Martha Stewart Living
4,418
Print Magazine
$5.00

## Buy it again

Bottle Bright- All Natural, Biodegradable, Chlorine & Odor Free Water Bottle…
11,706
$8.00
Purchased Sep 2020

[UL Listed] Miady Short Power Extension Cord Outlet Saver, 16AWG…
2,559
$16.99
Purchased Sep 2020

Ascher GU10 LED Light Bulbs, 50W Halogen Bulbs Equivalent, 4W, 400…
1,940
$10.99
Purchased Aug 2020

Amazon.com Gift Card in a Mini Envelope
26,510
$10.00
Purchased Dec 2019





10/25/2020      Amazon.com: Buying Choices: Gyroor T581 Hoverboard 6.5" Off Road All Terrain Hoverboards with Bluetooth Speaker&LED Lights Tw…

**Your Browsing History**   **View or edit your browsing history** ›

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell products on Amazon | Amazon Rewards Visa Signature Cards | Amazon and COVID-19 |
| Blog | Sell apps on Amazon | Amazon.com Store Card | Your Account |
| About Amazon | Become an Affiliate | Amazon Business Card | Your Orders |
| Sustainability | Advertise Your Products | Amazon Business Line of Credit | Shipping Rates & Policies |
| Press Center | Self-Publish with Us | Shop with Points | Amazon Prime |
| Investor Relations | Host an Amazon Hub | Credit Card Marketplace | Returns & Replacements |
| Amazon Devices | › See More Make Money with Us | Reload Your Balance | Manage Your Content and Devices |
| Amazon Tours | | Amazon Currency Converter | Amazon Assistant |
| | | | Help |

English     United States

| | | | | | | |
|---|---|---|---|---|---|---|
| Amazon Music Stream millions of songs | Amazon Advertising Find, attract, and engage customers | Amazon Drive Cloud storage from Amazon | 6pm Score deals on fashion brands | AbeBooks Books, art & collectibles | ACX Audiobook Publishing Made Easy | Alexa Actionable Analytics for the Web |
| Sell on Amazon Start a Selling Account | Amazon Business Everything For Your Business | Amazon Fresh Groceries & More Right To Your Door | AmazonGlobal Ship Orders Internationally | Home Services Experienced Pros Happiness Guarantee | Amazon Ignite Sell your original Digital Educational Resources | Amazon Rapids Fun stories for kids on the go |
| Amazon Web Services Scalable Cloud Computing Services | Audible Listen to Books & Original Audio Performances | Book Depository Books With Free Delivery Worldwide | Box Office Mojo Find Movie Box Office Data | ComiXology Thousands of Digital Comics | DPReview Digital Photography | East Dane Designer Men's Fashion |
| Fabric Sewing, Quilting & Knitting | Goodreads Book reviews & recommendations | IMDb Movies, TV & Celebrities | IMDbPro Get Info Entertainment Professionals Need | Kindle Direct Publishing Indie Digital & Print Publishing Made Easy | Prime Now FREE 2-hour Delivery on Everyday Items | Amazon Photos Unlimited Photo Storage Free With Prime |
| Prime Video Direct Video Distribution Made Easy | Shopbop Designer Fashion Brands | Amazon Warehouse Great Deals on Quality Used Products | Whole Foods Market America's Healthiest Grocery Store | Woot! Deals and Shenanigans | Zappos Shoes & Clothing | Ring Smart Home Security Systems |
| eero WiFi Stream 4K Video in Every Room | Neighbors App Real-Time Crime & Safety Alerts | Amazon Subscription Boxes Top subscription boxes – right to your door | PillPack Pharmacy Simplified | Amazon Renewed Like-new products you can trust | Amazon Second Chance Pass it on, trade it in, give it a second life | |

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2020, Amazon.com, Inc. or its affiliates

ATTACHMENT 2



amazon prime

☰ All   Customer Service   Prime Video   Gift Cards   Arthur's Amazon.com   Shopper Toolkit   Outdoor Recreation    **Shop low prices for school**

Deliver to Arthur
Chicago 60605

Hello, Arthur
Account & Lists ˅

Returns
& Orders

🛒 0 Cart



MACWHEEL   Macwheel Electric Scooter, Electric Scooter for Kids Age 8+...    ★★★★½ 296

Sports & Outdoors › Outdoor Recreation › Skates, Skateboards & Scooters › Scooters & Equipment › Scooters

Sponsored ⓘ



Roll over image to zoom in

VIDEO

## Gyroor Swift Hoverboard Self Balancing Hoverboard with Music Speaker LED Lights, 6.5 inch Two-Wheel Hoverboard with UL2272 Certificated

Visit the Gyroor Store

★★★★½ ˅   |   635 ratings   |   54 answered questions

Price: **$167.00** ✓prime & FREE Returns

Coupon ☐ Save an extra **$10.00** when you apply this coupon.
Details

**Get 5% back ($8.35 in rewards)** on the amount charged to your Amazon Prime Rewards Visa Signature Card.

Color: **black**



| $167.00 | $219.00 |

| Brand | Gyroor |
| Color | Black |
| Package Dimensions | 26 x 9.5 x 9.5 inches; 18.45 Pounds |

### About this item

- **SMART APP CONTROLLED** - This self balancing scooter comes with an efficient app that helps you stay in control, giving you the ability to change modes, check batteries, see the real speed, Changing led light colors and adjust speed with ease.
- **FOR ALL RIDERS** - Coming with 2 modes, the children mode makes this hover board easy to control for a first-timer or a kid rider. While its adult mode allows expert riders easily perform hoverboard tricks.
- **MUSIC SPEAKER INCLUDED** - For the music lovers, the Gyroor Swift spots a built-in branded high quality music speaker that allows you play music when riding the hoverboard.
- **SELF BALANCING BOARD** - We have adopted the self balancing technology to make this hoverboard easier and safer for new riders. Perfect your balancing with a full rest of mind!
- **SAFETY CERTIFIED** - This UL2272 certified hover board has passed strict electrical and safety test to protect charging and rides. If you feel this hoverboard is not performing to standard, feel free to contact us

New (4) from $167.00 ✓prime



Share ✉ f 🐦 📌

**$167.00**
✓prime & FREE Returns ˅

FREE delivery: **Saturday, Aug 7**
Order within 6 hrs and 54 mins
Details

⊙ Deliver to Arthur - Chicago 60605

**In Stock.**

Qty: 1 ˅

Add to Cart

Buy Now

🔒 Secure transaction

Ships from   Amazon
Sold by    shanchun-us

Return policy: This item is returnable ˅

**Add a Protection Plan:**
☐ 2-Year Protection for $15.99

☐ Add a gift receipt for easy returns

Add to List ▼

New (4) from $167.00 ✓prime →

**Other Sellers on Amazon**

$167.00    Add to Cart
& FREE Shipping
Sold by: runjinjia-us

$199.00    Add to Cart
& FREE Shipping
Sold by: JIANGYOU-US

$219.00    Add to Cart
& FREE Shipping
Sold by: GYROOR US



Roll over image to zoom in

balancing technology to make this hoverboard easier full rest of mind!

- **SAFETY CERTIFIED** - This UL2272 certified hover board has passed strict electrical and safety test to protect charging and rides. If you feel this hoverboard is not performing to standard, feel free to contact us

New (4) from $167.00 ✓prime

💬 Report incorrect product information.



Hover-1 Chrome 2.0 Hoverboard Electric Scooter
★★★★½ 769
$258.00 ✓prime

Sponsored ⓘ

Sold by: runjinjia-us

$199.00    [ Add to Cart ]
& FREE Shipping
Sold by: JIANGYOU-US

$219.00    [ Add to Cart ]
& FREE Shipping
Sold by: GYROOR US

Have one to sell?

[ Sell on Amazon ]

SISIGAD Hoverboard, with Bluetooth and Colorful Lights...
★★★★½ 3,787
$144.99

Sponsored ⓘ

## Frequently bought together



Total price: $231.80

[ Add all three to Cart ]

ⓘ These items are shipped from and sold by different sellers. Show details

☑ **This item:** Gyroor Swift Hoverboard Self Balancing Hoverboard with Music Speaker LED Lights, 6.5 inch Two-Whee
☑ Hover-1 Buggy Attachment for Transforming Hoverboard Scooter into Go-Kart $49.94
☑ GameXcel Self-Balancing Scooter Carrying Handbag Backpack Bag for 6.5" 7" and 8" Two-Wheel Hover Board Bag

## Inspired by your recent shopping trends

Page 1 of 17











TOMOLOO Hover Boards for Kids, Hoverboards Bluetooth and LED...
★★★★½ 34
6% off
$169.99 $179.99
Lowest price in 30 days
✓prime FREE Delivery
In Stock.

TOMOLOO Hoverboard with Bluetooth Speaker and LED Lights Self-Balancing Scooter UL2272 Certified 6.5"...
★★★★½ 2,528
$179.99
✓prime FREE Delivery
In Stock.

Hover-1 Titan Electric Self-Balancing Hoverboard Scooter
★★★★½ 1,494
$248.99
✓prime FREE Delivery
In Stock.

RIDE SWFT Hoverboard Self Balancing Electric Scooter, Bluetooth...
★★★★½ 261
15% off
$159.99 $189.00
Lowest price in 30 days
✓prime FREE Delivery
In Stock.

Swagtron Swagboard Twist Self Balancing Hoverboard for Kids
★★★★½ 2,527
$139.99
✓prime FREE Delivery
Only 9 left in stock - order soon.

## Products related to this item

Page 1 of 49

Sponsored ⓘ

**6% off**
$169.99 ~~$179.99~~
Lowest price in 30 days
✓prime FREE Delivery
In Stock.

UL2272 Certified 6.5"...
$179.99
✓prime FREE Delivery
In Stock.

$248.99
In Stock.

**15% off**
$139.99 ~~$169.99~~
Lowest price in 30 days
✓prime FREE Delivery
In Stock.

$139.99
Only 9 left in stock - order soon.

## Products related to this item

Sponsored ⓘ

Page 1 of 49











| Hover-1 Helix Electric Hoverboard Scooter, Galaxy | Gyroor Hoverboard Off Road All Terrian 6.5" Two-Wheel G11 Flash LED Light Self Bala... | Hover-1 H1 Hoverboard Electric Scooter , Iridescent , 25 x 9.4 x 9.2 | SISIGAD Hoverboard, with Bluetooth and Colorful Lights Self Balancing Scooter | FLYING-ANT Hoverboard, Hoverboard with Bluetooth and LED Lights Self Balancing... |
| --- | --- | --- | --- | --- |
| ★★★★½ 1,254 | ★★★★½ 245 | ★★★★½ 2,400 | ★★★★½ 8,546 | ★★★★½ 122 |
| $179.99 ✓prime | $199.00 | $191.99 ✓prime | $144.99 | $144.99 ✓prime |

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

## Product Description





Are you looking for the safest hoverboard to get around the world? This GYROOR Swift T580 Hoverboard is exactly what you are looking for!

GYROOR focuses on providing high quality, high safety product and best service to riders, all products are strictly related to the safety tests. With high-tech electric, anti-fire shell protection, and UL certified that make T580 absolutely safe and harmless for all riders.





**GYROOR's committed to make rider's life more comfortable and convenient.**

Dual shinny wheels design, easy to control your balance, move forward or backward by your body posture. Ride on premium self balancing GYROOR Swift T580 hoverboard, Ride with your Dream!



### Colorful LED Lights

Bright LED headlights and flashing wheels are super fun, is also a signal of protecting yourself that makes you feel safe in dark, illuminate your evening journeys.For the hoverboard enthusiasts,the LED flashing lights would make the hoverboard be cool device.

- Water Resistant: IP54
- Max Load: 220 Pounds
- Motor: 250W*2 Motors
- Frame Material: Aluminum
- Charging Time: 1.5 to 2 Hours
- LED Lights: Colors Adjustable by APP
- Distance on Full Charge: 5~7.5 Miles
- Safety : UL 2272 Certified Hoverboard

### Powerful Battery

Using the certified lithium-ion Battery, provides T580 more powerful. The smart battery system provides battery long life time and more reliable quality for the rider.With UL certified charger, it's safe and fast charging on the hoverboard.



- Net Weight: 15.8 Pounds.
- Max Speed: 8 Miles/Hour
- Max Climbing Angle: 15-30°
- Tires: 6.5 inch Rubber Tires
- Driving Mode: Adjustable Speeds by App
- Bluetooth Speaker: Pro Bluetooth Speaker

battery long life time and more reliable quality for the rider.With UL certified charger, it's safe and fast charging on the hoverboard.

battery



- Net Weight: 15.8 Pounds.
- Max Speed: 8 Miles/Hour
- Max Climbing Angle: 15-30°
- Tires: 6.5 inch Rubber Tires
- Driving Mode: Adjustable Speeds by App
- Bluetooth Speaker: Pro Bluetooth Speaker
- Charging Voltage: AC100 to 240V/50-60Hz
- Lithium-Ion Battery: Removable 2.0Ah/36V
- Product Dimensions: 26 Inch x 9 Inch X 8.86 Inch







### App Enable

With GYROOR App, you can change different led lights, adjust riding speed, check battery life, set adults or children mode, switch self balancing mode, analyses fault and on/off setting, anywhere and anytime.

### Music Speaker

Built-in powerful speaker, easily connect your smart phone or any bluetooth devices. As a music lover, riding with your favorite music, you and your hoverboard will be the most focus one!

### Sturdy & Durable

Adopting advanced motherboard system and nature rubber tires, ensure T580 can run smoothly and steadily. With powerful self-balancing feature, you can easily control and happily ride on it. Enjoy the most stable riding and balancing experience!





## Fantastic and Best Gift Choice for Every Family!

GYROOR Swift T580, is the most perfect gift for every occasion and the best gift choice to your kids and family. Enjoying outdoor life with your family and friends!

## Product details

Color: **black**

**Is Discontinued By Manufacturer** : No

**Item Weight** : 26.5 Pounds

**Batteries** : 20 Lithium ion batteries required.

**Date First Available** : April 10, 2018

**Manufacturer** : Gyroor

**ASIN** : B07C3C861F

**Best Sellers Rank:** #52,667 in Sports & Outdoors (See Top 100 in Sports & Outdoors)

#55 in Self Balancing Scooters

#264 in Sport Scooters

**Customer Reviews:**

★★★★½ ⌄    635 ratings

# Videos                                     Page 1 of 4

### Videos for this product



**Customer Review:** Light and sleek. Rated up to 265 ibs.

Teach1



Gyroor T580 Hoverboard Self Balancing Scooter with Music…

Amol Bhavsar



Gyroor Swift Hoverboard Self Balancing Hoverboard with Musi…

Merchant Video



**Customer Review:** A…

Sweety

Upload your video

## Products related to this item                  Page 1 of 28

Sponsored

| Teach1 | Amol Bhavsar | Merchant Video | Sweety |
|---|---|---|---|

Upload your video

## Products related to this item

Sponsored ⓘ

Page 1 of 28







‹ ›

Hover-1 i100 Electric Hoverboard Scooter with Infinity LED Wheel Lights, Black
★★★★☆ 652
$219.99 ✓prime

Hover-1 Chrome Electric Hoverboard Scooter, Gun Metal, 26 x 9.8 x 10
★★★★☆ 1,050
$169.95

SISIGAD Hoverboard Self Balancing Scooter 6.5 Two-Wheel Self Balancing Hoverboard...
★★★★☆ 156
$189.99

Hover-1 Ultra Electric Self-Balancing Hoverboard Scooter, Blue, 24 x 9 x 9.5 inches
★★★★☆ 2,848
$179.00 ✓prime

Hover-1 H1 Hoverboard Electric Scooter , Iridescent , 25 x 9.4 x 9.2
★★★★☆ 2,400
$191.99 ✓prime



Hover-1 Dream Hoverboard Electric Scooter Light Up LED Wheels
★★★★☆ 499
$159.99 ✓prime

Sponsored ⓘ

## Customer questions & answers

🔍 Have a question? Search for answers

▲
1 vote
▼

**Question:** can you use it without a phone, my kid, I am buying it for doesn't have a phone?

**Answer:** Definitely! My son never uses a phone when he rides.
By Kati Reed on October 25, 2020
⌄ See more answers (3)

▲
1 vote
▼

**Question:** How do I keep the speed on the app at the lower speed? It keeps switching back to the higher speed!

**Answer:** Hi, thanks for your message. When you selected the speed you want to ride on, then you need to click the" limited speed" at the bottom, when it shows" setting successfully", and it could be fixed. Or you could directly adjust into kids mode, the speed would be in very slow. Hope this could be workable for you.
By Gyroor SELLER on December 11, 2018
⌄ See more answers (1)

▲
1

**Question:** Seller said max speed was 13 to 16km yet the app only mets me set soeed up to 12km why is that?

Document title: Amazon.com: Gyroor T580 Hoverboard Self Balancing Scooter with Music Speaker LED Lights, 6.5 inch Two-Wheel Electric Scooter for Kids Adult -...
Capture URL: https://www.amazon.com/Gyroor-Hoverboard-Balancing-Two-Wheel-Electric/dp/B07GFK49QR/ref=sr_1_1?...
Capture timestamp (UTC): Wed, 04 Aug 2021 14:21:44 GMT
Page 7 of 13



**Answer:** Hi, thanks for your message. When you selected the speed you want to ride on, then you need to click the limit speed button at the bottom, when it shows "setting successfully" and it could be done. Or you could directly adjust into kids mode, the speed would be in very slow. Hope this could be workable for you.

By Gyroor **SELLER** on December 11, 2018

⌄ See more answers (1)

---

▲
1
vote
▼

**Question:** Seller said max speed was 13 to 16km yet the app only mets me set soeed up to 12km why is that?

**Answer:** for safe in app just can set 12KM.thanks.
By Gyroor **SELLER** on September 19, 2019

---

▲
0
votes
▼

**Question:** Does Is it go Off road?

**Answer:** Dear Kindle,
If you want off road,you can choice our GYROOR T581,our new model. Thnaks.
Best regards, ... see more
By Gyroor **SELLER** on May 6, 2019

⌄ See more answers (1)

See more answered questions (49)

---

# Customer reviews

 **4.6 out of 5**

635 global ratings



| | |
|---|---|
| 5 star | 80% |
| 4 star | 9% |
| 3 star | 3% |
| 2 star | 2% |
| 1 star | 6% |

⌄ How are ratings calculated?

## By feature

| | |
|---|---|
| Giftable | ★★★★☆ 4.6 |
| For beginners | ★★★★☆ 4.6 |
| Sturdiness | ★★★★☆ 4.5 |

⌄ See more

## Review this product

Share your thoughts with other customers

Write a customer review

 Belifu

## Reviews with images

   

See all customer images

## Read reviews that mention

| year old | battery life | old daughter | daughter loves | hoverboard |
|---|---|---|---|---|

| absolutely loves | play music | child mode | son loves |
|---|---|---|---|

| great hoverboard | easy to use | definitely recommend | worth the money |
|---|---|---|---|

## Top reviews from the United States

 Teach1

★★★★☆ **Light and sleek. Rated up to 265 ibs.**
Reviewed in the United States on December 26, 2018
Color: black | Verified Purchase



▶ 0:00 🔊 ⤢ ⋮

Light and sleek. Rated 265 ibs. We bought this and a H1 and so far like this one better. It is easier to handle with one handed lifting if you are strong as the middle is smaller. The charger is very similar to the H1. This is only a initial review.

So after a month the unit still works but the plastic hubs are showing some damage and some plastic peices are

---



Belifu

*Non-Invasive, Non-Drug Choice for Relieving Pain*

**Belifu Dual Channel Tens Unit Electro Mu...**

★★★★☆ 3,297

$39.99 ✓prime

[Add to Cart]

Sponsored ⓘ



one better. It is easier to handle with... are strong as the middle is smaller. The charger is very similar to the H1. This is only a initial review.

So after a month the unit still works but the plastic hubs are showing some damage and some plastic peices are rattling around inside. We havnt been gentle with it though ;).

43 people found this helpful

[Helpful]  | Report abuse

 **Eric Helton**

★★★★★ **Great value, great experience so far**
Reviewed in the United States on March 10, 2020
Color: pink  | Verified Purchase

I did allot of research on hoverboards. What I found was every single one has a few reviews of people saying their's was defective or did nothing but beep. Basically I took a leap of faith guided by my 6 year old daughter's simple request for pink. I have now had this Gyroor for a week and I am very happy with the purchase thus far. First, my daughter loves it and was zipping around all over the place in no time. The lights are bright and colorful. The app is easy to pair and use. I put it in child mode and limited the speed in minutes. It can support 220lbs according to the manual which should make it big brother survivable. Battery life has been excellent and the charge time of 2-3 hours is quicker than I expected. So far my only nit-pick would be I think the cosmetics of the plastic body could be scratched up and gouged pretty easily. But it does feel like a solid piece of machinery. That it comes with a bag is really nice. At this point I feel like I hit the sweet spot of not going too cheap while keeping the price reasonable for a 6 year old. I'll update in a couple months

42 people found this helpful

[Helpful]  | Report abuse

 **Tina**

★★★☆☆ **Battery is not so good!**
Reviewed in the United States on April 15, 2019
Color: black  | Verified Purchase

Battery didn't last more then 30 minutes. Got the item replaced and had the same problem. The company was quick to resolve thing but only refunded to amazon account not to original payment method. I should also mention when it stops working or dies unexpectedly it comes to a complete stop. Making the rider go flying!

14 people found this helpful

[Helpful]  | Report abuse

 **Amazon Customer**

★★★★★ **GREAT PRODUCT, GREAT PRICE, FAST SHIPPING!**
Reviewed in the United States on January 16, 2019
Color: pink  | Verified Purchase

Got this for my granddaughter for Christmas! After setting it up to her mother's phone, it took a couple of days and learning beside something to hold on to while getting the feel of things. (of course we had a few laughs at her dad's expense) She is now scooting around as well as she rides her bicycle. She is having a blast! The slower learning feature was perfect for her to use until she got the hang of riding it.

38 people found this helpful

[Helpful]  | Report abuse

Color: pink    Verified Purchase

Got this for my granddaughter for Christmas after setting it up to her mother's phone, it took a couple of days and learning beside something to hold on to while getting the feel of things. (of course we had a few laughs at her dad's expense) She is now scooting around as well as she rides her bicycle. She is having a blast! The slower learning feature was perfect for her to use until she got the hang of riding it.

38 people found this helpful

Helpful    |    Report abuse

 J.D.

★☆☆☆☆  **My son loves it (UPDATE)**
Reviewed in the United States on September 2, 2020
Color: black    |    Verified Purchase

We purchased this about a year ago and my 9 year old son has a blast with it! It stood up well for some time and then the battery would only last for a few minutes. I saw that the battery warranty was only 6 months but figured I would contact Gyroor directly and see if there was anything they could do. I was pleasantly surprised when they told me they would send me a new battery! Needless to say I am very happy with the product and their customer support.

UPDATE 1/25/2021 - So Gyroor wound up sending me the wrong battery, and and then asked me to ship the entire hoverboard back so they would fix it. I sent it back and they sent me back a hoverboard where the bottom was not fully screwed in and the threads were stripped.

They then sent me another hoverboard that had the SAME EXACT ISSUES. Now they are saying they don't have it in stock and will send me a new one once it is in stock. It has been about 6 months since I had this initially had this issue which is not an acceptable amount of time. If I do finally received a working hoverboard that is also safe to use I will update this review again.

5 people found this helpful

Helpful    |    Report abuse

 Tatyanna Curtis

★★★★★  **Best Christmas present ever!!!**
Reviewed in the United States on January 7, 2019
Color: pink    |    Verified Purchase

Bought this for my 11 yr old daughter for Christmas. She loves it. All her friends got one too and paid about the same price but hers is cooler than them all. The Bluetooth speaker works great and is very loud. She jumped on and became a pro in about 15 minutes.

40 people found this helpful

Helpful    |    Report abuse

 Suresh

★★★★★  **Super cool pro**
Reviewed in the United States on February 23, 2019
Color: black    |    Verified Purchase

I was wondering how my 6 year kid will ride this as this was his first time . Just in10 minutes he rode and became a champ in next 10 minutes.. the product looks super cool

40 people found this helpful

Helpful    |    Report abuse

 Kat

★★★★★  **Good product!**
Reviewed in the United States on January 21, 2019

rode and became a champ in next 10 minutes.. the product looks super cool



Helpful  |  Report abuse

Kat

★★★★★ **Good product!**

Reviewed in the United States on January 21, 2019

Color: pink  |  **Verified Purchase**

Perfect for my 11 year old daughter...takes a lot of practice but she really enjoys it!

36 people found this helpful

Helpful  |  Report abuse

**See all reviews ›**

---

## 4 stars and above

Page 1 of 15

Sponsored ⓘ







Hover-1 Helix Electric Hoverboard Scooter, Galaxy
★★★★½ 1,254
$179.99 ✓prime

Hover-1 Titan Electric Self-Balancing Hoverboard Scooter with 10" Tires, Gun Metal
★★★★½ 1,493
$248.00 ✓prime

Hover-1 H1 Hoverboard Electric Scooter
★★★★½ 2,400
$224.99 ✓prime

Jetson All Terrain Hoverboard with LED Lights | Anti Slip Grip Pads | Self Balancin...
★★★★½ 1,323
$149.99 ✓prime

Hover-1 Chrome 2.0 Hoverboard Electric Scooter, Gun Metal, 26 x 9.8 x 10
★★★★½ 769
$199.99 ✓prime



Gatorade Whey Protein Bars, Variety Pack...
★★★★½ 11,399
$24.00 ✓prime
Add to Cart
Sponsored ⓘ

**Pages with related products.** See and discover other items: electric board, Best battery scooters for kids, Best off road scooters for adults, Best led scooters for kids

---

## Explore more items

Page 1 of 4








Gyroor G2 Hoverboard 8.5" Off Road All Terrain Hoverboards Bluetooth

Segway Ninebot Electric GoKart Pro and Gokart Bundle, Outdoor Race

Swagtron Swagboard Outlaw T6 Off-Road Hoverboard

WINDEK SUBLUE WhiteShark Mix Underwater Scooter with

Segway Ninebot Drift W1, Electric Roller Skates Hovershoes, Two



Document title: Amazon.com: Gyroor T580 Hoverboard Self Balancing Scooter with Music Speaker LED Lights, 6.5 inch Two-Wheel Electric Scooter for Kids Adult -...
Capture URL: https://www.amazon.com/Gyroor-Hoverboard-Balancing-Two-Wheel-Electric/dp/B07GFK49QR/ref=sr_1_1?…
Capture timestamp (UTC): Wed, 04 Aug 2021 14:21:44 GMT
Page 11 of 13



**Gyroor G2 Hoverboard 8.5" Off Road All Terrain Hoverboards Bluetooth Speaker&Self Balancing Hoverboard with Kart Seat Attachment…**
⭐⭐⭐⭐ 16
$399.00
In stock.

**Segway Ninebot Electric GoKart Pro and Gokart Bundle, Outdoor Race Pedal Go Karting Car for Kids and Adults,…**
⭐⭐⭐⭐ 319
$1,999.99
✓prime FREE Delivery
In Stock.

**Swagtron Swagboard Outlaw T6 Off-Road Hoverboard**
⭐⭐⭐ 158
$349.99
✓prime FREE Delivery
Only 8 left in stock (more on the way).

**WINDEK SUBLUE WhiteShark Mix Underwater Scooter with Action Camera Mount Dual Motor 40M…**
⭐⭐⭐⭐ 88
$699.99
✓prime FREE Delivery
In Stock.

**Segway Ninebot Drift W1, Electric Roller Skates Hovershoes, Two Wheels self Balancing Scooter with RGB LED**
⭐⭐⭐⭐ 429
$399.99
✓prime FREE Delivery
In Stock.

## Explore more from across the store

Page 1 of 4







**Emerson Quiet Kool EARC15RSE1 SMART 15,000 BTU 115V Window Air Conditioner with Remote, Wi-Fi,…**
⭐⭐⭐⭐ 83
$599.99
Prime FREE Delivery
In stock soon.

**Maxx Air Extreme Power Industrial Pedestal Fan | Heavy Duty 30" Stand Fan, 4800 CFM**
⭐⭐⭐⭐ 289
$189.99
In Stock.

**Vacmaster Wet Dry Shampoo Vacuum Cleaner 3 in 1 Portable Carpet Cleaner 8 Gallon 5.5 Peak HP Power Suction**
⭐⭐⭐⭐ 1,056
$199.00
In Stock.

**Vornado 7803 Large Pedestal Whole Room Air Circulator Fan with Adjustable Height, 3 Speed Settings,…**
⭐⭐⭐⭐ 1,179
$129.99
✓prime FREE Delivery
In Stock.

**Luminous Wall Clock - 14'' Extra Large Wall Clocks with Glowing Function LCD Display - Silent Movement for…**
⭐⭐⭐⭐ 261
$36.99
✓prime Overnight by 8AM
In Stock.

## Your Browsing History   View or edit your browsing history

Page 1 of 7










**Back to top**

**Get to Know Us**
Careers
Blog
About Amazon
Sustainability
Press Center

**Make Money with Us**
Sell products on Amazon
Sell apps on Amazon
Become an Affiliate
Become a Delivery

**Amazon Payment Products**
Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon Secured Card
Amazon Business Card

**Let Us Help You**
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates &

**Back to top**

## Get to Know Us

Careers

Blog

About Amazon

Sustainability

Press Center

Investor Relations

Amazon Devices

## Make Money with Us

Sell products on Amazon

Sell apps on Amazon

Become an Affiliate

Become a Delivery Driver

Start a package delivery business

Advertise Your Products

Self-Publish with Us

Host an Amazon Hub

› See More Ways to Make Money

## Amazon Payment Products

Amazon Rewards Visa Signature Cards

Amazon.com Store Card

Amazon Secured Card

Amazon Business Card

Amazon Business Line of Credit

Shop with Points

Credit Card Marketplace

Reload Your Balance

Amazon Currency Converter

Promotional Financing

## Let Us Help You

Amazon and COVID-19

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Amazon Assistant

Help



 English

 United States

| | | | | | | |
|---|---|---|---|---|---|---|
| **Amazon Music** Stream millions of songs | **Amazon Advertising** Find, attract, and engage customers | **Amazon Drive** Cloud storage from Amazon | **6pm** Score deals on fashion brands | **AbeBooks** Books, art & collectibles | **ACX** Audiobook Publishing Made Easy | **Alexa** Actionable Analytics for the Web |
| **Sell on Amazon** Start a Selling Account | **Amazon Business** Everything For Your Business | **Amazon Fresh** Groceries & More Right To Your Door | **AmazonGlobal** Ship Orders Internationally | **Home Services** Experienced Pros Happiness Guarantee | **Amazon Ignite** Sell your original Digital Educational Resources | **Amazon Web Services** Scalable Cloud Computing Services |
| **Audible** Listen to Books & Original Audio Performances | **Book Depository** Books With Free Delivery Worldwide | **Box Office Mojo** Find Movie Box Office Data | **ComiXology** Thousands of Digital Comics | **DPReview** Digital Photography | **East Dane** Designer Men's Fashion | **Fabric** Sewing, Quilting & Knitting |
| **Goodreads** Book reviews & recommendations | **IMDb** Movies, TV & Celebrities | **IMDbPro** Get Info Entertainment Professionals Need | **Kindle Direct Publishing** Indie Digital & Print Publishing Made Easy | **Amazon Photos** Unlimited Photo Storage Free With Prime | **Prime Video Direct** Video Distribution Made Easy | **Shopbop** Designer Fashion Brands |
| **Amazon Warehouse** Great Deals on Quality Used Products | **Whole Foods Market** America's Healthiest Grocery Store | **Woot!** Deals and Shenanigans | **Zappos** Shoes & Clothing | **Ring** Smart Home Security Systems | **eero WiFi** Stream 4K Video in Every Room | **Blink** Smart Security for Every Home |
| | **Neighbors App** Real-Time Crime & Safety Alerts | **Amazon Subscription Boxes** Top subscription boxes – right to your door | **PillPack** Pharmacy Simplified | **Amazon Renewed** Like-new products you can trust | **Amazon Second Chance** Pass it on, trade it in, give it a second life | |

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2021, Amazon.com, Inc. or its affiliates

# ATTACHMENT 3



# amazon prime

Deliver to Arthur
Chicago 60605

Hello, Arthur
Account & Lists ▾

Returns
& Orders

🛒 0 Cart

☰ All  Customer Service  Prime Video  Gift Cards  Shopper Toolkit  Outdoor Recreation  Pet Supplies  Groceries ▾    Save on school essentials


Students and government assistance recipients
could save 50% on Prime

Sports & Outdoors › Outdoor Recreation › Skates, Skateboards & Scooters › Scooters & Equipment › Scooters



Roll over image to zoom in

 

## Gyroor Swift Hoverboard Self Balancing Hoverboard with Music Speaker LED Lights, 6.5 inch Two-Wheel Hoverboard with UL2272 Certificated

Visit the Gyroor Store

★★★★½ ▾ | 640 ratings | 54 answered questions

Price: **$199.00**

**Get 5% back ($9.95 in rewards)** on the amount charged to your Amazon Prime Rewards Visa Signature Card.

Color: **black**

| $199.00 | $199.00 |

| Brand | Gyroor |
| Color | Black |
| Package Dimensions | 26 x 9.5 x 9.5 inches; 18.45 Pounds |

### About this item

- SMART APP CONTROLLED - This self balancing scooter comes with an efficient app that helps you stay in control, giving you the ability to change modes, check batteries, see the real speed, Changing led light colors and adjust speed with ease.
- FOR ALL RIDERS - Coming with 2 modes, the children mode makes this hover board easy to control for a first-timer or a kid rider. While its adult mode allows expert riders easily perform hoverboard tricks.
- MUSIC SPEAKER INCLUDED - For the music lovers, the Gyroor Swift spots a built-in branded high quality music speaker that allows you play music when riding the hoverboard.
- SELF BALANCING BOARD - We have adopted the self balancing technology to make this hoverboard easier and safer for new riders. Perfect your balancing with a full rest of mind!
- SAFETY CERTIFIED - This UL2272 certified hover board has passed strict electrical and safety test to protect charging and rides. If you feel this hoverboard is not performing to standard, feel free to contact us

💬 Report incorrect product information.


SISIGAD Hoverboard, with Bluetooth and Colorful Lights Self Balancing

**$199.00**

FREE delivery: Aug 24 - 27

📍 Deliver to Arthur - Chicago 60605

**In stock.**
Usually ships within 4 to 5 days.

Qty: 1 ▾

**Add to Cart**

**Buy Now**

🔒 Secure transaction

Ships from  JIANGYOU-US
Sold by      JIANGYOU-US

Return policy: Returnable for a refund or replacement ▾

Add to List ▾

Have one to sell?
**Sell on Amazon**



Gonex Roller Skates for Girls Kids Boys Women with Light up…
★★★★☆ 1,229
$59.99 ✓prime

Sponsored ⓘ



has passed strict electrical and safety test to protect ... performing to standard, feel free to contact us

🖵 Report incorrect product information.



SISIGAD Hoverboard, with Bluetooth and Colorful Lights Self Balancing…

⭐⭐⭐⭐⯪ 8,632

$154.99 ✓prime

Sponsored ⓘ

Roll over image to zoom in

VIDEO

## Frequently bought together



Total price: $231.80

[ Add all three to Cart ]

ⓘ These items are shipped from and sold by different sellers. Show details

☑ **This item:** Gyroor Swift Hoverboard Self Balancing Hoverboard with Music Speaker LED Lights, 6.5 inch Two-Wheel … $167.00
☑ Hover-1 Buggy Attachment for Transforming Hoverboard Scooter into Go-Kart $49.94
☑ GameXcel Self-Balancing Scooter Carrying Handbag Backpack Bag for 6.5" 7" and 8" Two-Wheel Hover Board Bag S… $14.86

## Products related to this item

Page 1 of 49

Sponsored ⓘ








LIEAGLE Hoverboard, 6.5" Self Balancing Scooter Hover Board with UL2272 Certified…
⭐⭐⭐⭐⯪ 5,130
$144.99 ✓prime

Newest Generation Electric Hoverboard Dual Motors Two Wheels Hoover Board Smart…
⭐⭐⭐⭐⯪ 2,968
$134.99 ✓prime

RIDE SWFT Hoverboard Self Balancing Electric Scooter, Bluetooth Speakers, 6.5" Ligh…
⭐⭐⭐⭐⯪ 267
$159.99 ✓prime

TOMOLOO Hoverboards Bluetooth with Led Light Flashing Wheels, Hover Boards for Kids…
⭐⭐⭐⭐⯪ 157
$169.99 ✓prime

Hoverboard for Kids Adult Spider Self Balancing Hoverboard with LED Lights…
⭐⭐⭐⭐☆ 13
$135.00 ✓prime

## Inspired by your recent shopping trends

Page 1 of 16








Gyroor Hoverboard Off Road All Terrian 6.5"

TOMOLOO Hoverboard with Bluetooth Speaker

Gyroor Warrior 8.5 inch All Terrain Off Road

CBD All-Terrain Hoverboard, Two-Wheel

Hiboy HC-01 Hoverboard Kart Seat Attachment

Document title: Amazon.com: Gyroor T580 Hoverboard Self Balancing Scooter with Music Speaker LED Lights, 6.5 inch Two-Wheel Electric Scooter for Kids - UL2272...
Capture URL: https://www.amazon.com/Gyroor-Hoverboard-Balancing-Two-Wheel-Electric/dp/B07GFK49QR/ref=sr_1_2?…
Capture timestamp (UTC): Sun, 15 Aug 2021 22:34:23 GMT

Page 2 of 12





Gyroor Hoverboard Off Road All Terrian 6.5" Two-Wheel G11 Flash LED Light Self Balancing Hoverboards with Bluetooth Music Speak...
★★★★½ 394
$199.00
& Free Shipping
In stock.

TOMOLOO Hoverboard with Bluetooth Speaker and LED Lights Self-Balancing Scooter UL2272 Certified 6.5" Wheel Electric Scooter...
★★★★½ 2,536
1 offer from $299.99

Gyroor Warrior 8.5 inch All Terrain Off Road Hoverboard with Bluetooth Speakers and LED Lights, UL2272 Certified Self Balancin...
★★★★½ 3,474
$299.00
& Free Shipping
In stock.

CBD All-Terrain Hoverboard, Two-Wheel 6.5 inch Self Balancing...
★★★★½ 299
Save 13%
$199.99 $229.99
Lowest price in 30 days
✓prime FREE Delivery
In Stock.

Hiboy HC-01 Hoverboard Kart Seat Attachment Accessory for 6.5" 8" 10" Two Wheel Self Balancing Scooter
★★★★½ 1,952
$88.99
✓prime FREE Delivery
In Stock.

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

## Product Description




Are you looking for the safest hoverboard to get around the world? This GYROOR Swift T580 Hoverboard is exactly what you are looking for!

GYROOR focuses on providing high quality, high safety product and best service to riders, all products are strictly related to the safety tests. With high-tech electric, anti-fire shell protection, and UL certified that make T580 absolutely safe and harmless for all riders.





Kids Hoverboard

**GYROOR's committed to make rider's life more comfortable and convenient.**

Dual shinny wheels design, easy to control your balance, move forward or backward by your body posture. Ride on premium self balancing GYROOR Swift T580 hoverboard, Ride with your Dream!



Color LED

### Colorful LED Lights

Bright LED headlights and flashing wheels are super fun, is also a signal of protecting yourself that makes you feel safe in dark, illuminate your evening journeys.For the hoverboard enthusiasts,the LED flashing lights would make the hoverboard be cool device.

- Water Resistant: IP54
- Max Load: 220 Pounds
- Motor: 250W*2 Motors
- Frame Material: Aluminum
- Charging Time: 1.5 to 2 Hours
- LED Lights: Colors Adjustable by APP
- Distance on Full Charge: 5~7.5 Miles
- Safety : UL 2272 Certified Hoverboard

### Powerful Battery

Using the certified lithium-ion Battery, provides T580 more powerful. The smart battery system provides battery long life time and more reliable quality for the rider.With UL certified charger, it's safe and fast charging on the hoverboard.



High performance battery

- Net Weight: 15.8 Pounds.
- Max Speed: 8 Miles/Hour
- Max Climbing Angle: 15-30°
- Tires: 6.5 inch Rubber Tires
- Driving Mode: Adjustable Speeds by App
- Bluetooth Speaker: Pro Bluetooth Speaker
- Charging Voltage: AC100 to 240V/50-60Hz
- Lithium-Ion Battery: Removable 2.0Ah/36V
- Product Dimensions: 26 Inch x 9 Inch X 8.86 Inch





Speaker



- Bluetooth Speaker: Pro Bluetooth Speaker
- Charging Voltage: AC100 to 240V/50-60Hz
- Lithium-Ion Battery: Removable 2.0Ah/36V
- Product Dimensions: 26 Inch x 9 Inch X 8.86 Inch







### App Enable

With GYROOR App, you can change different led lights, adjust riding speed, check battery life, set adults or children mode, switch self balancing mode, analyses fault and on/off setting, anywhere and anytime.

### Music Speaker

Built-in powerful speaker, easily connect your smart phone or any bluetooth devices. As a music lover, riding with your favorite music, you and your hoverboard will be the most focus one!

### Sturdy & Durable

Adopting advanced motherboard system and nature rubber tires, ensure T580 can run smoothly and steadily. With powerful self-balancing feature, you can easily control and happily ride on it. Enjoy the most stable riding and balancing experience!



**Fantastic and Best Gift Choice for Every Family!**

### Fantastic and Best Gift Choice for Every Family!

GYROOR Swift T580, is the most perfect gift for every occasion and the best gift choice to your kids and family. Enjoying outdoor life with your family and friends!

## Product details

Color:black

**Is Discontinued By Manufacturer :** No

**Item Weight :** 26.5 Pounds

**Batteries :** 20 Lithium ion batteries required.

**Date First Available :** April 10, 2018

**Manufacturer :** Gyroor

**ASIN :** B07C3C861F

**Best Sellers Rank:** #83,641 in Sports & Outdoors (See Top 100 in Sports & Outdoors)

#84 in Self Balancing Scooters

#389 in Sport Scooters

**Customer Reviews:**
★★★★½ ⌄     640 ratings

# Videos

Page 1 of 2

### Videos for this product



**Customer Review:** Light and sleek. Rated up to 265 ibs.

Teach1



Gyroor T580 Hoverboard Self Balancing Scooter with Music...

Amol Bhavsar



Gyroor Swift Hoverboard Self Balancing Hoverboard with Musi...

Merchant Video



**Customer Review:** A

Sweety

Upload your video

## Products related to this item

Page 1 of 28

Sponsored ⓘ















**Newest Generation Electric Hoverboard Dual Motors Two Wheels Hoover Board Smart…**
⭐⭐⭐⭐½ 2,968
$134.99

**LIEAGLE Hoverboard, 6.5" Self Balancing Scooter Hover Board with UL2272 Certified…**
⭐⭐⭐⭐½ 5,130
$144.99 ✓prime

**RIDE SWFT Hoverboard Self Balancing Electric Scooter, Bluetooth Speakers, 6.5" Ligh…**
⭐⭐⭐⭐½ 267
$159.99 ✓prime

**Electric Hoverboard Smart Self Balancing Scooter Hover Board 6.5" Wheel Electric S…**
⭐⭐⭐⭐☆ 419
$134.99 ✓prime

**TOMOLOO Hoverboards Bluetooth with Led Light Flashing Wheels, Hover Boards for Kids…**
⭐⭐⭐⭐½ 157
$169.99 ✓prime



Save 5%

**Gatorade Whey Protein Bars, Variety Pack, 2.8 oz bars (Pack of 18)**
⭐⭐⭐⭐½ 11,525
$22.80 ~~$24.00~~ ✓prime
Subscribe & Save

Sponsored ⓘ

## Customer questions & answers

🔍 Have a question? Search for answers

▲
1 vote
▼
**Question:** can you use it without a phone, my kid, I am buying it for doesn't have a phone?
**Answer:** Definitely! My son never uses a phone when he rides.
By Kati Reed on October 25, 2020
⌄ See more answers (3)

▲
1 vote
▼
**Question:** How do I keep the speed on the app at the lower speed? It keeps switching back to the higher speed!
**Answer:** Hi, thanks for your message. When you selected the speed you want to ride on, then you need to click the" limited speed" at the bottom, when it shows" setting successfully", and it could be fixed. Or you could directly adjust into kids mode, the speed would be in very slow. Hope this could be workable for you.
By Gyroor SELLER on December 11, 2018
⌄ See more answers (1)

▲
1 vote
▼
**Question:** Seller said max speed was 13 to 16km yet the app only mets me set soeed up to 12km why is that?
**Answer:** for safe in app just can set 12KM.thanks.
By Gyroor SELLER on September 19, 2019

▲
0 votes
▼
**Question:** Does Is it go Off road?
**Answer:** Dear Kindle,
If you want off road,you can choice our GYROOR T581,our new model. Thnaks.
Best regards, … see more
By Gyroor SELLER on May 6, 2019
⌄ See more answers (1)



▲
▲
0 votes
▼

**Question:** Does Is it go Off road?

**Answer:** Dear Kindle,

If you want off road,you can choice our GYROOR T581,our new model. Thnaks.

Best regards, … see more

By Gyroor **SELLER** on May 6, 2019

˅ See more answers (1)

See more answered questions (49)

## Customer reviews

★★★★½ 4.5 out of 5

640 global ratings

| | | |
|---|---|---|
| 5 star | ████████ | 80% |
| 4 star | █ | 9% |
| 3 star | ▌ | 3% |
| 2 star | ▎ | 2% |
| 1 star | █ | 6% |

˅ How are ratings calculated?

## By feature

| | | |
|---|---|---|
| Giftable | ★★★★½ | 4.6 |
| Sturdiness | ★★★★½ | 4.3 |
| Value for money | ★★★★½ | 4.3 |

˅ See more

## Review this product

Share your thoughts with other customers

Write a customer review

Save 5%



Gatorade Whey Protein Bars, Cookies & C...
★★★★½ 11,525
$17.10 $18.00 ✓prime
Subscribe & Save

Shop now

Sponsored ⓘ

### Reviews with images

   

See all customer images

### Read reviews that mention

| year old | battery life | old daughter | daughter loves | hoverboard |
|---|---|---|---|---|

| absolutely loves | play music | child mode | son loves |
|---|---|---|---|

| great hoverboard | easy to use | definitely recommend | worth the money |
|---|---|---|---|

Top reviews ▾

### Top reviews from the United States

 Teach1

★★★★☆ **Light and sleek. Rated up to 265 lbs.**
Reviewed in the United States on December 26, 2018
Color: black | **Verified Purchase**



Light and sleek. Rated 265 lbs. We bought this and a H1 and so far like this one better. It is easier to handle with one handed lifting if you are strong as the middle is smaller. The charger is very similar to the H1. This is only a initial review.

So after a month the unit still works but the plastic hubs are showing some damage and some plastic peices are rattleing around inside. We havnt been gentle with it though ;).

43 people found this helpful

Helpful | Report abuse

 Eric Helton



Gatorade Whey Protein Bars, Cookies & C...
★★★★☆ 11,525
$17.10 $18.00 ✓prime
Subscribe & Save
Shop now
Sponsored ⓘ

...damage and some plastic pieces are rattling around inside. We havnt been gentle with it though ;).

43 people found this helpful

Helpful  |  Report abuse

---

👤 **Eric Helton**

★★★★★ **Great value, great experience so far**
Reviewed in the United States on March 10, 2020
Color: pink | Verified Purchase

I did allot of research on hoverboards. What I found was every single one has a few reviews of people saying their's was defective or did nothing but beep. Basically I took a leap of faith guided by my 6 year old daughter's simple request for pink. I have now had this Gyroor for a week and I am very happy with the purchase thus far. First, my daughter loves it and was zipping around all over the place in no time. The lights are bright and colorful. The app is easy to pair and use. I put it in child mode and limited the speed in minutes. It can support 220lbs according to the manual which should make it big brother survivable. Battery life has been excellent and the charge time of 2-3 hours is quicker than I expected. So far my only nit-pick would be I think the cosmetics of the plastic body could be scratched up and gouged pretty easily. But it does feel like a solid piece of machinery. That it comes with a bag is really nice. At this point I feel like I hit the sweet spot of not going too cheap while keeping the price reasonable for a 6 year old. I'll update in a couple months

42 people found this helpful

Helpful  |  Report abuse

---

 Tina

★★★☆☆ **Battery is not so good!**
Reviewed in the United States on April 15, 2019
Color: black | Verified Purchase

Battery didn't last more then 30 minutes. Got the item replaced and had the same problem. The company was quick to resolve thing but only refunded to amazon account not to original payment method. I should also mention when it stops working or dies unexpectedly it comes to a complete stop. Making the rider go flying!

14 people found this helpful

Helpful  |  Report abuse

---

👤 **Amazon Customer**

★★★★★ **GREAT PRODUCT, GREAT PRICE, FAST SHIPPING!**
Reviewed in the United States on January 16, 2019
Color: pink | Verified Purchase

Got this for my granddaughter for Christmas! After setting it up to her mother's phone, it took a couple of days and learning beside something to hold on to while getting the feel of things. (of course we had a few laughs at her dad's expense) She is now scooting around as well as she rides her bicycle. She is having a blast! The slower learning feature was perfect for her to use until she got the hang of riding it.

38 people found this helpful

Helpful  |  Report abuse

---

👤 **J.D.**

★☆☆☆☆ **My son loves it (UPDATE)**
Reviewed in the United States on September 2, 2020
Color: black | Verified Purchase

We purchased this about a year ago and my 9 year old son has a blast with it! It stood up well for some time and then the battery would only last for a few minutes. I saw that the battery warranty

 J.D.

⭐☆☆☆☆ **My son loves it (UPDATE)**

Reviewed in the United States on September 2, 2020

Color: black | **Verified Purchase**

We purchased this about a year ago and my 9 year old son has a blast with it! It stood up well for some time and then the battery would only last for a few minutes. I saw that the battery warranty was only 6 months but figured I would contact Gyroor directly and see if there was anything they could do. I was pleasantly surprised when they told me they would send me a new battery! Needless to say I am very happy with the product and their customer support.

UPDATE 1/25/2021 - So Gyroor wound up sending me the wrong battery, and and then asked me to ship the entire hoverboard back so they would fix it. I sent it back and they sent me back a hoverboard where the bottom was not fully screwed in and the threads were stripped.

They then sent me another hoverboard that had the SAME EXACT ISSUES. Now they are saying they don't have it in stock and will send me a new one once it is in stock. It has been about 6 months since I had this initially had this issue which is not an acceptable amount of time. If I do finally received a working hoverboard that is also safe to use I will update this review again.

5 people found this helpful

| Helpful | | Report abuse |

 Tatyanna Curtis

⭐⭐⭐⭐⭐ **Best Christmas present ever!!!**

Reviewed in the United States on January 7, 2019

Color: pink | **Verified Purchase**

Bought this for my 11 yr old daughter for Christmas. She loves it. All her friends got one too and paid about the same price but hers is cooler than them all. The Bluetooth speaker works great and is very loud. She jumped on and became a pro in about 15 minutes.

40 people found this helpful

| Helpful | | Report abuse |

Suresh

⭐⭐⭐⭐⭐ **Super cool pro**

Reviewed in the United States on February 23, 2019

Color: black | **Verified Purchase**

I was wondering how my 6 year kid will ride this as this was his first time . Just in10 minutes he rode and became a champ in next 10 minutes.. the product looks super cool

40 people found this helpful

| Helpful | | Report abuse |

Kat

⭐⭐⭐⭐⭐ **Good product!**

Reviewed in the United States on January 21, 2019

Color: pink | **Verified Purchase**

Perfect for my 11 year old daughter...takes a lot of practice but she really enjoys it!

36 people found this helpful

| Helpful | | Report abuse |

**See all reviews ›**

Perfect for my 11 year old daughter, takes a lot of practice but she really enjoys it!

36 people found this helpful

Helpful | Report abuse

See all reviews ›

---

**4 stars and above**

Sponsored ⓘ

Page 1 of 16

‹



Gyroor Hoverboard Off Road All Terrian 6.5" Two-Wheel G11 Flash LED Light Self Bala...
⭐⭐⭐⭐⭐ 394
$199.00



LIEAGLE Hoverboard, 6.5" Self Balancing Scooter Hover Board with UL2272 Certified...
⭐⭐⭐⭐⭐ 5,130
$144.99 ✔prime



Gyroor Hoverboard Offroad All Terrain Flash Wheel Self Balancing G5 Hoverboards wit...
⭐⭐⭐⭐⭐ 294
$249.00 ✔prime



TOMOLOO Hoverboard with Speaker and Colorful LED Lights Self-Balancing Scooter...
⭐⭐⭐⭐⭐ 2,536
$179.99 ✔prime



TPS Electric Hoverboard Self Balancing Scooter for Kids and Adults Hover Board with...
⭐⭐⭐⭐⭐ 74
$134.99

›



Gatorade Whey Protein Bars, Mint Chocol...
⭐⭐⭐⭐½ 11,525
$17.10 $18.00 ✔prime
Subscribe & Save
Save 5%
Shop now

Sponsored ⓘ



---

**Back to top**

---

**Get to Know Us**

Careers

Blog

About Amazon

Sustainability

**Make Money with Us**

Sell products on Amazon

Sell apps on Amazon

Become an Affiliate

Become a Delivery

**Amazon Payment Products**

Amazon Rewards Visa Signature Cards

Amazon.com Store Card

Amazon Secured Card

Amazon Business Card

**Let Us Help You**

Amazon and COVID-19

Your Account

Your Orders

Shipping Rates &

✔prime FREE Delivery
✔prime FREE Delivery
In Stock.
Prime FREE Delivery
✔prime FREE Delivery
Only ... shipped soon.

## Top picks for you

Page 1 of 9









Bottle Bright- All Natural, Biodegradable, Chlorine & Odor Free Water Bottle &...

★★★★½ 25,332

$8.00

✔prime **Overnight by 8AM**
In Stock.
Purchased Sep 2020

Gyroor T581 Hoverboard 6.5" Off Road All Terrain Hoverboard with Bluetooth Speaker and Two-Wheel Self...

★★★★½ 1,095

$229.00
& Free Shipping
In stock.
Purchased May 2021

Gyroor Warrior 8.5 inch All Terrain Off Road Hoverboard with Bluetooth Speakers and LED Lights, UL2272...

★★★★½ 3,474

$299.00
& Free Shipping
In stock.
Purchased Jun 2021

Hover-1 H1-100 Electric Hoverboard Scooter with Infinity LED Wheel Lights

★★★★½ 679

$219.99-$399.00

✔prime FREE Delivery

SISIGAD Hoverboard, with Bluetooth and Colorful Lights Self Balancing Scooter

★★★★½ 8,632

**#1 Best Seller** in Self Balancing Scooters

$144.99-$209.99

✔prime FREE Delivery

## Your Browsing History  View or edit your browsing history

Page 1 of 7










Back to top

### Get to Know Us

Careers
Blog
About Amazon
Sustainability
Press Center
Investor Relations
Amazon Devices

### Make Money with Us

Sell products on Amazon
Sell apps on Amazon
Become an Affiliate
Become a Delivery Driver
Start a package delivery business
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Ways to Make Money

### Amazon Payment Products

Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon Secured Card
Amazon Business Card
Amazon Business Line of Credit
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter
Promotional Financing

### Let Us Help You

Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help

Document title: Amazon.com: Gyroor T580 Hoverboard Self Balancing Scooter with Music Speaker LED Lights, 6.5 inch Two-Wheel Electric Scooter for Kids - UL2272...
Capture URL: https://www.amazon.com/Gyroor-Hoverboard-Balancing-Two-Wheel-Electric/dp/B07GFK49QR/ref=sr_1_2?…
Capture timestamp (UTC): Sun, 15 Aug 2021 22:34:23 GMT
Page 12 of 12

ATTACHMENT 4

# amazon.com

**Details for Order #111-1581972-**■■■■

Print this page for your records.

**Order Placed:** August 15, 2021
**Amazon.com order number:** 111-1581972-■■■
**Order Total:** $219.40

| Not Yet Shipped | |
|---|---|

| Items Ordered | Price |
|---|---|
| 1 of: *Gyroor T580 Hoverboard Self Balancing Scooter with Music Speaker LED Lights, 6.5 inch Two-Wheel Electric Scooter for Kids - UL2272 Certificated (Black)*<br>Sold by: JIANGYOU-US (seller profile)<br><br>Condition: New | $199.00 |

**Shipping Address:**
Arthur Yuan
321 N CLARK ST STE 2300
CHICAGO, IL 60654-4746
United States

**Shipping Speed:**
Expedited Shipping

| Payment information | |
|---|---|

**Payment Method:**
Amazon.com Visa Signature | Last digits: ■■■

**Billing address**
Arthur Yuan
■■■■■■
CHICAGO, IL 60605-2359
United States

| | |
|---|---|
| Item(s) Subtotal: | $199.00 |
| Shipping & Handling: | $0.00 |
| | ----- |
| Total before tax: | $199.00 |
| Estimated tax to be collected: | $20.40 |
| | ----- |
| **Grand Total:** | **$219.40** |

To view the status of your order, return to Order Summary.

Conditions of Use | Privacy Notice © 1996-2021, Amazon.com, Inc. or its affiliates



All

Hello, Arthur
Account & Lists ▾

Returns
& Orders

0

All   Customer Service   Prime Video   Shopper Toolkit   Outdoor Recreation   Pet Supplies   Groceries ▾

Get your school supplies, fast

Your Account  ›  Your Orders

# Your Orders

Search all orders    Search Orders

Orders   Buy Again   Not Yet Shipped   Digital Orders   Local Store Orders   **Cancelled Orders**

**2 cancelled orders** placed in the last 6 months

| ORDER PLACED | TOTAL | SHIP TO | | ORDER # 111-1581972-0665007 |
| --- | --- | --- | --- | --- |
| August 15, 2021 | $0.00 | Arthur Yuan | | |

**Cancelled**

Gyroor T580 Hoverboard Self Balancing Scooter with Music Speaker LED Lights, 6.5 inch Two-Wheel Electric Scooter for Kids – UL2272 Certificated (Black)

Buy it again

Archive order

| ORDER PLACED | TOTAL | SHIP TO | ORDER # 112-8618875-5769805 |
| --- | --- | --- | --- |
| May 20, 2021 | $0.00 | | |



## Recommended based on your shopping trends   Sponsored

Page 1 of 2

Hover-1 Titan Electric Self-Balancing Hoverboard Scooter
1,552
$249.99

Hover-1 H1 Hoverboard Electric Scooter
2,459
$199.97

TOMOLOO Hoverboard with Bluetooth Speaker and LED Lights Self-Balancing Scooter UL2272 Certified 6.5"
2,553
$179.99

cho New Hoverboard with Bluetooth Speaker Electric Smart Self Balancing Scooter with Built-in Wireless Speaker 6.5" LED Wheels and
380
$134.99

cho Electric Hoverboar Sm    Sc    rd    Bu    Sp    ch
$154.99

## Recommended based on your purchase   Sponsored






Duracell Optimum AAA
Batteries | 22 Count Pack
| Lasting Power Triple A
Battery | Alkaline AAA
Battery Ideal for

Duracell - CopperTop AA
+ AAA Alkaline Batteries
Combo Pack, 20 Count
Each - Long Lasting, All-
Purpose Double A &

Duracell - CopperTop AA
Alkaline Batteries - Long
Lasting, All-Purpose
Double A Battery for
Household and Business

Duracell Optimum AA
Batteries | 18 Count Pack
| Lasting Power Double A
Battery | Resealable
Package for Storage |

Duracell - CopperTop
AAA Alkaline Batteries
Long Lasting, All-
Purpose Triple A Batte
for Household and

18,412     3,196     53,625     9,687     43,771

$18.49     $31.96     $18.95     $14.92     $16.24

## Your Browsing History   View or edit your browsing history








Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell products on Amazon | Amazon Rewards Visa Signature Cards | Amazon and COVID-19 |
| Blog | Sell apps on Amazon | Amazon.com Store Card | Your Account |
| About Amazon | Become an Affiliate | Amazon Secured Card | Your Orders |
| Sustainability | Become a Delivery Driver | Amazon Business Card | Shipping Rates & Policies |
| Press Center | Start a package delivery business | Amazon Business Line of Credit | Amazon Prime |
| Investor Relations | Advertise Your Products | Shop with Points | Returns & Replacements |
| Amazon Devices | Self-Publish with Us | Credit Card Marketplace | Manage Your Content and Devices |
| | Host an Amazon Hub | Reload Your Balance | Amazon Assistant |
| | › See More Ways to Make Money | Amazon Currency Converter | Help |
| | | Promotional Financing | |

English     United States

| | | | | | | |
|---|---|---|---|---|---|---|
| Amazon Music Stream millions of songs | Amazon Advertising Find, attract, and engage customers | Amazon Drive Cloud storage from Amazon | 6pm Score deals on fashion brands | AbeBooks Books, art & collectibles | ACX Audiobook Pu Made Easy | Alexa Actionable Analytics for the Web |
| Sell on Amazon Start a Selling Account | Amazon Business Everything For Your Business | Amazon Fresh Groceries & More Right To Your Door | AmazonGlobal Ship Orders Internationally | Home Services Experienced Pros Happiness Guarantee | Amazon Ignite Sell your original Digital Educational Resources | Amazon Web Services Scalable Cloud Computing Services |
| Audible | Book Depository | Box Office Mojo | ComiXology | DPReview | East Dane | Fabric |

| Listen to Books & Original Audio Performances | Books With Free Delivery Worldwide | Find Movie Box Office Data | Thousands of Digital Comics | Digital Photography | Designer Men's Fashion | Sewing, Quilting & Knitting |
|---|---|---|---|---|---|---|
| Goodreads Book reviews & recommendations | IMDb Movies, TV & Celebrities | IMDbPro Get Info Entertainment Professionals Need | Kindle Direct Publishing Indie Digital & Print Publishing Made Easy | Amazon Photos Unlimited Photo Storage Free With Prime | Prime Video Direct Video Distribution Made Easy | Shopbop Designer Fashion Brands |
| Amazon Warehouse Great Deals on Quality Used Products | Whole Foods Market America's Healthiest Grocery Store | Woot! Deals and Shenanigans | Zappos Shoes & Clothing | Ring Smart Home Security Systems | eero WiFi Stream 4K Video in Every Room | Blink Smart Security for Every Home |
| | Neighbors App Real-Time Crime & Safety Alerts | Amazon Subscription Boxes Top subscription boxes – right to your door | PillPack Pharmacy Simplified | Amazon Renewed Like-new products you can trust | Amazon Second Chance Pass it on, trade it in, give it a second life | |

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2021, Amazon.com, Inc. or its affiliates

ATTACHMENT 5

**Subject:** Your Amazon.com order #111-1581972- ███████

**Date:** Sunday, August 15, 2021 at 5:39:16 PM Central Daylight Time

**From:** Amazon.com

**To:** ███████████

                                        Order Confirmation

## Hello Arthur,

Thank you for shopping with us. We'll send a confirmation when your item ships.

## Details

Order #111-1581972- ███████

| Arriving: | Ship to: |
|---|---|
| **August 24 -** | **Arthur** |
| **Friday, August 27** | **CHICAGO, IL** |
| | **Order Total:**  **$219.40** |

> **View or manage order**

We hope to see you again soon.

**Amazon.com**

## Customers Who Bought Items in Your Order Also Bought

  GameXcel Self-
Balancing Scooter...

$14.86 ✔prime

  Hover-1 Buggy
Attachment for...

$49.94 ✔prime

The payment for your invoice is processed by Amazon Payments, Inc. P.O. Box 81226 Seattle, Washington
98108-1226. If you need more information, please contact (866) 216-1075

By placing your order, you agree to Amazon.com's Privacy Notice and Conditions of Use. Unless otherwise
noted, items sold by Amazon.com are subject to sales tax in select states in accordance with the applicable laws
of that state. If your order contains one or more items from a seller other than Amazon.com, it may be subject to
state and local sales tax, depending upon the seller's business policies and the location of their operations.
Learn more about tax and seller information.

This email was sent from a notification-only address that cannot accept incoming email. Please do not reply to
this message.