# Exhibit 2



US00D891297S

| (12) | United States Design Patent | (10) Patent No.: | US D891,297 S |
|---|---|---|---|
| | Zhou et al. | (45) Date of Patent: ** | Jul. 28, 2020 |

| (54) | HOVERBOARD | | |
|---|---|---|---|
| (71) | Applicant: | **Shenzhen Chitado Technology CO., LTD.**, Shenzhen, Guangdong (CN) | |
| (72) | Inventors: | **Fuqi Zhou**, Guangdong (CN); **Shiyuan Zheng**, Guangdong (CN); **Dianxuan Zhang**, Guangdong (CN); **Yang Zhang**, Guangdong (CN) | |
| (73) | Assignee: | **Shenzhen Chitado Technology Co., Ltd.** (CN) | |
| (**) | Term: | **15 Years** | |
| (21) | Appl. No.: | **29/682,549** | |
| (22) | Filed: | **Mar. 6, 2019** | |
| (51) | LOC (12) Cl. ............................................. **12-14** | | |
| (52) | U.S. Cl. USPC ........................................................ **D12/1** | | |
| (58) | Field of Classification Search USPC .......... D12/1, 107; D21/419, 763, 421, 423, D21/426, 760, 765, 766, 769, 771, 776, D21/803 CPC ..... A63C 17/01; A63C 17/12; A63C 2203/00; A63C 2203/01; A63C 2203/012; A63C 2203/013; A63C 2203/40; A63C 2203/52; A63C 17/0033; A63C 17/016; A63C 17/08; B62D 51/02; B62D 51/001; B62D 61/00; B62D 37/00; B62K 2202/00; B62K 2207/00; B62K 2207/02; B62K 2207/04; B62K 3/007; B62K 17/00; B62K 11/007; B60N 2/002; B60G 17/019 See application file for complete search history. | | |

(56) **References Cited**

U.S. PATENT DOCUMENTS

| D785,736 S | * | 5/2017 | Ying ............................ D21/760 |
| D808,857 S | * | 1/2018 | Zhang ............................ D12/1 |
| D817,811 S | * | 5/2018 | Wang ............................ D12/1 |
| D837,322 S | * | 1/2019 | Desberg ........................ D21/760 |
| D850,326 S | * | 6/2019 | Ying ............................ D12/1 |
| D857,137 S | * | 8/2019 | Cao ............................ D21/760 |
| D871,965 S | * | 1/2020 | Cao ............................ D12/1 |
| 2018/0127047 A1 | * | 5/2018 | Lankford ............. B62K 11/007 |
| 2019/0382065 A1 | * | 12/2019 | Shang ........................ B62J 6/00 |

* cited by examiner

*Primary Examiner* — Ania Aman

(57) **CLAIM**

The ornamental design for a hoverboard, as shown and described.

**DESCRIPTION**

FIG. **1** is a front view of a hoverboard showing our new design;
FIG. **2** is a back view thereof;
FIG. **3** is a left side view thereof;
FIG. **4** is a right side view thereof;
FIG. **5** is a top view thereof;
FIG. **6** is a bottom view thereof;
FIG. **7** is a top perspective view thereof; and,
FIG. **8** is a bottom perspective view thereof.
The broken line shown in the drawings are for the purpose of illustrating portions of the article and form no part of the claimed design.

**1 Claim, 8 Drawing Sheets**





FIG. 1



FIG. 2



FIG. 3



FIG. 4



FIG. 5



FIG. 6



FIG. 7



FIG. 8