# Exhibit 2



US00D808857S

(12) **United States Design Patent** (10) Patent No.: **US D808,857 S**
Zhang et al. (45) Date of Patent: ** **Jan. 30, 2018**

(54) **HOVERBOARD**

(71) Applicant: **Shenzhen Chitado Technology CO., LTD.**, Shenzhen, Guangdong (CN)

(72) Inventors: **Dianxuan Zhang**, Guangdong (CN); **Dengjin Zhou**, Guangdong (CN)

(73) Assignee: **Shenzhen Chitado technology CO., LTD.** (CN)

(**) Term: **15 Years**

(21) Appl. No.: **29/590,451**

(22) Filed: **Jan. 10, 2017**

(51) **LOC (11) Cl.** ............................................. **12-14**
(52) **U.S. Cl.**
    USPC ............................................. **D12/1**
(58) **Field of Classification Search**
    USPC ...... D12/1, 5; D21/419, 421, 423, 426, 662,
        D21/760, 765, 766, 769, 771, 776, 803
    CPC .... B62K 3/007; B62K 17/00; B62K 2202/00;
        B62K 11/007; B62D 51/001; B62D
        51/02; B62D 61/00; B62D 37/00; A63C
        17/0033; A63C 17/01; A63C 17/016;
        A63C 2203/40; A63C 17/12; A63C
        17/08; B60N 2/002; B60G 17/019
    See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| D737,723 S | * | 9/2015 | Ying | ................................ | D12/1 |
| D738,256 S | * | 9/2015 | Ying | ................................ | D12/1 |
| D778,782 S | * | 2/2017 | Chen | ................................ | D12/1 |
| D780,626 S | * | 3/2017 | Li | ................................ | D12/1 |
| D784,195 S | * | 4/2017 | Ying | ................................ | D12/1 |
| D784,198 S | * | 4/2017 | Zhu | ................................ | D12/1 |
| D785,112 S | * | 4/2017 | Ying | ................................ | D21/760 |
| D785,113 S | * | 4/2017 | Ying | ................................ | D21/760 |
| D785,736 S | * | 5/2017 | Ying | ................................ | D21/760 |
| D786,130 S | * | 5/2017 | Huang | ................................ | D12/1 |
| D786,994 S | * | 5/2017 | Chen | ................................ | D21/760 |
| D786,995 S | * | 5/2017 | Ying | ................................ | D21/760 |
| 9,688,340 B1 | * | 6/2017 | Kroymann | ................................ | B62K 13/04 |
| 2013/0238231 A1 | * | 9/2013 | Chen | ................................ | B62K 11/007 |
| | | | | | 701/124 |
| 2016/0129963 A1 | * | 5/2016 | Ying | ................................ | B62D 51/001 |
| | | | | | 180/6.5 |
| 2016/0325803 A1 | * | 11/2016 | Waxman | ................................ | B62M 7/12 |
| 2017/0144718 A1 | * | 5/2017 | Tinaphong | ................................ | B62K 11/007 |
| 2017/0240240 A1 | * | 8/2017 | Kroymann | ................................ | B62K 13/04 |

* cited by examiner

*Primary Examiner* — T. Chase Nelson
*Assistant Examiner* — Ania Aman

(57) **CLAIM**

The ornamental design for a hoverboard, as shown and described.

**DESCRIPTION**

FIG. **1** is a front view of the hoverboard showing our new design;
FIG. **2** is a back view thereof;
FIG. **3** is a top view thereof;
FIG. **4** is a bottom view thereof;
FIG. **5** is a left side view thereof;
FIG. **6** is a right side view thereof;
FIG. **7** is a perspective view thereof; and,
FIG. **8** is another perspective view thereof.

**1 Claim, 8 Drawing Sheets**





FIG. 1



FIG. 2



**FIG. 3**



**FIG. 4**



FIG. 5

**U.S. Patent**     Jan. 30, 2018     Sheet 6 of 8     US D808,857 S



FIG. 6



FIG. 7



FIG. 8