# Exhibit 7

9/10/21, 11:02 PM    Amazon.com: GYROOR T581 Hoverboard 6.5" Off Road All Terrain Hoverboards with Bluetooth Speaker&LED Lights Two-Whe…

Case: 1:20-cv-04806 Document #: 419-7 Filed: 09/10/21 Page 2 of 13 PageID #:10940

| Hello<br>Select your address | Sports & Outdoors ▼ | | | | | | Hello, Sign in<br>Account & Lists ▼ | Returns<br>& Orders | 0 |

All | Best Sellers | Prime ▼ | Customer Service | New Releases | Today's Deals | Pharmacy | Books | Fashion | Registry | Get your school supplies, fast

Sports & Outdoors | Sports & Fitness | Outdoor Recreation | Sports Fan Shop | Sports Deals | Outdoor Deals

Send a congrats gift card by email or text

Sports & Outdoors › Outdoor Recreation › Skates, Skateboards & Scooters › Scooters & Equipment › Scooters



VIDEO

Roll over image to zoom in

## GYROOR T581 Hoverboard 6.5" Off Road All Terrain Hoverboards with Bluetooth Speaker&LED Lights Two-Wheel Self Balancing Hoverboard with Kart Seat Attachment UL2272 Certified for Kids & Adults(Blue)

Visit the Gyroor Store

788 ratings | 74 answered questions

Price: **$279.00**

Coupon ☑ Save an extra **$25.00** when you apply this coupon.
Details

Get $50 off instantly: Pay $229.00 upon approval for the Amazon Rewards Visa Card.

| Brand | GYROOR |
|---|---|
| Color | Blue with Kart-T581 |
| Item Weight | 16.5 Kilograms |
| Maximum Weight Recommendation | 265 Pounds |
| Frame Material | Aluminum |

### About this item

- 6.5" ALL TERRAIN HOVERBOARD: Powered by 600 watt motors,this self balancing hoverboard use off road tire which has strong adaptablity of all terrains,can master all pavements.You'll feel safe no matter what sort of road you're in.
- HOVER BOARDS WITH APP - This self balancing scooter comes with an efficient app that helps you stay in control, giving you the ability to change modes, check batteries,see the real speed,changing led light colors and adjust speed with ease.
- MATCH WITH COMFORTABLE HOVERBOARD KART SEAT: Safe and comfortable driving with great fun factor. Seat expansion makes the self balance scooter very mobile and fast. Adjustable length from 72cm to 85cm, a hoverkart very suitable for children and adults.
- BLUETOOTH SPEAKER&LED LIGHTS: Built-in high ended speaker,outstanding sound quality,connecting with your smart phone easily with much fun. Colorful LED lights switch freely to present you an amazing lighting when riding.

Buy new:                    $279.00

FREE delivery: **Oct 6 - 28**

Fastest delivery: **Sep 21 - 24**

Select delivery location

**In stock.**
Usually ships within 4 to 5 days.

Add to Cart

Buy Now

🔒 Secure transaction

Ships from    zhipeng-us
Sold by       zhipeng-us

Return policy: Eligible for Return, Refund or Replacement

**Add a Protection Plan:**
☐ 2 Year Sporting Goods Protection Plan for $24.99

**Save with Used - Very Good**
$236.15
FREE delivery: **Thursday, Sep 16**
Ships from: Amazon
Sold by: Amazon Warehouse

Add to List

New & Used (2) from
**$236.15** & **FREE Shipping**.

Share

Have one to sell?

Sell on Amazon

Case: 1:20-cv-04806 Document #: 419-7 Filed: 09/10/21 Page 3 of 13 PageID #:10941

- SAFEST SELF BALANCING SCOOTER: With UL2272 tested and certified self balancing board & UL2271 battery certified,100% riding testing,all GYROOR hover boards are designed and built to meet the top levels of safety testing,passed CE,RoHS and FCC certifications.

New & Used (2) from $236.15 & **FREE Shipping**.

1,714

Sponsored

2,801

Sponsored

## Frequently bought together



Total price: $547.94

Add all three to Cart

Some of these items ship sooner than the others. Show details

☑ **This item:** GYROOR T581 Hoverboard 6.5" Off Road All Terrain Hoverboards with Bluetooth Speaker&LED Lights Tw…    $279.00
☑ Hover-1 Buggy Attachment for Transforming Hoverboard Scooter into Go-Kart    $49.94
☑ EVERCROSS Hoverboard, Self Balancing Scooter Hoverboard with Seat Attachment, 6.5" Hover Board Scooter with …    $219.00

## 4 stars and above

Page 1 of 13

Sponsored

    

| Gyroor Hoverboard Offroad All Terrain Flash Wheel Self Balancing G5 Hoverboards wit... | Gyroor Warrior 8.5 inch All Terrain Off Road Hoverboard with Bluetooth Speakers… | Magic hover Hoverboard Off Road All Terrain Self Balancing Scooter 6.5" T581 Flash ... | Newest Generation Electric Hoverboard Dual Motors Two Wheels Hoover Board Smart… | Electric Hoverboard Smart Self Balancing Scooter Hover Board 6.5'' Wheel Electric S... |
|---|---|---|---|---|
| 331 | 3,561 | 335 | 3,025 | 435 |
| $249.00 | $399.00 | $229.99 | $134.99 | $134.99 |

## Products related to this item

Sponsored

     

| Gyroor Hoverboard Offroad All Terrain Flash Wheel Self Balancing G5 Hoverboards wit... | Gyroor Warrior 8.5 inch All Terrain Off Road Hoverboard with Bluetooth Speakers… | Magic hover Hoverboard Off Road All Terrain Self Balancing Scooter 6.5" T581 Flash ... | Gyroor Hoverboard Seat Attachment K1, Hover Board Accessory Go Kart with Adjustable... | TOMOLOO Hoverboard with Bluetooth and RGB Lights, 6.5 Inch Two Wheels Smart APP Hov... | Newest Generat Electric Hoverbo Motors Two Whe Hoover Board S... |
|---|---|---|---|---|---|
| 331 | 3,561 | 335 | 16 | | 3,0 |
| $249.00 | $399.00 | $229.99 | $85.99 | $209.99 | $134.99 |

9/10/21, 11:02 PM Amazon.com: GYROOR T581 Hoverboard 6.5" Off Road All Terrain Hoverboards with Bluetooth Speaker&LED Lights Two-Whe…

Case: 1:20-cv-04806 Document #: 410-7 Filed: 09/10/21 Page 4 of 13 PageID #:10942

### Special offers and product promotions

- **Amazon Business:** Make the most of your Amazon Business account with exclusive tools and savings. **Login now**

- **Get a $10 Amazon Gift Card** upon approval for the Amazon Store Card.

## Have a question?
Find answers in product info, Q&As, reviews

Type your question or keyword

## Product Description

GYROOR T581 Hoverboard With Kart.

GYROOR Have Fun !

Gyroor T581 Hoverboard 6.5" Off Road All Terrain Hoverboards with Bluetooth Speaker&LED Lights Two-Wheel Self Balancing Hoverboard with Kart Seat Attachment.Not only bring you a unique driving experience, but also offer riders far more control and less injury risk than riding a hoverboard, which is much safer for kids.

Adjustable leg pedals lengths can suit rider from kid to adult. Lightly built but robust, they are agile and fast, Accelerate, brake and turn with full confidence.

**EASY TO OPERATION**

No professional skills required, control the turn, forward, backward, brake by the left and right hand. Quick Learning in 5 Mins.

**SAFE HOVERBOARD SEAT**

Do not worry kids falling from hover board, sitting and riding will be safer.

#### Powerful Motor

Powered by 300 watts powerful dual motors with solid shock absorber tires you can easily ride faster with more stability.

#### Bluetooth Speakers

Built-in Bluetooth speaker makes it easy to connect to a smartphone, allowing you to enjoy the music while riding and play your favorite tunes.

#### UL2272 Certified

The UL certified hoverboard meets UL2272 standards for quality charging and electrical performance.

### Product details

**Package Dimensions** : 25.4 x 18 x 11.2 inches; 36.38 Pounds

**Item model number** : T581

**Department** : Unisex-Adult

**Batteries** : 1 Lithium ion batteries required. (included)

**Date First Available** : May 14, 2019

**Manufacturer** : CHETAIDOU

**ASIN** : B07PHFP8GB

**Best Sellers Rank:** #44,012 in Sports & Outdoors (See Top 100 in Sports & Outdoors)
  #45 in Self Balancing Scooters
  #243 in Sport Scooters

**Customer Reviews:**
788 ratings

## Videos

**Videos for this product**

**0:10**
**Customer Review:** Sturdy, long battery life
Cary tittle

**0:39**
**Customer Review:** Out a board and our money
Kristi K.

**0:29**
**Customer Review:** Stopped working after one charge
Amazon Customer

**Customer Review:** $ WEL WORTH SPENT
Jennifer Tharpe

Upload your video

### Products related to this item

Sponsored

     

| Magic hover Hoverboard Off Road All Terrain Self Balancing Scooter 6.5" T581 Flash ... | Gyroor Hoverboard Offroad All Terrain Flash Wheel Self Balancing G5 Hoverboards wit... | Gyroor Warrior 8.5 inch All Terrain Off Road Hoverboard with Bluetooth Speakers… | Hoverboard, 8.5 inches All-Terrain Off-Road self-balancing V2 hoverboards with colo... | Gyroor T581 Hoverboard 6.5" Off Road All Terrain Hoverboard with Bluetooth Speaker ... | TOMOLOO Hov… All Terrain with B… and LED Lights,… Wheels Off ... |
|---|---|---|---|---|---|
| 335 | 331 | 3,561 | 3 | 1,119 | 1 |
| $229.99 | $249.00 | $399.00 | $289.99 | $229.00 | $289.99 |

3,538

Sponsored

## Customer Questions & Answers

See questions and answers

---

## Customer reviews

**4.4 out of 5**

788 global ratings

| | | |
|---|---|---|
| 5 star | ▭ | 75% |
| 4 star | ▭ | 9% |
| 3 star | ▭ | 4% |
| 2 star | ▭ | 2% |
| 1 star | ▭ | 10% |

How are ratings calculated?

### Reviews with images

   

See all customer images


Top reviews

### Top reviews from the United States

Kristi K.

**Out a board and our money**
Reviewed in the United States on December 25, 2020

9/10/21, 11:02 PM
Amazon.com: GYROOR C1 Off Road All Terrain Hoverboards with Bluetooth Speaker&LED Lights Two-Whe…
Case: 1:20-cv-04806 Document #: 410-7 Filed: 09/10/21 Page 7 of 13 PageID #:10945



170
Shop now
Sponsored

**Verified Purchase**

My son really enjoyed riding in this for a couple hours then the battery died. It won't charge. The company however has been fantastic so far with the offering to fix it. I will update when I get it fixed on the ease and completed work. He said it was extremely easy to ride and recommended it. Update they deleted their FB account which was our sole means of contact. They took our board promising to fix and return it then nothing so we are out the board and the money. Very disheartening that people like this exist in business. I hope Amazon honors our purchase and contact details we've had with theme

31 people found this helpful

Helpful   Report abuse

Eva

**Arrived defective**
Reviewed in the United States on September 17, 2020
**Verified Purchase**
It seams to be good quality (heavy duty) product. Our came defective, we noticed it as soon we took it out of the box that it comes off in the middle. If you don't push it back, it completely comes off and splits in 2 halfs, cables inside are visible. My 13 y/o son did test drive inside the house ( it was his birthday gift), at first we weren't sure is it normal that it comes off like that (pic 1) or not because this is our first hoverboard. Next day this hoverboard stopped working on one side (last picture, one side is completely unresponsive), the other side beeps for few seconds and comes off as well. I just requested product replacement, I like this product but for $300, I would like to get something that works and doesn't come already broken. We'll see what I'll get this time.



20 people found this helpful

Helpful   Report abuse

slo-lane

**Will make any kid very happy!! Everyone will want to ride the scooter!**
Reviewed in the United States on August 10, 2019
**Verified Purchase**
Son and father loveeeee this hover board and scooter. After 30 seconds of understanding how the scooter controls work, my son was hooked. His father made him get off it so he can try it. Lol. They spent the entire weekend riding it. They rode through grass, a neighbors flower bed, and a little in the street. We can confirm the all-terrain. ;)

The scooter sits very very low to ground - we live outside the city and don't have a lot of sidewalks so I only allow my son to use it our driveway or through the yard.

The speaker is loud and clear - if I see my son riding, sometimes I pair it to my phone and put on some old school jams - drives my son crazy, lol.

56 people found this helpful

Helpful   Report abuse

MCR

**Excellent customer service**
Reviewed in the United States on October 19, 2020
**Verified Purchase**
10-19-2020; We purchased this as a gift for Christmas 2019. Our grandson loves it. Not long after, we had trouble with the charger. Gyroor service replaced it immediately.
Recently, it began to run in circles. I wrote Gyroor service on a weekend. They replied almost immediately with a simple recalibration fix that worked perfectly. Our only remaining issue is that the plastic seat is cracked. They told us that it was no longer covered under warranty, but that they would send a replacement seat at no charge.
I highly recommend this Gyroor product, and commend them for their excellent customer service.

36 people found this helpful

Helpful      Report abuse

**Jody**

### DO NOT BUY THIS ITEM!!
Reviewed in the United States on January 5, 2021
**Verified Purchase**

I have never actually sent in a review for any purchase I have bought from Amazon (And there have been a lot of them!!) I felt compelled to leave this review so that others will not make the same mistake we did and hopefully save some disappointment from your kids (or yourself) in purchasing these hoverboard combos. If I could give this a negative star review I would. We purchased 2 of these combos for our kids for Christmas. They were so excited to get them and try them out. Out of the box it seemed promising, they feel sturdy and are heavy. The assembly directions leave a little something to be desired, but we could figured it out and that is where the positive things end. The first one worked for 1 ride and the second time riding it would turn itself off after about 10 seconds and only 1 wheel would work, so you could only go around in circles. We did all the resets that were online and via their website and nothing worked, only 1 wheel would turn and then it would turn off. The second one worked for 1 day. The 2nd day they went to try it out and it did not turn on at all. When I went to check the charger to make sure it wasn't just a dead battery and hadn't charged, the cord popped and sparked at the charging port. I immediately contacted the Gyroor email that is listed for customer service. After several emails and me having to send them video of the problem, they told me that it was a

Read more

11 people found this helpful

Helpful      Report abuse

**Bryana**

### Fun for the whole family
Reviewed in the United States on June 18, 2021
**Verified Purchase**

Lots of fun, both as a hover board and as a go kart. My 9 year old was able to master it quickly and her older sisters and their friends enjoy using it too. Charges fairly quickly and the charge lasts for about an hour of use, which seems right for the size of the battery and for how fast this thing goes.

The only issue is the nylon straps that hold the board to the go kart attachment. They are very close to the ground and if they happen to rub on the ground at all, they will wear through and break. Customer service is helpful in replacing them for free, once you prove that you purchased the item.

39 people found this helpful

Helpful      Report abuse

**Bairaiah Gajavada**

### Good product and great customer service!
Reviewed in the United States on August 14, 2019
**Verified Purchase**

Hoverboard is very solid, good built. Self balancing made it easy for my son to learn it quickly without loosing balance.
Kart is awesome addition, makes it a totally different fun and easy ride.
Only downside is, straps are not strong enough and break easily. They helped replace them quickly. Thanks!
App needs some improvement. Overall very happy about the purchase!

44 people found this helpful

Helpful      Report abuse

**Chrisi**

### Awesome
Reviewed in the United States on August 7, 2019
**Verified Purchase**

The hoverboard died first time around but support and assistance from gyroor was on point. They were super fast to respond and make things right!!! My daughter loves it and I love the hassel free help!

42 people found this helpful

Helpful      Report abuse

See all reviews ›

### Brands related to this category on Amazon
Sponsored



Ride The Movement, UL Certified, Kids to Adults

Shop RIDE SWFT ›



SWAGTRON Off-Road Hoverboards

Shop Swagtron ›



525

Shop now

Sponsored

**Pages with related products.** See and discover other items: Explore hover carts for hoverboards, Explore hoverboards for kids, Explore go karts for hoverboards, Explore seats for hoverboards, Explore carrying cases for hoverboards

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell products on Amazon | Amazon Rewards Visa Signature Cards | Amazon and COVID-19 |
| Blog | Sell apps on Amazon | Amazon.com Store Card | Your Account |
| About Amazon | Become an Affiliate | Amazon Secured Card | Your Orders |
| Sustainability | Become a Delivery Driver | Amazon Business Card | Shipping Rates & Policies |
| Press Center | Start a package delivery business | Amazon Business Line of Credit | Amazon Prime |
| Investor Relations | Advertise Your Products | Shop with Points | Returns & Replacements |
| Amazon Devices | Self-Publish with Us | Credit Card Marketplace | Manage Your Content and Devices |
|  | Host an Amazon Hub | Reload Your Balance | Amazon Assistant |
|  | › See More Make Money with Us | Amazon Currency Converter | Help |

English    United States

| Amazon Music<br>Stream millions<br>of songs | Amazon<br>Advertising<br>Find, attract,<br>and<br>engage<br>customers | Amazon Drive<br>Cloud storage<br>from Amazon | 6pm<br>Score deals<br>on fashion brands | AbeBooks<br>Books, art<br>& collectibles | ACX<br>Audiobook Publishing<br>Made Easy | Alexa<br>Actionable<br>Analytics<br>for the Web |
|---|---|---|---|---|---|---|
| Sell on Amazon<br>Start a Selling<br>Account | Amazon<br>Business<br>Everything For<br>Your Business | Amazon Fresh<br>Groceries & More<br>Right To Your Door | AmazonGlobal<br>Ship Orders<br>Internationally | Home Services<br>Experienced Pros<br>Happiness Guarantee | Amazon Ignite<br>Sell your original<br>Digital Educational<br>Resources | Amazon Web Services<br>Scalable Cloud<br>Computing<br>Services |
| Audible<br>Listen to Books &<br>Original<br>Audio<br>Performances | Book Depository<br>Books With Free Delivery Worldwide | Box Office Mojo<br>Find Movie<br>Box Office Data | ComiXology<br>Thousands of<br>Digital Comics | DPReview<br>Digital<br>Photography | East Dane<br>Designer Men's<br>Fashion | Fabric<br>Sewing, Quilting<br>& Knitting |
| Goodreads<br>Book reviews<br>&<br>recommendations | IMDb<br>Movies, TV<br>& Celebrities | IMDbPro<br>Get Info Entertainment<br>Professionals Need | Kindle Direct Publishing<br>Indie Digital & Print Publishing<br>Made Easy | Amazon Photos<br>Unlimited Photo Storage<br>Free With Prime | Prime Video Direct<br>Video Distribution<br>Made Easy | Shopbop<br>Designer<br>Fashion Brands |
| Amazon Warehouse<br>Great Deals on<br>Quality Used<br>Products | Whole Foods Market<br>America's<br>Healthiest<br>Grocery Store | Woot!<br>Deals and<br>Shenanigans | Zappos<br>Shoes &<br>Clothing | Ring<br>Smart Home<br>Security<br>Systems | eero WiFi<br>Stream 4K Video<br>in Every Room | Blink<br>Smart Security<br>for Every Home |

9/10/21, 11:02 PM  Amazon.com: GYROOR "1580cc Hoverboard 6.5" Off Road All Terrain Hoverboards with Bluetooth Speaker&LED Lights Two-Whe…

Case: 1:20-cv-04806 Document #: 419-7 Filed: 09/10/21 Page 10 of 13 PageID #:10948

Neighbors App
Real-Time Crime
& Safety Alerts

Amazon Subscription Boxes
Top subscription boxes – right to your door

PillPack
Pharmacy Simplified

Amazon Renewed
Like-new products
you can trust

Amazon Second Chance
Pass it on, trade it in, give it a second life

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2021, Amazon.com, Inc. or its affiliates

9/10/21, 11:04 PM                    Amazon.com: Customer reviews: GYROOR T581 Hoverboard 6.5" Off Road All Terrain Hoverboards with Bluetooth Speaker&LE…

Case: 1:20-cv-04806 Document #: 410-7 Filed: 09/10/21 Page 11 of 13 PageID #:10949

Hello
Select your address

All

Hello, Sign in
Account & Lists

Returns
& Orders

0

All    Best Sellers    Prime    Customer Service    New Releases    Today's Deals    Pharmacy    Books    Fashion    Get your school supplies, fast

GYROOR T581 Hoverboard 6.5" Off Road All Terrain Hoverboards with… › Customer reviews

## Customer reviews

4.4 out of 5
788 global ratings

GYROOR T581 Hoverboard …
by Gyroor

See All Buying Options

Add to Wish List

5 star    75%
4 star    9%
3 star    4%
2 star    2%
1 star    10%

Write a review

How are ratings calculated?

**Top positive review**

All positive reviews ›

slo-lane

Will make any kid very happy!!
Everyone will want to ride the scooter!
Reviewed in the United States on August 10, 2019

Son and father loveeeee this hover board and scooter. After 30 seconds of understanding how the scooter controls work, my son was hooked. His father made him get off it so he can try it. Lol. They spent the entire weekend riding it. They rode through grass, a neighbors flower bed, and a little in the street. We can

56 people found this helpful

**Top critical review**

All critical reviews ›

Kristi K.

Out a board and our money
Reviewed in the United States on December 25, 2020

My son really enjoyed riding in this for a couple hours then the battery died. It won't charge. The company however has been fantastic so far with the offering to fix it. I will update when I get it fixed on the ease and completed work. He said it was extremely easy to ride and recommended it.

31 people found this helpful

Sponsored

**Questions? Get fast answers from reviewers**

What do you want to know about GYROOR T581 Hoverboard 6.5" Off Road All Terrain Hoverboards with

See all 74 answered questions    Ask

Need customer service?    Click here

Search customer reviews    Search

SORT BY
Most r…

FILTER BY
All reviewers    All stars    Text, image, …

788 global ratings | 292 global reviews

## From the United States

KAL

No instructions for cart
Reviewed in the United States on June 9, 2019

Verified Purchase    Early Reviewer Rewards    (What's this?)

Son loves hover board but no instructions to put cart together. After buying three months later black plastic broke above tire where you put foot at!

4 people found this helpful

Helpful    Report abuse

Lan Truong

9/10/21, 11:04 AM                Amazon.com:Customer reviews:GYROOR T581 Hoverboard 6.5" Off Road All Terrain Hoverboard with Bluetooth Speaker&LE…

Case: 1:20-cv-04806 Document #: 410-7 Filed: 09/10/21 Page 12 of 13 PageID #:10956

**Good**

Reviewed in the United States on June 8, 2019

**Verified Purchase**

Good

[Helpful]  Report abuse

← Previous page    Next page →

‹ **See all details for GYROOR T581 Hoverboard 6.5" Off Road All Terrain Hoverboards with…**

## Inspired by your browsing history
Page 1 of 2

    

**LAKKIT Hoverboard Seat Attachment Straps Adjustable Replacement Straps for Hoverboard Gocart Self Balancing Scooter**
247
$8.99
Get it as soon as **Thursday, Sep 16**
FREE Shipping on orders over $25 shipped by Amazon

**Epessa Hoverboard Seat Attachment Straps Set with Protectors, Anti-Wear Replacement Straps for Go Cart Hovercart, Durable…**
90
$15.99
Get it as soon as **Thursday, Sep 16**
FREE Shipping on orders over $25 shipped by Amazon

**Gyroor T581 Hoverboard 6.5" Off Road All Terrain Hoverboard with Bluetooth Speaker and Two-Wheel Self Balancing Hoverboard…**
1,119
$229.00
& Free Shipping

**Aodaer 8 Pack Adjustable Hoverboard Straps Hoverboard Replacement Straps Hoverboard Kart Accessories Seat…**
153
$9.99
Get it as soon as **Thursday, Sep 16**
FREE Shipping on orders over $25 shipped by Amazon

**8 Pieces Adjustable Hoverboard Straps and Loop Fastening Hoverboard Cable Hoverboard Replacement Strap…**
573
$10.29
Get it as soon as **Thursday, Sep 16**
FREE Shipping on orders over $25 shipped by Amazon

## Best Sellers in Skates, Skateboards & Scooters
Page 1 of 3

    

**Razor A Kick Scooter for Kids - Lightweight, Foldable, Aluminum Frame, and Adjustable Handlebars**
29,695
#1 Best Seller in Kick Scooters
$29.92 - $82.48
& Free Shipping

**OutdoorMaster Skateboard Cycling Helmet - Two Removable Liners Ventilation Multi-Sport Scooter Roller…**
10,773
#1 Best Seller in Skateboarding Helmets
$29.99 - $39.99
& Free Shipping

**JBM Adult/Child Knee Pads Elbow Pads Wrist Guards 3 in 1 Protective Gear Set for Multi Sports Skateboarding Inline Roller Skating Cycling…**
11,430
$19.99 - $32.99
& Free Shipping

**Zeato All-in-One Skate Tools Multi-Function Portable Skateboard T Tool Accessory with T-Type Allen Key and L…**
20,536
#1 Best Seller in Skateboard Tools
$7.98 - $10.49
& Free Shipping

**Jetson Jupiter Kick Scooter for Kids, LED Light-up Scooter, Adjustable Handlebar, Rear Brake, Lightweight Design**
13,318
$29.99 - $78.00
& Free Shipping

9/10/21, 11:04 PM                    Amazon.com:Customer reviews:GYROOR T581 Hoverboard 6.5" Off Road All Terrain Hoverboards with Bluetooth Speaker&LE…

Case: 1:20-cv-04806 Document #: 410-7 Filed: 09/10/21 Page 13 of 13 PageID #:10951

See personalized recommendations

Sign in

New customer? Start here.

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell products on Amazon | Amazon Rewards Visa Signature Cards | Amazon and COVID-19 |
| Blog | Sell apps on Amazon | Amazon.com Store Card | Your Account |
| About Amazon | Become an Affiliate | Amazon Secured Card | Your Orders |
| Sustainability | Become a Delivery Driver | Amazon Business Card | Shipping Rates & Policies |
| Press Center | Start a package delivery business | Amazon Business Line of Credit | Amazon Prime |
| Investor Relations | Advertise Your Products | Shop with Points | Returns & Replacements |
| Amazon Devices | Self-Publish with Us | Credit Card Marketplace | Manage Your Content and Devices |
| | Host an Amazon Hub | Reload Your Balance | Amazon Assistant |
| | › See More Make Money with Us | Amazon Currency Converter | Help |

English    United States

| Amazon Music<br>Stream millions<br>of songs | Amazon<br>Advertising<br>Find, attract,<br>and<br>engage<br>customers | Amazon Drive<br>Cloud storage<br>from Amazon | 6pm<br>Score deals<br>on fashion brands | AbeBooks<br>Books, art<br>& collectibles | ACX<br>Audiobook Publishing<br>Made Easy | Alexa<br>Actionable<br>Analytics<br>for the Web |
|---|---|---|---|---|---|---|
| Sell on Amazon<br>Start a Selling<br>Account | Amazon<br>Business<br>Everything<br>For<br>Your Business | Amazon Fresh<br>Groceries & More<br>Right To Your Door | AmazonGlobal<br>Ship Orders<br>Internationally | Home Services<br>Experienced<br>Pros<br>Happiness<br>Guarantee | Amazon Ignite<br>Sell your original<br>Digital Educational<br>Resources | Amazon Web<br>Services<br>Scalable Cloud<br>Computing<br>Services |
| Audible<br>Listen to Books &<br>Original<br>Audio<br>Performances | Book<br>Depository<br>Books With<br>Free<br>Delivery<br>Worldwide | Box Office Mojo<br>Find Movie<br>Box Office Data | ComiXology<br>Thousands of<br>Digital Comics | DPReview<br>Digital<br>Photography | East Dane<br>Designer Men's<br>Fashion | Fabric<br>Sewing,<br>Quilting<br>& Knitting |
| Goodreads<br>Book reviews<br>&<br>recommendations | IMDb<br>Movies, TV<br>& Celebrities | IMDbPro<br>Get Info Entertainment<br>Professionals Need | Kindle Direct<br>Publishing<br>Indie Digital & Print<br>Publishing<br>Made Easy | Amazon<br>Photos<br>Unlimited<br>Photo Storage<br>Free With Prime | Prime Video Direct<br>Video Distribution<br>Made Easy | Shopbop<br>Designer<br>Fashion Brands |
| Amazon<br>Warehouse<br>Great Deals on<br>Quality Used<br>Products | Whole Foods<br>Market<br>America's<br>Healthiest<br>Grocery Store | Woot!<br>Deals and<br>Shenanigans | Zappos<br>Shoes &<br>Clothing | Ring<br>Smart Home<br>Security<br>Systems | eero WiFi<br>Stream 4K Video<br>in Every Room | Blink<br>Smart Security<br>for Every Home |
| | Neighbors<br>App<br>Real-Time<br>Crime<br>& Safety<br>Alerts | Amazon Subscription<br>Boxes<br>Top subscription boxes –<br>right to your door | PillPack<br>Pharmacy<br>Simplified | Amazon<br>Renewed<br>Like-new<br>products<br>you can trust | Amazon Second Chance<br>Pass it on, trade it in, give<br>it a second life | |

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2021, Amazon.com, Inc. or its affiliates