# Exhibit 8



Case: 1:20-cv-04806 Document #: 419-8 Filed: 09/10/21 Page 2 of 19 PageID #:10953

2,002

Sponsored

Sports & Outdoors › Outdoor Recreation › Skates, Skateboards & Scooters › Scooters & Equipment › Scooters

VIDEO

Roll over image to zoom in

# Gyroor Swift

ard

n

d

Get $50 off instantly: Pay $91.95 ~~$141.95~~ upon approval for the Amazon Rewards Visa Card. No annual fee.

$141.95 | **$141.95**

- SMART APP CONTROLLED - This self balancing scooter comes with an efficient app that helps you stay in control, giving you the ability to change modes, check batteries, see the real speed, Changing led light colors and adjust speed with ease.
- FOR ALL RIDERS - Coming with 2 modes, the children mode makes this hover board easy to control for a first-timer or a kid rider. While its adult mode allows expert riders easily perform hoverboard tricks.
- MUSIC SPEAKER INCLUDED - For the music lovers, the Gyroor Swift spots a built-in branded high quality music speaker that allows you play music when riding the hoverboard.

Share

$141.95

& FREE Returns

FREE delivery: **Tuesday, Sep 14**
Details

Select delivery location

In Stock.

Qty: 1

Add to Cart

Buy Now

Secure transaction

Sold by shanchun-us and Fulfilled by Amazon.

Return policy: Eligible for Return, Refund or Replacement

**Add a Protection Plan:**

☐ 2-Year Protection for $15.99

☐ Add a gift receipt for easy returns

Add to List

New (2) from
$141.95 & **FREE Shipping**.

Share

**Other Sellers on Amazon**

$219.00 | Add to Cart

& **FREE Shipping**

Sold by: GYROOR US

Have one to sell?

Sell on Amazon

Case: 1:20-cv-04806 Document #: 419-8 Filed: 09/10/21 Page 3 of 10 PageID #:10954

- SELF BALANCING BOARD - We have adopted the self balancing technology to make this hoverboard easier and safer for new riders. Perfect your balancing with a full rest of mind!
- SAFETY CERTIFIED - This UL2272 certified hover board has passed strict electrical and safety test to protect charging and rides. If you feel this hoverboard is not performing to standard, feel free to contact us

1,553

Sponsored

Sponsored

## Frequently bought together



Total price: $205.75

Add all three to Cart

These items are shipped from and sold by different sellers. Show details

☑ **This item:** Gyroor Swift Hoverboard Self Balancing Hoverboard with Music Speaker LED Lights, 6.5 inch Two-Wheel … $141.95
☑ Hover-1 Buggy Attachment for Transforming Hoverboard Scooter into Go-Kart $49.94
☑ GameXcel Self-Balancing Scooter Carrying Handbag Backpack Bag for 6.5" 7" and 8" Two-Wheel Hover Board Bag S… $13.86

## Inspired by your recent shopping trends

Page 1 of 10

    

TOMOLOO Hoverboard with Bluetooth Speaker UL2272 Certified Self Balancing Electric Scooter 6.5" Two-Wheel Hover Boards with LED…
186
$179.99

SISIGAD Hoverboard, with Bluetooth and Colorful Lights Self Balancing Scooter
7,240
#1 Best Seller  in Self Balancing Scooters
$154.99

Emaxusa Hoverboard Self Balancing Scooter 6.5" Two-Wheel Hoverboards with Bluetooth Speaker and LED Lights Electric…
144
$148.00

TPS Electric Hoverboard Self Balancing Scooter for Kids and Adults Hover Board with 6.5" Wheels Built-in Bluetooth Speaker…
64
$134.99

TOMOLOO H… with Bluet… and LED Ligh… Balancing Sc… UL2272 Cert… Wheel Electr…

$179.99

## 4 stars and above

Page 1 of 16

Sponsored

9/6/21, 6:42 PM   Amazon.com: Gyroor T580 Hoverboard Self Balancing Scooter with Music Speaker LED Lights, 6.5 inch Two-Wheel Electric Scoot…

Case: 1:20-cv-04806 Document #: 419-8 Filed: 09/10/21 Page 4 of 10 PageID #:10955







| Beston Sports Newest Generation Electric Hoverboard Dual Motors Two Wheels Hoover B... | Electric Hoverboard Smart Self Balancing Scooter Hover Board 6.5" Wheel Electric S... | Magic hover Hoverboard Off Road All Terrain Self Balancing Scooter 6.5" T581 Flash ... | TOMOLOO Hoverboard with Bluetooth Speaker and LED Lights Self-Balancing Scooter UL2... | Rawrr Hover Balancing El Scooter with Lights and B |
|---|---|---|---|---|
| 3,014 | 435 | 335 | 2,557 | |
| $134.99 | $134.99 | $229.00 | $179.99 | $149.97 |

#### Special offers and product promotions

- **Amazon Business:** Make the most of your Amazon Business account with exclusive tools and savings. **Login now**

- **Your cost could be $91.95 instead of $141.95**! Get a **$50 Amazon Gift Card** instantly upon approval for the **Amazon Rewards Visa Card. No annual fee.** Apply now

#### Have a question?
Find answers in product info, Q&As, reviews

[ Type your question or keyword ]

## Product Description

Are you looking for the safest hoverboard to get around the world? This GYROOR Swift T580 Hoverboard is exactly what you are looking for!

GYROOR focuses on providing high quality, high safety product and best service to riders, all products are strictly related to the safety tests. With high-tech electric,anti-fire shell protection, and UL certified that make T580 absolutely safe and harmless for all riders.

#### GYROOR's committed to make rider's life more comfortable and convenient.

Dual shinny wheels design, easy to control your balance, move forward or backward by your body posture. Ride on premium self balancing GYROOR Swift T580 hoverboard, Ride with your Dream!

#### Colorful LED Lights

Bright LED headlights and flashing wheels are super fun, is also a signal of protecting yourself that makes you feel safe in dark, illuminate your evening journeys.For the hoverboard enthusiasts,the LED flashing lights would make the hoverboard be cool device.

- Water Resistant: IP54
- Max Load: 220 Pounds
- Motor: 250W*2 Motors
- Frame Material: Aluminum
- Charging Time: 1.5 to 2 Hours
- LED Lights: Colors Adjustable by APP
- Distance on Full Charge: 5~7.5 Miles
- Safety : UL 2272 Certified Hoverboard

9/6/21, 6:42 PM
Amazon.com: Gyroor T580 Hoverboard Self Balancing Scooter with Music Speaker LED Lights, 6.5 inch Two-Wheel Electric Scoot…

Case: 1:20-cv-04806 Document #: 419-8 Filed: 09/10/21 Page 5 of 19 PageID #:10956

## Powerful Battery

Using the certified lithium-ion Battery, provides T580 more powerful. The smart battery system provides battery long life time and more reliable quality for the rider.With UL certified charger, it's safe and fast charging on the hoverboard.

- Net Weight: 15.8 Pounds.
- Max Speed: 8 Miles/Hour
- Max Climbing Angle: 15-30°
- Tires: 6.5 inch Rubber Tires
- Driving Mode: Adjustable Speeds by App
- Music Speaker: Pro Music Speaker
- Charging Voltage: AC100 to 240V/50-60Hz
- Lithium-Ion Battery: Removable 2.0Ah/36V
- Product Dimensions: 26 Inch x 9 Inch X 8.86 Inch

### App Enable

With GYROOR App, you can change different led lights, adjust riding speed, check battery life, set adults or children mode, switch self balancing mode, analyses fault and on/off setting, anywhere and anytime.

### Music Speaker

Built-in powerful speaker, easily connect your smart phone or any bluetooth devices. As a music lover, riding with your favorite music, you and your hoverboard will be the most focus one!

### Sturdy & Durable

Adopting advanced motherboard system and nature rubber tires, ensure T580 can run smoothly and steadily. With powerful self-balancing feature, you can easily control and happily ride on it. Enjoy the most stable riding and balancing experience!

## Fantastic and Best Gift Choice for Every Family!

GYROOR Swift T580, is the most perfect gift for every occasion and the best gift choice to your kids and family. Enjoying outdoor life with your family and friends!

## Product details

Color: **pink**

**Is Discontinued By Manufacturer :** No

**Item Weight :** 26.5 Pounds

**Batteries :** 20 Lithium ion batteries required.

**Date First Available :** April 10, 2018

**Manufacturer :** Gyroor

**ASIN :** B07C3C861F

**Best Sellers Rank:** #33,952 in Sports & Outdoors (See Top 100 in Sports & Outdoors)
    #38 in Self Balancing Scooters
    #174 in Sport Scooters

**Customer Reviews:**
            658 ratings

## Videos

**Videos for this product**

**0:30**
**Customer Review:** The hit of the year!
Jennifer S. Carpenter

**1:15**
Gyroor Swift Hoverboard Self Balancing Hoverboard with Musi…
Merchant Video

**1:03**
**Customer Review:** Fantastic Hoverboard!!!
Customer Video

**Videos f**
Self Bala
SFSOFTIN

Upload your video

### Explore more from Gyroor
Sponsored


Gyroor Hoverboard Offroad All Terrain Flash Wheel Self Balancing G5 Hoverboards wit...
322
**$211.65**


Gyroor Hoverboard Seat Attachment K1, Hover Board Accessory Go Kart with Adjustable...
14
**$85.99**


Gyroor C3 Electric Bike for Adults, 450W eBike with 18.6MPH up to 28 Mileage, 14in ...
226
**$629.99**


Gyroor Hoverboard Hovershoes-Gyroshoes S300 Electric Roller Skate Hoverboard with...
97
**$229.00**

1,737

Sponsored

## Customer Questions & Answers

See questions and answers

9/6/21, 6:42 PM  Amazon.com: Gyroor T580 Hoverboard Self Balancing Scooter with Music Speaker LED Lights Bluetooth Two-Wheel Electric Scoot…

Case: 1:20-cv-04806 Document #: 419-8 Filed: 09/10/21 Page 7 of 10 PageID #:10953

## Customer reviews

**4.6 out of 5**
658 global ratings

| | | |
|---|---|---|
| 5 star | ▓▓▓▓▓▓▓▓▓▓▓▓ | 80% |
| 4 star | ▓ | 9% |
| 3 star | ▏ | 3% |
| 2 star | ▏ | 2% |
| 1 star | ▏ | 6% |

How are ratings calculated?



127     Shop now

Sponsored

### Reviews with images

   

See all customer images

### Top reviews from the United States

**Teach1**

**Light and sleek. Rated up to 265 ibs.**
Reviewed in the United States on December 26, 2018
Color: black    Verified Purchase



0:00

Light and sleek. Rated 265 ibs. We bought this and a H1 and so far like this one better. It is easier to handle with one handed lifting if you are strong as the middle is smaller. The charger is very similar to the H1. This is only a initial review.

So after a month the unit still works but the plastic hubs are showing some damage and some plastic peices are rattling around inside. We havnt been gentle with it though ;).

43 people found this helpful

Helpful    Report abuse

**Eric Helton**

**Great value, great experience so far**
Reviewed in the United States on March 10, 2020
Color: pink    Verified Purchase

I did allot of research on hoverboards. What I found was every single one has a few reviews of people saying their's was defective or did nothing but beep. Basically I took a leap of faith guided by my 6 year old daughter's simple request for pink. I have now had this Gyroor for a week and I am very happy with the purchase thus far. First, my daughter loves it and was zipping around all over the place in no time. The lights are bright and colorful. The app is easy to pair and use. I put it in child mode and limited the speed in minutes. It can support 220lbs according to the manual which should make it big brother survivable. Battery life has been excellent and the charge time of 2-3 hours is quicker than I expected. So far my only nit-pick would be I think the cosmetics of the plastic body could be scratched up and gouged pretty easily. But it does feel like a solid piece of machinery. That it comes with a bag is really nice. At this point I feel like I hit the sweet spot of not going too cheap while keeping the price reasonable for a 6 year old. I'll update in a couple months

42 people found this helpful

Helpful        Report abuse

**Tina**

**Battery is not so good!**
Reviewed in the United States on April 15, 2019
Color: black    **Verified Purchase**

Battery didn't last more then 30 minutes. Got the item replaced and had the same problem. The company was quick to resolve thing but only refunded to amazon account not to original payment method. I should also mention when it stops working or dies unexpectedly it comes to a complete stop. Making the rider go flying!

14 people found this helpful

Helpful        Report abuse

**Amazon Customer**

**GREAT PRODUCT, GREAT PRICE, FAST SHIPPING!**
Reviewed in the United States on January 16, 2019
Color: pink    **Verified Purchase**

Got this for my granddaughter for Christmas! After setting it up to her mother's phone, it took a couple of days and learning beside something to hold on to while getting the feel of things. (of course we had a few laughs at her dad's expense) She is now scooting around as well as she rides her bicycle. She is having a blast! The slower learning feature was perfect for her to use until she got the hang of riding it.

38 people found this helpful

Helpful        Report abuse

**J.D.**

**My son loves it (UPDATE)**
Reviewed in the United States on September 2, 2020
Color: black    **Verified Purchase**

We purchased this about a year ago and my 9 year old son has a blast with it! It stood up well for some time and then the battery would only last for a few minutes. I saw that the battery warranty was only 6 months but figured I would contact Gyroor directly and see if there was anything they could do. I was pleasantly surprised when they told me they would send me a new battery! Needless to say I am very happy with the product and their customer support.

UPDATE 1/25/2021 - So Gyroor wound up sending me the wrong battery, and and then asked me to ship the entire hoverboard back so they would fix it. I sent it back and they sent me back a hoverboard where the bottom was not fully screwed in and the threads were stripped.

They then sent me another hoverboard that had the SAME EXACT ISSUES. Now they are saying they don't have it in stock and will send me a new one once it is in stock. It has been about 6 months since I had this initially had this issue which is not an acceptable amount of

5 people found this helpful

Helpful        Report abuse

**Tatyanna Curtis**

**Best Christmas present ever!!!**
Reviewed in the United States on January 7, 2019
Color: pink    **Verified Purchase**

Bought this for my 11 yr old daughter for Christmas. She loves it. All her friends got one too and paid about the same price but hers is cooler than them all. The Bluetooth speaker works great and is very loud. She jumped on and became a pro in about 15 minutes.

40 people found this helpful

9/6/21, 6:42 PM                    Amazon.com: Gyroor Hoverboard Self Balancing Scooter with Music Speaker LED Lights Two-Wheel Electric Scoot…

Case: 1:20-cv-04806 Document #: 419-8 Filed: 09/10/21 Page 9 of 10 PageID #:10960

Helpful          Report abuse

**Suresh**

**Super cool pro**
Reviewed in the United States on February 23, 2019
Color: black    **Verified Purchase**

I was wondering how my 6 year kid will ride this as this was his first time . Just in10 minutes he rode and became a champ in next 10 minutes.. the product looks super cool

40 people found this helpful

Helpful          Report abuse

**Jennifer S. Carpenter**

**The hit of the year!**
Reviewed in the United States on January 16, 2020
Color: pink    **Verified Purchase**



0:00

We purchased two Gyroor Swift Hoverboards as Christmas gifts for our two children, ages 7 & 8. They are so much fun and a huge hit in our neighborhood filled with kids. There are already kids telling us their parents promised to get them one and a mom even told me that she and her husband are using the promise of a hoverboard to get better behavior from their daughter.

The video of our kids riding the boards was taken Christmas Day, the same day they unwrapped their gifts. They are THAT easy to ride. The best part is that my 7 year old son

21 people found this helpful

Helpful          Report abuse

See all reviews ›

## Customers who bought this item also bought

127          Shop now

Sponsored

Case: 1:20-cv-04806 Document #: 418-8 Filed: 09/10/21 Page 10 of 19 PageID #:10961

Back to top

## Get to Know Us
- Careers
- Blog
- About Amazon
- Sustainability
- Press Center
- Investor Relations
- Amazon Devices

## Make Money with Us
- Sell products on Amazon
- Sell apps on Amazon
- Become an Affiliate
- Become a Delivery Driver
- Start a package delivery business
- Advertise Your Products
- Self-Publish with Us
- Host an Amazon Hub
- › See More Make Money with Us

## Amazon Payment Products
- Amazon Rewards Visa Signature Cards
- Amazon.com Store Card
- Amazon Secured Card
- Amazon Business Card
- Amazon Business Line of Credit
- Shop with Points
- Credit Card Marketplace
- Reload Your Balance
- Amazon Currency Converter

## Let Us Help You
- Amazon and COVID-19
- Your Account
- Your Orders
- Shipping Rates & Policies
- Amazon Prime
- Returns & Replacements
- Manage Your Content and Devices
- Amazon Assistant
- Help

English    United States

| | | | | | | |
|---|---|---|---|---|---|---|
| Amazon Music<br>Stream millions of songs | Amazon Advertising<br>Find, attract, and engage customers | Amazon Drive<br>Cloud storage from Amazon | 6pm<br>Score deals on fashion brands | AbeBooks<br>Books, art & collectibles | ACX<br>Audiobook Publishing Made Easy | Alexa<br>Actionable Analytics for the Web |
| Sell on Amazon<br>Start a Selling Account | Amazon Business<br>Everything For Your Business | Amazon Fresh<br>Groceries & More Right To Your Door | AmazonGlobal<br>Ship Orders Internationally | Home Services<br>Experienced Pros Happiness Guarantee | Amazon Ignite<br>Sell your original Digital Educational Resources | Amazon Web Services<br>Scalable Cloud Computing Services |
| Audible<br>Listen to Books & Original Audio Performances | Book Depository<br>Books With Free Delivery Worldwide | Box Office Mojo<br>Find Movie Box Office Data | ComiXology<br>Thousands of Digital Comics | DPReview<br>Digital Photography | East Dane<br>Designer Men's Fashion | Fabric<br>Sewing, Quilting & Knitting |
| Goodreads<br>Book reviews & recommendations | IMDb<br>Movies, TV & Celebrities | IMDbPro<br>Get Info Entertainment Professionals Need | Kindle Direct Publishing<br>Indie Digital & Print Publishing Made Easy | Amazon Photos<br>Unlimited Photo Storage Free With Prime | Prime Video Direct<br>Video Distribution Made Easy | Shopbop<br>Designer Fashion Brands |
| Amazon Warehouse<br>Great Deals on Quality Used Products | Whole Foods Market<br>America's Healthiest Grocery Store | Woot!<br>Deals and Shenanigans | Zappos<br>Shoes & Clothing | Ring<br>Smart Home Security Systems | eero WiFi<br>Stream 4K Video in Every Room | Blink<br>Smart Security for Every Home |
| | Neighbors App<br>Real-Time Crime & Safety Alerts | Amazon Subscription Boxes<br>Top subscription boxes – right to your door | PillPack<br>Pharmacy Simplified | Amazon Renewed<br>Like-new products you can trust | Amazon Second Chance<br>Pass it on, trade it in, give it a second life | |

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2021, Amazon.com, Inc. or its affiliates

9/6/21, 4:56 PM    Amazon.com: Customer reviews: Gyroor T580 Hoverboard Self Balancing Scooter with Music Speaker LED lights, 6.5 inch Two-W…

Case: 1:20-cv-04806 Document #: 410-8 Filed: 09/10/21 Page 11 of 19 PageID #:10362

Hello
Select your address    All

Hello, Sign in
Account & Lists    Returns
& Orders    0

All    Best Sellers    Prime    Customer Service    New Releases    Pharmacy    Today's Deals    Books    Fashion    Get your school supplies, fast

Gyroor T580 Hoverboard Self Balancing Scooter with Music Speaker LED… › Customer reviews

## Customer reviews

4.6 out of 5

658 global ratings

| 5 star | 80% |
| 4 star | 9% |
| 3 star | 3% |
| 2 star | 2% |
| 1 star | 6% |

How are ratings calculated?



### Gyroor T580 Hoverboard Se…
by Gyroor

Color: pink    Change

Write a review

See All Buying Options

Add to Wish List

### Top positive review

All positive reviews ›

Teach1

**Light and sleek. Rated up to 265 ibs.**
Reviewed in the United States on December 26, 2018

Light and sleek. Rated 265 ibs. We bought this and a H1 and so far like this one better. It is easier to handle with one handed lifting if you are strong as the middle is smaller. The charger is very similar to the H1. This is only a initial review.

43 people found this helpful

### Top critical review

All critical reviews ›

Tina

**Battery is not so good!**
Reviewed in the United States on April 15, 2019

Battery didn't last more then 30 minutes. Got the item replaced and had the same problem. The company was quick to resolve thing but only refunded to amazon account not to original payment method. I should also mention when it stops working or dies unexpectedly it comes to a complete stop. Making the rider go flying!

14 people found this helpful



Gifts handcrafted with love
See more >

Sponsored

**Questions? Get fast answers from reviewers**

What do you want to know about Gyroor Swift Hoverboard Self Balancing Hoverboard with Music Speaker LED Lights, 6.5 Inch Tw…

See all 53 answered questions    Ask

Need customer service? Click here

---

Search customer reviews    Search

**SORT BY**    **FILTER BY**

Most r…    All reviewers    All stars    All formats    Text, image, …

658 global ratings | 212 global reviews

---

## From the United States

  Teach1

**Light and sleek. Rated up to 265 ibs.**
Reviewed in the United States on December 26, 2018
Color: black    Verified Purchase

Light and sleek. Rated 265 ibs. We bought this and a H1 and so far like this one better. It is easier to handle with one handed lifting if you are strong as the middle is smaller. The charger is very similar to the H1. This is only a initial review.

So after a month the unit still works but the plastic hubs are showing some damage and some plastic peices are rattling around inside. We havnt been gentle with it though ;).

9/6/21, 4:56 PM                    Amazon.com: Customer reviews: Gyroor T580 Hoverboard Self Balancing Scooter with Music Speaker LED lights, 6.5inch Two-W…

Case: 1:20-cv-04806 Document #: 418-8 Filed: 09/10/21 Page 12 of 19 PageID #:10363



0:00

43 people found this helpful

Helpful     Report abuse

CO

**Return was quick and easy!**

Reviewed in the United States on December 15, 2018

Color: black    Verified Purchase

Bought this for my daughter for Christmas with plenty of time to return. Did this only because of reviews on ALL hover boards. Expected I would have to purchase and return a few.
What I found with this unit:
- Initial charge time took longer than the manual suggested. Then charge time after 10 minute test ride took longer than manual suggested for a full charge (figured this wasn't good).
- Everytime unit is turned ON, the Bluetooth is announced at max volume (similar to some BT speakers). This can not be turned off or turned down (would have been enough to return).
- BT connection failed multiple times (15-20) before finally connecting. Unit displayed on iPhone 6 immediately but would not connect.
- App displayed speed but nothing else. Could not change or turn off LED colors, adjust speed control or set to Child Mode. Did not test BT speakers.
- Had only used one Hoover board before. This unit is less stable (could be because Child Mode could not be set). Replacement (different brand) is also more stable.
- In the short time I tested, the unit got into a mode a couple of times, after falling off, that require the unit to be turned off and back on (Loud BT announcement) and once the unit took off after falling off.
- Packing up unit I noticed some kind of spatter in the wheel wells like it was run through something liquid. I only tested on dry hardwood flood so can only speculate it was used before. Probably the QA dept before shipping ;)
All in all, not the best choice for my 11 year old daughter. Opted for a $13 more expensive board with no Bluetooth or App. This unit meets all expectations.

11 people found this helpful

Helpful     Report abuse

← Previous page     Next page →

‹ **See all details for Gyroor T580 Hoverboard Self Balancing Scooter with Music Speaker LED…**

**Inspired by your browsing history**                                    Page 1 of 2

9/6/21, 4:56 PM  Amazon.com: Customer reviews: Gyroor 4580 Hoverboard Self Balancing Scooter with Music Speaker LED lights, 6.5 inch Two-W…

Case: 1:20-cv-04806 Document #: 410-8 Filed: 09/10/21 Page 13 of 19 PageID #:10364







Gyroor Hoverboard Seat Attachment K1, Hover Board Accessory Go Kart with Adjustable Frame Length Compatible with 6.5" 8" 10"…
14
$85.99

GameXcel Self-Balancing Scooter Carrying Handbag Backpack Bag for 6.5" 7" and 8" Two-Wheel Hover Board Bag Smart Balancing…
538
$11.86 - $14.86

Hover-1 Buggy Attachment for Transforming Hoverboard Scooter into Go-Kart
6,965
$49.94

GameXcel Self-Balancing Scooter Carrying Handbag Backpack Bag for 6.5" 7" and 8" Two-Wheel Hover Board Bag Smart Balancing…
538
$14.86

Hiboy HC-01 Hover Kart Seat Attachment Accessory for 6.5" 8" Two Wheel Self Balancing Scooter
2,002
$89.99

## Best Sellers in Skates, Skateboards & Scooters

Page 1 of 3







OutdoorMaster Skateboard Cycling Helmet - Two Removable Liners Ventilation Multi-Sport Scooter Roller…
10,702
#1 Best Seller in Skate & Skateboarding Protective Gear
$29.99 - $39.99

Razor A Kick Scooter for Kids - Lightweight, Foldable, Aluminum Frame, and Adjustable Handlebars
29,633
#1 Best Seller in Kick Scooters
$29.92 - $82.48

CRZKO Kids/Teenagers Protective Gear, Knee Pads and Elbow Pads 6 in 1 Set with Wrist Guard and Adjustable Strap f…
11,027
#1 Best Seller in Skate & Skateboarding Elbow Pads
$10.88 - $14.00

JBM Adult/Child Knee Pads Elbow Pads Wrist Guards 3 in 1 Protective Gear Set for Multi Sports Skateboarding Inline Roller Skating Cycling…
11,378
$19.99 - $32.99

Zeato All-in-One Skate Tools Multi-Function Portable Skateboard Tool Accessory with T Type Allen Key and…
20,448
#1 Best Seller in Skateboard Tools
$7.98 - $10.49

See personalized recommendations

Sign in

New customer? Start here.

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell products on Amazon | Amazon Rewards Visa Signature Cards | Amazon and COVID-19 |
| Blog | Sell apps on Amazon | Amazon.com Store Card | Your Account |
| About Amazon | Become an Affiliate | Amazon Secured Card | Your Orders |
| Sustainability | Become a Delivery Driver | Amazon Business Card | Shipping Rates & Policies |
| Press Center | Start a package delivery business | Amazon Business Line of Credit | Amazon Prime |
| Investor Relations | Advertise Your Products | Shop with Points | Returns & Replacements |
| Amazon Devices | | Credit Card Marketplace | |
| | | Reload Your Balance | |

9/6/21, 4:56 PM    Amazon.com: Customer reviews: Gyroor 4580 hoverboard Self Balancing Scooter with Music Speaker LED Lights, 6.5 inch Two-W…

Case: 1:20-cv-04806 Document #: 419-8 Filed: 09/10/21 Page 14 of 19 PageID #:10365

| | Self-Publish with Us | | Amazon Currency Converter | | Manage Your Content and Devices |
| | Host an Amazon Hub | | | | Amazon Assistant |
| | › See More Make Money with Us | | | | Help |

English    United States

| Amazon Music Stream millions of songs | Amazon Advertising Find, attract, and engage customers | Amazon Drive Cloud storage from Amazon | 6pm Score deals on fashion brands | AbeBooks Books, art & collectibles | ACX Audiobook Publishing Made Easy | Alexa Actionable Analytics for the Web |
| Sell on Amazon Start a Selling Account | Amazon Business Everything For Your Business | Amazon Fresh Groceries & More Right To Your Door | AmazonGlobal Ship Orders Internationally | Home Services Experienced Pros Happiness Guarantee | Amazon Ignite Sell your original Digital Educational Resources | Amazon Web Services Scalable Cloud Computing Services |
| Audible Listen to Books & Original Audio Performances | Book Depository Books With Free Delivery Worldwide | Box Office Mojo Find Movie Box Office Data | ComiXology Thousands of Digital Comics | DPReview Digital Photography | East Dane Designer Men's Fashion | Fabric Sewing, Quilting & Knitting |
| Goodreads Book reviews & recommendations | IMDb Movies, TV & Celebrities | IMDbPro Get Info Entertainment Professionals Need | Kindle Direct Publishing Indie Digital & Print Publishing Made Easy | Amazon Photos Unlimited Photo Storage Free With Prime | Prime Video Direct Video Distribution Made Easy | Shopbop Designer Fashion Brands |
| Amazon Warehouse Great Deals on Quality Used Products | Whole Foods Market America's Healthiest Grocery Store | Woot! Deals and Shenanigans | Zappos Shoes & Clothing | Ring Smart Home Security Systems | eero WiFi Stream 4K Video in Every Room | Blink Smart Security for Every Home |
| | Neighbors App Real-Time Crime & Safety Alerts | Amazon Subscription Boxes Top subscription boxes – right to your door | PillPack Pharmacy Simplified | Amazon Renewed Like-new products you can trust | Amazon Second Chance Pass it on, trade it in, give it a second life | |

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2021, Amazon.com, Inc. or its affiliates

Case: 1:20-cv-04806 Document #: 419-8 Filed: 09/10/21 Page 15 of 19 PageID #:10366

9/6/21, 4:57 PM                    Amazon.com: Customer reviews: Gyroor T580 Hoverboard Self Balancing Scooter with Music Speaker LED Lights, 6.5 inch Two-W…

| Hello<br>Select your address | All ▾ | | | Hello, Sign in<br>Account & Lists ▾ | Returns<br>& Orders | 0 |

All   Best Sellers   Prime ▾   Customer Service   New Releases   Pharmacy   Today's Deals   Books   Fashion   Get your school supplies, fast

Gyroor T580 Hoverboard Self Balancing Scooter with Music Speaker LED… › Customer reviews

## Customer reviews

4.6 out of 5
658 global ratings

Gyroor T580 Hoverboard Se…
by Gyroor

Color: pink   Change

See All Buying Options

Add to Wish List

| 5 star | 80% |
| 4 star | 9% |
| 3 star | 3% |
| 2 star | 2% |
| 1 star | 6% |

Write a review

How are ratings calculated?

**Top positive review**

All positive reviews ›

Teach1

**Light and sleek. Rated up to 265 ibs.**

Reviewed in the United States on December 26, 2018

Light and sleek. Rated 265 ibs. We bought this and a H1 and so far like this one better. It is easier to handle with one handed lifting if you are strong as the middle is smaller. The charger is very similar to the H1. This is only a initial review.

43 people found this helpful

**Top critical review**

All critical reviews ›

Tina

**Battery is not so good!**

Reviewed in the United States on April 15, 2019

Battery didn't last more then 30 minutes. Got the item replaced and had the same problem. The company was quick to resolve thing but only refunded to amazon account not to original payment method. I should also mention when it stops working or dies unexpectedly it comes to a complete stop. Making the rider go flying!

14 people found this helpful

handmade
Gifts handcrafted with love
See more >

Sponsored

**Questions? Get fast answers from reviewers**

What do you want to know about Gyroor Swift Hoverboard Self Balancing Hoverboard with Music Speaker LED Lights 6.5 Inch T…

See all 53 answered questions           Ask

Need customer service?   Click here

Search customer reviews   Search

**SORT BY**           **FILTER BY**

Most r…   All reviewers   All stars   All formats   Text, image, …

658 global ratings | 212 global reviews

## From the United States

Christy Warner

**Broke upon arrival**

Reviewed in the United States on February 27, 2019

Color: pink   **Verified Purchase**

It is beautiful, but the right side would cot calibrate right after we took it out of the box. We tried everything to fix it besides taking it apart. Had to return

Helpful   Report abuse

Suresh

**Super cool pro**

9/6/21, 4:57 PM    Amazon.com: Customer Reviews: Gyroor A580 Hoverboard Self Balancing Scooter with Music Speaker LED Lights, 6.5 inch Two-W…

Case: 1:20-cv-04806 Document #: 410-8 Filed: 09/10/21 Page 16 of 19 PageID #:10867

Reviewed in the United States on February 23, 2019

Color: black   Verified Purchase

I was wondering how my 6 year kid will ride this as this was his first time . Just in10 minutes he rode and became a champ in next 10 minutes.. the product looks super cool

40 people found this helpful

Helpful    Report abuse

 Stacie R.

### Great Buy
Reviewed in the United States on February 4, 2019

Color: pink   Verified Purchase

This is a great option at a great price. My 9 year old daughter absolutely loves it, and was a quick learner as far as controlling it and balancing (which was not my own luck….). It's well built, sturdy, and a bit heavy, but she does not seem to have any issues. The initial bluetooth sound off is quite loud, and you cannot control the volume. That is really my only main problem with the board. Also, it can get scratched up pretty easily when it tilts and it would be nice to have some sort of rubber guard to prevent that. Other than that, it's really a great product!

2 people found this helpful

Helpful    Report abuse

 Kat

### Good product!
Reviewed in the United States on January 21, 2019

Color: pink   Verified Purchase

Perfect for my 11 year old daughter…takes a lot of practice but she really enjoys it!

36 people found this helpful

Helpful    Report abuse

 Amazon Customer

### GREAT PRODUCT, GREAT PRICE, FAST SHIPPING!
Reviewed in the United States on January 16, 2019

Color: pink   Verified Purchase

Got this for my granddaughter for Christmas! After setting it up to her mother's phone, it took a couple of days and learning beside something to hold on to while getting the feel of things. (of course we had a few laughs at her dad's expense) She is now scooting around as well as she rides her bicycle. She is having a blast! The slower learning feature was perfect for her to use until she got the hang of riding it.

38 people found this helpful

Helpful    Report abuse

 Melanie

### ONLY LASTED TWO WEEKS
Reviewed in the United States on January 13, 2019

Color: pink   Verified Purchase

Lasted for a whole 2 weeks before it started beeping continuously while on, then another 12 hours before it quit turning on at all. This item is a WASTE of money. My daughter thinks Santa will bring her a new one. She even left it by the fireplace so he would see it as he comes down.

2 people found this helpful

Helpful    Report abuse

 HTB

### Great product!
Reviewed in the United States on January 12, 2019

9/6/21, 4:57 PM
Amazon.com: Customer reviews: Gyroor T580 Hoverboard Self Balancing Scooter with Music Speaker LED lights, 6.5inch Two-W…

Case: 1:20-cv-04806 Document #: 410-8 Filed: 09/10/21 Page 17 of 19 PageID #:10368

Color: black   Verified Purchase

My 9-year old daughter loves this so much! She received it for Christmas and is on it all the time. Well worth the money. Wish the charge lasted a bit longer, but no other complaints.

Helpful   Report abuse


Tatyanna Curtis

**Best Christmas present ever!!!**
Reviewed in the United States on January 7, 2019
Color: pink   Verified Purchase

Bought this for my 11 yr old daughter for Christmas. She loves it. All her friends got one too and paid about the same price but hers is cooler than them all. The Bluetooth speaker works great and is very loud. She jumped on and became a pro in about 15 minutes.

40 people found this helpful

Helpful   Report abuse


Wendy Trudgen

**Works great and easy to use!**
Reviewed in the United States on December 29, 2018
Color: black   Verified Purchase

Received as a Christmas gift, so far so good. If your sitting close to it when its charging you can really smell rubber but it's not bad enough to return. It was easy to get the app working and changing the colors and playing music is pretty cool. The battery life is much shorter than we expected but again not a show stopper.

Helpful   Report abuse


James Huckabee

**Worked great once we installed the app to configure it**
Reviewed in the United States on December 27, 2018
Color: pink

After the initial charge the unit worked for about 5 minutes and then started beeping and wouldn't self balance. Turned off and on several times and finally got the unit to work again but it only worked about 15 minutes before it started beeping again. Emailed the seller and they were prompt to respond with troubleshooting. Didn't know about the app so we downloaded it and configured the board through the app and it has worked fine since. Our unit has the lighted wheels and my son loves it. FIrst hoverboard we have ever owned and so far we are pleased with it.

Helpful   Report abuse

← Previous page    Next page →

‹ See all details for Gyroor T580 Hoverboard Self Balancing Scooter with Music Speaker LED…

**Inspired by your browsing history**   Page 1 of 2

    

Gyroor Hoverboard Seat Attachment K1, Hover Board Accessory Go Kart with Adjustable Frame Length Compatible with 6.5" 8" 10"… 14
$85.99

GameXcel Self-Balancing Scooter Carrying Handbag Backpack Bag for 6.5" 7" and 8" Two-Wheel Hover Board Bag Smart Balancing… 538
$11.86-$14.86

Hover-1 Buggy Attachment for Transforming Hoverboard Scooter into Go-Kart
6,965
$49.94

GameXcel Self-Balancing Scooter Carrying Handbag Backpack Bag for 6.5" 7" and 8" Two-Wheel Hover Board Bag Smart Balancing… 538
$14.86

Hiboy HC-01 Hoverboard Kart Seat Attachment Accessory for 6.5" 8" Two Wheel Self Balancing Scooter 2,002
$89.99

## Best Sellers in Skates, Skateboards & Scooters

Page 1 of 3

  

OutdoorMaster Skateboard Cycling Helmet - Two Removable Liners Ventilation Multi-Sport Scooter Roller… 10,702
#1 Best Seller in Skate & Skateboarding Protective Gear
$29.99-$39.99

Razor A Kick Scooter for Kids - Lightweight, Foldable, Aluminum Frame, and Adjustable Handlebars 29,633
#1 Best Seller in Kick Scooters
$29.92-$82.48

CRZKO Kids/Teenagers Protective Gear, Knee Pads and Elbow Pads 6 in 1 Set with Wrist Guard and Adjustable Strap f… 11,027
#1 Best Seller in Skate & Skateboarding Elbow Pads
$10.88-$14.00

JBM Adult/Child Knee Pads Elbow Pads Wrist Guards 3 in 1 Protective Gear Set for Multi Sports Skateboarding Inline Roller Skating Cycling… 11,378
$19.99-$32.99

Zeato All-in-One Skate Tools Multi-Function Portable Skateboard Tool Accessory with T Type Allen Key and… 20,448
#1 Best Seller in Skateboard Tools
$7.98-$10.49

See personalized recommendations
Sign in
New customer? Start here.

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell products on Amazon | Amazon Rewards Visa Signature Cards | Amazon and COVID-19 |
| Blog | Sell apps on Amazon | Amazon.com Store Card | Your Account |
| About Amazon | Become an Affiliate | Amazon Secured Card | Your Orders |
| Sustainability | Become a Delivery Driver | Amazon Business Card | Shipping Rates & Policies |
| Press Center | Start a package delivery business | Amazon Business Line of Credit | Amazon Prime |
| Investor Relations | Advertise Your Products | Shop with Points | Returns & Replacements |
| Amazon Devices | | Credit Card Marketplace | |
| | | Reload Your Balance | |

9/6/21, 4:57 PM
Amazon.com: Customer reviews: Gyroor 4.5.0+ hoverboard Self Balancing Scooter with Music Speaker LED Lights, 6.5 inch Two-W...
Case: 1:20-cv-04806 Document #: 110-8 Filed: 09/10/21 Page 19 of 19 PageID #:10370

| | | | | | | |
|---|---|---|---|---|---|---|
| | Self-Publish with Us | | Amazon Currency Converter | | | Manage Your Content and Devices |
| | Host an Amazon Hub | | | | | Amazon Assistant |
| | › See More Make Money with Us | | | | | Help |

English    United States

| | | | | | | |
|---|---|---|---|---|---|---|
| Amazon Music<br>Stream millions<br>of songs | Amazon<br>Advertising<br>Find, attract,<br>and<br>engage<br>customers | Amazon Drive<br>Cloud storage<br>from Amazon | 6pm<br>Score deals<br>on fashion brands | AbeBooks<br>Books, art<br>& collectibles | ACX<br>Audiobook Publishing<br>Made Easy | Alexa<br>Actionable<br>Analytics<br>for the Web |
| Sell on Amazon<br>Start a Selling<br>Account | Amazon<br>Business<br>Everything<br>For<br>Your Business | Amazon Fresh<br>Groceries & More<br>Right To Your Door | AmazonGlobal<br>Ship Orders<br>Internationally | Home Services<br>Experienced<br>Pros<br>Happiness<br>Guarantee | Amazon Ignite<br>Sell your original<br>Digital Educational<br>Resources | Amazon Web<br>Services<br>Scalable Cloud<br>Computing<br>Services |
| Audible<br>Listen to Books &<br>Original<br>Audio<br>Performances | Book<br>Depository<br>Books With<br>Free<br>Delivery<br>Worldwide | Box Office Mojo<br>Find Movie<br>Box Office Data | ComiXology<br>Thousands of<br>Digital Comics | DPReview<br>Digital<br>Photography | East Dane<br>Designer Men's<br>Fashion | Fabric<br>Sewing,<br>Quilting<br>& Knitting |
| Goodreads<br>Book reviews<br>&<br>recommendations | IMDb<br>Movies, TV<br>& Celebrities | IMDbPro<br>Get Info Entertainment<br>Professionals Need | Kindle Direct<br>Publishing<br>Indie Digital & Print<br>Publishing<br>Made Easy | Amazon<br>Photos<br>Unlimited<br>Photo Storage<br>Free With Prime | Prime Video Direct<br>Video Distribution<br>Made Easy | Shopbop<br>Designer<br>Fashion Brands |
| Amazon<br>Warehouse<br>Great Deals on<br>Quality Used<br>Products | Whole Foods<br>Market<br>America's<br>Healthiest<br>Grocery Store | Woot!<br>Deals and<br>Shenanigans | Zappos<br>Shoes &<br>Clothing | Ring<br>Smart Home<br>Security<br>Systems | eero WiFi<br>Stream 4K Video<br>in Every Room | Blink<br>Smart Security<br>for Every Home |
| | Neighbors<br>App<br>Real-Time<br>Crime<br>& Safety<br>Alerts | Amazon Subscription<br>Boxes<br>Top subscription boxes –<br>right to your door | PillPack<br>Pharmacy<br>Simplified | Amazon<br>Renewed<br>Like-new<br>products<br>you can trust | Amazon Second Chance<br>Pass it on, trade it in, give<br>it a second life | |

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2021, Amazon.com, Inc. or its affiliates