# Exhibit 10

US00D891297S

(12) **United States Design Patent**　(10) **Patent No.:**　**US D891,297 S**
Zhou et al.　(45) **Date of Patent:**　＊＊　**Jul. 28, 2020**

(54) **HOVERBOARD**

(71) Applicant: **Shenzhen Chitado Technology CO., LTD.**, Shenzhen, Guangdong (CN)

(72) Inventors: **Fuqi Zhou**, Guangdong (CN); **Shiyuan Zheng**, Guangdong (CN); **Dianxuan Zhang**, Guangdong (CN); **Yang Zhang**, Guangdong (CN)

(73) Assignee: **Shenzhen Chitado Technology Co., Ltd.** (CN)

(\*\*) Term: **15 Years**

(21) Appl. No.: **29/682,549**

(22) Filed: **Mar. 6, 2019**

(51) **LOC (12) Cl.** ............................................... **12-14**

(52) **U.S. Cl.**
USPC ............................................................ **D12/1**

(58) **Field of Classification Search**
USPC .......... D12/1, 107; D21/419, 763, 421, 423, D21/426, 760, 765, 766, 769, 771, 776, D21/803
CPC ..... A63C 17/01; A63C 17/12; A63C 2203/00; A63C 2203/01; A63C 2203/012; A63C 2203/013; A63C 2203/40; A63C 2203/52; A63C 17/0033; A63C 17/016; A63C 17/08; B62D 51/02; B62D 51/001; B62D 61/00; B62D 37/00; B62K 2202/00; B62K 2207/00; B62K 2207/02; B62K 2207/04; B62K 3/007; B62K 17/00; B62K 11/007; B60N 2/002; B60G 17/019
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D785,736 S | * | 5/2017 | Ying ............................ D21/760 |
| D808,857 S | * | 1/2018 | Zhang ............................ D12/1 |
| D817,811 S | * | 5/2018 | Wang ............................ D12/1 |
| D837,322 S | * | 1/2019 | Desberg .................... D21/760 |
| D850,326 S | * | 6/2019 | Ying ............................ D12/1 |
| D857,137 S | * | 8/2019 | Cao ............................ D21/760 |
| D871,965 S | * | 1/2020 | Cao ............................ D12/1 |
| 2018/0127047 A1* | | 5/2018 | Lankford .......... B62K 11/007 |
| 2019/0382065 A1* | | 12/2019 | Shang .................... B62J 6/00 |

\* cited by examiner

*Primary Examiner* — Ania Aman

(57)　**CLAIM**

The ornamental design for a hoverboard, as shown and described.

**DESCRIPTION**

FIG. **1** is a front view of a hoverboard showing our new design;
FIG. **2** is a back view thereof;
FIG. **3** is a left side view thereof;
FIG. **4** is a right side view thereof;
FIG. **5** is a top view thereof;
FIG. **6** is a bottom view thereof;
FIG. **7** is a top perspective view thereof; and,
FIG. **8** is a bottom perspective view thereof.
The broken line shown in the drawings are for the purpose of illustrating portions of the article and form no part of the claimed design.

**1 Claim, 8 Drawing Sheets**





FIG. 1



FIG. 2

Case: 1:20-cv-04806 Document #: 419-10 Filed: 09/10/21 Page 5 of 10 PageID #:10985



FIG. 3

Case: 1:20-cv-04806 Document #: 419-10 Filed: 09/10/21 Page 6 of 10 PageID #:10986



FIG. 4



FIG. 5

Case: 1:20-cv-04806 Document #: 419-10 Filed: 09/10/21 Page 8 of 10 PageID #:10988



FIG. 6

Case: 1:20-cv-04806 Document #: 419-10 Filed: 09/10/21 Page 9 of 10 PageID #:10989



FIG. 7

Case: 1:20-cv-04806 Document #: 419-10 Filed: 09/10/21 Page 10 of 10 PageID #:10990



FIG. 8