# Exhibit 1



Hello
Select your address
Sports & Outdoors
Hello, Sign in
Account & Lists
Returns
& Orders
0

All Best Sellers Prime Customer Service New Releases Pharmacy Today's Deals Books Fashion Get your school supplies, fast

**Sports & Outdoors** Sports & Fitness Outdoor Recreation Sports Fan Shop Sports Deals Outdoor Deals

2,002

Sponsored

Sports & Outdoors › Outdoor Recreation › Skates, Skateboards & Scooters › Scooters & Equipment › Scooters

VIDEO

Roll over image to zoom in

# Gyroor Swift

ard

n

d

Get $50 off instantly: Pay $91.95 ~~$141.95~~ upon approval for the Amazon Rewards Visa Card. No annual fee.

$141.95 | **$141.95**

- SMART APP CONTROLLED - This self balancing scooter comes with an efficient app that helps you stay in control, giving you the ability to change modes, check batteries, see the real speed, Changing led light colors and adjust speed with ease.
- FOR ALL RIDERS - Coming with 2 modes, the children mode makes this hover board easy to control for a first-timer or a kid rider. While its adult mode allows expert riders easily perform hoverboard tricks.
- MUSIC SPEAKER INCLUDED - For the music lovers, the Gyroor Swift spots a built-in branded high quality music speaker that allows you play music when riding the hoverboard.

Share

$141.95
& FREE Returns

FREE delivery: **Tuesday, Sep 14**
Details

Select delivery location

In Stock.

Qty: 1

Add to Cart

Buy Now

Secure transaction

Sold by shanchun-us and Fulfilled by Amazon.

Return policy: Eligible for Return, Refund or Replacement

**Add a Protection Plan:**
- [ ] 2-Year Protection for $15.99
- [ ] Add a gift receipt for easy returns

Add to List

New (2) from
$141.95 & **FREE Shipping**.

Share

**Other Sellers on Amazon**

$219.00 Add to Cart
& **FREE Shipping**
Sold by: GYROOR US

Have one to sell?
Sell on Amazon

Case: 1:20-cv-04806 Document #: 420-1 Filed: 09/10/21 Page 3 of 10 PageID #:11002

- **SELF BALANCING BOARD** - We have adopted the self balancing technology to make this hoverboard easier and safer for new riders. Perfect your balancing with a full rest of mind!
- **SAFETY CERTIFIED** - This UL2272 certified hover board has passed strict electrical and safety test to protect charging and rides. If you feel this hoverboard is not performing to standard, feel free to contact us

1,553

Sponsored

Sponsored

## Frequently bought together



Total price: $205.75

Add all three to Cart

These items are shipped from and sold by different sellers. Show details

☑ **This item:** Gyroor Swift Hoverboard Self Balancing Hoverboard with Music Speaker LED Lights, 6.5 inch Two-Wheel … $141.95
☑ Hover-1 Buggy Attachment for Transforming Hoverboard Scooter into Go-Kart $49.94
☑ GameXcel Self-Balancing Scooter Carrying Handbag Backpack Bag for 6.5" 7" and 8" Two-Wheel Hover Board Bag S… $13.86

## Inspired by your recent shopping trends

Page 1 of 10

    

| TOMOLOO Hoverboard with Bluetooth Speaker UL2272 Certified Self Balancing Electric Scooter 6.5" Two-Wheel Hover Boards with LED… | SISIGAD Hoverboard, with Bluetooth and Colorful Lights Self Balancing Scooter | Emaxusa Hoverboard Self Balancing Scooter 6.5" Two-Wheel Hoverboards with Bluetooth Speaker and LED Lights Electric… | TPS Electric Hoverboard Self Balancing Scooter for Kids and Adults Hover Board with 6.5" Wheels Built-in Bluetooth Speaker… | TOMOLOO H… with Blueto… and LED Ligh… Balancing Sc… UL2272 Cert… Wheel Electr… |
|---|---|---|---|---|
| 186 | 7,240 #1 Best Seller  in Self Balancing Scooters | 144 | 64 | |
| $179.99 | $154.99 | $148.00 | $134.99 | $179.99 |

**4 stars and above**  Page 1 of 16

Sponsored

9/6/21, 6:42 PM    Amazon.com: Gyroor T580 Hoverboard Self Balancing Scooter with Music Speaker LED Lights 6.5 inch Two-Wheel Electric Scoot…

Case: 1:20-cv-04806 Document #: 429-1 Filed: 09/10/21 Page 4 of 10 PageID #:11009

    

| Beston Sports Newest Generation Electric Hoverboard Dual Motors Two Wheels Hoover B... | Electric Hoverboard Smart Self Balancing Scooter Hover Board 6.5" Wheel Electric S... | Magic hover Hoverboard Off Road All Terrain Self Balancing Scooter 6.5" T581 Flash ... | TOMOLOO Hoverboard with Bluetooth Speaker and LED Lights Self-Balancing Scooter UL2... | Rawrr Hover Balancing El Scooter with Lights and B |
|---|---|---|---|---|
| 3,014 | 435 | 335 | 2,557 | |
| $134.99 | $134.99 | $229.00 | $179.99 | $149.97 |

**Special offers and product promotions**

- **Amazon Business:** Make the most of your Amazon Business account with exclusive tools and savings. **Login now**

- Your cost could be **$91.95** instead of **$141.95**! Get a **$50 Amazon Gift Card** instantly upon approval for the **Amazon Rewards Visa Card. No annual fee.** Apply now

**Have a question?**

Find answers in product info, Q&As, reviews

[ Type your question or keyword ]

## Product Description

Are you looking for the safest hoverboard to get around the world? This GYROOR Swift T580 Hoverboard is exactly what you are looking for!

GYROOR focuses on providing high quality, high safety product and best service to riders, all products are strictly related to the safety tests. With high-tech electric, anti-fire shell protection, and UL certified that make T580 absolutely safe and harmless for all riders.

**GYROOR's committed to make rider's life more comfortable and convenient.**

Dual shinny wheels design, easy to control your balance, move forward or backward by your body posture. Ride on premium self balancing GYROOR Swift T580 hoverboard, Ride with your Dream!

**Colorful LED Lights**

Bright LED headlights and flashing wheels are super fun, is also a signal of protecting yourself that makes you feel safe in dark, illuminate your evening journeys.For the hoverboard enthusiasts,the LED flashing lights would make the hoverboard be cool device.

- Water Resistant: IP54
- Max Load: 220 Pounds
- Motor: 250W*2 Motors
- Frame Material: Aluminum
- Charging Time: 1.5 to 2 Hours
- LED Lights: Colors Adjustable by APP
- Distance on Full Charge: 5~7.5 Miles
- Safety : UL 2272 Certified Hoverboard

9/6/21, 6:42 PM
Amazon.com: Gyroor T580 Hoverboard Self Balancing Scooter with Music Speaker LED Lights 6.5 inch Two-Wheel Electric Scoot…

Case: 1:20-cv-04806 Document #: 429-1 Filed: 09/10/21 Page 5 of 10 PageID #:14010

## Powerful Battery

Using the certified lithium-ion Battery, provides T580 more powerful. The smart battery system provides battery long life time and more reliable quality for the rider.With UL certified charger, it's safe and fast charging on the hoverboard.

- Net Weight: 15.8 Pounds.
- Max Speed: 8 Miles/Hour
- Max Climbing Angle: 15-30°
- Tires: 6.5 inch Rubber Tires
- Driving Mode: Adjustable Speeds by App
- Music Speaker: Pro Music Speaker
- Charging Voltage: AC100 to 240V/50-60Hz
- Lithium-Ion Battery: Removable 2.0Ah/36V
- Product Dimensions: 26 Inch x 9 Inch X 8.86 Inch

### App Enable

With GYROOR App, you can change different led lights, adjust riding speed, check battery life, set adults or children mode, switch self balancing mode, analyses fault and on/off setting, anywhere and anytime.

### Music Speaker

Built-in powerful speaker, easily connect your smart phone or any bluetooth devices. As a music lover, riding with your favorite music, you and your hoverboard will be the most focus one!

### Sturdy & Durable

Adopting advanced motherboard system and nature rubber tires, ensure T580 can run smoothly and steadily. With powerful self-balancing feature, you can easily control and happily ride on it. Enjoy the most stable riding and balancing experience!

## Fantastic and Best Gift Choice for Every Family!

GYROOR Swift T580, is the most perfect gift for every occasion and the best gift choice to your kids and family. Enjoying outdoor life with your family and friends!

## Product details

Color: **pink**

**Is Discontinued By Manufacturer :** No

**Item Weight :** 26.5 Pounds

**Batteries :** 20 Lithium ion batteries required.

**Date First Available :** April 10, 2018

**Manufacturer :** Gyroor

**ASIN :** B07C3C861F

**Best Sellers Rank:** #33,952 in Sports & Outdoors (See Top 100 in Sports & Outdoors)
 #38 in Self Balancing Scooters
 #174 in Sport Scooters

**Customer Reviews:** 658 ratings

9/6/21, 6:42 PM  Amazon.com: Gyroor T580 Hoverboard Self Balancing Scooter with Music Speaker LED Lights 6.5inch Two-Wheel Electric Scoot…

Case: 1:20-cv-04806 Document #: 420-1 Filed: 09/10/21 Page 6 of 10 PageID #:11011

## Videos

**Videos for this product**

| 0:30 **Customer Review:** The hit of the year! Jennifer S. Carpenter | 1:15 Gyroor Swift Hoverboard Self Balancing Hoverboard with Musi… Merchant Video | 1:03 **Customer Review:** Fantastic Hoverboard!!! Customer Video | Videos f Self Bala… SFSOFTIN |

Upload your video

### Explore more from Gyroor

Sponsored

   

| Gyroor Hoverboard Offroad All Terrain Flash Wheel Self Balancing G5 Hoverboards wit… 322 **$211.65** | Gyroor Hoverboard Seat Attachment K1, Hover Board Accessory Go Kart with Adjustable… 14 **$85.99** | Gyroor C3 Electric Bike for Adults, 450W eBike with 18.6MPH up to 28 Mileage, 14in … 226 **$629.99** | Gyroor Hoverboard Hovershoes-Gyroshoes S300 Electric Roller Skate Hoverboard with… 97 **$229.00** |

1,737

Sponsored

## Customer Questions & Answers

See questions and answers

9/6/21, 6:42 PM  Amazon.com: Gyroor Hoverboard Self Balancing Scooter with Music Speaker LED Lights Racing Two-Wheel Electric Scoot…

Case: 1:20-cv-04806 Document #: 420-1 Filed: 09/10/21 Page 7 of 10 PageID #:11012

## Customer reviews

**4.6 out of 5**
658 global ratings

| | | |
|---|---|---|
| 5 star | ▬▬▬▬▬▬ | 80% |
| 4 star | ▬ | 9% |
| 3 star | ▫ | 3% |
| 2 star | ▫ | 2% |
| 1 star | ▫ | 6% |

How are ratings calculated?



127      Shop now

Sponsored

### Reviews with images

   

See all customer images

### Top reviews from the United States

**Teach1**

**Light and sleek. Rated up to 265 ibs.**
Reviewed in the United States on December 26, 2018
Color: black    Verified Purchase



0:00

Light and sleek. Rated 265 ibs. We bought this and a H1 and so far like this one better. It is easier to handle with one handed lifting if you are strong as the middle is smaller. The charger is very similar to the H1. This is only a initial review.

So after a month the unit still works but the plastic hubs are showing some damage and some plastic peices are rattling around inside. We havnt been gentle with it though ;).

43 people found this helpful

Helpful     Report abuse

**Eric Helton**

**Great value, great experience so far**
Reviewed in the United States on March 10, 2020
Color: pink    Verified Purchase

I did allot of research on hoverboards. What I found was every single one has a few reviews of people saying their's was defective or did nothing but beep. Basically I took a leap of faith guided by my 6 year old daughter's simple request for pink. I have now had this Gyroor for a week and I am very happy with the purchase thus far. First, my daughter loves it and was zipping around all over the place in no time. The lights are bright and colorful. The app is easy to pair and use. I put it in child mode and limited the speed in minutes. It can support 220lbs according to the manual which should make it big brother survivable. Battery life has been excellent and the charge time of 2-3 hours is quicker than I expected. So far my only nit-pick would be I think the cosmetics of the plastic body could be scratched up and gouged pretty easily. But it does feel like a solid piece of machinery. That it comes with a bag is really nice. At this point I feel like I hit the sweet spot of not going too cheap while keeping the price reasonable for a 6 year old. I'll update in a couple months

42 people found this helpful

Helpful    Report abuse

**Tina**

#### Battery is not so good!

Reviewed in the United States on April 15, 2019

Color: black    Verified Purchase

Battery didn't last more then 30 minutes. Got the item replaced and had the same problem. The company was quick to resolve thing but only refunded to amazon account not to original payment method. I should also mention when it stops working or dies unexpectedly it comes to a complete stop. Making the rider go flying!

14 people found this helpful

Helpful    Report abuse

**Amazon Customer**

#### GREAT PRODUCT, GREAT PRICE, FAST SHIPPING!

Reviewed in the United States on January 16, 2019

Color: pink    Verified Purchase

Got this for my granddaughter for Christmas! After setting it up to her mother's phone, it took a couple of days and learning beside something to hold on to while getting the feel of things. (of course we had a few laughs at her dad's expense) She is now scooting around as well as she rides her bicycle. She is having a blast! The slower learning feature was perfect for her to use until she got the hang of riding it.

38 people found this helpful

Helpful    Report abuse

**J.D.**

#### My son loves it (UPDATE)

Reviewed in the United States on September 2, 2020

Color: black    Verified Purchase

We purchased this about a year ago and my 9 year old son has a blast with it! It stood up well for some time and then the battery would only last for a few minutes. I saw that the battery warranty was only 6 months but figured I would contact Gyroor directly and see if there was anything they could do. I was pleasantly surprised when they told me they would send me a new battery! Needless to say I am very happy with the product and their customer support.

UPDATE 1/25/2021 - So Gyroor wound up sending me the wrong battery, and and then asked me to ship the entire hoverboard back so they would fix it. I sent it back and they sent me back a hoverboard where the bottom was not fully screwed in and the threads were stripped.

They then sent me another hoverboard that had the SAME EXACT ISSUES. Now they are saying they don't have it in stock and will send me a new one once it is in stock. It has been about 6 months since I had this initially had this issue which is not an acceptable amount of

5 people found this helpful

Helpful    Report abuse

**Tatyanna Curtis**

#### Best Christmas present ever!!!

Reviewed in the United States on January 7, 2019

Color: pink    Verified Purchase

Bought this for my 11 yr old daughter for Christmas. She loves it. All her friends got one too and paid about the same price but hers is cooler than them all. The Bluetooth speaker works great and is very loud. She jumped on and became a pro in about 15 minutes.

40 people found this helpful

Helpful          Report abuse

**Suresh**

**Super cool pro**
Reviewed in the United States on February 23, 2019
Color: black    Verified Purchase

I was wondering how my 6 year kid will ride this as this was his first time . Just in10 minutes he rode and became a champ in next 10 minutes.. the product looks super cool

40 people found this helpful

Helpful          Report abuse

**Jennifer S. Carpenter**

**The hit of the year!**
Reviewed in the United States on January 16, 2020
Color: pink    Verified Purchase

0:00

We purchased two Gyroor Swift Hoverboards as Christmas gifts for our two children, ages 7 & 8. They are so much fun and a huge hit in our neighborhood filled with kids. There are already kids telling us their parents promised to get them one and a mom even told me that she and her husband are using the promise of a hoverboard to get better behavior from their daughter.

The video of our kids riding the boards was taken Christmas Day, the same day they unwrapped their gifts. They are THAT easy to ride. The best part is that my 7 year old son

21 people found this helpful

Helpful          Report abuse

See all reviews ›

## Customers who bought this item also bought



127          Shop now

Sponsored

9/6/21, 6:42 PM                 Amazon.com: Gyroor T580 Hoverboard Self Balancing Scooter with Music Speaker LED Lights, 6.5 inch Two-Wheel Electric Scoot…

Case: 1:20-cv-04806 Document #: 420-1 Filed: 09/10/21 Page 10 of 10 PageID #:11015

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell products on Amazon | Amazon Rewards Visa Signature Cards | Amazon and COVID-19 |
| Blog | Sell apps on Amazon | Amazon.com Store Card | Your Account |
| About Amazon | Become an Affiliate | Amazon Secured Card | Your Orders |
| Sustainability | Become a Delivery Driver | Amazon Business Card | Shipping Rates & Policies |
| Press Center | Start a package delivery business | Amazon Business Line of Credit | Amazon Prime |
| Investor Relations | Advertise Your Products | Shop with Points | Returns & Replacements |
| Amazon Devices | Self-Publish with Us | Credit Card Marketplace | Manage Your Content and Devices |
|  | Host an Amazon Hub | Reload Your Balance | Amazon Assistant |
|  | › See More Make Money with Us | Amazon Currency Converter | Help |

English    United States

| | | | | | | |
|---|---|---|---|---|---|---|
| Amazon Music<br>Stream millions of songs | Amazon Advertising<br>Find, attract, and engage customers | Amazon Drive<br>Cloud storage from Amazon | 6pm<br>Score deals on fashion brands | AbeBooks<br>Books, art & collectibles | ACX<br>Audiobook Publishing Made Easy | Alexa<br>Actionable Analytics for the Web |
| Sell on Amazon<br>Start a Selling Account | Amazon Business<br>Everything For Your Business | Amazon Fresh<br>Groceries & More Right To Your Door | AmazonGlobal<br>Ship Orders Internationally | Home Services<br>Experienced Pros Happiness Guarantee | Amazon Ignite<br>Sell your original Digital Educational Resources | Amazon Web Services<br>Scalable Cloud Computing Services |
| Audible<br>Listen to Books & Original Audio Performances | Book Depository<br>Books With Free Delivery Worldwide | Box Office Mojo<br>Find Movie Box Office Data | ComiXology<br>Thousands of Digital Comics | DPReview<br>Digital Photography | East Dane<br>Designer Men's Fashion | Fabric<br>Sewing, Quilting & Knitting |
| Goodreads<br>Book reviews & recommendations | IMDb<br>Movies, TV & Celebrities | IMDbPro<br>Get Info Entertainment Professionals Need | Kindle Direct Publishing<br>Indie Digital & Print Publishing Made Easy | Amazon Photos<br>Unlimited Photo Storage Free With Prime | Prime Video Direct<br>Video Distribution Made Easy | Shopbop<br>Designer Fashion Brands |
| Amazon Warehouse<br>Great Deals on Quality Used Products | Whole Foods Market<br>America's Healthiest Grocery Store | Woot!<br>Deals and Shenanigans | Zappos<br>Shoes & Clothing | Ring<br>Smart Home Security Systems | eero WiFi<br>Stream 4K Video in Every Room | Blink<br>Smart Security for Every Home |
|  | Neighbors App<br>Real-Time Crime & Safety Alerts | Amazon Subscription Boxes<br>Top subscription boxes – right to your door | PillPack<br>Pharmacy Simplified | Amazon Renewed<br>Like-new products you can trust | Amazon Second Chance<br>Pass it on, trade it in, give it a second life |  |

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2021, Amazon.com, Inc. or its affiliates