# Exhibit 2

9/6/21, 4:56 PM
Amazon.com: Customer reviews: Gyroor T580 Hoverboard Self Balancing Scooter with Music Speaker LED Lights, 6.5 inch Two-W…

Case: 1:20-cv-04806 Document #: 430-2 Filed: 09/10/21 Page 2 of 10 PageID #:11017

Hello
Select your address | All | Hello, Sign in Account & Lists | Returns & Orders | 0

All | Best Sellers | Prime | Customer Service | New Releases | Pharmacy | Today's Deals | Books | Fashion | Get your school supplies, fast

Gyroor T580 Hoverboard Self Balancing Scooter with Music Speaker LED… › Customer reviews

## Customer reviews

4.6 out of 5

658 global ratings

| | | |
|---|---|---|
| 5 star | | 80% |
| 4 star | | 9% |
| 3 star | | 3% |
| 2 star | | 2% |
| 1 star | | 6% |

How are ratings calculated?

 Gyroor T580 Hoverboard Se…

by Gyroor

Color: pink     Change

See All Buying Options

Add to Wish List

Write a review

---

### Top positive review

All positive reviews ›

 Teach1

**Light and sleek. Rated up to 265 ibs.**

Reviewed in the United States on December 26, 2018

Light and sleek. Rated 265 ibs. We bought this and a H1 and so far like this one better. It is easier to handle with one handed lifting if you are strong as the middle is smaller. The charger is very similar to the H1. This is only a initial review.

43 people found this helpful

### Top critical review

All critical reviews ›

Tina

**Battery is not so good!**

Reviewed in the United States on April 15, 2019

Battery didn't last more then 30 minutes. Got the item replaced and had the same problem. The company was quick to resolve thing but only refunded to amazon account not to original payment method. I should also mention when it stops working or dies unexpectedly it comes to a complete stop. Making the rider go flying!

14 people found this helpful



Sponsored

### Questions? Get fast answers from reviewers

What do you want to know about Gyroor Swift Hoverboard Self Balancing Hoverboard with Music

See all 53 answered questions     Ask

Need customer service? Click here

---

Search customer reviews     Search

**SORT BY**  
Most r…

**FILTER BY**  
All reviewers | All stars | All formats | Text, image, …

658 global ratings | 212 global reviews

## From the United States

 Teach1

**Light and sleek. Rated up to 265 ibs.**

Reviewed in the United States on December 26, 2018

Color: black   Verified Purchase

Light and sleek. Rated 265 ibs. We bought this and a H1 and so far like this one better. It is easier to handle with one handed lifting if you are strong as the middle is smaller. The charger is very similar to the H1. This is only a initial review.

So after a month the unit still works but the plastic hubs are showing some damage and some plastic peices are rattling around inside. We havnt been gentle with it though ;).

9/6/21, 4:56 PM	Amazon.com:Customer reviews: Gyroor T580 Hoverboard Self Balancing Scooter with Music Speaker LED Lights, 6.5 inch Two-W…

Case: 1:20-cv-04806 Document #: 480-2 Filed: 09/10/21 Page 3 of 10 PageID #:11013



0:00

43 people found this helpful

Helpful    Report abuse

CO

**Return was quick and easy!**

Reviewed in the United States on December 15, 2018

Color: black    Verified Purchase

Bought this for my daughter for Christmas with plenty of time to return. Did this only because of reviews on ALL hover boards. Expected I would have to purchase and return a few.
What I found with this unit:
- Initial charge time took longer than the manual suggested. Then charge time after 10 minute test ride took longer than manual suggested for a full charge (figured this wasn't good).
- Everytime unit is turned ON, the Bluetooth is announced at max volume (similar to some BT speakers). This can not be turned off or turned down (would have been enough to return).
- BT connection failed multiple times (15-20) before finally connecting. Unit displayed on iPhone 6 immediately but would not connect.
- App displayed speed but nothing else. Could not change or turn off LED colors, adjust speed control or set to Child Mode. Did not test BT speakers.
- Had only used one Hoover board before. This unit is less stable (could be because Child Mode could not be set). Replacement (different brand) is also more stable.
- In the short time I tested, the unit got into a mode a couple of times, after falling off, that require the unit to be turned off and back on (Loud BT announcement) and once the unit took off after falling off.
- Packing up unit I noticed some kind of spatter in the wheel wells like it was run through something liquid. I only tested on dry hardwood flood so can only speculate it was used before. Probably the QA dept before shipping ;)
All in all, not the best choice for my 11 year old daughter. Opted for a $13 more expensive board with no Bluetooth or App. This unit meets all expectations.

11 people found this helpful

Helpful    Report abuse

← Previous page    Next page →

‹ **See all details for Gyroor T580 Hoverboard Self Balancing Scooter with Music Speaker LED…**

**Inspired by your browsing history**    Page 1 of 2

9/6/21, 4:56 PM    Amazon.com: Customer reviews: Gyroor T580 Hoverboard,Self Balancing Scooter with Music Speaker LED Lights, 6.5 inch Two-W…

Case: 1:20-cv-04806 Document #: 420-2 Filed: 09/10/21 Page 4 of 10 PageID #:11,019

    

Gyroor Hoverboard Seat Attachment K1, Hover Board Accessory Go Kart with Adjustable Frame Length Compatible with 6.5" 8" 10"…
14
$85.99

GameXcel Self-Balancing Scooter Carrying Handbag Backpack Bag for 6.5" 7" and 8" Two-Wheel Hover Board Bag Smart Balancing…
538
$11.86 - $14.86

Hover-1 Buggy Attachment for Transforming Hoverboard Scooter into Go-Kart
6,965
$49.94

GameXcel Self-Balancing Scooter Carrying Handbag Backpack Bag for 6.5" 7" and 8" Two-Wheel Hover Board Bag Smart Balancing…
538
$14.86

Hiboy HC-01 Hoverboard Kart Seat Attachment Accessory for 6.5" 8" Two Wheel Self Balancing Scooter
2,002
$89.99

## Best Sellers in Skates, Skateboards & Scooters

Page 1 of 3

    

OutdoorMaster Skateboard Cycling Helmet - Two Removable Liners Ventilation Multi-Sport Scooter Roller…
10,702
#1 Best Seller in Skate & Skateboarding Protective Gear
$29.99 - $39.99

Razor A Kick Scooter for Kids - Lightweight, Foldable, Aluminum Frame, and Adjustable Handlebars
29,633
#1 Best Seller in Kick Scooters
$29.92 - $82.48

CRZKO Kids/Teenagers Protective Gear, Knee Pads and Elbow Pads 6 in 1 Set with Wrist Guard and Adjustable Strap f…
11,027
#1 Best Seller in Skate & Skateboarding Elbow Pads
$10.88 - $14.00

JBM Adult/Child Knee Pads Elbow Pads Wrist Guards 3 in 1 Protective Gear Set for Multi Sports Skateboarding Inline Roller Skating Cycling…
11,378
$19.99 - $32.99

Zeato All-in-One Skate Tools Multi-Function Portable Skateboard Tool Accessory with T Type Allen Key and…
20,448
#1 Best Seller in Skateboard Tools
$7.98 - $10.49

See personalized recommendations

Sign in

New customer? Start here.

Back to top

### Get to Know Us
Careers
Blog
About Amazon
Sustainability
Press Center
Investor Relations
Amazon Devices

### Make Money with Us
Sell products on Amazon
Sell apps on Amazon
Become an Affiliate
Become a Delivery Driver
Start a package delivery business
Advertise Your Products

### Amazon Payment Products
Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon Secured Card
Amazon Business Card
Amazon Business Line of Credit
Shop with Points
Credit Card Marketplace
Reload Your Balance

### Let Us Help You
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements

9/6/21, 4:56 PM  Amazon.com: Customer reviews: Gyroor T580 Hoverboard Self Balancing Scooter with Music Speaker LED Lights,6.5 inch Two-W…

Case: 1:20-cv-04806 Document #: 420-2 Filed: 09/10/21 Page 5 of 10 PageID #:11026

| | | | | | | |
|---|---|---|---|---|---|---|
| | Self-Publish with Us | | Amazon Currency Converter | | | Manage Your Content and Devices |
| | Host an Amazon Hub | | | | | Amazon Assistant |
| | › See More Make Money with Us | | | | | Help |

English    United States

| Amazon Music<br>Stream millions<br>of songs | Amazon<br>Advertising<br>Find, attract,<br>and<br>engage<br>customers | Amazon Drive<br>Cloud storage<br>from Amazon | 6pm<br>Score deals<br>on fashion brands | AbeBooks<br>Books, art<br>& collectibles | ACX<br>Audiobook Publishing<br>Made Easy | Alexa<br>Actionable<br>Analytics<br>for the Web |
| --- | --- | --- | --- | --- | --- | --- |
| Sell on Amazon<br>Start a Selling<br>Account | Amazon<br>Business<br>Everything<br>For<br>Your Business | Amazon Fresh<br>Groceries & More<br>Right To Your Door | AmazonGlobal<br>Ship Orders<br>Internationally | Home Services<br>Experienced<br>Pros<br>Happiness<br>Guarantee | Amazon Ignite<br>Sell your original<br>Digital Educational<br>Resources | Amazon Web<br>Services<br>Scalable Cloud<br>Computing<br>Services |
| Audible<br>Listen to Books &<br>Original<br>Audio<br>Performances | Book<br>Depository<br>Books With<br>Free<br>Delivery<br>Worldwide | Box Office Mojo<br>Find Movie<br>Box Office Data | ComiXology<br>Thousands of<br>Digital Comics | DPReview<br>Digital<br>Photography | East Dane<br>Designer Men's<br>Fashion | Fabric<br>Sewing,<br>Quilting<br>& Knitting |
| Goodreads<br>Book reviews<br>&<br>recommendations | IMDb<br>Movies, TV<br>& Celebrities | IMDbPro<br>Get Info Entertainment<br>Professionals Need | Kindle Direct<br>Publishing<br>Indie Digital & Print<br>Publishing<br>Made Easy | Amazon<br>Photos<br>Unlimited<br>Photo Storage<br>Free With Prime | Prime Video Direct<br>Video Distribution<br>Made Easy | Shopbop<br>Designer<br>Fashion Brands |
| Amazon<br>Warehouse<br>Great Deals on<br>Quality Used<br>Products | Whole Foods<br>Market<br>America's<br>Healthiest<br>Grocery Store | Woot!<br>Deals and<br>Shenanigans | Zappos<br>Shoes &<br>Clothing | Ring<br>Smart Home<br>Security<br>Systems | eero WiFi<br>Stream 4K Video<br>in Every Room | Blink<br>Smart Security<br>for Every Home |
| | Neighbors<br>App<br>Real-Time<br>Crime<br>& Safety<br>Alerts | Amazon Subscription<br>Boxes<br>Top subscription boxes –<br>right to your door | PillPack<br>Pharmacy<br>Simplified | Amazon<br>Renewed<br>Like-new<br>products<br>you can trust | Amazon Second Chance<br>Pass it on, trade it in, give<br>it a second life | |

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2021, Amazon.com, Inc. or its affiliates

9/6/21, 4:57 PM          Amazon.com: Customer reviews: Gyroor T580 Hoverboard Self Balancing Scooter with Music Speaker LED Lights, 6.5 inch Two-W…

Case: 1:20-cv-04806 Document #: 130-2 Filed: 09/10/21 Page 6 of 10 PageID #:1,021

| Hello<br>Select your address | All ▼ | | | | | Hello, Sign in<br>Account & Lists ▼ | Returns<br>& Orders | 0 |

All    Best Sellers    Prime ▼    Customer Service    New Releases    Pharmacy    Today's Deals    Books    Fashion    Get your school supplies, fast

Gyroor T580 Hoverboard Self Balancing Scooter with Music Speaker LED… › Customer reviews

## Customer reviews

**4.6 out of 5**

658 global ratings

| | | |
|---|---|---|
| 5 star | ▇▇▇▇▇▇▇▇ | 80% |
| 4 star | ▇ | 9% |
| 3 star | ▏ | 3% |
| 2 star | ▏ | 2% |
| 1 star | ▏ | 6% |

How are ratings calculated?

### Gyroor T580 Hoverboard Se…

by Gyroor

Color: pink    Change

[Write a review]

[See All Buying Options]

[Add to Wish List]

---

**Top positive review**

All positive reviews ›

Teach1

**Light and sleek. Rated up to 265 ibs.**

Reviewed in the United States on December 26, 2018

Light and sleek. Rated 265 ibs. We bought this and a H1 and so far like this one better. It is easier to handle with one handed lifting if you are strong as the middle is smaller. The charger is very similar to the H1. This is only a initial review.

43 people found this helpful

**Top critical review**

All critical reviews ›

Tina

**Battery is not so good!**

Reviewed in the United States on April 15, 2019

Battery didn't last more then 30 minutes. Got the item replaced and had the same problem. The company was quick to resolve thing but only refunded to amazon account not to original payment method. I should also mention when it stops working or dies unexpectedly it comes to a complete stop. Making the rider go flying!

14 people found this helpful

---

**handmade**

Gifts handcrafted with love

See more >

Sponsored

### Questions? Get fast answers from reviewers

What do you want to know about Gyroor Swift Hoverboard Self Balancing Hoverboard with Music

See all 53 answered questions    [Ask]

Need customer service?  Click here

---

Search customer reviews    [Search]

**SORT BY**              **FILTER BY**

Most r… ▼    All reviewers ▼    All stars ▼    All formats ▼    Text, image, … ▼

658 global ratings | 212 global reviews

---

## From the United States

Christy Warner

**Broke upon arrival**

Reviewed in the United States on February 27, 2019

Color: pink    **Verified Purchase**

It is beautiful, but the right side would cot calibrate right after we took it out of the box. We tried everything to fix it besides taking it apart. Had to return

[Helpful]    Report abuse

Suresh

**Super cool pro**

9/6/21, 4:57 PM
Amazon.com: Customer reviews: Gyroor T580 Hoverboard,Self Balancing Scooter with Music Speaker LED Lights, 6.5inch Two-W…

Case: 1:20-cv-04806 Document #: 430-2 Filed: 09/10/21 Page 7 of 10 PageID #:11022

Reviewed in the United States on February 23, 2019

Color: black   Verified Purchase

I was wondering how my 6 year kid will ride this as this was his first time . Just in10 minutes he rode and became a champ in next 10 minutes.. the product looks super cool

40 people found this helpful

Helpful   Report abuse

 Stacie R.

### Great Buy

Reviewed in the United States on February 4, 2019

Color: pink   Verified Purchase

This is a great option at a great price. My 9 year old daughter absolutely loves it, and was a quick learner as far as controlling it and balancing (which was not my own luck....). It's well built, sturdy, and a bit heavy, but she does not seem to have any issues. The initial bluetooth sound off is quite loud, and you cannot control the volume. That is really my only main problem with the board. Also, it can get scratched up pretty easily when it tilts and it would be nice to have some sort of rubber guard to prevent that. Other than that, it's really a great product!

2 people found this helpful

Helpful   Report abuse

 Kat

### Good product!

Reviewed in the United States on January 21, 2019

Color: pink   Verified Purchase

Perfect for my 11 year old daughter...takes a lot of practice but she really enjoys it!

36 people found this helpful

Helpful   Report abuse

 Amazon Customer

### GREAT PRODUCT, GREAT PRICE, FAST SHIPPING!

Reviewed in the United States on January 16, 2019

Color: pink   Verified Purchase

Got this for my granddaughter for Christmas! After setting it up to her mother's phone, it took a couple of days and learning beside something to hold on to while getting the feel of things. (of course we had a few laughs at her dad's expense) She is now scooting around as well as she rides her bicycle. She is having a blast! The slower learning feature was perfect for her to use until she got the hang of riding it.

38 people found this helpful

Helpful   Report abuse

 Melanie

### ONLY LASTED TWO WEEKS

Reviewed in the United States on January 13, 2019

Color: pink   Verified Purchase

Lasted for a whole 2 weeks before it started beeping continuously while on, then another 12 hours before it quit turning on at all. This item is a WASTE of money. My daughter thinks Santa will bring her a new one. She even left it by the fireplace so he would see it as he comes down.

2 people found this helpful

Helpful   Report abuse

 HTB

### Great product!

Reviewed in the United States on January 12, 2019

9/6/21, 4:57 PM  Amazon.com: Customer reviews: Gyroor T580 Hoverboard Self Balancing Scooter with Music Speaker LED Lights, 6.5inch Two-W…

Case: 1:20-cv-04806 Document #: 430-2 Filed: 09/10/21 Page 8 of 10 PageID #:11023

Color: black   Verified Purchase

My 9-year old daughter loves this so much! She received it for Christmas and is on it all the time. Well worth the money. Wish the charge lasted a bit longer, but no other complaints.

Helpful        Report abuse


Tatyanna Curtis

**Best Christmas present ever!!!**
Reviewed in the United States on January 7, 2019
Color: pink   Verified Purchase

Bought this for my 11 yr old daughter for Christmas. She loves it. All her friends got one too and paid about the same price but hers is cooler than them all. The Bluetooth speaker works great and is very loud. She jumped on and became a pro in about 15 minutes.

40 people found this helpful

Helpful        Report abuse


Wendy Trudgen

**Works great and easy to use!**
Reviewed in the United States on December 29, 2018
Color: black   Verified Purchase

Received as a Christmas gift, so far so good. If your sitting close to it when its charging you can really smell rubber but it's not bad enough to return. It was easy to get the app working and changing the colors and playing music is pretty cool. The battery life is much shorter than we expected but again not a show stopper.

Helpful        Report abuse


James Huckabee

**Worked great once we installed the app to configure it**
Reviewed in the United States on December 27, 2018
Color: pink

After the initial charge the unit worked for about 5 minutes and then started beeping and wouldn't self balance. Turned off and on several times and finally got the unit to work again but it only worked about 15 minutes before it started beeping again. Emailed the seller and they were prompt to respond with troubleshooting. Didn't know about the app so we downloaded it and configured the board through the app and it has worked fine since. Our unit has the lighted wheels and my son loves it. FIrst hoverboard we have ever owned and so far we are pleased with it.

Helpful        Report abuse

← Previous page        Next page →

‹ See all details for Gyroor T580 Hoverboard Self Balancing Scooter with Music Speaker LED…

**Inspired by your browsing history**        Page 1 of 2

9/6/21, 4:57 PM  Amazon.com: Customer reviews: Gyroor T580 Hoverboard,Self Balancing Scooter with Music Speaker,LED Lights, 6.5 inch Two-W…

Case: 1:20-cv-04806 Document #: 430-2 Filed: 09/10/21 Page 9 of 10 PageID #:11024






Gyroor Hoverboard Seat Attachment K1, Hover Board Accessory Go Kart with Adjustable Frame Length Compatible with 6.5" 8" 10"…
14
$85.99

GameXcel Self-Balancing Scooter Carrying Handbag Backpack Bag for 6.5" 7" and 8" Two-Wheel Hover Board Bag Smart Balancing…
538
$11.86-$14.86

Hover-1 Buggy Attachment for Transforming Hoverboard Scooter into Go-Kart
6,965
$49.94

GameXcel Self-Balancing Scooter Carrying Handbag Backpack Bag for 6.5" 7" and 8" Two-Wheel Hover Board Bag Smart Balancing…
538
$14.86

Hiboy HC-01 Hoverboard Kart Seat Attachment Accessory for 6.5" 8" Two Wheel Self Balancing Scooter
2,002
$89.99

## Best Sellers in Skates, Skateboards & Scooters

Page 1 of 3






OutdoorMaster Skateboard Cycling Helmet - Two Removable Liners Ventilation Multi-Sport Scooter Roller…
10,702
#1 Best Seller in Skate & Skateboarding Protective Gear
$29.99-$39.99

Razor A Kick Scooter for Kids - Lightweight, Foldable, Aluminum Frame, and Adjustable Handlebars
29,633
#1 Best Seller in Kick Scooters
$29.92-$82.48

CRZKO Kids/Teenagers Protective Gear, Knee Pads and Elbow Pads 6 in 1 Set with Wrist Guard and Adjustable Strap f…
11,027
#1 Best Seller in Skate & Skateboarding Elbow Pads
$10.88-$14.00

JBM Adult/Child Knee Pads Elbow Pads Wrist Guards 3 in 1 Protective Gear Set for Multi Sports Skateboarding Inline Roller Skating Cycling…
11,378
$19.99-$32.99

Zeato All-in-One Skate Tools Multi-Function Portable Skateboard Tool Accessory with T Type Allen Key and…
20,448
#1 Best Seller in Skateboard Tools
$7.98-$10.49

See personalized recommendations

Sign in

New customer? Start here.

Back to top

### Get to Know Us
Careers
Blog
About Amazon
Sustainability
Press Center
Investor Relations
Amazon Devices

### Make Money with Us
Sell products on Amazon
Sell apps on Amazon
Become an Affiliate
Become a Delivery Driver
Start a package delivery business
Advertise Your Products

### Amazon Payment Products
Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon Secured Card
Amazon Business Card
Amazon Business Line of Credit
Shop with Points
Credit Card Marketplace
Reload Your Balance

### Let Us Help You
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements

9/6/21, 4:57 PM
Amazon.com: Customer reviews: Gyroor 4.5" Hoverboard Self Balancing Scooter with Music Speaker LED Lights, 6.5 inch Two-W…

Case: 1:20-cv-04806 Document #: 120-2 Filed: 09/10/21 Page 10 of 10 PageID #:1,025

| Self-Publish with Us | Amazon Currency Converter | Manage Your Content and Devices |
| Host an Amazon Hub | | Amazon Assistant |
| › See More Make Money with Us | | Help |

**English**   **United States**

| Amazon Music
Stream millions
of songs | Amazon Advertising
Find, attract,
and engage
customers | Amazon Drive
Cloud storage
from Amazon | 6pm
Score deals
on fashion brands | AbeBooks
Books, art
& collectibles | ACX
Audiobook Publishing
Made Easy | Alexa
Actionable Analytics
for the Web |
| Sell on Amazon
Start a Selling
Account | Amazon Business
Everything For
Your Business | Amazon Fresh
Groceries & More
Right To Your Door | AmazonGlobal
Ship Orders
Internationally | Home Services
Experienced Pros
Happiness Guarantee | Amazon Ignite
Sell your original
Digital Educational
Resources | Amazon Web Services
Scalable Cloud
Computing Services |
| Audible
Listen to Books &
Original Audio
Performances | Book Depository
Books With Free
Delivery Worldwide | Box Office Mojo
Find Movie
Box Office Data | ComiXology
Thousands of
Digital Comics | DPReview
Digital
Photography | East Dane
Designer Men's
Fashion | Fabric
Sewing, Quilting
& Knitting |
| Goodreads
Book reviews
& recommendations | IMDb
Movies, TV
& Celebrities | IMDbPro
Get Info Entertainment
Professionals Need | Kindle Direct Publishing
Indie Digital & Print Publishing
Made Easy | Amazon Photos
Unlimited Photo Storage
Free With Prime | Prime Video Direct
Video Distribution
Made Easy | Shopbop
Designer
Fashion Brands |
| Amazon Warehouse
Great Deals on
Quality Used
Products | Whole Foods Market
America's
Healthiest
Grocery Store | Woot!
Deals and
Shenanigans | Zappos
Shoes &
Clothing | Ring
Smart Home
Security Systems | eero WiFi
Stream 4K Video
in Every Room | Blink
Smart Security
for Every Home |
| | Neighbors App
Real-Time Crime
& Safety Alerts | Amazon Subscription Boxes
Top subscription boxes –
right to your door | PillPack
Pharmacy
Simplified | Amazon Renewed
Like-new products
you can trust | Amazon Second Chance
Pass it on, trade it in, give
it a second life | |

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2021, Amazon.com, Inc. or its affiliates