# Exhibit 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ABC Corporation I et al,<br><br>*Plaintiff,*<br><br>v.<br><br>THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>*Defendants.* | CASE NO. 1:20-cv-04806<br><br>**Judge:** Honorable Thomas M. Durkin |

## DECLARATION OF LIU YU

I, LIU YU, declare as follows:

1. I am over eighteen (18) years of age. I make this declaration based on my own knowledge.

2. I am the Account Manager of the company Anhui Gaodeshang Kejiyouxiangongsi (Tech Co. Ltd.) ("Gaodeshang"), which owns and operates the Amazon storefront Gaodeshang-US.

3. On February 11, 2021, Gaodeshang-US's financial account has been frozen. I understand that was due to Gaodeshang-US selling the alleged infringing product "G2 Hoverboard, ASIN No. B08R23QQT8."

4. I was informed that Plaintiffs made new accusations that Gaodeshang-US sold or has been selling "T581 Hoverboard" which is identified as "Gyroor A" and "T580 Hoverboard" which is identified as "Gyroor C" by Plaintiffs.

5. Gaodeshang-US has never sold the "T581 Hoverboard" which is identified as "Gyroor A" or "T580 Hoverboard" which is identified as "Gyroor C."

6. Plaintiffs' accusations are wrong.

1

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: 9/7/2021

By: *Liu Yu*
LIU YU