# Exhibit 2

Hello
Select your address

Sports & Outdoors

Hello, Sign in
Account & Lists

Returns
& Orders

0

All Best Sellers Prime Customer Service New Releases Pharmacy Today's Deals Books Fashion Toys & Games Get your school supplies, fast

**Sports & Outdoors** Sports & Fitness Outdoor Recreation Sports Fan Shop Sports Deals Outdoor Deals

2,381

Sponsored

Click image to open expanded view

# Gyroor Warrior 8.5 inch All Terrain Off Road Hoverboard with Bluetooth Speakers and LED Lights, UL2272 Certified Self Balancing Scooter

Visit the Gyroor Store

3,549 ratings

| 320 answered questions

Price: $399.00

Coupon Save an extra $50.00 when you apply this coupon.

Details

Color: **Black with K2**

$399.00 | $299.00
$299.00 | $299.00

| | |
|---|---|
| **Brand** | Gyroor |
| **Color** | Black with K2 |
| **Item Weight** | 2 Kilograms |
| **Wheel Size** | 8.5 Inches |
| **Maximum Weight Recommendation** | 265 Pounds |

## About this item

- SUPER STURDY & DURABLE – The Warrior 8.5 inch Off Road Hoverboard is made from a perfect combination of UL approved materials which make up its sturdy structure that guarantees durability while keeping you safe during rides and allowing you enjoy this hoverboard for years to come.
- ALL-TERRAIN RIDES - With 8.5 inch solid tires and 700 watts motor you can be sure of a smooth and easier ride on all terrains. So, feel free to ride on grass, dirt, gravel or wet surfaces. Ride like a warrior!
- MUSIC SPEAKER INCLUDED – For the music lovers, we have added a Built-in branded high quality music speaker to allow you play your music when riding the hoverboard. No ride will be more fun than this!
- SELF BALANCING BOARD – The Self balancing technology used for this hoverboard makes it easier and safe for new riders. Master the art of balancing in minutes!
- OUR SAFETY PROMISE – This hoverboard is UL2272 certified and this means it has passed strict electrical and safety test to assure safe charging and rides. If you feel this hoverboard is performing below this promise, feel free to contact us.

$399.00

FREE delivery: **Oct 1 - 25**

Fastest delivery: **Sep 16 - 21**

Select delivery location

In stock.

Usually ships within 4 to 5 days.

Add to Cart

Buy Now

Secure transaction

Ships from and sold by zhipeng-us.

Return policy: Eligible for Return, Refund or Replacement

**Add a Protection Plan:**

☐ 2-Year Protection for $24.99

Add to List

Share

3,581

Sponsored



9/7/21, 8:00 AM    Amazon.com: Gyroor Warrior 8.5 inch All Terrain Off Road Hoverboard with Bluetooth Speakers and LED Lights, UL2272 Certified …

Case: 1:20-cv-04806 Document #: 421-2 Filed: 09/10/21 Page 3 of 19 PageID #:1336



159

Sponsored

### Frequently bought together

 + 

Total price: **$518.99**

[ Add both to Cart ]

One of these items ships sooner than the other. Show details

☑ **This item:** Gyroor Warrior 8.5 inch All Terrain Off Road Hoverboard with Bluetooth Speakers and LED Lights, UL2272 …  $399.00

☑ Hiboy HC-02 Hoverboard Go Kart with Rear Suspension Seat Attachment Accessory for 6.5" 8" 10" Hover Board Rubb…  $119.99

### Customers who bought this item also bought

Page 1 of 4



Hiboy HC-02 Hoverboard Go Kart with Rear Suspension Seat Attachment Accessory for 6.5" 8" 10" Hover Board Rubber Wheel
726
$119.99
Get it as soon as **Monday, Sep 13**
FREE Shipping on orders over $25 shipped by Amazon

Gyroor Hoverboard Seat Attachment K1, Hover Board Accessory Go Kart with Adjustable Frame Length Compatible with 6.5" 8" 10"…
14
$85.99
Get it as soon as **Monday, Sep 13**
FREE Shipping on orders over $25 shipped by Amazon

Hiboy HC-01 Hoverboard Kart Seat Attachment Accessory for 6.5" 8" 10" Two Wheel Self Balancing Scooter
2,003
$89.99
Get it as soon as **Monday, Sep 13**
FREE Shipping on orders over $25 shipped by Amazon

EverCross Hoverboard Seat Attachment, New Gen Hoverboard Seat with Safety Brake System, Hoverboard Attachment with…
1,445
$39.99-$84.00
& Free Shipping

Gyroor Hoverboard Offroad All Terrain Flash Wheel Self Balancing G5 Hoverboards with Bluetooth Speaker, UL 2272 Certified Best Gift…
322
$211.65
Get it as soon as **Monday, Sep 20**
FREE Shipping on orders over $25 shipped by Amazon
Only 7 left in stock - order…

### Customers who viewed this item also viewed

9/7/21, 8:00 AM  Amazon.com: Gyroor Warrior 8.5 inch All Terrain Off Road Hoverboard with Bluetooth Speakers and LED Lights,UL2272 Certified ...

Case: 1:20-cv-04806 Document #: 421-2 Filed: 09/10/21 Page 4 of 19 PageID #:11337








Gyroor Hoverboard Offroad All Terrain Flash Wheel Self Balancing G5 Hoverboards with Bluetooth Speaker, UL 2272 Certified Best Gift…
322
$211.65
Get it as soon as **Monday, Sep 20**
FREE Shipping on orders over $25 shipped by Amazon
Only 7 left in stock - order…

Swagtron Swagboard Warrior XL Off-Road Bluetooth Hoverboard w/ 8-inch Infinity Wheels, Black/Blue
263
$219.99
Get it as soon as **Wednesday, Sep 15**
FREE Shipping on orders over $25 shipped by Amazon

Hover-1 Titan Electric Self-Balancing Hoverboard Scooter
1,554
$248.00-$549.99
& Free Shipping

XPRIT 8.5'' All Terrain Off-Road Hoverboard w/Bluetooth Speaker, LED Lights, UL2272 Certified
486
$199.95
Get it as soon as **Monday, Sep 20**
FREE Shipping on orders over $25 shipped by Amazon

GYROOR T581 Hoverboard 6.5" Off Road All Terrain Hoverboards with Bluetooth Speaker&LED Lights Two-Wheel Self…
786
$279.00
& Free Shipping

Gyroor Hoverboard Road All Terrain Two-Wheel G11 LED Light Self B Hoverboards wi Bluetooth Music
458
$199.00
& Free Shipping

## Special offers and product promotions

- **Amazon Business:** Make the most of your Amazon Business account with exclusive tools and savings. **Login now**

## Have a question?

Find answers in product info, Q&As, reviews

[ Type your question or keyword ]

## Product details

Color:**Black with K2**

**Package Dimensions** ：39.8 x 12.3 x 10.1 inches; 31.95 Pounds

**Date First Available** ：November 9, 2017

**Manufacturer** ：Gyroor

**ASIN** ：B07S4KXRQR

**Customer Reviews:**
3,549 ratings

## Videos

### Videos for this product

4:57
Off-Road Hoverboard Review - 8.5" Wheels, 250W Dual Motors
Redskull

### Videos for related products

1:02
Self Balancing Scooter
SFSOFTINC

Upload your video

9/7/21, 8:00 AM    Amazon.com: Gyroor Warrior 8.5 inch All Terrain Off Road Hoverboard with Bluetooth Speakers and LED Lights,UL2272 Certified …

Case: 1:20-cv-04806 Document #: 421-2 Filed: 09/10/21 Page 5 of 19 PageID #:11338

658

Sponsored

## Customer Questions & Answers

See questions and answers

## Customer reviews

### 4.7 out of 5
3,549 global ratings

5 star  85%
4 star  7%
3 star  2%
2 star  1%
1 star  5%

How are ratings calculated?



2,791

Shop now

Sponsored

### Reviews with images

   

See all customer images

Top reviews

## Top reviews from the United States

 Amazon Customer

**BEST hoverboard!!**

Reviewed in the United States on August 15, 2018

Color: black    Verified Purchase

We got this for our 13 yr old daughter! We love the app you can download on your smartphone. The app has a self balancing mode, adult mode, you can set the speed limit, change LED lights, shut the hoverboard down and a few other functions. We think it is a lot better than the others because of the rubber tires. My daughter even brings it in (after cleaning the tires) and rides it around on our hardwood floors with no damage to them. The speakers on it are great too!!

132 people found this helpful

Helpful    Report abuse

 Sam Thomas

**Great Product**

Reviewed in the United States on November 27, 2018

Color: black    Verified Purchase

9/7/21, 8:00 AM  Amazon.com: Gyroor Warrior 8.5 inch All Terrain Off Road Hoverboard with Bluetooth Speakers and LED Lights,UL2272 Certified …

Case: 1:20-cv-04806 Document #: 421-2 Filed: 09/10/21 Page 6 of 19 PageID #:11339

This was my first hover board wasn't sure how long it would take me to learn to ride it. After like 30 minutes of training on my own against a wall I was able to ride it with no problems.

The only thing I find bad about this hover board is that every time it starts up it makes a really loud starting indicator noise and says Bluetooth on which I wish I could switch off. Also sometimes when I get off and if it hits something it keeps beeping and won't stop until I power off and back on again.

Apart from these two things I think the hover board is pretty great.

106 people found this helpful

Helpful    Report abuse

 Joe M

### Best Hoverboard on the market
Reviewed in the United States on September 12, 2018
Color: black    Verified Purchase

This Hoverboard is absolutely the best on the market. Its fast and extremely sturdy. Made of quality materials. The Hoverboard is a bit pricey compared to the cheap plastic knockoffs, but you get what you pay for. Would purchase again and I definitely recommend this product.

P..s.

You can charge the battery from 0 to 100 real quick. Yeah under 3 hours and u get approx. 10 miles with a full charge.

117 people found this helpful

Helpful    Report abuse

 Sissy

### Problems with Shaking and stopping
Reviewed in the United States on October 9, 2018
Color: red    Verified Purchase

I bought 2 of these hover boards for Christmas during the Amazon customer appreciation event in July. In October the kids just couldn't wait any longer so I gave them their boards early while the weather was still nice. They loved them! However within a few hours of using them, one of the boards was shaking and stopping. My grandson has fallen off twice and injured himself because of this defect. I would love to give this 5 stars because it is well made and the kids love them. But the shaking and stopping is not safe and negates any Positive benefits. We have tried to contact seller but not successful yet.

73 people found this helpful

Helpful    Report abuse

 Jennifer

### Worth it!
Reviewed in the United States on August 3, 2018
Color: black    Verified Purchase

Easy to use once you get the hang of it. Lights are awesome as is the sound system. Getting the app on an iPhone was a bit difficult. Self balancing feature nice. Functionality is bar none. Doesn't work too well on the grass, haven't tried on gravel. App works well, wish it could change to mph instead of kph.

114 people found this helpful

Helpful    Report abuse

T. Sutherland

### Super fun!
Reviewed in the United States on August 9, 2018
Color: black    Verified Purchase

Bought this because hubby was jealous of our boy's hover board. The higher weight capacity and off road tires are a huge selling point. Easier to ride than the smaller kid size, more stable feeling. Had an issue with the charging port but Gyroor took care of it no problem!

102 people found this helpful

9/7/21, 8:00 AM    Amazon.com: Hoverboard 8.5-inch All Terrain Off Road Hoverboard with Bluetooth Speakers and LED Lights, UL2272 Certified ...

Case: 1:20-cv-04806 Document #: 421-2 Filed: 09/10/21 Page 7 of 19 PageID #:1342

Helpful    Report abuse

Liron Segev

### such a great hoverboard! very easy to ride even for a ...

Reviewed in the United States on July 10, 2018

Color: red    Verified Purchase

such a great hoverboard! very easy to ride even for a first-time rider and my kids just got on and within minutes they were zipping around the house. Great quality, cool lights give it that futuristic look and it seems to hold a charge for a long time. The tires are massive which gives the board a really good height, comfortable ride, and even riding outside on lawn is no problem. Highly recommended!

100 people found this helpful

Helpful    Report abuse

Amazon Customer

### Built tough with a smooth ride

Reviewed in the United States on December 7, 2018

Color: black    Verified Purchase

Heavy duty built with a smooth ride. I bought for my my 10 year old and she loves it. The parents love it too. I love that it comes with it's own totes bag!

92 people found this helpful

Helpful    Report abuse

See all reviews ›

## What other items do customers buy after viewing this item?



322    Shop now

Sponsored

### Recommended based on your shopping trends  *Sponsored*

     

| Newest Generation Electric Hoverboard Dual Motors Two Wheels Hoover Board Smart Self Balancing Scooter with… | Hoverboard All Terrain Off Road 6.5" inch T581 Hoverboards,with Bluetooth Speaker and App-Enabled, Smart S… | FLYING-ANT Hoverboard, 6.5 Inch Self Balancing Hoverboards with LED Lights, Hover Board for Kids Teenag… | TOMOLOO Hoverboard, 8.5 inches All-Terrain Off-Road self-Balancing V2 hoverboards with Color LED Lights, Bluetooth… | TOMOLOO Hoverboard for Kids and Adults, Hover Board with LED Lights Wheels Bluetooth Speaker, Hoverboards … | Gyroor Hov Road All Te Two-Wheel LED Light S Hoverboard |
|---|---|---|---|---|---|
| 3,016 | 335 | 717 | 3 | 1 |  |
| $134.99 | $229.00 | $134.99 | $289.99 | $179.99 | $199.00 |


9/7/21, 8:00 AM    Amazon.com: Outdoor Warrior 8.5-inch All Terrain Off Road Hoverboard with Bluetooth Speakers and LED Lights, UL2272 Certified …

Case: 1:20-cv-04806 Document #: 421-2 Filed: 09/10/21 Page 8 of 19 PageID #:11341

## Inspired by your browsing history

   

**Hiboy HC-02 Hoverboard Go Kart with Rear Suspension Seat Attachment Accessory for 6.5" 8" 10" Hover Board Rubber Wheel**
726
$119.99
Get it as soon as **Monday, Sep 13**
FREE Shipping on orders over $25 shipped by Amazon

**Hover-1 Buggy Attachment for Transforming Hoverboard Scooter into Go-Kart**
6,967
$49.94
Get it as soon as **Monday, Sep 13**
FREE Shipping on orders over $25 shipped by Amazon

**DERSECO Hoverboard Seat Attachment with One Wheel Go Kart Hover Kart Accessories for Adults Kids Apply for 6.5" 8" 10"**
19
$79.99
Get it as soon as **Monday, Sep 13**
FREE Shipping on orders over $25 shipped by Amazon

**TOMOLOO Hoverboard UL2272 Certified 8.5 Inch Off Road Hoverboard App Controlled Electric Self Balancing Scooter for Kids and Adults wit…**
31
$289.99
Get it as soon as **Wednesday, Sep 15**
FREE Shipping on orders over $25 shipped by Amazon

**HYPER GOGO GoKart Kit - Hoverboard Attachment - Compatible with All Hover Boards ,Grey**
141
$449.00
Get it as soon as **Wednesday, Sep 15**
FREE Shipping on orders over $25 shipped by Amazon
Only 18 left in stock - order…

**EverCross Seat Attach Gen Hoverb with Safety System, Ho Attachment**
$39.99 - $8
& Free Shippi

See personalized recommendations

**Sign in**

New customer? Start here.

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell products on Amazon | Amazon Rewards Visa Signature Cards | Amazon and COVID-19 |
| Blog | Sell apps on Amazon | Amazon.com Store Card | Your Account |
| About Amazon | Become an Affiliate | Amazon Secured Card | Your Orders |
| Sustainability | Become a Delivery Driver | Amazon Business Card | Shipping Rates & Policies |
| Press Center | Start a package delivery business | Amazon Business Line of Credit | Amazon Prime |
| Investor Relations | Advertise Your Products | Shop with Points | Returns & Replacements |
| Amazon Devices | Self-Publish with Us | Credit Card Marketplace | Manage Your Content and Devices |
| | Host an Amazon Hub | Reload Your Balance | Amazon Assistant |
| | › See More Ways to Make Money | Amazon Currency Converter | Help |

English    United States

| | | | | | | |
|---|---|---|---|---|---|---|
| Amazon Music<br>Stream millions<br>of songs | Amazon<br>Advertising<br>Find, attract,<br>and<br>engage<br>customers | Amazon Drive<br>Cloud storage<br>from Amazon | 6pm<br>Score deals<br>on fashion brands | AbeBooks<br>Books, art<br>& collectibles | ACX<br>Audiobook Publishing<br>Made Easy | Alexa<br>Actionable<br>Analytics<br>for the Web |
| Sell on Amazon<br>Start a Selling<br>Account | Amazon<br>Business<br>Everything For<br>Your Business | Amazon Fresh<br>Groceries & More<br>Right To Your Door | AmazonGlobal<br>Ship Orders<br>Internationally | Home<br>Services<br>Experienced<br>Pros<br>Happiness<br>Guarantee | Amazon Ignite<br>Sell your original<br>Digital Educational<br>Resources | Amazon Web<br>Services<br>Scalable Cloud<br>Computing<br>Services |
| Audible | Book<br>Depository | Box Office Mojo<br>Find Movie<br>Box Office Data | ComiXology<br>Thousands of<br>Digital Comics | DPReview<br>Digital<br>Photography | East Dane<br>Designer Men's<br>Fashion | Fabric<br>Sewing, Quilting<br>& Knitting |

9/7/21, 8:00 AM  Amazon.com: Gyroor Warrior 8.5 inch All Terrain Off Road Hoverboard with Bluetooth Speakers and LED Lights,UL2272 Certified …

Case: 1:20-cv-04806 Document #: 421-2 Filed: 09/10/21 Page 9 of 19 PageID #:11342

| | | | | | | |
|---|---|---|---|---|---|---|
| Listen to Books & Original Audio Performances | Books With Free Delivery Worldwide | | | | | |
| Goodreads Book reviews & recommendations | IMDb Movies, TV & Celebrities | IMDbPro Get Info Entertainment Professionals Need | Kindle Direct Publishing Indie Digital & Print Publishing Made Easy | Amazon Photos Unlimited Photo Storage Free With Prime | Prime Video Direct Video Distribution Made Easy | Shopbop Designer Fashion Brands |
| Amazon Warehouse Great Deals on Quality Used Products | Whole Foods Market America's Healthiest Grocery Store | Woot! Deals and Shenanigans | Zappos Shoes & Clothing | Ring Smart Home Security Systems | eero WiFi Stream 4K Video in Every Room | Blink Smart Security for Every Home |
| | Neighbors App Real-Time Crime & Safety Alerts | Amazon Subscription Boxes Top subscription boxes – right to your door | PillPack Pharmacy Simplified | Amazon Renewed Like-new products you can trust | Amazon Second Chance Pass it on, trade it in, give it a second life | |

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2021, Amazon.com, Inc. or its affiliates

9/7/21, 8:10 AM  Amazon.com: Customer reviews: Gyroor Warrior 8.5 inch All Terrain Off Road Hoverboard with Bluetooth Speakers and LED Lights…

Case: 1:20-cv-04806 Document #: 421-2 Filed: 09/10/21 Page 10 of 19 PageID #:11348

| Hello Select your address | All ▾ | | Hello, Sign in Account & Lists ▾ | Returns & Orders | 0 |

All   Best Sellers   Prime ▾   Customer Service   New Releases   Pharmacy   Today's Deals   Books   Fashion     Get your school supplies, fast

Gyroor Warrior 8.5 inch All Terrain Off Road Hoverboard with Bluetooth… › Customer reviews

## Customer reviews

### 4.7 out of 5
3,549 global ratings

| | |
|---|---|
| 5 star | 85% |
| 4 star | 7% |
| 3 star | 2% |
| 2 star | 1% |
| 1 star | 5% |

How are ratings calculated?

### Gyroor Warrior 8.5 inch All T…
by Gyroor

Color: Black with K2    Change

Write a review

**See All Buying Options**

**Add to Wish List**

---

**Top positive review**

All positive reviews ›

Amazon Customer

**BEST hoverboard!!**
Reviewed in the United States on August 15, 2018

We got this for our 13 yr old daughter! We love the app you can download on your smartphone. The app has a self balancing mode, adult mode, you can set the speed limit, change LED lights, shut the hoverboard down and a few other functions. We think it is a lot better than the others because of the rubber tires. My daughter even brings it in

132 people found this helpful

**Top critical review**

All critical reviews ›

Sissy

**Problems with Shaking and stopping**
Reviewed in the United States on October 9, 2018

I bought 2 of these hover boards for Christmas during the Amazon customer appreciation event in July. In October the kids just couldn't wait any longer so I gave them their boards early while the weather was still nice. They loved them! However within a few hours of using them, one of the boards was

73 people found this helpful

Sponsored

### Questions? Get fast answers from reviewers

What do you want to know about Gyroor Warrior 8.5 inch All Terrain Off Road Hoverboard with Bluetooth

See all 320 answered questions    Ask

Need customer service?  Click here

---

Search customer reviews    Search

**SORT BY**   **FILTER BY**
Most r…   All reviewers   All stars   All formats   Text, image, …

3,549 global ratings | 1,885 global reviews

### From the United States

Truthteller

**May be good for a beginner or younger child**
Reviewed in the United States on April 25, 2018
Color: black  **Verified Purchase**  **Early Reviewer Rewards**  (What's this?)

We returned it because my daughter said it seemed to be stuck in child mode. It kept pushing against her efforts to go forward at what she felt like was a slow speed. The pedals also were not as responsive as she would've liked.

4 people found this helpful

Helpful    Report abuse

9/7/21, 8:10 AM  Amazon.com: Customer reviews: Gyroor Warrior 8.5 inch All Terrain Off Road Hoverboard with Bluetooth Speakers and LED Lights…

Case: 1:20-cv-04806 Document #: 421-2 Filed: 09/10/21 Page 11 of 19 PageID #:11344


**Amanda Sanchez**

### Five Stars
Reviewed in the United States on April 17, 2018
Color: red   Verified Purchase   Early Reviewer Rewards   (What's this?)

My kids love it!! And fast delivery

Helpful        Report abuse


**Weagle**

### Well made...
Reviewed in the United States on April 16, 2018
Color: red   Verified Purchase   Early Reviewer Rewards   (What's this?)

Great product, well made and durable. My 15 year old hasn't broken it yet and has tested it's ruggedness taking the product off-road on many occasions. Not all the Bluetooth features work, unable to control lighting as website previously stated.

57 people found this helpful

Helpful        Report abuse


**BRiddle**

### This thing is a beast! - update
Reviewed in the United States on March 16, 2018
Color: black   Verified Purchase

I really recommend this hoverboard. It is sleek fast and is literally a miniature off road tank. This thing goes through grass and dirt with ease. It goes really fast and the battery last a long time! It may be pricy but trust me, it's worth every penny! Would definitely make this purchase again!

Update - After a week, All I can say is wow! Battery holds up extremely well, the app is great, and this thing is very well built.



102 people found this helpful

Helpful        Report abuse


**Alyse Riley**

### great product
Reviewed in the United States on March 15, 2018
Color: black   Verified Purchase

0:00

 Wow! this Hoverboard is amazing , fast no hassle prime shipping, sleek design , built like a mini tank. love the color and stealthy lights, and comes with rubber guards to put on frame over wheel to help resist scratches
my daughter loves it, rides it everywhere and now cleaning the house becomes fun and not so much a chore lol. great safe toy for whole family , we also use it for filming as we do proffesional video production helps to smooth footage. would buy again or as gift for friend

39 people found this helpful

Helpful        Report abuse

9/7/21, 8:10 AM    Amazon.com: Customer reviews: Gyroor Warrior 8.5 inch All Terrain Off Road Hoverboard with Bluetooth Speakers and LED Lights…

Case: 1:20-cv-04806 Document #: 421-2 Filed: 09/10/21 Page 12 of 19 PageID #:11345

←  Previous page     Next page  →

‹ **See all details for Gyroor Warrior 8.5 inch All Terrain Off Road Hoverboard with Bluetooth…**

## Inspired by your browsing history
Page 1 of 2

    

| Hiboy HC-02 Hoverboard Go Kart with Rear Suspension Seat Attachment Accessory for 6.5" 8" 10" Hover Board Rubber Wheel | Gyroor Hoverboard Offroad All Terrain Flash Wheel Self Balancing G5 Hoverboards with Bluetooth Speaker, UL 2272 Certified Best Gift… | Hover-1 Buggy Attachment for Transforming Hoverboard Scooter into Go-Kart | DERSECO Hoverboard Seat Attachment with One Wheel Go Kart Hover Kart Accessories for Adults Kids Apply for 6.5" 8" 10" | TOMOLOO Hoverboard UL2272 Certified 8 Inch Off Road Hoverboard App Controlled Electric Balancing Scooter |
|---|---|---|---|---|
| 726 | 322 | 6,967 | 19 | 31 |
| $119.99 | $211.65 | $49.94 | $79.99 | $289.99 |
| Get it as soon as **Monday, Sep 13** | Get it as soon as **Monday, Sep 20** | Get it as soon as **Monday, Sep 13** | Get it as soon as **Monday, Sep 13** | Get it as soon as **Wednesday, Sep 15** |
| FREE Shipping on orders over $25 shipped by Amazon | FREE Shipping on orders over $25 shipped by Amazon Only 7 left in stock - order… | FREE Shipping on orders over $25 shipped by Amazon | FREE Shipping on orders over $25 shipped by Amazon | FREE Shipping on orders over $25 shipped by Amazon |

## Best Sellers in Skates, Skateboards & Scooters
Page 1 of 3

    

| Razor A Kick Scooter for Kids - Lightweight, Foldable, Aluminum Frame, and Adjustable Handlebars | Zeato All-in-One Skate Tools Multi-Function Portable Skateboard T Tool Accessory with T-Type Allen Key and L-… | CRZKO Kids/Teenagers Protective Gear, Knee Pads and Elbow Pads 6 in 1 Set with Wrist Guard and Adjustable Strap f… | Jetson Jupiter Kick Scooter for Kids, | BOSONER Kids/Youth Knee Pad Elbow Pads Guards Protective Gear Set for Roller Skates Cycling BMX Bike… |
|---|---|---|---|---|
| 29,636 | 20,452 | 11,029 | 13,597 | 9,472 |
| #1 Best Seller in Kick Scooters | #1 Best Seller in Skateboard Tools | #1 Best Seller in Skate & Skateboarding Elbow Pads | | #1 Best Seller in Skate & Skateboarding Wrist G… |
| $29.92-$82.48 | $7.98-$10.49 | $11.88-$14.00 | $29.99-$119.98 | $12.99-$13.99 |
| & Free Shipping | & Free Shipping | & Free Shipping | & Free Shipping | & Free Shipping |

See personalized recommendations

**Sign in**

New customer? Start here.

Case: 1:20-cv-04806 Document #: 421-2 Filed: 09/10/21 Page 13 of 19 PageID #:11346

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell products on Amazon | Amazon Rewards Visa Signature Cards | Amazon and COVID-19 |
| Blog | Sell apps on Amazon | Amazon.com Store Card | Your Account |
| About Amazon | Become an Affiliate | Amazon Secured Card | Your Orders |
| Sustainability | Become a Delivery Driver | Amazon Business Card | Shipping Rates & Policies |
| Press Center | Start a package delivery business | Amazon Business Line of Credit | Amazon Prime |
| Investor Relations | Advertise Your Products | Shop with Points | Returns & Replacements |
| Amazon Devices | Self-Publish with Us | Credit Card Marketplace | Manage Your Content and Devices |
| | Host an Amazon Hub | Reload Your Balance | Amazon Assistant |
| | › See More Ways to Make Money | Amazon Currency Converter | Help |

English    United States

| Amazon Music Stream millions of songs | Amazon Advertising Find, attract, and engage customers | Amazon Drive Cloud storage from Amazon | 6pm Score deals on fashion brands | AbeBooks Books, art & collectibles | ACX Audiobook Publishing Made Easy | Alexa Actionable Analytics for the Web |
| Sell on Amazon Start a Selling Account | Amazon Business Everything For Your Business | Amazon Fresh Groceries & More Right To Your Door | AmazonGlobal Ship Orders Internationally | Home Services Experienced Pros Happiness Guarantee | Amazon Ignite Sell your original Digital Educational Resources | Amazon Web Services Scalable Cloud Computing Services |
| Audible Listen to Books & Original Audio Performances | Book Depository Books With Free Delivery Worldwide | Box Office Mojo Find Movie Box Office Data | ComiXology Thousands of Digital Comics | DPReview Digital Photography | East Dane Designer Men's Fashion | Fabric Sewing, Quilting & Knitting |
| Goodreads Book reviews & recommendations | IMDb Movies, TV & Celebrities | IMDbPro Get Info Entertainment Professionals Need | Kindle Direct Publishing Indie Digital & Print Publishing Made Easy | Amazon Photos Unlimited Photo Storage Free With Prime | Prime Video Direct Video Distribution Made Easy | Shopbop Designer Fashion Brands |
| Amazon Warehouse Great Deals on Quality Used Products | Whole Foods Market America's Healthiest Grocery Store | Woot! Deals and Shenanigans | Zappos Shoes & Clothing | Ring Smart Home Security Systems | eero WiFi Stream 4K Video in Every Room | Blink Smart Security for Every Home |
| | Neighbors App Real-Time Crime & Safety Alerts | Amazon Subscription Boxes Top subscription boxes – right to your door | PillPack Pharmacy Simplified | Amazon Renewed Like-new products you can trust | Amazon Second Chance Pass it on, trade it in, give it a second life | |

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2021, Amazon.com, Inc. or its affiliates



★★★★★ **This thing is a beast! - update**
By BRiddle on March 16, 2018

I really recommend this hoverboard. It is sleek fast and is literally a miniature off road tank. This thing goes through grass and dirt with ease. It goes really fast and the battery last a long time! It may be pricy but trust me, it's worth every penny! Would definitely make this purchase again!

Update - After a week, All I can say is wow! Battery holds up extremely well, the app is great, and this thing is very well built.

Images in this review

    



★★★★★ **This thing is a beast! - update**
By BRiddle on March 16, 2018

I really recommend this hoverboard. It is sleek fast and is literally a miniature off road tank. This thing goes through grass and dirt with ease. It goes really fast and the battery last a long time! It may be pricy but trust me, it's worth every penny! Would definitely make this purchase again!

Update - After a week, All I can say is wow! Battery holds up extremely well, the app is great, and this thing is very well built.

Images in this review

    

9/7/21, 8:15 AM Amazon.com: Customer reviews: Gyroor Warrior 8.5 inch All Terrain Off Road Hoverboard with Bluetooth Speakers and LED Lights…

Case: 1:20-cv-04806 Document #: 421-2 Filed: 09/10/21 Page 15 of 19 PageID #:11348

# Hello
Select your address     All

Hello, Sign in
Account & Lists

Returns
& Orders

0

All   Best Sellers   Prime   Customer Service   New Releases   Pharmacy   Today's Deals   Books   Fashion

Get your school supplies, fast

Gyroor Warrior 8.5 inch All Terrain Off Road Hoverboard with Bluetooth… › Customer reviews

## Customer reviews
4.7 out of 5
3,549 global ratings

### Gyroor Warrior 8.5 inch All T…
by Gyroor

Color: Black with K2   Change

See All Buying Options

Add to Wish List

5 star  85%
4 star  7%
3 star  2%
2 star  1%
1 star  5%

Write a review

How are ratings calculated?

**Top positive review**
All positive reviews ›

Amazon Customer

**BEST hoverboard!!**
Reviewed in the United States on August 15, 2018
We got this for our 13 yr old daughter! We love the app you can download on your smartphone. The app has a self balancing mode, adult mode, you can set the speed limit, change LED lights, shut the hoverboard down and a few other functions. We think it is a lot better than the others because of the rubber tires. My daughter even brings it in

132 people found this helpful

**Top critical review**
All critical reviews ›

Sissy

**Problems with Shaking and stopping**
Reviewed in the United States on October 9, 2018
I bought 2 of these hover boards for Christmas during the Amazon customer appreciation event in July. In October the kids just couldn't wait any longer so I gave them their boards early while the weather was still nice. They loved them! However within a few hours of using them, one of the boards was

73 people found this helpful

Sponsored

### Questions? Get fast answers from reviewers

What do you want to know about Gyroor Warrior 8.5 inch All Terrain Off Road Hoverboard with Bluetooth

See all 320 answered questions    Ask

Need customer service?   Click here

Search customer reviews     Search

**SORT BY**           **FILTER BY**
Most r…   All reviewers   All stars   All formats   Text, image, …

3,549 global ratings | 1,885 global reviews

## From the United States

Micheal

**Bluetooth**
Reviewed in the United States on June 12, 2018
Color: black   **Verified Purchase**
I don't know how to work the Bluetooth speaker its not in booklet

Helpful   Report abuse

Tony

**It was fun while it lasted it just didn't last long**
Reviewed in the United States on June 12, 2018

9/7/21, 8:15 AM                Amazon.com: Customer reviews: Gyroor Warrior 8.5 inch All Terrain Off Road Hoverboard with Bluetooth Speakers and LED Lights…

Case: 1:20-cv-04806 Document #: 421-2 Filed: 09/10/21 Page 16 of 19 PageID #:11349

Color: black   **Verified Purchase**

I purchased this for my son for his birthday. It lasted 3 days. Now all it does is beep at us. I emailed the company and no response. Sending it back. It was fun while it lasted it just didn't last long.

6 people found this helpful

Helpful   Report abuse

 Ahmed F Hamed

### Great buy
Reviewed in the United States on June 12, 2018
Color: black   **Verified Purchase**   **Early Reviewer Rewards**   (What's this?)

I like the size, battery life is good, only thing i dont like is, on wet grass it doesnt work well, besides that i love my purchase.

Helpful   Report abuse

 Dennis

### This is fun and easy
Reviewed in the United States on June 7, 2018
Color: black

I love everything about this Gyroor Warrior hoverboard it is freaking awesome to ride as well as the funnest hoverboard i have ever had the pleasure to ride…..Awesome GYROOR!!!!!!!



Helpful   Report abuse

 justin t.

### Five Stars
Reviewed in the United States on May 23, 2018
Color: black   **Verified Purchase**

like riding a smooth-transformer looking tank

Helpful   Report abuse

 A. Dixon

### It just makes me think the quality control with this company is very poor. The instructions were very minimal
Reviewed in the United States on May 22, 2018
Color: black   **Verified Purchase**

I bought two of these scooters for each of my sons. One worked and the other started acting strange after about 30 minutes of use. Then it would randomly turn off while riding and throw you off the board. This is on a full charge too. Extremely dangerous and sending back for a replacement. The other board seemed to have problems steering as you had to push down on the left side to make it go straight. It just makes me think the quality control with this company is very poor. The instructions were very minimal. The app would not work. Overall, I could not recommend purchasing these boards.

7 people found this helpful

Helpful   Report abuse

 For the Love of Dragonflies

### they enjoy
Reviewed in the United States on May 21, 2018
Color: black   **Verified Purchase**   **Early Reviewer Rewards**   (What's this?)

does as says. it was a gift. they enjoy it

9/7/21, 8:15 AM	Amazon.com: Customer reviews: Gyroor Warrior 8.5 inch All Terrain Off Road Hoverboard with Bluetooth Speakers and LED Lights…

Case: 1:20-cv-04806 Document #: 421-2 Filed: 09/10/21 Page 17 of 19 PageID #:11350

Helpful     Report abuse

**Anna**

### It's a great hoverboard I highly recommend

Reviewed in the United States on May 16, 2018

Color: blue    Verified Purchase

My son loves his new hover board. It's a great hoverboard I highly recommend. My son and his friends haven't broken it yet ( 10 days use everyday )!!

Helpful     Report abuse

**Emily Murphy**

### It won't stop shaking

Reviewed in the United States on May 13, 2018

Color: black    Verified Purchase

Every time my kid gets on it shakes him off....Something is rattling inside the hoverboard and all of the sudden, the Bluetooth won't work on it. I'm so bummed because this was my kids only birthday present because of how expensive it was. Can I return even though it's banged up from shaking so much?

14 people found this helpful

Helpful     Report abuse

**Xclusif Cell**

### This hover board is just amazing and best gift!

Reviewed in the United States on April 26, 2018

Color: blue    Verified Purchase

It's a great hoverboard I highly recommend. Very fast delivery to our doorstep. When receiving the product, we found it was packed well with Gyroor brand box. I bought it for my boy as a birthday gift. He loves it so much and can not stop riding. Adapt to different road situation, good for indoor and outdoor riding, and the bluetooth performance is good. I like riding it also. Most impressive function is the self balancing function and kids mode. My boy can ride it easily. For kids and adults, highly recommend this off road hoverboard.

Helpful     Report abuse

← Previous page     Next page →

‹ **See all details for Gyroor Warrior 8.5 inch All Terrain Off Road Hoverboard with Bluetooth…**

## Inspired by your browsing history     Page 1 of 2

9/7/21, 8:15 AM  Amazon.com: Customer reviews: Gyroor Warrior 8.5 inch All Terrain Off Road Hoverboard with Bluetooth Speakers and LED Lights…

Case: 1:20-cv-04806 Document #: 421-2 Filed: 09/10/21 Page 18 of 19 PageID #:11351




Hiboy HC-02 Hoverboard Go Kart with Rear Suspension Seat Attachment Accessory for 6.5" 8" 10" Hover Board Rubber Wheel
726
$119.99
Get it as soon as **Monday, Sep 13**
FREE Shipping on orders over $25 shipped by Amazon

Gyroor Hoverboard Offroad All Terrain Flash Wheel Self Balancing G5 Hoverboards with Bluetooth Speaker, UL 2272 Certified Best Gif…
322
$211.65
Get it as soon as **Monday, Sep 20**
FREE Shipping on orders over $25 shipped by Amazon
Only 7 left in stock - order…

Hover-1 Buggy Attachment for Transforming Hoverboard Scooter into Go-Kart
6,967
$49.94
Get it as soon as **Monday, Sep 13**
FREE Shipping on orders over $25 shipped by Amazon

DERSECO Hoverboard Seat Attachment with One Wheel Go Kart Hover Kart Accessories for Adults Kids Apply for 6.5" 8" 10"
19
$79.99
Get it as soon as **Monday, Sep 13**
FREE Shipping on orders over $25 shipped by Amazon

TOMOLOO Hoverboard UL2272 Certified 8 Inch Off Road Hoverboard App Controlled Electric Balancing Scooter…
31
$289.99
Get it as soon as **Wed Sep 15**
FREE Shipping on orders over $25 shipped by Amazon

## Best Sellers in Skates, Skateboards & Scooters
Page 1 of 3







Razor A Kick Scooter for Kids - Lightweight, Foldable, Aluminum Frame, and Adjustable Handlebars
29,636
#1 Best Seller in Kick Scooters
$29.92-$82.48
& Free Shipping

Zeato All-in-One Skate Tools Multi-Function Portable Skateboard T Tool Accessory with T-Type Allen Key and L-…
20,452
#1 Best Seller in Skateboard Tools
$7.98-$10.49
& Free Shipping

CRZKO Kids/Teenagers Protective Gear, Knee Pads and Elbow Pads 6 in 1 Set with Wrist Guard and Adjustable Strap f…
11,029
#1 Best Seller in Skate & Skateboarding Elbow Pads
$11.88-$14.00
& Free Shipping

Jetson Jupiter Kick Scooter for Kids,
13,597
$29.99-$119.98
& Free Shipping

BOSONER Kids/Yo Knee Pad Elbow Pa Guards Protective Set for Roller Skat Cycling BMX Bike..
9,472
#1 Best Seller in SI Skateboarding Wrist G
$12.99-$13.99
& Free Shipping

See personalized recommendations

**Sign in**

New customer? Start here.

Back to top

**Get to Know Us**
Careers
Blog

**Make Money with Us**
Sell products on Amazon

**Amazon Payment Products**
Amazon Rewards Visa Signature Cards

**Let Us Help You**
Amazon and COVID-19

9/7/21, 8:15 AM                                      Amazon.com:Customer reviews: Gyroor 4wd 8.5 inch All Terrain Off Road Hoverboard with Bluetooth Speakers and LED Lights…

Case: 1:20-cv-04806 Document #: 421-2 Filed: 09/10/21 Page 19 of 19 PageID #:11352

| About Amazon | Sell apps on Amazon | Amazon.com Store Card | Your Account |
| Sustainability | Become an Affiliate | Amazon Secured Card | Your Orders |
| Press Center | Become a Delivery Driver | Amazon Business Card | Shipping Rates & Policies |
| Investor Relations | Start a package delivery business | Amazon Business Line of Credit | Amazon Prime |
| Amazon Devices | Advertise Your Products | Shop with Points | Returns & Replacements |
| | Self-Publish with Us | Credit Card Marketplace | Manage Your Content and Devices |
| | Host an Amazon Hub | Reload Your Balance | Amazon Assistant |
| | › See More Ways to Make Money | Amazon Currency Converter | Help |

English    United States

| Amazon Music Stream millions of songs | Amazon Advertising Find, attract, and engage customers | Amazon Drive Cloud storage from Amazon | 6pm Score deals on fashion brands | AbeBooks Books, art & collectibles | ACX Audiobook Publishing Made Easy | Alexa Actionable Analytics for the Web |
| Sell on Amazon Start a Selling Account | Amazon Business Everything For Your Business | Amazon Fresh Groceries & More Right To Your Door | AmazonGlobal Ship Orders Internationally | Home Services Experienced Pros Happiness Guarantee | Amazon Ignite Sell your original Digital Educational Resources | Amazon Web Services Scalable Cloud Computing Services |
| Audible Listen to Books & Original Audio Performances | Book Depository Books With Free Delivery Worldwide | Box Office Mojo Find Movie Box Office Data | ComiXology Thousands of Digital Comics | DPReview Digital Photography | East Dane Designer Men's Fashion | Fabric Sewing, Quilting & Knitting |
| Goodreads Book reviews & recommendations | IMDb Movies, TV & Celebrities | IMDbPro Get Info Entertainment Professionals Need | Kindle Direct Publishing Indie Digital & Print Publishing Made Easy | Amazon Photos Unlimited Photo Storage Free With Prime | Prime Video Direct Video Distribution Made Easy | Shopbop Designer Fashion Brands |
| Amazon Warehouse Great Deals on Quality Used Products | Whole Foods Market America's Healthiest Grocery Store | Woot! Deals and Shenanigans | Zappos Shoes & Clothing | Ring Smart Home Security Systems | eero WiFi Stream 4K Video in Every Room | Blink Smart Security for Every Home |
| | Neighbors App Real-Time Crime & Safety Alerts | Amazon Subscription Boxes Top subscription boxes – right to your door | PillPack Pharmacy Simplified | Amazon Renewed Like-new products you can trust | Amazon Second Chance Pass it on, trade it in, give it a second life | |

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2021, Amazon.com, Inc. or its affiliates