# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

ABC Corporation I, et al.

                                       Plaintiff,

v.

                                       Case No.: 1:20−cv−04806

                                     Honorable Thomas M. Durkin

The Partnership and Unincorporated Associations Identified on Schedule "A", et al.

                                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, October 25, 2021:

      MINUTE entry before the Honorable Thomas M. Durkin: The Court granted an order to show cause as to why certain defendants should not be held in contempt [444]. The Court ordered those defendants to submit (1) "an accounting of all infringing product sales that have occurred since entry of the preliminary injunction on November 24, 2020," and (2) "statements of their Amazon accounts showing the reasons for the deductions Plaintiffs have identified." Defendants submitted a response to this order on October 21, 2021 [466] [467]. Defendants' submission argues that the sale of certain products was not enjoined until dates after November 24, 2020. Defendants, however, do not identify the total of sales that occurred before and after these later dates. Defendants should submit a revised submission showing the amount of sales for each product that occurred before and after the dates Defendants argue are relevant. Defendants also submitted a chart showing the total amount of deductions from their Amazon accounts. This is not what the Court ordered. Defendants are again ordered to submit their Amazon account statements for the Court to review. These submission should be made by 11/1/2021. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.