# EXHIBIT 1

| Deliver to Arthur Chicago 60605 | All ▾ |  | Hello, Arthur Account & Lists ▾ | Returns & Orders | 0 |

All   Customer Service   Outdoor Recreation   Shopper Toolkit   Audible   Pet Supplies   Groceries ▾   Gift Cards                Shop small businesses

 Gyroor

Gyroor storefront
**86% positive** in the last 12 months (56 ratings)

Dear all, our company will, as always, endeavour to provide reliable and satisfactory services to all of you. If you receive defective items or any other issues you get, please provide videos and pictures as proofs, we will send you new replacement.

**Contact Us:**

Email: **support@gyroorboard.com**

Your understanding and patience is highly appreciated!
GYROOR

**Have a question for Gyroor?**

Ask a question

---

## Detailed Seller Information

**Business Name:** Shenzhen Chetaidou Keji Youxian Gongsi
**Business Address:**
No.1 Building of No.1800112, Dafu Industrial Zone
Fukengshequ, Guanlan St, Longhua District
Shenzhen
Guangdong
518000
CN

| Feedback | Returns & Refunds | Shipping | Policies | Help | Products |

"*The Hoover board was everything I expected, and it came early!!!*"
By Adam E. on September 5, 2021.

"*So far this hoverboard works well. My daughter loves it! Even though it is supposed to be all-terrain, it does not work very well on grass and bumpy pavement. A...*"
Read more
By Joy S. on July 5, 2021.

"*my kids are enjoying these hover boards*"
By Amazon Customer on May 8, 2021.

"*Great Product! Fast Shipping! Great Communication!*"
By Jonathan Helms on April 29, 2021.

"*They have been great, even reached out requesting feedback on their products.*"
By Wes Wilson on April 12, 2021.

|  | 30 days | 90 days | 12 months | Lifetime |
|---|---|---|---|---|
| Positive | - | 100% | 86% | 90% |
| Neutral | - | 0% | 2% | 1% |
| Negative | - | 0% | 13% | 9% |
| Count | 0 | 1 | 56 | 288 |

Previous   Next

Leave seller feedback   Tell us what you think about this page

10/27/21, 2:43 PM
Amazon.com Seller Profile: skyboo
Case: 1:20-cv-04806 Document #: 472-1 Filed: 10/29/21 Page 3 of 4 PageID #:12873

### Buy it again


Amazon Basics 8-Pack AA Batteries, High-Capacity 2,400 mAh Rechargeable Battery,...
140,934
$15.99 ($2.00/Count)
Today by 10PM
Purchased Aug 2021


Amazon Basics 8 Pack AAA High-Performance Alkaline Batteries, 10...
362,559
#1 Best Seller in AAA Batteries
$6.49 ($0.81/Count)
Overnight by 8AM
Purchased Jul 2021


Bottle Bright, All Natural, Biodegradable
27,565
$8.00
Today by 10PM
Purchased Sep 2020


Isosteel VA-9683 1.5 Liter 51 fl. oz 18/8 Stainless Steel Double-Wall Vacuum Food...
225
$43.90
FREE Delivery
Purchased Dec 2020


[UL Listed] Miad Power Extension Outlet Saver, 16AWG/13A, 3 P...
7,2...
$18.99
FREE Delivery
Purchased Sep 202...

### Deals in magazine subscriptions


National Geographic Kids
15,182
Print Magazine
$20.00 ($2.00/issue)


TV Guide Magazine
29
Print Magazine
$10.00 ($0.77/issue)


Taste of Home
316
Print Magazine
$5.00 ($1.67/issue)


Christopher Kimballs Milk Street
193
Print Magazine
$29.95 ($4.99/issue)


Food Network M...
493
Print Magazine
$6.00 ($1.20/issu...

### Your Browsing History   View or edit your browsing history

     

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell products on Amazon | Amazon Rewards Visa Signature Cards | and COVID-... |
| Blog | Sell apps on Amazon | Amazon.com Store Card | :ount |
| About Amazon | Become an Affiliate | Amazon Secured Card | your Orders |
| Sustainability | Become a Delivery Driver | Amazon Business Card | Shipping Rates & Policies |
| Press Center | Start a package delivery business | Amazon Business Line of Credit | Amazon Prime |
| Investor Relations | | Shop with Points | |
| Amazon Devices | | | |

| | | |
|---|---|---|
| Advertise Your Products | Credit Card Marketplace | Returns & Replacements |
| Self-Publish with Us | Reload Your Balance | Manage Your Content and Devices |
| Host an Amazon Hub | Amazon Currency Converter | |
| › See More Make Money with Us | Promotional Financing | Amazon Assistant |
| | | Help |

English    United States

| | | | | | | |
|---|---|---|---|---|---|---|
| Amazon Music<br>Stream millions<br>of songs | Amazon<br>Advertising<br>Find, attract,<br>and<br>engage<br>customers | Amazon Drive<br>Cloud storage<br>from Amazon | 6pm<br>Score deals<br>on fashion brands | AbeBooks<br>Books, art<br>& collectibles | ACX<br>Audiobook Publishing<br>Made Easy | Alexa<br>Actionable<br>Analytics<br>for the Web |
| Sell on Amazon<br>Start a Selling<br>Account | Amazon<br>Business<br>Everything<br>For<br>Your Business | Amazon Fresh<br>Groceries & More<br>Right To Your Door | AmazonGlobal<br>Ship Orders<br>Internationally | Home Services<br>Experienced<br>Pros<br>Happiness<br>Guarantee | Amazon Ignite<br>Sell your original<br>Digital Educational<br>Resources | Amazon Web<br>Services<br>Scalable Cloud<br>Computing<br>Services |
| Audible<br>Listen to Books &<br>Original<br>Audio<br>Performances | Book<br>Depository<br>Books With<br>Free<br>Delivery<br>Worldwide | Box Office Mojo<br>Find Movie<br>Box Office Data | ComiXology<br>Thousands of<br>Digital Comics | DPReview<br>Digital<br>Photography | East Dane<br>Designer Men's<br>Fashion | Fabric<br>Sewing,<br>Quilting<br>& Knitting |
| Goodreads<br>Book reviews<br>&<br>recommendations | IMDb<br>Movies, TV<br>& Celebrities | IMDbPro<br>Get Info Entertainment<br>Professionals Need | Kindle Direct<br>Publishing<br>Indie Digital & Print<br>Publishing<br>Made Easy | Amazon<br>Photos<br>Unlimited<br>Photo Storage<br>Free With Prime | Prime Video Direct<br>Video Distribution<br>Made Easy | Shopbop<br>Designer<br>Fashion Brands |
| Amazon<br>Warehouse<br>Great Deals on<br>Quality Used<br>Products | Whole Foods<br>Market<br>America's<br>Healthiest<br>Grocery Store | Woot!<br>Deals and<br>Shenanigans | Zappos<br>Shoes &<br>Clothing | Ring<br>Smart Home<br>Security<br>Systems | eero WiFi<br>Stream 4K Video<br>in Every Room | Blink<br>Smart Security<br>for Every Home |
| | Neighbors<br>App<br>Real-Time<br>Crime<br>& Safety<br>Alerts | Amazon Subscription<br>Boxes<br>Top subscription boxes –<br>right to your door | PillPack<br>Pharmacy<br>Simplified | Amazon<br>Renewed<br>Like-new<br>products<br>you can trust | Amazon Second Chance<br>Pass it on, trade it in, give<br>it a second life | |

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2021, Amazon.com, Inc. or its affiliates