# EXHIBIT 3



深圳车泰斗科技有限公司成立于2014年，是全球领先的短途出行产品及方案提供商之一，我们专注于智能硬件的设计，研发和销售。企业业务从线下起步，在北美，欧洲等发达国家等地区，拥有较高的美誉度，通过与沃尔码，costco(开市客)，,LIDL，CTC等知名商超合作，占领领先的行业市场份额，同时开展了线上销售渠道为Amazon,Ebay,天猫，京东等海内外线上平台，在高端消费市场线上收入增长快速。

车泰斗科技致力于在全球市场做最懂消费者的产品，通过不断了解用户需求，持续创新，将最好的产品带向全球消费者，重新定义了中国智造，的创新内涵。成功打造了短途出行品牌Gyroor，并相继推出疆游，Everyfun，mastgoal，urbanmax，欧拉智造等自主品牌，进一步拓展业务领域，在健身器材，智能声学，智能出行，AI机器人等领域均出色表现。业务遍及60多个国家和地区.

Document title: 平衡车_自平衡车_卡丁车-滑板车-悬浮鞋【疆游gyroor官网】
Capture URL: http://gyroor.cn/about/
Capture timestamp (UTC): Wed, 27 Oct 2021 21:01:02 GMT

GYROOR 疆游 | 首页 | 关于我们 | 品牌介绍 | 产品展示 | 招商加盟 | 公司视频 | 人才理念 |

加入我们 |

# 公司展示



公司前台



海外事业部





会议大厅

软件部门



生产车间



成品仓库

产品研发

Document title: 平衡车_自平衡车_卡丁车-滑板车-悬浮鞋【疆游gyroor官网】
Capture URL: http://gyroor.cn/about/
Capture timestamp (UTC): Wed, 27 Oct 2021 21:01:02 GMT



公司展厅

联系我们 ／关于我们 ／品牌介绍 ／新闻资讯 ／产品展示 ／新手教程 ／售后服务 ／招商加盟 ／公司视频 ／人才理念 ／加入我们



 

深圳车泰斗科技有限公司

深圳市龙岗区坂田街道稼先路2000号有所为大厦甲级写字楼，A栋12楼，518000 深圳车泰斗科技有限公司

0755-33247364

电子邮件：vivian@gyroor.com





Document title: 平衡车_自平衡车_卡丁车-滑板车-悬浮鞋【疆游gyroor官网】
Capture URL: http://gyroor.cn/about/
Capture timestamp (UTC): Wed, 27 Oct 2021 21:01:02 GMT

首页 | 关于我们 | 品牌介绍 | 产品展示 | 招商加盟 | 公司视频 | 人才理念 |

加入我们 |



联系我们 / 关于我们 / 品牌介绍 / 新闻资讯 / 产品展示 / 新手教程 / 售后服务 / 招商加盟 / 公司视频 / 人才理念 / 加入我们

 

深圳车泰斗科技有限公司
深圳市龙岗区坂田街道稼先路2000号有所为大厦甲级写字楼，A栋12楼，518000 深圳车泰斗科技有限公司
0755-33247364
电子邮件：vivian@gyroor.com
合作商
深圳车泰斗科技与沃尔玛，costco(开市客)，,LIDL，CTC等知名商超合作，占领领先的行业市场份额，同时开展了线上销售渠道为Amazon,Ebay,天猫，京东等海内外线上平台等。



Powered by MetInfo 7.0.0 ©2008-2021 MetInfo Inc.