# EXHIBIT 4

GYROOR | 疆游 | 首页 | 关于我们 | 品牌介绍 | 产品展示 | 招商加盟 | 公司视频 | 人才理念 |

**4-Jiangyou**

加入我们 |



## 1- Shenzhen Chitado Technology Co., Ltd.

深圳车泰斗科技有限公司成立于2014年，是全球领先的短途出行产品及方案提供商之一，我们专注于智能硬件的设计，研发和销售。企业业务从线下起步，在北美，欧洲等发达国家等地区，拥有较高的美誉度，通过与沃尔码，costco(开市客)，,LIDL，CTC等知名商超合作，占领领先的行业市场份额，同时开展了线上销售渠道为Amazon,Ebay,天猫，京东等海内外线上平台，在高端消费市场线上收入增长快速。

车泰斗科技致力于在全球市场做最懂消费者的产品，通过不断了解用户需求，持续创新，将最好的产品带向全球消费者，重新定义了
**5-Jiangyou**
中国智造，的创新内涵。成功打造了短途出行品牌Gyroor，并相继推出疆游，Everyfun，mastgoal，urbanmax，欧拉智造等自主品牌，进一步拓展业务领域，在健身器材，智能声学，智能出行，AI机器人等领域均出色表现。业务遍及60多个国家和地区.



GYROOR 疆游

关于我们 | 品牌介绍 | 产品展示 | 招商加盟 | 公司视频 | 人才理念 |

加入我们 |

# 公司展示




公司前台


海外事业部







GYROOR 疆游

首页 | 关于我们 | 品牌介绍 | 产品展示 | 招商加盟 | 公司视频 | 人才理念 |

加入我们 |

会议大厅

软件部门



生产车间



成品仓库



产品研发

Document title: 平衡车_自平衡车_卡丁车-滑板车-悬浮鞋【疆游gyroor官网】
Capture URL: http://gyroor.cn/about/
Capture timestamp (UTC): Wed, 27 Oct 2021 21:01:02 GMT





联系我们 / 关于我们 / 品牌介绍 / 新闻资讯 / 产品展示 / 新手教程 / 售后服务 / 招商加盟 / 公司视频 / 人才理念 / 加入我们


**5-Jiangyou**



**2- Shenzhen Chitado Technology Co., Ltd.**

深圳车泰斗科技有限公司

深圳市龙岗区坂田街道稼先路2000号有所为大厦甲级写字楼，A栋12楼，518000 深圳车泰斗科技有限公司

0755-33247364

电子邮件：vivian@gyroor.com



GYROOR 疆游

首页　｜　关于我们　｜　品牌介绍　｜　产品展示　｜　招商加盟　｜　公司视频　｜　人才理念　｜

加入我们　｜



联系我们 ／ 关于我们 ／ 品牌介绍 ／ 新闻资讯 ／ 产品展示 ／ 新手教程 ／ 售后服务 ／ 招商加盟 ／ 公司视频 ／ 人才理念 ／ 加入我们



**6-Jiangyou**

 

**3- Shenzhen Chitado Technology Co., Ltd.**

深圳车泰斗科技有限公司

深圳市龙岗区坂田街道稼先路2000号有所为大厦甲级写字楼，A栋12楼，518000 深圳车泰斗科技有限公司

0755-33247364

电子邮件：vivian@gyroor.com

合作商

深圳车泰斗科技与沃尔码，costco(开市客)，,LIDL，CTC等知名商超合作，占领领先的行业市场份额，同时开展了线上销售渠道为Amazon,Ebay,天猫，京东等海内外线上平台等。



Powered by **MetInfo 7.0.0** ©2008-2021 MetInfo Inc.

Document title: 平衡车_自平衡车_卡丁车-滑板车-悬浮鞋【疆游gyroor官网】
Capture URL: http://gyroor.cn/about/
Capture timestamp (UTC): Wed, 27 Oct 2021 21:01:02 GMT