# EXHIBIT 5

WWW.CNIPA.GOV.CN  WCJS.SBJ.CNIPA.GOV.CN  帮助  当前数据截至：（2021年10月25日）

检索到66件商标  仅供参考，不具有法律效力

| 序号 | 申请/注册号 | 国际分类 | 申请日期 | 商标名称 | 申请人名称 |
|---|---|---|---|---|---|
| 1 | 59980416 | 43 | 2021年10月21日 | 疆游 | 深圳车泰斗科技有限公司 |
| 2 | 59980394 | 41 | 2021年10月21日 | 疆游 | 深圳车泰斗科技有限公司 |
| 3 | 59975342 | 29 | 2021年10月20日 | 疆游 | 深圳车泰斗科技有限公司 |
| 4 | 59972550 | 11 | 2021年10月20日 | 疆游 | 深圳车泰斗科技有限公司 |
| 5 | 59963265 | 9 | 2021年10月20日 | 疆游 | 深圳车泰斗科技有限公司 |
| 6 | 59962821 | 28 | 2021年10月20日 | 疆游 | 深圳车泰斗科技有限公司 |
| 7 | 59962782 | 26 | 2021年10月20日 | 疆游 | 深圳车泰斗科技有限公司 |
| 8 | 59960322 | 35 | 2021年10月20日 | 疆游 | 深圳车泰斗科技有限公司 |
| 9 | 59960304 | 31 | 2021年10月20日 | 疆游 | 深圳车泰斗科技有限公司 |
| 10 | 59960101 | 14 | 2021年10月20日 | 疆游 | 深圳车泰斗科技有限公司 |
| 11 | 59957726 | 7 | 2021年10月20日 | 疆游 | 深圳车泰斗科技有限公司 |
| 12 | 59953824 | 39 | 2021年10月20日 | 疆游 | 深圳车泰斗科技有限公司 |
| 13 | 59947532 | 30 | 2021年10月20日 | 疆游 | 深圳车泰斗科技有限公司 |
| 14 | 59946834 | 12 | 2021年10月20日 | 疆游 | 深圳车泰斗科技有限公司 |
| 15 | 59945896 | 21 | 2021年10月20日 | 疆游 | 深圳车泰斗科技有限公司 |
| 16 | 57318576 | 21 | 2021年06月30日 | 疆游瓶 | 赵莹 |
| 17 | 53881319 | 38 | 2021年02月25日 | 疆游 | 深圳车泰斗科技有限公司 |
| 18 | 53881235 | 44 | 2021年02月25日 | 疆游 | 深圳车泰斗科技有限公司 |
| 19 | 53880995 | 24 | 2021年02月25日 | 疆游 | 深圳车泰斗科技有限公司 |
| 20 | 53878610 | 45 | 2021年02月25日 | 疆游 | 深圳车泰斗科技有限公司 |
| 21 | 53878124 | 21 | 2021年02月25日 | 疆游 | 深圳车泰斗科技有限公司 |
| 22 | 53877017 | 33 | 2021年02月25日 | 疆游 | 深圳车泰斗科技有限公司 |
| 23 | 53876520 | 40 | 2021年02月25日 | 疆游 | 深圳车泰斗科技有限公司 |
| 24 | 53875149 | 20 | 2021年02月25日 | 疆游 | 深圳车泰斗科技有限公司 |
| 25 | 53875105 | 16 | 2021年02月25日 | 疆游 | 深圳车泰斗科技有限公司 |
| 26 | 53874953 | 36 | 2021年02月25日 | 疆游 | 深圳车泰斗科技有限公司 |
| 27 | 53874308 | 6 | 2021年02月25日 | 疆游 | 深圳车泰斗科技有限公司 |
| 28 | 53874105 | 3 | 2021年02月25日 | 疆游 | 深圳车泰斗科技有限公司 |
| 29 | 53874088 | 2 | 2021年02月25日 | 疆游 | 深圳车泰斗科技有限公司 |
| 30 | 53873488 | 18 | 2021年02月25日 | 疆游 | 深圳车泰斗科技有限公司 |
| 31 | 53865476 | 22 | 2021年02月25日 | 疆游 | 深圳车泰斗科技有限公司 |
| 32 | 53865408 | 10 | 2021年02月25日 | 疆游 | 深圳车泰斗科技有限公司 |
| 33 | 53865090 | 32 | 2021年02月25日 | 疆游 | 深圳车泰斗科技有限公司 |
| 34 | 53864613 | 5 | 2021年02月25日 | 疆游 | 深圳车泰斗科技有限公司 |
| 35 | 53863794 | 14 | 2021年02月25日 | 疆游 | 深圳车泰斗科技有限公司 |
| 36 | 53862078 | 8 | 2021年02月25日 | 疆游 | 深圳车泰斗科技有限公司 |
| 37 | 53861369 | 34 | 2021年02月25日 | 疆游 | 深圳车泰斗科技有限公司 |
| 38 | 53861255 | 11 | 2021年02月25日 | 疆游 | 深圳车泰斗科技有限公司 |
| 39 | 53855797 | 15 | 2021年02月25日 | 疆游 | 深圳车泰斗科技有限公司 |
| 40 | 53855460 | 27 | 2021年02月25日 | 疆游 | 深圳车泰斗科技有限公司 |
| 41 | 53854462 | 4 | 2021年02月25日 | 疆游 | 深圳车泰斗科技有限公司 |
| 42 | 53854394 | 1 | 2021年02月25日 | 疆游 | 深圳车泰斗科技有限公司 |
| 43 | 53188644 | 31 | 2021年01月21日 | 疆游记 | 原忠 |

| | | | | | |
|---|---|---|---|---|---|
| 44 | 53172524 | 30 | 2021年01月21日 | 疆游记 | 原忠 |
| 45 | 52053973 | 39 | 2020年12月10日 | 疆游之冠 | 新疆雪莲花国际旅行社有限公司 |
| 46 | 47288431 | 39 | 2020年06月16日 | 疆游记 | 新疆西游记旅行社有限责任公司 |
| 47 | 45815642 | 35 | 2020年04月26日 | 疆游行 | 新疆巴士国际旅行社有限公司 |
| 48 | 45803601 | 39 | 2020年04月26日 | 疆游行 | 新疆巴士国际旅行社有限公司 |
| 49 | 45634696 | 39 | 2020年04月21日 | 疆游儿 | 新疆青旅国际旅行社有限公司 |
| 50 | 45397524 | 41 | 2020年04月13日 | 疆游拍 | 沙依巴克区宝山路聚石塔商务服务部 |

总记录数：66 | 页数：1 / 2

1　2　>　>>



版权所有：国家知识产权局
本系统建议在PC端使用IE8以上版本浏览器分辨率设置高于1366*768

WWW.CNIPA.GOV.CN  WCJS.SBJ.CNIPA.GOV.CN                                                  帮助    当前数据截至：（2021年10月25日)

检索到66件商标

**仅供参考，不具有法律效力**

| 序号 | 申请/注册号 | 国际分类 | 申请日期 | 商标名称 | 申请人名称 |
|---|---|---|---|---|---|
| 51 | 45391070 | 39 | 2020年04月13日 | 疆游拍 | 沙依巴克区宝山路聚石塔商务服务部 |
| 52 | 41818367 | 29 | 2019年10月23日 | 疆游礼享 | 乌鲁木齐悠游假期旅行社有限公司 |
| 53 | 37831404 | 43 | 2019年04月26日 | 疆游记 | 韩军 |
| 54 | 37584902 | 39 | 2019年04月17日 | 疆游天下 | 新疆中旅国际旅行社有限公司 |
| 55 | 33874778 | 39 | 2018年09月30日 | 疆游记 | 新疆疆游记旅游服务有限公司 |
| 56 | 33376756 | 39 | 2018年09月07日 | 疆游记 | 杨志发 |
| 57 | 30763795 | 39 | 2018年05月08日 | 疆游者 | 鲁方州 |
| 58 | 22047055 | 42 | 2016年11月25日 | 疆游 | 深圳车泰斗科技有限公司 |
| 59 | 22047078 | 37 | 2016年11月25日 | 疆游 | 深圳车泰斗科技有限公司 |
| 60 | 22047020 | 25 | 2016年11月25日 | 疆游 | 深圳车泰斗科技有限公司 |
| 61 | 22046781 | 17 | 2016年11月25日 | 疆游 | 深圳车泰斗科技有限公司 |
| 62 | 22046568 | 12 | 2016年11月25日 | 疆游 | 深圳车泰斗科技有限公司 |
| 63 | 22046366 | 9 | 2016年11月25日 | 疆游 | 深圳车泰斗科技有限公司 |
| 64 | 22046123 | 28 | 2016年11月25日 | 疆游 | 深圳车泰斗科技有限公司 |
| 65 | 22045942 | 7 | 2016年11月25日 | 疆游 | 深圳车泰斗科技有限公司 |
| 66 | 15954463 | 29 | 2014年12月17日 | 疆游记 | 乌鲁木齐漫庄园农业发展有限公司 |

总记录数：66 | 页数：2 / 2

<<    <    1    2

版权所有：国家知识产权局
本系统建议在PC端使用IE8以上版本浏览器分辨率设置高于1366*768