# EXHIBIT 8

检索到52件商标

| No. 序号 | App./Reg. No. 申请/注册号 | Intl. Class 国际分类 | Filing Date 申请日期 | Mark 商标名称 | Name of Applicant 申请人名称 |
|---|---|---|---|---|---|
| 1 | 59995316 | 7 | 2021年10月21日 | GYROOR | 深圳车泰斗科技有限公司 |
| 2 | 59991905 | 11 | 2021年10月21日 | GYROOR | 深圳车泰斗科技有限公司 |
| 3 | 59986682 | 26 | 2021年10月21日 | GYROOR | 深圳车泰斗科技有限公司 |
| 4 | 53880191 | 31 | 2021年02月25日 | GYROOR | 深圳车泰斗科技有限公司 |
| 5 | 53880016 | 8 | 2021年02月25日 | GYROOR | 深圳车泰斗科技有限公司 |
| 6 | 53879923 | 30 | 2021年02月25日 | GYROOR | 深圳车泰斗科技有限公司 |
| 7 | 53879882 | 22 | 2021年02月25日 | GYROOR | 深圳车泰斗科技有限公司 |
| 8 | 53877170 | 14 | 2021年02月25日 | GYROOR | 深圳车泰斗科技有限公司 |
| 9 | 53876050 | 11 | 2021年02月25日 | GYROOR | 深圳车泰斗科技有限公司 |
| 10 | 53875794 | 34 | 2021年02月25日 | GYROOR | 深圳车泰斗科技有限公司 |
| 11 | 53874647 | 45 | 2021年02月25日 | GYROOR | 深圳车泰斗科技有限公司 |
| 12 | 53874624 | 40 | 2021年02月25日 | GYROOR | 深圳车泰斗科技有限公司 |
| 13 | 53871926 | 24 | 2021年02月25日 | GYROOR | 深圳车泰斗科技有限公司 |
| 14 | 53871842 | 10 | 2021年02月25日 | GYROOR | 深圳车泰斗科技有限公司 |
| 15 | 53871563 | 21 | 2021年02月25日 | GYROOR | 深圳车泰斗科技有限公司 |
| 16 | 53871463 | 6 | 2021年02月25日 | GYROOR | 深圳车泰斗科技有限公司 |
| 17 | 53870422 | 1 | 2021年02月25日 | GYROOR | 深圳车泰斗科技有限公司 |
| 18 | 53869390 | 27 | 2021年02月25日 | GYROOR | 深圳车泰斗科技有限公司 |
| 19 | 53867280 | 44 | 2021年02月25日 | GYROOR | 深圳车泰斗科技有限公司 |
| 20 | 53867232 | 20 | 2021年02月25日 | GYROOR | 深圳车泰斗科技有限公司 |
| 21 | 53867217 | 17 | 2021年02月25日 | GYROOR | 深圳车泰斗科技有限公司 |
| 22 | 53867182 | 16 | 2021年02月25日 | GYROOR | 深圳车泰斗科技有限公司 |
| 23 | 53866860 | 33 | 2021年02月25日 | GYROOR | 深圳车泰斗科技有限公司 |
| 24 | 53866853 | 32 | 2021年02月25日 | GYROOR | 深圳车泰斗科技有限公司 |
| 25 | 53865187 | 2 | 2021年02月25日 | GYROOR | 深圳车泰斗科技有限公司 |
| 26 | 53864494 | 29 | 2021年02月25日 | GYROOR | 深圳车泰斗科技有限公司 |
| 27 | 53864125 | 39 | 2021年02月25日 | GYROOR | 深圳车泰斗科技有限公司 |
| 28 | 53863733 | 15 | 2021年02月25日 | GYROOR | 深圳车泰斗科技有限公司 |
| 29 | 53860147 | 36 | 2021年02月25日 | GYROOR | 深圳车泰斗科技有限公司 |
| 30 | 53858378 | 43 | 2021年02月25日 | GYROOR | 深圳车泰斗科技有限公司 |
| 31 | 53858371 | 41 | 2021年02月25日 | GYROOR | 深圳车泰斗科技有限公司 |
| 32 | 53858354 | 38 | 2021年02月25日 | GYROOR | 深圳车泰斗科技有限公司 |
| 33 | 53857993 | 4 | 2021年02月25日 | GYROOR | 深圳车泰斗科技有限公司 |
| 34 | 53857950 | 3 | 2021年02月25日 | GYROOR | 深圳车泰斗科技有限公司 |
| 35 | 53856867 | 42 | 2021年02月25日 | GYROOR | 深圳车泰斗科技有限公司 |
| 36 | 53855227 | 5 | 2021年02月25日 | GYROOR | 深圳车泰斗科技有限公司 |
| 37 | 53543997 | 35 | 2021年02月03日 | GYROOR | 深圳车泰斗科技有限公司 |
| 38 | 53276298 | 12 | 2021年01月25日 | GYROOR | 深圳车泰斗科技有限公司 |
| 39 | 27190032 | 9 | 2017年10月31日 | GYROORBALL | 深圳车泰斗科技有限公司 |
| 40 | 26200713 | 35 | 2017年09月01日 | GYROORBALL | 深圳车泰斗科技有限公司 |
| 41 | 26191365 | 12 | 2017年09月01日 | GYROOR | 深圳车泰斗科技有限公司 |
| 42 | 26190609 | 12 | 2017年09月01日 | GYROORBALL | 深圳车泰斗科技有限公司 |
| 43 | 24348414 | 28 | 2017年05月26日 | GYROOR | 深圳车泰斗科技有限公司 |

| 44 | 22327793 | 35 | 2016年12月20日 | GYROOR | 深圳车泰斗科技有限公司 |
| 45 | 22046141 | 28 | 2016年11月25日 | GYROOR | 深圳车泰斗科技有限公司 |
| 46 | 22045584 | 7  | 2016年11月25日 | GYROOR | 深圳车泰斗科技有限公司 |
| 47 | 21949697 | 9  | 2016年11月18日 | GYROOR | 深圳车泰斗科技有限公司 |
| 48 | 21658751 | 9  | 2016年10月24日 | GYROOR | 深圳车泰斗科技有限公司 |
| 49 | 21658676 | 25 | 2016年10月24日 | GYROOR | 深圳车泰斗科技有限公司 |
| 50 | 21658640 | 37 | 2016年10月24日 | GYROOR | 深圳车泰斗科技有限公司 |

总记录数：**52** | 页数：**1 / 2**

1　2　>　>>



版权所有：国家知识产权局
本系统建议在PC端使用IE8以上版本浏览器分辨率设置高于1366*768

WWW.CNIPA.GOV.CN  WCJS.SBJ.CNIPA.GOV.CN     帮助    当前数据截至：（2021年10月25日）

检索到52件商标

仅供参考，不具有法律效力

| No. | App./Reg. No. | Intl. Class | Filing Date | Mark | Name of Applicant |
|---|---|---|---|---|---|
| 序号 | 申请/注册号 | 国际分类 | 申请日期 | 商标名称 | 申请人名称 |
| 51 | 21658625 | 18 | 2016年10月24日 | GYROOR | 深圳车泰斗科技有限公司 |
| 52 | 16873109 | 12 | 2015年05月05日 | GYROOR | 深圳车泰斗科技有限公司 |

总记录数：**52** | 页数：**2 / 2**

<<  <  1  2

版权所有：国家知识产权局
本系统建议在PC端使用IE8以上版本浏览器分辨率设置高于1366*768

