# EXHIBIT 9



# 专业版企业信用报告

## 深圳市疆游企业管理合伙企业（有限合伙）

本报告生成时间为 2021 年 10 月 27 日 11:23:46，您所看到的报告内容为截至该时间点该公司的天眼查数据快照。所有报告内容由天眼查经过数据验证生成，供您参考。

敬启者:本报告内容是天眼查接受您的委托，查询公开信息所得结果。天眼查不对该查询结果的全面、准确、真实性负责。本报告应仅为您的决策提供参考。因使用该报告而产生的任何后果，天眼查概不负责。



扫码下载天眼查APP
查询更多企业信息

# 目录

一、企业背景 ........................................................................................................... 1

    1.1 联系方式 ...................................................................................................... 1

    1.2 工商信息 ...................................................................................................... 1

    1.3 分支机构 ...................................................................................................... 2

    1.4 变更记录 ...................................................................................................... 2

    1.5 主要人员 ...................................................................................................... 2

    1.6 控股企业 ...................................................................................................... 3

二、股东信息 ........................................................................................................... 3

三、对外投资信息 ................................................................................................... 3

四、法定代表人相关信息 ....................................................................................... 3

    4.1 担任法定代表人企业信息 .......................................................................... 3

    4.2 法定代表人对外投资 .................................................................................. 4

    4.3 法定代表人在外任职 .................................................................................. 4

五、股权控制路径 ................................................................................................... 4

    5.1 最终控股股东、股东控制路径 .................................................................. 4



5.2 疑似实际控制人 ....................................................................................................................... 5

六、企业发展 ................................................................................................................................... 5

6.1 融资历史 ................................................................................................................................... 5

6.2 投资事件 ................................................................................................................................... 5

6.3 核心团队 ................................................................................................................................... 5

6.4 企业业务 ................................................................................................................................... 5

6.5 竞品信息 ................................................................................................................................... 6

七、风险信息 ................................................................................................................................... 6

7.1 被执行人信息 ........................................................................................................................... 6

7.2 失信信息 ................................................................................................................................... 6

7.3 法律诉讼 ................................................................................................................................... 6

7.4 法院公告 ................................................................................................................................... 7

7.5 限制消费令 ............................................................................................................................... 7

7.6 终本案件 ................................................................................................................................... 7

7.7 送达公告 ................................................................................................................................... 7

7.8 立案信息 ................................................................................................................................... 7

7.9 行政处罚 ................................................................................................................................... 8

7.10 严重违法 ................................................................................................................................. 8

7.11 股权出质 ................................................................................................................................. 8



Case 1:20-cv-04806 Document #: 472-9 Filed: 10/29/21 Page 5 of 25 PageID #:13910

7.12 股权质押 ........................................................................................................................ 8

7.13 动产抵押 ........................................................................................................................ 8

7.14 税收违法 ........................................................................................................................ 9

7.15 环保处罚 ........................................................................................................................ 9

7.16 询价评估 ........................................................................................................................ 9

7.17 知识产权出质 ................................................................................................................ 9

7.18 土地抵押 ...................................................................................................................... 10

7.19 欠税公告 ...................................................................................................................... 10

7.20 经营异常 ...................................................................................................................... 10

7.21 股权冻结 ...................................................................................................................... 10

7.22 清算信息 ...................................................................................................................... 11

7.23 开庭公告 ...................................................................................................................... 11

7.24 司法拍卖 ...................................................................................................................... 11

7.25 司法协助 ...................................................................................................................... 11

7.26 公示催告 ...................................................................................................................... 11

八、知识产权信息 ............................................................................................................... 11

8.1 商标信息 ........................................................................................................................ 12

8.2 专利信息 ........................................................................................................................ 12

8.3 软件著作权 .................................................................................................................... 12



8.4 作品著作权 .................................................................................................................................. 12

8.5 网站备案 .................................................................................................................................. 12

**九、经营信息** .................................................................................................................................. 13

9.1 招投标 .................................................................................................................................. 13

9.2 债券信息 .................................................................................................................................. 13

9.3 招聘信息 .................................................................................................................................. 13

9.4 税务评级 .................................................................................................................................. 13

9.5 地块公示 .................................................................................................................................. 13

9.6 土地转让 .................................................................................................................................. 14

9.7 购地信息 .................................................................................................................................. 14

9.8 资质证书 .................................................................................................................................. 14

9.9 抽查检查 .................................................................................................................................. 14

9.10 产品信息 .................................................................................................................................. 14

9.11 进出口信用 .................................................................................................................................. 15

9.12 行政许可 .................................................................................................................................. 16

9.13 微信公众号 .................................................................................................................................. 16

**十、年报信息** .................................................................................................................................. 16

**十一、财务信息** .................................................................................................................................. 16

11.1 财务数据 .................................................................................................................................. 16



Case: 1:20-cv-04806 Document #: 472-9 Filed: 10/29/21 Page 7 of 25 PageID #:12912

十二、自主信息 ........................................................................................................................ 17

12.1 业务标签 .......................................................................................................................... 17

12.2 产品服务 .......................................................................................................................... 17

12.3 企业荣誉 .......................................................................................................................... 17

12.4 合作伙伴 .......................................................................................................................... 17

12.5 公司成员 .......................................................................................................................... 17



专业版企业信用报告
都在用的商业查询平台

# 一、企业背景

## 1.1 联系方式

| 序号 | 电话 | 邮箱 | 地址 | 网址 |
|---|---|---|---|---|
| 1 | / | / | 深圳市龙岗区坂田街道岗头社区稼先路2000号有所为大厦1201(1202-1204) | / |

## 1.2 工商信息

| | |
|---|---|
| 企业名称： | 深圳市疆游企业管理合伙企业（有限合伙） |
| 英文名称： | / |
| 工商注册号： | 440300214672825 |
| 统一信用代码： | 91440300MA5GY96Y7R |
| 法定代表人： | 张殿旋 |
| 组织机构代码： | MA5GY96Y7 |
| 企业类型： | 有限合伙企业 |
| 所属行业： | 商务服务业 |
| 经营状态： | 存续 |
| 注册资本： | 500万人民币 |
| 注册时间： | 2021-08-24 |



| | |
|---|---|
| 注册地址： | 深圳市龙岗区坂田街道岗头社区稼先路 2000 号有所为大厦 1201(1202-1204) |
| 营业期限： | 2021-08-24 至 / |
| 经营范围： | 一般经营项目是：商务信息咨询（不含投资类咨询）；国内贸易代理；企业管理；智能机器人销售；计算机软硬件及辅助设备批发；计算机软硬件及辅助设备零售；电动自行车销售；非公路休闲车及零配件销售；自行车及零配件零售；电子产品销售；电子元器件批发；电子元器件零售。（除依法须经批准的项目外，凭营业执照依法自主开展经营活动），许可经营项目是：无 |
| 登记机关： | 深圳市市场监督管理局 |
| 核准日期： | 2021-08-24 |
| 住所： | / |
| 经营场所： | / |
| 邮政编码： | / |
| 信用等级： | / |
| 住所所在行政区： | / |

# 1.3 分支机构

截止 2021 年 10 月 27 日，根据国内相关网站检索及天眼查数据库分析，未查询到相关信息。不排除因信息公开来源尚未公开、公开形式存在差异等情况导致的信息与客观事实不完全一致的情形。仅供客户参考。

# 1.4 变更记录

截止 2021 年 10 月 27 日，根据国内相关网站检索及天眼查数据库分析，未查询到相关信息。不排除因信息公开来源尚未公开、公开形式存在差异等情况导致的信息与客观事实不完全一致的情形。仅供客户参考。

# 1.5 主要人员

截止 2021 年 10 月 27 日，根据国内相关网站检索及天眼查数据库分析，未查询到相关信息。不排除因信息公开来源尚未公开、公开形式存在差异等情况导致的信息与客观事实不完全一致的情形。仅供客户参考。



## 1.6 控股企业

截止 2021 年 10 月 27 日，根据国内相关网站检索及天眼查数据库分析，未查询到相关信息。不排除因信息公开来源尚未公开、公开形式存在差异等情况导致的信息与客观事实不完全一致的情形。仅供客户参考。

# 二、 股东信息

| 序号 | 股东（发起人） | 持股比例 | 最终受益股份 | 认缴出资额 | 认缴出资日期 |
|---|---|---|---|---|---|
| 1 | 张殿旋 | 70% | 70% | 350 万人民币 | / |
| 2 | 周邓金 | 30% | 30% | 150 万人民币 | / |

# 三、 对外投资信息

截止 2021 年 10 月 27 日，根据国内相关网站检索及天眼查数据库分析，未查询到相关信息。不排除因信息公开来源尚未公开、公开形式存在差异等情况导致的信息与客观事实不完全一致的情形。仅供客户参考。

# 四、 法定代表人相关信息

## 4.1 担任法定代表人企业信息

张殿旋共担任 2 家企业的法定代表人

| 序号 | 企业名称 | 持股比例 | 注册资本 | 成立日期 | 省份地区 | 经营状态 |
|---|---|---|---|---|---|---|
| 1 | 深圳宇泰斗科技有限公司 | 70% | 1000 万人民币 | 2014-06-10 00:00:00.0 | 广东省 | 存续 |
| 2 | 深圳市疆游企业管理合伙企业（有限合伙） | 70% | 500 万人民币 | 2021-08-24 00:00:00.0 | 广东省 | 存续 |



3

## 4.2 法定代表人对外投资

张殿旋共对外投资 2 家企业

| 序号 | 企业名称 | 开业日期 | 注册资本 | 企业状态 | 认缴出资额 | 出资比例 | 法定代表人 |
|---|---|---|---|---|---|---|---|
| 1 | 深圳丰泰斗科技有限公司 | 2014-06-10 00:00:00.0 | 1000 万人民币 | 存续 | / | 70% | 张殿旋 |
| 2 | 深圳市疆游企业管理合伙企业（有限合伙） | 2021-08-24 00:00:00.0 | 500 万人民币 | 存续 | / | 70% | 张殿旋 |

## 4.3 法定代表人在外任职

张殿旋共在 3 家企业任职

| 序号 | 企业名称 | 成立日期 | 注册资本 | 企业状态 | 职务 | 法定代表人 |
|---|---|---|---|---|---|---|
| 1 | 深圳丰泰斗科技有限公司 | 2014-06-10 00:00:00.0 | 1000 万人民币 | 存续 | 执行董事,总经理,法定代表人,股东 | 张殿旋 |
| 2 | 深圳市疆游企业管理合伙企业（有限合伙） | 2021-08-24 00:00:00.0 | 500 万人民币 | 存续 | 法定代表人,股东 | 张殿旋 |
| 3 | 深圳市欧拉智造科技有限公司 | 2015-02-13 00:00:00.0 | 500 万人民币 | 存续 | 监事 | 周邓金 |

# 五、 股权控制路径

## 5.1 最终控股股东、股东控制路径

截止 2021 年 10 月 27 日，根据国内相关网站检索及天眼查数据库分析，未查询到相关信息。不排除因信息公开来源尚未公开、公开形式存在差异等情况导致的信息与客观事实不完全一致的情形。仅供客户参考。



4

## 5.2 疑似实际控制人

| 疑似实际控制人 | 总股权比例 |
| --- | --- |
| 张殿旋 | 70% |

备注：总股权比例=持股人股权比例+其关联企业所占股权折算后比例

# 六、企业发展

## 6.1 融资历史

截止 2021 年 10 月 27 日，根据国内相关网站检索及天眼查数据库分析，未查询到相关信息。不排除因信息公开来源尚未公开、公开形式存在差异等情况导致的信息与客观事实不完全一致的情形。仅供客户参考。

## 6.2 投资事件

截止 2021 年 10 月 27 日，根据国内相关网站检索及天眼查数据库分析，未查询到相关信息。不排除因信息公开来源尚未公开、公开形式存在差异等情况导致的信息与客观事实不完全一致的情形。仅供客户参考。

## 6.3 核心团队

截止 2021 年 10 月 27 日，根据国内相关网站检索及天眼查数据库分析，未查询到相关信息。不排除因信息公开来源尚未公开、公开形式存在差异等情况导致的信息与客观事实不完全一致的情形。仅供客户参考。

## 6.4 企业业务

截止 2021 年 10 月 27 日，根据国内相关网站检索及天眼查数据库分析，未查询到相关信息。不排除因信息公开来源尚未公开、公开形式存在差异等情况导致的信息与客观事实不完全一致的情形。仅供客户参考。



## 6.5 竞品信息

截止 2021 年 10 月 27 日，根据国内相关网站检索及天眼查数据库分析，未查询到相关信息。不排除因信息公开来源尚未公开、公开形式存在差异等情况导致的信息与客观事实不完全一致的情形。仅供客户参考。

# 七、 风险信息

## 7.1 被执行人信息

截止 2021 年 10 月 27 日，根据国内相关网站检索及天眼查数据库分析，未查询到相关信息。不排除因信息公开来源尚未公开、公开形式存在差异等情况导致的信息与客观事实不完全一致的情形。仅供客户参考。

## 7.2 失信信息

截止 2021 年 10 月 27 日，根据国内相关网站检索及天眼查数据库分析，未查询到相关信息。不排除因信息公开来源尚未公开、公开形式存在差异等情况导致的信息与客观事实不完全一致的情形。仅供客户参考。

## 7.3 法律诉讼

截止 2021 年 10 月 27 日，根据国内相关网站检索及天眼查数据库分析，未查询到相关信息。不排除因信息公开来源尚未公开、公开形式存在差异等情况导致的信息与客观事实不完全一致的情形。仅供客户参考。



## 7.4 法院公告

截止 2021 年 10 月 27 日，根据国内相关网站检索及天眼查数据库分析，未查询到相关信息。不排除因信息公开来源尚未公开、公开形式存在差异等情况导致的信息与客观事实不完全一致的情形。仅供客户参考。

## 7.5 限制消费令

截止 2021 年 10 月 27 日，根据国内相关网站检索及天眼查数据库分析，未查询到相关信息。不排除因信息公开来源尚未公开、公开形式存在差异等情况导致的信息与客观事实不完全一致的情形。仅供客户参考。

## 7.6 终本案件

截止 2021 年 10 月 27 日，根据国内相关网站检索及天眼查数据库分析，未查询到相关信息。不排除因信息公开来源尚未公开、公开形式存在差异等情况导致的信息与客观事实不完全一致的情形。仅供客户参考。

## 7.7 送达公告

截止 2021 年 10 月 27 日，根据国内相关网站检索及天眼查数据库分析，未查询到相关信息。不排除因信息公开来源尚未公开、公开形式存在差异等情况导致的信息与客观事实不完全一致的情形。仅供客户参考。

## 7.8 立案信息

截止 2021 年 10 月 27 日，根据国内相关网站检索及天眼查数据库分析，未查询到相关信息。不排除因信息公开来源尚未公开、公开形式存在差异等情况导致的信息与客观事实不完全一致的情形。仅供客户参考。



## 7.9 行政处罚

截止 2021 年 10 月 27 日，根据国内相关网站检索及天眼查数据库分析，未查询到相关信息。不排除因信息公开来源尚未公开、公开形式存在差异等情况导致的信息与客观事实不完全一致的情形。仅供客户参考。

## 7.10 严重违法

截止 2021 年 10 月 27 日，根据国内相关网站检索及天眼查数据库分析，未查询到相关信息。不排除因信息公开来源尚未公开、公开形式存在差异等情况导致的信息与客观事实不完全一致的情形。仅供客户参考。

## 7.11 股权出质

截止 2021 年 10 月 27 日，根据国内相关网站检索及天眼查数据库分析，未查询到相关信息。不排除因信息公开来源尚未公开、公开形式存在差异等情况导致的信息与客观事实不完全一致的情形。仅供客户参考。

## 7.12 股权质押

截止 2021 年 10 月 27 日，根据国内相关网站检索及天眼查数据库分析，未查询到相关信息。不排除因信息公开来源尚未公开、公开形式存在差异等情况导致的信息与客观事实不完全一致的情形。仅供客户参考。

## 7.13 动产抵押

截止 2021 年 10 月 27 日，根据国内相关网站检索及天眼查数据库分析，未查询到相关信息。不排除因信息公开来源尚未公开、公开形式存在差异等情况导致的信息与客观事实不完全一致的情形。仅供客户参考。



## 7.14 税收违法

截止 2021 年 10 月 27 日，根据国内相关网站检索及天眼查数据库分析，未查询到相关信息。不排除因信息公开来源尚未公开、公开形式存在差异等情况导致的信息与客观事实不完全一致的情形。仅供客户参考。

## 7.15 环保处罚

截止 2021 年 10 月 27 日，根据国内相关网站检索及天眼查数据库分析，未查询到相关信息。不排除因信息公开来源尚未公开、公开形式存在差异等情况导致的信息与客观事实不完全一致的情形。仅供客户参考。

## 7.16 询价评估

### 询价评估结果

截止 2021 年 10 月 27 日，根据国内相关网站检索及天眼查数据库分析，未查询到相关信息。不排除因信息公开来源尚未公开、公开形式存在差异等情况导致的信息与客观事实不完全一致的情形。仅供客户参考。

### 选定评估机构

截止 2021 年 10 月 27 日，根据国内相关网站检索及天眼查数据库分析，未查询到相关信息。不排除因信息公开来源尚未公开、公开形式存在差异等情况导致的信息与客观事实不完全一致的情形。仅供客户参考。

## 7.17 知识产权出质

截止 2021 年 10 月 27 日，根据国内相关网站检索及天眼查数据库分析，未查询到相关信息。不排除因信息公开来源尚未公开、公开形式存在差异等情况导致的信息与客观事实不完全一致的情形。仅供客户参考。



## 7.18 土地抵押

截止 2021 年 10 月 27 日，根据国内相关网站检索及天眼查数据库分析，未查询到相关信息。不排除因信息公开来源尚未公开、公开形式存在差异等情况导致的信息与客观事实不完全一致的情形。仅供客户参考。

## 7.19 欠税公告

截止 2021 年 10 月 27 日，根据国内相关网站检索及天眼查数据库分析，未查询到相关信息。不排除因信息公开来源尚未公开、公开形式存在差异等情况导致的信息与客观事实不完全一致的情形。仅供客户参考。

## 7.20 经营异常

### 列入异常

截止 2021 年 10 月 27 日，根据国内相关网站检索及天眼查数据库分析，未查询到相关信息。不排除因信息公开来源尚未公开、公开形式存在差异等情况导致的信息与客观事实不完全一致的情形。仅供客户参考。

### 移出异常

截止 2021 年 10 月 27 日，根据国内相关网站检索及天眼查数据库分析，未查询到相关信息。不排除因信息公开来源尚未公开、公开形式存在差异等情况导致的信息与客观事实不完全一致的情形。仅供客户参考。

## 7.21 股权冻结

截止 2021 年 10 月 27 日，根据国内相关网站检索及天眼查数据库分析，未查询到相关信息。不排除因信息公开来源尚未公开、公开形式存在差异等情况导致的信息与客观事实不完全一致的情形。仅供客户参考。



## 7.22 清算信息

截止 2021 年 10 月 27 日，根据国内相关网站检索及天眼查数据库分析，未查询到相关信息。不排除因信息公开来源尚未公开、公开形式存在差异等情况导致的信息与客观事实不完全一致的情形。仅供客户参考。

## 7.23 开庭公告

截止 2021 年 10 月 27 日，根据国内相关网站检索及天眼查数据库分析，未查询到相关信息。不排除因信息公开来源尚未公开、公开形式存在差异等情况导致的信息与客观事实不完全一致的情形。仅供客户参考。

## 7.24 司法拍卖

截止 2021 年 10 月 27 日，根据国内相关网站检索及天眼查数据库分析，未查询到相关信息。不排除因信息公开来源尚未公开、公开形式存在差异等情况导致的信息与客观事实不完全一致的情形。仅供客户参考。

## 7.25 司法协助

截止 2021 年 10 月 27 日，根据国内相关网站检索及天眼查数据库分析，未查询到相关信息。不排除因信息公开来源尚未公开、公开形式存在差异等情况导致的信息与客观事实不完全一致的情形。仅供客户参考。

## 7.26 公示催告

截止 2021 年 10 月 27 日，根据国内相关网站检索及天眼查数据库分析，未查询到相关信息。不排除因信息公开来源尚未公开、公开形式存在差异等情况导致的信息与客观事实不完全一致的情形。仅供客户参考。

# 八、知识产权信息



## 8.1 商标信息

截止 2021 年 10 月 27 日，根据国内相关网站检索及天眼查数据库分析，未查询到相关信息。不排除因信息公开来源尚未公开、公开形式存在差异等情况导致的信息与客观事实不完全一致的情形。仅供客户参考。

## 8.2 专利信息

截止 2021 年 10 月 27 日，根据国内相关网站检索及天眼查数据库分析，未查询到相关信息。不排除因信息公开来源尚未公开、公开形式存在差异等情况导致的信息与客观事实不完全一致的情形。仅供客户参考。

## 8.3 软件著作权

截止 2021 年 10 月 27 日，根据国内相关网站检索及天眼查数据库分析，未查询到相关信息。不排除因信息公开来源尚未公开、公开形式存在差异等情况导致的信息与客观事实不完全一致的情形。仅供客户参考。

## 8.4 作品著作权

截止 2021 年 10 月 27 日，根据国内相关网站检索及天眼查数据库分析，未查询到相关信息。不排除因信息公开来源尚未公开、公开形式存在差异等情况导致的信息与客观事实不完全一致的情形。仅供客户参考。

## 8.5 网站备案

截止 2021 年 10 月 27 日，根据国内相关网站检索及天眼查数据库分析，未查询到相关信息。不排除因信息公开来源尚未公开、公开形式存在差异等情况导致的信息与客观事实不完全一致的情形。仅供客户参考。



专业版企业信用报告
最专业的企业信息查询平台

# 九、经营信息

## 9.1 招投标

截止 2021 年 10 月 27 日，根据国内相关网站检索及天眼查数据库分析，未查询到相关信息。不排除因信息公开来源尚未公开、公开形式存在差异等情况导致的信息与客观事实不完全一致的情形。仅供客户参考。

## 9.2 债券信息

截止 2021 年 10 月 27 日，根据国内相关网站检索及天眼查数据库分析，未查询到相关信息。不排除因信息公开来源尚未公开、公开形式存在差异等情况导致的信息与客观事实不完全一致的情形。仅供客户参考。

## 9.3 招聘信息

截止 2021 年 10 月 27 日，根据国内相关网站检索及天眼查数据库分析，未查询到相关信息。不排除因信息公开来源尚未公开、公开形式存在差异等情况导致的信息与客观事实不完全一致的情形。仅供客户参考。

## 9.4 税务评级

截止 2021 年 10 月 27 日，根据国内相关网站检索及天眼查数据库分析，未查询到相关信息。不排除因信息公开来源尚未公开、公开形式存在差异等情况导致的信息与客观事实不完全一致的情形。仅供客户参考。

## 9.5 地块公示

截止 2021 年 10 月 27 日，根据国内相关网站检索及天眼查数据库分析，未查询到相关信息。不排除因信息公开来源尚未公开、公开形式存在差异等情况导致的信息与客观事实不完全一致的情形。仅供客户参考。



## 9.6 土地转让

截止 2021 年 10 月 27 日，根据国内相关网站检索及天眼查数据库分析，未查询到相关信息。不排除因信息公开来源尚未公开、公开形式存在差异等情况导致的信息与客观事实不完全一致的情形。仅供客户参考。

## 9.7 购地信息

截止 2021 年 10 月 27 日，根据国内相关网站检索及天眼查数据库分析，未查询到相关信息。不排除因信息公开来源尚未公开、公开形式存在差异等情况导致的信息与客观事实不完全一致的情形。仅供客户参考。

## 9.8 资质证书

截止 2021 年 10 月 27 日，根据国内相关网站检索及天眼查数据库分析，未查询到相关信息。不排除因信息公开来源尚未公开、公开形式存在差异等情况导致的信息与客观事实不完全一致的情形。仅供客户参考。

## 9.9 抽查检查

截止 2021 年 10 月 27 日，根据国内相关网站检索及天眼查数据库分析，未查询到相关信息。不排除因信息公开来源尚未公开、公开形式存在差异等情况导致的信息与客观事实不完全一致的情形。仅供客户参考。

## 9.10 产品信息

截止 2021 年 10 月 27 日，根据国内相关网站检索及天眼查数据库分析，未查询到相关信息。不排除因信息公开来源尚未公开、公开形式存在差异等情况导致的信息与客观事实不完全一致的情形。仅供客户参考。



## 9.11 进出口信用

### 注册信息

| 海关注册编码 | / |
|---|---|
| 注册海关 | / |
| 行政区划 | / |
| 经济区划 | / |
| 经营类别 | / |
| 特殊贸易区域 | / |
| 海关注销标志 | / |
| 年报情况 | / |
| 注册日期 | / |
| 报关有效期 | / |
| 行业种类 | / |
| 跨境贸易电子商务类型 | / |

### 信用等级

| 认证证书编码 | / |
|---|---|
| 认定时间 | / |
| 信用等级 | / |

### 海关行政处罚

| 行政处罚决定书编号 | / |
|---|---|
| 当事人 | / |
| 处罚日期 | / |
| 案件性质 | / |



15

专业版企业信用报告

## 9.12 行政许可

| 序号 | 有效期自 | 有效期至 | 许可文件编号/文书号 | 许可文件名称 | 决定/许可机关 | 许可内容 |
|---|---|---|---|---|---|---|
| 1 | 2021-08-24 | 2099-12-31 | 12106317943 | / | 深圳市市场监督管理局 | 主体类型:有限合伙企业;经营场所:深圳市龙岗区坂田街道岗头社区稼先路2000号有所为大厦1201(1202-1204);执行事务合伙人:张殷旋;成立日期:2021-08-24 |

## 9.13 微信公众号

截止 2021 年 10 月 27 日，根据国内相关网站检索及天眼查数据库分析，未查询到相关信息。不排除因信息公开来源尚未公开、公开形式存在差异等情况导致的信息与客观事实不完全一致的情形。仅供客户参考。

# 十、年报信息

截止 2021 年 10 月 27 日，根据国内相关网站检索及天眼查数据库分析，未查询到相关信息。不排除因信息公开来源尚未公开、公开形式存在差异等情况导致的信息与客观事实不完全一致的情形。仅供客户参考。

# 十一、财务信息

## 11.1 财务数据

营业收入　　　/　　　　　　　净利润　　　　　/



| 总资产 | / | 净资产 | / |
| --- | --- | --- | --- |
| 净利率 | / | 毛利率 | / |

# 十二、自主信息

## 12.1 业务标签

截止 2021 年 10 月 27 日，该公司的企业主尚未上传相关信息。

## 12.2 产品服务

截止 2021 年 10 月 27 日，该公司的企业主尚未上传相关信息。

## 12.3 企业荣誉

截止 2021 年 10 月 27 日，该公司的企业主尚未上传相关信息。

## 12.4 合作伙伴

截止 2021 年 10 月 27 日，该公司的企业主尚未上传相关信息。

## 12.5 公司成员

截止 2021 年 10 月 27 日，该公司的企业主尚未上传相关信息。





国家中小企业发展基金旗下

# 3亿人 都在用的
# 商业查询平台

查公司 / 查老板 / 查关系

