# EXHIBIT 1

| | |
|---|---|
| **From:** | robin.cheng@glacier.law |
| **Sent:** | Tuesday, November 2, 2021 7:47 AM |
| **To:** | Neil Nandi; Iris Ju; Tao Liu; Tom.聽M |
| **Cc:** | Adam Kelly; Marwa Abdelaziz; Arthur Yuan |
| **Subject:** | Re: RE: Violation of Preliminary Injunction - Case No. 20-cv-4806 |

**This email originated from outside of Loeb's Network.**

Counsel,

We are in receipt of the excel forms you attached and will communicate with Defendants regarding your concerns.
If there is any violation by Defendants, we will urge Defendants to comply with the preliminary injunction order immediately.

Regards,

**Robin Cheng | Attorney**

**Glacier Law PLLC**
200 Park Avenue, Suite1703
New York, NY 10166
www.glacier.law
Tel: +1 (332) 208-8882
Cell: +1 (332) 208-1523
Fax: +1 (312) 801-4587

*Privilege and Confidentiality Notice*
This email is intended for the sole use of the intended recipient(s) and may contain confidential, proprietary, or privileged information. If you are not the intended recipient, you are notified that any use, review, dissemination, copying or action taken based on this message or its attachments, if any, prohibited. If you are not the intended recipient, please immediately notify the sender by replying this email and destroy or delete all copies of the original message and any attachment. Thank you.
----

**From:** Neil Nandi
**Date:** 2021-10-29 23:07
**To:** robin.cheng@glacier.law; Iris Ju; Tao Liu; Tom.聽M
**CC:** Adam Kelly; Marwa Abdelaziz; Arthur Yuan
**Subject:** RE: Violation of Preliminary Injunction - Case No. 20-cv-4806
Counsel:

We write to direct your attention to your clients' continuing violation of the preliminary injunctions and ongoing infringement of the Patents-in-Suit in Case No. 20-cv-4806. Specifically, we have observed sales activities on Amazon.com and Walmart.com since October 21, as noted in the attached.

1

To comply with the injunctions, these listings on these online sites, as well as any others, must be taken down immediately. We expect that you will report sales from these listings when providing the other sales reports ordered by the Court (Dkt. 469) on November 1.

Regards,

Neil


**Neil Nandi**
*Attorney At Law*



321 North Clark Street, Suite 2300 | Chicago, IL 60654
**Direct Dial:** 312.464.3109 | **Fax:** 312.275.8505 | **E-mail:** nnandi@loeb.com
**Los Angeles** | **New York** | **Chicago** | **Nashville** | **Washington, DC** | **San Francisco** | **Beijing** | **Hong Kong** | **www.loeb.com**

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify the sender. Please destroy the original transmission and its attachments without reading or saving in any manner. Thank you, Loeb & Loeb LLP.

**From:** Neil Nandi
**Sent:** Tuesday, October 19, 2021 5:06 PM
**To:** robin.cheng@glacier.law; Iris Ju <iris.ju@glacier.law>; Tao Liu <tao.liu@glacier.law>; Tom.聽M <ruoting.men@glacier.law>
**Cc:** Adam Kelly <akelly@loeb.com>; Marwa Abdelaziz <mabdelaziz@loeb.com>; Arthur Yuan <ayuan@loeb.com>
**Subject:** Violation of Preliminary Injunction - Case No. 20-cv-4806

Counsel,

As you know, the Court entered a preliminary injunction in Case No. 20-cv-4806 last week. Paragraph 4 of the order required Gyroor.com and Gyroorboard.com to remove the infringing products identified on Exhibit C within three days. Six days have now passed and all of the items identified on Exhibit C are still listed and being offered for sale on those websites. In fact, some are even subject to discounts and sale pricing, suggesting that the defendants are attempting to improperly deplete infringing inventory.

Because of this continued and clear violation of the preliminary injunction order, Plaintiffs intend to move for contempt against Gyroor under LR 37.1 and will seek their fees when so doing, which is a remedy this Court previously ordered in Dkt. 444. Plaintiffs will file their motion on October 26. We have no objection to Defendants having until November 1 to respond, with our reply due on November 5. We do not believe a meet and confer would serve any purpose in light of Gyroor's repeated violations of court orders, including the earlier-entered injunction. However, if you believe that some purpose would be served by a meet and confer, please identify what that is beforehand. I am currently available between 10:30 AM and 11:30 AM tomorrow, and from 10 AM to 12 PM on each Thursday and Friday.

Neil

2021-10-26 Walmart Listings

| # | Listing item number | Brand | Seller | Listing link |
|---|---|---|---|---|
| 1 | 484977122 | Gyroor | Shenzhen Chetaidou Keji Youxian Gongsi | https://www.walmart.com/ip/GYROOR-G11-Hoverboard-Off-Road-All-Terrian-6-5-Two-Wheel-Flash-LED-Light-Self-Balancing-Bluetooth-Music-Speaker-UL-2272-Certified-Kids-Adults-Gift/484977122?athbdg=L1700 |
| 2 | 432370144 | Gyroor | Shenzhen Chetaidou Keji Youxian Gongsi | https://www.walmart.com/ip/GYROOR-T581-6-5-inch-off-Road-Bluetooth-Hoverboard-With-Hoverboard-Seat-Attachment-UL2272-Certified-Blue/432370144 |
| 3 | 445297675 | Gyroor | Shenzhen Chetaidou Keji Youxian Gongsi | https://www.walmart.com/ip/GYROOR-T581-6-5-inch-off-Road-Bluetooth-Hoverboard-With-Hoverboard-Seat-Attachment-UL2272-Certified-Blue/445297675 |
| 4 | 442026651 | Gyroor | Shenzhen Chetaidou Keji Youxian Gongsi | https://www.walmart.com/ip/GYROOR-Warrior-Off-Road-Hoverboard-8-5-inch-Self-Balancing-Scooter-with-Bluetooth-Speakers-and-LED-Lights-UL2272-Certified-Blue/442026651 |
| 5 | 768549987 | Gyroor | Shenzhen Chetaidou Keji Youxian Gongsi | https://www.walmart.com/ip/GYROOR-Warrior-Off-Road-Hoverboard-8-5-inch-Self-Balancing-Scooter-with-Bluetooth-Speakers-and-LED-Lights-UL2272-Certified-Blue/768549987 |
| 6 | 573104259 | Gyroor | Shenzhen Chetaidou Keji Youxian Gongsi | https://www.walmart.com/ip/GYROOR-Warrior-Off-Road-Hoverboard-8-5-inch-Self-Balancing-Scooter-with-Bluetooth-Speakers-and-LED-Lights-UL2272-Certified-Blue/573104259 |
| 7 | 153321597 | Gyroor | Shenzhen Chetaidou Keji Youxian Gongsi | https://www.walmart.com/ip/GYROOR-G5-off-Road-Hoverboard-for-Kids-and-Adults-6-5-Self-Balancing-Hoverboards-with-Bluetooth-Speaker-UL2272-Certified-Black/153321597 |
| 8 | 390019956 | Gyroor | Shenzhen Chetaidou Keji Youxian Gongsi | https://www.walmart.com/ip/GYROOR-G5-off-Road-Hoverboard-for-Kids-and-Adults-6-5-Self-Balancing-Hoverboards-with-Bluetooth-Speaker-UL2272-Certified-Black/390019956 |
| 9 | 950180648 | Gyroor | Shenzhen Chetaidou Keji Youxian Gongsi | https://www.walmart.com/ip/GYROOR-T581-6-5-inch-off-Road-Hoverboard-With-Two-Wheel-Self-Balancing-Scooter-UL2272-Certified-Blue/950180648 |
| 10 | 567918541 | Gyroor | Shenzhen Chetaidou Keji Youxian Gongsi | https://www.walmart.com/ip/GYROOR-G11-off-Road-Hoverboard-6-5-Two-Wheel-Flash-LED-Light-with-Bluetooth-Speaker-UL2272-Certified-Blue/567918541?athbdg=L1700 |
| 11 | 943780262 | Gyroor | Shenzhen Chetaidou Keji Youxian Gongsi | https://www.walmart.com/ip/GYROOR-G11-off-Road-Hoverboard-6-5-Two-Wheel-Flash-LED-Light-with-Bluetooth-Speaker-UL2272-Certified-Blue/943780262 |
| 12 | 697378837 | Gyroor | Shenzhen Chetaidou Keji Youxian Gongsi | https://www.walmart.com/ip/GYROOR-T580-Hoverboard-for-Kids-6-5-inch-Self-Balancing-Scooter-with-Music-Speaker-LED-Lights-UL2272-Certified-Pink/697378837 |
| 13 | 445297675 | Gyroor | Shenzhen Chetaidou Keji Youxian Gongsi | https://www.walmart.com/ip/GYROOR-T580-Hoverboard-for-Kids-6-5-inch-Self-Balancing-Scooter-with-Music-Speaker-LED-Lights-UL2272-Certified-Pink/445297675 |

2021-10-29 Walmart Listings

| # | Listing item number | Brand | Seller | Listing link |
|---|---|---|---|---|
| 1 | 484977122 | Gyroor | Shenzhen Chetaidou Keji Youxian Gongsi | https://www.walmart.com/ip/GYROOR-G11-Hoverboard-Off-Road-All-Terrian-6-5-Two-Wheel-Flash-LED-Light-Self-Balancing-Bluetooth-Music-Speaker-UL-2272-Certified-Kids-Adults-Gift/484977122?athbdg=L1700 |
| 2 | 432370144 | Gyroor | Shenzhen Chetaidou Keji Youxian Gongsi | https://www.walmart.com/ip/GYROOR-T581-6-5-inch-off-Road-Bluetooth-Hoverboard-With-Hoverboard-Seat-Attachment-UL2272-Certified-Blue/432370144 |
| 3 | 445297675 | Gyroor | Shenzhen Chetaidou Keji Youxian Gongsi | https://www.walmart.com/ip/GYROOR-T581-6-5-inch-off-Road-Bluetooth-Hoverboard-With-Hoverboard-Seat-Attachment-UL2272-Certified-Blue/445297675 |
| 4 | 442026651 | Gyroor | Shenzhen Chetaidou Keji Youxian Gongsi | https://www.walmart.com/ip/GYROOR-Warrior-Off-Road-Hoverboard-8-5-inch-Self-Balancing-Scooter-with-Bluetooth-Speakers-and-LED-Lights-UL2272-Certified-Blue/442026651 |
| 5 | 768549987 | Gyroor | Shenzhen Chetaidou Keji Youxian Gongsi | https://www.walmart.com/ip/GYROOR-Warrior-Off-Road-Hoverboard-8-5-inch-Self-Balancing-Scooter-with-Bluetooth-Speakers-and-LED-Lights-UL2272-Certified-Blue/768549987 |
| 6 | 573104259 | Gyroor | Shenzhen Chetaidou Keji Youxian Gongsi | https://www.walmart.com/ip/GYROOR-Warrior-Off-Road-Hoverboard-8-5-inch-Self-Balancing-Scooter-with-Bluetooth-Speakers-and-LED-Lights-UL2272-Certified-Blue/573104259 |
| 7 | 153321597 | Gyroor | Shenzhen Chetaidou Keji Youxian Gongsi | https://www.walmart.com/ip/GYROOR-G5-off-Road-Hoverboard-for-Kids-and-Adults-6-5-Self-Balancing-Hoverboards-with-Bluetooth-Speaker-UL2272-Certified-Black/153321597 |
| 8 | 390019956 | Gyroor | Shenzhen Chetaidou Keji Youxian Gongsi | https://www.walmart.com/ip/GYROOR-G5-off-Road-Hoverboard-for-Kids-and-Adults-6-5-Self-Balancing-Hoverboards-with-Bluetooth-Speaker-UL2272-Certified-Black/390019956 |
| 9 | 950180648 | Gyroor | Shenzhen Chetaidou Keji Youxian Gongsi | https://www.walmart.com/ip/GYROOR-T581-6-5-inch-off-Road-Hoverboard-With-Two-Wheel-Self-Balancing-Scooter-UL2272-Certified-Blue/950180648 |
| 10 | 567918541 | Gyroor | Shenzhen Chetaidou Keji Youxian Gongsi | https://www.walmart.com/ip/GYROOR-G11-off-Road-Hoverboard-6-5-Two-Wheel-Flash-LED-Light-with-Bluetooth-Speaker-UL2272-Certified-Blue/567918541?athbdg=L1700 |
| 11 | 943780262 | Gyroor | Shenzhen Chetaidou Keji Youxian Gongsi | https://www.walmart.com/ip/GYROOR-G11-off-Road-Hoverboard-6-5-Two-Wheel-Flash-LED-Light-with-Bluetooth-Speaker-UL2272-Certified-Blue/943780262 |
| 12 | 697378837 | Gyroor | Shenzhen Chetaidou Keji Youxian Gongsi | https://www.walmart.com/ip/GYROOR-T580-Hoverboard-for-Kids-6-5-inch-Self-Balancing-Scooter-with-Music-Speaker-LED-Lights-UL2272-Certified-Pink/697378837 |
| 13 | 445297675 | Gyroor | Shenzhen Chetaidou Keji Youxian Gongsi | https://www.walmart.com/ip/GYROOR-T580-Hoverboard-for-Kids-6-5-inch-Self-Balancing-Scooter-with-Music-Speaker-LED-Lights-UL2272-Certified-Pink/445297675 |

2021-10-22 Amazon Listings

| # | New ASIN | Store Merchant ID | Store Name |
|---|---|---|---|
| 1 | B08NF4CYNQ | A1UDUI19G4J00M | xingrunde-us |
| 2 | B09BNM2386 | A1UDUI19G4J00M | xingrunde-us |
| 3 | B07799VQ8R | A1UDUI19G4J00M | xingrunde-us |
| | | | |
| 4 | B07WPK7KY3 | A2OC7452IMNYIC | ruishanghui-us |
| 4 | B07WPK7KY3 | A7J5NTHTGJZ1Y | xingkanglai-us |
| 5 | B07SJLP7JB | A7J5NTHTGJZ1Y | xingkanglai-us |
| 6 | B07S5LCF22 | A7J5NTHTGJZ1Y | xingkanglai-us |
| 7 | B07SJLNJ33 | A7J5NTHTGJZ1Y | xingkanglai-us |
| 8 | B07S73CT8F | A7J5NTHTGJZ1Y | xingkanglai-us |
| | | | |
| 9 | B07FY61ZJM | A2AQ9QHLQ58M0 | shibangan-us |
| 10 | B07FY4VTV3 | A2AQ9QHLQ58M0 | shibangan-us |
| 11 | B07SHG85WW | | |
| | | | |
| 12 | B0779826VN | A1E4KZM7T8SBIX | fanzhongda-us |

## 2021-10-25 Amazon Listings

| # | New ASIN | Store Merchant ID | Store Name |
|---|---|---|---|
| 1 | B08NF4CYNQ | A1UDUI19G4J00M | xingrunde-us |
| 2 | B09BNM2386 | A1UDUI19G4J00M | xingrunde-us |
| 2 | B09BNM2386 | A3C03X9QJLWAJO | guirong-us |
| 3 | B07799VQ8R | A1UDUI19G4J00M | xingrunde-us |
| 4 | B07799FSJQ | A1UDUI19G4J00M | xingrunde-us |
|   |   |   |   |
| 5 | B07WPK7KY3 | A2OC7452IMNYIC | ruishanghui-us |
| 5 | B07WPK7KY3 | A7J5NTHTGJZ1Y | xingkanglai-us |
| 6 | B07SJLP7JB | A7J5NTHTGJZ1Y | xingkanglai-us |
| 7 | B07S5LCF22 | A7J5NTHTGJZ1Y | xingkanglai-us |
| 8 | B07SJLNJ33 | A7J5NTHTGJZ1Y | xingkanglai-us |
| 9 | B07S73CT8F | A7J5NTHTGJZ1Y | xingkanglai-us |
| 10 | B07WDNPYHD | A7J5NTHTGJZ1Y | xingkanglai-us |
|   |   |   |   |
| 11 | B07FY61ZJM | A2AQ9QHLQ58M0 | shibangan-us |
| 12 | B07FY4VTV3 | A2AQ9QHLQ58M0 | shibangan-us |
| 13 | B07SHG85WW | A2AQ9QHLQ58M0 | shibangan-us |
| 14 | B08HW9TTBG | A2AQ9QHLQ58M0 | shibangan-us |
|   |   |   |   |
| 15 | B0779826VN | A1E4KZM7T8SBIX | fanzhongda-us |

## 2021-10-26 Amazon Listings

| # | New ASIN | Store Merchant ID | Store Name |
|---|---|---|---|
| 1 | B08NF4CYNQ | A1UDUI19G4J00M | xingrunde-us |
| 2 | B09BNM2386 | A1UDUI19G4J00M | xingrunde-us |
| 2 | B09BNM2386 | A3C03X9QJLWAJO | guirong-us |
| 3 | B07799VQ8R | A1UDUI19G4J00M | xingrunde-us |
| 4 | B07799FSJQ | A1UDUI19G4J00M | xingrunde-us |
|   |   |   |   |
| 5 | B07WPK7KY3 | A2OC7452IMNYIC | ruishanghui-us |
| 5 | B07WPK7KY3 | A7J5NTHTGJZ1Y | xingkanglai-us |
| 6 | B07SJLP7JB | A7J5NTHTGJZ1Y | xingkanglai-us |
| 7 | B07S5LCF22 | A7J5NTHTGJZ1Y | xingkanglai-us |
| 8 | B07SJLNJ33 | A7J5NTHTGJZ1Y | xingkanglai-us |
| 9 | B07S73CT8F | A7J5NTHTGJZ1Y | xingkanglai-us |
| 10 | B07WDNPYHD | A7J5NTHTGJZ1Y | xingkanglai-us |
|   |   |   |   |
| 11 | B07FY61ZJM | A2AQ9QHLQ58M0 | shibangan-us |
| 12 | B07FY4VTV3 | A2AQ9QHLQ58M0 | shibangan-us |
| 13 | B07SHG85WW | A2AQ9QHLQ58M0 | shibangan-us |
| 14 | B08HW9TTBG | A2AQ9QHLQ58M0 | shibangan-us |
| 15 | B07PKSK93G | A2AQ9QHLQ58M0 | shibangan-us |
| 16 | B07PLSJRGQ | A2AQ9QHLQ58M0 | shibangan-us |
|   |   |   |   |
| 17 | B0779826VN | A1E4KZM7T8SBIX | fanzhongda-us |

2021-10-29 Amazon LIstings

| # | New ASIN | Store Merchant ID | Store Name |
|---|---|---|---|
| 1 | B08NF4CYNQ | A1UDUI19G4J00M | xingrunde-us |
| 2 | B09BNM2386 | A1UDUI19G4J00M | xingrunde-us |
| 3 | B07799VQ8R | A1UDUI19G4J00M | xingrunde-us |
| 4 | B07799FSJQ | A1UDUI19G4J00M | xingrunde-us |
| 5 | B09CH742WZ | A1UDUI19G4J00M | xingrunde-us |
| | | | |
| | | | |
| 6 | B07WPK7KY3 | A7J5NTHTGJZ1Y | xingkanglai-us |
| 7 | B07SJLP7JB | A7J5NTHTGJZ1Y | xingkanglai-us |
| 8 | B07S5LCF22 | A7J5NTHTGJZ1Y | xingkanglai-us |
| 9 | B07SJLNJ33 | A7J5NTHTGJZ1Y | xingkanglai-us |
| 10 | B07S73CT8F | A7J5NTHTGJZ1Y | xingkanglai-us |
| 11 | B07WDNPYHD | A7J5NTHTGJZ1Y | xingkanglai-us |
| | | | |
| 12 | B07FY61ZJM | A2AQ9QHLQ58M0 | shibangan-us |
| 13 | B07FY4VTV3 | A2AQ9QHLQ58M0 | shibangan-us |
| 14 | B07SHG85WW | A2AQ9QHLQ58M0 | shibangan-us |
| 15 | B08HW9TTBG | A2AQ9QHLQ58M0 | shibangan-us |
| 16 | B07PKSK93G | A2AQ9QHLQ58M0 | shibangan-us |
| 17 | B07PLSJRGQ | A2AQ9QHLQ58M0 | shibangan-us |
| | | | |
| 18 | B0779826VN | A1E4KZM7T8SBIX | fanzhongda-us |