**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| ABC CORPORATION I, | ) | |
| ABC CORPORATION II | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Case No. 20-cv-4806 |
| v. | ) | |
| | ) | Judge Thomas M. Durkin |
| THE PARTNERSHIPS AND | ) | Magistrate Judge Jeffrey Cole |
| UNINCORPORATED ASSOCIATIONS | ) | |
| IDENTIFIED ON SCHEDULE A, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

**PLAINTIFFS' MOTION TO DISMISS
COUNTERCLAIM OF DEFENDANT GYROOR**

Plaintiffs Hangzhou Chic Intelligent Technology Co. and Unicorn Global, Inc.

("Plaintiffs"), by their undersigned counsel, move to dismiss Count II of Defendant Gyroor's

counterclaims under Rules 8 and 12(b)(6). The parties have agreed to the following briefing

schedule: Defendant's response due on December 3, 2021, and Plaintiffs' reply due on

December 17, 2021.

1. Defendant's counterclaim falls short of the Rule 8 pleading standard, as

articulated in *Iqbal* and *Twombly*. Defendant fails to plead any of the required elements of an

antitrust claim or even identify the section of the Sherman Act allegedly at issue.

2. The *Noerr-Pennington* doctrine bars Defendant's claim because the claim is based

solely on Plaintiffs' enforcement of their patent rights through litigation. Defendant has not

pleaded facts to qualify for any exception to the *Noerr-Pennington* doctrine.

**WHEREFORE**, on the basis of their accompanying memorandum of law, Plaintiffs move the Court to dismiss Count II of Defendant Gyroor-US's counterclaims, with prejudice.

Date:  November 12, 2021                                    Respectfully Submitted,

LOEB & LOEB LLP

By:      /s/ *Adam Kelly*
Adam Kelly
Doug Masters
Arthur Yuan
Neil Nandi
321 North Clark Street, Suite 2300
Chicago, Illinois  60654
Tel.: (312) 464-3100
Fax: (312) 464-3111
Email:  akelly@loeb.com
Email:  dmasters@loeb.com
Email:  ayuan@loeb.com
Email:  nnandi@loeb.com

Marwa Abdelaziz (admitted *pro hac vice*)
345 Park Avenue
New York, New York 10154
Tel.:  (212) 407-4000
Fax:  (212) 407-4990
Email:  mabdelaziz@loeb.com

*Attorneys for Plaintiffs*