# Exhibit 1

An official website of the United States government. Here's how you know. ⌄       Log in to PACER Systems ⇥


## Party Search Results

**Search Criteria:** Party Search; Last Name: [Hangzhou Chic]
**Result Count:** 35 (1 page)
**Current Page:** 1

| Party Name | Case Number | Case Title |
|---|---|---|
| Hangzhou Chic Intelligent Technology Co Ltd (pla) | 3:2019cv00754 | Unicorn Global Inc et al v. Golabs Inc |
| Hangzhou Chic Intelligent Technology Co Ltd (dft) | 3:2019cv01019 | Golabs Inc v. Hangzhou Chic Intelligent Technology Co Ltd et al |
| Hangzhou Chic Intelligent Technology Co Ltd (cd) | 3:2019cv00754 | Unicorn Global Inc et al v. Golabs Inc |
| Hangzhou Chic Intelligent Technology Co Ltd (pla) | 3:2020cv02023 | Unicorn Global Inc et al v. Golabs Inc et al |
| Hangzhou Chic Intelligent Technology Co Ltd (cd) | 3:2020cv02023 | Unicorn Global Inc et al v. Golabs Inc et al |
| Hangzhou Chic Intelligent Technology Co Ltd (pla) | 3:2020cv03069 | Unicorn Global Inc et al v. Walmart Inc et al |
| Hangzhou Chic Intelligent Technology Co Ltd (pla) | 3:2020cv03111 | Unicorn Global Inc et al v. Walmart Inc et al |
| Hangzhou Chic Intelligent Technology Co Ltd (dft) | 3:2021cv00311 | Golabs Inc v. Unicorn Global Inc et al |
| Hangzhou Chic Intelligent Technology Co Ltd (cc) | 3:2021cv00311 | Golabs Inc v. Unicorn Global Inc et al |
| Hangzhou Chic Intelligent Technology Co., Inc. (cd) | 2:2016cv06359 | Hangzhou Chic Intelligent Technology Co., Inc. v. Razor USA LLC |
| Hangzhou Chic Intelligent Technology Co., Inc. (pla) | 2:2016cv06359 | Hangzhou Chic Intelligent Technology Co., Inc. v. Razor USA LLC |
| Hangzhou Chic Intelligent Technology Co., Ltd. (cd) | 2:2016cv03496 | Hangzhou Chic Intelligent Technology Co., Ltd. v. Razor USA LLC |
| Hangzhou Chic Intelligent Technology Co., Ltd. (pla) | 2:2016cv03496 | Hangzhou Chic Intelligent Technology Co., Ltd. v. Razor USA LLC |
| Hangzhou Chic Intelligent Technology Co., Ltd. (dft) | 2:2019cv00665 | Interworks Unlimited, Inc. v. Hangzhou Chic Intelligent |

PACER Case Locator - Search Results

Case: 1:20-cv-04806 Document #: 486-1 Filed: 12/03/21 Page 3 of 6 PageID #:13370   11/10/21, 12:32 PM

| | | |
|---|---|---|
| | | Technology Co., Ltd. |
| Hangzhou Chic Intelligent Technology Co., Ltd. (pla) | 2:2019cv03028 | Unicorn Global, Inc. et al v. Hillo America, Inc. |
| Hangzhou Chic Intelligent Technology Co., Ltd. (cd) | 2:2019cv03028 | Unicorn Global, Inc. et al v. Hillo America, Inc. |
| Hangzhou Chic Intelligent Technology Co., Ltd. (pla) | 5:2021cv00267 | Unicorn Global, Inc. et al v. DGI Product Inc. et al |
| Hangzhou Chic Intelligent Technology Co., Ltd. | 0:2017ag02591 | Razor USA LLC v. ITC |
| Hangzhou Chic Intelligent Technology Co., Ltd. | 0:2018ag01556 | Segway, Inc. v. ITC |
| Hangzhou Chic Intelligent Technology Co., Ltd. | 0:2021ag01780 | Razor USA LLC v. ITC |
| Hangzhou Chic Intelligent Technology Co., Ltd. (cd) | 4:2016cv04804 | Hangzhou Chic Intelligent Technology Co., Ltd. v. Swagway, LLC |
| Hangzhou Chic Intelligent Technology Co., Ltd. (pla) | 4:2016cv04804 | Hangzhou Chic Intelligent Technology Co., Ltd. v. Swagway, LLC |
| Hangzhou Chic Intelligent Technology Co., Ltd. (dft) | 1:2016cv00531 | Segway Inc. et al v. Hangzhou Chic Intelligent Technology Co., Ltd. |
| Hangzhou Chic Intelligent Technology Co., Ltd. (pla) | 1:2020cv04127 | Unicorn Global, Inc. et al v. E-Link Technology Co., Ltd. et al |
| Hangzhou Chic Intelligent Technology Co., Ltd. (pla) | 1:2020cv05905 | Hangzhou Chic Intelligent Technology Co., Ltd. et al v. The Partnerships and Unincorporated Associations Identified on Schedule A |
| Hangzhou Chic Intelligent Technology Co., Ltd. (cd) | 1:2020cv04127 | Unicorn Global, Inc. et al v. E-Link Technology Co., Ltd. et al |
| Hangzhou Chic Intelligent Technology Co., Ltd. (cd) | 1:2020cv05905 | Hangzhou Chic Intelligent Technology Co., Ltd. et al v. The Partnerships and Unincorporated Associations Identified on Schedule A |
| Hangzhou Chic Intelligent Technology Co., Ltd. (dft) | 3:2016cv00567 | Swagway, LLC v. Hangzhou Chic Intelligent Technology Co., Ltd. et |
| Hangzhou Chic Intelligent Technology Co., Ltd. (cd) | 3:2017cv00339 | Hangzhou Chic Intelligent Technology Co., Ltd. v. Swagway, LLC |
| Hangzhou Chic Intelligent Technology Co., Ltd. (pla) | 3:2017cv00339 | Hangzhou Chic Intelligent Technology Co., Ltd. v. Swagway, LLC |

https://pcl.uscourts.gov/pcl/pages/search/results/parties.jsf?sid=3b5f7f51512a4682aa427fbefa0af103   Page 2 of 3

| HANGZHOU CHIC INTELLIGENT TECHNOLOGY CO., LTD. (pla) | 2:2021cv05745 | UNICORN GLOBAL, INC. et al v. SWFT HOVERBOARD LLC |
| --- | --- | --- |
| Hangzhou Chic Intelligent Technology Co., Ltd. (pla) | 1:2021cv01436 | Unicorn Global, Inc. et al v. Jetson Electric Bikes LLC |
| Hangzhou Chic Intelligent Technology Co., Ltd. (pla) | 1:2021cv01443 | Unicorn Global, Inc. et al v. DGL Group, Ltd. |
| Hangzhou Chic Intelligent Technology Co., Ltd. (cd) | 1:2021cv01443 | Unicorn Global, Inc. et al v. DGL Group, Ltd. |
| Hangzhou Chic Intelligent Technology Co., Ltd., a Chinese company (dft) | 2:2021ap01151 | Wolkowitz and Hangzhou Chic Intelligent Technology Co., Ltd., a |



PACER FAQ        Privacy & Security        Contact Us        Legacy PCL

This site is maintained by the Administrative Office of the U.S. Courts on behalf of the Federal Judiciary.

**PACER Service Center**
(800) 676-6856
pacer@psc.uscourts.gov

PACER Case Locator - Search Results　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　11/10/21, 12:57 PM

An official website of the United States government.　Here's how you know.　⌄　　　Log in to PACER Systems ⇥

　Party Search Results

**Search Criteria:** Party Search; Last Name: [Unicorn Global, Inc]
**Result Count:** 11 (1 page)
**Current Page:** 1

| Party Name | Case Number | Case Title |
| --- | --- | --- |
| Unicorn Global, Inc. (pla) | 2:2019cv03028 | Unicorn Global, Inc. et al v. Hillo America, Inc. |
| Unicorn Global, Inc. (cd) | 2:2019cv03028 | Unicorn Global, Inc. et al v. Hillo America, Inc. |
| Unicorn Global, Inc. (pla) | 5:2021cv00267 | Unicorn Global, Inc. et al v. DGI Product Inc. et al |
| Unicorn Global, Inc. (pla) | 1:2020cv04127 | Unicorn Global, Inc. et al v. E-Link Technology Co., Ltd. et al |
| Unicorn Global, Inc. (pla) | 1:2020cv05905 | Hangzhou Chic Intelligent Technology Co., Ltd. et al v. The Partnerships and Unincorporated Associations Identified on Schedule A |
| Unicorn Global, Inc. (cd) | 1:2020cv04127 | Unicorn Global, Inc. et al v. E-Link Technology Co., Ltd. et al |
| Unicorn Global, Inc. (cd) | 1:2020cv05905 | Hangzhou Chic Intelligent Technology Co., Ltd. et al v. The Partnerships and Unincorporated Associations Identified on Schedule A |
| UNICORN GLOBAL, INC. (pla) | 2:2021cv05745 | UNICORN GLOBAL, INC. et al v. SWFT HOVERBOARD LLC |
| Unicorn Global, Inc. (pla) | 1:2021cv01436 | Unicorn Global, Inc. et al v. Jetson Electric Bikes LLC |
| Unicorn Global, Inc. (pla) | 1:2021cv01443 | Unicorn Global, Inc. et al v. DGL Group, Ltd. |
| Unicorn Global, Inc. (cd) | 1:2021cv01443 | Unicorn Global, Inc. et al v. DGL Group, Ltd. |

PACER FAQ    Privacy & Security    Contact Us    Legacy PCL

This site is maintained by the Administrative Office of the U.S. Courts on behalf of the Federal Judiciary.

**PACER Service Center**
(800) 676-6856
pacer@psc.uscourts.gov