UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ABC Corporation I et al,<br><br>*Plaintiff*,<br><br>v.<br><br>THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>*Defendants*. | CASE NO. 1: 20-cv-04806<br><br>Judge Honorable Thomas M. Durkin<br><br>Magistrate Judge Jeffrey Cole |

**DEFENDANT JIANGYOU'S STATEMENT
PURSUANT TO COURT'S APRIL 06, 2022 ORDER AND LOCAL RULE 3.2**

Pursuant to Court's April 06, 2022 Order (Dkt. 518) and Local Rule 3.2, Defendant Jiangyou-US ("Defendant" or "Jiangyou-US"), by its undersigned counsel, hereby submits the following statements:

1. Defendant's corporate name is Shenzhen Jiangyou Jinchukou Co., Ltd. (Shenzhen Jiangyou Import and Export Co., Ltd.). *See* Business License with English Translation attached hereto as Exhibit 1.
2. Defendant is a Limited Liability Company incorporated in Shenzhen, China on December 25, 2019.
3. Defendant's legal representative is Wang Yiqiang.
4. Defendant's business address is 1201—04, No. 2000 Yousuowei Building, Jiaxian Road, Gangtou Community, Bantian Street, Longgang District, Shenzhen.
5. As of April 27, 2022, there is no affiliates owning 5% or more of Defendant.
6. Defendant never had contractual relationship with any other remaining defendants.
7. Defendant has sufficient minimum contracts with the State of California to support jurisdiction.

Respectfully Submitted:

Date: April 27, 2022

/s/ Tianyu Ju
Tianyu Ju
Iris.Ju@glacier.law
He Cheng
Robin.Cheng@glacier.law
Tao Liu

1

Tao.Liu@glacier.law
Glacier Law LLP
200 Park Avenue, Suite 1703
New York, NY 10166
(332) 208-8882
Attorneys for Defendant

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this April 27, 2022, I electronically filed the foregoing file with the Clerk of Court using the CM/ECF system, and service was perfected on all counsel of record and interested parties through this system, which will deliver a true and correct copy of the foregoing documents via CM/ECF.

Date: 4/27/2022                                                    /s/ Tianyu Ju
                                                                                                Tianyu Ju