# Exhibit 1

**Unified Social Credit Identifier:**
91440300MA5G0X4H53

# Business License

(Duplicate)

QR Code

**Name**: Shenzhen Jiangyou Import and Export Co., Ltd.

**Date of Establishment**: December 25, 2019

**Type of Enterprise**: Limited Liability Company
(solely owned by an individual)

**Address**: 1201—04, No. 2000 Yousuowei Building, Jiaxian Road, Gangtou Community, Bantian Street, Longgang District, Shenzhen

**Legal Representative**: Wang Yiqiang

| I M P O R T A N T   N O T I C E | 1. The business scope of the commercial entity shall be determined by the articles of association. The business scope shall be subject to the approval of laws and regulations, and the relevant business operations may be commenced after obtaining the approval of the license.<br>2. For matters related to the business scope and licensing projects of the commercial entity, as well as annual report information and other credit information, please log in to the National Enterprise Credit Information Publicity System or Scan the QR code of at the right corner of the license.<br>3. The commercial entity shall submit the annual report of the previous year to the commercial registration authority within two months from the commercial entity anniversary date. The commercial entity shall publicize the information of the commercial subject to the public in accordance with the Article 10 of the Interim Regulation on Enterprise Information Disclosure. |
|---|---|

**Issued by:** Shenzhen Municipal Administration for Market Regulation
(Stamp)
October 21, 2020

Website of National Enterprise Information Publicity System: http://www.gsxt.gov.cn

Made under Supervision of the State Administration for Market Regulation



统一社会信用代码
91440300MA5G0X4H53

# 营业执照

（副本）



| | | | | |
|---|---|---|---|---|
| 名　　称 | 深圳疆游进出口有限公司 | | | |
| 类　　型 | 有限责任公司（自然人独资） | 成立日期 | 2019年12月25日 |
| 法定代表人 | 王一强 | 住　　所 | 深圳市龙岗区坂田街道岗头社区稼先路2000号有所为大厦1201-04 |

重要提示：
1. 商事主体的经营范围由章程确定。经营范围中属于法律、法规规定应当经批准的项目，取得许可审批文件后方可开展相关经营活动。
2. 商事主体经营范围和许可审批项目等有关企业信用事项及年报信息和其他信用信息，请登录左下角的国家企业信用信息公示系统或扫描右上方的二维码查询。
3. 各类商事主体每年须于成立周年之日起两个月内，向商事登记机关提交上一自然年度的年度报告。企业应当按照《企业信息公示暂行条例》第十条的规定向社会公示企业信息。

登记机关



2020 年 10 月 21 日

国家企业信用信息公示系统网址：http://www.gsxt.gov.cn　　　　　　　　　　　国家市场监督管理总局监制