UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ABC Corporation I et al, *Plaintiff*, v. THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", *Defendants*. | CASE NO. 1: 20-cv-04806 Judge Honorable Thomas M. Durkin Magistrate Judge Jeffrey Cole |

### DEFENDANT GYROOR-US'S STATEMENT
### PURSUANT TO COURT'S APRIL 06, 2022 ORDER AND LOCAL RULE 3.2

Pursuant to Court's April 06, 2022 Order (Dkt. 518) and Local Rule 3.2, Defendant Gyroor-US ("Defendant" or "Gyroor-US"), through counsel, hereby submits the following statements:

1. Defendant's corporate name is Dongguan Saibotan Nengyuan Keji Co., Ltd. (Dongguan Saibotant Energy Tech Co., Ltd.). *See* Business License with English Translation attached hereto as Exhibit 1.
2. Defendant is a Limited Liability Company incorporated in Dongguan, China on May 29, 2016.
3. Defendant's legal representative is Xie Rongqing.
4. Defendant's business address is 2nd Floor, Building A, No.1 Feifa Road, Zhangyang Community, Zhangmutou Town, Dongguan.
5. As of April 27, 2022, there is no affiliates owning 5% or more of Defendant.
6. Defendant had contractual relationship with Defendant Gyroor.
7. Defendant never had contractual relationship with other remaining defendants.

Respectfully Submitted:

Date: April 27, 2022

/s/ Tianyu Ju
Tianyu Ju
Iris.Ju@glacier.law
He Cheng
Robin.Cheng@glacier.law
Tao Liu

Tao.Liu@glacier.law
Glacier Law LLP
200 Park Avenue, Suite 1703
New York, NY 10166
(332) 208-8882
Attorneys for Defendant

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this April 27, 2022, I electronically filed the foregoing file with the Clerk of Court using the CM/ECF system, and service was perfected on all counsel of record and interested parties through this system, which will deliver a true and correct copy of the foregoing documents via CM/ECF.

| | |
|---|---|
| Date: 4/27/2022 | /s/ Tianyu Ju <br> Tianyu Ju |

**8.**