# Exhibit 1

No. 0406796

# Business License

### (Duplicate)　(Duplicate No. 1-1)

**Unified Social Credit Identifier:** 91441900MA4UQ3HH9Q

| | |
|---|---|
| **Name**: | Dongguan Saibotant Energy Tech Co., Ltd. |
| **Type of Enterprise**: | Limited Liability Company (Nature Person Investment or Holding) |
| **Address**: | 2nd Floor, Building A, No.1 Feifa Road, Zhangyang Community, Zhangmutou Town, Dongguan |
| **Legal Representative**: | Xie Rongqing |
| **Registered Capital:** | RMB five million Yuan |
| **Date of Establishment**: | May 29, 2016 |
| **Term of Validity:** | long-term |
| **Scope of Business:** | R & D, production, processing and sales: solar energy equipment, electronic products, hardware products, general mechanical equipment and accessories; Sales: plastic products; Import and export of goods and technology. (Business requiring government approval can only be carried out when such approval from relevant department is obtained) |

QR Code

Please submit annual report before June 30 each year, or you will receive credit penalties or penalties for the overdue. Approaches: log in to the Website of National Enterprise Information Publicity System, or the official WeChat account of Dongguan Industry and Commerce

**Issued by:**
Dongguan Administration for
Industry & Commerce (Stamp)
July 9, 2018

Website of National Enterprise Information Publicity System: http://www.gsxt.gov.cn

Made under Supervision of the
State Administration for Market Regulation

编号: № 0406796



# 营业执照

(副本)　(副本号:1-1)

统一社会信用代码 91441900MA4UQ3HH9Q

| | |
|---|---|
| 名　　　称 | 东莞市赛博坦能源科技有限公司 |
| 类　　　型 | 有限责任公司(自然人投资或控股) |
| 住　　　所 | 东莞市樟木头镇樟洋社区飞达路1号A栋二楼 |
| 法定代表人 | 谢荣庆 |
| 注 册 资 本 | 人民币伍佰万元 |
| 成 立 日 期 | 2016年05月29日 |
| 营 业 期 限 | 长期 |
| 经 营 范 围 | 研发、生产、加工、销售：太阳能设备、电子产品、五金制品、通用机械设备及配件；销售：塑料制品；货物进出口、技术进出口。（依法须经批准的项目，经相关部门批准后方可开展经营活动。） |



登记机关 

2018年　7月　9日

请于每年6月30日前报送年度报告，逾期将受到信用惩戒和处罚。
途径：登录企业信用信息公示系统，或"东莞工商"微信公众号。

企业信用信息公示系统网址：http://gsxt.gdgs.gov.cn/　　　中华人民共和国国家工商行政管理总局监制