UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ABC Corporation I et al,<br><br>        *Plaintiff,*<br><br>v.<br><br>THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>        *Defendants*. | CASE NO. 1: 20-cv-04806<br><br>Judge Honorable Thomas M. Durkin<br><br>Magistrate Judge Jeffrey Cole |

**DEFENDANT GYROSHOES'S STATEMENT
PURSUANT TO COURT'S APRIL 06, 2022 ORDER AND LOCAL RULE 3.2**

Pursuant to Court's April 06, 2022 Order (Dkt. 518) and Local Rule 3.2, Defendant Gyroshoes ("Defendant" or "Gyroshoes"), through counsel, hereby submits the following statements:

1. Defendant's corporate name is Shenzhen Yiran Jinchukou Maoyi Co., Ltd. (Shenzhen Yiran Import and Export Trade Co., Ltd.). *See* Business License with English Translation attached hereto as Exhibit 1.
2. Defendant is a Limited Liability Company incorporated in Shenzhen, China on December 19, 2016.
3. Defendant's legal representative is Chen Xuefen.
4. Defendant's business address is 3118, 3rd Floor, No. 39 Queshan New Village, Gaofeng Community, Dalang Road, Longhua District, Shenzhen.
5. As of April 27, 2022, there is no affiliates owning 5% or more of Defendant.
6. Defendant had contractual relationship with Defendant Gyroor.
7. Defendant never had contractual relationship with other remaining defendants.

Respectfully Submitted:

Date: April 27, 2022

/s/ Tianyu Ju
Tianyu Ju
Iris.Ju@glacier.law
He Cheng

1

                Robin.Cheng@glacier.law
                Tao Liu
                Tao.Liu@glacier.law
                Glacier Law LLP
                200 Park Avenue, Suite 1703
                New York, NY 10166
                (332) 208-8882
                Attorneys for Defendant

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this April 27, 2022, I electronically filed the foregoing file with the Clerk of Court using the CM/ECF system, and service was perfected on all counsel of record and interested parties through this system, which will deliver a true and correct copy of the foregoing documents via CM/ECF.

Date: 4/27/2022                  /s/ Tianyu Ju
                                                          Tianyu Ju