UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ABC Corporation I et al,<br><br>*Plaintiff*,<br><br>v.<br><br>THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>*Defendants*. | CASE NO. 1: 20-cv-04806<br><br>Judge Honorable Thomas M. Durkin<br><br>Magistrate Judge Jeffrey Cole |

**DEFENDANT GAODESHANGUS'S STATEMENT
PURSUANT TO COURT'S APRIL 06, 2022 ORDER AND LOCAL RULE 3.2**

Pursuant to Court's April 06, 2022 Order (Dkt. 518) and Local Rule 3.2, Defendant GaodeshangUS ("Defendant" or "GaodeshangUS"), through counsel, submits the following statements:

1. Defendant's corporate name is Anhui Gaodeshang Jiaoyu Keji Co., Ltd., (Anhui Gaodeshang Education Technology Co., Ltd.). *See* Business License with English Translation attached hereto as Exhibit 1.
2. Defendant is a Limited Liability Company incorporated in Hefei, China on March 12, 2020.
3. Defendant's legal representative is Liu Yu.
4. Defendant's business address is 1115 Tower Office, Investment Innovation Center, Intersection of Chuanxin Avenue and Changjiang West Road, Gaoxin District, Hefei, Anhui.
5. As of April 27, 2022, there is no affiliates owning 5% or more of Defendant.
6. Defendant never had contractual relationship with any other remaining defendants.

Respectfully Submitted:

Date: April 27, 2022

/s/ Tianyu Ju
Tianyu Ju
Iris.Ju@glacier.law
He Cheng
Robin.Cheng@glacier.law
Tao Liu

1

Tao.Liu@glacier.law
Glacier Law LLP
200 Park Avenue, Suite 1703
New York, NY 10166
(332) 208-8882
Attorneys for Defendant

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this April 27, 2022, I electronically filed the foregoing file with the Clerk of Court using the CM/ECF system, and service was perfected on all counsel of record and interested parties through this system, which will deliver a true and correct copy of the foregoing documents via CM/ECF.

| | |
|---|---|
| Date: 4/27/2022 | /s/ Tianyu Ju <br> Tianyu Ju |