# Exhibit 1

**Unified Social Credit Identifier:**
91340100MA2UJ55074 (1—1)

# Business License

**(Duplicate)**

QR Code scan QR code to log in to the
Website of National Enterprise
Information Publicity System
for more information on registration,
filing, permits, and supervision.

**Name**: Anhui Gaodeshang Education Technology Co., Ltd.

**Type of Enterprise**: Limited Liability Company
(solely owned by an individual)

**Legal Representative**: Liu Yu

**Scope of Business**: Software development in education industry; Computer system integration service; Computer software and hardware development; Software operation services; Educational information consultation; Computer software and hardware technology development, technical consultation, technical services; Venture capital (without the approval of the financial regulatory department, cannot engage in financial businesses such as deposit taking, financing guarantee, customer financing, etc.); Comprehensive services for engineering projects; Fire engineering consulting. (Business requiring government approval can only be carried out when such approval from relevant department is obtained)

**Registered Capital:** RMB five million and eighty thousand

**Date of Establishment:** March 12, 2020

**Operation Duration:** /long-term

**Address**: 1115 Tower Office, Investment Innovation Center, Intersection of Chuanxin Avenue and Changjiang West Road, Gaoxin District, Hefei, Anhui

**Issued by:**
Hefei Municipal Administration
for Market Regulation (Stamp)
May 15, 2020

Website of National Enterprise Information Publicity System: http://www.gsxt.gov.cn

The entity should report between January 1 to June 30 each year through the Website of National Enterprise Information Publicity System

Made under Supervision of the State Administration for Market Regulation



# 营业执照

**统一社会信用代码**
91340100MA2UJ55074(1-1)

（副本）



| | |
|---|---|
| 名　称 | 安徽高德尚教育科技有限公司 |
| 类　型 | 有限责任公司（自然人独资） |
| 法定代表人 | 刘宇 |
| 经营范围 | 教育行业软件开发；计算机系统集成服务；计算机软、硬件开发；软件运营服务；教育信息咨询；计算机软硬件技术开发、技术咨询、技术服务；创业投资（未经金融监管部门批准，不得从事吸收存款、融资担保、代客理财等金融业务）；工程项目综合服务；消防工程咨询。（依法须经批准的项目，经相关部门批准后方可开展经营活动） |

| | |
|---|---|
| 注册资本 | 伍佰零捌万圆整 |
| 成立日期 | 2020年03月12日 |
| 营业期限 | / 长期 |
| 住　所 | 安徽省合肥市高新区创新大道与长江西路交口投资创新中心塔楼办1115室 |

登记机关



2020 年 05 月 15 日