UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ABC Corporation I et al,<br><br>    *Plaintiff*,<br><br>v.<br><br>THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>    *Defendants*. | CASE NO. 1: 20-cv-04806<br><br>Judge Honorable Thomas M. Durkin<br><br>Magistrate Judge Jeffrey Cole |

**DEFENDANT HGSM'S STATEMENT**
**PURSUANT TO COURT'S APRIL 06, 2022 ORDER AND LOCAL RULE 3.2**

Pursuant to Court's April 06, 2022 Order (Dkt. 518) and Local Rule 3.2, Defendant HGSM ("Defendant" or "HGSM"), by its undersigned counsel, hereby submits the following statements:

1. Defendant's corporate name is Anhui Haiguo Shangmao Co., Ltd. (Anhui Haiguo Commercial and Trading Co., Ltd.). *See* Business License with English Translation attached hereto as Exhibit 1.
2. Defendant is a Limited Liability Company incorporated in Hefei, China on December 03, 2019.
3. Defendant's legal representative is Lei Xia.
4. Defendant's business address is No. 4-11, Mingzhu Chuangshiji Huayuan, Xiandu Road, Shushan District, Hefei, Anhui.
5. As of April 27, 2022, there is no affiliates owning 5% or more of Defendant.
6. Defendant never had contractual relationship with any other remaining defendants.

Respectfully Submitted:

Date: April 27, 2022

/s/ Tianyu Ju
Tianyu Ju
Iris.Ju@glacier.law
He Cheng
Robin.Cheng@glacier.law
Tao Liu
Tao.Liu@glacier.law

1

Glacier Law LLP
200 Park Avenue, Suite 1703
New York, NY 10166
(332) 208-8882
Attorneys for Defendant

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this April 27, 2022, I electronically filed the foregoing file with the Clerk of Court using the CM/ECF system, and service was perfected on all counsel of record and interested parties through this system, which will deliver a true and correct copy of the foregoing documents via CM/ECF.

Date: 4/27/2022  /s/ Tianyu Ju
Tianyu Ju