# Exhibit 1

**Unified Social Credit Identifier:**
91340104MA2UCB1931 (1—1)

# Business License

**(Duplicate)**

QR Code scan QR code to log in to the Website of National Enterprise Information Publicity System for more information on registration, filing, permits, and supervision.

**Name**: Anhui Haiguo Commercial and Trading Co., Ltd.

**Type of Enterprise**: Limited Liability Company (solely owned by an individual)

**Legal Representative**: Xia Lei

**Scope of Business**: department store retail, clothing retail, household appliances retail, textile and knitwear retail, electronic products wholesale, wire and cable wholesale, cosmetics retail (including Internet retail), agricultural and sideline products retail, aquatic products retail, landscaping project construction, domestic advertising design, production, agency and release, road transportation of ordinary goods, cultural exhibition services, opening ceremony etiquette services, computer software and hardware technology development, technical consultation, technical service, catering management, hotel management, temporary sale of prepackaged food (including Internet retail). (Business requiring government approval can only be carried out when such approval from relevant department is obtained)

**Registered Capital:** RMB five million

**Date of Establishment:** December 3, 2019

**Operation Duration:** /long-term

**Address**: No. 4-11, Mingzhu Chuangshiji Huayuan, Xiandu Road, Shushan District, Hefei, Anhui

**Issued by:**
Hefei Municipal Administration
for Market Regulation (Stamp)
December 3, 20019

Website of National Enterprise Information Publicity System: http://www.gsxt.gov.cn

The entity should report between January 1 to June 30 each year through the Website of National Enterprise Information Publicity System

Made under Supervision of the State Administration for Market Regulation



统一社会信用代码

91340104MA2UCB1931（1-1）

# 营 业 执 照

（副 本）



名　　称　安徽海果商贸有限公司

类　　型　有限责任公司（自然人独资）

法定代表人　夏磊

经营范围　百货零售,服装零售,家用电器器材零售,纺织品及针织品零售,电子产品批发,电线电缆批发,化妆品零售(含互联网零售),农副产品零售,水产品零售,园林绿化工程施工,国内广告设计、制作、代理、发布,普通货物道路运输,文化会展服务,开业典礼礼仪服务,计算机软硬件技术开发、技术咨询、技术服务,餐饮管理,酒店管理,预包装食品零售(含互联网零售),五金、家具及室内装饰材料零售(依法须经批准的项目,经相关部门批准后方可开展经营活动)

注册资本　伍佰万圆整

成立日期　2019年12月03日

营业期限　／长期

住　　所　安徽省合肥市蜀山区仙都路明珠创世纪花园4-11号门面

登记机关



2019年　12月　03日

国家企业信用信息公示系统网址：http://www.gsxt.gov.cn　　　市场主体应当于每年1月1日至6月30日通过国家企业信用信息公示系统报送公示　　　国家市场监督管理总局监制