UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ABC Corporation I et al, *Plaintiff*, v. THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", *Defendants*. | CASE NO. 1: 20-cv-04806 Judge Honorable Thomas M. Durkin Magistrate Judge Jeffrey Cole |

**DEFENDANT GYROOR'S STATEMENT**
**PURSUANT TO COURT'S APRIL 06, 2022 ORDER AND LOCAL RULE 3.2**

Pursuant to Court's April 06, 2022 Order (Dkt. 518) and Local Rule 3.2, Defendant Gyroor ("Defendant" or "Gyroor"), by its undersigned counsel, hereby submits the following statements:

1. Defendant's corporate name is Shenzhen Chetaidou Keji Co., Ltd. (Shenzhen Chetaidou Technology Co., Ltd.). *See* Business License with English Translation attached hereto as Exhibit 1.
2. Defendant is a Limited Liability Company incorporated in Shenzhen, China on June 10, 2014.
3. Defendant's legal representative is Zhang Dianxuan.
4. Defendant's business address is 3rd Floor, No. 1 Building, Xinhongze Printing Factory, Kukeng Community, Longhua District, Shenzhen.
5. As of April 27, 2022, there is no affiliates owning 5% or more of Defendant.
6. Defendant had contractual relationship with Defendant Gyroor-US, Fengchi-US and Gyroshoes.
7. Defendant never had contractual relationship with other remaining defendants.

Respectfully Submitted:

Date: April 27, 2022

/s/ Tianyu Ju
Tianyu Ju
Iris.Ju@glacier.law
He Cheng
Robin.Cheng@glacier.law
Tao Liu

1

Tao.Liu@glacier.law
Glacier Law LLP
200 Park Avenue, Suite 1703
New York, NY 10166
(332) 208-8882
Attorneys for Defendant

2

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this April 27, 2022, I electronically filed the foregoing file with the Clerk of Court using the CM/ECF system, and service was perfected on all counsel of record and interested parties through this system, which will deliver a true and correct copy of the foregoing documents via CM/ECF.

Date: 4/27/2022 /s/ Tianyu Ju
                                                                                                                      Tianyu Ju