UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ABC Corporation I et al,<br><br>        *Plaintiff*,<br><br>v.<br><br>THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>        *Defendants*. | CASE NO. 1: 20-cv-04806<br><br>Judge Honorable Thomas M. Durkin<br><br>Magistrate Judge Jeffrey Cole |

### DEFENDANT URBANMAX'S STATEMENT
### PURSUANT TO COURT'S APRIL 06, 2022 ORDER AND LOCAL RULE 3.2

Pursuant to Court's April 06, 2022 Order (Dkt. 518) and Local Rule 3.2, Defendant Urbanmax ("Defendant" or "Urbanmax"), by its undersigned counsel, hereby submits the following statements:

1. Defendant's corporate name is Shenzhen Hualaibao Shengwu Keji Co., Ltd. (Shenzhen Hualaibao Biotechnology Co. Ltd.). *See* Business License with English Translation attached hereto as Exhibit 1.
2. Defendant is a Limited Liability Company incorporated in Shenzhen, China on August 23, 2019.
3. Defendant's legal representative is Zhang Ke.
4. Defendant's business address is 301, 3rd Floor, Office Building, Beilide Industrial Park, No. 514 Sili Road, Dafu Community, Guanlan Street, Longgang District, Shenzhen.
5. As of April 27, 2022, there is no affiliates owning 5% or more of Defendant.
6. Defendant never had contractual relationship with any other remaining defendants.

Respectfully Submitted:

Date: April 27, 2022

/s/ Tianyu Ju
Tianyu Ju
Iris.Ju@glacier.law
He Cheng
Robin.Cheng@glacier.law
Tao Liu
Tao.Liu@glacier.law

1

        Glacier Law LLP
        200 Park Avenue, Suite 1703
        New York, NY 10166
        (332) 208-8882
        Attorneys for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this April 27, 2022, I electronically filed the foregoing file with the Clerk of Court using the CM/ECF system, and service was perfected on all counsel of record and interested parties through this system, which will deliver a true and correct copy of the foregoing documents via CM/ECF.

Date: 4/27/2022             /s/ Tianyu Ju
                                              Tianyu Ju