UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ABC Corporation I et al,<br><br>                *Plaintiff*,<br><br>    v.<br><br>THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>                *Defendant*. | **CASE NO.** 1:20-cv-04806<br><br>**Judge:** Honorable Thomas M. Durkin<br><br>**Magistrate Judge:** Jeffrey Cole |

## THIRD-PARTY RESPONDENT YANJIN-US' MOTION TO VACATE PRELIMINARY INJUNCTION AND TO SANCTION PLAINTIFFS

Third-Party Respondent Yanjin-us' (d.b.a. "Shenzhen Yanjingmaoyi Ltd. Co.," Dkt.456, p.14, Exhibit A, #12), by and through counsel, moves this honorable Court to vacate the Preliminary Injunction Order entered on October 13, 2021 against it, and to Sanction Plaintiffs for their bad-faith false representation and bad-faith patent enforcement action against third-party Respondent Yanjin-us.

| | |
|---|---|
| Date: 05/16/2022 | /s/ Tianyu Ju<br>Tianyu Ju<br>He Cheng<br>Tao Liu<br>GLACIER LAW PLLC<br>200 Park Avenue, Ste 1703<br>New York, NY 10166<br>***Attorney for Respondent*** |

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this May 16, 2022, I electronically filed the foregoing file with the Clerk of Court using the CM/ECF system, and service was perfected on all counsel of record and interested parties through this system, which will deliver a true and correct copy of the foregoing documents via CM/ECF.

| | |
|---|---|
| Date: 05/16/2021 | /s/ Tianyu Ju |
| | Tianyu Ju |