# Exhibit 5



Travis Stockman <travis.splawfirm@gmail.com>

## Re: HANGZHOU CHIC INTELLIGENT TECHNOLOGY CO., LTD., and UNICORN GLOBAL, INC., v. THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A 20-cv-4806.

35 messages

**Travis Stockman** <travis.splawfirm@gmail.com>  Mon, Feb 7, 2022 at 7:53 AM
To: akelly@loeb.com, mabdelaziz@loeb.com, ayuan@loeb.com

Good morning,
   This firm has been retained by Amazon seller Yanjingmaoyi for settlement purposes in response to the above lawsuit. Please confirm receipt and let me know your availability to discuss.

Thank you,

--
Travis J. Stockman, Esq.
The Law Office of Travis J. Stockman
1234 W. Broadway, Suite 205
Hewlett, NY 11557
718-657-7400
travis.splawfirm@gmail.com

 **2-7-22 - Letter of Representation - Shenzhen Shanchun Technology Co., Ltd.pdf**
81K

**Travis Stockman** <travis.splawfirm@gmail.com>  Wed, Feb 9, 2022 at 7:06 AM
To: akelly@loeb.com, mabdelaziz@loeb.com, ayuan@loeb.com

Good morning,
   Following up to confirm you received my email. Please let me know your availability to discuss.

Thank you,
[Quoted text hidden]

**Marwa Abdelaziz** <mabdelaziz@loeb.com>  Wed, Feb 9, 2022 at 5:30 PM
To: Travis Stockman <travis.splawfirm@gmail.com>, Adam Kelly <akelly@loeb.com>, Arthur Yuan <ayuan@loeb.com>

Mr. Stockman,


Thank you for following up.  We are investigating the circumstances involving your client and will reach out in the next few days to discuss.



Best regards,

Marwa Abdelaziz

**Marwa Abdelaziz**
*Attorney At Law*



345 Park Avenue | New York, NY 10154
Direct Dial: 212.407.4833 | Fax: 212.202.4057 | E-mail: mabdelaziz@loeb.com
Los Angeles | New York | Chicago | Nashville | Washington, DC | San Francisco | Beijing | Hong Kong | www.loeb.com

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify the sender. Please destroy the original transmission and its attachments without reading or saving in any manner. Thank you, Loeb & Loeb LLP.

[Quoted text hidden]

---

**Travis Stockman** <travis.splawfirm@gmail.com>　　　　　　　　　　　　　　Fri, Feb 11, 2022 at 8:50 AM
To: Marwa Abdelaziz <mabdelaziz@loeb.com>
Cc: Adam Kelly <akelly@loeb.com>, Arthur Yuan <ayuan@loeb.com>

Received and will wait for your update.

Thank you,
[Quoted text hidden]

---

**Travis Stockman** <travis.splawfirm@gmail.com>　　　　　　　　　　　　　　Thu, Feb 17, 2022 at 8:15 AM
To: Marwa Abdelaziz <mabdelaziz@loeb.com>
Cc: Adam Kelly <akelly@loeb.com>, Arthur Yuan <ayuan@loeb.com>

Good morning,
　　We have not received a reply in some time. Please confirm your position and let me know if settlement is still open for discussion.

Thank you,
[Quoted text hidden]

---

**Marwa Abdelaziz** <mabdelaziz@loeb.com>　　　　　　　　　　　　　　Wed, Feb 23, 2022 at 10:43 AM
To: Travis Stockman <travis.splawfirm@gmail.com>
Cc: Adam Kelly <akelly@loeb.com>, Arthur Yuan <ayuan@loeb.com>

Mr. Stockman,

Thank you for your patience as we investigated the matter. Under the Preliminary Injunction entered in Case No. 20-cv-4806 (see attached), Amazon is required to take down listings and freeze the assets of any merchant who sells or offers to sell products that infringe one or more of our client's design patents.

To facilitate in settlement negotiations between your client and ours, please have your client answer the following:

1. Please confirm that your Amazon store name is Shanchun-US.

**Page 2**

2.    Please confirm that your Amazon merchant ID is A2NUD2WSEZ9ZT.

3.    Please confirm that you sell or have sold products using the Amazon Standard Identification Number (ASIN) B07C3861F.

4.    Have you received any communications from Amazon regarding any ASINs related to the sale of hoverboards, or relating to the takedown/suspension of such ASINs?

5.    Did you create an ASIN to sell your hoverboard products? If not, from what Amazon merchant did you acquire your ASIN?

6.    Are you aware of any other merchant who uses or is affiliated with your ASIN?

7.    Do you have a license to sell Gyroor-branded products, or otherwise have any relationship with Gyroor?

8.    When did you first purchase Gyroor-branded hoverboards, and in what quantity?

9.    On or about what date did you first begin offering Gyroor-branded hoverboards for sale?

10.   Are you selling or offering to sell any other Gyroor products?

11.   Please provide records of your sales for all Gyroor-branded products.


Thank you and we look forward to hearing back,

Marwa Abdelaziz

---

**From:** Travis Stockman <travis.splawfirm@gmail.com>
**Sent:** Thursday, February 17, 2022 11:15 AM
**To:** Marwa Abdelaziz <mabdelaziz@loeb.com>
**Cc:** Adam Kelly <akelly@loeb.com>; Arthur Yuan <ayuan@loeb.com>
**Subject:** Re: HANGZHOU CHIC INTELLIGENT TECHNOLOGY CO., LTD., and UNICORN GLOBAL, INC., v. THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A 20-cv-4806.


Good morning,

   We have not received a reply in some time. Please confirm your position and let me know if settlement is still open for discussion.


Thank you,


On Fri, Feb 11, 2022 at 11:50 AM Travis Stockman <travis.splawfirm@gmail.com> wrote:

> Received and will wait for your update.
>
> Thank you,

> On Wed, Feb 9, 2022 at 8:30 PM Marwa Abdelaziz <mabdelaziz@loeb.com> wrote:
>> Mr. Stockman,
>>
>> Thank you for following up. We are investigating the circumstances involving your client and will reach out in the next few days to discuss.
>>
>> Best regards,
>>
>> Marwa Abdelaziz
>>
>> **Marwa Abdelaziz**
>> *Attorney At Law*
>>
>> [Quoted text hidden]
>>
>> [Quoted text hidden]
>
> [Quoted text hidden]

[Quoted text hidden]

 **20cv4806 - Operative Preliminary Injunction.pdf**
963K

---

**Travis Stockman** <travis.splawfirm@gmail.com>  Wed, Feb 23, 2022 at 1:23 PM
To: Sarah Chen <sarah08chen@gmail.com>, Terry Wang <w84terry@gmail.com>

Hey Sarah,
   Can we obtain the requested information from the client? I will filter through before we provide them with anything.
[Quoted text hidden]

 **20cv4806 - Operative Preliminary Injunction.pdf**
963K

---

**Sarah Chen** <sarah08chen@gmail.com>  Wed, Feb 23, 2022 at 10:02 PM
To: Travis Stockman <travis.splawfirm@gmail.com>
Cc: Terry Wang <w84terry@gmail.com>

Yeah Travis, definitely once I get their reply and information.

Travis Stockman <travis.splawfirm@gmail.com> 于2022年2月24日周四 05:23写道：
[Quoted text hidden]

---

**Travis Stockman** <travis.splawfirm@gmail.com>  Wed, Mar 2, 2022 at 5:51 AM
To: Sarah Chen <sarah08chen@gmail.com>
Cc: Terry Wang <w84terry@gmail.com>

Hey Sarah, we need that information to proceed with settlement. Did you ever obtain this from the client?

To facilitate in settlement negotiations between your client and ours, please have your client answer the following:

1. Please confirm that your Amazon store name is Shanchun-US.
2. Please confirm that your Amazon merchant ID is A2NUD2WSEZ9ZT.
3. Please confirm that you sell or have sold products using the Amazon Standard Identification Number (ASIN) B07C3861F.
4. Have you received any communications from Amazon regarding any ASINs related to the sale of hoverboards, or relating to the takedown/suspension of such ASINs?
5. Did you create an ASIN to sell your hoverboard products? If not, from what Amazon merchant did you acquire your ASIN?
6. Are you aware of any other merchant who uses or is affiliated with your ASIN?
7. Do you have a license to sell Gyroor-branded products, or otherwise have any relationship with Gyroor?
8. When did you first purchase Gyroor-branded hoverboards, and in what quantity?
9. On or about what date did you first begin offering Gyroor-branded hoverboards for sale?
10. Are you selling or offering to sell any other Gyroor products?
11. Please provide records of your sales for all Gyroor-branded products.

[Quoted text hidden]

**Travis J. Stockman, Esq.**
Stockman & Poropat, PLLC

[Quoted text hidden]

---

**Sarah Chen** <sarah08chen@gmail.com>   Thu, Mar 3, 2022 at 12:36 AM
To: Travis Stockman <travis.splawfirm@gmail.com>
Cc: Terry Wang <w84terry@gmail.com>

Yes I translated it to the client on Feb 24, just got their reply Yesterday late time. The client has 0 sales and doesn't sell the product, Please address this to the opposing.

Please see below:
1. Please confirm that your Amazon store name is Shanchun-US.--- No, it is "yanjin-us"

2. Please confirm that your Amazon merchant ID is A2NUD2WSEZ9ZT.---No.

3. Please confirm that you sell or have sold products using the Amazon Standard Identification Number (ASIN) B07C3861F.---NO

4. Have you received any communications from Amazon regarding any ASINs related to the sale of hoverboards, or relating to the takedown/suspension of such ASINs?---NO, we haven't.

5. Did you create an ASIN to sell your hoverboard products? If not, from what Amazon merchant did you acquire your ASIN?---NO- we do not sell hoverboard products.

6. Are you aware of any other merchant who uses or is affiliated with your ASIN?---No, we don't know.

7. Do you have a license to sell Gyroor-branded products, or otherwise have any relationship with Gyroor?--NO.

8. When did you first purchase Gyroor-branded hoverboards, and in what quantity?---NO, we don't sell Gyroor-branded hoverboards

9. On or about what date did you first begin offering Gyroor-branded hoverboards for sale?---NO, we don't sell Gyroor-branded hoverboards

10. Are you selling or offering to sell any other Gyroor products?---NO, we don't sell Gyroor-branded hoverboards

11. Please provide records of your sales for all Gyroor-branded products.---NO, we don't sell Gyroor-branded hoverboards, so no record.

Travis Stockman <travis.splawfirm@gmail.com> 于2022年3月2日周三 21:52写道:
[Quoted text hidden]

Page 5

**Travis Stockman** <travis.splawfirm@gmail.com>  Thu, Mar 3, 2022 at 9:21 AM
To: Marwa Abdelaziz <mabdelaziz@loeb.com>
Cc: Adam Kelly <akelly@loeb.com>, Arthur Yuan <ayuan@loeb.com>

Good afternoon,
   I obtained all of the information requested. Please see the following:

Please see below:

1.   Please confirm that your Amazon store name is Shanchun-US.--- My client's account name is "yanjin-us"

2.   Please confirm that your Amazon merchant ID is A2NUD2WSEZ9ZT.--- The merchant ID is A17JZOCRNF1QD9 as was listed in our initial letter.

3.   Please confirm that you sell or have sold products using the Amazon Standard Identification Number (ASIN) B07C3861F.---No sales under this ASIN.

4.   Have you received any communications from Amazon regarding any ASINs related to the sale of hoverboards, or relating to the takedown/suspension of such ASINs?--- My client has not received any such communications.

5.   Did you create an ASIN to sell your hoverboard products? If not, from what Amazon merchant did you acquire your ASIN?---No- my client does not sell hoverboard products.

6.   Are you aware of any other merchant who uses or is affiliated with your ASIN?---No

7.   Do you have a license to sell Gyroor-branded products, or otherwise have any relationship with Gyroor?--No

8.   When did you first purchase Gyroor-branded hoverboards, and in what quantity?--- My client does not sell Gyroor-branded hoverboards

9.   On or about what date did you first begin offering Gyroor-branded hoverboards for sale?--- My client does not sell Gyroor-branded hoverboards

10.  Are you selling or offering to sell any other Gyroor products?-- No. My client does not sell Gyroor-branded hoverboards

11.  Please provide records of your sales for all Gyroor-branded products.--- My client does not sell Gyroor-branded hoverboards, so no record.

It appears there may be some error in why they were named in this lawsuit. Please let me know the plaintiff's position as soon as possible.

Thank you,


[Quoted text hidden]
**Travis J. Stockman, Esq.**
Stockman & Poropat, PLLC
[Quoted text hidden]

---

**Sarah Chen** <sarah08chen@gmail.com>  Fri, Mar 4, 2022 at 8:03 PM
To: Travis Stockman <travis.splawfirm@gmail.com>
Cc: Terry Wang <w84terry@gmail.com>

Our client asked if we forwarded these to the opposing?

Sarah Chen <sarah08chen@gmail.com> 于2022年3月3日周四 16:36写道：
[Quoted text hidden]

---

**Travis Stockman** <travis.splawfirm@gmail.com>  Sat, Mar 5, 2022 at 4:38 AM
To: Sarah Chen <sarah08chen@gmail.com>
Cc: Terry Wang <w84terry@gmail.com>

Hey Sarah, yes sent everything two days ago.

[Quoted text hidden]

---

**Sarah Chen** <sarah08chen@gmail.com>     Sun, Mar 6, 2022 at 7:28 PM
To: Travis Stockman <travis.splawfirm@gmail.com>
Cc: Terry Wang <w84terry@gmail.com>

Great，hope we can hear good news from them, the client is pushing for the case.

Travis Stockman <travis.splawfirm@gmail.com> 于2022年3月5日周六 20:38写道：

[Quoted text hidden]

---

**Travis Stockman** <travis.splawfirm@gmail.com>     Tue, Mar 8, 2022 at 5:44 AM
To: Marwa Abdelaziz <mabdelaziz@loeb.com>
Cc: Adam Kelly <akelly@loeb.com>, Arthur Yuan <ayuan@loeb.com>

Good morning,
   Please let me know your availability to discuss and confirm receipt of my previous email.

Thank you,

[Quoted text hidden]

---

**Marwa Abdelaziz** <mabdelaziz@loeb.com>     Tue, Mar 8, 2022 at 10:55 AM
To: Travis Stockman <travis.splawfirm@gmail.com>
Cc: Adam Kelly <akelly@loeb.com>, Arthur Yuan <ayuan@loeb.com>

Good afternoon Mr. Stockman,

We have received your email and are working on confirming and assessing the information you provided. We will be in touch in the next few days to discuss possible settlement.

Thank you,

Marwa

[Quoted text hidden]

---

**Sarah Chen** <sarah08chen@gmail.com>     Wed, Mar 9, 2022 at 8:05 PM
To: Travis Stockman <travis.splawfirm@gmail.com>
Cc: Terry Wang <w84terry@gmail.com>

Travis,

Maybe the opposing counsel make an error, our client company name is shenzhenyangjinmaoyiyouxiangongsi.

Do we hear any reply from them?

Sarah Chen <sarah08chen@gmail.com> 于2022年3月7日周一 11:28写道：

[Quoted text hidden]

---

**Sarah Chen** <sarah08chen@gmail.com>     Wed, Mar 9, 2022 at 8:08 PM
To: Travis Stockman <travis.splawfirm@gmail.com>
Cc: Terry Wang <w84terry@gmail.com>

Attached their store information again.

Sarah Chen <sarah08chen@gmail.com> 于2022年3月10日周四 12:05写道：

[Quoted text hidden]

---

📊 **yangjinmaoyi  2022-01-20 2.xlsx**
172K

---

**Travis Stockman** <travis.splawfirm@gmail.com>  Thu, Mar 10, 2022 at 9:36 AM
To: Sarah Chen <sarah08chen@gmail.com>
Cc: Terry Wang <w84terry@gmail.com>

2 Days ago they confirmed receipt of our information and said they will revert back to discuss settlement. I am going to follow up with them now.

[Quoted text hidden]

---

**Travis Stockman** <travis.splawfirm@gmail.com>  Thu, Mar 10, 2022 at 9:37 AM
To: Marwa Abdelaziz <mabdelaziz@loeb.com>
Cc: Adam Kelly <akelly@loeb.com>, Arthur Yuan <ayuan@loeb.com>

Received, please let me know your availability to discuss as soon as possible.

Thank you,
[Quoted text hidden]

---

**Marwa Abdelaziz** <mabdelaziz@loeb.com>  Thu, Mar 10, 2022 at 11:34 AM
To: Travis Stockman <travis.splawfirm@gmail.com>
Cc: Adam Kelly <akelly@loeb.com>, Arthur Yuan <ayuan@loeb.com>

Mr. Stockman,

Are you available to discuss on Monday? I am available any time anytime in the afternoon.

Thank you,

Marwa

---

**From:** Travis Stockman <travis.splawfirm@gmail.com>
**Sent:** Thursday, March 10, 2022 12:37 PM
**To:** Marwa Abdelaziz <mabdelaziz@loeb.com>
**Cc:** Adam Kelly <akelly@loeb.com>; Arthur Yuan <ayuan@loeb.com>
**Subject:** Re: HANGZHOU CHIC INTELLIGENT TECHNOLOGY CO., LTD., and UNICORN GLOBAL, INC., v. THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A 20-cv-4806.



[Quoted text hidden]

---

**Travis Stockman** <travis.splawfirm@gmail.com>     Thu, Mar 10, 2022 at 11:43 AM
To: Marwa Abdelaziz <mabdelaziz@loeb.com>
Cc: Adam Kelly <akelly@loeb.com>, Arthur Yuan <ayuan@loeb.com>

Monday would be great, how does 1:30pm EST work?
[Quoted text hidden]

---

**Marwa Abdelaziz** <mabdelaziz@loeb.com>     Thu, Mar 10, 2022 at 12:00 PM
To: Travis Stockman <travis.splawfirm@gmail.com>
Cc: Adam Kelly <akelly@loeb.com>, Arthur Yuan <ayuan@loeb.com>

1:30 EST works. Is 718-657-7400 the best number to reach you at?

**Page 9**

[Quoted text hidden]

---

**Travis Stockman** <travis.splawfirm@gmail.com>  Thu, Mar 10, 2022 at 12:23 PM
To: Marwa Abdelaziz <mabdelaziz@loeb.com>
Cc: Adam Kelly <akelly@loeb.com>, Arthur Yuan <ayuan@loeb.com>

Yes, would you like me to circulate an invite?
[Quoted text hidden]

---

**Marwa Abdelaziz** <mabdelaziz@loeb.com>  Thu, Mar 10, 2022 at 3:02 PM
To: Travis Stockman <travis.splawfirm@gmail.com>
Cc: Adam Kelly <akelly@loeb.com>, Arthur Yuan <ayuan@loeb.com>

> I would appreciate that, thank you.

[Quoted text hidden]
[Quoted text hidden]

>> [Quoted text hidden]
>> [Quoted text hidden]

>>> [Quoted text hidden]
>>> [Quoted text hidden]

>>>> Good afternoon Mr. Stockman,
>>>>
>>>> We have received your email and are working on confirming and assessing the information you provided. We will be in touch in the next few days to discuss possible settlement.
>>>>
>>>> [Quoted text hidden]

>>> [Quoted text hidden]

>> [Quoted text hidden]

[Quoted text hidden]

---

**Sarah Chen** <sarah08chen@gmail.com>  Mon, Mar 14, 2022 at 1:43 AM
To: Travis Stockman <travis.splawfirm@gmail.com>
Cc: Terry Wang <w84terry@gmail.com>

Hey Travis,

Is there any reply from the opposing? Because the client would like litigation with the opposing to compel the progress of the case if they don't have any update and reply.

Let me know your thought.

Travis Stockman <travis.splawfirm@gmail.com> 于2022年3月11日周五 01:37写道：
[Quoted text hidden]

---

**Travis Stockman** <travis.splawfirm@gmail.com>  Mon, Mar 14, 2022 at 5:58 AM
To: Sarah Chen <sarah08chen@gmail.com>
Cc: Terry Wang <w84terry@gmail.com>

Hey Sarah, we have a negotiation conference at 1:30pm EST this afternoon. I will update you following.
[Quoted text hidden]

---

**Travis Stockman** <travis.splawfirm@gmail.com>  Mon, Mar 21, 2022 at 2:23 PM

To: Marwa Abdelaziz <mabdelaziz@loeb.com>
Cc: Adam Kelly <akelly@loeb.com>, Arthur Yuan <ayuan@loeb.com>, Michael Poropat <Michael@stockmanporopat.com>

Rule 408 Settlement Communications:

Good afternoon Marwa,
   I appreciate our call last week and had the opportunity to investigate further and speak with my client regarding the issue.

First, they have no affiliation with the other company, shenzhenshanchunkejiyouxiangongsi, operating on Amazon as Shanchun-US. They have provided their company filing for your review so you can see the information is unique. Please see attached.

From further discussion, we identified that this seller sold a pair of Gyroor hover shoes, but not a Gyroor hoverboard. Please see the sale record attached identifying the product sold. Furthermore, I have already confirmed they no longer offer this and will agree not to use this mark going forward without the express consent of Gyroor.

From my review of the pleading, this case only asserts causes of action related to design patent infringement of the Gyroor hoverboard, not hover shoes, nor any claims for trademark infringement. As it would appear, these claims do not apply to my client.

Please let us know how we can resolve this and if you require any further information to validate. We would note our investigation is still ongoing but this is the extent of what we have found and confirmed so far.

Thank you,

[Quoted text hidden]

**2 attachments**



711647321256_.pic.jpg
150K

shenzhenyangjinmaoyiyouxiangongsi.docx.pdf
344K

---

**Travis Stockman** <travis.splawfirm@gmail.com>  Wed, Mar 23, 2022 at 1:43 PM
To: Marwa Abdelaziz <mabdelaziz@loeb.com>
Cc: Adam Kelly <akelly@loeb.com>, Arthur Yuan <ayuan@loeb.com>, Michael Poropat <Michael@stockmanporopat.com>

Good evening,
    At this stage, my client intends to appear in the litigation and mentioned seeking damages under FRCP 65(c) for being wrongfully restrained.

I do not think that is necessary and the parties can likely avoid any litigation with a resolution sufficient to satisfy both sides. Please let me know if you are available to discuss this evening.

Thank you,

[Quoted text hidden]

---

**Marwa Abdelaziz** <mabdelaziz@loeb.com>  Wed, Mar 23, 2022 at 5:12 PM
To: Travis Stockman <travis.splawfirm@gmail.com>
Cc: Adam Kelly <akelly@loeb.com>, Arthur Yuan <ayuan@loeb.com>, Michael Poropat <Michael@stockmanporopat.com>

Hi Travis,

We are currently working with our client and Amazon to verify the information and screenshots you sent on Monday. Until I hear back from them, which I hope to be soon, I don't currently have an update on the possibility for settlement or simply a release from the case. We appreciate you working with us to resolve this situation. I am available to discuss tomorrow afternoon.

[Quoted text hidden]

---

**Travis Stockman** <travis.splawfirm@gmail.com>  Tue, Mar 29, 2022 at 6:00 PM
To: Marwa Abdelaziz <mabdelaziz@loeb.com>
Cc: Adam Kelly <akelly@loeb.com>, Arthur Yuan <ayuan@loeb.com>, Michael Poropat <Michael@stockmanporopat.com>

Good evening,
    Following up on your previous email. Have you been able to verify the information sent? Please let me know when we can discuss.

Thank you,
[Quoted text hidden]

---

**Marwa Abdelaziz** <mabdelaziz@loeb.com>  Wed, Mar 30, 2022 at 8:49 AM
To: Travis Stockman <travis.splawfirm@gmail.com>
Cc: Adam Kelly <akelly@loeb.com>, Arthur Yuan <ayuan@loeb.com>, Michael Poropat <Michael@stockmanporopat.com>

Hi Travis,

Unfortunately we haven't heard back from Amazon yet, but we are following up with them. In order for us to better understand your client's situation and discuss options, are you available to discuss today any time after 3 PM Eastern?

Best regards,

[Quoted text hidden]

---

**Travis Stockman** <travis.splawfirm@gmail.com>  Wed, Mar 30, 2022 at 9:59 AM
To: Marwa Abdelaziz <mabdelaziz@loeb.com>
Cc: Adam Kelly <akelly@loeb.com>, Arthur Yuan <ayuan@loeb.com>, Michael Poropat <Michael@stockmanporopat.com>

Yes, anytime after 3:00pm would be perfect.
[Quoted text hidden]

---

**Marwa Abdelaziz** <mabdelaziz@loeb.com>  Wed, Mar 30, 2022 at 10:36 AM
To: Travis Stockman <travis.splawfirm@gmail.com>
Cc: Adam Kelly <akelly@loeb.com>, Arthur Yuan <ayuan@loeb.com>, Michael Poropat <Michael@stockmanporopat.com>

Great, I'll send an invite for 4pm.

[Quoted text hidden]

---

**Travis Stockman** <travis.splawfirm@gmail.com>  Mon, Apr 4, 2022 at 6:38 AM
To: Marwa Abdelaziz <mabdelaziz@loeb.com>
Cc: Adam Kelly <akelly@loeb.com>, Arthur Yuan <ayuan@loeb.com>, Michael Poropat <Michael@stockmanporopat.com>

Good morning,

I was retained to appear for this defendant. I am filing my notice of appearance but do not see Yanjingmaoyi (Merchant ID: A17JZOCRNF1QD9) anywhere on Schedule A.

Can you confirm their Defendant No.?

[Quoted text hidden]