# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

ABC Corporation I, et al.

                                                Plaintiff,

v.                                                                                      Case No.: 1:20−cv−04806

                                                                                           Honorable Thomas M. Durkin

The Partnership and Unincorporated Associations
Identified on Schedule "A", et al.

                                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 21, 2022:

      MINUTE entry before the Honorable Thomas M. Durkin: Defendants filed a motion for clarification of the preliminary injunction order dated 10/13/2021. See [456]. The Court recently found that a certain entity was improperly included in an exhibit to that order and dissolved the order as to that entity. See [558]. Defendants argue that this finding calls into question whether any of the entities in that exhibit were properly included. However, even if some of those entities are not properly included in the order, Defendants have not made any argument that they have been injured by such an error. Thus, Defendants do not have standing to challenge any such error. Defendants's motion for clarification is denied to that extent. Next, Defendants argue that the order improperly enjoins sale of a product with the ASIN number B08RYMXRWM known as "G 11 model." The parties should confer within the next two weeks as to whether this product is properly enjoined. After this meeting, the parties should file a joint status report stating whether there is agreement that the injunction should be revised to exclude the ASIN in question, or whether Plaintiffs will file a response arguing that the ASIN is properly included. The status report is due 7/6/2022. For these reasons, the motion for clarification [560] is denied in part and granted in part in accordance with this order. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our

web site at *www.ilnd.uscourts.gov*.