# United States Court of Appeals for the Federal Circuit

_____

**ABC CORPORATION I, ABC CORPORATION II,**
*Plaintiffs-Appellees*

v.

**THE PARTNERSHIP AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", TOMOLOO OFFICIAL, TOMOLOO INE, TOMOLOO FRANCHISE, TOMOLOO-US, TOMOLOO FLAGSHIP, TOMOLOO TC, TOMOLOO DX, TOMOLOO INT, URBANMAX, GYROOR, FENGCHI-US, GYROOR US,**
*Defendants*

**GAODESHANGUS,**
*Defendant-Appellant*

_____

2021-2150

_____

Appeal from the United States District Court for the Northern District of Illinois in No. 1:20-cv-04806, Judge Thomas M. Durkin.

-------------------------------------------------

**ABC CORPORATION I, ABC CORPORATION II,**
*Plaintiffs-Appellees*

**EBAY, INC.,**
*Plaintiff*

v.

**THE PARTNERSHIP AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", TOMOLOO OFFICIAL, TOMOLOO INE, TOMOLOO FRANCHISE, TOMOLOO-US, TOMOLOO FLAGSHIP, TOMOLOO TC, TOMOLOO DX, TOMOLOO INT, GAODESHANGUS, GYROOR, CARTSTACK, DIDEN WU, HUSNAL-COLLECTIONS, MHESTORE2009, WHOLESALESHOP666, CARRIE_YUX-5, 2013TANKSTRONG001, MIJIASTORE, PAUTA60, SKATEBOARDSTORE2012, SMG-STORE, STRONGJENNIE, CHO POWER SPORTS, SYLUS, XGN, SHAMOLUOTUO, XUEWEIWEIFUZHUANGDIAN, EVERCROSS, XIE SHI, JIANGYOU-US, RUNCHENYUN, TOMOLOO, SHOPCHEAPUNIVERSAL, TOMOLOO-NX, AOXTECH, BETTER TOMOLOO, LISON ET, GYROSHOES, HGSM STOREFRONT, HGSM,**
*Defendants*

**GYROOR US, URBANMAX, FENGCHI-US,**
*Defendants-Appellants*

_____

2021-2277, 2021-2355
_____

Appeals from the United States District Court for the Northern District of Illinois in No. 1:20-cv-04806, Judge Thomas M. Durkin.
_____

**JUDGMENT**
_____

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**VACATED**

                                                    FOR THE COURT

October 28, 2022                          /s/ Peter R. Marksteiner
      Date                                   Peter R. Marksteiner
                                                  Clerk of Court