UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
Eastern Division

ABC Corporation I, et al.

                Plaintiff,

v.

Case No.: 1:20−cv−04806

Honorable Thomas M. Durkin

The Partnership and Unincorporated Associations
Identified on Schedule "A", et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 15, 2022:

      MINUTE entry before the Honorable Thomas M. Durkin: In light of the recent Federal Circuit decisions vacating the preliminary injunctions, the motions to clarify [567] and [560] are denied as moot. Similarly, the pending decision as to damages for the Court's previous finding that Defendants were in contempt of the preliminary injunction [444] is also moot. Lastly, the motion to increase the bond associated with the preliminary injunction [576] is denied as moot because the injunction has been vacated. The Court understands from the recent status report [602] that Defendants intend to pursue damages for imposition of the injunction in light of the Federal Circuit's decisions. Defendants expressed this intent in the context of their motion to increase the bond. But because the injunction is vacated a bond is no longer appropriate. If Defendants seek damages, they must file a motion. Defendants, however, should not file any such motion before the status hearing set for 11/17/22. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.