**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3**
**Eastern Division**

ABC Corporation I, et al.

Plaintiff,

v.

The Partnership and Unincorporated Associations
Identified on Schedule "A", et al.

Defendant.

Case No.:
1:20–cv–04806
Honorable Thomas M.
Durkin

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, December 2, 2022:

     MINUTE entry before the Honorable Thomas M. Durkin: Preliminary injunction
hearing held 12/2/2022. Plaintiffs' preliminary injunction motion [592] is denied, with
written opinion to follow. The hearing set for 12/9/2022 is vacated. Motions [597] and
[598] are granted. Defendants' motions to clarify [567] and [560] are reinstated.
Defendants should filed any supplement to the motions to clarify by 12/9/2022. Plaintiffs'
response to the motions to clarify is due 12/23/2022. A joint status report proposing an
agreed briefing schedule for summary judgment, or describing any disputes on the
briefing schedule, is due 1/6/2023. Mailed notice.(ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.