# United States Court of Appeals for the Federal Circuit

---

ABC CORPORATION I, ABC CORPORATION II,
*Plaintiffs-Appellees*

EBAY, INC.,
*Plaintiff*

v.

THE PARTNERSHIP AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", TOMOLOO OFFICIAL, TOMOLOO INE, TOMOLOO FRANCHISE, TOMOLOO-US, TOMOLOO FLAGSHIP, TOMOLOO TC, TOMOLOO DX, TOMOLOO INT, CARTSTACK, DIDEN WU, HUSNAL-COLLECTIONS, MHESTORE2009, WHOLESALESHOP666, CARRIE_YUX-5, 2013TANKSTRONG001, MIJIASTORE, PAUTA60, SKATEBOARDSTORE2012, SMG-STORE, STRONGJENNIE, CHO POWER SPORTS, SYLUS, XGN, SHAMOLUOTUO, XUEWEIWEIFUZHUANGDIAN, EVERCROSS, XIE SHI, RUNCHENYUN, TOMOLOO, SHOPCHEAPUNIVERSAL, TOMOLOO-NX, AOXTECH, BETTER TOMOLOO, LISON ET, HGSM STOREFRONT, GYROOR US,
*Defendants*

URBANMAX, GAODESHANGUS, GYROOR, FENGCHI-US, JIANGYOU-US, GYROSHOES, HGSM,
*Defendants-Appellants*

---

2022-1071

---

Appeal from the United States District Court for the Northern District of Illinois in No. 1:20-cv-04806, Judge Thomas M. Durkin.

---

## MANDATE

---

In accordance with the judgment of this Court, entered October 28, 2022, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

<u>December 5, 2022</u>  /s/ Peter R. Marksteiner
Date  Peter R. Marksteiner
  Clerk of Court