# EXHIBIT 4



US00D891297S

| (12) | United States Design Patent | (10) Patent No.: | **US D891,297 S** |
|---|---|---|---|
| | Zhou et al. | (45) Date of Patent: ** | **Jul. 28, 2020** |

(54) **HOVERBOARD**

(71) Applicant: **Shenzhen Chitado Technology CO., LTD.**, Shenzhen, Guangdong (CN)

(72) Inventors: **Fuqi Zhou**, Guangdong (CN); **Shiyuan Zheng**, Guangdong (CN); **Dianxuan Zhang**, Guangdong (CN); **Yang Zhang**, Guangdong (CN)

(73) Assignee: **Shenzhen Chitado Technology Co., Ltd.** (CN)

(**) Term: **15 Years**

(21) Appl. No.: **29/682,549**

(22) Filed: **Mar. 6, 2019**

(51) **LOC (12) Cl.** ............................................. 12-14
(52) **U.S. Cl.**
  USPC ........................................................... **D12/1**
(58) **Field of Classification Search**
  USPC .......... D12/1, 107; D21/419, 763, 421, 423, D21/426, 760, 765, 766, 769, 771, 776, D21/803
  CPC ..... A63C 17/01; A63C 17/12; A63C 2203/00; A63C 2203/01; A63C 2203/012; A63C 2203/013; A63C 2203/40; A63C 2203/52; A63C 17/0033; A63C 17/016; A63C 17/08; B62D 51/02; B62D 51/001; B62D 61/00; B62D 37/00; B62K 2202/00; B62K 2207/00; B62K 2207/02; B62K 2207/04; B62K 3/007; B62K 17/00; B62K 11/007; B60N 2/002; B60G 17/019
  See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| D785,736 | S | * | 5/2017 | Ying .............................. D21/760 |
| D808,857 | S | * | 1/2018 | Zhang .............................. D12/1 |
| D817,811 | S | * | 5/2018 | Wang ............................... D12/1 |
| D837,322 | S | * | 1/2019 | Desberg ........................ D21/760 |
| D850,326 | S | * | 6/2019 | Ying ............................... D12/1 |
| D857,137 | S | * | 8/2019 | Cao .............................. D21/760 |
| D871,965 | S | * | 1/2020 | Cao ................................ D12/1 |
| 2018/0127047 | A1 | * | 5/2018 | Lankford ............. B62K 11/007 |
| 2019/0382065 | A1 | * | 12/2019 | Shang ........................ B62J 6/00 |

* cited by examiner

*Primary Examiner* — Ania Aman

(57) **CLAIM**

The ornamental design for a hoverboard, as shown and described.

**DESCRIPTION**

FIG. **1** is a front view of a hoverboard showing our new design;
FIG. **2** is a back view thereof;
FIG. **3** is a left side view thereof;
FIG. **4** is a right side view thereof;
FIG. **5** is a top view thereof;
FIG. **6** is a bottom view thereof;
FIG. **7** is a top perspective view thereof; and,
FIG. **8** is a bottom perspective view thereof.
The broken line shown in the drawings are for the purpose of illustrating portions of the article and form no part of the claimed design.

**1 Claim, 8 Drawing Sheets**



**U.S. Patent**  Jul. 28, 2020  Sheet 1 of 8  **US D891,297 S**



FIG. 1



FIG. 2

U.S. Patent  Jul. 28, 2020  Sheet 3 of 8  US D891,297 S



FIG. 3



FIG. 4

U.S. Patent  Jul. 28, 2020  Sheet 5 of 8  US D891,297 S



FIG. 5



FIG. 6

**U.S. Patent**  Jul. 28, 2020  Sheet 7 of 8  **US D891,297 S**



FIG. 7

**U.S. Patent**  Jul. 28, 2020  Sheet 8 of 8  **US D891,297 S**



FIG. 8