**EXHIBIT 1: THREE-WAY COMPARISON BETWEEN THE ACCUSED PRODUCTS, AND THE PATENTS-IN-SUIT**

I.     THREE-WAY ANALYSES TO ACCUSED PRODUCT GYROOR A ................................ 2

    A. Comparison of the 'D723 Patent to Gyroor A, in View of the 'D906 Patent ............................. 2

    B. Comparison of the 'D256 Patent to Gyroor A, in View of the 'D906 Patent ............................. 6

    C. Comparison of the 'D195 Patent to Gyroor A, in View of the 'D906 Patent ........................... 10

II.    THREE-WAY ANALYSES TO ACCUSED PRODUCT GYROOR B ................................ 14

    A. Comparison of the 'D723 Patent to Gyroor B, in View of the 'D906 Patent ........................... 14

    B. Comparison of the 'D256 Patent to Gyroor B, in View of the 'D906 Patent ........................... 18

    C. Comparison of the 'D195 Patent to Gyroor B, in View of the 'D906 Patent ........................... 22

    D. Comparison of the 'D112 Patent to Gyroor B, in View of the 'D906 Patent ........................... 26

III.    THREE-WAY ANALYSES TO ACCUSED PRODUCT GYROOR C ................................ 30

    A. Comparison of the 'D723 Patent to Gyroor C, in View of the 'D906 Patent ........................... 30

    B. Comparison of the 'D256 Patent to Gyroor C, in View of the 'D906 Patent ........................... 34

    C. Comparison of the 'D195 Patent to Gyroor C, in View of the 'D906 Patent ........................... 38

IV.    THREE-WAY ANALYSES TO ACCUSED PRODUCT GYROOR D ................................ 42

    A. Comparison of the 'D723 Patent to Gyroor D, in View of the 'D906 Patent ........................... 42

    B. Comparison of the 'D256 Patent to Gyroor D, in View of the 'D906 Patent ........................... 46

    C. Comparison of the 'D195 Patent to Gyroor D, in View of the 'D906 Patent ........................... 50

    D. Comparison of the 'D112 Patent to Gyroor D, in View of the 'D906 Patent ........................... 54

V.    THREE-WAY ANALYSES TO ACCUSED PRODUCT GYROOR E ................................ 58

    A. Comparison of the 'D723 Patent to Gyroor E, in View of the 'D906 Patent ........................... 58

    B. Comparison of the 'D256 Patent to Gyroor E, in View of the 'D906 Patent ........................... 62

    C. Comparison of the 'D195 Patent to Gyroor E, in View of the 'D906 Patent ........................... 66

# I. THREE-WAY ANALYSES TO ACCUSED PRODUCT GYROOR A

## A. Comparison of the 'D723 Patent to Gyroor A, in View of the 'D906 Patent



Table E1: Comparison of the 'D723 Patent to Gyroor A, in View of the 'D906 Patent





FIG.6



**B.** **Comparison of the 'D256 Patent to Gyroor A, in View of the 'D906 Patent**



Table E2: Comparison of the 'D256 Patent Gyroor A, in View of the 'D906 Patent



FIG.4



FIG.7



**C.** **Comparison of the 'D195 Patent to Gyroor A, in View of the 'D906 Patent**



Table E3: Comparison of the 'D195 Patent Gyroor A, in View of the 'D906 Patent

FIG.1

FIG.2



FIG.3



FIG.6



## II. THREE-WAY ANALYSES TO ACCUSED PRODUCT GYROOR B

### A. Comparison of the 'D723 Patent to Gyroor B, in View of the 'D906 Patent



Table E4: Comparison of the 'D723 Patent to Gyroor B, in View of the 'D906 Patent





FIG.6



**B.** **Comparison of the 'D256 Patent to Gyroor B, in View of the 'D906 Patent**



Table E5: Comparison of the 'D256 Patent Gyroor B, in View of the 'D906 Patent



FIG.4



FIG.7



C.       Comparison of the 'D195 Patent to Gyroor B, in View of the 'D906 Patent



FIG.1

FIG.2



FIG.3



FIG.6



**D.     Comparison of the 'D112 Patent to Gyroor B, in View of the 'D906 Patent**



FIG.1

FIG.2



FIG.3



FIG.6



## III.     THREE-WAY ANALYSES TO ACCUSED PRODUCT GYROOR C

### A.     Comparison of the 'D723 Patent to Gyroor C, in View of the 'D906 Patent



**Table E8: Comparison of the 'D723 Patent to Gyroor C, in View of the 'D906 Patent**





FIG.6



**B.**     **Comparison of the 'D256 Patent to Gyroor C, in View of the 'D906 Patent**



| Table E2: Comparison of the 'D256 Patent Gyroor C, in View of the 'D906 Patent |
| --- |



FIG.4



FIG.7



### C. Comparison of the 'D195 Patent to Gyroor C, in View of the 'D906 Patent



Table E2: Comparison of the 'D195 Patent Gyroor C, in View of the 'D906 Patent

FIG.1

FIG.2



FIG.3



FIG.6



## IV. THREE-WAY ANALYSES TO ACCUSED PRODUCT GYROOR D

### A. Comparison of the 'D723 Patent to Gyroor D, in View of the 'D906 Patent



**Table E1: Comparison of the 'D723 Patent to Gyroor D, in View of the 'D906 Patent**





FIG.6



**B.** **Comparison of the 'D256 Patent to Gyroor D, in View of the 'D906 Patent**



Table E2: Comparison of the 'D256 Patent Gyroor D, in View of the 'D906 Patent



FIG.4



FIG.7



### C. Comparison of the 'D195 Patent to Gyroor D, in View of the 'D906 Patent



**Table E2: Comparison of the 'D195 Patent Gyroor D, in View of the 'D906 Patent**

FIG.1

FIG.2



FIG.3



FIG.6



**D.     Comparison of the 'D112 Patent to Gyroor D, in View of the 'D906 Patent**



Table E2: Comparison of the 'D112 Patent Gyroor D, in View of the 'D906 Patent

FIG.1

FIG.2



FIG.3



FIG.6



## V. THREE-WAY ANALYSES TO ACCUSED PRODUCT GYROOR E

### A. Comparison of the 'D723 Patent to Gyroor E, in View of the 'D906 Patent



Table E1: Comparison of the 'D723 Patent to Gyroor E, in View of the 'D906 Patent





FIG.6



**B.** **Comparison of the 'D256 Patent to Gyroor E, in View of the 'D906 Patent**



Table E2: Comparison of the 'D256 Patent Gyroor E, in View of the 'D906 Patent



FIG.4



FIG.7



C.      Comparison of the 'D195 Patent to Gyroor E, in View of the 'D906 Patent



| Table E2: Comparison of the 'D195 Patent Gyroor E, in View of the 'D906 Patent |

FIG.1

FIG.2



FIG.3



FIG.6

