UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ABC Corporation I et al, *Plaintiff*, v. THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", *Defendants*. | **CASE NO.** 1:20-cv-04806 **Judge:** Honorable Thomas M. Durkin |

**DEFENDANT AND THIRD-PARTY RESPONDENTS'S MOTION
TO STRIKE EXPERT REPORT OF PAUL HATCH**

Comes Now, Defendant Gyroor-US ("Defendant" or "Gyroor-US") and Third-Party Respondents Gyroor, Urbanmax, GaodeshangUS, Fengchi-US, Gyroshoes, and HGSM (collectively, "Third-Party Respondents") respectfully move the Court for an Order striking the report of Hangzhou Chic Intelligent Technology Co., Ltd. ("Chic") and Unicorn Global, Inc.'s ("Unicorn", and collectively with Chic, "Plaintiffs") expert, Paul Hatch. After a lengthy phone discussion, the Parties were unable to reach an agreement regarding the briefing schedule. Defendant and Third-Party Respondents propose the briefing schedule as follows,

| **Response to Motion** | **February 13** |
|---|---|
| **Reply** | **February 16** |

Plaintiffs propose the briefing schedule as follows,

| **Response to Motion** | **February 22** |
|---|---|
| **Reply** | **March 1** |

In support of this Motion, Defendant and Third-Party Respondents herewith submit a Memorandum of Law.

Date: 02/08/2023

/s/ Yu-Hao Yao
Yu-Hao Yao, Esq.
Glacier Law LLP
910 S Lake Ave, Suite 910
Pasadena, CA 91101
mickey.yao@glacier.law
312-448-7772

Na Zhang, Esq
Glacier Law LLP
506 Second Ave., Ste 1516
Seattle, WA 98104
Na Zhang, Esq.
queena.zhang@glacier.law
206-397-8633

GLACIER LAW LLP
200 E. Randolph Dr., Ste. 5100
Chicago, IL 60601
Ruoting Men, Esq.
ruoting.men@glacier.law
Tianyu Ju, Esq.
Iris.ju@glacier.law
312-270-0413

GLACIER LAW LLP
41 Madison Avenue, Ste 2529
New York, NY 10010
Tao Liu, Esq.
Wei Wang, Esq.
Tao.liu@glacier.law
wei.wang@glacier.law
332-777-7315

**Attorneys for Defendant and Third-Party Respondents**

**CERTIFICATE OF SERVICE**

      I hereby certify that on this February 8, 2023, I electronically filed the foregoing file with the Clerk of Court using the CM/ECF system, and service was perfected on all counsel of record and interested parties through this system, which will deliver a true and correct copy of the foregoing documents via CM/ECF.

Date: 02/08/2023     /s/ Yu-Hao Yao