**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |
|---|---|
| ABC CORPORATION I,<br>ABC CORPORATION II,<br><br>     *Plaintiffs*,<br><br>  v.<br><br>THE PARTNERSHIPS AND<br>UNINCORPORATED ASSOCIATIONS<br>IDENTIFIED ON SCHEDULE A,<br><br>     *Defendants*. | Case No. 1:20-cv-4806<br><br>Judge Thomas M. Durkin<br><br>Magistrate Judge Jeffrey Cole |

**<u>DECLARATION OF CHANDLER E. STURM</u>**

I, Chandler E. Sturm, hereby declare as follows:

1.   I am an attorney at Tarter, Krinsky & Drogin LLP, counsel of record for Plaintiffs

Hangzhou Chic Intelligent Technology Co., Ltd. ("Chic") and Unicorn Global, Inc. ("Unicorn",

and collectively with Chic, "Plaintiffs").

2.   I make this Declaration in support of Plaintiffs' Opposition to Defendants' Motion

to Strike Plaintiffs' Expert Report.

3.   Attached hereto as **Exhibit A** is a true and correct copy of the Expert Report of Paul

Hatch served on Defendants during expert discovery on August 15, 2022.

4.   Attached hereto as **Exhibit B** is a true and correct copy of the Paul Hatch Rebuttal

Report to Jim Gandy Expert Report served on Defendants during expert discovery on September

12, 2022.

5.    Attached hereto as **Exhibit C** is a true and correct copy of the Paul Hatch Rebuttal Report to Lance Rake Expert Report served on Defendants during expert discovery on September 12, 2022.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: February 22, 2023
New York, New York

By: _Chandler Elizabeth Sturm_
Chandler E. Sturm

2