IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ABC CORPORATION I,<br>ABC CORPORATION II,<br><br>    *Plaintiff*,<br><br>  v.<br><br>THE PARTNERSHIPS AND<br>UNICORPORATED ASSOCIATIONS<br>IDENTIFIED ON SCHEDULE A,<br><br>    *Defendants*. | Case No. 1:20-cv-4806<br><br>Judge Thomas M. Durkin<br>Magistrate Judge Jeffrey Cole |

## MOTION FOR LEAVE TO WITHDRAW APPEARANCE

Plaintiffs ABC Corporation I and ABC Corporation II, collectively, "Plaintiffs", by and through their attorneys, Palmersheim & Mathew, LLP, respectfully submit this motion for leave to withdraw the appearance of Anand C. Mathew. In support of this motion, Plaintiffs further state as follows:

  1.  On June 24, 2022, Anand C. Mathew and Tim Parilla entered appearances as local counsel for Plaintiffs. (*See* Dkt. 564, 566.)

  2.  Anand C. Mathew respectfully requests leave to withdraw his appearance as local counsel for Plaintiffs.

  3.  Tim Parilla joined Honigman LLP as of May 15, 2023 and will continue to serve as local counsel for Plaintiffs through his new firm.

4. Lead counsel for Plaintiff, Rich Lomuscio, Mark Berkowitz, and Chandler Sturm, will remain as counsel for Plaintiffs in this matter and should continue to be included in the service of all future pleadings, notices and filings.

5. No party will be prejudiced by the withdrawal of the appearance of Anand C. Mathew.

WHEREFORE, Plaintiffs respectfully request that this Court enter an order withdrawing the appearance and legal representation of attorney Anand C. Mathew and removing him from the electronic service list.

Dated: May 26, 2023                                          Respectfully submitted,


/s/ Anand C. Mathew
Anand C. Mathew
PALMERSHEIM & MATHEW LLP
401 N. Franklin St., Suite 4S
Chicago, IL  60654
(312) 319-1791
acm@thepmlawfirm.com

*One of the Attorneys for ABC Corporation I and ABC Corporation II*

## CERTIFICATE OF SERVICE

I, Anand C. Mathew, an attorney, certify that I caused a copy of the foregoing **Motion for Leave to Withdraw Appearance** to be electronically filed through the Court's electronic filing system on May 26, 2023. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system to all parties listed on the electronic filing receipt.

/s/ Anand C. Mathew
Anand C. Mathew