UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ABC CORPORATION I, ABC CORPORATION II,<br><br>    Plaintiffs,<br><br>  v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>    Defendants. | Case No. 1:20-cv-4806<br><br>Hon. Thomas M. Durkin |

## **EBAY INC.'S MOTION TO WITHDRAW PAUL J. ROGERSON AS COUNSEL**

  Pursuant to Local Rule 83.17, Third Party eBay Inc. respectfully requests that the Court withdraw the appearance of Paul J. Rogerson as counsel. Mr. Rogerson is leaving the firm of Sidley Austin LLP. eBay Inc. will continue to be represented, to the extent necessary, by counsel at Sidley Austin LLP.

Dated: June 22, 2023

                  Respectfully submitted,

                  */s/ Paul J. Rogerson*
                  Richard A. Cederoth
                  Paul J. Rogerson
                  **SIDLEY AUSTIN LLP**
                  One South Dearborn
                  Chicago, Illinois 60603
                  Telephone: (312) 853-7000
                  rcederoth@sidley.com
                  progerson@sidley.com

                  *Counsel for eBay Inc.*