# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

ABC Corporation I, et al.

                                            Plaintiff,

v.                                                     Case No.: 1:20−cv−04806

                                                               Honorable Thomas M. Durkin

The Partnership and Unincorporated Associations Identified on Schedule "A", et al.

                                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 20, 2023:

    MINUTE entry before the Honorable Thomas M. Durkin: Local Rule 7.1 limits briefs to 15 pages absent "prior approval of the court." The Court granted Defendants' motion for leave to file "an over−length brief" in support of summary judgment [631] [632]. The Court failed to limit the number of additional pages, and Defendants filed a brief of 71 pages [629]. Defendants then filed a reply brief of 46 pages [643], whereas Plaintiffs were able to respond to Defendants' motion in only 23 pages [635]. Defendants' briefs are of unreasonable length and greatly exceed the length necessary to defend against Plaintiffs' claims. For this reason, Defendants' motion [628] is denied without prejudice so that they may file more concise briefs. Defendants may refile their motion, supported by a brief of no more than 30 pages, due by 9/8/2023; Plaintiffs may file a revised response of 30 pages, due by 9/29/2023; and Defendants may file a reply of 15 pages, due by 10/13/2023. The parties statements of material fact and statements of additional material fact and responses should be refiled in conjunction with their revised briefs, but the statements should not be lengthened or revised in any manner. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.