IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ABC CORPORATION I, <br> ABC CORPORATION II, <br><br> *Plaintiffs*, <br><br> v. <br><br> THE PARTNERSHIPS AND <br> UNINCORPORATED ASSOCIATIONS <br> IDENTIFIED ON SCHEDULE A, <br><br> *Defendants*. | Case No. 1:20-cv-4806 <br><br> Judge Thomas M. Durkin <br><br> Magistrate Judge Jeffrey Cole |

**NOTICE OF RECENT RELATED DECISION**

Defendant Gyroor-US ("Defendant" or "Gyroor-US") and third-party respondents Gyroor, Urbanmax, GaodeshangUS, Fengchi-US, Gyroshoes, and HGSM (collectively, "Third-Party Respondents") respectfully submit this Notice of Recent Related Decision in reference to Plaintiffs Hangzhou Chic Intelligent Technology Co., Ltd. ("Chic") and Unicorn Global, Inc.'s ("Unicorn", and collectively with Chic, "Plaintiffs") pending Motion for Return of Bond (the "Motion"). [Dkt. No. 653-656].

Since briefing of the Motion, Plaintiffs have brought another similar motion for return of bond in a parallel case captioned as "Hangzhou Chic Intelligent Technology Co., Ltd., et al v. The Partnerships and Unincorporated Associations Identified on Schedule A, et al, Case No: 1:20-cv-05905". In this parallel case, after fully briefing the relevant issues, this Court has denied Plaintiffs' motion for return of bond as premature. A true and correct copy of this Order is attached hereto as **Exhibit 1**.

In this Order, this Court stated that "this Court previously issued a TRO and a preliminary

3

injunction, but later vacated the preliminary injunction for lack of notice. Meanwhile, the case is still pending on the merits. Defendant might seek damages someday based on the notion that it was 'wrongfully enjoined or restrained,' as provided in Rule 65(c). That possibility is enough to justify the continuation of the bond. Plaintiffs obtained injunctive relief, and posted a bond as a security in case the bond was improper. And that issue remains unresolved, so the bond needs to remain in place."

| | |
|---|---|
| Date: 08/01/2023 | /s/ Yu-Hao Yao |
| | Yu-Hao Yao, Esq |
| | GLACIER LAW LLP |
| | 251 South Lake Ave, Suite 910 |
| | Pasadena, CA 91101 |
| | mickey.yao@glacier.law |
| | 312-448-7772 |

Glacier Law LLP
506 Second Ave., Ste 1516
Seattle, WA 98104
Na Zhang, Esq.
queena.zhang@glacier.law
206-397-8633

GLACIER LAW LLP
200 E. Randolph Dr., Ste. 5100
Chicago, IL 60601
Ruoting Men, Esq.
ruoting.men@glacier.law
Tianyu Ju, Esq.
Iris.ju@glacier.law
312-270-0413

GLACIER LAW LLP
41 Madison Avenue, Ste 2529
New York, NY 10010
Tao Liu, Esq.
Wei Wang, Esq.
Tao.liu@glacier.law

wei.wang@glacier.law
332-777-7315

***Attorneys for Defendant and Third-Party Respondents***

**CERTIFICATE OF SERVICE**

 I HEREBY CERTIFY that on this August 1, 2023, I electronically filed the foregoing file with the Clerk of Court using the CM/ECF system, and service was perfected on all counsel of record and interested parties through this system, which will deliver a true and correct copy of the foregoing documents via CM/ECF.

Date: 08/01/2023            /s/ Yu-Hao Yao