# EXHIBIT 1

# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1
### Eastern Division

Hangzhou Chic Intelligent Technology Co., Ltd., et al.

Plaintiff,

v.

Case No.: 1:20−cv−05905

Honorable Steven C. Seeger

The Partnerships and Unincorporated Associations Identified on Schedule A, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 31, 2023:

MINUTE entry before the Honorable Steven C. Seeger: Plaintiffs' motion for return of the bond (Dckt. No. [193]) is hereby denied as premature. This Court previously issued a TRO and a preliminary injunction, but later vacated the preliminary injunction for lack of notice (Dckt. No. [105]). Meanwhile, the case is still pending on the merits. Defendant might seek damages someday based on the notion that it was "wrongfully enjoined or restrained," as provided in Rule 65(c). That possibility is enough to justify the continuation of the bond. Plaintiffs obtained injunctive relief, and posted a bond as a security in case the bond was improper. And that issue remains unresolved, so the bond needs to remain in place. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.