UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ABC Corporation I et al,<br><br>     *Plaintiff*,<br><br>  v.<br><br>THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>     *Defendants*. | **CASE NO.** 1:20-cv-04806<br><br>**Judge:** Honorable Thomas M. Durkin |

## DEFENDANT AND THIRD-PARTY RESPONDENTS' MOTION FOR SUMMARY JUDGEMENT OF NON-INFRINGEMENT

Come Now, Defendant Gyroor-US ("Defendant" or "Gyroor-US") and Third-Party Respondents Gyroor, Urbanmax, GaodeshangUS, Fengchi-US, Gyroshoes, and HGSM (collectively, "Third-Party Respondents") respectfully move the Court to grant summary judgment of non-infringement of Defendant and Third-Party Respondents' Accused Product A, Accused Product B, Accused Product C, Accused Product D, and Accused Product E.

In support of this Motion, Defendant and Third-Party Respondents herewith submit a Memorandum of Law.

| | |
|---|---|
| Date: 9/6/2023 | /s/ Na Zhang<br>Na Zhang, Esq<br>Glacier Law LLP<br>506 Second Ave., Ste 1516<br>Seattle, WA 98104<br>Na Zhang, Esq.<br>queena.zhang@glacier.law<br>206-397-8633 |

GLACIER LAW LLP
41 Madison Avenue, Ste 2529
New York, NY 10010
Wei Wang, Esq.
wei.wang@glacier.law
332-777-7315

GLACIER LAW LLP
9660 Flair Dr., Ste 328
El Monte, CA 91731
Yu-Hao Yao, Esq.
mickey.yao@glacier.law
312-448-7772

GLACIER LAW LLP
200 E. Randolph Dr., Ste. 5100
Chicago, IL 60601
Ruoting Men, Esq.
ruoting.men@glacier.law
Tianyu Ju, Esq.
Iris.ju@glacier.law
312-270-0413

***Attorneys for Defendant and Third-Party Respondents***

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this September 6, 2023, I electronically filed the foregoing file with the Clerk of Court using the CM/ECF system, and service was perfected on all counsel of record and interested parties through this system, which will deliver a true and correct copy of the foregoing documents via CM/ECF.

Date: 9/6/2023                          /s/ Na Zhang