# EXHIBIT 1

US00D739906S

(12) United States Design Patent
Chen

(10) Patent No.: US D739,906 S
(45) Date of Patent: ** Sep. 29, 2015

(54) TWO-WHEELED VEHICLE

(71) Applicant: **Shane Chen**, Camas, WA (US)

(72) Inventor: **Shane Chen**, Camas, WA (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/448,472**

(22) Filed: **Mar. 12, 2013**

(51) LOC (10) Cl. .............................................. 21-02
(52) U.S. Cl.
USPC ...................................... **D21/760**
(58) Field of Classification Search
USPC ........ D21/419, 421, 423, 426, 760, 765, 766,
D21/769, 771, 776, 803; D12/1; 280/7.14,
280/11.14, 11.16, 11.19, 11.115, 11.226,
280/11.233, 11.25, 11.27, 11.28, 14.21,
280/87.01, 87.021, 87.03, 87.041, 87.042,
280/809, 811; 180/180, 181
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| D437,377 S | * | 2/2001 | Fisher | ........................... | D21/765 |
| D465,003 S | * | 10/2002 | Ohrvall et al. | ................ | D21/763 |
| D535,714 S | * | 1/2007 | Cheng et al. | .................. | D21/763 |
| D552,201 S | * | 10/2007 | Kwak | ........................... | D21/765 |
| D567,883 S | * | 4/2008 | Ota | ................................ | D21/421 |
| D572,332 S | * | 7/2008 | Sramek et al. | ................ | D21/765 |
| D607,525 S | * | 1/2010 | Marciano | ..................... | D21/769 |

* cited by examiner

*Primary Examiner* — Cynthia M Chin

(57) **CLAIM**

The ornamental design for a two-wheeled vehicle, as shown and described.

**DESCRIPTION**

FIG. **1** is a top view of the two-wheeled vehicle.
FIG. **2** is a front elevation view of the vehicle of FIG. **1**; the rear elevation views being identical thereto.
FIG. **3** is a bottom view of the vehicle of FIG. **1**.
FIG. **4** is a perspective view of the vehicle of FIG. **1**; and,
FIG. **5** is a side view of the vehicle of FIG. **1**; the opposite side view being identical thereto.
The broken lines represent functional components which are provided for context and do not form a part of the claimed design. In FIGS. **1-4**, the single broken line in the middle of the vehicle represents a joint whereby the right and left halves of the vehicle may twist relative to each other as part of the vehicle's function.

**1 Claim, 3 Drawing Sheets**



Fig. 1



Fig. 2



Fig. 3



Fig. 4



Fig. 5