# EXHIBIT 2







Table 3. Comparison of Patents-in-Suit, Prior Arts, Accused Products and Separate Patents on Accused Products



| | |
|---|---|
| Accused Product D | Separate Patents - D891,297 Patent |
| Accused Product E | Separate Patents - D808,857 Patent |