# EXHIBIT 6













| Accused Product A — Ornamental Design Comparison 2 |||
|---|---|---|
| Patents-in-suit D'723 Patent | Patents-in-suit D'256 Patent | Patents-in-suit D'195 Patent |
| Patents-in-suit D'112 Patent | Accused Product A | D'857 Patent |