# EXHIBIT 8



| Accused Product C — Ornamental Design Comparison 1 |||
|---|---|---|
| Patents-in-suit D'723 Patent | Patents-in-suit D'256 Patent | Patents-in-suit D'195 Patent |
|  |  |  |
| Patents-in-suit D'112 Patent | Accused Product C | D'857 Patent |
|  |  |  |



Case: 1:20-cv-04806 Document #: 666-8 Filed: 09/06/23 Page 5 of 8 PageID #:16971







| Accused Product C — Ornamental Design Comparison 2 |||
|---|---|---|
| Patents-in-suit D'723 Patent | Patents-in-suit D'256 Patent | Patents-in-suit D'195 Patent |
| | | |
| Patents-in-suit D'112 Patent | Accused Product C | D'857 Patent |
| | | |