# EXHIBIT 9



| Accused Product D — Ornamental Design Comparison 1 | | |
|---|---|---|
| Patents-in-suit D'723 Patent | Patents-in-suit D'256 Patent | Patents-in-suit D'195 Patent |
|  |  |  |
| Patents-in-suit D'112 Patent | Accused Product D | D'297 Patent |
|  |  |  |



| Accused Product D — Bottom View Comparison | |
|---|---|
| Patents-in-suit<br>D'723 Patent | |
| Patents-in-suit<br>D'256 Patent | |
| Patents-in-suit<br>D'195 Patent | |
| Patents-in-suit<br>D'112 Patent | |
| Prior Arts<br>D'906 Patent | |
| Accused Product D | |
| D'297 Patent | |

4





| Accused Product D — Perspective View Comparison | |
|---|---|
| Patents-in-suit D'723 Patent | Patents-in-suit D'256 Patent |
| Patents-in-suit D'195 Patent | Patents-in-suit D'112 Patent |
| Prior Arts D'906 Patent | |
| Accused Product D | |
| D'297 Patent | |
| Accused Product D — Side View Comparison | |



