# EXHIBIT 10



| Accused Product E — Ornamental Design Comparison 1 | | |
|---|---|---|
| Patents-in-suit<br>D'723 Patent | Patents-in-suit<br>D'256 Patent | Patents-in-suit<br>D'195 Patent |
|  |  |  |
| Patents-in-suit<br>D'112 Patent | Accused Product E | D'857 Patent |
|  |  |  |



| Accused Product E — Front/Back View Comparison | |
|---|---|
| Patents-in-suit<br>D'723 Patent | |
| Patents-in-suit<br>D'256 Patent | |
| Patents-in-suit<br>D'195 Patent | |
| Patents-in-suit<br>D'112 Patent | |
| Accused Product E | |
| D'857 Patent | |



| Accused Product E — Perspective View Comparison | |
|---|---|
| Patents-in-suit D'723 Patent | Patents-in-suit D'256 Patent |
| Patents-in-suit D'195 Patent | Patents-in-suit D'112 Patent |
| Prior Arts D'906 Patent | |
| Accused Product E | |
| D'857 Patent | |

