**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| ABC Corporation., <br><br> *Plaintiff,* <br><br> v. <br><br> The Partnerships and Unincorporated Associations Identified on Schedule "A" <br><br> *Defendants*. | Case No.: 1:23-cv-03301 <br><br> Judge Honorable Thomas M. Durkin |

## MOTION TO WITHDRAW AS COUNSEL

**NOW COMES** He Cheng, attorney of record for Defendants GYROOR US, urbanmax, GaodeshangUS, Gyroor, FENGCHI-US, HGSM, Gyroshoes (collectively "Defendants"), and for his Motion to Withdraw as Counsel, states as follows:

1. He Cheng is no longer associated with Glacier Law LLP.

2. The remaining counsel from Glacier Law LLP will continue to represent the Defendants in these proceedings.

3. The withdrawal will neither prejudice Defendants nor delay the proceedings.

**WHEREFORE**, He Cheng respectfully requests that this Court grant his motion to withdraw as counsel for Defendants.

Respectfully Submitted:

Date: 10/11/2023

/s/ He Cheng
He Cheng
Attorneys for Defendants

1

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on this October 11, 2023, I electronically filed the foregoing file with the Clerk of Court using the CM/ECF system, and service was perfected on all counsel of record and interested parties through this system, which will deliver a true and correct copy of the foregoing documents via CM/ECF.

Date: 10/11/2023                            /s/ He Cheng
                                                                                   He Cheng