UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ABC Corporation I et al, <br><br> *Plaintiff*, <br><br> v. <br><br> THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", <br><br> *Defendants*. | **CASE NO.** 1:20-cv-04806 <br><br> **Judge:** Honorable Thomas M. Durkin |

### DEFENDANT AND THIRD-PARTY RESPONDENTS'S MOTION TO STRIKE DECLARATION OF PAUL HATCH

Come now, Defendant Gyroor-US ("Defendant" or "Gyroor-US") and Third-Party Respondents Gyroor, Urbanmax, GaodeshangUS, Fengchi-US, Gyroshoes, and HGSM (collectively, "Third-Party Respondents") respectfully move the Court for an Order striking declaration of Paul Hatch regarding Hangzhou Chic Intelligent Technology Co., Ltd. ("Chic") and Unicorn Global, Inc.'s ("Unicorn", and collectively with Chic, "Plaintiffs") memorandum in opposition to Defendant and Third-Party Respondents' motion for summary judgment of non-infringement. *See* Dkt. 670.

In support of this Motion, Defendant and Third-Party Respondents herewith submit a Memorandum of Law.

Date: 10/12/2023

/s/ Na Zhang
Na Zhang, Esq
GLACIER LAW LLP
506 Second Ave., Ste 1516
Seattle, WA 98104
queena.zhang@glacier.law

206-397-8633

GLACIER LAW LLP
41 Madison Avenue, Ste 2529
New York, NY 10010
Wei Wang, Esq.
wei.wang@glacier.law
332-777-7315

GLACIER LAW LLP
Yu-Hao Yao, Esq.
910 S Lake Ave, Suite 910
Pasadena, CA 91101
mickey.yao@glacier.law
312-448-7772

GLACIER LAW LLP
200 E. Randolph Dr., Ste. 5100
Chicago, IL 60601
Ruoting Men, Esq.
ruoting.men@glacier.law
Tianyu Ju, Esq.
iris.ju@glacier.law
312-270-0413

***Attorneys for Defendant and Third-Party Respondents***

**CERTIFICATE OF SERVICE**

      I hereby certify that on this October 12, 2023, I electronically filed the foregoing file with the Clerk of Court using the CM/ECF system, and service was perfected on all counsel of record and interested parties through this system, which will deliver a true and correct copy of the foregoing documents via CM/ECF.

Date: 10/12/2023            /s/ Na Zhang