# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ABC CORPORATION I,<br>ABC CORPORATION II,<br><br>    *Plaintiffs*,<br><br>  v.<br><br>THE PARTNERSHIPS AND<br>UNINCORPORATED ASSOCIATIONS<br>IDENTIFIED ON SCHEDULE A,<br><br>    *Defendants*. | Case No. 1:20-cv-4806<br><br>Judge Thomas M. Durkin<br><br>Magistrate Judge Jeffrey Cole |

## DECLARATION OF CHANDLER E. STURM

I, Chandler E. Sturm, hereby declare as follows:

  1.  I am an attorney at Tarter, Krinsky & Drogin LLP, counsel of record for Plaintiffs Hangzhou Chic Intelligent Technology Co., Ltd. ("Chic") and Unicorn Global, Inc. ("Unicorn", and collectively with Chic, "Plaintiffs").

  2.  I make this Declaration in support of Plaintiffs' Opposition to Defendants' Motion to Strike Plaintiffs' Expert Report.

  3.  Attached hereto as **Exhibit A** is a true and correct copy of the Expert Report of Paul Hatch served on Defendants during expert discovery on August 15, 2022.

  4.  Attached hereto as **Exhibit B** is a true and correct copy of the Paul Hatch Rebuttal Report to Jim Gandy Expert Report served on Defendants during expert discovery on September 12, 2022.

5. Attached hereto as **Exhibit C** is a true and correct copy of the Paul Hatch Rebuttal Report to Lance Rake Expert Report served on Defendants during expert discovery on September 12, 2022.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: February 22, 2023  By: *Chandler Elizabeth Sturm*
New York, New York  Chandler E. Sturm