# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ABC CORPORATION I, <br> ABC CORPORATION II, <br><br> *Plaintiffs*, <br><br> v. <br><br> THE PARTNERSHIPS AND <br> UNINCORPORATED ASSOCIATIONS <br> IDENTIFIED ON SCHEDULE A, <br><br> *Defendants*. | ) <br> ) <br> ) <br> ) <br> ) Case No. 1:20-cv-4806 <br> ) <br> ) Judge Thomas M. Durkin <br> ) <br> ) Magistrate Judge Jeffrey Cole <br> ) <br> ) |

## MOTION TO WITHDRAW AS COUNSEL

**NOW COMES** Yu-Hao Yao attorney of record for Defendant Gyroor-US ("Defendant" or "Gyroor-US") and third-party respondents Gyroor, Urbanmax, GaodeshangUS, Fengchi-US, Gyroshoes, and HGSM (collectively, "Third-Party Respondents"), and for his Motion to Withdraw as Counsel, states as follows:

1. Yu-Hao Yao is no longer associated with Glacier Law LLP

2. The remaining counsel from Glacier Law LLP will continue to represent the Defendants in these proceedings.

3. The withdrawal will neither prejudice Defendants nor delay the proceedings.

**WHEREFORE**, Yu-Hao Yao respectfully requests that this Court grant his motion to withdraw as counsel for Defendants.

ii

| Date: 12/01/2023 | /s/ Yu-Hao Yao |
|---|---|
| | Yu-Hao Yao, Esq |
| | **GLACIER LAW LLP** |
| | 251 South Lake Ave, Suite 910 |
| | Pasadena, CA 91101 |
| | mickey.yao@glacier.law |
| | 323-546-6766 |
| | *Attorneys for Defendants* |

ii

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this December 1, 2023, I electronically filed the foregoing file with the Clerk of Court using the CM/ECF system, and service was perfected on all counsel of record and interested parties through this system, which will deliver a true and correct copy of the foregoing documents via CM/ECF.

Date: 12/01/2023　　　　　　　　　　　　/s/ Yu-Hao Yao