UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ABC Corporation I et al, <br><br> *Plaintiff*, <br><br> v. <br><br> THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", <br><br> *Defendants*. | CASE NO. 1:20-cv-04806 <br><br> **Judge:** Honorable Thomas M. Durkin |

## DEFENDANT AND THIRD-PARTY RESPONDENTS' MOTION FOR DAMAGES

Comes Now, Defendant Gyroor-US ("Defendant" or "Gyroor-US"), Third-Party Respondents Gyroor, Urbanmax, GaodeshangUS, Fengchi-US, Gyroshoes, and HGSM (collectively, "Third-Party Respondents"), former wrongfully-enjoined Defendant Jiangyou-US ("Jiangyou-US") and third-party respondent Shenzhen Yanjingmaoyi Co., Ltd. ("Yanjin-US") respectfully move the Court for an Order granting damages to Defendant and Third-Party Respondents as a result of the wrongfully issued Preliminary Injunction Order against Plaintiffs Hangzhou Chic Intelligent Technology Co., Ltd. ("Chic") and Unicorn Global, Inc.'s ("Unicorn", and collectively with Chic, "Plaintiffs").

In support of this Motion, Defendant and Third-Party Respondents, Jiangyou-US and Yanjin-US Respondents herewith submit a Memorandum of Law.

Date: 2/9/2024

/s/ *Wei Wang*
Wei Wang, Esq.
GLACIER LAW LLP

41 Madison Avenue, Ste 2529
New York, NY 10010
wei.wang@glacier.law
332-777-7315

GLACIER LAW LLP
506 Second Ave., Ste 1516
Seattle, WA 98104
Na Zhang, Esq.
queena.zhang@glacier.law
206-397-8633

GLACIER LAW LLP
200 E. Randolph Dr., Ste. 5100
Chicago, IL 60601
Ruoting Men, Esq.
ruoting.men@glacier.law
Tianyu Ju, Esq.
iris.ju@glacier.law
312-270-0413

*Attorneys for Defendant, Third-Party Respondents, Jiangyou-US and Yanjin-US*

**CERTIFICATE OF SERVICE**

      I hereby certify that on this February 9, 2023, I electronically filed the foregoing file with the Clerk of Court using the CM/ECF system, and service was perfected on all counsel of record and interested parties through this system, which will deliver a true and correct copy of the foregoing documents via CM/ECF.

Date: 02/09/2023                          /s/ Wei Wang