# Exhibit 1

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ABC Corporation I et al, *Plaintiffs*, v. THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", *Defendants*. | CASE NO. 1:20-cv-04806 Judge: Honorable Thomas M. Durkin Magistrate Judge: Jeffrey Cole |

**DECLARATION OF WEI WANG**

I, Wei Wang, declare as follows:

1. I am an attorney at Glacier Law LLP, counsel of record for Defendant Gyroor-US ("Defendant" or "Gyroor-US") and Third-Party Respondents Gyroor, Urbanmax, GaodeshangUS, Fengchi-US, Gyroshoes, HGSM, and Yanjin-US (collectively, "Third-Party Respondents"), and former wrongfully-enjoined defendant Jiangyou-US ("Jiangyou-US").

2. I make this declaration in support of Defendant, Third-Party Respondents, and Jiangyou-US's motion for damages.

3. Attached hereto as **Exhibit A** is a true and correct copy of Declaration of Zhang Chi submitted on behalf of Third-Party Respondent Fengchi-US.

4. Attached hereto as **Exhibit B** is a true and correct copy of Declaration of Zhang Dianxuan submitted on behalf of Third-Party Respondent Gyroor.

1

5. Attached hereto as **Exhibit C** is a true and correct copy of Declaration of Zhang Ke submitted on behalf of Third-Party Respondent Urbanmax.

6. Attached hereto as **Exhibit D** is a true and correct copy of Declaration of Wang Yi Qiang submitted on behalf of Jiangyou-US.

7. Attached hereto as **Exhibit E** is a true and correct copy of Declaration of Xia Lei submitted on behalf of Third-Party Respondent HGSM.

8. Attached hereto as **Exhibit F** is a true and correct copy of Declaration of Chen Xuefen submitted on behalf of Third-Party Respondent Gyroshoes.

9. Attached hereto as **Exhibit G** is a true and correct copy of Declaration of Xie Rongqing submitted on behalf of Gyroor-US.

10. Attached hereto as **Exhibit H** is a true and correct copy of Declaration of Liu Yu submitted on behalf of Third-Party Respondent Gaodeshang-US.

11. Attached hereto as **Exhibit I** is a true and correct copy of Declaration of Yihao Cai submitted on behalf of Third-Party Respondent Yanjin-US.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 9, 2024, New York, New York.

By: _____
Wei Wang