# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HANGZHOU CHIC INTELLIGENT TECHNOLOGY CO., LTD., and UNICORN GLOBAL, INC., <br><br> Plaintiffs, <br><br> v. <br><br> THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A, <br><br> Defendants. | ) <br> ) <br> ) Case No. 20-cv-4806 <br> ) <br> ) Judge Thomas M. Durkin <br> ) Magistrate Judge Jeffrey Cole <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## DECLARATION OF ZHANG CHI

I, Zhang Chi, declare as follows:

1. I am the owner of Shenzhenshi Fengchidianqi Youxiangongsi, which sells products under Amazon Seller ID "Fengchi-US". I have personal knowledge of the facts stated herein and if called upon as a witness, I could and would competently testify to the below facts which are personally known to me.

2. Fengchi-US was restrained by Amazon because of this case on February 12, 2021.

3. Fengchi-US was released by Amazon on October 31, 2022.

4. I certify that the sales data and other documents provided to Stacy Kinsel for the damage calculation are true and correct.

5. I certify that Fengchi-US barely sold any hoverboard after its Amazon account was released by Amazon.

1

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct based upon my personal knowledge.

Executed on January 23, 2024, in Guangdong, China.

By: _____
Zhang Chi

2