# Exhibit D

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

HANGZHOU CHIC INTELLIGENT )
TECHNOLOGY CO., LTD., and UNICORN )
GLOBAL, INC., ) Case No. 20-cv-4806
 )
        Plaintiffs, ) Judge Thomas M. Durkin
 ) Magistrate Judge Jeffrey Cole
v. )
 )
THE PARTNERSHIPS AND )
UNINCORPORATED ASSOCIATIONS )
IDENTIFIED ON SCHEDULE A, )
 )
        Defendants.

### DECLARATION OF WANG YI QIANG

I, Wang Yi Qiang, declare as follows:

1. I am the legal representative of Shenzhen Jiangyou Jinchukou Youxiangongsi, which sells products under Amazon Seller ID "Jiangyou-US". I have personal knowledge of the facts stated herein and if called upon as a witness, I could and would competently testify to the below facts which are personally known to me.

2. Jiangyou-US was restrained by Amazon because of this case on February 11, 2021.

3. Jiangyou-US was released by Amazon on June 25, 2022.

4. I certify that the sales data and other documents provided to Stacy Kinsel for the damage calculation are true and correct.

5. I certify that Jiangyou-US barely sold any hoverboard after its Amazon account was released by Amazon.

1

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct based upon my personal knowledge.

Executed on January 23, 2024, in China.

By: _____*Wang Yi Qiang*_____
Wang Yi Qiang

2