# Exhibit G

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HANGZHOU CHIC INTELLIGENT TECHNOLOGY CO., LTD., and UNICORN GLOBAL, INC., | ) ) ) ) Case No. 20-cv-4806 |
| Plaintiffs, | ) ) Judge Thomas M. Durkin ) Magistrate Judge Jeffrey Cole |
| v. | ) ) |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A, | ) ) ) ) |
| Defendants. | |

## DECLARATION OF XIE RONG QING

I, Xie Rongqing, declare as follows:

1. I am the owner of Dongguan Saibotan Nengyuan Keji Co., Ltd, which sells products under Amazon Seller ID "GYROOR-US". I have personal knowledge of the facts stated herein and if called upon as a witness, I could and would competently testify to the below facts which are personally known to me.

2. GYROOR-US was restrained by Amazon because of this case on November 25, 2020.

3. GYROOR-US was released by Amazon on November 1, 2022.

4. I certify that the sales data and other documents provided to Stacy Kinsel for the damage calculation are true and correct.

5. I certify that GYROOR-US barely sold any hoverboard after its Amazon account was released by Amazon.

1

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct based upon my personal knowledge.

Executed on January 23, 2024, in China.

By: _____*Xie Rongqing*_____
Xie Rongqing

2