# Exhibit 2

UNREDACTED VERSION OF DOCUMENT
PROPOSED TO BE FILED UNDER SEAL