# Exhibit 3

## Case No. 20-cv-4806 - Dkt. 447 Proposed Order

**Neil Nandi**

To Emily Wall, Adam Kelly, Arthur Yuan, Marwa Abdelaziz, robin.cheng@glacier.law, Iri...     2021-10-12 17:45   Hide Detail

    From: Neil Nandi<nnandi@loeb.com>

      To: Emily Wall<Emily_Wall@ilnd.uscourts.gov>

      Cc: Adam Kelly<akelly@loeb.com>, Arthur Yuan<ayuan@loeb.com>,

          Marwa Abdelaziz<mabdelaziz@loeb.com>, robin.cheng@glacier.law<robin.cheng@glacier.law>,

          Iris Ju<iris.ju@glacier.law>, Tom.聽M<ruoting.men@glacier.law>, Tao Liu<tao.liu@glacier.law>

    Time: Tuesday, October 12, 2021 (Tue) 17:45

    Size: 2 MB

 Preliminary Injunction Order [...]    (2 MB)

Ms. Wall,

Please see attached for a proposed order from Plaintiffs relating to the Court's order at Dkt. 447 in Case No. 20-cv-4806. Counsel of record are CC'd on this email.

Best,

Neil

**Neil Nandi**
*Attorney At Law*



321 North Clark Street, Suite 2300 | Chicago, IL 60654
**Direct Dial:** 312.464.3109 | **Fax:** 312.275.8505 | **E-mail:** nnandi@loeb.com
Los Angeles | New York | Chicago | Nashville | Washington, DC | San Francisco | Beijing | Hong Kong | www.loeb.com

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify the sender. Please destroy the original transmission and its attachments without reading or saving in any manner. Thank you, Loeb & Loeb LLP.