# Exhibit 4

# Notice of Preliminary Injunction in 1:20-cv-4806

Chaisa Wilson <cwilson@loeb.com>
周四 2022/1/13 5:22
收件人: 'yjmykjus@outlook.com' <yjmykjus@outlook.com>
抄送: Arthur Yuan <ayuan@loeb.com>

⏵ 8 个附件(9 MB)
Third Amended Complaint.pdf; TAC - Exhibit 3.pdf; TAC - Exhibit 4.pdf; TAC - Exhibit 2.pdf; Amended Schedule A.pdf; Nov 2020 PI Order (Dkt 113).pdf; Dec 2020 PI Order (Dkt 147).pdf; Operative Oct 2021 PI Order (Dkt 456).pdf;

To Whom It May Concern:

We represent Plaintiffs in the above-referenced action. You are enjoined by Preliminary Injunction dated October 13, 2021 for selling one of the enjoined products and as being working in concert or participation with other defendants who are already enjoined by the Preliminary Injunction. Attached you will find the operative Amended Complaint (and exhibits), operative Preliminary Injunctions, and Amended Schedule A.

【【以下中文声明仅是友善提示】】
[[The following Chinese notice is for courtesy purposes only]]

你好：

本事务所代表本诉讼的原告。你之所以收到此律师函和附件的文件，包括禁令，是因为你曾销售过或正销售禁令中的产品。我们建议你严肃面对此问题，去聘请美国律师来和我们接洽。

Our firm represents the plaintiffs in this action. You are receiving this notice and the attached documents, which include the injunction order, because you are selling or have sold an enjoined product. We recommend that you take this matter seriously and hire a US licensed lawyer to contact us.

Sincerely,

Chaisa Wilson

**Chaisa Wilson**
*Paralegal*



321 North Clark Street, Suite 2300 | Chicago, IL 60654
**Direct Dial:** 312.464.3356 | **Fax:** 312.464.3111 | **E-mail:** cwilson@loeb.com
**Los Angeles | New York | Chicago | Nashville | Washington, DC | San Francisco | Beijing | Hong Kong |** www.loeb.com

**Chaisa Wilson**
*Paralegal*



321 North Clark Street, Suite 2300 | Chicago, IL 60654
**Direct Dial:** 312.464.3356 | **Fax:** 312.464.3111 | **E-mail:** cwilson@loeb.com
**Los Angeles | New York | Chicago | Nashville | Washington, DC | San Francisco | Beijing | Hong Kong |** www.loeb.com

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify the sender. Please destroy the original transmission and its attachments without reading or saving in any manner. Thank you, Loeb & Loeb LLP.