# Exhibit 5

 Travis Stockman <travis.splawfirm@gmail.com>

## RE: New Preliminary Injunction in 1:20-cv-4806
22 messages

---

**Marwa Abdelaziz** <mabdelaziz@loeb.com>  Mon, Apr 4, 2022 at 7:36 AM
To: "TeriNovak@dwt.com" <TeriNovak@dwt.com>
Cc: Adam Kelly <akelly@loeb.com>, Arthur Yuan <ayuan@loeb.com>, Travis Stockman <travis.splawfirm@gmail.com>

Dear Teri,

It has come to our attention that Amazon has restrained the assets of a merchant by the name of Yanjin-US (Amazon Merchant ID A17JZOCRNF1QD9) pursuant to the October 2021 Preliminary Injunction Order that was granted in this lawsuit. It is our position that this particular storefront should not have its assets restrained. Any asset restraints for other storefronts should remain in place.

Thank you,

Marwa Abdelaziz | Attorney

**Loeb & Loeb LLP**

345 Park Avenue | New York, NY 10154

(212) 407-4833 | mabdelaziz@loeb.com

**Marwa Abdelaziz**
*Attorney At Law*



345 Park Avenue | New York, NY 10154
**Direct Dial:** 212.407.4833 | **Fax:** 212.202.4057 | **E-mail:** mabdelaziz@loeb.com
Los Angeles | New York | Chicago | Nashville | Washington, DC | San Francisco | Beijing | Hong Kong | www.loeb.com

---

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify the sender. Please destroy the original transmission and its attachments without reading or saving in any manner. Thank you, Loeb & Loeb LLP.

---

**Travis Stockman** <travis.splawfirm@gmail.com>  Mon, Apr 4, 2022 at 7:50 AM
To: Sarah Chen <sarah08chen@gmail.com>, Michael Poropat <Michael@stockmanporopat.com>

Counsel has notified Amazon. Michael and I are researching the appearance issue but I also anticipate a dismissal very soon. We will update you as soon as possible.

[Quoted text hidden]

--
Travis J. Stockman, Esq.
Stockman & Poropat, PLLC
1234 W. Broadway, Suite 205
Hewlett, NY 11557
718-657-7400
travis.splawfirm@gmail.com

---

**Sarah Chen** <sarah08chen@gmail.com>     Mon, Apr 4, 2022 at 6:53 PM
To: Travis Stockman <travis.splawfirm@gmail.com>
Cc: Michael Poropat <Michael@stockmanporopat.com>

Great Thanks, It is good to hear our client is not on the list. So does it means our client doesn't need to pay the settlement fee to the opposing and Maybe they can get award from the opposing and Amazon? Our client account get frozen since Oct 21, 2021.



Travis Stockman <travis.splawfirm@gmail.com> 于2022年4月4日周一 22:50写道：

[Quoted text hidden]

---

**Travis Stockman** <travis.splawfirm@gmail.com>     Mon, Apr 4, 2022 at 7:08 PM
To: Sarah Chen <sarah08chen@gmail.com>
Cc: Michael Poropat <Michael@stockmanporopat.com>

I can't read the attached image, did they get confirmation of a funds release yet? Ideally, that is the goal here to have them released in full at no cost. They may be able to argue damages for the wrongful restraint. However, they also sold potentially infringing products not subject to the lawsuit so it complicates things a bit.

We would have to risk the pros and cons of going that route.

[Quoted text hidden]

---

**Sarah Chen** <sarah08chen@gmail.com>     Tue, Apr 5, 2022 at 4:46 AM
To: Travis Stockman <travis.splawfirm@gmail.com>
Cc: Michael Poropat <Michael@stockmanporopat.com>

Hi Travis,
Thanks for the reply.

The attachment is the first TRO notice I first time sent you.
No, they totally not get any notification from Amazon. And our client asked for the retraction proof of the lawsuit from the court or plaintiff. Do you think we can get it today the client keeps pushing for it.

And our client would like to know what part their product is infringing? Could you give advise?

Travis Stockman <travis.splawfirm@gmail.com> 于2022年4月5日周二 10:08写道：

[Quoted text hidden]

**Sarah Chen** <sarah08chen@gmail.com>  Tue, Apr 5, 2022 at 4:49 AM
To: Travis Stockman <travis.splawfirm@gmail.com>
Cc: Michael Poropat <Michael@stockmanporopat.com>

Does that mean there is no litigation for the case? Could you let us know the details.

Sarah Chen <sarah08chen@gmail.com> 于2022年4月5日周二 19:46写道:
[Quoted text hidden]

---

**Travis Stockman** <travis.splawfirm@gmail.com>  Tue, Apr 5, 2022 at 6:15 AM
To: Sarah Chen <sarah08chen@gmail.com>
Cc: Michael Poropat <Michael@stockmanporopat.com>

Hey Sarah,
   Yes so interestingly when we went to appear, I saw that they are not a listed defendant, and they are not on Schedule A. Thus any judgment and proceeding would not apply to them unless that relation was proven true.

They were restrained due to the relation with those other selling accounts. Now that the restraint should be lifted there should be no issues. No dismissal needed from the court because they are not named.

We still need a full release and still need to ensure they wont be sued. Working on all and will update you ASAP.
[Quoted text hidden]

---

**Sarah Chen** <sarah08chen@gmail.com>  Tue, Apr 5, 2022 at 7:13 AM
To: Travis Stockman <travis.splawfirm@gmail.com>
Cc: Michael Poropat <Michael@stockmanporopat.com>

Hey Travis,

Thanks for your reply, our client actually hopes to get the proof that they will be not sued again or restrained again, so they wanted to get out of the case completely.
Do you think we can get that documents for our client?
Travis Stockman <travis.splawfirm@gmail.com> 于2022年4月5日周二 21:15写道:
[Quoted text hidden]

---

**Travis Stockman** <travis.splawfirm@gmail.com>  Tue, Apr 5, 2022 at 8:28 AM
To: Sarah Chen <sarah08chen@gmail.com>
Cc: Michael Poropat <Michael@stockmanporopat.com>

That is what I am moving for now. A full release and settlement.
[Quoted text hidden]

---

**Sarah Chen** <sarah08chen@gmail.com>  Wed, Apr 6, 2022 at 9:12 PM
To: Travis Stockman <travis.splawfirm@gmail.com>
Cc: Michael Poropat <Michael@stockmanporopat.com>

Hey Travis,

Previously you said the counsel has noticed Amazon, could you obtain the proof from the opposing? That could calm down our client.

Travis Stockman <travis.splawfirm@gmail.com> 于2022年4月5日周二 23:28写道:
[Quoted text hidden]

---

**Travis Stockman** <travis.splawfirm@gmail.com>  Thu, Apr 7, 2022 at 11:32 AM
To: Sarah Chen <sarah08chen@gmail.com>
Cc: Michael Poropat <Michael@stockmanporopat.com>

Of course, see the email attached. This went to Amazon's attorney directly at DWT. I will gather and provide infringement proof as soon as possible.

[Quoted text hidden]

 **Letter to Amazon's Attorney.pdf**
201K

---

**Sarah Chen** <sarah08chen@gmail.com>　　　　　　　　　　　　　　　　　　　　　Thu, Apr 7, 2022 at 6:34 PM
To: Travis Stockman <travis.splawfirm@gmail.com>
Cc: Michael Poropat <Michael@stockmanporopat.com>

Hey Travis,

Thanks for pointing ' DWT' out. Does it mean this DWT law firm service Amazon and we can also bring other cases to him?

Travis Stockman <travis.splawfirm@gmail.com> 于2022年4月8日周五 02:32写道：
[Quoted text hidden]

---

**Travis Stockman** <travis.splawfirm@gmail.com>　　　　　　　　　　　　　　　　　Fri, Apr 8, 2022 at 6:49 AM
To: Sarah Chen <sarah08chen@gmail.com>
Cc: Michael Poropat <Michael@stockmanporopat.com>

You can only go to them directly if filing for arbitration or if there is active litigation and you are the filing party.

This is Amazon's in-house attorney. The firm name is Davis Wright Tremaine LLP
[Quoted text hidden]

---

**Sarah Chen** <sarah08chen@gmail.com>　　　　　　　　　　　　　　　　　　　　　Sat, Apr 9, 2022 at 6:51 PM
To: Travis Stockman <travis.splawfirm@gmail.com>
Cc: Michael Poropat <Michael@stockmanporopat.com>

Got it, Thanks for the clarification, it is good to know them.

Travis Stockman <travis.splawfirm@gmail.com> 于2022年4月8日周五 21:49写道：
[Quoted text hidden]

---

**Sarah Chen** <sarah08chen@gmail.com>　　　　　　　　　　　　　　　　　　　　Wed, Apr 13, 2022 at 7:30 AM
To: Travis Stockman <travis.splawfirm@gmail.com>
Cc: Michael Poropat <Michael@stockmanporopat.com>

Hey Travis,

Could you help the client to follow up the Amazon legal team for releasing? Because their account is still in frozen.

Sarah Chen <sarah08chen@gmail.com> 于2022年4月10日周日 09:51写道：
[Quoted text hidden]

---

**Sarah Chen** <sarah08chen@gmail.com>　　　　　　　　　　　　　　　　　　　　Sun, Apr 17, 2022 at 7:09 PM
To: Travis Stockman <travis.splawfirm@gmail.com>
Cc: Michael Poropat <Michael@stockmanporopat.com>

Hey Travis,

Is there any update on this case? Our client would like you can follow on the Amazon lawyer and plaintiff, could you help them?

Sarah Chen <sarah08chen@gmail.com> 于2022年4月13日周三 22:30写道：
[Quoted text hidden]

**Travis Stockman** <travis.splawfirm@gmail.com>     Mon, Apr 18, 2022 at 8:07 AM
To: Sarah Chen <sarah08chen@gmail.com>
Cc: Michael Poropat <Michael@stockmanporopat.com>

Hey Sarah, I just received an email from counsel asking if Amazon released the funds yet. I am assuming they have not given your email. I will absolutely help them follow up and will have Marwa send Amazon another communication. I am going to also seek counsel's direct reply on the release from liability as well.

[Quoted text hidden]

---

**Sarah Chen** <sarah08chen@gmail.com>     Mon, Apr 18, 2022 at 7:31 PM
To: Travis Stockman <travis.splawfirm@gmail.com>
Cc: Michael Poropat <Michael@stockmanporopat.com>

Hey Travis,

Once you send email to Marwa, please let us know.

Travis Stockman <travis.splawfirm@gmail.com> 于2022年4月18日周一 23:08写道：
[Quoted text hidden]

---

**Travis Stockman** <travis.splawfirm@gmail.com>     Tue, Apr 19, 2022 at 6:09 AM
To: Sarah Chen <sarah08chen@gmail.com>
Cc: Michael Poropat <Michael@stockmanporopat.com>

Hey Sarah, already sent yesterday and will update you ASAP as to her reply.

[Quoted text hidden]

---

**Sarah Chen** <sarah08chen@gmail.com>     Mon, Apr 25, 2022 at 4:54 AM
To: Travis Stockman <travis.splawfirm@gmail.com>
Cc: Michael Poropat <Michael@stockmanporopat.com>

Hey Travis,

Do we hear any update from Marwa regarding on account release information?

Travis Stockman <travis.splawfirm@gmail.com> 于2022年4月19日周二 21:09写道：
[Quoted text hidden]

---

**Travis Stockman** <travis.splawfirm@gmail.com>     Mon, Apr 25, 2022 at 6:59 AM
To: Sarah Chen <sarah08chen@gmail.com>
Cc: Michael Poropat <Michael@stockmanporopat.com>

Marwa contacted Amazon again. She confirmed this last week. In addition, she spoke to her client on 4/21 about a full release and is going to update me ASAP. I will follow up with her again this morning.

[Quoted text hidden]

---

**Sarah Chen** <sarah08chen@gmail.com>     Mon, Apr 25, 2022 at 6:47 PM
To: Travis Stockman <travis.splawfirm@gmail.com>
Cc: Michael Poropat <Michael@stockmanporopat.com>

Hey Travis, Thanks for the updates, I forwarded it to the client. Please let us know if there is any reply.

Travis Stockman <travis.splawfirm@gmail.com> 于2022年4月25日周一 21:59写道：
[Quoted text hidden]