# Exhibit 6

 Travis Stockman &lt;travis.splawfirm@gmail.com&gt;

## Shenzhen Sanchun - Amazon restraint
8 messages

**Marwa Abdelaziz** &lt;mabdelaziz@loeb.com&gt;     Fri, Apr 15, 2022 at 6:54 AM
To: Travis Stockman &lt;travis.splawfirm@gmail.com&gt;

Hi Travis,

I hope you're doing well. Do you know if your client's Amazon assets were released? We received no response from Amazon directly but we're unsure if they simply fulfilled the request.

Thanks,

Marwa Abdelaziz | Attorney

**Loeb & Loeb LLP**

345 Park Avenue | New York, NY 10154

(212) 407-4833 | mabdelaziz@loeb.com


**Marwa Abdelaziz**
*Attorney At Law*



345 Park Avenue | New York, NY 10154

**Direct Dial:** 212.407.4833 | **Fax:** 212.202.4057 | **E-mail:** mabdelaziz@loeb.com

Los Angeles | New York | Chicago | Nashville | Washington, DC | San Francisco | Beijing | Hong Kong | www.loeb.com

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify the sender. Please destroy the original transmission and its attachments without reading or saving in any manner. Thank you, Loeb & Loeb LLP.

---

**Travis Stockman** &lt;travis.splawfirm@gmail.com&gt;     Mon, Apr 18, 2022 at 9:53 AM
To: Marwa Abdelaziz &lt;mabdelaziz@loeb.com&gt;

Good afternoon Marwa,
    Likewise and hope you had a nice weekend. Unfortunately Amazon has not released their account hold and this is causing some serious damage creating even more urgency here.

First, can you provide Amazon's counsel with some form of follow up to ensure the request was received and processed? I have been trying with Amazon directly, but have not spoken with anybody at DWT nor did I see any reply to our email chain.

Second, can we also move towards an agreement on a release for this seller? We can substantiate with any further proof you need and can make the settlement conditional upon the accuracy of what my client is presenting. I believe that this agreement in conjunction with your efforts may help to convince Amazon to release the hold on their funds.

[Quoted text hidden]

--
**Travis J. Stockman, Esq.**
Stockman & Poropat, PLLC
1234 W. Broadway, Suite 205
Hewlett, NY 11557
718-657-7400
travis.splawfirm@gmail.com

---

**Marwa Abdelaziz** <mabdelaziz@loeb.com>  Tue, Apr 19, 2022 at 6:41 AM
To: Travis Stockman <travis.splawfirm@gmail.com>

Hi Travis,

Thanks for the update. I am discussing this with my team and hope to get back to you in a few hours on the best course of action to get your client's account released.

Marwa

[Quoted text hidden]

---

**Travis Stockman** <travis.splawfirm@gmail.com>  Tue, Apr 19, 2022 at 8:17 AM
To: Marwa Abdelaziz <mabdelaziz@loeb.com>

Please and appreciated. I will look out for your response.
[Quoted text hidden]

---

**Travis Stockman** <travis.splawfirm@gmail.com>  Thu, Apr 21, 2022 at 8:24 AM
To: Marwa Abdelaziz <mabdelaziz@loeb.com>

Good morning,
   Following up. Please let me know the outcome of your team's discussion as soon as possible.

Thank you,
[Quoted text hidden]

---

**Marwa Abdelaziz** <mabdelaziz@loeb.com>  Thu, Apr 21, 2022 at 9:03 AM
To: Travis Stockman <travis.splawfirm@gmail.com>

Hi Travis,

We have contacted our client about your client's release request and are waiting to hear back.

Best,

[Quoted text hidden]

---

**Travis Stockman** <travis.splawfirm@gmail.com>　　　　　　　　　　　　　　　　Mon, Apr 25, 2022 at 6:59 AM
To: Marwa Abdelaziz <mabdelaziz@loeb.com>

Good morning,
　Understood. Please let us know as soon as possible. Any action going forward with respect to DWT's release of my client's assets?

[Quoted text hidden]

---

**Marwa Abdelaziz** <mabdelaziz@loeb.com>　　　　　　　　　　　　　　　　　　Mon, Apr 25, 2022 at 9:19 AM
To: Travis Stockman <travis.splawfirm@gmail.com>

Good morning Travis,


Our client has declined to move forward with a release for your client.  At this time, our client has asserted no claims against your identified client, we never requested that your client's assets be restrained, and we have advised Amazon that we believe the preliminary injunction does not call for such a restraint.  Therefore, at this point, our client does not see the purpose in pursuing a release and we do not see what role remains for our client.  We recommend reaching out directly to Amazon or Amazon's counsel at DWT for redress.

[Quoted text hidden]