UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ABC Corporation I et al, <br><br> *Plaintiff*, <br><br> v. <br><br> THE PARTNERSHIPS And UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", <br><br> *Defendants*. | Case No.: 1:20-cv-04806 <br><br> Judge Honorable Thomas M. Durkin <br><br> Magistrate Judge Jeffrey Cole |

**DEFENDANT AND THIRD-PARTY RESPONDENTS'
UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL**

Defendant Gyroor-US ("Defendant" or "Gyroor-US") and Third-Party Respondents Gyroor, Urbanmax, GaodeshangUS, Fengchi-US, Gyroshoes, Jiangyou-US [1], Shenzhen Yanjingmaoyi Co., Ltd., and HGSM (collectively, "Third-Party Respondents") file this motion requesting leave to file under seal Defendant and Third-Party Respondents' damage report, with accompanying sales data, included as part of Defendant and Third-Party Respondents' Motion for Damage. [Dkt.696].

Sealing this portion of the file is necessary because it contains Defendant and Third-Party Respondents' confidential business information including sales data and cost of goods sold. On February 6, 2024, Defendant and Third-Party Respondents informed Plaintiffs Hangzhou Chic Intelligent Technology Co., Ltd. ("Chic") and Unicorn Global, Inc.'s ("Unicorn", collectively with "Chic", "Plaintiffs") counsel through email that they intend to file Defendant and Third-Party

---

[1] Jiangyou-US is a former defendant but was dismissed from this case on June 21, 2022. [Dkt. 561].

Respondents' damage report and accompanying sales data under seal, and Plaintiffs do not oppose the data referenced in the email being filed under seal.

| | |
|---|---|
| Date: 2/9/2024 | /s/ *Wei Wang* |
| | Wei Wang, Esq.<br>GLACIER LAW LLP<br>41 Madison Avenue, Ste 2529<br>New York, NY 10010<br>wei.wang@glacier.law<br>332-777-7315 |
| | GLACIER LAW LLP<br>506 Second Ave., Ste 1516<br>Seattle, WA 98104<br>Na Zhang, Esq.<br>queena.zhang@glacier.law<br>206-397-8633 |
| | GLACIER LAW LLP<br>200 E. Randolph Dr., Ste. 5100<br>Chicago, IL 60601<br>Ruoting Men, Esq.<br>ruoting.men@glacier.law<br>Tianyu Ju, Esq.<br>iris.ju@glacier.law<br>312-270-0413 |
| | ***Attorneys for Defendant andThird-Party Respondents*** |

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this February 9, 2024, I electronically filed the foregoing file with the Clerk of Court using the CM/ECF system, and service was perfected on all counsel of record and interested parties through this system, which will deliver a true and correct copy of the foregoing documents via CM/ECF.

| | |
|---|---|
| Date: 02/09/2024 | /s/ Wei Wang |
| | Wei Wang, Esq. |