UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ABC Corporation I et al,<br><br>    *Plaintiffs*,<br><br>v.<br><br>THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>    *Defendants*. | **CASE NO.** 1:20-cv-04806<br><br>**Judge:** Honorable Thomas M. Durkin<br><br>**Magistrate Judge:** Jeffrey Cole |

**DEFENDANT AND THIRD-PARTY RESPONDENTS'
MOTION FOR EXCEPTIONAL CASE FINDING AND ATTORNEY FEES**

Come Now, Defendant Gyroor-US ("Defendant") and Third-Party Respondents Gyroor, Urbanmax, GaodeshangUS, Fengchi-US, Gyroshoes, Jiangyou-US, HGSM and Shenzhen Yanjingmaoyi Co., Ltd. (collectively, "Third-Party Respondents") respectfully move the Court to grant Defendant and Third-Party Respondents' Motion for Exceptional Case Finding and Attorney Fees.

In support of this Motion, Defendant and Third-Party Respondents herewith submit a Memorandum of Law.

Date: 3/8/2024

/s/ *Wei Wang*
Wei Wang, Esq.
GLACIER LAW LLP
41 Madison Avenue, Ste 2529
New York, NY 10010

wei.wang@glacier.law
332-777-7315

GLACIER LAW LLP
506 Second Ave., Ste 1516
Seattle, WA 98104
Na Zhang, Esq.
queena.zhang@glacier.law
206-397-8633

GLACIER LAW LLP
200 E. Randolph Dr., Ste. 5100
Chicago, IL 60601
Ruoting Men, Esq.
ruoting.men@glacier.law
Tianyu Ju, Esq.
iris.ju@glacier.law
312-270-0413

***Attorneys for Defendant and
Third-Party Respondents***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this March 8, 2024, I electronically filed the foregoing file with the Clerk of Court using the CM/ECF system, and service was perfected on all counsel of record and interested parties through this system, which will deliver a true and correct copy of the foregoing documents via CM/ECF.

Date: 3/8/2024  /s/ Na Zhang