# Exhibit 1

UNREDACTED VERSION OF
DOCUMENT PROPOSED TO BE FILED UNDER SEAL