IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ABC CORPORATION I, ABC CORPORATION II, <br><br> Plaintiffs, <br><br> v. <br><br> THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A, <br><br> Defendants. | Case No. 20-cv-4806 <br><br> Judge Thomas M. Durkin <br> Magistrate Judge Jeffrey Cole |

## MOTION TO WITHDRAW AS COUNSEL

**NOW COMES** Na Zhang, attorney of record for Defendant Gyroor-US ("Defendant") and Third-Party Respondents Gyroor, Urbanmax, GaodeshangUS, Fengchi-US, Gyroshoes, and HGSM (collectively, "Third-Party Respondents"), and for her Motion to Withdraw as Counsel, states as follows: Na Zhang is no longer associated with Glacier Law LLP, and the remaining counsel from Glacier Law LLP will continue to represent Defendant and Third-Party Respondents in these proceedings. The withdrawal will neither prejudice Defendant or Third-Party Respondents nor delay the proceedings.

**WHEREFORE**, Na Zhang respectfully requests that this Court grant her motion to withdraw as counsel for Defendant and Third-Party Respondents.

| | |
|---|---|
| Date: 9/6/2024 | /s/ *Na Zhang* |
| | Na Zhang, Esq. |
| | GLACIER LAW LLP |
| | 506 Second Ave., Ste 1516 |
| | Seattle, WA 98104 |
| | queena.zhang@glacier.law |
| | 206-397-8633 |
| | |
| | ***Attorney for Defendant and Third-Party Respondents*** |